AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST and the other parties more fully set forth in Attachment A hereto, on behalf of themselves and all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>CITY OF BUFFALO, N.Y. and the other parties more fully set forth in Attachment B hereto<br><br>*Defendant(s)* | Civil Action No. 1:18-cv-719 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  PHILIP SERAFINI
Buffalo Police Headquarters
74 Franklin Street
Buffalo NY, 14202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Claudia Wilner
NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, NY 10001
212-633-6967

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/29/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST and the other parties more fully set forth in Attachment A hereto, on behalf of themselves and all others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> CITY OF BUFFALO, N.Y. and the other parties more fully set forth in Attachment B hereto <br><br> *Defendant(s)* | Civil Action No. 1:18-cv-719 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   ROBBIN THOMAS
Buffalo Police Headquarters
74 Franklin Street
Buffalo NY, 14202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Claudia Wilner
NATIONAL CENTER FOR LAW  AND ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, NY 10001
212-633-6967

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  6/29/2018              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST and the other parties more fully set forth in Attachment A hereto, on behalf of themselves and all others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>CITY OF BUFFALO, N.Y. and the other parties more fully set forth in Attachment B hereto<br><br>*Defendant(s)* | Civil Action No. 1:18-cv-719 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  AARON YOUNG
Buffalo Police Headquarters
74 Franklin Street
Buffalo NY, 14202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Claudia Wilner
NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, NY 10001
212-633-6967

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/29/2018                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST and the other parties more fully set forth in Attachment A hereto, on behalf of themselves and all others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> CITY OF BUFFALO, N.Y. and the other parties more fully set forth in Attachment B hereto <br><br> *Defendant(s)* | Civil Action No. 1:18-cv-719 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  
City of Buffalo New York  
Buffalo Corporation Counsel Office  
65 Niagara Square  
Room 1100  
Buffalo, NY 14202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Claudia Wilner  
NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE  
275 Seventh Avenue, Suite 1506  
New York, NY 10001  
212-633-6967

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  6/29/2018        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]  [Reset]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

BLACK LOVE RESISTS IN THE RUST and the other parties more fully set forth in Attachment A hereto, on behalf of themselves and all others similarly situated

*Plaintiff(s)*

v.

CITY OF BUFFALO, N.Y. and the other parties more fully set forth in Attachment B hereto

*Defendant(s)*

Civil Action No. 1:18-cv-719

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BYRON B. BROWN, Mayor of the City of Buffalo
Buffalo City Hall
65 Niagara Square, Room 201
Buffalo, NY 14202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Claudia Wilner
NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, NY 10001
212-633-6967

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/29/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

BLACK LOVE RESISTS IN THE RUST and the other parties more fully set forth in Attachment A hereto, on behalf of themselves and all others similarly situated

*Plaintiff(s)*

v.

CITY OF BUFFALO, N.Y. and the other parties more fully set forth in Attachment B hereto

*Defendant(s)*

Civil Action No. 1:18-cv-719

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

DANIEL DERENDA, former Commissioner of the Buffalo Police Department
G4S Secure Solutions (USA)
374 Delaware Avenue, Suite 401,
Buffalo, NY 14202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Claudia Wilner
NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, NY 10001
212-633-6967

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/29/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST and the other parties more fully set forth in Attachment A hereto, on behalf of themselves and all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> CITY OF BUFFALO, N.Y. and the other parties more fully set forth in Attachment B hereto <br><br> *Defendant(s)* | Civil Action No.  1:18-cv-719 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    KEVIN BRINKWORTH
　　　　　　　　　　　　　　　　　　Buffalo Police Headquarters
　　　　　　　　　　　　　　　　　　74 Franklin Street
　　　　　　　　　　　　　　　　　　Buffalo NY, 14202

　　　A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Claudia Wilner
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　275 Seventh Avenue, Suite 1506
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　212-633-6967

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Date: 6/29/2018　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST and the other parties more fully set forth in Attachment A hereto, on behalf of themselves and all others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> CITY OF BUFFALO, N.Y. and the other parties more fully set forth in Attachment B hereto <br><br> *Defendant(s)* | Civil Action No. 1:18-cv-719 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
BYRON C. LOCKWOOD, Commissioner of the Buffalo Police Department
Buffalo Police Headquarters
74 Franklin Street
Buffalo NY, 14202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Claudia Wilner
NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, NY 10001
212-633-6967

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/29/2018

*Signature of Clerk or Deputy Clerk*

## ATTACHMENT TO JS-44/ CIVIL COVER SHEET

## BLACK LOVE RESISTS IN THE RUST ET AL.
## V.
## CITY OF BUFFALO, N.Y., ET AL

*Attachment A: Plaintiffs*

BLACK LOVE RESISTS IN THE RUST by and through its Co-Directors NATASHA SOTO and SHAKETA REDDEN and on behalf of its members; DORETHEA FRANKLIN; TANIQUA SIMMONS; DE'JON HALL; and JANE DOE, individually and on behalf of a class of all others similarly situated.

*Attachment B: Defendants*

CITY OF BUFFALO, N.Y.; BYRON B. BROWN, Mayor of the City of Buffalo, in his individual and official capacities; BYRON C. LOCKWOOD, Commissioner of the Buffalo Police Department, in his individual and official capacities; DANIEL DERENDA, former Commissioner of the Buffalo Police Department, in his individual capacity; AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI, ROBBIN THOMAS, UNKNOWN SUPERVISORY PERSONNEL 1-10, UNKNOWN OFFICERS 1-20, each officers of the Buffalo Police Department, in their individual capacities.

*Attachment C: Attorneys*

Joseph Keleman, Keisha Williams
WESTERN NEW YORK LAW CENTER
Main Seneca Building
237 Main Street, Suite 1130
Buffalo, NY 14203
Tel: (716) 828-8415

Marc Cohan, Claudia Wilner, Ed Krugman, Travis W. England, Theresa Lau
NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, NY 10001
212-633-6967

Baher Azmy, Darius Charney, Britney Wilson, Anjana Malhotra
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6464

# Police Checkpoints - Buffalo, NY
## January 2013 - June 2017

**Number of police checkpoints, by census tract**
- 0 - 10
- 10 - 20
- 20 - 65
- 65 - 150
- More than 150*
- No Data Provided
- Population > 50% black or Latino

91.4% of all checkpoints were in majority black or Latino census tracts.

*The three tracts in this category account for 38.3% of all checkpoints reported. Each of these tracts has a population that is more than 85% black or Latino.



© 2018
www.neweconomynyc.org

*Sources: Checkpoint and U.S. Census demographic data, provided by National Center for Law and Economic Justice (2018)*