UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
---------------------------------x

BLACK LOVE RESISTS IN THE RUST
by and through its Co-Directors NATASHA
SOTO and SHAKETA REDDEN and on
behalf of its members; DORETHEA
FRANKLIN; TANIQUA SIMMONS;
DE'JON HALL; and JANE DOE,
individually and on behalf of a class of all
others similarly situated;

   Plaintiffs,
v.

CITY OF BUFFALO, N.Y.; BYRON B.
BROWN, Mayor of the City of Buffalo, in
his individual and official capacities;
BYRON C. LOCKWOOD, Commissioner
of the Buffalo Police Department, in his
individual and official capacities; DANIEL
DERENDA, former Commissioner of the
Buffalo Police Department, in his individual
capacity; AARON YOUNG, KEVIN
BRINKWORTH, PHILIP SERAFINI,
ROBBIN THOMAS, UNKNOWN
SUPERVISORY PERSONNEL 1-10,
UNKNOWN OFFICERS 1-20, each officers
of the Buffalo Police Department, in their
individual capacities.

   Defendants.
---------------------------------x

Case No.: 1:18-cv-00719-CCR

**AFFIDAVIT OF SERVICE**

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
         ) ss:
COUNTY OF ERIE   )

  DANIEL RIVERA, being duly sworn, deposes and says as follows:

  1.  I am not a party to this action and am over 18 years of age.

2. On July 9, 2018, at 1:30 PM, I served copies of the Summons and Complaint in this action on defendant Daniel Derenda by (a) delivering them to Amanda Anderson, a person of suitable age and discretion at GS4 Solutions, 374 Delaware Avenue, Suite 401, Buffalo, NY 14202, the defendant's actual place of business; and (b) mailing them to the defendant at that address, on that same date, by United States First Class Mail, in an envelope labeled "Personal and Confidential" and not indicating by return address or otherwise that the mail came from an attorney or concerned an action. Ms. Anderson identified herself to me as an "HR Specialist" and stated that she was an appropriate person to receive process at GS4 Solutions.

_____
Daniel Rivera

Sworn to before me this
____th day of July ___, 2018

_____
Notary Public

SHAWNA L. BACON
Notary Public, State of New York
Qualified in Erie County
My Commission Expires June 17, ____