AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* **Byron Lockwood Police Commissioner for City of Buffalo** was received by me on *(date)* **06/29/18** .

0 I personally served the summons on the individual at *(place)* on *(date)* ; or

0 I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on *(date)* ***07/09/18*, and mailed a copy to the last known address**; or

**X** I served the summons on *(name of individual)* ***Davette Patton*** , who is designated by law to accept service of process on behalf of *(name of organization)* **Buffalo Police Department** on *(date)* ***07/09/18* at 2:10pm** ; or

0 I returned the summons unexecuted because ; or

0 Other *(specify)*:

My fees are $_____________ for travel and $______________ for services, for a total of $ 90.00

I declare under penalty of perjury that this information is true.

Date: 07/11/18

*Server's signature*

*Daniel Rivera*

*Printed name and title*

*222 1st Street, Niagara Falls, NY 14303*

*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset