AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ***City of Buffalo***
was received by me on *(date)* **06/29/18** .

0 I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

0 I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there,
on *(date)* ***07/09/18*, and mailed a copy to the last known address**; or

X I served the summons on *(name of individual)* ***Janet Pdydock*** , who is
designated by law to accept service of process on behalf of *(name of organization)*
**City of Buffalo, Department of Law** on *(date)* ***07/09/18* at 1:50pm** ; or

0 I returned the summons unexecuted because ______ ; or

0 Other *(specify)*:

My fees are $______ for travel and $______ for services, for a total of $ 90.00

I declare under penalty of perjury that this information is true.

Date: 07/11/18

Daniel Rivera
*Server's signature*

*Daniel Rivera*
*Printed name and title*

*222 1st Street, Niagara Falls, NY 14303*
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset