UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
═══════════════════════════════════════

BLACK LOVE RESITS IN THE RUST, et al.

        **Plaintiffs,**

   -vs-

CITY OF BUFFALO, et al.

        **Defendants.**
═══════════════════════════════════════

        **ANSWER**

    **Civil Action No.: 18-cv-719**

    **DEFENDANTS DEMAND
TRIAL BY JURY**

     I, Robert E. Quinn, hereby certify that on July 30, 2018, I electronically filed the foregoing Answer with the Clerk of the District Court using the EM/ECF system which would then electronically notify the following participants in this case:

Claudia Wilner, Esq.
NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, NY  10001

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 30, 2018
     Buffalo, New York

        **TIMOTHY A. BALL, ESQ.**
        Corporation Counsel
        *Attorney for Defendants*


        */s/ Robert E. Quinn*
        By: Robert E. Quinn
        Assistant Corporation Counsel
        65 Niagara Square, 11th Floor
        Buffalo, New York 14202
        Tel.: (716) 851-4326
        rquinn@city-buffalo.com