AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Philip Serafini

was received by me on *(date)*  08/29/18 .

☒ I personally served the summons on the individual at *(place)*  66 Carmolite Drive, West Seneca, NY 14224
on *(date)*  09/08/18 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 90.00 for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/11/2018

*Server's signature*

Daniel Rivera

*Printed name and title*

222 1st Street, Niagara Falls, NY 14303

*Server's address*

Additional information regarding attempted service, etc:

I also mailed a copy to Philip Serafini's home address 66 Carmolite Driver, West Seneca, NY 14224