AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Mayor Bryon Brown__
was received by me on *(date)* __08/29/18__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* __Antire Jemison__
, a person of suitable age and discretion.
on *(date)* __09/06/2018__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ __90.00__ for travel and $ _____ for services, for a total of $ __90.00__ .

I declare under penalty of perjury that this information is true.

Date: __09/06/18__

*Server's signature*

__Daniel Rivera__
*Printed name and title*

__222 1st Street, Niagara Falls, NY 14303__
*Server's address*

Additional information regarding attempted service, etc: Person who accepted service was a 28 year old African American female. Time of service was 11:37am at 14 Blaine Avenue.

Print | Save As... | Reset