AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Robbin Thomas

was received by me on *(date)*  08/29/18 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served Robbin Thomas at home, 203 Starin Ave, Buffalo, NY 14214 on 09/08/18 using the nail and mail method. On 09/05/18 at 5:050pm I attempted to serve the subject at home. No one was present. On 09/06/18 at 11:17am I attempted to serve the subject at home. Subject spoke to me through the locked and closed front door. Subject refused to accept service. On 09/08/18, at 11:45 am, attempted to serve subject. No one answered. I proceed to fasten the papers to house using duct tape. A copy was mailed to that address as well.

My fees are $ 90.00 for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/11/2018

*Server's signature*

Daniel Rivera
*Printed name and title*

222 1st Street, Niagara Falls, NY 14303
*Server's address*

Additional information regarding attempted service, etc:

Photos of the papers attached to 203 Starin Avenue, Buffalo, NY were taken on 09/08/18.