UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
BLACK LOVE RESISTS IN THE RUST, et al.,

*Plaintiffs,*

Case No. 1:18-cv-719

- vs -

CITY OF BUFFALO, N.Y., et al.,

*Defendants.*
---------------------------------------------------------------x

**JOINT PROPOSED DISCOVERY PLAN**

Pursuant to this Court's Order of August 21, 2018, the parties jointly propose the following discovery plan:

1. The deadline for complying with the mandatory disclosure requirements found in Rule 26(a)(1) of the Federal Rules of Civil Procedure is **November 8, 2018**.

2. The deadline for filing motions to amend the pleadings or add parties is **May 14, 2019**.

3. The deadline for completion of fact discovery is **June 14, 2019**.

4. The deadline for completion of all expert discovery is **September 13, 2019**. Initial reports shall be filed by **July 12, 2019**. Rebuttal reports shall be filed by **August 13, 2019**. All expert depositions shall be completed by **September 13, 2019.**

5. The deadline for filing motions to compel discovery is **June 14, 2019**.

6. The deadline for filing dispositive motions is **October 9, 2019**.

7. The parties believe that modification of the numerical limits on depositions in Rule 30 may be necessary as the parties progress through the fact discovery phase of this litigation. Should such modification become necessary, the parties will endeavor to

reach agreement as to an appropriate number of depositions available to plaintiffs and defendants and submit that agreed-upon number to the Court for approval. At this time, the parties do not seek changes to the discovery limitations set forth in Rules 33 and 34.

8. The parties intend to enter into a protective order covering the confidential, personal information of individual plaintiffs and defendants. The parties are conferring about the contents and intend to file a proposed protective order by the time of the Case Management Conference, currently scheduled for October 9, 2018.

9. The parties are conferring regarding Plaintiffs' proposal to enter into a discovery stipulation that would govern the preservation and discovery of electronically stored information and the form in which such information will be produced. The parties expect that the discovery stipulation would also cover agreements concerning assertions of attorney-client privilege or work-product protection after information is produced. The parties will make every effort to resolve these issues by the time of the Case Management Conference.

10. The parties agree to mediation as set forth in the ADR Plan applicable in this District.

11. The parties estimate that they will need four weeks for trial. Defendant will not agree to waive trial by jury at this time.

Dated: September 19, 2019

*Counsel for Plaintiffs:*

/s/ Claudia Wilner
Marc Cohan
Claudia Wilner
Travis W. England
Britney Wilson
NATIONAL CENTER FOR LAW

*Counsel for Defendants:*

TIMOTHY A. BALL, ESQ.
Corporation Counsel

/s/ Robert E. Quinn
By: Robert E. Quinn
Assistant Corporation Counsel

AND ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, NY 10001
212-633-6967
cohan@nclej.org
wilner@nclej.org
england@nclej.org
wilson@nclej.org

65 Niagara Square, 11th Floor
Buffalo, NY 14202
716-851-4326
rquinn@city-buffalo.com

Joseph Keleman
Keisha Williams
WESTERN NEW YORK LAW CENTER
Main Seneca Building
237 Main Street, Suite 1130
Buffalo, NY 14203
Tel: (716) 828-8415
Fax: (716) 270-4005
jkeleman@wnylc.com
kwilliams@wnylc.com

Baher Azmy
Darius Charney
Anjana Malhotra (cooperating counsel)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
212-614-6439
BAzmy@ccrjustice.org
DCharney@ccrjustice.org
anjana.malhotra@gmail.com

SO ORDERED.

_____
10/9/18
Date

_____
Christina Reiss, District Judge
United States District Court