AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| Black Love Resists in the Rust et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:18-cv-719-CCR |
| City of Buffalo, NY et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Black Love Resists in the Rust and all other named Plaintiffs.

Date:   10/29/2018

*Attorney's signature*

Andrea Chinyere Ezie, WDNY aezie145
*Printed name and bar number*

Center for Constitutional Rights
666 Broadway 7th Floor
New York, NY 10012

*Address*

cezie@ccrjustice.org
*E-mail address*

(212) 614-6467
*Telephone number*

(212) 614-6467
*FAX number*