UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

**BLACK LOVE RESISTS IN THE RUST, et al.**

       Plaintiffs,                          **STIPULATION OF**
                                                                 **SELECTION OF MEDIATOR**

     -vs-                                     Civil Action No.: 18-cv-719

**CITY OF BUFFALO, et al.**

       **Defendants.**
_____

      IT IS HEREBY STIPULATED AND AGREED, by and between counsel for all parties to this action, that **Michael Menard, Esq.**, has been selected, contacted and agreed to serve as Mediator for this action and the parties are in the process of scheduling an initial mediation session.

      IT IS FURTHER STIPULATED AND AGREED, that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conferences bearing in mind the completion of ADR set forth in the Court's Scheduling Order.

Dated: November 6, 2018
       Buffalo, New York


*/s/ Claudia Wilner*_____            */s/ Robert E. Quinn*_____
By: Claudia Wilner, Esq.                  By: Robert E. Quinn, Esq.
*Attorney for the Plaintiffs*                *Attorney for the Defendants*
275 Seventh Avenue, Suite 1506        65 Niagara Square, 11th Floor
New York, NY 10001                      Buffalo, New York 14202