| CASE_REFERENCE | OPEN_DT | CLOSED_DT | SUBJECT | REASON | TYPE | dbo_FLODS_CASE_ENQUIRY_D00_TITLE | OBJECT_DESCRIPTION | ADDRESS_NUMBER | property_A | property_A | property_ZIP_CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1000522611 | 4/23/2016 | 4/26/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | 130 JONES, Buffalo, NY, 14206 | 130 | | JONES | 14206 |
| 1000522626 | 4/23/2016 | 4/26/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | Request for police services | 26 HAYDEN, Buffalo, NY, 14210 | 26 | | HAYDEN | 14210 |
| 1000522629 | 4/24/2016 | 4/26/2016 | Buffalo Police Department | Police | Quality of Life Issue (Req_Serv) | BPD Quality of Life Issue | FARGO, Buffalo, NY | | | | |
| 1000522630 | 4/24/2016 | 4/26/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | Request for police services | 133 KENEFICK, Buffalo, NY, 14220 | 133 | | KENEFICK | 14220 |
| 1000522633 | 4/24/2016 | 4/26/2016 | Buffalo Police Department | Police | Quality of Life Issue (Req_Serv) | BPD Quality of Life Issue | 115 LONGNECKER, Buffalo, NY, 14206 | 115 | | LONGNECKER | 14206 |
| 1000522649 | 4/25/2016 | 4/26/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | Intersection of Manhattan Ave and Bennett Village Ter, Buffalo, NY | INTERSECTION | Manhattan | Bennett Village Ter | |
| 1000522650 | 4/25/2016 | 4/26/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | 451 SWEET, Buffalo, NY, 14211 | 451 | | SWEET | 14211 |
| 1000522694 | 4/25/2016 | 4/26/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | 152 JERSEY, Buffalo, NY, 14201 | 152 | | JERSEY | 14201 |
| 1000522747 | 4/25/2016 | 4/26/2016 | Buffalo Police Department | Police | Quality of Life Issue (Req_Serv) | BPD Quality of Life Issue | 841 WEST, Buffalo, NY, 14213 | 841 | | WEST | 14213 |
| 1000522789 | 4/25/2016 | 4/26/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | Request for police services | Intersection of Abbott Rd and Hubbell Ave, Buffalo, NY | INTERSECTION | Abbott Rd | Hubbell Ave | |
| 1000522826 | 4/25/2016 | 4/26/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | 51 SCHUTRUM, Buffalo, NY, 14212 | 51 | | SCHUTRUM | 14212 |
| 1000522891 | 4/25/2016 | 4/26/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | Intersection of Clinton St and Cliff St, Buffalo, NY | INTERSECTION | Clinton St | Cliff St | |
| 1000522896 | 4/25/2016 | 4/26/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | DAKOTA, Buffalo, NY | | | | |
| 1000522957 | 4/25/2016 | 4/26/2016 | Buffalo Police Department | Police | Quality of Life Issue (Req_Serv) | BPD Quality of Life Issue | 144 DOWNING, Buffalo, NY, 14220 | 144 | | DOWNING | 14220 |
| 1000522958 | 4/25/2016 | 4/26/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | 118 WAKEFIELD, Buffalo, NY, 14214 | 118 | | WAKEFIELD | 14214 |
| 1000522965 | 4/25/2016 | 4/26/2016 | Buffalo Police Department | Police | Quality of Life Issue (Req_Serv) | BPD Quality of Life Issue | 83 GROVE, Buffalo, NY, 14207 | 83 | | GROVE | 14207 |
| 1000522968 | 4/25/2016 | 4/26/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | Request for police services | 70 GROVE, Buffalo, NY, 14207 | 70 | | GROVE | 14207 |
| 1000522978 | 4/25/2016 | 2/1/2017 | Buffalo Police Department | BPD | BPD Employee Issues (Req_Serv) | BPD Employee Issue | 95 MONTANA, Buffalo, NY, 14211 | 95 | | MONTANA | 14211 |
| 1000523000 | 4/26/2016 | 4/26/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | 56 BENZINGER, Buffalo, NY, 14206 | 56 | | BENZINGER | 14206 |
| 1000523106 | 4/26/2016 | 4/26/2016 | Buffalo Police Department | Police | Quality of Life Issue (Req_Serv) | BPD Quality of Life Issue | WEISS, Buffalo, NY | | | | |
| 1000523150 | 4/26/2016 | 4/26/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | Request for police services | 130 COURTLAND, Buffalo, NY, 14215 | 130 | | COURTLAND | 14215 |
| 1000523159 | 4/26/2016 | 4/26/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | 109 GOETHE, Buffalo, NY, 14206 | 109 | | GOETHE | 14206 |
| 1000523165 | 4/26/2016 | 4/26/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | 159 HEWITT, Buffalo, NY, 14215 | 159 | | HEWITT | 14215 |
| 1000523170 | 4/26/2016 | 4/26/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | Request for police services | 109 GOETHE, Buffalo, NY, 14206 | 109 | | GOETHE | 14206 |
