# *Strike Force Daily Report*

| Commanding Officer: Chief Brinkworth | | |
|---|---|---|
| Date: 08/31/2015 | | ☐ Blue Wheel |
| Location: C and E | | # of Arres |
| Author: David E Wilcox | | |
| Completed By: ○ Housing   ● Strike Force | | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | V |
|---|---|---|---|---|---|---|---|
| S428 | Skipper/Walters | 1 | 0.00 | 0 | 0 | 0 | 9 |
| S430 | Acquino/Mcduffie | 1 | 0.00 | 0 | 0 | 0 | 13 |
| S452 | Wilcox/Mclean | 0 | 0.00 | 0 | 0 | 0 | 7 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | **TOTALS** | 2 | 0.00 | 0 | 0 | 0 | 29 |

Intelligence/Information:

Arrested - ███████████ ... ██████ ... ████████ .... 
████████████ found to be driving NY Reg
Chrysler..........reported stolen out of Olean, NY

GYC - ███████████....██████....████████████.........did run into
███████........house used to supple weed to ███████████

███████████......██████.....████████████......bragged to officers about having
multiple guns......then told officers....."you got to catch me".

# *Strike Force Daily Report*

| Commanding Officer: Chief Kevin Brinkworth | | |
|---|---|---|
| Date: 08/30/2015 | | ☐ Blue Wheel |
| Location: | | # of Arres |
| Author: Michael P Quinn | | |
| Completed By: ○ Housing   ● Strike Force | | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | |
|---|---|---|---|---|---|---|---|
| S421 | M Martinez/J Chojnacki | 2 | 0.00 | 0 | 0 | 0 | 22 |
| S424 | B Pitts/S Culver | 1 | 0.00 | 0 | 0 | 0 | 17 |
| S426 | J Domarecki/D McDuffie | 2 | 0.00 | 0 | 0 | 0 | 16 |
| S428 | J Poisson/J Walters | 0 | 0.00 | 0 | 0 | 0 | 10 |
| S451 | M Quinn | 0 | 0.00 | 0 | 0 | 0 | 4 |
| Housing | | 0 | 0.00 | 0 | 5 | 0 | 12 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 5 | 0.00 | 0 | 5 | 0 | 81 |

Intelligence/Information:   - Due to NYSPIN & DMV being down for the majority of our shift our enforcement abilities were greatly dimished.

- Conducted checkpoints at Busti/Pennsylvania, Massachusetts/W Utica/15th, Massachusetts/Shields, Auburn/Hoyt & Maryland/7th.

- On the orders of our Chief who was contacted by ██████ of C District we provided a presence at a large block party at Sperry Park (Sherman - Krettner, Peckham - Paderewski) that was attended by approximately 400-500 people that featured a DJ & a basketball tournament. Multiple gang members were in attendance but there were no reported acts of violence other than minor scuffles.

- Assisted the Housing Unit in patroling the Perry Days event in the Perry Projects.

- Aggressively patrolled the problem areas on the West Side that ██████████ of B District emalied us particularly the ████████ areas.

- Narcotics activity at ████████

- Marijuana sales at ██████

- ████████ (directly across from ██████ Market) is being used as a hangout for gangs.

- Spoke to citizens at ████████ who were upset about what they say has been a string of burglaries in the area.

- ████████ (dob of ██████) of ████ is currently staying at the City Mission after fleeing ████████ where he said people were trying to shoot him.

# *Strike Force Daily Report*

| Commanding Officer: Chief Kevin Brinkworth | | |
|---|---|---|
| **Date: 08/29/2015** | | ☐ **Blue Wheel** |
| **Location:** | | **# of Arres** |
| **Author: Michael P Quinn** | | |
| **Completed By:** ○ Housing   ● Strike Force | | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | V |
|---|---|---|---|---|---|---|---|
| S420 | R Salamone/J Poisson | 0 | 0.00 | 0 | 0 | 0 | 8 |
| S421 | J Chojnacki | 0 | 0.00 | 0 | 0 | 0 | 10 |
| S422 | L Howard/R Thomas | 1 | 0.00 | 1 | 0 | 0 | 17 |
| S424 | B Pitts/S Culver | 1 | 0.00 | 0 | 0 | 0 | 9 |
| S428 | D Strobele/J Walters | 3 | 0.00 | 0 | 0 | 0 | 15 |
| S430 | M Aquino/D McDuffie | 0 | 0.00 | 0 | 0 | 0 | 5 |
| S451 | M Quinn/T Whelan | 2 | 0.00 | 0 | 0 | 0 | 3 |
| Housing | | 0 | 0.00 | 0 | 10 | 0 | 25 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | **TOTALS** | 7 | 0.00 | 1 | 10 | 0 | 92 |

Intelligence/Information: - Conducted checkpoints at Hampshire/Grant, Parkdale/Berkshire & Grant/Forest.

- Arrested an individual with a kilo of coccaine & a loaded Smith & Wesson ███████████ caliber handgun on a V&T stop at ███ ██████████ This investigation started with █████████████████████ ████████████████████████ about an individual with a gun & a kilo of coccaine. The ████████████ followed the vehicle ████████████████ in from Edson St until it got off the I-190 onto Amherst St. The vehicle was stopped for V&T violations on Arthur St. K-9 Unit was called & the dog hit on a bag that contained the firearm & coccaine. Narcotics Detective ██████████ tested the drugs & they tested positive for coccaine.

- Developed intel at a checkpoint about ████████████ ██████ fraudeuntly allowing individuals with unregistered & uninspected motor vehicles to "rent" dealer plates. Took the plates to the DMV office on Dingens St & met with their investigators.

- At ██████████ he house next to the store is selling pills, crack coccaine & marijuana.

- Investigated prostitution activity at ████████████.

- Gang activity of ████████ Dispersed ██████████████ (dob ██████) of ██████████, ████████████ (dob ████████) of █████ (dob ████████) of ███████████ & ███████████ (dob ██████) of ██████████

- Heroin sales at the █████ Apt ███ at █████████
████████

- Prostitution occurring in the garage apartment at █
██████

- Home invasion/Shooting at █████████████
████