# *Strike Force Daily Report*

| Commanding Officer: Chief Brinkworth | |
|---|---|
| Date: 08/31/2015 | ☐ Blue Wheel |
| Location: C and E | # of Arres |
| Author: David E Wilcox | |
| Completed By: ○ Housing   ● Strike Force | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | V |
|---|---|---|---|---|---|---|---|
| S428 | Skipper/Walters | 1 | 0.00 | 0 | 0 | 0 | 9 |
| S430 | Acquino/Mcduffie | 1 | 0.00 | 0 | 0 | 0 | 13 |
| S452 | Wilcox/Mclean | 0 | 0.00 | 0 | 0 | 0 | 7 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | **TOTALS** | 2 | 0.00 | 0 | 0 | 0 | 29 |

Intelligence/Information:

Arrested - ████████ ... █████ ... ██████ .... ████████
████████████ found to be driving NY Reg
Chrysler..........reported stolen out of Olean, NY

GYC - ██████████ .... ████████ .... ██████████████ .........did run into ████████ ........house used to supple weed to ██████████████

████████████ ...... ████████ ..... ██████████ ......bragged to officers about having multiple guns......then told officers....."you got to catch me".

# *Strike Force Daily Report*

| Commanding Officer: Chief Kevin Brinkworth | | |
|---|---|---|
| **Date: 08/30/2015** | | ☐ **Blue Wheel** |
| **Location:** | | # of Arres |
| **Author: Michael P Quinn** | | |
| **Completed By:** ○ Housing    ● Strike Force | | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | |
|---|---|---|---|---|---|---|---|
| S421 | M Martinez/J Chojnacki | 2 | 0.00 | 0 | 0 | 0 | 22 |
| S424 | B Pitts/S Culver | 1 | 0.00 | 0 | 0 | 0 | 17 |
| S426 | J Domarecki/D McDuffie | 2 | 0.00 | 0 | 0 | 0 | 16 |
| S428 | J Poisson/J Walters | 0 | 0.00 | 0 | 0 | 0 | 10 |
| S451 | M Quinn | 0 | 0.00 | 0 | 0 | 0 | 4 |
| Housing | | 0 | 0.00 | 0 | 5 | 0 | 12 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 5 | 0.00 | 0 | 5 | 0 | 81 |

Intelligence/Information:   - Due to NYSPIN & DMV being down for the majority of our shift our enforcement abilities were greatly dimished.

- Conducted checkpoints at Busti/Pennsylvania, Massachusetts/W Utica/15th, Massachusetts/Shields, Auburn/Hoyt & Maryland/7th.

- On the orders of our Chief who was contacted by ███████ ████████ of C District we provided a presence at a large block party at Sperry Park (Sherman - Krettner, Peckham - Paderewski) that was attended by approximately 400-500 people that featured a DJ & a basketball tournament. Multiple gang members were in attendance but there were no reported acts of violence other than minor scuffles.

- Assisted the Housing Unit in patroling the Perry Days event in the Perry Projects.

- Aggressively patrolled the problem areas on the West Side that ████████████████ of B District emalied us particularly the ███████████ areas.

- Narcotics activity at ████████████

- Marijuana sales at ███████

- ████████ (directly across from ██████ Market) is being used as a hangout for gangs.

- Spoke to citizens at ████████████ who were upset about what they say has been a string of burglaries in the area.

- ████████████ (dob of ████████) of ████ is currently staying at the City Mission after fleeing ████████████ where he said people were trying to shoot him.

# *Strike Force Daily Report*

| Commanding Officer: Chief Kevin Brinkworth | | |
|---|---|---|
| Date: 08/29/2015 | | ☐ Blue Wheel |
| Location: | | # of Arres |
| Author: Michael P Quinn | | |
| Completed By: ○ Housing   ● Strike Force | | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | V |
|---|---|---|---|---|---|---|---|
| S420 | R Salamone/J Poisson | 0 | 0.00 | 0 | 0 | 0 | 8 |
| S421 | J Chojnacki | 0 | 0.00 | 0 | 0 | 0 | 10 |
| S422 | L Howard/R Thomas | 1 | 0.00 | 1 | 0 | 0 | 17 |
| S424 | B Pitts/S Culver | 1 | 0.00 | 0 | 0 | 0 | 9 |
| S428 | D Strobele/J Walters | 3 | 0.00 | 0 | 0 | 0 | 15 |
| S430 | M Aquino/D McDuffie | 0 | 0.00 | 0 | 0 | 0 | 5 |
| S451 | M Quinn/T Whelan | 2 | 0.00 | 0 | 0 | 0 | 3 |
| Housing | | 0 | 0.00 | 0 | 10 | 0 | 25 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | **TOTALS** | 7 | 0.00 | 1 | 10 | 0 | 92 |

Intelligence/Information:  - Conducted checkpoints at Hampshire/Grant, Parkdale/Berkshire & Grant/Forest.



- Arrested an individual with a kilo of coccaine & a loaded Smith & Wesson ███████ caliber handgun on a V&T stop at ██████. This investigation started with ███████████ ███████████ about an individual with a gun & a kilo of coccaine. The ██████████ followed the vehicle ██████████ in from Edson St until it got off the I-190 onto Amherst St. The vehicle was stopped for V&T violations on Arthur St. K-9 Unit was called & the dog hit on a bag that contained the firearm & coccaine. Narcotics Detective ██████ tested the drugs & they tested positive for coccaine.

- Developed intel at a checkpoint about ████████ ████ fraudeuntly allowing individuals with unregistered & uninspected motor vehicles to "rent" dealer plates. Took the plates to the DMV office on Dingens St & met with their investigators.

- At ███████ he house next to the store is selling pills, crack coccaine & marijuana.

- Investigated prostitution activity at ██████████.

- Gang activity of ████████ Dispersed ██████████ (dob ████) of ██████, ████████ (dob ██████) of ████████ (dob ████) of ███████ & ████████ (dob ██████) of ██████

- Heroin sales at the ████ Apt ██ at ████████ ████

- Prostitution occurring in the garage apartment at ██ ████

- Home invasion/Shooting at ██████████ ████