UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
BLACK LOVE RESISTS IN THE RUST, et al.,

                *Plaintiffs,*

- vs -                                      Case No. 1:18-cv-719

CITY OF BUFFALO, N.Y., et al.,

                *Defendants*.
---------------------------------------------------------------x

**CONSENT MOTION TO MODIFY SCHEDULING ORDER**

In accordance with the Parties' discussion with the Court during its May 30, 2019 status conference, Plaintiffs hereby move by consent for an extension of six months to all deadlines presently set by the Court's scheduling order (ECF No. 15). In support of this Motion, Plaintiffs state:

1. Under the present schedule, the deadline for filing motions to amend the pleadings or add parties was May 14, 2019, and the deadline for completion of fact discovery and any accompanying motions to compel is June 14, 2019. The Court has set additional deadlines for completion of all expert discovery is September 13, 2019, with initial reports to be filed by July 12, 2019, rebuttal reports to be filed by August 13, 2019, and all expert depositions to be completed by September 13, 2019. The deadline for filing dispositive motions is October 9, 2019.

2. As discussed during the May 30, 2019 status conference and explained in Plaintiffs' May 7, 2019 letter, the Parties require additional time to complete discovery, as the Court has ordered Defendants' production of ESI to commence and progress over the next 90 days.

3. The Parties are further engaged in ongoing discovery discussions and document production. Plaintiffs anticipate that they will serve additional requests for discovery and depose Defendants and other personnel of the City of Buffalo and its agencies before the close of the discovery period. Defendants have not yet taken any discvoery.

4. Accordingly, Plaintiffs respectfully request, and Defendants consent to, the following modifications of the schedule:

| Deadlines | Current Date | Modified Date |
|---|---|---|
| Deadline for filing motions to amend the pleadings or add parties | May 14, 2019 | November 14, 2019 |
| Deadline for completion of fact discovery | June 14, 2019 | December 13, 2019 |
| Deadline for motions to compel discovery | June 14, 2019 | December 13, 2019 |
| Deadline for service of Initial Expert Reports | July 12, 2019 | January 31, 2020 |
| Deadline for service of Rebuttal Expert Reports | August 13, 2019 | March 2, 2020 |
| Deadline for completion of all expert discovery (incl. expert depositions) | September 13, 2019 | March 26, 2020 |
| Deadline for Dispositive Motions | October 9, 2019 | April 30, 2020 |

5. Extending the discovery schedule will permit the parties sufficient time to complete discovery, thereby increasing the likelihood that they may narrow the issues in dispute. Accordingly, good cause exists to justify Plaintiffs' consent request to extend each deadline in the current schedule by six months.

WHEREFORE, Plaintiffs respectfully request that the Court modify the schedule in accordance with Plaintiffs' proposal.

*/s/ Keisha A. Williams*
Joseph Keleman
Keisha Williams
WESTERN NEW YORK LAW CENTER
Main Seneca Building
237 Main Street, Suite 1130
Buffalo, NY 14203
Tel: (716) 828-8415
Fax: (716) 270-4005
jkeleman@wnylc.com
kwilliams@wnylc.com

*/s/ Claudia Wilner*
Claudia Wilner
Travis W. England*
Britney Wilson*
NATIONAL CENTER FOR LAW
AND ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, NY 10001
212-633-6967
cohan@nclej.org
wilner@nclej.org
england@nclej.org
lau@nclej.org

*/s/ Darius Charney*
Darius Charney
Brittany Thomas*
Anjana Malhotra (cooperating counsel)*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
212-614-6439
BAzmy@ccrjustice.org
DCharney@ccrjustice.org
bwilson@ccrjustice.org
anjana.malhotra@gmail.com

*Application for admission forthcoming.*