UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
BLACK LOVE RESISTS IN THE RUST, et al.,

                            *Plaintiffs,*

                                                                                 Case No. 1:18-cv-719

- vs -

CITY OF BUFFALO, N.Y., et al.,

                            *Defendants*.
---------------------------------------------------------------x

## **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL NON-PARTY ERIE COUNTY CENTRAL POLICE SERVICES TO COMPLY WITH PLAINTIFFS' MAY 17, 2019 SUBPOENA**

PLEASE TAKE NOTICE that Plaintiffs will move this Court on a return date to be determined by the Court to compel Third Party Erie County Central Police Services to comply with a subpoena duces tecum served on May 17, 2019, pursuant to Federal Rule of Civil Procedure 37(a)(2) and 45(d)(2)(B)(i).

In support of this motion, Plaintiffs file a Memorandum of Law in Support of the Motion to Compel, the Declaration of Claudia Wilner, with accompanying attachments. Pursuant to Local Rule 7(a)(1), Plaintiffs hereby state that they intend to file and serve reply papers. Pursuant to Local Rule 7(b)(2)(B), if the Court does not set deadlines by order, any opposition will be due within fourteen days of today, and any reply papers will be due within seven days of the filing of opposition papers.

Respectfully Submitted,

/s/ Claudia Wilner
Claudia Wilner
Travis W. England*
Britney Wilson*
NATIONAL CENTER FOR LAW
AND ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, NY 10001
212-633-6967
wilner@nclej.org
england@nclej.org
wilson@nclej.org


\* Application for admission forthcoming.

/s/ Darius Charney
Darius Charney
Chinyere Ezie
Brittany Thomas*
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
212-614-6439
DCharney@ccrjustice.org
CEzie@ccrjustice.org
BThomas@ccrjustice.org

/s/ Keisha A. Williams
Joseph Keleman
Keisha Williams
WESTERN NEW YORK LAW CENTER
Main Seneca Building
237 Main Street, Suite 1130
Buffalo, NY 14203
Tel: (716) 828-8415
Fax: (716) 270-4005
jkeleman@wnylc.com
kwilliams@wnylc.com

# CERTIFICATE OF SERVICE

  I hereby certify that on July 18, 2019, I electronically filed the foregoing Notice of Motion, along with the accompanying Memorandum of Law and Declaration of Claudia Wilner, with exhibits, with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants in this case:

  Robert E. Quinn
  City Of Buffalo Department Of Law
  716-851-4326
  rquinn@city-buffalo.com
  *Counsel for All Defendants*

  And, I hereby certify that on July 17, 2019, through my co-counsel Keisha Williams of the Western New York Law Center, I have served third party Erie County Central Police Services, through service on the employee listed below at the following address:

  Mary Jividen
  Central Police Services
  Public Safety Building
  45 Elm Street
  Buffalo, New York 14203
  (716) 858-8219

                *s/ Claudia Wilner*