# Claudia Wilner

| | |
|---|---|
| **From:** | Edward Krugman |
| **Sent:** | Wednesday, June 19, 2019 11:27 AM |
| **To:** | marlaine.hoffman@erie.gov |
| **Cc:** | Claudia Wilner |
| **Subject:** | Re: Checking in -- and a question |

Hi Marlaine.  Checking in again on the CHARMS subpoena (I got your out-of-office on the one below).

In addition to the question below, we'll have some additional follow-up on the TraCS production, which we'll get you shortly, but I did want to see where we were on CHARMS.

Thanks.

Ed Krugman

**From:** Edward Krugman <krugman@nclej.org>
**Date:** Thursday, June 6, 2019 at 12:36 PM
**To:** "marlaine.hoffman@erie.gov" <marlaine.hoffman@erie.gov>
**Cc:** Claudia Wilner <wilner@nclej.org>
**Subject:** Checking in -- and a question

Hi.  Wanted to check in on the CHARMS subpoena.

Also, on TraCS, do you know what the "Location Codes" are? There are 14 of them:  1499 and a bunch in the 1500s.

Thanks!