# Claudia Wilner

| | |
|---|---|
| **From:** | Claudia Wilner |
| **Sent:** | Wednesday, February 27, 2019 4:44 PM |
| **To:** | 'Quinn,Robert E' |
| **Cc:** | Travis England; Darius Charney |
| **Subject:** | RE: BLRR v City of Buffalo |

Rob, I wanted to follow up on your email below to see if you have any information to share.

In addition, I wanted to make sure we are on track for a document production on March 6.  Please advise.  Thanks.



**Claudia Wilner**
Senior Attorney
National Center for Law and Economic Justice
275 Seventh Avenue, Suite 1506, New York, NY 10001-6860

212-633-6967 | wilner@nclej.org | www.nclej.org

   

**Confidentiality Note**: This e-mail (including attachments) is intended only for the addressee and may contain information that is privileged and/or confidential. Distribution or copying of this e-mail or its attachments by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at 212-633-6967 or e-mail at info@nclej.org and destroy the original message and all copies.

---

**From:** Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us>
**Sent:** Tuesday, February 19, 2019 7:13 PM
**To:** Claudia Wilner <wilner@nclej.org>
**Cc:** Travis England <england@nclej.org>; Darius Charney <dcharney@ccrjustice.org>
**Subject:** RE: BLRR v City of Buffalo

All,
I have several meetings tomorrow scheduled in an attempt to further respond to your requests for information re: training issues.  I will advise after, as discussed at our last phone conference, of any additional information learned. Thanks.
Rob Quinn.