**Claudia Wilner**

| | |
|---|---|
| **From:** | Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us> |
| **Sent:** | Monday, March 25, 2019 7:13 PM |
| **To:** | Travis England; Darius Charney |
| **Cc:** | Claudia Wilner |
| **Subject:** | RE: BLRR v City of Buffalo |
| **Attachments:** | Strike Force Daily Reports - 10 examples_Redacted.pdf; Housing Unit Daily Reports - 10 exampels_Redacted.pdf |

As discussed, redacted examples of Strike Force and Housing Unit Daily Reports attached.

**From:** Travis England [mailto:england@nclej.org]
**Sent:** Friday, March 22, 2019 2:31 PM
**To:** Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us>; Darius Charney <dcharney@ccrjustice.org>
**Cc:** Claudia Wilner <wilner@nclej.org>
**Subject:** RE: BLRR v City of Buffalo

That's fine. We can use this conference line:

646-680-8918
0140943#

**From:** Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us>
**Sent:** Friday, March 22, 2019 2:28 PM
**To:** Darius Charney <dcharney@ccrjustice.org>
**Cc:** Claudia Wilner <wilner@nclej.org>; Travis England <england@nclej.org>
**Subject:** RE: BLRR v City of Buffalo

Ok by me.  Did you circulate a call number?

**From:** Darius Charney [mailto:dcharney@ccrjustice.org]
**Sent:** Friday, March 22, 2019 2:26 PM
**To:** Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us>
**Cc:** Claudia Wilner <wilner@nclej.org>; Travis England <england@nclej.org>
**Subject:** Re: BLRR v City of Buffalo

Apologies, everyone, but I am on another call that is running a little long. Can we move our call back to 2:45?

On Thu, Mar 21, 2019 at 2:29 PM Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us> wrote:

Again apologize, someone in our office is out unexpectedly with a medical condition and I have to cover.  Would it be possible to do this tomorrow?  Basically any time after 12:30 would work.  Sorry again for incontinence.

**From:** Quinn,Robert E
**Sent:** Tuesday, March 19, 2019 9:49 AM

# *Strike Force Daily Report*

| Commanding Officer: Chief Kevin Brinkworth | | |
|---|---|---|
| **Date: 08/22/2015** | | ☐ Blue Wheel |
| **Location:** | | # of Arres |
| **Author: Michael P Quinn** | | |
| **Completed By:** ○ Housing   ● Strike Force | | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | V |
|---|---|---|---|---|---|---|---|
| S420 | J Poisson/B Pitts | 0 | 0.00 | 0 | 0 | 0 | 4 |
| S421 | M Martinez/J Chojnacki | 2 | 0.00 | 0 | 0 | 0 | 27 |
| S423 | B Pitts | 1 | 0.00 | 0 | 0 | 0 | 17 |
| S428 | J Walters/D Strobele | 3 | 0.00 | 0 | 0 | 0 | 24 |
| S430 | M Acquino/D McDuffie | 1 | 0.00 | 0 | 0 | 0 | 11 |
| S451 | M Quinn | 1 | 0.00 | 0 | 0 | 0 | 7 |
| Housing | | 1 | 0.00 | 0 | 1 | 0 | 36 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| **TOTALS** | | **9** | **0.00** | **0** | **1** | **0** | **126** |

Intelligence/Information:  - Conducted checkpoints at Kerns/Hagen,

Leslie/Scajaquada, Bailey/Cloverdale & Comstock/Midway.

              - Took part in Operation Clean Sweep inside the Langfield Projects along with the Housing Unit, E District CPOs, K9, BFD & various other agencies.

            - Assisted ████ with a gun arrest at ████████ Strike Force had received information ████████████ regarding a gun in the trunk of a ████████ Vehicle was stopped & a .40 caliber handgun with a 30 round magazine was recovered.

            - Assisted A District with a man with a gun call on ████ ██

            - Recieved info that drug dealers are stashing drugs in the ████████████████████

            - Stabbing on Theodore near Genesee St.

            - Shots fired on Langfield near Suffolk.

            - Possible narcotics sales at ██████

            - Gangs at ██████

            - Gang activity in the area of ████████ Many gang members in that area.

# *Strike Force Daily Report*

| Commanding Officer: Chief Brinkworth | |
|---|---|
| Date: 08/20/2015 | ☐ Blue Wheel |
| Location: C and E District primary focus | # of Arres |
| Author: David E Wilcox | |
| Completed By: ○ Housing ● Strike Force | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | |
|---|---|---|---|---|---|---|---|
| S420 | Poisson/Salamone | 0 | 0.00 | 0 | 0 | 0 | 8 |
| S421 | Chojnacki/Martinez | 0 | 0.00 | 0 | 0 | 0 | 16 |
| S422 | Howard/Thomas | 1 | 0.00 | 0 | 0 | 0 | 6 |
| S424 | Pariseau/Culver | 0 | 0.00 | 0 | 0 | 0 | 11 |
| S428 | Walters/Skipper | 1 | 0.00 | 0 | 0 | 0 | 22 |
| S423 | Pitts/Acquino | 1 | 0.00 | 0 | 0 | 0 | 16 |
| S430 | Hamilton/Acquino | 0 | 0.00 | 1 | 0 | 0 | 7 |
| S429 | Strobele/Mcduffie | 1 | 0.00 | 0 | 0 | 0 | 14 |
| S451 | Quinn | 0 | 0.00 | 0 | 0 | 0 | 3 |
| S452 | Wilcox/Mclean | 0 | 0.00 | 0 | 0 | 0 | 6 |
| | | 0 | 0.00 | 0 | 0 | 0 | |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | TOTALS | 4 | 0.00 | 1 | 0 | 0 | 109 |

Intelligence/Information:

Concentrated efforts in C and E districts...Genesee/Crossman.....Doat/Peace.....Ferry/Ernst........Olympic/33.....

