# Travis England

| | |
|---|---|
| **From:** | Travis England |
| **Sent:** | Monday, May 6, 2019 5:25 PM |
| **To:** | Quinn,Robert E |
| **Cc:** | Claudia Wilner; Darius Charney |
| **Subject:** | BLRR v City of Buffalo - Plaintiffs' Lists of Proposed Search Terms & Custodians |
| **Attachments:** | BLRR v Buffalo_Search Term List 5.6.19.docx; BLRR v Buffalo_Custodian List 5.6.19.docx |

Rob,

I have attached Plaintiffs' lists of proposed search terms and custodians.

As we explained in our November 15, 2018 email following our initial conferrals regarding Defendants' search for ESI, Plaintiffs believe that responsive documents and ESI will be in the possession of each Defendant, as well as various locations within the Buffalo Police Department ("BPD") and the City of Buffalo, including emails, digital and physical files, computers, backup servers, and similar locations of: (1) current and former Strike Force personnel and their supervisors; (2) current and former Housing Unit personnel and their supervisors; (3) current and former Division of Traffic Enforcement personnel and their supervisors; (4) current and former BPD Commissioners and their senior staff; (4) current and former Buffalo Traffic Violations Agency personnel; and (5) current and former staff of Defendant Brown overseeing BPD and BTVA activities. Based on the discovery Defendants have produced thus far, we have identified the specific individuals listed in the attachment.

Plaintiffs reserve their right to propose additional custodians and/or search terms should their relevance become apparent as discovery continues.


Thanks,
Travis



**Travis W. England**
Senior Attorney
National Center for Law and Economic Justice
275 Seventh Avenue, Suite 1506, New York, NY 10001-6860

212-633-6967 | england@nclej.org | www.nclej.org

 

**Confidentiality Note**: This e-mail (including attachments) is intended only for the addressee and may contain information that is privileged and/or confidential. Distribution or copying of this e-mail or its attachments by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at 212-633-6967 or e-mail at info@nclej.org and destroy the original message and all copies.