# Claudia Wilner

| | |
|---|---|
| **From:** | Claudia Wilner |
| **Sent:** | Tuesday, June 11, 2019 2:35 PM |
| **To:** | Quinn,Robert E |
| **Cc:** | Travis England; Darius Charney |
| **Subject:** | RE: BLRR v. City of Buffalo |

Rob, we are still waiting for a response to the email below.  Thanks.



**Claudia Wilner**
Senior Attorney
National Center for Law and Economic Justice
275 Seventh Avenue, Suite 1506, New York, NY 10001-6860

212-633-6967 | wilner@nclej.org | www.nclej.org

   

**Confidentiality Note**: This e-mail (including attachments) is intended only for the addressee and may contain information that is privileged and/or confidential. Distribution or copying of this e-mail or its attachments by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at 212-633-6967 or e-mail at info@nclej.org and destroy the original message and all copies.

---

**From:** Claudia Wilner
**Sent:** Thursday, June 06, 2019 3:25 PM
**To:** Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us>
**Cc:** Travis England <england@nclej.org>; Darius Charney <dcharney@ccrjustice.org>
**Subject:** BLRR v. City of Buffalo

Rob, in order to propose search terms for the 311 and IA Pro databases, we need a better understanding of your search capacity for those databases.  Please confirm (separately for each database) whether you or your vendor has the capacity to run the following types of searches:

1. apples AND oranges
2. apples OR oranges
3. apples AND (oranges OR grapes)
4. apples AND oranges BUT NOT grapes
5. apples w/4 oranges
6. apple~ (stemming search – would pick up apple and apples)
7. appl* (narrow wildcard search – would pick up apple, apply, but not apples or application)
8. appl! (broader wildcard search – would pick up apple, apples, apply, application etc.)

In addition, we would like to follow up on the Housing and Strike Force Daily Reports – please let us know when you are available to speak.

Thanks,
Claudia



212-633-6967 | wilner@nclej.org | www.nclej.org

   

**Confidentiality Note**: This e-mail (including attachments) is intended only for the addressee and may contain information that is privileged and/or confidential. Distribution or copying of this e-mail or its attachments by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at 212-633-6967 or e-mail at info@nclej.org and destroy the original message and all copies.