**Travis England**

| | |
|---|---|
| **From:** | Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us> |
| **Sent:** | Friday, June 21, 2019 2:29 PM |
| **To:** | Claudia Wilner |
| **Cc:** | Darius Charney; Travis England |
| **Subject:** | Re: BLRR v City of Buffalo |
| **Attachments:** | image002.jpg; image003.jpg; image004.jpg; image005.jpg; image006.jpg |

I'm going to respond more fully, but think we need to discuss local rule 26 as it pertains to e-discovery, costs, and language of requests, among other things. I am available most of the day on Monday. We sent out partial responses a few days ago, I hoped to have more but we are unfamiliar with this process and it's taking much longer then expected. I'll try to respond tonight or early tomorrow, apologize but I am in a mediation with the court that's going much longer then expected.

Sent from my iPhone

On Jun 20, 2019, at 11:20 AM, Claudia Wilner <wilner@nclej.org<mailto:wilner@nclej.org>> wrote:

Rob, please see attached letter concerning discovery.
Thanks,
Claudia

<image002.jpg>

  Claudia Wilner
  Senior Attorney
  National Center for Law and Economic Justice
  275 Seventh Avenue, Suite 1506, New York, NY 10001-6860

212-633-6967 | wilner@nclej.org<mailto:wilner@nclej.org> | www.nclej.org<http://www.nclej.org/>

<image003.jpg><https://interland3.donorperfect.net/weblink/weblink.aspx?name=E83594&id=1>


<image004.jpg><https://www.facebook.com/NCLEJ/>

<image005.jpg><https://twitter.com/NCLEJustice>

<image006.jpg><https://www.linkedin.com/company/national-center-for-law-and-economic-justice?trk=top_nav_home>



Confidentiality Note: This e-mail (including attachments) is intended only for the addressee and may contain information that is privileged and/or confidential. Distribution or copying of this e-mail or its attachments by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at 212-633-6967 or e-mail at info@nclej.org<mailto:info@nclej.org> and destroy the original message and all copies.