# BUFFALO POLICE DEPARTMENT
# HOUSING STATISTICS REPORT

Attn:    Daniel Derenda, Police Commissioner
          Byron Lockwood, Deputy Commissioner
          Aaron Young, Housing Chief

Prepared By: Philip M Serafini

Date Prepared: 01/02/2017

Report Dates: 12/01/2016 to 12/31/2016

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 16 | Felony | 16 |
| Misdemeanor | 46 | Misdemeanor | 45 |
| Violation | 1 | Violation | 1 |
| Traffic Misdemeanor | 239 | Traffic Misdemeanor | 233 |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 1197 | Traffic Infraction | 1197 |
| Parking Tags | 318 | Parking Tags | 283 |
| City Ordinance | 24 | City Ordinance | 24 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| 2 | | 2 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 34 vehicles were impounded, all of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $1,816.00 in cash from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to

arrest and by following the United States Government guidelines for asset forfeiture.

Please note that for the entire month of December, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

Additionally, we are currently operating a night time Detail in the Shaffer Village and Langfield properties when manpower permits. These details consist of one or two officers assigned to each detail. The time period is from 1830hrs- 2030hrs daily.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

12-1-16- Housing officers assisted E District on a burglary resulting in an arrest of a possible gang member. Officers also followed up at 98 Isabelle in response to drug use and prostitution complaints. Nothing out of the ordinary at this location today. Officers made arrests for Heroin, cocaine, syringe and weapons possession. Total of 55 traffic summonses written, 35 parking tags issued, and 2 total arrests were made.

12-2-16- Langfield Detail maintained a strong visible presence in the Kenfield area and spoke with employees of the store at 313 Weston in an attempt to develop information. They also covered on several calls in and around this BMHA property, and covered on a man with a gun call on LaSalle Ave. Total of 42 traffic summonses issued and 7 parking tags were written.

12-3-16- A traffic stop by Housing officers yielded a suspect wanted on a Buffalo warrant and an arrest for possessing marihuana and 9 bags of crack Cocaine. Officers also assisted in searching for a driver who fled the scene of an accident on route 33. The Langfield Detail performed a Park and Walk on Hempstead. Total of 39 traffic summonses issued, 7 parking tags written, 2 vehicles impounded and 4 arrests were made.

12-4-16- The Shaffer Village Detail conducted a Park and Walk in that area. They also issued several summonses on Ontario St. in front of this BMHA property. One driver was wanted on a Buffalo warrant and possessed crack Cocaine. Housing officers while traveling on Walden did notice a hand to hand drug transaction and arrested a female who also had two outstanding Buffalo warrants. Total of 54 traffic summonses were issued, 12 parking tags written, one vehicle impounded and 5 total arrests were made.
12-5-16- Our officers worked the 1000-2000 shift today. We conducted traffic checkpoints at ▮▮▮▮▮ and did walk throughs of the 3 story walkups in Shaffer Village. CPO Macy did discuss several issues with the manager of Shaffer Village. Langfield Detail did a Park and Walk in the Beiter Walk area. Officers also arrested an individual who was previously arrested for gun possession and is believed to be involved in a gang. Total of 46 traffic summonses issued, 3 parking tags written, 2 vehicles impounded and 4 arrests were made.

12-6-16- Housing officers assisted with a domestic at ▮▮▮▮▮ The Shaffer Village Detail made an arrest for false impersonation and a Buffalo warrant. We checked the 3 story walkups at 78, 90 and 98 Isabelle, reporting no suspicious activity at this time. Housing officers also assisted with a domestic dispute at ▮▮▮▮▮ in the Shaffer property and made an arrest. Total of 67 traffic summonses issued, 19 parking tags written, one vehicle impounded and four total arrests were made.

12-7-16- Officers recovered a stolen vehicle at 134 Mayer and impounded it. The Langfield Detail stopped a registered sex offender on Edison St. He checked out OK. Housing officers checked an open vacant and made two arrests for trespassing at 474 Perry. Both defendants were found on the 3rd floor and were wanted on warrants. A domestic arrest was also made from 207 10th St. near the Lakeview BMHA property. Total of 47 traffic summonses issued, 11 City Ordinances written, 27 parking tags written, 2 vehicles impounded and 7 arrests were made.

12-8-16- Officers made an arrest resulting from an Order of Protection violation when they stopped a vehicle near the Lakeview BMHA property. Housing officers were involved in a vehicle pursuit that started at Broadway/Memorial,. The passenger of the vehicle was apprehended but not charged. The driver fled the scene and the pursuit was terminated. The suspect fled to the town of Brant where he was involved in an accident and arrested by Brant officers. Our officers will lay charges on the defendant. Total of 49 traffic summonses issued, 15 parking tags written and one arrest was made.

