UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

BLACK LOVE RESISTS IN THE RUST, et al.

                     Plaintiff(s),

                                             ***MEDIATION CERTIFICATION***

                                               18 - cv - 719

             v.

CITY OF BUFFALO, et al.,

                    Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on _____.

    ☐ **Case has settled.** (Comment if necessary).

    ☐ **Case has settled in part.** (Comment below). Mediation will continue on _____.

    ☐ **Case has settled in part.** (Comment below). Mediation is complete.

    ☑ **Case has not settled.** Mediation will continue on _____.

    ☐ **Case has not settled.** Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

**Date:** 08/07/2019                 **Mediator:** /S/ Michael Menard

**Additional Comments:**
Individual sessions have been held.  Parties are in the process of scheduling a joint session.

Print      Clear Form