

275 Seventh Avenue Suite 1506, New York, NY 10001-6860
ph: 212-633-6967   fax: 212-633-6371   www.nclej.org

August 12, 2019

*Via ECF*

The Honorable Christina Reiss
United States District Court, District of Vermont
P.O. Box 446
Burlington, VT 05402-0446

Re:  *Black Love Resists in the Rust et al. v. City of Buffalo et al.*; No. 18-CV-719

Dear Judge Reiss:

The National Center for Law and Economic Justice, along with the Center for Constitutional Rights and the Western New York Law Center, represents the Plaintiffs in *Black Love Resists in the Rust et al. v. City of Buffalo et al.*  On July 18, 2019, Plaintiffs filed a motion to compel non-party Erie County Central Police Services (ECCPS) to comply with a subpoena duces tecum served on May 17, 2019 (ECF 33). ECCPS has now complied with the subpoena. Accordingly, Plaintiffs respectfully withdraw the motion.

Respectfully Submitted,

Claudia Wilner
Senior Attorney

Cc:   All counsel of record (via ECF)
      Counsel for Erie County Central Police Services (via email)