# Quinn,Robert E

| | |
|---|---|
| **From:** | Quinn,Robert E |
| **Sent:** | Wednesday, July 03, 2019 1:30 PM |
| **To:** | 'Claudia Wilner' |
| **Cc:** | Darius Charney; Travis England |
| **Subject:** | RE: BLRR v City of Buffalo |
| **Attachments:** | DOC070319-07032019130959.pdf |

My understanding is that transfers (i.e., someone going to or from A-District to Housing) are generally memorized in Special Orders like the attached (which I am providing as a courtesy in an attempt to facilitate good faith discussion).

My understanding is also that those Special Orders are generally organized on Lotus Notes by division that the individual is transferring to, so that you could generally look in a folder for Housing and Strike Force to see special orders like the attached where someone is transferring into that unit.

But, to see when someone transferred out of an assignment would be more difficult because, my understanding is that, you would have to search all of the districts special orders to see if they include anyone transferring from Strike Force or Housing and there are a lot more of them, basically looking through every transfer of every officer in the Buffalo Police Department over the period identified including all new hires.

Also, my understanding is that the centralized employee electronic records (my phrase) would provide information for each officer like Rank, Date of Hire, and current Assignment (i.e., Strike Force, A-District, etc.) but it would not include a timeline of the different assignments of each officer so that would not tell you the start and end dates a person was in a particular assignment.

While I am still looking for other ways, our objections to the interrogatory stand and I don't believe that we are able supplement our response at this point. Please let me know if you'd like to discuss this, and/or if you believe there are other ways to address the issue.

Thanks.

Rob Quinn. (716) 851-4326.

---

**From:** Claudia Wilner [mailto:wilner@nclej.org]
**Sent:** Tuesday, July 02, 2019 1:50 PM
**To:** Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us>
**Cc:** Darius Charney <dcharney@ccrjustice.org>; Travis England <england@nclej.org>
**Subject:** RE: BLRR v City of Buffalo

Rob, on our last call you had committed to getting back to us by last Friday, June 28, regarding your ability to supplement Interrogatory 1 to state, for each officer listed, the exact dates of that officer's employment with the Housing Unit and/or Strike Force, and the timing of your proposed response. We never heard from you. Please respond by tomorrow (Wednesday, July 3) or we will raise this issue with the Court.

Thank you.



**Claudia Wilner**
Senior Attorney
National Center for Law and Economic Justice

1

275 Seventh Avenue, Suite 1506, New York, NY 10001-6860

212-633-6967 | wilner@nclej.org | www.nclej.org

   

**Confidentiality Note**: This e-mail (including attachments) is intended only for the addressee and may contain information that is privileged and/or confidential. Distribution or copying of this e-mail or its attachments by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at 212-633-6967 or e-mail at info@nclej.org and destroy the original message and all copies.

**From:** Claudia Wilner
**Sent:** Thursday, June 20, 2019 11:20 AM
**To:** Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us>
**Cc:** Darius Charney <dcharney@ccrjustice.org>; Travis England <england@nclej.org>
**Subject:** BLRR v City of Buffalo

Rob, please see attached letter concerning discovery.
Thanks,
Claudia


**Claudia Wilner**
Senior Attorney
National Center for Law and Economic Justice
275 Seventh Avenue, Suite 1506, New York, NY 10001-6860

212-633-6967 | wilner@nclej.org | www.nclej.org

   

**Confidentiality Note**: This e-mail (including attachments) is intended only for the addressee and may contain information that is privileged and/or confidential. Distribution or copying of this e-mail or its attachments by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at 212-633-6967 or e-mail at info@nclej.org and destroy the original message and all copies.