# Quinn,Robert E

**From:** Quinn,Robert E
**Sent:** Monday, March 25, 2019 7:13 PM
**To:** Travis England; Darius Charney
**Cc:** Claudia Wilner
**Subject:** RE: BLRR v City of Buffalo
**Attachments:** Strike Force Daily Reports - 10 examples_Redacted.pdf; Housing Unit Daily Reports - 10 exampels_Redacted.pdf

As discussed, redacted examples of Strike Force and Housing Unit Daily Reports attached.

---

**From:** Travis England [mailto:england@nclej.org]
**Sent:** Friday, March 22, 2019 2:31 PM
**To:** Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us>; Darius Charney <dcharney@ccrjustice.org>
**Cc:** Claudia Wilner <wilner@nclej.org>
**Subject:** RE: BLRR v City of Buffalo

That's fine. We can use this conference line:

646-680-8918
0140943#

---

**From:** Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us>
**Sent:** Friday, March 22, 2019 2:28 PM
**To:** Darius Charney <dcharney@ccrjustice.org>
**Cc:** Claudia Wilner <wilner@nclej.org>; Travis England <england@nclej.org>
**Subject:** RE: BLRR v City of Buffalo

Ok by me. Did you circulate a call number?

**From:** Darius Charney [mailto:dcharney@ccrjustice.org]
**Sent:** Friday, March 22, 2019 2:26 PM
**To:** Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us>
**Cc:** Claudia Wilner <wilner@nclej.org>; Travis England <england@nclej.org>
**Subject:** Re: BLRR v City of Buffalo

Apologies, everyone, but I am on another call that is running a little long. Can we move our call back to 2:45?

On Thu, Mar 21, 2019 at 2:29 PM Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us> wrote:

> Again apologize, someone in our office is out unexpectedly with a medical condition and I have to cover. Would it be possible to do this tomorrow? Basically any time after 12:30 would work. Sorry again for incontinence.

---

**From:** Quinn,Robert E
**Sent:** Tuesday, March 19, 2019 9:49 AM

1

**To:** 'Claudia Wilner' <wilner@nclej.org>
**Cc:** 'Travis England' <england@nclej.org>; 'Darius Charney' <dcharney@ccrjustice.org>
**Subject:** RE: BLRR v City of Buffalo

I apologize, have an unexpected conflict, and will have to reschedule our conference this afternoon. Any other afternoon this week would work. Sorry.