# *Housing Daily Report*

| Commanding Officer: | | | |
|---|---|---|---|
| **Date: 12/02/2016** | | ☐ Blue Wheel | |
| **Location: Langfield/Schaffer** | | | # of Arres |
| **Author: Douglas H Kopp** | | | |
| **Completed By:** ● Housing    ○ Strike Force | | | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | V |
|---|---|---|---|---|---|---|---|
| H410 | Acquino | 0 | 0.00 | 0 | 0 | 0 | 16 |
| | Tedesco | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| H411 | Bierl | 0 | 0.00 | 0 | 18 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| H420 | Agee | 0 | 0.00 | 0 | 0 | 0 | 14 |
| | Sharpe | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| H430 | McCabe | 1 | 0.00 | 0 | 0 | 0 | 4 |
| | Rodriguez | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| H431 | Robinson | 0 | 0.00 | 0 | 11 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| H440 | Miller | 0 | 0.00 | 0 | 5 | 0 | 6 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| H441 | Bauer | 0 | 0.00 | 0 | 1 | 0 | 15 |
| | Domaracki | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | **TOTALS** | 1 | 0.00 | 0 | 35 | 0 | 55 |

Intelligence/Information: Officers patrolled Langfield, Shaffer, Donovan Drive, Frederick Douglas, Lakeview and Marine Drive.

Officers assisted E - District on a BIP at ███████████. Arrested was ███████████
███████, DOB ████████. He was wearing a black hoody with '███████████

██████ on the back.  Officers following up to see if a new gang is forming.

Stopped was NY.Reg ██████ 2004 Ford F150 driven by ██████, DOB ██████.  He had a warrant for ██████ but wasn't extraditable.

Pulled over NY. Reg. ██████ driven by ██████ ██████, DOB ██████.  She checked ok today.

Officers followed up at ██████ and found that there still appears to be drug use going on there and well as sexual activity going on.

Officers assisted D - District with an assault call on Riverside that was possibly related to a shooting from a couple days earlier.

Officers stopped ██████, DOB ██████, ██████, DOB ██████ and ██████, DOB ██████ who were in the park after dark.  Recovered was a bag of weed.

Officers stopped NY. Reg. ██████, 2000 Dodge driven by ██████, W/M, ██████ of ██████ North Collins , NY.  Officers observed a syringe in plain view between his thighs, spoon and caps with heroin residue on middle floor board.  Also recovered was 6 envelopes of heroin and 3 blue plastic bottle caps with heroin.  He was arrested and charged with ██████ ██████.

Officers stopped ██████, DOB ██████ of ██████, Lancaster, NY who was walking in between cars on Niagara during rush hour.  Officers recovered a black gravity knife and 1 clear sandwhich baggie containing 11 individual wraps each containing a white hard rocklike susbstance ( suspected crack cocaine ).  He was arrested and charged with ██████ ██████.

# *Housing Daily Report*

| Commanding Officer: Chief Young | | |
|---|---|---|
| **Date: 12/03/2016** | ☒ Blue Wheel | |
| **Location: Langfield** | | # of Arres |
| **Author: Brian S Strobele** | | |
| **Completed By: ● Housing      ○ Strike Force** | | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | |
|---|---|---|---|---|---|---|---|
| H420 | Beyer | 0 | 0.00 | 0 | 7 | 0 | 6 |
| H430 | Robinson/Vidal | 0 | 0.00 | 0 | 0 | 0 | 8 |
| H440 | Domaracki | 0 | 0.00 | 0 | 0 | 0 | 14 |
| Langfield | Agee/Sharpe | 0 | 0.00 | 0 | 0 | 0 | 14 |
| H451 | Strobele | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | **TOTALS** | 0 | 0.00 | 0 | 7 | 0 | 42 |

Intelligence/Information:

Langfield Detail did maintain a strong visible presence in the Langfield/Kenfield Housing Units.
Spoke to employees at the store at ████████.No intell at this time.

Assisted on several calls in and around the Langfield/Kenfield Housing property.

