# *Strike Force Daily Report*

| Commanding Officer: Chief Brinkworth | |
|---|---|
| Date: 08/31/2015 | ☐ Blue Wheel |
| Location: C and E | # of Arres |
| Author: David E Wilcox | |
| Completed By: ○ Housing  ● Strike Force | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | V |
|---|---|---|---|---|---|---|---|
| S428 | Skipper/Walters | 1 | 0.00 | 0 | 0 | 0 | 9 |
| S430 | Acquino/Mcduffie | 1 | 0.00 | 0 | 0 | 0 | 13 |
| S452 | Wilcox/Mclean | 0 | 0.00 | 0 | 0 | 0 | 7 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 2 | 0.00 | 0 | 0 | 0 | 29 |

Intelligence/Information:

Arrested - ████████ ... ████ ... ██████ .... ██████████
████████████ found to be driving NY Reg
Chrysler..........reported stolen out of Olean, NY

GYC - ██████████ .... ███████ .... ███████████ .........did run into ██████ ........house used to supple weed to ████████████

██████████ ...... ███████ ..... █████████ .....bragged to officers about having multiple guns......then told officers....."you got to catch me".

*Strike Force Daily Report*

| Commanding Officer: Chief Kevin Brinkworth | | |
|---|---|---|
| **Date: 08/30/2015** | | ☐ **Blue Wheel** |
| **Location:** | | **# of Arres** |
| **Author: Michael P Quinn** | | |
| **Completed By:** ○ Housing   ● Strike Force | | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | |
|---|---|---|---|---|---|---|---|
| S421 | M Martinez/J Chojnacki | 2 | 0.00 | 0 | 0 | 0 | 22 |
| S424 | B Pitts/S Culver | 1 | 0.00 | 0 | 0 | 0 | 17 |
| S426 | J Domarecki/D McDuffie | 2 | 0.00 | 0 | 0 | 0 | 16 |
| S428 | J Poisson/J Walters | 0 | 0.00 | 0 | 0 | 0 | 10 |
| S451 | M Quinn | 0 | 0.00 | 0 | 0 | 0 | 4 |
| Housing | | 0 | 0.00 | 0 | 5 | 0 | 12 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 5 | 0.00 | 0 | 5 | 0 | 81 |

Intelligence/Information:   - Due to NYSPIN & DMV being down for the majority of our shift our enforcement abilities were greatly dimished.

- Conducted checkpoints at Busti/Pennsylvania, Massachusetts/W Utica/15th, Massachusetts/Shields, Auburn/Hoyt & Maryland/7th.

- On the orders of our Chief who was contacted by ████████ of C District we provided a presence at a large block party at Sperry Park (Sherman - Krettner, Peckham - Paderewski) that was attended by approximately 400-500 people that featured a DJ & a basketball tournament. Multiple gang members were in attendance but there were no reported acts of violence other than minor scuffles.

- Assisted the Housing Unit in patroling the Perry Days event in the Perry Projects.

- Aggressively patrolled the problem areas on the West Side that ████████████ of B District emalied us particularly the ███████████ areas.

- Narcotics activity at ████████████

- Marijuana sales at ████████

- ████████ (directly across from ████████ Market) is being used as a hangout for gangs.

- Spoke to citizens at ████████████ who were upset about what they say has been a string of burglaries in the area.

- ████████████ (dob of ████████) of ████ is currently staying at the City Mission after fleeing ████████████ where he said people were trying to shoot him.

