UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

**BLACK LOVE RESISTS IN THE RUST, et al.**

       **Plaintiffs,**

          **-vs-**

**CITY OF BUFFALO, et al.**

       **Defendants.**
_____

**CERTIFICATE OF SERVICE**

Civil Action No.: 18-cv-719

    I, Robert E. Quinn, hereby certify that on September 13, 2019 the annexed Affirmation and Supporting Memorandum of Law were electronically served on Counsel for the Plaintiffs in this case through the CM/ECF system:

Claudia Wilner, Esq.
NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, NY 10001
wilner@nclej.org

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 13, 2019
       Buffalo, New York

                                      TIMOTHY A. BALL, ESQ.
                                      Corporation Counsel

                                      */s/Robert E. Quinn*
                                      By: Robert E. Quinn
                                      65 Niagara Square - 1103 City Hall
                                      Buffalo, NY 14202
                                      Tel.: (716) 851-4326
                                      rquinn@ch.ci.buffalo.ny.us