# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

_____

BLACK LOVE RESISTS IN THE RUST, et al.

                      Plaintiff(s),

***MEDIATION CERTIFICATION***

   __18__ - cv - __719__

        v.

CITY OF BUFFALO, ET AL.,

                      Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on __9/27/19__.

   ☐ *Case has settled.* (Comment if necessary).

   ☐ *Case has settled in part.* (Comment below). Mediation will continue on _____.

   ☐ *Case has settled in part.* (Comment below). Mediation is complete.

   ☑ *Case has not settled.* Mediation will continue on __10/18/2019__.

   ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

**Date:** 09/30/2019               **Mediator:** /S/ Michael Menard

**Additional Comments:**
_____
_____

[Print]  [Clear Form]