UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

BLACK LOVE RESISTS IN THE RUST, et al.

                         Plaintiff(s),

***MEDIATION CERTIFICATION***

    __18__ - cv - __719__

              v.

CITY OF BUFFALO, et al.,

                         Defendant(s).

_____

I hereby certify that:

☑ The mediation session scheduled for __10/18/19__ has been adjourned to __1/21/20__.

☐ Case settled prior to the first mediation session.

☐ Mediation session was held on _____.

   ☐ ***Case has settled.*** (Comment if necessary).

   ☐ ***Case has settled in part.*** (Comment below). Mediation will continue on _____.

   ☐ ***Case has settled in part.*** (Comment below). Mediation is complete.

   ☐ ***Case has not settled.*** Mediation will continue on _____.

   ☐ ***Case has not settled.*** Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

***Date:*** __11/14/2019__                         Mediator: /S/ __Michael Menard__

***Additional Comments:***
_____
_____
_____

[Print]       [Clear Form]