UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
BLACK LOVE RESISTS IN THE RUST, et al.,

                              *Plaintiffs,*

                                                                           Case No. 1:18-cv-719

- vs -

CITY OF BUFFALO, N.Y., et al.,

                              *Defendants*.
-------------------------------------------------------------x

## PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND AND SUPPLEMENT THEIR COMPLAINT

PLEASE TAKE NOTICE that Plaintiffs will move this Court, pursuant to Federal Rules of Civil Procedure 15(a)(2) and (d), on a return date to be determined by the Court, for an Order granting leave to amend and supplement their complaint.

In support of this motion, Plaintiffs file a Memorandum of Law and the Declaration of Claudia Wilner, with exhibits.

Pursuant to Local Rule 7(a)(1), Plaintiffs hereby state that they intend to file and serve reply papers. Pursuant to Local Rule 7(b)(2)(B), if the Court does not set deadlines by order, any opposition will be due within fourteen days of today, and any reply papers will be due within seven days of the filing of opposition papers.

Dated: April 23, 2020

                                                              Respectfully Submitted,

<div style="display: flex;">

<div>

*/s/ Keisha A. Williams*
Joseph Keleman
Keisha Williams
WESTERN NEW YORK LAW CENTER
37 Franklin Street, Suite 210
Buffalo, NY 14202
Tel: (716) 828-8415
Fax: (716) 270-4005
jkeleman@wnylc.com
kwilliams@wnylc.com

</div>

<div>

*/s/ Claudia Wilner*
Claudia Wilner
Britney Wilson
Edward P. Krugman
NATIONAL CENTER FOR LAW
AND ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, NY 10001
212-633-6967
wilner@nclej.org
england@nclej.org
krugman@nclej.org

</div>

</div>

*/s/ Darius Charney*
Baher Azmy
Darius Charney
A. Chinyere Ezie
Brittany Thomas
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
212-614-6439
bazmy@ccrjustice.org
dcharney@ccrjustice.org
cezie@ccrjustice.org
bthomas@ccrjustice.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2020, I electronically filed the foregoing Notice of Motion, along with the accompanying Memorandum of Law and Declaration of Claudia Wilner and exhibits, with the Clerk of the District Court using its CM/ECF system, which electronically served them on the following CM/ECF participants in this case:

Robert E. Quinn
Assistant Corporation Counsel
65 Niagara Square, 11th Floor
Buffalo, New York 14202
(716) 851-4326
rquinn@city-buffalo.com

*Counsel for All Defendants*

/s/ A. Chinyere Ezie
Staff Attorney
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel/Fax: (212) 614-6467
Email: cezie@ccrjustice.org

*Counsel for Plaintiffs*

Dated: April 23, 2020