**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

_____

Black Love Resists in the Rust, et al.,

                    **Plaintiffs,**

v.                                                                                  **MEDIATOR RECUSAL**
                                                                                    **18-CV-719-CCR**

City of Buffalo, et al.,

                    **Defendants.**

_____


Pursuant to Section 3.1(E)(2) of the Alternative Dispute Resolution Plan for the Western District of New York, I, Michael Menard, Esq., hereby recuse myself from serving as Mediator and request that the Court terminate me as a party (Mediator) in this matter.


Date: April 24, 2020                                              /s/ *Michael Menard*