UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BLACK LOVE RESISTS IN THE RUST, et al.

        Plaintiffs,

   -vs-

CITY OF BUFFALO, et al.

        Defendants.

**CERTIFICATE OF SERVICE**

Civil Action No.: 18-cv-719

I, Robert E. Quinn, hereby certify that on June 4, 2020, I electronically filed the foregoing Answer with the Clerk of the District Court using the EM/ECF system which would then electronically notify the following participants in this case:

Claudia Wilner, Esq.
NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, NY  10001

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 4, 2020
       Buffalo, New York

**TIMOTHY A. BALL, ESQ.**
Corporation Counsel
*Attorney for Defendants*


*/s/ Robert E. Quinn*
By: Robert E. Quinn
Assistant Corporation Counsel
65 Niagara Square, 11th Floor
Buffalo, New York 14202
Tel.: (716) 851-4326
rquinn@city-buffalo.com