# Exhibit 14

**From:** Claudia Wilner
**Sent:** Friday, October 18, 2019 9:04 PM
**To:** Quinn,Robert E
**Cc:** Darius Charney ; Travis England
**Subject:** Follow-up on yesterday's meet and confer

Rob, this e-mail memorializes and follows up on our meet-and-confer yesterday afternoon.

Strike Force and Housing and Traffic Units

This portion of the conversation addressed the follow-up we have been seeking since June on your responses to Interrogatory 1, relating to membership (individuals and dates) in the Strike Force and the Housing Unit. It also covered Interrogatory 12, which seeks the same information as to the Traffic Unit.

As to Traffic, you acknowledged that your recent production of additional Transfer Orders was incomplete and said you would follow up early next week. We asked for production of the additional Orders by next Tuesday, Oct. 22, and we committed to compile that information in a fashion similar to Tables A and B as to the Strike Force and Housing Units to identify for you where additional follow-up is needed. You said that Tuesday might not be possible, but you would make the effort and come as close to hitting that mark as you could. Later on the call, we clarified that some of the missing Transfer Orders may be those relating to transfers of BPD officers <u>to</u> the Traffic Unit, as it appears that you have thus far only produced such orders relating to transfers <u>from</u> the Traffic Unit. You agreed to confirm that your clients have a correct understanding of this request as they search for additional responsive documents.

As to Strike Force and Housing, and as set forth in my e-mail of October 4 (see below and attached), we have made some progress, but we still have 45 open dates (for 38 individuals) that need filling in. You acknowledged that further efforts were necessary, you said you would take what "easy" steps you could, and you told us that you would let us know by next Friday, October 25, what you could do and when. To repeat what we said yesterday (which repeats what we have said in e-mails and our pending motion to compel), this is information to which we are entitled because it goes to the core of the allegations of the Complaint. If "easy" steps will not suffice, you must make more serious efforts, specifically including interviews of the individuals involved and, if necessary, reviewing documents such as archived unit rosters. It is more than a little distressing that, after all this time—and, specifically, in a scheduled meet-and-confer that took place 13 full days after our most recent follow-up—you would simply tell us to wait another 8 days for you to tell us what you will do. As we said during the conversation yesterday, such procrastination is unacceptable. We

expect to hear next Friday (a) that you will undertake whatever efforts are necessary to obtain and provide the missing information and (b) the details of your progress in those efforts. Absent a response that is satisfactory as to both content and timing, we will renew our motion to compel.

Defendants' Response to Plaintiffs' Third Set of Requests for Production
We also raised several questions regarding Defendants' Responses to Plaintiffs' Third Set of Requests for Production. We noted that Defendants have objected outright to Request No. 76, which seeks documents and communications between BPD and the US Department of Justice, including those pertaining to any grant applications and grant reports made by BPD. You questioned the relevance of this Request. We explained that not only have Plaintiffs brought a claim under Title VI, which requires proof that a Defendant receives federal funding, but we also believe these communications may contain materially relevant information such as statements regarding the manner in which BPD will or will not operate its Strike Force or Housing Units. You requested that we specify which "grants" or "reports" were being requested, but we explained that we are not able to do that without further information from you, which you continue to refuse to provide. You agreed to further consider Defendants' objections regarding this Request and let us know next week whether Defendants will modify their objection or search for and produce any responsive documents.

We also asked you to confirm the status of your search for responsive documents regarding Request Nos. 78-84, in which Defendants advise that they are "not aware of responsive documents at this time." You stated that you have not withheld any documents and that your search remains ongoing and that you expected to make another production within two weeks. We specifically asked whether you were searching electronic records (including emails) of BPD's crime analysts. You confirmed that you have not searched these emails. We therefore intend to update the Court that additional document requests will be the subject of our pending motion to compel.

Privilege Log
You stated that you will send Defendants' first privilege log on Tuesday, October 22.

---

**From:** Claudia Wilner
**Sent:** Friday, October 4, 2019 2:25 PM
**To:** Quinn,Robert E
**Cc:** Darius Charney ; Travis England ; Ed Krugman
**Subject:** Follow up on Interrogatory 1

Rob,

We write to follow up on your answer to Interrogatory No. 1 and the Transfer Order productions you have made. There has been significant progress, but in many cases we still cannot say definitely **_when_** the officers you have identified as being in the Strike Force were there, and the same is true as to the officers you have identified as being in the Housing Unit.

From the materials you have given us, we have compiled the two tables in the annexed proposed stipulation of fact. As you will see, there are still 45 start or end dates that are missing. Most but not all of these are ending dates for officers' tenure in the Housing Unit.

With the information in the two tables, you are now in a position to make specific, individual inquiries as to each of the 45 missing entries. Quite frankly, it is beyond belief that this information is not knowable to the City

2

of Buffalo or its Police Department. Now that we have reduced the issue to a small number of specific dates, we request your confirmation that you will do whatever it takes to make the necessary specific inquiries and fill in the gaps. We would hope that you would then be prepared to enter into the stipulation of fact, but to complete your response to Interrogatory No. 1 you must make the inquiries and supply us the information regardless.

