# Exhibit 15

| | |
|---|---|
| **From:** | Edward Krugman <krugman@nclej.org> |
| **Sent:** | Monday, November 25, 2019 3:18 PM |
| **To:** | Robert E Quinn |
| **Cc:** | Claudia Wilner; Darius Charney; Travis England; Britney Wilson; Brittany Thomas; Chinyere Ezie; Joachim, Jordan S |
| **Subject:** | Traffic Unit |
| **Attachments:** | Traffic Unit Apparent Rosters, for Rob.xlsx |

**[EXTERNAL]**
Rob

Following up on our call today, I enclose a spreadsheet that lists the apparent members of the Traffic Unit as of a series of transition dates (somebody goes in or out). Our sources were the transfer orders you provided and the BPD payroll listing on the City's website.

You will see that the listings are plainly incomplete for most of the period, although the last year or so (maybe two years?) appears more complete. The request is that you (a) confirm that the recent rosters are complete (or correct them if they are not) and (b) complete the rosters that are not complete.

In addition to what you see on the spreadsheet, please note:

- We do not have end dates in the Traffic Unit for
    - Adolphus Barkor (started 10/18/18; now with Police Dispatch
    - Nathan Goldsmith (started 7/28/14
    - Robert E. Lee (started 7/2/18, now with D District
    - James Pratts (started 5/13/13)
    - Baudillio Rodriguez (started 1/12/15)
    - Jose Vega (started 4/29/13)
    - Each of these is listed as currently in the Traffic Unit, but that's probably not correct for most (perhaps all) of them
- The City website reports the following individuals as in the Traffic Unit (at least as of 9/12/2019), but we have no transfer orders for them at all. Please provide beginning (and, if applicable, end) dates for their tenures, so they can be added to the rosters
    - Daniel L. Carlson
    - Colonel B. Chaney, Jr.
    - Michael Eason
    - Scott Escobar
    - John Lopez
    - Arthur McCabe (Robert is on the rosters)
    - Mark Slawek
    - Paul Sobkowiak
    - Dell Storey
    - Brian Strobele
    - Mark Testa
    - Ernest Wright

I look forward to hearing from you, both on this and on the ongoing Housing Unit and Strike Force roster reviews.

EPK

| 4/29/2013 | 5/13/2013 | 7/29/2013 | 8/30/2013 | 10/13/2013 | 12/28/2013 | 4/14/2014 | 7/28/2014 | 10/13/2014 | 1/12/2015 | 6/29/2015 | 2/1/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hoppy | Hoppy | Juliano | Juliano | Juliano | Pratts | Makowski | Goldsmith | Bass | B. Rodriguez | B. Rodriguez | B. Rodriguez |
| Juliano | Juliano | Mishoe | Pierchala | Pratts | Salter | Pratts | Lynch | Goldsmith | Bass | Bass | Bartoszewicz |
| Mishoe | Mishoe | Pierchala | Pratts | Salter | Stroehlein | Makowski | Lynch | Garbacz | Bass |
| Pierchala | Pierchala | Pratts | Salter | Stroehlein | Vega | Stroehlein | Makowski | Lynch | Goldsmith | Goldsmith | Bonarek |
| Salter | Pratts | Salter | Stroehlein | Vega | | Vega | Pratts | Makowski | Lynch | Lynch | Garbacz |
| Strauss | Salter | Stroehlein | Vega | | | | Salter | Pratts | Makowski | Makowski | Goldsmith |
| Stroehlein | Stroehlein | Vega | | | | | Stroehlein | Quinn-Higgins | Pratts | Porzio | Lynch |
| Vega | Vega | | | | | | Vega | Salter | Quinn-Higgins | Pratts | Makowski |
| | | | | | | | | Stroehlein | Salter | Quinn-Higgins | Porzio |
| | | | | | | | | Vega | Simonian | Salter | Pratts |
| | | | | | | | | | Stroehlein | Simonian | Quinn-Higgins |
| | | | | | | | | | Vega | Stroehlein | Salter |
| | | | | | | | | | | Vega | Simonian |
| | | | | | | | | | | | Stroehlein |
| | | | | | | | | | | | Vega |

