# Exhibit 19

Commission on Citizens' Rights and Community Relations (CCRCR)
Minutes of CCRCR meeting
Wednesday, May 18, 2016
5:03 pm
CCR&CR Conference Room – 13th Floor City Hall

Commission members in attendance:

David Granville, Barbara Kloberdanz, Sherrill Colston

Staff

Richard J. Morrisroe, Esq., Executive Director
Carolyn E. Manney, Assistant Director

Commission members absent:

Rev. Kenneth Simmons, Sheila Wallace, Zaw Win, John Calvin Davis, Gary Wilson, Esq.

Vice-Chair Granville turned to the agenda (see attached) and deferred approval of minutes for March, April and May, as the Commission lacked a quorum to conduct official business.

Next, we continued the meeting unofficially, Assistant Director Carolyn E. Manney opened the meeting by giving a report on organizational efforts and information on our current complainant database. C.Manney will continue to monitor employment applications to maintain Ban the Box due diligence.

Vice-Chair suggested that the Ban the Box Legislation and process should be viewable on the City of Buffalo website to inform the public of the Ban the Box ordinance.

It was suggested by Vice-Chair Granville that the Commission should provide complainants with a confirmation letter on departmental letterhead once complaints are filed.

Vice-Chair Granville also suggested that the Commission should provide complainants with status updates on a regular basis until the case has been resolved. In addition to that, C. Manney will provide the Commission with status changes to citizen complaints on a monthly basis. When sharing information regarding citizen complaints a numbering system will be used for citizen files to protect the identities of citizens.

ED Morrisroe stated of the complaints filed none of them have been discriminatory in nature, thus far. However, better communication is needed from Buffalo Police Officers when interacting with citizens. The hard adversarial approach must be tempered with empathy and better customer service skills.

Next, discussion ensued led by ED Morrisroe regarding a meeting with Councilmember Rasheed Wyatt whom expressed interest in obtaining the Commission's annual report. ED Morrisroe

advised Council that we will work with the Commission to make sure reports are completed going forward.

Vice-Chair Granville suggested that ED Morrisroe should send documents when meeting with individuals on behalf of the Commission to memorialize the visits.

Next, discussion ensued led by ED Morrisroe regarding a letter he drafted (see attached) to reintroduce the Commission and its purpose to the community.

Vice-Chair Granville recommended that a follow up letter should be sent to Inspector Harold McLellan to establish a positive working relationship with the Buffalo Police Department and the Commission.

Next, discussion ensued led by ED Morrisroe stating the commission received a Freedom of Information Law (FOIL) request from the Partnership of Public Good. It was at that time ED Morrisroe was made aware that the Commission was not in adherence with Article V of the Bylaws (see attached). An area that is in need of immediate attention is the sharing of information with the public. According to the bylaws monthly meeting agendas, audio recordings of all meetings and meeting minutes should be viewable on the City of Buffalo's website for citizens to review.

Vice-Chair Granville stated any meeting minutes should not be posted until they have been approved by the Commission. Also any items of a sensitive nature should not be disclosed as well.

Vice-Chair Granville stated that bylaws should be viewable online in their entirety. A copy of the bylaws will be provided to all Commission members.

Next, discussion ensued led by ED Morrisroe stating he would be meeting with individuals from the Partnership of Public Good on Thursday May 26, 2016 to discuss their Community Agenda for 2016 (see attached).

Vice-Chair Granville suggested that the Commission as a whole should be included in meeting with the Partnership of Public Good. B. Kloberdanz agreed.

Vice-Chair Granville requested that ED Morrisroe should obtain a copy of the original FOIL request from the City of Buffalo's Law Department.

Vice-Chair Granville and B. Kloberdanz have further questions and concerns regarding the Partnership of Public Good, Community Agenda for 2016. Further discussion will be held at future meetings on this subject.

Next, discussion ensued led by ED Morrisroe sharing with the Commission a police stop mini-presentation that will done during the Mayor Summer Youth Orientations in June (see attached).

Vice-Chair Granville suggested changes to be made to the Commission's letterhead to include all committee members' names and titles in alphabetical order.

Next, discussion ensued of CCRCR Committees, including Citizens' Rights, Police Oversight and Community Relations committees. Further discussion is needed to see current members are still interested in serving on their committees or if changes need to be made.

Next, discussion ensued led by ED Morrisroe regarding Commission member's terms of service. Some Commission member's appointments need to be renewed. Nicole Drye is the contact person to submit resumes and file documents with the City Clerk's Office for appointments. S. Colston moved that C. Manney should follow up with N. Drye for member's reappointments, seconded by Vice-Chair Granville, passing unanimously. This will have to be voted on officially at the next meeting where Commission has a quorum.

A motion to adjourn the meeting was made by S. Colston 4:40 pm. Motion tabled by Vice-Chair Granville.

Next, new business discussion ensued led by ED Morrisroe, would like to know how the Commissioners would like to be engaged and make the Commission more visible. Further discussion is needed on how Commissioners would like to participate.

B. Kloberdanz will draft a rubric entailing guidelines on allowable instances in which members can act on behalf of CCRCR. S. Colston motion, seconded by Vice-Chair Granville to be voted on when quorum is present.

The next CCRCR meeting will be sent via email. A reminder call will be made to confirm members will be attending the meeting.

A motion to adjourn the meeting was made by Vice Chair Granville at 5:03 pm, seconded by B. Kloberdanz, passing unanimously.

Respectfully submitted,

Carolyn E. Manney
Assistant Director
CCR&CR

Date approved: 7/27/16