# Exhibit 23

# CITY OF BUFFALO

## 2015 JUSTICE ASSISTANCE AWARD GRANT
## GMS APPLICATION NUMBER 2015-H2905-NY-DJ

### GRANT NARRATIVE:

The City of Buffalo, New York has engaged in a partnership with the County of Erie through its Office of Central Police Services, along with the County's District Attorney's Office, in addition to the Town of Cheektowaga through their police department, and all participating entities work closely with the City of Buffalo, thus strong relationships and alliances are already in place.

The transition from the Local Law Enforcement Grant to the Justice Assistance Grant (JAG) Program over these many years has brought representatives together from various Erie County agencies for the application process, dependent on the entities deemed eligible for funding by the U.S. Department of Justice under this program, which has been based on a funding disparity between the City of Buffalo and towns within the County of Erie. A cooperative meeting brought representatives together from various agencies for a joint application committee meeting. The meeting was held on May 28, 2015, and for those partners not in attendance, they were contacted by both email and telephone. It was mutually agreed upon that the City of Buffalo, once again, would serve as the lead applicant and fiscal agent. During this meeting, each attendee discussed the purpose areas that could be supported with these grant dollars, and the benefit to each of their agencies. In addition, as a group, the distribution of the funding as allocated by the Bureau of Justice Assistance, was discussed and mutually agreed upon by the certified disparate jurisdiction(s).

The total grant award of $265,936 will be distributed as follows:

*City of Buffalo: (Police/Dept. of Community Services/Division of Citizen Services; this year, will now include County of Erie's Central Police Services; also continues to include the CountyDistrict Attorney's Office): $252,932*
*Town of Cheektowaga: (Police Department): $13,004*

Please note that because of the disparate certification and the fact that a joint application must be submitted, and in order to maximize the viability of both City and County programs to be funded under this JAG award that support law enforcement and crime prevention initiatives, the City of Buffalo has agreed not to take any administrative funds allowed under the JAG 2015 Grant (10% maximum). This, then, served as a cost savings to the other participating collaborators, which was then part of the discussion among all of the partners when deciding the actual distribution and acceptance of the total JAG 2015 funds.

The City of Buffalo is capable of handling the implementation of this project as we have a solid track record with the Department of Justice that has been built up over the years, as the City has been the fortunate recipient of other Federal grants (JAG Stimulus, COPS Grants, Local Law Enforcement Block Grants, Office of Juvenile Justice Program Grants, direct Justice Assistance Grants, Violence Against Women Grants, GREAT Grants, etc.). The City has a series of internal

**GMS APPLICATION NUMBER: 2015 H2905-NY-DJ**

UASI funding over the last (3) years since Buffalo hosts many international events as we are a border community

*Increase prevention and intervention opportunities for juveniles

*Continue providing comprehensive community services for residents within Buffalo's community

<u>**Buffalo Police Department Initiative: $106,482**</u>
*Buffalo Police Tactical Enforcement Operations: Directed Patrol Overtime Efforts and Enhanced Protective Security Measures at Selected Large Special Events: $106,482*

The Buffalo Police Department will be utilizing the 2015 funding to address security issues at large venues, will focus selected enforcement activities on violent crime (homicides, gun crime, gang activity, drugs, robberies and burglaries) and also, respond to quality of life issues (loitering youth, curfew, loud music, and violations of City ordinances). ==This will be accomplished by assigning officers on overtime to directed patrol activities in identified "hot spot" and high crime areas to investigate not only suspicious activities, but to spotlight enforcement strategies on guns, drugs, gangs, especially youth-involved retaliatory violence, and other violent crime. Through the assistance of Buffalo's Erie Crime Analysis Center, housed in Buffalo Police Headquarters, analysts will outline daily reports from serious and violent crimes to quality of life crimes in order to determine similarities or trends and patterns, which will then lead command to develop a tactical plan to deploy manpower and resources to address the targeted and identified problems in a timely manner. Hot spot analysis addresses what is happening, where, possible why and finally, who will take the lead on developing a response to this issue. Both Patrol Officers within our five (5) Police Districts, Detectives from specialized Units (Narcotics, Sex Offense, Homicide, Intel, etc.), and Officers from the Department's Strike Force/Housing Units, which are not housed within one policing district, but rather have City-wide jurisdiction, may also be involved with these "crackdown" interventions in hot spot cluster areas.==

In addition, an overtime priority of the Buffalo Police Department will be to utilize 2015 JAG funding as a means for the Department's continuance of providing extra protective police coverage and/or extra patrols at special or selected large events hosted within the City of Buffalo. The Buffalo Police Department has not received UASI funding over the last (3) years because Buffalo was eliminated when the Department of Homeland Security cut the funding of Tier 2 cities, and Buffalo has not been added back on the list this year.

As an international border community with Canada, the City of Buffalo hosts many special events, some of which are the largest in the country, bringing in flocks of attendees and vendors. Events such as First Night (New Year's Eve Ball Drop), the St. Patrick's Day Parade, and a multitude of large summer events (Allentown Arts Festival, Taste of Buffalo, Juneteenth, Italian Festival to mention a few) are held downtown, less than a mile away from our international border, thus attracting a diverse cross section of spectators. Buffalo Police will provide perimeter security, sweep