# Exhibit 24

JUSTICE ASSISTANCE GRANT (JAG) PROGRAM 2019-H3477-NY-DJ

# CITY OF BUFFALO
# 2019 JUSTICE ASSISTANCE AWARD GRANT
# GMS APPLICATION NUMBER 2019-H3477-NY-DJ

*GRANT NARRATIVE:*

The City of Buffalo, New York has engaged in a partnership with the County of Erie through its Department of Central Police Services and the County's District Attorney's Office, and with the Town of Cheektowaga through their police department. Since all participating entities have been working closely together for many years, strong relationships and alliances are already in place.

The Justice Assistance Grant (JAG) Program has, over the past fourteen years, brought together representatives from various Erie County agencies. This year an internal meeting was held with Buffalo Police Executive Command to discuss the current JAG application, its requirements, and any changes and/or updates, following which, all partners were contacted on August 5, 2019. It was mutually agreed that the City of Buffalo would once again serve as the lead applicant and fiscal agent, and that the Town of Cheektowaga would, for the purpose of the application and implementation of the grant, be considered a subrecipient. Moreover, it was also agreed that part of the City's funding would be shared with the Erie County District Attorney's Office and Erie County Department of Central Police Services, as has been the practice in previous years. The partners collectively reviewed this year's purpose areas and discussed the best allocation of funds to benefit each partner agency.

The total grant award of $236,151 will be distributed as follows:

*City of Buffalo: (Buffalo Police Department, which will once again continue to include the County of Erie's Central Police Services and the County District Attorney's Office): $221,340.*

*Town of Cheektowaga: (Police Department): $14,811.*

The City of Buffalo has agreed not to take any administrative funds allowed under the JAG 2019 Grant to maximize the amount of funding available for the selected programs.

JUSTICE ASSISTANCE GRANT (JAG) PROGRAM 2019-H3477-NY-DJ

The index of Part One Crimes shows that overall crime increased slightly by 0.32% in 2018, compared with 2017's figures, but still showed a 6.55% decrease compared with the five year average. Robbery, assault, and burglary all decreased slightly, but these were countered by increases in murder, rape, violent crime, larceny, UUV, and property crime. Year to date figures for 2019, however, are promising, with Part One Crime showing a decrease of 17.73% in the first half of the year as compared to last year. This decrease was across the board on every category of Part One Crime.

Buffalo has been focusing its enforcement efforts on shootings and gun crime, as we continue to have a high incidence of firearm crime, fueled by social media conflicts and retaliation for other shooting incidents. The City has been making significant progress in this area with the 2018 numbers compared to the five year average for injury shootings, shooting victims, and shots fired all decreasing (though unfortunately shooting homicides increased in 2018 versus the five year average). Both shooting victims and shots fired decreased in 2018 as compared to 2017, with injury shootings only increasing a half percent; shooting homicides, however, remain on the increase. That said, data from Erie Crime Analysis Center (ECAC) shows that there have been several similar spikes over the past ten years, and these do not predict an overall uptick in gun violence, but are context specific.

The Buffalo Police are well aware of specific gang members involved in recent activity and are using Hot Spot policing as well as various community-focused initiatives to quell the violence. In recognition of the BJA's identification of the 'reduction of violent crime' as a key area of emphasis, the City of Buffalo will continue to use some of its 2019 JAG funding to address gun crime. Funds will be used to implement a range of evidence-based strategies such as Hot Spot policing and Problem Oriented policing to ensure that the incidence of gun violence in the City continues to fall. The Buffalo Police Department works closely with the Erie County Central Police Services crime laboratory, and receives regular updates on NIBIN hits and leads, which aids investigation through linking shooting incidents across the jurisdiction. Buffalo is also one of the jurisdictions selected to participate with Project Safe Neighborhoods, and makes optimum use of the resources afforded through this federal initiative. Additionally, the Buffalo Police Department works closely with various federal task forces including ATF, DEA, the ICE Border Enforcement Security Task Force, the US Marshals Violent Felony Warrant Squad Task Force, the Safe Streets Task Force, and the Joint Terrorism Task Force.

