Covington Kiteworks US

| Upload | New | More | | 1 of 32 |

## Covington...teworks US     990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

☐   1.1.16.pdf
    525.1 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   1.6.16.pdf
    521.8 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   11.22.16.pdf
    522.6 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Search Files and Folders

☐   12.1.15.pdf
    522.2 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   12.3.15.pdf
    701.6 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   2.7.17.pdf
    526.6 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   2012 Strike Force1.doc
    23.5 KB, Apr 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   3.10.17.pdf
    520.5 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   3.11.17.pdf
    519.8 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   3.12.17.pdf
    519.6 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   3.16.17 4.10.pdf
    525.6 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   3.16.17.pdf
    521.2 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   3.18.17.pdf
    520.5 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   3.19.17.pdf
    521.4 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   3.20.17.pdf
    521.6 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   3.21.17.pdf
    519.0 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   3.23.17.pdf
    518.3 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   3.24.17.pdf
    519.5 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   3.26.17.pdf
    520.9 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

990999.11617 - Bl...

Members   Details

R   rquinn@ch.ci.buffalo.n...
    Uploader

Folder link

https://covington.kitew...

R

| Upload | New | More | | 1 of 32 |
|--------|-----|------|--|---------|

**Covington...teworks US**     990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

**990999.11617 - Bl...**

☐ 4.20.17.pdf
520.9 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

**Members**    Details

☐ 4.21.17.pdf
520.5 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

(R)   rquinn@ch.ci.buffalo.n...
Uploader

☐ 4.22.17.pdf
520.0 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

**Folder link**

☐ 4.23.17.pdf

https://covington.kitew...

Search Files and Folders

(R)

520.3 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 4.25.17.pdf
521.5 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 4.26.17 12.38.pdf
710.7 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 4.26.17 2.44.pdf
712.8 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 4.26.17 2.51.pdf
718.1 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 4.26.17 6.44.pdf
516.8 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 4.26.17.pdf
521.2 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 4.28.17.pdf
520.1 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 4.29.17.pdf
520.4 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 4.30.17.pdf
523.7 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 5.1.17.pdf
522.2 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 5.10.17.pdf
521.3 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 5.10.2016.pdf
526.6 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 5.2.17.pdf
520.4 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 5.3.17.pdf
520.3 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 5.31.17 5.17.pdf
525.0 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

| Upload | New | More | | 1 of 32 |

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

**Members**    Details

☐    522.0 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

R  rquinn@ch.ci.buffalo.n...
   Uploader

☐    5.6.17.pdf
     521.5 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐    5.7.17.pdf
     520.1 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐    5.8.17.pdf

Search Files and Folders                                                              R

521.5 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    5.9.17.pdf
     520.9 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    6.1.17.pdf
     521.0 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    6.10.17.pdf
     520.7 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    6.11.17.pdf
     520.9 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    6.14.17.pdf
     520.4 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    6.15.17.pdf
     521.0 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    6.16.17.pdf
     519.8 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    6.19.17.pdf
     520.4 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    6.2.17.pdf
     520.8 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    6.20.17 4.18.pdf
     516.4 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    6.20.17.pdf
     516.5 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    6.21.17.pdf
     520.1 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    6.23.17.pdf
     520.9 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    6.24.17.pdf
     520.9 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    6.25.17.pdf
     521.3 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

| | |
|---|---|
| Upload     New     More | 1 of 32 |

Covington...teworks US     990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

☐ 6.4.17.pdf
520.7 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 6.5.17.pdf
519.8 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 6.6.17.pdf
520.1 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 6.7.17.pdf

Search Files and Folders

521.5 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 7.1.2015.pdf
532.5 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 7.10.17.pdf
520.4 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 7.11.17.pdf
519.9 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 7.12.17.pdf
522.6 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 7.13.17.pdf
519.8 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 7.15.17.pdf
520.8 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 7.16.17.pdf
521.3 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 7.17.17.pdf
519.2 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 7.18.16 (2).pdf
581.2 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 7.18.16.pdf
516.8 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 7.18.17.pdf
519.9 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 7.2.17.pdf
520.5 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 7.22.17.pdf
520.7 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 7.23.17.pdf
520.4 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 7.24.14.pdf
525.3 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

990999.11617 - Bl...

**Members**     Details

Ⓡ  rquinn@ch.ci.buffalo.n...
Uploader

Folder link

https://covington.kitew...

Ⓡ

Upload          New          More                                                    1 of 32

Covington...teworks US          990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                                    990999.11617 - Bl...

☐          7.2....pdf                                                    **Members**   Details
           523.0 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                         Ⓡ  rquinn@ch.ci.buffalo.n...
☐          7.28.17.pdf                                                       Uploader
           519.9 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                         **Folder link**
☐          7.3.17.pdf
           521.2 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us              https://covington.kitew...

☐          7.30.17.pdf                                                       Leave folder
           521.2 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐          7.31.17 3.43.pdf
           520.7 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐          7.31.17.pdf
           525.1 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐          7.5.17.pdf
           520.7 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐          7.6.17.pdf
           520.3 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

| Upload | New | More | | 2 of 32 |

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                                      Ⓡ

| | Members  Details |

☐ 7.7.17.pdf
520.3 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ  rquinn@ch.ci.buffalo.n...
Uploader

☐ 7.8.17.pdf
520.8 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐ 7.9.17.pdf
521.0 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐ 8.1.14.pdf
532.3 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐ 8.28.2015.pdf
523.9 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 8.3.17.pdf
519.7 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 8.4.17.pdf
520.7 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ 9.12.19.pdf
611.7 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB-16263-COB016264.pdf
530.2 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB014954-COB015517.pdf
104.5 MB, Apr 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB015518-COB015949.pdf
24.5 MB, Apr 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB015950-COB016049.pdf
1.1 MB, Apr 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016050-COB016052.pdf
804.1 KB, May 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016053-COB016145.pdf
4.2 MB, Sep 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016163.pdf
523.0 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016164.pdf
523.4 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016165-COB016168.pdf
552.2 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016169-COB016170.pdf
925.1 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016171.pdf
523.6 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016172.pdf
525.0 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload          New          More                                                                    2 of 32

Covington...teworks US          990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                                                    Ⓡ

525.6 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐          COB016177.pdf
          526.0 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐          COB016178.pdf
          526.6 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐          COB016179.pdf
          525.3 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐          COB016180.pdf
          525.9 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐          COB016181.pdf
          526.2 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐          COB016182.pdf
          524.0 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐          COB016183.pdf
          525.4 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐          COB016184.pdf
          525.4 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐          COB016185.pdf
          526.1 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐          COB016186.pdf
          526.4 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐          COB016187.pdf
          526.5 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐          COB016188.pdf
          526.8 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐          COB016189.pdf
          525.6 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐          COB016190-COB016191.pdf
          712.0 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐          COB016192.pdf
          525.8 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐          COB016193.pdf
          525.7 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐          COB016194.pdf
          525.7 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐          COB016195.pdf
          525.8 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐          COB016196.pdf
          525.9 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

Members          Details

Ⓡ          rquinn@ch.ci.buffalo.n...
          Uploader

Folder link

https://covington.kitew...

Leave folder

| Upload | New | More | | 2 of 32 |

### Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

     COB016200.pdf
     525.4 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016201.pdf
     525.7 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016202.pdf
     525.5 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016203.pdf
     523.0 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016204.pdf
     523.3 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016205.pdf
     523.4 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016206.pdf
     523.5 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016207.pdf
     523.6 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016208.pdf
     523.7 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016209.pdf
     523.8 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016210.pdf
     523.8 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016211-COB016212.pdf
     525.7 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016211.pdf
     523.0 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016212.pdf
     523.0 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016213.pdf
     523.2 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016214.pdf
     523.2 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016215.pdf
     523.5 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016216.pdf
     523.5 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016217.pdf
     523.6 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016218.pdf
     523.8 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

---

990999.11617 - Bl...

**Members**   Details

Ⓡ   rquinn@ch.ci.buffalo.n...
     Uploader

Folder link

   https://covington.kitew...

Leave folder

Upload     New     More                                                                           2 of 32

Covington...teworks US     990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                                                   990999.11617 - Bl...

☐ COB016222.pdf
    523.7 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us                                 **Members**   Details

☐ COB016223.pdf
    523.7 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us                                 ⓡ  rquinn@ch.ci.buffalo.n...
                                                                                              Uploader
☐ COB016224.pdf
    522.8 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us                                 Folder link

☐ COB016225.pdf                                                                          https://covington.kitew...
    523.1 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                                         Leave folder
☐ COB016226.pdf
    523.2 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016227.pdf
    523.2 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016228-COB016229.pdf
    861.0 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016230.pdf
    523.0 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016231.pdf
    523.1 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016232.pdf
    523.2 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016233.pdf
    523.8 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016234.pdf
    524.0 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016235-COB016236.pdf
    797.1 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016237.pdf
    524.0 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016238.pdf
    523.0 KB, Jun 24, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016239-016240.pdf
    793.2 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016241-COB016243.pdf
    800.4 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016244.pdf
    521.4 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016245-COB016251.pdf
    748.8 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016252.pdf
    524.2 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

| Upload | New | More | | 2 of 32 |

## Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

COB0...60.pdf
523.3 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ · COB016261.pdf
521.6 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016262.pdf
524.0 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016265.pdf
522.2 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016266.pdf
522.2 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016267.pdf
519.7 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016268.pdf
519.6 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016269.pdf
521.4 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

990999.11617 - Bl...

**Members**    Details

Ⓡ rquinn@ch.ci.buffalo.n...
Uploader

Folder link

https://covington.kitew...

Leave folder

Covington Kiteworks US

Upload    New    More                  3 of 32

## Covington...teworks US    990999.11617 – Black Love...he Rust v. City of Buffalo

Search Files and Folders                           Ⓡ

| | |
|---|---|
| ☐ COB016270.pdf<br>523.1 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us | **Members**   Details |
| ☐ COB016271.pdf<br>522.3 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us | Ⓡ rquinn@ch.ci.buffalo.n...<br>Uploader |
| ☐ COB016272.pdf<br>521.4 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us | Folder link |
| ☐ COB016273.pdf<br>524.2 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us | https://covington.kitew... |
| ☐ COB016274.pdf<br>524.2 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us | Leave folder |
| ☐ COB016275.pdf<br>521.8 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB016276.pdf<br>521.2 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB016277.pdf<br>522.8 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB016278.pdf<br>520.7 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB016279.pdf<br>521.4 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB016280.pdf<br>522.7 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB016281.pdf<br>519.4 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB016282-COB016283.pdf<br>528.1 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB016284.pdf<br>521.9 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB016285.pdf<br>521.1 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB016286.pdf<br>521.8 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB016287.pdf<br>520.5 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB016288.pdf<br>520.3 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB016289.pdf<br>520.5 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB016290.pdf<br>520.0 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us | |

Upload     New     More                                             3 of 32

Covington...teworks US     990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                     Ⓡ

|  | **Members**    Details |
|---|---|
| 714.4 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us | Ⓡ   rquinn@ch.ci.buffalo.n... |
| ☐ COB016295.pdf <br> 520.0 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us | Uploader |
| ☐ COB016296.pdf <br> 521.3 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us | **Folder link** |
| ☐ COB016297.pdf <br> 523.0 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us | https://covington.kitew... |
| ☐ COB016298.pdf <br> 520.1 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us | Leave folder |
| ☐ COB016299.pdf <br> 520.4 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us |  |
| ☐ COB016300.pdf <br> 523.7 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us |  |
| ☐ COB016301.pdf <br> 522.2 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us |  |
| ☐ COB016302.pdf <br> 520.4 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us |  |
| ☐ COB016303.pdf <br> 520.3 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us |  |
| ☐ COB016304.pdf <br> 520.9 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us |  |
| ☐ COB016305.pdf <br> 522.0 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us |  |
| ☐ COB016306.pdf <br> 522.1 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us |  |
| ☐ COB016307.pdf <br> 520.1 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us |  |
| ☐ COB016308.pdf <br> 521.3 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us |  |
| ☐ COB016309.pdf <br> 522.0 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us |  |
| ☐ COB016310.pdf <br> 521.3 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us |  |
| ☐ COB016311.pdf <br> 520.9 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us |  |
| ☐ COB016312.pdf <br> 520.9 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us |  |
| ☐ COB016313.pdf <br> 521.3 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us |  |

Covington Kiteworks US

| Upload | New | More | | | 3 of 32 |

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

~~COB016317.pdf~~
520.8 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

**Members**    Details

☐ COB016318.pdf
521.3 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ rquinn@ch.ci.buffalo.n...
Uploader

☐ COB016319.pdf
520.7 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐ COB016320.pdf
519.8 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐ COB016321.pdf
521.4 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐ COB016322.pdf
520.1 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016323.pdf
520.3 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016324.pdf
521.5 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016325.pdf
520.7 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016326.pdf
520.9 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016327.pdf
520.4 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016328.pdf
523.6 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016329.pdf
524.8 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016330.pdf
521.0 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016331.pdf
519.8 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016332.pdf
520.4 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016333.pdf
521.0 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016334.pdf
520.1 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016335.pdf
520.9 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016336.pdf
520.9 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

| Upload | New | More | | 3 of 32 |
|--------|-----|------|---|---------|

## Covington...teworks US   990999.11617 - Black Love...he Rust v. City of Buffalo

☐ **Name**

990999.11617 - Bl...

☐ COB016340.pdf
713.4 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

**Members**   Details

☐ COB016341.pdf
522.9 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

(R) rquinn@ch.ci.buffalo.n...
Uploader

☐ COB016342.pdf
520.5 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐ COB016343.pdf
523.0 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐ COB016344.pdf
522.5 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐ COB016345.pdf
522.0 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016346.pdf
520.3 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016347.pdf
520.8 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016348.pdf
521.0 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016349.pdf
522.6 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016350.pdf
521.7 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016351.pdf
522.6 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016352.pdf
519.8 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016353.pdf
520.8 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016354.pdf
521.3 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016355.pdf
519.2 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016356.pdf
519.9 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016357.pdf
520.8 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016358.pdf
520.5 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016359.pdf
521.2 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload       New        More

3 of 32

### Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

~~COB016363.pdf~~
522.6 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

**Members**  Details

☐ COB016364.pdf
522.0 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ  rquinn@ch.ci.buffalo.n...
Uploader

☐ COB016365.pdf
521.2 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐ COB016366.pdf
520.7 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐ COB016367.pdf
519.7 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐ COB016368.pdf
520.7 KB, Jun 26, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016369-COB016369.pdf
503.6 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016370-COB016370.pdf
520.9 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More                                                4 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                              ®

☐   COB016371-COB016371.pdf                    Members    Details
    521.8 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us
                                               ®  rquinn@ch.ci.buffalo.n...
☐   COB016372-COB016372.pdf                       Uploader
    502.6 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us
                                               Folder link
☐   COB016373-COB016373.pdf
    521.8 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us    https://covington.kitew...

☐   COB016374-COB016374.pdf                       Leave folder
    503.3 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016375-COB016375.pdf
    520.8 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016376-COB016376.pdf
    521.4 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016377-COB016377.pdf
    503.6 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016378-COB016378.pdf
    503.3 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016379-COB016379.pdf
    503.6 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016380-COB016380.pdf
    520.8 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016381-COB016381.pdf
    522.3 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016382-COB016382.pdf
    520.9 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016383-COB016383.pdf
    520.9 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016384-COB016384.pdf
    503.8 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016385-COB016385.pdf
    503.1 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016386-COB016386.pdf
    504.6 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016387-COB016387.pdf
    520.6 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016388-COB016388.pdf
    505.2 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016389-COB016389.pdf
    504.1 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016390-COB016390.pdf
    504.4 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New     More                                                          4 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                                          Ⓡ

522.1 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

**Members**  Details

☐   COB016395-COB016395.pdf
    505.4 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ   rquinn@ch.ci.buffalo.n...
    Uploader

☐   COB016396-COB016396.pdf
    504.3 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐   COB016397-COB016397.pdf
    503.8 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐   COB016398-COB016398.pdf
    520.9 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐   COB016399-COB016399.pdf
    521.8 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016400-COB016400.pdf
    504.3 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016401-COB016401.pdf
    503.7 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016402-COB016402.pdf
    504.0 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016403-COB016403.pdf
    521.1 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016404-COB016404.pdf
    521.7 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016405-COB016405.pdf
    504.0 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016406-COB016406.pdf
    503.9 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016407-COB016407.pdf
    520.9 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016408-COB016408.pdf
    522.1 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016409-COB016409.pdf
    504.0 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016410-COB016410.pdf
    520.0 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016411-COB016411.pdf
    521.2 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016412-COB016412.pdf
    520.8 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016413-COB016413.pdf
    504.4 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More

4 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

 **Members**    Details

COB016417-COB016417.pdf
521.6 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

R  rquinn@ch.ci.buffalo.n...
Uploader

☐  COB016418-COB016418.pdf
503.5 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐  COB016419-COB016419.pdf
503.1 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐  COB016420-COB016420.pdf
503.8 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐  COB016421-COB016421.pdf
520.8 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016422-COB016422.pdf
505.1 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016423-COB016423.pdf
505.0 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016424-COB016424.pdf
504.8 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016425-COB016425.pdf
521.2 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016426-COB016426.pdf
520.3 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016427-COB016427.pdf
521.3 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016428-COB016428.pdf
505.5 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016429-COB016429.pdf
505.7 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016430-COB016430.pdf
504.8 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016431-COB016431.pdf
713.6 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016432-COB016432.pdf
521.9 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016433-COB016433.pdf
503.7 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016434-COB016434.pdf
504.8 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016435-COB016435.pdf
504.5 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016436-COB016436.pdf
520.8 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More                                                    4 of 32

**Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo**

☐ Name                                                          990999.11617 - Bl...

