# Quinn,Robert E

| | |
|---|---|
| **From:** | Quinn,Robert E |
| **Sent:** | Sunday, November 01, 2020 12:51 AM |
| **To:** | 'Claudia Wilner' |
| **Cc:** | 'Darius Charney'; 'Chinyere Ezie'; 'kwilliams@wnylc.com'; 'Britney Wilson'; 'jjoachim@cov.com' |
| **Subject:** | RE: BLRR v. COB - discovery deficiencies |

Kimberly Beaty:

Strike force - COB018716-COB019049
Traffic stop – COB019050-COB020294
Road block – COB020295-COB020320
Bias - COB020321-COB020755
Discriminat – COB020756-COB020861
Quota – COB020862-COB020886
Revenue - COB020887-COB020928
East side – COB020929-COB021088
Housing – COB021089-COB021772

---

**From:** Quinn,Robert E
**Sent:** Friday, October 02, 2020 10:13 PM
**To:** 'Claudia Wilner' <wilner@nclej.org>
**Cc:** 'Darius Charney' <dcharney@ccrjustice.org>; 'Chinyere Ezie' <cezie@ccrjustice.org>; 'kwilliams@wnylc.com' <kwilliams@wnylc.com>; 'Britney Wilson' <wilson@nclej.org>; 'jjoachim@cov.com' <jjoachim@cov.com>
**Subject:** RE: BLRR v. COB - discovery deficiencies

Lt. Michael Quinn:

Checkpoint – COB018351-COB018382
Strike Force – COB018499-COB018619
BMHA – COB018620-COB018621
Housing – COB018622-COB018622
Impound – COB018623-COB018626
Rac – COB018627-COB018631
Roadblock – COB018632-COB018632
Summons - COB018633-COB018638
Ticket – COB018639-COB018643
Tint – COB018644-COB018644
Traffic Stop – COB018645-COB018650

---

**From:** Quinn,Robert E
**Sent:** Friday, October 02, 2020 8:55 AM
**To:** 'Claudia Wilner' <wilner@nclej.org>
**Cc:** 'Darius Charney' <dcharney@ccrjustice.org>; 'Chinyere Ezie' <cezie@ccrjustice.org>; 'kwilliams@wnylc.com' <kwilliams@wnylc.com>; 'Britney Wilson' <wilson@nclej.org>; 'jjoachim@cov.com' <jjoachim@cov.com>
**Subject:** RE: BLRR v. COB - discovery deficiencies

1

I'm hoping to get through Lt. Michael Quinn today and will detail the production as previously discussed. Again, if you want certain custodians or terms searched in a particular order please let me know.

**From:** Quinn,Robert E
**Sent:** Friday, October 02, 2020 8:48 AM
**To:** 'Claudia Wilner' <wilner@nclej.org>
**Cc:** Darius Charney <dcharney@ccrjustice.org>; Chinyere Ezie <cezie@ccrjustice.org>; kwilliams@wnylc.com; Britney Wilson <wilson@nclej.org>; jjoachim@cov.com
**Subject:** RE: BLRR v. COB - discovery deficiencies

On point 6, the training bulletins bates numbered COB018383-COB018498 which were uploaded to Covington yesterday, may be responsive. I will have another batch of training bulletins this afternoon or tomorrow and will supplement formal discover responses once completed.

**From:** Claudia Wilner [mailto:wilner@nclej.org]
**Sent:** Friday, September 25, 2020 1:34 PM
**To:** Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us>
**Cc:** Darius Charney <dcharney@ccrjustice.org>; Chinyere Ezie <cezie@ccrjustice.org>; kwilliams@wnylc.com; Britney Wilson <wilson@nclej.org>; jjoachim@cov.com
**Subject:** BLRR v. COB - discovery deficiencies

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Rob, please see the attached correspondence.



**Claudia Wilner**
Director of Litigation and Advocacy (pronouns she/her)
National Center for Law and Economic Justice
275 Seventh Avenue, Suite 1506, New York, NY 10001-6860

212-633-6967 | wilner@nclej.org | www.nclej.org

   

**Confidentiality Note:** This e-mail (including attachments) is intended only for the addressee and may contain information that is privileged and/or confidential. Distribution or copying of this e-mail or its attachments by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at 212-633-6967 or e-mail at info@nclej.org and destroy the original message and all copies.