# Exhibit 1

**From:** Darius Charney <dcharney@ccrjustice.org>
**Sent:** Tuesday, March 10, 2020 4:44 PM
**To:** Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us>
**Cc:** Travis England <england@nclej.org>; Claudia Wilner <wilner@nclej.org>; Williams, Keisha <kwilliams@wnylc.com>
**Subject:** Re: BLRR IAD Files

Rob-

Attached please find an Excel table of all of the non-duplicate files among the 168 IAD files which the Court ordered Defendants to produce. As you'll see, even after accounting for the duplicates, there are still 136 IAD files that Defendants are required to produce pursuant the Court's December 19, 2019 Order. As I mentioned in my email on Friday, Defendants have thus far only produced 63 of these 136 files, (the produced files are highlighted in green in the attached table). That means, more than half (73, highlighted in yellow in the attached table) of the 136 files have not yet been produced or otherwise accounted for by Defendants. Accordingly, Plaintiffs request that you provide in writing this week:(1) confirmation that the remaining 73 IAD files were destroyed pursuant to the BPD/City's record retention policy, (2) a copy of that record retention policy, and (3) the dates of destruction of these 73 files. If you do not provide this information to us, we will feel compelled to bring this matter to the Court's attention.

Darius

On Fri, Mar 6, 2020 at 4:49 PM Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us> wrote:

Ok, I will.  Short answer is that there not actually that number of files because some entries were duplicates, some no longer exist, and I've produced everything that we have but continue to look.

---

**From:** Darius Charney [mailto:dcharney@ccrjustice.org]
**Sent:** Friday, March 06, 2020 4:36 PM
**To:** Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us>
**Cc:** Travis England <england@nclej.org>; Claudia Wilner <wilner@nclej.org>; Williams, Keisha <kwilliams@wnylc.com>
**Subject:** Re: BLRR IAD Files

> ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Rob-

In your upcoming response, please also indicate the specific date by which you will produce the remainder of the IAD files that the Court ordered you to produce. We have reviewed the two IAD file productions that you've previously made, and, by our count, there are just over 60 separate IAD files included in the productions, which is  less than half of the total number of files that you were required to produce by no later than February 24, 2020. Defendants are now in violation of the Court's orders with respect to production of the IAD files.

In addition, please include in your upcoming response an update on plaintiffs' outstanding requests made during and following Lieutenant Fahey's deposition that Defendants search for and produce Buffalo Police Academy training documents and BPD training bulletins responsive to Plaintiffs' Requests for Production Nos. 35-40.

Darius

On Fri, Mar 6, 2020 at 11:45 AM Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us> wrote:

> Apologize again, I've been out of the office this week taking trial testimony in Maryland.  Will work on this now and have a response by Sunday at the latest.

**From:** Quinn,Robert E
**Sent:** Friday, February 28, 2020 3:15 PM
**To:** 'Travis England' <england@nclej.org>; Darius Charney <dcharney@ccrjustice.org>
**Cc:** Claudia Wilner <wilner@nclej.org>; Williams, Keisha <kwilliams@wnylc.com>
**Subject:** RE: BLRR IAD Files

I'll try to have something on Monday.  Sorry for delay.

**From:** Travis England [mailto:england@nclej.org]
**Sent:** Friday, February 28, 2020 1:37 PM
**To:** Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us>; Darius Charney <dcharney@ccrjustice.org>
**Cc:** Claudia Wilner <wilner@nclej.org>; Williams, Keisha <kwilliams@wnylc.com>
**Subject:** Re: BLRR IAD Files

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

We received the disc. Thanks. When will you be responding to Claudia's February 14 letter?

**From:** "Quinn,Robert E" <rquinn@ch.ci.buffalo.ny.us>
**Date:** Thursday, February 27, 2020 at 1:58 PM
**To:** Travis England <england@nclej.org>, Darius Charney <dcharney@ccrjustice.org>
**Cc:** Claudia Wilner <wilner@nclej.org>, "Williams, Keisha" <kwilliams@wnylc.com>
**Subject:** RE: BLRR IAD Files

Let me know if you don't get in the next day or two and I will resend.

**From:** Travis England [mailto:england@nclej.org]
**Sent:** Thursday, February 27, 2020 1:22 PM
**To:** Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us>; Darius Charney <dcharney@ccrjustice.org>
**Cc:** Claudia Wilner <wilner@nclej.org>; Williams, Keisha <kwilliams@wnylc.com>
**Subject:** RE: BLRR IAD Files

3

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Ok, thank you.

