# Exhibit 2

| Search Term | Date | Category | Designation | Case ID | No. | Issue? | Blank? | Description | Requested? | Produced? | Bates Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| "Traffic Stop" | 2/10/2014 | External | I | EC2014-012 | | Conduct | | Complainants allege that officers treated thenm rudely and acted inappropriately during a traffic stop. | Y | Y | COB010047 |
| "Check Point" | 10/2/2014 | External | I | EC2014-131 | | Conduct | | Comoplt. upset that she received summons and citations at check point. | Y | Y | COB010150 |
| "Traffic Stop" | 7/2/2014 | External | I | EC2014-075 | | Conduct | | Officer was allegedly rude to motorist/complainant on traffic stop | Y | Y | COB010200 |
| "Traffic Stop" | 10/7/2014 | External | I | EC2014-137 | 14-2720977 | Conduct | | Complainant states that officer's behavior toward her was rude and harassing pursuant to a traffic stop. | Y | Y | COB010232 |
| "Traffic Stop" | 10/16/2014 | External | I | EC2014-145 | | Conduct | | Cmplt states that during a traffic stop officers were rude unprofessional and did stop him improperly and did drive off in his vehicle following same. | Y | Y | COB010307 |
| "Summons" | 10/15/2014 | External | I | EC2014-193 | | Conduct | | Complainant alleges that the subject officer harasses her regarding her vehicle's headlights swearing at her while she is in traffic. The complainant further alleges that when she attempted to file a complaint against the officer she was given a summons for a headlight violation and not allowed to make her complaint. | Y | Y | COB010330 |
| "Traffic Stop" | 4/9/2014 | Excessive Force | I | EF2014-022 | | Excessive Force | | Complainant alleges that during a traffic stop officers slammed his head off of a vehicle and kicked him numerous times causing injury. Additionally officers are alleged to have made threats against the complt. | Y | Y | COB010366 |
| "Summons" | 10/1/2014 | Internal | I | IC2014-203 | | Conduct | | The driver of a vehicle that received two parking violation summonses alleges that the subject officer issued them without cause. | Y | Y | COB010487 |
| "Profile" | 1/14/2015 | External | I | EC2015-007 | | Conduct | | Complainant alleges that the subject officer stopped him for VTL violations without cause and that he was the victim of racial profiling. | Y | Y | COB010539 |
| "Traffic Stop" | 3/30/2015 | External | I | EF2015-013 | | Excessive Force | | Complainant alleges that during a traffic stop the subject officer struck him about the face with a closed fist and threatened him with arrest based on drugs that were in the possession of the officer. | Y | Y | COB010588 |
| "Traffic Stop" | 4/1/2015 | Excessive Force | I | EF2015-016 | | Excessive Force | | Complainant alleges that following a traffic stop effected by the subject officer he was taken to the Housing Unit Offices where he was roughed up outside of the patrol car while handcuffed and while inside the offices he was thrown against a filing cabinet and punched about the face by that officer. | Y | Y | COB010632 |
| "Traffic Stop" | 3/26/2015 | External | I | EC2015-019 | | Conduct | | complainant states that Officer treated her poorly on a traffic stop | Y | Y | COB010848 |
| "Traffic Stop" | 3/17/2014 | External | I | EC2014-033 | | Conduct | | Complainant alleges that the subject officer drew his weapon and pointed same at his head while he was the subject of a traffic stop. | Y | Y | COB01087 |
| "Ticket" | 6/3/2015 | Intra Office | I | I/O 2015-038 | 15-1430371 | Conduct | | Complainant came to HQ on June 3 2015 to complaint how this involved officer is harassing him along with writing erroneous information on the ticket. | Y | Y | COB010902 |
| "Traffic Stop" | 7/15/2015 | External | I | EC2015-038 | | Conduct | | Complainant alleges that the target officer was rude and used obscene language towards her during a traffic stop/arrest. The complainant also claims that the officer would not call a supervisor to the scene as she requested. The complainant was charged with resisting arrest during this incident but no use of force report done. | Y | Y | COB011125 |
| "Traffic Stop" | 9/25/2015 | External | I | EC2015-053 | 15-2610847 | Conduct | | Complainant feels that officers initiated traffic stop to harass her and that requesting ID from her juvenile passengers was inappropriate. | Y | Y | COB011357 |
| "Traffic Stop" | 9/21/2015 | External | I | EC2015-055 | | Conduct | | Complainant alleges that the subject officer treated him rudely during a traffic stop. | Y | Y | COB011443 |
| "Traffic Stop" | 10/7/2015 | External | I | EC2015-056 | | Conduct | | Conduct during Traffic stop | Y | Y | COB011490 |
| "Profile" | 10/27/2015 | External | I | EC2015-059 | | Conduct | | Complainant reports that officers "racial profiled" and threatened to lock up him and his friends while sitting on the porch at 148 Riverside Ave. One "friend" was arrested for possession of marijuana at the scene. | Y | Y | COB011579 |
| "Traffic Stop" | 11/16/2015 | External | I | EC2015-064 | | Conduct | | Rudeness/Swearing during a traffic stop. | Y | Y | COB011650 |
