# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

Clear Form

Print

IN THE MATTER OF THE APPLICATION OF

Jordan S. Joachim
_____(Name)_____

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

TO THE HONORABLE Christina Reiss _____, JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK:

Jordan S. Joachim
_____, petitioner herein, respectfully states:

1. That petitioner has an office for the practice of law at:

    Covington & Burling LLP, 620 Eighth Avenue, New York, NY 10018-1405

2. That petitioner attended the following educational institutions and received the following degrees:

    B.A., Franklin & Marshall College
    J.D., New York University of Law

3. Please complete either (a), (b) or ( c):

                                   Admission by Petition

(a) That petitioner was admitted to practice by the Appellate Division of the Supreme Court, _____ Department of the State of New York on the _____ day of _____, _____.

Additional Requirements:   Admission Sponsoring Affidavit
                           Attorney's Oath
                           Civility Principles Oath
                           Attorney Database Form
                           Attorney CM/ECF Registration Form
                           *Include the Pro Bono Volunteer Panel Form if you wish to become a member of the
                           Court's Volunteer Pro Bono Panel.

                           Admission by Certificate of Good Standing

(b) That petitioner was admitted to practice in the United States District Court of the _____ District of New York on the _____ day of _____, _____, and is a member of the bar of the State in which that district court is located and in which the petitioner maintains an office for the practice of law.

Additional Requirements:   Certificate of Good Standing from the Clerk of Court of which he or she is a
                           member (dated no earlier than six months prior to submission to this Court)
                           Check or money order in the amount of the Attorney Admission fee set forth in the District Court
                           Schedule of Fees
                           Attorney's Oath
                           Civility Principles Oath
                           Attorney Database Form
                           Attorney CM/ECF Registration Form
                           *Include the Pro Bono Volunteer Panel Form if you wish to become a member of the Court's
                           Volunteer Pro Bono Panel.

                                   Pro Hac Vice Admission

(c) That petitioner is admitted to practice in the State of New York

Additional Requirements:   Motion to Appear Pro Hac Vice
                           Check, Money Order or payment of fee on line in the amount of the Pro Hac Fee set forth in the
                           District Court Schedule of Fees
                           Admission Petition Form
                           Admission Sponsor Affidavit
                           Attorney's Oath
                           Civility Principles Oath
                           Attorney Database Form
                           Attorney CM/ECF Registation Form

4. Petitioner is admitted to the following courts:

New York State courts, S.D.N.Y., E.D.N.Y., Second Circuit, Federal Circuit.

5. Since such admission(s), petitioner has practiced in the following courts:

The courts in (4), and D.D.C., S.D. Cal., W.D. Ok., Delaware Chancery, FL Dade Cty.

and has been involved in the following professional activities:

N/A

6. That petitioner or the petitioner's client (in a case in which the applicant represented the client) has never been held in contempt of court, sanctioned, censured in a disciplinary proceeding, suspended or disbarred by any court or admonished by any disciplinary committee of the organized bar, nor is the subject of any pending complaint before any court. (If number 6 is not true, the applicant shall strike that paragraph and shall file a separate confidential statement under seal specifying the court or disciplinary committee imposing the sanction, the date, the facts giving rise to the disciplinary action or complaint, the sanction imposed, and such other information, including any facts of a mitigating or exculpatory nature as may be pertinent, and such confidential statement, together with the petition, shall promptly be transmitted by the Clerk to the Chief Judge of the District for review.)

7. That petitioner has read and is familiar with the provisions of Title 28 of the United States Code that pertain to jurisdiction of and venue in a United States District Court, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the Western District of New York and the New York Rules of Professional Conduct (22 NYCRR Part 1200).

WHEREFORE, the petitioner respectfully requests to be admitted as an attorney in the United States District Court for the Western District of New York.

I verify under penalty of perjury that the foregoing is true and correct.

(Signature of Petitioner)

Sworn to before me this 4th day of December, 2020, by Means of remote notarization Pursuant to Executive Order 202.7.

Notary Public

KEISHA WILLIAMS
NOTARY PUBLIC-STATE OF NEW YORK
No. 02WI6318592
Qualified in Erie County 2021
My Commission Expires January 26, 2019

Notary Located in Erie County.
Signatory Located in New York County.

(Revised 2020)