UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

Jordan Joachim
(Name)
TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING AFFIDAVIT

STATE OF NEW YORK )
COUNTY OF Kings ) ss:

Andrea Chinyere Ezie, being duly sworn deposes and says:

1. I reside at:
971A Putnam Ave

and maintain an office for the practice of law at: The Center for Constitutional Rights
666 Broadway 7th Floor

2. I am an attorney at law, admitted to practice in the Western, Southern, & Eastern Districts of New York, I was admitted to practice in the United States District Court for the Western District of New York on the 25 day of October, 2018.

3. I have known the petitioner since August 2019 and under the following circumstances:
Mr. Joachim has assisted my organization, the Center for Constitutional Rights, as pro bono legal counsel.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court:
Mr. Joachim is a person of high moral character and is fit to practice before this Court.

_____
Signature of Sponsoring Attorney

Sworn to before me this 6th day of December, 2020

_____
Notary Public

KEISHA WILLIAMS
NOTARY PUBLIC-STATE OF NEW YORK
No. 02WI6318592
Qualified in Erie County 2021
My Commission Expires January 26, 2024

Notarized pursuant to EO 202.7. Notary located in Erie County & Signatory in Kings County.