UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

### ATTORNEY'S OATH

STATE OF  New York           )
                             ) SS:
 New York        COUNTY      )

I, Jordan S. Joachim   of New York, New York
                          City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and accordingly to law; and I will support the Constitution of the United States. So help me God.

_____
Signature of Attorney

Subscribed and sworn to before me this 4th day of December, 2020, by means of remote notarization pursuant to EO 202.7.

_____
Notary Public

KEISHA WILLIAMS
NOTARY PUBLIC-STATE OF NEW YORK
No. 02WI6318592
Qualified in Erie County
My Commission Expires January 26, 2021

Notary located in Erie County
Signatory located in New York County.

Rev. 2/2000