UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,<br><br>                  Plaintiffs,<br><br>    v.<br><br>CITY OF BUFFALO, N.Y., *et al.*,<br><br>                  Defendants. | No. 1:18-cv-00719-CCR |

**SECOND STATUS UPDATE REGARDING PLAINTIFFS' FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS**

Plaintiffs' respectfully submit this second status report with respect to Plaintiffs' Fourth Request for Production of Documents and RFP 76. In their previous status report filed on February 12, 2021 (ECF No. 81), Plaintiffs advised the Court that the parties have made substantial progress in reaching an agreement with Defendants as to most of Plaintiffs' Fourth Requests for Production of Documents and RFP 76, but had not reached an agreement on RFP 88, which seeks documents concerning the Erie Crime Analysis Center.

Since the February 12 status report, the parties have continued their discussions concerning RFP 88, and Defendants have produced certain sample reports responsive to this request, but the parties still have not reached an agreement as to this request. In addition, on February 26, Plaintiffs took the deposition of Tracy Masiello, a crime analyst for the Buffalo Police Department who works closely with the Erie Crime Analysis Center. During the deposition, Ms. Masiello testified about a number of categories of documents responsive to the Fourth Requests for Production of Documents which have not yet been produced and the parties will need to discuss.

Accordingly, Plaintiffs request an additional two weeks to continue conferring with Defendants concerning the Fourth Requests for Production of Documents and RFP 76 in order to narrow the issues to be presented to the Court. Defendants have advised Plaintiffs that they consent to this request.

Dated: March 1, 2021

Respectfully Submitted,

/s/ Keisha A. Williams
Joseph Keleman
Keisha Williams
WESTERN NEW YORK LAW CENTER
Cathedral Park Tower
37 Franklin Street, Suite 210
Buffalo, NY 14202
Tel: (716) 828-8415
Fax: (716) 270-4005
jkeleman@wnylc.com
kwilliams@wnylc.com

/s/ Claudia Wilner
Claudia Wilner
Edward Krugman
Britney Wilson
NATIONAL CENTER FOR LAW
AND ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, NY 10001
212-633-6967
wilner@nclej.org
krugman@nclej.org
wilson@nclej.org

/s/ Darius Charney
Darius Charney
Chinyere Ezie
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
212-614-6475
DCharney@ccrjustice.org
CEzie@ccrjustice.org

/s/ Jordan S. Joachim
Jordan Joachim (admitted *pro hac vice*)
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
212-841-1000
jjoachim@cov.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2021, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

*/s/ Jordan Joachim*