UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,<br><br>                                 Plaintiffs,<br><br>          -against-<br><br>CITY OF BUFFALO, N.Y., *et al.*,<br><br>                                Defendants. | No. 1:18-cv-00719-CCR |

**PLAINTIFFS' THIRD STATUS REPORT RE MOTION TO COMPEL**

Plaintiffs respectfully submit this Third Status Report regarding the pending motion to compel discovery (D.E. 65 ¶ 7).

Progress continues to be made, but not all issues have yet been resolved, and additional issues have arisen in the course of deposition discovery and the parties' discussions. Plaintiffs hereby request an additional two-week adjournment to seek closure on these issues. If the Court would prefer, Plaintiffs would be prepared to withdraw the pending motion without prejudice to reinstitution (including the filing of supplemental papers) on two weeks' notice, with Defendants to respond one week after notice and Plaintiffs to reply two days before the return date.

Defendants have advised that they consent to the adjournment and consent to withdrawal of the motion without prejudice but oppose the proposed briefing schedule and believe either that standard rules should apply or that the Court should set a schedule. Plaintiffs are of the view that with depositions having been adjourned because of issues with document production, it will be important to obtain a ruling expeditiously if it is necessary to reinstitute the motion.

| | |
|---|---|
| Dated: March 15, 2021 | Respectfully submitted, |

*/s/ Keisha A. Williams*  
Joseph Keleman  
Keisha Williams  
WESTERN NEW YORK LAW CENTER  
Cathedral Park Tower  
37 Franklin Street, Suite 210  
Buffalo, NY 14202  
Tel: (716) 828-8415  
Fax: (716) 270-4005  
jkeleman@wnylc.com  
kwilliams@wnylc.com  

*/s/ Claudia Wilner*  
Claudia Wilner  
Edward P. Krugman  
Britney Wilson  
NATIONAL CENTER FOR LAW  
AND ECONOMIC JUSTICE  
275 Seventh Avenue, Suite 1506  
New York, NY 10001  
212-633-6967  
wilner@nclej.org  
krugman@nclej.org  
wilson@nclej.org  

*/s/ Darius Charney*  
Darius Charney  
Chinyere Ezie  
CENTER FOR CONSTITUTIONAL RIGHTS  
666 Broadway, 7th Floor  
New York, NY 10012  
212-614-6475  
DCharney@ccrjustice.org  
CEzie@ccrjustice.org  

*/s/ Jordan S. Joachim*  
Jordan Joachim (admitted *pro hac vice*)  
COVINGTON & BURLING LLP  
620 Eighth Avenue  
New York, NY 10018  
212-841-1000  
jjoachim@cov.com