UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
BLACK LOVE RESISTS IN THE RUST, *et. al.*
individually and on behalf of a class of all others
similarly situated;

                        *Plaintiffs,*

- vs -                               **Case No. 1:18-cv-00719-CCR**
                                         **JUDGE REISS**

CITY OF BUFFALO, N.Y., *et. al.*

                        *Defendants*.
---------------------------------------------------------------x

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 83.2(c) of the Local Rules of the United States District Court for the Western District of New York, Plaintiffs Black Love Resists in the Rust ("Black Love Resists" or "BLRR") and individual plaintiffs and class representatives, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Shaketa Redden, Jane Doe, Joseph Bonds, Charles Palmer, Shirley Sarmiento, and Ebony Yeldon, by and through counsel, respectfully move the Court to allow Marc Cohan, Esq. to withdraw as counsel of record in the above-captioned proceeding. Mr. Cohan is no longer affiliated with the National Center for Law and Economic Justice (NCLEJ). No party will be prejudiced or otherwise affected by his withdrawal, as Claudia Wilner and Edward Krugman, both of whom remain associated with NCLEJ, will remain as counsel for plaintiffs, in addition to co-counsel from the Center for Constitutional Rights, and the Western New York Law Center. Counsel for Defendant does not object to the relief sought by this motion.

Dated: March 19, 2021                            Respectfully submitted,

*/s/ Britney Wilson*
Britney R. Wilson
NATIONAL CENTER FOR LAW
AND ECONOMIC JUSTICE
275 Seventh Ave., Suite 1506
New York, NY 10001
212-633-6967
wilson@nclej.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 19, 2021, a true and correct copy of the foregoing document was served on the following via electronic mail:

Robert E. Quinn
Assistant Corporation Counsel
65 Niagara Square, 11th Floor
Buffalo, New York 14202
(716) 851-4326
rquinn@city-buffalo.com

Dated: March 19, 2021

                                        */s/ Britney Wilson*
                                        Britney R. Wilson
                                        NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
                                        275 Seventh Ave., Suite 1506
                                        New York, NY 10001
                                        212-633-6967
                                        wilson@nclej.org