UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BLACK LOVE RESISTS IN THE RUST, *et al.*,
individually and on behalf of a class of all others similarly
situated,

                Plaintiffs,

-against-

CITY OF BUFFALO, N.Y., *et al.*,

                Defendants.

No. 1:18-cv-00719-CCR

### NOTICE OF WITHDRAWAL OF MOTION TO COMPEL

Plaintiffs hereby withdraw, without prejudice, the remaining portion of the pending motion to compel discovery (D.E. 65 ¶ 7).

Dated: April 26, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ *Keisha A. Williams* | /s/ *Claudia Wilner* |
| Joseph Keleman | Claudia Wilner |
| Keisha Williams | Edward P. Krugman |
| WESTERN NEW YORK LAW CENTER | Britney Wilson |
| Cathedral Park Tower | NATIONAL CENTER FOR LAW |
| 37 Franklin Street, Suite 210 | AND ECONOMIC JUSTICE |
| Buffalo, NY 14202 | 275 Seventh Avenue, Suite 1506 |
| Tel: (716) 828-8415 | New York, NY 10001 |
| Fax: (716) 270-4005 | 212-633-6967 |
| jkeleman@wnylc.com | wilner@nclej.org |
| kwilliams@wnylc.com | krugman@nclej.org |
| | wilson@nclej.org |
| | |
| /s/ *Darius Charney* | /s/ *Jordan S. Joachim* |
| Darius Charney | Jordan Joachim (admitted *pro hac vice*) |
| Chinyere Ezie | COVINGTON & BURLING LLP |
| CENTER FOR CONSTITUTIONAL RIGHTS | 620 Eighth Avenue |
| 666 Broadway, 7th Floor | New York, NY 10018 |
| New York, NY 10012 | 212-841-1000 |
| 212-614-6475 | jjoachim@cov.com |
| DCharney@ccrjustice.org | |
| CEzie@ccrjustice.org | |

## CERTIFICATE OF SERVICE

This 26th day of April, 2021, I hereby certify that I have caused the within paper to be filed in the Court's Electronic Filing System, which will effect service on all counsel of record.

s/Edward P. Krugman
Edward P. Krugman
