# Exhibit 1

|  |  |
|---|---|
| **Subject:** | Various Discovery Issues |
| **Date:** | Friday, March 19, 2021 at 12:40:25 PM Eastern Daylight Time |
| **From:** | Edward Krugman |
| **To:** | Quinn,Robert E |
| **CC:** | Claudia Wilner, Darius Charney, Jordan Berger, Chinyere Ezie, Keisha Williams |
| **Attachments:** | Microsoft Word - Franklin v. Buffalo - Complete List of Search Terms & Custodians, As Applied[13].docx.pdf |

Rob

As promised, I am sending two tables that "map" the search terms (new and old) to the custodians (new and old) for whom they should be run. Please let me know of any questions. To be clear (and subject to our ongoing ESI discussion), this map covers both e-mails and non-e-mail ESI.

I look forward to receiving today the two updates from your e-mail of last Friday evening that you said you would have today
- The "method of search" you feel appropriate for non-e-mail ESI, and
- The update on ECAC following your review on independent access to the ECAC files.
- In addition, please include a status report on the metadata spreadsheet; the ongoing absence of that information has significantly affected our ability to review your production efficiently. Your statement that you "will work with the vendor to produce as soon as possible" is not sufficient. You say you have the data; please produce the spreadsheet no later than March 24.

On parking violations, the exemplars you provided were helpful, as is your comment that you cannot search by location of BMHA properties. We will accept Citywide electronic listing of parking tickets limited to tickets for expired inspection or registration tags. Please provide a list of the fields in the PVB database so we can select the ones to be run for the query.

We will have more things to say, but to avoid dribbling things out, we'll respond to the rest of your e-mail Monday or Tuesday, after we get the two updates promised for today.

EPK

# Black Love Resists in the Rust v. Brown et al., Additional Deponents & Search Terms

## Original Search Terms

| Search Term | Includes | Applicable Custodians |
|---|---|---|
| 1. BMHA | BMHA | |
| 2. housing | housing | Original Custodians, Menza, Wright, Barba, Oakley, Gramaglia, DeGeorge |
| 3. check-point | checkpoint, check point, checkpoints, check points | All Custodians |
| 4. road-block | Roadblock, road block, roadblocks, road blocks | All Custodians |
| 5. impound | impound, impounds, impounded | All Custodians |
| 6. east-side | eastside, east side | Original Custodians, Thomas, Wigdorski, Miller, Acquino, Tedesco, Skipper, Hy, Hassett, Healy, Domaracki, Whiteford, Oakley, Gramaglia, DeGeorge |
| 7. tint | tint, tints, tinted | All Custodians |
| 8. tow | tow, towed | All Custodians |
| 9. discriminat | discriminate, discriminates, discriminated, discriminatory, discrimination | All Custodians |
| 10. rac | race, racial, racist, racism | All Custodians |
| 11. profil | profile, profiled, profiling | All Custodians |
| 12. bias | bias, biased | All Custodians |
| 13. quota | quota, quotas | Original Custodians |
| 14. ticket | ticket, tickets, ticketing | Original Custodians, Macy, Oakley, Gramaglia, DeGeorge, McClellan, Rosenswie |
| 15. traffic-stop | traffic stop, traffic stops | Original Custodians, Thomas, Wigdorski, Miller, Acquino, Tedesco, Skipper, Hy, Hassett, |

|  |  |  | Healy, Domaracki, Whiteford, Oakley, Gramaglia, DeGeorge, McClellan, Rosenswie |
|---|---|---|---|
| 16. law-suit | lawsuit, law suit, lawsuits, law suits | | Original Custodians, Oakley, Gramaglia, DeGeorge |
| 17. strike-force | strikeforce, strike force | | Original Custodians, Menza, Wright, Barba, Oakley, Gramaglia, DeGeorge, McClellan, Rosenswie |
| 18. summons | summons, summonses | | Original Custodians, Oakley, Gramaglia, DeGeorge, McClellan, Rosenswie |
| 19. revenue | revenue, revenues | | All Custodians |
| 20. budget | budget, budgets, budgetary | | Original Custodians, Gramaglia |

## Additional Search Terms

| Term | Includes | Relevant Custodian |
|---|---|---|
| 1. Road check | Road check, roadcheck, road checks, road check | All Custodians |
| 2. Hot pocket | Hotpocket, hot pocket, hotpockets | Original Custodians, Menza, Wright, Barba, Oakley, Gramaglia, DeGeorge, |
| 3. Hotspot | Hotspot, hot spot, hotspots, hot spots | Original Custodians, Menza, Wright, Barba, Oakley, Gramaglia, DeGeorge |
| 4. BPD-HU | BPD-HU, HU | Brown, Menza, Wright, Barba, Oakley, Gramaglia, DeGeorge, McClellan, Rosenswie |
| 5. SF | SF | Brown, Menza, Wright, Barba, Oakley, Gramaglia, DeGeorge, McClellan, Rosenswie |
| 6. Stop receipt/report | Stop receipt, stop receipts, stop report, stop reports | All Custodians employed with BPD or City of Buffalo as of 1.1.2020 |
| 7. High crime | High crime, highcrime | Original Custodians, Oakley, Gramaglia, DeGeorge |
| 8. Violent crime | Violent crime, violent crimes | Original Custodians, Derenda, Oakley, Gramaglia, DeGeorge |

| | | |
|---|---|---|
| 9. Erie Crime Analysis Center (ECAC) | Erie Crime Analysis Center, ECAC | Original Custodians, Oakley, McClellan, Rosenswie |
| 10. High visibility | High visibility, visibility | Original Custodians, Oakley, Gramaglia |
| 11. Crackdown | Crackdown, crack down | Original Custodians, Oakley, Gramaglia, DeGeorge, McClellan, Rosenswie |
| 12. Safety-check | Safety check, safety checks | Original Custodians, Oakley, Gramaglia |
| 13. Roadway safety | Roadway safety, roadway-safety | Original Custodians, Oakley, Gramaglia, DeGeorge |
| 14. Traffic safety | Traffic safety, traffic-safety | Brown, Derenda, Lockwood, Serafini, Young, Brinkworth, Oakley, Gramaglia, DeGeorge |
| 15. School/speed zone | School zone, speed zone | All Custodians employed with BPD or City of Buffalo as of 1.1.2020 |
| 16. Zero tolerance | Zero tolerance | All Custodians |
| **17. numbers[1]** | **numbers** | All Custodians |
| 18. Complain* | Complain, complainant, complained, complaint, complaints, complt | Serafini, Young, Brinkworth, Menza, Wright, Barba, Thomas, Wigdorski, Miller, Acquino, Tedesco, Skipper, Hy, Hassett, Healy, Domaracki, Whiteford |
| 19. Internal Affairs Department (IAD) | Internal affairs, IAD | Original Custodians, Thomas, Wigdorski, Miller, Acquino, Tedesco, Skipper, Hy, Hassett, Healy, Domaracki, Whiteford, , Gramaglia |
| 20. Camera | Camera, cameras | Brown, Menza, Wright, Barba, Oakley, Gramaglia, DeGeorge |

---

[1] Replacing the word "publicity."