# Exhibit 7




Erie Crime Analysis Center

October 9, 2020

National Center for Law and Economic Justice
275 Seventh Avenue,
Suite 1506
New York, New York 10001
Attn: Claudia Wilner, Esq.

Dear Ms. Wilner:

We're in receipt of the Subpoena, Civil Action No. 1:18-cv-719 dated September 24, regarding Black Love Resists in the Rust, et al against the City of Buffalo, et al. and received by the Erie Crime Analysis Center on September 25, 2020. I do not know how the subpoena was delivered to us. We are not a party to this litigation. As a preliminary matter, the ECAC had no connection to any decisions or implementation of traffic checkpoints conducted by the Buffalo Police Department.

With respect to the materials demanded by the subpoena, anything that the CAC may have created or prepared was on behalf of a requesting agency, in this case the Buffalo Police Department, and was sent to it with the understanding that it is the Buffalo Police Department's record and product. Any data that the CAC accesses belongs to the partner agency, but not the CAC. In any event, we are unable to produce all of the information requested as all our materials are housed by the Buffalo Police Department email system and computer network; we do not have administrative rights to that system. The City of Buffalo can provide you with any information submitted by the Erie Crime Analysis Center it deems appropriately responsive. Even if we were able to access the records, the subpoena is so broad that it is impossible to answer. It would take an enormously futile effort to find, review and produce over seven years of periodic reports, daily reports, documents, data and maps. Indeed, I am not sure that the Buffalo Police Department maintains data from over seven years ago.

Additionally, with respect to the information requested in the subpoena, again, while the Erie Crime Analysis Center may have the ability to access the information, the information is not owned or maintained by The Erie Crime Analysis Center. For instance, while we may have the ability to access confidential criminal history records, such records are owned and maintained by The New York State Division of Criminal Justice Services, and one would need to seek the information and records from them. CJIS Security Policy and our use and dissemination agreements prohibit us from secondary dissemination of such information or data. Additionally, the law enforcement privilege attached to many of your requests will cause BPD to deny it.



Erie Crime Analysis Center

Very truly yours,

*James Giammaresi*

James Giammaresi
Director, Erie Crime Analysis Center
68 Court Street
Buffalo, New York 14202
Phone 716-851-4452