AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| Black Love Resists in the Rust et al.  ) | |
| *Plaintiff*  ) | |
| v.  ) | Case No. 1:18-cv-719-CCR |
| City of Buffalo, NY et al.  ) | |
| *Defendant*  ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Black Love Resists in the Rust and all other named Plaintiffs.

Date:   05/10/2021

*Anjana Malhotra*
*Attorney's signature*

s/Anjana Malhotra, NYS 4300885
*Printed name and bar number*

National Center for Law and Economic Justice
275 7th Ave #1506
New York, NY 10001
*Address*

malhotra@nclej.org
*E-mail address*

(212) 633-6967
*Telephone number*

(212) 633-6371
*FAX number*