UNITED STATES DISTRICT COURT
         FOR THE
WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST, et al.,
          Plaintiff

v

CITY OF BUFFALO, et al.,
          Defendant

**DECLARATION OF WITHDRAWAL OF MOTION TO QUASH SUBPOENA**

18-CV-719
Assigned Judge:
Hon. Christina Reiss

---

PLEASE TAKE NOTICE that upon this declaration by MICHAEL J. HILLERY, Assistant District Attorney, of counsel to JOHN J. FLYNN, the District Attorney of Erie County, the motion to quash the subpoena dated June 11, 2021 is hereby withdrawn.

DATED:   Buffalo, New York
         July 22, 2021

Respectfully submitted,

JOHN J. FLYNN
DISTRICT ATTORNEY
ERIE COUNTY
By: MICHAEL J. HILLERY
Assistant District Attorney
Erie County District
 Attorney's Office
25 Delaware Avenue
Buffalo, New York  14202
(716) 858-2448

TO: Darius Charney, Esq.