# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

BLACK LOVE RESISTS IN THE RUST, *et al.*,
on behalf of themselves and all those similarly situated

                        Plaintiffs,

v.

CITY OF BUFFALO, *et al.* ;

                        Defendants.

No. 1:18-cv-719

## ORDER FOR ISSUANCE OF SUBPOENA

On motion of the Plaintiffs and for good cause shown, it is hereby ORDERED that the subpoena annexed hereto as Exhibit A shall be issued to the New York State Department of Motor Vehicles.

So ordered this _____ day of _____, 2021.

                                                                                                      United States District Judge