UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BLACK LOVE RESISTS IN THE RUST, *et al.*,
on behalf of themselves and all those similarly
situated

                         Plaintiffs,

v.

CITY OF BUFFALO, *et al.* ;

                         Defendants.

No. 1:18-cv-719

## MOTION TO SHORTEN TIME RE:
## MOTION FOR ISSUANCE OF SUBPOENA TO NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES

On the Declaration of Edward P. Krugman (ECF #104-3), executed on September 6, 2021 and submitted in support of Plaintiffs' motion (ECF #104) for an order approving the issuance of a subpoena *duces tecum* to the New York State Department of Motor Vehicles ("DMV"), Plaintiffs hereby move to shorten time on the motion for issuance. As set forth in the Krugman Declaration, Counsel for Defendants was first asked to consent to the motion for issuance on July 20, 2021 and has been asked again three times since then. Counsel has not taken a position one way or the other but has merely said he would consider the matter and get back to Plaintiffs. The motion to shorten time is brought to prevent Defendants' obstructive conduct from delaying this action any more than it already has.

Plaintiffs request that answering papers on the motion for issuance be made due September 10, 2021, reply papers on September 14, and the motion returnable September 17.

[Signatures follow]

*/s/ Keisha A. Williams*
Joseph Keleman
Keisha Williams
WESTERN NEW YORK LAW CENTER
Cathedral Park Tower
37 Franklin Street, Suite 210
Buffalo, NY 14202
Tel: (716) 828-8415
Fax: (716) 270-4005
jkeleman@wnylc.com
kwilliams@wnylc.com

*/s/ Darius Charney*
Darius Charney
Chinyere Ezie
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
212-614-6475
DCharney@ccrjustice.org
CEzie@ccrjustice.org

*/s/ Claudia Wilner*
Claudia Wilner
Edward Krugman
Anjana Malhotra
NATIONAL CENTER FOR LAW
AND ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, NY 10001
212-633-6967
wilner@nclej.org
krugman@nclej.org
malhotra@nclej.org

*/s/ Jordan S. Joachim*
Jordan Joachim
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
212-841-1000
jjoachim@cov.com

Dated: September 6, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2021, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

*/s/ Edward P. Krugman*