UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BLACK LOVE RESISTS IN THE RUST, et al.,

                 *Plaintiffs,*

       - v –                        Case No. 1:18-cv-719

CITY OF BUFFALO, N.Y., et al.,

                 *Defendants.*
-------------------------------------------------------------x

## **MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL**

Pursuant to Rule 83.2(c)(4) of the Local Rules of the United States District Court for the Western District of New York, Plaintiffs Black Love Resists in the Rust ("Black Love Resists" or "BLRR") and individual plaintiffs and class representatives, Shakeda Redden, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Joseph Bonds, Charles Palmer, Shirley Sarmiento, Ebony Yeldon, and Jane Doe, by and through counsel, respectfully move the Court to allow Darius Charney to withdraw as counsel of record in the above-captioned proceeding. As of September 16, 2021, Mr. Charney will no longer be employed by the Center for Constitutional Rights. Mr. Charney's withdrawal will not prejudice or otherwise adversely impact plaintiffs because they will continue to be represented by the other plaintiffs' attorneys of record in this case from the Center for Constitutional Rights, the National Center for Law and Economic Justice, the Western New York Law Center, and the law firm of Covington & Burling, LLP.

Dated: New York, New York
       September 15, 2021

                                                         */s/ Darius Charney*
                                                         Darius Charney
                                                         CENTER FOR CONSTITUTIONAL RIGHTS
                                                         666 Broadway, 7th Floor

New York, NY 10012
(212) 614-6464
dcharney@ccrjustice.org

2