|  |  |  |  |
|---|---|---|---|
| Philip M Serafini/BPD<br>10/19/2015 05:15 PM | To | Harold M McLellan/BPD@BuffaloPoliceDept, |
| | cc | Kevin J Brinkworth/BPD@BuffaloPoliceDept, Thomas R Whelan/BPD@BuffaloPoliceDept, Michael P Quinn/BPD@BuffaloPoliceDept, Margit A |
| | bcc | |
| | Subject | Complaint regarding PO Thomas |

Inspector,

I spoke with Mr. Derrik Parker on the phone today concerning his complaint against PO Robbin Thomas. I have also reviewed PO Thomas's P-73 concerning this incident. Mr. Parker states that PO Thomas was rude and unprofessional to him and that he received an excessive amount of traffic summonses from her. Conversely, PO Thomas states that Mr. Parker was rude to her and refused to answer her questions directly. Mr. Parker stated to me that he did not commit all of the traffic infractions that he was issued summonses for. I advised him that I could not adjudicate his traffic summonses, and he would have to plead innocent and go to Court. He stated he is planning on fighting the summonses in Court. PO Thomas also stated to the complainant that she is not required by law to give him a reason for the stop. Although this is true, I believe it is good policy to tell every motorist why they are being stopped. In my short time here PO Thomas has had a few similar complaints regarding her traffic stops.

Although I believe PO Thomas acted satisfactory, I am going to recommend that we have a conference with her at the Captain and Lieutenant level to instruct her in the proper way to handle a traffic stop. I believe this course of action will be beneficial to both public and the officer and will help us avoid complaints in the future. Please let me know if this meets with your approval. Thank you.

I will forward all of the appropriate paperwork to you through the business.

Respectfully,

Philip M. Serafini
Captain, Housing Unit
MP-4

----- Forwarded by Philip M Serafini/BPD on 10/19/2015 04:48 PM -----

|  |  |  |  |
|---|---|---|---|
| Philip Serafini Jr./BPD<br>09/22/2015 06:29 PM | To | Philip M Serafini/BPD@BuffaloPoliceDept, |
| | cc | |
| | Subject | Fw: Mr Derrick Parker, 9 Alice Court- complainant |

----- Forwarded by Philip Serafini Jr./BPD on 09/22/2015 06:29 PM -----



|  |  |  |
|---|---|---|
| **Margit A Steidel-Jones/BPD**<br>09/21/2015 09:22 AM | To | Kevin J Brinkworth/BPD@BuffaloPoliceDept, |
| | cc | Philip Serafini Jr./BPD@BuffaloPoliceDept, Harold M McLellan/BPD@BuffaloPoliceDept |

COB044448



Subject  Fw: Mr Derrick Parker, 9 Alice Court- complainant

Chief;

Good morning.  I have been advised to forward this complaint to you at the district for your attention.

Chief,as per Inspector McLellan, please investigate this complaint internally. While conducting your investigation you must at the very least attempt to speak to the complainant, document your conversation or your attempts. Advise this office within 30 days of your findings along with your recommendations. A response is requested by 10-21-2015. The response should include separate P-73's from each and every officer present during the incident, addressing in detail, the Complainant's allegations. If you find that you need more time to complete your investigation, please notify this office via email, prior to the responds date. Thank you for your time and attention to this matter.

Respectfully submitted,

P.O Margit Steidel-Jones
Internal Affairs Division


----- Forwarded by Margit A Steidel-Jones/BPD on 09/21/2015 09:17 AM -----

| | | |
|---|---|---|
| **Harold M McLellan/BPD**<br>09/16/2015 03:32 PM | To | Margit A Steidel-Jones/BPD@BuffaloPoliceDept, |
| | cc | Daniel Derenda/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kimberly L Beaty/BPD@BuffaloPoliceDept |
| | Subject | Re: Mr Derrick Parker, 9 Alice Court- complainant |


Send to Chief Brinkworth, copy Captain Serafini.  Once I receive the response I will determine if any further action is necessary.  Thank you.

Inspector Harold M. McLellan
Internal Affairs Division
Buffalo Police Department
74 Franklin St. Room 222
Buffalo, New York 14202
Office (716) 851-4557
Fax (716) 851-5229
Email:  hmmclellan@bpdny.org

| Margit A Steidel-Jones | Margit A Steidel-Jones/BPD | | 09/16/2015 02:14:50 PM |
|---|---|---|---|



**Margit A Steidel-Jones/BPD**
09/16/2015 02:14 PM

To  Harold M McLellan/BPD@BuffaloPoliceDept,
cc  Barbara A Lark/BPD@BuffaloPoliceDept
Subject  Mr Derrick Parker, 9 Alice Court- complainant

COB044449



Inspector, please review and advise.

