|  |  |  |
|---|---|---|
| William C Macy/BPD<br>11/13/2018 01:01 AM | To | Aaron V Young/BPD@BuffaloPoliceDept, |
|  | cc | Byron C Lockwood/BPD@BuffaloPoliceDept, Joseph A Gramaglia/BPD@BuffaloPoliceDept, Barbara A Lark/BPD@BuffaloPoliceDept, Steven J |
|  | bcc | Philip M Serafini/BPD |
|  | Subject | talking points for RAB meeting |

Chief,
       I set up a meeting with the tenant council president of Lakeview Homes who is also the President of the RAB (Resident Advisory Board) and met with him today. This is following the guidance to include BMHA in community outreach. Also in attendance was LT Lynch from Housing. We discussed a few programs NET will be starting in Lakeview in the upcoming weeks that the Housing Officers will be invited to join. The initial plan will be to conduct a tutor/ mentor program every Monday after-school, We will have officers help with homework and start a book club. We floated the idea of sports but it was quickly declined due what the president feels is lack of positive role models in many of the youth in his areas lives. He left the meeting happy and we will finalize our plan this week.

During the meeting he got off topic and had big concerns that the resident board that he is President of is doing to vote to not renew the BMHA contract with the Police. His main talking point was that there is not enough Police presence at the resident meetings. These meetings are all during the day, so we quickly pointed that out as well pointing out the regular poor attendance at most of the meetings. He continued to talk about "our" lack of educating the residents and public on what the Housing Unit Provides so the can make positive and informed decision. He was very respectful, as LT Lynch and I have know him for years but he has concerns about the contract passing the RAB. I will say I have a working understanding about this process but do not know for certain if the RAB and the Resident elected board of Commissioners (two groups) can block the contract from being approved. He is asking that the Police send someone for the next month to the resident meetings for the next month to go into depth what "above base line services is". The main resident meeting that we should NOT miss is the next RAB meeting on the 26th at 10am at 245 Elmwood.

  I expect you to hear the following:

**- What is above base-line services that the Housing Unit provides?** -Answer: The regular walking patrols that officers do on a nightly basis. Remind people of the fact the Buffalo Police do not do regular nightly walk troughs or any other high rise in the City. The immediate follow up of any manager, resident or 311 complaints. Its a fact not everything is solved immediately by we respond as soon as we get a complaint. When there is instances of violence we assign a car(s) to stay in that development for a period of time. Assist BMHA staff when or requested. The officers assigned to this unit do not cut corners when there is work that needs to be done.

**- Why don't the resident groups or BMHA get the money from the parking tickets and seizure money?** Answer: I have replied for years saying its not up to me to make the contract... however you being in the position your in may want to think about another response like: It costs the Police department several times more than what is paid by BMHA. There is patrol cars, fuel maintenance a secretary, officers and supervisors that all assigned at the Housing Unit. This all costs a substantial amount "I'd have to think that is way more than 650k" usually will get you out of that pretty quick.

**-Substations- There is a belief that every development should have a sub-station.**
Answer: We set one up in Shaffer after listing to resident concerns voiced in the meeting

COB041936

COB041936

with staff and residents in the past, Its not as effective to have an officer sitting behind a desk as it is to have them out on the street. People do not come to see the police they call 911. Man power and the contract would not make it possible to be at substations in the 27 sites around the City. Additionally if its in 1 high rise in a complex of several high-rises, an officer assigned to one building does not help the other buildings. Futhermore whats the role of the officer? do you want them checking IDs? What if people dont have their IDs? This will lead to many problems and residents feeling they need to carry IDs in there own buildings. We have faced this in the past.

**We think we should get private security in all the buildings:** The amount it would roughly cost to have them at 1 site (emphasize one site) to have security guards== 2 armed guards around the clock at $25 a man per year is $438,000. That's one site and if there is a problem they still have to call the Police because they do not have arrest powers.

These are the common things I am guessing you or your staff will be questioned on. I think all the answers are safe as they are not giving up specific costs of the unit, how much income in generated and educating people on what Housing does daily. I will cc my chain of command, and I am sure they will give you guidance if my answers need adjustment. But I would pay attention to the questions as I have heard them all over the City for years and they all came up again tonight.
Respectfully,
LT Macy

COB041937

COB041936

| | | |
|---|---|---|
| **William C Macy/BPD**<br>08/24/2016 07:29 PM | To<br><br>cc<br>bcc<br>Subject | Aaron V Young/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Philip M Serafini/BPD@BuffaloPoliceDept,<br>Lance R Russo/BPD@BuffaloPoliceDept, Brian S Strobele/BPD@BuffaloPoliceDept<br><br>Holling Homes |

Sir(s);
     Yesterday I attended a meeting at Holling Homes about "security concerns." There were about 30 residents at the meeting. I use quotes because it is more quality of life issues than security issues. However the woman was smart and seemed unhappy with the Police both D dist and Housing. She is very knowledgeable about the BPD/BMHA contract citing several thing one of which is that Holling is one of the sites getting billed for Police services but she does not ever see the Police. To condense a two hour round robin meeting with her here is talking points: Holling has had only 56 911 calls this year. All except 11 were for non criminal calls mostly ADI. 5 of the 11 were for one guy for VOOP which D Dist made arrests on, Housing has had 4 Arrests and impounds for trespassing and smoking weed following Manager and resident calls to my work cell phone NOT 911. She seemed not very happy with my factual answers. She wanted to bring up the contract several times, which I will not go into. The next point was parking tags saying people that live there get tags. Not one person that had a parking tag had the mandated BMHA resident sticker that was ticketed. She also did not want to hear that there was clearly Police paroling to write the tickets. There was a BMHA commissioner at the meeting that told her if she was unhappy she should call Dawn Sanders from BMHA, or either of the Chiefs from Housing and D Dist. This is only a heads up so someone does not get blind sided at a meeting.

Respectfully,
PO Macy

COB017633