Message

---

**From:**      Helfer,Kevin J [khelfer@ch.ci.buffalo.ny.us]
**Sent:**       2/11/2019 4:04:11 AM
**To:**          Morgera,Danielle S. [dmorgera@ch.ci.buffalo.ny.us]
**Subject:**   Fwd: traffic tickets


Let's talk tomorrow afternoon on this.

Sent from my iPhone

Begin forwarded message:

> **From:** <jagramaglia@bpdny.org>
> **Date:** February 10, 2019 at 9:42:07 PM EST
> **To:** <khelfer@ch.ci.buffalo.ny.us>, <bclockwood@bpdny.org>
> **Subject: traffic tickets**
>
>
> Commissioners,
> I started measuring each districts traffic summons issued as well as traffic stops and of which those stops
> resulted in an arrest.  Now that we have been doing that since early last year, we are able to measure
> year to year in our CompStat.  January 2018 compared to January 2019 saw a 40% increase in tickets
> issued, stops increased by 10.50% and arrests on those stops increased by just over 8%.  In looking at
> speeding tickets from January 1, 2019 through February 10, 2019 there were 176 speeding tickets issued
> compared to last year same time frame saw only 48 speeding summons issued.
>
>
> Joseph A. Gramaglia, MPA
> Deputy Police Commissioner
> Operations/ Homeland Security
> Buffalo Police Department
> 68 Court St
> Buffalo, NY 14202
> 716.851.4526 Office
> 716.553.9072 Cell
> 716.851.5179 Fax
> jagramaglia@bpdny.org
>
>
> ****************************************
> Confidentiality Notice:
> This electronic mail transmission is intended for the use of the individual or entity to which it is addressed
> and may contain confidential information belonging to the sender.  If you are not the intended recipient,
> you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on
> the contents or this information is strictly prohibited.  If you have received this transmission in error,
> please notify the sender immediately by e-mail and delete the original message. Thank you for your
> cooperation.

## Quinn, Robert E

| | |
|---|---|
| **From:** | Helfer, Kevin J |
| **Sent:** | Tuesday, May 07, 2019 10:45 AM |
| **To:** | Morgera, Danielle S. |
| **Subject:** | FW: 1+% vs 20% |

Correct?

**From:** jagramaglia@bpdny.org <jagramaglia@bpdny.org>
**Sent:** Monday, May 6, 2019 3:20 PM
**To:** Besecker, Aaron <abesecker@buffnews.com>
**Cc:** Helfer, Kevin J <khelfer@ch.ci.buffalo.ny.us>; mjdegeorge@bpdny.org; jdrinaldo@bpdny.org;
bclockwood@bpdny.org
**Subject:** Re: 1+% vs 20%

That is correct. The 1% is included in Commissioner Helfer's number of 20% since they end up in the same
court (City Court).

Joseph A. Gramaglia, MPA
Deputy Police Commissioner
Operations/ Homeland Security
Buffalo Police Department
68 Court St
Buffalo, NY 14202
716.851.4526 office
716.553.9072 Cell
Jagramaglia@bpdny.org

*******************************************
Confidentiality Notice: This electronic mail transmission is intended for the use of the individual or entity to
which it is addressed and may contain confidential information belonging to the sender. If you are not the
intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action
in reliance on the contents of this information is strictly prohibited. If you have received this transmission in
error, please notify the sender immediately by e-mail and delete the original message. Thank you for your
cooperation.

On May 6, 2019, at 15:13, Besecker, Aaron <abesecker@buffnews.com> wrote:

    So is the following correct?

    For all stops by BPD involving a ticket for tinted windows:

    -a little more than 1 percent also result in a criminal charge (this is over that one-year period)

    and

    -about 20 percent end up before a criminal judge because they have some misdemeanor or felony
    attached (not necessarily a criminal charge and this has a more general time frame)

1

COB012819

COB012819

-----Original Message-----
From: jagramaglia@bpdny.org <jagramaglia@bpdny.org>
Sent: Monday, May 06, 2019 3:04 PM
To: Besecker, Aaron <abesecker@buffnews.com>
Cc: khelfer@city-buffalo.com; Mike DeGeorge <mjdegeorge@bpdny.org>;
jdrinaldo@bpdny.org; bclockwood@bpdny.org
Subject: Re: 1+% vs 20%

Aaron,
There is a difference in the numbers. The just over 1% attached to arrests are criminal arrests
(penal law charges including drugs, gun, etc). This would be when the traffic stop included a
tinted windows charge, the officers also had other criminal charges. The 20% that
Commissioner Helfer spoke on was cases that ended up in City Court in a different way. If you
stop a car for an infraction, that infraction is returnable to traffic court. If you end up with other
traffic charges that are misdemeanors (suspended license, suspended registration, reckless
driving, etc ((except DWI which is booked like a penal law arrest)), those tickets are all
returnable to City Court because traffic court does not have the jurisdiction to hear misdemeanor
cases. That is why there is the number 20% compared to 1%. Can be a little confusing, feel free
to reach out to me if you need better clarification.


