# Quinn,Robert E

| | | | |
|---|---|---|---|
| **From:** | Morgera,Danielle S. | | |
| **Sent:** | Tuesday, May 07, 2019 10:51 AM | | |
| **To:** | Helfer,Kevin J | | |
| **Subject:** | RE: 1+% vs 20% | | |
| | | | |
| **Tracking:** | **Recipient** | | **Read** |
| | Helfer,Kevin J | | Read: 5/7/2019 10:59 AM |

This is what I sent to Mike as I understand it:

Dear Mike:

My recollection is that DPC Gramaglia indicated about 1% of cars actually stopped as tints as the reason for the stop resulted in an arrest.
Kevin's quote was based on the four-year window of data from Open Data NY where about 20% of all tint ticket stops were adjudicated by a higher court.
I believe Joe's statement alluded to tints being the REASON (a/k/a observation) for the stop.

---

**From:** Helfer,Kevin J
**Sent:** Tuesday, May 7, 2019 10:45 AM
**To:** Morgera,Danielle S. <dmorgera@ch.ci.buffalo.ny.us>
**Subject:** FW: 1+% vs 20%

Correct?

---

**From:** jagramaglia@bpdny.org <jagramaglia@bpdny.org>
**Sent:** Monday, May 6, 2019 3:20 PM
**To:** Besecker, Aaron <abesecker@buffnews.com>
**Cc:** Helfer,Kevin J <khelfer@ch.ci.buffalo.ny.us>; mjdegeorge@bpdny.org; jdrinaldo@bpdny.org; bclockwood@bpdny.org
**Subject:** Re: 1+% vs 20%

That is correct. The 1% is included in Commissioner Helfer's number of 20% since they end up in the same court (City Court).

Joseph A. Gramaglia, MPA
Deputy Police Commissioner
Operations/ Homeland Security
Buffalo Police Department
68 Court St
Buffalo, NY 14202
716.851.4526 office
716.553.9072 Cell
Jagramaglia@bpdny.org

COB012867

COB012867

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Confidentiality Notice: This electronic mail transmission is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message. Thank you for your cooperation.

On May 6, 2019, at 15:13, Besecker, Aaron <abesecker@buffnews.com> wrote:

> So is the following correct?
>
> For all stops by BPD involving a ticket for tinted windows:
>
> -a little more than 1 percent also result in a criminal charge (this is over that one-year period)
>
> and
>
> -about 20 percent end up before a criminal judge because they have some misdemeanor or felony attached (not necessarily a criminal charge and this has a more general time frame)
>
>
>
> -----Original Message-----
> From: jagramaglia@bpdny.org <jagramaglia@bpdny.org>
> Sent: Monday, May 06, 2019 3:04 PM
> To: Besecker, Aaron <abesecker@buffnews.com>
> Cc: khelfer@city-buffalo.com; Mike DeGeorge <mjdegeorge@bpdny.org>; jdrinaldo@bpdny.org; bclockwood@bpdny.org
> Subject: Re: 1+% vs 20%
>
> Aaron,
> There is a difference in the numbers. The just over 1% attached to arrests are criminal arrests (penal law charges including drugs, gun, etc). This would be when the traffic stop included a tinted windows charge, the officers also had other criminal charges. The 20% that Commissioner Helfer spoke on was cases that ended up in City Court in a different way. If you stop a car for an infraction, that infraction is returnable to traffic court. If you end up with other traffic charges that are misdemeanors (suspended license, suspended registration, reckless driving, etc ((except DWI which is booked like a penal law arrest)), those tickets are all returnable to City Court because traffic court does not have the jurisdiction to hear misdemeanor cases. That is why there is the number 20% compared to 1%. Can be a little confusing, feel free to reach out to me if you need better clarification.
>
>
>
> Joseph A. Gramaglia, MPA
> Deputy Police Commissioner
> Operations/ Homeland Security
> Buffalo Police Department

2

COB012868

COB012867

68 Court St
Buffalo, NY 14202
716.851.4526 Office
716.553.9072 Cell
716.851.5179 Fax
jagramaglia@bpdny.org

*******************************************

Confidentiality Notice:
This electronic mail transmission is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents or this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message. Thank you for your cooperation.

