

**MAYOR BYRON W. BROWN**

**FOR IMMEDIATE RELEASE**  **Contacts:** Rob Mayer / rmayer@city-buffalo.com
June 22, 2020  Michael DeGeorge / mdegeorge@city-buffalo.com

## MAYOR BYRON W. BROWN ANNOUNCES IMPLEMENTATION OF BUFFALO REFORM AGENDA, A SET OF POLICIES AND INITIATIVES THAT ADVANCE RACIAL EQUITY AND STRENGTHEN RESTORATIVE POLICING IN THE CITY OF BUFFALO

BUFFALO, NY- Today, Mayor Byron W. Brown announced the implementation of the first phase of the restorative policing policies which were contained in the Buffalo Reform Agenda he announced on June 9, 2020. The Buffalo Reform Agenda is a community-driven outline for achievable and immediate initiatives the City of Buffalo is committed to taking to shift its law enforcement model to a restorative model that strengthens its ties to the community it is meant to serve. The action steps being announced today are part of an effort to ensure greater transparency, equity and fairness for black residents who live in the City of Buffalo beginning with community-police relations.

The first reform actions being implemented by the City this week, which will be in place by Wednesday, June 24th, are:

- Buffalo Police officers are directed to issue appearance tickets instead of handcuffing and transporting suspects for low-level offenses unless New York State law mandates an arrest or the individuals present a danger to themselves or others. Buffalo Police Commissioner Byron Lockwood today issued General Order #2020-009 to officially implement the reforms.

- Stop receipts will be issued at all traffic stops. This means that a police officer who approaches a stopped vehicle, must immediately tell the resident a reason for the stop and complete a form indicating that reason and the alleged violation observed which is then provided to the driver of the vehicle, onsite.

- Tickets issued for correctable equipment violations or "Fix-It Tickets" issued by the Buffalo Police Department will have a correction period of seven days, instead of the 24 hours provided by New York State Vehicle and Traffic Law, for the motorist to repair the condition and avoid any penalties or fines.

- Buffalo Police Department Management created a new link to the Buffalo Reform Agenda on their and the City's web pages to prominently display the Body Camera, Use of Force and Manual of Procedure policies, as well as the latest version of new forms, and the Police Commissioner's general orders on all current updates to policing in the City of Buffalo. These web updates may be found at: www.buffalony.gov/reformagenda

Mayor Brown said, "Today's announcement shows the urgency required to address systemic racism in the City of Buffalo. The time for action is now and my Administration is taking bold steps to ensure that black residents feel safe throughout our City. As I said during my announcement with community activists, clergy, block club leaders, police officers and others, this is the first of many steps that we are taking while also calling on every other sector of our community, from healthcare to higher education to media to philanthropy to banking to labor, to do the same."

###

City of Buffalo | Office of the Mayor | 716.851.4841
Additional news available at: www.buffalony.gov

