# BUFFALO POLICE
## Dispatch Monitor - Unit History Report

12/13/2017

| | | |
|---|---|---|
| Date 12/11/2017 | Unit H440 | Patrol C |
| Shift 4th | Officer(s) 172582 - ANDREW WHITEFORD | |
| | 172566 - CHARLES MILLER | |

| Time Stamp | Log |
|---|---|
| 12/11/2017 15:53 | Shift Started |
| 12/11/2017 17:24 | On Scene:17-3450582 |
| 12/11/2017 17:24 | Dispatched - TRAFFIC STOP  - NIAGARA ST@MARYLAND ST:17-3450582 |
| 12/11/2017 17:24 | Enroute:17-3450582 |
| 12/11/2017 17:40 | Cleared:17-3450582 |
| 12/11/2017 17:40 | Available |
| 12/11/2017 17:46 | Dispatched - NARCOTICS  - 113 GRANT ST BUF:17-3450599 |
| 12/11/2017 17:46 | Enroute:17-3450599 |
| 12/11/2017 18:08 | Location Change - CB  WITH  1:17-3450599 |
| 12/11/2017 20:34 | Available |
| 12/11/2017 21:35 | Enroute:17-3450776 |
| 12/11/2017 21:35 | On Scene:17-3450776 |
| 12/11/2017 21:35 | Dispatched - TRAFFIC STOP  - BROADWAY@MOHR AV:17-3450776 |
| 12/11/2017 21:35 | Location Change - BROADWAY@WARREN:17-3450776 |
| 12/11/2017 21:58 | Available |
| 12/11/2017 21:58 | Cleared:17-3450776 |
| 12/11/2017 22:25 | Dispatched - TRAFFIC STOP  - 1635 GENESEE ST BUF:17-3450814 |
| 12/11/2017 22:25 | Enroute:17-3450814 |
| 12/11/2017 22:25 | On Scene:17-3450814 |
| 12/11/2017 22:45 | Cleared:17-3450814 |
| 12/11/2017 22:45 | Available |
| 12/11/2017 22:45 | On Scene:17-3450833 |
| 12/11/2017 22:45 | Enroute:17-3450833 |
| 12/11/2017 22:45 | Dispatched - MISCELLANEOUS  - 62 ISABELLE ST BUF:17-3450833 |
| 12/11/2017 22:56 | Cleared:17-3450833 |
| 12/11/2017 22:56 | Available |
| 12/12/2017 01:07 | Shift Ended |

# BUFFALO POLICE

## COMPLAINT SUMMARY REPORT

**Report Date: 12/14/2017**

### 17-3450582   TRAFFIC STOP
### NIAGARA ST@MARYLAND ST (B4) Priority: 7

**Disposition(s): 1. Summons**

| | |
|---|---|
| Reported:   12/11/2017 17:24:28 | Received By:   001682-FORERO, SUSAN |
| Received:   12/11/2017 17:24:28 | Dispatched By: 001682-FORERO, SUSAN |
| Dispatched: 12/11/2017 17:24:31 | Source: |
| En Route:   12/11/2017 17:24:31 | |
| On Scene:   12/11/2017 17:24:31 | |
| Cleared:    12/11/2017 17:40:02 | |

**Officers:**        1. 172582-WHITEFORD, ANDREW J.   2. 172566-MILLER, CHARLES M.
**Other Personnel:**
**Remarks:** 17:24:30   001682   Entry Initiated
            17:24:31   001682   Dispatched (Primary) - H440
            17:24:31   001682   Sent to Dispatch - TRAFFIC STOP - NIAGARA ST@MARYLAND ST (B4) Pri: 7
            17:24:31   001682   Enroute - H440
            17:24:31   001682   On Scene - H440
            17:39:52   172566   Disposition Added - Summons
            17:40:03   172566   Cleared - H440
            17:40:36   001682   Archived

