UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF BUFFALO, N.Y., *et al.*,<br><br>　　　　　　　　Defendants. | No. 1:18-cv-00719-CCR |

**NOTICE REGARDING EXHIBITS TO KRUGMAN DECLARATION (ECF #113) IN SUPPORT OF MOTION TO COMPEL AND FOR SANCTIONS (ECF #111)**

　　Due to an ECF filing issue, the as-filed exhibits to the Krugman Declaration (ECF #113) in support of Plaintiffs' Motion to Compel and for Sanctions (ECF #111) are partially out of order. Specifically:

- Exhibit 1 to the Declaration is ECF #113-21.
- Exhibit 2 to the Declaration is ECF #113-22
- Exhibits 3 to 22 to the Declaration are ECF ##113-1 to 113-20, respectively.

Dated: September 29, 2021

[Signatures follow]

| | |
|---|---|
| /s/ Keisha A. Williams<br>Joseph Keleman<br>Keisha Williams<br>WESTERN NEW YORK LAW CENTER<br>Cathedral Park Tower<br>37 Franklin Street, Suite 210<br>Buffalo, NY 14202<br>Tel: (716) 828-8415<br>Fax: (716) 270-4005<br>jkeleman@wnylc.com<br>kwilliams@wnylc.com | /s/ Edward P. Krugman<br>Claudia Wilner<br>Edward Krugman<br>Anjana Malhotra<br>NATIONAL CENTER FOR LAW<br>AND ECONOMIC JUSTICE<br>275 Seventh Avenue, Suite 1506<br>New York, NY 10001<br>212-633-6967<br>wilner@nclej.org<br>krugman@nclej.org<br>malhotra@nclej.org |
| /s/ Chinyere Ezie<br>Chinyere Ezie<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>212-614-6475<br>CEzie@ccrjustice.org | /s/ Jordan Joachim<br>Jordan Joachim (admitted *pro hac vice*)<br>COVINGTON & BURLING LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>212-841-1000<br>jjoachim@cov.com |

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2021, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

*/s/ Edward P. Krugman*