# BUFFALO POLICE

## COMPLAINT SUMMARY REPORT

**Report Date: 12/14/2017**

### 17-3450582   TRAFFIC STOP
### NIAGARA ST@MARYLAND ST (B4) Priority: 7

**Disposition(s): 1. Summons**

| | |
|---|---|
| Reported: 12/11/2017 17:24:28 | Received By:   001682-FORERO, SUSAN |
| Received: 12/11/2017 17:24:28 | Dispatched By: 001682-FORERO, SUSAN |
| Dispatched: 12/11/2017 17:24:31 | Source: |
| En Route: 12/11/2017 17:24:31 | |
| On Scene: 12/11/2017 17:24:31 | |
| Cleared: 12/11/2017 17:40:02 | |

**Officers:**   1. 172582-WHITEFORD, ANDREW J.   2. 172566-MILLER, CHARLES M.

**Other Personnel:**

**Remarks:**
```
17:24:30  001682  Entry Initiated
17:24:31  001682  Dispatched (Primary) - H440
17:24:31  001682  Sent to Dispatch - TRAFFIC STOP - NIAGARA ST@MARYLAND ST (B4) Pri: 7
17:24:31  001682  Enroute - H440
17:24:31  001682  On Scene - H440
17:39:52  172566  Disposition Added - Summons
17:40:03  172566  Cleared - H440
17:40:36  001682  Archived
```

**Total Complaints: 1**

1