| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>CITY OF BUFFALO, N.Y., *et al.*,<br><br>      Defendants. | No. 1:18-cv-00719-CCR |

**PLAINTIFFS' CONSENT MOTION RE REPLY PAPERS
ON MOTION TO COMPEL AND FOR SANCTIONS (ECF #111)**

  Plaintiffs hereby move ON CONSENT to extend their time to file reply papers on their motion to compel and for sanctions (ECF #111) to and including October 26, 2021.

October 12,, 2021

| | |
|---|---|
| */s/ Keisha A. Williams*<br>Joseph Keleman<br>Keisha Williams<br>WESTERN NEW YORK LAW CENTER<br>Cathedral Park Tower<br>37 Franklin Street, Suite 210<br>Buffalo, NY 14202<br>Tel: (716) 828-8415<br>Fax: (716) 270-4005<br>jkeleman@wnylc.com<br>kwilliams@wnylc.com | */s/ Edward P. Krugman*<br>Claudia Wilner<br>Edward Krugman<br>Anjana Malhotra<br>NATIONAL CENTER FOR LAW<br>AND ECONOMIC JUSTICE<br>275 Seventh Avenue, Suite 1506<br>New York, NY 10001<br>212-633-6967<br>wilner@nclej.org<br>krugman@nclej.org<br>malhotra@nclej.org |
| */s/ Chinyere Ezie*<br>Chinyere Ezie<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>212-614-6475<br>CEzie@ccrjustice.org | */s/ Jordan Joachim*<br>Jordan Joachim (admitted *pro hac vice*)<br>COVINGTON & BURLING LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>212-841-1000<br>jjoachim@cov.com |

            *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2021, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

<em>/s/ Edward P. Krugman</em>