# Exhibit 1



| | | |
|---|---|---|
| Maureen A Oakley/BPD<br>10/12/2016 12:09 PM | To | Charles.Tyree@dcjs.ny.gov, |
| | cc | Kimberly L Beaty/BPD@BuffaloPoliceDept,<br>Jamie.Giammaresi@dcjs.ny.gov |
| | bcc | Patrick G Mann/BPD |
| | Subject | Fw: Procedural Justice Training Overview |

Hi Chuck: We are sending someone from BPD to the Executive Overview on October 27 as requested, and we need to know the hotels nearby the training location; also, the location when it has been identified.

We are sending the Captain of our Police Academy and he is asking me for the particulars so he can register.

Thank you.


Maureen (Moey) Oakley
Buffalo Police Department
74 Franklin Street, Room 120
Buffalo, New York 14202
716/851-4475 (Phone)
716/851-5907 (Fax)
***PLEASE NOTE NEW EMAIL ADDRESS: maoakley@bpdny.org

----- Forwarded by Maureen A Oakley/BPD on 10/12/2016 12:05 PM -----



| | | |
|---|---|---|
| "Tyree, Charles P (DCJS)"<br><Charles.Tyree@dcjs.ny.gov><br>10/04/2016 05:03 PM | To | "maoakley@bpdny.org" <maoakley@bpdny.org>, |
| | cc | |
| | Subject | Re: Procedural Justice Training Overview |

```
I will get you a few hotels tomorrow, but it is being held in
Goshen, NY. I will have a few hotels sent to you tomorrow

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G
  LTE network.
  Original Message
From: maoakley@bpdny.org
Sent: Tuesday, October 4, 2016 5:01 PM
To: Tyree, Charles P (DCJS)
Subject: Re: Procedural Justice Training Overview


ATTENTION: This email came from an external source. Do not open
attachments or click on links from unknown senders or unexpected
emails.


Chuck, I know that - but what is the location of this overview
being held
```

COB028073

COB028073

| From: | Giammaresi, Jamie (DCJS) |
| --- | --- |
| Sent: | 3/13/2019 3:57:54 PM |
| To: | Rinaldo Jeff (jdrinaldo@bpdny.org) |
| Subject: | Fwd: BMHA Crime Totals.xlsx |

Get Outlook for iOS

---

**From:** A. Thompson <athompson@bmhahousing.com>
**Sent:** Wednesday, March 13, 2019 11:56 AM
**To:** Giammaresi, Jamie (DCJS)
**Subject:** BMHA Crime Totals.xlsx

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Jamie,

Here are crime totals by development for 2018 and 2017.

Hope this is what you're looking for.

Let me know if you something different, something more.


Albert J Thompson, Crime Analyst

Buffalo Municipal Housing Authority

312 Perry Street

Buffalo, NY 14204

Ph: (716)842-2223, ext.201

Fax: (716)312-9216




- BMHA Crime Totals.xlsx

COB078265
COB078265

| From: | Kevin J Schellinger/BPD |
|---|---|
| Sent: | 7/13/2017 2:46:42 PM |
| To: | Jeffrey D Rinaldo/BPD |
| CC: | Kimberly L Beaty/BPD; jamie.giammaresi@dcjs.state.ny.us; Matthew M Wrona/BPD |
| Subject: | Re: Arrest Stats |

Sir,

Attached are the stats that you requested for Strike Force and Housing arrests.

I also included a Excel Workbook that shows the arrests, gun arrests, and gun arrests rates per officer for the 7/1/16 - 7/1/17 time frame. It is currently sorted by all arrests but you can sort by gun arrests and gun arrest rates to gain a better understanding of the data.

Please review and let me know if you have any questions or need anything else.

Thanks,

Kevin Schellinger
Senior Crime Analyst and IT Coordinator
Erie Crime Analysis Center
74 Franklin St
Buffalo, NY 14202
Office Phone: 716-851-4452 x1014
Email: kjschellinger@bpdny.org


Housing_SF_Arrests_7116_7117.pdf


Housing_SF_Officers_Arrests_Gun_Arrests_7116_7117.xlsx

> Jeffrey D Rinaldo/BPD
> 07/12/2017 09:52 PM

To  Kevin J Schellinger/BPD,

cc

Subject  Re: Arrest Stats

The number of arrests from 7/1/16-7/1/17 and the number of gun arrests for both.

Jeff Rinaldo

> On Jul 12, 2017, at 2:59 PM, Kevin J Schellinger <KJSchellinger@bpdny.org> wrote:
>
> Sir,
>
> What stats are you looking for housing and strike force?
>
> As I understand it you a number of all of their arrest and all gun arrests per squad.
>
> If that is correct, how far back?
>
> Kevin Schellinger
> Senior Crime Analyst and IT Coordinator
> Erie Crime Analysis Center
> 74 Franklin St
> Buffalo, NY 14202
> Office Phone: 716-851-4452 x1014
> Email: kjschellinger@bpdny.org

COB078674
COB078674