# Exhibit 2

Patrick A Roberts/BPD
07/02/2013 11:55 PM

To: David E Wilcox/BPD@BuffaloPoliceDept, Thomas R Whelan/BPD@BuffaloPoliceDept, George P McLean/BPD@BuffaloPoliceDept, Daniel A
cc
bcc
Subject: Fw: Discretionary O.T.

----- Forwarded by Patrick A Roberts/BPD on 07/02/2013 11:54 PM -----

# P-73 BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO: Daniel Derenda<br>Commissioner of Police | DATE: 07/02/2013 11:41:17 PM |
|---|---|
| FROM: Patrick A Roberts<br>Captain Housing Unit | SUBJECT: Discretionary O.T. |

Attn: Kevin Brinkworth, Chief Housing Unit/Strike Force

Sir:

It is my wish that you please consider the following. Last year during the Strike Force that I commanded over, you allotted (112) hours of discretionary o.t. per pay to be utilized as I best saw fit to. This was in addition to the twice per pay period full platoon road checks. It is my request that you reinstitute this a.s.a.p. It was hugely successful in terms of addressing many of the problems that face the citizens of Buffalo. The bulk of the overtime was spent during the daytime hours of 1200-1600. It was particularly effective in that it disrupted the traffic patterns and movements of many of the city's most dangerous individuals and caused them to re-think their next criminal move. The use of roadblocks with the zero tolerance has greatly effected the way actions are performed by these individuals and it is my belief that bringing back the additional overtime funds would assist the Strike Force in even further dampening the efforts of these would-be criminals.

It should further be noted that the State Police are historically not as available in the summer and that ECSD is contributing one two officer car. Although appreciated, the numbers of officers are down from last year's of up to (3) ECSD cars along with a Sgt. and as many NYSP. The officers are highly motivated and have patiently waited for the new fiscal year in the hope that help (in the form of O.T,) would be on the way. Thank you for your consideration.

Respectfully submitted,


Captain Patrick Roberts

COB039120

COB039120



COB039121

COB039120

| | Thomas R Whelan/BPD<br>06/24/2014 10:29 PM | To | Patrick A Roberts/BPD@BuffaloPoliceDept, |
|---|---|---|---|
| | | cc | Daniel A Burke/BPD@BuffaloPoliceDept, David E Wilcox/BPD@BuffaloPoliceDept, George P McLean/BPD@BuffaloPoliceDept |
| | | bcc | |
| | | Subject | Re: Fw: A new Strike Force Daily Report has been submitted. |

Sir,

As I was out of the country when your original email regarding overtime issues was sent I did not have an opportunity to provide any input until now. I do not think your efforts to secure the overtime details that we have executed in the past has gone unnoticed or unappreciated as your email implies. The core of supervision understands the immense task and undertaking that these efforts consume. This is not to say that there doesn't exist some of lesser experience that do not understand the efforts being put forth by you to secure these overtime details.

Additionally it has been made public the dissatisfaction of our failure to fill recent overtime details. Unfortunately the officers eligible to work the overtime were unable to fill the vacancies due to prior personal commitments. Since we only utilize the Strike Force & Housing manpower this leaves a very limited pool of officers to draw from especially when taking into consideration the fact that there are 4 less officers assigned to Strike Force than there was a year ago and 2 less housing officers, vacancies that were never filled. We were very successful last year running the long details from 1200-2200, this not only provided a larger pool of officers to fill some of the earlier hours but also provided additional hours to run a second checkpoint, surprise the criminal element when they were not expecting aggressive patrol and allowed us to best utilize all our available equipment.

If the Commissioner is concerned with the numbers as stated below then he needs only to look at the man hours utilized to deliver last years results versus the man hours being currently utilized. Last year we had full platoons and we were supplemented by the continuous support of the NYSP and ECSO from our inception, I have yet to see a Sheriff's Dept car and the Troopers are intermittent at best. We also were able to utilize 200 hours of detail overtime each pay period to great effect with regards to mission accomplishment. This number was greatly magnified with the introduction of an additional 800 hours of overtime each pay period utilized from Thur-Sunday during the summer months, this additional manpower enabled us to greatly boost our operational numbers.

I do not see overtime as having anything to do with morale. Instead it is a tool to expand the units capabilities being performed by Officers that have proven to be efficient in their duties. I think everyone here appreciates the efforts and is willing to work the hours to deliver the results but that doesn't mean that every officer wants to be here for every overtime tour.

