# Exhibit 3

**From:** Daniel Derenda/BPD
**Sent:** 12/13/2016 6:05:29 PM
**To:** Thomas J Moran/BPD
**Subject:** Fw: A District Traffic Detail

2 V&T unacceptable

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 12/13/2016 01:05 PM -----

**Maureen M Wojtanik/BPD**
12/13/2016 12:57 PM

To: Daniel Derenda/BPD@BuffaloPoliceDept,

cc

Subject: A District Traffic Detail



ad traff dtl 121316-12132016125605.pdf

Respectfully forwarded

COB275648
COB275648

| Chief's Car Report |||||||||
|---|---|---|---|---|---|---|---|---|
| Date: | 12/13/2016 | District: | A | Shift: | MP5 | Radio Call # | A291 ||
| Officers: | V.Gonzalez |||| Supervisor: | LT D.Labedz |||
| Details Purpose: | Traffic Detail ||||||||
| Arrests ||||||||| 
| Felony | Misdemeanor | Violation | VTL Misd | VTL Summons | PVB Tags | CO Summons | Guns Seized ||
| | | | | 2 | 12 | | ||
| Summary: | While on Patrol between the times of 0700 hrs and 1100 hrs Officers did patrol throughout A district issuing VTL Summons and Parking tag. Officers also patrol parks, casino and schools.<br><br>Officers did write the following 2 PVB tags<br>NY REG GWE6688 Mineral Springs @ Seneca VTL 1111 Passing a red light<br>NY REG HJT9589 Casmir@Holly VTL 1172 ||||||||

COB275649

COB275649