# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

BLACK LOVE RESISTS IN THE RUST, *et al.*,
on behalf of themselves and all those similarly situated

                                        Plaintiffs,

v.

CITY OF BUFFALO, *et al*. ;

                                        Defendants.

No. 1:18-cv-719

## RENEWED MOTION FOR ISSUANCE OF SUBPOENA TO
## NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES

Upon the accompanying Declaration of Edward P. Krugman ("Krugman Dec."), Plaintiffs hereby renew their motion for an order approving the issuance of a subpoena *duces tecum* to the New York State Department of Motor Vehicles ("DMV") in the form annexed hereto as Exhibit B. A proposed form of Order is annexed as Exhibit A.

This motion is a renewal, with certain modifications, of ECF #104, which the Court denied without prejudice because there was no showing of the burden (or lack of it) that would be incurred by the DMV in responding (ECF #110). That showing is now made in the Krugman Declaration. For the reasons set forth therein, Plaintiffs respectfully request entry of the Order annexed hereto as Exhibit A, directing issuance of the subpoena annexed hereto as Exhibit B.

*/s/ Keisha A. Williams*
Joseph Keleman
Keisha Williams
WESTERN NEW YORK LAW CENTER
Cathedral Park Tower
37 Franklin Street, Suite 210
Buffalo, NY 14202
Tel: (716) 828-8415
Fax: (716) 270-4005
jkeleman@wnylc.com
kwilliams@wnylc.com

*/s/ Claudia Wilner*
Claudia Wilner
Edward Krugman
NATIONAL CENTER FOR LAW
AND ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, NY 10001
212-633-6967
wilner@nclej.org
krugman@nclej.org

*/s/ Chinyere Ezie*
Chinyere Ezie
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
212-614-6475
DCharney@ccrjustice.org
CEzie@ccrjustice.org

*/s/ Jordan S. Joachim*
Jordan Joachim
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
212-841-1000
jjoachim@cov.com

Dated: October 28, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2021, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

*/s/ Edward P. Krugman*