# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

BLACK LOVE RESISTS IN THE RUST, *et al.*,
on behalf of themselves and all those similarly situated

                              Plaintiffs,

v.

CITY OF BUFFALO, *et al.* ;

                              Defendants.

No. 1:18-cv-719

## MOTION TO SHORTEN TIME RE:
## RENEWED MOTION FOR ISSUANCE OF SUBPOENA TO NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES

On the accompanying Declaration of Edward P. Krugman, executed on October 28, 2021 Plaintiffs hereby move to shorten time to respond to their renewed motion for issuance of a subpoena to the New York Department of Motor Vehicles (ECF #122). Plaintiffs request that answering papers on the motion for issuance be made due November 4, 2021, reply papers on November 8, and the motion returnable November 9.

[Signatures follow]

| | |
|---|---|
| */s/ Keisha A. Williams*<br>Joseph Keleman<br>Keisha Williams<br>WESTERN NEW YORK LAW CENTER<br>Cathedral Park Tower<br>37 Franklin Street, Suite 210<br>Buffalo, NY 14202<br>Tel: (716) 828-8415<br>Fax: (716) 270-4005<br>jkeleman@wnylc.com<br>kwilliams@wnylc.com | */s/ Claudia Wilner*<br>Claudia Wilner<br>Edward Krugman<br>Anjana Malhotra<br>NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE<br>275 Seventh Avenue, Suite 1506<br>New York, NY 10001<br>212-633-6967<br>wilner@nclej.org<br>krugman@nclej.org<br>malhotra@nclej.org |
| */s/ Darius Charney*<br>Darius Charney<br>Chinyere Ezie<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>212-614-6475<br>DCharney@ccrjustice.org<br>CEzie@ccrjustice.org | */s/ Jordan S. Joachim*<br>Jordan Joachim<br>COVINGTON & BURLING LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>212-841-1000<br>jjoachim@cov.com |

Dated: September 6, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2021, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

*/s/ Edward P. Krugman*