UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,

                Plaintiffs,

    v.

CITY OF BUFFALO, N.Y., *et al.*,

                Defendants.

No. 1:18-cv-00719-CCR

## NOTICE OF FILING OF ORDER RE DISCOVERY

As directed by the Court at the December 28, 2021 Motion Hearing, Plaintiffs hereby file a revised Order re Discovery that resolves the issues addressed at the Hearing. Counsel for Defendants has agreed to the Order as to form and has agreed to the "Booleans" on "summons" and "numbers."

Dated: January 11, 2022

                      [Signatures follow]

| | |
|---|---|
| /s/ Keisha A. Williams<br>Joseph Keleman<br>Keisha Williams<br>WESTERN NEW YORK LAW CENTER<br>Cathedral Park Tower<br>37 Franklin Street, Suite 210<br>Buffalo, NY 14202<br>Tel: (716) 828-8415<br>Fax: (716) 270-4005<br>jkeleman@wnylc.com<br>kwilliams@wnylc.com | /s/ Edward P. Krugman<br>Claudia Wilner<br>Edward Krugman<br>Anjana Malhotra<br>NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE<br>275 Seventh Avenue, Suite 1506<br>New York, NY 10001<br>212-633-6967<br>wilner@nclej.org<br>krugman@nclej.org<br>malhotra@nclej.org |
| /s/ Chinyere Ezie<br>Chinyere Ezie<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>212-614-6475<br>CEzie@ccrjustice.org | /s/ Jordan Joachim<br>Jordan Joachim (admitted *pro hac vice*)<br>COVINGTON & BURLING LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>212-841-1000<br>jjoachim@cov.com |

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2022, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

*/s/ Edward P. Krugman*