AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,
)
*Plaintiff*
)
v. ) Case No. 1:18-cv-00719-CCR
City of Buffalo, NY, *et al.*, )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Buffalo, Byron B Brown, Byron C Lockwood, Daniel Derenda, Aaron Young, Kevin Brinkworth, Philip Serafini, Robbin Thomas, Unknown Supervisory Personnel 1-10, Unknown Officers 1-20.

Date:  02/25/2022

/s/ Hugh M. Russ, III
*Attorney's signature*

Hugh M. Russ, III 2157261
*Printed name and bar number*
Hodgson Russ, LLP
140 Pearl St.
Buffalo, NY 14222

*Address*

hruss@hodgsonruss.com
*E-mail address*

(716) 848-1388
*Telephone number*

(716) 856-4000
*FAX number*