UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST, by and through its Co-Directors Natasha Soto and Shaketa Redden and on behalf of its members; DORETHEA FRANKLIN, TANIQUA SIMMONS, DE'JON HALL, and JANE DOE, individually and on behalf of a class of all others similarly situated,

                        Plaintiffs,

   v.                                                                                          Case No.:   1:18-cv-719

CITY OF BUFFALO, N.Y.; BYRON B. BROWN, Mayor of the City of Buffalo, in his individual and official capacities; BYRON C. LOCKWOOD, Commissioner of the Buffalo Police Department, in his individual and official capacities; DANIEL DERENDA, former Commissioner of the Buffalo Police Department, in his individual capacity; AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI, ROBBIN THOMAS, UNKNOWN SUPERVISORY PERSONNEL 1-10, UNKNOWN OFFICERS 1-20, each officers of the Buffalo Police Department, in their individual capacities,

                        Defendants.

---

## **NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, that the undersigned hereby appear on behalf of Defendant the City of Buffalo in the above-captioned matter, and that we hereby demand service upon us of a copy of all subsequent written communications, pleadings, notices, or other papers.

Dated: Buffalo, New York
       April 25, 2022

**HODGSON RUSS LLP**
*Attorneys for Defendant the City of Buffalo*

By:  s/ David A. Short
     David A. Short, Esq.
     Adam W. Perry, Esq.
     Hugh M. Russ, Esq.
     Peter A. Sahasrabudhe, Esq.
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
Telephone: (716) 856-4000
*dshort@hodgsonruss.com*
*aperry@hodgsonruss.com*
*hruss@hodgsonruss.com*
*psahasra@hodgsonruss.com*