UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST, by and through its Co-Directors Natasha Soto and Shaketa Redden and on behalf of its members; DORETHEA FRANKLIN, TANIQUA SIMMONS, DE'JON HALL, and JANE DOE, individually and on behalf of a class of all others similarly situated,

                      Plaintiffs,

v.

CITY OF BUFFALO, N.Y.; BYRON B. BROWN, Mayor of the City of Buffalo, in his individual and official capacities; BYRON C. LOCKWOOD, Commissioner of the Buffalo Police Department, in his individual and official capacities; DANIEL DERENDA, former Commissioner of the Buffalo Police Department, in his individual capacity; AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI, ROBBIN THOMAS, UNKNOWN SUPERVISORY PERSONNEL 1-10, UNKNOWN OFFICERS 1-20, each officers of the Buffalo Police Department, in their individual capacities,

                      Defendants.

Case No.:   1:18-cv-719

---

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned, David A. Short, hereby withdraws his appearance on behalf of Defendants in the above–captioned matter, and will no longer be associated with Hodgson Russ LLP as of June 17, 2022, and hereby requests discontinuance of service of all subsequent written communications, pleadings, notices, or other papers.

Hugh M. Russ and Peter A. Sahasrabudhe of Hodgson Russ LLP will continue to represent the City of Buffalo and should continue to receive service of all subsequent written communications, pleadings, notices, or other papers.

Dated: June 15, 2022

                                        **HODGSON RUSS LLP**

                                        By:  s/ David A. Short
                                                  David A. Short, Esq.
                                        Hodgson Russ LLP
                                        140 Pearl Street, Suite 100
                                        Buffalo, NY 14202
                                        Telephone: (716) 856-4000