AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| BLACK LOVE RESISTS IN THE RUST, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-cv-00719-CCR |
| City of Buffalo, NY, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
City of Buffalo, Byron B. Brown, Byron C. Lockwood, Daniel Derenda, Aaron Young, Kevin Brinkworth, Philip Serafini, Robbin Thomas, Unknown Supervisory Personnel 1-10, Unknown Officers 1-20.

Date: 07/06/2022

*Attorney's signature*

Katelyn Rauh; NYS 5914304
*Printed name and bar number*

Hodgson Russ LLP
605 Third Avenue, Suite 2300
New York, New York 10158
*Address*

krauh@hodgsonruss.com
*E-mail address*

646-218-7528
*Telephone number*

716-819-4700
*FAX number*