UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST, *et al.*, on behalf of themselves and all those similarly situated<br><br>                              Plaintiffs,<br><br>v.<br><br>CITY OF BUFFALO, *et al.* ;<br><br>                              Defendants. | No. 1:18-cv-00719-CCR |

**ORDER FOR ISSUANCE OF SUBPOENA**

On motion of the Plaintiffs and for good cause shown, it is hereby ORDERED that the subpoena annexed hereto as Exhibit A shall be issued to the New York State Department of Motor Vehicles.

So ordered this \_\_\_\_ day of _____, 2022.

                                                                                                          _____
                                                                                                     United States District Judge