**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

BLACK LOVE RESISTS IN THE RUST, *et al.*,
on behalf of themselves and all those similarly
situated

                                    Plaintiffs,                    No. 1:18-cv-00719-CCR

                    v.

CITY OF BUFFALO, *et al.* ;

                                    Defendants.

**ORDER FOR ISSUANCE OF SUBPOENA**

On motion of the Plaintiffs and for good cause shown, it is hereby ORDERED that the

subpoena annexed hereto as Exhibit A shall be issued to the New York State Department of Motor

Vehicles.

So ordered this 11ᵗʰ day of August , 2022.

_____
United States District Judge
Christine Reiss