UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BLACK LOVE RESISTS IN THE RUST by and through MARIELLE SHAVONNE SMITH and CHARIS HUMPHREY on behalf of its members; SHAKETA REDDEN; DORETHEA FRANKLIN; TANIQUA SIMMONS; DE'JON HALL; JOSEPH BONDS; CHARLES PALMER; SHIRLEY SARMIENTO; EBONY YELDON; and JANE DOE, individually and on behalf of a class of all others similarly situated;

Plaintiffs,

v.

Civil No.: 1:18-cv-00719-CCR

CITY OF BUFFALO, NY; BYRON B. BROWN, Mayor of the City of Buffalo, in his individual and official capacities; BYRON C. LOCKWOOD, Commissioner of the Buffalo Police Department, in his individual and official capacities; DANIEL DERENDA, former Commissioner of the Buffalo Police Department, in his individual capacity; AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI, ROBBIN THOMAS, UNKNOWN SUPERVISORY PERSONNEL 1-10, UNKNOWN OFFICERS 1-20, each officers of the Buffalo Police Department, in their individual capacities.

Defendants.

## NOTICE OF WITHDRAWAL OF ATTORNEY

Pursuant to Local Rule 83.2(c)(3), the undersigned hereby affirms that:

1. Katelyn Rauh will no longer be affiliated with Hodgson Russ LLP, counsel for defendants, effective August 12, 2022;

      2.      Katelyn Rauh should be removed from the docket as counsel of record for defendants; and

      3.      Peter A. Sahasrabudhe and Hugh M. Russ, III remain affiliated with Hodgson Russ and will continue to represent defendants. They should continue to receive service of all subsequent written communications, pleadings, notices, or other papers.

Dated: August 12, 2022

**HODGSON RUSS LLP**

By:   s/ Peter A. Sahasrabudhe
       Peter A. Sahasrabudhe, Esq.
Hodgson Russ LLP
140 Pearl Street, Suite 100
Buffalo, NY 14202
Telephone: (716) 856-4000