UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST by and
through MARIELLE SHAVONNE SMITH and
CHARIS HUMPHREY on behalf of its members;
SHAKETA REDDEN; DORETHEA FRANKLIN;
TANIQUA SIMMONS; DE'JON HALL; JOSEPH
BONDS; CHARLES PALMER; SHIRLEY
SARMIENTO; EBONY YELDON; and JANE DOE,
individually and on behalf of a class of all others
similarly situated;

                            Plaintiffs,

        v.                                              Civil No.: 1:18-cv-00719-CCR

CITY OF BUFFALO, NY; BYRON B. BROWN,
Mayor of the City of Buffalo, in his individual and
official capacities; BYRON C. LOCKWOOD,
Commissioner of the Buffalo Police Department, in
his individual and official capacities; DANIEL DERENDA,
former Commissioner of the Buffalo Police Department,
in his individual capacity; AARON YOUNG, KEVIN
BRINKWORTH, PHILIP SERAFINI, ROBBIN
THOMAS, UNKNOWN SUPERVISORY
PERSONNEL 1-10, UNKNOWN OFFICERS 1-20,
each officers of the Buffalo Police Department, in their
individual capacities.

                            Defendants.

---

## STIPULATED MOTION FOR ADJOURNMENT OF DEADLINES IN CASE MANAGEMENT ORDER

        The Parties respectfully move to extend and adjourn all deadlines in the Case

Management Order consistent with the schedule proposed below:

- 2 -

| Deadline | Current Date | Modified Date |
|---|---|---|
| Completion of fact discovery | December 6, 2022 | March 31, 2023 |
| Motions to compel discovery | December 6, 2022 | March 31, 2023 |
| Class certification motion | December 16, 2022 | April 26, 2023 |
| Service of initial expert reports | February 1, 2023 | May 10, 2023 |
| Service of Rebuttal expert reports | March 3, 2023 | June 9, 2023 |
| Completion of all expert discovery | March 30, 2023 | July 7, 2023 |
| Dispositive Motions | April 21, 2023 | July 31, 2023 |

In support of this motion, the Parties state:

1.      Under the present schedule, the deadline for completion of fact discovery and any accompanying motion to compel is December 6, 2022.  The Court has set additional deadlines, leading to a dispositive motion deadline of April 21, 2023.

2.      The parties continue to proceed with depositions.  Over the past month, depositions of Patrick Roberts and Defendant Aaron Young have been completed.

3.       Plaintiffs have completed a substantial portion of their document production and Plaintiffs' depositions will begin to proceed during the week of November 21, 2022.  Four named Plaintiffs will be deposed on November 21 and 22, and the parties are continuing to schedule remaining Plaintiff depositions, including a 30(b)(6) deposition of the Corporate Plaintiff, Black Love Resists in the Rust.

4.      Of the twenty initial depositions afforded to Plaintiffs by the Court's discovery management order, six remain to be completed.  Depositions of the following

- 3 -

Defendants or City of Buffalo affiliated witnesses are left to be completed: Byron Lockwood, Byron Brown, Harold McClellan, Robert Rosenswie, Joseph Gramaglia, and a 30(b)(6) deposition.

5.     Plaintiffs also have indicated that they will move for leave to depose additional witnesses.  Defendants anticipate opposing the motion, and thus this motion will require Court adjudication, which provides further cause to adjourn the current fact discovery deadline.

6.     A high volume of witnesses still need to be deposed, and the coordination of schedules between attorneys and witnesses across different cities can make scheduling a challenge.  Accordingly, good cause exists to adjourn the deadline to complete fact discovery, particularly given the diligent efforts of the parties to schedule and complete as many depositions as possible over the past few months.

7.     In addition two key members of Plaintiffs' attorney team have trials in other matters in December and January, which will reduce Plaintiffs' capacity through February.

8.     The parties have made good faith efforts to move discovery and depositions along in an expeditious manner and have made good progress.  The parties will continue to do so in order to complete discovery by the newly proposed deadline to complete fact discovery.

9.     Accordingly, the Parties respectfully request the modifications set forth above.  Most of the deadlines are requested to be adjourned by less than four months.  The

- 4 -

parties request a slightly longer adjournment (about four months) for the deadline to file a class

certification motion.  Given the size of the evidentiary record, the parties foresee needing a little

more time after the close of fact discovery to prepare and file the class certification motion.

          10.     The parties thank the Court in advance for its consideration of this

request.

Dated: Buffalo, New York
       November 15, 2022


  <u>/s/ Peter A. Sahasrabudhe</u>
  Hugh M. Russ III
  Peter A. Sahasrabudhe
  HODGSON RUSS LLP
  The Guaranty Building
  140 Pearl Street – Suite 100
  Buffalo, New York  14202
  Telephone:  (716) 856-4000
  hruss@hodgsonruss.com
  pshasra@hodgsonruss.com

  *Attorneys for Defendants*

- 5 -

/s/ Keisha A. Williams
Keisha Williams
WESTERN NEW YORK LAW CENTER
Cathedral Park Tower
37 Franklin Street, Suite 210
Buffalo, New York  14202
Telephone:  (716) 828-8415
Kwilliams@wnylc.com

/s/ Edward P. Krugman
Claudia Wilner
Edward Krugman
Anjana Malhotra
NATIONAL CENTER FOR LAW
 AND ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, New York  10001
Telephone:  (212) 633-6967
wilner@nclej.org
krugman@nclej.org
malhotra@nyleg.com

/s/ Chinyere Ezie
Chinyere Ezie
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York  10012
Telephone:  (212) 614-6475
cezie@ccrjustice.org

/s/ Jordan Joachim
Jordan Joachim (*admitted pro hac vice*)
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, New York  10018
Telephone:  (2112) 841-1000
jjoachim@cov.com

*Attorneys for Plaintiffs*

- 6 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 15, 2022 was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

/s/ Peter Sahasrabudhe