UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,

                Plaintiffs,

    v.

CITY OF BUFFALO, N.Y., *et al.*,

                Defendants.

No. 1:18-cv-00719-CCR

---

## DECLARATION OF PHILIP IRWIN IN SUPPORT OF MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS

I, PHILIP IRWIN, declare as follows:

1. I am an attorney and partner at the law firm Covington & Burling LLP, which is counsel to the Plaintiffs Black Love Resists in the Rust ("BLRR"), Shaketa Redden, Dorethea Franklin, Taniqua Simmons, De'Jon Hall, Joseph Bonds, Charles Palmer, Shirley Sarmiento, Ebony Yeldon, and Jane Doe in this matter.

2. I submit this Declaration in support of Plaintiffs' Memorandum of Law in Support of the Motion for Leave to Take Additional Depositions.

3. I have served as counsel to plaintiffs in *Floyd v. City of New York*, No. 08 Civ. 1034 (S.D.N.Y.), a case which raised constitutional claims under the Fourth and Fourteenth Amendments against the City of New York and other defendants relating to New York's stop-and-frisk policies and practices.

4. Based on a tabulation of deposition transcripts in our files, Plaintiffs deposed 76 witnesses in the *Floyd* litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 14, 2022 in New York, New York.

/s/ *Philip Irwin*
Philip Irwin
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: 212-841-1000
Fax: 212-841-1010
pirwin@cov.com

*Counsel for Plaintiffs*