# EXHIBIT C

```
 1                  UNITED STATES DISTRICT COURT

 2              FOR THE WESTERN DISTRICT OF NEW YORK

 3    - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 4    BLACK LOVE RESISTS IN THE RUST, et al.,

 5    individually and on behalf of a class of

 6    all others similarly situated,

 7                                  Plaintiffs,

 8    vs.                                      1:18-cv-00719-CCR

 9    CITY OF BUFFALO, N.Y.,  et al.,

10                                  Defendants.

11    - - - - - - - - - - - - - - - - - - - - - - - - - - - -

12                 ORAL EXAMINATION OF KEVIN HELFER

13                    APPEARING REMOTELY FROM

14                       BUFFALO, NEW YORK

15

16                       June 22, 2022

17                    12:00 p.m. - 5:01 p.m.

18                       pursuant to notice

19

20

21   REPORTED BY:

22   Luanne K. Howe

23   APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO



              DEPAOLO CROSBY REPORTING SERVICES, INC.
                          716-853-5544
```

|   |   |   |
|---|---|---|
| 1 |   | truck drivers.  With a full staff of City towers |
| 2 |   | there is a significant decrease in the amount of |
| 3 |   | private tows that we will need."  Do you see that? |
| 4 | A | I do. |
| 5 | Q | Why was the decision made to hire more tow -- more |
| 6 |   | city tow drivers? |
| 7 | A | I was trying to determine if it would be more cost |
| 8 |   | effective to do it internally instead of externally. |
| 9 | Q | And so did you make the determination to hire more |
| 10 |   | city tow drivers, or was that someone else? |
| 11 | A | If the commissioner of Administration and Finance |
| 12 |   | would agree with me, that let's try this initiative |
| 13 |   | and see if it's more cost beneficial to the city, she |
| 14 |   | would have put the funding in and then I would have |
| 15 |   | hired the staff. |
| 16 | Q | And that's Commissioner Estrich? |
| 17 | A | Correct. |
| 18 | Q | So was this a joint decision between you and |
| 19 |   | Commissioner Estrich? |
| 20 | A | Yes. |
| 21 | Q | Do you recall if that resulted in more net revenue |
| 22 |   | for the city? |
| 23 | A | It was -- I don't recall that initiative.  We |

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

| | | |
|---|---|---|
| 1 | Q | Okay. Did you discuss the BTVA being an opportunity |
| 2 | | for revenue for the city? |
| 3 | A | I don't ever recall saying that it's just for |
| 4 | | revenue. I think we discussed that it would be a lot |
| 5 | | more fair to the citizens of the City of Buffalo to |
| 6 | | have this in a number of ways. The revenue is -- if |
| 7 | | I'm not mistaken -- and Commissioner Estrich probably |
| 8 | | knows this a lot better than me -- when the state had |
| 9 | | it, we would get a piece of the revenue. |
| 10 | | By administrating it ourselves, I believe that |
| 11 | | we were able to get the revenue, but we would have to |
| 12 | | also have all the expenditures as well. |
| 13 | Q | Do you know if the creation of the BTVA allowed the |
| 14 | | City of Buffalo to keep more revenues than it was |
| 15 | | receiving prior to the creation of the BTVA? |
| 16 | | MS. RAUH: Form. |
| 17 | A | I don't know off the top of my head. |
| 18 | Q | Did you have any discussions with Mayor Brown about |
| 19 | | the creation of the BTVA? |
| 20 | A | I don't recall having those discussions with him |
| 21 | | specifically about that. |
| 22 | Q | Okay. You mentioned potentially discussing that it |
| 23 | | would be more fair. Could you just explain what you |

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544