# EXHIBIT D

| Inc: IA No | Inc: Classi | Inc: Sub-Clas | Cit: First | Cit: Last | Emp: First | Emp: Last na | Inc: Receive | Inc: Dispositi | Inc: Narrative | Inc: D |
|---|---|---|---|---|---|---|---|---|---|---|
| EC2013-031 | Conduct | Harassment | | | Kelvin | SHARPE II | 03/05/2013 | Intra-File | Complainant states the involved officers pulled him over for V&T and when he attempted to explain that he had no power reason unable signal they wouldn't believe him. Complt states he was pulled out of the car and illegally detained. Complt also gave | Yes |
| IC2013-203 | Conduct | Harassment | | | Michael | ACQUINO | 11/05/2013 | Intra-File | Complt. felt harassed and targeted by Officer who wrote him several summonses. | Yes |
| EC2013-156 | Conduct | Harassment | | | Kelvin | SHARPE II | 08/28/2013 | Intra-File | alleges PO Kelvin Sharpe is harassing him in that he repeatedly stops him on V&T violations and impounded his Jeep on 08/16/2013 | Yes |
| EC2014-173 | Conduct | Harassment | | | Kelvin | SHARPE II | 12/03/2014 | Not Sustained | Complainant finds officer's interactions with her teenage and adult sons to be antagonistic, unprofessional and threatening. | No |
| EC2015-024 | Conduct | Harassment | | | Justin | TEDESCO | 04/22/2015 | Not Sustained | Complainant claims that Officer tried to hit him with Police vehicle. | No |
| EC2015-059 | Conduct | Harassment | | | Andrew | WHITEFORD | 10/27/2015 | Not Sustained | Complainant reports that officers "racial profiled", and threatened to lock up him and his friends while sitting on the porch at Riverside Ave. One "friend" was arrested for possession of marijuana at the scene. | No |
| I/O 2015-086 | Conduct | Harassment | | | Michael | ACQUINO | 11/16/2015 | Intra-File | Complt states the involved officer has been harassing him. According to the complt, he has been stopped five (5) times within the last week. On 11/11/15 he was issued two (2) summons. Then the complt returned on Wed, 11/18 to stating his property on | Yes |
| I/O 2015-090 | Conduct | Harassment | | | Justin | TEDESCO | 12/01/2015 | Intra-File | complt. feels this officer is harassing people in this area. | Yes |
| I/O 2017-023 | Conduct | Harassment | | | Michael | ACQUINO | 04/13/2017 | Intra-File | Complt. claims these PO's have found out where he lives and they are harassing him, by means of illegal searches of his person and wife's vehicle | Yes |
| I/O 2020-006 | Conduct | Harassment | | | Justin | TEDESCO | 01/21/2020 | Intra-File | COMPLAINS HE KEEPS GETTING HARASSED BY THE SAME OFFICER AND FEELS TARGETED. | Yes |

| Inc: IA No | Inc: Classifi | Inc: D | Inc: Sub-Classific | Cit: First r | Cit: Last r | Emp: Fir | Emp: Last na | Inc: Received | Inc: Disposition | Inc: Narrative |
|---|---|---|---|---|---|---|---|---|---|---|
| EC2015-031 | Conduct | No | Racial Profiling | █████ | ███████ | Justin | TEDESCO | 06/17/2015 | Not Sustained | Complainant states that she feels she and her husband were "racially profiled" on a traffic stop in which her husband was issued several summonses and their car was impounded. |
| EC2015-031 | Conduct | No | Racial Profiling | █████ | ███████ | Justin | TEDESCO | 06/17/2015 | Not Sustained | Complainant states that she feels she and her husband were "racially profiled" on a traffic stop in which her husband was issued several summonses and their car was impounded. |
| EC2015-043 | Suspended I | No | | | ███████ | Richard | HY | 07/30/2015 | Not Sustained/Confer | Complainant states that he feels harassed as he was stopped and ticketed for a made up violation. Complainant feels this was racially motivated and he wants an apology. |

| Inc: IA No | Inc: Classifi | Inc: D | Inc: Sub-Classific | Cit: First r | Cit: Last r | Emp: Fir | Emp: Last na | Inc: Received | Inc: Disposition | Inc: Narrative |
|---|---|---|---|---|---|---|---|---|---|---|
| EC2015-059 | Conduct | No | Harassment | | | Andrew | WHITEFORD | 10/27/2015 | Not Sustained | Complainant reports that officers "racial profiled", and threatened to lock up him and his friends while sitting on the porch at ▇ Riverside Ave. One "friend" was arrested for possession of marijuana at the scene. |
| EC2020-009 | Conduct | No | Racial Profiling | | | Richard | HY | 02/07/2020 | DPC Conference | Complainant states that he was stopped and arrested improperly. During the stop he and his passenger were harassed by the officers. |
| EC2020-009 | Conduct | No | Racial Profiling | | | Justin | TEDESCO | 02/07/2020 | DPC Conference | Complainant states that he was stopped and arrested improperly. During the stop he and his passenger were harassed by the officers. |

