# EXHIBIT 1

## Exhibit 1 - Total Tickets

| Sum of # Tix | Column Labels | | | | | |
|---|---|---|---|---|---|---|
| Row Labels | ACQUINO | HY | SHARPE | TEDESCO | WHITEFORD | Grand Total |
| Black | 4775 | 3917 | 8044 | 3244 | 1015 | 20995 |
| Hispanic | 124 | 235 | 386 | 326 | 139 | 1210 |
| Not Coded | 376 | 1216 | 2452 | 1462 | 292 | 5798 |
| Other | 74 | 200 | 452 | 183 | 94 | 1003 |
| White | 417 | 289 | 587 | 413 | 334 | 2040 |
| **Grand Total** | **5766** | **5857** | **11921** | **5628** | **1874** | **31046** |