# EXHIBIT 2

## Exhibit 2 - Total Tinted Window Tickets

| Sum of #TW Tix | Column Labels | | | | | |
|---|---|---|---|---|---|---|
| Row Labels | ACQUINO | HY | SHARPE | TEDESCO | WHITEFORD | Grand Total |
| Black | 2069 | 444 | 1235 | 1102 | 241 | 5091 |
| Hispanic | 43 | 28 | 61 | 70 | 27 | 229 |
| Not Coded | 194 | 143 | 424 | 562 | 50 | 1373 |
| Other | 23 | 14 | 40 | 69 | 12 | 158 |
| White | 137 | 17 | 58 | 105 | 19 | 336 |
| **Grand Total** | **2466** | **646** | **1818** | **1908** | **349** | **7187** |