# EXHIBIT 3

Exhibit 3 - Average Tickets Per Incident

| Average of # Tix | Column Labels | | | | | | |
|---|---|---|---|---|---|---|---|
| Row Labels | ACQUINO | HY | MILLER | SHARPE | TEDESCO | WHITEFORD | Grand Total |
| Black | 4.04 | 4.37 | 4.44 | 4.11 | 3.87 | 4.49 | 4.16 |
| Hispanic | 3.10 | 4.70 | 4.52 | 4.71 | 3.43 | 4.48 | 4.23 |
| Not Coded | 3.33 | 4.05 | 4.01 | 3.58 | 3.26 | 3.70 | 3.67 |
| Other | 3.89 | 4.76 | 5.56 | 5.08 | 3.73 | 6.71 | 4.94 |
| White | 3.07 | 3.32 | 4.14 | 3.97 | 2.77 | 3.98 | 3.61 |
| **Grand Total** | **3.87** | **4.26** | **4.35** | **4.03** | **3.56** | **4.32** | **4.03** |