UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BUFFALO, N.Y., *et al.*,<br><br>Defendants. | No. 1:18-cv-00719-CCR |

### MOTION FOR *PRO HAC VICE* ADMISSION OF JESSICA M. VOSBURGH

A. Chinyere Ezie, attorney for Plaintiffs Black Love Resists in the Rust, *et al.*, respectfully moves this Court for the admission of Jessica M. Vosburgh as counsel *pro hac vice* for Plaintiffs.

Ms. Vosburgh is an attorney with the non-profit legal organization the Center for Constitutional Rights. Ms. Vosburgh is a member in good standing of the bar of the State of Alabama. There have been no disciplinary proceedings against her as a member of the bar in any jurisdiction. Ms. Vosburgh is seeking admission *pro hac vice* for the purpose of representing Plaintiffs in the above-captioned matter.

Dated: February 15, 2023

                                      Respectfully Submitted,

                                      /s/ _____
                                      A. Chinyere Ezie
                                      CENTER FOR CONSTITUTIONAL RIGHTS
                                      666 Broadway, 7th Floor
                                      New York, NY 10012
                                      Tel/Fax: 212-614-6464
                                      cezie@ccrjustice.org

                                      *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2023, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

/s/ _____
A. Chinyere Ezie
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel/Fax: 212-614-6464
cezie@ccrjustice.org

*Attorney for Plaintiffs*