# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

**IN THE MATTER OF THE APPLICATION OF**

Jessica Myers Vosburgh
           (Name)

**TO BE ADMITTED TO PRACTICE AS AN ATTORNEY**

TO THE HONORABLE Christina Reiss,
JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK:

Jessica Myers Vosburgh, petitioner herein, respectfully states:

1. That petitioner has an office for the practice of law at:
   Center for Constitutional Rights, 666 Broadway, 7th floor, New York, NY 10012

2. That petitioner attended the following educational institutions and received the following degrees:
   Yale Law School (JD); Brown Univeristy (BA)

3. Please complete either (a), (b), or (c):

<u>Admission by Petition</u>

(a) That petitioner was admitted to practice by the Appellate Division of the Supreme Court, _____ Department of the State of

   New York on the _____ day of _____, _____.

   Additional Requirements:
       Admission Petition Form
       Admission Sponsoring Affidavit
       Attorney's Oath
       Civility Principles Oath
       Attorney Database and Electronic Case Filing Registration Form
       Check or money order in the amount of the Attorney Admission fee set forth in the District Court Schedule of Fees
         (due on upon admission)

<u>Admission by Certificate of Good Standing</u>

(b) That petitioner was admitted to practice in the United States District Court of the _____ District of _____

   on the _____ day of _____, _____, and is a member of the bar of the State in which that district court is
   located and in which the petitioner maintains an office for the practice of law.

   Additional Requirements:
       Original Certificate of Good Standing from the Clerk of Court of which he or she is a member
         (dated no earlier than six months prior to submission to this Court)
       Admission Petition Form (when attorney admitted to a District Court outside of New York State)
       Attorney's Oath
       Civility Principles Oath
       Attorney Database and Electronic Case Filing Registration Form
       Check or money order in the amount of the Attorney Admission fee set forth in the District Court Schedule of Fees
         (due on upon admission)

<u>Pro Hac Vice Admission</u>

(c) That petitioner is admitted to practice in the State of <u>Alabama; California</u>.

    Additional Requirements:
        Motion to Appear Pro Hac Vice
        Admission Petition Form
        Admission Sponsoring Affidavit
        Attorney's Oath
        Civility Principles Oath
        Attorney Database and Electronic Case Filing Registration Form
        Check, money order, or payment of fee online in the amount of the Pro Hac Vice fee set forth in the District Court Schedule of Fees (due upon application)

4. Petitioner is admitted to the following courts:
Alabama courts; California courts; Northern District of Alabama; U.S. Courts of Appeals for the Second, Ninth, and Eleventh Circuit.

5. Since such admission(s), petitioner has practiced in the following courts:
The courts in (4) and Southern District of New York, District of Arizona, and Middle District of Georgia
  and has been involved in the following professional activities:
N/A

6. Please respond separately to each of the following questions:

(a) Have you ever been held in contempt of court?  ◯ Yes  ◉ No

(b) Have you ever been sanctioned by a court?  ◯ Yes  ◉ No

(c) Have you ever been publicly censured, admonished, advised, or cautioned in a disciplinary proceeding?  ◯ Yes  ◉ No

(d) Have you ever been suspended or disbarred by any court?  ◯ Yes  ◉ No

(e) Have you ever been denied admission or readmission to the Bar of any court?  ◯ Yes  ◉ No

(f) Are you now the subject of any pending disciplinary proceeding OR the subject of any pending disciplinary complaint before any court?  ◯ Yes  ◉ No

In the case of each affirmative answer to a question set forth above, the applicant shall file a confidential statement under seal disclosing the identity of the responsible court or disciplinary committee, as well as the date, background, outcome and any facts of a mitigating or exculpatory nature as may be pertinent. Such confidential statement, together with the petition, shall promptly be transmitted by the Clerk to the Chief Judge of the District for review.

7. That petitioner has read and is familiar with the provisions of Title 28 of the United States Code which pertains to jurisdiction of and venue in a United States District Court, the Federal Rules of Civil and Criminal Procedures, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the Western District of New York, the Code of Professional Responsibility as adopted by the Appellate Division of the State of New York and as interpreted and applied by the United States Supreme Court, the United States Court of Appeals for the Second Circuit, and this Court.

**WHEREFORE**, the petitioner respectfully requests to be admitted as an attorney in the United States District Court for the Western District of New York.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: <u>02/08/2023</u>
            (Date)

                                (Signature of Petitioner)

(Revised January 3, 2023)