UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF
Jessica Myers Vosburgh

(Name)
TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING AFFIDAVIT

STATE OF NEW YORK )
                  ) ss:
COUNTY OF         )

Andrea Chinyere Ezie_____, being duly sworn deposes and says:

1. I reside at:
4812 3rd Ave Los Angeles, CA 90043
and maintain an office for the practice of law at: Center for Constitutional Rights
666 Broadway Floor 7 New York, NY 10012

2. I am an attorney at law, admitted to practice in the Western, Southern, and Eastern Districts of New York, I was admitted to practice in the United States District Court for the Western District of New York on the 25 day of October, 2018.

3. I have known the petitioner since March 2022 and under the following circumstances:
Ms. Vosburgh is an experienced attorney who works alongside me at the legal non profit the Center for Constitutional Rights.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court:
Ms. Vosburgh is a person of high moral character who is fit to practice before this Court

_____
Signature of Sponsoring Attorney

Sworn to before me this 14th day of February, 2023
Marco Antonio Barrera Jr, Notary Public
Notary Public

This certificate is attached to a __1__ page document dealing with/entitled __United States District Court Western District of New York__ and dated __02/14/2023__

## California JURAT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me on this __14th__ day of __February__, 20__23__, by __Andrea Chinyere Ezie__, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature __M. Antonio__   (Seal)

MARCO ANTONIO BARRERA JR.
COMM.# 2281248
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Mar. 16, 2023

Printed 01-18