UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**ATTORNEY'S OATH**

STATE OF Alabama )
                                ) SS:
Jefferson COUNTY )

I, Jessica Myers Vosburgh of Birmingham, Alabama
                                                                            City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and according to law; and I will support the Constitution of the United States. So help me God.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 02/08/2023
                         Date

_____
Signature of Attorney

Rev. 1/3/2023