UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

BLACK LOVE RESISTS IN THE RUST, *et al.*,
individually and on behalf of a class of all others
similarly situated,

      Plaintiffs,

  v.

CITY OF BUFFALO, N.Y., *et al.*,

      Defendants.

No. 1:18-cv-00719-CCR

## NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF ANDREW J. TIMMICK

**PLEASE TAKE NOTICE** that, pursuant to Rule 83.1(d) of the Local Rules of the United States Court for the Western District of New York, Plaintiffs, by and through their undersigned counsel, hereby move this Court for an Order permitting Andrew J. Timmick to be admitted *pro hac vice* as counsel for Plaintiffs Black Love Resists in the Rust, *et al.* in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that the forms required by Local Rule 83.1(d), including the Admission Petition Form, Affidavit of A. Chinyere Ezie, Attorney's Oath, Civility Principles and Guidelines Oath, and Attorney Database & ECF Registration Form, are annexed hereto as Exhibits.

**PLEASE TAKE FURTHER NOTICE** that Andrew J. Timmick requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon Andrew J. Timmick, The New York Times Building, 620 Eighth Avenue, New York, NY 10018.

Dated: February 15, 2023

        Respectfully Submitted,

/s/ _____
A. Chinyere Ezie
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel/Fax: 212-614-6464
cezie@ccrjustice.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 15, 2023, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

/s/ _____
A. Chinyere Ezie
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel/Fax: 212-614-6464
cezie@ccrjustice.org

*Attorney for Plaintiffs*