**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**ATTORNEY'S OATH**

STATE OF NEW YORK_____ )

                                                                      ) SS:

NEW YORK_____ COUNTY       )


I, Andrew J. Timmick_____ of New York, NY_____
                                                                                    City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United

States District Court for the Western District of New York, uprightly and accordingly to law; and I will

support the Constitution of the United States.  So help me God.

_____
                                            Signature of Attorney


Subscribed and sworn to before me this 14
day of February_____, 2023_____.

_____
                    Notary Public

MARY KATHERINE NEAL
NOTARY PUBLIC
NO. 01NE6441505
My Comm. Expires
Sep 26, 2026
Qualified in Westchester County
STATE OF NEW YORK

Rev. 2/2000