

37 Franklin Street, 2nd Floor, Buffalo, New York 14202
T:   716.855.0203 ext. 105        kwilliams@wnylc.net
F:   716.270.4005                         www.wnylc.com

March 8, 2023

Via ECF

The Honorable Christina Reiss
United States District Court
District of Vermont
P.O. Box 446
Burlington, VT 05402-0446

    Re:    *Black Love Resists in the Rust et al. v. City of Buffalo. et al.*
              *No. 18-CV-719-CCR*

Dear Judge Reiss:

    I represent the Plaintiffs in the above-referenced action.  I am an attorney with the Western New York Law Center, counsel to the Plaintiffs in this matter and local counsel in this case.  I am admitted to practice in the Western District of New York.  I maintain an office within the Western District at 37 Franklin Street, Suite 210, Buffalo, NY 14202.

    I write this letter in support of Plaintiffs' motion for *pro hac vice* admission of Jessica Vosburgh.  Jessica Vosburgh is an attorney with the Center for Constitutional Rights in New York, NY.  She is a member in good standing of the bars of states California and Alabama.  There have been no disciplinary proceedings against her as a member of the bar in any jurisdiction.  Ms. Vosburgh is seeking admission *pro hac vice* for the purpose of assisting in representing Plaintiffs in the above-captioned matter. I agree to serve as Ms. Vosburgh's local counsel for purposes of L.R. Civ. P. 83.2(a)(1).

                                              <u>Respectfully submitted,</u>

                                              /s/ Keisha A. Williams
                                              Keisha A. Williams

                                              *Counsel for Plaintiffs*