

37 Franklin Street, 2nd Floor, Buffalo, New York 14202
T:   716.855.0203 ext. 105      kwilliams@wnylc.net
F:   716.270.4005                         www.wnylc.com

March 8, 2023

Via ECF

The Honorable Christina Reiss
United States District Court
District of Vermont
P.O. Box 446
Burlington, VT 05402-0446

Re:   *Black Love Resists in the Rust et al. v. City of Buffalo. et al.*
      No. 18-CV-719-CCR

Dear Judge Reiss:

I represent the Plaintiffs in the above-referenced action. I am an attorney with the Western New York Law Center, counsel to the Plaintiffs in this matter, and local counsel in this case. I am admitted to practice in the Western District of New York. I maintain an office within the Western District at 37 Franklin Street, Suite 210, Buffalo, NY 14202.

I write this letter in support of Plaintiffs' motion for *pro hac vice* admission of Andrew J. Timmick. Andrew Timmick is an attorney with the law firm of Covington & Burling LLP in New York, NY. He is a member in good standing of the bar of New York. There have been no disciplinary proceedings against him as a member of the bar in any jurisdiction. Mr. Timmick is seeking admission *pro hac vice* for the purpose of assisting in representing Plaintiffs in the above-captioned matter. I agree to serve as Mr. Timmick's local counsel for purposes of L.R. Civ. P. 83.2(a)(1).

<u>Respectfully submitted,</u>

/s/ Keisha A. Williams
Keisha A. Williams

*Counsel for Plaintiffs*