AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

BLACK LOVE RESISTS IN THE RUST, et al., )
*Plaintiff* )
v. ) Case No.  1:18-cv-00719-CCR
City of Buffalo, NY, et al., )
*Defendant* )

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
City of Buffalo, Byron B. Brown, Byron C. Lockwood, Daniel Derenda, Aaron Young, Kevin Brinkworth, Philip Serafini, Robbin Thomas, Unknown Supervisory Personnel 1-10, Unknown Officers 1-20 .

Date:  04/27/2023

*Attorney's signature*

Cheyenne N. Freely; 6008916
*Printed name and bar number*

Hodgson Russ, LLP
140 Pearl Street, Suite 100
Buffalo, New York  14202
*Address*

cfreely@hodgsonruss.com
*E-mail address*

(716) 848-1609
*Telephone number*

(716) 517-9870
*FAX number*