UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BLACK LOVE RESISTS IN THE RUST, *et al.*,
on behalf of themselves and all those similarly situated

           Plaintiffs,

v.

CITY OF BUFFALO, *et al.* ;

           Defendants.

No. 1:18-cv-719

**UNOPPOSED MOTION FOR ISSUANCE OF SECOND UPDATING SUBPOENA TO NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES**

Upon the accompanying Declaration of Edward P. Krugman, Plaintiffs hereby move **UNOPPOSED** for an order approving the issuance of a subpoena *duces tecum* to the New York State Department of Motor Vehicles ("DMV") in the form annexed hereto as Exhibit B. A proposed form of Order is annexed as Exhibit A. This motion seeks updated driver-address information of the type sought and obtained in ECF ##122, 143 (the "Prior Motions"). As the Court is aware from the Prior Motions, the DMV requires prior judicial approval before it will honor a subpoena for the type of information sought herein.

The Prior Motions sought the addresses of all New York-licensed drivers who were issued traffic tickets by the Buffalo Police Department in the period January 1, 2012 to June 30, 2022. Plaintiffs have now obtained ticket information for the period July 1, 2022 to December 31, 2022, and this motion seeks the addresses of the New York-licensed drivers who were issued tickets by the BPD in that later timeframe, as well as well as the addresses of certain ticketed drivers whose license numbers were inadvertently omitted from the previous subpoenas.

- 2 -

WHEREFORE, Plaintiffs respectfully request entry of the Order annexed hereto as Exhibit A, directing issuance of the subpoena annexed hereto as Exhibit B.

| | |
|---|---|
| */s/ Keisha A. Williams* | */s/ Claudia Wilner* |
| Joseph Keleman | Claudia Wilner |
| Keisha Williams | Anjana Malhotra |
| WESTERN NEW YORK LAW CENTER | Edward Krugman |
| Cathedral Park Tower | NATIONAL CENTER FOR LAW |
| 37 Franklin Street, Suite 210 | AND ECONOMIC JUSTICE |
| Buffalo, NY 14202 | 50 Broadway, Suite 1500 |
| Tel: (716) 828-8415 | New York, NY 10004-3821 |
| Fax: (716) 270-4005 | 212-633-6967 |
| jkeleman@wnylc.com | wilner@nclej.org |
| kwilliams@wnylc.com | malhotra@nclej.org |
| | krugman@nclej.org |
| */s/ Chinyere Ezie* | */s/ Jordan S. Joachim* |
| Chinyere Ezie | Philip Irwin |
| CENTER FOR CONSTITUTIONAL RIGHTS | Jordan Joachim |
| 666 Broadway, 7th Floor | Conrad Scott |
| New York, NY 10012 | COVINGTON & BURLING LLP |
| 212-614-6475 | 620 Eighth Avenue |
| CEzie@ccrjustice.org | New York, NY 10018 |
| | 212-841-1000 |
| | pirwin@cov.com |
| | jjoachim@cov.com |
| | cscott@cov.com |

Dated: May 11, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2023, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

*/s/ Edward P. Krugman*