# Exhibit A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST, *et al.*, on behalf of themselves and all those similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BUFFALO, *et al.* ;<br><br>Defendants. | No. 1:18-cv-00719-CCR |

**ORDER FOR ISSUANCE OF SUBPOENA**

On motion of the Plaintiffs and for good cause shown, it is hereby ORDERED that the subpoena annexed hereto as Exhibit A shall be issued to the New York State Department of Motor Vehicles.

So ordered this _____ day of _____, 2023.

_____
United States District Judge