UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BLACK LOVE RESISTS IN THE RUST, *et al.*,
on behalf of themselves and all those similarly
situated

                            Plaintiffs,

         v.

CITY OF BUFFALO, *et al.* ;

                           Defendants.

No. 1:18-cv-00719-CCR

### ORDER FOR ISSUANCE OF SUBPOENA

On motion of the Plaintiffs and for good cause shown, it is hereby ORDERED that the subpoena annexed hereto as Exhibit A shall be issued to the New York State Department of Motor Vehicles.

So ordered this 11th day of May, 2023.

_____
United States District Judge
Christina Reiss