UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST, *et al.*,
individually and on behalf of a class of all others
similarly situated,

                Plaintiffs,

    v.

CITY OF BUFFALO, N.Y., *et al.*,

                Defendants.

No. 1:18-cv-00719-CCR

## NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF CHRISTINE NELSON

**PLEASE TAKE NOTICE** that, pursuant to Rule 83.1(d) of the Local Rules of the United States Court for the Western District of New York, Plaintiffs, by and through their undersigned counsel, hereby move this Court for an Order permitting Christine Nelson to be admitted *pro hac vice* as counsel for Plaintiffs Black Love Resists in the Rust, *et al.* in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that the forms required by Local Rule 83.1(d), including the Admission Petition Form, Affidavit of Keisha Williams, Attorney's Oath, Civility Principles and Guidelines Oath, and Attorney Database & ECF Registration Form, are annexed hereto as Exhibits.

**PLEASE TAKE FURTHER NOTICE** that Christine Nelson requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon Christine Nelson, The New York Times Building, 620 Eighth Avenue, New York, NY 10018.

Dated: Buffalo, NY
      May 18, 2023

                                        Respectfully Submitted,

                                        <u>/s/Keisha A. Williams</u>
                                        Keisha A. Williams
                                        WESTERN NEW YORK LAW CENTER
                                        37 Franklin Street, Suite 210
                                        New York, NY 14202
                                        Tel/Fax: 716-828-8415
                                        kwilliams@wnylc.com

                                        *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2023, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

/s/ Keisha A. Williams