UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF BUFFALO, N.Y., *et al.*,<br><br>　　　　　　　　　Defendants. | No. 1:18-cv-00719-CCR |

## **MOTION FOR *PRO HAC VICE* ADMISSION OF CHRISTINE NELSON**

　　　Keisha Williams, attorney for Plaintiffs Black Love Resists in the Rust, *et al.*, respectfully moves this Court for the admission of Christine Nelson as counsel *pro hac vice* for Plaintiffs.

　　　Ms. Nelson is an attorney with the law firm of Covington & Burling LLP in New York, NY.  She is a member in good standing of the bar of New York.  There have been no disciplinary proceedings against her as a member of the bar in any jurisdiction.  Ms. Nelson is seeking admission *pro hac vice* for the purpose of representing Plaintiffs in the above-captioned matter.

Dated: Buffalo, NY
      May 18, 2023

                                         Respectfully Submitted,

                                         <u>/s/ Keisha A. Williams</u>
                                         Keisha A. Williams
                                         WESTERN NEW YORK LAW CENTER
                                         37 Franklin Street, Suite 210
                                         Buffalo, NY 14202
                                         Tel/Fax: 716-828-8415
                                         kwilliams@wnylc.com

                                         *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2023, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

/s/ Keisha A. Williams