**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

IN THE MATTER OF THE APPLICATION OF

**Christine Nelson**
(Name)
TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING
AFFIDAVIT

---

STATE OF NEW YORK )
) ss:
COUNTY OF NEW YORK )

**Keisha Williams**, being duly sworn deposes and says:

1. I reside at: **193 Brunswick Blvd., Buffalo, NY 14208**

and maintain an office for the practice of law at: **The Western New York Law Center, 37 Franklin Street, Buffalo, NY 14202**

2. I am an attorney at law, admitted to practice in the **Western and Southern Districts of New York**, I was admitted to practice in the United States District Court for the Western District of New York on the **12** day of **April**, **2010**.

3. I have known the petitioner since **October 2021.** and under the following circumstances: **Ms. Nelson has assisted my organization, the Western New York Law Center, as pro bono legal counsel.**

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: **Ms. Nelson is a person of high moral character and is fit to practice before this Court.**

Signature of Sponsoring Attorney

Sworn to before me this **18th** day of **May**, **2023**

_Paulette Campbell_
Notary Public

PAULETTE COOKE CAMPBELL
NOTARY PUBLIC
NO. 02CA6316780
QUALIFIED IN
NIAGARA COUNTY
COMM. EXP.
12-22-2026
STATE OF NEW YORK