UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

## ATTORNEY'S OATH

STATE OF  NEW YORK        )
                          ) SS:
NEW YORK       COUNTY     )

I, Christine Nelson  of Brooklyn, New York
                                                                                     City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and accordingly to law; and I will support the Constitution of the United States. So help me God.

_____
Signature of Attorney

Subscribed and sworn to before me this  16
day of  May         , 2023     .

_____
Notary Public

MARY KATHERINE NEAL
NOTARY PUBLIC
NO. 01NE6441505
My Comm. Expires
Sep 26, 2026
Qualified in Westchester County
STATE OF NEW YORK

Rev. 2/2000