

37 Franklin Street, 2nd Floor, Buffalo, New York 14202
T:   716.855.0203 ext. 105       kwilliams@wnylc.net
F:   716.270.4005                        www.wnylc.com

May 18, 2023

Via ECF

The Honorable Christina Reiss
United States District Court
District of Vermont
P.O. Box 446
Burlington, VT 05402-0446

Re:   *Black Love Resists in the Rust et al. v. City of Buffalo. et al.*
      *No. 18-CV-719-CCR*

Dear Judge Reiss:

I represent the Plaintiffs in the above-referenced action. I am an attorney with the Western New York Law Center, counsel to the Plaintiffs in this matter and local counsel in this case. I am admitted to practice in the Western District of New York. I maintain an office within the Western District at 37 Franklin Street, Suite 210, Buffalo, NY 14202.

I write this letter in support of Plaintiffs' motion for *pro hac vice* admission of Christine Nelson. Christine Nelson is an attorney with the law firm of Covington & Burling LLP in New York, NY. She is a member in good standing of the bar of New York. There have been no disciplinary proceedings against her as a member of the bar in any jurisdiction. Ms. Nelson is seeking admission *pro hac vice* for the purpose of representing Plaintiffs in the above-captioned matter. I agree to serve as Ms. Nelson's local counsel for purposes of L.R. Civ. P. 83.2(a)(1).

Respectfully submitted,

/s/ Keisha A. Williams
Keisha A. Williams

*Counsel for Plaintiffs*