UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,

                Plaintiffs,

    v.

CITY OF BUFFALO, N.Y., *et al.*,

                Defendants.

No. 1:18-cv-00719-CCR

---

**STIPULATED MOTION TO MODIFY THE SCHEDULING ORDER**

The Parties respectfully move to (1) amend the scheduling order to extend all deadlines by approximately two-and-a-half months; (2) establish deadlines for the production of certain documents; and (3) set dates for the depositions of certain witnesses.

The Parties propose to extend the deadlines in the scheduling order as follows:

| Deadline | Current Date | Modified Date |
| --- | --- | --- |
| Completion of fact discovery | June 29, 2023 | September 15, 2023 |
| Motion to compel discovery | June 29, 2023 | September 15, 2023 |
| Class certification motion | July 25, 2023 | October 11, 2023 |
| Service of initial expert reports | August 8, 2023 | October 25, 2023 |
| Service of rebuttal expert reports | September 7, 2023 | November 24, 2023 |
| Completion of all expert discovery | October 5, 2023 | December 22, 2023 |
| Dispositive Motions | October 30, 2023 | January 24, 2024 |

Defendants will correct deficiencies in their productions in response to Plaintiffs' Requests for Production 39 and 42 by producing the missing materials as follows:

| Materials | Deadline |
|---|---|
| Body camera footage:<br>• EC2017-022<br>• EC2017-027<br>• I/O 2017-025<br>• I/O 2017-078<br>• Related to COB429304<br>Missing materials from investigation files:<br>• EC2015-031<br>• EC2015-043<br>• EC2015-053<br>• EC2015-059<br>• EC2016-025<br>• EC2016-040<br>• EF2015-013<br>• EF2017-005<br>• I/O 2015-088<br>• I/O 2016-042<br>• I/O 2016-105<br>Unproduced investigation files:<br>• EC2013-007<br>• EC2013-057<br>• EC2016-041<br>• I/O 2015-010<br>• I/O 2015-034<br>• I/O 2016-025<br>• I/O 2016-096<br>• I/O 2017-010<br>• I/O 2017-025<br>• I/O 2017-040<br>• I/O 2016-032<br>• Complaint related to COB405577<br>• EC2014-094<br>• I/O 2015-052<br>• I/O 2016-082 | June 30 |

| | |
|---|---|
| Body Camera Footage for:<br>• EC2018-043<br>• EC2021-014<br>• EC2021-053<br>• EC2021-061<br>• EC2022-018<br>• EF2018-010<br>• I/O 2018-032<br>• I/O 2018-053<br>• I/O 2018-092<br>• I/O 2018-105<br>• I/O 2019-009<br>• I/O 2019-026<br>• I/O 2020-017<br>• I/O 2020-024<br>• I/O 2021-055<br>• Related to COB239058<br>Missing materials from investigation files:<br>• EC2018-043<br>• EC2021-014<br>• EC2021-028<br>• EC2021-053<br>• EC2022-018<br>• EF2018-010<br>• I/O 2018-053<br>• I/O 2019-009<br>• I/O 2020-021<br>• I/O 2020-024<br>Unproduced investigation files:<br>• EC2020-034<br>• I/O 2018-047<br>• I/O 2018-011<br>• EC2020-009<br>• EC2021-061<br>• Complaint related to COB239058<br>• Complaint related to COB080914<br>• Complaint related to COB110403<br>• Allegations by QS against BPD officers RA and MS in May 2020<br>• BPD's March 29, 2022 pursuit of KB's vehicle due to alleged tinted windows<br>• EC2018-050<br>• I/O 2019-083<br>• I/O 2021-055<br>• I/O 2021-056 | July 14 |

3

| | |
|---|---|
| Missing materials from investigation files:<br>• EC2016-027<br>• EC2017-027<br>• EC2022-031<br>• EF2016-021 recorded statement of complainant; DVD/CD of case-file<br>Unproduced investigation files<br>• EC2013-005<br>• EC2013-006<br>• EC2017-025<br>• EC2017-026<br>• EC2022-016<br>• IC2022-142<br>• I/O 2015-018<br>• I/O 2022-033<br>• Complaint related to COB426918<br>• Complaint related to COB268615<br>• EC2022-046<br>• I/O 2015-063<br>• I/O 2022-004 | July 21 |

Defendants shall make good faith efforts to produce witnesses in accordance with the schedule listed below. Should a witness be unavailable on the date listed, Defendants will propose, at the time they notify Plaintiffs of the witness's unavailability, a different date or dates within the current discovery schedule when the witness is available, and the Parties shall work collaboratively to reschedule the deposition to the nearest available date for both the witness and the Parties.

