```
                    UNITED STATES DISTRICT COURT

                 FOR THE WESTERN DISTRICT OF NEW YORK
   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

**BLACK LOVE RESISTS IN THE RUST, et al.,**

**individually and on behalf of a class of**

**all others similarly situated,**

                                 Plaintiffs,

vs.                                          1:18-cv-00719-CCR

**CITY OF BUFFALO, N.Y., et al.,**

                                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                **ORAL EXAMINATION OF AARON YOUNG**

                **APPEARING REMOTELY FROM**

                **BUFFALO, NEW YORK**


                Wednesday, October 26, 2022

                9:00 a.m. - 2:15 p.m.

                pursuant to notice



REPORTED BY:

Luanne K. Howe

APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO


        DEPAOLO CROSBY REPORTING SERVICES, INC.
                716-853-5544

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | And the Housing Unit, you would have been chief for a |
| 3 | | longer period of time than for the Strike Force, |
| 4 | | correct? |
| 5 | A | No.  For the Housing Unit. |
| 6 | Q | Oh, for the Housing Unit.  I see.  So -- yeah, I'm |
| 7 | | sorry.  I probably ask confusing questions. |
| 8 | A | No.  I might be off on the dates. |
| 9 | Q | Okay.  But Housing Unit ended in 2020? |
| 10 | A | Yes. |
| 11 | Q | Okay.  And then you were also the chief of the Strike |
| 12 | | Force? |
| 13 | A | Yes. |
| 14 | Q | And during what period of time were you chief of |
| 15 | | Strike Force? |
| 16 | A | It was put under me 2017 through -- I can't remember |
| 17 | | the exact year that it was ended so -- |
| 18 | Q | And did you become chief of the Housing Unit and the |
| 19 | | Strike Force at the same time? |
| 20 | A | It was -- yes. |
| 21 | Q | And you also became Schools chief at that same time |
| 22 | | as well so all three positions at once? |
| 23 | A | No.  I was school chief first with nothing under me |