```
 1                  UNITED STATES DISTRICT COURT

 2              FOR THE WESTERN DISTRICT OF NEW YORK

 3    - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 4    BLACK LOVE RESISTS IN THE RUST, et al.,

 5    individually and on behalf of a class of

 6    all others similarly situated,

 7                                  Plaintiffs,

 8    vs.                                       1:18-cv-00719-CCR

 9    CITY OF BUFFALO, N.Y.,  et al.,

10                                  Defendants.

11    - - - - - - - - - - - - - - - - - - - - - - - - - - - -

12              ORAL EXAMINATION OF KEVIN BRINKWORTH

13                     APPEARING REMOTELY FROM

14                         BUFFALO, NEW YORK

15

16                  Wednesday, March 16, 2022

17                    9:08 a.m. - 4:43 p.m.

18                       pursuant to notice

19

20

21    REPORTED BY:

22    Luanne K. Howe

23    APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO
```

```
 1              direct line with Housing, so I dealt with him on
 2              anything that might arise from Housing.
 3    Q         So you reported to Lockwood for Housing, but for the
 4              Strike Force, you reported directly to Derenda?
 5    A         Yeah.  I don't recall Lockwood being involved in
 6              Strike Force all that often.
 7    Q         What was your position within the BPD prior to being
 8              a school chief?
 9    A         I was a lieutenant.
10    Q         In which district?
11    A         C District.
12    Q         And do you remember the year that you changed from
13              being a C District lieutenant to Schools chief?
14    A         2007.
15    Q         And approximately how long were you a lieutenant in
16              the C District?
17    A         One year.
18    Q         And prior to that?
19    A         I was a lieutenant in D District.
20    Q         Okay.  And how long did you hold that position?
21    A         Two years.
22    Q         Okay.  And before that?
23    A         I was a patrol officer in B District.
```

```
 1            that there was a concentration.
 2      Q     Would you say that it was common knowledge within the
 3            BPD that the Strike Force was concentrated on the
 4            east side of Buffalo?
 5                         MR. POOLE:  Form.
 6      A     Yes.
 7      Q     Was that something that concerned you?
 8      A     No, because there was some high crime areas.
 9      Q     Are you familiar with COMPSTAT?
10      A     Yes.
11      Q     What was COMPSTAT?
12      A     It was a monthly reporting.  We would meet monthly;
13            all the chiefs and division heads would meet monthly.
14            It was kind of an information sharing process to talk
15            about trends that might be happening in districts or
16            throughout the city.
17      Q     You would typically attend COMPSTAT meetings?
18      A     Yes.
19      Q     Along with the other chiefs?
20      A     Yes.
21      Q     Did anybody below the level of chief attend COMPSTAT
22            meetings?
23      A     There would be captains there.  There would be
```

```
 1              inspectors, detectives.
 2    Q     Did the Housing Unit or Strike Force captain attend
 3          COMPSTAT meetings?
 4    A     Not that I recall.
 5    Q     And how about the deputy police commissioners, did
 6          they attend?
 7    A     Deputy Commissioner Lockwood was in charge of
 8          COMPSTAT.
 9    Q     Did Commissioner Derenda attend COMPSTAT meetings?
10    A     Generally, no.
11    Q     Can you describe a typical COMPSTAT meeting?
12    A     There would be about 20, 25, 30 people in the room.
13          Deputy Commissioner Lockwood would lead it.  He might
14          talk about some current issues, and then he would
15          call on either district chiefs or the heads of some
16          of the divisions to kind of give an update on what's
17          happening in their respective division or district.
18    Q     And how did you use that information that you
19          received at COMPSTAT meetings in your work?
20    A     I don't recall using it to be honest with you.  I
21          think I filed it away.
22    Q     Do you know if information from COMPSTAT meetings
23          went into setting Strike Force and Housing Unit
```