```
 1      UNITED STATES DISTRICT COURT

 2      FOR THE WESTERN DISTRICT OF NEW YORK

 3      -------------------------------------------

 4      BLACK LOVE RESISTS IN THE RUST, et al.,
        individually and on behalf of a class of
 5      all others similarly situated,

 6                              Plaintiffs,

 7       -vs-                      1:18-cv-00719-CCR

 8      CITY OF BUFFALO, N.Y., et al.,

 9                              Defendants.
        -------------------------------------------
10

11

12         ORAL EXAMINATION OF DANIEL DERENDA

13              APPEARING REMOTELY FROM

14                 BUFFALO, NEW YORK

15

16

17              November 10, 2021

18              At 9:00 a.m.

19              Pursuant to notice

20

21      REPORTED BY:

22      Rebecca L. DiBello, RPR, CSR(NY)

23      APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

DEPAOLO CROSBY REPORTING SERVICES, INC.

135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

DANIEL DERENDA

1  that chief to Lockwood.  I just don't recall
2  this being an issue other than what I stated
3  when I heard that some were writing multiple
4  tickets.
5           MS. WILNER:  And since it's 12:45 I
6  think we can go ahead and break for the day.
7           MR. QUINN:  Do you want to put the day
8  down now or do you want to send some dates?
9           MS. WILNER:  I can't look at the
10 calendars now so I think we'll have to send
11 some dates.
12          MR. QUINN:  Okay.  Just let me know and
13 I'll work with you to get us here.
14          MS. WILNER:  All right.  Thank you.
15 (Deposition adjourned at 12:45 p.m.)