```
 1      UNITED STATES DISTRICT COURT

 2      FOR THE WESTERN DISTRICT OF NEW YORK

 3      -------------------------------------------

 4      BLACK LOVE RESISTS IN THE RUST, et al.,
        individually and on behalf of a class of
 5      all others similarly situated,

 6                                  Plaintiffs,

 7       -vs-                              1:18-cv-00719-CCR

 8      CITY OF BUFFALO, N.Y., et al.,

 9                                  Defendants.
        -------------------------------------------
10

11                      CONTINUED

12          ORAL EXAMINATION OF DANIEL DERENDA

13              APPEARING REMOTELY FROM

14                  BUFFALO, NEW YORK

15

16

17              December 23rd, 2021

18              At 9:20 a.m.

19              Pursuant to notice

20

21      REPORTED BY:

22      Rebecca L. DiBello, RPR, CSR(NY)

23      APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

```
 1        date now, lock it in and everybody is able to
 2        commit to appearing on that date.
 3
 4        (Deposition adjourned at 4:52 p.m.)
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544