```
 1      UNITED STATES DISTRICT COURT

 2      FOR THE WESTERN DISTRICT OF NEW YORK

 3      -------------------------------------------

 4      BLACK LOVE RESISTS IN THE RUST, et al.,
        individually and on behalf of a class of
 5      all others similarly situated,

 6                              Plaintiffs,

 7       -vs-                          1:18-cv-00719-CCR

 8      CITY OF BUFFALO, N.Y., et al.,

 9                              Defendants.
        -------------------------------------------
10

11                    CONTINUED

12         ORAL EXAMINATION OF DANIEL DERENDA

13              APPEARING REMOTELY FROM

14                  BUFFALO, NEW YORK

15

16

17              January 10th, 2022

18              At 9:00 a.m.

19              Pursuant to notice

20

21      REPORTED BY:

22      Rebecca L. DiBello, RPR, CSR(NY)

23      APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

**DANIEL DERENDA**

1        (Recess taken)
2
3        MS. WILNER:  No further questions at
4    this time.  Thank you.
5        MR. QUINN:  Thanks everybody.  Have a
6    good day.
7
8    (Deposition concluded at 10:58 a.m.)

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544