UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST, *et al.*,
individually and on behalf of a class of all others
similarly situated,

                Plaintiffs,

    v.                                    No. 1:18-cv-00719-CCR

CITY OF BUFFALO, N.Y., *et al.*,

                Defendants.

---

### NOTICE OF CONSENT MOTION FOR ORDER SUPPLEMENTING PROTECTIVE ORDER GOVERNING PRODUCTION OF ATTORNEYS' EYES ONLY AND <u>CONFIDENTIAL MATERIALS</u>

      Plaintiffs, with the consent of Defendants, move this Court pursuant to Local Rule 7 of the Local Civil Rules of Western New York and Rule 26(e) of the Federal Rules of Civil Procedure for an order supplementing the Modified Protective Order Governing Production of Attorneys' Eyes Only Confidential Materials (ECF No. 118) and entered by the Court on January 24, 2020 (the "Modified Protective Order").  The parties' submit this motion in order to expedite Defendants' production of documents by minimizing or eliminating the amount of redactions that Defendants must make to IAD materials and COMPSTAT and GIVE reports.  Plaintiffs together with Defendants hereby move this Court for an Order modifying the Protective Order as set forth in the Proposed Order submitted herewith.

Dated: August 7, 2023

                        Respectfully Submitted,

| | |
|---|---|
| */s/ Jordan S. Joachim* | |
| Jordan S. Joachim | A. Chinyere Ezie |
| Christine Nelson | Baher Azmy |
| COVINGTON & BURLING, LLP | CENTER FOR CONSTITUTIONAL RIGHTS |
| 620 Eighth Ave., Suite 4029 | |
| New York, NY 10018 | 666 Broadway, 7th Floor |
| Tel: 212-841-1000 | New York, NY 10012 |
| Fax: 212-841-1010 | Tel/Fax: 212-614-6464 |
| jjoachim@cov.com | cezie@ccrjustice.org |
| cnelson@cov.com | bazmy@ccrjustice.org |
| | |
| Keisha Williams | Claudia Wilner |
| WESTERN NEW YORK LAW CENTER | Anjana Malhotra |
| 37 Franklin Street, Suite 210 | Edward Krugman |
| Buffalo, NY 14202 | NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE |
| Tel: 716-828-8415 | 50 Broadway, Suite 1500 |
| kwilliams@wnylc.com | New York, NY 10004 |
| | Tel: 212-633-6967 |
| | wilner@nclej.org |
| | malhotra@nclej.org |
| | krugman@nclej.org |

                        *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 7, 2023, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

                                                     */s/ Jordan S. Joachim*