UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,

                Plaintiffs,

  v.

CITY OF BUFFALO, N.Y., *et al.*,

                Defendants.

No. 1:18-cv-00719-CCR

---

**STIPULATED MOTION TO MODIFY THE SCHEDULING ORDER**

The Parties respectfully move to amend the scheduling order to extend the fact discovery deadline by 45 days and subsequent deadlines by approximately 30 days, and to set dates for the depositions of certain witnesses.

The Parties propose to extend the deadlines in the scheduling order as follows:

| **Deadline** | **Current Date** | **Modified Date** |
|---|---|---|
| Completion of fact discovery | September 15, 2023 | October 30, 2023 |
| Motion to compel discovery | September 15, 2023 | October 30, 2023 |
| Class certification motion | October 11, 2023 | November 10, 2023 |
| Service of initial expert reports | October 25, 2023 | December 6, 2023 |
| Service of rebuttal expert reports | November 24, 2023 | January 5, 2024 |
| Completion of all expert discovery | December 22, 2023 | January 26, 2024 |
| Dispositive Motions | January 24, 2024 | February 23, 2024 |

Defendants shall make good faith efforts to produce witnesses in accordance with the schedule listed below.  Should a witness be unavailable on the date listed, Defendants will propose, at the time they notify Plaintiffs of the witness's unavailability, a different date or dates within the

current discovery schedule when the witness is available, and the Parties shall work collaboratively to reschedule the deposition to the nearest available date for both the witness and the Parties.

| Witness | Date |
| --- | --- |
| Harold McClellan (continued) | September 11 |
| Joseph Gramaglia | September 20 |
| Charles Palmer | September 14 |
| Octavio Villegas as a City of Buffalo 30(b)(6) designee | September 25 |
| Robert Rosenswie | September 27 |
| Charles Miller (continued) | October 6 |
| Daniel Derenda as a City of Buffalo 30(b)(6) designee | October 23 |
| Patrick Humiston as a City of Buffalo 30(b)(6) designee | October 25 |
| Mayor Byron Brown | October 27 |

In support of this Motion, the Parties state:

1. Under the present schedule, the deadline for completion of fact discovery and any accompanying motion to compel is September 15, 2023. The Court has set additional deadlines, leading to a dispositive motion deadline of January 24, 2023.

2. The Parties have made substantial progress on both document discovery and depositions since their last extension request. With respect to document discovery, Defendants have produced additional documents in response to Plaintiffs' requests that they correct deficiencies and update and supplement their prior productions. The Parties continue to meet and confer regarding Defendants' document productions.

3. With respect to depositions, the Parties conducted the deposition of Justin Tedesco on July 11, the deposition of Donna Estrich on July 12, the deposition of Jared Domaracki on July 18, the deposition of Richard Hy on July 19, the deposition of Michael Healy on July 28, the deposition of Byron Lockwood on August 10 and 17, the deposition Michael Acquino on September 5, and the deposition of Plaintiff Shaketa Redden on September 6.

4. The Parties are working together to complete discovery as expeditiously as possible. Given the complex nature of the claims and defenses, and given the breadth of witnesses who need to testify, however, the Parties require additional time to complete discovery. The Parties believe that an additional extension of 45 days may be sufficient in order for the Parties to complete fact discovery in this matter.

5. Additional time is also needed to accommodate the availability of deposition witnesses. In particular, Defendants' counsel has advised that Mayor Brown is not available until late October due to his official duties and that former Commissioner Derenda, who will serve as one of the City of Buffalo's Rule 30(b)(6) designees, is not available for deposition until after the current deadline for the close of fact discovery.

6. Accordingly, the Parties respectfully request the modifications set forth above.

7. The Parties thank the Court in advance for its consideration of this request.

WHEREFORE, the Parties respectfully request that the Court modify the schedule as proposed.

Dated: September 8, 2023

Respectfully Submitted,

| | |
|---|---|
| */s/ Peter A. Sahasrabudhe*<br>Hugh M. Russ III<br>Peter A. Sahasrabudhe<br>HODGSON RUSS LLP<br>The Guaranty Building<br>140 Pearl Street – Suite 100<br>Buffalo, New York  14202<br>Telephone:  (716) 856-4000<br>hruss@hodgsonruss.com<br>pshasra@hodgsonruss.com<br><br>*Attorneys for Defendants* | */s/Jordan Joachim*<br>Jordan Joachim (*pro hac vice*)<br>Christine Nelson (*pro hac vice*)<br>COVINGTON & BURLING LLP<br>620 Eighth Avenue<br>New York, NY 10018<br>212-841-1000<br>jjoachim@cov.com<br>cnelson@cov.com<br><br>Claudia Wilner<br>Edward Krugman<br>Anjana Malhotra<br>NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE<br>275 Seventh Avenue, Suite 1506<br>New York, NY 10001<br>212-633-6967<br>wilner@nclej.org<br>krugman@nclej.org<br>malhotra@nclej.org<br><br>Keisha Williams<br>WESTERN NEW YORK LAW CENTER<br>Cathedral Park Tower<br>37 Franklin Street, Suite 210<br>Buffalo, NY 14202<br>716-828-8415<br>kwilliams@wnylc.com<br><br>Chinyere Ezie<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>212-614-6475<br>cezie@ccrjustice.org<br><br>*Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

    I hereby certify that on September 8, 2023, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

                                                    */s/ Peter A. Sahasrabudhe*