UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST by and through its Co-Directors Natasha Soto and Shaketa Redden and on behalf of its members; DORETHEA FRANKLIN; TANIQUA SIMMONS; DE'JON HALL; JOSEPH BONDS; CHARLES PALMER; SHIRLEY SARMIENTO; EBONY YELDON; and JANE DOE, individually and on behalf of a class of all others similarly situated;

       Plaintiffs,

v.

CITY OF BUFFALO, NY; BYRON B. BROWN, Mayor of the City of Buffalo, in his individual and official capacities; BYRON C. LOCKWOOD, Commissioner of the Buffalo Police Department, in his individual and official capacities; DANIEL DERENDA, former Commissioner of the Buffalo Police Department, in his individual capacity; AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI, ROBBIN THOMAS, UNKNOWN SUPERVISORY PERSONNEL 1-10, UNKNOWN OFFICERS 1-20, each officers of the Buffalo Police Department, in their individual capacities.

       Defendants.

Civil No.: 1:18-cv-00719-CCR

---

**STIPULATED MOTION FOR ADJOURNMENT
OF DEADLINES IN CASE MANAGEMENT ORDER**

  The Parties respectfully move to amend the scheduling order to extend all deadlines by approximately one month. The proposed schedule is as follows:

| Deadline | Current Date | Modified Date |
| --- | --- | --- |
| Completion of fact discovery | October 30, 2023 | November 22, 2023 |
| Motion to compel discovery | October 30, 2023 | November 29, 2023 |
| Class certification motion | November 10, 2023 | January 17, 2024 |

| Deadline | Current Date | Modified Date |
|---|---|---|
| Service of initial expert reports | December 6, 2023 | January 17, 2024 |
| Service of Rebuttal expert reports | January 5, 2024 | February 9, 2024 |
| Completion of all expert discovery | January 26, 2024 | February 28, 2024 |
| Dispositive Motions | February 23, 2024 | March 22, 2024 |

In support of this motion, the Parties state as follows:

1. Under the present schedule, the deadline for completion of fact discovery and any accompanying motion to compel is October 30, 2023. The Court has set additional deadlines, leading to a dispositive motion deadline of February 23, 2024.

2. The Parties continue to proceed with depositions. With respect to plaintiff depositions, the Parties have completed the depositions of all plaintiffs.

3. With respect to defendant and non-party depositions sought by plaintiffs, the only remaining depositions are those of Mayor Byron Brown, two FRCP 30(b)(6) witnesses, and one non-party witness. All of the remaining depositions have been scheduled. Mayor Brown's deposition is scheduled for November 6, 2023. The remaining FRCP 30(b)(6) witnesses are BPD Captain Patrick J. Humiston and former BPD Commissioner Daniel Derenda. Captain Humiston's deposition is scheduled for November 17, 2023. Commissioner Derenda's deposition is scheduled for November 22, 2023. Non-party witness Officer Charles Miller's deposition was originally taken on June 2, 2023. His deposition is scheduled to be completed on November 8, 2023, with only one hour remaining.

4. The Parties are working together to complete discovery as expeditiously as possible; however, a recent bout of COVID-19 suffered by Defense Counsel has caused a delay. Due to the complex nature of the claims and defenses, and the breadth of FRCP 30(b)(6) topics

that Plaintiffs have identified, the Parties require additional time to complete discovery. Also, given the 30(b)(6) witnesses' work schedules and the amount of time it will take to adequately prepare the witnesses to testify on the topics enumerated by Plaintiffs, additional time for discovery is required.

       5.      Accordingly, the Parties respectfully request the modifications set forth above.

       6.      The Parties thank the Court in advance for its consideration of this request.

Dated: Buffalo, New York
       October 24, 2023


s/ Peter A. Sahasrabudhe
Hugh M. Russ III
Peter A. Sahasrabudhe
Cheyenne N. Freely
HODGSON RUSS LLP
The Guaranty Building
140 Pearl Street – Suite 100
Buffalo, New York 14202
Telephone: (716) 856-4000
hruss@hodgsonruss.com
pshasra@hodgsonruss.com
cfreely@hodgsonruss.com

*Attorneys for Defendants*

| | |
|---|---|
| /s/  Keisha Williams<br>Keisha Williams<br>Joseph A. Kelemen<br>WESTERN NEW YORK LAW CENTER<br>Cathedral Park Tower<br>37 Franklin Street, Suite 210<br>Buffalo, New York  14202<br>Telephone:  (716) 828-8415<br>kwilliams@wnylc.com<br>jkelemen@wnylc.vom | /s/   Claudia Wilner<br>Claudia Wilner<br>Edward Krugman<br>Anjana Malhotra<br>NATIONAL CENTER FOR LAW<br>  AND ECONOMIC JUSTICE<br>275 Seventh Avenue, Suite 1506<br>New York, New York  10001<br>Telephone:  (212) 633-6967<br>wilner@nclej.org<br>krugman@nclej.org<br>malhotra@nyleg.com |
| /s/ Chinyere Ezie<br>Chinyere Ezie<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor<br>New York, New York  10012<br>Telephone:  (212) 614-6475<br>cezie@ccrjustice.org<br>bazmy@ccrjustice.org | /s/ Jordan Joachim<br>Jordan Joachim (*admitted pro hac vice*)<br>COVINGTON & BURLING LLP<br>620 Eighth Avenue<br>New York, New York  10018<br>Telephone:  (2112) 841-1000<br>jjoachim@cov.com<br>cnelson@cov.com<br><br>*Attorneys for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2023, the above Stipulated Motion for Adjournment of Discovery Deadlines was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

/s/ Peter Sahasrabudhe