UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BLACK LOVE RESISTS IN THE RUST by and through MARIELLE SHAVONNE SMITH and CHARIS HUMPHREY on behalf of its members; SHAKETA REDDEN; DORETHEA FRANKLIN; TANIQUA SIMMONS; DE'JON HALL; JOSEPH BONDS; CHARLES PALMER; SHIRLEY SARMIENTO; EBONY YELDON; and JASMINE EVANS, individually and on behalf of a class of all others similarly situated,

    Plaintiffs,

  v.

CITY OF BUFFALO, NY; BYRON B. BROWN, Mayor of the City of Buffalo, in his individual and official capacities; BYRON C. LOCKWOOD, Commissioner of the Buffalo Police Department, in his individual and official capacities; DANIEL DERENDA, former Commissioner of the Buffalo Police Department, in his individual capacity; AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI, ROBBIN THOMAS, UNKNOWN SUPERVISORY PERSONNEL 1-10, UNKNOWN OFFICERS 1-20, each officers of the Buffalo Police Department, in their individual capacities,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 1:18-cv-00719-CCR

ECF Case

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please enter my appearance in this case as additional counsel for Plaintiffs.

I certify that I am admitted to practice in this Court.

Dated: November 6, 2023
    Buffalo, New York

- 2 -

        s/ Matthew A. Parham
                Matthew A. Parham
                Western New York Law Center
                37 Franklin Street, 2nd Floor
                Buffalo, New York  14202
                716-855-0203 x112
                mparham@wnylc.net

## CERTIFICATE OF SERVICE

      I hereby certify that on November 6, 2023, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all counsel registered through the CM/ECF system.

Dated:  November 6, 2023
         Buffalo, New York

                              s/ Matthew A. Parham
                              Matthew A. Parham
                              Western New York Law Center
                              37 Franklin Street, 2nd Floor
                              Buffalo, New York  14202
                              716-855-0203 x112
                              mparham@wnylc.net