UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,

        Plaintiffs,

   v.

CITY OF BUFFALO, N.Y., *et al.*,

        Defendants.

No. 1:18-cv-00719-CCR

## NOTICE OF MOTION FOR LEAVE TO TAKE THE DEPOSITION OF THE BUFFALO POLICE BENEVOLENT ASSOCIATION

**PLEASE TAKE NOTICE** that Plaintiffs, by and through their undersigned attorneys, will move the Court, at the United States Courthouse for the Western District of New York, 2 Niagara Square, Buffalo, NY 14202, at a date and time to be determined by the Court, for an Order granting leave to take one additional deposition of the Buffalo Police Benevolent Association pursuant to Fed. R. Civ. P. 26(b) and 30(a)(2) and Local Rule 7(d)(3).  The reasons for granting the motion are set forth in the accompanying Declaration of Matthew A. Parham dated December 11, 2023, with annexed Exhibits A through D thereto, and in Plaintiffs' Memorandum of Law in Support of Their Motion for Leave to Take Deposition of the Buffalo Police Benevolent Association.

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the Motion to Expedite filed simultaneously with this motion, and pursuant to Local Rule 7(d)(1), Plaintiffs seek to have answering papers due December 18, 2023, with reply papers due December 21, 2023, and a return date thereafter to be determined by the Court.

Dated: December 11 2023
Buffalo, New York

Respectfully Submitted,

/s/ Matthew A. Parham
Matthew A. Parham
WESTERN NEW YORK LAW CENTER
37 Franklin Street, Suite 210
Buffalo, NY 14202
Tel: 716-828-8422
mparham@wnylc.com

Claudia Wilner
Anjana Malhotra
Edward Krugman
NATIONAL CENTER FOR LAW AND
ECONOMIC JUSTICE
50 Broadway, Suite 1500
New York, NY 10004
Tel: 212-633-6967
wilner@nclej.org
malhotra@nclej.org
krugman@nclej.org

A. Chinyere Ezie
Baher Azmy
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel/Fax: 212-614-6464
cezie@ccrjustice.org
bazmy@ccrjustice.org

Jordan Scott Joachim
Christine Nelson
COVINGTON & BURLING, LLP
620 Eighth Ave., Suite 4029
New York, NY 10018
Tel: 212-841-1000
Fax: 212-841-1010
jjoachim@cov.com
cnelson@cov.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2023, I filed the foregoing Notice of Motion for Leave to Take the Deposition of the Buffalo Police Benevolent Association dated December 11, 2023, with the accompanying Declaration of Matthew A. Parham in Support of Motion for Leave to Take the Deposition of the Buffalo Police Benevolent Association dated December 11, 2023, and Exhibits A-D thereto, and the Memorandum of Law in Support of Plaintiffs' Motion for Leave to Take the Deposition of the Buffalo Police Benevolent Association dated December 11, 2023, with the Clerk of the District Court using the CM/ECF system, which would then electronically notify all counsel registered through the CM/ECF system.

Dated:  December 11, 2023
        Buffalo, New York

                                          */s/ Matthew A. Parham*
                                          Matthew A. Parham