UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>CITY OF BUFFALO, N.Y., *et al.*,<br><br>      Defendants. | No. 1:18-cv-00719-CCR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXPEDITE HEARING ON MOTION FOR LEAVE TO TAKE THE DEPOSITION OF THE BUFFALO POLICE BENEVOLENT ASSOCIATION** |

  Plaintiffs moved for an Order pursuant to Local Rule 7(d)(1) expediting hearing on Plaintiffs' Motion for Leave to Take the Deposition of the Buffalo Police Benevolent Association. The Court, having considered Plaintiffs' motion for expedited hearing, orders as follows:

1. Plaintiffs' Motion for Leave to Take the Deposition of the Buffalo Police Benevolent Association was filed and served via ECF filing on December 11, 2023.

2. Defendants shall file responsive papers via ECF by December 18, 2023.

3. Plaintiffs shall file any reply papers via ECF by December 21, 2023.

4. The motion is returnable December ___, 2023, at ____ AM/PM.

SO ORDERED

Dated: December __, 2023

                       _____
                       UNITED STATES DISTRICT JUDGE