UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST by and through its Co-Directors Natasha Soto and Shaketa Redden and on behalf of its members; DORETHEA FRANKLIN; TANIQUA SIMMONS; DE'JON HALL; JOSEPH BONDS; CHARLES PALMER; SHIRLEY SARMIENTO; EBONY YELDON; and JANE DOE, individually and on behalf of a class of all others similarly situated;

                        Plaintiffs,

    v.                                            Civil No.: 1:18-cv-00719-CCR

CITY OF BUFFALO, NY; BYRON B. BROWN, Mayor of the City of Buffalo, in his individual and official capacities; BYRON C. LOCKWOOD, Commissioner of the Buffalo Police Department, in his individual and official capacities; DANIEL DERENDA, former Commissioner of the Buffalo Police Department, in his individual capacity; AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI, ROBBIN THOMAS, UNKNOWN SUPERVISORY PERSONNEL 1-10, UNKNOWN OFFICERS 1-20, each officers of the Buffalo Police Department, in their individual capacities.

                        Defendants.

---

## STIPULATED MOTION FOR ADJOURNMENT OF DEADLINES IN CASE MANAGEMENT ORDER

    The Parties respectfully move to amend the scheduling order to extend all deadlines by approximately one month. The proposed schedule is as follows:

| Deadline | Current Date | Modified Date |
| --- | --- | --- |
| Completion of fact discovery | February 20, 2024 | March 21, 2024 |
| Motion to compel discovery | March 4, 2024 | April 3, 2024 |

| Deadline | Current Date | Modified Date |
|---|---|---|
| Class certification motion | March 21, 2024 | April 19, 2024 |
| Service of initial expert reports | March 21, 2024 | April 19, 2024 |
| Service of rebuttal expert reports | April 15, 2024 | May 15, 2024 |
| Completion of all expert discovery | May 2, 2024 | June 3, 2024 |
| Dispositive Motions | May 27, 2024 | June 27, 2024 |

In support of this motion, the Parties state as follows:

1. Under the present schedule, the deadline for completion of fact discovery is February 20, 2024, and any accompanying motion to compel is March 4, 2024. The Court has set additional deadlines, leading to a dispositive motion deadline of May 27, 2024.

2. The Parties have nearly completed depositions. With respect to plaintiff depositions, the Parties have completed the depositions of all plaintiffs. The Parties have also completed the non-party deposition of Buffalo Police Benevolent Association President, John Evans.

3. Since the parties' last extension motion, Defendants have produced former Commissioner Daniel Derenda, Commissioner Joseph Gramaglia, IAD Inspector Patrick Overdorf, Captain Derrick Banaszak, and Jason Whitaker for 30(b)(6) depositions. As such, 30(b)(6) depositions are nearly complete, with the exception of a limited 30(b)(6) deposition of Commissioner Gramaglia to testify regarding Plaintiffs' gang-related subtopic.

4. Due to witness and counsel availability, Commissioner Gramaglia's limited 30(b)(6) deposition could not be scheduled prior to the February 20, 2024 discovery deadline. Currently, this deposition is scheduled for March 7, 2024.

- 3 -

5.      The Parties have continued to exchange paper discovery.  Due to staffing shortages within the City, Defendants require additional time to identify and produce information responsive to Plaintiffs' demands.

6.      The Parties are working together to complete discovery as efficiently and expeditiously as possible; however, due to the complex nature of the claims and defenses, the breadth of FRCP 30(b)(6) topics and discovery demands that Plaintiffs have drafted related to records Defendants recently produced and disclosed in their 30(b)(6) depositions, and the City's staffing limitations, Defendants require additional time to complete the 30(b)(6) depositions and respond to Plaintiffs' discovery demands including but not limited to Plaintiffs' requests for production and requests for admission.

7.      Accordingly, the Parties respectfully request the modifications to the case management order as set forth in the table above.

8.      The Parties thank the Court in advance for its consideration of this request.

Dated:  Buffalo, New York
        February 19, 2024

*/s/ Peter A. Sahasrabudhe*
Hugh M. Russ III
Peter A. Sahasrabudhe
Cheyenne N. Freely
HODGSON RUSS LLP
The Guaranty Building
140 Pearl Street – Suite 100
Buffalo, New York  14202
Telephone:  (716) 856-4000
hruss@hodgsonruss.com
pshasra@hodgsonruss.com
cfreely@hodgsonruss.com

*Attorneys for Defendants*

- 4 -

/s/ Matthew Alan Parham
Matthew Alan Parham
Joseph A. Kelemen
WESTERN NEW YORK LAW CENTER
Cathedral Park Tower
37 Franklin Street, Suite 210
Buffalo, New York 14202
Telephone: (716) 828-8415
mparham@wnylc.com
jkelemen@wnylc.com

/s/ Claudia Wilner
Claudia Wilner
Edward Krugman
Anjana Malhotra
NATIONAL CENTER FOR LAW
  AND ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, New York 10001
Telephone: (212) 633-6967
wilner@nclej.org
krugman@nclej.org
malhotra@nyleg.org

/s/ Chinyere Ezie
Andrea Chinyere Ezie
Baher Azmy
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Telephone: (212) 614-6475
cezie@ccrjustice.org
bazmy@ccrjustice.org

/s/ Jordan Joachim
Jordan S. Joachim (*admitted pro hac vice*)
Christine A. Nelson (*admitted pro hac vice*)
COVINGTON & BURLING LLP
620 Eighth Avenue, Suite 4029
New York, New York 10018
Telephone: (2112) 841-1000
jjoachim@cov.com
cnelson@cov.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2024, the above Stipulated Motion for Adjournment of Discovery Deadlines was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

                                               */s/ Peter Sahasrabudhe*

16738209v1