UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST by and through its Co-Directors Natasha Soto and Shaketa Redden and on behalf of its members; DORETHEA FRANKLIN; TANIQUA SIMMONS; DE'JON HALL; JOSEPH BONDS; CHARLES PALMER; SHIRLEY SARMIENTO; EBONY YELDON; and JANE DOE, individually and on behalf of a class of all others similarly situated;

      Plaintiffs,

v.

CITY OF BUFFALO, NY; BYRON B. BROWN, Mayor of the City of Buffalo, in his individual and official capacities; BYRON C. LOCKWOOD, Commissioner of the Buffalo Police Department, in his individual and official capacities; DANIEL DERENDA, former Commissioner of the Buffalo Police Department, in his individual capacity; AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI, ROBBIN THOMAS, UNKNOWN SUPERVISORY PERSONNEL 1-10, UNKNOWN OFFICERS 1-20, each officers of the Buffalo Police Department, in their individual capacities.

      Defendants.

Civil No.: 1:18-cv-00719-CCR

---

## STIPULATED MOTION FOR ADJOURNMENT OF DEADLINES IN CASE MANAGEMENT ORDER

  The Parties respectfully move to amend the scheduling order to extend the fact discovery deadline by approximately two weeks and the motion to compel deadline by approximately three weeks. The proposed schedule is as follows:

- 2 -

| Deadline | Current Date | Modified Date |
|---|---|---|
| Completion of fact discovery | March 21, 2024 | April 4, 2024 |
| Motion to compel discovery | April 3, 2024 | April 26, 2024 |

In support of this motion, the Parties state as follows:

1. Under the present schedule, the deadline for the completion of fact discovery is March 21, 2024. The deadline for any accompanying motion to compel is April 3, 2024.

2. Since the Parties' last extension motion, the Parties have completed depositions. On March 14, 2024, the parties concluded the final deposition in this matter—the remaining 30(b)(6) deposition of BPD Commissioner Joseph Gramaglia.

3. Additionally, the Parties have continued to work together to resolve disputes over discovery. Of note, the Parties have resolved all disputes regarding Defendants' Amended Responses to Plaintiffs' Requests for Admission and have executed a Stipulation of Fact regarding City traffic data and records in lieu of further 30(b)(6) testimony.

4. The Parties have continued to exchange paper discovery.

5. Defendants are working to produce body camera footage, statements, and IAD files associated with cases reflected in the updated IAPro spreadsheets, which were requested by Plaintiffs. Due to the size of these files and the amount of time it takes to process them, Defendants require additional time to produce these materials.

6. On March 18, 2024, Plaintiffs requested a number of additional records purportedly arising out of the Commissioner's testimony. Defendants are working to identify

- 3 -

and produce information responsive to Plaintiffs' recent requests; however, due to the breadth of these requests, Defendants require additional time to respond.

7. The Parties are working together to complete discovery as efficiently and expeditiously as possible. The Parties continue to make significant progress towards completion; however, due to the complex nature of the claims and defenses and the time necessary to produce the requested voluminous records, Defendants require additional time to complete fact discovery.

8. Accordingly, the Parties respectfully request the modifications to the case management order as set forth in the table above.

9. The Parties thank the Court in advance for its consideration of this request.

Dated:  Buffalo, New York
        March 21, 2024

*/s/ Cheyenne N. Freely*
Hugh M. Russ III
Peter A. Sahasrabudhe
Cheyenne N. Freely
HODGSON RUSS LLP
The Guaranty Building
140 Pearl Street – Suite 100
Buffalo, New York  14202
Telephone:  (716) 856-4000
hruss@hodgsonruss.com
pshasra@hodgsonruss.com
cfreely@hodgsonruss.com

*Attorneys for Defendants*

| | |
|---|---|
| */s/  Matthew Alan Parham* | */s/   Claudia Wilner* |
| Matthew Alan Parham | Claudia Wilner |
| Joseph A. Kelemen | Edward Krugman |
| WESTERN NEW YORK LAW CENTER | Anjana Malhotra |
| Cathedral Park Tower | NATIONAL CENTER FOR LAW |
| 37 Franklin Street, Suite 210 | AND ECONOMIC JUSTICE |
| Buffalo, New York  14202 | 275 Seventh Avenue, Suite 1506 |
| Telephone:  (716) 828-8415 | New York, New York  10001 |
| mparham@wnylc.com | Telephone:  (212) 633-6967 |
| jkelemen@wnylc.com | wilner@nclej.org |
| | krugman@nclej.org |
| | malhotra@nyleg.org |
| | |
| */s/ Chinyere Ezie* | */s/ Jordan Joachim* |
| Andrea Chinyere Ezie | Jordan S. Joachim (*admitted pro hac vice*) |
| Baher Azmy | Christine A. Nelson (*admitted pro hac vice*) |
| CENTER FOR CONSTITUTIONAL RIGHTS | COVINGTON & BURLING LLP |
| 666 Broadway, 7th Floor | 620 Eighth Avenue, Suite 4029 |
| New York, New York  10012 | New York, New York  10018 |
| Telephone:  (212) 614-6475 | Telephone:  (2112) 841-1000 |
| cezie@ccrjustice.org | jjoachim@cov.com |
| bazmy@ccrjustice.org | cnelson@cov.com |

*Attorneys for Plaintiffs*

- 5 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2024, the above Stipulated Motion for Adjournment of Discovery Deadlines was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

                                                    */s/ Cheyenne N. Freely*

17195281v1