UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>CITY OF BUFFALO, N.Y., *et al.*,<br><br>      Defendants. | No. 1:18-cv-00719-CCR |

**STIPULATED MOTION FOR ADJOURNMENT**
**OF DEADLINES IN CASE MANAGEMENT ORDER**

  The Parties respectfully move to amend the scheduling order to extend the motion to compel discovery, class certification motion, initial expert report, and all subsequent deadlines by approximately 30 days.

  The Parties propose to extend the deadlines in the scheduling order as follows:

| Deadline | Current Date | Modified Date |
|---|---|---|
| Parties to complete production of pending requests | | April 26, 2024 |
| Class certification motion | April 19, 2024 | May 21, 2024 |
| Service of initial expert reports | April 19, 2024 | May 21, 2024 |
| Motion to compel discovery | April 26, 2024 | May 29, 2024 |
| Service of rebuttal expert reports | May 15, 2024 | July 23, 2024 |
| Completion of all expert discovery | June 3, 2024 | August 20, 2024 |
| Dispositive Motions | June 27, 2024 | September 13, 2024 |

  In support of this Motion, the Parties state as follows:

1. Under the present schedule, the deadline for the class certification motion and service of initial expert reports is April 19, 2024. The deadline for any motion to compel discovery is April 26, 2024. The Court has set additional deadlines, leading to a dispositive motion deadline of June 27, 2024.

2. The Parties have made substantial progress since their last extension request. Defendants have made multiple productions of additional body camera footage, statements, IAD files, notice of claim forms, and related documents in response to Plaintiffs' requests.

3. Defendants are still working to produce additional materials to Plaintiffs in response to Plaintiffs' requests, including additional IAD files, lawsuits related to Plaintiffs' allegations, related body camera footage, unredacted Housing Unit reports, GIVE Grant materials, gang-related records, and related documents.

4. Defendants have also recently retained an expert and require additional time for their expert to review available data and draft his initial expert report.

5. Due to the fact that Plaintiffs are still awaiting additional materials from Defendants, and due to the amount of materials that have been produced very recently in Defendants' latest productions, Plaintiffs cannot finalize initial expert reports and Plaintiffs' forthcoming motion for class certification. Plaintiffs foresee that these forthcoming materials will bear on these upcoming filings.

6. The Parties are working together to address any outstanding discovery issues as expeditiously and efficiently as possible and continue to meet and confer regarding these issues. The Parties believe that an additional extension of 30 days may be sufficient in order for the Parties to try to come to agreement regarding any outstanding discovery-related

issues before the motion to compel deadline and to receive and review newly-produced materials ahead of class certification motion and expert report deadlines.

   7. Accordingly, the Parties respectfully request the modifications of the case management order set forth above.

   8. The Parties thank the Court in advance for its consideration of this request.

Dated: Buffalo, New York
      April 12, 2024

Respectfully Submitted,

| | |
|---|---|
| */s/ Peter A. Sahasrabudhe* | */s/ Claudia Wilner* |
| Hugh M. Russ III | Claudia Wilner |
| Peter A. Sahasrabudhe | Edward Krugman |
| Cheyenne Freely | Anjana Malhotra |
| HODGSON RUSS LLP | NATIONAL CENTER FOR LAW |
| The Guaranty Building | AND ECONOMIC JUSTICE |
| 140 Pearl Street – Suite 100 | 275 Seventh Avenue, Suite 1506 |
| Buffalo, New York 14202 | New York, NY 10001 |
| Telephone: (716) 856-4000 | 212-633-6967 |
| hruss@hodgsonruss.com | wilner@nclej.org |
| pshasra@hodgsonruss.com | krugman@nclej.org |
| cfreely@hodgsonruss.com | malhotra@nclej.org |
| | |
| *Attorneys for Defendants* | Jordan Joachim (*pro hac vice*) |
| | Christine Nelson (*pro hac vice*) |
| | COVINGTON & BURLING LLP |
| | 620 Eighth Avenue |
| | New York, NY 10018 |
| | 212-841-1000 |
| | jjoachim@cov.com |
| | cnelson@cov.com |
| | |
| | Matthew Alan Parham |
| | WESTERN NEW YORK LAW CENTER |
| | Cathedral Park Tower |
| | 37 Franklin Street, Suite 210 |
| | Buffalo, NY 14202 |
| | 716-828-8415 |
| | mparham@wnylc.com |
| | |
| | Chinyere Ezie |
| | Baher Azmy |
| | CENTER FOR CONSTITUTIONAL RIGHTS |
| | 666 Broadway, 7th Floor |
| | New York, NY 10012 |
| | 212-614-6475 |
| | cezie@ccrjustice.org |
| | bazmy@ccrjustice.org |
| | |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2024, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

<em><u>s/ Peter A. Sahasrabudhe</u></em>