UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

Philip A. Irwin
(Name of Petitioner)
TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING AFFIDAVIT

STATE OF NEW YORK )
                  ) ss:
COUNTY OF ERIE    )

Matthew Parham , being duly sworn deposes and says:
Name of Sponsor

1. I reside at: 490 Taunton Pl, Buffalo, NY 14216
   City, State

and maintain an office for the practice of law at: Western New York Law Center, Cathedral Park Tower 37 Franklin Street, 2nd Floor, Buffalo, NY 14202

2. I am an attorney at law, admitted to practice in the State of New York _____, I was admitted to practice in the United States District Court for the Western District of New York on the 21st day of June, 2010.

3. I have known the petitioner since November 2023 and under the following circumstances: Mr. Irwin has assisted my organization, the Western New York Law Center, as pro bono legal counsel.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: Mr. Irwin is a person of high moral character and is fit to practice before this Court.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 5-13-24
             Date

_____
Signature of Sponsoring Attorney

Rev. 1/3/2023