UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**ATTORNEY'S OATH**

STATE OF __New York__ )
__New York__ COUNTY ) SS:
)

I, __Philip A. Irwin__ of __New York, NY__
City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and according to law; and I will support the Constitution of the United States. So help me God.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: __5/13/24__
Date

__/s/ Phil Irwin__
Signature of Attorney

Rev. 1/3/2023