UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,

                Plaintiffs,

    v.

CITY OF BUFFALO, N.Y., *et al.*,

                Defendants.

No. 1:18-cv-00719-CCR

---

**PLEASE TAKE NOTICE** that, pursuant to Rule 83.1(d) of the Local Rules of the United States Court for the Western District of New York, Plaintiffs, by and through their undersigned counsel, hereby move this Court for an Order permitting Andrew J. Timmick to be admitted *pro hac vice* as counsel for Plaintiffs Black Love Resists in the Rust, *et al.* in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that the forms required by Local Rule 83.1(d), including the Admission Petition Form, Affidavit of Matthew Parham, Attorney's Oath, Civility Principles and Guidelines Oath, and Attorney Database & ECF Registration Form, are annexed hereto as Exhibits.

**PLEASE TAKE FURTHER NOTICE** that Andrew J. Timmick requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon Andrew J. Timmick, The New York Times Building, 620 Eighth Avenue, New York, NY 10018.

Dated: Buffalo, New York
       May 14, 2024

                                              Respectfully Submitted,

                                              s/*Matthew Parham*
                                              Matthew Parham
                                              WESTERN NEW YORK LAW CENTER
                                              Cathedral Park Tower
                                              37 Franklin Street, 2nd Floor
                                              Buffalo, NY 14202
                                              Tel: 716-855-0203 x112
                                              mparham@wnylc.net

                                              *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2024, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

*s/Matthew Parham*