# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

Andrew J. Timmick
(Name)

**TO BE ADMITTED TO PRACTICE AS AN ATTORNEY**

TO THE HONORABLE Christina Reiss,
JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK:

Andrew J. Timmick, petitioner herein, respectfully states:

1. That petitioner has an office for the practice of law at:
   Covington & Burling LLP, 620 Eighth Avenue, New York, NY 10018-1405

2. That petitioner attended the following educational institutions and received the following degrees:
   B.A., University of Delaware; M.A., The Paris Institute of Political Studies; J.D., University of Pennsylvania Law School

3. Please complete either (a), (b), or (c):

### Admission by Petition

(a) That petitioner was admitted to practice by the Appellate Division of the Supreme Court, _____ Department of the State of New York on the _____ day of _____, _____.

   Additional Requirements:
   Admission Petition Form
   Admission Sponsoring Affidavit
   Attorney's Oath
   Civility Principles Oath
   Attorney Database and Electronic Case Filing Registration Form
   Check or money order in the amount of the Attorney Admission fee set forth in the District Court Schedule of Fees
       (due on upon admission)

### Admission by Certificate of Good Standing

(b) That petitioner was admitted to practice in the United States District Court of the _____ District of _____ on the _____ day of _____, _____, and is a member of the bar of the State in which that district court is located and in which the petitioner maintains an office for the practice of law.

   Additional Requirements:
   Original Certificate of Good Standing from the Clerk of Court of which he or she is a member
       (dated no earlier than six months prior to submission to this Court)
   Admission Petition Form (when attorney admitted to a District Court outside of New York State)
   Attorney's Oath
   Civility Principles Oath
   Attorney Database and Electronic Case Filing Registration Form
   Check or money order in the amount of the Attorney Admission fee set forth in the District Court Schedule of Fees
       (due on upon admission)

Pro Hac Vice Admission

(c) That petitioner is admitted to practice in the State of __New York__.

Additional Requirements:
    Motion to Appear Pro Hac Vice
    Admission Petition Form
    Admission Sponsoring Affidavit
    Attorney's Oath
    Civility Principles Oath
    Attorney Database and Electronic Case Filing Registration Form
    Check, money order, or payment of fee online in the amount of the Pro Hac Vice fee set forth in the District Court Schedule of Fees (due upon application)

4. Petitioner is admitted to the following courts:

    NEW YORK STATE

5. Since such admission(s), petitioner has practiced in the following courts:

    NEW YORK STATE

    and has been involved in the following professional activities:

    N/A

6. Please respond separately to each of the following questions:

    (a) Have you ever been held in contempt of court? ◯ Yes ● No
    (b) Have you ever been sanctioned by a court? ◯ Yes ● No
    (c) Have you ever been publicly censured, admonished, advised, or cautioned in a disciplinary proceeding? ◯ Yes ● No
    (d) Have you ever been suspended or disbarred by any court? ◯ Yes ● No
    (e) Have you ever been denied admission or readmission to the Bar of any court? ◯ Yes ● No
    (f) Are you now the subject of any pending disciplinary proceeding OR the subject of any pending disciplinary complaint before any court? ◯ Yes ● No

In the case of each affirmative answer to a question set forth above, the applicant shall file a confidential statement under seal disclosing the identity of the responsible court or disciplinary committee, as well as the date, background, outcome and any facts of a mitigating or exculpatory nature as may be pertinent. Such confidential statement, together with the petition, shall promptly be transmitted by the Clerk to the Chief Judge of the District for review.

7. That petitioner has read and is familiar with the provisions of Title 28 of the United States Code which pertains to jurisdiction of and venue in a United States District Court, the Federal Rules of Civil and Criminal Procedures, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the Western District of New York, the Code of Professional Responsibility as adopted by the Appellate Division of the State of New York and as interpreted and applied by the United States Supreme Court, the United States Court of Appeals for the Second Circuit, and this Court.

**WHEREFORE**, the petitioner respectfully requests to be admitted as an attorney in the United States District Court for the Western District of New York.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: __5/13/24__
              (Date)

_____
(Signature of Petitioner)

(Revised January 3, 2023)