UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

**Andrew Timmick**
(Name of Petitioner)
TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING
AFFIDAVIT

STATE OF NEW YORK )
                  ) ss:
COUNTY OF ERIE    )

**Matthew Parham**, being duly sworn deposes and says:
Name of Sponsor

1. I reside at: 490 Taunton Pl, Buffalo, NY 14216
   City, State

and maintain an office for the practice of law at: Western New York Law Center, Cathedral Park Tower 37 Franklin Street, 2nd Floor, Buffalo, NY 14202

2. I am an attorney at law, admitted to practice in the State of New York _____, I was admitted to practice in the United States District Court for the Western District of New York on the 21st day of June, 2010.

3. I have known the petitioner since November 2023 and under the following circumstances: Mr. Timmick has assisted my organization, the Western New York Law Center, as pro bono legal counsel

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: Mr. Timmick is a person of high moral character and is fit to practice before this Court.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on: 5/13/24
            Date

_____
Signature of Sponsoring Attorney

Rev. 1/3/2023