UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,

                Plaintiffs,

  v.

CITY OF BUFFALO, N.Y., *et al.*,

                Defendants.

No. 1:18-cv-00719-CCR

---

**CONSENT MOTION FOR ADJOURNMENT
OF DEADLINES IN CASE MANAGEMENT ORDER**

Plaintiffs respectfully move to amend the scheduling order to extend the class certification motion, initial expert report, and subsequent deadlines by approximately 8 days. Defendants have consented to this request.

Plaintiffs propose to extend the deadlines in the scheduling order as follows:

| **Deadline** | **Current Date** | **Modified Date** |
| --- | --- | --- |
| Class certification motion | May 21, 2024 | May 29, 2024 |
| Service of initial expert reports | May 21, 2024 | May 29, 2024 |
| Motion to compel discovery | May 29, 2024 | June 20, 2024 |
| Service of rebuttal expert reports | July 23, 2024 | July 31, 2024 |
| Completion of all expert discovery | August 20, 2024 | August 28, 2024 |
| Dispositive Motions | September 13, 2024 | September 24, 2024 |

In support of this Motion, Plaintiffs state as follows:

      1.    Under the present schedule, the deadline for the class certification motion and service of initial expert reports is May 21, 2024.  The deadline for any motion to compel

discovery is May 29, 2024.  The Court has set additional deadlines, leading to a dispositive motion deadline of September 13, 2024.

       2.       The Parties continue to make substantial progress with respect to completing the production of all remaining discovery materials.  Defendants have produced additional materials to Plaintiffs in response to Plaintiffs' requests, including additional GIVE monthly reports, IAD files, FBI gang lists, and other materials.

       3.       On the deadline for initial expert reports and the class certification motion, Plaintiffs intend to serve three expert reports and file a motion for class certification with a supporting brief of approximately 50 pages and numerous supporting exhibits.  In light of the volume of these materials, the substantial work involved in reviewing additional materials produced by Defendants after the close of discovery, and to ensure that Plaintiffs have sufficient time to complete these papers, Plaintiffs are requesting a slight extension of the deadline for initial expert reports and the class certification motion by 8 days.

       4.       Plaintiffs request an extension of 22 days for the deadline to file a motion to compel discovery.  The Parties are working together to address any outstanding discovery issues as expeditiously and efficiently as possible and continue to meet and confer regarding these issues.  Plaintiffs believe that an additional extension of the motion to compel deadline may be sufficient in order for the Parties to try to come to agreement regarding any outstanding discovery-related issues in advance of that deadline.

       5.       Accordingly, the Parties respectfully request the modifications of the case management order set forth above.

       6.       The Parties thank the Court in advance for its consideration of this request.

Dated: Buffalo, New York
      May 16, 2024

Respectfully Submitted,

*/s/ Claudia Wilner*
Claudia Wilner
Edward Krugman
Anjana Malhotra
NATIONAL CENTER FOR LAW
AND ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, NY 10001
212-633-6967
wilner@nclej.org
krugman@nclej.org
malhotra@nclej.org

Jordan Joachim (*pro hac vice*)
Christine Nelson (*pro hac vice*)
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
212-841-1000
jjoachim@cov.com
cnelson@cov.com

Matthew Alan Parham
WESTERN NEW YORK LAW CENTER
Cathedral Park Tower
37 Franklin Street, Suite 210
Buffalo, NY 14202
716-828-8415
mparham@wnylc.com

Chinyere Ezie
Baher Azmy
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
212-614-6475
cezie@ccrjustice.org
bazmy@ccrjustice.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 16, 2024, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

*s/ Claudia Wilner*