UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

BLACK LOVE RESISTS IN THE RUST by and through MARIELLE SHAVONNE SMITH and CHARIS HUMPHREY on behalf of its members; SHAKETA REDDEN; DORETHEA FRANKLIN; TANIQUA SIMMONS; DE'JON HALL; JOSEPH BONDS; CHARLES PALMER; SHIRLEY SARMIENTO; EBONY YELDON; and JASMINE EVANS, individually and on behalf of a class of all others similarly situated,

          Plaintiffs,

    v.

CITY OF BUFFALO, NY; BYRON B. BROWN, Mayor of the City of Buffalo, in his individual and official capacities; BYRON C. LOCKWOOD, Commissioner of the Buffalo Police Department, in his individual and official capacities; DANIEL DERENDA, former Commissioner of the Buffalo Police Department, in his individual capacity; AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI, ROBBIN THOMAS, UNKNOWN SUPERVISORY PERSONNEL 1-10, UNKNOWN OFFICERS 1-20, each officers of the Buffalo Police Department, in their individual capacities,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF MOTION FOR CLASS CERTIFICATION**

Case No.: 1:18-cv-00719-CCR

ECF Case

PLEASE TAKE NOTICE that Plaintiffs Black Love Resists in the Rust, Shaketa Redden, Dorothea Franklin, Taniqua Simmons, De'Jon Hall, Joseph Bonds, Charles Palmer, Shirley Sarmiento, Ebony Yeldon, and Jasmine Evans, by and through their undersigned

attorneys, will move before the Honorable Christina Reiss, United States District Judge, at a date and time to be determined by the Court, for an Order:

    1.    Certifying the following Plaintiff classes pursuant to Fed. R. Civ. P. 23(a) and (b)(3) and Local Rule 23:

        a.    All individuals who received a ticket or were arrested at a Buffalo Police Department "traffic safety" vehicle checkpoint on or after June 28, 2015 (the "Checkpoints Class");

        b.    All Black and/or Latino individuals who received multiple tinted windows tickets from the Buffalo Police Department in a single traffic stop on or after June 28, 2015 (the "Tinted Windows Class");

    2.    Certifying the following Plaintiff class pursuant to Fed. R. Civ. P. 23(a) and (b)(2) and Local Rule 23:

        a.    All Black and/or Latino individuals who have been or will be subjected to traffic stops, traffic tickets, and "traffic safety" vehicle checkpoints by the Buffalo Police Department (the "Traffic Enforcement Class");

    3.    Appointing Plaintiffs Bonds, Evans, and Redden as representatives of the Checkpoints Class, Plaintiffs Franklin, Palmer, and Yeldon as representatives of the Tinted Windows Class, and all individual Plaintiffs as representatives of the Traffic Enforcement Class; and

    4.    Appointing the National Center for Law and Economic Justice, Inc., the Center for Constitutional Rights, the Western New York Law Center, Inc., and Covington & Burling LLP as counsel for the certified classes.

The reasons for granting the motion are set forth in the accompanying Declaration of Claudia Wilner dated May 29, 2024, with annexed exhibits thereto; Declaration of Edward P. Krugman dated May 29, 2024, with annexed exhibits thereto; Declaration of Joseph Bonds dated May 13, 2024; Declaration of Dorothea Franklin dated May 13, 2024; Declaration of De'Jon Hall dated May 13, 2024; Declaration of Jasmine Evans dated May 21, 2024; Declaration of Charles Palmer dated May 24, 2024; Declaration of Shaketa Redden dated May 13, 2024; Declaration of Shirley Sarmiento dated May 16, 2024; Declaration of Taniqua Simmons dated May 13, 2024; Declaration of Ebony Yeldon dated May 28, 2024; and the memorandum in support of Plaintiffs' motion for class certification dated May 29, 2024.

Plaintiffs state that pursuant to Local Rule 7(b)(2)(B), they intend to serve reply papers. Plaintiffs request oral argument of this motion.

Dated: May 29, 2024

*[signature: Claudia Wilner]*

| | |
|---|---|
| Claudia Wilner<br>Anjana Malhotra<br>Edward Krugman<br>NATIONAL CENTER FOR LAW AND<br>ECONOMIC JUSTICE<br>50 Broadway, Suite 1500<br>New York, NY  10004<br>(212) 633-6967<br>wilner@nclej.net<br>malhotra@nclej.net<br>krugman@nclej.net | Azmy Baher<br>A. Chinyere Ezie<br>CENTER FOR CONSTITUTIONAL<br>RIGHTS<br>666 Broadway, 7th Floor<br>New York, NY  10012<br>(212) 614-6464<br>bazmy@ccrjustice.org<br>cezie@ccrjustice.org |
| Matthew A. Parham<br>WESTERN NEW YORK LAW CENTER<br>37 Franklin Street, 2nd Floor<br>Buffalo, NY  14202<br>(716) 828-8422<br>mparham@wnylc.net | Philip Irwin<br>Jordan Scott Joachim<br>Christine Nelson<br>Andrew Timmick<br>COVINGTON & BURLING, LLP<br>620 Eighth Ave., Suite 4029<br>New York, NY  10018<br>212-841-1000<br>pirwin@cov.com<br>jjoachim@cov.com<br>cnelson@cov.com<br>atimmick@cov.com<br><br>*Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2024, the foregoing document and accompanying motion papers were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

*/s/ Jordan S. Joachim*