UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,

        Plaintiffs,

  v.

CITY OF BUFFALO, N.Y., *et al.*,

        Defendants.

No. 1:18-cv-00719-CCR

---

## DECLARATION OF DE'JON HALL

De'Jon Hall declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. My name is De'Jon Hall. I am one of the Plaintiffs in this action.

2. I make this declaration in support of Plaintiffs' Motion for Class Certification.

3. I am 33 years old and was born in the City of Buffalo. I lived on the East Side of Buffalo intermittently growing up and attended high school in Buffalo. Most recently, I lived in Buffalo for five years prior to moving to Rochester, New York in September of 2022.

4. I am a 2016 graduate of the SUNY Buffalo School of Law and currently work for the City of Rochester as the Director of Policy and Oversight for the Rochester Police Accountability Board. I previously managed a non-profit organization to help end the HIV/AIDS epidemic and improve the health and welfare of Queer and Trans people of color.

5. I am a member of the organizational Plaintiff in this matter, Black Love Resists in the Rust.

6. On April 26, 2017, I had to pass through a Checkpoint on Comstock Avenue near Kensington Avenue on the East Side of Buffalo. There were several police vehicles and a tow truck on the side of the Checkpoint, and several cars ahead of me in the line.

7. During this incident, I observed several police officers forcing every car to come to a full stop at the Checkpoint and observed officers speaking to drivers of vehicles that had been pulled off to the side. A Buffalo police officer asked me for my driver's license and checked my inspection sticker.

8. The Checkpoint made me feel completely unsettled. I felt racially profiled and discriminated against. I felt and continue to feel that Buffalo police officers are arbitrary and unpredictable, and I try to avoid interactions with them to protect my safety.

9. After that incident, I expended significant time and effort to avoid passing through Checkpoints on my way to class or important meetings. This impeded my daily life. I felt anxiety and fear every time I had to drive. Even though I knew that Buffalo police would not have a reasonable basis to stop and search me, I feared I would be unreasonably stopped, searched, ticketed, arrested or harmed at a Checkpoint.

10. Due to my experience in local politics and community organizing, I knew the effects that police stops and seizures at these Checkpoints would have on families in Buffalo, including leading to feelings of hopelessness, and I felt disappointed, angry, and frustration for my community.

11. I have had other negative experiences with BPD ticketing practices. I recall an instance where I received a parking ticket while still inside the vehicle. I pulled off the road and parked at Pearl Street Brewery with my hazard lights on to respond to a text message because I did not want to text and drive. As I was texting, a City of Buffalo parking vehicle pulled up and

idled across from me for a minute. I later received a parking ticket in the mail and ultimately had to pay it.

12. This ticketing incident made me feel racially targeted by the City of Buffalo as a source of ticket revenue.

13. I return to the City of Buffalo nearly every weekend and holiday. I drive in the City of Buffalo regularly and plan to continue to do so.

14. I understand that this case is a proposed class action.

15. I am willing to serve as a representative for the Traffic Enforcement Class on behalf of myself and other people whose facts and circumstances are similar to mine. I understand that the Traffic Enforcement Class is seeking a court order declaring the City of Buffalo's traffic enforcement practices unlawful and ordering the City to change its practices.

16. I understand that as a class representative, I have a responsibility to participate actively in the litigation. I am represented in this lawsuit by lawyers from the National Center for Law and Economic Justice, the Center for Constitutional Rights, the Western New York Law Center, and Covington & Burling LLP. Since joining this lawsuit, I have communicated regularly with my counsel, kept informed of the progress of the case, reviewed and approved the Complaint and Amended Complaint (primarily the paragraphs that describe my experiences), participated in written discovery, sat for a deposition and talked with my counsel about what I think a fair resolution of this case would be.

17. I understand that as a class representative I have a responsibility to protect the interests of the entire class, not just my own interests, and to ensure that my counsel prosecutes the case vigorously and in the interest of all class members. I agree to fulfill my responsibilities as a class representative.

Dated: May 13, 2024

*/s/ De'Jon Hall*
De'Jon Hall