# Exhibit 3

```
-----------------------------------------------------------
```
BLACK LOVE RESISTS IN THE RUST by and
through MARIELLE SHAVONNE SMITH and
CHARIS HUMPHREY on behalf of its members;
SHAKETA REDDEN; DORETHEA FRANKLIN;
TANIQUA SIMMONS; DE'JON HALL; JOSEPH
BONDS; CHARLES PALMER; SHIRLEY
SARMIENTO; EBONY YELDON; and JANE
DOE, individually and on behalf of a class of all
others similarly situated;

*Plaintiffs,*

- vs -

CITY OF BUFFALO, N.Y.; BYRON B. BROWN,
Mayor of the City of Buffalo, in his individual and
official capacities; BYRON C. LOCKWOOD,
Commissioner of the Buffalo Police Department, in
his individual and official capacities; DANIEL
DERENDA, former Commissioner of the Buffalo
Police Department, in his individual capacity;
AARON YOUNG, KEVIN BRINKWORTH,
PHILIP SERAFINI, ROBBIN THOMAS,
UNKNOWN SUPERVISORY PERSONNEL 1-10,
UNKNOWN OFFICERS 1-20, each officers of the
Buffalo Police Department, in their individual
capacities.

*Defendants.*
```
-----------------------------------------------------------
```

Case No. 1:18-cv-00719-CCR

# EXPERT REPORT OF PROF. ROBERT SILVERMAN

# TABLE OF CONTENTS

Background and Credentials ............................................................................... 1

I.    Opinion 1: Buffalo is a highly racially segregated city, and the East Side of Buffalo is majority African American, in part due to the action and inaction of the City of Buffalo and municipal agencies............................................................... 3

II.    Opinion 2: The City of Buffalo has engaged in racial discrimination against black Buffalonians for decades, exemplified by patterns of intentional racial segregation in housing and education. .............................................................. 6

    A.    Local Housing Policy Has Intensified Segregation of Buffalo's East Side............ 6

    B.    Local Public Education Policies Have Intensified Segregation of Buffalo's East Side.................................................................................................. 12

III.    Opinion 3: Due to residential racial segregation and the public policies that have fostered it, the East Side of Buffalo is an identifiably majority-black neighborhood, while South Buffalo is an identifiably white neighborhood. Sharp disparities also exist between the neighborhoods when it comes to public policy. .......... 17

IV.    Opinion 4:  The policing of identifiable African American communities on the East Side of Buffalo and throughout the City is both consistent with, and reflective of, historical patterns of discrimination by and in the City of Buffalo that persist to this day. .................................................................................. 24

    A.    There is a documented history of racial discrimination by the Buffalo Police................................................................................................. 24

    B.    The City's documented patterns of discriminatory policing are similar to the City's pattern of residential racial and educational discrimination that I have studied ............................................................................................ 33

V.    Opinion 5: Historically, racial discrimination in the City of Buffalo has not been remedied without court intervention or outside monitoring. ............................................. 36

**Background and Credentials**

I hold a Ph.D. in Urban Studies from the University of Wisconsin – Milwaukee, an M.P.A. in Public Administration from Arizona State University, and a B.S. in Political Science from Arizona State University. I am a Professor in the Department of Urban and Regional Planning at the University at Buffalo (UB). I am an expert in interdisciplinary urban studies. My doctoral training draws from the social sciences, combining methods used in urban sociology and urban history. I apply these methods to the study of urban public policy using quantitative, qualitative and archival research methods. My primary teaching interests are in the areas of U.S. housing policy, and urban community development. In the past, I have taught courses in: community development planning, public finance, economic development, citizen participation, non-profit management, and housing policy. In addition to teaching in these areas, I have taught undergraduate and graduate courses focusing on both quantitative and qualitative research methods. My research focuses on residential racial segregation in the City of Buffalo, urban history and urban sociology, the non-profit sector, the role of community-based organizations in urban neighborhoods, inner-city schools and education reform, shrinking cities, fair housing, urban social institutions including the police, and inequality in inner city housing markets. My research examines these issues in an institutional context, focusing on how community development policies are affected by agencies (e.g. the public schools, public housing authorities, social welfare agencies and police departments) that they are implemented through. I have published a number of journal articles, books, book chapters, and edited volumes on these topics. A copy of my curriculum vitae is attached as Exhibit A.

I have published articles and books pertaining to community development and housing issues for over 25 years. These publications apply theories in the social sciences and empirical

analysis to urban policy. A large portion of my research has focused on analysis of the City of Buffalo, New York. I have studied Buffalo for twenty years since joining the faculty at UB in 2003. I have developed in-depth knowledge of development patterns and government responsiveness to public participation in Buffalo as they relate to the city's African American community. Some examples of my work include chapters in the books (see Exhibit A for detailed citations): *Research Handbook on Community Development* (2020), *Community Development and Public Administration Theory: Promoting Democratic Principles to Improve Communities* (2018), and *Deliberations on Community Development: Balancing on the Edge* (2012). Other examples of my work have appeared in peer-reviewed academic journals such as: *Community Development, Housing Policy Debate, Journal of Urban Affairs, Urban Geography,* and *Urban Studies* (see Exhibit A for detailed citations). My research has been funded by agencies such as: the U.S. Department of Housing and Urban Development (HUD), the Federal Reserve Bank of New York, the Poverty Race & Research Action Council (PRRAC), and Erie County, New York. A full list of the publications I have authored in the past ten years appears in my curriculum vitae attached as **Exhibit A**.

I have given prior expert testimony in the case *NAACP San Diego Branch, San Diego Tenant Union, and Darlisa McDowell v. San Diego House Commission*, Superior Court of the State of California, Case No. 37-2019-00012582-CU-WM-CLT. In this case, filed in 2019, the plaintiffs argued that the San Diego Housing Commission (SDHC) administered HUD's Section 8 voucher program in a manner that perpetuated racial segregation and the concentration of poverty in San Diego in violation of state and federal law. I was hired to analyze the residential and spatial distribution of voucher holders in the city of San Diego. This analysis involved mapping and statistically examining where voucher holders rented housing units and the demographics of the

neighborhoods where they resided. In addition to my declaration prepared for the lawsuit, there were two peer reviewed publications in academic journals that were based on the data analysis done for the case (Patterson et al, 2021; Silverman et al., 2022). In 2023, the case settled and the SDHC was ordered to pay $1.6 million in attorneys' fees.

The opinions stated below are based on my knowledge, academic training, and experience from my two decades of research on the City of Buffalo. This work has included quantitative, qualitative and applied research focusing on fair and affordable housing policy, neighborhood revitalization, demolition and residential displacement, public school finance and reform, and public participation in the City of Buffalo. My opinions are also supported by my review of the academic literature, census data, historical texts, archival documents, court records, documents and transcripts in this case, articles from law reviews, news articles, and other trend data concerning the City of Buffalo, which are common research methodologies in my field. A complete list of materials that I considered in connection with my opinions appears in **Exhibit B.** I am compensated for my work as an expert witness at a rate of $200 an hour. My compensation is not contingent on the substance of my testimony or on the outcome of the case.

I. <u>Opinion 1</u>: **Buffalo is a highly racially segregated city, and the East Side of Buffalo is majority African American, in part due to the action and inaction of the City of Buffalo and municipal agencies.**

It is well-established that the City of Buffalo is highly racially segregated, and that African Americans are concentrated on Buffalo's East Side (Taylor, 1990; Kraus 2000; Kraus, 2004a; Kraus 2004b; Yin, 2009). African American segregation patterns emerged during the early 1900s in Buffalo and intensified over time (Price 1990). Census maps for 1960, 1970 and 1980 also show the high concentration of the African American population on the city's East Side, which is

bounded by Main Street on the west, Broadway on the south, Delavan Avenue on the north, and Bailey Avenue on the east (Price, 1990). Racial segregation has remained extremely high in the City of Buffalo, and the patterns of racial segregation identified by Price (1990) have continued into the present in what is known as the "East Side" of the City (Blatto 2018, Taylor et al. 2021).

Black and white residents have been segregated from each other for decades in the City of Buffalo. This is well-established in the U.S. Census. For example, Brown University's Diversity and Disparities project's ([US2020 brown.edu)](US2020 brown.edu) analysis of Census data shows that Buffalo has sustained black-white dissimilarity indexes across the 1980, 1990, 2000, 2010, and 2020 censuses. Dissimilarity indexes measure the degree to which two groups are segregated from each other in a geography. The Diversity and Disparities project calculated dissimilarity indexes comparing census tracts in the City of Buffalo. The dissimilarity indexes calculated for Buffalo indicate that in each of the decennial censuses from 1980-2020, anywhere from two-thirds to three-quarters of the black population would need to move to achieve desegregation.

Moreover, in the City of Buffalo, most black residents have lived in neighborhoods that are predominantly black for decades. For example, the Diversity and Disparities project calculated isolation indexes for black residents in the City of Buffalo. Isolation indexes show the degree to which black residents are exposed only to each other at the census tract level. In essence, the isolation index is a measure of racial concentration within census tracts, while a dissimilarity index is a measure of segregation between census tracts. The calculations for isolation indexes show that Buffalo has sustained high black-black isolation within census tracts across the 1980, 1990, 2000, 2010, and 2020 censuses. The Diversity and Disparities project's calculations for the City of Buffalo show that black residents of Buffalo live in neighborhoods where on average two-thirds to three-quarters of the population is black.

Figure 1 shows the cumulative effects of historic residential segregation in Buffalo. The black population clusters in census tracts on the East Side of Buffalo. This level of segregation has contributed to several disadvantages for the city's black population. For instance, residential segregation has impeded black residents' access to jobs and economic resources. This is reflected in disparities in median household income between white and black residents. In 2022, the U.S. Census estimated that median household income for whites in the city of Buffalo was $58,444 while it was $35,585 for blacks (U.S. census, American Community Survey 5-year estimates). Median household incomes are compared for white and black residents at the census tract level in Figure 2. These maps illustrate that black households had lower average incomes than whites citywide, and lower income, black households clustered in census tracts with the highest concentrations of black residents.

## FIGURE 1: BLACK POPULATION 2022



Source: United States Census, 2022 American Community Survey 5-year Estimates



Source: United States Census, 2022 American Community Survey 5-year Estimates

## II. <u>Opinion 2</u>: The City of Buffalo has engaged in racial discrimination against black Buffalonians for decades, exemplified by patterns of intentional racial segregation in housing and education.

As in other places, racial segregation in Buffalo has been the product of several processes, such as: redlining, mortgage discrimination, the use of restrictive covenants, blockbusting and racial steering in the real estate industry, and other discriminatory practices (Kraus, 2004a; Blatto, 2018). In addition to policies and practices adopted by federal agencies, state agencies, and private sector institutions that have resulted in segregation, Buffalo's local policies have also reinforced racial segregation. Two areas that overlap with my research exemplify how local governmental decisions have intensified segregation in the City of Buffalo: local housing policies and local education policies.

A.    <u>Local Housing Policy Has Intensified Segregation of Buffalo's East Side</u>

The City of Buffalo and the Buffalo Municipal Housing Authority (BMHA), whose commissioners are appointed by the Mayor, have adopted a series of policies that resulted in the segregation of African Americans on the East Side of Buffalo. Beginning in the 1940s, the BMHA sited public housing for African American tenants almost exclusively on the East Side of Buffalo (Kraus 2000, Kraus 2004a, Kraus 2004b).

The segregation of public housing on the East Side of Buffalo was a core issue in a federal lawsuit filed against the BMHA, the City, the Mayor of Buffalo, and the U.S. Department of Housing and Urban Development (HUD) in 1989 (*Comer v. Kemp*, 824 F. Supp. 1113 (W.D.N.Y. 1993)). There, the plaintiffs alleged that the City of Buffalo and other defendants discriminated against them and all African Americans on the basis of their race by engaging in discriminatory policies and practices that created and perpetuated racially segregated housing patterns within publicly funded low-income public housing projects. The *Comer* case resulted in a 1996 consent decree, under which the court ordered the City to change its tenant selection procedures, improve the physical condition of public housing, and provide rent vouchers and mobility counseling to tenants to ameliorate segregation (Popkin et. al., 2003). The consent decree's implementation was hampered by the City's decision to challenge elements of the mobility counseling plan, as well as a lack of coordination between the BMHA and other agencies that administered the Section 8 voucher program. For example, the City delayed implementation of the consent decree because it objected to hiring a local fair housing organization, Housing Opportunities Made Equal (HOME), as the contractor to administer the court-ordered mobility counseling program (Popkin et al., 2003: 192). The City argued that its co-defendant, the Rental Assistance Corporation (RAC), should have been contracted to administer the program instead. HOME was ultimately hired to administer the

mobility counseling program over the City's objections, three years after the consent decree went into effect.

In addition to siting public housing in a manner that clustered it on the East Side of Buffalo and racially segregating tenants in those properties, the City of Buffalo adopted other policies that perpetuated segregation on the East Side of the city. For example, the City of Buffalo's reluctance to adopt fair housing policies has further exacerbated the problem of residential racial segregation in Buffalo. Historically, past Mayors and Common Council members opposed the adoption of a fair housing ordinance in Buffalo (Kraus 2004a). After decades of opposition, the City passed a fair housing ordinance in 2006, but that policy was ineffective due to the City's failure to implement the ordinance (Silverman et. al. 2013). In 2012, colleagues and I collaborated with Housing Opportunities Made Equal (HOME) on an evaluation of the City of Buffalo's fair housing performance for the years 2004-2012. The evaluation focused on the City's implementation of its action plan to address impediments to fair housing identified in its 2004 Analysis of Impediments to Fair Housing report prepared for HUD. Our evaluation concluded that:

> The City's fair housing ordinance contained strong language and provisions for expanded fair housing protections. This gave it a high degree of symbolic value. Still, it has been a failure on substantive grounds due to the lack of implementation. For example, the Fair Housing Officer's position that is identified in the ordinance has been understaffed or vacant since the law was adopted. The lack of consistent staffing has led to a lapse in enforcement of the ordinance. No records of fines, civil penalties, or other enforcement actions have been maintained since the adoption of the ordinance. Moreover, the City of Buffalo has never prepared an annual report on the work performed under the law. This is particularly indicting, since this indicates that the City has been out of compliance with its own fair housing ordinance since its adoption in 2006 (Silverman et. al., 2013: 33).

The City's failure to meaningfully implement the reforms and lackluster performance on fair housing is emblematic of their more general pattern related to racial discrimination in housing policies and other areas.

Another group of City policies that perpetuated segregation on the East Side of Buffalo involved property demolition. Beginning in the 1950s, the City targeted housing demolition and other land clearance activities in a manner that led to the displacement and further concentration of African American residents on the East Side of Buffalo. Demolition, the routing of the Kensington Expressway (NYS 33) and similar transit corridors, and other urban renewal policies in the 1950s destabilized neighborhoods where black residents faced fewer barriers to renting and purchasing housing (Kraus 2004a, 2004b). City policies related to the siting of public housing, the use of eminent domain to purchase property, and housing demolition are identified as factors leading to the exacerbation of racial segregation on the East Side of Buffalo by the court in *Arthur v. Nyquist,* 415 F. Supp. 904 (W.D.N.Y. 1976). Other aspects of the *Arthur* case, which challenged segregation in the Buffalo Public Schools (BPS), are discussed in the next section of this report.

The construction of the Kensington Expressway had a disruptive impact on the East Side of Buffalo. Its construction resulted in the loss of a preexisting parkway, the Humboldt Parkway, designed by Fredrick Law Olmsted. The Humboldt Parkway was a component of the City's larger Olmsted park system. It was a tree-lined boulevard connecting Delaware Park and Parade Park (later renamed Martin Luther King Jr. Park), the largest parks in the Olmsted system. The removal of the Humboldt Parkway and its replacement with a below grade six-lane expressway physically divided the East Side from the rest of the city and fueled decades of disinvestment (Blatto, 2018; Segregation by Design, 2022).

The Kensington Expressway project and the segregation of public housing by the BMHA isolated the East Side of Buffalo spatially and racially. City demolition policies also led to the demise of black-owned businesses, "that had formed the economic backbone of the black community" (Wolcott, 2006: 79). These public policies, coupled with the isolation of black residents on the East Side of Buffalo, have been linked to a number of negative impacts on the quality of life including: higher levels of exposure to air pollution from adjacent highways and toxins on vacant and abandoned industrial sites, higher levels of pollution-linked diseases like asthma and lead poisoning, and poor access to health care facilities and grocery stores (Blatto, 2018; UB Center for Urban Studies, 2000). The City's patterns of demolition have persisted and negatively impacted the East Side of Buffalo in a racially disparate manner into the contemporary period. In one analysis, academic colleagues who specialize in spatial analysis and I found that the City clustered property demolitions on the East Side of Buffalo between 1998 and 2012, while the City approved the lowest density of building permits in the same area during that time period (Silverman et. al. 2015). This reflected an absence of adequate City policies to promote economic development on the East Side and/or provide property owners with incentives to improve their properties. In another study, colleagues and I found that the City targeted demolition on the East Side of Buffalo as part of its "5-in-5" plan, announced in 2007, to remove 5,000 vacant homes in 5 years (Yin et. al. 2022). At the end of the 5-year period of its implementation (circa 2013), this targeted demolition program had resulted in increased clustering of vacancy and abandonment on the East Side of Buffalo. We concluded that the "5-in-5" plan, "has a distinct and negative impact on the predominantly African American neighborhoods where it was implemented" (Yin et al., 2022: 13). The 5-in-5 program resulted in higher levels of abandonment, and declining housing sales prices due to an increase in duress sales on the East Side after targeted demolition occurred.

These outcomes were distinct to the East Side of Buffalo. The City of Buffalo's housing demolition policy has resulted in an inventory of over 7000 city-owned residential parcels on the East Side and has contributed to sustained patterns of segregation and inequality in the City (Taylor et. al. 2021).

At the same time that the City was targeting demolition on the East Side, which led to the displacement of black-owned businesses and increased hardship for the black residents that remained, the Niagara Frontier Transit Authority (NFTA) underinvested in public transit that would connect East Side residents with entry-level employment opportunities in the suburbs. Bus routes between the City and the suburbs are more limited, and bus service is more concentrated within the City of Buffalo. Light rail service is also limited to a single light rail line on the Main Street corridor in the City of Buffalo. There is no light rail service in other parts of the City, and no light rail lines in the suburbs. In his study of low-income residents access to employment in western New York, Hess concluded that without adequate public transit routes in the suburbs, and limited access to car ownership, transit-dependent residents on Buffalo's East Side are cut off from jobs in the region's employment growth centers which are located in the suburbs (Hess, 2005). Similar barriers faced by black residents related to transit, housing, education, employment, neighborhood revitalization and other community development policies are identified in a recent report by Policy Link (2017).

Accordingly, the City has taken policy positions that reinforce racial segregation and negatively impact the quality of life on the East Side of Buffalo. This is evident in the City's deliberate decisions about the siting of public housing, targeted demolition programs, the development and removal of highways and roads, and investments in public transit and local economic development.

B.      Local Public Education Policies Have Intensified Segregation of Buffalo's East
Side

Residential racial segregation and educational policies are closely linked in the City of
Buffalo because historically, school attendance boundaries were determined by residential
neighborhoods. In cities like Buffalo, the use of neighborhood attendance boundaries created a
nexus between residential segregation and school segregation. City officials and the Buffalo Public
Schools (BPS), which is funded with earmarked State of New York education funds that are
transferred to the City of Buffalo (approx. 80%) and additional local tax revenue from the City of
Buffalo (approx. 20%), have also adopted a series of policies that have furthered the educational
segregation of African Americans on the East Side of Buffalo. These include curriculum policies
and decisions about where school buildings are located, which further aggravated inequality by
producing a system of separate and unequal educational opportunities and outcomes for black and
white students (Taylor 1998; Kraus, 2000; Kraus, 2004a; Kraus, 2004b; Silverman et. al., 2016).

Unlike most school districts in the state of NY, which are independent of municipal
government and have their budgets approved in annual school district elections, the BPS is one of
the state's Big Five City School Districts (the other school districts in this group are New York
City, Rochester, Syracuse, and Yonkers). As a Big Five district, the BPS budget is submitted to
Common Council for approval and not voted on by the general public (Silverman, 2011). The BPS
budget is submitted to the Common Council by the Board of Education annually. The Board of
Education was a governing body appointed by the Mayor of Buffalo until 1974. Beginning in July
of 1974, the BPS Board of Education became a body elected by the public. After the annual BPS
budget submitted to the Common Council is approved, the City appropriates money to the BPS
from its municipal budget.

