# Exhibit 4

```
 1          UNITED STATES DISTRICT COURT

 2          WESTERN DISTRICT OF NEW YORK

 3          ------------------------------------------------

 4          BLACK LOVE RESISTS IN THE RUST, ET AL.,
            INDIVIDUALLY AND ON BEHALF OF A CLASS OF
 5          ALL OTHERS SIMILARLY SITUATED,

 6
                    Plaintiffs,
 7
             -vs-                      1:18-cv-00719-CCR
 8
            CITY OF BUFFALO, N.Y., ET AL.,
 9
                    Defendants.
10          ------------------------------------------------

11

12          EXAMINATION BEFORE TRIAL OF MICHAEL ACQUINO

13                   APPEARING REMOTELY FROM

14                      BUFFALO, NEW YORK

15

16                   September 5th, 2023

17                   At 10:00 a.m.

18                   Pursuant to notice

19

20          REPORTED BY:

21          Rebecca L. DiBello, RPR, CSR(NY) (Pages 1-205)

22          Brooklyn Morton, Notary Public (Pages 206-256)

23          APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

49

MICHAEL ACQUINO

1    to an incident no matter where you were

2    patrolling in Buffalo due to its small size?

3  A. Yes.  I mean, like I said, you could get from

4    the East Side to the West Side, I mean, pretty

5    quickly.

6  Q. And while not responding to incidents were you

7    routinely patrolling on Buffalo's East Side?

8         MS. FREELEY:  Objection to form.

9  A. Yes, I was.

10 Q. Let me go ahead and stop sharing the screen

11    now.

12         Is Buffalo's East Side an area that is a

13    majority minority area?

14         MS. FREELEY:  Objection to form.

15 A. Yes, sir.

16 Q. And did you know that while on Strike Force?

17         MS. FREELEY:  Objection to form.

18 A. No.  I mean, I started, like I said, in E

19    District which is Upper East Side and then C

20    District which is middle to Lower East Side.

21 Q. And is your experience as an officer in the C

22    District and the E District where you became

23    familiar with the demographics of Buffalo's

MICHAEL ACQUINO

1     want these done over here.  I would just know

2     literally in a briefing lieutenants would

3     brief us patrol officers on where the

4     checkpoints were going to be.

5  Q. Are the majority of the checkpoints that

6     Strike Force operated located on the East Side

7     of Buffalo?

8         MS. FREELEY:  Objection to form.

9  A. I don't know.  I'd have to look to see exactly

10    where they were.  I don't know.  I mean, I

11    remember doing them throughout the city.  Were

12    they more on the East Side?  I would say yes.

13 Q. Did any superior officer ever tell you that

14    checkpoints were to be concentrated in

15    Buffalo's East Side?

16 A. No.  I never heard anyone say that

17    specifically.  They would come up with them so

18    I didn't -- it wouldn't be like just go out

19    there and do a checkpoint on the East Side. It

20    would be, for example, use Genesee and

21    Fillmore.  It would be in briefing checkpoint

22    is at Genesee and Fillmore at such and such

23    hours.

---

**MICHAEL ACQUINO**

```
 1        was formal written down.  I wasn't there for

 2        that.

 3    Q.  Okay.  And do you know what that policy

 4        stated?

 5    A.  No.

 6    Q.  While you were on Strike Force did you issue

 7        multiple tickets for tinted window violations?

 8    A.  Yes.

 9    Q.  Was it your practice to do that regularly?

10    A.  Yes.

11    Q.  Did you ever receive any guidance from a

12        superior as to whether to issue multiple

13        tickets for tinted window violations?

14    A.  No.  It's just in violation of vehicle and

15        traffic.

16    Q.  Were you ever instructed by a superior that it

17        was inappropriate --

18    A.  No.

19    Q.  -- to write multiple tickets for tinted window

20        violations?

21    A.  No.

22    Q.  Did you ever discuss the issue of writing

23        multiple tickets for tinted window violations
```

---

99

MICHAEL ACQUINO

```
 1        it but, unfortunately, I'm not in that

 2        category in life, so --

 3    Q.  Did you ever discuss pension benefits with

 4        other officers on the Strike Force while you

 5        were in the unit?

 6    A.  I wouldn't discuss it.  Obviously the older

 7        guys would, but --

 8    Q.  How could you increase your earnings as a

 9        patrol officer?

10    A.  Overtime.

11    Q.  Was there any other way to increase your

12        earnings as a patrol officer?

13    A.  Yes.  Court time.

14    Q.  And what is court time?

15    A.  Court time is you get called for any hearing,

16        felony hearings, conferences before you would

17        go to these hearings, so I guess a court

18        appearance to make it short.

19    Q.  And did you often attend court appearances

20        while on Strike Force?

