# Exhibit 6

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**BLACK LOVE RESISTS IN THE RUST, et al.,**

**individually and on behalf of a class of**

**all others similarly situated,**

                                 Plaintiffs,

vs.                              1:18-cv-00719-CCR

**CITY OF BUFFALO, N.Y., et al.,**

                                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORAL EXAMINATION OF KEVIN BRINKWORTH**

**APPEARING REMOTELY FROM**

**BUFFALO, NEW YORK**

Wednesday, March 16, 2022

9:08 a.m. - 4:43 p.m.

pursuant to notice

REPORTED BY:

Luanne K. Howe

APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| 1 | Q | Did they include your work with the Strike Force and |
| 2 | | the Housing Unit? |
| 3 | A | No. |
| 4 | Q | And can you describe the command structure through |
| 5 | | which you supervised the Housing Unit and the Strike |
| 6 | | Force? |
| 7 | A | There was a captain, two lieutenants, and there were |
| 8 | | two separate platoons too. |
| 9 | Q | Okay.  And was that for the Housing Unit? |
| 10 | A | That was for Housing and Strike Force. |
| 11 | Q | Okay.  The captain was over both -- was the captain |
| 12 | | of both units? |
| 13 | A | Initially I -- initially, I'm not certain.  I'm not |
| 14 | | certain if there was a captain in Housing initially. |
| 15 | | There was one in Strike Force. |
| 16 | Q | And it would have been the same individual? |
| 17 | A | There was one captain assigned to that precinct, if |
| 18 | | you will, to that station house. |
| 19 | Q | Okay.  And then there were also in the Housing Unit |
| 20 | | and the Strike Force lieutenants who were underneath |
| 21 | | the captain? |
| 22 | A | Yes. |
| 23 | Q | And then officers who were underneath the |

```
 1              And my question for you, Mr. Brinkworth, was
 2        whether you're familiar with these maps.
 3   A    I have seen them, yes.
 4   Q    Were these maps that you worked with regularly in
 5        your role as chief?
 6   A    No.
 7   Q    Were you personally involved in directing Strike
 8        Force patrol locations?
 9   A    No.
10   Q    Do you know what went into setting Strike Force
11        patrol locations?
12   A    I don't.
13   Q    Were you aware on a daily basis of where the Strike
14        Force was patrolling?
15   A    No.
16   Q    Were you aware that the Strike Force patrolled mostly
17        in Black neighborhoods on the east side of Buffalo?
18   A    I knew there was a concentration on the east side,
19        yes.
20   Q    And how did you know that there was a concentration
21        on the east side?
22   A    I would receive reports at the end -- maybe I was
23        told they were there.  I'm not certain, but I knew
```

```
 1              that there was a concentration.
 2     Q        Would you say that it was common knowledge within the
 3              BPD that the Strike Force was concentrated on the
 4              east side of Buffalo?
 5                     MR. POOLE:  Form.
 6     A        Yes.
 7     Q        Was that something that concerned you?
 8     A        No, because there was some high crime areas.
 9     Q        Are you familiar with COMPSTAT?
10     A        Yes.
11     Q        What was COMPSTAT?
12     A        It was a monthly reporting.  We would meet monthly;
13              all the chiefs and division heads would meet monthly.
14              It was kind of an information sharing process to talk
15              about trends that might be happening in districts or
16              throughout the city.
17     Q        You would typically attend COMPSTAT meetings?
18     A        Yes.
19     Q        Along with the other chiefs?
20     A        Yes.
21     Q        Did anybody below the level of chief attend COMPSTAT
22              meetings?
23     A        There would be captains there.  There would be
```

