# Exhibit 9

```
 1        UNITED STATES DISTRICT COURT

 2        FOR THE WESTERN DISTRICT OF NEW YORK

 3        ---------------------------------------------

 4        BLACK LOVE RESISTS IN THE RUST, et al.,
          individually and on behalf of a class of
 5        all others similarly situated,

 6                              Plaintiffs,

 7         -vs-                        1:18-cv-00719-CCR

 8        CITY OF BUFFALO, N.Y., et al.,

 9                              Defendants.
          ---------------------------------------------
10              DEPOSITION OF DANIEL DERENDA

11            Taken pursuant to Rule 30(b)(6)

12         of the Federal Rules of Civil Procedure

13              APPEARING REMOTELY FROM

14               BUFFALO, NEW YORK

15

16        (ATTORNEYS' EYES ONLY PAGES 138 - 142)

17

18               January 23rd, 2024

19               At 9:30 a.m.

20               Pursuant to notice

21

22        REPORTED BY:

23        Rebecca L. DiBello, RPR, CSR(NY)
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

DANIEL DERENDA

```
 1     Q.  Now, traffic safety was not listed as one of
 2         the four missions of the Strike Force on the
 3         mission statement, correct?
 4     A.  It's not listed on this mission statement.
 5     Q.  Okay.  Now, let's turn to the activities the
 6         Strike Force engaged in while it was in
 7         existence.  Once established the Strike Force
 8         was designed to target patrol areas, correct?
 9             MR. SAHASRABUDHE:  Objection to form.
10         Can you restate?
11     Q.  Once established the Strike Force had assigned
12         patrol areas, correct?
13     A.  They had assigned areas, correct.
14     Q.  Areas that were referred to as patrols?
15             MR. SAHASRABUDHE:  Objection as to form.
16     A.  I'm not understanding.
17     Q.  Did you call the areas that the Strike Force
18         was assigned to patrol locations or patrol
19         areas?
20     A.  Areas.  Like they were by number.
21     Q.  Okay.  And the majority of the patrol areas
22         were on the East Side?
23     A.  I believe it broke down the city by different
```

DANIEL DERENDA

1           areas by number.

2    Q.  As far as the actual locations where the

3         Strike Force was dispatched, was that

4         predominantly on the East Side?

5    A.  The Strike Force was dispatched based on crime

6         trends and things going on in the area,

7         different areas.

8    Q.  There is data available about where those

9         locations tended to be, correct?

10   A.  There was data gathered where those locations

11        -- yeah.  There would be based on their

12        reports, yes.

13   Q.  Okay.  And you were often involved in the

14        decision as to where the Strike Force would be

15        dispatched, correct?

16            MR. SAHASRABUDHE:  Object to the form.

17   A.  I was, Lockwood was, the chiefs were,

18        sometimes the captains, maybe Serafini of the

19        Strike Force or the other captain.  I don't

20        recall his name.  And sometimes the

21        lieutenants picked the locations based on

22        information.

23   Q.  And that is to say that the commissioner

DANIEL DERENDA

1       participated in the selection of the Strike
2       Force's patrol locations, correct?
3    A. I believe I did, yes.
4    Q. As did the deputy police commissioner,
5       correct?
6    A. Lockwood, correct.
7    Q. As did captains who were involved in the
8       Strike Force, correct?
9    A. I believe at times they may have, correct.
10   Q. And as well as lieutenants involved in the
11      Strike Force, correct?
12   A. I think that was limited, but I believe it
13      could have taken place.
14   Q. Okay.  And to the extent it took place, it was
15      with the authorization of the BPD chain of
16      command?
17   A. Correct.
18   Q. Okay.  Now, what criteria was used in
19      selecting the Strike Force patrol locations?
20   A. Locations based on current issues going on.
21      We discussed with chiefs.  We looked at crime
22      stats, crime hot spots and they dispatched
23      based on what was going on at that time,

**DANIEL DERENDA**

1          trends at the time they were assigned to

2          different areas.

3     Q.  Okay.  Was crime data related to the location

4          of motor vehicle accidents considered?

5     A.  For the Strike Force?

6     Q.  Correct.

7     A.  No.

8     Q.  Was trend data related to the incidence of

9          motorists driving without licenses or

10         registrations considered?

11    A.  For the location of the Strike Force, no.

12    Q.  Yes.  Was there any consideration of traffic

13         safety data related to the location of Strike

14         Force patrols?

15             MR. SAHASRABUDHE:  We're talking about

16         patrol locations, correct?

17    Q.  Correct.

18    A.  No.

19    Q.  Okay.  Now, in the instances where you were

20         not responsible as commissioner for selecting

21         patrol locations you were made aware of them,

22         correct?

23             MR. SAHASRABUDHE:  Objection as to form.

—— **DANIEL DERENDA** ——

```
 1      A.  I would be copied on a daily Strike Force

 2          report so, yes, I would review those reports

 3          periodically, so I would have been made aware

 4          of.

 5      Q.  Okay.  And if you had concerns or objections

 6          to the patrol locations you could have voiced

 7          those concerns, correct?

 8              MR. SAHASRABUDHE:  Objection to form.

 9      A.  Yes.

10      Q.  Did you ever?

11      A.  I don't recall.

12      Q.  And there were others in the BPD who received

13          Strike Force daily reports, correct?

14      A.  It would be -- yes, that's correct.

15      Q.  Who were those individuals by job title?

16      A.  I don't remember the total who would be on it,

17          but it would be district chiefs at the time.

18          The deputy commissioners would receive it.  I

19          would receive it.  Strike Force lieutenants

20          would receive it.  Captains, all chiefs.  That

21          would probably be the chain.  I don't recall

22          exactly who would be on that chain.

