# Exhibit 10

```
1     UNITED STATES DISTRICT COURT
2     WESTERN DISTRICT OF NEW YORK
3     -------------------------------------------------
4     BLACK LOVE RESISTS IN THE RUST, et al.,
      individually and on behalf of a class of
5     all others similarly situated,
6              Plaintiffs,
7      -vs-                        1:18-cv-00719-CCR
8     CITY OF BUFFALO, N.Y., et al.,
9              Defendants.
      -------------------------------------------------
10
11
12    EXAMINATION BEFORE TRIAL OF JARED DOMARACKI
13            APPEARING REMOTELY FROM
14               BUFFALO, NEW YORK
15
16
17            July 18, 2023
18            At 9:30 a.m.
19            Pursuant to notice
20
21    REPORTED BY:
22    Rebecca L. DiBello, RPR, CSR(NY)
23    APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
 1    Q. Do you know whether or not the housing unit
 2       kept or compiled the number of tickets like a
 3       report on the number of tickets issued in a
 4       day?
 5    A. If that was that wasn't done on me or me doing
 6       it and I wasn't privy to that information.
 7    Q. What is your definition of racial profiling?
 8            MR. SAHASRABUDHE:  Objection to form.
 9    A. I don't know.  If you could give me one I
10       would like to hear it.
11    Q. Racial profiling, I guess that would probably
12       be targeting a certain group based on race or
13       targeting an individual based on race.
14    A. Okay.
15    Q. Did you receive any training on racial
16       profiling in the BPD?
17    A. Never.
18    Q. Do you have an understanding of what a racial
19       bias is?
20            MR. SAHASRABUDHE:  Objection to form.
21    A. No, ma'am.
22    Q. A racial bias would probably be like an
23       individual having a prejudice that causes them
```

```
 1            our safety checkpoints.
 2       Q.   Do you remember specifically or on any
 3            specific occasion where you did pull over a
 4            knowing gang member?
 5       A.   I can't say off the top of my head the exact
 6            location where one may have drove through.
 7       Q.   Did you at any time receive training on the
 8            Fourth Amendment?
 9       A.   Yes.
10       Q.   What did you learn or --
11       A.   The unlawful search and seizure.
12       Q.   And where did you learn that?
13       A.   Police academy and then some refreshers
14            through the department.
15       Q.   So you have received training since graduating
16            from the academy on the Fourth Amendment?
17       A.   Yes, ma'am.
18       Q.   And did you receive any training on the
19            Fourteenth Amendment?
20       A.   I'm sure that I have.  I just can't recall
21            what that one specifically is off the top of
22            my head.
23       Q.   Since you graduated from the academy have you
```

```
 1      STATE OF NEW YORK)

 2      COUNTY OF ERIE    )

 3


 4
          I, Rebecca Lynne DiBello, CSR, RPR, Notary
 5      Public, in and for the County of Erie, State of
        New York, do hereby certify:
 6

 7        That the witness whose testimony appears
        hereinbefore was, before the commencement of
 8      their testimony, duly sworn to testify the
        truth, the whole truth and nothing but the
 9      truth; that said testimony was taken pursuant
        to notice at the time and place as herein set
10      forth; that said testimony was taken down by me
        and thereafter transcribed into typewriting,
11      and I hereby certify the foregoing testimony is
        a full, true and correct transcription of my
12      shorthand notes so taken.

13
          I further certify that I am neither counsel
14      for nor related to any party to said action,
        nor in anyway interested in the outcome
15      thereof.

16
          IN WITNESS WHEREOF, I have hereunto
17      subscribed my name and affixed my seal this
        2nd day of August, 2023.
18

19
               [signature: Rebecca L. DiBello]
20      _____

21      Rebecca Lynne DiBello, CSR, RPR
        Notary Public - State of New York
22      No. 01D14897420
        Qualified in Erie County
23      My commission expires 5/11/2027
```