# Exhibit 11

```
 1        UNITED STATES DISTRICT COURT

 2     FOR THE WESTERN DISTRICT OF NEW YORK

 3     -----------------------------------------------

 4     BLACK LOVE RESISTS IN THE RUST, et al.,
       individually and on behalf of a class of
 5     all others similarly situated,

 6                              Plaintiffs,

 7      -vs-                          1:18-cv-00719-CCR

 8     CITY OF BUFFALO, N.Y., et al.,

 9                              Defendants.

10     -----------------------------------------------

11        EXAMINATION BEFORE TRIAL OF DONNA ESTRICH

12              APPEARING REMOTELY FROM

13              ERIE COUNTY, NEW YORK

14

15

16                   July 12, 2023

17              11:02 a.m. - 3:43 p.m.

18               pursuant to notice

19

20

21     REPORTED BY:

22     Carrie A. Fisher, Notary Public

23     APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

DONNA ESTRICH

1    Q. Was it Danielle Morgera?

2    A. Danielle Morgera, yeah, right, right.  Thank

3       you.

4    Q. And was it your goal or your department's goal

5       to balance the budget?

6    A. Yes, we had to have a balanced budget by

7       charter.

8    Q. Okay.  And by "balanced budget," does that

9       mean that revenues equal or exceed

10      expenditures?

11   A. Revenues equal expenditures.

12   Q. Okay.  And how did you go about balancing the

13      budget?

14              MR. SAHASRABUDHE:  Form.

15   A. If we -- the revenues were not large enough,

16      we would cut expenditures.  We'd cut

17      positions, we'd cut supplies or services.

18   Q. Would you ever seek out ways to increase

19      revenue?

20   A. We would ask departments if they had any, you

21      know, anticipation of anything new coming in,

22      permits, you know, we had fees and fines on

23      those things.  And the permits department they

DONNA ESTRICH

```
 1           were doing inspections so sometimes they would
 2           have some new ideas, mm-hmm, so yes.
 3      Q.  Would -- would you ever propose new ideas to
 4           increase revenues?
 5      A.  I did not do that, no.
 6      Q.  Okay.  Would the mayor's office ever propose
 7           ideas to increase revenues?
 8      A.  Not directly to me.  They might have worked
 9           with the departments and put in
10           recommendations for them to look at different
11           things, but I don't know.  I never got one
12           from them.
13      Q.  Did the mayor's office ever express to you a
14           goal to increase revenues?
15      A.  Well, the only time we would -- you would want
16           to increase revenues is because he was very
17           insistent on keeping our property taxes level.
18           And I would say, "we're going to have to raise
19           taxes to cover the budget," and he would say,
20           "well, then I have to find some more revenues.
21           We need to do something else."  And --
22      Q.  Okay.  Do you know what else he would do to
23           find revenues?
```

DONNA ESTRICH

```
 1              MR. SAHASRABUDHE:  Form.
 2    A. No.
 3    Q. So you mentioned that he wanted to keep
 4       property taxes.  Why was that?
 5    A. Well, he thought it was important to keep the
 6       property tax at a level amount so people knew
 7       what they were going to be paying.  You know,
 8       people were just starting to invest in the
 9       city, both commercial and residential, so he
10       wanted more and more investment into the city.
11    Q. Do you know if the mayor ever tried to
12       increase revenues through traffic tickets or
13       fines?
14              MR. SAHASRABUDHE:  Form.
15    A. I'm not sure what I understand you're asking.
16    Q. Okay.  You mentioned that the mayor had
17       expressed to you that he would look for other
18       ways to increase revenue.  Do you know if one
19       of those ways was through traffic fines?
20              MR. SAHASRABUDHE:  Form.
21    A. I don't think that was the mayor's idea, no.
22    Q. Okay.  Did someone else have that idea?
23              MR. SAHASRABUDHE:  Form.
```

DONNA ESTRICH

```
 1    A.  I think -- and this is not a hundred percent
 2        clear in my mind so I don't want to, you know,
 3        put this but I believe we had read articles,
 4        we had seen an article -- I think the parking
 5        commissioner had seen an article about Amherst
 6        and how the parking comes back into the town
 7        of Amherst so he had started looking into that
 8        I think, maybe the City could do that as
 9        opposed to all the money going to the State.
10    Q.  Okay.  And you mentioned the parking
11        commissioner.  Was that Kevin Helfer?
12    A.  Yes, it was.
13    Q.  Okay.  And did that idea lead to the BTVA?
14    A.  Yes, I believe it did.
15    Q.  Okay.
16            MR. SAHASRABUDHE:  Note my -- I object
17        to the form of the last question, just want to
18        note that.
19    Q.  Okay.  Do you recall any years while you were
20        commissioner where expenditures exceeded
21        revenues?
22    A.  Yes.
23    Q.  Okay.  Do you -- are you able to say which
```

DONNA ESTRICH

1       years that was?

2    A. No.

3    Q. Okay.  Was it most years you were

4       commissioner?

5    A. No.

6    Q. Okay.  And if expenditures exceed revenues,

7       how are the expenditures paid for?

8    A. Then at year end when they close up the books

9       is what they say they would use the fund

10      balance.

11   Q. And is that the fund balance from the City's

12      general fund?

13   A. Yes, it is.

14   Q. Okay.  And do you -- do you have any role in

15      tracking revenue and expenditures during the

16      year?  Oh.

17          MR. SAHASRABUDHE:  Donna, are you

18      frozen?

19          MR. JOACHIM:  Yeah, I think she may have

20      froze.

21          MR. SAHASRABUDHE:  Give it a minute.

22   Q. I am sorry, you froze there so I don't think

23      we got your answer.

DONNA ESTRICH

