# Exhibit 12

DORETHEA FRANKLIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------
BLACK LOVE RESISTS IN THE RUST by and through
MARIELLE SHAVONNE SMITH and CHARIS HUMPHREY
on behalf of its members, SHAKETA REDDEN,
DORETHEA FRANKLIN, TANIQUA SIMMONS, DE'JON HALL,
JOSEPH BONDS, CHARLES PALMER, SHIRLEY SARMIENTO,
EBONY YELDON, and JANE DOE,
individually and on behalf of a class of all
others similarly situated,

                              Plaintiffs,

     -vs-


CITY OF BUFFALO, N.Y., BYRON B. BROWN,
Mayor of the City of Buffalo, in his individual and official
capacities,
BYRON C. LOCKWOOD, Commissioner of the
Buffalo Police Department, in his individual
and official capacities,
DANIEL DERENDA, former Commissioner of the
Buffalo Police Department, in his individual capacity, AARON
YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI,
ROBBIN THOMAS,
UNKNOWN SUPERVISORY PERSONNEL 1-10,
UNKNOWN OFFICERS 1-20, each officers of the
Buffalo Police Department,
in their individual capacities,

                              Defendants.
---------------------------------------------------------

1  A.  Yes.
2  Q.  Okay.  So that's a document you reviewed in the
3      one to two hour meeting you had with your
4      attorneys?
5  A.  Yes.
6  Q.  All right.  Are there any other documents you've
7      reviewed that you now remember that you didn't
8      tell me about earlier or would it have just been
9      your deposition testimony and the complaint?
10 MS. TEFFT:  I'm going to object, only insofar as
11     there's privileged information in something that
12     we reviewed, so don't talk about the contents.
13 BY MR. SAHASRABUDHE:
14 Q.  Just the documents you looked at.
15 A.  Oh, I don't know the name of the documents, but I
16     was -- that was it I think.
17 Q.  Okay.  To the best of your recollection, those
18     are the only two documents you remember?
19 A.  Um-hum.  Yes.
20 Q.  In having reviewed paragraphs two hundred six
21     through two thirty-six, did you notice anything
22     that was inaccurate or that doesn't accurately
23     portray your experiences with vehicle and traffic

|    |    |                                                                    |
|----|----|--------------------------------------------------------------------|
| 1  |    | safety checkpoints in the City of Buffalo?                         |
| 2  | A. | No.  It described it.                                              |
| 3  | Q. | Can you tell me what your understanding of a                       |
| 4  |    | vehicle and traffic safety checkpoint is?                          |
| 5  | A. | If you're doing a safety checkpoint, you are                       |
| 6  |    | supposed to be doing it for a couple of reasons.                   |
| 7  |    | One is alcohol, to make sure there's no drunk                      |
| 8  |    | driving.  That's not what these checkpoints were.                  |
| 9  | Q. | Well, can you describe the checkpoints that you                    |
| 10 |    | encountered when you were living at the                            |
| 11 |    | Cloverdale address?                                                |
| 12 | A. | Intrusive, racist, discriminatory, meaningless,                    |
| 13 |    | money grab.                                                        |
| 14 | Q. | Okay.  Well, let me ask you this.  When you went                   |
| 15 |    | through a vehicle and safety checkpoint in the                     |
| 16 |    | City of Buffalo, would officers look at the                        |
| 17 |    | vehicle and registration tag on your car?                          |
| 18 | A. | Would they look at it, yeah.  I believe they did                   |
| 19 |    | one time.                                                          |
| 20 | Q. | And would it be fair to say that you never once                    |
| 21 |    | received a traffic ticket after having gone                        |
| 22 |    | through a checkpoint in the City of Buffalo?                       |
| 23 | A. | Would it be fair to say that, I don't recall.  I                   |

```
 1       initial checkpoint, correct?
 2   A.  You had no choice but to go through that, the
 3       Strike Force was right there, and traffic was
 4       backed up from the expressway, so you had no
 5       choice but to be slow going down.
 6   Q.  Okay.
 7   MS. TEFFT:  Objection.  Can you be clearer in your
 8       questions about -- you're saying going through a
 9       checkpoint, just being distinct about just
10       driving on through versus going through the
11       actual primary stop.
12   BY MR. SAHASRABUDHE:
13   Q.  Right.  I guess that's what I'm asking.  Is it
14       your testimony that at certain checkpoints, there
15       was -- there were certain drivers who didn't have
16       to stop at all?
17   A.  Yes.
18   Q.  Okay.  And only some drivers were stopped
19       momentarily?
20   A.  Black drivers was, yes.
21   Q.  Okay.  And it's your testimony that if a white
22       person went through a vehicle and traffic safety
23       checkpoint, they were not stopped at all?
```

