# Exhibit 16

```
 1        UNITED STATES DISTRICT COURT

 2        FOR THE WESTERN DISTRICT OF NEW YORK

 3        -----------------------------------------------

 4        BLACK LOVE RESISTS IN THE RUST, et al.,
          individually and on behalf of a class of
 5        all others similarly situated,

 6                               Plaintiffs,

 7         -vs-                        1:18-cv-00719-CCR

 8        CITY OF BUFFALO, N.Y., et al.,

 9                               Defendants.

10        -----------------------------------------------

11          EXAMINATION BEFORE TRIAL OF MICHAEL J. HEALY

12                  APPEARING REMOTELY FROM

13                 ERIE COUNTY, NEW YORK

14

15

16                     July 28, 2023

17               10:00 a.m. - 12:05 p.m.

18                  pursuant to notice

19

20

21        REPORTED BY:

22        Carrie A. Fisher, Notary Public

23        APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

**MICHAEL J. HEALY**

1   Q. How did you come to that understanding of that
2      term?
3           MR. SAHASRABUDHE:  Objection to form.
4   A. Just from, you know, the way I interpret
5      things like that.
6   Q. Were you ever trained by the BPD on what
7      constitutes racially biased conduct?
8           MR. SAHASRABUDHE:  Objection to form.
9   A. I don't believe so.  I don't believe so.
10  Q. Did your supervisors ever discuss the issue of
11     racially biased conduct with you?
12          MR. SAHASRABUDHE:  Objection to form.
13  A. I don't believe so, no.
14  Q. While at the BPD did you witness any racially
15     biased conduct by your peer officers?
16  A. No.
17          MR. SAHASRABUDHE:  Objection to form.
18  A. Oh, I'm sorry.  No, I did not.
19  Q. During your time in the BPD, were you ever
20     aware of any complaints of officers engaging
21     in racially biased conduct made by citizens?
22  A. No, I do not.
23  Q. During your time in the BPD were you aware of

1      STATE OF NEW YORK)

2      COUNTY OF ERIE   )

3

4
     I, Carrie A. Fisher, Notary Public, in and
5   for the County of Erie, State of New York, do
   hereby certify:
6

7     That the witness whose testimony appears
   hereinbefore was, before the commencement of
8   their testimony, duly sworn to testify the
   truth, the whole truth and nothing but the
9   truth; that said testimony was taken remotely
   pursuant to notice at the time and place as
10  herein set forth; that said testimony was taken
   down by me and thereafter transcribed into
11  typewriting, and I hereby certify the foregoing
   testimony is a full, true and correct
12  transcription of my shorthand notes so taken.

13
     I further certify that I am neither counsel
14  for nor related to any party to said action,
   nor in anyway interested in the outcome
15  thereof.

16
     IN WITNESS WHEREOF, I have hereunto
17  subscribed my name and affixed my seal this
   15th day of August, 2023.

18

19

20  _____
   Carrie A. Fisher
21  Notary Public - State of New York
   No. 01FI6240227
22  Qualified in Erie County
   My commission expires 5/02/27
23