# Exhibit 17

```
 1                   UNITED STATES DISTRICT COURT
 2              FOR THE WESTERN DISTRICT OF NEW YORK
 3   - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 4   BLACK LOVE RESISTS IN THE RUST, et al.,
 5   individually and on behalf of a class of
 6   all others similarly situated,
 7                                  Plaintiffs,
 8   vs.                                         1:18-cv-00719-CCR
 9   CITY OF BUFFALO, N.Y.,  et al.,
10                                  Defendants.
11   - - - - - - - - - - - - - - - - - - - - - - - - - - - -
12                 ORAL EXAMINATION OF KEVIN HELFER
13                     APPEARING REMOTELY FROM
14                        BUFFALO, NEW YORK
15
16                        June 22, 2022
17                    12:00 p.m. - 5:01 p.m.
18                       pursuant to notice
19
20
21   REPORTED BY:
22   Luanne K. Howe
23   APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO


            DEPAOLO CROSBY REPORTING SERVICES, INC.
                        716-853-5544
```

```
 1    A    Yes.
 2    Q    Okay.  What do those policies cover?
 3    A    Well, they're somewhat voluminous, but a lot of the
 4         things that we've talked about, the daily
 5         administration of the department.
 6    Q    And who creates those policies?
 7    A    They were created over a period of years, I would
 8         assume, because they were here when I arrived in
 9         2010.  And you know, with any policy, depending on if
10         something gets changed, they get updated.
11    Q    And did you at times update these policies while you
12         were at parking?
13    A    I'm sure I did.
14    Q    What are the sources of the Department of Parking's
15         revenue?
16    A    So you can get revenue from paid parking tickets.
17         You get revenue from towing and storage.  You would
18         get revenue from auctioned vehicles.  And you would
19         get revenue through the contract that I had talked
20         about before with Buffalo Civic Auto Ramps.
21    Q    And those revenues go into the city's general fund?
22    A    Correct.
23    Q    Okay.  And the Department of Parking's operating
```

```
 1              tows as well."  Do you see that?
 2      A       Correct.
 3      Q       What are LPRs?
 4      A       License plate readers.
 5      Q       Okay.  And so you're saying here that the license
 6              plate readers have also contributed to the number of
 7              tows, correct?
 8      A       Correct.
 9      Q       And can you explain why those LPRs added to the tows?
10      A       Sure.  The LPRs were uploaded with data that would
11              tell if people met the threshold in terms of the
12              amount of money owed for their car to be towed.  The
13              LPRs were installed on parking enforcement vehicles.
14                  They'd drive down the road.  If that criteria is
15              met, the LPR goes off with the alarm and the person
16              would pull over and see if indeed the car didn't pay
17              their outstanding tickets and owed a substantial
18              amount of money.
19      Q       I have a few more questions about that.  Were LPRs
20              used by Buffalo Police Department officers as well?
21      A       Yes.
22      Q       Okay.  Would Buffalo Police Department officers tow a
23              vehicle if it had too many outstanding parking
```

1        tickets?
2                    MS. RAUH:  Form.
3    A   They could.
4    Q   And would the LPRs just check for outstanding parking
5        tickets, or would they check for other things as
6        well?
7    A   On our system, we were not allowed to check for
8        anything else but outstanding parking tickets.
9        Police had a different policy.
10   Q   Do you know what police LPRs checked for?
11                   MS. RAUH:  Form.
12   A   They could check for a lot of things, stolen car,
13       expired registration.  That's the little I know about
14       the police side of it.
15   Q   Were LPRs viewed as a way to generate revenue?
16   A   LPRs would give us a way to have people pay if they
17       were scofflaws.
18   Q   So they were a way to generate revenue from people
19       who were scofflaw, correct?
20   A   They were a way to get paid for people who were
21       scofflaw, yes.
22   Q   Did you ever discuss the benefits of LPRs with Mayor
23       Brown?

