# Exhibit 20

```
 1     UNITED STATES DISTRICT COURT

 2     FOR THE WESTERN DISTRICT OF NEW YORK

 3     -------------------------------------------

 4     BLACK LOVE RESISTS IN THE RUST, et al.,
       individually and on behalf of a class of
 5     all others similarly situated,

 6                              Plaintiffs,

 7      -vs-                       1:18-cv-00719-CCR

 8     CITY OF BUFFALO, N.Y., et al.,

 9                              Defendants.

10     -------------------------------------------

11        EXAMINATION BEFORE TRIAL OF HAROLD MCLELLAN

12                  APPEARING REMOTELY FROM

13                NIAGARA COUNTY, NEW YORK

14

15

16                 September 8, 2023

17     10:15 a.m. - 1:00 p.m. & 2:32 p.m. - 3:31 p.m.

18                   pursuant to notice

19

20

21     REPORTED BY:

22     Carrie A. Fisher, Notary Public

23     APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

HOWARD MCLELLAN

|   |   |   |
|---|---|---|
| 1 |  | know, whatever practices or policies are in |
| 2 |  | place for this -- for these complaints, it has |
| 3 |  | to work, has to be -- they have to be |
| 4 |  | competent. |
| 5 | Q. | And should all misconduct be met with some |
| 6 |  | form of discipline? |
| 7 |  | MR. SAHASRABUDHE:  Objection to form. |
| 8 | A. | So when you say "discipline," you're -- and I |
| 9 |  | don't want to put words in your mouth but |
| 10 |  | you're probably thinking more like a negative |
| 11 |  | discipline, but there's also discipline which |
| 12 |  | is not negative.  I mean, there could be |
| 13 |  | training so, yeah.  So not necessarily |
| 14 |  | every -- not necessarily every complaint would |
| 15 |  | have to be resolved with negative discipline. |
| 16 | Q. | Okay.  And so by "training," you mean positive |
| 17 |  | discipline? |
| 18 | A. | Yes. |
| 19 | Q. | Okay.  What else would be considered positive |
| 20 |  | discipline? |
| 21 | A. | A conference with a higher level command |
| 22 |  | officer which is also considered I guess |
| 23 |  | training. |

HOWARD MCLELLAN

1         know, numbers so that would help.
2    Q.   Okay.  And what is IAPro?
3    A.   It's a computer program that's used by a lot
4         of I guess larger city police agencies which
5         monitors discipline on officers within the
6         department, monitors their disciplinary
7         records.
8    Q.   And does that --
9    A.   Sends out alerts and stuff if it, you know,
10        generates certain things.
11   Q.   When does IAPro send out alerts?
12   A.   There was -- you could set it for anything,
13        and I don't remember exactly what it was at
14        the time.  I will give you an example but I'm
15        not sure if this is accurate, but you could
16        set it for more than one use of force
17        complaint within a 12-month period or, you
18        know, you could set it for pretty much
19        anything you wanted to and I don't recall what
20        it was set at or what it would be set at now,
21        if they still use it.
22   Q.   Okay.  And by saying patterns of misconduct,
23        could you also set it to flag racial

HOWARD MCLELLAN

1  including refresher training for your job as
2  an inspector?
3  A. No.
4  Q. Okay. So I'm going to pull up -- you
5  mentioned that you had taken some courses when
6  we talked about your education. What were
7  those courses?
8  A. Within the department or outside the
9  department?
10 Q. Within the department. Either.
11 A. Okay. Well, I already told you that I had
12 four years of college. And then within the
13 department, I mean, oh my God, over 33 years
14 there were -- I couldn't tell you all the
15 different in-service trainings that I was --
16 that I attended. I mean, there were a lot.
17 Q. Okay. And were you -- do you recall whether
18 any of the trainings were on racial
19 discrimination?
20 A. I don't recall. I don't recall.
21 Q. Do you recall receiving any trainings on
22 investigating racial discrimination
23 complaints?

HOWARD MCLELLAN

1   A. Specific training on that, I don't believe. I
2      mean, you know, we had Internal Affairs
3      training. You know, I can't remember what the
4      training was exactly, but I'm thinking it
5      probably included something regarding racial
6      discrimination or racial profiling, that kind
7      of thing.
8   Q. Okay. When did that training occur?
9   A. When I went to the training, it was probably
10     shortly after I was assigned up there as a
11     captain.
12  Q. So that would have been before 2010, around
13     2008?
14  A. You're right, yes.
15  Q. Okay. And after that you never received any
16     training on racial discrimination?
17  A. Personally myself, I did not, no.
18  Q. Okay. I'm now going to turn back to McLellan
19     2 which is the Complaint Investigation Manual.
20     Can you see this?
21  A. Yes.
22  Q. Okay. And if you look at the second
23     paragraph, it says, "PSD members need to keep

```
 1      STATE OF NEW YORK)

 2      COUNTY OF ERIE   )

 3

 4
           I, Carrie A. Fisher, Notary Public, in and
 5      for the County of Erie, State of New York, do
        hereby certify:
 6

 7         That the witness whose testimony appears
        hereinbefore was, before the commencement of
 8      their testimony, duly sworn to testify the
        truth, the whole truth and nothing but the
 9      truth; that said testimony was taken remotely
        pursuant to notice at the time and place as
10      herein set forth; that said testimony was
        taken down by me and thereafter transcribed
11      into typewriting, and I hereby certify the
        foregoing testimony is a full, true and
12      correct transcription of my shorthand notes so
        taken.
13

14         I further certify that I am neither counsel
        for nor related to any party to said action,
15      nor in anyway interested in the outcome
        thereof.
16

17         IN WITNESS WHEREOF, I have hereunto
        subscribed my name and affixed my seal this
18      26th day of September, 2023.

