# Exhibit 21

```
 1    UNITED STATES DISTRICT COURT
 2    FOR THE WESTERN DISTRICT OF NEW YORK
 3    -------------------------------------------
 4    BLACK LOVE RESISTS IN THE RUST, et al.,
      individually and on behalf of a class of
 5    all others similarly situated,
 6                           Plaintiffs,
 7     -vs-                         1:18-cv-00719-CCR
 8    CITY OF BUFFALO, N.Y., et al.,
 9                           Defendants.
10    -------------------------------------------
11          ORAL EXAMINATION OF CHARLES MILLER
12                APPEARING REMOTELY FROM
13                ERIE COUNTY, NEW YORK
14
15
16                    June 2, 2023
17              9:32 a.m. - 4:49 p.m.
18                 pursuant to notice
19
20
21    REPORTED BY:
22    Carrie A. Fisher, Notary Public
23    APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

CHARLES MILLER

1   Q. Which ones told you that?
2   A. I don't recall, but I know I've heard it from
3      other officers. I know I've asked people
4      before. I couldn't tell you who it was. It
5      was a long time ago.
6   Q. So at this point, like as you're working now,
7      so not just during your time at the Housing
8      Unit, are you aware of any current policy in
9      effect at the BPD regarding how many tinted
10     windows tickets you can issue in a single
11     stop?
12  A. No.
13  Q. You're not aware of any written policy
14     governing this?
15  A. No. Like I said, I don't do a lot of V&T
16     anymore.
17  Q. Was there any point when you were at the
18     Housing Unit where your supervisors directed
19     you to limit the number of tinted windows
20     tickets you wrote to, you know, one ticket per
21     stop or two tickets per stop?
22  A. Not that I recall.
23  Q. So as far as you understood, during the

1  A. Like I said, racial profiling is assuming
2     something about a race or disliking a race
3     because of the color of their skin and bias is
4     saying you're more superior to a race because
5     of X, Y, and Z, you know.  I don't think that
6     those two are -- I mean, they're similar
7     but...
8  Q. Do you think it's possible that even if an
9     officer has probable cause for a traffic stop,
10    can that stop still be the result of racial
11    profiling on the part of the officer?
12        MR. SAHASRABUDHE:  Objection to form.
13 A. If you have probable cause to make a traffic
14    stop, how can that be racial profiling?
15    It's -- you have probable cause to make it.  I
16    mean, am I supposed to let a car go, you know,
17    like that's flying down a street just because
18    like I'm afraid of somebody accusing me of
19    racially profiling them and then they get into
20    a car accident or hit somebody?
21 Q. Well, I guess is it possible that you can have
22    probable cause for the traffic stop but that
23    the race of the driver is something that

1    ensure that guys are not doing that.  When I
2    show up to their calls, they're not doing
3    anything that's obviously intrusive, you know.
4         Again, this is kind of like the same
5    answer I gave you two other times.  I show up
6    to their calls, show up to their traffic
7    stops.  I kind of ensure that everything is
8    good.  I have yet to have a citizen -- the
9    screen keeps going dark.
10   (Pause in proceedings for Mr. Sahasrabudhe and
11   the witness to reconnect to the
12   videoconference.)
13   BY MS. TEFFT:
14 Q. Back on the record after a brief break.
