# Exhibit 22

```
1                UNITED STATES DISTRICT COURT
2            FOR THE WESTERN DISTRICT OF NEW YORK
3   - - - - - - - - - - - - - - - - - - - - - - - - - - -
4   BLACK LOVE RESISTS IN THE RUST, et al.,
5   individually and on behalf of a class of
6   all others similarly situated,
7                                  Plaintiffs,
8   vs.                                       1:18-cv-00719-CCR
9   CITY OF BUFFALO, N.Y.,  et al.,
10                                 Defendants.
11  - - - - - - - - - - - - - - - - - - - - - - - - - - -
12             ORAL EXAMINATION OF DANIELLE MORGERA
13                  APPEARING REMOTELY FROM
14                     BUFFALO, NEW YORK
15
16                 Thursday, May 26, 2022
17                  9:40 a.m. - 5:31 p.m.
18                    pursuant to notice
19
20
21  REPORTED BY:
22  Luanne K. Howe
23  APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO
```

1  Q  Okay. So I believe you mentioned earlier that BTVA
2     is under the oversight of the mayor's office; is that
3     right?
4  A  That's correct, by state legislation.
5  Q  Okay. And what role does the mayor's office have in
6     overseeing the BTVA?
7          MR. SHORT: Form.
8  Q  You can answer.
9  A  I don't know.
10 Q  Okay. So what -- on a day-to-day basis, what role
11    does the mayor's office have with respect to the
12    BTVA?
13         MR. SHORT: Form.
14 A  The mayor's office doesn't -- I don't talk to the
15    mayor on a day-to-day basis.
16 Q  Okay. Do you -- do you or the executive director
17    report up to the mayor's office regularly about the
18    BTVA?
19 A  I do not. I cannot opine on what his actions are.
20 Q  Okay. When was the BTVA created?
21 A  I'm not quite sure when the legislation passed, but I
22    know that the office was opened July 1, 2015.
23 Q  Okay. So BTVA was created by legislation; is that

| | | |
|---|---|---|
| 1 | Q | Okay. And do you know, is it a set calculation, a |
| 2 | | set number? |
| 3 | A | Unfortunately, it is not. It's indicative to each |
| 4 | | violation in itself. |
| 5 | Q | I see. So depending on the violation, a certain |
| 6 | | portion goes to the state; is that correct? |
| 7 | A | Correct. |
| 8 | Q | Before the BTVA, do you know what percentage or |
| 9 | | portion of revenues from traffic violations went to |
| 10 | | the state versus the City of Buffalo? |
| 11 | | MR. SHORT: Form. |
| 12 | A | My understanding is that it all went to the state. |
| 13 | Q | Okay. So BTVA allowed Buffalo to keep a higher |
| 14 | | portion of revenue from traffic tickets issued in the |
| 15 | | city, correct? |
| 16 | | MR. SHORT: Form. |
| 17 | A | I don't understand that question. |
| 18 | Q | Sure. So let me try that again. After the creation |
| 19 | | of BTVA, Buffalo was able to keep a higher percentage |
| 20 | | of revenue from traffic tickets issued within the |
| 21 | | city, correct? |
| 22 | | MR. SHORT: Form. |
| 23 | A | That's too generalized for me to answer. |

1   A    No.
2   Q    Do you remember when you stopped sending those
3        revenue emails by the way?
4   A    No, I don't.
5   Q    Okay.  Then I guess on the next paragraph, it says,
6        "My preliminary review reveals that our revenue
7        directly reflects the number of tickets issued on a
8        two-month delay."  Do you see that?
9   A    Yes.
10  Q    So BTVA's revenue is directly correlated with the
11       number of tickets BPD issues on a two-month delay?
12  A    No.  That's not what that means.  What it means is
13       that most people are resolving their ticket within
14       two months and paying it off.
15  Q    Okay.  And that results in a direct relationship
16       between the revenue and the number of tickets issued,
17       right?
18  A    As long as they pay it, yes.
19  Q    So it says there's a two-month delay.  What's the
20       cause of the delay?
21  A    I don't know.  You'd have to ask every single
22       motorist why it took them two months.  I don't know.
23  Q    So is the delay just the period in between when the

1   Q   And then you respond, "Get me tickets."  Do you see
2       that?
3   A   Yes.
4   Q   And so you want more tickets so BTVA can generate
5       more revenue, right?
6   A   Well, we've already done the data research that has
7       gleaned that more tickets generate more revenue, yes.
8   Q   Great.  So do you know if this message of "get more
9       tickets" was delivered to the Buffalo Police
10      Department?
11  A   I don't know.
12  Q   Do you -- are you aware of any requests to get more
13      tickets being delivered from BTVA to the Buffalo
14      Police Department?
15  A   I know there were conversations about how the Buffalo
16      Police Department impacts us, and I know that
17      Mr. Helfer had conversations with them.  I don't know
18      if it was to get more tickets for revenue or if it
19      was just for procedure.
20  Q   Do you remember -- do you know who those
21      conversations were with specifically?
22  A   No, I do not.
23  Q   And do you know when those conversations occurred?

STATE OF OHIO           )
COUNTY OF CUYAHOGA      )

    I, Luanne K. Howe, Notary Public, in and for the County of Cuyahoga, State of Ohio, do hereby certify:

    That the witness whose testimony appears hereinbefore was, before the commencement of his testimony, duly sworn to testify the truth, the whole truth and nothing but the truth; that said testimony was taken remotely pursuant to notice at the time and place as herein set forth; that said testimony was taken down by me and thereafter transcribed into typewriting, and I hereby certify the foregoing transcript is a full, true and correct transcription of my shorthand notes so taken.

    I further certify that I am neither counsel for nor related to any party to said action, nor in any way interested in the outcome thereof.

    IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my seal this 2nd day of June, 2022.

*Luanne K. Howe*
Luanne K. Howe
Notary Public - State of Ohio
My commission expires 10-07-24