| 1000523175 | 4/26/2016 | 4/26/2016 | Buffalo Police Department | Police | Quality of Life Issue (Req_Serv) | BPD Quality of Life Issue | 105 DUNLOP, Buffalo, NY, 14215 | 105 | | DUNLOP | 14215 |
| 1000523176 | 4/26/2016 | 4/26/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | Request for police services | 109 GOETHE, Buffalo, NY, 14206 | 109 | | GOETHE | 14206 |
| 1000523178 | 4/26/2016 | 4/26/2016 | Buffalo Police Department | Police | Quality of Life Issue (Req_Serv) | BPD Quality of Life Issue | SOUTH PARK, Buffalo, NY | | | | |
| 1000523199 | 4/26/2016 | 4/28/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | 59 GREENE, Buffalo, NY, 14206 | 59 | | GREENE | 14206 |
| 1000523211 | 4/26/2016 | 4/28/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | Intersection of Kenmore Ave and Main St, Buffalo, NY | INTERSECTION | Kenmore A | Main St | |
| 1000523277 | 4/27/2016 | 4/28/2016 | Buffalo Police Department | Police | Quality of Life Issue (Req_Serv) | BPD Quality of Life Issue | Intersection of Genesee St and Moselle St, Buffalo, NY | INTERSECTION | Genesee St | Moselle St | |
| 1000523320 | 4/27/2016 | 4/28/2016 | Buffalo Police Department | Police | Quality of Life Issue (Req_Serv) | BPD Quality of Life Issue | 251 LORING, Buffalo, NY, 14214 | 251 | | LORING | 14214 |
| 1000523321 | 4/27/2016 | 4/27/2016 | Buffalo Police Department | Police | Quality of Life Issue (Req_Serv) | BPD Quality of Life Issue | Intersection of Goethe St and Ludington St, Buffalo, NY | INTERSECTION | Goethe St | Ludington St | |
| 1000523355 | 4/27/2016 | 4/28/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | Request for police services | GODFREY, Buffalo, NY | | | | |
| 1000523369 | 4/27/2016 | 4/28/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | 31 VICTORIA, Buffalo, NY, 14214 | 31 | | VICTORIA | 14214 |
| 1000523378 | 4/27/2016 | 4/28/2016 | Buffalo Police Department | Police | Quality of Life Issue (Req_Serv) | BPD Quality of Life Issue | 251 LORING, Buffalo, NY, 14214 | 251 | | LORING | 14214 |
| 1000523396 | 4/27/2016 | 4/28/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | Request for police services | 509 STARIN, Buffalo, NY, 14216 | 509 | | STARIN | 14216 |
| 1000523417 | 4/27/2016 | 4/28/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | 4 ROANOKE, Buffalo, NY, 14210 | 4 | | ROANOKE | 14210 |
| 1000523429 | 4/27/2016 | 4/27/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | Request for police services | 165 MACKINAW, Buffalo, NY, 14204 | 165 | | MACKINAW | 14204 |
| 1000523495 | 4/27/2016 | 4/28/2016 | Buffalo Police Department | Police | Basketball Hoop in RoW (Req_Serv) | BPD BasketballHoop_RoW | 31 WOODSIDE, Buffalo, NY, 14220 | 31 | | WOODSIDE | 14220 |
| 1000523512 | 4/27/2016 | 4/28/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | Intersection of Southside Pkwy and Mesmer Ave, Buffalo, NY | INTERSECTION | Southside | Mesmer Ave | |
| 1000523519 | 4/27/2016 | 4/28/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | 575 ELMWOOD, Buffalo, NY, 14222 | 575 | | ELMWOOD | 14222 |
| 1000523550 | 4/27/2016 | 4/28/2016 | Buffalo Police Department | Police | Quality of Life Issue (Req_Serv) | BPD Quality of Life Issue | 105 DUNLOP, Buffalo, NY, 14215 | 105 | | DUNLOP | 14215 |
| 1000523552 | 4/27/2016 | 4/28/2016 | Buffalo Police Department | Police | Quality of Life Issue (Req_Serv) | BPD Quality of Life Issue | 58 RYAN SOUTH, Buffalo, NY, 14210 | 58 | | RYAN SOUTH | 14210 |
| 1000523561 | 4/28/2016 | 4/28/2016 | Buffalo Police Department | Police | Quality of Life Issue (Req_Serv) | BPD Quality of Life Issue | 64 WOOD, Buffalo, NY, 14211 | 64 | | WOOD | 14211 |
| 1000523609 | 4/28/2016 | 4/28/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | Request for police services | Intersection of McKinley Pkwy and Lakewood Ave, Buffalo, NY | INTERSECTION | McKinley P | Lakewood Ave | |
| 1000523610 | 4/28/2016 | 4/28/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | Request for police services | 40 WOODSIDE WEST, Buffalo, NY, 14220 | 40 | | WOODSIDE WEST | 14220 |
| 1000523612 | 4/28/2016 | 4/28/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | Request for police services | Intersection of McKinley Pkwy and Tifft St, Buffalo, NY | INTERSECTION | McKinley P | Tifft St | |