Gun recovered at ██████████████████████████████
████████.....loaded with 4 rounds.....

Suspect ██████████████████████is suppose to have a gun and hides it in the
██████████.......by store

████████████is possibly being used for selling weed.........observed ███████████
████and traffic back and forth .....both on front porch and to side of house.

Arrested........██████████████████████████████████
........██████████████..........220.03

████████████████████........arrested on traffic stop
at ████████████..........Buffalo Bench Warrant

███████████████████.....stopped at
roadcheck and gave false name 3 times and then was found to be suspended.

Heroin sales still prevelant at ████████████████████

Traffic stop Ferry/Grider ██████████████████████......Driven by
██████████████████████████████████
████████████......possible drug sales.......officers will follow up

4

# *Housing Daily Report*

| Commanding Officer: Chief Young | | ☒ Blue Wheel |
|---|---|---|
| Date: 12/05/2016 | | # of Arres |
| Location: Langfield/Shaffer Village | | |
| Author: Brian S Strobele | | |
| Completed By: ● Housing     ○ Strike Force | | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | |
|---|---|---|---|---|---|---|---|
| H420 | Beyer/Hassett | 1 | 0.00 | 0 | 12 | 0 | 10 |
| H430 | Robinson/Vidal | 0 | 0.00 | 0 | 0 | 0 | 8 |
| H440 | Domaracki/Bauer | 0 | 0.00 | 0 | 0 | 0 | 14 |
| Langfield | Agee/Sharpe | 0 | 0.00 | 0 | 0 | 0 | 14 |
| Shaffer Village | Miller | 0 | 0.00 | 0 | 0 | 0 | 8 |
| H451 | Strobele | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | | 0.00 | | | | |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | | 0.00 | | | | |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 1 | 0.00 | 0 | 12 | 0 | 54 |

Intelligence/Information:   Shaffer Detail did a park and walk Thru Shaffer Village.
Several traffic stops on Ontario resulting in several summonses.
Traffic stop at Ontario/Philadelphia.NY Reg ███████ ,█████
██████ ,Vehicle had illegal tints.Driver--██████████████,was

suspended and did have an outstanding Buffalo Warrant ███████. Pass ██████████████, was also arrested after Officers did recover crack cocaine from the vehicle.████████,Several V&T.

Langfield Detail did Park and Walk on Oakmont.
V&T stop of ██████████ ███.NY Reg █████████ ██████
███████.Summonses issued.
V&T stop of █████████, ████NY Reg--█████████.█████████
.Summons issued.
V&T stop████████, ████NY Reg █████..█████████.Summons
issued.
Patrols within  Langfield/Kenfield.

Patrols in and around Perry,Marine Drive,Shaffer Village,Langfield.

Officers did witness a hand to hand drug sale while on routine patrol at
██████████.Def █████████,█████..did possess crack
cocaine.Arrested and charged with █████. Co _def did have 2 warrants.
█████████ ████. Warrant # ██████████████

# *Housing Daily Report*

| Commanding Officer: Chief Young | |
|---|---|
| **Date: 12/06/2016** | ☒ **Blue Wheel** |
| **Location: Langfield/Shaffer Village** | **# of Arres** |
| **Author: Brian S Strobele** | |
| **Completed By: ● Housing    ○ Strike Force** | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | |
|---|---|---|---|---|---|---|---|
| H410 | Macy | 0 | 0.00 | 0 | 0 | 0 | |
| H420 | Beyer/Hassett | 0 | 0.00 | 0 | 3 | 0 | 11 |
| H430 | Robinson/Vidal | 1 | 0.00 | 0 | 0 | 0 | 11 |
| H440 | Domaracki/Bauer | 1 | 0.00 | 0 | 0 | 0 | 11 |
| Langfield | Domaracki | 0 | 0.00 | 0 | 0 | 0 | 13 |
| H451 | Strobele | 0 | 0.00 | 0 | 0 | 0 | 0 |
| H450 | Serafini | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | **TOTALS** | 2 | 0.00 | 0 | 3 | 0 | 46 |

Intelligence/Information:

Platoon worked 1000-2000 hrs. Check point at Isabelle/Laird Ave.
Walk thru all of the 3 story walkups in Shaffer Village.
PO Macy did discuss several issues involving Shaffer Village with the manager.

Langfield Detail--Park and Walk in the Beiter Walk area.
Assisted the E District at ██████████ earching for a Domestic Violence suspect.Suspect was taken into custody and an arrest was made.
V&T stop of ██████████ , ██████ at Bailey/Oakmont.Driver was ████████
████████

V&T stop of NY Reg ████████ , ██████████ at ████████ and ████ Driver ████████████ ██████████ Front seat passenger was ████████████
████████ (Known Uptwn gang member) Vehicle smelled of marijuana ,none was found.Driver had a large amount of cash on his person.


Traffic stop at 34 Suffolk--Arrest of ████████████ ██████ of ██████
████████ ..driver of NY Reg ████████████████ ..tan.plates suspended for insurance lapse.Driver did have drugs.
Traffic stop at 673 Ontario of NY Reg ████████████████████ . Driver was ████████ ██████ .. ████████ Did have narcotics. ████████████████ Co-Def was passenger and did have a warrant and narcotics. ████████████████████████ and warrant.