12-9-16- Housing officers assisted with an home invasion in D District. While they were searching a backpack, they discovered and recovered a .22 caliber handgun. Additional arrests were made by other Housing officers for Marihuana and narcotics possession. Total of 56 traffic summonses issued, 1 City Ordinance written, 15 parking tags issued, and two arrests were made.

12-10-16- Housing officers noticed a large group of men congregating on ▮▮▮▮▮▮▮▮▮▮ so they monitored the camera system to locate their vehicles and note the license plate numbers. Still shots were taken and their vehicles were followed onto ▮▮▮▮▮▮▮ but there was no criminal activity at this time. We will continue to monitor this location and activity for possible drug and gambling violations. Officers also conducted foot patrols in the Perry property.

12-11-16- Housing officers assisted D District on a possible overdose which resulted in an arrest for possession of Heroin, syringes and Cocaine. Langfield Detail had a V&T stop of a man who was attempting to buy drugs and was a registered sex offender. Total of 30 traffic summonses issued, 4 parking tags written, one vehicle impounded and one arrest was made.

12-12-16- Langfield Detail patroled the area of ▮▮▮▮▮▮▮ looking for Homicide suspect ▮▮▮▮ ▮▮▮▮ DRE Housing officer Ken Agee assisted B District with an arrest of a man believed to be high on Heroin. H420 had a vehicle flee from them that initiated a short pursuit. The vehicle was abandoned at Smith/ Exchange St.'s and the suspects fled on foot. Both suspects were apprehended after a short foot chase and charged with numerous traffic violations and Penal Law misdemeanors. Total of 48 traffic summonses were issued, one parking tag written, 2 vehicles impounded and 4 arrests were made.

12-13-16- Officers conducted Park and Walks in the Perry and Jasper Parish BMHA properties. Numerous suspicious person and vehicle stops were made. Total of 68 traffic summonses were issued, 7 parking tags written, one vehicle impounded and 3 arrests were made.

12-14-16- Very severe weather tonight resulted in a low amount of activity. There was a robbery tonight from ▮▮▮▮▮▮▮▮▮▮ and we attempted to look at video for suspects or vehicles but were unable to locate or identify anything. The Langfield Detail did gather intelligence that wanted homicide suspect

███████ is staying in the ███████ Supposedly he was previously staying at ███████ This information was gathered from two different sources. We also developed information that a ███████ a known burglar, is recruiting children as young as 8 years old to assist in burglaries in the Langfield/Kenfield property. Additionally, the ███████ is in the ███████ and according to social media, they are feuding with the ███████ They have posted photos on social media holding guns. Only 2 traffic summonses were issued tonight due to the weather.

12-15-16- Langfield Detail spoke with ███████ concerning not having any plates on her vehicle. Housing officers helped the tenant of ███████ when she called our office of 312 Perry. Her apartment was flooding due to a broken /frozen pipe in the maintenance room next door, and officers notified the engineer. Total of 51 traffic summonses were issued, 24 parking tags written, one vehicle impounded and 2 arrests were made.

12-16-16- Housing officers made an arrest from a traffic stop which resulted in the recovery of a large amount of Marihuana. Total of 47 traffic summonses were issued, including 10 Vehicle and Traffic Law misdemeanors. Eleven parking tags were issued, one vehicle impounded and one arrest was made.

12-17-16- Officers arrested a Federal Parole Absconder which resulted from a traffic stop. Defendant did also possess Heroin and Cocaine and was charged accordingly. Defendant is also the self-proclaimed past leader of the ███████ and allegedly just arrived in town. CPO Macy attended a meeting at the Langfield Community Center and was involved in gathering clothing for the clothing drive. H430 seized and confiscated $1,816.00 in cash from a drug arrest. Total of 37 traffic summonses were issued and 3 felony arrests were made.

12-18-16- Minimal manpower tonight so we concentrated only on the Shaffer Village and Langfield BMHA properties. Officers helped search for a red SUV involved in a shots fired call in E District. Total of 19 traffic summonses issued, 2 parking tags written, one vehicle impounded and one arrest was made.

12-19-16- It was a very cold and slow tour of duty. We operated both the Shaffer Village and Langfield Details and focused on drug complaints as well as assisted District cars on violent calls for service. Total of 31 traffic summonses were issued, 2 vehicles impounded and two arrests were made.