Patrols in and around the Perry,Shaffer Village,Marine Drive,Douglas Towers and Langfield/Kenfield Housing properties.

Covered on a man with a gun call on Lasalle in the E District.

# *Housing Daily Report*

| Commanding Officer: Chief Young | | |
|---|---|---|
| Date: 12/04/2016 | ☒ Blue Wheel | |
| Location: Langfield/Shaffer Village | | # of Arres |
| Author: Brian S Strobele | | |
| Completed By: ● Housing    ○ Strike Force | | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | |
|---|---|---|---|---|---|---|---|
| H420 | Hassett/Beyer | 2 | 0.00 | 0 | 7 | 0 | 10 |
| H430 | Vidal | 0 | 0.00 | 0 | 0 | 0 | 4 |
| H440 | Bauer/Domaracki | 0 | 0.00 | 0 | 0 | 0 | 12 |
| Langfield | Sharpe | 0 | 0.00 | 0 | 0 | 0 | 13 |
| H451 | Strobele | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 2 | 0.00 | 0 | 7 | 0 | 39 |

Intelligence/Information:

Traffic stop at 247 Amherst ██████████████████████████ ,black in color the driver ██████████ , ██████████ ,was arrested for marijuana. ██████ .Passenger ██████████ , ██████████ . did possess

marijuana and 9 bags of crack cocaine █████████ & a buffalo warrant.

Assisted in the search for the driver of a vehicle that lost control on the route 33 West Bound near Grider and fled the scene.Assisted Strike Force and E District in the search.

Langfield Detail did Park and Walk on Hempstead.
Searched for a Red ████████ NY Reg ██████████ driven by ████████ ████ ████ .Vehicle and suspect wanted for a double shooting on Cambridge.
V&T stop of ████████ ████████ ██████████ in NY REg ████████ .

4

# *Housing Daily Report*

| Commanding Officer: Chief Young | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: 12/05/2016 | | | | | | ☒ Blue Wheel | |
| Location: Langfield/Shaffer Village | | | | | | | # of Arres |
| Author: Brian S Strobele | | | | | | | |
| Completed By: ● Housing      ○ Strike Force | | | | | | | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | |
|---|---|---|---|---|---|---|---|
| H420 | Beyer/Hassett | 1 | 0.00 | 0 | 12 | 0 | 10 |
| H430 | Robinson/Vidal | 0 | 0.00 | 0 | 0 | 0 | 8 |
| H440 | Donaracki/Bauer | 0 | 0.00 | 0 | 0 | 0 | 14 |
| Langfield | Agee/Sharpe | 0 | 0.00 | 0 | 0 | 0 | 14 |
| Shaffer Village | Miller | 0 | 0.00 | 0 | 0 | 0 | 8 |
| H451 | Strobele | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | | 0.00 | | 0 | 0 | 0 |
| | | | | | | | |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| TOTALS | | 1 | 0.00 | 0 | 12 | 0 | 54 |

Intelligence/Information:   Shaffer Detail did a park and walk Thru Shaffer
Village.
Several traffic stops on Ontario resulting in several summonses.
Traffic stop at Ontario/Philadelphia.NY Reg ████████ , █████
████ ████ .Vehicle had illegal tints.Driver--████████████ ,was

suspended and did have an outstanding Buffalo Warrant ███████. Pass
███████████, was also arrested after Officers did recover crack cocaine
from the vehicle.████████,Several V&T.

Langfield Detail did Park and Walk on Oakmont.
V&T stop of ███████████ ███.NY Reg ████████ █████
██████.Summonses issued.
V&T stop of ██████████, █████ NY Reg--████████.███████████
.Summons issued.
V&T stop ████████, █████ NY Reg ████████..█████████.Summons
issued.
Patrols within  Langfield/Kenfield.

Patrols in and around Perry,Marine Drive,Shaffer Village,Langfield.