# *Strike Force Daily Report*

| Commanding Officer: Chief Kevin Brinkworth | | |
|---|---|---|
| **Date: 08/29/2015** | | ☐ **Blue Wheel** |
| **Location:** | | **# of Arres** |
| **Author: Michael P Quinn** | | |
| **Completed By:** ○ Housing    ● Strike Force | | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | v |
|---|---|---|---|---|---|---|---|
| S420 | R Salamone/J Poisson | 0 | 0.00 | 0 | 0 | 0 | 8 |
| S421 | J Chojnacki | 0 | 0.00 | 0 | 0 | 0 | 10 |
| S422 | L Howard/R Thomas | 1 | 0.00 | 1 | 0 | 0 | 17 |
| S424 | B Pitts/S Culver | 1 | 0.00 | 0 | 0 | 0 | 9 |
| S428 | D Strobele/J Walters | 3 | 0.00 | 0 | 0 | 0 | 15 |
| S430 | M Aquino/D McDuffie | 0 | 0.00 | 0 | 0 | 0 | 5 |
| S451 | M Quinn/T Whelan | 2 | 0.00 | 0 | 0 | 0 | 3 |
| Housing | | 0 | 0.00 | 0 | 10 | 0 | 25 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | **TOTALS** | 7 | 0.00 | 1 | 10 | 0 | 92 |

Intelligence/Information:  - Conducted checkpoints at Hampshire/Grant, Parkdale/Berkshire & Grant/Forest.

- Arrested an individual with a kilo of coccaine & a loaded Smith & Wesson ██████████ caliber handgun on a V&T stop at ████████████████████ This investigation started with ██████████████████ about an individual with a gun & a kilo of coccaine. The ██████████ followed the vehicle ████████████ in from Edson St until it got off the I-190 onto Amherst St. The vehicle was stopped for V&T violations on Arthur St. K-9 Unit was called & the dog hit on a bag that contained the firearm & coccaine. Narcotics Detective ██████████ tested the drugs & they tested positive for coccaine.

- Developed intel at a checkpoint about ██████████████ fraudeuntly allowing individuals with unregistered & uninspected motor vehicles to "rent" dealer plates. Took the plates to the DMV office on Dingens St & met with their investigators.

- At ██████████████ he house next to the store is selling pills, crack coccaine & marijuana.

- Investigated prostitution activity at ██████████████.

- Gang activity of ██████████ Dispersed ██████████████ (dob ████████) of ██████████, ██████████████ (dob ████████) of ██████ (dob ██████) of ██████████ & ██████████████ (dob ████████) of ██████████

- Heroin sales at the ██████ Apt ████ at ████████

- Prostitution occurring in the garage apartment at ████

- Home invasion/Shooting at ████████████

# *Strike Force Daily Report*

| **Commanding Officer: CHIEF BRINKWORTH** | | |
|---|---|---|
| **Date: 08/28/2015** | ☐ **Blue Wheel** | |
| **Location:** | | **# of Arres** |
| **Author: George P McLean** | | |
| **Completed By:** ○ Housing    ● Strike Force | | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | \ |
|---|---|---|---|---|---|---|---|
| HOUSING | | 2 | 0.00 | 0 | 4 | 1 | 43 |
| S452/451 | | 1 | 0.00 | 0 | 0 | 0 | 3 |
| S453/S452 | | 1 | 0.00 | 0 | 0 | 0 | 5 |
| S423 | PITTS/CULVER | 0 | 0.00 | 0 | 0 | 0 | 17 |
| S428 | WALTERS/STROBE LE | 3 | 0.00 | 0 | 0 | 0 | 19 |
| S430 | MCDUFFIE/ACQUIN O | 2 | 0.00 | 0 | 0 | 0 | 29 |
| S422 | THOMAS/HOWARD | 2 | 1862.00 | 0 | 0 | 0 | 12 |
| S420 | SALAMONE/CHOJN ACKI | 0 | 0.00 | 0 | 0 | 0 | 16 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | **TOTALS** | 11 | 1862.00 | 0 | 4 | 1 | 144 |

Intelligence/Information: CONDUCTED SEVERAL SAFTEY CHECKS
█████ STOPPED NY REG ████████ INFRO FROM A BANK ROBBERY.
STOPPED ███████████████████████ RECOVERED WAS