We look forward to receiving your confirmation that you will do what it takes to obtain these 45 specific dates from your client. Of course, if you disagree with any of the dates that are already presented, we would be glad to take corrections (with appropriate documentation).

Best,

Claudia



**Claudia Wilner**

Senior Attorney (pronouns she/her)

National Center for Law and Economic Justice

275 Seventh Avenue, Suite 1506, New York, NY 10001-6860

212-633-6967 | wilner@nclej.org | www.nclej.org

**Confidentiality Note**: This e-mail (including attachments) is intended only for the addressee and may contain information that is privileged and/or confidential. Distribution or copying of this e-mail or its attachments by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at 212-633-6967 or e-mail at info@nclej.org and destroy the original message and all copies.

3

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

BLACK LOVE RESISTS IN THE RUST, *et al.*

                       Plaintiffs,

        -against-

CITY OF BUFFALO, *et al.*,

                       Defendants.

Case No. 1:18-cv-00719-CCR

## STIPULATION OF FACT REGARDING COMPOSITION OF HOUSING UNIT AND STRIKE FORCE

Plaintiffs and Defendants hereby stipulate that the officers assigned to the Housing Unit of the Buffalo Police Department during the period January 1, 2010 to March 15, 2019 were as set forth in Table A below. Plaintiffs and Defendants further stipulate that the officers assigned to the Strike Force of the Buffalo Police Department during the period April 1, 2013 (date of creation) to March 12, 2018 (date of dissolution) were as set forth in Table B below.

If, at any time before the conclusion of discovery in this action, Plaintiffs or Defendants conclude that there is an error in Table A or Table B, the parties will confer in good faith to effect a correction, and either party may bring a dispute as to a correction to the Court for resolution.

### TABLE A (HOUSING UNIT)

| Officer | Date From | Date To |
|---|---|---|
| David Acosta | 1/15/2010 | 2/28/2015 |
| Joseph Acquino | 7/28/2014 | ?? |
| Michael Acquino | 7/24/2010 | 3/31/2013 |
| Bart Adams | 6/9/2010 | ?? |

| Officer | Date From | Date To |
|---|---|---|
| Shawn Adams | 6/9/2010 | ?? |
| Kenneth Agee | 6/9/2010 | ?? |
| Armonde Badger | 3/12/2018 | ?? |
| Elizabeth Baker | 6/9/2010 | 11/12/2012 |
| Adolphus Barkor | 1/15/2010 | ?? |
| Donna Benitez | 6/9/2010 | 11/12/2012 |
| Michael Bennett | 6/9/2010 | 7/24/2010 |
| Jonathan Bierl | 1. 6/9/2010<br>2. 10/14/2014 | 1. 3/31/2013<br>2. 1/14/2019 |
| Terrance Ciszek | 7/10/2017 | ?? |
| Joshua Craig | 11/12/2012 | 4/29/2013 |
| Ryan Crespo | 1/15/2018 | Current as of 9/15/2019 |
| Patrick Crowley | 1/1/2010 | 7/28/2014 |
| Ann Devaney | 1/15/2010 | ?? |
| Jared Domaracki | 7/24/2010 | ?? |
| Donna Donovan | 1/15/2010 | ?? |
| John Evans | 6/9/2010 | 11/12/2012 |
| Christopher Fields | 6/9/2010 | 7/24/2010 |
| Jerry Guilian | 11/12/2012 | 3/31/2013 |
| Mark Hamilton | 7/24/2010 | 3/31/2013 |
| Joseph Hassett | 1/10/2010 | Current as of 9/15/2019 |
| Sherry Holtz | 1/15/2010 | ?? |
| Latasha Howard | 11/12/2012 | 3/31/2013 |
| Patrick Humiston | 6/9/2010 | ?? |
| Richard Hy | 3/12/2018 | Current as of 9/15/2019 |
| Robert Joyce | 1/15/2010 | ?? |
| Cory Krug | 6/9/2010 | 6/9/2015 |
| Edmond Labby Jr. | 1/15/2010 | ?? |
| John Lattanzio | 6/9/2010 | 11/12/2012 |

| Officer | Date From | Date To |
|---|---|---|
| Andre Lloyd | 6/9/2010 | 7/24/2010 |
| Richard Lopez | 3/13/2018 | 7/30/2018 |
| Joseph Lynch | 3/20/2017 | 12/31/2018 |
| William Macy | 6/9/2010 | ?? |
| Charles Miller | 10/13/2014 | Current as of 9/15/2019 |
| Michael Norwood | 7/10/2017 | ?? |
| Thomas Nunan | 1/15/2010 | ?? |
| Joseph Paolucci | 1/15/2010 | 6/30/2010 |
| John Poisson | 6/11/2012 | 3/31/2013 |
| William Rezabek | 6/9/2010 | 10/13/2014 |
| Patrick Roberts | 9/17/2012 | 6/29/2015 |
| William Robinson | 11/12/2012 | Current as of 9/15/2019 |
| Omar Rodriguez | ?? | Current as of 9/15/2019 |
| Lance Russo | 6/9/2010 | Current as of 9/15/2019 |
| Robert Salamone | ?? | 3/31/2013 |
| Philip Serafini, Sr. | 6/9/2015 | ?? |
| Jeanan Sharpe | 1/15/2010 | ?? |
| Kelvin Sharpe | 6/9/2010 | Current as of 9/15/2019 |
| Anthony Shea | 6/9/2010 | ?? |
| Brian Strobele | 1. 6/9/2010<br>2. ?? | 1. 3/31/2013<br>2. 3/19/2017 |
| Justin Tedesco | ?? | Current as of 9/15/2019 |
| Scott Testa | 1/14/2019 | Current as of 9/15/2019 |
| Angelo Threats | 1/15/2010 | ?? |
| Anniel Vidal | 1/13/2012 | Current as of 9/15/2019 |