| 11/7/2016 | 3/20/2017 | 7/10/2017 | 8/14/2017 | 1/15/2018 | 3/12/2018 | 3/31/2018 | 5/31/2018 | 6/18/2018 | 6/30/2018 | 7/30/2018 | 8/31/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B. Rodriguez | B. Rodriguez | B. Rodriguez | B. Rodriguez | B. Rodriguez | B. Rodriguez | B. Rodriguez | B. Rodriguez | B. Rodriguez | B. Rodriguez | B. Rodriguez | B. Rodriguez |
| Bartoszewicz | Bartoszewicz | Barretto | Barretto | Barretto | Barretto | Barretto | Barretto | Barretto | Barretto | Barretto | Barkor |
| Bass | Bass | Bartoszewicz | Bartoszewicz | Bartoszewicz | Bartoszewicz | Bartoszewicz | Bartoszewicz | Bartoszewicz | Bartoszewicz | Bartoszewicz | Barretto |
| Bonarek | Bonarek | Bass | Bass | Bass | Bass | Bass | Bass | Bass | Bass | Becerril | Bartoszewicz |
| Brautlacht | Brautlacht | Bonarek | Bonarek | Bonarek | Bonarek | Bonarek | Bonarek | Becerril | Becerril | Bonarek | Becerril |
| Garbacz | Garbacz | Brautlacht | Brautlacht | Brautlacht | Brautlacht | Brautlacht | Brautlacht | Bonarek | Bonarek | Brautlacht | Bonarek |
| Goldsmith | Giallella | Clemons | Crowley | Cleply | Chojnacki, Joseph | Chojnacki, Joseph | Chojnacki, Joseph | Brautlacht | Brautlacht | Chojnacki, Joseph | Brautlacht |
| Lynch | Goldsmith | Delaney | D. Rodriguez | Crowley | Clemons | Clemons | Clemons | Chojnacki, Joseph | Chojnacki, Joseph | Clemons | Chojnacki, Joseph |
| Makowski | Makowski | Garbacz | Delaney | D. Rodriguez | Cleply | Cleply | Cleply | Clemons | Clemons | Cleply | Clemons |
| Porzio | Porzio | Giallella | Divito | Delaney | Crowley | Crowley | Crowley | Cleply | Cleply | Crowley | Cleply |
| Pratts | Pratts | Goldsmith | Garbacz | Divito | D. Rodriguez | D. Rodriguez | D. Rodriguez | Crowley | Crowley | D. Daniels | Crowley |
| Quinn-Higgins | Quinn-Higgins | Makowski | Giallella | Garbacz | Delaney | Delaney | Delaney | D. Rodriguez | D. Rodriguez | D. Rodriguez | D. Daniels |
| Salter | Salter | Porzio | Goldsmith | Giallella | Divito | Divito | Divito | Delaney | Daniels | Delaney | D. Rodriguez |
| Simonian | Simonian | Pratts | Kaska | Goldsmith | Dolan, Terence | Dolan, Terence | Dolan, Terence | Divito | Delaney | Divito | Delaney |
| Stroehlein | Stroehlein | Quinn-Higgins | Makowski | Harrington | Donovan, Joseph | Donovan, Joseph | Donovan, Joseph | Dolan, Terence | Divito | Dolan, Terence | Divito |
| Vega | Vega | Salter | O'Neill | Kaska | Evans, John | Evans, John | Evans, John | Donovan, Joseph | Dolan, Terence | Donovan, Joseph | Dolan, Terence |
|  |  | Simonian | Paolucci | O'Neill | Garbacz | Garbacz | Garbacz | Evans, John | Donovan, Joseph | Evans, John | Donovan, Joseph |
|  |  | Stroehlein | Porzio | Paolucci | Giallella | Giallella | Giallella | Garbacz | Evans, John | Garbacz | Evans, John |
|  |  | Vega | Pratts | Poisson | Goldsmith | Goldsmith | Goldsmith | Giallella | Garbacz | Giallella | Garbacz |
|  |  |  | Quinn-Higgins | Porzio | Harrington | Harrington | Harrington | Goldsmith | Giallella | Goldsmith | Giallella |