One of the major goals of the Buffalo Police Department is to reduce the number of homicides and other violent crime through dedicated patrols, leading to the investigation, analysis, identification, arrest and

JUSTICE ASSISTANCE GRANT (JAG) PROGRAM 2019-H3477-NY-DJ

The Cheektowaga Police Department is a progressive, mid-sized law enforcement agency with a strong, publicly stated commitment to quality, managed community policing. The Department has been accredited by New York State since 1994 and has a sworn force of 129. The Department is frequently involved with interagency initiatives including work with the DEA, ATF, FBI, New York State Police, Erie County Sheriff, the Buffalo Police Department, and other local law enforcement agencies.

Cheektowaga will utilize $14,811 of the JAG 2019 funds to pay for overtime personnel expenses and, as required, 3% of the award, $445, will be allocated for NIBRS compliance activities. The JAG 2019 funds will be used for the various initiatives depending on need, crime patterns and current intelligence.

Cheektowaga will utilize $14,366 of its JAG 2019 funds to pay for overtime personnel expenses. The patrol division will utilize JAG 2019 funding for the following projects:

Traffic Saturation Patrols

Friday after Thanksgiving – Shopping Center Crowds and Traffic

Patrol of Town Park Pools and Extra Park Patrol

Bike and Segway Patrol of Selected and Designated Areas, Including the Bike Path

Targeted/Directed Patrol – Based on Active Intelligence (Hot Spot Areas)

It is anticipated that Police Officers will work one-officer details at an hourly cost of $62.78 for a total of 228.83 hours.

The remaining $445, 3% of the Town's total allocation of $14,811, will be used for overtime for mandatory NIBRS compliance activities.

*NARRATIVE CLOSING:*

Partners from the JAG working group keep in regular contact to discuss the various aspects of JAG's programmatic activities and any cross jurisdictional problems and strategies. In addition, it is understood by each participating entity that any interest accrued as a result of these grant dollars will be re-invested back into their various programs supporting law enforcement and/or community policing activities funded under the 2019 Justice Assistance Grant Program. Per Buffalo's most recent single audit, the City Comptroller's Office has verified that, to their knowledge, Buffalo has not been designated as "high risk" by another federal grant making agency.

Each participating partner is aware that they are responsible for reconciling their individual distribution of funding, is aware that these funds must be tracked separately from other Federal grant funds and that, as

sub-recipient partners, they are bound by the special conditions set forth by the Department of Justice. Each partner has also been briefed that they must provide to the City of Buffalo any required fiscal and programmatic activity reports outlining specific data from their programs, so that Buffalo can then properly report this information to the Bureau of Justice Assistance through the Performance Measure Tool. The City of Buffalo and its JAG colleagues are fortunate in having a wide range of collaborative partnerships upon which they can rely to enhance their ability to detect, investigate and prosecute crimes throughout our region. The Erie Crime Analysis Center (ECAC), located at Buffalo Police Headquarters, assists law enforcement by providing real-time crime data and hot-spot mapping which enables Executive Command to shape and refine data-driven deterrence initiatives which are responsive to emerging crime trends. ECAC's extensive crime database and wide analytical expertise allows them to perform ongoing analyses of crime patterns and trends. Crime Analysts work with law enforcement to pinpoint current hot spots, identify perpetrators, locations, and patterns of crime (day, time), to plan strategic deterrence initiatives, and determine which strategies are having the most impact. Buffalo's interaction with ECAC will be vital for helping Buffalo Police and its partners collect the data required for performance measure tool reporting. Law enforcement partners are also aware that they must submit quarterly metrics data related to use of force, racial and ethnic bias training, and be in full compliance with the JAG Prohibited and Controlled Expenditures requirements.

During the current fiscal year, both the City of Buffalo and the County of Erie are subject to the continuing authority of state-appointed fiscal control boards (which are not the same regulatory bodies). The fiscal situation in both the City and County remains constrained, which is why the Justice Assistance Grant funding is critical to support the described activities; these efforts could not be funded out of the individual entities' annual budgets. While we appreciate the fact that this grant does not mandate a required cash match, every participating municipality will inevitably incur some type of additional non-grant reimbursable expenses in their commitment to carrying out these efforts as they strive to improve public safety and criminal justice services within the Western New York community.