    COB016440-COB016440.pdf
    504.3 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us    **Members**    Details

☐    COB016441-COB016441.pdf                              Ⓡ    rquinn@ch.ci.buffalo.n...
    519.8 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us          Uploader

☐    COB016442-COB016442.pdf                              Folder link
    520.6 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us
        https://covington.kitew...
☐    COB016443-COB016443.pdf
    504.4 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us          Leave folder

☐    COB016444-COB016444.pdf
    506.3 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016445-COB016445.pdf
    505.4 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016446-COB016446.pdf
    520.1 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016447-COB016447.pdf
    520.6 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016448-COB016448.pdf
    520.9 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016449-COB016449.pdf
    504.6 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016450-COB016450.pdf
    504.6 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016451-COB016451.pdf
    505.3 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016452-COB016452.pdf
    504.6 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016453-COB016453.pdf
    505.4 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016454-COB016454.pdf
    505.3 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016455-COB016455.pdf
    519.9 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016456-COB016456.pdf
    520.5 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016457-COB016457.pdf
    522.1 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016458-COB016458.pdf
    505.1 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016459-COB016459.pdf
    504.6 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

| Upload | New | More | | 4 of 32 |

### Covington...teworks US   990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

**Members**   Details

☐   ~~COB016463-COB016463.pdf~~
    520.8 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

(R)   rquinn@ch.ci.buffalo.n...
        Uploader

☐   COB016464-COB016464.pdf
    504.5 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐   COB016465-COB016465.pdf
    504.4 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐   COB016466-COB016466.pdf
    505.3 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐   COB016467-COB016467.pdf
    521.0 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016468-COB016468.pdf
    521.9 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016469-COB016469.pdf
    504.7 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016470-COB016470.pdf
    503.7 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More                                          5 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                      Ⓡ

Members    Details

☐    COB016471-COB016471.pdf                    Ⓡ  rquinn@ch.ci.buffalo.n...
     503.7 KB, Jul 2, 2020 by rquinn@ch.ci.buffalo.ny.us         Uploader

☐    COB016472-COB016472.pdf                    Folder link
     520.7 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                 https://covington.kitew...
☐    COB016473-COB016473.pdf
     520.5 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us         Leave folder

☐    COB016474-COB016474.pdf
     520.5 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016475-COB016475.pdf
     504.9 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016476-COB016476.pdf
     504.7 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016477-COB016477.pdf
     505.3 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016478-COB016478.pdf
     520.0 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016479-COB016479.pdf
     520.9 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016480-COB016480.pdf
     504.2 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016481-COB016481.pdf
     505.0 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016482-COB016482.pdf
     504.3 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016483-COB016483.pdf
     521.0 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016484-COB016484.pdf
     521.9 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016485-COB016485.pdf
     504.6 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016486-COB016486.pdf
     503.9 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016487-COB016487.pdf
     504.5 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016488-COB016488.pdf
     519.9 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016489-COB016489.pdf
     519.2 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016490-COB016490.pdf
     519.8 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

Upload     New     More                                                         5 of 32

Covington...teworks US     990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                                        R

503.9 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

**Members**   Details

☐   COB016495-COB016495.pdf
    520.5 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

R   rquinn@ch.ci.buffalo.n...
    Uploader

☐   COB016496-COB016496.pdf
    519.9 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐   COB016497-COB016497.pdf
    505.1 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐   COB016498-COB016498.pdf
    504.7 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐   COB016499-COB016499.pdf
    504.3 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016500-COB016500.pdf
    520.7 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016501-COB016501.pdf
    522.0 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016502-COB016502.pdf
    504.8 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016503-COB016503.pdf
    503.4 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016504-COB016504.pdf
    503.1 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016505-COB016505.pdf
    520.3 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016506-COB016506.pdf
    520.5 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016507-COB016507.pdf
    504.1 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016508-COB016508.pdf
    505.9 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016509-COB016509.pdf
    504.4 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016510-COB016510.pdf
    519.5 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016511-COB016511.pdf
    520.6 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016512-COB016512.pdf
    505.9 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016513-COB016513.pdf
    504.9 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New     More                                       5 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

       COB016517-COB016517.pdf
       504.0 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016518-COB016518.pdf
       503.5 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016519-COB016519.pdf
       504.0 KB, Jul 6, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016520-COB016520.pdf
       519.8 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016521-COB016521.pdf
       520.5 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016522-COB016522.pdf
       504.0 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016523-COB016523.pdf
       504.7 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016524-COB016524.pdf
       505.3 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016525-COB016525.pdf
       522.2 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016526-COB016526.pdf
       504.5 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016527-COB016527.pdf
       504.7 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016528-COB016528.pdf
       504.3 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016529-COB016529.pdf
       520.0 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016530-COB016530.pdf
       520.8 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016531-COB016531.pdf
       504.8 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016532-COB016532.pdf
       504.1 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016533-COB016533.pdf
       505.1 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016534-COB016534.pdf
       519.8 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016535-COB016535.pdf
       520.6 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016536-COB016536.pdf
       504.7 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

990999.11617 - Bl...

**Members**    Details

Ⓡ    rquinn@ch.ci.buffalo.n...
      Uploader

Folder link

https://covington.kitew...

Leave folder

Covington Kiteworks US

| Upload | New | More | | 5 of 32 |

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

**Members**  Details

Ⓡ  rquinn@ch.ci.buffalo.n...
Uploader

Folder link

https://covington.kitew...

Leave folder

☐ COB016540-COB016540.pdf
522.1 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016541-COB016541.pdf
504.2 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016542-COB016542.pdf
502.9 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016543-COB016543.pdf
503.7 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016544-COB016544.pdf
521.6 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016545-COB016545.pdf
522.1 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016546-COB016546.pdf
503.6 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016547-COB016547.pdf
504.1 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016548-COB016548.pdf
503.7 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016549-COB016549.pdf
520.4 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016550-COB016550.pdf
521.8 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016551-COB016551.pdf
503.5 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016552-COB016552.pdf
502.6 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016553-COB016553.pdf
520.7 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016554-COB016554.pdf
520.9 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016555-COB016555.pdf
504.8 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016556-COB016556.pdf
504.6 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016557-COB016557.pdf
504.9 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016558-COB016558.pdf
519.8 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016559-COB016559.pdf
519.9 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New     More

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

**Members**    Details

COB016563-COB016563.pdf
504.9 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016564-COB016566.pdf
959.2 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016567-COB016567.pdf
520.2 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016568-COB016568.pdf
521.0 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016569-COB016569.pdf
523.5 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016570-COB016570.pdf
503.1 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016571-COB016571.pdf
504.0 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016572-COB016572.pdf
503.2 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

(R)   rquinn@ch.ci.buffalo.n...
Uploader

Folder link

https://covington.kitew...

Leave folder

Covington Kiteworks US

| Upload | New | More | | 6 of 32 |
|---|---|---|---|---|

Covington...teworks US     990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders

Members   Details

☐   COB016573-COB016573.pdf
520.8 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016574-COB016574.pdf
523.5 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016575-COB016575.pdf
503.5 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016576-COB016576.pdf
503.8 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016577-COB016577.pdf
503.8 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016578-COB016578.pdf
519.4 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016579-COB016579.pdf
522.2 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016580-COB016580.pdf
520.5 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016581-COB016581.pdf
502.8 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016582-COB016582.pdf
503.0 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016583-COB016583.pdf
502.7 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016584-COB016584.pdf
520.4 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016585-COB016585.pdf
519.8 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016586-COB016586.pdf
519.4 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016587-COB016587.pdf
520.5 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016588-COB016588.pdf
520.7 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016589-COB016589.pdf
503.6 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016590-COB016590.pdf
503.5 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016591-COB016591.pdf
502.8 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016592-COB016592.pdf
519.8 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

rquinn@ch.ci.buffalo.n...
Uploader

Folder link

https://covington.kitew...

Leave folder

Upload     New     More

Covington...teworks US   990999.11617 – Black Love...he Rust v. City of Buffalo

Search Files and Folders

Members   Details

503.1 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016597-COB016597.pdf
    521.0 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

rquinn@ch.ci.buffalo.n...
Uploader

☐  COB016598-COB016598.pdf
    504.7 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐  COB016599-COB016599.pdf
    504.3 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐  COB016600-COB016600.pdf
    505.2 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐  COB016601-COB016601.pdf
    520.5 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016602-COB016602.pdf
    521.6 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016603-COB016603.pdf
    503.4 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016604-COB016604.pdf
    503.6 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016605-COB016605.pdf
    502.5 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016606-COB016606.pdf
    520.3 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016607-COB016607.pdf
    520.4 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016608-COB016608.pdf
    520.6 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016609-COB016609.pdf
    520.5 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016610-COB016610.pdf
    520.4 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016611-COB016611.pdf
    519.6 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016612-COB016612.pdf
    520.0 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016613-COB016613.pdf
    520.7 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016614-COB016614.pdf
    521.0 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016615-COB016616.pdf
    594.2 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

| Upload | New | More | | 6 of 32 |

## Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ **Name**

☐ ~~COB016621-COB016621.pdf~~
728.3 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016623-COB016623.pdf
521.0 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016624-COB016624.pdf
520.8 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016625-COB016627.pdf
595.8 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016628-COB016628.pdf
604.0 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016629-COB016629.pdf
523.1 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016630-COB016630.pdf
522.7 KB, Sep 8, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016631-COB016633.pdf
1.1 MB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016634-COB016634.pdf
580.4 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016635-COB016637.pdf
1.8 MB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016638-COB016638.pdf
525.7 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016639-COB016639.pdf
525.3 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016640-COB016640.pdf
679.6 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016641-COB016641.pdf
778.4 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016642-COB016642.pdf
551.4 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016643-COB016644.pdf
810.6 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016645-COB016647.pdf
596.1 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016648-COB016648.pdf
522.0 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016649-COB016649.pdf
524.3 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016650-COB016660.pdf
811.2 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

**990999.11617 - Bl...**

Members    Details

(R) rquinn@ch.ci.buffalo.n...
Uploader

Folder link

https://covington.kitew...

Leave folder

Upload      New      More                                                          6 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                            990999.11617 - Bl...

☐   COB016664-COB016669.pdf
    725.3 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us          Members    Details

☐   COB016670-COB016670.pdf                                       Ⓡ  rquinn@ch.ci.buffalo.n...
    524.0 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us             Uploader

☐   COB016671-COB016678.pdf                                       Folder link
    748.4 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                    https://covington.kitew...
☐   COB016679-COB016679.pdf
    523.6 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us           Leave folder

☐   COB016680-COB016680.pdf
    522.8 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016681-COB016687.pdf
    755.6 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016688-COB016695.pdf
    672.5 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016696-COB016704.pdf
    847.7 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016705-COB016705.pdf
    522.6 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016706-COB016709.pdf
    866.1 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016710-COB016713.pdf
    849.4 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016714-COB016715.pdf
    913.5 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016716-COB016717.pdf
    1.3 MB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016718-COB016722.pdf
    611.4 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016723-COB016727.pdf
    614.6 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016728-COB016734.pdf
    1.3 MB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016735-COB016735.pdf
    521.5 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016736-COB016736.pdf
    522.0 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016737-COB016737.pdf
    521.4 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016738-COB016738.pdf
    522.2 KB, Sep 11, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New     More                                                      6 of 32

Covington...teworks US     990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                                       990999.11617 - Bl...

☐   COB016755-COB016756.pdf                                                  **Members**   Details
    744.3 KB, Sep 12, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                             ®  rquinn@ch.ci.buffalo.n...
☐   COB016757-COB016759.pdf                                                      Uploader
    746.9 KB, Sep 12, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                             Folder link
☐   COB016760-COB016761.pdf
    739.1 KB, Sep 12, 2020 by rquinn@ch.ci.buffalo.ny.us                       https://covington.kitew...

☐   COB016762-COB016763.pdf                                                     Leave folder
    814.0 KB, Sep 12, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016764-COB016765.pdf
    815.4 KB, Sep 12, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016766-COB016768.pdf
    917.9 KB, Sep 12, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016769-COB016771.pdf
    1,005.4 KB, Sep 12, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016772-COB016772.pdf
    590.3 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More                                                            7 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                                         Ⓡ

☐  COB016773-COB016773.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016774-COB016774.pdf
   524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016775-COB016775.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016776-COB016776.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016777-COB016777.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016778-COB016778.pdf
   524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016779-COB016779.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016780-COB016780.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016781-COB016781.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016782-COB016782.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016783-COB016783.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016784-COB016784.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016785-COB016785.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016786-COB016786.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016787-COB016787.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016788-COB016788.pdf
   525.1 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016789-COB016789.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016790-COB016790.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016791-COB016791.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016792-COB016792.pdf
   524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

**Members**    Details

Ⓡ  rquinn@ch.ci.buffalo.n...
   Uploader

Folder link

   https://covington.kitew...

   Leave folder

Upload     New     More                                                                    7 of 32

Covington...teworks US     990999.11617 – Black Love...he Rust v. City of Buffalo

Search Files and Folders                                                                    Ⓡ

524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB016797–COB016797.pdf
      524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB016798–COB016798.pdf
      524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB016799–COB016799.pdf
      524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB016800–COB016800.pdf
      524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB016801–COB016801.pdf
      524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB016802–COB016802.pdf
      525.1 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB016803–COB016803.pdf
      524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB016804–COB016804.pdf
      524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB016805–COB016805.pdf
      524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB016806–COB016806.pdf
      524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB016807–COB016807.pdf
      524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB016808–COB016808.pdf
      524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB016809–COB016809.pdf
      524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB016810–COB016810.pdf
      524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB016811–COB016811.pdf
      524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB016812–COB016812.pdf
      524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB016813–COB016813.pdf
      524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB016814–COB016814.pdf
      524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB016815–COB016815.pdf
      524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Members     Details

Ⓡ     rquinn@ch.ci.buffalo.n...
      Uploader

Folder link

      https://covington.kitew...

      Leave folder

| | Upload | New | More | | | 7 of 32 |

### Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

   990999.11617 - Bl...

☐ COB016819-COB016819.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

**Members**   Details

☐ COB016820-COB016820.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ rquinn@ch.ci.buffalo.n...
Uploader

☐ COB016821-COB016821.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐ COB016822-COB016822.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

  https://covington.kitew...

☐ COB016823-COB016823.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

   Leave folder

☐ COB016824-COB016824.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016825-COB016825.pdf
524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016826-COB016826.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016827-COB016827.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016828-COB016828.pdf
624.3 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016829-COB016829.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016830-COB016830.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016831-COB016831.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016832-COB016832.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016833-COB016833.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016834-COB016834.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016835-COB016835.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016836-COB016836.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016837-COB016837.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB016838-COB016838.pdf
524.5 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

COB010012-COB010012.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Members    Details

☐    COB016843-COB016843.pdf
524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ  rquinn@ch.ci.buffalo.n...
Uploader

☐    COB016844-COB016844.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐    COB016845-COB016845.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐    COB016846-COB016846.pdf
524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐    COB016847-COB016847.pdf
524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016848-COB016848.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016849-COB016849.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016850-COB016850.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016851-COB016851.pdf
524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016852-COB016852.pdf
524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016853-COB016853.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016854-COB016854.pdf
524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016855-COB016855.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016856-COB016856.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016857-COB016857.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016858-COB016858.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016859-COB016859.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016860-COB016860.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB016861-COB016861.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New     More                                 7 of 32

## Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                                990999.11617 - Bl...

☐   COB016865-COB016865.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us        **Members**    Details

☐   COB016866-COB016866.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us        Ⓡ   rquinn@ch.ci.buffalo.n...
                                                              Uploader

☐   COB016867-COB016867.pdf
     524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us        **Folder link**

☐   COB016868-COB016868.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us        https://covington.kitew...

☐   COB016869-COB016869.pdf
     524.5 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us        Leave folder

☐   COB016870-COB016870.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016871-COB016871.pdf
     524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB016872-COB016872.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New     More                                                          8 of 32

Covington...teworks US    990999.11617 – Black Love...he Rust v. City of Buffalo

Search Files and Folders

| | |
|---|---|
| ☐ | COB016873-COB016873.pdf<br>524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB016874-COB016874.pdf<br>524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB016875-COB016875.pdf<br>524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB016876-COB016876.pdf<br>522.8 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB016877-COB016877.pdf<br>524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB016878-COB016878.pdf<br>524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB016879-COB016879.pdf<br>524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB016880-COB016880.pdf<br>524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB016881-COB016881.pdf<br>524.5 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB016882-COB016882.pdf<br>524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB016883-COB016883.pdf<br>524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB016884-COB016884.pdf<br>524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB016885-COB016885.pdf<br>524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB016886-COB016886.pdf<br>524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB016887-COB016887.pdf<br>524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB016888-COB016888.pdf<br>524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB016889-COB016889.pdf<br>524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB016890-COB016890.pdf<br>524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB016891-COB016891.pdf<br>524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB016892-COB016892.pdf<br>524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us |

Members   Details

R  rquinn@ch.ci.buffalo.n...
   Uploader

Folder link

https://covington.kitew...

Leave folder

Covington Kiteworks US

Upload    New    More                                                      8 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                                    Ⓡ

524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

**Members**  Details

☐  COB016897-COB016897.pdf
   524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ  rquinn@ch.ci.buffalo.n...
   Uploader

☐  COB016898-COB016898.pdf
   524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐  COB016899-COB016899.pdf
   524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐  COB016900-COB016900.pdf
   524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐  COB016901-COB016901.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016902-COB016903.pdf
   527.2 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016904-COB016904.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016905-COB016905.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016906-COB016906.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016907-COB016907.pdf
   524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016908-COB016908.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016909-COB016909.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016910-COB016910.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016911-COB016911.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016912-COB016912.pdf
   524.5 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016913-COB016913.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016914-COB016914.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016915-COB016915.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB016916-COB016916.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More                              8 of 32

### Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

| ☐ Name | |
|---|---|
| | 990999.11617 - Bl... |
| ☐ COB016920-COB016920.pdf<br>524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB016921-COB016921.pdf<br>524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us | Members  Details |
| ☐ COB016922-COB016922.pdf<br>524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us | R  rquinn@ch.ci.buffalo.n...<br>Uploader |
| ☐ COB016923-COB016923.pdf<br>524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us | Folder link |
| ☐ COB016924-COB016924.pdf<br>524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us | https://covington.kitew... |
| ☐ COB016925-COB016925.pdf<br>524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us | Leave folder |
| ☐ COB016926-COB016926.pdf<br>524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB016927-COB016927.pdf<br>524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB016928-COB016928.pdf<br>524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB016929-COB016929.pdf<br>524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB016930-COB016930.pdf<br>524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB016931-COB016931.pdf<br>524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB016932-COB017516.pdf<br>5.1 MB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB017517-COB017517.pdf<br>524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB017518-COB017518.pdf<br>524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB017519-COB017519.pdf<br>524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB017520-COB017520.pdf<br>524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB017521-COB017521.pdf<br>524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB017522-COB017522.pdf<br>524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB017523-COB017523.pdf<br>524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us | |

Covington Kiteworks US

| | Upload | New | More | | | | 8 of 32 |

## Covington...teworks US     990999.11617 - Black Love...he Rust v. City of Buffalo

990999.11617 - Bl...

☐ Name

**Members**   Details

☐ COB017527-COB017527.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

(R) rquinn@ch.ci.buffalo.n...
Uploader

☐ COB017528-COB017528.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐ COB017529-COB017529.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐ COB017530-COB017530.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐ COB017531-COB017531.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017532-COB017532.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017533-COB017533.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017534-COB017534.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017535-COB017535.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017536-COB017536.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017537-COB017537.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017539-COB017539.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017540-COB017540.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017541-COB017541.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017542-COB017542.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017543-COB017543.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017544-COB017544.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017545-COB017545.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017546-COB017546.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017547-COB017547.pdf
524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More          8 of 32

### Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

     COB017551–COB017551.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017552–COB017552.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017553–COB017553.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017554–COB017554.pdf
     525.1 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017555–COB017555.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017556–COB017556.pdf
     525.1 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017557–COB017557.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017558–COB017558.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

990999.11617 - Bl...

**Members**    Details

 rquinn@ch.ci.buffalo.n...
Uploader

Folder link

https://covington.kitew...

Leave folder

Upload    New    More                                              9 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                                              Ⓡ

☐    COB017559-COB017559.pdf                          **Members**    Details
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                       Ⓡ    rquinn@ch.ci.buffalo.n...
☐    COB017560-COB017560.pdf                               Uploader
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                       Folder link
☐    COB017561-COB017561.pdf
     525.1 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us    https://covington.kitew...