**From:** Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us>
**Sent:** Thursday, February 27, 2020 12:50 PM
**To:** Travis England <england@nclej.org>; Darius Charney <dcharney@ccrjustice.org>
**Cc:** Claudia Wilner <wilner@nclej.org>; Williams, Keisha <kwilliams@wnylc.com>
**Subject:** RE: BLRR IAD Files

both

**From:** Travis England [mailto:england@nclej.org]
**Sent:** Thursday, February 27, 2020 12:43 PM
**To:** Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us>; Darius Charney <dcharney@ccrjustice.org>
**Cc:** Claudia Wilner <wilner@nclej.org>; Williams, Keisha <kwilliams@wnylc.com>
**Subject:** RE: BLRR IAD Files

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Hi Rob,

Did you send this to our office or Western New York Law Center?

Thanks,

Travis

**From:** Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us>
**Sent:** Tuesday, February 25, 2020 3:20 PM
**To:** Darius Charney <dcharney@ccrjustice.org>
**Cc:** Claudia Wilner <wilner@nclej.org>; Travis England <england@nclej.org>; Williams, Keisha <kwilliams@wnylc.com>
**Subject:** RE: BLRR IAD Files

4

Attached is in today's mail.  File is too large to email.

**From:** Quinn,Robert E
**Sent:** Tuesday, February 25, 2020 11:16 AM
**To:** 'Darius Charney' <dcharney@ccrjustice.org>
**Cc:** W, Claudia <wilner@nclej.org>; England, Travis <england@nclej.org>; Williams, Keisha <kwilliams@wnylc.com>
**Subject:** RE: BLRR IAD Files

We have an additional production which was retrieved from storage that is currently being scanned.  That will go out by Friday, hopefully sooner.  Some records may have previously been destroyed per record retention but I am still confirming this.  I will have everything produced and/or information on what does and does not exist by March 6, hopefully sooner.  Please let me know if there are any questions or you have any issues with the time frame, I can try to speed up if necessary.

Rob Quinn.

**From:** Darius Charney [mailto:dcharney@ccrjustice.org]
**Sent:** Monday, February 24, 2020 9:50 AM
**To:** Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us>
**Cc:** W, Claudia <wilner@nclej.org>; England, Travis <england@nclej.org>; Williams, Keisha <kwilliams@wnylc.com>
**Subject:** Re: BLRR IAD Files

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Rob-

Based on Plaintiffs' initial review of the Internal Affairs files that you produced on February 11 , it appears that only 40 files were included in your production. As you know, the Court's December 19, 2019 Order directed Defendants to produce all 168 of the IAD files requested by Plaintiffs within 30 days of Plaintiffs' notifying the Court that we were electing production of the files pursuant to an Attorneys' Eyes Only protective order. Plaintiffs notified the Court of our election of the Attorneys' Eyes Only protective order on January 21, and the Court entered the protective order on January 24, 2020. It has now been 31 days since the Court entered the protective order. Accordingly, Plaintiffs request that you inform us by no later than close of

5

business tomorrow a date certain by which you will produce the remaining Internal Affairs files. If we do not hear from you by close of business tomorrow, we intend to notify the Court of the situation.

Darius

On Tue, Feb 11, 2020 at 8:04 PM Quinn,Robert E <rquinn@ch.ci.buffalo.ny.us> wrote:

> See attached re: IAD files. PDF was too large to email so it's in the mail saved to disk. I'll also hand deliver a copy to local counsel tomorrow. Let me know if you have any questions. Thanks.
>
> Rob Quinn. 851-4326.
>
> **From:** Quinn,Robert E
> **Sent:** Tuesday, February 11, 2020 8:02 PM
> **To:** 'W, Claudia' <wilner@nclej.org>; 'Darius Charney' <dcharney@ccrjustice.org>
> **Subject:** BLRR E-Discovery
>
> Initial tranche of e-discovery is attached.

--

**Darius Charney**
Senior Staff Attorney
*Pronouns: He/Him*

**Center for Constitutional Rights** | Justice takes a fight.
666 Broadway, 7th Floor  New York, NY 10012
212.614.6475

ccrjustice.org | facebook | twitter | instagram | linkedin

--

**Darius Charney**
Senior Staff Attorney
*Pronouns: He/Him*

**Center for Constitutional Rights** | Justice takes a fight.
666 Broadway, 7th Floor  New York, NY 10012
212.614.6475

ccrjustice.org | facebook | twitter | instagram | linkedin

--
**Darius Charney**
Senior Staff Attorney
*Pronouns: He/Him*

**Center for Constitutional Rights** | Justice takes a fight.
666 Broadway, 7th Floor  New York, NY 10012
212.614.6475

ccrjustice.org | facebook | twitter | instagram | linkedin