| "Traffic Stop" | 1/25/2016 | External | I | EC2016-005 | | Conduct | | Complaint received from the NYS IG stating that [redacted] reports that several (5-6) Unknown BPD officers stole between $50-100 from him during a traffic stop. The time and date of the stop is unknown at this time. | Y | Y | COB011690 |
| "Traffic Stop" | 1/26/2016 | External | I | EC2016-006 | 16-0180674 | Conduct | | Complainant alleges that officer was rude intimdating and unprofessional during traffic stop. | Y | Y | COB011718 |

| Category | Date | Type | I | Case # | Alt # | Sub-category | Description | Y1 | Y2 | Bates |
|---|---|---|---|---|---|---|---|---|---|---|
| "Traffic Stop" | 4/25/2016 | Excessive Force | I | EF2016-010 | | Excessive Force | Complainant ▇▇▇ reports that Officers ▇▇▇ "jumped" her during a traffic stop. She alleges that they pulled her hair punched and kicked her in the face/head causing dental damage as well as swelling and bruising to face and head. | Y | Y | COB011767 |
| "Traffic Stop" | 7/18/2016 | Excessive Force | I | EF2016-021 | | Excessive Force | Complainant reports that Officer ▇▇▇ used excessive force and we rude during a traffic stop and in the process of arresting her. | Y | Y | COB011853 |
| "Summons" | 4/6/2016 | External | I | EC2016-023 | | Procedures | Complainants allege that the subject officer issued a parking violations summons without justification. | Y | Y | COB011932 |
| "Profile" | 5/3/2016 | External | I | EC2016-027 | | Conduct | Complainant feels that he was racially profiled when approached by officers. He is also dissatisfied with how the lieutenant handled the matter when he called the district to complain. | Y | Y | COB012083 |
| "Racial" | 4/17/2017 | Excessive Force | I | EF2017-005 | | Excessive Force | Complainant stated she was assaulted by 5 Police Officers during which she sustained a busted lip and facial pain. Complainant also stated she was subjected to racial slurs from 1 Police Lieutenant. | Y | Y | COB012178 |
| "Profile" | 8/29/2017 | External | I | EC2017-027 | | Conduct | Complainant alleges that he was racially profiled. | Y | Y | COB012327 |
| "Checkpoint" | 9/22/2017 | External | I | EC2017-030 | | Conduct | Complainant alleges that subject officer sent her an unwanted message on Facebook after making contact with her during a traffic checkpoint. | Y | Y | COB012365 |
| "Traffic Stop" | 12/7/2017 | External | I | EC2017-044 | | Conduct | Complt alleges during a traffic stop and subsequent arrest the subject officer acted unprofessionally by taunting him and using profane language | Y | Y | COB012442 |
| "Ticket" | 5/11/2017 | Internal | I | IC2017-086 | | Procedures | Subject Officer alleged to have advised numerous motorists whom he'd issued tickets while assigned to a detail car to plead not guilty to all charges as he would not present himself to court to contest them. Subject Officer failed to appear for court after being directed to appear for court by court administrator and Lieutenant. | Y | Y | COB012537 |
| "Traffic Stop" | 1/25/2018 | External | I | EC2018-005 | | Conduct | Subject Probationary Officer did provide poor conduct during a traffic stop. | Y | Y | COB012676 |
| "Traffic Stop" | 10/4/2018 | External | I | EF2018-010 | 18-2590654 | Conduct | Complainant alleges that the subject Officer used racial and homophobic slurs during a traffic stop and the subsequent arrest | Y | Y | COB012710 |
| "Traffic Stop" | 8/2/2018 | External | I | EC2018-027 | 18-2111144 | Conduct | Complainant alleges subject Officer acted unprofessionally and used inappropriate language during a traffic stop. | Y | Y | COB012771 |
| "Traffic Stop" | 9/19/2018 | External | I | EC2018-035 | | Conduct | Complainant alleges that officers caused damage to his vehicle and personal property while searching his vehicle during a traffic stop. | Y | Y | COB013927 |
| "Traffic Stop" | 2/6/2019 | Excessive Force | I | EF2019-001 | | Excessive Force | Complainant believes officer did violate his rights during recent traffic stop which resulted in complainant's arrest. Complainant states officer did use excessive force both during and after removing him from his vehicle while effecting the arrest. | Y | Y | COB013991 |
| "Ticket" | 10/19/2018 | Intra Office | I | I/O 2018-078 | | | Complt. called 311 line to say that PO ▇▇▇ (no first name) continually pull him over and write him tickets. Referred to C District for follow up | Y | Y | COB014229 |
| "Ticket" | 9/10/2018 | Intra Office | I | I/O 2018-066 | | Conduct | Complt. was upset that after being given tickets she was pulled out of her vehicle and put in handcuffs in front of her 3 year old son. | Y | Y | COB014231 |
| "Summons" | 9/19/2018 | Intra Office | I | I/O 2018-064 | | Conduct | The complainant states the officers were conducting a traffic stop in the vicinity of Virginia/Prospect (two blocks from her house) and she had locked her keys in the car. She stated the officer had a nasty attitue swore at her and hold her to stand over there. The officer asked for her license and returned with two summons unsafe start and the oter misc. She stated her vehicle was parked and not running therefore she doesn't understand why she received two summons. She had court on Tues 9/ | Y | Y | COB014245 |