Good afternoon.  Mr.Derrick Parker, 9 Alice Court. phone 716-331-9033, called the Satellite office on 09/16/15 1000hrs. to complain about how he was treated on a traffic stop, that was conducted by P.O. R.Thomas on 09/14/2015 2130hrs. on Michigan ave. The complainant stated that after being pulled over, the officer very rudely asked for his license and  refused to tell him the reason for the stop. After 35 minutes officer Thomas returned to the vehicle with the complainants license asking the age of his daughter that was seated in the back-seat. The complainants wife then stated that she was 8 years old and officer Thomas allegedly replied " I'm not talking to you I'm talking to the driver". Another 30 minutes later, the complainant. received 5 Summonses for various violations. The complainant admitted to maybe one violations, but feels 5 Summonses were excessive. The complainant stated he is a grown man and the rude and unprofessional behavior towards him and his family was not necessary. The complainant is also upset that the officer refused to give her name after he repeatedly asked her for same.The complainant wishes to speak to a supervisor.


Chief,as per Inspector McLellan, please investigate this complaint internally. While conducting your investigation you must at the very least attempt to speak to the complainant, document your conversation or your attempts. Advise this office within 30 days of your findings along with your recommendations. A response is requested by 10-16-2015 The response should include separate P-73's from each and every officer present during the incident, addressing in detail, the Complainant's allegations. If you find that you need more time to complete your investigation, please notify this office via email, prior to the responds date. Thank you for your time and attention to this matter.

Respectfully,
P.O Margit Steidel-Jones
Internal Affairs Division

| | | | |
|---|---|---|---|
| **Philip M Serafini/BPD** | | To | David E Wilcox/BPD@BuffaloPoliceDept, |
| 11/17/2015 03:25 PM | | cc | |
| | | bcc | |
| | | Subject | Fw: Re:KEYON NETTLES - 11 MARY JOHNSON BLVD. - COMPLAINT |

Dave,

FYI

----- Forwarded by Philip M Serafini/BPD on 11/16/2015 10:38 PM -----

| | | | |
|---|---|---|---|
| **Harold M McLellan/BPD** | | | |
| 11/16/2015 09:08 AM | | To | Philip M Serafini/BPD@BuffaloPoliceDept, |
| | | cc | Lavonne R. Handsor/BPD@BuffaloPoliceDept, Kevin J Brinkworth/BPD@BuffaloPoliceDept |
| | | Subject | Re:KEYON NETTLES - 11 MARY JOHNSON BLVD. - COMPLAINT |

Captain,
    I reviewed the P-73's. I do have an issue with the P-73 provided by Lt. Wilcox. In my opinion, considering the information provided by Lt. Wilcox, I believe he used poor judgement in both ignoring the individual at the door and using profanity. If the Lieutenant felt unsafe in opening the door, he should have asked for assistance from the other officers in the office and investigate. PO Michael Quinn did not have an issue with opening the door and investigating. Although not the case, this could have been a victim needing assistance. As far as using profanity as a result of the Lieutenant being "severely agitated" or his "patience ran out", we need to conduct ourselves more professionally, especially in such a minor incident such as this.

    Lastly, the complainant obviously did not have his license. Officer Thomas stopped the complainant and issued summonses. Officer Thomas obviously was in possession of the complainant's license. More should have been done by supervision and by Officer Thomas in assisting the complainant, especially considering this is not the first time Officer Thomas was accused of taking an individual's driver's license.

    Have PO Robbin Thomas complete a P-73 regarding the incident, prior to the end of her next tour of duty and forward to me.

    If this incident was handled properly, we could have avoided all this time and paperwork.

    I appreciate your timely response on this. Please forward any future responses, relating to complaints, to me and copy the IAD officer you received the complaint from.

Thank you,

Inspector Harold M. McLellan
Internal Affairs Division
Buffalo Police Department
74 Franklin St. Room 222

COB044458

Buffalo, New York 14202
Office (716) 851-4557
Fax (716) 851-5229
Email:  hmmclellan@bpdny.org

| Lavonne R. Handsor | Lavonne R. Handsor/BPD | 11/11/2015 08:35:12 AM |



Lavonne R. Handsor/BPD
11/11/2015 08:35 AM

To  Harold M McLellan/BPD@BuffaloPoliceDept,
cc
Subject  Fw: MR. KEYON NETTLES - 11 MARY JOHNSON BLVD. - COMPLAINT

INSPECTOR,

GOOD MORNING, I RECEIVED THIS FROM CAPTAIN SERAFINI

RESPECTFULLY SUBMITTED,

PO LAVONNE HANDSOR
INTERNAL AFFAIRS DIVISION

----- Forwarded by Lavonne R. Handsor/BPD on 11/11/2015 08:22 AM -----

Philip M Serafini/BPD
11/09/2015 05:12 PM

To  Lavonne R. Handsor/BPD@BuffaloPoliceDept,
cc  Kevin J Brinkworth/BPD@BuffaloPoliceDept, George P McLean/BPD@BuffaloPoliceDept, Michael P Quinn/BPD@BuffaloPoliceDept, David E Wilcox/BPD@BuffaloPoliceDept, Thomas R Whelan/BPD@BuffaloPoliceDept
Subject  RE: MR. KEYON NETTLES - 11 MARY JOHNSON BLVD. - COMPLAINT