Joseph A. Gramaglia, MPA
Deputy Police Commissioner
Operations/ Homeland Security
Buffalo Police Department
68 Court St
Buffalo, NY 14202
716.851.4526 Office
716.553.9072 Cell
716.851.5179 Fax
jagramaglia@bpdny.org

***************************************
Confidentiality Notice:
This electronic mail transmission is intended for the use of the individual or entity to which it is
addressed and may contain confidential information belonging to the sender. If you are not the
intended recipient, you are hereby notified that any disclosure, copying, distribution, or the
taking of any action in reliance on the contents or this information is strictly prohibited. If you
have received this transmission in error, please notify the sender immediately by e-mail and
delete the original message. Thank you for your cooperation.


   "Besecker, Aaron"
   <abesecker@buffne

2

COB012820

COB012819

ws.com>                    To
                "jagramaglia@bpdny.org"
05/06/2019 01:01        <jagramaglia@bpdny.org>, "Mike
PM               DeGeorge" <mjdegeorge@bpdny.org>,
                "khelfer@city-buffalo.com"
                <khelfer@city-buffalo.com>
                          cc

                        Subject
        1+% vs 20%


Good afternoon, all. Just following up on something from Friday.

Deputy Comm. Gramaglia said a little more than 1% of stops between 5/1/18 and 4/30/19 that involved a ticket for tinted windows had an arrest attached to it.

Commissioner Helfer said that generally speaking, about 20 percent of cases involving a tinted window ticket ended up before a criminal court judge because there was a misdemeanor or felony attached.

Is that correct? These numbers seem at odds, unless I'm not clear about something.

Thanks,
Aaron
-----------------
Aaron Besecker
Reporter, The Buffalo News
o: 716.849.4602
c: 716.381.1838
@AaronBesecker
facebook.com/AaronBeseckerReporterBuffaloNews/

3

COB012821

COB012819

| | |
|---|---|
| **From:** | Byron C Lockwood/BPD |
| **Sent:** | 10/1/2018 10:19:53 PM |
| **To:** | Joseph A Gramaglia/BPD |
| **Subject:** | Fw: Buffalo, NY PD Participation at the Upcoming MCC/IACP Conference |

Byron C. Lockwood
Commissioner of Police
Buffalo Police Department
74 Franklin Street
Buffalo, New York 14202
(716)851-4040

----- Forwarded by Byron C Lockwood/BPD on 10/01/2018 06:20 PM -----

**Sonji S Robinson/BPD**
10/01/2018 04:11 PM

| | |
|---|---|
| To | Byron C Lockwood/BPD@BuffaloPoliceDept |
| cc | Davette M Patton/BPD@BuffaloPoliceDept |
| Subject | Fw: Buffalo, NY PD Participation at the Upcoming MCC/IACP Conference |

Sonji S. Robinson
Buffalo Police Department
74 Franklin Street, Room 216
Buffalo, NY 14202
716 - 851-4571 (Phone)
716 - 851-4081 (Facsimile)

----- Forwarded by Sonji S Robinson/BPD on 10/01/2018 04:10 PM -----

**"Kim Henage" <khenage@policingequity.org>**
09/25/2018 06:52 PM

| | |
|---|---|
| To | ssrobinson@bpdny.org |
| cc | "Krista Dunn" <kdunn@policingequity.org> |
| Subject | Buffalo, NY PD Participation at the Upcoming MCC/IACP Conference |

## SENT ON BEHALF OF KRISTA DUNN

Dear Commissioner Lockwood,

My name is Krista Dunn, retired deputy chief out of Salt Lake City. I am now the Director of the National Justice Database (NJD) for the Center for Policing Equity. I'm letting you know that I will be in Orlando next month for the fall MCC & IACP conferences. I would love to meet with you, or a representative from your agency, while I'm there, to discuss your possible participation in the NJD Project.

We work with nearly 200 law enforcement agencies across the United States at the current time and are adding about two more per month. Police Departments submit their vehicle and pedestrian stop, use of force, arrests and crime data, as well as calls for service. We analyze that data, along with your policy manual and an officer climate survey to look at issues of fairness and equity both within the department, and between the department and the community you serve. We then create a report that identifies disparities and gives recommendations for addressing those disparities.