"Besecker, Aaron"
<abesecker@buffnews.com>
05/06/2019 01:01 PM

To: "jagramaglia@bpdny.org" <jagramaglia@bpdny.org>, "Mike DeGeorge" <mjdegeorge@bpdny.org>, "khelfer@city-buffalo.com" <khelfer@city-buffalo.com>

cc:

Subject: 1+% vs 20%

Good afternoon, all. Just following up on something from Friday.

Deputy Comm. Gramaglia said a little more than 1% of stops between 5/1/18 and 4/30/19 that involved a ticket for tinted windows had an arrest attached to it.

Commissioner Helfer said that generally speaking, about 20 percent of cases involving a tinted window ticket ended up before a criminal court judge because there was a misdemeanor or felony attached.

Is that correct? These numbers seem at odds, unless I'm not clear about something.

3

COB012869

COB012867

Thanks,
Aaron

-------------------
Aaron Besecker
Reporter, The Buffalo News
o: 716.849.4602
c: 716.381.1838
@AaronBesecker
facebook.com/AaronBeseckerReporterBuffaloNews/

# Quinn,Robert E

| | |
|---|---|
| **From:** | Helfer,Kevin J |
| **Sent:** | Wednesday, May 08, 2019 11:04 AM |
| **To:** | Besecker, Aaron |
| **Subject:** | RE: 13 vehicles ticketed per day |

Will do shortly.
Kevin

---

**From:** Besecker, Aaron <abesecker@buffnews.com>
**Sent:** Wednesday, May 8, 2019 10:33 AM
**To:** Mike DeGeorge <mjdegeorge@bpdny.org>; Helfer,Kevin J <khelfer@ch.ci.buffalo.ny.us>
**Subject:** RE: 13 vehicles ticketed per day

Still hoping you might be able to provide some clarification on this. Thanks.

---

**From:** Besecker, Aaron
**Sent:** Monday, May 06, 2019 2:17 PM
**To:** Mike DeGeorge <mjdegeorge@bpdny.org>; khelfer@city-buffalo.com
**Subject:** 13 vehicles ticketed per day

Mike and Kevin,

Would you be able to specify the basis/source of your statistic that shows 1.8 tickets per vehicle for tinted window violations and 13 vehicles ticketed per day?

I'd like to explain in my story how you arrived at the figure.

Thanks,
Aaron

-----------------
Aaron Besecker
Reporter, The Buffalo News
o: 716.849.4602
c: 716.381.1838
@AaronBesecker
facebook.com/AaronBeseckerReporterBuffaloNews/

1

COB012818

COB012818

| | |
|---|---|
| **From:** | Estrich,Donna |
| **Sent:** | 12/13/2018 8:41:11 PM |
| **To:** | Lockwood,Byron C; Gramaglia,Joseph A |
| **Subject:** | FW: 1st quarter report |

Any change in the enforcement /tickets ? The news is asking about it.


**From:** DeGeorge,Michael J.
**Sent:** Thursday, December 13, 2018 3:11 PM
**To:** Estrich,Donna
**Subject:** Fwd: 1st quarter report




Sent via the Samsung Galaxy S7, an AT&T 4G LTE smartphone



-------- Original message --------

From: "Williams, Deidre" <DSWilliams@buffnews.com>

Date: 12/13/18 10:12 AM (GMT-05:00)

To: "Estrich,Donna" <AU94@ch.ci.buffalo.ny.us>, "DeGeorge,Michael J." <mdegeorge@ch.ci.buffalo.ny.us>

Subject: 1st quarter report


Hi Donna.

Is the $440,00 budget surplus from the 1st quarter? I just want to be sure before I put it in the story. I'd appreciate it if you would let me know.

Also, in terms of the traffic violations revenue: The administration budgeted $6 million, but only $711,000 has come in so far as of Nov. 30.Is that correct?

And has any of the $8 million in projected revenue from the sale of Capital Assets come in yet? I believe there's a pending sale is in the Law Department waiting for finalization.

Please let me know. Thanks. Deidre

COB231866
COB231866