**Total Complaints: 1**

1

COB051504

# UNIFORM TRAFFIC TICKET

**BF637PMJF1**
To be completed by Police Officer and given to Motorist

**POLICE AGENCY:** BUFFALO POLICE DEPARTMENT
**Local Police Code:** BPD

**TO PLEAD BY MAIL** (NOT TO BE USED FOR MISDEMEANORS OR FELONIES)

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

| Field | Value |
|---|---|
| Last Name (Defendant) | MENDELL |
| First Name | ROBERT |
| M.I. | C |
| Number and Street | 66 HUMBER AVE |
| Apt. No. | |
| Photo Lic Shown | ● |
| City | BUFFALO |
| State | NY |
| Zip Code | 14215-0000 |
| Owner Oper. | ● |
| Lic. Class | DM |
| Client ID Number | 673015496 |
| Sex | M |
| Date Expires | 3/31/2018 |
| Lic. State | NY |
| Date of Birth | 3/31/1971 |
| Veh. Type | 1 |
| Year | 1995 |
| Make | CHEV |
| Color | BK |
| Plate Number | GFC4332 |
| Reg. State | NY |
| Registration Expires | |

## THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

| Time | Date of Offense | IN VIOLATION OF |
|---|---|---|
| 5:30 PM | 12/11/2017 | NYS V AND T LAW |

| Section | Sub Section | Tr Inf | Misd | Felony | MPH | MPH Zone |
|---|---|---|---|---|---|---|
| 4021 | | ● | ○ | ○ | | |

**Description of Violation:** NO DISTINCTIVE PLATE-FRONT PLATE NOT AFFIXED

US DOT#

| CDL Veh | Bus | Haz Mat |
|---|---|---|
| ○ | ○ | ○ |

**Place of Occurrence:** 425 NIAGARA ST SB
**Hwy. No.:**
**Loc. Code:** 1501

**C/T/V Name:** BUFFALO, CITY OF - 1501
**County:** ERIE
**Hwy. Type:** 6
**NCIC/ORI:** 01401

**AFFIRMED UNDER PENALTY OF PERJURY**
*Andrew Whiteford* (Officer's Signature)

**Date Affirmed:** 12/11/2017
**Off Assign:** DE
**Arrest Type:** 1 - PATROL
**Badge/Shield:** 172582

**Officer's Last Name:** WHITEFORD
**First Name:** A
**M.I.:**

Radar Officer's Signature

*THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW*

**BUFFALO TRAFFIC VIOLATIONS AGENCY**
**Address:** CITY HALL, ROOM 115
**City:** BUFFALO
**State:** NY
**Zip:** 14202

● RETURN BY MAIL BEFORE OR IN PERSON ON:
○ MUST APPEAR IN PERSON ON:

**Date:** 1/1/2018
**Time:** 10:30 A

**A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.**

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

## SECTION A - PLEA OF GUILTY

To the Court listed on the other side of this ticket:
I, _____,
residing at _____
have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

All statements are made under penalty of perjury:

Date: _____  Signed _____

## SECTION B - PLEA OF NOT GUILTY

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

**NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?**

Yes ☐   No ☐

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?
NO ○   SPEEDING (Gen 101) ○   GENERAL (Gen 101A) ○

Signature _____
Address _____
City _____ State _____ Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

**APPLICANTS UNDER 18 YEARS OF AGE MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian _____
Address _____
City _____ State _____ Zip Code _____

**FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.**

UTD-1.7 (4/02)

**BF637PMJF1**

COB051505

**New York State - Department of Motor Vehicles**
**UNIFORM TRAFFIC TICKET**

BF637PMJ1N
To be completed by Police Officer and given to Motorist

POLICE AGENCY: BUFFALO POLICE DEPARTMENT
Local Police Code: BPD

| Field | Value |
|---|---|
| Last Name (Defendant) | MENDELL |
| First Name | ROBERT |
| M.I. | C |
| Number and Street | 66 HUMBER AVE |
| Apt. No. | |
| Photo Lic Shown | ● |
| City | BUFFALO |
| State | NY |
| Zip Code | 14215-0000 |
| Owner Oper. | ● |
| Lic. Class | DM |
| Client ID Number | 673015496 |
| Sex | M |
| Date Expires | 3/31/2018 |
| Lic. State | NY |
| Date of Birth | 3/31/1971 |
| Veh. Type | 1 |
| Year | 1995 |
| Make | CHEV |
| Color | BK |
| Plate Number | GFC4332 |
| Reg. State | NY |
| Registration Expires | |

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

| Field | Value |
|---|---|
| Time | 5:30 PM |
| Date of Offense | 12/11/2017 |
| IN VIOLATION OF | NYS V AND T LAW |
| Section | 37531 |
| Sub Section | |
| Tr Inf | ● |
| Misd | |
| Felony | |
| MPH | |
| MPH Zone | |
| Description of Violation | INADEQUATE/NO MUFFLER |
| Place of Occurrence | 425 NIAGARA ST SB |
| Hwy. No. | |
| Loc. Code | 1501 |
| C/T/V Name | BUFFALO, CITY OF - 1501 |
| County | ERIE |
| Hwy. Type | 6 |
| NCIC/ORI | 01401 |
| Date Affirmed | 12/11/2017 |
| Off Assign | DE |
| Arrest Type | 1 - PATROL |
| Badge/Shield | 172582 |
| Officer's Last Name | WHITEFORD |
| First Name | A |