Respectfully,
Lt Whelan

| Patrick A Roberts | Patrick A Roberts/BPD | | | 06/23/2014 10:11:38 AM |
|---|---|---|---|---|



| | Patrick A Roberts/BPD<br>06/23/2014 10:11 AM | To | Daniel A Burke/BPD, Thomas R Whelan/BPD, David E Wilcox/BPD, George P McLean/BPD, |
|---|---|---|---|
| | | cc | |
| | | Subject | Fw: A new Strike Force Daily Report has been submitted. |

Just fyi....do with info what you wish...I cannot control morale with endless o.t. and none

COB039612

COB039612

of u have responded to my email about same.

Sent from Lotus Traveler

Daniel Derenda --- Fw: A new Strike Force Daily Report has been submitted. ---

| | |
|---|---|
| From: | "Daniel Derenda" <dderenda@bpdny.org> |
| To: | "Patrick A Roberts" <paroberts@bpdny.org> |
| Date: | Mon, Jun 23, 2014 9:33 AM |
| Subject: | Fw: A new Strike Force Daily Report has been submitted. |

numbers have not been good . Are we doing road blocks ?I need Officers to stay in target area. If they leave I need to know why

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 06/23/2014 09:32 AM -----

| | | |
|---|---|---|
| **BPD Administrator/BPD**<br><br>06/23/2014 01:23 AM | To | Brian S Strobele/BPD@BuffaloPoliceDept, Daniel Derenda/BPD@BuffaloPoliceDept, Dennis J Richards/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Charles H Tomaszewski/BPD@BuffaloPoliceDept, Brenda M Callahan/BPD@BuffaloPoliceDept, Carl A Lundin/BPD@BuffaloPoliceDept, Cedric R Holloway/BPD@BuffaloPoliceDept, Daniel A Barrett/BPD@BuffaloPoliceDept, Daniel F Rinaldo/BPD@BuffaloPoliceDept, David M Lillis/BPD@BuffaloPoliceDept, Gary E Teague/BPD@BuffaloPoliceDept, Harvey M Frankel/BPD@BuffaloPoliceDept, James P Dunham/BPD@BuffaloPoliceDept, John F McGrath/BPD@BuffaloPoliceDept, Nicholas A Mourgas/BPD@BuffaloPoliceDept, Steven M Turner/BPD@BuffaloPoliceDept, Timothy Mulhern/BPD@BuffaloPoliceDept, James P Giammaresi/BPD@BuffaloPoliceDept, Jeffrey M Giallella/BPD@BuffaloPoliceDept, Joseph A Gramaglia/BPD@BuffaloPoliceDept, Kevin J Brinkworth/BPD@BuffaloPoliceDept, Margaret G |

COB039613

COB039612

| | |
|---|---|
| cc | Overdorf/BPD@BuffaloPoliceDept, Patrick A Roberts/BPD@BuffaloPoliceDept, |
| Subject | A new Strike Force Daily Report has been submitted. |

Please, do not reply to this document. If you need to forward this to someone, use the "Forward" action button.

Click on the link below to review the document.

( Link | Notes Link )

COB039614

COB039612

| | | |
|---|---|---|
| Philip M Serafini/BPD<br>11/15/2017 05:39 PM | To<br>cc<br>bcc<br>Subject | George P McLean/BPD@BuffaloPoliceDept, Michael P Quinn/BPD@BuffaloPoliceDept, Thomas R Whelan/BPD@BuffaloPoliceDept, Brian S<br>Aaron V Young/BPD@BuffaloPoliceDept<br><br>SF/ DPC Meeting results |

Lieutenants,

**For now the Strike Force will continue without the overtime details.** During the meeting with DPC Lockwood he talked about the production of the Strike Force being down. By production he doesn't mean traffic summonses, but inteligence gathering and arrests. He also was concerned about the way officers treat the public, and besides the one incident he stated there were other problems with the way officers talk to the public. I admitted the production was down a little bit and explained to him some reasons why: such as less officers working, and rumors around about the SF unit being dissolved influencing morale. He would like to see things improve with the SF unit and I assured him our officers would do their best. Please make sure you stress to your officers to remain courteous and professional in all their dealings with the public.

I told the DPC that my fear is that some SF officers would transfer to a District if the overtime was suspended for a long period of time and/or permanently. I stated that would be a problem because we would lose a lot of good officers and in return the officers that would be transferred in would all be PPO's. He understands this but wants to see more production as I have stated above.

Please advise your officers of these issues and hopefully things will change.

Additionally, Commissioner Lockwood has approved those SF officers scheduled to work (and RT Sandy) to change their schedules to 1000-2000hrs on Friday, Dec. 8th for our annual Strike Force/ Housing Christmas Party. I invited him and the Chief and the DPC stated he will definitely attend.


Thank yuo for your cooperation.


Captain Serafini

COB042310


COB042310