| Inc: IA No | Inc: Class | Inc: Sub-Cl | Cit: First na | Cit: Last na | Emp: Fi | Emp: Last n | Inc: Received | Inc: Dispositio | Inc: Narrative | Inc: D |
|---|---|---|---|---|---|---|---|---|---|---|
| EC2013-043 | Conduct | Rudeness | | | Kelvin | SHARPE II | 05/01/2013 | Other | Complt pulled over during traffic stop and states officer was rude, harassing and disrespectful. Complt also feels officer abused his authority. | Yes |
| IC2013-122 | Conduct | Rudeness | | | Kelvin | SHARPE II | 06/12/2013 | Other | Subject officers allegedly was rude during issuance of numerous traffic summons. | No |
| EC2013-123 | Conduct | Rudeness | | | Michael | ACQUINO | 10/09/2013 | Intra-File | Complt called to complain about the treatment and demeanor of the involved officer. This incident occurred on 9/23 in the vicinity of Kerns and Texas. Complt states she was pregnant at the time and on her way to the hospital due to her blood pressure | Yes |
| EC2013-164 | Conduct | Rudeness | | | Kelvin | SHARPE II | 09/25/2013 | Intra-File | Cmplt's daughter was arrested and house and car keys were placed in property when ofcr was made aware that keys needed to be given to her mother. | Yes |
| I/O 2015-005 | Conduct | Rudeness | | | Justin | TEDESCO | 02/02/2015 | Intra-File | Complainant was pulled over 01/31/15 for tinted windows. Her complaint is that the officer banged on the rear window of her vehicle waking her 2 y.o son. She also stated that the officer cursed at her and his conduct was rude and unprofessional | Yes |
| EC2015-028 | Conduct | Rudeness | | | Richard | HY | 06/03/2015 | Conference | Complainants state that officers were rude and unprofessional during the traffic stop that led to his arrest. | No |

| Inc: IA No | Inc: Class | Inc: Sub-Cl | Cit: First n | Cit: Last n | Emp: Fi | Emp: Last | Inc: Received | Inc: Disposition | Inc: Narrative | Inc: D |
|---|---|---|---|---|---|---|---|---|---|---|
| EC2015-036 | Conduct | Rudeness | | | Michael | ACQUINO | 06/30/2015 | Not Sustained | Complainant states that officer was rude to her during a traffic stop. She claims that the Officer balled up her summonses along with her license, registration and insurance card and threw them in her window. | No |
| EC2015-038 | Conduct | Rudeness | | | Justin | TEDESCO | 07/15/2015 | Sustained | Complainant alleges that the target officer was rude and used obscene language towards her during a traffic stop/arrest. The complainant also claims that the officer would not call a supervisor to the scene as she requested. The complainant was charg | No |
| EC2015-064 | Conduct | Rudeness | | | Justin | TEDESCO | 11/16/2015 | Not Sustained | Rudeness/Swearing during a traffic stop. | No |
| I/O 2018-003 | Conduct | Rudeness | | | Kelvin | SHARPE II | 01/02/2018 | Intra-File | The complainant called IAD to complain about a child custody incident that the involved officer responded to with her daughter's father.  She states the father produced a fake custody document and feels it was done because of the holiday. The officer | Yes |
| I/O 2018-105 | Conduct | Rudeness | | | Justin | TEDESCO | 12/17/2018 | Intra-File | complains that during a traffic stop (BA4190KR5V), he was unfairly given multiple tickets and didnt derserve to be spoken to as a "boy". | Yes |

| Inc: IA No | Inc: Class | Inc: Sub-Cl | Cit: First n | Cit: Last n | Emp: Fi | Emp: Last r | Inc: Received | Inc: Disposition | Inc: Narrative | Inc: D |
|---|---|---|---|---|---|---|---|---|---|---|
| I/O 2019-068 | Conduct | Rudeness | ██ | ██ | Justin | TEDESCO | 06/24/2019 | Intra-File | Made an online-complaint stating w/m Officer wrote him a parking ticket and was rude and unprofessional. | Yes |
| EC2019-038 | Conduct | Rudeness | ██ | ██ | Justin | TEDESCO | 11/11/2019 | Not Sustained | Citizen reports that Officer Tedesco stopped him in a rental vehicle for not wearing a seatbelt. The complainant states that he was detained for 20 min, and given a ticket for not having a NYS licence, when he did have a valid NC licence, that was p | No |
| I/O 2020-017 | Conduct | Rudeness | ██ | ██ | Justin | TEDESCO | 03/03/2020 | Intra-File | COMPLAINS HE WAS PULLED OVER DUE TO HIS SIGNAL LIGHT BEING OUT WHICH HE ALLEDGES WAS WORKING. HE ALSO COMPLAINS OFFICERS' WERE TALKING ABOUT A MURDER CASE WHILE HE SAT IN THE BACK OF THE PATROL CAR. | Yes |
| I/O 2020-034 | Conduct | Rudeness | ██ | ██ | Justin | TEDESCO | 05/28/2020 | Intra-File | COMPLAINS OFFICER WAS RUDE TO HIM WHILE HE WAS INQURING WHY HE SON WAS PULLED OVER. | Yes |