| Witness | Date |
|---|---|
| Justin Tedesco | July 10 |
| Jared Domaracki | July 11 |
| Donna Estrich | July 12 |
| Michael Healy | July 13 |
| Richard Hy | July 19 |
| Michael Acquino | July 25 |
| Byron Lockwood | July 26 |
| Harold McClellan | August 4 |
| Joseph Gramaglia | August 9 |
| Robert Rosenswie | August 18 |

| Witness | Date |
|---|---|
| City of Buffalo 30(b)(6) | August 24 |
| Mayor Byron Brown | August 29 |

In support of this Motion, the Parties state:

1.      Under the present schedule, the deadline for completion of fact discovery and any accompanying motion to compel is June 29, 2023.  The Court has set additional deadlines, leading to a dispositive motion deadline of October 30, 2023.

2.      The Parties continue to proceed with document discovery and depositions. With respect to document discovery, on March 31, 2023, Plaintiffs sent Defendants a letter identifying certain deficiencies in Defendants' previous document productions relating to BPD investigations and responses to complaints of racial discrimination. The Parties have met and conferred, and Defendants have agreed to search for and produce the missing materials in accordance with the schedule above.  In addition, on April 25, 2023, Plaintiffs requested that Defendants update and supplement their production in accordance with Federal Rule of Civil Procedure 26(e).  Defendants are in the process of producing updated and supplemental materials in response to Plaintiffs' request.

3.      With respect to Plaintiff depositions, the parties completed a Rule 30(b)(6) deposition of Black Love Resists in the Rust on May 9, 2023; the deposition of Dorethea Franklin on May 15, 2023; the deposition of Taniqua Simmons on May 16, 2023; and the deposition of De'Jon Hall on May 17, 2023.  The Parties are in the process of scheduling depositions for the remaining Plaintiffs.

4.      With respect to defendant and non-party depositions sought by Plaintiffs, the Parties completed the deposition of Robbin Thomas on March 23, 2023, the deposition of Adam Wigdorski on May 24, 2023, the deposition of Charles Miller on June 2 and 6, 2023; and

the deposition of Octavio Villegas on June 8, 2023. The Parties have agreed to schedule the remaining depositions sought by Plaintiffs as set forth above.

      5.      On June 1, 2023, Plaintiffs filed a Motion to Permit Sufficient Time to Depose Named Defendant Byron Lockwood.

      6.      The Parties are working together to complete discovery as expeditiously as possible. Given the complex nature of the claims and defenses, and given the breadth of witnesses who need to testify, however, the parties require additional time to complete discovery. Additional time is also needed so that issues pending both before the Court and between the Parties can be resolved.

      7.      Accordingly, the Parties respectfully request the modifications set forth above.

      8.      The Parties thank the Court in advance for its consideration of this request.

WHEREFORE, Plaintiffs respectfully request that the Court modify the schedule as proposed.

Dated: June 14, 2023

Respectfully Submitted,

| | |
|---|---|
| */s/ Peter A. Sahasrabudhe*<br>Hugh M. Russ III<br>Peter A. Sahasrabudhe<br>HODGSON RUSS LLP<br>The Guaranty Building<br>140 Pearl Street – Suite 100<br>Buffalo, New York 14202<br>Telephone: (716) 856-4000<br>hruss@hodgsonruss.com<br>pshasra@hodgsonruss.com<br><br>*Attorneys for Defendants* | */s/ Jordan Joachim*<br>Jordan Joachim (*pro hac vice*)<br>Christine Nelson (*pro hac vice*)<br>Andrew Timmick (*pro hac vice*)<br>COVINGTON & BURLING LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>212-841-1000<br>jjoachim@cov.com<br>cnelson@cov.com<br>atimmick@cov.com<br><br>Claudia Wilner<br>Edward Krugman<br>Anjana Malhotra<br>NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE<br>275 Seventh Avenue, Suite 1506<br>New York, NY 10001<br>212-633-6967<br>wilner@nclej.org<br>krugman@nclej.org<br>malhotra@nclej.org<br><br>Keisha Williams<br>WESTERN NEW YORK LAW CENTER<br>Cathedral Park Tower<br>37 Franklin Street, Suite 210<br>Buffalo, NY 14202<br>716-828-8415<br>kwilliams@wnylc.com<br><br>Chinyere Ezie<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>212-614-6475<br>cezie@ccrjustice.org<br><br>*Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

*/s/ Jordan Joachim*