Municipal educational policies that reinforced racial segregation patterns and the underfunding of schools in black neighborhoods were the focus of *Arthur v. Nyquist,* 415 F. Supp. 904 (W.D.N.Y. 1976). In this case, the federal district court found that City officials, including members of the Buffalo Board of Education, the Buffalo Common Council, and current and former school superintendents, had systematically discriminated against African American students by engaging in policies that ensured the segregation of schools. *Id.* at 924-30, 933-941, 960. The court found that City redistricting policies led schools like East High School and Woodlawn Junior High School to have an almost 100% black student population, while schools like South Park became majority white. *Id.* at 924-30, 933-36. The court found that these racial inequality problems were worsened by City policies that allowed white students to transfer out of public schools once they became predominantly black, while impeding black students from enrolling in high-quality, predominately white vocational high schools in the district. *Id.* at 926-931, 936-943. The court found that City officials segregated teachers and administrators though its staffing policies such that black teachers and staff were assigned to schools with predominantly black students, creating a fully segregated experience for students. *Id.* at 943-946.  The court also found that City officials "helped to cause [ ] residential segregation," which entrenched patterns of school segregation and made it all but inevitable. *Id*. at 968.

In light of the court's findings in *Arthur v. Nyquist*, City officials were ordered to formulate a desegregation plan. *Id.* at 970. The plan to desegregate Buffalo's public schools was introduced in phases over a 4-year period (Tomasello, 2018). Phase I was implemented in 1976. It involved redrawing attendance boundaries for Buffalo schools, as well as closing ten schools on the East Side and replacing them with the first two magnet schools created in the City. The initial pace of school desegregation was slow, and additional phases of the desegregation plan were required by

the courts. Phase II was implemented in 1977, when the court ordered eight additional magnet schools to be established in the City. The magnet schools were a key component of integrating the public schools, and after Phase II was implemented, most of them achieved a racial balance in enrollment. In 1979, the courts ordered that the two remaining City schools with predominantly black enrollment be converted into the Buffalo Vocational Technical Center, a citywide magnet school. In 1980, Phase III of the desegregation plan was implemented. It established six early childhood centers for children in preschool to grade 2.

The court-supervised school desegregation plan in Buffalo was considered a national model to use magnet schools to desegregate public schools, and it informed the development of the federal magnet school program (Winerip, 1985; Orfield et al. 2015; Tomasello, 2018). The impact of the desegregation plan on enrollment patterns was largely the product of court oversight and monitoring that endured until 1995 (Silverman et. al., 2016; Tomasello, 2018). In 1995, a change in federal law—prompted by the Supreme Court decision in *Board of Education of Oklahoma City v. Dowell,* 498 U.S. 237 (1991)—caused the court-ordered oversight of the BPS to end. Prior to this decision, Phase IV of the post-*Arthur* desegregation plan was being developed to address ongoing racial disparities in staffing, segregation in elementary schools, and other issues. When court oversight ended, City officials abandoned Phase IV and changed its policies in a manner that adversely impacted efforts to desegregate Buffalo's public schools (Tomasello, 2018).

Since a portion of the BPS budget is submitted to the City of Buffalo Common Council each year for approval, the City could have used its budget authority to oppose the scaling back of school desegregation efforts. Specifically, after court-supervised desegregation ended, the BPS reduced funding for magnet schools and other court-ordered BPS spending. Yet, there is no record that the Buffalo Common Council raised any objections. City inaction in the face of these budget

cuts was a continuation of City officials' opposition to desegregate Buffalo's public schools, which began with the 1977 election of Mayor Jimmy Griffin, a staunch opponent of school desegregation, and continued throughout the implementation of the school desegregation plan (O'Donnell, 1980; Taylor 1998; Kraus, 2000).

Accordingly, pre-*Arthur* segregation patterns in Buffalo's public schools reestablished themselves after court oversight and monitoring of BPS desegregation ended in 1995 due to the BPS budget cuts, the scaling back of earlier efforts to desegregate the public schools, and inaction by the City to oppose these changes. Currently, segregation in the Buffalo public school system mirrors conditions in 1972 when *Arthur v. Nyquist* was filed (Byrnes, 2014; Silverman et. al., 2016; Tomasello, 2018). This outcome has been linked to BPS policies fostering ongoing discrimination in admissions to high-performing public schools, among others. In 2014, a racial discrimination complaint was filed with the U.S. Department of Education and the New York Civil Rights Commission against the BPS over its admissions criteria for City Honors High School (Blanchard, 2014). This complaint resulted in a resolution agreement where the BPS agreed to hire an independent consultant to develop admissions policies to address racial discrimination in school assignment decisions (Buffalo Public Schools, 2014). Two years later, a community-based advocacy group, the District Parent Coordinating Council, filed a complaint with the U.S. Department of Justice (DOJ) because BPS had failed to adopt new admissions policies required under the resolution agreement. (Jolly, 2016).

The re-segregation of the BPS has coincided with other negative outcomes for black students throughout the City of Buffalo. For instance, a 2015 report by Citizen Action of New York identified systematic racial bias in school suspension and other disciplinary practices in the BPS (Citizen Action of New York, 2015). After revising its code of conduct in 2013 to limit the

use of suspensions, eliminate zero-tolerance policies, and adopt other reforms, the BPS reported a 60 percent decrease in short-term suspensions and a 50 percent decrease in long-term suspensions (Citizen Action of New York, 2015: 14). However, the same report found that after the new code of conduct was adopted, black students were 6.5 times more likely to receive short-term suspensions and 3.7 times more likely to receive long-term suspensions. The persistence of these racial disparities contributes to lost instruction time and poor educational outcomes for black students. In a national study, Losen and Martinez (2020) found that the BPS had the third highest rate of lost instruction days due to suspension in the country, with 320 days of suspension per 100 students overall and 502 days of suspension per 100 black students, in particular. The persistence of racial disparities in school suspension and disciplinary practices, coupled with the re-segregation of school buildings, contributes to a separate and unequal educational system in Buffalo.

As is the case with the City's housing and community development decisions, the City of Buffalo, through its actions and inactions, has maintained educational policies that reinforce racial segregation and negatively impact the quality of life on the East Side of Buffalo and black residents generally. Residents of segregated neighborhoods have lower high school graduation rates and score lower on other measures of educational attainment (Policy Link, 2017). This translates into fewer economic opportunities and the highest rates of unemployment in the City for black East Side residents. These economic outcomes are reflected in fewer opportunities for wealth creation through homeownership and other housing outcomes for East Side residents. For instance, the East Side of Buffalo has the highest concentration of renters in the City, and those renters are the most likely to be housing cost-burdened (i.e. spending more than 30 percent of household income on rent) (Policy Link 2017).

In conclusion, although residential segregation in Buffalo and the concentration of black residents into predominantly black neighborhoods like the East Side are the product of a number of factors (e.g. business practices in the real estate industry, discrimination in lending), the City of Buffalo's public policies have unambiguously added to it (Taylor, 1990; Taylor, 1998; Kraus 2000; Kraus, 2004a; Kraus 2004b; Yin, 2009; Silverman et. al., 2013; Tomasello, 2018; Yin et. al., 2022). The same is true for segregation of schools. Specifically, the City of Buffalo, its municipal agencies, political leaders, and the Buffalo Common Council have all played a role in creating and perpetuating patterns of racial segregation in residential neighborhoods and schools as detailed above.

The outcome of the City's actions and inactions is that residential and school racial segregation continues to pervade the City of Buffalo. Racial segregation has shaped the East Side of Buffalo's history in defining ways, leading to its longstanding and generally acknowledged identity as a racially isolated and segregated black community. The East Side of Buffalo's defining characteristic as a racially segregated, majority-black community has also made its residents especially vulnerable to bias and targeting by both governmental and non-governmental actors as discussed more below. The Buffalo Police Department (BPD) has also played a role in the maintenance of racial boundaries in the City through its policing practices, as discussed in more detail in Opinion 4. (Grabiner, 2016; Partnership for the Public Good, 2016; Phillips et. al., 2016).

III. **Opinion 3: Due to residential racial segregation and the public policies that have fostered it, the East Side of Buffalo is an identifiably majority-black neighborhood, while South Buffalo is an identifiably white neighborhood. Sharp disparities also exist between the neighborhoods when it comes to public policy.**

Historical patterns of racial segregation have shaped the demographics of the City. In particular, the East Side of Buffalo is an identifiable, majority-black, inner-city neighborhood, while South Buffalo is identifiable as a predominately white neighborhood with working-class roots.

As noted in Opinion 1, the City's East Side is roughly bounded by Main Street on the west, Broadway on the south, Delavan Ave. on the north, and Bailey Ave. on the east. This area is widely recognized as Buffalo's black, inner-city. Figures 3 and 4 show that Buffalo's black population has been clustered within those boundaries for decades.

## FIGURE 3: BUFFALO'S BLACK POPULATION



Source: United States Census, 1990 and 2000 Decennial Census

18

# FIGURE 4: BUFFALO'S BLACK POPULATION
## 2010                                        2020



Source: United States Census, 2010 and 2020 Decennial Census

The demographics of the East Side of Buffalo are widely known and referenced in public discourse about the area. This is reflected in how the area is represented in the media, and in studies and reports that have been prepared by university-based research centers, local governments, professional consultants, and other organizations that have conducted such analysis to develop recommendations for proposed public policies and urban planning projects. The East Side's identity as Buffalo's segregated, black, inner-city area is grounded in empirical data. In addition to the academic research cited in Opinion 2, applied research reports of the East Side have documented that the area has been racially segregated, economically distressed, deprived of equitable educational resources, exposed to higher levels of environmental pollutants, and the target of disproportionate policing, which have resulted in higher rates of ticketing, arrests, and incarceration for decades (Taylor, 1990; Blatto, 2018; Taylor et. al, 2021).

In 2017, the City of Buffalo released a report titled the *Housing Opportunity Strategy* where the areas comprising the East Side were identified as "low demand" and the "lowest demand" housing submarkets in the City (czb, 2017; see also figure 7). Low demand areas were defined as

housing markets with a surplus of housing units, "low levels of reinvestment, and high concentrations of low-income households" (czb, 2017: 20). Lowest demand areas were defined as housing markets that had "collapsed and [are] unresponsive to stimulation or correction" (czb, 2017: 20). The City's report went on to describe "low demand" parts of the East Side as the product of "decades of racial segregation, disinvestment, and rapid turnover … [where] … residential vacant lots are common and 40% of remaining properties show moderate or severe levels of distress" (czb, 2017: 27). The report goes on to describe the "lowest demand" areas of the East Side as places where the population has "plummeted 62% since 1980, [and where] 49% of its residential parcels are vacant lots, and the incomes of both renters and homeowners are extremely low" (czb, 2017: 27).

These sentiments about neighborhood conditions and the quality of life are echoed in media reports about the East Side of Buffalo. For instance, a recent article in *The New Yorker* magazine (Taylor, 2022) examined how racial strife in Buffalo has set the East Side apart from the rest of the City in terms of socio-economic distress, housing abandonment, and disinvestment for decades. Similar observations about the East Side of Buffalo were made in a recent *Time* magazine story (Cortellessa, 2022) which traced disinvestment and socio-economic distress in the area to local and state land-use policies and real estate practices that led to its racial segregation. The *Time* magazine story also pointed out that popular knowledge of the East Side as Buffalo's black, inner-city area led to Payton Gendron targeting the Tops Supermarket in a white supremacist attack when he came to Buffalo to murder black people in May of 2022 (Cortellessa, 2022). Local media outlets echoed these observations, which identify the East Side as racially segregated, an economically distressed food desert, and a racially targeted area for policing (Heaney, 2022; O'Neal-White, 2023).

South Buffalo, which is composed of the parts of the City south of interstate 190 and downtown Buffalo, is a racially identifiable and demographically distinct community as well (Kraus, 2000; Taylor 2022). Figures 5 and 6 show that Buffalo's white population has clustered within those boundaries as well as other parts of the City outside of the East Side for decades.

## FIGURE 5: BUFFALO'S WHITE POPULATION



Source: United States Census, 1990 and 2000 Decennial Census

## FIGURE 6: BUFFALO'S WHITE POPULATION



Source: United States Census , 2010 and 2020 Decennial Census

21

South Buffalo was the home base of former mayor Jimmy Griffin, who ran for office following the *Arthur* school desegregation decision (Kraus, 2000; Taylor 2022). Mayor Griffin opposed school desegregation and public housing, and conveyed nostalgia for the past when the City was less racially diverse (Kraus, 2000). South Buffalo has historically been a majority-white area, a stronghold of anti-school integration sentiment, and perceived as unwelcoming to blacks in general (Taylor 1998). This legacy of racial hostility continues to influence how the area is perceived. This legacy was exemplified in 2001 when South Buffalo made headlines in the local newspaper, the *Buffalo News*, for white youths attacking black youths (Williams and Rey, 2001).

Despite its reputation as a majority-white enclave in the City that is unwelcoming to African Americans, South Buffalo is often portrayed in a relatively favorable light when compared to the East Side in applied research and professional planning reports. For instance, as a predominantly white area, this part of the City was less impacted by redlining, which is the denial of mortgage lending based on residential racial characteristics, during the early to mid-twentieth century (Blatto, 2018). In fact, the area surrounding Cazenovia Park was greenlined, which is to say, favorable lending policies were embraced and encouraged based on the neighborhood's racial characteristics, according to 1937 Home Owners' Loan Corporation (HOLC) underwriting maps (Blatto, 2018: 5). The preferential status derived from greenlining predominantly white neighborhoods like South Buffalo helped to stabilize the area and buffer it from the type of distress that manifested on the East Side.

In the City of Buffalo's 2017 *Housing Opportunity Strategy*, South Buffalo is classified as a mix of "high demand," "moderate demand" and "soft demand" housing submarkets in the City. The southernmost part of South Buffalo, where Cazenovia Park is located, is considered "high demand", with older homes in "excellent to good condition" (czb, 2017: 26). Adjacent to the area

surrounding Cazenovia Park is a "moderate demand" area where "one-third of homes are in excellent or good condition, but most in average condition" (czb, 2017: 26). The remainder of South Buffalo, roughly two-thirds of the area, is considered to be in a "soft demand" area which spent, "the 20th Century as bastions of working- and middle-class families employed by Buffalo's industrial economy" (czb, 2017: 27). The City's housing opportunity strategy recommends that public investments focus on stabilizing high, moderate and soft demand areas like South Buffalo, while the City places more emphasis on demolition and land banking in its low and lowest demand areas like the East Side. These areas are displayed in Figure 7.

## FIGURE 7



Source: City of Buffalo,
Housing Opportunity Strategy Report (2017)

The City of Buffalo's *Housing Opportunity Strategy* report is an example of a City plan that contributes to the continuation of historic patterns of disinvestment on the East Side. This plan fits the definition of "urban triage," which is defined as a revitalization strategy focused on strengthening housing markets in moderately healthy, predominantly white neighborhoods like South Buffalo, while focusing on demolition and land banking in predominantly black neighborhoods like the East Side which are considered to be in decline (Schmidt, 2011; Hackworth, 2014; Kirkpatrick, 2015, Silverman et al., 2015). As noted above, it is widely recognized that Main Street is the racial dividing line in the City of Buffalo, forming a hard boundary between the black East Side and the rest of the City (Herko, 1993). The City's urban triage policies have followed the same geographic lines, exacerbating and reinforcing the City's historical residential segregation patterns, and contributing to negative socio-economic outcomes such as those identified by research institutes like Policy Link (2017).

IV. <u>Opinion 4</u>:  **The policing of identifiable African American communities on the East Side of Buffalo and throughout the City is both consistent with, and reflective of, historical patterns of discrimination by and in the City of Buffalo that persist to this day.**

To the extent that the City of Buffalo and the BPD have adopted modern-day policing practices that target black Buffalonians and majority black neighborhoods like the East Side of Buffalo, these practices are reflective of and consistent with historic patterns of racial discrimination by governmental actors in the City of Buffalo.

A. <u>There is a documented history of racial discrimination by the Buffalo Police</u>

Concerns about discriminatory policing in Buffalo have persisted for decades, particularly among black Buffalonians who predominantly reside on the East Side, as documented in archival

materials (Besag, 1967; Housel, 2007; Alfonso, 2014). One of the earliest court cases documenting discriminatory policing in Buffalo was the class action lawsuit *BUILD of Buffalo, Inc. v. Sedita*, 441 F.2d 284 (2d Cir. 1971). This federal case was brought by a community organization and a group of black residents, who challenged the BPD's discriminatory policing practices and claimed that the Mayor of Buffalo and Commissioner of the BPD directed, condoned, and encouraged a systematic pattern of unconstitutional police misconduct. Examples of the alleged misconduct identified in the *BUILD of Buffalo* complaint included stopping, searching, and detaining black Buffalo residents without probable cause, referring to black people with derogatory or obscene language and racial epithets, intimidating and humiliating individuals, using excessive force, and other instances of harassment with impunity and no effective accountability mechanisms.

This case grew out of activism led by BUILD of Buffalo Inc., a grassroots advocacy group in Buffalo's African American community that was engaged in community organizing following the 1967 Buffalo race riot. Rioting was concentrated in racially segregated areas near Williams Street, Jefferson Avenue, and other East Side locations. Patterns of discriminatory policing and the mistreatment of black residents who were residentially segregated on the East Side of Buffalo are understood to be among the causes of the 1967 Buffalo riot (Besag, 1967; Alfonso 2014).

The *BUILD of Buffalo* case was supported by testimonials which were consistent with contemporaneous research (Besag, 1967) from residents and civic leaders about police-community relations on the East Side of Buffalo that led to the riot. Much of the contemporaneous research is modeled after studies of the 1965 Watts Riot in South Los Angeles, which were conducted to understand the causes of the conflict and document post-riot community sentiment (Cohen, 1967; Ransford, 1968). These types of quick-response studies

were conducted around the United States during the mid-to-late 1960s and involved social scientists going into communities immediately following riots (i.e. as a quick response) and conducting interviews and focus groups with residents and stakeholders who witnessed the events. Although those interviews were not based on systematic random sampling, they serve to document the perceptions and sentiments of key groups during the riots. Besag (1967) produced one of these studies following the 1967 Buffalo riot. Besag's riot study was based on 138 interviews and a series of vignettes from interviews with black residents who witnessed the 1967 Buffalo riot.

Besag's riot study includes testimony from residents, police officers and other public officials that recount numerous instances of police brutality, unlawful searches, lack of disciple of officers for misconduct, and the use of derogatory language and racial epithets directed at black residents leading up to and during the 1967 Buffalo Riot. Besag found that this racially biased policing, and the Buffalo Police Department's failure to investigate and respond to complaints, was among the key drivers of the conflict. Black residents reported they were angered and motivated by both a history of and recent unnecessary police harassment of black residents, BPD officers' foul and derogatory language, and longstanding poor police-community relations in the period leading up to the Riot. Many interviewees reported that BPD officers "frequently addressed them as 'n*****s' and 'black bastards'" (Besag, 1967: 35). Black residents also complained that police were overly aggressive during the Riot and engaged in indiscriminate arrests, used derogatory language, and perceived all black people to be troublemakers and law breakers, and that the BPD failed to investigate and discipline misconduct by its officers. Overall, black residents believed that police exhibited both physical violence, and "spiritual violence," by which they meant that "the police consistently used foul language, held

and expressed degrading racial attitudes and went out of their way to be rude ... [t]hey felt that the police held them generally in contempt" (Besag, 1967: 42). Besag found that one of the most serious concerns that residents articulated was that the police "shielded malfeasant officers from investigation and did not investigate complaints against officers" (Besag, 1967: 39). Thus, many residents stopped filing complaints because they had no faith that their complaints would be acted upon, or, if acted upon, that the guilty parties would not be punished. Black residents "had no confidence in the desire of the police department to police itself" (Besag, 1967: 42). Finally, Besag found that Black residents thought that the BPD's training by predominantly white men at the University of Buffalo was inadequate, and that this led to officers using derogatory language, for example, using the word "boy" to refer to Black people (Besag, 1967: 43). Besag's quick-response study has been widely cited in subsequent scholarship (Housel, 2007; Griffin, 2017; Gawley, 2022).

The complaint in the *BUILD of Buffalo* case amplified these concerns by alleging that the BPD engaged in a widespread pattern of racially discriminatory misconduct, supported by policies of Mayor Frank Sedita's administration, including a lack of an effective accountability system in the City to prevent police misconduct. The plaintiffs also alleged that the mechanisms to provide redress for civilian complaints were not fair nor equitable. The Second Circuit reversed the district court's rejection of plaintiffs' claims (*BUILD of Buffalo, Inc.*, 441 F.2d at 289).

Shortly after the *BUILD of Buffalo* settlement, the United States Department of Justice filed a federal case, *United States v. City of Buffalo*, 457 F. Supp. 612 (W.D.N.Y. 1978), to address the BPD's discriminatory hiring and employment practices since discriminatory policing was aggravated by the lack of black police officers in the BPD, including at the time of the 1967

Buffalo riot. The decision in that case found that the BPD maintained a pattern of discriminatory practices in the recruitment, promotion, and hiring of black police officers, as well as a hostile work environment. Specifically, the court found that BPD engaged in a pattern of unlawful discrimination and hostile work environment based on a number of incidents of racial discrimination against black officers and residents, a number of which the court found that the BPD failed to meaningfully investigate in violation of its own rules. These incidents include:

- Two white BPD officers stopped, detained, and questioned two black individuals while in their car because they them found "suspicious," who were in fact both BPD officers who were on the force for twelve and fifteen years respectively. The confrontation ended when a lieutenant arrived and identified the officers as such. The court found that given the black officers service, "it is difficult to understand how this incident came about." Although the officers reported the incident, no action was taken.