21    A.  I did.

22    Q.  How often would you say you attended court

23        appearances while on Strike Force?
```

DEPAOLO CROSBY REPORTING SERVICES, INC.

135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

MICHAEL ACQUINO

1    present racial stereotypes?

2            MS. FREELEY:  Same objection.

3    A.  No.

4    Q.  Have you seen any images while at the BPD and

5        BPD office areas that you would consider to be

6        obscenity?

7            MS. FREELEY:  Same objection.

8    A.  To be an obscenity?

9    Q.  Yes.

10   A.  No.

11   Q.  I'm going to pull up another document here.

12       This will be Exhibit 7.  This is a PowerPoint

13       presentation introduced to plaintiffs titled

14       Implicit Bias, a Continuation of Procedural

15       Justice with Bates -- starting with Bates

16       number COB Hodgson 00349 and I'm going to

17       actually look at -- so this training on the

18       first page we're looking at has the date of

19       May 2nd, 2023.

20           Do you recall receiving a training with

21       this title?

22   A.  Like I said, I don't remember.  We have a lot

23       of training.

1    Q.  This training would have been on May 2nd of

2         this year, so it would have been within the

3         last few months.  Do you recall receiving a

4         training with this title in the past few

5         months?

6    A.  I just don't remember.

7    Q.  Would you expect to remember this training if

8         you received it in the past few months?

9    A.  I don't think you know how busy like a date is

10        on a day-to-day basis, so I probably wouldn't.

11   Q.  Do you believe that training is effective if

12        you don't remember its contents?

13            MS. FREELEY:  Objection to form.

14   A.  I'm not saying I don't remember the contents.

15        I just don't remember.

16   Q.  Could you tell me anything about the contents

17        of this training?

18   A.  I mean, just about bias, just favoring

19        unconsciously someone, a group.

20   Q.  What is your definition of the term implicit

21        bias?

22            MS. FREELEY:  Objection to form.

23   A.  Like you're unconsciously favoring against

141

MICHAEL ACQUINO

1      people or ethnicity.

2   Q. Did you take any specific steps to prevent

3      yourself from exhibiting implicit bias?

4          MS. FREELEY:  Objection to form.

5   A. I just know I don't do it, so it's a question

6      I -- I don't need to take any steps if I don't

7      do it.

8   Q. How do you know that you don't exhibit

9      implicit bias?

10         MS. FREELEY:  Objection to form.

11  A. I don't.  So that is my answer.

12  Q. Have you ever seen another officer on the BPD

13     exhibit implicit bias?

14         MS. FREELEY:  Objection to form.

15  A. No, not that I can remember.

16  Q. I'll stop sharing this.  I'm looking at the

17     time.  Do we want to go ahead and break for

18     lunch?

19

20         (Lunch recess taken.)

21

22  Q. So next I'd like to talk a little bit about

23     discipline within the BPD and I'm going to

```
 1        STATE OF NEW YORK)

 2                      )  ss.

 3        COUNTY OF ERIE    )

 4


 5

          I, Brooklyn Morton, Notary Public, in and for
 6        the County of Erie, State of New York, do
          hereby certify:
 7


 8        That the witness whose testimony appears
          hereinbefore was, before the commencement of
 9        their testimony, duly sworn to testify the
          truth, the whole truth and nothing but the
10        truth; that said testimony was taken pursuant
          to notice at the time and place as herein set
11        forth; that said testimony was taken down by me
          and thereafter transcribed into typewriting,
12        and I hereby certify the foregoing testimony is
          a full, true and correct transcription of my
13        shorthand notes so taken.

14
          I further certify that I am neither counsel
15        for nor related to any party to said action,
          nor in anyway interested in the outcome
16        thereof.

17
          IN WITNESS WHEREOF, I have hereunto
18        subscribed my name and affixed my seal on this
          18th day of September, 2023.
19

20            Brooklyn Morton
              --------------------
21            Brooklyn Morton

22

23
```

```
 1          STATE OF NEW YORK)
            COUNTY OF ERIE   )
 2


 3         I, Rebecca Lynne DiBello, CSR, RPR, Notary
        Public, in and for the County of Erie, State of
 4      New York, do hereby certify:


 5
           That the witness whose testimony appears
 6      hereinbefore was, before the commencement of
        their testimony, duly sworn to testify the
 7      truth, the whole truth and nothing but the
        truth; that said testimony was taken pursuant
 8      to notice at the time and place as herein set
        forth; that said testimony was taken down by me
 9      and thereafter transcribed into typewriting,
        and I hereby certify the foregoing testimony is
10      a full, true and correct transcription of my
        shorthand notes so taken.
11

12         I further certify that I am neither counsel
        for nor related to any party to said action,
13      nor in anyway interested in the outcome
        thereof.
14

15         IN WITNESS WHEREOF, I have hereunto
        subscribed my name and affixed my seal this
16      19th day of September, 2023.

17

18

19      _____

20      Rebecca Lynne DiBello, CSR, RPR
        Notary Public - State of New York
        No. 01D14897420
21      Qualified in Erie County
        My commission expires 5/11/2027
22

23
```