| | | |
|---|---|---|
| 1 | | identified as COB056249.  It's actually an email |
| 2 | | chain, and it has to do -- I'll just let you read it. |
| 3 | | Let me know when you would like me to scroll down. |
| 4 | A | Okay.  Scroll down.  You can scroll.  Okay. |
| 5 | Q | Looking at the email at the bottom of the page, it's |
| 6 | | Patrick Roberts to Laurie Fitzgerald, and it's |
| 7 | | copying you and Commissioner Derenda.  It's dated |
| 8 | | April 21, 2013.  And Captain Roberts is asking for |
| 9 | | additional plate readers, and he says, "I believe the |
| 10 | | readers would pay for themselves in about two weeks." |
| 11 | A | Okay. |
| 12 | Q | And he also says that there is a great deal of |
| 13 | | interest from the Housing Unit and the Strike Force |
| 14 | | Unit officers in having additional plate readers.  So |
| 15 | | why would the Housing and Strike Force officers have |
| 16 | | a great deal of interest in additional plate readers? |
| 17 | | MR. POOLE:  Form. |
| 18 | A | I can't speak for them. |
| 19 | Q | Why do you think that Captain Roberts believed that |
| 20 | | the plate readers would pay for themselves in about |
| 21 | | two weeks? |
| 22 | | MR. POOLE:  Form. |
| 23 | A | It's very possible because we'd be able -- they'd be |

```
 1              able to write more summonses.
 2    Q    Plate readers also make it possible to impound more
 3         vehicles, correct?
 4    A    Yes.
 5              MR. POOLE:  Form.
 6    Q    Do you think it's appropriate for Captain Roberts to
 7         be considering whether the readers would pay for
 8         themselves through increased ticketing?
 9              MR. POOLE:  Form.
10    A    I don't know that that's necessarily in his
11         wheelhouse, so to speak.
12    Q    And what do you mean by that, that it's not in his
13         wheelhouse?
14    A    That I don't know that that's his -- that would be
15         his area of concern.
16    Q    I will introduce as Brinkworth 16 a document
17         identified as COB591726, and this is an email chain
18         between you and David Wilcox.  He was a Strike Force
19         lieutenant, right?
20    A    Yes.
21    Q    And Captain Roberts was also involved in this chain.
22         It's dated March 18, 2014.  And I will give you a
23         moment to read it.
```

1  A     If you could push that up, please.  Okay.
2  Q     I'll direct you to the place in the email where
3        Lieutenant Wilcox says "our unit impounds more cars
4        and writes more summons (by a wide margin) than any
5        district or unit in the city.  Our single plate
6        reader has been paid for many times over."
7              So here Lieutenant Wilcox appears to believe
8        that Strike Force officers should get more plate
9        readers because they can generate the revenue to pay
10       for them.  Would you agree with that?
11                   MR. POOLE:  Form.
12 A     It appears that because they do so much work, they do
13       write a lot of summonses, that it's needed.  I can't
14       speak to his -- go ahead.
15 Q     You go.  Please finish your answer.
16 A     I can't speak to whether he has any insight into
17       budget.
18 Q     Would you agree that his email shows an awareness
19       that his work writing summons and impounding vehicles
20       generates revenue for the city?
21 A     Yes.
22                   MR. POOLE:  Form.
23 Q     And he also states that he needs additional plate

```
 1   Q      Were you aware of expectations for impounds on Strike
 2          Force officers?
 3   A      No.
 4   Q      Why do you think Lieutenant Wilcox said "less
 5          impounds equates to less revenue"?
 6                  MR. POOLE:  Form.
 7   A      Well, if they're sent over to the Buffalo impound, I
 8          believe there's charges attendant to that including
 9          storage charges.
10   Q      Do you understand Lieutenant Wilcox to be arguing
11          that the Strike Force should be able to do more
12          impounds so as to generate more revenue?
13                  MR. POOLE:  Form.
14   A      It does appear to imply that.
15   Q      I will introduce as Brinkworth 18 a document
16          identified as COB040359, and this is another email
17          from Lieutenant Wilcox that's dated March 8, 2014
18          sent to Captain Roberts.  And you can take a minute
19          to read through it.
20   A      Okay.
21   Q      And Lieutenant Wilcox is complaining that there is no
22          working plate reader in the Strike Force fleet at
23          that time, right?
```