23      Q.  Okay.
```

———**DANIEL DERENDA**———

1    A. I didn't educate myself on that prior to.

2    Q. But in any event, members of BPD's leadership

3       including the commissioner received the daily

4       reports?

5    A. Yes.

6    Q. What was the function of the Strike Force

7       daily reports?

8    A. Of the daily reports?

9    Q. Yes.

10   A. To know what was being done.  My philosophy is

11      what gets measured gets done.

12   Q. So as commissioner you were briefed on a daily

13      basis about the Strike Force's activities in

14      the City of Buffalo, correct?

15   A. I was sent a daily report.  Whether I read it

16      daily or not, sometimes, sometimes not.

17   Q. Okay.  But you were nonetheless given notice

18      about the activities the Strike Force was

19      engaged in in the City of Buffalo?

20          MR. SAHASRABUDHE:  Objection as to form.

21   A. I was sent the daily report.

22   Q. Okay.  And that was a practice that was

23      instituted during your time as commissioner of

———**DEPAOLO CROSBY REPORTING SERVICES, INC.**———
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

─────── **DANIEL DERENDA** ───────

```
 1          gun violence, correct?
 2              MR. SAHASRABUDHE:  Objection as to form.
 3          You may answer.
 4      A.  The Strike Force operated checkpoints at my
 5          request as part of their patrol duties as
 6          often as possible each and every day.  I would
 7          like them to have done a checkpoint each and
 8          every day for the purpose of traffic safety
 9          with the secondary purpose of high visibility.
10          That was part of what I expected from them
11          every day.
12      Q.  So during your time as BPD commissioner you
13          expected the Strike Force to be operating
14          checkpoints each and every day, correct?
15      A.  Or sometimes they couldn't due to manpower
16          constraints or other issues going on, but
17          generally speaking I would have liked to have
18          at least one checkpoint done a day.
19      Q.  Subject to manpower consideration, correct?
20      A.  Yes, and other considerations.
21      Q.  And that was an expectation you communicated
22          to Strike Force members, correct?
23      A.  To Strike Force supervisors.  It would be the
```

**DANIEL DERENDA**

1   this grant which the officers would have

2   performed.

3   Q. Thank you.

4        Now, moving on, when the Strike Force

5   operated checkpoints they received assistance

6   at times from the Housing Unit, correct?

7   A. Correct.

8   Q. The Strike Force and Housing Unit also engaged

9   in traffic enforcement outside of checkpoints,

10  correct?

11  A. It would be part of their duties on patrol to

12  enforce traffic, correct.

13  Q. So they engaged in these activities with your

14  knowledge and permission?

15  A. Yes.

16  Q. Including on the East Side?

17  A. Including all parts of the City of Buffalo.

18  Q. And that includes the East Side?

19  A. Correct.

20  Q. Now, as BPD commissioner you participated in

21  the decision to deploy the Strike Force for

22  use in traffic enforcement, correct?

23       MR. SAHASRABUDHE:  Objection as to form.

**DANIEL DERENDA**

1           permission as Strike Force to do so when I was

2           commissioner.

3     Q.  You mean as Housing Unit?

4     A.  Housing and Strike Force.  I just don't recall

5           personally them doing them.

6     Q.  Okay.  Since you have been educated about this

7           topic and since it squarely falls under Topic

8           2, how frequently did the Housing Unit conduct

9           its own checkpoints?

10              MR. SAHASRABUDHE:  Objection as to form.

11    A.  I don't have that information.

12    Q.  Do you know whether the Housing Unit

13          checkpoints differed from Strike Force

14          checkpoints in any way?

15    A.  Any checkpoints done by whether Housing or

16          Strike Force had to follow the Manual of

17          Procedure and the roadblock checkpoint

18          directive.

19    Q.  So there were no differences that you're aware

20          of between the way Housing Unit checkpoints

21          were supposed to function and Strike Force

22          checkpoints?

23    A.  It should have functioned or followed -- the

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

DANIEL DERENDA

1

2      **BY MS. EZIE:**

3    Q. Mr. Derenda, are you aware of any instances

4       where the Housing Unit issued checkpoint

5       directives when operating checkpoints without

6       the Strike Force?

7           MR. SAHASRABUDHE:  Objection to form.

8    A. I am not aware if they issued directives.  I

9       am telling you it was part of what they should

10      have done.  I don't even know if these records

11      would exist today or where they would be kept

12      but, again, if they did a checkpoint they were

13      under the same orders as anyone else who would

14      have done a checkpoint under the Manual of

15      Procedure and the directives they should have.

16      I can't tell you if they did.

17   Q. Why did the Manual of Procedures require that

18      checkpoint directives be issued in connection

19      with checkpoints?

20   A. Because the directive states everything they

21      should and shouldn't do and I believe the

22      directive again about traffic safety, about

23      the time and place and setting up for --

1          again, I don't have the directive in front of
2          me, but it lays out what the officers should
3          do to make everybody safe and to do what I
4          believe constitutionally.
5     Q.   To confirm, however, you are not aware of
6          whether the Housing Unit complied with this
7          requirement, correct?
8     A.   I am not aware.  I am telling you that they
9          should have.
10    Q.   Okay.  Now, Mr. Derenda, there are special
11         rules that apply to towing cars on private
12         property, correct?
13    A.   Yes.
14    Q.   The same thing with issuing parking tags on
15         private property?
16    A.   That would be correct.
17    Q.   And technically speaking, BMHA parking lots
18         are private property, correct?
19              MR. SAHASRABUDHE:  Objection as to form.
20    A.   It would be BMHA property which is a
21         government entity.
22    Q.   But it's not a public roadway, correct?
23              MR. SAHASRABUDHE:  Objection as to form.

1            MR. SAHASRABUDHE:  Form.

2    A.  When it was necessary when it should be done,

3         yes.

4    Q.  While operating checkpoints, correct?

5    A.  While operating checkpoints they should

6         enforce all the V&T rules, all laws and it

7         should be done on every vehicle that comes

8         through so everybody is treated equally.

9    Q.  Okay.  So conducting impounds was part of the

10        expected role of officers operating at Strike

11        Force checkpoints?

12            MR. SAHASRABUDHE:  Objection to form.

13   A.  It wasn't expected, but if they impound the

14        vehicle it would be part of what they did for

15        various reasons through the checkpoint.

16   Q.  It's something that you tracked as far as data

17        is concerned?

18   A.  I believe they might have put down the number

19        of impounds on the report.  I don't recall

20        exactly, but they would track all the numbers

21        whether it was traffic summonses, number of

22        misdemeanor arrests, felony arrests, guns

23        recovered.  There might have been impounds on

1          there, but I don't recall that.

2     Q.  And it was your policy to have the Strike

3          Force track those type of statistics, correct?

4     A.  It was my policy to have them track basically

5          all statistics.  As I said, what gets measured

6          gets done.

7               I know when Strike Force is out there

8          and they're a proactive policing unit, they

9          are not tied to the radio, to tell me that

10         they're out there for eight hours or ten hours

11         a shift and there's five cars and two-man cars

12         that they should be doing something.

13              There should be numbers of tickets

14         because if you drive around you can always see

15         traffic infractions.  There's always something

16         and they're a proactive unit and they were

17         instructed to be proactive and be out there

18         enforcing the law, zero tolerance.

19    Q.  And whose policy was the zero tolerance

20         policy?

21    A.  It was basically my policy, but it was always

22         the mayor's crime plan, zero tolerance crime

23         policy.  It was basically my plan put together

1              and that we'd be very proactive with the goal

2              of reducing crime throughout the city and

3              making the city safer.

4    Q.  Why did you and the mayor adopt a zero

5         tolerance crime policy?

6              MR. SAHASRABUDHE:   Objection as to form.

7    A.  The zero crime policy in my opinion during my

8         time as deputy commissioner and commissioner

9         of police resulted in a 40 percent drop in

10        part one crimes throughout the City of

11        Buffalo, 40 percent down overall.  That's why

12        we adopted that policy and our policy seems to

13        have worked.

14   Q.  And when you say part one crimes what are you

15        referring to?

16   A.  Part one crimes is tracked by the FBI.

17        Everything from violent crimes, robbery,

18        rapes, homicides.  Then you have assaults and

19        then you have larcenies, unauthorized use of a

20        motor vehicle, burglary and I'm missing one

21        more in there somewhere, but they track those

22        numbers.

23              It's listed under part one crimes and

1    Q. Okay.  The Housing Unit also submitted detail

2       reports of sorts to you, correct?

3    A. Correct.

4    Q. And it was your practice to review the

5       submissions of the Housing Unit and Strike

6       Force?

7    A. I would periodically review the daily reports.

8       I didn't read every report that came to me.

9       They were all sent to me whether they were

10      from district details, Strike Force, Housing.

11      I got the reports daily.  I read some.  I

12      didn't read others.

13   Q. Why did you read them from time to time?

14   A. Just to keep track to make sure things were

15      being done.  Again, going back to my

16      statement, what gets measured gets done, so I

17      look at an example of a detail report and we

18      have a chief's meeting and I say, okay, you

19      ran a detail for five days and there wasn't

20      one thing done.  You ran a detail for eight

21      hours a day on the 198 and there was not one

22      speeding ticket written.

23           Well, you can drive down the 198 today

**DANIEL DERENDA**