```
 1          about the number of expected moving violations
 2          that would be issued before BTVA was created?
 3     A.  I don't remember.
 4     Q.  So ultimately BTVA was created, right?
 5     A.  Yes.
 6     Q.  Okay.  And that allowed City of Buffalo to
 7          keep a higher percentage of revenue from
 8          traffic tickets?
 9     A.  Yes.
10     Q.  Let's pull up Exhibit 9.
11              Exhibit 9 is the 2017 to 2018 adopted
12          budget, and it's specifically the summary of
13          department revenue by source for that budget.
14          Do you see that on your screen?
15     A.  Yes, I do.
16     Q.  Okay.  So first I want to walk through some of
17          these columns and just understand how they're
18          developed.  So first there's three columns
19          that list the actual amounts for various
20          categories.  The actual amount is the amount
21          in this -- in this document the actual amount
22          is the amount of revenue that is brought in in
23          the particular years; is that right?
```

1    Q. Okay.  And do you recall in the last exhibit
2       we looked at, the adopted budget for traffic
3       fines was $6.2 million?
4    A. Okay.
5    Q. Do you recall that?
6    A. I don't remember what years to be honest you
7       were looking at but yes.  Was it '17-'18?
8    Q. Yes, '17-'18.
9    A. Yeah.  Then, yes, it was 6 something.
10   Q. So just to lay it out here.  In the adopted
11      budget we had -- adopted budget for 2017-2018
12      we had $6.2 million for traffic fines, and
13      then in this document in the Work Program
14      Statistics we have an estimate of $4.2 million
15      to be collected by the BTVA.  Do you see that?
16   A. Yes.
17   Q. So there's a $2 million gap between those two
18      numbers, right?
19   A. Yes.
20   Q. What accounts for that difference?
21          MR. SAHASRABUDHE:  Objection to form.
22   A. I believe there was something else included in
23      there, and I would have to look at the

1      A. I'm sure you're going to show me some so...

2      Q. I'm just trying to understand why he is

3         sending this to you.

4      A. Well, I'm sure part of it is they're out there

5         working, part of it is he's bringing money in

6         for towing and for booting.

7      Q. Give me one moment.  Okay.  We are on Exhibit

8         38, and I apologize a bit for jumping around.

9            Exhibit 38 is a Buffalo Fiscal Stability

10        Authority Annual Report, this one for the

11        fiscal year ended June 30th, 2017, so earlier

12        than the last BFSA report we looked at.  And I

13        want to refer to page 56 of this report, okay,

14        and there's a second to last paragraph that

15        starts with the word "fines."  Do you see

16        that?

17     A. I do.

18     Q. Okay.  And it says, "Fines are projected to

19        increase by 3.6 million over the course of the

20        financial plan, which represents a substantial

21        increase of 25.2 percent."  The financial plan

22        it's referring to here, is that the four-year

23        plan?

1   A. Yes.

2   Q. Okay.  And it says, "The projected growth is

3      largely driven by the administration's ability

4      to adjudicate traffic violations locally which

5      allows the City to retain revenue from fines

6      as City revenue as opposed to remitting the

7      collections to the State."  Do you see that?

8   A. Yes.

9   Q. And that's referring to the creation of the

10     BTVA?

11   A. Yes.

12   Q. And the BTVA drove an increase in revenue for

13     the City, right?

14   A. Yes.

15   Q. Then it says, "The estimated revenue from the

16     traffic adjudication process is 6.2 million

17     for 2018 which increases to 7.3 million in

18     2019 and 2020 and further increases to 9.4 in

19     2021.  This represents an increase of 3.2

20     million or 51.6 percent over the financial

21     plan."  Do you see that sentence?

22   A. I do.

23   Q. How did you make these projections in the

1      STATE OF NEW YORK)

2      COUNTY OF ERIE   )

3

4

5      I, Carrie A. Fisher, Notary Public, in and
       for the County of Erie, State of New York, do
       hereby certify:

6

7      That the witness whose testimony appears
       hereinbefore was, before the commencement of
8      their testimony, duly sworn to testify the
       truth, the whole truth and nothing but the
9      truth; that said testimony was taken remotely
       pursuant to notice at the time and place as
10     herein set forth; that said testimony was taken
       down by me and thereafter transcribed into
11     typewriting, and I hereby certify the foregoing
       testimony is a full, true and correct
12     transcription of my shorthand notes so taken.

13

       I further certify that I am neither counsel
14     for nor related to any party to said action,
       nor in anyway interested in the outcome
15     thereof.

16

       IN WITNESS WHEREOF, I have hereunto
17     subscribed my name and affixed my seal this
       26th day of July, 2023.

18

19

20     _____
       Carrie A. Fisher
21     Notary Public - State of New York
       No. 01FI6240227
22     Qualified in Erie County
       My commission expires 5/02/27

23