1  A. Yes.
2  Q. Okay. And is it your testimony that that
3     happened in every instance you saw a white person
4     go through or approach a checkpoint?
5  A. From what I can recall, yes.
6  Q. Do you recall how often you saw white people go
7     through checkpoints?
8  A. You ask me a question that -- I did not count as
9     many white people, I didn't count them so I don't
10    know.
11 Q. I understand that you don't have a specific
12    number, but was it a regular occurrence that you
13    saw white people going through checkpoints?
14 A. I mean, I can't answer that question for you.
15    Because it still makes me feel like I have to
16    give you a number, and I don't -- I can't. I
17    can't give you that. It was a lot of white
18    people that went through, but I don't know how
19    many.
20 Q. Okay. So it happened on more than one occasion
21    that you saw white people go through checkpoints?
22 A. For the past -- yes. From the time it started to
23    the time it ended, yes.

|    |    |    |
|---|---|---|
| 1  |    | standing outside my home blocking my house while |
| 2  |    | they were going on my property. |
| 3  | Q. | So these were put in your mailbox the way the |
| 4  |    | other two were? |
| 5  | A. | They were put in the mailbox. |
| 6  | Q. | Okay.  I'll hand you that, L and M.  So I just |
| 7  |    | handed you Defendant's Deposition Exhibit M and |
| 8  |    | L.  Do you need a second to look those over?  Are |
| 9  |    | you familiar with these documents? |
| 10 | A. | Yes. |
| 11 | Q. | Fair to say that these are two tickets you |
| 12 |    | received on the same date, which is March -- it |
| 13 |    | was March of this year, March of 2023? |
| 14 | A. | Yes. |
| 15 | Q. | Can you tell me where you received these two |
| 16 |    | tickets? |
| 17 | A. | I was near -- I was driving down Bailey, I was |
| 18 |    | pulled over just before Delavan. |
| 19 | Q. | Fair to say that this was not at a vehicle and |
| 20 |    | traffic safety checkpoint when you were pulled |
| 21 |    | over? |
| 22 | A. | Fair to say. |
| 23 | Q. | Okay.  And so how were you pulled over? |

43

1  A.  He chased behind me and pulled me over.
2  Q.  The officer who issued the tickets, drove up
3      behind you and put his lights on?
4  A.  Yes.
5  Q.  And you pulled over?
6  A.  Yes.
7  Q.  And could you describe what took place after you
8      pulled over?
9  A.  He asked me who I was, and I asked what was he
10     pulling me over for, didn't have a clear reason
11     why he was pulling me over, then he started
12     searching for reasons to give me a ticket.
13 Q.  When you say searching for reasons to give you a
14     ticket, did he ultimately tell you that your
15     windows were tinted?
16 A.  After.  That wasn't his original reason for
17     pulling me over, so I don't know what the -- but
18     after he started searching.
19 Q.  Okay.  So how long after the original --
20     withdrawn.  How long after pulling you over did
21     he notify you that your windows were tinted?
22 A.  About five, ten minutes.
23 Q.  And at this point he wrote you these two tickets?

1  A. Yes.
2  Q. And one of the tickets is for the front
3     windshield being tinted, correct?
4  A. Yes.
5  Q. And the other is for the side windshield being
6     tinted?
7  A. Yes.
8  Q. Were those windows, in fact, tinted?
9  A. Yes.
10 Q. Okay.  Have you challenged or disputed these
11    traffic tickets in a court of law?
12 A. Yes.
13 Q. What was the outcome?
14 A. Dismissed.
15 Q. You didn't have to pay any fine or --
16 A. No.
17 Q. -- any penalty of any kind?
18 A. No.
19 Q. Were you arrested on this occasion?
20 A. I get -- is an arrest when they give you the
21    summons to go to court?
22 Q. Well, that's a good question, so I'm going to
23    make a distinction.  No.  Were you taken away

56

```
1    STATE OF NEW YORK)
2                    SS:
3    COUNTY OF ERIE)
4
5         I, Nichole Winans, a Notary Public in and
6    for the State of New York, County of Erie, DO
7    HEREBY CERTIFY that the testimony of DORETHEA
8    FRANKLIN was taken down by me in a verbatim
9    manner by means of Machine Shorthand, on May 15,
10   2023.  That the testimony was then reduced into
11   writing under my direction.  That the testimony
12   was taken to be used in the above-entitled
13   action.  That the said deponent, before
14   examination, was duly sworn by me to testify to
15   the truth, the whole truth and nothing but the
16   truth, relative to said action.
17        I further CERTIFY that the above-described
18   transcript constitutes a true and accurate and
19   complete transcript of the testimony.
20
21                           _____
                                  NICHOLE WINANS,
22                                Notary Public.
23
```