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1              into effect?
 2    A    I know they were definitely put into effect somewhere
 3         along the line.  I'm not going to say that I know for
 4         certain they went into effect that fiscal year ending
 5         '14.
 6    Q    And then I want to refer you to C at the bottom here,
 7         and it says, "Our Towing and Storage rates are low.
 8         This increase of $30 on towing and $5 on daily
 9         storage rates might generate more than I am
10         anticipating id the Strike Force goes back into
11         effect."  Did you mean if the Strike Force goes back
12         into effect?
13    A    Yes.
14    Q    Okay.  And so you're saying they might generate more
15         than you budget if the Strike Force goes into effect,
16         correct?
17    A    Back into effect.  I think I've been very consistent
18         in trying to explain that I developed my budgets by
19         looking at previous years' statistics.
20              Obviously you showed a slide before that Strike
21         Force was taking a pause, so I'm basing this on
22         previous year analysis.  It is nothing but a budget.
23         It's a roadmap.  I made an editorial comment that
```

```
 1            that could increase if Strike Force goes back into
 2            effect.
 3    Q       Okay.  And that's because as we looked at before,
 4            Strike Force had caused tows to dramatically
 5            increase, right?
 6    A       Yes.
 7    Q       Do you remember having any discussions with
 8            Commissioner Estrich about the proposal regarding
 9            towing and storage fees?
10    A       I'm sure we talked about that.  I don't recall what
11            we talked about, but certainly as you could see,
12            we're talking via this email.
13    Q       Okay.  Do you recall having any discussions with
14            Mayor Brown about this proposal about towing and
15            storage fees?
16    A       I don't recall.  It could have, could not have.  I
17            don't recall that at all.
18    Q       Let's do Exhibit 8.  And Exhibit 8 is a June 25, 2013
19            email Bates stamped COB118655.  Do you see that on
20            your screen?
21    A       I do.
22    Q       Okay.  And I want to refer you to the -- do you see
23            the subject line here, by the way, is CitiStat?
```

|    |   |                                                         |
|----|---|---------------------------------------------------------|
| 1  |   | officers, you know, issuing them a ticket and           |
| 2  |   | noticing on their handheld ticket writers that they     |
| 3  |   | were a scofflaw. It was very tough to quantify which    |
| 4  |   | way they came in.                                       |
| 5  | Q | So was this effort to quantify revenue undertaken?      |
| 6  |   | MS. RAUH: Form.                                         |
| 7  | A | I don't recall.                                         |
| 8  | Q | Do you recall reviewing any results from this effort?   |
| 9  | A | I'm sure I did.                                         |
| 10 | Q | Do you remember what they showed?                       |
| 11 | A | No.                                                     |
| 12 | Q | One of the purposes of LPR is to increase revenues?     |
| 13 |   | MS. RAUH: Form.                                         |
| 14 | A | The purpose of the LPR was to have people comply with   |
| 15 |   | the financial obligation for outstanding tickets.       |
| 16 | Q | And if people complied, that would lead to more         |
| 17 |   | revenue for the city, right?                            |
| 18 | A | That would be the revenue, yes.                         |
| 19 |   | MS. RAUH: Form.                                         |
| 20 |   | MR. JOACHIM: Should we take a                           |
| 21 |   | five-minute break? We've been going a while,            |
| 22 |   | Katelyn.                                                |
| 23 |   | MS. RAUH: Yeah, that's fine with me.                    |

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
1    A    I do not think that is correct at all.  This is the
2         expenditure side of the budget.
3    Q    Okay.  Thank you.  And I want to refer to this page
4         which lists goals and activities for the Traffic
5         Violations Agency.  Do you see that?
6    A    Yes.  This is part of the documentation that the
7         Common Council requests for submission with our
8         annual budget.
9    Q    Okay.  So did you have any role in putting this
10        information together?
11   A    Along with Ms. Morgera, yes.
12   Q    Okay.  So you reviewed this before it was submitted
13        to Common Council?
14   A    I should have.  I assume I did.
15   Q    Do you know who wrote this information?
16   A    Ms. Morgera did.
17   Q    Does the mayor's office also review this information
18        before it's submitted to Common Council?
19   A    I cannot answer that.  I know that Commissioner
20        Estrich certainly does.
21   Q    And this indicates that one of the Traffic Violations
22        Agency's goals is to generate revenue, correct?
23   A    Sure.
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

1    Q    And that was one of the goals?
2    A    It's one of them, yes.
3    Q    Did Mayor Brown ever indicate to you that that was
4         one of the goals of the BTVA?
5    A    Not specifically.
6    Q    I want to ask you about the work program statistics.
7         Who compiles these?
8    A    Ms. Morgera.
9    Q    And what is the purpose of this information?
10   A    Requested information from the Common Council for
11        submission along with our budget to the Common
12        Council.
13   Q    And you'll see one of the columns here is for
14        estimates, right?
15   A    Uh-huh.
16   Q    And who develops these estimates?
17   A    Certainly not myself.  I believe those were developed
18        by the -- hold on for a second.  What budget year --
19        you don't have the budget year on this.
20   Q    Is that on -- it's not on the document, but I'll
21        represent to you it's 2017 to 2018.
22   A    Okay.
23   Q    Do you know who developed these estimates?