19

20      _____

21      Carrie A. Fisher
        Notary Public - State of New York
22      No. 01FI6240227
        Qualified in Erie County
23      My commission expires 5/02/27
```

```
 1     UNITED STATES DISTRICT COURT
 2     WESTERN DISTRICT OF NEW YORK
 3     -------------------------------------------
 4     BLACK LOVE RESISTS IN THE RUST, ET AL.,
       INDIVIDUALLY AND ON BEHALF OF A CLASS OF
 5     ALL OTHERS SIMILARLY SITUATED,
 6
               Plaintiffs,
 7
        -vs-                     1:18-cv-00719-CCR
 8
       CITY OF BUFFALO, N.Y., ET AL.,
 9
               Defendants.
10     -------------------------------------------
11
12         CONTINUED EXAMINATION BEFORE TRIAL
13              OF HAROLD MCLELLAN
14           APPEARING REMOTELY FROM
15              BUFFALO, NEW YORK
16
17              September 11, 2023
18              At 9:00 a.m.
19              Pursuant to notice
20
21     REPORTED BY:
22     Rebecca L. DiBello, RPR, CSR(NY)
23     APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
1       A.  Yes.
2       Q.  Okay.  So at his deposition last week Officer
3           Acquino testified that he had never received
4           any monitoring, training, retraining or
5           disciplinary action for any of the complaints
6           lodged against him.  Does this concern you?
7               MR. SAHASRABUDHE:  Objection to form.
8       A.  I'm just thinking of -- did we see on his
9           disciplinary card that he did receive that?
10          Deputy police commissioners?  Or my mistake?
11      Q.  I'll pull that up again.  We did, but he did
12          not recall that.
13      A.  Okay.  Then I mean, he was incorrect that he
14          did receive that?
15      Q.  So is Mr. Acquino's statement consistent with
16          your recollection?
17              MR. SAHASRABUDHE:  Objection to form.
18      A.  I don't recall, but I'm going by the way you
19          showed me on his disciplinary card that he did
20          receive at least a conference I believe.
21      Q.  Is a conference considered formal discipline?
22              MR. SAHASRABUDHE:  Objection to form.
23      A.  Well, it's a form of discipline.  I was always
```

```
 1        told it was considered training.
 2    Q.  Training?
 3    A.  Well, that's how that's always been referred
 4        to me as training and that's how I have always
 5        referred to it.
 6    Q.  But a conference is not a formal disciplinary
 7        charge that goes on his record; is that right?
 8            MR. SAHASRABUDHE:  Form.
 9    A.  Okay.  So you are -- you're mentioning
10        something different.  You're mentioning a
11        departmental charge rather than a conference.
12        Conference is still discipline, but it's not a
13        charge, departmental charge.
14    Q.  Okay.
15    A.  Remember we talked about positive and negative
16        discipline?
17    Q.  Right.  So would there be any consequences for
18        an officer receiving a conference?
19            MR. SAHASRABUDHE:  Form.
20    A.  Consequence of -- the conference is the
21        consequence of the complaint, but there's not
22        a consequence of the conference if that -- I
23        don't know if that's what you asked.
```

```
 1        STATE OF NEW YORK)

 2        COUNTY OF ERIE    )

 3


 4
            I, Rebecca Lynne DiBello, CSR, RPR, Notary
 5        Public, in and for the County of Erie, State of
          New York, do hereby certify:
 6

 7          That the witness whose testimony appears
          hereinbefore was, before the commencement of
 8        their testimony, duly sworn to testify the
          truth, the whole truth and nothing but the
 9        truth; that said testimony was taken pursuant
          to notice at the time and place as herein set
10        forth; that said testimony was taken down by me
          and thereafter transcribed into typewriting,
11        and I hereby certify the foregoing testimony is
          a full, true and correct transcription of my
12        shorthand notes so taken.

13
            I further certify that I am neither counsel
14        for nor related to any party to said action,
          nor in anyway interested in the outcome
15        thereof.

16
            IN WITNESS WHEREOF, I have hereunto
17        subscribed my name and affixed my seal this
          25th day of September, 2023.
18

19                    [signature: Rebecca L. DiBello]

20        _____

21          Rebecca Lynne DiBello, CSR, RPR
            Notary Public - State of New York
22          No. 01D14897420
            Qualified in Erie County
23          My commission expires 5/11/2027
```