15        I want to direct you to Section 4.4 in
16   Exhibit 21 that we were just discussing.
17   That's at the bottom of page 2, specifically
18   subpart A that says "Warnings/Traffic Stop
19   Receipt."
20 A. Yes.
21 Q. So backing up a little bit to before you
22   became a lieutenant, you were still a patrol
23   officer.  When you did traffic enforcement,

1  did you ever issue Stop Receipts to drivers
2  that you didn't ticket?
3  A. Yes.
4  Q. How frequently?
5  A. Half the time.
6  Q. Half the time you said?
7  A. Yeah, roughly.
8  Q. When you issued Stop Receipts, did you record
9  the race of the motorist on those Stop
10 Receipts?
11 A. I think you have to.  I don't remember.  It's
12 been a minute since I've done it.
13 Q. You think you have to in the system where you
14 record them?
15 A. I think you have to report something.
16 Q. How did you decide whether or not to issue a
17 Stop Receipt in circumstances where you were
18 not writing someone a ticket?
19         MR. SAHASRABUDHE:  Objection to form.
20 A. Again, generally how I always did things.  If
21 they were polite, you know, like polite and
22 they understood why I stopped them, they
23 weren't argumentative, okay, well, I can give

CHARLES MILLER

1     you -- I can use my discretion and give you a
2     courtesy.  I would always explain to them when
3     I gave them the Stop Receipt like, "hey, you
4     know, this is not a ticket.  There is no fine
5     attached to it.  This is simply a receipt
6     explaining why I pulled you over."
7  Q. Do you recall ever being trained on issuing
8     Stop Receipts?
9  A. No, I don't.
10 Q. So Stop Receipts came about around 2020,
11    correct?
12 A. Yeah, around there.
13 Q. Do you remember being informed about what Stop
14    Receipts were around that time?
15 A. Yes, I do remember that.
16 Q. Who told you?
17 A. I think it came out in a departmental email.
18    I don't remember there being any specific
19    training, no.  I think it was just --
20 Q. And do you?
21 A. -- a procedure update, and it gave you like
22    guidelines basically on how to do it.
23 Q. Okay.

1        STATE OF NEW YORK)

2                        )  ss.

3        COUNTY OF ERIE   )

4

5

6         I, Carrie Fisher, Notary Public, in and for
          the County of Erie, State of New York, do
7         hereby certify:

8         That the witness whose testimony appears
          hereinbefore was, before the commencement of
9         their testimony, duly sworn to testify the
          truth, the whole truth and nothing but the
10        truth; that said testimony was taken pursuant
          to notice at the time and place as herein set
11        forth; that said testimony was taken down by
          me and thereafter transcribed into
12        typewriting, and I hereby certify the
          foregoing testimony is a full, true and
13        correct transcription of my shorthand notes so
          taken.

14

15        I further certify that I am neither counsel
          for nor related to any party to said action,
16        nor in anyway interested in the outcome
          thereof.

17

18        IN WITNESS WHEREOF, I have hereunto
          subscribed my name and affixed my seal this
19        16th day of June, 2023.

20

21        ---------------------
          Carrie A. Fisher
22        Notary Public - State of New York
          No. 01FI6240227
23        Qualified in Erie County
          My commission expires 5/02/27