| 1000523626 | 4/28/2016 | 4/28/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | 60 BRISCOE, Buffalo, NY, 14211 | 60 | | BRISCOE | 14211 |
| 1000523633 | 4/28/2016 | 4/28/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | 850 WEST, Buffalo, NY, 14213 | 850 | | WEST | 14213 |
| 1000523635 | 4/28/2016 | 4/28/2016 | Buffalo Police Department | Police | Quality of Life Issue (Req_Serv) | BPD Quality of Life Issue | 27 OKELL, Buffalo, NY, 14220 | 27 | | OKELL | 14220 |
| 1000523702 | 4/28/2016 | 4/28/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | 850 WEST, Buffalo, NY, 14213 | 850 | | WEST | 14213 |
| 1000523766 | 4/28/2016 | 4/28/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | Intersection of Auburn Ave and Hoyt St, Buffalo, NY | INTERSECTION | Auburn Av | Hoyt St | |
| 1000523768 | 4/28/2016 | 4/28/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | 337 FOX, Buffalo, NY, 14211 | 337 | | FOX | 14211 |
| 1000523771 | 4/28/2016 | 4/28/2016 | Buffalo Police Department | Police | Quality of Life Issue (Req_Serv) | BPD Quality of Life Issue | 862 GENESEE, Buffalo, NY, 14211 | 862 | | GENESEE | 14211 |
| 1000523801 | 4/28/2016 | 4/29/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | Request for police services | Intersection of Heussy Ave and Abbott Rd, Buffalo, NY | INTERSECTION | Heussy Ave | Abbott Rd | |
| 1000523812 | 4/28/2016 | 4/29/2016 | Buffalo Police Department | Police | Quality of Life Issue (Req_Serv) | BPD Quality of Life Issue | Intersection of Michigan Ave and William St, Buffalo, NY | INTERSECTION | Michigan A | William St | |
| 1000523843 | 4/29/2016 | 4/29/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | 108 GROTE, Buffalo, NY, 14207 | 108 | | GROTE | 14207 |
| 1000523859 | 4/29/2016 | 4/29/2016 | Buffalo Police Department | Police | Quality of Life Issue (Req_Serv) | BPD Quality of Life Issue | 1094 ELMWOOD, Buffalo, NY, 14222 | 1094 | | ELMWOOD | 14222 |
| 1000523903 | 4/29/2016 | 4/29/2016 | Buffalo Police Department | Police | Quality of Life Issue (Req_Serv) | BPD Quality of Life Issue | 318 LISBON, Buffalo, NY, 14215 | 318 | | LISBON | 14215 |
| 1000523916 | 4/29/2016 | 4/29/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | 34 GROVE, Buffalo, NY, 14207 | 34 | | GROVE | 14207 |
| 1000523935 | 4/29/2016 | 4/29/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | 574 STOCKBRIDGE, Buffalo, NY, 14215 | 574 | | STOCKBRIDGE | 14215 |
| 1000523966 | 4/29/2016 | 4/29/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | 82 CALIFORNIA, Buffalo, NY, 14213 | 82 | | CALIFORNIA | 14213 |
| 1000523970 | 4/29/2016 | 4/29/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | 51 RYAN SOUTH, Buffalo, NY, 14210 | 51 | | RYAN SOUTH | 14210 |
| 1000524009 | 4/29/2016 | 4/29/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | 567 HERTEL, Buffalo, NY, 14207 | 567 | | HERTEL | 14207 |
| 1000524012 | 4/29/2016 | 4/29/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | BPD Police Issue | 557 HERTEL, Buffalo, NY, 14207 | 557 | | HERTEL | 14207 |
| 1000524058 | 4/30/2016 | 5/2/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | Request for police services | 52 GROTE, Buffalo, NY, 14207 | 52 | | GROTE | 14207 |
| 1000524067 | 4/30/2016 | 5/2/2016 | Buffalo Police Department | Police | Quality of Life Issue (Req_Serv) | BPD Quality of Life Issue | 558 BRECKENRIDGE, Buffalo, NY, 14222 | 558 | | BRECKENRIDGE | 14222 |
| 1000524069 | 4/30/2016 | 5/2/2016 | Buffalo Police Department | Police | Quality of Life Issue (Req_Serv) | BPD Quality of Life Issue | 34 MILFORD, Buffalo, NY, 14220 | 34 | | MILFORD | 14220 |
| 1000524082 | 5/1/2016 | 5/2/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | Request for police services | DELAVAN EAST, Buffalo, NY | | | | |
| 1000524083 | 5/1/2016 | 5/2/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | Request for police services | 24 BICKFORD, Buffalo, NY, 14215 | 24 | | BICKFORD | 14215 |
| 1000524084 | 5/1/2016 | 5/2/2016 | Buffalo Police Department | Police | Police Issue (Req_Serv) | Request for police services | 3 HUMASON, Buffalo, NY, 14211 | 3 | | HUMASON | 14211 |
| 1000524098 | 5/1/2016 | 5/2/2016 | Buffalo Police Department | Police | Quality of Life Issue (Req_Serv) | BPD Quality of Life Issue | 25 GRACE, Buffalo, NY, 14207 | 25 | | GRACE | 14207 |