12-20-16- Prior to our regular tour we assisted BPD Narcotics and SWAT on several raids in the early morning hours. H420 followed up on several quality of life complaints in the Perry property. CPO Macy again was working diligently on the clothing drive. The Langfield Detail made a Marihuana arrest. The Shaffer Detail made an arrest for Child Endangerment and trespassing. Total of 46 traffic summonses were issued, 2 vehicles were impounded and 3 arrests were made.

12-21-16- Housing officers began the tour patrolling the ███████ area due to the 4 recent armed robberies in the ███████ area of B District. Officers did a walk through of the 7th street area along with B District officers in an attempt to locate a suspect. The Shaffer Village Detail made numerous suspicious person checks and located a man wanted on a Buffalo warrant. Total of 60 traffic summonses were issued, 28 parking tags written, 4 City Ordinances issued, one vehicle impounded and 3 arrests were made.

12-22-16- We ran the Detail with our regular cars tonight and H410 conducted walk throughs of Shaffer Village and dispersed gang members from congregating at ▇▇▇▇ H410 made a narcotics arrest in the Shaffer Village property. Total of 47 traffic summonses issued, 11 parking tags written, one vehicle impounded and one arrest was made.

12-23-16- Our officers responded to complaints from the Jasper Parish manager of illegal parking in designated BMHA staff spots. We found no violations at this time but will continue to monitor this. We added patrols in the Marine Drive BMHA property tonight also, dispersing juvenile gangs. Total of 30 traffic summonses issued and 3 City Ordinances written.

12-24-16- tonight was Christmas Eve and we had minimal staffing with only three officers working. Officers did patrol all of the big 6 properties writing 10 traffic summonses.

12-25-16- this was Christmas and we had no officers working tonight. The Housing Lieutenant worked tonight in case an emrgency arose in any of the BMHA properties, and to respond to calls.

12-26-16- minimal manpower again tonight. H420 made walk throughs of the Shaffer Village courtyards due to continuous drug and gang activity. They also settled a squatter issue at one of the vacant units as well as settling a couple 311 complaints from over the holiday weekend. Additionally, we used the BMHA cameras to monitor drug complaints within ▇▇▇▇ H440 monitored and patroled the Langfield area and covered on two shots fired calls there and several fights late in the tour. One arrest was made for narcotics in the Shaffer area. Total of 10 ummonses issued, 2 City Ordinances written, 8 parking tags written and two vehicles impounded.

12-27-16- the Langfield Detail impounded a vehicle that was unregistered, uninsured and the driver had his license suspended for DWI. They also impounded another vehicle in the Langfield property that was abandoned. One arrest was made for person obstructing traffic and found to be in possession of illegal narcotics. Total of 28 traffic summonses issued, 2 City Ordinances written, 2 parking tags issued, 2 vehicles impounded and 5 V & T law misdemeanors written.

12-28-16- Today was our double up day and we manned the Shaffer and Langfield Details with our regular officers. ▇▇▇▇ gained intel from ▇▇▇▇ concerning a person selling drugs and followed up resulting in a narcotics arrest in the ▇▇▇▇ H421 made a gun arrest in the Langfields recovering a 12 guage shotgun with ammunition. H440 assisted E District on a car jacking and recovered the suspects vehicle, and H421 assisted E District with an assault, thereby apprehending the suspect. Total of 46 traffic summonses issued, 23 parking tags written, 4 vehicles impounded and 5 total arrests were made.

12-29-16- the Langfield Detail covered on a shots fired call at ▇▇▇▇ Officers heard shots fired when they arrived on scene and placed the suspect into custody without incident. The suspect was taken to E District to be interviewed by E District Detectives. Housing officers also impounded 2 vehicles in the Langfields that had their registrations suspended for parking violations. Total of 53 traffic summonses were issued and 26 parking tags written.

12-30-16- Housing officers assisted the Strike Force unit with locating a vehicle involved in a pursuit. The vehicle had a stolen plate and was recovered at Dewey/ St. Joseph St.'s. Officers also assisted on violent

calls for service in C and E Districts. Total of 38 traffic summonses issued, 15 parking tags written, 2 vehicles impounded and 2 arrests were made.

12-31-16- Officers assisted with the outer perimeter of the New Years ball drop in the B District. They also patrolled the big 6 BMHA properties, covering on a knife call at ▮▮▮▮ and a shooting at ▮▮▮▮ Total of 22 traffic summonses issued, 10 parking tags written, one vehicle impounded and 3 arrests were made.

\* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property