Officers did witness a hand to hand drug sale while on routine patrol at
█████████████.Def ████████████, ███████..did possess crack
cocaine.Arrested and charged with ████████. Co _def did have 2 warrants.
████████ █████. Warrant # ██████████████

# *Housing Daily Report*

| Commanding Officer: Chief Young | | |
|---|---|---|
| **Date: 12/06/2016** | | ☒ Blue Wheel |
| **Location: Langfield/Shaffer Village** | | # of Arres |
| **Author: Brian S Strobele** | | |
| **Completed By:** ● Housing   ○ Strike Force | | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | V |
|---|---|---|---|---|---|---|---|
| H410 | Macy | 0 | 0.00 | 0 | 0 | 0 | 0 |
| H420 | Beyer/Hassett | 0 | 0.00 | 0 | 3 | 0 | 11 |
| H430 | Robinson/Vidal | 1 | 0.00 | 0 | 0 | 0 | 11 |
| H440 | Domaracki/Bauer | 1 | 0.00 | 0 | 0 | 0 | 11 |
| Langfield | Domaracki | | | | | 0 | 13 |
| H451 | Strobele | 0 | 0.00 | 0 | 0 | 0 | 0 |
| H450 | Serafini | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | **TOTALS** | 2 | 0.00 | 0 | 3 | 0 | 46 |

Intelligence/Information:

Platoon worked 1000-2000 hrs. Check point at Isabelle/Laird Ave.
Walk thru all of the 3 story walkups in Shaffer Village.
PO Macy did discuss several issues involving Shaffer Village with the manager.

Langfield Detail--Park and Walk in the Beiter Walk area.
Assisted the E District at ███████████ earching for a Domestic Violence
suspect.Suspect was taken into custody and an arrest was made.
V&T stop of ███████████ , ███████ at Bailey/Oakmont.Driver was ███████████
███████████
V&T stop of NY Reg ███████ , ███████████ at ███████ and ███ Driver
███████████ ███████████ Front seat passenger was ███████████
███████ (Known Uptwn gang member) Vehicle smelled of marijuana ,none was
found.Driver had a large amount of cash on his person.


Traffic stop at 34 Suffolk--Arrest of ███████████ ██ of ████
███████ ..driver of NY Reg ███████████████ ..tan.plates suspended for
insurance lapse.Driver did have drugs.██████
Traffic stop at 673 Ontario of NY Reg ███████████████ . Driver
was ███████████ ██ .. ████████ Did have
narcotics. ███████████ ████ Co-Def was passenger and did have a warrant and
narcotics. ███████████████████ and warrant.

# *Housing Daily Report*

| Commanding Officer: Chief Young | | |
|---|---|---|
| Date: 12/07/2016 | ☐ Blue Wheel | |
| Location: Langfield/Shaffer Village | | # of Arres |
| Author: Brian S Strobele | | |
| Completed By: ● Housing     ○ Strike Force | | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | \ |
|---|---|---|---|---|---|---|---|
| H410 | Bierl/Tedesco | 0 | 0.00 | 0 | 0 | 0 | 12 |
| H420 | Sharpe/Agee | 1 | 0.00 | 0 | 0 | 0 | 31 |
| H430 | McCabe/Rodriguez | 0 | 0.00 | 0 | 0 | 0 | 0 |
| H440 | Miller/Whiteford | 0 | 0.00 | 0 | 0 | 0 | 6 |
| Langfield | Domaracki | 0 | 0.00 | 0 | 19 | 0 | 9 |
| Shaffer Village | Macy/Robinson | 0 | 0.00 | 0 | 0 | 0 | 9 |
| H451 | Strobele | 0 | 0.00 | 0 | 0 | 0 | 0 |
| H450 | Serafini | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | TOTALS | 1 | 0.00 | 0 | 19 | 0 | 67 |

Intelligence/Information:

Langfield Detail did stop NY Reg ███████ a ████████████ at
Bailey/Oakmont. Driver was ███████████ █ ███████████ He was
suspended 12 on 9 dates ███████████████████████

█████████████ He was with █████ but unknown if he is still a member or any other gang at this time.

Backed up the E District on a Domestic at █████████

V&T stop at 120 Oakmont of NY Reg █████████, █████████████ Driver was █████████, █████ He is a known gang member. Vehicle has very dark tints.