APROX 10 OZ OF CRACK AND POWERED COCAINE. SEIZED WAS $ 1862.00. CHARGES ARE PENDING. █████████████████
-OFFICERS DID WORK WITH PAROLE ON CONFINDMENT CHECKS.
-INFRO ████████NEW DRUG HOUSE
-INFRO THAT AT ████████████████DRUG SALES ALSO AT
██████████████████████BY ██████████

# *Strike Force Daily Report*

| Commanding Officer: Chief Brinkworth | | |
|---|---|---|
| **Date: 08/27/2015** | | ☐ **Blue Wheel** |
| **Location: C&E Districts** | | **# of Arres** |
| **Author: Brian S Strobele** | | |
| **Completed By:** ○ Housing   ● Strike Force | | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | |
|---|---|---|---|---|---|---|---|
| 451/454 | Quinn/Whelan | 1 | 0.00 | 0 | 0 | 0 | 5 |
| 452/455 | Wilcox/Strobele | 0 | 0.00 | 0 | 0 | 0 | 4 |
| S421 | Martinez/Chojnacki | 2 | 0.00 | 0 | 2 | 0 | 30 |
| S423 | Pitts | 1 | 0.00 | 0 | 0 | 0 | 12 |
| S420 | Poisson/Salamone | 4 | 0.00 | 0 | 0 | 0 | 15 |
| S422 | Thomas/Howard | 1 | 0.00 | 0 | 0 | 0 | 10 |
| S424 | Culver/Pariseau | 0 | 0.00 | 0 | 0 | 0 | 13 |
| S426 | McDuffie/Tedesco | 1 | 0.00 | 0 | 0 | 0 | 17 |
| S428 | Strobele/Walters | 3 | 0.00 | 0 | 0 | 0 | 23 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| Housing | | 5 | 0.00 | 1 | 1 | 0 | 30 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| **TOTALS** | | **18** | **0.00** | **1** | **3** | **0** | **159** |

Intelligence/Information: Assisted the District Attorneys office attempting to locate ███████ a wanted felon for SOS and Amherst PD. Suspects home address is ████████ intell put him at the location. Also possibly ██████████ and ███████████ Suspect was also at ████████████ ████████ He may possibly be driving a ██████████████

Checkpoints:
Fillmore/Rodney,Walden/Sycamore,Olympic/33,Midway/Comstock,Peace/Doat.

██████████ gang members spotted hanging with ████████ between E

2 Parolees in NY REG ███████ a ██████████ ██████████
████ ██████████ ██████ rear passenger ████████████████

██████ --Possible location for guns being stored in the house.

Intel regarding a gun inside ██████████

Outlaw Motorcycle rider on a ████ Harley NY Reg ██████ █
██████ ,followed by a ██████ NY REG ██████ --Reg Owner

Gas station ██████ dealing drugs. ██████ store still dealing outside
store ██████ still dealing crack from the rear of the home.


Arrests : ████████ █ ██████████ Arrested at ████████
█ ████████ Arrested at ██████████
██████

*Strike Force Daily Report*

| Commanding Officer: Chief Kevin Brinkworth | | |
|---|---|---|
| Date: 08/26/2015 | | ☐ Blue Wheel |
| Location: | | # of Arres |
| Author: Michael P Quinn | | |
| Completed By: ○ Housing　　● Strike Force | | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | \ |
|---|---|---|---|---|---|---|---|
| S420 | R Salamone/J Poisson | 0 | 0.00 | 0 | 0 | 0 | 2 |
| S421 | M Martinez/J Chojnacki | 0 | 0.00 | 0 | 0 | 0 | 11 |
| S422 | L Howard/R Thomas | 2 | 0.00 | 0 | 0 | 0 | 10 |
| S423 | B Pitts | 1 | 0.00 | 0 | 0 | 0 | 13 |
| S424 | S Culver/A Pariseau | 0 | 0.00 | 0 | 0 | 0 | 14 |
| S451 | M Quinn/T Whelan | 1 | 0.00 | 0 | 0 | 0 | 3 |
| Housing | | 2 | 0.00 | 0 | 13 | 0 | 34 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | **TOTALS** | 6 | 0.00 | 0 | 13 | 0 | 87 |

Intelligence/Information:　- Checkpoint conducted at Moselle/Box.