| Officer | Date From | Date To |
|---|---|---|
| Andrew Whiteford | 10/13/2014 | Current as of 9/15/2019 |
| Guy Zagara | 6/9/2010 | 9/17/2012 |

### TABLE B (STRIKE FORCE)

| Officer | Date From | Date To |
|---|---|---|
| Michael Acquino | 4/1/2013 | 3/12/2018 |
| Jonathan Bierl | 4/1/2013 | 10/13/2014 |
| Daniel Burke | 4/1/2013 | 5/23/2015 |
| Joseph Chojnacki | 4/1/2013 | 3/12/2018 |
| Scott Culver | 4/1/2013 | 3/12/2018 |
| Robert Danner | 4/1/2013 | 3/12/2018 |
| Anthony Fanara | 4/1/2013 | ?? |
| Christopher Fields | 4/1/2013 | 3/12/2018 |
| Amy Frankel | 4/1/2013 | ?? |
| Jerry Guilian | 4/1/2013 | ?? |
| Mark Hamilton | 4/1/2013 | 3/12/2018 |
| Robert Heidinger | 10/13/2014 | 4/13/2015 |
| Latasha Howard | 4/1/2013 | 12/18/2017 |
| Richard Hy | 10/13/2014 | 3/12/2018 |
| Richard Lopez | 4/1/2013 | 3/12/2018 |
| Michael Martinez | 4/1/2013 | 3/12/2018 |
| Nathan Maryanski | ?? | ?? |
| Darren McDuffie | 4/1/2013 | 3/12/2018 |
| George McLean | 4/1/2013 | 3/12/2018 |
| Charles Miller | ?? | ?? |
| James O'Donnell | 4/1/2013 | ?? |
| Aaron Pariseau | 4/1/2013 | 3/12/2018 |
| David Piech | 4/1/2013 | 3/12/2018 |

| Officer | Date From | Date To |
|---|---|---|
| Bradford Pitts II | 4/1/2013 | 3/12/2018 |
| John Poisson | 4/1/2013 | ?? |
| Michael Quinn | 4/1/2013 | 3/12/2018 |
| Marcus Rogowski | ?? | ?? |
| Robert Salamone | 4/1/2013 | 3/12/2018 |
| Charles Skipper | 4/1/2013 | 1/15/2018 |
| Brian Strobele | 3/20/2017 | 11/30/2017 |
| Debra Strobele | ?? | 3/12/2018 |
| Justin Tedesco | ?? | ?? |
| Robbin Thomas | 4/1/2013 | ?? |
| Joseph Walters | 4/1/2013 | 3/12/2018 |
| Ivan Watkins | 1/15/2018 | 3/12/2018 |
| Thomas Whelan | 4/1/2013 | ?? |
| Adam Wigdorski | 4/13/2015 | 3/12/2018 |
| David Wilcox | 4/1/2013 | ?? |
| Thomas Zak | 1. 4/1/2013<br>2. 12/18/2017 | 1. ??<br>2. 3/12/2018 |
| Sean Zoll | ?? | ?? |

| | |
|---|---|
| */s/Edward P. Krugman* | TIMOTHY A. BALL, ESQ. Corporation Counsel |
| Marc Cohan | |
| Travis W. England | |
| Edward P. Krugman | */s/Robert E. Quinn* |
| Claudia Wilner | |
| Britney Wilson | By: Robert E. Quinn |
| NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE | 65 Niagara Square - 1103 City Hall |
| 275 Seventh Avenue, Suite 1506 | Buffalo, NY 14202 |
| New York, NY 10001 | Tel.: (716) 851-4326 |
| 212-633-6967 | rquinn@ch.ci.buffalo.ny.us |
| cohan@nclej.org | |
| wilner@nclej.org | |
| krugman@nclej.org | |
| england@nclej.org | |
| wilson@nclej.org | |

s/ Keisha A. Williams
Joseph Keleman
Keisha Williams
WESTERN NEW YORK LAW CENTER
Main Seneca Building
237 Main Street, Suite 1130
Buffalo, NY 14203
Tel: (716) 828-8415
Fax: (716) 270-4005
jkeleman@wnylc.com
kwilliams@wnylc.com

s/ Darius Charney
Baher Azmy
Darius Charney
Chinyere Ezie
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
212-614-6439
BAzmy@ccrjustice.org
DCharney@ccrjustice.org
CEzie@ccrjustice.org