|  |  |  | Salter | Pratts | Kaska | Kaska | Kaska | Harrington | Goldsmith | Harrington | Goldsmith |
|  |  |  | Simonian | Quinn-Higgins | Martinez, Michael | Martinez, Michael | Martinez, Michael | Kaska | Harrington | Kaska | Harrington |
|  |  |  | Stroehlein | Salter | Mcknight, Dorian | Mcknight, Dorian | Mcknight, Dorian | Martinez, Michael | Kaska | Lee | Kaska |
|  |  |  | Vega | Simonian | McLean, George | McLean, George | McLean, George | Mcknight, Dorian | Lee | Martinez, Michael | Krug |
|  |  |  |  | Stroehlein | O'Brien, David | O'Brien, David | O'Brien, David | McLean, George | Martinez, Michael | Mcknight, Dorian | Lee |
|  |  |  |  | Torres | O'Neill | O'Neill | O'Neill | O'Brien, David | Mcknight, Dorian | O'Brien, David | Mcknight, Dorian |
|  |  |  |  | Vega | Paolucci | Paolucci | Paolucci | O'Neill | O'Brien, David | O'Neill | O'Brien, David |
|  |  |  |  |  | Piech, David | Piech, David | Piech, David | Paolucci | O'Neill | Paolucci | O'Neill |
|  |  |  |  |  | Poisson | Poisson | Porzio | Piech, David | Paolucci | Piech, David | Paolucci |
|  |  |  |  |  | Porzio | Porzio | Pratts | Porzio | Piech, David | Pratts | Piech, David |
|  |  |  |  |  | Pratts | Pratts | Quinn-Higgins | Pratts | Pratts | Quinn-Higgins | Pratts |
|  |  |  |  |  | Quinn-Higgins | Quinn-Higgins | Quinn, Michael | Quinn-Higgins | Quinn-Higgins | R. Lopez | Quinn-Higgins |
|  |  |  |  |  | Quinn, Michael | Quinn, Michael | Salter | Quinn, Michael | Quinn-Higgins | Russo | R. Lopez |
|  |  |  |  |  | Salter | Salter | Simonian | Salter | Salter | Salter | Russo |
|  |  |  |  |  | Simonian | Simonian | Skipper, Charles | Simonian | Simonian | Simonian | Simonian |
|  |  |  |  |  | Skipper, Charles | Skipper, Charles | Sobkowiak, Paul | Skipper, Charles | Skipper, Charles | Skipper, Charles | Skipper, Charles |
|  |  |  |  |  | Sobkowiak, Paul | Sobkowiak, Paul | Stroehlein | Sobkowiak, Paul | Sobkowiak, Paul | Sobkowiak, Paul | Sobkowiak, Paul |
|  |  |  |  |  | Strobele, Debra | Stroehlein | Torres | Stroehlein | Stroehlein | Stroehlein | Stroehlein |
|  |  |  |  |  | Stroehlein | Torres | Vega | Torres | Torres | Torres | Torres |
|  |  |  |  |  | Torres | Vega | Wagner, Timothy | Vega | Vega | Vega | Vega |
|  |  |  |  |  | Vega | Wagner, Timothy | Walker, Michael | Wagner, Timothy | Wagner, Timothy | Wagner, Timothy | Wagner, Timothy |
|  |  |  |  |  | Wagner, Timothy | Walker, Michael | Walters, Joseph | Walker, Michael | Walker, Michael | Walker, Michael | Walker, Michael |
|  |  |  |  |  | Walker, Michael | Walters, Joseph | Wojtasik, David | Walters, Joseph | Walters, Joseph | Walters, Joseph | Walters, Joseph |
|  |  |  |  |  | Walters, Joseph | Wojtasik, David | Zak, Thomas | Wojtasik, David | Wojtasik, David | Wojtasik, David | Wendel |
|  |  |  |  |  | Wojtasik, David | Zak, Thomas |  | Zak, Thomas | Zak, Thomas | Zak, Thomas | Wilson |
|  |  |  |  |  | Zak, Thomas |  |  |  |  |  | Wojtasik, David |
|  |  |  |  |  |  |  |  |  |  |  | Zak, Thomas |