☐    COB017562-COB017562.pdf                               Leave folder
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017563-COB017563.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017564-COB017564.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017565-COB017565.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017566-COB017566.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017567-COB017567.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017568-COB017568.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017569-COB017569.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017570-COB017570.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017571-COB017571.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017572-COB017572.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017573-COB017573.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017574-COB017574.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017575-COB017575.pdf
     524.5 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017576-COB017576.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017577-COB017577.pdf
     525.1 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017578-COB017578.pdf
     525.1 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

Upload    New    More                                                                 9 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                                          Ⓡ

524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us          **Members**  Details

☐    COB017583-COB017583.pdf                                  Ⓡ  rquinn@ch.ci.buffalo.n...
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us         Uploader

☐    COB017584-COB017584.pdf                                  Folder link
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                              https://covington.kitew...
☐    COB017585-COB017585.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us         Leave folder

☐    COB017586-COB017586.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017587-COB017587.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017588-COB017588.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017589-COB017589.pdf
     524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017590-COB017590.pdf
     524.6 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017591-COB017591.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017592-COB017592.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017593-COB017593.pdf
     524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017594-COB017594.pdf
     524.1 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017595-COB017595.pdf
     524.3 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017596-COB017596.pdf
     524.3 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017597-COB017597.pdf
     524.3 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017598-COB017598.pdf
     524.3 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017599-COB017599.pdf
     524.3 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017600-COB017600.pdf
     524.3 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017601-COB017602.pdf
     527.2 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More                                                    9 of 32

## Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                                   990999.11617 - Bl...

☐  ~~COB017606-COB017606.pdf~~                                          Members  Details
   524.3 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017607-COB017607.pdf                                              Ⓡ  rquinn@ch.ci.buffalo.n...
   524.3 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us                      Uploader

☐  COB017608-COB017608.pdf                                             Folder link
   524.3 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                        https://covington.kitew...
☐  COB017609-COB017609.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us                     Leave folder

☐  COB017610-COB017610.pdf
   524.3 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017611-COB017611.pdf
   524.3 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017612-COB017613.pdf
   527.0 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017614-COB017614.pdf
   524.4 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017615-COB017615.pdf
   524.4 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017616-COB017616.pdf
   524.3 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017617-COB017617.pdf
   524.3 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017618-COB017618.pdf
   524.3 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017619-COB017619.pdf
   524.3 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017620-COB017620.pdf
   524.3 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017621-COB017621.pdf
   524.3 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017622-COB017622.pdf
   524.7 KB, Sep 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017623-COB017623.pdf
   524.3 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017624-COB017624.pdf
   524.2 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017625-COB017625.pdf
   524.3 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017626-COB017626.pdf
   524.2 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

| Upload | New | More | | 9 of 32 |

## Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

**Members**   Details

☐ COB017630-COB017630.pdf
    521.5 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

  ® rquinn@ch.ci.buffalo.n...
     Uploader

☐ COB017631-COB017631.pdf
    524.3 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐ COB017632-COB017632.pdf
    524.3 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐ COB017633-COB017633.pdf
    524.0 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐ COB017634-COB017634.pdf
    898.9 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017635-COB017635.pdf
    526.4 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017636-COB017636.pdf
    738.4 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017637-COB017637.pdf
    525.5 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017638-COB017638.pdf
    525.7 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017639-COB017639.pdf
    523.6 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017640-COB017642.pdf
    537.4 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017643-COB017645.pdf
    533.3 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017646-COB017648.pdf
    598.7 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017649-COB017652.pdf
    601.0 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017653-COB017653.pdf
    521.7 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017654-COB017656.pdf
    723.4 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017657-COB017657.pdf
    525.5 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017658-COB017659.pdf
    529.0 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017660-COB017660.pdf
    522.9 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017661-COB017661.pdf
    523.5 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More

Covington...teworks US   990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

**Members**  Details

COB017666-COB017666.pdf
522.4 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ  rquinn@ch.ci.buffalo.n...
Uploader

☐   COB017667-COB017667.pdf
522.9 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐   COB017668-COB017668.pdf
628.1 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐   COB017669-COB017669.pdf
520.1 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐   COB017670-COB017670.pdf
522.2 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017671-COB017671.pdf
524.8 KB, Sep 15, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017672-COB017672.pdf
523.0 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017673-COB017673.pdf
523.4 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload　　　New　　　More　　　　　　　　　　　　　　　　　10 of 32

Covington...teworks US　　990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders

| | |
|---|---|
| ☐ | COB017674-COB017674.pdf<br>523.6 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB017675-COB017675.pdf<br>519.8 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB017676-COB017676.pdf<br>524.7 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB017677-COB017677.pdf<br>525.1 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB017678-COB017678.pdf<br>525.6 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB017679-COB017679.pdf<br>526.0 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB017680-COB017680.pdf<br>526.6 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB017681-COB017681.pdf<br>525.3 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB017682-COB017682.pdf<br>525.9 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB017683-COB017683.pdf<br>526.2 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB017684-COB017684.pdf<br>524.0 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB017685-COB017685.pdf<br>525.4 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB017686-COB017686.pdf<br>525.4 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB017687-COB017687.pdf<br>526.1 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB017688-COB017688.pdf<br>526.4 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB017689-COB017689.pdf<br>526.5 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB017690-COB017690.pdf<br>526.8 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB017691-COB017691.pdf<br>525.6 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB017692-COB017693.pdf<br>528.5 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB017694-COB017694.pdf<br>523.8 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us |

Members　　Details

Ⓡ　rquinn@ch.ci.buffalo.n...
　　Uploader

Folder link

https://covington.kitew...

Leave folder

Covington Kiteworks US

| Upload | New | More | | 10 of 32 |
|--------|-----|------|--|----------|

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                 Ⓡ

525.7 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017699-COB017699.pdf
525.8 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017700-COB017700.pdf
525.9 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017701-COB017701.pdf
524.9 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017702-COB017702.pdf
525.0 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017703-COB017703.pdf
525.1 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017704-COB017704.pdf
525.4 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017705-COB017706.pdf
592.3 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017707-COB017707.pdf
525.7 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017708-COB017708.pdf
525.5 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017709-COB017709.pdf
523.0 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017710-COB017710.pdf
523.3 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017711-COB017711.pdf
523.4 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017712-COB017712.pdf
523.5 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017713-COB017713.pdf
523.6 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017714-COB017714.pdf
523.7 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017715-COB017715.pdf
523.8 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017716-COB017716.pdf
523.8 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017717-COB017718.pdf
525.7 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017719-COB017719.pdf
523.1 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

**Members**    Details

Ⓡ   rquinn@ch.ci.buffalo.n...
Uploader

Folder link

https://covington.kitew...

Leave folder

Upload    New    More                                                    10 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                                  990999.11617 - Bl...

☐ ~~COB017723-COB017723.pdf~~                                           Members    Details
   523.0 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                        Ⓡ  rquinn@ch.ci.buffalo.n...
☐ COB017724-COB017724.pdf                                                   Uploader
   523.0 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                        Folder link
☐ COB017725-COB017725.pdf
   523.1 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us                https://covington.kitew...

☐ COB017726-COB017726.pdf                                                  Leave folder
   523.9 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017727-COB017727.pdf
   523.0 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017728-COB017728.pdf
   523.0 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017729-COB017729.pdf
   523.2 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017730-COB017730.pdf
   523.2 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017731-COB017731.pdf
   523.5 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017732-COB017732.pdf
   523.5 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017733-COB017733.pdf
   523.6 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017734-COB017734.pdf
   523.8 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017735-COB017735.pdf
   523.5 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017736-COB017736.pdf
   523.5 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017737-COB017737.pdf
   523.7 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017738-COB017738.pdf
   523.7 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017739-COB017739.pdf
   522.8 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017740-COB017740.pdf
   523.1 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017741-COB017741.pdf
   523.2 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB017742-COB017742.pdf
   523.2 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

Upload        New        More                                    10 of 32

## Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                          990999.11617 - Bl...

☐    ~~COB017745-COB017746.pdf~~
     523.8 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us    **Members**  **Details**

☐    COB017747-COB017747.pdf                                  Ⓡ  rquinn@ch.ci.buffalo.n...
     524.0 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us          Uploader

☐    COB017748-COB017748.pdf
     524.0 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us    Folder link

☐    COB017749-COB017749.pdf                                  https://covington.kitew...
     523.0 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                              Leave folder
☐    COB017750-COB017751.pdf
     728.3 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017752-COB017752.pdf
     526.2 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017753-COB017753.pdf
     521.8 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017754-COB017754.pdf
     522.6 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017755-COB017755.pdf
     604.0 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017756-COB017757.pdf
     530.5 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017758-COB017760.pdf
     1.1 MB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017761-COB017763.pdf
     598.7 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017764-COB017767.pdf
     601.0 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017768-COB017768.pdf
     525.5 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017769-COB017770.pdf
     529.0 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017771-COB017772.pdf
     592.3 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017773-COB017773.pdf
     524.5 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017774-COB017785.pdf
     1.7 MB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017786-COB017795.pdf
     768.3 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017796-COB017797.pdf
     531.1 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

Upload    New    More                                                    10 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

| Name |
| --- |

522.4 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

COB017803-COB017803.pdf
521.0 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

COB017804-COB017805.pdf
529.7 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

COB017806-COB017806.pdf
520.4 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

COB017807-COB017808.pdf
529.7 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

COB017809-COB017809.pdf
682.6 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

COB017810-COB017810.pdf
706.3 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

COB017811-COB017811.pdf
628.6 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

990999.11617 - Bl...

Members    Details

R    rquinn@ch.ci.buffalo.n...
Uploader

Folder link

https://covington.kitew...

Leave folder

Upload     New     More                                                          11 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo                    ®

Search Files and Folders

☐  COB017812-COB017812.pdf
   523.5 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017813-COB017813.pdf
   520.6 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017814-COB017815.pdf
   531.7 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017816-COB017819.pdf
   596.0 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017820-COB017820.pdf
   521.6 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017821-COB017822.pdf
   708.7 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017823-COB017823.pdf
   519.5 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017824-COB017824.pdf
   689.0 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017825-COB017825.pdf
   688.2 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017826-COB017826.pdf
   627.5 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017827-COB017828.pdf
   700.7 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017829-COB017835.pdf
   810.3 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017836-COB017844.pdf
   821.1 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017845-COB017845.pdf
   525.4 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017846-COB017846.pdf
   520.0 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017847-COB017847.pdf
   524.8 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017848-COB017849.pdf
   527.4 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017850-COB017850.pdf
   524.6 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017851-COB017851.pdf
   524.8 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB017852-COB017852.pdf
   524.8 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us

Members    Details

®  rquinn@ch.ci.buffalo.n...
   Uploader

Folder link

   https://covington.kitew...

   Leave folder

Upload     New     More                     11 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                          (R)

| | Members   Details |
|---|---|
| 524.8 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us | (R) rquinn@ch.ci.buffalo.n... |
| ☐ COB017857-COB017857.pdf |     Uploader |
|    524.8 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB017858-COB017858.pdf | Folder link |
|    524.8 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us | https://covington.kitew... |
| ☐ COB017859-COB017859.pdf | |
|    524.8 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us |     Leave folder |
| ☐ COB017860-COB017860.pdf | |
|    524.8 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB017861-COB017861.pdf | |
|    524.8 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB017862-COB017862.pdf | |
|    524.8 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB017863-COB017864.pdf | |
|    526.8 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB017865-COB017865.pdf | |
|    523.6 KB, Sep 16, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB017866-COB017866.pdf | |
|    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB017867-COB017867.pdf | |
|    524.5 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB017868-COB017868.pdf | |
|    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB017869-COB017869.pdf | |
|    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB017870-COB017870.pdf | |
|    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB017871-COB017871.pdf | |
|    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB017872-COB017872.pdf | |
|    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB017873-COB017873.pdf | |
|    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB017874-COB017874.pdf | |
|    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB017875-COB017876.pdf | |
|    585.4 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB017877-COB017877.pdf | |
|    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us | |

Upload     New     More                                    11 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                     990999.11617 - Bl...

☐   COB017881-COB017881.pdf                                Members   Details
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                           Ⓡ  rquinn@ch.ci.buffalo.n...
☐   COB017882-COB017882.pdf                                    Uploader
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                           Folder link
☐   COB017883-COB017883.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us      https://covington.kitew...

☐   COB017884-COB017884.pdf                                    Leave folder
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017885-COB017885.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017886-COB017886.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017887-COB017887.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017888-COB017888.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017889-COB017889.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017890-COB017890.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017891-COB017891.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017892-COB017892.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017893-COB017893.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017894-COB017894.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017895-COB017895.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017896-COB017896.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017897-COB017897.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017898-COB017898.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017899-COB017899.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017900-COB017900.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New     More

11 of 32

## Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

**Members**   Details

☐   COB017904-COB017904.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

R   rquinn@ch.ci.buffalo.n...
    Uploader

☐   COB017905-COB017905.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐   COB017906-COB017906.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐   COB017907-COB017907.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐   COB017908-COB017908.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017909-COB017909.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017910-COB017910.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017911-COB017911.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017912-COB017912.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017913-COB017913.pdf
    526.5 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017914-COB017914.pdf
    524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017915-COB017915.pdf
    524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017916-COB017916.pdf
    524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017917-COB017917.pdf
    524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017918-COB017918.pdf
    524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017919-COB017919.pdf
    524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017920-COB017920.pdf
    524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017921-COB017921.pdf
    524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017922-COB017922.pdf
    524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017923-COB017923.pdf
    524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More                                                11 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                              990999.11617 - Bl...

☐   COB017927-COB017927.pdf                                         Members  Details
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017928-COB017928.pdf                                         ⓡ  rquinn@ch.ci.buffalo.n...
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us               Uploader

☐   COB017929-COB017929.pdf                                         Folder link
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                    https://covington.kitew...
☐   COB017930-COB017930.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us               Leave folder

☐   COB017931-COB017931.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017932-COB017932.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017933-COB017933.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017934-COB017934.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New     More                 12 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders

Members   Details

rquinn@ch.ci.buffalo.n...
Uploader

Folder link

https://covington.kitew...

Leave folder

- COB017935-COB017935.pdf
  524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

- COB017936-COB017936.pdf
  524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

- COB017937-COB017937.pdf
  524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

- COB017938-COB017938.pdf
  524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

- COB017939-COB017939.pdf
  524.5 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

- COB017940-COB017940.pdf
  524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

- COB017941-COB017941.pdf
  524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

- COB017942-COB017942.pdf
  524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

- COB017943-COB017943.pdf
  524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

- COB017944-COB017944.pdf
  524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

- COB017945-COB017945.pdf
  524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

- COB017946-COB017946.pdf
  524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

- COB017947-COB017947.pdf
  524.5 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

- COB017948-COB017948.pdf
  524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

- COB017949-COB017949.pdf
  524.5 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

- COB017950-COB017950.pdf
  524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

- COB017951-COB017951.pdf
  524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

- COB017952-COB017952.pdf
  524.5 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

- COB017953-COB017953.pdf
  524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

- COB017954-COB017954.pdf
  525.1 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload        New        More                                                                    12 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo                    Ⓡ

Search Files and Folders

524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Members    Details

☐    COB017960-COB017960.pdf
     524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ    rquinn@ch.ci.buffalo.n...
     Uploader

☐    COB017961-COB017961.pdf
     524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐    COB017962-COB017962.pdf
     524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐    COB017963-COB017963.pdf
     524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐    COB017964-COB017964.pdf
     524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017965-COB017965.pdf
     524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017966-COB017966.pdf
     524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017967-COB017967.pdf
     524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017968-COB017968.pdf
     524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017969-COB017969.pdf
     524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017970-COB017970.pdf
     524.8 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017971-COB017971.pdf
     524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017972-COB017972.pdf
     524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017973-COB017973.pdf
     524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017974-COB017974.pdf
     526.5 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017975-COB017975.pdf
     524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017976-COB017976.pdf
     524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017977-COB017977.pdf
     524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB017978-COB017979.pdf
     527.2 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New     More                                        12 of 32

Covington...teworks US   990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                         990999.11617 - Bl...

☐   COB017983-COB017983.pdf                                    **Members**  Details
    524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                               Ⓡ  rquinn@ch.ci.buffalo.n...
☐   COB017984-COB017984.pdf                                        Uploader
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017985-COB017985.pdf                                    Folder link
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                               https://covington.kitew...
☐   COB017986-COB017986.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us           Leave folder

☐   COB017987-COB017987.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017988-COB017988.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017989-COB017989.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017990-COB017990.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017991-COB017991.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017992-COB017992.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017993-COB017993.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017994-COB017994.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017995-COB017995.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017996-COB017996.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017997-COB017997.pdf
    525.1 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017998-COB017998.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB017999-COB017999.pdf
    524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018000-COB018000.pdf
    524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018001-COB018001.pdf
    524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018002-COB018002.pdf
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

| Upload | New | More | | 12 of 32 |

### Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

COB018006-COB018006.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

**Members**   Details

☐   COB018007-COB018007.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

(R)   rquinn@ch.ci.buffalo.n...
Uploader

☐   COB018008-COB018008.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐   COB018009-COB018009.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐   COB018010-COB018010.pdf
525.1 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐   COB018011-COB018011.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018012-COB018012.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018013-COB018013.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018014-COB018014.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018015-COB018015.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018016-COB018016.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018017-COB018017.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018018-COB018018.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018019-COB018019.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018020-COB018020.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018021-COB018021.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018022-COB018022.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018023-COB018023.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018024-COB018024.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018025-COB018025.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

| Upload | New | More | | 12 of 32 |

**Covington...teworks US**    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

COB018029-COB018029.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

**Members**  Details

☐ COB018030-COB018030.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ  rquinn@ch.ci.buffalo.n...
Uploader

☐ COB018031-COB018031.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐ COB018032-COB018032.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐ COB018033-COB018033.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐ COB018034-COB018034.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018035-COB018035.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018036-COB018036.pdf
525.8 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More                                                    13 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                                    Ⓡ

☐  COB018037-COB018037.pdf                                          Members    Details
   524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                    Ⓡ  rquinn@ch.ci.buffalo.n...
☐  COB018038-COB018038.pdf                                              Uploader
   524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                    Folder link
☐  COB018039-COB018039.pdf
   524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us              https://covington.kitew...

☐  COB018040-COB018040.pdf
   524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us              Leave folder

☐  COB018041-COB018041.pdf
   524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018042-COB018042.pdf
   524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018043-COB018043.pdf
   524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018044-COB018044.pdf
   524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018045-COB018045.pdf
   524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018046-COB018046.pdf
   524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018047-COB018047.pdf
   524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018048-COB018048.pdf
   524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018049-COB018049.pdf
   524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018050-COB018050.pdf
   524.5 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018051-COB018051.pdf
   524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018052-COB018052.pdf
   525.1 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018053-COB018053.pdf
   525.1 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018054-COB018054.pdf
   524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018055-COB018055.pdf
   524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018056-COB018056.pdf
   524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

| Upload | New | More | | 13 of 32 |

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders

**Members**    Details

rquinn@ch.ci.buffalo.n...
Uploader

Folder link

https://covington.kitew...

Leave folder

524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018061-COB018061.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018062-COB018062.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018063-COB018063.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018064-COB018064.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018065-COB018065.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018066-COB018066.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018067-COB018067.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018068-COB018068.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018069-COB018069.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018070-COB018070.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018071-COB018071.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018072-COB018072.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018073-COB018073.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018074-COB018074.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018075-COB018075.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018076-COB018076.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018077-COB018077.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018078-COB018078.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018079-COB018079.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload        New        More

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

~~COB018083-COB018083.pdf~~
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Members   Details

☐ COB018084-COB018084.pdf
524.5 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ  rquinn@ch.ci.buffalo.n...
    Uploader

☐ COB018085-COB018085.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐ COB018086-COB018086.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐ COB018087-COB018087.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐ COB018088-COB018088.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018089-COB018089.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018090-COB018090.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018091-COB018091.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018092-COB018092.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018093-COB018093.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018094-COB018094.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018095-COB018095.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018096-COB018096.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018097-COB018097.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018098-COB018098.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018099-COB018099.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018100-COB018100.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018101-COB018101.pdf
524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018102-COB018102.pdf
524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New     More                                                    13 of 32

Covington...teworks US     990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                                     990999.11617 - Bl...