| "Traffic Stop" | 7/24/2018 | Intra Office | I | I/O 2018-051 | | Conduct | Complt. is upset about PO conduct on a traffic stop | Y | Y | COB014262 |
| "Traffic Stop" | 3/30/2018 | Intra Office | I | I/O 2018-024 | | Conduct | Complt. claims PO's are harassing his customers are they leave his store by means of traffic stops which he feels targeted by PO's. as well. | Y | Y | COB014272 |
| "Traffic Stop" | 8/22/2017 | Intra Office | I | I/O 2017-093 | | Conduct | complt. claims she was harassed by PO's on traffic stop and no summons issued. | Y | Y | COB014289 |
| "Traffic Stop" | 12/15/2017 | Intra Office | I | I/O 2017-090 | | Conduct | complt. claims PO to be unprofessional on traffic stop | Y | Y | COB014302 |
| "Summons" | 10/24/2017 | Intra Office | I | I/O 2017-082 | | Procedures | A citizen complaint form was forwarded from Delta Dist - claiming on traffic stop she was harassed and her person/car was searched summons given | Y | Y | COB014323 |

| Type | Date | Source | | ID | Ref | Category | Description | | | Bates |
|---|---|---|---|---|---|---|---|---|---|---|
| "Ticket" | 10/11/2017 | Intra Office | I | I/O 2017-078 | | Conduct | Complt states he was looking for a parking spot in the vicinity of the football field behind Villa Maria College on Sat 9/23/17. A spot was open near a hydrant and he asked the officer if he would be ok parking there because he felt he was far enough from the hydrant (10ft). The officer said something about getting a ticket and he said to the officer "why ya so hard on us" and the officer said "you want to make it racist" I'm giving you a ticket. The officer wrote the ticket placed on car a | Y | Y | COB014326 |
| "Ticket" | 4/26/2017 | Intra Office | I | I/O 2017-025 | 17-1140336 | Conduct | This complainant called IAD to complain about the involved officer writing him a ticket and towing his car. He was parked outside of City Hall waiting for his wife. The officer did speak with someone parked behind him and then the officer approached him. He states the officer did scream obscenities and almost called him a ni**er but stopped. The complainant didn't appreciate the way the officer spoke to him. The officer told him he was towing his car. The complainant feels the officer was abusi | Y | Y | COB014356 |
| "Traffic Stop" | 4/13/2017 | Intra Office | I | I/O 2017-024 | | Conduct | complt. complaint of rude conduct against PO while on traffic stop | Y | Y | COB014381 |
| "Summons" | 6/12/2013 | Internal | I | IC2013-122 | | Conduct | Subject officers allegedly was rude during issuance of numerous traffic summons. | Y | Y | COB014418 |
| "Profile" | 10/15/2013 | External | I | EC2013-133 | | Conduct | The complainant alleges that the subject officer whose gun was drawn ordered him to place his hands on the car he was searched and placed in the rear of the officer's patrol vehicle. The complainant was subsequently released after a computer check.The complainant alleges that this action was a matter of racial profiling in that the complainant was a white male in a predominantly black and hispanic neighborhood. | Y | Y | COB014474 |
| "Traffic Stop" | 8/27/2013 | External | I | EC2013-094 | | | Complt alleges Subject Officer was rude intimidating unproffesional to her also damaged property and impounded her vehicle without cause during a traffic stop. | Y | Y | COB014515 |
| "Traffic Stop" | 6/21/2013 | External | I | EC2013-068 | 13-169-0920 | Conduct | Complt alleges Subject Officer was rude during traffic stop. | Y | Y | COB014573 |
| "Summons" | 5/29/2013 | External | I | EC2013-056 | | Conduct | Complainants allege that the subject officer issued improper summonses and used profanities while engaged in a second employment. | Y | Y | COB014600 |
| "Summons" | 1/16/2013 | External | I | EC2013-013 | | Conduct | Complainants allege that the subject officer treated them rudely acting confrontational towards them and issuing a number of summonses. | Y | Y | COB014626 |
| "Profile" | 10/26/2018 | External | I | EC2018-043 | 18-1680065 | Procedures | Cmplt alleges he was racially profiled when Officers conducted a traffic stop of his vehicle. Subject Officers alleged they stopped the complainant's vehicle for failing to signal 100 feet before making a turn. Upon investigation the complt was found to have an expired drivers license a cup of alcholic beverage inside the vehicle and 2 ounces of Marihauna. Subsequently the cmplt was arrested. The cmplt alleges Officers seized 2 cell phones and cash during the arrest. He also alleges that Offi | Y | Y | COB014661 |
| "Profile" | 3/19/2019 | Intra Office | I | I/O 2019-026 | | Conduct | Comp. reports that E-district officers keep harassing her about the whereabouts of her son ▇▇▇▇▇▇ due to him having several warrants. She is feeling racially profiled by officers and would like no police contact. | Y | Y | COB014737 |
| "Summons" | 3/4/2019 | Intra Office | I | I/O 2019-019 | | Procedures | Comp. reports that he was falsely arrested and given several driving summons when he alleges he was not the one driving the vehicle. | Y | Y | COB014782 |