Lavonne,

I have tried to contact the complainant, Mr. Nettles. numerous times. I called him five different times over several days and could not reach him. I talked to his son and a woman who both promised they would have him call me back, but he never did. I have received separate P-73's from Lt. Wilcox, Lt. Quinn and PO Beyer. After reviewing the alleged complaint and the officers P-73's I believe that Mr. Nettles came to the rear door of our building seeking entrance and pounded on the door. He was told numerous times by Lt. Wilcox that this was a private entrance for police officers only, and to go around to the front of the building.  Mr. Nettles again pounded on the door repeatedly. After Lt. Wilcox again advised him of the police only entrance, Mr. Nettles still pounded on the door again. After being severely agitated because of Mr. Nettles unreasonable actions and continued disobedience,  Lt. Wilcox understandably lost his patience and used an obscenity. Lt. Wilcox then never saw or heard anything from Mr. Nettles after that.

A short time later Lt. Quinn opened this back door and Mr. Nettles told him an officer had taken his license. Lt. Quinn advised Mr. Nettles that this was a private entrance, but he would attempt to retrieve his license for him. Lt. Quinn then asked to PO Beyer to check and see if any officer in the station house had taken this mans license. That was the last contact Lt. Quinn had with Mr. Nettles. PO Beyer then asked PO Robbin Thomas if she had this mans license, and she stated no. PO Beyer then told Mr. Nettles that no one had taken his license.

COB044459

Based on the above, I believe this complaint should be classified as NOT SUSTAINED.

I will forward to your office through the business: the complaint, my response, and all of the officer P-73's.


Respectfullt Submitted,

Philip M. Serafini
Captain, Housing Unit

COB044460



**Debra D Perry/BPD**
06/19/2013 04:18 PM

To: Patrick A Roberts/BPD@BuffaloPoliceDept,
cc: Harold M McLellan/BPD@BuffaloPoliceDept
bcc:
Subject: Complaint-- Shatara J. Donmore

History:    This message has been replied to.

Captain;

                                                                                                                              redacted

Good afternoon. I received a call from a Ms. Shatara Donmo[redacted] Ms. Donmore was stopped on 06/14/13 by PO Thomas and given five summonses. Ms. Donmore says that she had five children in the back-seat of her vehicle and PO Thomas saw her and told her to pull over. She also said a lot of other things, but the bottom line is that she feels PO Thomas was rude and had a bad attitude, shouldn't have arrested her mother (front seat passenger with open container) and shouldn't have written her five summonses. She seems quite concerned about the amount of points she will have on her license because of the summonses, but I advised her that if she feels any of the tickets were issued unfairly, she could plead not guilty and present her side in court. I also advised her that PO Thomas was justified in the arrest and summonses and that I would forward her other concern to the Supervisor, you.

Take care and have a good, safe day.

Respectfully submitted,

PO Debra Perry
Internal Affairs Division



| | |
|---|---|
| Chiquita A Foster/BPD<br>10/10/2013 10:38 AM | To: Patrick A Roberts/BPD@BuffaloPoliceDept,<br>cc: Kevin J Brinkworth/BPD@BuffaloPoliceDept, Harold M McLellan/BPD@BuffaloPoliceDept<br>bcc:<br>Subject: Complaint-Marquell |

History: 🔁 This message has been replied to.

Capt,


redacted

Marquell Johnson ph[redacted]alled IAD to complain about the constant harassment he is receiving from PO Mordino D/D and PO Thomas, Strike Force. He states he has relatives that lives in the area of Tonawanda/Riverside along with the barber shop he goes to. Whenever he's in the area he is stop, ID'd and stretched and then told not be be in area and if so he will be arrested or whenever he is seen he will be checked. His version he hasn't done anything (common explanation) and when he tried to speak with supervisors, he claims he was told they don't give a f**k. Unfortunately, Mr Johnson doesn't have any specific dates, times or locations. However he was arrested on warrants on 9/26/13 and K9 did have a hit on the vehicle he was either in or driving, see narrative. I did ask if he had a valid license he stated i'ts suspended. I suggested to him that whenever he's in a vehicle as a passenger to make sure rules of road are followed because his face is known. But he feels he shouldn't have to stay away from the Tonawanda/Riverside area because the area is known for its drug activity which he is aware of.
 Please note this complaint will be going to D/D and Strike Force for the respective officers. The attachment is in regards to the complainant's latest arrest from 9/26/13.

📄 M. Johnson-10032013130902.pdf

Captain, as  per Inspector McLellan, please investigate this complaint internally. While conducting your investigation you must at the very least attempt to speak to the complainant and document your conversation or your attempts and advise this office within 30 days of your findings along with your recommendations. A response is requested by INSERT DATE. The response should include separate P-73's from each and every officer present during the incident, addressing in detail, the complainant's allegations.  If you find that you need more time to complete your investigation, please notify this office via email, prior to the response date.
Thank you for your time and attention to this matter.

Respectfully,

PO C. A. Foster
IAD