There are several unique characteristics of our project. First, we look at what disparities actually belong to the police department, and differentiate those from the disparities that are more societal in nature. That way, the department can actually focus on things in their control.

Second, our project is completely confidential. We protect your data and we return the report to the Chief. We do not release anything to anyone else unless directed to do so by the Chief. Any data that we would use in research publications would be completely in aggregate and would deidentify the agency from which it came. Many agencies choose to release their reports publicly after they've had a chance to determine how they will address the disparities found. If you were to choose to do that, we would stand by your side at a public release to answer questions. Others release the report immediately, while still others never release the report, and use it strictly for internal purposes. We support whatever you choose, and will never release the names of agencies that we work with unless directed to do so by the agency chief.

Finally, we provide our services at **no cost** to the law enforcement agency. We are fully funded by public and private foundations. There will not be a charge for any of our services. Your employees pull the data and transfer it to us. We do the rest.

If you are still interested in hearing more about our project, would you please let me know who, from your agency may attend the conference, and if you will not be there, how I can contact your representative while at the conference? A cell number would be best so that I can just send a text during the meetings. I promise not to abuse the contact and will delete after the conference.

Also, if you are not attending, please let your representative know I will be contacting them and would love to spend a few minutes with them to discuss the project.

My contact information is in my signature line. I have attached an NJD FAQ sheet, as well as our data request document so that you can see what the workload for the law enforcement agency's employees would entail in pulling and transferring the data. I look forward to talking with you next month.

COB236988

COB236988

Best,

Krista

**Krista Dunn**

**National Justice Database Project Director**
**801.673.4046**
www.policingequity.org



1 NationalJusticeDatabase-FAQs.docx



2 CPE-Intro-to-the-Database.docx



3 MOU FAQ 9-17.docx



4 Data Request Checklist v3.0 (ShareFile).docx

COB236989

COB236988

**From:** Joseph A Gramaglia/BPD
**Sent:** 2/10/2017 6:26:28 PM
**To:** Daniel Derenda/BPD; Byron C Lockwood/BPD; Anthony J Barba/BPD
**CC:** Steven J Nichols/BPD
**Subject:** Fw: BARC group

Chief Joseph A. Gramaglia
B District
Buffalo Police Department
695 Main St
Buffalo, NY 14202
716-851-4518 Office
716-553-9072 Cell
716-851-5139 Fax
jagramaglia@bpdny.org

----- Forwarded by Joseph A Gramaglia/BPD on 02/10/2017 01:26 PM -----

**Kathryn M Christman/BPD**
02/10/2017 01:25 PM

To      Joseph A Gramaglia/BPD@BuffaloPoliceDept,
cc      Allison J Martinez/BPD@BuffaloPoliceDept
Subject   Re: BARC group

Also, I forgot to include, Allison located the below post indicating there will be a Vigil tonight at Hoyt & Arnold. See Below.



Kathryn Christman
Crime Analyst
Erie Crime Analysis Center
74 Franklin Street
Buffalo, NY 14202
Office: (716) 851-4452
Email: kmchristman@bpdny.org

**Kathryn M Christman/BPD**
02/10/2017 01:22 PM

To      Joseph A Gramaglia/BPD,
cc      James P Giammaresi/BPD@BuffaloPoliceDept, Kevin J
        Schellinger/BPD@BuffaloPoliceDept
Subject   Re: BARC group

COB223221

COB223221

Chief,
I believe I located the Facebook for the John Washington that has been organizing the protests. His facebook link is below. I did not locate any threats on his personal facebook.
https://www.facebook.com/john.washingtonii

Also, all I have seen thus far for additional protests at B District are a few individuals posting that they will be protesting at B District every day at 6:00pm. Stacie Ann Streets also appears to be one of the primary organizers of the protests. It should be noted that she has made somewhat ominous statements including "Wach what I do tonight" that I believe you should be aware of.





Kathryn Christman
Crime Analyst
Erie Crime Analysis Center
74 Franklin Street
Buffalo, NY 14202
Office: (716) 851-4452
Email: kmchristman@bpdny.org

**Joseph A Gramaglia/BPD**
02/10/2017 12:06 PM

To      Kathryn M Christman/BPD,

cc      James P Giammaresi/BPD, Kevin J Schellinger/BPD

Subject   BARC group

Katy
Please search out John Washington associated with anti racism site. He was the organizer last night. Please see if he has his own page and info.
Thanks.

Chief Joseph A. Gramaglia
B District
Buffalo Police Department
695 Main St
Buffalo, NY 14202
716.851.4518 Office
716.553.9072 Cell
716.851.5139 fax
Jagramaglia@bpdny.org

COB223223

COB223221