AFFIRMED UNDER PENALTY OF PERJURY
(Officer's Signature): Andrew Whiteford

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW**

BUFFALO TRAFFIC VIOLATIONS AGENCY
Address: CITY HALL, ROOM 115
City: BUFFALO   State: NY   Zip: 14202

● RETURN BY MAIL BEFORE OR IN PERSON ON:
○ MUST APPEAR IN PERSON ON:
Date: 1/1/2018   Time: 10:30 A

**A PLEA OF GUILTY TO THIS CHARGE IS EQUIVALENT TO A CONVICTION AFTER TRIAL. IF YOU ARE CONVICTED, NOT ONLY WILL YOU BE LIABLE TO A PENALTY, BUT IN ADDITION YOUR LICENSE TO DRIVE A MOTOR VEHICLE OR MOTORCYCLE, AND YOUR CERTIFICATE OF REGISTRATION, IF ANY, ARE SUBJECT TO SUSPENSION AND REVOCATION AS PRESCRIBED BY LAW.**

Conviction may subject you to a mandatory surcharge and/or Driver Responsibility Assessment as prescribed by law.

Your failure to respond may result in a warrant for your arrest or suspension of your driver's license and/or a default judgement against you.

---

**TO PLEAD BY MAIL**
**(NOT TO BE USED FOR MISDEMEANORS OR FELONIES)**

- If you are pleading "GUILTY" by mail, place an "X" through SECTION B, then complete and sign SECTION A.
- If you are pleading "NOT GUILTY" by mail, place an "X" through SECTION A, then complete and sign SECTION B.
- Mail this form to the Court noted on this ticket by Registered, Certified, or First Class Mail, with Return Receipt Requested.
- DO NOT use this form for Misdemeanors or Felonies or for a third or subsequent speeding violation in an 18 month period, instead you must appear in the Court noted on this ticket in person.
- If the Court denies your plea, you will be notified by mail to appear in the Court noted on the front of this ticket.

**SECTION A - PLEA OF GUILTY**

To the Court listed on the other side of this ticket:
I, _____
residing at _____
have been charged with the violation as specified on the other side of this ticket. I acknowledge receipt of the warning printed in bold type on the other side of this ticket, and I waive arraignment in open court and the aid of an Attorney. I plead GUILTY to the offense as charged and request that this charge be disposed of and a fine or penalty fixed by the court.

Additionally, I make the following statement of explanation (optional):

_____

All statements are made under penalty of perjury:

Date: _____  Signed _____

**SECTION B - PLEA OF NOT GUILTY**

The following notice applies to you if the officer did not issue you a supporting deposition with your ticket.

**NOTICE: YOU ARE ENTITLED TO RECEIVE A SUPPORTING DEPOSITION FURTHER EXPLAINING THE CHARGES PROVIDED YOU REQUEST SUCH SUPPORTING DEPOSITION WITHIN THIRTY (30) DAYS FROM THE DATE YOU ARE DIRECTED TO RESPOND TO THE COURT NOTED ON THE OTHER SIDE OF THIS APPEARANCE TICKET. DO YOU REQUEST A SUPPORTING DEPOSITION?**

Yes ☐   No ☐

SUPPORTING DEPOSITION PROVIDED WHEN THIS TICKET WAS ISSUED?
NO ○   SPEEDING (Gen 101) ○
          GENERAL (Gen 101A) ○

Signature _____
Address _____
City _____ State _____ Zip Code _____

NOTE: Mail this NOT GUILTY Plea within 48 hours. The court will notify you by First Class Mail of your appearance date.

**APPLICANTS UNDER 18 YEARS OF AGE MUST SUBMIT NAME AND ADDRESS OF PARENT OR GUARDIAN BELOW.**

Name of Parent or Guardian _____
Address _____
City _____ State _____ Zip Code _____

FAILURE TO ANSWER THIS TICKET WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGEMENT AGAINST YOU.

UTD-1.7 (4/02)

BF637PMJ1N

COB051506