- A black officer witnessed a white police officer beat up a black suspect with a blackjack while placing him in a cell. The officer filed charges, and the white officer admitted his use of force. Despite the "unrebutted evidence" the BPD terminated the investigation when the victim dropped his charges, and eventually dropped the charges altogether.

- Multiple reports to Captains and Lieutenants about racial slurs and comments, including the n-word, and statements invoking the "KKK" on documents and BPD property, but taking no action being taken of these reports.

- Repeated use of BPD officers using racial slurs and the n-word in the presence of high-ranking police officials, but not reported to the Commissioners' Office, as well as derogatory comments and racial slurs on bulletin boards.

*Id*. at 632-35. The court found that while "[t]he commissioner's office shows some evidence that it investigated certain racial incidents, yet, in many of these incidents it failed either to conduct a full investigation or to take action upon completion of the investigation." *Id*. at 635. The court also found that the BPD failed to take prompt action on complaints about discriminatory treatment of residents and officers and concluded that "the numerous incidents of racial slurs and harassment of black officers uncover a working environment heavily charged with racial

28

discrimination." *Id*. The court stated that the BPD failed to implement its rules regarding

investigation into racial bias complaints generally:

> The Department has hidden behind a paper policy of racial tolerance. It has stated
> that if the complaints brought out at this trial had been brought to the
> commissioner, action would have been taken. The record speaks otherwise. A
> strong policy directive should have been issued by the commissioner on racial
> tolerance, it should have been constantly impressed upon the entire force,
> particularly precinct and unit leaders, and a formal mechanism should have been
> established to deal with any related grievances. *Id*.

As a result of the decision, the courts ordered the City to develop remedies under court

supervision. Despite this decision, black police officers have continued to experience

discrimination and a racially hostile culture in the BPD for decades (Goldman, 1990). The

racially hostile culture in the BPD was the central focus of a 2006 lawsuit filed by Cariol Horne,

a former black female police officer who was fired and denied her pension after attempting to

intervene and stop other officers from using an illegal chokehold during an arrest of a black man

(Ewing, 2021). Following a protracted 15-year legal battle, Horne recently received vindication

in court including the restoration of her pension (Ewing, 2021). And as described in more detail

below, I understand plaintiffs' police practices expert Michael Gennaco, who prepared a report

based on his analysis of the Buffalo Police Department's complaint files through 2024 involving

allegations of racial bias in traffic enforcement and internal discrimination, has found that these

very deficiencies in the BPD's supervisory policies and practices, including its handling of

complaints regarding racial bias, persist to this day.

Ongoing discriminatory policing and racial stereotyping of black Buffalonians on the

East Side of Buffalo and throughout the City has been documented in research over the last few

decades (Housel, 2007; Partnership for the Public Good, 2016). Qualitative research in the early

2000s on police stereotyping of black residents on the East Side of Buffalo found that young

black males dressed in "urban gear" were most likely to be profiled by the Buffalo police (Housel, 2007: 73, 75). Housel (2007) also found that Buffalo police officers were making unwarranted and illegal traffic stops of black motorists and were acting on racial stereotypes to stop vehicles. She found a Buffalo police captain had warned superiors that officers were making unwarranted and illegal traffic stops of black motorists on the East Side (Housel, 2007). Housel (2007) also found evidence that for some officers, racial profiling is an "everyday practice." One officer was recorded telling drug couriers to avoid police stops by not wearing certain items that may make them "look like the typical stereotype" and telling them, "don't wear no ball caps, don't wear no jewelry . . . wear your seatbelt . . . , you gotta be, uh, incognito, in other words, you can't look like the typical stereotype" (Housel 2007). This was echoed in public comments on police profiling by former Buffalo Police Chief, H. McCarthy Gipson who is black, and described frequently being pulled over for "driving while Black," stating that police officers' first question to him in those instances would be "what are you doing out here?" (Fleischman 2014).  He elaborated on this experience saying it was the, "[w]rong place, wrong neighborhood, wrong time; it happens to so many people" (Fleischman 2014).

     In addition to qualitative research and personal accounts, there is quantitative evidence from empirical research showing racial disparities related to policing in Buffalo. In a 2016 survey, only 44 percent of Buffalo's black residents reported that they could trust the police, while 72 percent of white residents held the same belief (Partnership for the Public Good, 2017: 2). There was a clear disparity in trust in the police between black and white residents. It is notable that more than two-thirds of white respondents trusted the Buffalo Police Department, while less than half of black residents did. In the same survey, only 12 percent of black residents felt that the Buffalo police respected people of color, while 26 percent of whites held the same

belief (Partnership for the Public Good, 2017: 2, 6). This was particularly striking, since even whites held a strong belief that the Buffalo police did not respect people of color. And in 2017, SUNY Buffalo and Cornell University Law Schools filed a study and complaint with the New York State Attorney General based interviews and data analysis, finding that the Buffalo Police Department engaged in a widespread pattern of unconstitutionally discriminatory checkpoints, traffic enforcement, and other practices, with no accountability. (SUNY Buffalo Law School: 2017).

Segregation patterns in the City of Buffalo have contributed to a distinct type of policing practice on its East Side. Examples include the BPD Strike Force's traffic checkpoints, aggressive enforcement of marijuana laws in the black community, and the use of the Strike Force to issue citations to East Side residents for traffic infractions and housing code violations (Partnership for the Public Good, 2017; SUNY Buffalo Law School, 2017). The BPD Housing Unit, which operated under contract with the BMHA from 2010 until 2020, has also been cited as an example of over-policing, given that "[it] made 39 percent of all misdemeanor arrests in the city from May 2013 through April 2014" (Partnership for the Public Good, 2016: 32; SUNY Buffalo Law School, 2017). The BPD has been investigated for overly aggressive policing, conducting raids on the wrong properties, and the shooting of dogs during narcotics searches on the East Side of Buffalo (Partnership for the Public Good, 2016).

I understand that Plaintiffs' statistical expert, Dr. David Bjerk, has prepared a report analyzing traffic citations issued by the Buffalo Police Department between 2012 and 2022. I understand that his findings include: (1) significant racial disparities in the number of tickets issued, with minority individuals being more than three times as likely to receive a citation than white individuals; (2) that these racial disparities arise both within neighborhoods (i.e.,

minorities receiving more citations than whites within the same neighborhood) and across neighborhoods (i.e., more citations are issued in neighborhoods with a higher proportion of minority residents); (3) that the racial disparities across neighborhoods cannot be explained by greater crime or accidents in those neighborhoods; (4) that minorities are significantly more likely to receive multiple tickets within a single stop; and (5) that the BPD overwhelmingly located traffic checkpoints in heavily minority neighborhoods, and that this cannot be explained simply by greater crime or accidents in those neighborhoods.

Regarding traffic stop receipts where no ticket was issued, I understand that Dr. Bjerk also found that from 2020-2022. over three times as many of these stop receipts were issued in the BPD district that had the highest percent minority population than in the BPD districts that had the lowest percent minority population. Similarly, among the 80% of stop receipts for which driver race was recorded, the BPD issued almost three times as many to minority drivers compared to non-minority drivers.

Professor Bjerk's finding that that vehicle checkpoints were overwhelmingly located in heavily minority neighborhoods (and cannot be explained simply by greater crime or accidents in those neighborhoods) shows that the East Side of Buffalo, which is predominantly black (see Figure 1), was significantly impacted by Buffalo's checkpoint policies and practices. This targeted policing on the East Side of Buffalo is consistent with scholarly literature concerning how racial stereotyping of neighborhoods results in the discriminatory treatment of African Americans by the police and in other public policy areas (Spencer et. al., 2016; Anderson and Plaut, 2012).. This literature argues that racial bias is present in policing and other policy areas when geographically-targeted policy decisions are made where race is directly or indirectly associated with neighborhood contexts, particularly when there is a close relationship between

race and perceptions of disorder and crime in a target area (Anderson and Plaut, 2012). Likewise, in an in-depth analysis of police raids on the East Side of Buffalo, Phillips et. al. (2016: 216), concluded that the use of police raids was "not a truly serious" effort at crime fighting in Buffalo, and using them as "a strategic policy of crime reduction will have limited success." In short, Phillips (2016) concluded that although these BPD tactics deployed on the East Side of Buffalo subject black residents to over-policing, they do not produce a meaningful impact on crime.

Key factors in the literature are present here: as described in Opinions 1-3, the East Side of Buffalo is racially segregated, and is perceived as such by the larger community. And as Professor David Bjerk has found in his expert analysis, the advent of the Buffalo Police Department's Strike Force Unit resulted in traffic enforcement that was highly concentrated in the majority-minority areas of the City such as the East Side. The BPD also consistently ticketed minority drivers substantially more heavily than non-minority drivers throughout the period Professor Bjerk studied. His findings are consistent with the analysis of BPD drug raids in 2012 and BPD checkpoints in 2012-2013 by Phillips et al. (2016) and Wheeler and Phillips (2018).

B. The City's documented patterns of discriminatory policing are similar to the City's pattern of residential racial and educational discrimination that I have studied

As an urban historian, the targeted policing of black motorists in the City of Buffalo and on the East Side forms a nexus with residential segregation and patterns of discriminatory policies in Buffalo's housing and public schools, as discussed in Opinions 1-3. Just as those policies have been perpetuated over time by the City's actions and inactions, a similar pattern has occurred with policing in the City. Discriminatory policies related to housing, public schools, and policing have coincided, in part, because of geographically-targeted policy decisions with reference to racial stereotypes about neighborhoods (Anderson and Plaut, 2012).

Policies related to segregation and discrimination in housing were in place when the City and the BMHA made decisions about the siting of public housing and the segregation of its residents beginning in the 1930s. These policies resulted in system-wide racial segregation until the *Comer* case produced a consent decree in 1996. Yet, the implementation of that consent decree, which was designed to cure racial segregation in public housing, was slowed due to resistance from the City. The pace of change in the City's fair housing policies was similar. After decades of resistance to the adoption of a fair housing ordinance, the City finally adopted a fair housing ordinance in 2006. However, the implementation of the City's fair housing ordinance was under-resourced and under-staffed. As a result, my analysis of the City's implementation of its fair housing ordinance concluded that it was a "paper tiger" (Silverman et al., 2013). In contrast to the City's resistance to court-ordered public housing desegregation and its poor implementation of fair housing policies, the City adopted an aggressive housing demolition policy on the East Side of Buffalo in the early 2010s. This demolition policy resulted in increased levels of abandonment and disinvestment in predominantly black residential areas on the East Side of Buffalo (Yin et al., 2022). In the wake of these outcomes of the City's policy actions and inactions, the City released its *Housing Opportunities Strategy* report in 2017 as previously discussed above, which recommended a continuation of demolition, and land clearance in predominantly black neighborhoods on the East Side of Buffalo, while targeting neighborhood revitalization in predominantly white South Buffalo neighborhoods and other parts of the City (czb, 2017).

Policies related to the segregation of Buffalo's public schools followed a parallel timeline to policies related to segregation and discrimination in housing. Buffalo's public school system was segregated after years of decisions to site public school buildings in racially segregated

neighborhoods, and then to set school attendance boundaries in a manner that conformed with, and entrenched, the City's racial demographics. These conditions persisted until the mid-1970s when the *Arthur* case resulted in a court-ordered desegregation plan for the BPS. That plan was rolled out in three phases, which involved closing segregated schools, replacing them with new magnet schools, and an open enrollment system designed to racially integrate the BPS. In addition to desegregating students enrolled in the Buffalo schools, the plan included elements to create more racial integration among teachers and administrators who were assigned to schools. The courts faced resistance from the BPS, and there was sustained political opposition to school desegregation from key elected officials in City Hall, including Mayor Griffin who was in office from 1978-1993, during the period of court-supervised desegregation. This period of BPS supervision was in place from the late 1970s to the early 1990s. When it ended, the BPS cut funding for programs that were put in place to promote desegregation and the BPS returned to being highly segregated.

Similar to residential racial segregation and inequality in the public schools, the City of Buffalo has had longstanding patterns of discriminatory policing. Problems with policing in Buffalo were the central focus of research on the causes of the 1967 Buffalo race riot (Besag, 1967). These problems were also the focus of the 1971 *BUILD* case and the 1998 *United States vs. the City of Buffalo* case. Both of these cases resulted in court-supervised plans to reform BPD policies and practices related to discriminatory policing, as well as discrimination in the hiring and recruiting of black police officers. Despite the court supervision of police reform, changes in BPD policies were impeded by the persistence of a racially hostile police culture and a lack of oversight of police practices in City Hall (Goldman, 1990).

Policies of the City of Buffalo have contributed to historic patterns of discrimination on the East Side of Buffalo. As far back as *Arthur v. Nyquist*, court records reflect that City officials have taken official positions conceding that residential segregation exists on the East Side of Buffalo. As discussed in Opinion 3, there is a general consensus in Buffalo and nationally that the East Side of Buffalo is a racially segregated, predominantly black, inner-city community. Yet, the acknowledgement by public agencies, the courts, and the general public that the East Side of Buffalo is racially segregated has not led to sustained public policies, particularly within City government, that are focused on ameliorating segregation in housing and the public schools, nor has it curbed racially targeted policing practices. Instead, the City's geographically targeted housing and policing policies continue to reference and perpetuate racial segregation patterns.

## V. <u>Opinion 5</u>: Historically, racial discrimination in the City of Buffalo has not been remedied without court intervention or outside monitoring.

The patterns of City policies in areas like housing, public education, and policing suggest that absent a significant and intentional departure from historical practices, problems of racial segregation and discrimination in Buffalo will remain entrenched and unresolved. In each of these policy areas, communities have called for change but mandates for policy change by the courts or an outside agency have been the most effective way to reverse racial disparities in the City. Despite challenges that have emerged during periods of supervision by the courts and other outside agencies, these types of remedies have led to incremental reductions in racial disparities. For example, the *Comer* case led to court-ordered desegregation of public housing and a mobility counseling program for recipients of housing vouchers. Similarly, the *Arthur* case led to court-ordered desegregation of the public schools and the integration of school staff in the system. I understand that police practices expert witness Michael Gennaco's in-depth analysis of the way

that the Buffalo Police Department has responded to widespread complaints about racially biased traffic enforcement, as well as its supervision, monitoring, and training policies and practices, are fundamentally inadequate and fails to meaningfully address the risk of racially biased policing within the BPD. Similar to findings in previous court decisions discussed above, he found that BPD has no policy directive in its mission statement to prevent racial bias and that the BPD and conducts deficient and sometimes no investigations whatsoever into complaints about racial discrimination, departing from well settled accepted police practices. Specifically, I understand he found the BPD has barriers that prevent individuals from filing complaints and frequently assigns racial bias complaints to untrained field level staff. Overall, he found that the BPD fails to scope and investigate racial bias allegations, frequently does not gather the relevant evidence, conducts no, biased, and incomplete interviews, and ultimately fails to conduct objective investigations. He found no evidence the BPD analyzes the evidence it does obtain, and that it often relies on an officer's reputation to resolve complaints, while discounting complainants by relying on their criminal background. Due to these and other defects, Mr. Gennaco found that the BPD leadership fails to hold officers accountable for policy violations, including racial discrimination. In addition, Mr. Gennaco found that supervisors frequently do not report racial bias incidents or complaints, including the use of racial slurs, and have not been trained to do so. The City's other supervisory practices were largely non-existent, insufficient, and fall below accepted practices, including the BPD's absence of an early warning system and it's failure to audit or track racial disparities in ticketing or stops (despite knowledge of such disparities), complaint data, and body camera footage. Like previous cases, he found the recent measures the City has adopted related to racial bias have been ineffective, as the BPD has failed to enforce or train officers on its new Traffic Enforcement policies, fix-it tickets, or stop cards designed to

record racial data during traffic stops. In addition, Mr. Gennaco found that there was no law enforcement or safety related benefit to the City's multiple ticketing and pretextual policing policies and that these policies risk unequal traffic enforcement. Overall, he found that the BPD's practices and policies create an institutional culture whereby officers can engage in biased traffic enforcement with little concern for detection and intervention, thereby perpetuating the risk of racially biased misconduct and eroding public trust in the BPD.

Of the three areas, there has been relatively less court intervention in policing. In the absence of such intervention, racial disparities in policing have persisted in Buffalo. This is supported by the research results Professors David Bjerk and Michael Gennaco presented in their expert witness reports. It is noteworthy that Bjerk concluded that racially disparate ticketing practices continued even after 2018 when BPD's checkpoints program was put on hiatus and that BPD targets both minority neighborhoods and minorities for traffic stops where no tickets are issued at disproportionate rates compared to non-minority neighborhoods and non-minorities.. This suggests that the City's policing practices continue to produce disparate impacts for black residents, whether targeted in predominantly black neighborhoods or citywide.

I understand that police practices expert witness Michael Gennaco's in-depth analysis of the way that the Buffalo Police Department has responded to widespread complaints about racially biased traffic enforcement, as well as its supervision, monitoring, and training policies and practices, are fundamentally inadequate and fails to meaningfully address the risk of racially biased policing within the BPD. Similar to findings in previous court decisions discussed above, he found that BPD has no policy directive in its mission statement to prevent racial bias and that the BPD and conducts deficient and sometimes no investigations whatsoever into complaints about racial discrimination, departing from well settled accepted police practices. Specifically, I

understand he found the BPD has barriers that prevent individuals from filing complaints and frequently assigns racial bias complaints to untrained field level staff. Overall, he found that the BPD fails to scope and investigate racial bias allegations, frequently does not gather the relevant evidence or review video and body camera footage, conducts no, biased, and incomplete interviews, and ultimately fails to conduct objective investigations. He found no evidence the BPD analyzes the evidence it does obtain, and that it often relies on an officer's reputation to resolve complaints, while discounting complainants by relying on their criminal background. Due to these and other defects, Mr. Gennaco found that the BPD leadership fails to hold officers accountable for policy violations, including racial discrimination. In addition, Mr. Gennaco found that supervisors frequently do not report racial bias incidents or complaints, including the use of racial slurs, and have not been trained to do so. The City's other supervisory practices were largely non-existent, insufficient, and fall below accepted practices, including the BPD's absence of an early warning system and it's failure to audit or track racial disparities in ticketing or stops (despite knowledge of such disparities), complaint data, and body camera footage. Like previous cases, he found the recent measures the City has adopted related to racial bias have been ineffective, as the BPD has failed to enforce or train officers on its new Traffic Enforcement policies, fix-it tickets, or stop cards designed to record racial data during traffic stops. In addition, Mr. Gennaco found that there was no law enforcement or safety related benefit to the City's multiple ticketing and pretextual policing policies and that these policies risk unequal traffic enforcement. Overall, he found that the BPD's practices and policies create an institutional culture whereby officers can engage in biased traffic enforcement with little concern for detection and intervention, thereby perpetuating the risk of racially biased misconduct and eroding public trust in the BPD.

These facts, along with historical trends, bolster my conclusion that a period of court supervision and monitoring in Buffalo is needed to prompt the adoption of policies to reduce racial discrimination and bias in policing, as was the case with housing and the public schools.

5/29/2024

_____

(Date)



(Signature)

# APPENDIX A

**Curriculum Vitae**
of
**Robert Mark Silverman**
May 2024

**Office Address:**

> University at Buffalo
> Department of Urban and Regional Planning
> Office Location: 329 Hayes Hall
> Mailing Address: Hayes Hall
> Buffalo, NY 14214-8030

**Telephone:**

> Voice: (716) 829-5882
> Fax: (716) 829-3256

**E-Mail:**

> rms35@buffalo.edu

**Education:**

> Ph.D., Urban Studies, University of Wisconsin-Milwaukee, 1997
>
> > Dissertation Title: "Doing business in minority markets: Black and Korean entrepreneurs in Chicago's ethnic beauty aids industry."
>
> M.P.A., Public Administration, Arizona State University, 1991
>
> B.S., Political Science, Magna Cum Laude, Arizona State University, 1989

**Employment History:**

***Faculty Positions:***

> University at Buffalo, Professor, Department of Urban and Regional Planning, August 2014-.
>
> University at Buffalo, Co- Director of Graduate Studies, Department of Urban and Regional Planning, August 2022.
>
> University at Buffalo, PhD Program Director, Department of Urban and Regional Planning, August 2014-May 2017 and January 2019-January 2021.
>
> University at Buffalo, Associate Professor (tenured August 2004), Department of Urban and Regional Planning, August 2003-July 2014.

Wayne State University, Associate Professor (tenured), Department of Sociology, August 2003.

Wayne State University, Assistant Professor, Department of Sociology, August 2000-July 2003.

Jackson State University, Assistant Professor, Department of Urban and Regional Planning, August 1998-May 2000.