1    A    Yes.
2         MR. POOLE:  Form.
3    Q    And he says that the Strike Force has impounded 3,300
4         cars, creating hundreds of thousands of dollars,
5         right?
6    A    Yes.
7    Q    Lieutenant Wilcox seems to -- well, scratch that.
8         Do you think that Lieutenant Wilcox seems to
9         believe that his job in part is to bring in revenue
10        for the city through vehicle impounds?
11        MR. POOLE:  Form.
12   A    I believe he believes his job is to impound cars, and
13        the ancillary of that is it brings in revenue for the
14        city.
15   Q    Was it a commonly held belief among Strike Force and
16        Housing Unit officers that their police work brought
17        a financial benefit to the city?
18        MR. POOLE:  Form.
19   A    I can't speak for them.
20   Q    Was that a subject that you ever spoke with Strike
21        Force and Housing Unit officers about?
22   A    No, I never spoke with them about revenue generation.
23   Q    I will mark as Brinkworth 19 a document COB063327,

```
 1                        THE WITNESS:  Sure.
 2                        MR. POOLE:  Certainly.
 3      Q    I'll introduce as Brinkworth 20 a document that's
 4           been identified as COB053722.  And this is an email
 5           from Patrick Roberts to Commissioner Derenda and
 6           you're copied on it, and the date is May 3, 2013.
 7           And I'll give you a minute to read it.
 8      A    Okay.
 9      Q    So in this email, Captain Roberts is boasting about
10           the Housing and Strike Force statistics, right?
11      A    Yes.  He's laying them out, yes.
12      Q    And he also says that a great reward would be an
13           overtime detail, right?
14      A    Yes, he does say that.
15      Q    Why would overtime opportunities be viewed as a
16           reward?
17                        MR. POOLE:  Form.
18      A    Well, overtime provides more money in your paycheck.
19      Q    Did officers get paid time and a half for overtime?
20      A    Yes.
21      Q    And some officers increased their salaries
22           considerably by working overtime, didn't they?
23      A    Yes.
```

```
 1                    MR. POOLE:  Form.
 2   Q    And did working overtime also give opportunities --
 3        excuse me.
 4             Did working overtime also give officers the
 5        opportunity to increase their pensions?
 6   A    Yes.
 7   Q    Did you see overtime opportunities as a reward for
 8        production?
 9   A    No.
10   Q    Did you correct Captain Roberts' belief that overtime
11        is a reward for production?
12   A    I don't recall having that conversation.
13   Q    Did you ever look into whether Captain Roberts was
14        communicating down the chain of command that overtime
15        was available as a reward for production?
16   A    I did not hear that.
17   Q    And did you look to see whether that was happening?
18   A    No.
19   Q    As chief, did you have a philosophy about how best to
20        use overtime?
21   A    I had little or no authority in that regard.  I had
22        no control over how overtime was meted out or how
23        details were set up.  That was not anything that I
```

```
 1                          MR. POOLE:  Form.
 2      A      Racial bias?
 3      Q      Uh-huh.
 4      A      Similar.  To look at the person, make an assumption
 5             based solely on his race.
 6      Q      Is there a difference between racial profiling and
 7             racial bias?
 8                          MR. POOLE:  Form.
 9      A      Racial profiling seems to be an affirmative act.
10             Bias might simply be implicit.  You make an
11             assumption.
12      Q      If the officer has probable cause for a traffic stop,
13             can that stop still be the result of racial
14             profiling?
15      A      If that person has a legitimate stop, has a
16             legitimate reason?
17      Q      Yes.
18      A      I believe that if it's a legitimate reason, then you
19             have the right to stop that person.
20      Q      Even if the reason for the stop was at least in part
21             related to the person's race?
22      A      Not if it's based on race --
23                          MR. POOLE:  Form.
```