```
 1              and every car you see is going over 30 miles
 2              an hour.  So if they were out there eight
 3              hours and they wrote no tickets they weren't
 4              trying very hard and I would address
 5              situations like that with the chief.
 6         Q.   And so it was your practice to give feedback
 7              on the production of the Strike Force and
 8              Housing Unit?
 9         A.   Correct.
10         Q.   And it was your practice to complain if
11              production was ever too low, correct?
12                   MR. SAHASRABUDHE:  Objection as to form.
13              Go ahead.
14         A.   I would want to know -- there would be reasons
15              at times why they weren't -- maybe they didn't
16              have the manpower.  Maybe they were doing
17              something different than their normal duties
18              so, again, we keep track and make sure people
19              were doing what they were being paid to do.
20         Q.   But you would notify the command if you
21              thought the numbers were not good, correct?
22         A.   I'm positive I did that on probably more than
23              one occasion.
```

DANIEL DERENDA

```
 1    Q.  And the expectations that officers generate
 2        numbers was -- so you communicated the
 3        expectation that officers generate numbers
 4        when they're working on Strike Force details,
 5        correct?
 6                MR. SAHASRABUDHE:  Form.
 7    A.  My expectations were they were out there
 8        working.  Again, it isn't all about numbers.
 9        It's about people being active and doing their
10        jobs.  I worked on patrol for ten years.  I
11        probably made over 200 arrests, 300 arrests a
12        year with my partner.
13                We were out there.  We were active and
14        basically if you're getting paid to be out
15        there, you're not tied to answering radio
16        calls, I expected you to be proactive because
17        that's what the unit was formed for, to be
18        proactive to get out there be visible
19        proactive and do your job so, again, at times
20        numbers were low and they had a reason for it,
21        but working patrol for ten years I know that
22        there's violations all around you and if you
23        were proactive you'd be doing your job.
```

1    Q. And you instructed officers to impound as many

2       vehicles as legally possible, correct?

3            MR. SAHASRABUDHE:  Objection as to form.

4    A. I probably did.  Probably on more than one

5       occasion and that's actually --

6    Q. Why would that be your policy as commissioner?

7    A. Again, if you have illegal vehicles out

8       unregistered, uninsured, whatever reason,

9       they're a danger to the public and they

10      shouldn't be on the road and they should be

11      removed until they're within the guidelines of

12      New York State.

13           That's my opinion.  If you have somebody

14      driving with no insurance and they hit your

15      car and they take off, there's nobody legally

16      responsible.  If the car had switched plates

17      or whatever reason to impound a vehicle if it

18      wasn't supposed to be on the street I

19      encouraged them to remove it.

20   Q. But isn't it true that BPD impounded cars so

21      they could also search for weapons and guns?

22           MR. SAHASRABUDHE:  Objection as to form.

23   A. At times they could impound cars, but if

1        proceed on all of the above.

2    Q. Would you expect that BPD chiefs would be

3        aware of those legal requirements?

4    A. Yes, I do.  I would expect they would be.

5    Q. Does it concern you that chiefs gave

6        instructions to officers contrary to those

7        legal requirements?

8            MR. SAHASRABUDHE:  Objection to form.

9    A. I'd have to see when it happened.  Again, I

10       don't kn,ow.  I don't know what you're talking

11       about so I really can't answer on that.

12   Q. Okay.  You also during your time as

13       commissioner instructed BPD officers engaged

14       in traffic enforcement to make arrests and

15       write traffic summonses as much as possible,

16       correct?

17           MR. SAHASRABUDHE:  Objection as to form.

18   A. Actually, that's on the directive to write as

19       many tickets and violations as you see.  We'll

20       go back to the checkpoints for a minute.

21       They're supposed to tag every violation that

22       they see and make every arrest for every

23       violation of the criminal, or whatever.

**DANIEL DERENDA**

1          Again, you can't -- you see one person
2    not wearing a seatbelt, he should get a tag
3    just like every other person coming through
4    that checkpoint.
5          I encouraged them to be proactive,
6    especially on the checkpoint situation that
7    they weren't given a choice but to write as
8    many tickets as possible based on what they
9    see and to treat everybody the same.
10   Q. Is that departmental policy?
11   A. That was on a checkpoint directive to tag
12      every violation they see was because I don't
13      want motorist A to be treated any different
14      than motorist B, so I wrote one ticket for
15      motorist A when he had four violations, but on
16      motorist B I wrote five violation tickets, but
17      not the same.
18          I wanted everybody treated the same,
19      tagged for every violation that came through.
20   Q. So your testimony is that you wanted all
21      motorists in the City of Buffalo to be treated
22      the same with respect to traffic enforcement?
23   A. Correct.

1          Again, I don't recall ever looking at
2     numbers saying we did too many here, we did
3     too many there.  Again, they were assigned
4     spread out, but at times, as I said, they were
5     put in areas where the Strike Force was
6     assigned.
7  Q. So with respect to the checkpoint program, you
8     did not during your time as commissioner adopt
9     a policy treating all motorists in the City of
10    Buffalo the same as pertains to checkpoint
11    locations, correct?
12         MR. SAHASRABUDHE:  Objection as to form.