```
 1              at CitiStat.  Is that fair?
 2     A    No.  You asked me who would be asking about this, and
 3          I was surmising that I was probably getting prepared
 4          for a CitiStat meeting.
 5     Q    But you don't actually remember; you're just
 6          surmising?
 7     A    That's correct.
 8     Q    Okay.  Do you remember if anyone asked about the drop
 9          in revenue you're referring to here?
10     A    I do not recall that at all.
11     Q    So in the next line you say, "Obviously, I think it
12          is less tickets."  Why did you think it was obviously
13          less tickets?
14     A    If revenue is down, it's pretty obvious to me that
15          most likely tickets are down.  Tickets drive revenue.
16          As I said to you before, our perfect world is zero
17          revenue.  That means everybody is obeying the law,
18          both in parking and traffic.
19     Q    Got it.  Let's -- I think that's all I have on this
20          one for now.  Let's move on to Exhibit 24.  And this
21          is an October 12, 2017 email from you to Ms. Morgera
22          Bates stamped COB091730.  And I want to refer you to
23          Ms. Morgera's -- sorry -- one, two, three -- fourth
```

```
 1  STATE OF OHIO           )
 2  COUNTY OF CUYAHOGA      )
 3          I, Luanne K. Howe, Notary Public, in and for the
 4  County of Cuyahoga, State of Ohio, do hereby certify:
 5          That the witness whose testimony appears
 6  hereinbefore was, before the commencement of his testimony,
 7  duly sworn to testify the truth, the whole truth and nothing
 8  but the truth; that said testimony was taken remotely
 9  pursuant to notice at the time and place as herein set
10  forth; that said testimony was taken down by me and
11  thereafter transcribed into typewriting, and I hereby
12  certify the foregoing transcript is a full, true and correct
13  transcription of my shorthand notes so taken.
14          I further certify that I am neither counsel for
15  nor related to any party to said action, nor in any way
16  interested in the outcome thereof.
17          IN WITNESS WHEREOF, I have hereunto subscribed my
18  name and affixed my seal this 29th day of June, 2022.
19
20                          _____
                            Luanne K. Howe
21                          Notary Public - State of Ohio
22                          My commission expires 10-07-24
23
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1                    UNITED STATES DISTRICT COURT
 2                FOR THE WESTERN DISTRICT OF NEW YORK
 3     - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 4     BLACK LOVE RESISTS IN THE RUST, et al.,
 5     individually and on behalf of a class of
 6     all others similarly situated,
 7                                   Plaintiffs,
 8     vs.                                           1:18-cv-00719-CCR
 9     CITY OF BUFFALO, N.Y.,  et al.,
10                                   Defendants.
11     - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
12              CONTINUED ORAL EXAMINATION OF KEVIN HELFER
13                       APPEARING REMOTELY FROM
14                          BUFFALO, NEW YORK
15
16                          June 29, 2022
17                       3:40 p.m. - 6:17 p.m.
18                         pursuant to notice
19
20
21     REPORTED BY:
22     Luanne K. Howe
23     APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO


                 DEPAOLO CROSBY REPORTING SERVICES, INC.
                              716-853-5544
```

```
 1   A     I'm sure I saw it.
 2   Q     Okay.  You would review the work program statistics
 3         before they would go to Ms. Estrich, right?
 4   A     Yes.
 5   Q     Okay.  And in this email, Ms. Morgera is sending
 6         BTVA's draft to Ms. Estrich, right?
 7   A     To Ms. Benitez.
 8   Q     With the expectation that Ms. Benitez would get it to
 9         Ms. Estrich?
10   A     I would assume.
11   Q     And this draft includes the same language about
12         generating revenue we saw last week in the 2017-2018
13         work program statistics, correct?
14                  MS. RAUH:  Form.
15   A     Correct.
16   Q     Okay.  So you testified yesterday that as stated in
17         this document and the other one we looked at, one of
18         the goals of BTVA was to generate revenue, right?
19   A     Yes.
20   Q     Where did you get that understanding that that was
21         one of the goals?
22   A     Well, you wouldn't fine people -- if you're fining
23         people, you're generating revenue.
```

|    |   |   |
|----|---|---|
| 1  | Q | So because one of BTVA's functions was to fine |
| 2  |   | people, that meant that one of the goals was to |
| 3  |   | generate revenue; is that right? |
| 4  | A | I think the law is very clear that if you're |
| 5  |   | speeding, there is a minimum and maximum that you can |
| 6  |   | fine a person. |
| 7  | Q | Did anyone ever communicate to you that one of the |
| 8  |   | purposes of BTVA was to generate revenue? |
| 9  | A | I think it's implied. |
| 10 | Q | Implied in the law or implied in something else? |
| 11 | A | Implied by reason of the law. |
| 12 | Q | Do you recall anyone communicating that to you |
| 13 |   | though? |
| 14 | A | No. |
| 15 | Q | Okay. I want to move on to Exhibit 33. And this |
| 16 |   | doesn't have a header or a date, so I'll represent to |
| 17 |   | you that this is the final 2018-2019 budget -- it's |
| 18 |   | specifically the executive budget that I downloaded |
| 19 |   | from Buffalo's website. |
| 20 |   | And I want to refer you to the work program -- |
| 21 |   | the final work program statistics for BTVA, which are |
| 22 |   | near the end of the document. They are here on page |
| 23 |   | 35 of the document. Do you see that on your screen? |

```
 1           by BPD, right?
 2   A       Yes.
 3   Q       So at least in the analysis here, there's no revenue
 4           numbers, correct?
 5   A       Correct.
 6   Q       So why did you believe that the number -- information
 7           regarding the number of tickets was relevant to
 8           Commissioner Estrich's duties?
 9   A       I mean, there is a supposition that a percentage of
10           tickets result in revenue for those who pay.
11   Q       Would you regularly keep Commissioner Estrich updated
12           on the number of traffic tickets coming in?
13   A       Anything that related to fiscal, I would communicate
14           with her and vice versa.
15   Q       And the number of tickets was related to fiscal?
16   A       Certainly.
17   Q       And Commissioner Estrich responds, "Wow.  Go Joe"?
18   A       That's what it says.
19   Q       And Commission Estrich responds, "Wow.  Go Joe."  And
20           Joe is Joe Gramaglia?
21   A       Indeed.
22   Q       So she's impressed with these numbers, right?
23                   MS. RAUH:  Form.
```

```
 1   STATE OF OHIO          )
 2   COUNTY OF CUYAHOGA     )
 3              I, Luanne K. Howe, Notary Public, in and for the
 4   County of Cuyahoga, State of Ohio, do hereby certify:
 5              That the witness whose testimony appears
 6   hereinbefore was, before the commencement of his testimony,
 7   duly sworn to testify the truth, the whole truth and nothing
 8   but the truth; that said testimony was taken remotely
 9   pursuant to notice at the time and place as herein set
10   forth; that said testimony was taken down by me and
11   thereafter transcribed into typewriting, and I hereby
12   certify the foregoing transcript is a full, true and correct
13   transcription of my shorthand notes so taken.
14              I further certify that I am neither counsel for
15   nor related to any party to said action, nor in any way
16   interested in the outcome thereof.
17              IN WITNESS WHEREOF, I have hereunto subscribed my
18   name and affixed my seal this 7th day of July, 2022.
19
20                               _____
                                 Luanne K. Howe
21                               Notary Public - State of Ohio
22                               My commission expires 10-07-24
23
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544