```
                UNITED STATES DISTRICT COURT

                WESTERN DISTRICT OF NEW YORK

      ------------------------------------------------

      BLACK LOVE RESISTS IN THE RUST, ET AL.,
      INDIVIDUALLY AND ON BEHALF OF A CLASS OF
      ALL OTHERS SIMILARLY SITUATED,


                Plaintiffs,

       -vs-                         1:18-cv-00719-CCR

      CITY OF BUFFALO, N.Y., ET AL.,

                Defendants.
      ------------------------------------------------



            CONTINUED EXAMINATION BEFORE TRIAL

                   OF CHARLES MILLER

                APPEARING REMOTELY FROM

                  ERIE COUNTY, NEW YORK



                  November 8th, 2023

                  At 9:30 a.m.

                  Pursuant to notice




      REPORTED BY:

      Rebecca L. DiBello, RPR, CSR(NY)
```

CHARLES MILLER

1  A. Not to my knowledge, no.
2  Q. You testified earlier you had racial bias
3     training. Was there ever any -- did any
4     official ever provide any testing to ensure
5     that the principles around -- that were taught
6     in the racial bias training class were
7     implemented for you?
8        MS. FREELY: Objection to form.
9  A. What do you mean implemented? If you're
10    actually doing it on the street?
11 Q. That's right.
12 A. Yeah. I don't know how they would do that,
13    but no.
14 Q. And you previously testified in your
15    deposition that you have been rude at traffic
16    stops and told people to get the "F" out of
17    the car when they have been rude to you,
18    right?
19       MS. FREELY: Objection to form.
20 Q. I can pull up the testimony if you don't
21    recall that.
22 A. If people are argumentative, and there has
23    been situations where people have been

|   |   |   |
|---|---|---|
| 1 |   | argumentative with me. |
| 2 | Q. | Right. |
| 3 | A. | When I ask for simple things there have been |
| 4 |   | situations where they swear at me and I swear |
| 5 |   | back, yeah. |
| 6 | Q. | Did anyone at BPD ever counsel you that |
| 7 |   | profane language was prohibited under the MOP? |
| 8 | A. | I was told by a lieutenant a long time ago |
| 9 |   | like you got to -- people get under your skin. |
| 10 |   | It is what it is, but be professional. |
| 11 | Q. | And was that -- when were you told that? |
| 12 | A. | I was newer.  2014 maybe. |
| 13 | Q. | Since 2014 has anyone informed you or |
| 14 |   | counseled you on that rule since then? |
| 15 | A. | No. |
| 16 | Q. | And in 2014 was that in the context of a |
| 17 |   | training or a conference? |
| 18 | A. | It was a briefing. |
| 19 | Q. | Briefing.  So not in the context of a specific |
| 20 |   | complaint against you; is that right? |
| 21 | A. | Yes. |
| 22 | Q. | Has anyone at the BPD advised or counseled you |
| 23 |   | that as a police officer you're required to |

CHARLES MILLER

```
 1        treat people with respect and dignity at all
 2        times regardless of their conduct?
 3              MS. FREELY:  Objection to form.
 4   A.   Yes.
 5   Q.   In what context?
 6   A.   Taught that in the academy.
 7   Q.   Since the academy has anyone counseled you on
 8        that rule?
 9   A.   No.
10   Q.   And has anyone at the BPD ever provided
11        counsel or told you that to reduce racial bias
12        it's important that you treat people with
13        color with respect and dignity?
14              MS. FREELY:  Objection to form.
15   A.   In the implicit bias class, yeah, you're
16        taught that.
17              MS. FREELY:  By my count we're at a
18        little over an hour ten.
19              MS. MALHOTRA:  I'm just about to finish.
20              MS. FREELY:  Okay.
21   Q.   At the implicit bias class, but in the context
22        of a conference related to a disciplinary --
23        I'm sorry.  In a conference related to a
```

CHARLES MILLER

1   complaint has anyone ever counseled you that
2   it's important to treat people of color with
3   respect and dignity to reduce racial bias?
4          MS. FREELY:  Objection to form.
5   A. In a conference?  Not that I recall.
6   Q. Okay.  And last question.  After the Housing
7      Unit was eliminated did you receive any
8      training before joining the D District?  And I
9      have one follow-up.
10  A. No.
11  Q. Okay.  After you were -- after you were
12     promoted did you receive any additional
13     training with regard to carrying out your
14     duties as a lieutenant?
15  A. You receive a week of training in the Buffalo
16     Police headquarters, yes.
17  Q. And is racial bias covered in that training?
18  A. Yes, it is.
19  Q. And what was included in that training around
20     racial bias?
21  A. The implicit bias.  It's the same implicit
22     bias training I already discussed and amongst
23     other trainings.

```
1       STATE OF NEW YORK)

2       COUNTY OF ERIE    )

3


4
         I, Rebecca Lynne DiBello, CSR, RPR, Notary
5       Public, in and for the County of Erie, State of
        New York, do hereby certify:
6

7         That the witness whose testimony appears
        hereinbefore was, before the commencement of
8       their testimony, duly sworn to testify the
        truth, the whole truth and nothing but the
9       truth; that said testimony was taken pursuant
        to notice at the time and place as herein set
10      forth; that said testimony was taken down by me
        and thereafter transcribed into typewriting,
11      and I hereby certify the foregoing testimony is
        a full, true and correct transcription of my
12      shorthand notes so taken.

13

          I further certify that I am neither counsel
14      for nor related to any party to said action,
        nor in anyway interested in the outcome
15      thereof.

16
          IN WITNESS WHEREOF, I have hereunto
17      subscribed my name and affixed my seal this
        12th day of November, 2023.
18

19                    [signature: Rebecca L. DiBello]

20      _____

21        Rebecca Lynne DiBello, CSR (NY)
          Notary Public - State of New York
22        No. 01D14897420
          Qualified in Erie County
23        My commission expires 5/11/2027
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544