Shaffer Village Detail did arrest █████████████ ████████ of █████████ False Personation and a Buffalo Warrant.

Assisted on a shots fired call at Austin/Tonawanda streets.

Checked the 3 story walkups at 78,90,98 Isabelle. No suspicious activities when checked.

Arrested ███████████, █████████████. Defendnant did have a needle and Heroin and Suboxone. ████████████

Assisted on a Domestic at █████████████. Officers did arrest the suspect. █████████████████ Defendant was taken into custody at ████████████ ████████████████

# *Housing Daily Report*

| Commanding Officer: Chief Young | | |
|---|---|---|
| Date: 12/08/2016 | | ☐ Blue Wheel |
| Location: Langfield/Shaffer Village | | # of Arres |
| Author: Brian S Strobele | | |
| Completed By: ● Housing    ○ Strike Force | | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | V |
|---|---|---|---|---|---|---|---|
| H410 | Tedesco/Acquino | 0 | 0.00 | 0 | 0 | 0 | 16 |
| H420 | Agee/Sharpe | 0 | 0.00 | 0 | 0 | 0 | 11 |
| H430 | McCabe/Rodriguez | 1 | 0.00 | 0 | 0 | 1 | 8 |
| H440 | Miller/Whiteford | 0 | 0.00 | 0 | 0 | 0 | 6 |
| Langfield | Vidal/Macy | 0 | 0.00 | 0 | 8 | 10 | 6 |
| Shaffer Village | Hassett | 1 | 0.00 | 0 | 9 | 0 | 0 |
| H451 | Strobele | 0 | 0.00 | 0 | 0 | 0 | 0 |
| H450 | Serafini | 0 | 0.00 | 0 | 0 | 0 | 0 |
| H411 | Bierl | 0 | 0.00 | 0 | 10 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | | | | | | |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 2 | 0.00 | 0 | 27 | 11 | 47 |

Intelligence/Information:

Shaffer Village detail did continue to walk thru 78,90,98 Isabelle,investigating drug dealing and tresspassing.
Foot patrol thru the Shaffer Village also.

Recovered a stolen vehicle at ████████.NY Reg ████████ Impounded to Dart street.

Assisted Amherst PD on a vehicle chase.

Langfield Detail did stop ████████████████,registered sex offender(Rape 1st) on Edison.

V&T stop of ████████████ ████████ in NY Reg ████████.strong smell of marihuana in the vehicle.Small amount located.

Housing Officers checking an open vacant aprtment in the Perry Housing Units at ████████ did discover the 3rd floor occupied by 2 defendants. Def ████ █████ ███ ,NPA and Co-Def ████████ ████████ ████████ █████ and 2 warrants.

Arrest of ████████████████████ He did have an open beer in NY Reg FZV-3070.He was also in possession of narcotics.PL 220.03,V&T.

Domestic arrest from ████████████████████████ ████ Did damage victims property. ████████████████████

# *Housing Daily Report*

| Commanding Officer: Chief Aaron Young | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Date: 12/09/2016** | | | | | | ☐ Blue Wheel | |
| **Location:** | | | | | | | # of Arres |
| **Author: Michael P Quinn** | | | | | | | |
| **Completed By: ● Housing    ○ Strike Force** | | | | | | | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | V |
|---|---|---|---|---|---|---|---|
| H410 | J Tedesco/J Bierl | 0 | 0.00 | 0 | 10 | 0 | 12 |
| H430 | O Rodriguez/S McCabe | 0 | 0.00 | 0 | 0 | 0 | 8 |
| H440 | C Miller/A Whiteford | 0 | 0.00 | 0 | 1 | 0 | 13 |
| H441 | J Domarecki/M Bauer | 0 | 0.00 | 0 | 5 | 0 | 16 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | **TOTALS** | 0 | 0.00 | 0 | 16 | 0 | 49 |