- Assisted with a man shot at Suspect

was a ███████████████████████████████
█████████████

████████ - Assisted with 2 men shot at ██████████ Suspects
fled the scene in a ████████████

████████ - Assisted C District at ██████████████ where 4 suspects
were taken into custody & a gun was recovered.

████ - ████████ had heavy foot & vehicular traffic.

████ - ████████████████ are dealing drugs at the corner at the
corner of ██████████████████ out of the
████

████ - ████████ is selling crack coccaine & marijuana again. NY
Reg ██████████████████████ in color registered to ████████
████████████████████ is always parked outside of ████
████████

████ - Fight at ████████████ involving a male who was
very distraught about the shooting on ████████ The male left the scene in NY
Reg ████████████ which is ██████████ mini van registered to ████████
████████████ of ████ Inside the mini van were ██████████
of ██████████

████ - NY Reg ███████████████████████ in
color registered ████████████ was at ██████████ after
the ████████████████

████ - Arrested ██████████ for ██████████ False
Personation A Misdemeanoralong with ████████████ who has prior
████████

24

# *Strike Force Daily Report*

| Commanding Officer: CHIEF BRINKWORTH | |
|---|---|
| Date: 08/25/2015 | ☐ Blue Wheel |
| Location: | # of Arres |
| Author: George P McLean | |
| Completed By: ○ Housing   ● Strike Force | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | |
|---|---|---|---|---|---|---|---|
| HOUSING | | 1 | 0.00 | 0 | 3 | 2 | 8 |
| S452/453 | | 0 | 0.00 | 0 | 0 | 0 | 2 |
| S428 | WALTERS | 0 | 0.00 | 0 | 0 | 7 | 19 |
| S430 | ACQUINO/MCDUFFIE | 1 | 0.00 | 0 | 0 | 0 | 12 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | TOTALS | 2 | 0.00 | 0 | 3 | 9 | 41 |

Intelligence/Information: OFFICERS ASSISTED AT ▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ OFFICERS
PATROLLED AREA TO MAKE SURE THERE WERE  NO PROBLEMS.
OFFICERS COVERED ON SEVERAL CALLS IN C AND E

DISTRICTS.OFFCIERS STOPPED SEVERAL GANG MEMBERS IN FRONT
███████████████ THEY WERE DISPERSED.
-OFFICERS STOPPED BY BLESSED TRINITY ON LEROY, THEY HAD A
CHURCH GATHERING THERE. PASTOR HAD ASKED OFFICERS TO STOP
BY EARLIER IN THE DAY.
-SPOKE WITH PAROLE , THEY CAME IN TO DO CONFINEMENT CHECKS.

# *Strike Force Daily Report*

| Commanding Officer: CHIEF BRINKWORTH | | |
|---|---|---|
| **Date: 08/24/2015** | ☐ Blue Wheel | |
| **Location:** | | # of Arres |
| **Author: George P McLean** | | |
| **Completed By:** ○ Housing   ● Strike Force | | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | V |
|---|---|---|---|---|---|---|---|
| HOUSING | | 2 | 0.00 | 0 | 1 | 0 | 8 |
| S430 | ACQUINO/MCDUFFIE | 1 | 0.00 | 0 | 0 | 0 | 11 |
| S429 | STROBRLE | 1 | 0.00 | 0 | 0 | 0 | 9 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 4 | 0.00 | 0 | 1 | 0 | 28 |