| 9/17/2018 | 1/1/2019 | 1/14/2019 | 5/6/2019 | 6/17/2019 | 8/5/2019 | 10/14/2019 |
|---|---|---|---|---|---|---|
| B. Rodriguez | B. Rodriguez | Agee | Agee | Agee | Agee | Agee |
| Barkor | Barkor | B. Rodriguez | B. Rodriguez | B. Rodriguez | B. Rodriguez | B. Rodriguez |
| Barretto | Bartoszewicz | Barkor | Barkor | Barkor | Barkor | Barkor |
| Bartoszewicz | Becerril | Becerril | Becerril | Becerril | Becerril | Becerril |
| Becerril | Brautlacht | Brautlacht | Brautlacht | Brautlacht | Brautlacht | Brautlacht |
| Bonarek | Chojnacki, Joseph | Calloway | C. Daniel | C. Daniel | C. Daniel | C. Daniel |
| Brautlacht | Clemons | Chojnacki, Joseph | Calloway | Calloway | Calloway | Calloway |
| Chojnacki, Joseph | Crowley | Clemons | Chojnacki, Joseph | Chojnacki, Joseph | Chojnacki, Joseph | Chojnacki, Joseph |
| Clemons | D. Daniels | Crowley | Clemons | Clemons | Clemons | Clemons |
| Cleply | R. Daniels | D. Daniels | Clifford | Clifford | Clifford | Clemons |
| Crowley | D. Rodriguez | R. Daniels | Crowley | Colosimo | Colosimo | Clifford |
| D. Daniels | Delaney | D. Rodriguez | D. Daniels | Crowley | Crowley | Cole |
| R. Daniels | Divito | Delaney | R. Daniels | D. Daniels | D. Daniels | Colosimo |
| D. Rodriguez | Dolan, Terence | Divito | D. Rodriguez | R. Daniels | R. Daniels | Crowley |
| Delaney | Donovan, Joseph | Dolan, Terence | Delaney | D. Rodriguez | D. Rodriguez | D. Daniels |
| Divito | Evans, John | Donovan, Joseph | Divito | Delaney | Delaney | R. Daniels |
| Dolan, Terence | Exum | Evans, John | Dolan, Terence | Divito | Divito | D. Rodriguez |
| Donovan, Joseph | Garbacz | Exum | Donovan, Joseph | Dolan, Terence | Dolan, Terence | Delaney |
| Evans, John | Giallella | Feeney | Evans, John | Donovan, Joseph | Donovan, Joseph | Divito |
| Garbacz | Goldsmith | Fuller | Exum | Evans, John | Evans, John | Dolan, Terence |
| Giallella | Harrington | Garbacz | Feeney | Exum | Exum | Donovan, Joseph |
| Goldsmith | Kaska | Giallella | Fuller | Feeney | Feeney | Evans, John |
| Harrington | Krug | Goldsmith | Garbacz | Fuller | Fera | Exum |
| Kaska | Lee | Harrington | Giallella | Garbacz | Fuller | Feeney |
| Krug | Long | Hawkins | Goldsmith | Giallella | Garbacz | Fera |
| Lee | O'Brien, David | Kaska | Guadalupe | Goldsmith | Giallella | Fuller |
| Mcknight, Dorian | O'Neill | Krug | Harrington | Guadalupe | Goldsmith | Garbacz |
| O'Brien, David | Paolucci | Lee | Hawkins | Harrington | Griffin | Giallella |