    COB018107-COB018107.pdf                           **Members**   Details
    524.6 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018108-COB018108.pdf                                     Ⓡ   rquinn@ch.ci.buffalo.n...
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us        Uploader

☐   COB018109-COB018109.pdf                                     Folder link
    524.7 KB, Sep 18, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                           https://covington.kitew...
☐   COB018110-COB018112.pdf
    712.4 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us        Leave folder

☐   COB018113-COB018113.pdf
    524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018114-COB018114.pdf
    524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018115-COB018115.pdf
    524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018116-COB018116.pdf
    524.6 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018117-COB018117.pdf
    524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018118-COB018118.pdf
    524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018119-COB018119.pdf
    524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018120-COB018120.pdf
    524.5 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018121-COB018121.pdf
    524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018122-COB018122.pdf
    524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018123-COB018123.pdf
    524.6 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018124-COB018124.pdf
    524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018125-COB018125.pdf
    524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018126-COB018126.pdf
    524.6 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018127-COB018127.pdf
    524.6 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018128-COB018128.pdf
    524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

Upload    New    More                                        13 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                      990999.11617 - Bl...

☐ ~~COB018135 - COB018135.pdf~~           **Members**   Details
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                            Ⓡ  rquinn@ch.ci.buffalo.n...
☐ COB018135-COB018135.pdf                                      Uploader
   524.6 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                            Folder link
☐ COB018136-COB018136.pdf
   524.6 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us       https://covington.kitew...

☐ COB018137-COB018137.pdf                                      Leave folder
   524.6 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018138-COB018138.pdf
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018139-COB018139.pdf
   524.6 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018140-COB018140.pdf
   524.6 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018141-COB018141.pdf
   524.6 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More                                                                                14 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                                                             ®

COB018142-COB018142.pdf
524.6 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

| Members | Details |

® rquinn@ch.ci.buffalo.n...
  Uploader

**Folder link**

https://covington.kitew...

Leave folder

COB018143-COB018143.pdf
524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

COB018144-COB018144.pdf
524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

COB018145-COB018145.pdf
524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

COB018146-COB018146.pdf
524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

COB018147-COB018147.pdf
524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

COB018148-COB018148.pdf
524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

COB018149-COB018149.pdf
524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

COB018150-COB018150.pdf
524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

COB018151-COB018151.pdf
524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

COB018152-COB018152.pdf
524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

COB018153-COB018153.pdf
524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

COB018154-COB018154.pdf
524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

COB018155-COB018155.pdf
524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

COB018156-COB018156.pdf
524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

COB018157-COB018157.pdf
524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

COB018158-COB018158.pdf
524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

COB018159-COB018159.pdf
524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

COB018160-COB018160.pdf
524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

COB018161-COB018161.pdf
524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More                                                    14 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                                ®

524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018166-COB018166.pdf
      524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018167-COB018167.pdf
      524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018168-COB018168.pdf
      524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018169-COB018169.pdf
      524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018170-COB018170.pdf
      524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018171-COB018171.pdf
      524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018172-COB018172.pdf
      524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018173-COB018173.pdf
      524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018174-COB018174.pdf
      524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018175-COB018175.pdf
      524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018176-COB018176.pdf
      524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018177-COB018177.pdf
      525.1 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018178-COB018178.pdf
      524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018179-COB018179.pdf
      524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018180-COB018180.pdf
      524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018181-COB018181.pdf
      525.1 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018182-COB018182.pdf
      524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018183-COB018183.pdf
      525.1 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018184-COB018184.pdf
      524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

Members    Details

ℝ   rquinn@ch.ci.buffalo.n...
    Uploader

Folder link

    https://covington.kitew...

    Leave folder

Upload    New    More                                          14 of 32

Covington...teworks US   990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                    990999.11617 - Bl...

☐  COB018188-COB018188.pdf                               **Members**  Details
   525.1 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                          Ⓡ  rquinn@ch.ci.buffalo.n...
☐  COB018189-COB018189.pdf                                   Uploader
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                          Folder link
☐  COB018190-COB018190.pdf
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us   https://covington.kitew...

☐  COB018191-COB018191.pdf                                   Leave folder
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018192-COB018192.pdf
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018193-COB018193.pdf
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018194-COB018194.pdf
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018195-COB018195.pdf
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018196-COB018196.pdf
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018197-COB018197.pdf
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018198-COB018198.pdf
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018199-COB018199.pdf
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018200-COB018200.pdf
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018201-COB018201.pdf
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018202-COB018202.pdf
   524.5 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018203-COB018203.pdf
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018204-COB018204.pdf
   525.1 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018205-COB018205.pdf
   525.1 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018206-COB018206.pdf
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018207-COB018207.pdf
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More                                                                            14 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                                              990999.11617 - Bl...

☐ ~~COB018211-COB018211.pdf~~
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us          **Members**   Details

☐ COB018212-COB018212.pdf                                        Ⓡ   rquinn@ch.ci.buffalo.n...
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us               Uploader

☐ COB018213-COB018213.pdf                                        Folder link
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                    https://covington.kitew...
☐ COB018214-COB018214.pdf
   525.9 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us            Leave folder

☐ COB018215-COB018215.pdf
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018216-COB018216.pdf
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018217-COB018217.pdf
   524.6 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018218-COB018218.pdf
   524.6 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018219-COB018219.pdf
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018220-COB018220.pdf
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018221-COB018221.pdf
   524.7 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018222-COB018222.pdf
   524.1 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018223-COB018223.pdf
   524.3 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018224-COB018224.pdf
   524.3 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018225-COB018225.pdf
   524.3 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018226-COB018226.pdf
   524.3 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018227-COB018227.pdf
   524.3 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018228-COB018228.pdf
   524.3 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018229-COB018229.pdf
   524.3 KB, Sep 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018230-COB018230.pdf
   524.3 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

Upload　　　New　　　More

14 of 32

Covington...teworks US　　990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

**Members**　Details

COB018235-COB018235.pdf
524.3 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ　rquinn@ch.ci.buffalo.n...
　　Uploader

☐　COB018235-COB018235.pdf
　　524.7 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐　COB018236-COB018236.pdf
　　524.3 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐　COB018237-COB018237.pdf
　　524.3 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐　COB018238-COB018239.pdf
　　527.0 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

☐　COB018240-COB018240.pdf
　　524.4 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

☐　COB018241-COB018241.pdf
　　524.4 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

☐　COB018242-COB018242.pdf
　　524.3 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

Upload    New    More                                                    15 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                                            Ⓡ

☐    COB018243-COB018243.pdf                          **Members**    Details
     524.3 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                      Ⓡ  rquinn@ch.ci.buffalo.n...
☐    COB018244-COB018244.pdf                              Uploader
     524.3 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                      Folder link
☐    COB018245-COB018245.pdf
     524.3 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us   https://covington.kitew...

☐    COB018246-COB018246.pdf                              Leave folder
     524.3 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018247-COB018247.pdf
     524.3 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018248-COB018248.pdf
     524.7 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018249-COB018249.pdf
     524.3 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018250-COB018250.pdf
     524.2 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018251-COB018251.pdf
     524.7 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018252-COB018252.pdf
     524.3 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018253-COB018253.pdf
     524.2 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018254-COB018254.pdf
     524.2 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018255-COB018255.pdf
     524.3 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018256-COB018256.pdf
     520.2 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018257-COB018258.pdf
     531.8 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018259-COB018259.pdf
     526.1 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018260-COB018260.pdf
     524.3 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018261-COB018261.pdf
     568.4 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018262-COB018262.pdf
     531.0 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018263-COB018263.pdf
     524.3 KB, Sep 23, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload      New        More                                                    15 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                                        Ⓡ

☐    642.1 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018270-COB018271.pdf
      642.4 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018272-COB018283.pdf
      747.9 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018284-COB018284.pdf
      523.6 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018285-COB018287.pdf
      905.1 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018288-COB018288.pdf
      524.6 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018306-COB018307.pdf
      810.6 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018308-COB018310.pdf
      858.5 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018311-COB018311.pdf
      775.6 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018312-COB018313.pdf
      916.9 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018314-COB018318.pdf
      907.1 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018319-COB018324.pdf
      908.4 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018325-COB018325.pdf
      635.7 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018326-COB018326.pdf
      526.0 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018327-COB018327.pdf
      526.2 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018328-COB018328.pdf
      626.2 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018329-COB018329.pdf
      510.3 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018330-COB018330.pdf
      524.0 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018331-COB018331.pdf
      588.0 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018332-COB018333.pdf
      529.9 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

Members    Details

Ⓡ    rquinn@ch.ci.buffalo.n...
      Uploader

Folder link

https://covington.kitew...

Leave folder

Covington Kiteworks US

Upload    New    More                                                                    15 of 32

**Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo**

☐ Name                                                                     990999.11617 - Bl...

COB018339-COB018339.pdf
530.8 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us            **Members**   Details

☐   COB018340-COB018340.pdf                                      Ⓡ   rquinn@ch.ci.buffalo.n...
    521.3 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us              Uploader

☐   COB018341-COB018342.pdf                                      Folder link
    589.0 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                 https://covington.kitew...
☐   COB018343-COB018343.pdf
    588.1 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us              Leave folder

☐   COB018344-COB018344.pdf
    589.6 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018345-COB018345.pdf
    589.4 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018346-COB018346.pdf
    589.3 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018347-COB018347.pdf
    588.0 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018348-COB018348.pdf
    589.9 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018349-COB018349.pdf
    590.0 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018350-COB018350.pdf
    588.7 KB, Sep 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018351-COB018351.pdf
    525.3 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018352-COB018352.pdf
    524.2 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018353-COB018353.pdf
    521.9 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018354-COB018354.pdf
    521.4 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018355-COB018355.pdf
    523.3 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018356-COB018356.pdf
    522.2 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018357-COB018358.pdf
    528.5 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018359-COB018359.pdf
    520.6 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018360-COB018360.pdf
    520.5 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New     More

15 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

**Members**    Details

COB018365-COB018365.pdf
710.7 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ   rquinn@ch.ci.buffalo.n...
Uploader

☐ COB018366-COB018367.pdf
718.1 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐ COB018368-COB018368.pdf
520.4 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐ COB018369-COB018369.pdf
520.3 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐ COB018370-COB018370.pdf
520.9 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018371-COB018371.pdf
522.1 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018372-COB018372.pdf
523.0 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018373-COB018376.pdf
870.4 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018377-COB018377.pdf
522.0 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018378-COB018378.pdf
521.9 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018379-COB018379.pdf
520.4 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018380-COB018380.pdf
524.8 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018381-COB018381.pdf
519.8 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018382-COB018382.pdf
520.4 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018383-COB018383.pdf
479.3 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018384-COB018384.pdf
478.8 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018385-COB018385.pdf
480.4 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018386-COB018386.pdf
477.6 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018387-COB018387.pdf
477.3 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018388-COB018388.pdf
480.1 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

| | |
|---|---|
| Upload    New    More | 15 of 32 |

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

**Members**  Details

☐ ~~COB018406-COB018409.pdf~~
994.9 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ  rquinn@ch.ci.buffalo.n...
Uploader

☐ COB018410-COB018412.pdf
575.0 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐ COB018413-COB018413.pdf
472.9 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐ COB018414-COB018415.pdf
528.9 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐ COB018416-COB018418.pdf
558.3 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018419-COB018422.pdf
645.7 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018423-COB018423.pdf
489.4 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018424-COB018424.pdf
479.9 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

| Upload | New | More | | 16 of 32 |

## Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders         Ⓡ

☐   COB018425-COB018425.pdf
507.8 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018426-COB018426.pdf
478.7 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018427-COB018427.pdf
478.8 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018428-COB018428.pdf
479.0 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018429-COB018432.pdf
699.3 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018433-COB018434.pdf
532.7 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018435-COB018437.pdf
564.4 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018438-COB018439.pdf
534.6 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018440-COB018441.pdf
528.7 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018442-COB018442.pdf
480.0 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018443-COB018443.pdf
480.4 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018444-COB018444.pdf
479.4 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018445-COB018445.pdf
490.4 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018446-COB018446.pdf
488.2 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018447-COB018447.pdf
490.2 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018448-COB018449.pdf
531.4 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018450-COB018451.pdf
554.1 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018452-COB018457.pdf
833.6 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018458-COB018460.pdf
566.3 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018461-COB018462.pdf
535.0 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

**Members**   Details

Ⓡ   rquinn@ch.ci.buffalo.n...
     Uploader

**Folder link**

https://covington.kitew...

**Leave folder**

Upload     New     More                                                        16 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                                            Ⓡ

528.8 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

**Members** Details

☐   COB018472-COB018474.pdf                                    Ⓡ   rquinn@ch.ci.buffalo.n...
    581.1 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us             Uploader

☐   COB018475-COB018478.pdf                                    Folder link
    617.7 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                               https://covington.kitew...
☐   COB018479-COB018479.pdf
    480.5 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us            Leave folder

☐   COB018480-COB018482.pdf
    580.0 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018483-COB018483.pdf
    490.9 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018484-COB018484.pdf
    494.2 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018485-COB018486.pdf
    533.4 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018487-COB018487.pdf
    489.7 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018488-COB018488.pdf
    489.9 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018489-COB018489.pdf
    489.8 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018490-COB018490.pdf
    489.8 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018491-COB018491.pdf
    474.4 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018492-COB018492.pdf
    483.4 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018493-COB018493.pdf
    485.1 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018494-COB018494.pdf
    495.5 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018495-COB018495.pdf
    496.1 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018496-COB018496.pdf
    494.6 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018497-COB018497.pdf
    495.0 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018498-COB018498.pdf
    485.0 KB, Oct 1, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

**Members**    Details

Ⓡ  rquinn@ch.ci.buffalo.n...
    Uploader

Folder link

https://covington.kitew...

Leave folder

☐    COB018503-COB018503.pdf
     617.0 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018504-COB018504.pdf
     522.2 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018505-COB018505.pdf
     521.7 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018506-COB018506.pdf
     522.4 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018507-COB018508.pdf
     718.2 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018509-COB018509.pdf
     522.5 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018510-COB018510.pdf
     521.3 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018511-COB018511.pdf
     522.6 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018512-COB018512.pdf
     523.1 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018513-COB018513.pdf
     851.4 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018514-COB018514.pdf
     521.2 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018515-COB018515.pdf
     527.0 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018516-COB018516.pdf
     520.8 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018517-COB018517.pdf
     522.4 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018518-COB018518.pdf
     521.0 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018519-COB018519.pdf
     524.0 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018520-COB018520.pdf
     522.0 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018521-COB018521.pdf
     524.4 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018522-COB018522.pdf
     521.4 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018523-COB018523.pdf
     521.0 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

| Upload | New | More | | 16 of 32 |
|--------|-----|------|--|----------|

## Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

   990999.11617 - Bl...

☐   COB018527-COB018527.pdf
    522.0 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

**Members**   Details

☐   COB018528-COB018528.pdf
    525.9 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

   rquinn@ch.ci.buffalo.n...
   Uploader

☐   COB018529-COB018529.pdf
    520.8 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐   COB018530-COB018530.pdf
    520.5 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

   https://covington.kitew...

☐   COB018531-COB018531.pdf
    521.6 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

   Leave folder

☐   COB018532-COB018532.pdf
    521.8 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018533-COB018533.pdf
    522.0 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018534-COB018534.pdf
    522.5 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018535-COB018535.pdf
    522.1 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018536-COB018536.pdf
    523.3 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018537-COB018537.pdf
    525.1 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018538-COB018538.pdf
    522.1 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018539-COB018539.pdf
    520.9 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018540-COB018540.pdf
    522.2 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018541-COB018541.pdf
    526.5 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018542-COB018542.pdf
    525.4 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018543-COB018543.pdf
    522.6 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018544-COB018544.pdf
    524.7 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018545-COB018545.pdf
    523.2 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018546-COB018546.pdf
    526.9 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More

16 of 32

Covington...teworks US     990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

☐   COB018550-COB018550.pdf
    527.9 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018551-COB018551.pdf
    522.0 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018552-COB018552.pdf
    522.3 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018553-COB018553.pdf
    522.2 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018554-COB018554.pdf
    521.7 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018557-COB018557.pdf
    522.3 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018558-COB018558.pdf
    521.8 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018559-COB018559.pdf
    75.2 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

990999.11617 - Bl...

**Members**    Details

Ⓡ   rquinn@ch.ci.buffalo.n...
    Uploader

Folder link

https://covington.kitew...

Leave folder

Upload    New    More                                                    17 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                                        Ⓡ

☐   COB018560–COB018561.pdf                          **Members**   Details
    534.9 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                     Ⓡ  rquinn@ch.ci.buffalo.n...
☐   COB018562–COB018564.pdf                              Uploader
    796.4 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                     Folder link
☐   COB018565–COB018565.pdf
    524.3 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us    https://covington.kitew...

☐   COB018566–COB018566.pdf                              Leave folder
    521.0 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018567–COB018567.pdf
    522.1 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018568–COB018569.pdf
    561.8 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018570–COB018570.pdf
    521.1 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018571–COB018571.pdf
    520.0 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018572–COB018572.pdf
    523.1 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018573–COB018576.pdf
    815.4 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018577–COB018577.pdf
    521.6 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018578–COB018578.pdf
    521.1 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018579–COB018580.pdf
    527.5 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018581–COB018581.pdf
    520.7 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018582–COB018582.pdf
    521.3 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018583–COB018583.pdf
    520.8 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018584–COB018584.pdf
    520.7 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018585–COB018585.pdf
    520.6 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018586–COB018587.pdf
    528.2 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018588–COB018591.pdf
    733.8 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New     More                               17 of 32

Covington...teworks US     990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                            Ⓡ

519.3 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us         **Members**    Details

☐    COB018597-COB018597.pdf                Ⓡ   rquinn@ch.ci.buffalo.n...
     522.9 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us            Uploader

☐    COB018598-COB018598.pdf                **Folder link**
     520.0 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018599-COB018599.pdf                https://covington.kitew...
     519.6 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018600-COB018600.pdf                Leave folder
     519.7 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018601-COB018601.pdf
     520.8 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018602-COB018602.pdf
     519.8 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018603-COB018603.pdf
     519.2 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018604-COB018604.pdf
     527.1 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018605-COB018605.pdf
     520.6 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018606-COB018606.pdf
     712.9 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018607-COB018608.pdf
     535.6 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018609-COB018609.pdf
     525.1 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018610-COB018610.pdf
     789.3 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018611-COB018612.pdf
     793.5 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018613-COB018613.pdf
     524.1 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018614-COB018614.pdf
     520.6 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018615-COB018615.pdf
     522.6 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018617-COB018617.pdf
     211.6 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018618-COB018618.pdf
     242.8 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More                          17 of 32

## Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                             990999.11617 - Bl...

     522.3 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us         **Members**    Details

☐ COB018623-COB018623.pdf
     527.1 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us         Ⓡ   rquinn@ch.ci.buffalo.n...
                                                      Uploader

☐ COB018624-COB018624.pdf
     898.2 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018625-COB018626.pdf                     Folder link
     848.5 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018627-COB018628.pdf                     https://covington.kitew...
     985.2 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018629-COB018631.pdf                     Leave folder
     603.7 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018632-COB018632.pdf
     520.7 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018633-COB018636.pdf
     597.3 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018637-COB018637.pdf
     523.3 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018638-COB018638.pdf
     524.7 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018639-COB018639.pdf
     519.3 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018640-COB018640.pdf
     620.3 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018641-COB018641.pdf
     522.3 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018642-COB018642.pdf
     523.5 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018643-COB018643.pdf
     523.1 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018644-COB018644.pdf
     603.3 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018645-COB018647.pdf
     789.9 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018648-COB018648.pdf
     616.2 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018649-COB018649.pdf
     522.1 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018650-COB018650.pdf
     520.9 KB, Oct 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New     More                                                                          17 of 32

Covington...teworks US     990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                                                          990999.11617 - Bl...