| "Traffic Stop" | 1/28/2019 | Intra Office | I | I/O 2019-009 | | Conduct | Comp. reports that while on traffic stop Officer ▇▇▇ made comments towards her that she considered "racist" and that the Officer advised he to make a complaint about him. | Y | Y | COB014809 |
| "Traffic Stop" | 1/17/2019 | Intra Office | I | I/O 2019-005 | | Conduct | Comp. is upset due to officers abusing their powers during a traffic stop. | Y | Y | COB014823 |
| "Ticket" | 12/17/2018 | Intra Office | I | I/O 2018-105 | | Conduct | ▇▇▇▇ complains that during a traffic stop (BA4190KR5V) he was unfairly given multiple tickets and didnt derserve to be spoken to as a "boy". | Y | Y | COB014838 |
| "Ticket" | 11/20/2018 | Intra Office | I | I/O 2018-085 | | Conduct | Complt. is upset that Officer gave her three tickets when he didn't have to after she had a very bad day. | Y | Y | COB014855 |
| "Ticket" | 11/8/2018 | Intra Office | I | I/O 2018-084 | | Conduct | Coomplt. says PPO thought she was engaged in criminal activity and gave her a ticket when she just left her home and went to the store across the street from where he stopped her. | Y | Y | COB014878 |
| "Traffic Stop" | 10/30/2018 | Intra Office | I | I/O 2018-082 | | Conduct | Complt. upset that officers stopped and targeted her and friends because of their race on traffic stop she sent email to our dept. | Y | Y | COB014888 |

| Type | Date | Source | | File # | Alt # | Category | Description | Y | Y/N | Bates |
|---|---|---|---|---|---|---|---|---|---|---|
| "Ticket" | 9/17/2018 | Intra Office | I | I/O 2018-068 | | Conduct | Complt. claims officers stopping him on a ticket stop is violating his civil rights. | Y | Y | COB014924 |
| "Traffic Stop" | 1/16/2013 | External | I | EC2013-011 | | Conduct | Complt. upset about traffic stop | Y | N | |
| "Traffic Stop" | 2/19/2013 | External | I | EC2013-026 | | Conduct | Complt. upset about treatement on a traffic stop. | Y | N | |
| "Summons" | 3/13/2013 | External | I | EC2013-034 | | | Complt. says Officers are harassing him and writing him ordinance summonses. | Y | N | |
| "Traffic Stop" | 5/1/2013 | External | I | EC2013-043 | | Conduct | Complt pulled over during traffic stop and states officer was rude harassing and disrespectful. Complt also feels officer abused his authority. | Y | N | |
| "Traffic Stop" | 5/8/2013 | External | I | EC2013-044 | | Conduct | Complt.s feel PO was rude and nasty on traffic stop. | Y | N | |
| "Summons" | 5/14/2013 | External | I | EC2013-049 | | | Complt.upset about summonses and how Officer treated him. | Y | N | |
| "Summons" | 5/14/2013 | External | I | EC2013-048 | | Conduct | Complt.upset about summonses and felt PO was rude and held him for excessive time. | Y | N | |
| "Traffic Stop" | 8/23/2013 | External | I | EC2013-093 | | Conduct | Complt. says PO was rude on traffic stop. | Y | N | |
| "Traffic Stop" | 8/27/2013 | External | I | EC2013-096 | | | Complt. says PO was rude and used foul language on traffic stop. | Y | N | |
| "Ticket" | 9/16/2013 | External | I | EC2013-108 | | Conduct | Complt states involved officer was very rude and unprofessional. She states she questioned him on why he was writing tickets during a community walk event at Delaware Park. The cars were parked on the grass and when she asked him the officer went "ballistic". | Y | N | |
| "Racial" | 10/9/2013 | Excessive Force | I | EF2013-050 | | Excessive Force | Complainant alleges that the subject officer pushed him to the ground punched him about the stomach and used a number of gay and racial slurs for no lawful reason. | Y | N | |
| "Ticket" | 10/17/2013 | External | I | EC2013-126 | | Conduct | Complt. upset about tickets and PO's attitude. | Y | N | |
| "Ticket" | 10/23/2013 | External | I | EC2013-129 | | Conduct | Complt. upset about tickets and being stopped by PO. | Y | N | |
| "Summons" | 11/5/2013 | Internal | I | IC2013-203 | | Conduct | Complt. felt harassed and targeted by Officer who wrote him several summonses. | Y | N | |
| "Ticket" | 11/5/2013 | External | I | EC2013-139 | 13-306-1123 | Conduct | Complt states he was being harassed by said officer by writing him a ticket and given him numerous field sobriety test handcuffing him placing him in rear of patrol car telling him he failed and then saying he didn't fail along with writing him a ticket. | Y | N | |
| "Traffic Stop" | 11/14/2013 | Internal | I | IC2013-212 | | Conduct | Complt. upset about traffic stop and summonses. | Y | N | |
| "Racial" | 12/23/2013 | Excessive Force | I | EF2013-058 | | Excessive Force | Complainant alleges that the subject officers struck him about the face neck and head while using racial slurs. | Y | N | |
| "Ticket" | 1/17/2014 | External | I | EC2014-158 | | Conduct | Complt states he was stopped by involved officer and this officer was rude and didn't give him a reason as to why he was stopped. He was searched along with his vehicle and again no reason given to the search. He was not given a ticket and hle was told to shut up by the officer. | Y | N | |