University of Wisconsin-Milwaukee, Lecturer, Department of Sociology, August 1995-September 1996, and August 1997-May 1998.

University of Wisconsin-Parkside, Lecturer, Department of Sociology/Anthropology, September 1996-December 1996, and August 1997-December 1997.

University of Wisconsin-Milwaukee, Teaching Assistant, Department of Sociology, August 1994-May 1995.

*Research Positions:*

University at Buffalo, Affiliated Faculty, University at Buffalo Center for Cannabis and Cannabinoid Research (CeCaR), July 2021-.

University at Buffalo, Affiliate Research Associate, Buffalo Center for Social Research, May 2007-2022.

University at Buffalo, Senior Research Fellow, Center for Urban Studies, August 2003-.

University of Wisconsin-Milwaukee, Research Associate, Small Business Development Center, April 1995-September 1995.

University of Wisconsin-Milwaukee, Research Analyst I, Urban Studies Program, June 1994-August 1994.

University of Wisconsin-Milwaukee, Project Assistant, Urban Studies Program/Center for Economic Development, August 1992-May 1994.

**Honors and Awards:**

2014-2015 *Urban Education,* outstanding reviewer award.

2014 Article of the Year Award, *Leadership and Policy in Schools*, *"*Urban, suburban and rural contexts of school districts and Neighborhood revitalization strategies: Rediscovering equity in education policy and urban planning.*"*

2012 Emerald Literati Network, Highly Commended Article Award, *International Journal of Public Sector Management*, "The effects of perceived funding trends on nonprofit advocacy: A national survey of nonprofit advocacy organizations in the United States."

2009 Scott Greer Award for Postgraduate Achievement in the Study of Urban Social Institutions

2008 Community Development Society, Outstanding Program Award (with Frida Ferrer, Jacqueline Hall, Jeff Kujawa, Kelly Patterson, and Henry Taylor)

1992 Outstanding Graduate, Arizona State University, College of Public Programs

**Professional Memberships:**

Association for Community Organizing and Social Administration (ACOSA)
American Planning Association (APA)
Association of Collegiate Schools of Planning (ACSP)
Urban Affairs Association (UAA)

**Grant Support:**

Co-Investigator, "Neighborhood impacts of recreational cannabis legalization: A spatial and sentimental analysis of physical and cyber spaces," Baldy Center Small Grant, 2023-2024, The Baldy Center for Law & Social Policy, University at Buffalo ($5,000).

Principal Investigator, "Some public housing authorities (PHAs) get it right: successful implementation of the U.S. Department of Housing and Urban Development's (HUD's) small area fair market rent (SAFMR) rule," Baldy Center Small Grant, 2021-2022, The Baldy Center for Law & Social Policy, University at Buffalo ($5,000).

Principal Investigator, "Who lives in the worst government subsidized housing?: A demographic analysis of residential patterns in U.S. Department of Housing and Urban Development (HUD) properties." 2019-20 Baldy Center Research Grant, The Baldy Center for Law & Social Policy ($2,400).

Co-Investigator, "Small area fair market rents (SAFMRs): Best practices and the scope of institutional and community support for their expansion," Poverty Race & Research Action Council (PRRAC) 2018-2019, ($10,000).

Principal Investigator, "Turning the American dream into commercial rental property: The effects of single-family rental (SFR) real estate investment trusts (REITs) on Nashville's suburbs." 2017-18 Baldy Center Research Grant, The Baldy Center for Law & Social Policy, University at Buffalo ($2,400).

Co-Investigator "Turning the Corner." Ralph C. Wilson, Jr. Foundation. ($70,000).

Principal Investigator, "Model Community Benefits Agreements (CBAs): An Emerging Tool for Negotiating Equitable Development." 2016-17 Baldy Center Research Grant, The Baldy Center for Law & Social Policy, University at Buffalo ($2,000).

Co-Investigator, "Anchor Institutions and Neighborhood Revitalization Policy: The Use of Linked Development Agreements (DAs) and Community Benefit Agreements (CBAs) in Shrinking Cities." 2014-15 Baldy Center Research Grant, The Baldy Center for Law & Social Policy, University at Buffalo ($3,996).

Principal Investigator, "Sustainable Affordable Housing in Shrinking US Cities: Developing an Analytic Tool for Siting Subsidized Housing and Evaluating HUD Program Outcomes" HUD, FY2013 Sustainable Communities Research Grant ($124,897).

Principal Investigator, "Evaluating the Implementation of Fair Housing Policy by the City of Buffalo, NY" 2012 Sydney S. Spivack Community Action Research Initiative (CARI) Grant, ($2,994.50).

Principal Investigator, ""Evaluation of the Implementation of the Plan to Remove Impediments to Fair Housing in the City of Buffalo"" Baldy Center Small Research Grant 2011-2012, The Baldy Center for Law & Social Policy, University at Buffalo ($999).

Co-Investigator, "BMHA Choice Neighborhood Planning Grant" 2011-2013 (sub-award for the BMHA application for funding), ($249,902)

Principal Investigator, "Developing Planning and Policy Strategies for a Small American Indian Nation: The Case of the Unkechaug Nation" Baldy Center Small Research Grant 2010-2011, The Baldy Center for Law & Social Policy, University at Buffalo ($999).

Principal Investigator, "*Fair and Affordable Housing Policy in the US: Trends, Outcomes, Future Directions*," Baldy Center Small Research Grant 2009-2010, The Baldy Center for Law & Social Policy, University at Buffalo ($1,000).

Principal Investigator, "Fair Housing in the U.S. Real Estate Industry: An Analysis of Minority Real Estate Professionals' Perceptions," 2009-2010 UB2020 Scholars Fund, University at Buffalo ($12,154).

Principal Investigator, "The Effects of Perceived Funding Trends on Nonprofit Advocacy and Civic Engagement: A National Survey of Organizations Serving African-American and Latino Communities," Baldy Center Annual Research Grant 2008-2009, The Baldy Center for Law & Social Policy, University at Buffalo ($4,639).

Principal Investigator, "Association for Research on Nonprofit Organizations and Voluntary Action (ARNOVA) 2009 Annual Conference Paper Presentation*,*" Individual Development Award, State of New York/United University Professions Joint Labor-Management Committees, 2008-2009 ($549).

Co-Principal Investigator*, "Analysis of Impediments for Fair Housing Choice.* Erie County Urban County Consortium. 2007-2008 ($56,634.45).

Principal Investigator, "Community-Based Organizations (CBOs) and Affordable Housing: A National Survey of Local Public Administrators," Baldy Center Small Grant 2006-2007, The Baldy Center for Law & Social Policy, University at Buffalo ($1,000).

Co-Principal Investigator, "University at Buffalo Neighborhood Transformation Community Outreach Partnership Center (UBNT-COPC)," United Stated Department of Housing and Urban Development (HUD), 2005-2008 ($359,050).

Principal Investigator, *"Special Issue of Community Development: Journal of the Community Development Society,"* Individual Development Award, State of New York/United University Professions Joint Labor-Management Committees, 2006-2007 ($284).

Principal Investigator, "Housing Service Agency Structural Definition Report," Buffalo Branch, Federal Reserve Bank of New York, 2005 ($48,966).

Principal Investigator, "Public Participation on the Border: A Comparative Analysis of the Niagara Region's Municipalities in Canada and the United States," Canadian-American Studies Research Grant, 2004-2005, The Canadian-American Studies Committee, University at Buffalo ($500).

Principal Investigator, "Community-Based Organizations (CBOs) and Citizen Participation in Buffalo, New York," Baldy Center Small Grant, 2004-2005, The Baldy Center for Law & Social Policy, University at Buffalo ($1,000).

Principal Investigator, "Metro Detroit Lending Analysis," Summer Faculty Research Support Award, 2003-2004, State Policy Center, College of Urban Labor and Metropolitan Affairs, Wayne State University ($11,843).

Principal Investigator, "Metro Detroit Lending Analysis," University Research Grant Program, 2002-2003, Wayne State University ($4,500).

Principal Investigator, "Citizen Participation in Detroit, Michigan: An Analysis of Citizens District Councils," Humanities Center Resident Scholar, Fall 2002, Wayne State University ($400).

Principal Investigator, "Citizen Participation in Detroit, Michigan: An Analysis of Citizens District Councils," College of Liberal Arts Research & Inquiry Grant, 2002, Wayne State University ($3,000).

Principal Investigator, "Community Development Power Structure: Organizational Networks, Social Capital and Citizen Participation in Detroit's CDCs," University Research Grant Program - 2000-2001, Wayne State University ($7,000).

**Grants Under Review:**

Co-Investigator, NIMHD Specialized Centers of Excellence on Minority Health and Health Disparities Grant, "Igniting Hope in Buffalo New York Communities: Training the Next Generation of Health Equity Researchers," US Department of Health and Human Services, National Institute of Health (NIH). Submitted August 2023 ($4.025 million).

PI, Resilient Energy Economies (REE), Strategies to Support Fossil Fuel-Dependent Regions Grant, "Planning and Implementation of the Justice40 Initiative Goals by Clean Hydrogen Hub (H2Hub) grantees." Preproposal submitted May 2024 ($100,000).

**Publications:**

***Books:***

Silverman, R.M. and Patterson, K.L. (2022). *Qualitative research methods for community development, 2nd Edition.* New York: Routledge.

Silverman, R.M., Patterson, K.L., Yin, L., Ranahan, M., Wu, L. (2016). *Affordable housing in US shrinking cities: From neighborhoods of despair to neighborhoods of opportunity?* Bristol: Policy Press.

Reviews of *Affordable housing in US shrinking cities*:

Reviewed by Justin Hollander. 2018. *Town Planning Review,* 89(1): 92-93.

Reviewed by Magda Maaoui. 2017. *Lectures,* December: 1-4.

Silverman, R.M. and Patterson, K.L. (2015). *Qualitative research methods for community development.* New York: Routledge.

Reviews of *Qualitative research methods for community development*:

Reviewed by Roger Bolton. 2015. *Journal of Regional Science,* 55(4): 682-684.

Silverman, R.M. (2000). *Doing business in minority markets: Black and Korean entrepreneurs in Chicago's ethnic beauty aids industry*. New York: Garland Publishing.

Reviews of *Doing business in minority markets: Black and Korean entrepreneurs in Chicago's ethnic beauty aids industry:*

Reviewed by Robert L. Boyd. 2003. *Critical Sociology,* 29(1):89-92.

***Edited Books:***

Santiago, A.M., Patterson, K. and Silverman, R.M. (2023). *Beyond lip service: Bringing racial justice to black and brown communities*. New York, Routledge.

Patterson, K.L. and Silverman R.M., eds. (2013) *Schools and urban revitalization: Rethinking institutions and community development.* New York: Routledge.

Reviews of *Schools and urban revitalization: Rethinking institutions and community development.*

Reviewed by Stephanie Sweeney. 2016. *Journal of Urban Affairs*: Early 38(3): 468-470.

Reviewed by Harold Henderson. 2015. *Planning,* 81(1): 56.

Reviewed by Sol Gamsu. 2015. Environment and Planning B, 42: 379-380.

Silverman, R.M. and Patterson, K.L., eds. (2012). *Fair and affordable housing in the US: Trends, outcomes, future directions (paperback)*. Chicago: Haymarket Books

Silverman, R.M. and Patterson, K.L., eds. (2011). *Fair and affordable housing in the US: Trends, outcomes, future directions (hardcover)*. Boston: Brill.

> Reviews of *Fair and affordable housing in the US: Trends, outcomes, future directions*.

>> Reviewed by Deirdre Oakley. 2013. *Journal of Urban Affairs* 35(2): 250-251.

>> Reviewed by Katrin B. Anacker. 2012. *International Journal of Housing Policy* 12(4): 506-509.

Silverman, R.M., ed. (2004). *Community-based organizations: The intersection of social capital and local context in contemporary urban society*. Detroit: Wayne State University Press.

> Reviews of *Community-based organizations: The intersection of social capital and local context in contemporary urban society:*

>> Reviewed by Brian Holland. 2006. *American Review of Public Administration 36(1):115-119.*

>> Reviewed by Mark Edward Braun. 2006. *Critical Sociology 32(2/3):561-563.*

>> Reviewed by Michael Gecan. 2005. *Economic Development Quarterly 19(3):289-290.*

>> Reviewed by Sarah Elwood. 2005. *Journal of Regional Science 45(1):269-271.*

>> Reviewed by Theresia Williams. 2005. *Community Development: Journal of the Community Development Society 37(1):90-91.*

>> Reviewed by Richardson Dilworth. 2005. *Journal of Planning Education and Research 24(3):457-459.*

>> Reviewed by Michael Kuchinsky. 2004. *Newsletter of the ASPA Organized Section on Religion and Politics 21(1):12.*

***Edited Journal Volumes:***

Edited Journal Volume. (Forthcoming). "Cannabis Legalization in the United States: Public Policy, Social Welfare, and Public Health Implications," *Societies/Social Sciences/Sustainability*.

Edited Journal Volume. (2021). "Beyond lip service: Bringing racial justice to black and brown communities," *Journal of Community Practice,* 29(4).

Edited Journal Volume. (2020). "Special issue on promoting social justice and equity in shrinking cities," *Journal of Urban Affairs*, 42(3).

Edited Journal Volume. (2018). "Special issue on community development for equity and empowerment," *Societies*, 8(4).

Edited Journal Volume (Co-Editors Patterson, K.L. and Santiago, A.M.). (2015). "Moving beyond the great recession: Innovative programmatic and policy responses to poverty," *Journal of Community Practice,* 23(3/4).

Edited Journal Volume (Co-Editor Patterson, K.L.). (2013). "Special issue on urban education and neighborhood revitalization," *Journal of Urban Affairs,* 35(1).

Edited Journal Volume (Co-Editor Patterson, K.L). (2012). "Themed issue on inner-city empowerment and revitalization," *Community Development,* 43(4).

Silverman, R.M., ed. (2006). "Special issue on participation," *Community Development,* 37(4).

Silverman R.M., ed. (2002). "Special issue on social capital and community," *International Journal of Sociology and Social Policy,* 22(9/10).

### *Refereed Journal Articles:*

Yin, L., Yin F, and Silverman R.M. (2024) "Rethinking Demolition Plans to Fight Neighborhood Blight in Shrinking Cities: Using Agent-based Policy Simulations" *Cities,* Online First.

Yin, L., Yin, F. and Silverman, R.M. (2023). Spatial clustering of property abandonment a in shrinking cities: A case study of targeted demolition in Buffalo, NYs African American neighborhoods. *Urban Geography*, 44(10): 2251-2270.

Silverman, R.M., Patterson, K.L. and Williams, S. (2023). *"*Don't fear the reefer?: The social equity and community planning implications of New York's recreational cannabis law on underserved communities.*" Journal of Policy Practice and Research*, Online First.

Silverman, R.M., Patterson, K.L., Wang, C. (2022). Housing choice vouchers (HCVs) on the geographic, socio-economic, and public policy periphery: A critical case study of blocked mobility in the city of San Diego, CA, *Critical Sociology*, 48(2): 341-360.

Patterson, K.L., Santiago, A.M., Silverman, R.M. (2021). The enduring backlash against racial justice in the United States: Mobilizing strategies for institutional change, *Journal of Community Practice*, 29(4): 334-344.

Patterson, K.L., Silverman, R.M., Wang, C. (2021). It's not always sunny in San Diego for Housing Choice Voucher (HCV) holders: The reproduction of racial and socioeconomic segregation under the *Choice Communities Initiative*, *Journal of Policy Practice and Research,* 2(2): 76-89.

Silverman, R.M., Patterson, K.L., Wang, C. (2021). Questioning stereotypes about site-based subsidized housing, *International Journal of Housing Markets and Analysis*, 14(3): 613-631.

Yin, L., Patterson, K., Silverman, R., Wu, L., and Zhang, H. (2020). Neighborhood accessibility and walkability of subsidized housing in shrinking U.S. Cities, *Urban Studies*, Online First.

Yin, L., Zhang, H., Patterson, K., Silverman, R. M., and Wu, L. (2020). Walkability, safety, and housing values in Shrinking cities: A Spatial Hedonic Study in Buffalo, NY, Pittsburgh, PA, and Detroit, MI. *Urban Planning and Development,* 146(3): 040200029.

Silverman, R.M. (2020). Rethinking shrinking cities: Peripheral dual cities have arrived, *Journal of Urban Affairs*, 42(3): 294-311.

Silverman, R.M., Taylor, H.T., Yin, L., Miller, C. and Buggs, P. (2020). Are we still going through the *empty ritual of participation*?: Inner-city residents' and other grassroots stakeholders' perceptions of public input and neighborhood revitalization in Buffalo, NY. *Critical Sociology,* 46(3): 413-428.

Patterson, K.L. and Silverman, R.M. (2019) The best-laid plans often go awry: An analysis of the implementation of small area fair market rents (SAFMRs), *Cityscape*, 21(3): 125-158.

Silverman, R.M., Taylor, H.T., Yin, L., Miller, C. and Buggs, P. (2019). Place making as a form of place taking: Residential displacement and grassroots resistance to institutional encroachment in Buffalo, New York. *Journal of Place Management and Development,* 12(4): 566-580.

Silverman, R.M., Taylor, H., Yin, L., Miller, C. and Buggs, P. (2019) There Goes Our Family Friendly Neighborhood: Residents' Perceptions of Institutionally Driven Inner-City Revitalization in Buffalo, NY. *Journal of Community Practice,* 27(2): 168-187.

Silverman, R.M., Taylor, H.T., Yin, L., Miller, C. and Buggs, P. (2018) Perceptions of Residential Displacement and Grassroots Resistance to Anchor Driven Encroachment in Buffalo, NY. *Urbanities*, 8.2: 79-86.

Chilton, K., Silverman, R.M., Chaudhrey, R. and Wang, C. (2018) The Impact of Single-Family Rental REITS on Regional Housing Markets: A Case Study of Nashville, TN. *Societies*, 8(4): 93.

Belongie, N. and Silverman, R.M. (2018). Model CBAs and Community Benefits Ordinances as Tools for Negotiating Equitable Development: Three Critical Cases, *Journal of Community Practice*, 26(3): 308-327.

Silverman, R.M., Yin, L. and Patterson, K.L. (2017) "Siting affordable housing in neighborhoods of opportunity: An assessment of HUD's affirmatively furthering fair housing mapping tool," *Journal of Community Practice:* 25(2): 143-158.

Patterson, K.L., Ranahan, M., Silverman, R.M. and Yin, L. (2017) Community Benefit Agreements (CBAs): A Typology for Shrinking Cities. *International Journal of Sociology and Social Policy*, 37(3/4): 241-247.

Silverman, R.M. (2016) Urban policy without broaching the topic of race, really?: Response to David Imbroscio's "Urban policy as meritocracy: A critique." *Journal of Urban Affairs*, 38(1): 105-109.

Patterson, K.L., Silverman, R.M, Yin, L. and Wu, L. (2016) Neighborhoods of opportunity: Developing an operational definition for planning and policy implementation. *Journal of Public Management and Social Policy*, 22(3): 142-153.

Silverman, R.M, Patterson, K.L., Yin, L. and Wu, L. (2015) Neighborhood characteristics and the location of HUD subsidized housing in shrinking cities: An analysis to inform anchor-based urban revitalization strategies. *Community Development*, 46(5): 632-651.

Yin, L. and Silverman, R.M. (2015). Housing abandonment and demolition: Exploring the use of micro-level and multi-year models. *ISPRS International Journal of Geo-Information*, 4: 1184-1200.

Silverman, R.M., Patterson, K.L. and Yin, L. (2015). Municipal property acquisition patterns in a shrinking city: Evidence for the persistence of an urban growth paradigm in Buffalo, NY. *Cogent Social Sciences*, 1: 1012973.

Silverman, R.M. (2014). Urban, suburban and rural contexts of school districts and Neighborhood revitalization strategies: Rediscovering equity in education policy and urban planning. *Leadership and Policy in Schools*, 13(1): 3-27.

Silverman, R.M., Lewis, J. and Patterson, K.L. (2014). William Worthy's concept of 'institutional rape' revisited: Anchor institutions and residential displacement in Buffalo, NY. *Humanity & Society,* 38(2): 158-181.

Silverman, R.M., Patterson, K.L. and Lewis, J. (2013). Chasing a paper tiger: Evaluating Buffalo's analysis of impediments to fair housing choice. *Current Urban Studies*, 1(3): 28-35.

Silverman, R.M., Yin, L. and Patterson, K.L. (2013). Dawn of the dead city: An exploratory analysis of vacant addresses in Buffalo, NY 2008-2010. *Journal of Urban Affairs*, 35(2):131-152.

Silverman, R.M. (2013). Making waves or treading water?: An analysis of charter schools in New York State. *Urban Education*, 48(2): 257-288.

Silverman, R.M. (2012). The nonprofitization of public education: Implications of requiring charter schools to be nonprofits in New York. *Nonprofit Policy Forum*, 3(1).