1  A   -- but if he's violated a provision of the law, then
2      he can stop him.
3  Q   So your testimony is that if the stop is legitimately
4      based on probable cause, then it can't be racial
5      profiling?
6              MR. POOLE:  Form.
7  A   I'm not saying that.  I'm saying that if it's a
8      legitimate stop -- I can't speak to the intent of the
9      officer.  I can only speak to his actions regarding
10     making that stop and the actual -- for the V&T issue.
11 Q   Did you personally receive training from the BPD
12     regarding racial profiling or racial bias?
13             MR. POOLE:  Form.
14 A   I don't recall.
15 Q   Did you provide training to the Housing Unit or the
16     Strike Force on racial profiling or racial bias?
17 A   Not that I recall.
18 Q   Did you ask Captain Roberts or Captain Serafini to
19     provide such training?
20 A   Not that I recall.
21 Q   Did you ask for officers to receive such training
22     from somebody else?
23 A   Not that I recall.  That would come through our

```
 1             academy.
 2     Q       If an officer pulls somebody over for an
 3             investigatory stop, the officer doesn't have to write
 4             the person a ticket, right?
 5                     MR. POOLE:  Form.
 6     A       No.
 7     Q       Whether and how many tickets to write is in the
 8             officer's discretion?
 9     A       Yes.
10     Q       Does the BPD have any written policies to guide the
11             officer's discretion in this area?
12     A       I don't recall.
13     Q       The Amended Complaint that was filed in this action
14             alleges that from 2012 to 2019, drivers from
15             predominantly Black zip codes were eight times as
16             likely to be issued multiple tickets in a single stop
17             than drivers from predominantly white zip codes.  Do
18             you have any reason to believe this allegation is
19             incorrect?
20                     MR. POOLE:  Form.
21     A       I don't have the stats in front of me, so I have no
22             way to dispute it.
23     Q       Can you explain the racial disparity in issuance of
```

```
 1            multiple tickets?
 2     A      I can't.
 3                   MR. POOLE:  Form.
 4     Q      Do you think that Black drivers commit more traffic
 5            violations than white drivers?
 6                   MR. POOLE:  Form.
 7     A      I don't have the statistics on that.  I don't know.
 8     Q      As chief, did you take any affirmative steps to learn
 9            whether your officers were engaging in racial
10            profiling?
11     A      No.
12     Q      And did anybody within the BPD ever ask you to
13            investigate whether your officers were engaging in
14            racial profiling?
15     A      No.
16                   MS. WILNER:  I just want to take a short
17               break, maybe five minutes.
18                   MR. POOLE:  Okay.
19                   (A recess was taken.)
20            BY MS. WILNER:
21     Q      The Buffalo Police Department has an Internal Affairs
22            Division, right?
23     A      Yes.
```

```
 1              pattern, you might be able to preempt some of their
 2              behaviors.
 3       Q      I'll mark as Brinkworth 37 a document identified as
 4              COB053645.  And this is a three-page email chain
 5              regarding a complaint by Delwanda Garland.
 6       A      Okay.
 7       Q      And we can scroll down to the complaint.  I'll let
 8              you read it.  The date of the complaint was
 9              August 27, 2014.
10       A      Okay.
11       Q      And I'll let you finish.
12       A      Okay.
13       Q      So looking at this complaint, do you agree that Ms.
14              Garland was initially stopped without any
15              individualized suspicion as part of the process of
16              going through the checkpoint?
17                      MR. POOLE:  Form.
18       A      It sounds like she went through a checkpoint.
19       Q      Correct.  And I'm just -- I'm hoping that this is not
20              a controversial point, but everybody who goes --
21              passes through a checkpoint is stopped, right?
22              They're under the --
23       A      Yes.
```

1   Q   Yes. And they're stopped without any individualized
2       suspicion of wrongdoing?
3   A   Correct.
4   Q   But --
5           MR. POOLE: Form again. Sorry.
6   Q   In order to pull a driver over for a secondary stop,
7       the officer would have to have probable cause that
8       the driver had committed a crime or a traffic
9       violation, right?
10  A   Yes. But in this instance, it appears that she was
11      not cooperating. She said her vehicle information
12      were all correct, so if I'm reading this correctly,
13      she didn't provide that.
14  Q   Are people driving in vehicles ordinarily required to
15      stop and be stopped and answer questions from
16      officers when they haven't committed any traffic
17      violations?
18          MR. POOLE: Form.
19  A   Well, this was a traffic checkpoint, so all the cars,
20      all the officers -- all the motorists were stopped.
21  Q   And so it's your testimony that when people are
22      passing through a checkpoint, if an officer wants to
23      pull them over to ask them more questions, that the

```
 1  STATE OF OHIO          )
 2  COUNTY OF CUYAHOGA     )
 3              I, Luanne K. Howe, Notary Public, in and for the
 4  County of Cuyahoga, State of Ohio, do hereby certify:
 5              That the witness whose testimony appears
 6  hereinbefore was, before the commencement of his testimony,
 7  duly sworn to testify the truth, the whole truth and nothing
 8  but the truth; that said testimony was taken remotely
 9  pursuant to notice at the time and place as herein set
10  forth; that said testimony was taken down by me and
11  thereafter transcribed into typewriting, and I hereby
12  certify the foregoing transcript is a full, true and correct
13  transcription of my shorthand notes so taken.
14              I further certify that I am neither counsel for
15  nor related to any party to said action, nor in any way
16  interested in the outcome thereof.
17              IN WITNESS WHEREOF, I have hereunto subscribed my
18  name and affixed my seal this 22nd day of March, 2022.
19
20                              _____
                                Luanne K. Howe
21                              Notary Public - State of Ohio
22                              My commission expires 10-07-24
23
```