13 A. So we treated everybody who came through a
14    checkpoint the same.  That was the directive.
15    Everybody should have been tagged for every
16    violation coming through.  We took away the
17    officer's direction.  Traffic stops issuing
18    tickets is an officer's discretion what they
19    write tickets for.
20         When they came through the checkpoints
21    on the directive it makes it clear that they
22    don't have that discretion.  They were to tag
23    everybody for every violation that came

**DANIEL DERENDA**

1      through.

2    Q.  But you did not adopt a policy of ensuring

3        that checkpoints were distributed evenly

4        across districts in the city, correct?

5    A.  Checkpoints, no, I did not.  Checkpoints

6        primarily were with Strike Force and Housing

7        and, as I said, many times for the sake of

8        convenience they were done in the areas that

9        they were assigned.

10   Q.  Am I correct that the Strike Force had

11       city-wide jurisdiction?

12   A.  They did.

13   Q.  Am I correct that the Housing Unit has

14       city-wide jurisdiction?

15   A.  They did.

16   Q.  But you did not instruct the Strike Force or

17       Housing Unit to ensure that checkpoints took

18       place in all neighborhoods across the City of

19       Buffalo, correct?

20          MR. SAHASRABUDHE:  Objection as to form.

21   A.  Checkpoints were part of the daily duties of

22       the Strike Force.  No, I did not tell them to

23       go to every different part.  Again, they were

**DANIEL DERENDA**

1          the other captain.  I think Roberts was a

2          captain there before him and then it would be

3          by the lieutenants and, again, they would pick

4          locations when it got down to their level for

5          convenience sake.

6     Q.  Now, as I believe you alluded to earlier

7          today, there is a Manual of Procedure within

8          the BPD concerning the operation of

9          checkpoints, correct?

10    A.  Correct.  There is a section, correct.

11    Q.  In Section 10.5 of the MOP?

12    A.  Something like that, correct.

13    Q.  And that MOP -- the checkpoint MOP is supposed

14         to apply to each and every checkpoint that the

15         Buffalo Police Department performs, correct?

16    A.  Correct.

17    Q.  Regardless of the unit that's performing them?

18    A.  Yes.

19    Q.  And so this MOP applied to checkpoints

20         operated by the Strike Force, correct?

21    A.  Strike Force and whoever.

22    Q.  As well as checkpoints operated by the Housing

23         Unit?

**DANIEL DERENDA**

1    A. Yes, and they would be under the directive
2       which is I believe stated in the main.
3    Q. Okay.  I'm going to introduce I believe we're
4       up to Exhibit 16, a document that I understand
5       to be the MOP in question.
6            It is a five-page document as excerpted.
7       What we've done is we have a table of contents
8       and then the policy that appears at
9       Section 10.5, traffic checkpoints.
10           I'm going to forward to that page and do
11      you see at the bottom of page 4 is -- sorry.
12      This page is what's entitled 10.5, traffic
13      checkpoints?
14   A. I do.
15   Q. Okay.  And it continues onto the next page and
16      it has subparts A through M.  Do you see that?
17   A. Yes.
18   Q. And there is a revision date on this policy of
19      August 14th, 2013.  Do you see that?
20   A. I do.
21   Q. Is this the Manual of Procedure concerning
22      checkpoints that was in place within the BPD
23      during the time you were commissioner I guess

────────── DANIEL DERENDA ──────────

1          and secondary high visibility.

2              I wanted them to be out there doing

3          checkpoints daily.  That was my directive.

4          It's what I wanted.  They didn't always do

5          them daily and there were reasons for it.

6          Usually manpower shortages, but that was an

7          expectation I put on them to do them daily.

8          They didn't always like doing them, but that's

9          what I wanted.

10   Q.  Of all of the units of the BPD why did you

11          select those two units to be responsible for

12          operating daily checkpoints?

13   A.  They were proactive units that were out and

14          had no ties to the radio.  In the districts

15          you couldn't really have a detail car setup a

16          checkpoint.  An officer or two officers

17          couldn't have setup a checkpoint.

18              They were a proactive unit.  Both of

19          them were proactive units not tied to the

20          radio that had the time and ability to do the

21          checkpoints.  That was part of their daily

22          duties and part of what I expected.

23   Q.  Is your testimony that the Housing Unit and

────────── DEPAOLO CROSBY REPORTING SERVICES, INC. ──────────

**DANIEL DERENDA**

1          Strike Force were the only units within the

2          entire BPD that were not tied to the radio?

3     A.  Traffic was not tied to the radio, but they

4          had other things they would do such as hockey

5          games down at the arena or other events or

6          whatever details they had going.

7               At times they may have requested

8          checkpoints, but mostly they did details at

9          different events and races and tons of things

10         that happened in the city.

11              No other unit, patrol unit.  The only

12         other patrol units other than traffic, and

13         they're not even a patrol unit per se, and

14         they did more traffic blocking and all that,

15         Strike Force, Housing and then you had details

16         and yes, they could have done them in details

17         if they had enough people to do them and they

18         had a reason to do them, but Strike Force and

19         Housing were proactive units with no ties to

20         the radio, with city-wide jurisdiction and

21         part of what I wanted them to do -- what I

22         wanted them to do was a checkpoint each and

23         every day when possible.

—— **DANIEL DERENDA** ——