Intelligence/Information:
- Arrested ███████████
███████████████████████ Officers stopped NY REg ███████████ for
VTL charges. When oficers ran the operator license it was discovered that the

driver had an Order of Protection ordering the defendant, who was the front seat passenger, to stay away from her. ███████████████████████████████████
███████████████████

         - Officers attempted to stop NY Reg ███████████ at Broadway & Memorial. The suspect fled from the officers & as the vehicle slowed down on Memorial a passenger leapt from the moving vehicle. The passenger was detained but not arrested. The driver, ███████████ ontinued to lead officers on a pursuit onto the I-190 South. The officers abandoned the chase but after notifying neighboring agencies the Erie County Sheriff's Department chased the defendant from the Town of Evans into the Town of Brant where he crashed the vehicle & fled on foot. The Sheriff's Department was able to locate the subject & placed him under arrest. The subject is going to have charges from both the Town of Hamburg Police & the Erie County Sheriff's Department. Tomorrow Housing officers will be placing charges on the defendant who is currently at the hospital due to injuries he suffered in the car crash.

         - Officers assisted on a shots fired call at Dodge & Wohlers.

         - Assisted C District in the search for ████████████ C District officers were attempting to take the subject into custody when he swung at them & then fled on foot. The suspect is still outstanding.

         Patroled BMHA properties in the Langfield Projects, Schaeffer Village, Lakeview, Busti, Prospect & West Ave.

# *Housing Daily Report*

| Commanding Officer: CHIEF YOUNG | | |
|---|---|---|
| Date: 12/10/2016 | | ☐ Blue Wheel |
| Location: BMHA PROPERTIES | | # of Arres |
| Author: George P McLean | | |
| Completed By: ● Housing     ○ Strike Force | | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | \ |
|---|---|---|---|---|---|---|---|
| H440 | WHITFORD/BIERL | 0 | 0.00 | 0 | 10 | 0 | 9 |
| H410 | TEDESCO/ACQUINO | 0 | 0.00 | 0 | 0 | 0 | 12 |
| H420 | AGEE | 0 | 0.00 | 0 | 0 | 0 | 26 |
| H430 | RODRIGUEZ/MCCABE | 0 | 0.00 | 0 | 1 | 1 | 5 |
| H431 | VIDAL/ROBINSON | 0 | 0.00 | 1 | 10 | 0 | 3 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 0 | 0.00 | 1 | 21 | 1 | 55 |

Intelligence/Information: OFFICERS PATROLLED
LANGFIELD/KENFIELD,SHAFFER,PERRY,LAKVIEW HOUSING
PROJECTS. THEY ALSO PATROLLED BUSTI/PROSPECT STREETS.
OFFICERS ALSO ASSISTED WITH SEVERAL CALLS IN THE DISTRICTS

NEAR HOUSING .CARS ASSISTED WITH AN HOME INVASION ON IN
DELTA DISTRICT. OFFICERS FOUND A BACKPACK WITH .22 CAL IN IT.

# *Housing Daily Report*

| Commanding Officer: Chief Young | | ☒ Blue Wheel |
|---|---|---|
| Date: 12/11/2016 | | |
| Location: Perry/Langfield | | # of Arres |
| Author: Brian S Strobele | | |
| Completed By: ● Housing     ○ Strike Force | | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | |
|---|---|---|---|---|---|---|---|
| H420 | Beyer/Hassett | 0 | 0.00 | 0 | 7 | 0 | 0 |
| H430 | Vidal/Robinson | 0 | 0.00 | 0 | 0 | 0 | 8 |
| H440 | Domaracki | 0 | 0.00 | 0 | 0 | 0 | 13 |
| H451 | Strobele | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | TOTALS | 0 | 0.00 | 0 | 7 | 0 | 21 |

Intelligence/Information:

Officers did noticed a large group of men gathering in the Courtyard on ███████

████████ Followed all 4 vehicles over the ████████████. We will conitinue to monitor to see if this becomes a regular spot for gambling or possible drug dealing.

Foot patrol in the Perry projects.

Patroled the Perry ,Langfield/Kenfield,Shaffer Village,Douglas Towers ,Willert Park  Housing Units.