Intelligence/Information: OFFICERS DISPERSED GANGS AT
GENESEE/MAY, INTERPARK/FILLMORE,
E UTICA/FILLMORE. OFFICERS CAME ACROSS ████████
████████ DOB ████████████

████████ AND ████████████████████ GUYS ARE SURPOSE
TO BE ████████████████████████.
OFFICERS ASSISTED BRAVO DISTRICT WITH SEARCH OF A MISSING 6
YEAR OLD

# *Strike Force Daily Report*

| Commanding Officer: Chief Kevin Brinkworth | | |
|---|---|---|
| **Date: 08/23/2015** | | ☐ Blue Wheel |
| **Location:** | | # of Arres |
| **Author: Michael P Quinn** | | |
| **Completed By:** ○ Housing    ● Strike Force | | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | V |
|---|---|---|---|---|---|---|---|
| S423 | D McDuffie/B Pitts | 2 | 0.00 | 0 | 0 | 0 | 16 |
| S423 | B Pitts | 1 | 0.00 | 1 | 0 | 0 | 9 |
| S425 | O Rodriguez/C Miller | 0 | 0.00 | 0 | 0 | 0 | 5 |
| S428 | J Walters/D Strobele | 3 | 0.00 | 0 | 0 | 0 | 12 |
| S430 | M Acquino/D Mcduffie | 2 | 0.00 | 1 | 0 | 0 | 17 |
| S452 | D Wilcox/G McLean | 1 | 0.00 | 0 | 0 | 0 | 6 |
| S454 | T Whelan/M Quinn | 0 | 0.00 | 0 | 0 | 0 | 3 |
| Housing | | 1 | 0.00 | 1 | 2 | 0 | 21 |
| | | | 0.00 | | 0 | | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 10 | 0.00 | 3 | 2 | 0 | 89 |

Intelligence/Information:  - Conducted checkpoints at Hickory St, Parkdale/Breckenridge & Lisbon/Cordova.

- Detailed officers to provide a police presence at the Douglas Towers Reunion Festival.

- Arrested ██████████████████████████ of ████████████ with a stolen Smith & Wesson Model ██████████████ caliber handgun loaded with 9 rounds in the magazine. The gun was reported stolen in Cheektowaga on ████████ (Cheektowaga PD ████████████. Defendant was arrested at ████████████ after a foot pursuit that began when he took off running Strike Force officers from the Perry Projects basketball courts with the gun in his right hand. The defendant is a known shooter who is known to always be carrying guns in the ████████████ ████████████ was charged with PL ███████████████████████████████████

- Recovered a loaded ████████████ handgun from the apartment building at ████████████

- Assisted E District officers at ████████ in dealing with a large number of OTC members who were fighting, smoking marijuana & harassing the customers outside of Texas Hots. OTC members dispersed down Ruspin & down Bailey. Some of the gang members went over to ████████ & got into a fight. There were also reports of shots fired on ████████

- Recovered a vehicle ████████████ on ████████ that was stolen from North Tonawanda & that the NT Police had put a hold on for fingerprinting due to the fact that is was taken during a robbery.

- Arrested ████████████ ████████ on an outstanding warrant at ████████████

- Shots fired & a large fight involving multiple people at the street party at Moselle & Frankfort

- Crowds outside of It's A Groove Thing bar at the corner of Broadway & Lathrop

# *Strike Force Daily Report*

| Commanding Officer: Chief Kevin Brinkworth | | |
|---|---|---|
| Date: 08/22/2015 | ☐ Blue Wheel | |
| Location: | | # of Arres |
| Author: Michael P Quinn | | |
| Completed By: ○ Housing     ● Strike Force | | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | V |
|---|---|---|---|---|---|---|---|
| S420 | J Poisson/B Pitts | 0 | 0.00 | 0 | 0 | 0 | 4 |
| S421 | M Martinez/J Chojnacki | 2 | 0.00 | 0 | 0 | 0 | 27 |
| S423 | B Pitts | 1 | 0.00 | 0 | 0 | 0 | 17 |
| S428 | J Walters/D Strobele | 3 | 0.00 | 0 | 0 | 0 | 24 |
| S430 | M Acquino/D McDuffie | 1 | 0.00 | 0 | 0 | 0 | 11 |
| S451 | M Quinn | 1 | 0.00 | 0 | 0 | 0 | 7 |
| Housing | | 1 | 0.00 | 0 | 1 | 0 | 36 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| **TOTALS** | | 9 | 0.00 | 0 | 1 | 0 | 126 |