| O'Neill | Piech, David | Long | Kaska | Hawkins | Guadalupe | Goldsmith |
| Paolucci | Pratts | Nigrelli | Krug | Kaska | Haas | Griffin |
| Piech, David | Quinn-Higgins | O'Brien, David | Lee | Krug | Harlach | Guadalupe |
| Pratts | R. Lopez | O'Neill | Long | Lee | Harrington | Haas |
| Quinn-Higgins | Russo | Paolucci | R. McCabe | Long | Hawkins | Harlach |
| R. Lopez | Simonian | Piech, David | Nigrelli | R. McCabe | Kaska | Harrington |
| Russo | Skipper, Charles | Pratts | O'Brien, David | Nigrelli | Lee | Hawkins |
| Simonian | Sobkowiak, Paul | Quinn-Higgins | O'Neill | O'Brien, David | Long | Kaska |
| Skipper, Charles | Stroehlein | R. Lopez | Paolucci | O'Neill | R. McCabe | Lee |
| Sobkowiak, Paul | Vega | Russo | Piech, David | Paolucci | Mielcarek | Long |
| Stroehlein | Wagner, Timothy | Simonian | Pratts | Piech, David | Nigrelli | Maslowski |
| Torres | Walters, Joseph | Skipper, Charles | Quinn-Higgins | Pratts | O'Brien, David | R. McCabe |
| Vega | Wendel | Sobkowiak, Paul | R. Lopez | Quinn-Higgins | O'Neill | Mercurio |
| Wagner, Timothy | Wilson | Stroehlein | Russo | R. Lopez | Paolucci | Messina |
| Walker, Michael | Wojtasik, David | Sullivan | Simonian | Russo | Piech, David | Mielcarek |
| Walters, Joseph | Zak, Thomas | Vega | Skipper, Charles | Simonian | Pratts | Nigrelli |
| Wendel | | Wagner, Timothy | Sobkowiak, Paul | Skipper, Charles | Quinn-Higgins | O'Brien, David |
| Wilson | | Walters, Joseph | Stroehlein | Slupinski | R. Lopez | O'Neill |
| Wojtasik, David | | Wendel | Sullivan | Sobkowiak, Paul | Russo | Paolucci |
| Zak, Thomas | | Wojtasik, David | Vega | Stroehlein | Scherer | Piech, David |
| | | Zak, Thomas | Wagner, Timothy | Sullivan | Simonian | Pratts |
| | | | Walters, Joseph | Vega | Skipper, Charles | Quinn-Higgins |
| | | | Wendel | Wagner, Timothy | Slupinski | R. Lopez |
| | | | Wojtasik, David | Walters, Joseph | Sobkowiak, Paul | Russo |
| | | | Zak, Thomas | Wendel | Stroehlein | Scherer |
| | | | | Wojtasik, David | Sullivan | Simonian |
| | | | | Zak, Thomas | Sumbrum | Skipper, Charles |
| | | | | | Vega | Slupinski |
| | | | | | Wagner, Timothy | Sobkowiak, Paul |
| | | | | | Walters, Joseph | Stroehlein |
| | | | | | Wendel | Sullivan |
| | | | | | Whitaker | Sumbrum |
| | | | | | Wojtasik, David | Tirado |
| | | | | | Zak, Thomas | Vega |
| | | | | | | Wagner, Timothy |
| | | | | | | Walters, Joseph |
| | | | | | | Wendel |
| | | | | | | Whitaker |
| | | | | | | Wojtasik, David |
| | | | | | | Zak, Thomas |