☐    COB018656-COB018656.pdf
     534.5 KB, Oct 3, 2020 by rquinn@ch.ci.buffalo.ny.us                    **Members**   Details

☐    COB018657-COB018657.pdf                                                Ⓡ   rquinn@ch.ci.buffalo.n...
     484.0 KB, Oct 3, 2020 by rquinn@ch.ci.buffalo.ny.us                        Uploader

☐    COB018658-COB018658.pdf                                                Folder link
     477.3 KB, Oct 3, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                            https://covington.kitew...
☐    COB018659-COB018659.pdf
     474.7 KB, Oct 3, 2020 by rquinn@ch.ci.buffalo.ny.us                        Leave folder

☐    COB018660-COB018660.pdf
     484.1 KB, Oct 3, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018661-COB018681.pdf
     3.3 MB, Oct 3, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018682-COB018683.pdf
     501.8 KB, Oct 3, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018684-COB018685.pdf
     543.7 KB, Oct 3, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018686-COB018687.pdf
     543.5 KB, Oct 3, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018688-COB018688.pdf
     531.9 KB, Oct 3, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018689-COB018689.pdf
     475.6 KB, Oct 3, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018690-COB018691.pdf
     554.9 KB, Oct 3, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018692-COB018692.pdf
     488.8 KB, Oct 3, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018693-COB018693.pdf
     472.7 KB, Oct 3, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018694-COB018694.pdf
     475.3 KB, Oct 3, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018695-COB018695.pdf
     472.9 KB, Oct 3, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018696-COB018696.pdf
     478.9 KB, Oct 3, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018697-COB018700.pdf
     678.6 KB, Oct 3, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018701-COB018708.pdf
     1.1 MB, Oct 3, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB018709-COB018710.pdf
     533.8 KB, Oct 3, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

Upload     New     More

Covington...teworks US   990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

COB018716-COB018718.pdf
733.1 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

**Members**  Details

☐  COB018719-COB018721.pdf
721.4 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ rquinn@ch.ci.buffalo.n...
Uploader

☐  COB018722-COB018722.pdf
529.0 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐  COB018723-COB018726.pdf
732.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐  COB018727-COB018727.pdf
748.8 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐  COB018728-COB018728.pdf
525.5 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018729-COB018729.pdf
526.0 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018730-COB018730.pdf
522.1 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More                                                    18 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                          ®

| | | Members  Details |

☐ COB018731-COB018731.pdf
590.1 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018732-COB018732.pdf
646.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018733-COB018733.pdf
718.8 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018734-COB018734.pdf
692.4 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018735-COB018735.pdf
620.7 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018736-COB018737.pdf
541.3 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018738-COB018738.pdf
620.7 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018739-COB018740.pdf
905.8 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018741-COB018742.pdf
695.0 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018743-COB018745.pdf
910.6 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018746-COB018761.pdf
866.2 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018762-COB018762.pdf
629.2 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018763-COB018765.pdf
903.4 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018766-COB018771.pdf
756.1 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018772-COB018772.pdf
576.8 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018773-COB018773.pdf
766.4 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018774-COB018776.pdf
903.8 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018777-COB018786.pdf
905.5 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018787-COB018790.pdf
830.5 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018791-COB018800.pdf
912.7 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

**Members**  Details

Ⓡ  rquinn@ch.ci.buffalo.n...
Uploader

Folder link

https://covington.kitew...

Leave folder

Upload     New     More                          18 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                  (R)

| | |
|---|---|
| | **Members**   Details |
| 712.5 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB018821-COB018822.pdf | rquinn@ch.ci.buffalo.n... |
| 720.3 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | Uploader |
| ☐ COB018823-COB018826.pdf | |
| 723.7 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | Folder link |
| ☐ COB018827-COB018827.pdf | https://covington.kitew... |
| 705.0 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB018828-COB018828.pdf | Leave folder |
| 630.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB018829-COB018829.pdf | |
| 711.5 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB018830-COB018831.pdf | |
| 714.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB018832-COB018834.pdf | |
| 781.8 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB018835-COB018835.pdf | |
| 711.0 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB018836-COB018836.pdf | |
| 706.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB018837-COB018837.pdf | |
| 703.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB018838-COB018838.pdf | |
| 706.3 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB018839-COB018839.pdf | |
| 522.8 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB018840-COB018840.pdf | |
| 776.4 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB018841-COB018841.pdf | |
| 790.5 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB018842-COB018842.pdf | |
| 585.3 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB018843-COB018843.pdf | |
| 524.7 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB018844-COB018844.pdf | |
| 898.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB018845-COB018845.pdf | |
| 520.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ COB018846-COB018846.pdf | |
| 921.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | |

Covington Kiteworks

Upload     New     More                                                        18 of 32

Covington...teworks US     990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                                990999.11617 - Bl...

☐   COB018850-COB018850.pdf
    919.2 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us         **Members**   Details

☐   COB018851-COB018851.pdf                                      Ⓡ  rquinn@ch.ci.buffalo.n...
    521.4 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us               Uploader

☐   COB018852-COB018852.pdf                                      Folder link
    920.3 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                 https://covington.kitew...
☐   COB018853-COB018853.pdf
    921.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us           Leave folder

☐   COB018854-COB018854.pdf
    919.7 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018855-COB018855.pdf
    520.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018856-COB018856.pdf
    922.4 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018857-COB018857.pdf
    916.0 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018858-COB018858.pdf
    922.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018859-COB018859.pdf
    520.6 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018860-COB018860.pdf
    924.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018861-COB018861.pdf
    920.5 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018862-COB018862.pdf
    925.3 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018863-COB018863.pdf
    522.6 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018864-COB018864.pdf
    522.1 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018865-COB018865.pdf
    925.1 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018866-COB018866.pdf
    922.8 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018867-COB018867.pdf
    920.7 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018868-COB018868.pdf
    521.8 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018869-COB018869.pdf
    922.0 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New     More

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

**Members**    Details

Ⓡ rquinn@ch.ci.buffalo.n...
Uploader

Folder link

https://covington.kitew...

Leave folder

---

☐   COB018873-COB018873.pdf
    923.0 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018874-COB018874.pdf
    922.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018875-COB018875.pdf
    522.1 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018876-COB018876.pdf
    923.0 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018877-COB018877.pdf
    520.8 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018878-COB018878.pdf
    922.4 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018879-COB018879.pdf
    922.4 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018880-COB018880.pdf
    926.7 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018881-COB018881.pdf
    923.8 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018882-COB018882.pdf
    521.6 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018883-COB018883.pdf
    921.1 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018884-COB018884.pdf
    920.5 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018885-COB018885.pdf
    919.0 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018886-COB018886.pdf
    520.4 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018887-COB018887.pdf
    521.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018888-COB018888.pdf
    922.4 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018889-COB018889.pdf
    925.6 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018890-COB018890.pdf
    925.2 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018891-COB018891.pdf
    521.8 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018892-COB018892.pdf
    922.7 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New     More

18 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

☐   COB018896-COB018896.pdf
    923.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

**Members**    Details

☐   COB018897-COB018897.pdf
    520.6 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ   rquinn@ch.ci.buffalo.n...
    Uploader

☐   COB018898-COB018898.pdf
    923.0 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

**Folder link**

☐   COB018899-COB018899.pdf
    923.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐   COB018900-COB018900.pdf
    524.2 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐   COB018901-COB018901.pdf
    520.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018902-COB018902.pdf
    923.0 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018903-COB018903.pdf
    923.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload      New      More                                              19 of 32

Covington...teworks US   990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                                    Ⓡ

☐  COB018904-COB018904.pdf
   925.8 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018905-COB018905.pdf
   522.1 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018906-COB018906.pdf
   925.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018907-COB018907.pdf
   925.5 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018908-COB018908.pdf
   926.6 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018909-COB018909.pdf
   520.8 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018910-COB018910.pdf
   922.3 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018911-COB018911.pdf
   921.7 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018912-COB018912.pdf
   923.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018913-COB018913.pdf
   521.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018914-COB018914.pdf
   925.0 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018915-COB018915.pdf
   921.2 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018916-COB018916.pdf
   920.7 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018917-COB018917.pdf
   520.5 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018918-COB018918.pdf
   926.0 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018919-COB018919.pdf
   923.0 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018920-COB018920.pdf
   924.1 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018921-COB018924.pdf
   607.0 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018925-COB018925.pdf
   520.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB018926-COB018926.pdf
   921.3 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

Members    Details

Ⓡ   rquinn@ch.ci.buffalo.n...
    Uploader

Folder link

https://covington.kitew...

Leave folder

Upload      New      More                                                    19 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                                          ⓡ

925.4 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us                    **Members**   Details

☐   COB018931-COB018931.pdf                                            ⓡ   rquinn@ch.ci.buffalo.n...
     921.7 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us                       Uploader

☐   COB018932-COB018932.pdf                                            Folder link
     926.0 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                       https://covington.kitew...
☐   COB018933-COB018933.pdf
     519.2 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us                    Leave folder

☐   COB018934-COB018934.pdf
     521.8 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018935-COB018935.pdf
     922.2 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018936-COB018936.pdf
     924.1 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018937-COB018937.pdf
     922.7 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018938-COB018938.pdf
     520.5 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018939-COB018939.pdf
     924.7 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018940-COB018940.pdf
     923.3 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018941-COB018941.pdf
     923.0 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018942-COB018942.pdf
     522.0 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018943-COB018943.pdf
     925.5 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018944-COB018944.pdf
     921.2 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018945-COB018945.pdf
     922.5 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018946-COB018946.pdf
     520.5 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018947-COB018947.pdf
     921.8 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018948-COB018948.pdf
     928.4 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018949-COB018949.pdf
     923.4 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New        More

19 of 32

## Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

Members   Details

 rquinn@ch.ci.buffalo.n...
Uploader

☐ COB018953-COB018953.pdf
521.8 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018954-COB018954.pdf
923.0 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018955-COB018955.pdf
921.1 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

https://covington.kitew...

Leave folder

☐ COB018956-COB018956.pdf
925.2 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018957-COB018957.pdf
520.7 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018958-COB018958.pdf
924.2 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018959-COB018959.pdf
922.5 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018960-COB018960.pdf
924.2 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018961-COB018961.pdf
522.2 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018962-COB018962.pdf
921.4 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018963-COB018963.pdf
925.6 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018964-COB018964.pdf
919.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018965-COB018965.pdf
522.2 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018966-COB018966.pdf
923.3 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018967-COB018967.pdf
924.8 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018968-COB018968.pdf
925.6 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018969-COB018969.pdf
520.8 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018970-COB018970.pdf
924.4 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018971-COB018971.pdf
925.0 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB018972-COB018972.pdf
919.7 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New     More                                   19 of 32

### Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                      990999.11617 - Bl...

☐   COB018976-COB018976.pdf
923.1 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us     **Members**    Details

☐   COB018977-COB018977.pdf
920.8 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us     Ⓡ   rquinn@ch.ci.buffalo.n...
                                                           Uploader

☐   COB018978-COB018978.pdf
522.1 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us     Folder link

☐   COB018979-COB018979.pdf
924.8 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us     https://covington.kitew...

☐   COB018980-COB018980.pdf
918.5 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us     Leave folder

☐   COB018981-COB018981.pdf
925.2 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018982-COB018982.pdf
522.1 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018983-COB018983.pdf
923.5 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018984-COB018984.pdf
922.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018985-COB018985.pdf
921.8 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018986-COB018986.pdf
521.8 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018987-COB018987.pdf
920.7 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018988-COB018988.pdf
918.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018989-COB018989.pdf
520.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018990-COB018990.pdf
924.3 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018991-COB018991.pdf
923.2 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018992-COB018992.pdf
923.6 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018993-COB018994.pdf
587.2 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018995-COB018995.pdf
520.6 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB018996-COB018996.pdf
922.4 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More

19 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

☐    COB019004-COB019005.pdf
     702.2 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

990999.11617 - Bl...

Members    Details

☐    COB019004-COB019005.pdf
     587.0 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ  rquinn@ch.ci.buffalo.n...
   Uploader

☐    COB019006-COB019006.pdf
     523.5 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐    COB019007-COB019007.pdf
     922.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

Leave folder

☐    COB019008-COB019008.pdf
     920.1 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB019009-COB019009.pdf
     920.3 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB019010-COB019010.pdf
     523.5 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB019011-COB019011.pdf
     922.8 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More                                                    20 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                                 Ⓡ

☐   COB019012-COB019012.pdf                          Members    Details
    922.5 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                     Ⓡ   rquinn@ch.ci.buffalo.n...
☐   COB019013-COB019013.pdf                              Uploader
    919.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                     Folder link
☐   COB019014-COB019015.pdf
    587.3 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us    https://covington.kitew...

☐   COB019016-COB019017.pdf                              Leave folder
    586.4 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019018-COB019018.pdf
    520.5 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019019-COB019019.pdf
    920.4 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019020-COB019020.pdf
    923.3 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019021-COB019021.pdf
    925.5 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019022-COB019023.pdf
    586.5 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019024-COB019024.pdf
    519.4 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019025-COB019028.pdf
    818.5 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019029-COB019029.pdf
    522.2 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019030-COB019030.pdf
    917.3 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019031-COB019031.pdf
    921.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019032-COB019032.pdf
    921.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019033-COB019033.pdf
    917.9 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019034-COB019034.pdf
    521.6 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019035-COB019035.pdf
    921.1 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019036-COB019036.pdf
    921.0 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019037-COB019037.pdf
    919.1 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New     More

20 of 32

Covington...teworks US     990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders

Ⓡ

| | | |
|---|---|---|
| | 919.6 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | **Members**   Details |
| ☐ | COB019042-COB019042.pdf<br>521.0 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | Ⓡ rquinn@ch.ci.buffalo.n...<br>Uploader |
| ☐ | COB019043-COB019043.pdf<br>922.5 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | Folder link |
| ☐ | COB019044-COB019044.pdf<br>921.2 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | https://covington.kitew... |
| ☐ | COB019045-COB019045.pdf<br>921.3 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | Leave folder |
| ☐ | COB019046-COB019046.pdf<br>521.6 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ | COB019047-COB019047.pdf<br>920.6 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ | COB019048-COB019048.pdf<br>920.1 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ | COB019049-COB019049.pdf<br>919.4 KB, Oct 4, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ | COB019050-COB019051.pdf<br>531.6 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ | COB019052-COB019053.pdf<br>532.4 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ | COB019054-COB019056.pdf<br>642.9 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ | COB019057-COB019059.pdf<br>641.6 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ | COB019060-COB019068.pdf<br>943.8 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ | COB019069-COB019069.pdf<br>522.2 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ | COB019070-COB019070.pdf<br>525.3 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ | COB019071-COB019081.pdf<br>852.9 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ | COB019082-COB019082.pdf<br>523.4 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ | COB019083-COB019083.pdf<br>753.8 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us | |
| ☐ | COB019084-COB019085.pdf<br>529.1 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us | |

Upload      New      More                                                          20 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                                     990999.11617 - Bl...

COB019096-COB019096.pdf
858.9 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us              **Members**   Details

☐   COB019097-COB019107.pdf                                          Ⓡ  rquinn@ch.ci.buffalo.n...
    837.5 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us                  Uploader

☐   COB019108-COB019110.pdf                                          Folder link
    732.7 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                       https://covington.kitew...
☐   COB019111-COB019113.pdf
    709.4 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us                 Leave folder

☐   COB019114-COB019114.pdf
    575.7 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019115-COB019127.pdf
    731.6 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019128-COB019130.pdf
    744.8 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019131-COB019131.pdf
    581.5 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019132-COB019134.pdf
    540.8 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019135-COB019138.pdf
    548.4 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019139-COB019150.pdf
    729.8 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019151-COB019162.pdf
    728.1 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019163-COB019174.pdf
    732.4 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019175-COB019187.pdf
    738.8 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019188-COB019200.pdf
    737.1 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019201-COB019209.pdf
    821.7 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019210-COB019221.pdf
    732.6 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019222-COB019234.pdf
    733.0 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019235-COB019236.pdf
    529.0 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019237-COB019248.pdf
    731.2 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New     More

20 of 32

Covington...teworks US     990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

**Members**   Details

COB019298-COB019310.pdf
736.6 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ  rquinn@ch.ci.buffalo.n...
   Uploader

COB019311-COB019322.pdf
733.4 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

COB019323-COB019334.pdf
729.2 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

COB019335-COB019347.pdf
734.1 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

COB019348-COB019359.pdf
733.2 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019360-COB019371.pdf
730.8 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019372-COB019384.pdf
736.2 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019385-COB019396.pdf
731.1 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019397-COB019399.pdf
727.1 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019400-COB019411.pdf
729.8 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019412-COB019424.pdf
734.8 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019425-COB019425.pdf
527.9 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019426-COB019427.pdf
533.6 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019428-COB019439.pdf
733.6 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019440-COB019452.pdf
736.4 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019453-COB019465.pdf
734.5 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019466-COB019478.pdf
741.7 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019479-COB019490.pdf
733.0 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019491-COB019502.pdf
733.5 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More

20 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

COB019552.pdf
737.0 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

**Members**    Details

☐    COB019553-COB019554.pdf
531.5 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ    rquinn@ch.ci.buffalo.n...
Uploader

☐    COB019555-COB019567.pdf
733.9 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐    COB019568-COB019579.pdf
838.7 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐    COB019580-COB019592.pdf
742.2 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐    COB019593-COB019604.pdf
733.0 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB019605-COB019615.pdf
729.4 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB019616-COB019633.pdf
873.0 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

| Upload | New | More | | 21 of 32 |

Covington...teworks US　　990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders　　　　　　　　　　　　　　　　　　　　Ⓡ

COB019634-COB019645.pdf
730.9 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019646-COB019658.pdf
734.9 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019659-COB019670.pdf
730.4 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019671-COB019683.pdf
735.5 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019684-COB019703.pdf
886.2 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019704-COB019715.pdf
732.9 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019716-COB019726.pdf
728.6 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019727-COB019738.pdf
730.0 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019739-COB019747.pdf
719.8 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019748-COB019760.pdf
941.9 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019761-COB019773.pdf
735.9 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019774-COB019786.pdf
735.5 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019787-COB019797.pdf
725.2 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019798-COB019809.pdf
729.3 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019810-COB019821.pdf
730.5 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019822-COB019833.pdf
731.7 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019834-COB019834.pdf
526.0 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019835-COB019847.pdf
734.8 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019848-COB019859.pdf
732.1 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

COB019860-COB019877.pdf
962.5 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

**Members**　Details

Ⓡ　rquinn@ch.ci.buffalo.n...
　　Uploader

Folder link

https://covington.kitew...