| "Ticket" | 3/25/2014 | External | I | EC2014-044 | | Conduct | Complt. feels Officer gave his grandson three tickets and impounded vehicle un-justly. | Y | N | |
| "Ticket" | 7/1/2014 | External | I | EC2014-073 | | Conduct | Complt. feels Officer had no just cause to pull him over and gave him a false ticket. | Y | N | |
| "Summons" | 7/15/2014 | External | I | EC2014-091 | | Conduct | Complainant states that officer is issuing parking summonses to his vehicles as a means of retribution. While working security in a bar he had words with this officer several weeks ago and now has 2 summonses issued by her within one week. | Y | N | |
| "Ticket" | 8/7/2014 | External | I | EC2014-105 | | Procedures | Complainant states officer gave elderly father a ticket and had her vehicle towed while at funeral. Her main complaint is that there were no parking signs and her fathers car had a handicapped sticker. | Y | N | |
| "Checkpoint" | 8/18/2014 | External | I | EC2014-104 | | Conduct | Complainant was stopped at traffic checkpoint. She received several summonses and her vehicle was impounded she stated that her license suspension had been lifted.Officer was rude. | Y | N | |
| "Summons" | 9/3/2014 | External | I | EC2014-117 | | Conduct | Complt. upset about summonses. | Y | N | |
| "Summons" | 9/3/2014 | External | I | EC2014-116 | | Conduct | Complt. feels that Lt. is targeting him and writing him excessive summonses. | Y | N | |
| "Racial" | 9/5/2014 | External | I | EC2014-118 | | Conduct | Complt states subject officer threatened to take cuffs off and beat him up. Repeatedly called complt racial names and did stop several times while enroute to CBB to curse threaten and call complt names. | Y | N | |

| Type | Date | Source | | Case # | Ref # | Category | Narrative | Y | N |
|---|---|---|---|---|---|---|---|---|---|
| "Traffic Stop" | 9/9/2014 | External | I | EC2014-113 | | Conduct | Complt states she is being harassed by the Housing officers or Strike Force officers. The most recent incident is that the officer was looking inside her veh while the veh was parked in her driveway. She states there has been many other incidents with the officers coming to her home or doing traffic stops involving friends coming or leaving from her home. | Y | N |
| "Traffic Stop" | 9/15/2014 | External | I | EC2014-191 | | Conduct | Complt and his fiancee were involved in a traffic stop. He felt threatened because the w/m officer approached the veh with his hand on his gun and making references to what occurred in Missouri. Officers stated they didn't trust "those two". The female officer made comments regarding his fiancee's short skirt and shouldn't wear it. Complt feels he was targeted because he's African American. | Y | N |
| "Checkpoint" | 10/2/2014 | External | I | EC2014-130 | 14-2681044 | Procedures | Complainant states that following a stop at a traffic checkpoint officer did search his vehicle without permission that he was treated rudely by the officer and that $50 bill is now missing from his ashtray. | Y | N |
| "Traffic Stop" | 11/26/2014 | External | I | EC2014-170 | | Conduct | Complainant claims un professional behavior by officer on a Traffic stop. | Y | N |
| "Ticket" | 12/5/2014 | External | I | EC2014-174 | | Conduct | Complainant states she is being harassed by the involved officer and issued city ordinance tickets. She also states there are specific neighbors who are members of the block club that are working along side the officer concerning the harassment. | Y | N |
| "Check Point" | 5/14/2015 | Use of force | I | H15-134-0405 | 151340405 | | Subject was driving a car with a suspended license. Subject passed through a Commissioner of Police approved check point. Subject was issued several summons. Subject was going to have his Vehicle impounded for VTL 511. Subject continued to stand in the street and argue with Officers over his tickets and his car being impounded. Subject was told several times to to leave the street and the area. Def. refused. Def was told to sit in the back of the police car. Def refused officers attempted to cu | Y | N |
| "Traffic Stop" | 6/3/2015 | External | I | EC2015-028 | 15-1480004 | Conduct | Complainants state that officers were rude and unprofessional during the traffic stop that led to his arrest. | Y | N |
| "Profile" | 6/17/2015 | External | I | EC2015-031 | 15-1661001 | Conduct | Complainant states that she feels she and her husband were "racially profiled" on a traffic stop in which her husband was issued several summonses and their car was impounded. | Y | N |
| "Traffic Stop" | 6/24/2015 | Intra Office | I | I/O 2015-040 | | | complt. upset about traffic stop | Y | N |
| "Summons" | 6/29/2015 | Intra Office | I | I/O 2015-059 | | Conduct | complainant states that she was stopped by ▮ on 5/29/2015 at 1652 at Brinkman/Doat str. ▮ asked the complainant for her License and Registration. ▮ then came back to the vehicle informing complainant that her registration was suspended. Complainant handed ▮ a registration clearance notice dated 5/21/2015. The complainant states that ▮ was nastyrudecondensending to her. ▮ did not issue a summons and told complainant to keep the paperwork we | Y | N |