Silverman, R.M. and Patterson, K.L. (2012). The four horsemen of the fair housing apocalypse: A critique of fair housing policy in the USA. *Critical Sociology*, 38(1): 123-140.

Silverman, R.M. and Patterson, K.L. (2011). A case for expanding nonprofit activities in affordable housing: An analysis of low-income housing tax credit outcomes 1987-2006, *Journal of Public Management and Social Policy,* 17(1): 33-48.

Silverman, R.M. and Patterson, K.L. (2011). The effects of perceived funding trends on nonprofit advocacy: A national survey of nonprofit advocacy organizations in the United States, *International Journal of Public Sector Management,* 24(5): 435-451.

Silverman, R.M. (2011). Black real estate professionals' perceptions of career opportunities: The economic detour redux, *Review of Black Political Economy,* 38(2): 145-163.

Patterson, K.L. and Silverman, R.M. (2011). How local public administrators, nonprofit providers and elected officials perceive impediments to fair housing in the suburbs: An analysis of Erie County, New York, *Housing Policy Debate,* 21(1): 165-188.

Silverman, R.M. (2011). How unwavering is support for the local property tax?: Voting on school district budgets in New York, 2003-2010. *Journal of Education Finance,* 36(3): 294-311.

Silverman, R.M. (2009). Nonprofit perceptions of local government performance in affordable housing, *International Journal of Housing Markets and Analysis,* 2(3): 253-262.

Silverman, R.M. (2009). Perceptions of nonprofit funding decisions: A survey of local public administrators and executive directors of community-based housing organizations (CBHOs), *Public Organization Review*, 9(3): 235-246.

Silverman, R.M. (2009). Sandwiched between patronage and bureaucracy: The plight of citizen participation in community-based housing organizations (CBHOs), *Urban Studies,* 46(1): 3-25

Silverman, R.M. (2008). CBOs and affordable housing, *National Civic Review,* 97(3): 26-31.

Silverman, R.M. (2008). The influence of nonprofit networks on local affordable housing funding: Findings from a national survey of local public administrators. *Urban Affairs Review,* 44(1): 126-141.

Silverman, R.M. (2008). Mortgage lending disparities in metropolitan Buffalo: Implications for community reinvestment policy, *Journal of Regional Analysis and Policy,* 38(1): 36-44.

Silverman, R.M, Taylor, H.L. Jr. and Crawford, C.G. (2008). The role of citizen participation and action research principles in Main Street revitalization: An analysis of a local planning project, *Action Research,* 6(1): 69-93.

Patterson, K.L. and Silverman R.M. (2007). "Building a better neighborhood housing partnership. *Housing and Society,* 34(2): 187-211.

Silverman, R.M. (2006). Central city socio-economic characteristics and public participation strategies: A comparative analysis of the Niagara region's municipalities in the U.S. and Canada, *International Journal of Sociology and Social Policy,* 28(3/4): 138-153.

Silverman, R.M. (2005). Caught in the middle: Community development corporations (CDCs) and the conflict between grassroots and instrumental forms of citizen participation, *Community Development,* 36(2): 35-51.

Silverman, R.M. (2005). Community socioeconomic status and disparities in mortgage lending: An analysis of metropolitan Detroit, *The Social Science Journal,* 42(3): 479-486.

Silverman, R.M. (2005). Redlining in a majority black city?: Mortgage lending and the racial composition of Detroit neighborhoods, *The Western Journal of Black Studies,* 29(1): 531-541.

Silverman, R.M. (2003). Progressive reform, gender, and institutional structure: A critical analysis of citizen participation in Detroit's community development corporations (CDCs), *Urban Studies,* 40(13): 2731-2750.

Silverman, R.M. (2003). Citizens' district councils in Detroit: The promise and limits of using planning advisory boards to promote citizen participation, *National Civic Review,* 92(4): 3-13.

Silverman, R.M. (2002). Vying for the urban poor: Charitable organizations, faith-based social capital, and racial reconciliation in a Deep South city, *Sociological Inquiry,* 72(1): 151-165.

Silverman, R.M. (2001). Neighborhood characteristics, CDC emergence and the community development industry system: A case study of the American Deep South, *Community Development Journal,* 36(3): 234-245.

Silverman, R.M. (2001). CDCs and charitable organizations in the urban South: Mobilizing social capital based on race and religion for neighborhood revitalization, *Journal of Contemporary Ethnography,* 30(2): 240-268.

Silverman, R.M. (1999). Ethnic solidarity and black business: The case of ethnic beauty aids distributors in Chicago, *American Journal of Economics and Sociology,* 58(4): 829-841.

Silverman, R.M. (1999). Black business, group resources, and the economic detour: Contemporary black manufacturers in Chicago's ethnic beauty aids industry, *Journal of Black Studies,* 30(2): 232-258.

Silverman, R.M. (1998). Middleman minorities and sojourning in black America: The case of Korean entrepreneurs on the South Side of Chicago, *Sociological Imagination,* 35(2/3): 159-181.

Silverman, R.M. (1998). The effects of racism and racial discrimination on minority business development: The case of black manufacturers in Chicago's ethnic beauty aids industry, *Journal of Social History,* 31(3): 571-597.

***Chapters in Books:***

Patterson, K., Santiago, A.M. and Silverman, R.M. (2023). The enduring backlash against racial justice in the United States: Mobilizing strategies for institutional change. Pp. (1-11), in *Beyond lip service: Bringing racial justice to black and brown communities*, edited by Anna Maria Santiago, Kelly Patterson and Robert Mark Silverman, New York, Routledge.

Silverman, R.M. (2021). Caught in the middle: Community development corporations (CDCs) and the conflict between grassroots and instrumental forms of citizen participation, Pp. 209-226, in *50 years of community development volume II: A history of its evolution and application in North America*, edited by Norman Walzer, Rhonda Phillips and Robert Blair, New York: Routledge.

Silverman, R.M., Yin, L. and Taylor, H.L. (2020). Managing competing interests in the public participation process: Lessons from an analysis of residential displacement in Buffalo New York's transitioning neighborhoods. Pp. 211-223, in *Research handbook on community development*, edited by Rhonda Phillips, Eric Trevan and Patsy Kraeger, Cheltenham: Edward

Elgar Publishing.

Patterson, K.L., Ranahan, M., Silverman, R.M. and Nochajski, T.H. (2018). Community development through participatory, engaged, and critical analysis. Pp. 248-264, in *Community development and public administration theory: Promoting democratic principles to improve communities*, edited by Ashley Nichols and Jason Rivera, New York: Routledge.

Patterson, K.L., Ranahan, M., Silverman, R.M. and Yin, L. (2016). Public Engagement, Governance, and the Pursuit of Equity in Contemporary Urban Revitalization: Community Benefits Agreements (CBAs) with Public versus Nonprofit Developers. Pp. 317-336. in *Critical Reflections on Interactive Governance*, edited by Jurian Edelenbos & Ingmar van Meerkerk. UK: Edward Elgar Publishing.

Silverman, R.M. (2014). Qualitative research methods. Pp. 140-156. in *The Routledge handbook of planning research methods*, edited by Elisabete Silva, Patsy Healey, Neil Harris and Pieter Van den Broeck. RTPI Library Series, New York: Routledge.

Patterson, K.L. and Silverman, R.M. (2013). Institutions and the new normal for community development. Pp 3-13. in *Schools and urban revitalization: Rethinking institutions and community development,* edited by Kelly L. Patterson and Robert Mark Silverman, New York: Routledge.

Silverman, R.M. (2013). Anchoring community development to schools and neighborhoods: A renewed tradition of putting people first. Pp 14-27 in *Schools and urban revitalization: Rethinking institutions and community development,* edited by Kelly L. Patterson and Robert Mark Silverman, New York: Routledge.

Silverman, R.M., Patterson, K.L. and Taylor, H.L. Jr. (2012). Including voices of the excluded: Lessons from Buffalo, NY. Pp. 61-86 in *Deliberations on community development: Balancing on the edge,* edited by J. Peter Rothe and Linda Carroll Dejan Ozegovic. New York, NY: Nova Science Publishers.

Silverman, R.M. and Patterson, K.L. (2011). Making housing policy fairer and more affordable in the U.S. Pp. 1-17 in *Fair and affordable housing in the US: Trends, outcomes, future directions*, edited by Robert Mark Silverman and Kelly L. Patterson. Brill Series: Studies in Critical Social Sciences.

Silverman, R.M. (2011). Fair housing in the U.S. real estate industry: perceptions of black real estate professionals. Pp. 67-88 in *Fair and affordable housing in the US: Trends, outcomes, future directions*, edited by Robert Mark Silverman and Kelly L. Patterson. Brill Series: Studies in Critical Social Sciences.

Silverman, R.M. (2004). Neighborhood characteristics, community development corporations and the community development industry system: A Case study of the American Deep South." Pp.139-146, in *The urban community reader*, edited by W. Allen Martin. Upper Saddle River, NJ: Prentice Hall.

Silverman, R.M. (2004). Introduction: Social capital and community development. Pp. 1-15 in *Community-based organizations: The intersection of social capital and local context in contemporary urban society*, edited by Robert Mark Silverman. Detroit: Wayne State University Press.

Silverman, R.M. (2004). Community development corporations (CDCs) in the Deep South: The interaction of social capital, community context and organizational networks. Pp. 125-146 in *Community-based organizations: The intersection of social capital and local context in contemporary urban society*, edited by Robert Mark Silverman. Detroit: Wayne State University Press.

Silverman, R.M. and Patterson, K.L. (2004). Paradise lost: Social capital and the emergence of a homeowners association in a suburban Detroit neighborhood. Pp. 67-84 in *Community-based organizations: The intersection of social capital and local context in contemporary urban society*, edited by Robert Mark Silverman. Detroit: Wayne State University Press.

Silverman, R.M. (1998). Race, consumer characteristics, and hiring preferences: The South Side of Chicago. Pp. 159-179 in *Research in community sociology, volume 8,* edited by Dan A. Chekki. Greenwich: JAI Press.

*Book Reviews:*

"Teresa Irene Gonzales, *Building a better Chicago: Race and community resistance to urban redevelopment*. New York: NYU Press," in *Journal of Urban Affairs*, 44.6: 901-904, 2022.

"Joel Rast, *The Origins of the Dual City: Housing, Race, and Redevelopment in Twentieth-Century Chicago*. Chicago: University of Chicago Press, 2019," in *Urban Geography*, 41(4): 632-634, 2020.

"Norman Krumholz and Kathryn Wertheim Hexter, *Advancing Equity Planning Now*. Ithaca: Cornell University Press, 2018," in *Journal of Planning Education and Research*, Online First: 2019.

"Douglas S. Massey, Len Albright, Rebecca Casciano, Elizabeth Derickson and David N. Kinsey, *Climbing Mount Laurel: The struggle for affordable housing and social mobility in an American suburb.* Princeton: Princeton University Press, 2013," in *Journal of Urban Affairs,* 37(5): 2015: 449-650.

"Carolyn T. Adams, *From the outside in: Suburban elites, Third Sector organizations, and the reshaping of Philadelphia*. Ithaca: Cornell University Press, 2014," in *Social Service Review*, 89(3): 2015: 564-568.

"Lang, Robert E. and Jennifer B. LeFurgy. *Boomburbs: The rise of America's accidental cities.* Washington, DC: Brookings Institution Press, 2007," in *Community Development,* 42(3): 2011: 429-431.

"Blokland, Talja and Mike Savage, eds. *Networked urbanism: Social capital in the city*, Aldershot, UK: Ashgate Publishing Limited, 2008," in *Contemporary Sociology* 38(3): 2009: 283-284.

"Nicole P. Marwell. *Bargaining for Brooklyn: Community organizations in the entrepreneurial city*. Chicago, IL: University of Chicago Press, 2007," in *Contemporary Sociology* 37(4), 2008: 326-327.

"Sue, Valerie M. and Lois A. Ritter. *Conducting online surveys.* Thousand Oaks, CA: Sage Publications, 2007," in *Community Development,* 39(1), 2008: 121-122.

"Kotler, Milton. *Neighborhood politics: The local foundations of political life.* New York, NY: Lexington Books, 2005," in *Community Development,* 38(3), 2007: 106-107.

"Bonds, Michael. *Race, politics, and community development funding: The discolor of money.* Binghamton, New York: The Haworth Social Work Practice Press, 2004," in *Community Development,* 38(2), 2007:100-101.

"Johnson, Valierie, *Black power in the suburbs: The myth or reality of African American suburban political incorporation.* Albany, NY: State University of New York Press, 2002," in *Urban Affairs Review* 39(2), 2003: 273-275.

"Bates, Timothy, *Race, self-employment and upward mobility: An illusive American dream.* Washington, DC; The Woodrow Wilson Center Press, and Baltimore: The Johns Hopkins University Press, 1998; and, Servon, Lisa J., *Bootstrap capital: microenterprises and the American poor.* Washington DC: Brookings, Institution Press, 1999," in *Journal of Urban Affairs* 25(2), 2003: 247-249.

"Allahyari, Rebecca Anne, *Visions of charity: Volunteer workers and moral community.* Berkeley: University of California Press, 2000; and, Poppendieck, Janet, *Sweet charity: Emergency food and the end of entitlement.* New York: Penguin Books, 1998," in *Qualitative Sociology* 25(1), 2002: 159-163.

"Anderson, Elijah and Douglas S. Massey, eds. 2001. *Problem of the century: Racial stratification in the United States.* New York: Russell Sage Foundation," in *Contemporary Sociology* 31(5), 2002: 526-527.

"Levitt, Peggy, *The transnational villagers.* Berkeley: University of California Press, 2001," in *Critical Sociology* 27(3), 2001: 176-180.

"Patillo-McCoy, Mary, *Black picket fences: Privilege and peril among the black middle class.* Chicago: University of Chicago Press, 1999," in *Critical Sociology* 27(2), 2001: 282-284.

"Michael H. Schill, ed. *Housing and community development in New York City: Facing the future.* Albany: State University of New York Press, 1999," in *Urban Affairs Review* 35(3), 2000: 437-439.

"Johansen, Bruce E., ed. *The encyclopedia of Native American economic history.* Westport, Connecticut: Greenwood Press, 1999," in *Ethnic Studies Review* 23, 2000: 149-150.

"Perea, Juan F., ed. *Immigrants out!: The new nativism and the anti-immigrant impulse in America.* New York: New York University Press, 1997," in *Ethnic Studies Review* 20, 1997:115-116.

"Park, Kyeyoung. *The Korean American dream: Immigrants and small business in New York city.* Ithaca: Cornell University Press, 1997,"in *Ethnic Studies Review* 20, 1997: 110-111.

"Waldinger, Roger. *Still the promised city? African-Americans and new immigrants in postindustrial New York.* Cambridge: Harvard University Press, 1996," in *Social Science Quarterly* June 1997: 621-623.

**Magazine Articles:**

Silverman, R.M., Patterson, K.L. and Wang, C. 2020. "Taking on Stereotypes to Protect Fair and Affordable Housing Policies." The Baldy Center Blog, 18 August. http://www.buffalo.edu/baldycenter/multimedia/blog.html .

Patterson, K.L. and Silverman, R.M. 2019. "Measuring Fidelity to HUD's Small Area Fair Market Rents (SAFMRs) Rule: Lessons from First Year Implementation." *Poverty & Race,* 28(2): 5-9.

Silverman, R.M. 2016. "The Rent is Still too Damn High." *Democracy Journal*, 31 August. http://democracyjournal.org/arguments/the-rent-is-still-too-damn-high/ .

**Contributor:**

*Racial and ethnic relations in America 2nd edition,* 2017, s.v. Silverman, R.M., "Enclave economies." Pasadena: Salem Press.

*International encyclopedia of housing and home,* 2012, s.v., Silverman, R.M. and Patterson, K.L., "Community and neighborhood-based organizations in the United States," Oxford, UK: Elsevier.

*Encyclopedia of community: From the village to the virtual world,* 2003, s.v. Silverman, R.M., "Social capital, downside of." Thousand Oaks, CA: Sage Publications.

*Racial and ethnic relations in America,* 2000, s.v. Silverman, R.M., "Enclave economies." Pasadena: Salem Press.

**Applied Research Reports:**

*Small area fair market rents (SAFMRs): An analysis of first year implementation in mandatory metropolitan areas and barriers to voluntary implementation in other areas*, 2019 (Report written with Kelly Patterson for the Poverty & Race Research Action Council).

*Buffalo Turning the Corner*, 2018 (Report written with Henry Taylor and Li Yin for the Urban Institute and the Ralph C. Wilson Jr. Foundation).

*Analysis of Impediments to Fair Housing Choice in Erie County, NY*, 2008 (Report written with Kelly L. Patterson, Scott W. Gehl, and Kenneth J. Gholston for the Erie County Community

Development Block Grant Consortium, and the towns of Amherst, Cheektowaga, and Tonawanda).

*Housing Service Agency Structural Definition Report*, 2005 (Report written with Kelly Patterson for the Buffalo Branch of the Federal Reserve Bank of New York in partnership with the Margaret L. Wendt Foundation and the City of Buffalo's Office of Strategic Planning).

*Main Street Revitalization Plan for the Village of Depew, New York,* 2004 (Report written with faculty and graduate students affiliated with the Center for Urban Studies at the University at Buffalo for the Village of Depew, NY).

**Contributions to Online Working Paper Series:**

Silverman, R.M. and Patterson, K.L. (Posted 2010). "The effects of perceived funding trends on nonprofit advocacy: A national survey of nonprofit advocacy organizations." Center for Nonprofit Strategy and Management Working Paper Series. Baruch College, City University of New York. (http://www.baruch.cuny.edu/spa/researchcenters/nonprofitstrategy/workingpapers.php)

Silverman, R.M. (Posted 2003). "Citizens' district councils in Detroit: The promise and limits of using planning advisory boards to promote citizen participation." COMM-ORG Papers Collection (http://comm-org.wisc.edu/papers2003/silverman.htm)

**Expert Witness:**

Expert Witness (2023-), Black Love Resists in the Rust v. City of Buffalo, NY, United States District Court for the Western District of New York, Case No. 1:18-cv-00719-CCR.

Expert Witness (2019-2023), NAACP San Diego Branch, San Diego Tenant Union, and Darlisa McDowell v. San Diego House Commission, Superior Court of the State of California, Case No. 37-2019-00012582-CU-WM-CLT.

**Invited Presentations:**

Guest Speaker, *Small Area Fair Market Rents (SAFMRs) and Opportunity Moves: Public Housing Authority (PHA) Administrators' Perceptions of Policy Implementation.* Illinois Tech, Department of Social Sciences, Great Problems Great Minds Webinar Series, April 6, 2023.

Speaker and Developer, Video Presentation on "Shrinking cities & COVID-19: A postscript to the *Journal of Urban Affairs* special issue on promoting Social Justice and equity in shrinking cities." June 2020, https://juablog.com/

Guest Speaker, *Panel 4: Small Area FMRs and Alternative Payment Standards – Maximizing Mobility Success Rates.* The 7th National Conference on Housing Mobility, Washington, DC, October 16-17, 2018.

Guest Speaker, *Securing community benefits from public projects: experiences in the United States and Canada.* Hospital/Hôpital: IHSP-CIRM Conference 2015, McGill Institute for Health

and Social Policy (IHSP) and the new Centre for the Interdisciplinary Research on Montreal (CIRM), McGill University, Montreal, Canada, October 2, 2015.

Guest Speaker, *Shrinking cities: Are we siting affordable housing in neighborhoods of opportunity?* University of Pittsburgh, University Center for Social and Urban Research (UCSUR), Urban and Regional Brown Bag Series, Pittsburgh, PA, March 20, 2015.

Guest Speaker, *Analysis on Vacant and Abandoned Properties.* Neighborhood Preservation Coalition of NYS, Inc., Buffalo, NY, May 8, 2013.

Guest Speaker, *The Inner-City Context of Food Insecurity.* Agriculture to Culture Spring 2012 Seminar Series, University of Florida, Gainesville, FL, January 12, 2012.

Guest Speaker, *Analyzing Impediments to Fair Housing Choice.* Civil Rights Aspects of Sustainability Conference. US Department of Housing and Urban Development (Buffalo Office), Amherst, NY, October 27, 2011.

Guest Lecturer, *Metro Detroit Lending Analysis*, Wayne State University, State Policy Center Brown Bag Series, March 25, 2004.

Guest Lecturer, *What Does HMDA Data Tell Us About Fair Lending and Community Development in Buffalo*, University at Buffalo, Center for Urban Studies Brown Bag Series, November 21, 2003.

Guest Lecturer, *Community-Based Organizations: Where Social Capital and Citizen Participation Fit In*, Wayne State University, Humanities Center Brown Bag Series, October 22, 2002.

Visiting Scholar, *Understanding Social Capital in Community-Based Organizations,* Michigan State University, Social Capital Initiative, March 2, 2001.