```
 1          missing some directives or some boxes, I don't
 2          know.  Again, I can't answer that question.
 3               I do know data was given to the Council.
 4          I don't know if it was complete, but I know
 5          data was turned over to the Council and I
 6          don't know the timeframe of when it was turned
 7          over, but I was told it was turned over by the
 8          law department.
 9     Q.  Now, we talked earlier about checkpoint
10          directives.  The checkpoint directives in a --
11          we also talked about Strike Force daily
12          reports.  Do you recall that?
13     A.  Yes.
14     Q.  And we talked about the ways that things like
15          arrests were tracked on the Strike Force's
16          daily reporting?
17     A.  Yes.
18     Q.  What other information was tracked on the
19          daily reports?
20     A.  Again, I don't have a total recall.  I have
21          not reviewed a daily report, but it would be
22          traffic summonses, arrests, impounds, guns,
23          maybe even cash seized.  I don't have a total
```

1           recollection of what was on the report and

2           then just maybe a summary of their activity,

3           anything special to note.

4       Q.  Okay.  Now, the daily Strike Force report that

5           the -- the daily statistics that the Strike

6           Force maintained in 2013 through 2016, they

7           did not list out the types of summonses that

8           were issued by the Department, correct?

9       A.  I don't recall them breaking it down by

10          summonses.  I don't recall.  I know they

11          issued a number of summonses.  I don't know if

12          they went into individuals from the licenses,

13          whatever, stop signs.

14              I don't think they went into that

15          detail.  I think they just listed the number

16          of summonses issued that day on the individual

17          reports and the daily reports were added up to

18          the monthly reports and the monthly reports

19          were added up to the yearly or annual report.

20      Q.  If the purpose of the checkpoint was traffic

21          safety why didn't the BPD record the type of

22          summonses that were being issued?

23              MR. SAHASRABUDHE:  Objection as to form.

DANIEL DERENDA

1    A.  As I said, when I wrote this I believe that

2        was one of the things I was told to put in it

3        or should put in it.  I don't recall exactly

4        who told me, but it's what -- the policy we

5        put in place was the directive.  It should

6        have been followed.

7            As I said, I had no reason to believe it

8        wasn't being followed, but it should have been

9        if it was.

10   Q.  Okay.  Now, do you see on bullet four it says

11       conduct a traffic stop on any vehicle that

12       attempts to avoid the roadblock?

13   A.  Yes.

14   Q.  Were officers instructed on what constitutes

15       attempting to avoid a roadblock?

16           MR. SAHASRABUDHE:  Objection as to form.

17   A.  I don't know.

18   Q.  So in your time as commissioner did you issue

19       any such guidance?

20   A.  I don't recall.

21   Q.  Now, when people were -- when people were --

22       when checkpoints were established they were

23       not targeting exclusively those motorists

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

DANIEL DERENDA

```
 1          suspected of violating vehicle and traffic
 2          laws, correct?
 3               MR. SAHASRABUDHE:  Objection as to form.
 4     A. A checkpoint is not targeting anyone.  A
 5          checkpoint -- people are going through the
 6          checkpoint and officers are observing whether
 7          they have a valid registration, inspection
 8          sticker, so on and so forth and if they're
 9          wearing seat belts as the directive states.
10          If they're not they should be tagged for each
11          and every one of those violations.
12     Q. So prior to entering the checkpoint BPD
13          officers didn't have reasonable suspicion to
14          believe any given motorist was violating the
15          law, correct?
16               MR. SAHASRABUDHE:  Objection as to form.
17     A. They could have.  If they're pulling up to the
18          checkpoint, all of a sudden backing up and
19          starting to flee, then they would have reason
20          for, in my opinion, pulling them over.
21     Q. Okay.
22     A. And asking them the question stated in the
23          directive.
```

**DANIEL DERENDA**

1    Q.  But the checkpoints were not administered in a

2        manner where motorists who are not suspected

3        of Vehicle and Traffic Law violations could

4        bypass the checkpoints entirely, correct?

5    A.  Correct.  Everybody has to come through the

6        checkpoint when you're in that motion and,

7        again, there's nobody suspected of anything.

8        They're coming through a checkpoint and

9        they're being checked for certain things as

10       stated.

11   Q.  Now, Mr. Derenda, you're aware that the

12       complaint in this case alleges that

13       checkpoints were predominantly on the East

14       Side between 2013 and the conclusion of the

15       program in 2017, correct?

16   A.  I believe that to be correct.

17   Q.  Are you aware of any information that

18       disproves the allegation that checkpoints were

19       predominantly on the East Side during the

20       period of the Strike Force's operation of that

21       checkpoint?

22   A.  I'm not aware of the actual breakdown of where

23       the checkpoints were and what percentage, so

**DANIEL DERENDA**

1      constitutionality of the checkpoint program
2      following the release of this article?
3           MR. SAHASRABUDHE:  Objection as to form.
4   A. My belief the way we operated the checkpoints
5      was within constitutional requirements.  That
6      is my belief.
7   Q. Rebecca, can you repeat my question?
8
9           (Record read back by reporter.)
10
11  A. I do not.
12  Q. It's a yes or no question.
13          Now, are you aware that it's been
14     alleged that the checkpoint program
15     disproportionately impacted Black motorists?
16  A. I believe that to be the basis, yes.
17  Q. Has the Buffalo Police Department ever
18     conducted any evaluations on the impact of the
19     Strike Force checkpoint program on Black
20     residents in Buffalo?
21  A. They have not.
22  Q. And that includes since the lawsuit has been
23     filed?

1    A. They have not.

2    Q. Has the Buffalo Police Department ever

3       conducted any evaluations on the impact of the

4       Strike Force checkpoint program on Latino

5       residents of Buffalo?

6           MR. SAHASRABUDHE:  Hold on.  Note my

7       objection to the last two questions.  I'm

8       objecting to the form of the question, but go

9       ahead.

10   A. No.

11   Q. And that includes since this lawsuit was

12      filed, correct?

13   A. That's correct.

14   Q. Has the City of Buffalo ever conducted any --

15      why hasn't the City of Buffalo conducted

16      either of those studies?

17          MR. SAHASRABUDHE:  Objection as to form.

18      Go ahead.

19   A. Because the Buffalo Police do not and did not

20      base traffic enforcement, any enforcement on

21      race so, therefore, we did not conduct any

22      study.

23   Q. Did you conduct any -- I'm sorry.  When you

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

DANIEL DERENDA

1          state that you did not base practices on race,

2          what is the basis for that testimony?

3              MR. SAHASRABUDHE:   Objection.   Go ahead.

4     A.  We don't -- we follow the law.   Officers give

5          tickets based on infractions, make arrests

6          based on infractions.   There was no study

7          conducted.   I spoke to corporation counsel.   I

8          spoke to current police staff.

9              There has been nothing since I left and

10         we believe that they can do whatever -- the

11         officers do what they need to do with each

12         situation and if there was a complaint it

13         would be or should be filed with Internal

14         Affairs and any individual cases would be

15         investigated, but I do not believe the Buffalo

16         Police Department did or currently do any

17         enforcement based on anybody's race.

18    Q.  And to that end, you did not study the racial

19         impact or the impacts of your policing

20         practices by race on the citizens of Buffalo?

21    A.  We did not do any study on impact, correct.

22    Q.  So sitting here today, there is nothing you

23         can point to -- strike that.

**DANIEL DERENDA**

```
1              So sitting here today, there is no

2        studies that the Buffalo Police Department

3        have done to dispel the allegations or to

4        disapprove the allegation that Black motorists

5        in the City of Buffalo were stopped in

6        checkpoints more frequently than White

7        motorists?