Intelligence/Information:  - Conducted checkpoints at Kerns/Hagen,

Leslie/Scajaquada, Bailey/Cloverdale & Comstock/Midway.

         - Took part in Operation Clean Sweep inside the Langfield Projects along with the Housing Unit, E District CPOs, K9, BFD & various other agencies.

         - Assisted ████ with a gun arrest at ████████████ Strike Force had received information ████████████████ regarding a gun in the trunk of a ████████ Vehicle was stopped & a .40 caliber handgun with a 30 round magazine was recovered.

         - Assisted A District with a man with a gun call on ████ ████

         - Recieved info that drug dealers are stashing drugs in the ████████████████████

         - Stabbing on Theodore near Genesee St.

         - Shots fired on Langfield near Suffolk.

         - Possible narcotics sales at ████████

         - Gangs at ████████

         - Gang activity in the area of ████████████ Many gang members in that area.

# *Strike Force Daily Report*

| Commanding Officer: Chief Brinkworth | |
|---|---|
| Date: 08/20/2015 | ☐ Blue Wheel |
| Location: C and E District primary focus | # of Arres |
| Author: David E Wilcox | |
| Completed By: ○ Housing    ● Strike Force | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | |
|---|---|---|---|---|---|---|---|
| S420 | Poisson/Salamone | 0 | 0.00 | 0 | 0 | 0 | 8 |
| S421 | Chojnacki/Martinez | 0 | 0.00 | 0 | 0 | 0 | 16 |
| S422 | Howard/Thomas | 1 | 0.00 | 0 | 0 | 0 | 6 |
| S424 | Pariseau/Culver | 0 | 0.00 | 0 | 0 | 0 | 11 |
| S428 | Walters/Skipper | 1 | 0.00 | 0 | 0 | 0 | 22 |
| S423 | Pitts/Acquino | 1 | 0.00 | 0 | 0 | 0 | 16 |
| S430 | Hamilton/Acquino | 0 | 0.00 | 1 | 0 | 0 | 7 |
| S429 | Strobele/Mcduffie | 1 | 0.00 | 0 | 0 | 0 | 14 |
| S451 | Quinn | 0 | 0.00 | 0 | 0 | 0 | 3 |
| S452 | Wilcox/Mclean | 0 | 0.00 | 0 | 0 | 0 | 6 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 |
| | **TOTALS** | 4 | 0.00 | 1 | 0 | 0 | 109 |

Intelligence/Information:

Concentrated efforts in C and E
districts...Genesee/Crossman.....Doat/Peace.....Ferry/Ernst........Olympic/33.....

Gun recovered at █████████████████████████████
██████.....loaded with 4 rounds.....

Suspect ██████████████████████is suppose to have a gun and hides it in the
██████████████.......by store

██████████is possibly being used for selling weed.........observed ████████████
█████and traffic back and forth .....both on front porch and to side of house.

Arrested........████████████████████████████████████
........████████████████████....220.03

████████████████████████........arrested on traffic stop
at ██████████████......Buffalo Bench Warrant

██████████████████████████.....stopped at
roadcheck and gave false name 3 times and then was found to be suspended.

Heroin sales still prevelant at ████████████████████

Traffic stop Ferry/Grider ████████████████████████......Driven by
███████████████████████████████

██████████.....possible drug sales.......officers will follow up