Leave folder

Upload     New     More                        21 of 32

Covington...teworks US     990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                    ®

**Members**    Details

737.5 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

®   rquinn@ch.ci.buffalo.n...
    Uploader

☐   COB019926-COB019938.pdf
    735.3 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

**Folder link**

☐   COB019939-COB019950.pdf
    731.9 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐   COB019951-COB019961.pdf
    836.4 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

**Leave folder**

☐   COB019962-COB019974.pdf
    734.4 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019975-COB019987.pdf
    734.7 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB019988-COB020000.pdf
    731.4 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020001-COB020012.pdf
    729.8 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020013-COB020022.pdf
    724.1 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020023-COB020035.pdf
    733.6 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020036-COB020036.pdf
    526.6 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020037-COB020048.pdf
    731.9 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020049-COB020060.pdf
    730.2 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020061-COB020062.pdf
    533.3 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020063-COB020074.pdf
    731.9 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020075-COB020086.pdf
    730.2 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020087-COB020099.pdf
    733.6 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020100-COB020101.pdf
    712.2 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020102-COB020104.pdf
    717.5 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020105-COB020119.pdf
    949.9 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

Members    Details

COB020135-COB020135.pdf
1.2 MB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020136-COB020153.pdf
881.9 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020154-COB020160.pdf
763.4 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020161-COB020176.pdf
951.9 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020177-COB020197.pdf
892.0 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020198-COB020198.pdf
526.9 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020199-COB020200.pdf
585.3 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020201-COB020201.pdf
530.1 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020202-COB020202.pdf
749.0 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020203-COB020204.pdf
590.6 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020205-COB020227.pdf
913.2 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020228-COB020242.pdf
942.5 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020243-COB020245.pdf
589.3 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020246-COB020248.pdf
743.4 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020249-COB020251.pdf
744.6 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020252-COB020265.pdf
849.2 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020266-COB020267.pdf
776.0 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020268-COB020268.pdf
1.2 MB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020269-COB020269.pdf
678.0 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020270-COB020270.pdf
923.3 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

https://covington.kitew...

Leave folder

Upload      New      More                                          21 of 32

Covington...teworks US   990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                            990999.11617 - Bl...

☐   COB020276-COB020276.pdf                                       **Members**   Details
    858.9 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                  ⓡ  rquinn@ch.ci.buffalo.n...
☐   COB020277-COB020279.pdf                                           Uploader
    743.9 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                  Folder link
☐   COB020280-COB020280.pdf
    679.1 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us            https://covington.kitew...

☐   COB020281-COB020281.pdf                                           Leave folder
    923.3 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020282-COB020282.pdf
    858.9 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020283-COB020283.pdf
    534.8 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020284-COB020294.pdf
    910.2 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020295-COB020295.pdf
    755.7 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020296-COB020297.pdf
    535.0 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020298-COB020299.pdf
    1.0 MB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020300-COB020301.pdf
    589.0 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020302-COB020319.pdf
    881.0 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020320-COB020320.pdf
    522.4 KB, Oct 7, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020321-COB020323.pdf
    816.0 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020324-COB020328.pdf
    745.4 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020329-COB020335.pdf
    845.2 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020336-COB020340.pdf
    742.8 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020341-COB020352.pdf
    730.9 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020353-COB020354.pdf
    870.5 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020355-COB020357.pdf
    941.9 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New     More                                                          21 of 32

Covington...teworks US     990999.11617 - Black Love...he Rust v. City of Buffalo

| ☐ Name |
|---|
| COB020397-COB020378.pdf |
| 731.7 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us |

☐     COB020379-COB020379.pdf
      530.8 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB020380-COB020380.pdf
      632.7 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB020381-COB020381.pdf
      534.6 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB020382-COB020382.pdf
      632.7 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB020383-COB020383.pdf
      529.3 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB020384-COB020396.pdf
      731.9 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB020397-COB020408.pdf
      730.1 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

990999.11617 - Bl...

**Members**     Details

Ⓡ     rquinn@ch.ci.buffalo.n...
      Uploader

Folder link

https://covington.kitew...

Leave folder

Covington Kiteworks US

Upload    New    More                                          22 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                          ®

☐   COB020409-COB020409.pdf
    575.5 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020410-COB020411.pdf
    725.2 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020412-COB020413.pdf
    729.9 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020414-COB020415.pdf
    708.4 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020416-COB020420.pdf
    761.2 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020421-COB020422.pdf
    783.9 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020423-COB020426.pdf
    724.7 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020427-COB020430.pdf
    724.0 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020431-COB020435.pdf
    725.9 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020436-COB020440.pdf
    726.4 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020441-COB020443.pdf
    725.6 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020444-COB020446.pdf
    726.7 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020447-COB020450.pdf
    804.3 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020451-COB020456.pdf
    732.3 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020457-COB020459.pdf
    735.7 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020460-COB020461.pdf
    1.0 MB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020462-COB020466.pdf
    609.1 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020467-COB020474.pdf
    684.8 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020475-COB020477.pdf
    742.7 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020478-COB020480.pdf
    743.5 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Members    Details

® rquinn@ch.ci.buffalo.n...
   Uploader

Folder link

https://covington.kitew...

Leave folder

Covington Kiteworks US

Upload        New        More                                                22 of 32

Covington...teworks US        990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                                                          

628.2 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

| | Members  Details |
|---|---|

☐ COB020524-COB020534.pdf
695.4 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

rquinn@ch.ci.buffalo.n...
Uploader

☐ COB020535-COB020541.pdf
766.6 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

**Folder link**

☐ COB020542-COB020546.pdf
817.3 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐ COB020547-COB020550.pdf
743.0 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐ COB020551-COB020555.pdf
859.6 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020556-COB020567.pdf
733.0 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020568-COB020571.pdf
742.6 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020572-COB020573.pdf
637.3 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020574-COB020575.pdf
1.0 MB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020576-COB020576.pdf
529.2 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020577-COB020577.pdf
526.6 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020578-COB020579.pdf
535.2 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020580-COB020583.pdf
606.2 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020584-COB020586.pdf
742.9 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020587-COB020590.pdf
606.7 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020591-COB020595.pdf
551.8 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020596-COB020597.pdf
717.1 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020598-COB020599.pdf
928.2 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020600-COB020600.pdf
579.6 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload      New      More                                                22 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐  Name                                                                   990999.11617 - Bl...

☐    COB020610-COB020610.pdf
     719.6 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us          Members    Details

☐    COB020611-COB020611.pdf                                        ℝ  rquinn@ch.ci.buffalo.n...
     528.9 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us              Uploader

☐    COB020612-COB020612.pdf                                        Folder link
     527.4 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                    https://covington.kitew...
☐    COB020613-COB020613.pdf
     593.9 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us              Leave folder

☐    COB020614-COB020615.pdf
     928.2 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020616-COB020617.pdf
     795.9 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020618-COB020621.pdf
     735.2 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020622-COB020626.pdf
     741.4 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020627-COB020629.pdf
     631.4 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020630-COB020632.pdf
     710.5 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020633-COB020635.pdf
     711.5 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020636-COB020637.pdf
     588.6 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020638-COB020642.pdf
     808.8 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020643-COB020645.pdf
     741.1 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020646-COB020648.pdf
     2.4 MB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020649-COB020649.pdf
     635.2 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020650-COB020652.pdf
     746.8 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020653-COB020655.pdf
     2.4 MB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020656-COB020656.pdf
     635.2 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020657-COB020659.pdf
     745.5 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

**Members**    Details

(R)   rquinn@ch.ci.buffalo.n...
Uploader

Folder link

https://covington.kitew...

Leave folder

☐ COB020667-COB020668.pdf
733.4 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020669-COB020673.pdf
5.0 MB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020674-COB020675.pdf
733.4 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020676-COB020677.pdf
739.1 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020678-COB020678.pdf
528.2 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020679-COB020681.pdf
591.8 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020682-COB020683.pdf
737.8 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020684-COB020688.pdf
5.0 MB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020689-COB020690.pdf
817.3 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020691-COB020692.pdf
851.4 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020693-COB020694.pdf
822.1 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020695-COB020696.pdf
851.4 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020697-COB020700.pdf
807.0 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020701-COB020703.pdf
899.5 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020704-COB020706.pdf
811.4 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020707-COB020708.pdf
784.2 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020709-COB020710.pdf
714.9 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020711-COB020715.pdf
600.5 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020716-COB020718.pdf
795.3 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020719-COB020720.pdf
952.8 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload　　New　　More

22 of 32

Covington...teworks US　　990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

**Members**　Details

☐ COB020730-COB020732.pdf
736.0 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ rquinn@ch.ci.buffalo.n...
Uploader

☐ COB020733-COB020733.pdf
997.0 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐ COB020734-COB020736.pdf
740.2 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐ COB020737-COB020737.pdf
997.0 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐ COB020738-COB020739.pdf
737.7 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020740-COB020740.pdf
614.3 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020741-COB020741.pdf
608.1 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020742-COB020742.pdf
705.1 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

Upload    New    More                                                                    23 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                                                    ®

| | COB020743-COB020743.pdf |
| | 521.5 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us |

☐ COB020744-COB020745.pdf
526.1 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020746-COB020748.pdf
749.5 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020749-COB020750.pdf
746.3 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020751-COB020752.pdf
737.5 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020753-COB020755.pdf
795.9 KB, Oct 14, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020756-COB020760.pdf
753.6 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020761-COB020761.pdf
527.7 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020762-COB020767.pdf
748.2 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020768-COB020768.pdf
521.7 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020769-COB020769.pdf
526.1 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020770-COB020781.pdf
730.5 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020782-COB020786.pdf
734.7 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020787-COB020788.pdf
755.6 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020789-COB020800.pdf
734.9 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020801-COB020801.pdf
524.7 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020802-COB020807.pdf
813.2 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020808-COB020809.pdf
532.4 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020810-COB020811.pdf
530.2 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB020812-COB020813.pdf
530.7 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

Members    Details

®    rquinn@ch.ci.buffalo.n...
Uploader

Folder link

https://covington.kitew...

Leave folder

Covington Kiteworks US

Upload    New    More                                                    23 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                                    Ⓡ

537.0 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020827-COB020829.pdf
     537.0 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020830-COB020832.pdf
     541.4 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020833-COB020847.pdf
     828.4 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020848-COB020850.pdf
     697.2 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020851-COB020852.pdf
     524.4 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020853-COB020856.pdf
     800.4 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020857-COB020858.pdf
     588.8 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020859-COB020861.pdf
     537.1 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020862-COB020863.pdf
     528.6 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020864-COB020864.pdf
     792.7 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020865-COB020876.pdf
     732.2 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020877-COB020886.pdf
     722.0 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020887-COB020887.pdf
     704.3 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020888-COB020901.pdf
     955.1 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020902-COB020902.pdf
     582.0 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020903-COB020910.pdf
     650.3 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020911-COB020920.pdf
     807.1 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020921-COB020928.pdf
     610.0 KB, Oct 16, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB020929-COB020931.pdf
     597.0 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

Members    Details

Ⓡ    rquinn@ch.ci.buffalo.n...
     Uploader

Folder link

https://covington.kitew...

Leave folder

Covington Kiteworks US

| Upload | New | More | | 23 of 32 |
|---|---|---|---|---|

**Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo**

990999.11617 - Bl...

☐ Name

**Members**    Details

☐   COB020935-COB020936.pdf
772.5 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ   rquinn@ch.ci.buffalo.n...
Uploader

☐   COB020937-COB020937.pdf
520.9 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

**Folder link**

☐   COB020938-COB020938.pdf
521.7 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐   COB020939-COB020939.pdf
628.6 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

**Leave folder**

☐   COB020940-COB020947.pdf
619.2 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020948-COB020948.pdf
580.3 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020949-COB020949.pdf
520.9 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020950-COB020950.pdf
521.1 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020951-COB020958.pdf
949.9 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020959-COB020959.pdf
520.9 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020960-COB020967.pdf
952.7 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020968-COB020971.pdf
896.3 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020972-COB020972.pdf
693.3 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020973-COB020974.pdf
705.4 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020975-COB020976.pdf
1.0 MB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020977-COB020983.pdf
956.5 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020984-COB020985.pdf
1.0 MB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020986-COB020987.pdf
1.0 MB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020988-COB020996.pdf
775.0 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB020997-COB021000.pdf
1.3 MB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload        New        More                                          23 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                                990999.11617 - Bl...

COB021020-COB021020.pdf
526.5 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us          Members    Details

☐    COB021021-COB021022.pdf                                      ⓡ  rquinn@ch.ci.buffalo.n...
     704.7 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us               Uploader

☐    COB021023-COB021024.pdf                                      Folder link
     710.5 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                  https://covington.kitew...
☐    COB021025-COB021029.pdf
     805.0 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us            Leave folder

☐    COB021030-COB021033.pdf
     795.6 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021034-COB021042.pdf
     811.7 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021043-COB021048.pdf
     725.1 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021049-COB021049.pdf
     696.1 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021050-COB021050.pdf
     782.2 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021051-COB021051.pdf
     526.3 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021052-COB021059.pdf
     748.4 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021060-COB021060.pdf
     576.5 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021061-COB021063.pdf
     757.1 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021064-COB021069.pdf
     815.5 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021070-COB021070.pdf
     577.4 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021071-COB021072.pdf
     587.8 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021073-COB021076.pdf
     596.3 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021077-COB021078.pdf
     588.9 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021079-COB021081.pdf
     591.1 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021082-COB021088.pdf
     755.8 KB, Oct 22, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

☐ ~~COB021099-COB021106.pdf~~
942.8 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021107-COB021112.pdf
752.7 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021113-COB021113.pdf
522.8 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021114-COB021122.pdf
653.0 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021123-COB021123.pdf
522.8 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021124-COB021124.pdf
522.6 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021125-COB021125.pdf
522.8 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021126-COB021126.pdf
522.8 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

990999.11617 - Bl...

**Members**    Details

 rquinn@ch.ci.buffalo.n...
Uploader

Folder link

https://covington.kitew...

Leave folder

Upload　　New　　More　　　　　　　　　　　　　　　　　　　24 of 32

Covington...teworks US　　990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders　　　　　　　　　　　　　　　　　　　　　　Ⓡ

| | Members　Details |
|---|---|

COB021127-COB021127.pdf
522.8 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

COB021128-COB021128.pdf
523.0 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

COB021129-COB021129.pdf
522.9 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

COB021130-COB021130.pdf
523.1 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

COB021131-COB021131.pdf
522.8 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

COB021132-COB021138.pdf
940.8 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

COB021139-COB021139.pdf
521.7 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

COB021140-COB021140.pdf
522.6 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

COB021141-COB021141.pdf
522.8 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

COB021142-COB021144.pdf
628.0 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

COB021145-COB021145.pdf
523.0 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

COB021146-COB021146.pdf
522.8 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

COB021147-COB021147.pdf
522.8 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

COB021148-COB021148.pdf
523.0 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

COB021149-COB021149.pdf
522.9 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

COB021150-COB021150.pdf
523.0 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

COB021151-COB021151.pdf
522.8 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

COB021152-COB021158.pdf
639.7 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

COB021159-COB021159.pdf
523.0 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

COB021160-COB021160.pdf
522.8 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

**Members**　Details

Ⓡ　rquinn@ch.ci.buffalo.n...
　　Uploader

Folder link

https://covington.kitew...

Leave folder

Upload    New    More                               24 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                              Ⓡ

**Members**    Details

523.1 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021165-COB021165.pdf
522.9 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021166-COB021166.pdf
523.0 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021167-COB021167.pdf
523.0 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021168-COB021168.pdf
522.8 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021169-COB021175.pdf
946.9 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021176-COB021176.pdf
522.8 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021177-COB021177.pdf
523.0 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021178-COB021178.pdf
518.1 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021179-COB021179.pdf
523.0 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021180-COB021180.pdf
523.0 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021181-COB021181.pdf
523.2 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021182-COB021182.pdf
522.9 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021183-COB021183.pdf
522.8 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021184-COB021185.pdf
862.9 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021186-COB021187.pdf
861.1 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021188-COB021189.pdf
529.6 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021190-COB021190.pdf
523.2 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021191-COB021191.pdf
523.0 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021192-COB021192.pdf
523.0 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ   rquinn@ch.ci.buffalo.n...
Uploader

Folder link

https://covington.kitew...

Leave folder

Upload    New    More                                                    24 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                                   990999.11617 - Bl...

☐   COB021196-COB021196.pdf                                              **Members**  Details
    522.9 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                         Ⓡ  rquinn@ch.ci.buffalo.n...
☐   COB021197-COB021197.pdf                                                 Uploader
    522.8 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021198-COB021198.pdf                                              Folder link
    523.1 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                         https://covington.kitew...
☐   COB021199-COB021199.pdf
    522.9 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us                    Leave folder

☐   COB021200-COB021200.pdf
    523.0 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021201-COB021201.pdf
    523.0 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021202-COB021202.pdf
    523.1 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021203-COB021203.pdf
    522.7 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021204-COB021204.pdf
    522.9 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021205-COB021205.pdf
    523.0 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021206-COB021206.pdf
    522.9 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021207-COB021214.pdf
    950.4 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021215-COB021215.pdf
    523.2 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021216-COB021216.pdf
    523.0 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021217-COB021217.pdf
    523.0 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021218-COB021218.pdf
    522.9 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021219-COB021219.pdf
    522.9 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021220-COB021220.pdf
    522.9 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021221-COB021221.pdf
    522.7 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021222-COB021222.pdf
    523.1 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

| Upload | New | More | | 24 of 32 |

## Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

**Members**    Details

☐    COB021226-COB021226.pdf
522.8 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

R    rquinn@ch.ci.buffalo.n...
Uploader

☐    COB021227-COB021227.pdf
523.0 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐    COB021228-COB021228.pdf
523.0 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐    COB021229-COB021229.pdf
522.7 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐    COB021230-COB021230.pdf
522.9 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021231-COB021231.pdf
522.9 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021232-COB021232.pdf
522.9 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021233-COB021235.pdf
800.9 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021236-COB021236.pdf
522.9 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021237-COB021238.pdf
852.7 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021239-COB021239.pdf
523.0 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021240-COB021240.pdf
522.9 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021241-COB021241.pdf
522.8 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021242-COB021242.pdf
521.3 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021243-COB021249.pdf
957.6 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021250-COB021255.pdf
950.4 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021256-COB021257.pdf
929.2 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021258-COB021264.pdf
957.7 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021265-COB021270.pdf
947.1 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021271-COB021275.pdf
742.7 KB, Oct 28, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

Upload    New    More

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

**Members**    Details

☐    COB021296-COB021296.pdf
947.4 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ  rquinn@ch.ci.buffalo.n...
   Uploader

☐    COB021296-COB021296.pdf
528.0 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐    COB021297-COB021298.pdf
525.6 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐    COB021299-COB021299.pdf
523.9 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐    COB021300-COB021300.pdf
523.1 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021301-COB021306.pdf
927.6 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021307-COB021318.pdf
732.4 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021319-COB021325.pdf
940.8 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More

25 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders

☐ COB021326-COB021332.pdf
754.2 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021333-COB021340.pdf
964.8 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021341-COB021348.pdf
964.1 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021349-COB021350.pdf
716.8 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021351-COB021351.pdf
635.2 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021352-COB021353.pdf
699.3 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021354-COB021361.pdf
956.6 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021362-COB021362.pdf
522.1 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021363-COB021363.pdf
525.6 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021364-COB021364.pdf
521.4 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021365-COB021365.pdf
521.5 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021366-COB021367.pdf
859.5 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021368-COB021377.pdf
970.2 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021378-COB021379.pdf
700.5 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021380-COB021390.pdf
976.6 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021391-COB021393.pdf
642.4 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021394-COB021395.pdf
863.4 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021396-COB021396.pdf
526.5 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021397-COB021405.pdf
967.0 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021406-COB021406.pdf
757.3 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

Members    Details

Ⓡ  rquinn@ch.ci.buffalo.n...
Uploader

Folder link

https://covington.kitew...