| "Ticket" | 7/30/2015 | External | | EC2015-043 | | Suspended Driver's License | Complainant states that he feels harassed as he was stopped and ticketed for a made up violation. Complainant feels this was racially motivated and he wants an apology. | Y | N |
| "Traffic Stop" | 7/31/2015 | Intra Office | I | I/O 2015-052 | | Conduct | Complt. upset how PO conducted herself on traffic stop | Y | N |
| "Summons" | 8/14/2015 | Intra Office | I | I/O 2015-060 | | Conduct | ▮ called Satellite office 8/13/15 with summons # issued by P.O ▮ on 6/22/15. ▮ plead not guilty and requested a court date after finding out she would have to pay several hundred dollars. ▮ stated she drove W/B on Lafayette SQ near Washington ave. behind a patrol vehicle driving 5 mph ▮ stated the Patrol vehicle then pulled over to the side and ▮ decided to pass the vehicle. After doing so she was pulled over and it took the officer 45. min to issue her 2 | Y | N |

| Type | Date | Category | | ID | Ref # | Class | Description | Y | N |
|---|---|---|---|---|---|---|---|---|---|
| "Traffic Stop" | 9/16/2015 | Intra Office | I | I/O 2015-077 | | Conduct | The complaint is in regard to how the complainant was treated at a traffic stop conducted by P.O ▮▮▮▮ on 09/14/2015 2130hrs. on Michigan ave. The complainant stated that after being pulled over the officer very rudely asked for his licenses and refused to tell him the reason for the stop. After 35 minutes officer ▮▮▮▮ returned to the vehicle with the complainants license asking the age of his daughter that was seated in the back seat. The complainants wife then stated that she was 8 years o | Y | N |
| "Traffic Stop" | 10/15/2015 | Intra Office | I | I/O 2015-076 | | Conduct | complt. upset with comments made by PO on traffic stop | Y | N |
| "Traffic Stop" | 11/16/2015 | Use of force | I | SF15-320-0636 | 153200636 | | While performing safety check point on Leslie at Scajaquada the subject was operating ▮▮▮▮ Chrysler black with dark tinted side windows. Upon performing a traffic stop officers detected strong odor of marijuana upon having the subject step out of the vehicle I observed a large bulge in the subjects buttocks area of his sweatpants. Upon attempting to detain the subject for safety purposes he did pull away struggling with officers which lead to a foot chase. While chasing the subj | Y | N |
| "Summons" | 11/16/2015 | Intra Office | I | I/O 2015-086 | | Conduct | Complt states the involved officer has been harassing him. According to the complt he has been stopped five (5) times within the last week. On 11/11/15 he was issued two (2) summons. Then the complt returned on Wed 11/18 to stating his property on Northampton was raided and he believes the involved officer again was involved based on the fact the his full name was on the warrant. If info was from an informant that person would have used his street name of "knuckles". | Y | N |
| "Racial" | 11/25/2015 | Intra Office | I | I/O 2015-088 | 15-3250685 | Conduct | Complainant claims P.O ▮▮▮▮ is harassing him in different ways. The officer is stopping him frequently to conduct searches and calls him names and racial epithets when he sees him on the street. | Y | N |
| "Summons" | 12/7/2015 | Intra Office | I | I/O 2015-092 | 15-3400713 | Conduct | Complt states while he was sitting in his vehicle veh was parked and not on the officer questioned him asked him to stop out of vehicle did pat him down and issued him summons. He saw the officer up the street doing whatever he was doing (he also took a photo) and he doesn't know why the officer bothered him. He states he used to live on that street he knows the neighbors he was waiting for his friend to return from the store and knows that the neighb ors would not have called on him. | Y | N |
| "Summons" | 1/27/2016 | Use of force | I | H16-027-0602 | 160270602 | | OFFICERS HAD PERFORMED A VEHICLE AND Traffic STOP AT SAID LOCATED FOR TINTED WINDOWS. THE INDIVIDUAL WAS ISSUED AND PRESENTED SUMMONS FOR THE TINTS. THE INDIVIDUAL WHILE IN HER CAR BECAME Irate AND BEGAN TO SCREAM AT THE OFFICER STATING THAT SHE WANTED HIS NAME AND BADGE NUMBER. THE Officer THAN TOLD AND SHOWED THE INDIVIDUAL THAT THE INFORMATION SHE REQUESTED WAS ON THE TICKET AND THEN BEGAN TO WALK AWAY FROM THE VEHICLE. THE INDIVIDUAL THEN EXITED THE VEHICLE AND CONTINUED TO SCREAM AT THE OF | Y | N |
| "Traffic Stop" | 1/27/2016 | Use of force | I | H16-027-0602 | 160270602 | | OFFICERS HAD PERFORMED A VEHICLE AND Traffic STOP AT SAID LOCATED FOR TINTED WINDOWS. THE INDIVIDUAL WAS ISSUED AND PRESENTED SUMMONS FOR THE TINTS. THE INDIVIDUAL WHILE IN HER CAR BECAME Irate AND BEGAN TO SCREAM AT THE OFFICER STATING THAT SHE WANTED HIS NAME AND BADGE NUMBER. THE Officer THAN TOLD AND SHOWED THE INDIVIDUAL THAT THE INFORMATION SHE REQUESTED WAS ON THE TICKET AND THEN BEGAN TO WALK AWAY FROM THE VEHICLE. THE INDIVIDUAL THEN EXITED THE VEHICLE AND CONTINUED TO SCREAM AT THE OF | Y | N |
| "Traffic Stop" | 3/9/2016 | Intra Office | I | I/O 2015-096 | | Conduct | Complt. upset how PO's conducted themselves on traffic stop | Y | N |