**Paper Presentations:**

Patterson, K.L., Silverman, R.M., Rehman-Veal, A. Yin, L. and Wang, S. "Building the Prison to Legal Drug Dealing Pipeline: A Comparative Analysis of Social Equity Policies in Recreational Cannabis Licensing." Urban Affairs Association Annual Meeting, New York, NY, April 24-27, 2024.

Yin, L.,Wang, S., Patterson, K.L., Silverman, R.M. and Rehman-Veal, A. "Recreational Marijuana Dispensaries and Neighborhood Vibrancy: An Analysis of Spatial Clustering and Neighborhood Characteristics in New York City [Poster]." Urban Affairs Association Annual Meeting, New York, NY, April 24-27, 2024.

Yin, L., Yin, F. and Silverman, R.M. "Addressing Property Abandonment Crisis in Shrinking Cities: An Agent-based Policy Simulation." International Conference on Geoinformatics, London, UK, July 19-21, 2023.

Silverman, R.M., Patterson, K.L. and Williams, S. "Mandatory Small Area Fair Market Rents (SAFMRs) and Opportunity Moves: Implementation Strategies of Public Housing Authority

(PHA) Administrators." Urban Affairs Association Annual Meeting, Nashville, TN, April 26-29, 2023.

Silverman, R.M., Patterson, K.L. and Williams, S. *"Don't fear the reefer?: The social equity and community planning implications of New York's recreational cannabis law on underserved communities."* Urban Affairs Association Annual Meeting, Washington, DC, April 12-14, 2022.

Silverman, R.M., Patterson, K.L., Wang, C. "It's not always sunny in San Diego for Housing Choice Voucher (HCV) holders: The reproduction of racial and socioeconomic segregation under the *Choice Communities Initiative*." Association of Collegiate Schools of Planning, Annual Conference, Virtual, November 5-8, 2020.

Patterson, K.L. and Silverman, R.M. "The best-laid plans often go awry: An analysis of the implementation of small area fair market rents (SAFMRs)." Urban Affairs Association Annual Meeting, Los Angeles, CA, April 24-27, 2019.

Silverman, Robert Mark, Taylor, Henry, Yin, Li, Miller, Camden, and Buggs, Pascal. "There Goes Our Family Friendly Neighborhood: Residents' Perceptions of Institutionally Driven Inner-City Revitalization in Buffalo, NY. Association of Collegiate Schools of Planning, Annual Conference, Buffalo, NY, October 25-28, 2018.

Chilton, Kenneth, Silverman, Robert Mark, Chaudhrey, Rabia and Wang, Chihuangji**.** **"**The Impact of Single-Family Rental REITS on Regional Housing Markets: A Case Study of Nashville, TN." Urban Affairs Association Annual Meeting, Toronto, ON, April 4-7, 2018.

Belongie, Nicholas and Silverman, Robert Mark. "Model CBAs and community benefits ordinances as a tool for negotiating equitable development: Three critical cases." Urban Affairs Association Annual Meeting, Minneapolis, MN, April 19 - 22, 2017.

Yin, Li, Patterson, Kelly L., and Silverman, Robert Mark. "Walkability and subsidized housing in U.S. shrinking cities: Assessing neighborhood accessibility of subsidized housing." Association of Collegiate Schools of Planning, Annual Conference, Huston, TX, October 22-25, 2015.

Silverman, Robert Mark, Patterson, Kelly L., Yin, Li and Wu, Laiyun. "Neighborhood characteristics and the location of HUD subsidized housing in shrinking cities: An analysis to inform anchor-based urban revitalization strategies." Urban Affairs Association Annual Meeting, Miami, FL, April 8 - 11, 2015.

Yin, Li, Wu, Laiyun, Patterson, Kelly L. and Silverman, Robert Mark. "Siting Affordable Housing in Neighborhoods of Opportunity: A Review of the Literature and an Assessment of Methodological Issues." Urban Affairs Association Annual Meeting, Miami, FL, April 8 - 11, 2015.

Patterson, Kelly L., Ranahan, Molly, Silverman, Robert Mark, Yin, Li. "The Scope of Community Benefit Agreements (CBAs) in Shrinking Cities: Proposing a Typology that Differentiates between Developers by Sector." Urban Affairs Association Annual Meeting, Miami, FL, April 8 - 11, 2015.

Silverman, Robert Mark, Lewis, Jade and Patterson, Kelly L. "Institutional Rape Revisited: Anchor Institutions and Residential Displacement in Buffalo, NY." Urban Affairs Association Annual Meeting, San Antonio, TX, March 19 - 22, 2014.

Silverman, Robert Mark, Patterson, Kelly L. and Yin, Li. "Picking Neighborhood Winners and Losers in the Incredible Shrinking City: Municipal Acquisition and Neglect of Abandoned Property in Buffalo, NY." Joint AESOP/ACSP Congress, Dublin, Ireland, July 15-19, 2013.

Silverman, Robert Mark. "A Spatial Analysis of School District Segregation, Finance, and Education Outcomes in Western New York (poster)." Urban Affairs Association Annual Meeting, San Francisco, CA, April 3 - 5, 2013.

Yin, Li and Robert Mark Silverman. "Do Vacant Properties Kill Neighborhoods? An Agent-Based Simulation of Property Abandonment." Association of Collegiate Schools of Planning, Annual Conference, Salt Lake City, UT October 13-16, 2011.

Silverman, Robert Mark, Li Yin and Kelly L. Patterson. "Socio-Economic and Institutional Predictors of Address Vacancy: An Exploratory Study of Buffalo, NY 2008-2010." New York State Political Science Association (NYSPSA), Annual Conference, Lewiston, NY April 8-9, 2011.

Silverman, Robert Mark and Kelly L. Patterson. "Does Funding for Fair Housing Advocacy Enhance Enforcement?: An Analysis of the Relationship Between the Fair Housing Initiative Program (FHIP) and the Fair Housing Assistance Program (FHAP)." Association for Public Policy Analysis and Management (APPAM), Annual Conference, Boston, MA November 4-6, 2010.

Silverman, Robert Mark "Fair Housing in the U.S. Real Estate Industry: Perceptions of Black Real Estate Professionals." Association of Collegiate Schools of Planning, Annual Conference, Minneapolis, MN October 7-10, 2010.

Silverman, Robert Mark and Patterson, Kelly L. "The Effects of Perceived Funding Trends on Nonprofit Advocacy: A National Survey of Nonprofit Advocacy Organizations." Association for Research on Nonprofit Organizations and Voluntary Action (ARNOVA) Annual Conference, Cleveland, OH, November 19-21, 2009.

Patterson, Kelly L. and Robert Mark Silverman. "Public Administrators, Nonprofit Providers and Elected Officials Perceptions of Impediments to Fair Housing in the Suburbs: An Analysis of Erie County, New York," American Society for Public Administration (ASPA) Annual Conference, Miami, FL, March 20-24, 2009.

Silverman, Robert Mark. "Perceptions of Nonprofit Funding Decisions: A Survey of Local Public Administrators and Executive Directors of Community-Based Housing Organizations (CBHOs)." Association for Research on Nonprofit Organizations and Voluntary Action (ARNOVA) Annual Conference, Philadelphia, PA, November 20-22, 2008.

Silverman, Robert Mark. "Community-Based Organizations (CBOs) and Affordable Housing: A National Survey of Local Public Administrators." American Collegiate Schools of Planning (ACSP) Annual Conference, Milwaukee, WI, October 18-21, 2007.

Patterson, Kelly L. and Robert Mark Silverman. "Building a Better Neighborhood Housing Partnership?: Lessons Learned from Efforts to Reform Buffalo's Community-Based Housing Organizations." American Society for Public Administration Annual Conference, Denver, CO, April 1-4, 2006.

Silverman, Robert Mark. "Public Participation on the Border: A Comparative Analysis of the Niagara Region's Municipalities in the US and Canada." Community Development Society Annual Conference, Baltimore, MD, June 26-29, 2005.

Silverman, Robert Mark. "Housing Policy at the Grassroots: Community-Based Organizations (CBOs) and Citizen Participation in Buffalo, New York." American Collegiate Schools of Planning Annual Conference, Portland, OR, October 21-24, 2004.

Silverman, Robert Mark, Henry L. Taylor, Jr. and Christopher G. Crawford. "The Role of Citizen Participation in Main Street Revitalization: An Analysis of a Local Planning Project." Community Development Society Annual Conference, Cleveland, OH, July 18-21, 2004.

Silverman, Robert Mark. "Mortgage Lending Disparities in Metropolitan Buffalo: Policy Options and Implications for Grassroots Advocacy." Urban Affairs Association Annual Meeting, Washington, D.C., March 31, 2004 - April 3, 2004.

Silverman, Robert Mark. "Fair Lending, Neighborhood Demographics, and Community Development Corporations (CDCs): An Analysis of Detroit, Michigan." Southwestern Social Science Association Annual Meeting, San Antonio, Texas, April 16-19, 2003.

Silverman, Robert Mark. "Fair Lending in Detroit?: The Mediating Effects of Neighborhood Demographics and the Racial Composition of Community Development Corporations (CDCs)." Urban Affairs Association Annual Meeting, Cleveland, Ohio, March 26-29, 2003.

Silverman, Robert Mark. "Gender and the Community Development Industry System: The Institutionalization of Grassroots Warriors." American Sociological Association Annual Meeting, Chicago, Illinois, August 16-19, 2002.

Silverman, Robert Mark. "'We'll Take the First Step for You!': Community Development Corporations (CDCs) and Citizen Participation in Detroit, Michigan," Annual Meeting of the Urban Affairs Association, Boston, Massachusetts, March 20-23, 2002.

Silverman, Robert Mark and Kelly L. Patterson. "Paradise Lost: Social Capital and the Emergence of a Homeowners Association in a Suburban Detroit Neighborhood." American Sociological Association Annual Meeting, Anaheim, California, August 18-21, 2001.

Silverman, Robert Mark. "CDCs and Charitable Organizations in the Urban South: Mobilizing Social Capital Based on Race and Religion for Neighborhood Revitalization," Annual Meeting of the Urban Affairs Association, Los Angeles, California, May 3-6, 2000.

Silverman, Robert Mark. "Vying for the Urban Poor: Charitable Organizations, Faith-Based Social Capital, and Racial Reconciliation in a Deep South City," Association of Social and Behavioral Scientists Meeting, Jackson, Mississippi, March 23-25, 2000.

Silverman, Robert Mark. "When the Community Decides: CDCs, Social Capital and Collaborative Partnerships in Urban Mississippi," Annual Meeting of the Urban Affairs Association, Louisville, Kentucky, April 14-17, 1999.

Silverman, Robert Mark. "Minority Business and the Welfare Economy: The Case of Korean Entrepreneurship in Chicago's Ethnic Beauty Aids Industry," National Social Science Conference, Las Vegas, Nevada, April 13-15, 1997.

Silverman, Robert Mark. "The Institutional Context of Minority Entrepreneurship on the South Side of Chicago," Urban Forum, Milwaukee, Wisconsin, March 15, 1997.

Silverman, Robert Mark. "The Roots of the Ethnic Haircare Industry in Chicago," Mid-America Conference on History, Topeka, Kansas, September 12-14, 1996.

Silverman, Robert Mark. "Posing the Pariah Question: A Typology for Middleman Minorities in Contemporary Urban America," Annual Meeting of the Midwest Sociological Society, Chicago, Illinois, April 6-9, 1995.

## Panel Discussant / Session Organizer:

Panel Moderator, *Different faces of urban entrepreneurship,* Urban Affairs Association Annual Meeting, New York, NY, April 24 - 27, 2024.

Webinar Organizer, *The future of nonprofit advocacy for racial equity and social justice in urban planning education and practice*, (offered for AICP continuing education credit).University at Buffalo, Buffalo, NY, November 28, 2023.

Panel Moderator, *Healthy/Unhealthy Cities.* Urban Affairs Association Annual Meeting, Washington, DC, April 12 - 14, 2022.

Panel Discussant, *The Urban Affairs Association (UAA): After a Half-Century of Supporting the Urban Research Community… What Next?* Urban Affairs Association Annual Meeting, Washington, DC, April 12 - 14, 2022.

Panel Discussant, UB Center for Urban Studies, *The Harder we run: The state of black Buffalo in 1990 and the present,* October 28, 2021.

Panel Discussant, New Jersey Planning & Redevelopment Conference, *Community Benefits Agreements: Understanding the New Requirement and How to Create a Win-Win,* June 10-11, 2021.

Panel Discussant, Urban Affairs Association Webinar, *Job Search Strategies for PhD Students and Early Career Professionals,* April 22, 2021.

Panel Moderator, *Local Host Session, Turning the Corner: Findings from Buffalo & Other*

*Project Cities.* Association of Collegiate Schools of Planning, Annual Conference, Buffalo, NY, October 25-28, 2018.

Mobile Tour Organizer, *Harnessing Urban Planning for Racial and Social Justice: The Black Buffalo Tour.* Association of Collegiate Schools of Planning, Annual Conference, Buffalo, NY, October 25-28, 2018.

Panel Discussant, *Reflections on Being an Activist Scholar.* Urban Affairs Association Annual Meeting, Toronto, ON, April 4 - 7, 2018.

Panel Discussant, "Public Policy," Symposium on Affordable Housing, University at Buffalo, April 10, 2018.

Panel Discussant, "Public Discussion on New Books and Current Events, *The New Urban Crisis: How our Cities are Increasing Inequality, Deepening Segregation, and Failing the Middle Class – and What We Can Do About It* by Richard Florida," Buffalo & Erie County Public Library, October 27, 2017.

Panel Discussant, "Government & Diversity in the New Administration," Public Service Recognition Conference, Buffalo State University, May 10, 2017.

Panel Discussant, "Affordable Housing Strategies: Best Practices and Issues," Meeting of the NAIOP, Commercial Real Estate Development Association, Upstate New York Chapter, Buffalo Club, March 28, 2017.

Colloquy Organizer and Moderator, *Building Bridges Between the Academy and the Community: Strategies for Applied Research and Public Scholarship.* Urban Affairs Association Annual Meeting, Minneapolis, MN, April 19 - 22, 2017.

Colloquy Organizer and Moderator, *Getting Tenure/Promotion –Research, Teaching and Service Strategies.* Urban Affairs Association Annual Meeting, Minneapolis, MN, April 19 - 22, 2017.

Panel Organizer and Moderator, "Designing and Planning for Equity," Symposium for the Grand Opening of Hayes Hall, School of Architecture and Planning, September 23-24, 2016.

Panel Moderator, *The Impact of Blight on Metro Buffalo*. Forum on the Impact of Blight on Communities: Definitions, Effects & Programs. The SUNY Rockefeller Institute of Government, the Center for Urban Studies at the University at Buffalo and the Center for Technology in Government at the University at Albany. Buffalo, NY, April 19, 2016.

Colloquy Organizer, Moderator and Presenter, *Getting Tenure/Promotion -Teaching/Service Strategies.* Urban Affairs Association Annual Meeting, San Diego, CA, March 16 - 19, 2016.

Colloquy Organizer and Moderator, *Getting Tenure/Promotion –Research/Publication Strategies.* Urban Affairs Association Annual Meeting, San Diego, CA, March 16 - 19, 2016.

Panel Member, *Community benefits agreements: Development by the people, for the people of Buffalo.* Research Workshop on Cities and Society of the UB Humanities Institute and the Community Engagement and Public Policy Research Initiative, Buffalo, NY, February 25, 2016.

Panel Moderator, *The Challenges of Voucher Housing*. Urban Affairs Association Annual Meeting, Miami, FL, April 8 - 11, 2015.

Panel Organizer, *Creating Neighborhoods of Opportunity for the Urban Poor.* Society for the Study of Social Problems (SSSP), Annual Conference, San Francisco, CA, August 15-17, 2014.

Panel Organizer, *Communities and Contested Social Spaces.* Society for the Study of Social Problems (SSSP), Annual Conference, San Francisco, CA, August 15-17, 2014.

Panel Organizer, *Crime and Interventions in International and Domestic Contexts.* Society for the Study of Social Problems (SSSP), Annual Conference, San Francisco, CA, August 15-17, 2014.

Panel Organizer, *CRITICAL DIALOGUE: Theoretical Dimensions of Institutional and Social Processes.* Society for the Study of Social Problems (SSSP), Annual Conference, San Francisco, CA, August 15-17, 2014.

Panel Organizer, *Issues in International and Transnational Education.* Society for the Study of Social Problems (SSSP), Annual Conference, San Francisco, CA, August 15-17, 2014.

Panel Organizer, *Schools and Educational Challenges.* Society for the Study of Social Problems (SSSP), Annual Conference, San Francisco, CA, August 15-17, 2014.

Panel Organizer, *Social Policy and Sexuality.* Society for the Study of Social Problems (SSSP), Annual Conference, San Francisco, CA, August 15-17, 2014.

Panel Organizer, *Anti-Poverty Policy Formulation and Implementation.* Society for the Study of Social Problems (SSSP), Annual Conference, San Francisco, CA, August 15-17, 2014.

Panel Organizer, *Emerging Inequalities in Public Health Systems.* Society for the Study of Social Problems (SSSP), Annual Conference, San Francisco, CA, August 15-17, 2014.

Panel Organizer and Discussant, *Author Meets Author: Deconstructing Racism in Schools and Communities.* Society for the Study of Social Problems (SSSP), Annual Conference, San Francisco, CA, August 15-17, 2014.

Panel Moderator, Journal of Urban Affairs Sponsored Panel: Special Issue on "Urban Education and Neighborhood Revitalization". Urban Affairs Association, Annual Conference, Pittsburgh, PA, April 18-21, 2012.

Session Chair, *Nonprofits and School-Community Development Initiatives*. Association for Research on Nonprofit Organizations and Voluntary Action (ARNOVA) Annual Conference, Toronto, ON, November 17-19, 2011.

Session Chair, *Impact of Government Devolution on Nonprofits*. Association for Research on Nonprofit Organizations and Voluntary Action (ARNOVA) Annual Conference, Toronto, ON, November 17-19, 2011.

Panel Moderator, *Waiting for Superman.* Building a Movement: Nickel City Film Series Buffalo, NY, July 20, 2011.

Panel Discussant, *Should the Public Schools Partner with Community and Neighborhood Redevelopment: Shall We Dance?* Association of Collegiate Schools of Planning, Annual Conference, Minneapolis, MN, October 7-10, 2010.

Panel Moderator and Discussant, *University-Community Partnerships, Past, Present, and Future: Are We in the Post-COPC Era?* American Society for Public Administration Annual Conference, Washington, DC, March 23-27, 2007.

Panel Discussant, *Change in the Nonprofit Sector and Its Impact on Local Community Development Strategies.* Community Development Society Annual Conference, St. Louis, MO, June 25-28, 2006.

Panel Discussant, *Breaking Down the Residential Color Line: Progress, Problems, Prospects.* Buffalo Seminar on Racial Justice Workshop, University at Buffalo, Buffalo, NY, April 7, 2006.

Session Discussant, *Planning the Metropolitan Region: Buffalo, NY and the Black Community, 1940-1970.* Association for the Study of African American Life and History Annual Convention, Buffalo, NY, October 5-9, 2005.

Session Moderator, *Citizen Participation and Community Development.* American Collegiate Schools of Planning Annual Conference, Portland, OR, October 21-24, 2004.

Session Moderator, *Follow the Money: Insuring and Lending in Urban Neighborhoods.* Urban Affairs Association Annual Meeting, Washington, D.C., March 31, 2004-April 3, 2004.

Breakfast Roundtable Organizer and Moderator, *Cyberhood: Urban Affairs on the Web.* Urban Affairs Association Annual Meeting, Washington, D.C., March 31, 2004-April 3, 2004.

Session Organizer and Presider, *Issues in Urban Sociology and Community Development,* Southwestern Social Science Association Annual Meeting, San Antonio, Texas, April 16-19, 2003.

Panel Organizer, *Emerging Themes in Urban Equity and Spatial Analysis,* Annual Meeting of the Urban Affairs Association, Cleveland, Ohio, March 26-29, 2003.

Table Presider, *Community Development and Planning,* American Sociological Association Annual Meeting, Chicago, Illinois, August 16-19, 2002.

Panel Organizer, *Community Organizing and Citizen Participation,* Annual Meeting of the Urban Affairs Association, Boston, Massachusetts, March 20-23, 2002.

Session Organizer and Presider, *Social Capital and the City,* American Sociological Association Annual Meeting, Anaheim, California, August 18-21, 2001.

Session Moderator, *Measuring the Impact of Black Political Involvement,* Annual Meeting of the Urban Affairs Association, Detroit, Michigan, April 25-28, 2001.

Session Presider, *Race, Class and Ethnicity in Urban Issues*, Annual Meeting of the Southern Sociological Society, New Orleans, Louisiana, April 19-23, 2000.

Session Organizer, *The Intersection of Religion and Race in the Black Community*, the Association of Social and Behavioral Scientists Meeting, Jackson, Mississippi, March 23-25, 2000.

Panel Member, *Neighborhood Planning and Consensus Building*, Mississippi Chapter of the American Planning Association (MAPA) Summer Conference, Tunica, Mississippi, June 17-18, 1999.