8              MR. SAHASRABUDHE:  Objection to form.

9    A.  There have been no studies done.

10   Q.  Now, has the Buffalo Police Department since

11       2013 conducted any studies regarding the

12       racial impact of the Buffalo Police

13       Department's traffic enforcement practices,

14       setting aside the issue of checkpoints?

15             MR. SAHASRABUDHE:  Objection as to form.

16   A.  Not that I'm aware of.

17   Q.  Has the City of Buffalo conducted or

18       commissioned any studies regarding the racial

19       impacts of the Buffalo Police Department's

20       towing practices on the City of Buffalo?

21             MR. SAHASRABUDHE:  Objection to form.

22   A.  Not that I'm aware of.

23   Q.  Has the City of Buffalo since 2013
```

DANIEL DERENDA

```
1        commissioned any studies regarding the impact
2        of the Buffalo Police Department's tinted
3        window ticketing practices of racial
4        minorities in Buffalo?
5             MR. SAHASRABUDHE:  Objection to form.
6    A.  Not that I'm aware of.
7    Q.  Are you aware that there is an allegation in
8        this case that the Buffalo Police Department's
9        tinted window ticketing practices
10       disproportionately and negatively impacted
11       racial minorities?
12            MR. SAHASRABUDHE:  Objection as to form.
13   A.  I'm not aware of that being one of the
14       complaints.
15   Q.  Do you know why the City of Buffalo has never
16       conducted any studies regarding the racial
17       impacts of its target enforcement practices in
18       the City of Buffalo?
19   A.  I'll make the assumption --
20            MR. SAHASRABUDHE:  Hold on.  Objection
21       to form.  Go ahead.
22   A.  I'll make the assumption no studies were done
23       because, as I said, Buffalo police do not and
```

DANIEL DERENDA

1          did not enforce any laws based on race.  If
2          you give somebody a ticket no matter what
3          color they are and they can't afford to pay it
4          should the officer not give them the ticket
5          because they can't afford to pay it, although
6          the violation happened?
7               Again, the officers do not and I don't
8          believe they ever did give tickets out based
9          on race and/or make arrests on race so,
10         therefore, there has not been a study that I'm
11         aware of and there currently is no study in
12         process.
13     Q.  And I note that you said you were assuming and
14         so I assume you don't know the reason why the
15         City of Buffalo or the Buffalo Police
16         Department has conducted no studies?
17              MR. SAHASRABUDHE:  I object.  Go ahead.
18     A.  Speaking with corporation counsel the reason
19         being is that officers did not and do not
20         enforce the law based on race and there were
21         no studies done and there currently are no
22         studies being done.
23     Q.  So if every single traffic ticket the City of

DANIEL DERENDA

1    Q. Okay.  Now, Mr. Derenda, there's an allegation

2       in this case that Strike Force and Housing

3       Unit officers at times were issuing multiple

4       tickets to motorists at a single stop.

5            Are you aware of that?

6    A. Yes.

7    Q. Including multiple tinted window tickets?

8    A. I am aware.

9    Q. And you're aware that Strike Force and Housing

10      Unit officers at times did issue multiple

11      tickets at a single stop?

12    A. Probably issued multiple tickets numerous

13      times at stops.

14    Q. And you're aware that Strike Force and Housing

15      Unit officers on numerous occasions issued

16      multiple tinted windows tickets at a single

17      stop?

18    A. Yes.

19    Q. That was -- when officers engaged in that

20      conduct they did so with your permission?

21         MR. SAHASRABUDHE:  Objection to form.

22      Go ahead.

23    A. When I found out that they were issuing

DANIEL DERENDA

1        multiple tickets for multiple windows the

2        policy was put in place that it was to stop.

3        Speaking to current Commissioner Gramaglia he

4        today still maintains that policy.

5             However, under Vehicle and Traffic Law

6        it is permissible to write multiple tickets

7        for multiple windows and as far as multiple

8        tickets go, if you read the directive, the

9        checkpoint directive, they're to write

10       everything that they see coming through the

11       checkpoints, so multiple tickets were probably

12       written almost every time and it is their

13       prerogative.

14             Other than the checkpoint, it was not

15       their prerogative.  They would have to write

16       every ticket, but on traffic stops it's the

17       prerogative of how many tickets they write, if

18       they want to write one ticket, if there's

19       multiple violations, it's left to the

20       discretion of the officers.

21    Q.  Is your testimony that you took steps while

22       you were commissioner to remove the discretion

23       that officers otherwise enjoyed as to how many

1          traffic tickets they would issue?

2     A.  We never --

3               MR. SAHASRABUDHE:  Objection to form.

4          Go ahead.

5     A.  We never removed the discretion.  The

6          discretion is their discretion.  There was no

7          discretion, as I said, on the checkpoints.

8          They were to tag everything they see so that

9          everybody coming through that checkpoint would

10         be treated the same, but they have discretion

11         on how many tickets they write on other cases,

12         but what we did say was we did not want any

13         more tickets for multiple windows and that was

14         when I was there and I spoke to Gramaglia and

15         he still maintains that position.

16              However, as I stated, V&T allows them to

17         write multiple tickets for multiple windows

18         and, again, currently today it is their

19         discretion on traffic stops how many tickets

20         they write for violations.  It's a discretion

21         they still have and they had under my command.

22    Q.  And today they still have that discretion with

23         respect to tinted window tickets?

**DANIEL DERENDA**

1    A.  No.  Commissioner Gramaglia maintained a

2        policy that I put in place that they were to

3        issue one ticket because the fact of the

4        matter is it would go to the court and the

5        judge would throw out the tickets other than

6        one anyway, but still, to me, what part of the

7        Strike Force they were just putting numbers so

8        they could put it on a report and that wasn't

9        the purpose of the report, just to pad their

10       numbers and say they were doing more than they

11       were actually doing.

12           So you had four tickets for a tinted

13       window and in my opinion it should be one, but

14       as I stated, under V&T traffic law it is

15       permissible for them to write for each window.

16       I just didn't like that.

17   Q.  You stated -- so your testimony is today that

18       you prohibit the practice of issuing multiple

19       tinted windows tickets?

20   A.  We put out a policy telling them to stop.

21   Q.  What form did that policy take?

22           MR. SAHASRABUDHE:  Form.

23   A.  It would have probably have been a directive

**DANIEL DERENDA**