Leave folder

Covington Kiteworks US

Upload    New    More

25 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

R

Search Files and Folders

763.1 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021420-COB021421.pdf
702.3 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021422-COB021429.pdf
958.1 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021430-COB021430.pdf
522.5 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021431-COB021431.pdf
523.8 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021432-COB021433.pdf
590.2 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021434-COB021434.pdf
583.7 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021435-COB021436.pdf
699.6 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021437-COB021437.pdf
524.2 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021438-COB021439.pdf
700.8 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021440-COB021441.pdf
700.6 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021442-COB021442.pdf
525.6 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021443-COB021448.pdf
924.3 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021449-COB021449.pdf
538.7 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021450-COB021451.pdf
713.8 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021452-COB021454.pdf
717.7 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021455-COB021460.pdf
917.2 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021461-COB021466.pdf
657.3 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021467-COB021472.pdf
915.7 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021473-COB021473.pdf
522.2 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

Members    Details

R    rquinn@ch.ci.buffalo.n...
Uploader

Folder link

https://covington.kitew...

Leave folder

Upload     New     More                                                  25 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                            990999.11617 - Bl...

☐   COB021477-COB021477.pdf                                       **Members**  Details
    523.1 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                  Ⓡ   rquinn@ch.ci.buffalo.n...
☐   COB021478-COB021478.pdf                                            Uploader
    523.1 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                  Folder link
☐   COB021479-COB021479.pdf
    523.0 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us            https://covington.kitew...

☐   COB021480-COB021480.pdf                                         Leave folder
    523.1 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021481-COB021481.pdf
    523.1 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021482-COB021482.pdf
    523.3 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021483-COB021483.pdf
    522.9 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021484-COB021484.pdf
    523.2 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021485-COB021485.pdf
    523.4 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021486-COB021486.pdf
    523.2 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021487-COB021487.pdf
    523.4 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021488-COB021488.pdf
    523.1 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021489-COB021489.pdf
    523.0 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021490-COB021490.pdf
    523.0 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021491-COB021491.pdf
    523.0 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021492-COB021492.pdf
    523.2 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021493-COB021493.pdf
    523.3 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021494-COB021494.pdf
    523.4 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021495-COB021495.pdf
    522.8 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021496-COB021501.pdf
    912.8 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

Upload     New     More                                                    25 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                                  990999.11617 - Bl...

☐     COB021505-COB021505.pdf
      523.2 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us        **Members**  Details

☐     COB021506-COB021506.pdf                                     Ⓡ  rquinn@ch.ci.buffalo.n...
      523.0 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us            Uploader

☐     COB021507-COB021507.pdf                                     Folder link
      523.4 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                   https://covington.kitew...
☐     COB021508-COB021514.pdf
      762.0 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us            Leave folder

☐     COB021515-COB021515.pdf
      523.2 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB021516-COB021516.pdf
      523.0 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB021517-COB021517.pdf
      523.0 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB021518-COB021518.pdf
      523.2 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB021519-COB021519.pdf
      523.5 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB021520-COB021520.pdf
      523.3 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB021521-COB021521.pdf
      523.0 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB021522-COB021522.pdf
      523.2 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB021523-COB021523.pdf
      523.0 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB021524-COB021524.pdf
      523.3 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB021525-COB021525.pdf
      523.0 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB021526-COB021526.pdf
      523.4 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB021527-COB021527.pdf
      523.2 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB021528-COB021528.pdf
      523.0 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB021529-COB021529.pdf
      523.1 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

☐     COB021530-COB021530.pdf
      523.2 KB, Oct 29, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More

### Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

990999.11617 - Bl...

☐ Name

     **Members**    Details

☐   COB021537-COB021539.pdf
777.8 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

     Ⓡ   rquinn@ch.ci.buffalo.n...
       Uploader

☐   COB021536-COB021536.pdf
523.1 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

**Folder link**

☐   COB021537-COB021537.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

     https://covington.kitew...

☐   COB021538-COB021538.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

     Leave folder

☐   COB021539-COB021539.pdf
523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021540-COB021540.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021541-COB021541.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021542-COB021543.pdf
536.8 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More                           26 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders

| | Members  Details |

☐ COB021544-COB021544.pdf
1.2 MB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

rquinn@ch.ci.buffalo.n...
Uploader

☐ COB021545-COB021545.pdf
1.2 MB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐ COB021546-COB021546.pdf
523.1 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐ COB021547-COB021552.pdf
919.1 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐ COB021553-COB021553.pdf
523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021554-COB021554.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021555-COB021555.pdf
522.8 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021556-COB021556.pdf
522.8 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021557-COB021557.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021558-COB021558.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021559-COB021559.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021560-COB021560.pdf
523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021561-COB021561.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021562-COB021562.pdf
523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021563-COB021563.pdf
523.1 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021564-COB021564.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021565-COB021565.pdf
523.1 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021566-COB021566.pdf
523.1 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021567-COB021567.pdf
523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021568-COB021568.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

Upload    New    More                                   26 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                  **Members**   Details

523.5 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us        R   rquinn@ch.ci.buffalo.n...
                                                                  Uploader

☐   COB021573-COB021573.pdf
     523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us        Folder link

☐   COB021574-COB021574.pdf
     523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us        https://covington.kitew...

☐   COB021575-COB021575.pdf
     523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us        Leave folder

☐   COB021576-COB021576.pdf
     523.5 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021577-COB021577.pdf
     523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021578-COB021578.pdf
     523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021579-COB021579.pdf
     523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021580-COB021580.pdf
     528.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021581-COB021581.pdf
     788.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021582-COB021583.pdf
     528.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021584-COB021585.pdf
     534.9 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021586-COB021588.pdf
     796.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021589-COB021589.pdf
     525.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021590-COB021590.pdf
     523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021591-COB021592.pdf
     530.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021593-COB021594.pdf
     532.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021595-COB021597.pdf
     534.9 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021598-COB021599.pdf
     528.5 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021600-COB021600.pdf
     523.5 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

| Upload | New | More | | 26 of 32 |

### Covington...teworks US     990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

**Members**   Details

Ⓡ   rquinn@ch.ci.buffalo.n...
Uploader

☐   COB021606-COB021606.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

**Folder link**

https://covington.kitew...

☐   COB021607-COB021612.pdf
914.7 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐   COB021613-COB021613.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021614-COB021614.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021615-COB021615.pdf
523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021616-COB021617.pdf
529.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021618-COB021618.pdf
523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021619-COB021619.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021620-COB021620.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021621-COB021621.pdf
523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021622-COB021623.pdf
530.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021624-COB021624.pdf
523.5 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021625-COB021625.pdf
523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021626-COB021626.pdf
523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021627-COB021627.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021628-COB021628.pdf
523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021629-COB021629.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021630-COB021630.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021631-COB021631.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021632-COB021632.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More

26 of 32

## Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

 **Members**    Details

☐    COB021636-COB021636.pdf
     523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

rquinn@ch.ci.buffalo.n...
Uploader

☐    COB021637-COB021637.pdf
     523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐    COB021638-COB021639.pdf
     703.6 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐    COB021640-COB021640.pdf
     523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐    COB021641-COB021641.pdf
     523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021642-COB021642.pdf
     523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021643-COB021643.pdf
     523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021644-COB021644.pdf
     528.5 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021645-COB021645.pdf
     520.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021646-COB021647.pdf
     524.6 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021648-COB021648.pdf
     523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021649-COB021649.pdf
     523.5 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021650-COB021650.pdf
     523.6 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021651-COB021651.pdf
     523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021652-COB021657.pdf
     915.5 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021658-COB021658.pdf
     520.7 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021659-COB021660.pdf
     525.7 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021661-COB021661.pdf
     523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021662-COB021662.pdf
     518.5 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021663-COB021663.pdf
     523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload      New      More                                    26 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                              990999.11617 - Bl...

   ~~COB021667-COB021667.pdf~~
   523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us        **Members**   Details

☐  COB021668-COB021668.pdf                                     Ⓡ  rquinn@ch.ci.buffalo.n...
   523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us            Uploader

☐  COB021669-COB021669.pdf                                     Folder link
   523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                https://covington.kitew...
☐  COB021670-COB021670.pdf
   523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us            Leave folder

☐  COB021671-COB021671.pdf
   523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021672-COB021672.pdf
   521.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021673-COB021673.pdf
   523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021674-COB021674.pdf
   523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New     More                                          27 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo                                    ⓡ

Search Files and Folders

☐ COB021675-COB021675.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021676-COB021676.pdf
525.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021677-COB021677.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021678-COB021678.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021679-COB021679.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021680-COB021685.pdf
970.8 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021686-COB021686.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021687-COB021687.pdf
523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021688-COB021688.pdf
523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021689-COB021689.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021690-COB021690.pdf
523.5 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021691-COB021691.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021692-COB021692.pdf
523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021693-COB021693.pdf
523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021694-COB021694.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021695-COB021695.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021696-COB021696.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021697-COB021697.pdf
525.1 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021698-COB021698.pdf
523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021699-COB021699.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Members   Details

ⓡ  rquinn@ch.ci.buffalo.n...
Uploader

Folder link

https://covington.kitew...

Leave folder

Upload     New     More                                                          27 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                                  Ⓡ

☐  COB021675-COB021675.pdf
   523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

**Members**    Details

Ⓡ  rquinn@ch.ci.buffalo.n...
   Uploader

☐  COB021676-COB021676.pdf
   525.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021677-COB021677.pdf
   523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

**Folder link**

https://covington.kitew...

☐  COB021678-COB021678.pdf
   523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐  COB021679-COB021679.pdf
   523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021680-COB021685.pdf
   970.8 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021686-COB021686.pdf
   523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021687-COB021687.pdf
   523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021688-COB021688.pdf
   523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021689-COB021689.pdf
   523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021690-COB021690.pdf
   523.5 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021691-COB021691.pdf
   523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021692-COB021692.pdf
   523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021693-COB021693.pdf
   523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021694-COB021694.pdf
   523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021695-COB021695.pdf
   523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021696-COB021696.pdf
   523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021697-COB021697.pdf
   525.1 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021698-COB021698.pdf
   523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021699-COB021699.pdf
   523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New     More                                    27 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                              Ⓡ

| | |
|---|---|
| | 520.5 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021704-COB021704.pdf<br>523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021705-COB021705.pdf<br>523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021706-COB021706.pdf<br>523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021707-COB021707.pdf<br>523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021708-COB021708.pdf<br>523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021709-COB021709.pdf<br>523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021710-COB021710.pdf<br>526.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021711-COB021711.pdf<br>523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021712-COB021712.pdf<br>523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021713-COB021713.pdf<br>523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021714-COB021714.pdf<br>523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021715-COB021715.pdf<br>523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021716-COB021716.pdf<br>523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021717-COB021717.pdf<br>523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021718-COB021718.pdf<br>523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021719-COB021722.pdf<br>786.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021723-COB021723.pdf<br>523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021724-COB021724.pdf<br>523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021725-COB021725.pdf<br>523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us |

**Members**  Details

Ⓡ   rquinn@ch.ci.buffalo.n...
     Uploader

Folder link

https://covington.kitew...

Leave folder

| Upload | New | More | | 27 of 32 |

## Covington...teworks US   990999.11617 - Black Love...he Rust v. City of Buffalo

☐ **Name**

990999.11617 - Bl...

**Members**   Details

Ⓡ  rquinn@ch.ci.buffalo.n...
Uploader

**Folder link**

https://covington.kitew...

Leave folder

☐ ~~COB021729-COB021729.pdf~~
522.9 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021730-COB021730.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021731-COB021731.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021732-COB021732.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021733-COB021733.pdf
521.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021734-COB021734.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021735-COB021735.pdf
523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021736-COB021736.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021737-COB021737.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021738-COB021738.pdf
523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021739-COB021739.pdf
523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021740-COB021740.pdf
523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021741-COB021741.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021742-COB021742.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021743-COB021743.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021744-COB021744.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021745-COB021745.pdf
523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021746-COB021746.pdf
523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021747-COB021747.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021748-COB021748.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

| Upload | New | More | | 27 of 32 |

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

**Members**  Details

Ⓡ rquinn@ch.ci.buffalo.n...
Uploader

Folder link

https://covington.kitew...

Leave folder

☐ COB021752-COB021752.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021753-COB021753.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021754-COB021754.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021755-COB021755.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021756-COB021756.pdf
523.5 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021757-COB021757.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021758-COB021758.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021759-COB021759.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021760-COB021760.pdf
523.5 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021761-COB021761.pdf
523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021762-COB021762.pdf
523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021763-COB021763.pdf
525.5 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021764-COB021764.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021765-COB021765.pdf
522.8 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021766-COB021766.pdf
524.6 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021767-COB021767.pdf
523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021768-COB021768.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021769-COB021769.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021770-COB021770.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021771-COB021771.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More                                    27 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                    990999.11617 - Bl...

☐      COB021775-COB021775.pdf
       523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us    Members    Details

☐      COB021776-COB021777.pdf                          Ⓡ   rquinn@ch.ci.buffalo.n...
       528.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us        Uploader

☐      COB021778-COB021783.pdf                          Folder link
       920.4 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                         https://covington.kitew...
☐      COB021784-COB021784.pdf
       523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us        Leave folder

☐      COB021785-COB021785.pdf
       523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐      COB021786-COB021786.pdf
       530.4 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐      COB021787-COB021787.pdf
       523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐      COB021788-COB021789.pdf
       538.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New     More

27 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

990999.11617 - Bl...

☐ Name

Members   Details

☐ COB021675-COB021675.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

R   rquinn@ch.ci.buffalo.n...
Uploader

☐ COB021676-COB021676.pdf
525.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐ COB021677-COB021677.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐ COB021678-COB021678.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐ COB021679-COB021679.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021680-COB021685.pdf
970.8 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Search Files and Folders

R

☐ COB021687-COB021687.pdf
523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021688-COB021688.pdf
523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021689-COB021689.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021690-COB021690.pdf
523.5 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021691-COB021691.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021692-COB021692.pdf
523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021693-COB021693.pdf
523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021694-COB021694.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021695-COB021695.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021696-COB021696.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021697-COB021697.pdf
525.1 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021698-COB021698.pdf
523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021699-COB021699.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload      New      More                                                    27 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                            990999.11617 - Bl...

☐   COB021703-COB021703.pdf
    520.5 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us          **Members**  Details

☐   COB021704-COB021704.pdf                                       Ⓡ  rquinn@ch.ci.buffalo.n...
    523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us             Uploader

☐   COB021705-COB021705.pdf                                       Folder link
    523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                  https://covington.kitew...
☐   COB021706-COB021706.pdf
    523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us          Leave folder

☐   COB021707-COB021707.pdf
    523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021708-COB021708.pdf
    523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Search Files and Folders                                          Ⓡ

☐   COB021710-COB021710.pdf
    526.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021711-COB021711.pdf
    523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021712-COB021712.pdf
    523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021713-COB021713.pdf
    523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021714-COB021714.pdf
    523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021715-COB021715.pdf
    523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021716-COB021716.pdf
    523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021717-COB021717.pdf
    523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021718-COB021718.pdf
    523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021719-COB021722.pdf
    786.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021723-COB021723.pdf
    523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021724-COB021724.pdf
    523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021725-COB021725.pdf
    523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More    27 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

COB021729-COB021729.pdf
522.9 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

**Members**    Details

☐ COB021730-COB021730.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ  rquinn@ch.ci.buffalo.n...
Uploader

☐ COB021731-COB021731.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐ COB021732-COB021732.pdf
523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐ COB021733-COB021733.pdf
521.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐ COB021734-COB021734.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021735-COB021735.pdf
523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021736-COB021736.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021737-COB021737.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021738-COB021738.pdf
523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021739-COB021739.pdf
523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021740-COB021740.pdf
523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021741-COB021741.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021742-COB021742.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021743-COB021743.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021744-COB021744.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021745-COB021745.pdf
523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021746-COB021746.pdf
523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021747-COB021747.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021748-COB021748.pdf
523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington KiteWorks US

| Upload | New | More |
|--------|-----|------|

27 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐  Name

990999.11617 - Bl...

**Members**  Details

☐  COB021752-COB021752.pdf
   523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ  rquinn@ch.ci.buffalo.n...
   Uploader

☐  COB021753-COB021753.pdf
   523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐  COB021754-COB021754.pdf
   523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐  COB021755-COB021755.pdf
   523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐  COB021756-COB021756.pdf
   523.5 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021757-COB021757.pdf
   523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021758-COB021758.pdf
   523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021759-COB021759.pdf
   523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021760-COB021760.pdf
   523.5 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021761-COB021761.pdf
   523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021762-COB021762.pdf
   523.4 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021763-COB021763.pdf
   525.5 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021764-COB021764.pdf
   523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021765-COB021765.pdf
   522.8 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021766-COB021766.pdf
   524.6 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021767-COB021767.pdf
   523.3 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021768-COB021768.pdf
   523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021769-COB021769.pdf
   523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021770-COB021770.pdf
   523.2 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB021771-COB021771.pdf
   523.0 KB, Oct 31, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New     More

27 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

| ☐ | Name |
|---|------|

990999.11617 - Bl...

Members   Details

☐   ~~COB021775-COB021775.pdf~~
    523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ rquinn@ch.ci.buffalo.n...
    Uploader

☐   COB021776-COB021777.pdf
    528.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐   COB021778-COB021783.pdf
    920.4 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐   COB021784-COB021784.pdf
    523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐   COB021785-COB021785.pdf
    523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021786-COB021786.pdf
    530.4 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021787-COB021787.pdf
    523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021788-COB021789.pdf
    538.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload        New        More                                                    28 of 32

Covington...teworks US     990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                                           990999.11617 - Bl

                                                                                                    Ⓡ

                          Search Files and Folders

☐    COB021791-COB021791.pdf                                    Ⓡ   rquinn@ch.ci.buffalo.n...
     671.9 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us            Uploader

☐    COB021792-COB021792.pdf                                   Folder link
     523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                               https://covington.kitew...
☐    COB021793-COB021793.pdf
     523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us       Leave folder

☐    COB021794-COB021794.pdf
     523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021795-COB021795.pdf
     523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021796-COB021796.pdf
     523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021797-COB021797.pdf
     521.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021798-COB021798.pdf
     523.4 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021799-COB021800.pdf
     527.5 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021801-COB021801.pdf
     523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021802-COB021802.pdf
     530.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021803-COB021803.pdf
     523.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021804-COB021804.pdf
     523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021805-COB021805.pdf
     523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021806-COB021806.pdf
     523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021807-COB021807.pdf
     523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021808-COB021808.pdf
     523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021809-COB021809.pdf
     523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB021810-COB021810.pdf
     524.9 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

| Upload | New | More | | • | 28 of 32 |

Covington...teworks US　　990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl

®

Search Files and Folders

☐ COB021815-COB021815.pdf
523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ rquinn@ch.ci.buffalo.n...
Uploader

☐ COB021816-COB021816.pdf
523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐ COB021817-COB021817.pdf
523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐ COB021818-COB021818.pdf
523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐ COB021819-COB021819.pdf
523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021820-COB021820.pdf
523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021821-COB021824.pdf
733.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021825-COB021825.pdf
523.5 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021826-COB021826.pdf
523.5 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021827-COB021827.pdf
523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021828-COB021829.pdf
587.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021830-COB021835.pdf
919.9 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021836-COB021836.pdf
523.4 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021837-COB021837.pdf
523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021838-COB021838.pdf
523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021839-COB021839.pdf
523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021840-COB021840.pdf
523.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021841-COB021841.pdf
523.5 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021842-COB021842.pdf
523.5 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

| Upload | New | More |

28 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

990999.11617 - Bl...