| "Traffic Stop" | 3/15/2016 | External | I | EC2016-017 | | Conduct | Complainant alleges that the subject Officer was rude and unprofessional during traffic stop | Y | N |
| "Profile" | 3/21/2016 | External | I | EC2016-018 | | Conduct | ▮▮▮▮ reports an incident of Racial Profiling | Y | N |
| "Profile" | 3/30/2016 | Intra Office | I | I/O 2016-028 | | Conduct | Complt. felt like he was be racial profiled against due to the fact same two officers responded to two calls at his apartment. | Y | N |
| "Traffic Stop" | 4/15/2016 | External | I | EC2016-025 | | Conduct | Complainant states that during a traffic stop he was forcibly removed from the passenger seat of the vehicle called racial slurs searched without permission and held at gun point. | Y | N |

| Category | Date | Type | | Case # | Ref # | Description | | |
|---|---|---|---|---|---|---|---|---|
| "Ticket" | 4/20/2016 | Use of force | I | H16-111-0764 | 161110764 | After defendant was issued Six Vehicle and Traffic Tickets on NY Registration [redacted]. suspended Insurance and Registration. Defendant was issued these tickets then was standing to the side. Officer was in the Patrol car 916 Plate Reader Housing. Once the tow truck River Side (422) arrived on scene. Defendant was behind the Red Jeep refusing to move from behind the truck. Defendant was on the phone and told numerous times to move away so her vehicle could be towed. Defendant told myself she wa | Y | N |
| "Discriminat" | 4/25/2016 | Intra Office | I | I/O 2016-032 | 160990735 Conduct | Complainant frustrated regarding the way an Acc.PDO was handled at Memorial dr./William str The complainant stated that the officer devoted all his time and attention to the other driver. The complainant was upset over the officers lack of empathy and believes she was discriminated against because she is hispanic and officer and occupants of other vehicle were caucasian. She stated that as a civil servant he should have been more sensitive to her needs. | Y | N |
| "Profile" | 5/25/2016 | Intra Office | I | I/O 2016-036 | | Procedures | Complainant filed a complaint with the Commission on Citizen & Community Relations at City Hall file #1609. [redacted] complaint about being contained in the back of a patrol vehicle at a homicide scene at 220 Chadduck ave. She feels she was racially profiled after being detained at the scene for over an hour till a Detective from homicide was able to talk to her. | Y | N |
| "Summons" | 6/7/2016 | Intra Office | I | I/O 2016-042 | 16-1570725 | Conduct | Complainant states that her daughter [redacted] was driving her fathers vehicle when she was pulled over at rano/crowley av. her daughter received 5 summonses and the vehicle was impounded. The complainant felt this was unjust because the parking summonses were paid back in may of 2016. The complainant also stated that she was pulled over right behind her daughter and the officer told her to shut up or she would be arrested along with her husband. She also stated that the officer snatched | Y | N |
| "Profile" | 6/10/2016 | Intra Office | I | I/O 2016-043 | 16-1620113 | Conduct | [redacted] received a summons for loud noise on 6/10/16 at 0400hrs. at 168 Langfield ave. The complainant stated he was walking away from the residence as the officer arrived and that he was called back by the officer and asked for ID and placed in the back of the patrol vehicle. The complainant stated that the officer then stated " You just live here in the housing projects because your unemployed". The complainant feels that he was racially profiled by the officer. The complainant received a | Y | N |
| "Profile" | 6/29/2016 | External | I | EC2016-040 | 16-1721252 | Conduct | Complainant states that he was subjected to racial profiling during a traffic stopas he was the rear passenger and the only person detained. | Y | N |
| "Summons" | 8/1/2016 | Intra Office | I | I/O 2016-054 | 16-2130578 | Conduct | Complt states his veh was impounded and he given summons while he was pumping gas and claims to have had a license driver with him. He states the involved officer is harassing him writing numerous tickets coming into stores to shake him down hanging out in front of his house and also having his partners to harass him. He claims he was forcibly removed from the veh on 7/31& his phone was snatched from his hand. He also alleges that in Jan 2016 his phone and non driver's ID was taken from him a | Y | N |
| "Summons" | 8/5/2016 | Intra Office | I | I/O 2016-063 | | Conduct | The complainant stated that he was pulled over for dark tints and that the officer stated he would take him to jail if he had anything to say. The officers partner then wrote the complainant 6 summonses. The complainant is upset stating the summonses are bogus and he wants to be reimburse for travel time and missed work from Rochester to Buffalo. Complainant also stated the traffic stop made him late for a State Job Interview. | Y | N |