Panel Moderator, *Community Development*, Symposium on Local Planning and Community Building, Jackson State University, Jackson, Mississippi, March 24, 1999.

**Teaching:**

***Undergraduate Courses Taught:***

END 350: Environmental Design Workshop 1: Information Analysis (Fall 2014, Fall 2013, Fall 2012)
SOC 101: Introduction to Sociology (Fall 1997, Summer 1996)
SOC 103: World Society (Fall 1997)
SOC 200: Contemporary American Society (Spring 1998, Fall 1997)
SOC 224: American Minority Groups (Spring 1998, Fall 1997, Fall 1996)
SOC 261: Introduction to Statistical Thinking in Sociology (Spring 1996)
SOC 333: Social Class in Industrial Societies (Spring 1998, Fall 1995)
SOC 3300: Social Institutions and Social Structure (Fall 2002)
SOC 4200: Methods of Social Research (Fall 2000)
UE 141: Community-Based Development (Fall 2008)

***Graduate Courses Taught (and Cross-listed Undergraduate/Graduate Courses Taught):***

PD 439/PD 539: Local Government Finance and Budgeting (Fall 2003, Fall 2005, Fall 2007, Spring 2010, Spring 2000)
END406 / END606 / URP606: Housing and Community Development (Fall 2023, Fall 2022, Fall 2021, Fall 2020, Spring 2020, Spring 2019, Spring 2018, Spring 2017; Spring 2016, Spring 2015, Fall 2012, Fall 2010, Fall 2009, Fall 2008, Spring, 2004, Spring 2005, Fall 2006; Spring 2000, Spring 1999)
EVS696: Graduate Research Guidance (Fall 2022)
PD 694: Colloquium in Urban Planning 4 (Spring 2004)
SOC 5570/AFS 5570: Race Relations in Urban Society (Winter 2002, Fall 2000)
SOC 5700/SOC 8700: Inequality and Social Class/Social Stratification and Inequality (Fall 2001)
SOC 6280: Social Statistics (Fall 2002)
SOC 7170: Field Research in Community Sociology (Fall 2001)
SOC 7200: Advanced Sociological Research Techniques (Winter 2003, Winter 2002, Winter 2001)
URP509/URP675: Advanced Qualitative Research Seminar (Spring 2024, Spring 2023, Spring 2022, Spring 2021, Fall 2017, Fall 2016, Fall 2015, Fall 2014, Fall 2013, Fall 2012, Spring 2011)
URP 512: Research Methods in Planning (Fall 2021, Fall 2020, Fall 2019, Spring 2015, Spring 2014, Spring 2013, Fall 2010, Fall 2009, Fall 2004, Fall 1998)
URP 520: Housing Policy (Fall 1998)

URP 526: Citizen Participation (Spring 1999)
URP 528: Economic Development Planning (Fall 1999)
END 441/ URP 541: Nonprofit Management (Fall 2023, Fall 2019, Fall 2017, Fall 2016, Fall 2013, Spring 2012, Spring
      2011, Spring 2010, Spring 2009, Spring 2008, Spring 2007, Spring 2006)
URP 560: Thesis Research (Fall 1999)
URP 577: Negotiations and Community Organizing Techniques (Spring 2024, Spring 2023, Spring 2022,
      Spring 2021, Spring 2020, Spring 2019, Spring 2018, Spring 2017)
URP694: Urban Planning Doctoral Seminar (Spring 2016)

***Graduate Student Thesis and Dissertation Committees:***

<u>Dissertations Completed:</u>

Last, Athena Nicole, Committee Member, Doctoral Dissertation, *Procedural and Distributive Justice ... For Whom?: A Comparative Investigation of Community Benefits Agreements in Pittsburgh and Cleveland*, Department of Sociology, Syracuse University, 2023.

Buggs, Pascal, Committee Chair, Doctoral Dissertation, *To House Me Right: Impact of Voucher Destinations on Single Black Mothers' Welfare Dependency*, Department of Urban and Regional Planning, University at Buffalo, 2023.

Belongie, Nicholas, Committee Chair, Doctoral Dissertation, *Hypocrisy in Housing: The Racist and Anti-Poor Undergirding of US Federal Housing Policy*, Department of Urban and Regional Planning, University at Buffalo, 2021.

Ilhamdaniah, Committee Chair, Doctoral Dissertation, *Suburban Neighborhood Change and Its Manifestation in The Disparities in Suburban Neighborhood Quality, Educational Opportunities, and School Performance between 2010-2015: Case Study of Suburban Buffalo Metropolitan Area,* Department of Urban and Regional Planning, University at Buffalo, 2019.

Yasmin Okour, Committee Member, Doctoral Dissertation, *Transportation Equity for Refugees*, Department of Urban and Regional Planning, University at Buffalo, 2019.

Molly Ranahan, Committee Chair, Doctoral Dissertation, *Planning for the health and social inclusion of LGBT older adults*, Department of Urban and Regional Planning, University at Buffalo, 2017.

Samuel Rose, Committee Member, Doctoral Dissertation, *Mohawk histories and futures: Traditionalism, community development and heritage in the Mohawk Valley,* Anthropology Department, University at Buffalo, 2017.

Levent Kaya, Committee Member, Doctoral Dissertation, *Evaluation of the Effects of School Choice-based Reforms in the Case of Pennsylvania Charter Schools,* Educational Leadership and Policy Department, School of Education, University at Buffalo, 2014.

Brian Pagkos, Committee Member, Doctoral Dissertation, *The Effect of Wraparound Practice Ideology and Care Coordinator Practices on Client* Outcomes, Social Welfare Program, School of Social Work, University at Buffalo, 2011.

Lina Beydoun, Committee Member, Doctoral Dissertation, *Lebanese Migration to Sierra Leone: Issues of Transnationalism, Gender, Citizenship, and the Construction of a Globalized Identity,* Department of Sociology, Wayne State University, 2005.

Derek Coates, Committee Member, Doctoral Dissertation, *Social Order and the Construction of Meaning in Social Interaction: Troubled Communication Between Sighted and Partially Sighted/Blind People*, Department of Sociology, Wayne State University, 2003.

Bonnie Wright, Committee Member, Doctoral Dissertation, *Experiencing God: An Ethnographic Analysis of Pentecostal Worship, Race, and Place in Metropolitan Detroit*, Department of Sociology, Wayne State University, 2003.

Theses Completed:

Jacob Kotler, Committee Member, Master's Thesis, *Social Control, Changing Spaces, and Buffalo's Neighborhood Development Complaints*, Department of Urban and Regional Planning, University at Buffalo, 2022.

Justyn Bellitto, Committee Member, Master's Thesis, *Planning for the Unrecognized: Asset-Based Economic Development on the Poospatuck Territory of the State-Recognized Unkechaug Nation,* Department of Urban and Regional Planning, University at Buffalo, 2022.
David Riley, Committee Member, Master's Thesis, *Place-Based Storytelling as a Foundation for Community Development*, Department of Urban and Regional Planning, University at Buffalo, 2018.

Tara Kamal Ahmadi, Committee Chair, Master's Thesis, *Walkable Tourist District: An Analysis of Tourist Walkability in Niagara Falls on New York and* Ontario, Department of Urban and Regional Planning, University at Buffalo, 2016.

Bruno Avila Eca De Matos, Committee Chair, *Crowdfunding urban infrastructure: Qualitative and geospatial analysis,* Master's Thesis, Department of Urban and Regional Planning, University at Buffalo, 2016.

Camden Miller, Committee Member, Master's Thesis, *The Martin Luther King Jr. neighborhood development initiative: The challenge of renters and homeowners in a shrinking, underdeveloped neighborhood,* Department of Urban and Regional Planning, University at Buffalo, 2016. (Best Thesis Award)

Samuel Rose, Committee Chair, Master's Thesis, *Comparative Models of American Indian Economic Development: Corporate versus Cooperative in the United States and Canada,* Department of Urban and Regional Planning, University at Buffalo, 2013. (Best International Thesis Award)

Samuel Rose, Committee Member, Master's Thesis, *A New Way Forward: Native Nations, Nonprofitization, Community Land Trusts, and the Indigenous Shadow State,* Department of Anthropology, University at Buffalo, 2013.

Christina Delgado, Committee Member, Master's Thesis, *Contest Urbanism: A Case Study of Meaning and Manifestation in the Built Environment through Community Garden Design*, Department of Urban and Regional Planning, University at Buffalo.

Jack Daugherty, Committee Member, Master's Thesis, *Revitalize: How Contemporary Planners View Their Role in Addressing Neighborhood Distress*, Department of Urban and Regional Planning, University at Buffalo, 2012.

Ozlem Atalay, Committee Chair, Master's Thesis, *Perceptions of the Renewal and Reuse of Historic Buildings in the Beyoglu District of İstanbul, Turkey: A Case Study of the Demiroren Shopping Mall,* Department of Urban and Regional Planning, University at Buffalo, 2012.

Megan Hathaway, Committee Member, Master's Thesis, *Amalgamating Urban Development: A Case for Merging Local Community and Economic Development Efforts,* Department of Urban and Regional Planning, University at Buffalo, 2012.

Holly Lindstrom, Committee Chair, Master's Thesis, *Property Flipping as Neighborhood Destabilization Versus Short-Term Real Estate Investment as Community Reinvestment: A Case Study of Buffalo, NY*, Department of Urban and Regional Planning, University at Buffalo, 2007.

Jaclyn Patrignani, Committee Chair, Master's Thesis, *The Role of Farmers' Markets in Community and Economic Development as Supported by Municipal Zoning Codes*, Department of Urban and Regional Planning, University at Buffalo, 2006.

Ellen Talbo, Committee Chair, Master's Thesis, *Homelessness in Buffalo, NY: A Qualitative and Spatial Review*, Department of Urban and Regional Planning, University at Buffalo, 2006.

Kruti Bhatia, Committee Member, Master's Thesis, *Urban Form and Public Service Expenditure,* Department of Urban and Regional Planning, University at Buffalo, 2005.

Mark Bostaph, Committee Member, Master's Thesis, *Looking at Neighborhood Rehabilitation as a Strategy for Neighborhood Revitalization,* Department of Urban and Regional Planning, University at Buffalo, 2005.

Darren Kempner, Committee Chair, Master's Thesis, *Rebuilding Forgotten Communities of a Rustbelt Region: An Examination of Community-Based Organization Capacity in Erie-Niagara,* Department of Urban and Regional Planning, University at Buffalo, 2005. (Best Thesis Award)

Brian R. Gatewood, Committee Member, Master's Thesis, *Why a City Fails: A Look at the University and Its Relationship to the Urban Predicament,* Department of Urban and Regional Planning, University at Buffalo, 2005.

Marcus Cole, Committee Member, Master's Thesis, *Public and Private Partnerships: Are They the Solution to Improved Public Housing*, Department of Urban and Regional Planning, University at Buffalo, 2004.

Charles Colston, Committee Member, Master's Thesis, *Regionalism: Beyond Equity and What it Means for African-American Communities*, Department of Urban and Regional Planning, University at Buffalo, 2004.

Marneda Evans, Committee Member, Master's Thesis, *Meeting Public Health Needs: Health Law, Bioterrorism, and Reemerging Diseases,* Department of Urban and Regional Planning, University at Buffalo, 2004.

Leslie Fordjour, Committee Member, Master's Thesis, *The Quest to Reach Job Centers: Commuting without Private Transportation in Erie County,* Department of Urban and Regional Planning, University at Buffalo, 2004.

Ruilin Guan, Committee Member, Master's Thesis, *Achieve Community Open Space: Concepts and Practice*, Department of Urban and Regional Planning, University at Buffalo, 2004.

Shawntera Hardy, Committee Member, Master's Thesis, *Putting on a New Face: The Case for [Re] Imaging Youngstown, Ohio,* Department of Urban and Regional Planning, University at Buffalo, 2004.

Fechner Stecker, Committee Member, Master's Thesis, *Literature Review of Immigrant and Ethnic Entrepreneurship Research,* Department of Urban and Regional Planning, University at Buffalo, 2004.

Jason Booza, Committee Chair, Master's Thesis, *Black Middle Class Migration: A Critical Case Study of Metropolitan Detroit,* Department of Sociology, Wayne State University, 2003.

Scott Turner, Committee Chair, Master's Essay, Department of Sociology, *Economic and Political Influences on African American Families and Youth in Poverty*, Wayne State University, 2003.

Whitney C. Kelly, Committee Member, Master's Thesis, *Developing Downtown Housing: Evaluating Proposals for Jackson, Mississippi*, Department of Urban and Regional Planning, Jackson State University, 2000.

Master's Project Papers Completed:

John Collins, MA Project Advisor, *A Literature Review of the United States Cannabis Industry's Sustainability Concerns and Best Management Practices,* Sustainability Leadership MA Program, University at Buffalo, 2022.

***Undergraduate Student Thesis Committees:***

Theses Completed:

Alexis Carrington, Committee Member, Undergraduate Thesis, *Self-Sustaining Affordable Housing*, Interior Design Program, Villa Maria College, 2022.

Paul Stephan, Committee Chair, Honors Thesis, *US Government Response to Hurricanes Katrina and Sandy*, Interdisciplinary Studies Program, University at Buffalo, 2013.

**Service:**

***Professional Service:***

<u>Website Moderator:</u>

The Cyberhood (www.thecyberhood.net), 2003-.

<u>Committees and Boards:</u>

Journal of Community Practice, Journal Editor Proposal Review and Selection Committee, Member, 2021.

Urban Affairs Association Nominations Committee, Chair, 2021-23.

Promotion and Tenure Committee, Sustainability Studies Division of the School of Marine and Atmospheric Sciences (SoMAS), Stony Brook University, Outside Advisor for Planning Faculty Promotion Cases, 2021-.

Urban Affairs Association Ad Hoc Committee on Fundraising, Member, 2020-22.

Erik Olin Wright Distinguished Article Award Committee, Member, 2019-2020.

Urban Affairs Association Honors Society Committee, Chair, 2018-2020.

Association of Collegiate Schools of Planning, Member, 2018 Conference Local Host Committee, 2017-2018.

Urban Affairs Association Governing Board Chair, 2017-2018.

Urban Affairs Association Governing Board Vice Chair, 2015-2017.

Urban Affairs Association, Bylaws Committee, 2014-2015.

Co-Chair, Program Committee, 2014 Society for the Study of Social Problems Annual Conference, San Francisco, CA, 2013-2014.

Urban Affairs Association, SAGE Activist Scholar Award Committee, 2014, 2015.

Urban Affairs Association Ad Hoc Committee on Student Participation (Chair), 2013.

Urban Affairs Association Governing Board, 2012-2015 (1st term); 2015-2018 (2nd term).

Urban Affairs Association, Emerging Scholar Award Committee, 2012-2014.

Association for Research on Nonprofit Organizations and Voluntary Action (ARNOVA) Award Committee, Best Paper Presented at the 2010 ARNOVA Conference, 2011.

Co-Chair, Track 3: Housing and Community Development, 3rd World Planning Schools Congress; Perth, Australia in July 2011.

Association for Research on Nonprofit Organizations and Voluntary Action (ARNOVA) Award Committee, Best Paper Presented at the 2009 ARNOVA Conference, 2010.

Proposal Reviewer, Public Budgeting and Finance Section,  2010 American Society for Public Administration Annual Conference. 2009-2010.

Association for Research on Nonprofit Organizations and Voluntary Action (ARNOVA) Award Committee, Outstanding Article in Nonprofit and Voluntary Sector Quarterly, 2009.

Planners Network, University at Buffalo Representative, 2008-.

Buffalo-Niagara Chapter of the American Society for Public Administration (ASPA), President, 2007-2009.

Community Development Society, Editor Selection Committee for *Community Development: Journal of the Community Development Society,* 2007.

Buffalo-Niagara Chapter of the American Society for Public Administration (ASPA), Director of Membership, 2006-2007.

Community Development Society, Communications and Publications Committee, 2004-2014.

New York State Association of Realtors, Awards Selection Committee, Award for Smart Growth Excellence, 2005-2006.

Community Development Society, Awards and Recognition Committee, 2003-2006.

Western New York Chapter of the American Planning Association (WNYAPA), Awards Committee, 2004-2005.

Journal Editorial Board & Advisory Board Member:

Editorial Board*, Community Development: Journal of the Community Development Society,* 2005-2013.

Editorial Board, *Critical Sociology,* 2005- .

Editorial Board, *Current Urban Studies,* 2013- .

Editorial Board, *Frontiers in Sustainable Cities,* 2021-.

Editorial Board, *Journal of Community Practice,* 2018-2022, 2022-2024.

Editorial Board, *Journal of Policy Practice and Research,* 2019- .

Editorial Board, *Sage Open, 2013-.*

Editorial Board, *Societies,* 2018- .

Strategic Development Committee, *Journal of Urban Affairs*, 2015-2018.

<u>Journal Referee:</u>

*Action Research, 2015-; Annals of the American Association of Geographers, 2023-; Applied Geography, 2020-; British Journal of Sociology, 2008-;City & Community, 2002 -; Cities, 2020-; Community Development, 2005-; Critical Sociology, 2000 -; Economic Development Quarterly, 2014-; Education Sciences, 2016-; Futures 2008-; Habitat International, 2018-; Housing Policy Debate, 2009-; Housing Studies, 2012- ;International Journal of Housing Policy, 2019-; International Journal of Sociology and Social Policy, 2016-;International Review of Sociology, 2019-; Journal of the American Planning Association, 2004 -; Journal of Community Practice, 2014-; Journal of Contemporary Ethnography, 2001 -; Journal of Housing and the Built Environment, 2018-; Journal of Information Technology and Politics, 2007 -; Journal of Planning Education and Research, 2009-; Journal of Planning Literature, 2016-; Journal of Policy Practice and Research, 2020; Journal of Poverty, 2014-; Journal of Urban Affairs, 2006*-, and Senior Reviewer, 2019- *; Law & Society, 2006–; Nonprofit and Voluntary Sector Quarterly, 2012-; Papers in Regional Science, 2019-; The Professional Geographer, 2018-.; Qualitative Sociology, 2001 -; Rural Sociology 2009-; Review of Black Political Economy, 2012-; Royal Town Planning Institute (RTPI) Library Series, Routledge Press, 2018-; Sage Open, 2016-; Social Forces, 2003 -; Social Problems, 2005 -; Social Service Review, 2019-; Sociological Perspectives, 2004 -; The Sociological Review, 2006 -; State and Local Government Review, 2012-; Sustainability, 2017-; Town Planning Review, 2013-; Urban Affairs Review, 1999 -; Urban Education, 2012-; Urban Geography, 2013-; Urban Research & Practice, 2013-; Urban Studies, 2013-; Voluntas, 2010- .*

<u>Monograph Referee:</u>

Sage Publications, 2003 -; Policy Press, 2016-; Rowman and Littlefield, 2009-; Routledge, 2014-; University of Michigan Press, 2006 -; University of Pittsburgh Press, 2018-.

<u>Government Publication Referee:</u>

U.S. Environmental Protection Agency (EPA): Office of Policy, Economics and Innovation, 2005-.

<u>Grant Reviewer:</u>

Canada Research Chairs Program, 2021.

Davidson Institute, Davidson Fellows Scholarship, 2023.

Social Science Research Counsel of Canada, 2020.

Polish-U.S. Fulbright Commission, 2019.

National Science Foundation, 2010 - .

Qatar National Research Fund, 2010 - .

Research Mentor:

Research Mentor, "*Exploring Coastal Community Response and Preparedness to Earthquakes: A Lesson from Maluku Province, Indonesia*." 2023 Natural Hazards Student Research Grant, Center for Geological and Climate Hazards, University at Buffalo. Mentor to Wiesye Violet Pelupessy.

Research Mentor, *Advancing Knowledge in Human Services Philanthropy and Nonprofit Organizations* ("*Advancing Knowledge*") initiative. This is a research initiative of the Center on Philanthropy at Indiana University. 2012-2013 (mentor to Dr. Jennifer Shea's study entitled, "Managing Mission & Revenue Diversification in Complex Policy and Funding Environments: A Study of Nonprofit Housing Organizations.")

*University Service:*

Service on University Level Committees:

University at Buffalo, Community Health Equity Research Institute, Task Force on Substandard Housing and Health, 2021-.

University at Buffalo, Addictions Initiative, Subcommittee for Research and Scholarship, 2016-2017.

University at Buffalo, Provost's Office, 5yr Review Committee for the Dean of Architecture and Planning, 2016-2017.

University at Buffalo, Institute for Strategic Enhancement of Educational Diversity (iSEED) Steering Committee, 2014-2017.

University at Buffalo; Faculty Senate; Faculty Tenure, Promotion, and Privileges Committee, 2014-2015.

University at Buffalo, Faculty Senate Executive Committee, 2010-2011.

University at Buffalo, Sweat Free Apparel Committee, 2009-2013.

United University Professions (UUP) University at Buffalo Chapter, Finance Committee, 2009-2012.