```
 1          to the chiefs, some kind of directive to the
 2          chiefs that we did not want them writing
 3          multiple tickets for windows and as I spoke to
 4          -- as I said, I spoke to Gramaglia in
 5          preparation for this and he maintains that
 6          same policy.
 7     Q.   Was that a policy that you believe appeared in
 8          writing?
 9     A.   It should have.
10               MR. SAHASRABUDHE:   Form.
11     A.   Somewhere.
12     Q.   Did you issue --
13     A.   I don't recall exactly whether it was in email
14          form.  I don't recall, but I wanted the
15          practice to stop.
16     Q.   Would you have communicated -- strike that.
17               Is your expectation that captains on the
18          Strike Force and Housing Unit would be versed
19          in this policy once you created it?
20     A.   It would have gone to the chiefs, the chief of
21          the unit, at that time Young.  It probably was
22          Young, but could have been Brinkworth but,
23          again, we wanted the policy to stop.
```

**DANIEL DERENDA**

```
 1              We wanted them to stop as policy to
 2         write multiple tickets for windows.  Not
 3         multiple tickets overall.  That discretion
 4         they retained other than on traffic
 5         checkpoints where they had no discretion but
 6         to issue all tickets that they see.
 7    Q.  And so to clarify, in the first instance did
 8         your policy suspending the issuance of
 9         multiple tinted windows tickets apply to
10         checkpoint stops?
11    A.  Yes.
12    Q.  So at checkpoint stops notwithstanding the
13         policy you just described of officers needing
14         to write every violation they saw, as many
15         tickets as there were violations, that did not
16         -- that ceased to apply to tinted windows
17         tickets at some period of time?
18    A.  Correct.  We wanted them to write one ticket,
19         not four tickets or whatever they were
20         writing.  We found out about it from parking
21         -- not from the parking, but the traffic
22         bureau that they were doing that.  We were
23         unaware of that and we told them to stop.
```

**DANIEL DERENDA**

1    Q. Did your policy authorize officers to write

2       two tinted windows tickets per stop?

3            MR. SAHASRABUDHE:  Objection to form.

4    A. We told them to write one ticket for tinted

5       windows is what I believe the policy was.  We

6       didn't -- again, you go back to V&T law.  They

7       can do that.  We did not want them to do that

8       and we had told the chief and the chiefs that

9       the process needs -- that that needs to stop.

10   Q. And were the chiefs supposed to be enforcing

11      the policy of writing a single tinted window

12      ticket per stop?

13           MR. SAHASRABUDHE:  Form.

14   A. Yes.

15   Q. Would that include Chief Young?

16   A. Yes.

17   Q. Then Deputy Commissioner Byron Lockwood, was

18      he made aware of the policy of your new

19      guidance concerning tinted windows tickets?

20   A. Yes, he would have been.

21   Q. Would you have expected him to enforce the

22      policy within the Department?

23   A. He wasn't the direct oversight for the Strike

1       Force.  The chief that was his unit, if it was

2       happening in Strike Force or Housing it should

3       have been Chief Young's job to stop it, not

4       Lockwood's unless he came up to Lockwood and

5       he found out about it.  Then he would stop it.

6           And again, I don't recall the timeframe

7       of when that took place or when we found out

8       about the date and timeframe, but when we did

9       find out about it we wanted it to stop.

10          It made no sense in my opinion to write

11      four tickets for tinted windows.  I believe

12      one should have been written.

13  Q.  When did you adopt this policy calling for the

14      issuance of a single tinted windows ticket per

15      traffic stop?

16  A.  As I just stated, I don't recall the

17      timeframe.

18  Q.  Do you think you adopted that policy as of

19      2017?

20          MR. SAHASRABUDHE:  Form.

21  A.  Well, maybe I found out about it so at some

22      point obviously no later than '17 because I

23      was gone in '18 and the unit was disbanded,

1           but yeah, maybe sometime in '17, maybe

2           sometime earlier.

3                 I don't recall when I found out about

4           it, but we found out about it from Traffic

5           Violations Bureau got a phone call saying what

6           was going on and we wanted it to stop and we

7           told the chiefs to make sure it was stopped.

8      Q.  Did you ever check to see if your directive

9           was being followed?

10     A.  You make the assumption the chiefs are doing

11          what they're ordered to do unless I find out

12          different, so I give somebody an order to do

13          something or a policy and they don't do it and

14          I find out about it, they have a problem and

15          they probably wouldn't be a chief anymore if

16          they're not following my orders, so you have

17          to make the assumption, you have to trust your

18          people to do what they're being told, so we'll

19          make the assumption that they were doing what

20          they were being told unless I find out

21          different.

22     Q.  I'd like to mark as what I believe is

23          Exhibit 28 a document I have provided in

1       discovery as COB 016263.  It is an email that

2       was sent by Captain Phillip Serafini of the

3       Strike Force/Housing Unit to a number of BPD

4       recipients including Chief Young and Deputy

5       Police Commissioner Lockwood.

6             Do you see that?

7   A. Correct.

8   Q. It begins, Lieutenant, I met with Chief Young

9       today and he had a meeting with BPD Lockwood

10      outlining our new Strike Force focus and

11      overtime details", and it proceeds and the

12      email proceeds from there.

13           Do you see that?

14  A. I do.

15  Q. In this first paragraph following the colon do

16      you see that it is describing a new policy on

17      tinted windows tickets?

18  A. I do.

19  Q. Do you see that it says that instead of

20      issuing six separate traffic summonses for

21      window tints that two tint summonses per

22      motorists is enough?

23  A. I see that.

DANIEL DERENDA