☐ Name

**Members**  Details

~~523.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us~~

Ⓡ rquinn@ch.ci.buffalo.n...
Uploader

☐ COB021847-COB021847.pdf
523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐ COB021848-COB021848.pdf
523.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐ COB021849-COB021849.pdf
523.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐ COB021850-COB021850.pdf
523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021851-COB021851.pdf
523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021852-COB021852.pdf
523.5 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021853-COB021853.pdf
523.5 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021854-COB021854.pdf
523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021855-COB021855.pdf
523.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021856-COB021856.pdf
523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021857-COB021857.pdf
523.5 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021858-COB021858.pdf
523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021859-COB021859.pdf
523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021860-COB021864.pdf
609.5 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021865-COB021865.pdf
523.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021866-COB021866.pdf
523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021867-COB021867.pdf
523.4 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021868-COB021868.pdf
523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021869-COB021869.pdf
523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

| Upload | New | More | | 28 of 32 |

## Covington...teworks US   990999.11617 - Black Love...he Rust v. City of Buffalo

| ☐ | Name |
|---|------|
| ☐ | ~~COB021874-COB021874.pdf~~ 797.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us |

**Members**   Details

ⓡ  rquinn@ch.ci.buffalo.n...
Uploader

**Folder link**

https://covington.kitew...

Leave folder

| ☐ | COB021876-COB021876.pdf 626.8 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021877-COB021878.pdf 709.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021879-COB021879.pdf 525.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021880-COB021880.pdf 523.5 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021881-COB021883.pdf 714.4 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021884-COB021885.pdf 703.4 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021886-COB021886.pdf 523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021887-COB021887.pdf 523.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021888-COB021888.pdf 523.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021889-COB021894.pdf 929.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021895-COB021895.pdf 523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021896-COB021897.pdf 528.4 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021898-COB021898.pdf 523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021899-COB021899.pdf 523.4 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021900-COB021900.pdf 523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021901-COB021902.pdf 716.5 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021903-COB021904.pdf 587.7 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021905-COB021905.pdf 523.4 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us |
| ☐ | COB021906-COB021906.pdf 523.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us |

Send file
▾

Upload      New      More                                                    28 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                                      990999.11617 - Bl...

☐   ~~COB021911-COB021911.pdf~~                                             **Members**   Details
     523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021912-COB021912.pdf                                                 Ⓡ  rquinn@ch.ci.buffalo.n...
     523.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us                        Uploader

☐   COB021913-COB021913.pdf                                                 Folder link
     523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                            https://covington.kitew...
☐   COB021914-COB021914.pdf
     523.4 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us                       Leave folder

☐   COB021915-COB021915.pdf
     523.4 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021916-COB021917.pdf
     713.8 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021918-COB021918.pdf
     523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021919-COB021919.pdf
     523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload      New      More                                              29 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                                      Ⓡ

☐   COB021920-COB021920.pdf
    523.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021921-COB021921.pdf
    523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021922-COB021923.pdf
    700.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021924-COB021924.pdf
    523.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021925-COB021926.pdf
    530.5 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021927-COB021927.pdf
    523.4 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021928-COB021928.pdf
    523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021929-COB021929.pdf
    523.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021930-COB021930.pdf
    523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021931-COB021931.pdf
    523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021932-COB021932.pdf
    713.4 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021933-COB021933.pdf
    523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021934-COB021936.pdf
    745.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021937-COB021937.pdf
    523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021938-COB021939.pdf
    587.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021940-COB021940.pdf
    523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021941-COB021941.pdf
    522.8 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021942-COB021946.pdf
    911.8 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021947-COB021947.pdf
    523.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021948-COB021948.pdf
    523.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Members    Details

Ⓡ  rquinn@ch.ci.buffalo.n...
   Uploader

Folder link

https://covington.kitew...

Leave folder

| Upload | New | More | | 29 of 32 |

### Covington...teworks US   990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                 (R)

523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

**Members**  Details

(R) rquinn@ch.ci.buffalo.n...
Uploader

☐ COB021953-COB021953.pdf
523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021954-COB021955.pdf
703.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐ COB021956-COB021956.pdf
523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐ COB021957-COB021957.pdf
523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐ COB021958-COB021958.pdf
523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021959-COB021959.pdf
522.8 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021960-COB021960.pdf
523.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021961-COB021961.pdf
523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021962-COB021962.pdf
523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021963-COB021963.pdf
523.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021964-COB021964.pdf
522.8 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021965-COB021965.pdf
523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021966-COB021966.pdf
523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021967-COB021967.pdf
523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021968-COB021968.pdf
523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021969-COB021969.pdf
522.8 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021970-COB021971.pdf
713.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021972-COB021973.pdf
711.9 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB021974-COB021974.pdf
523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New     More                                                29 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                          990999.11617 - Bl...

☐   ~~COB021978-COB021978.pdf~~
    523.0 KB, Nov 2, 2020                                        **Members**  Details

☐   COB021979-COB021979.pdf                                     (R)  rquinn@ch.ci.buffalo.n...
    522.8 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us              Uploader

☐   COB021980-COB021980.pdf                                     Folder link
    523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                https://covington.kitew...
☐   COB021981-COB021981.pdf
    523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us         Leave folder

☐   COB021982-COB021982.pdf
    523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021983-COB021983.pdf
    523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021984-COB021984.pdf
    522.8 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021985-COB021985.pdf
    523.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021986-COB021986.pdf
    523.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021987-COB021987.pdf
    522.8 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021988-COB021988.pdf
    523.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021989-COB021989.pdf
    522.8 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021990-COB021994.pdf
    914.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021995-COB021995.pdf
    523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021996-COB021996.pdf
    523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021997-COB021997.pdf
    524.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021998-COB021998.pdf
    524.7 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB021999-COB021999.pdf
    523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB022000-COB022000.pdf
    523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB022001-COB022001.pdf
    522.8 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload     New     More                                              29 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                              990999.11617 - Bl...

☐   ~~COB022005-COB022005.pdf~~                                     **Members**   Details
    523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                    ℝ   rquinn@ch.ci.buffalo.n...
☐   COB022006-COB022006.pdf                                             Uploader
    523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                    Folder link
☐   COB022007-COB022007.pdf
    523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us               https://covington.kitew...

☐   COB022008-COB022008.pdf                                           Leave folder
    523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB022009-COB022009.pdf
    523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB022010-COB022010.pdf
    523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB022011-COB022011.pdf
    523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB022012-COB022012.pdf
    523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB022013-COB022013.pdf
    523.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB022014-COB022014.pdf
    523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB022015-COB022015.pdf
    523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB022016-COB022016.pdf
    522.8 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB022017-COB022017.pdf
    522.8 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB022018-COB022018.pdf
    523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB022019-COB022019.pdf
    523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB022020-COB022020.pdf
    523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB022021-COB022021.pdf
    523.8 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB022022-COB022022.pdf
    523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB022023-COB022023.pdf
    522.8 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐   COB022024-COB022024.pdf
    529.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Upload    New    More

29 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

COB022028-COB022028.pdf
523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB022029-COB022029.pdf
523.4 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB022030-COB022030.pdf
522.8 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB022031-COB022031.pdf
523.4 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB022032-COB022032.pdf
522.8 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB022033-COB022033.pdf
523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB022034-COB022034.pdf
522.8 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB022035-COB022035.pdf
523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

990999.11617 - Bl...

**Members**  Details

Ⓡ  rquinn@ch.ci.buffalo.n...
Uploader

Folder link

https://covington.kitew...

Leave folder

Upload    New    More                                          30 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                                                    Ⓡ

| | Members  Details |
| --- | --- |

☐  COB022036-COB022036.pdf
    523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Members    Details

☐  COB022037-COB022037.pdf
    523.8 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Ⓡ  rquinn@ch.ci.buffalo.n...
    Uploader

☐  COB022038-COB022038.pdf
    523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Folder link

☐  COB022039-COB022039.pdf
    525.7 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐  COB022040-COB022040.pdf
    523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐  COB022041-COB022041.pdf
    523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB022042-COB022042.pdf
    523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB022043-COB022043.pdf
    523.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB022044-COB022044.pdf
    521.9 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB022045-COB022045.pdf
    523.4 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB022046-COB022046.pdf
    522.8 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB022047-COB022047.pdf
    523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB022048-COB022048.pdf
    523.1 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB022049-COB022049.pdf
    523.6 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB022050-COB022050.pdf
    523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB022051-COB022051.pdf
    523.4 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB022052-COB022052.pdf
    522.8 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB022053-COB022053.pdf
    523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB022054-COB022054.pdf
    523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐  COB022055-COB022055.pdf
    527.4 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

Upload    New    More

30 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders

                                                                    Members    Details

523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB022060-COB022060.pdf
     523.4 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us         rquinn@ch.ci.buffalo.n...
                                                                  Uploader

☐    COB022061-COB022061.pdf
     523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us       Folder link

☐    COB022062-COB022062.pdf                                    https://covington.kitew...
     523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us
                                                                    Leave folder
☐    COB022063-COB022063.pdf
     523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB022064-COB022064.pdf
     523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB022065-COB022065.pdf
     522.8 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB022066-COB022066.pdf
     522.8 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB022067-COB022067.pdf
     523.8 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB022068-COB022068.pdf
     523.5 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB022069-COB022069.pdf
     523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB022070-COB022070.pdf
     523.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB022071-COB022071.pdf
     523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB022072-COB022076.pdf
     935.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB022077-COB022083.pdf
     606.3 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB022084-COB022084.pdf
     523.4 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB022085-COB022085.pdf
     523.0 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB022086-COB022086.pdf
     523.5 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB022087-COB022087.pdf
     523.2 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐    COB022088-COB022088.pdf
     523.5 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

| Upload | New | More | | 30 of 32 |
|---|---|---|---|---|

## Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

**Members**   Details

Ⓡ rquinn@ch.ci.buffalo.n...
Uploader

**Folder link**

https://covington.kitew...

Leave folder

---

☐ COB022092-COB022092.pdf
523.5 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB022093-COB022093.pdf
523.4 KB, Nov 2, 2020 by rquinn@ch.ci.buffalo.ny.us

☐ COB022094-COB022094.pdf
523.0 KB, Yesterday at 10:04 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022095-COB022095.pdf
526.0 KB, Yesterday at 10:04 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022096-COB022096.pdf
523.0 KB, Yesterday at 10:04 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022097-COB022098.pdf
795.6 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022099-COB022099.pdf
526.7 KB, Yesterday at 10:04 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022100-COB022100.pdf
523.8 KB, Yesterday at 10:04 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022101-COB022101.pdf
521.7 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022102-COB022102.pdf
526.4 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022103-COB022103.pdf
522.6 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022104-COB022104.pdf
523.8 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022105-COB022106.pdf
863.9 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022107-COB022109.pdf
878.0 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022110-COB022112.pdf
595.3 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022113-COB022114.pdf
725.0 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022115-COB022116.pdf
868.9 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022117-COB022119.pdf
877.4 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022120-COB022123.pdf
902.9 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022124-COB022125.pdf
865.6 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

| Upload | New | More | | | 30 of 32 |

**Covington...teworks US**    990999.11617 - Black Love...he Rust v. City of Buffalo

990999.11617 - Bl...

☐ Name

**Members**    Details

☐ COB022130-COB022130.pdf
521.7 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

Ⓡ  rquinn@ch.ci.buffalo.n...
Uploader

☐ COB022131-COB022131.pdf
524.5 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

Folder link

☐ COB022132-COB022132.pdf
625.6 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐ COB022133-COB022134.pdf
703.8 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐ COB022135-COB022138.pdf
908.2 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022139-COB022139.pdf
715.1 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022140-COB022140.pdf
531.9 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022141-COB022141.pdf
507.9 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022142-COB022143.pdf
778.3 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022144-COB022145.pdf
796.1 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022146-COB022150.pdf
1,014.4 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022151-COB022152.pdf
781.3 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022153-COB022155.pdf
634.1 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022156-COB022157.pdf
778.5 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022158-COB022161.pdf
898.6 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022162-COB022166.pdf
913.8 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022167-COB022170.pdf
805.4 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022171-COB022175.pdf
604.5 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022176-COB022176.pdf
517.3 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022177-COB022178.pdf
706.3 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

Upload    New    More                                                      30 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name                                                                    990999.11617 - Bl...

☐    ~~COB022186-COB022186.pdf~~                            **Members**    Details
     586.1 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us
                                                             Ⓡ    rquinn@ch.ci.buffalo.n...
☐    COB022187-COB022188.pdf                                      Uploader
     778.4 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐    COB022189-COB022190.pdf                                 Folder link
     791.0 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us
                                                             https://covington.kitew...
☐    COB022191-COB022191.pdf
     627.9 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us    Leave folder

☐    COB022192-COB022192.pdf
     843.2 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐    COB022193-COB022193.pdf
     584.1 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐    COB022194-COB022195.pdf
     715.2 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐    COB022196-COB022196.pdf
     843.2 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

Covington Kiteworks US

| Upload | New | More | | 31 of 32 |

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders

R

☐ COB022197-COB022199.pdf
959.4 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022200-COB022202.pdf
949.7 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022203-COB022203.pdf
526.0 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022204-COB022204.pdf
624.2 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022205-COB022205.pdf
976.5 KB, Yesterday at 10:05 AM by rquinn@ch.ci.buffalo.ny.us

☐ COB022206-COB022207.pdf
539.0 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022208-COB022211.pdf
737.9 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022212-COB022217.pdf
746.9 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022218-COB022219.pdf
533.6 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022220-COB022225.pdf
621.7 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022226-COB022227.pdf
533.9 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022228-COB022236.pdf
617.2 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022237-COB022238.pdf
588.5 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022239-COB022247.pdf
626.4 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022248-COB022251.pdf
603.2 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022252-COB022254.pdf
731.4 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022255-COB022256.pdf
774.6 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022257-COB022257.pdf
529.4 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022258-COB022258.pdf
583.5 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022259-COB022259.pdf
586.4 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

**Members**  Details

R  rquinn@ch.ci.buffalo.n...
Uploader

Folder link

https://covington.kitew...

Leave folder

Upload     New     More                    31 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

Search Files and Folders                     Ⓡ

534.3 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022267-COB022267.pdf
530.3 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022268-COB022268.pdf
528.8 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022269-COB022270.pdf
782.6 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022271-COB022272.pdf
533.7 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022273-COB022273.pdf
523.6 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022274-COB022275.pdf
680.4 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022276-COB022276.pdf
585.0 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022277-COB022278.pdf
708.8 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022279-COB022280.pdf
686.2 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022281-COB022281.pdf
746.6 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022282-COB022282.pdf
688.8 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022283-COB022285.pdf
606.4 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022286-COB022288.pdf
690.8 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022289-COB022289.pdf
697.7 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022290-COB022291.pdf
722.9 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022292-COB022294.pdf
739.4 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022295-COB022296.pdf
697.7 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022297-COB022299.pdf
608.6 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022300-COB022300.pdf
525.9 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

Members   Details

Ⓡ   rquinn@ch.ci.buffalo.n...
Uploader

Folder link

https://covington.kitew...

Leave folder

| Upload | New | More | | 31 of 32 |

## Covington...teworks US　　990999.11617 - Black Love...he Rust v. City of Buffalo

990999.11617 - Bl...

☐ Name

**Members**　Details

～～～～～～～　COB022316.pdf
592.4 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

Ⓡ　rquinn@ch.ci.buffalo.n...
Uploader

☐　COB022317-COB022317.pdf
528.9 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

**Folder link**

☐　COB022318-COB022318.pdf
713.4 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐　COB022319-COB022326.pdf
996.8 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐　COB022327-COB022330.pdf
1.3 MB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐　COB022331-COB022332.pdf
721.0 KB, Yesterday at 6:34 PM by rquinn@ch.ci.buffalo.ny.us

☐　COB022333-COB022338.pdf
751.3 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐　COB022339-COB022342.pdf
745.6 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐　COB022343-COB022343.pdf
596.0 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐　COB022344-COB022351.pdf
996.8 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐　COB022352-COB022355.pdf
1.3 MB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐　COB022356-COB022357.pdf
533.2 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐　COB022358-COB022358.pdf
529.3 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐　COB022359-COB022360.pdf
726.7 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐　COB022361-COB022362.pdf
534.9 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐　COB022363-COB022364.pdf
602.7 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐　COB022365-COB022372.pdf
996.8 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐　COB022373-COB022376.pdf
1.3 MB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐　COB022377-COB022381.pdf
610.6 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐　COB022382-COB022385.pdf
609.7 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

| Upload | New | More | | 31 of 32 |

## Covington...teworks US   990999.11617 - Black Love...he Rust v. City of Buffalo

☐ **Name**

   962.9 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022398-COB022401.pdf
   1,014.3 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022402-COB022410.pdf
   2.2 MB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022411-COB022414.pdf
   1.4 MB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022415-COB022416.pdf
   5.8 MB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022417-COB022417.pdf
   1,010.7 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022418-COB022421.pdf
   1.3 MB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022422-COB022424.pdf
   777.5 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022425-COB022425.pdf
   528.4 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022426-COB022427.pdf
   707.6 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022428-COB022430.pdf
   736.4 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022431-COB022432.pdf
   726.2 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022433-COB022434.pdf
   711.4 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022435-COB022439.pdf
   820.4 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022440-COB022440.pdf
   936.8 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022441-COB022441.pdf
   690.6 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022442-COB022446.pdf
   820.2 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022447-COB022447.pdf
   936.8 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022448-COB022448.pdf
   690.6 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐ COB022449-COB022451.pdf
   596.4 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

**990999.11617 - Bl...**

**Members**   Details

 rquinn@ch.ci.buffalo.n...
Uploader

**Folder link**

https://covington.kitew...

Leave folder

Covington Kiteworks US

Upload    New    More

31 of 32

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

990999.11617 - Bl...

☐   COB022459-COB022459.pdf
958.5 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

Members    Details

☐   COB022460-COB022462.pdf
733.9 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

Ⓡ rquinn@ch.ci.buffalo.n...
Uploader

☐   COB022463-COB022464.pdf
831.0 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

Folder link

☐   COB022465-COB022467.pdf
841.4 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

https://covington.kitew...

☐   COB022468-COB022468.pdf
693.7 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

Leave folder

☐   COB022469-COB022469.pdf
694.4 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐   COB022470-COB022471.pdf
716.4 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐   COB022472-COB022474.pdf
882.5 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us



Search Files and Folders

Upload     New     More

32 of    Hide info

Covington...teworks US    990999.11617 - Black Love...he Rust v. City of Buffalo

☐ Name

☐    COB022475-COB022476.pdf
       856.1 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐    COB022477-COB022477.pdf
       620.7 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐    COB022478-COB022480.pdf
       882.5 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐    COB022481-COB022482.pdf
       856.1 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐    COB022483-COB022494.pdf
       730.3 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐    COB022495-COB022506.pdf
       731.7 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐    COB022507-COB022507.pdf
       585.3 KB, Yesterday at 6:35 PM by rquinn@ch.ci.buffalo.ny.us

☐    roadblock directive.doc
       29.0 KB, Apr 29, 2020 by rquinn@ch.ci.buffalo.ny.us

990999.11617 - Bl...

Members   Details

rquinn@ch.ci.buffalo.n...
Uploader

Folder link

https://covington.kitew...

Leave folder