| "Summons" | 10/24/2016 | Intra Office | I | I/O 2016-093 | 16-2970747 | | Complt feels he is being harassed by the involved officer during a traffic stop. Complt states has had several run in with this same officer. Although officer didn't have a tint meter he still was written for the tents. He also questioned the number of summons he rec'd w/o his veh being impounded. He also went to the district house of SF/Housing he did speak with the Lt but felt as if the Lt was siding with the officers. He was told there was nothing he could do. | Y | N |

| Type | Date | | ID | Case # | Category | Description | | |
|---|---|---|---|---|---|---|---|---|
| "Traffic Stop" | 10/31/2016 Intra Office | I | I/O 2016-092 | 16-3030833 | Conduct | Complt #1 states there was an exchange of words between him and the officer because the complt did agree with traffic stop. He did request a supervisor and the officer denied his request. The backup officer opened his passenger door grabbed his hand & leg but not forceful and the complt state I don not consent to unreasonable search & seizure. The complt states he rec'd no notification re: being detained or arrested. He feels the officer was instigating & trying to find charges to add. He feel | Y | N |
| "Ticket" | 11/14/2016 Intra Office | I | I/O 2016-095 | | Conduct | Complt states he was driving on Fillmore approaching Kensington to turn right on to Kensington. He states the patrol veh was focusing on a vehicle in front of them. The patrol veh started veering and crossing into his lane so he blew is horn to alert the officer and had to drive up on the driveway/sidewalk to avoid the patrol car from hitting him. He was pulled over by the officer on Kensington @ Fillmore and the officer appeared to be agitated. When ▮▮▮ asked the officer why the ticket and complt. upset she was issued summons and felt the officer was just looking for things wrong with her vehicle. also claims officer threw up peace sign as they drove away | Y | N |
| "Summons" | 2/21/2017 Intra Office | I | I/O 2017-007 | | Conduct | | Y | N |
| "Profile" | 7/25/2017 External | | EC2017-022 | | Conduct | Complainant alleges that he was racially profiled by an officer during a traffic stop. | Y | N |
| "Traffic Stop" | 8/11/2017 Intra Office | I | I/O 2017-056 | | Conduct | Complainant upset about PO's conduct on traffic stop also spoke to LT. about incident and he never returned his call. | Y | N |
| "Summons" | 11/8/2017 External | I | EC2017-038 | | Conduct | Complainant states he was the victim of a violent robbery in Lackawanna and while fleeing away from the scene he was pulled over by the subject Lieutenant. The complainant alleges the Lieutenant showed no concerned about the robbery and/or visible injuries to his right eye and face. He alleges the Lieutenant never offered to call him an ambulance and/or contact the Lackawanna Police Department . The Lieutenant wrote and issued the complainant 5 Traffic Summons. After the traffic stop the compl | Y | N |
| "Ticket" | 1/6/2018 Intra Office | I | I/O 2018-010 | | Conduct | Complainants vehicle N.Y reg ▮▮▮ was parked in the driveway of 98 Hemin way covered in snow. On 1/6/18 the complainant observed a patrol vehicle driving east on Hemin way on the wrong side of the street stopping in front of 98 Hemin way.  The female officer got out of the vehicle and entered the driveway she then cleaned off the windshield of the complainants vehicle and wrote a ticket for expired Inspection.  The complainant came out of her residence trying to tell the officer that she ne | Y | N |
| "Summons" | 2/22/2018 Intra Office | I | I/O 2018-021 | | Conduct | Compl.stated  he was pulled over at above address by P.O ▮▮▮ and was told to get out of the car before he would take him out of the car. The complainant gave permission to search the car and the officer did take a empty liqueur bottle from the trunk.  The complainants vehicle was impounded and he received numerous summonses. The complainant stated the officer was rude and unprofessional and called him stupid. | Y | N |
| "Summons" | 3/1/2018 Intra Office | I | I/O 2018-022 | | Conduct | complainant was upset over 2 summonses he received from P.O ▮▮▮ and filed a complaint  over alleged unprofessional and rude behavior. The complainant stated he felt disrespected by the way the officer pulled him over for no reason. | Y | N |
| "Summons" | 10/12/2018 Intra Office | I | I/O 2018-069 | | Conduct | Complts. allege harassment from Officer who wrote several summonses and conducted multiple vehicle stops on their vehicles. | Y | N |
| "Traffic Stop" | 12/17/2018 Intra Office | I | I/O 2018-105 | | Conduct | ▮▮▮ complains that during a traffic stop (BA4190KR5V) he was unfairly given multiple tickets and didnt derserve to be spoken to as a "boy". | Y | N |
| "Traffic Stop" | 12/17/2018 Intra Office | I | I/O 2018-092 | 18-3490926 | Conduct | Complt came to HQ on 12/17 to complain against the involved officer that involved a traffic stop that occurred on 12/15/18 @ 1145 in the vicinity of Genesee/Eller. The complt states he was the driver and had two passengers. They were parked on Genesee the officer rode past them looked into the vehicle. The complt did pull off and then they were pulled over at Genesee/Eller. The complt stated the officer was rude and he was asked to get out the vehicle w/o stating why he was pulled over or why h | Y | N |