United University Professions (UUP) University at Buffalo Chapter, Individual Professional Development Award Committee, 2008-2010.

United University Professions (UUP) University at Buffalo Chapter, Academic Delegate, 2007-2009.

Faculty Associate to Dr. Dong Ho Shin, 2007-2008 Fulbright Visiting Scholar to the University at Buffalo.

Planning Committee for the "UB Community Forum on Neighborhood Profiles," 2007.

The Interdisciplinary Research Development Fund - Arts, Humanities & Civil Engagement Panel, University at Buffalo, 2005.

Social and Behavioral Sciences Institutional Review Board (SBSIRB), University at Buffalo, September 2004-2007.

Human Investigations Committee (HIC), Behavioral Institutional Review Board, Wayne State University, 2002-2003.

Southern Association of Colleges and Schools (SACS), Jackson State University, Committee on Educational Programs- Including Distance Learning, 1999-2000.

Service on College and School Level Committees:

SUNY, Comprehensive Program Review Committee, University at Buffalo, Department of Urban and Regional Planning, 2022-.

Search Committee, Chair, Empire Innovation Professor (EIP), School of Architecture and Planning (S&AP) and School of Engineering and Applied Sciences (SEAS) 2021-2022.

Baldy Center Research Grant Review Committee, The Baldy Center for Law & Society, 2020, 2022.

Public Programs Committee, 2019-2021.

Racial Equity and Social Justice (RESJ) Advisory Committee, 2019-.

Student Professional Development Committee, 2019-.

Symposium and Exhibit Committees for the Grand Opening of Hayes Hall, 2015-2016.

School-wide Promotion and Tenure Committee, 2011, 2014, 2016, 2023.

School of Architecture and Planning, *Intersight* Committee 2013-2014.

Graduate School Executive Committee, 2012-2013.

School of Architecture and Planning, Commencement Committee, 2012-2013.

Graduate School Adjudication Committee, University at Buffalo, 2012-.

Graduate School Adjudication Committee, University at Buffalo, 2009-.

Salary Committee, Wayne State University, College of Liberal Arts, 2001-2002.

Service on Departmental Committees:

Interim Director, Neighborhood Planning Specialization, Department of Urban and Regional Planning, Fall 2023.

Junior Faculty Mentoring Committee (Zoe Hemstead), Department of Urban and Regional Planning, 2018.

MUP Program and Curriculum Committee, Department of Urban and Regional Planning, 2015-2016, 2023).

Diversity Committee, Department of Urban and Regional Planning, 2015-2016.

Personnel Committee, Department of Urban and Regional Planning, 2014-.

Doctoral Admissions and Curriculum Committee, Department of Urban and Regional Planning, 2013-2017, 2018-.

Ph.D. Program Research Methods and Design Committee, Department of Urban and Regional Planning, 2013-2016.

Faculty Search Committee, Department of Urban and Regional Planning, 2013, 2019.

Junior Faculty Mentor to Himanshu Grover, 2012-2015.

Departmental IT Committee, Chair 2012-2014

Departmental Awards Committee, Chair, 2011-2013.

MUP Project Review Committee, 2010-2013.

MUP Admissions Committee, University at Buffalo, Department of Urban and Regional Planning, 2003, 2009-2012.

Ph.D. Program Structure Subcommittee, 2008-2009.

Clarkson Chair Coordinating Committee, University at Buffalo, Department of Urban and Regional Planning, 2004-2005.

Research Methods, University at Buffalo, Department of Urban and Regional Planning, 2003.

Culminating Exercise Committee, University at Buffalo, Department of Urban and Regional Planning, 2003.

Graduate Committee, Wayne State University, Department of Sociology, 2003.

Salary Committee, Wayne State University, Department of Sociology, 2001-2003.

Methods Committee, Wayne State University, Department of Sociology, 2000-2003.

Undergraduate Committee, Wayne State University, Department of Sociology, 2000-2002.

Faculty Search Committee, External Search for Departmental Chair, Wayne State University, Department of Sociology, 2000-2001.

Faculty Search Committee (Chairperson), Community Development and Housing Concentration, Jackson State University, Department of Urban and Regional Planning, 1999-2000.

Faculty Search Committee (Chairperson), Community Development and Housing Concentration, Jackson State University, Department of Urban and Regional Planning, 1998-1999.

Module Coordinator, Community Development and Housing Concentration, Jackson State University, Department of Urban and Regional Planning, 1998-2000.

Urban Studies Admissions Committee, Alternate Student Representative, University of Wisconsin-Milwaukee, 1993-1994.

Urban Studies Speakers and Lectures Committee, Student Representative, University of Wisconsin-Milwaukee, 1992-1993.

Urban Studies Curriculum Committee, Student Representative, University of Wisconsin-Milwaukee, 1992-1993.

***Community Service:***

<u>Service on Committees and Commissions:</u>

Enterprise (enterprisecommunity.org) and New York State, Mobility Counseling Advisory Group, Member, 2022-.

Erie County COVID-19 Housing Taskforce, Member, 2020-.

Partnership for the Public Good (PPG), Policy Research Fellow, 2018-.

Housing Opportunities Made Equal (HOME), Buffalo, NY, Governing Board Member, 2011- 2013

Recruiter, DART Organizers Institute, Direct Action and Research Training Center (DART), 2010-2016.

Urban Community Corporation (UCC), Board of Directors, 2006-2008.

Inner City Transformation Group (ICTG), 2003-2005.

Metro Parkway Commission, Jackson State University Representative, 1999-2000.

Mississippi Complete Count Committee (U.S. Census 2000), 1998-2000.

# APPENDIX B

**List of Materials Considered** [1]

<u>Academic Literature, Reports, and News Articles:</u>

Alfonso, R.I. (2014). They aren't going to listen to anything but violence: African Americans
and the 1967 Buffalo Riot. *Afro-Americans in New York Life and History,* 38(1): 81-117.

Anderson, M.W. and Plaut, V.C. (2012). Implicit bias and the resilience of spatial colorlines, Pp. 24-44,
in *Implicit racial bias across the law*, edited by Justin D. Levinson and Robert J. Smith,
New York: Cambridge University Press.

Besag, F.P. (1967). *Anatomy of a riot: Buffalo '67*. Buffalo: University Press.

Blanchard, T (2014). Letter to Dr. William Keresztes, Interim Superintendent, Buffalo Public
Schools, re. Case No. 02-14-1077, U.S. Department of Education, New York Office for
Civil Rights, July 1, 2014 (https://www2.ed.gov/about/offices/list/ocr/docs/
investigations/more/02141077-a.pdf)

Blatto, A. (2018) *A City Divided: A Brief History of Segregation in Buffalo*. Buffalo: Partnership
for the Public Good.

Brown University, *Diversity and Disparities Buffalo Data for the City Area*
(https://s4.ad.brown.edu/projects/diversity/segregation2020/city.aspx?cityid=3611000)

Buffalo News Staff (2006), Brown has a low-key start, still tough to gauge precisely: a mayor
busy brainstorming changes in City Hall. *Buffalo News*, Apr. 19.

Buffalo Public Schools (2014). Resolution Agreement with the U.S. Department of Education,
New York Office for Civil Rights re. Case No. 02-14-1077, June 26, 2014
(https://www2.ed.gov/about/offices/list/ocr/docs/investigations/more/02141077-b.pdf)

Byrnes, M. (2014). "Buffalo was once a model for integration, now the vast majority of its public
schools are segregated. *City Lab*, April 11, 2014 (https://www.bloomberg.com/news/
articles/2014-04-11/buffalo-was-once-a-model-for-integration-now-the-vast-majority-of-
its-public-schools-are-segregated)

---

[1] Sources are either publicly available or on file with the author and will be provided to
Defendants upon request.

Citizen Action of New York (2015). Restoring justice in Buffalo public schools: Safe and supportive quality education for all. Albany: Citizen Action for New York.

Cohen, N.E. (1967) The Los Angeles riot study. *Social Work*, 12(4): 14-21.

Cortellessa, E. (2022). The Buffalo shooter targeted a city haunted by segregation. *Time*, May 16, (https://time.com/6177193/buffalo-mass-shooting-racism-segregation/).

czb LLC. (2017). Buffalo Housing Opportunity Strategy, A Report Prepared for the City of Buffalo. Buffalo: City of Buffalo.

Ewing, C. (2021). Cariol Horne's long fight over 'doing the right thing', WGRZ, May 28, (https://www.wgrz.com/article/news/local/cariol-horne-long-fight/71-f8b641db-833e-4f8d-b7f0-c26bccfdcd19).

Fleischmann, I. (2014). Expert's analysis highlights "stop-and-frisk" forum. *UB Reporter,* March 27, (https://web.archive.org/web/20150111065120/http:/www.buffalo.edu/ubreporter/campus.host.html/content/shared/university/news/ub-reporter-articles/stories/2014/March/stop_frisk.detail.html)

Foster, L. (2020). The price of justice: Fines, Fees and the criminalization of poverty in the United States. University of Miami Race and Social Justice Law Review, 11: 1-32.

Gawley, M.P. (2022) *"They were planning on it": Recasting the 1967 Buffalo uprising as a student-driven insurgency*. Waterville: Colby College.

Goldman, M. (1990). *City on the Lake: The Challenge of Change in Buffalo, New York*. Buffalo: Prometheus Books.

Grabiner, G. (2016). Who polices the police? *Social Justice*, 43(2): 58-79.

Griffin, D. (2017). They were never silent, you just weren't listening: Buffalo's black activists in the age of urban renewal. Hartford: Trinity College.

Hackworth, J. (2015). Rightsizing as spatial austerity in the American Rust Belt. *Environment and Planning A*, 47: 766-782.

Heaney, J. (2022). Buffalo is a segregation city. Investigative Post, May 17, 2022 (https://www.investigativepost.org/2022/05/17/buffalo-is-segregation-city/).

Herko, C. (1993) One street, different worlds. *The Buffalo News*, March 14, E1 (https://buffalonews.com/news/one-street-different-worlds-all-along-main-a-barrier-

between-the-haves-and-the-have/article_b0b0d87d-10e5-5d65-86a5-396697945110.html).

Hess, D.B. (2005). Access to employment for adults in poverty in the Buffalo-Niagara region. *Urban Studies*, 42(7): 1177-1200.

Housel, J.A. (2007). *Placing race: The role of regulation and social practice in the production of racialized space in Buffalo, New York*. Buffalo: University at Buffalo.

Jolly, K. (2016). Parent group maintains civil rights in Buffalo schools have taken "step backwards." *Spectrum Local News,* June 17, (https://spectrumlocalnews.com/news/2016/06/17/dpcc-ocr-bps-african-american-students-recommendations-).

Kelly, G. (2020). Buffalo's police watchdogs are toothless: Our analysis finds the city has no effective oversight of police, nor has the mayor proposed a mechanism for doing so. *Investigative Post*, June 11, (https://www.investigativepost.org/2020/06/11/buffalos-police-watchdogs-are-toothless/)

Kirkpatrick, L.O. (2015). Urban triage, city systems, and the remnants of community: Some 'sticky' complications of greening in Detroit. *Journal of Urban History*, 4(2): 261-278.

Kraus, N. (2000). *Race, neighborhoods, and community power: Buffalo politics 1934-1997*. Albany: State University of New York Press.

Kraus, N. (2004a). Local policymaking and concentrated poverty: The case of Buffalo, New York. *Cities*, 21(6): 481-490.

Kraus, N. (2004b). The significance of race in urban politics: The limitations of regime theory. *Race and Society*, 7: 95-111.

Losen, D.J and Martinez, P. (2020). Lost opportunities: How disparate school discipline continues to drive differences in the opportunity to learn. Palo Alto, CA/Los Angeles, CA: Learning Policy Institute; Center for Civil Rights Remedies at the Civil Rights Project, UCLA.

McBride, R.A. (2018). Policing for profit: How urban municipalities' focus on revenue has undermined law enforcement legitimacy. *Faulkner Law Review*, 9:329-360.

Mughan, S. and Singla, A. (2022). Does revenue-motivated policing alter who receives traffic citations?: Evidence from driver race and income in Indiana. *Public Administration Review*, 83: 353-366.

O'Donnell, D.E. (1980). The inequitable burden of school desegregation remedies: The effects of shift in Supreme Court decisions on the Buffalo Desegregation Case, 29 Buff. L.729. *Buffalo Law Review*, 29(4): Article 11.

O'Neil-White, T. (2023). Not a thing of the past: How a history of racial residential segregation in Buffalo led to the Tops shooting. WBFO-FM 887, May 10. https://www.wbfo.org/racial-equity/2023-05-10/not-a-thing-of-the-past-how-a-history-of-racial-residential-segregation-in-buffalo-lead-to-the-tops-shooting

Orfield, G., Ayscue, J., Ee, J., Frankenburg, E., Siegel-Hawley, G., Woodward, B. and Amalani, N. (2015) *Better choices for Buffalo's students: Expanding and reforming the criteria schools system.* [A Report to Buffalo Public Schools]. Los Angeles: The Civil Rights Project.

Pacewicz, J. and Robinson, J.N, III. (2021). Pocketbook policing: How race shapes municipal reliance on punitive fines and fees in the Chicago suburbs. *Socio-Economic Review*, 19(3): 975-1003.

Partnership for the Public Good. (2016). *Collaboration, communication and community-building: A new model of policing for 21st Century Buffalo.* Buffalo: Partnership for the Public Good.

Partnership for the Public Good. (2017). *Better Policing for the City of Buffalo: Toward community, transparency, and justice.* Buffalo: Partnership for the Public Good (https://ppgbuffalo.org/files/documents/ppg_better_policing_for_the_city_of_buffalo_september_2017.pdf).

Patterson, K.L., Silverman, R.M., Wang, C. (2021). It's not always sunny in San Diego for Housing Choice Voucher (HCV) holders: The reproduction of racial and socioeconomic segregation under the *Choice Communities Initiative*, *Journal of Policy Practice and Research,* 2(2): 76-89.

Phillips, S.W., Wheeler, A. and Kim, D. (2016). The effect of policy paramilitary unit raids on crime at micro-places in Buffalo, New York. *Police Science & Management,* 18(3): 206-219.

Pignataro, T.J. (2006). City blitz of arrests straining county Zero-tolerance policy new burden for budget. *Buffalo News*, May 17.

Policy Link. (2017). *Advancing Health Equity and Inclusive Growth in Buffalo*. Oakland: Policy Link and Los Angeles: USC Program for Environmental & Regional Equity. (https://www.policylink.org/sites/default/files/BuffaloProfileFinal.pdf)

Popkin, S.J., Galster, G.C., Tempkin, K., Herbig, K., Levy, D.K., and Richer, E.K. (2003). Obstacles to desegregating public housing: Lessons learned from implementing eight consent decrees. *Journal of Policy Analysis and Management*, 22(2):179-199.

Price, A.D. (1990) Housing Buffalo's black community. Pp. 89-111, in *African Americans and the rise of Buffalo's post-industrial city*, edited by Henry Louis Taylor, Jr., Buffalo: Buffalo Urban League.

Ransford, H.E. (1968). Isolation, powerlessness, and violence: A study of attitudes and participation in the Watts riots. American Journal of Sociology, 73(5): 581-591.

Schmidt, D.H. (2011). Urban triage: Saving the savable neighbourhoods in Milwaukee. *Planning Perspectives*, 26(4): 569-589.

Segregation by Design, Buffalo Expressway Construction, May 2022, accessed Feb. 2024, (https://www.segregationbydesign.com/buffalo/humboldt-parkwaykensington-expressway).

Silverman, R.M. (2011). How unwavering is support for the local property tax?: Voting on school district budgets in New York, 2003-2010. *Journal of Education Finance,* 36(3): 294-311.

Silverman, R.M., Patterson, K.L. and Lewis, J. (2013). Chasing a paper tiger: Evaluating Buffalo's analysis of impediments to fair housing choice. *Current Urban Studies*, 1(3): 28-35.

Silverman, R.M., Yin, L. and Patterson, K. (2015). Municipal property acquisition patterns in a shrinking city: Evidence of the persistence of an urban growth paradigm in Buffalo, NY. *Cogent Social Sciences,* 1: 1012973.

Silverman, R.M., Patterson, K.L., Yin, L., Ranahan, M., Wu, L. (2016). *Affordable housing in US shrinking cities: From neighborhoods of despair to neighborhoods of opportunity?* Bristol: Policy Press.

Silverman, R.M., Patterson, K.L., Wang, C. (2022). Housing choice vouchers (HCVs) on the geographic, socio-economic, and public policy periphery: A critical case study of blocked mobility in the city of San Diego, CA, *Critical Sociology*, 48(2): 341-360.

Spencer, K.B, Charbonneau, A.K. and Glasser, J. (2016). Implicit bias and policing. *Social and Personality Psychology Compass*, 10(1): 50-63.

Spina, M and Thomas, V. (2006). Crackdown planned on quality-of-life crimes. *Buffalo News*, Mar. 8.

Subramanian, R., Fielding, J., Eisen, L., Stroud, H. and King, T. (2022). *Revenue over public safety: How perverse financial incentives warp the criminal justice system*. New York: Brennan Center for Justice at New York University School of Law.

Malhotra, A, SUNY Buffalo Law School. (2017). Final BPD Letter and Full Complaint Filed to the NYS Attorney General. Letter dated August 30, https://www.investigativepost.org/wp-content/uploads/2017/09/Letter-to-NYS-AG-and-Summary-of-Findings.pdf   (full letter and complaint on file with author).

Taylor, H.L. Jr. (1990) *African Americans and the rise of Buffalo's post-industrial city*. Buffalo: Buffalo Urban League.

Taylor, H.L. Jr., Jung, J. and Dash, E. (2021) *The harder we run: The state of Black Buffalo in 1990 and the present*. Buffalo: Buffalo Center for Health Equity, University at Buffalo. Buffalo Urban League.

Taylor, K. (2022). Hiding Buffalo's history of racism behind a cloak of unity. *The New Yorker,* June 9, (https://www.newyorker.com/news/our-columnists/hiding-buffalos-history-of-racism-behind-a-cloak-of-unity)

Taylor, S.J. (1998). *Desegregation in Boston and Buffalo: The influence of local leaders*. Albany: State University of New York Press.

Tomasello, J. (2018) Buffalo history and the roots of school segregation: The rise of Buffalo's two-tiered school system. Pp. 42-54, in *Discrimination in elite public schools:*

*Investigating Buffalo*, edited by Gary Orfield and Jennifer B, Ayscue, New York: Teachers College Press.

U.B. Center for Urban Studies, UB Center for Research in Primary Care, and the Black Leadership Forum. (2000). *The health status of the near East Side black community*. University at Buffalo: Buffalo.

Wheeler, A.P. and Phillips, S.W. (2018). A quasi-experimental evaluation using roadblocks and automatic license plate readers to reduce crime in Buffalo, NY. *Security Journal*, 31: 190-207.

Williams, D., and J. Rey. (2001). Racial divide easing, slowly but surely. *Buffalo News* 28 May: A1.

Winerip, M. (1985) School integration in Buffalo hailed as a model for U.S. *The New York Times*, May 13. https://www.nytimes.com/1985/05/13/nyregion/school-integration-in-buffalo-is-hailed-as-a-model-for-us.html

Wolcott, V.W. (2006). Recreation and race in the postwar city: Buffalo's 1956 Crystal Beach riot. *The Journal of American History*, 93(1): 63-88.

Yin, L. (2009). The dynamics of residential segregation in Buffalo: An agent-based simulation. *Urban Studies*, 46(13): 2749-2770.

Yin, L, Yin F. and Silverman, R.M. (2022). Spatial clustering of property abandonment in shrinking cities: A case study of targeted demolition in Buffalo, NY's African American neighborhoods. Urban Geography, DOI: 10.1080/02723638.2022.2142404.

Discovery and Case Materials

Checkpoints Map, BLRR v. Buffalo, No. 1.18-cv-00719-CCR, ECF 1-12 (W.D.N.Y.)

COB061108

COB221459

COB221803

COB277572

The Constantine Institute, Inc. (2016), Joint Legislative Fiscal Committee Hearing Executive Budget Public Protection, Feb. 4, Stmt. Of Terry O'Neill, Director, the Constantine Institute Inc., PLAINTIFFS_GENERIC-00025833.

Malhotra, A,, SUNY Buffalo Law School (2017). Complaint Summary re BPD to the Office of
the Attorney General, Aug 30, 2017., BPD_REV-00000182-00001

Transcript of the November 6, 2023 Deposition of Mayor Byron Brown and Exhibits

Other

*Arthur v. Nyquist*, 415 F. Supp. 904 (W.D.N.Y. 1976)

Brown, B. (2006) Law Enforcement Action Plan, *City of Buffalo*.

*Build of Buffalo v. Sedita*, 441 F.2d 284 (2d. Cir. 1971).

*Build of Buffalo v. Sedita*, Case Appendix 1 and 2.

U.S. Department of Justice (2016). *Investigation of the Baltimore City Police Department*.
Washington, D.C.: U.S. Department of Justice. Civil Rights Division.