```
 1      Q.  Is that consistent with the policy directives
 2          that you --
 3      A.  My best recollection is I said they should be
 4          issuing one ticker per tinted window violation
 5          regardless of if there were six windows
 6          tinted.
 7      Q.  So this directive that Captain Serafini gave
 8          to the Strike Force to issue up to two
 9          summonses was not consistent with your policy
10          as stated, correct?
11      A.  It is my belief it should have stated one tint
12          summons per motorist is enough.
13      Q.  Now, did you ever check with Chief Young or
14          anyone else in the supervisory command of the
15          Strike Force to ensure that your policy of
16          just a single summons was being followed?
17      A.  I don't recall if I did or I didn't, but I
18          know we were no longer getting complaints from
19          the Traffic Violations Bureau.
20      Q.  In your opinion, should Chief Young have
21          corrected Captain Serafini and indicated that
22          the Department's new policy was in fact to
23          issue only one ticket per tinted window
```

DANIEL DERENDA

1          summons?
2               MR. SAHASRABUDHE:  Objection as to form.
3      A.  It should have been corrected.  Obviously I
4          did not see this email, nor was I -- I don't
5          ever recall seeing this email or was I at
6          their meeting, so I don't know how it came out
7          of one.
8      Q.  Okay.
9      A.  But again, let me go back and state under
10         Vehicle and Traffic Law it is permissible for
11         them to write six tickets for every window,
12         but again, I don't believe that should be the
13         policy and I believe our policy as stated is
14         the one ticket is what I wanted.
15     Q.  Why did you believe that officers should not
16         or should cease the practice of issuing six
17         tickets per window?
18     A.  Because getting calls from the Traffic
19         Violations Bureau they were dumping them down
20         to one ticket anyway and to me it kind of
21         aggravated me that when I'm looking for
22         numbers of really what they're doing and
23         they're writing, so they're saying they're

**DANIEL DERENDA**

```
 1        writing six tickets but in my mind it's one
 2        violation.  It should have been one ticket.
 3        That is my belief.  That's what I wanted.
 4    Q.  And I believe you stated that you had an
 5        understanding of why officers wrote multiple
 6        tinted windows tickets per stop?
 7    A.  Yes.  I think they were trying to pad their
 8        numbers to make it look like they were doing
 9        more than what they were actually doing.
10    Q.  What does that mean exactly?
11    A.  They know we check the numbers and, again,
12        what gets measured gets done, so when they're
13        writing six tickets when really in my mind
14        it's only one violation, they're really
15        writing one ticket but overstating the number
16        of tickets they're writing.
17             They all got thrown out.  They were
18        reduced down to one.  In some cases they might
19        have been reduced, period.  I don't know, but
20        it made no sense in my mind for them to be
21        writing six tickets when they should have been
22        in my mind writing one.
23    Q.  Why did officers find it an incentive to pad
```

1        their numbers?

2            MR. SAHASRABUDHE:  Form.

3    A.  So they didn't hear from me saying they're not

4        doing enough?  Again, my saying was what gets

5        measured gets done.  I would look at numbers.

6        I wanted to be proactive.  I wanted them to be

7        productive.

8            I wanted them to be out there doing

9        their job and, again, those numbers weren't

10       realistic to me.  It should have been one.  If

11       it was one case it should have been one, not

12       six.

13   Q.  Mr. Derenda, are you aware that since 2012

14       there has never been a time where the BPD --

15       strike that.

16           Are you aware that from 2013 to 2017

17       there was never a period where the Buffalo

18       Police Department's average number of tinted

19       windows tickets per incident averaged less

20       than one and a half tickets?

21           MR. SAHASRABUDHE:  Objection as to form.

22   A.  I'm not aware of that.

23   Q.  I'd like to mark as Exhibit 29, unless the

**━ DANIEL DERENDA ━**

1          numbers are off, a document that technically

2          was used once already.  It was marked as

3          Exhibit 20 in your November, 2021 deposition

4          and it is a compilation based on City data of

5          the average tinted windows tickets per

6          incident by month issued by the Department or

7          officers of the Department.

8               Do you see that?

9     A.  The dates?

10    Q.  The dates are on the bottom.  It's year and

11        then month and it's skipping every two months.

12    A.  So '07, '11, '19, '18.  Again, average ticket

13        windows, the numbers are the numbers, but

14        those numbers would be skewed if somebody is

15        writing six until they were stopped and then

16        they would be writing one and then in this

17        case maybe two, but the numbers would be

18        higher because they were writing multiple

19        tickets for one window for the windows.  That

20        would be my explanation for that.

21    Q.  You left the Department as of -- prior to

22        March, 2019, correct?

23    A.  Correct.

**━ DEPAOLO CROSBY REPORTING SERVICES, INC. ━**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
 1      Q.  So is it fair to say that during your tenure
 2          as commissioner your policy of having officers
 3          write a single tinted window per ticket was
 4          not complied with?
 5              MR. SAHASRABUDHE:  Objection as to form.
 6      A.  I left the Department in January, 2018.  So
 7          let's look at the '17 numbers.  Did they come
 8          down?  Apparently they did, but again, the
 9          numbers would be skewed if somebody was
10          writing more.
11              So can you make it a little bigger
12          because I'm having trouble seeing the bottom,
13          the dates.
14      Q.  Sure.
15      A.  So '17.  The numbers went up after I left in
16          '18.
17      Q.  Are you aware of any instances where officers
18          have been subject to discipline for violating
19          what you've described as the Department's
20          policy that now requires only a single tinted
21          window ticket per incident?
22              MR. SAHASRABUDHE:  Objection to form.
23      A.  I don't recall any cases.  I'm not saying
```

```
 1        STATE OF NEW YORK)

 2        COUNTY OF ERIE   )

 3

 4

 5         I, Rebecca Lynne DiBello, CSR, RPR, Notary
          Public, in and for the County of Erie, State of
          New York, do hereby certify:

 6

 7         That the witness whose testimony appears
          hereinbefore was, before the commencement of

 8        their testimony, duly sworn to testify the
          truth, the whole truth and nothing but the

 9        truth; that said testimony was taken pursuant
          to notice at the time and place as herein set

10        forth; that said testimony was taken down by me
          and thereafter transcribed into typewriting,

11        and I hereby certify the foregoing testimony is
          a full, true and correct transcription of my

12        shorthand notes so taken.

13

14         I further certify that I am neither counsel
          for nor related to any party to said action,

15        nor in anyway interested in the outcome
          thereof.

16

17         IN WITNESS WHEREOF, I have hereunto
          subscribed my name and affixed my seal this

18        30th day of January, 2024.

19

20        _____

21        Rebecca Lynne DiBello, CSR (NY)
          Notary Public - State of New York

22        No. 01D14897420
          Qualified in Erie County

23        My commission expires 5/11/2027
```