# Exhibit 25

```
 1                UNITED STATES DISTRICT COURT
 2             FOR THE WESTERN DISTRICT OF NEW YORK
 3   - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 4   BLACK LOVE RESISTS IN THE RUST, et al.,
 5   individually and on behalf of a class of
 6   all others similarly situated,
 7                                Plaintiffs,
 8   vs.                                       1:18-cv-00719-CCR
 9   CITY OF BUFFALO, N.Y.,  et al.,
10                                Defendants.
11   - - - - - - - - - - - - - - - - - - - - - - - - - - - -
12             ORAL EXAMINATION OF PATRICK ROBERTS
13                   APPEARING REMOTELY FROM
14                    ORCHARD PARK, NEW YORK
15
16               Wednesday, April 20, 2022
17                  9:15 a.m. - 4:28 p.m.
18                    pursuant to notice
19
20
21   REPORTED BY:
22   Luanne K. Howe
23   APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO
```

1  A   Okay. So there would be weeks where I would have
2      zero hours overtime. There would be weeks where I
3      had ten or twelve hours. There would be weeks when I
4      had twenty.
5  Q   All right. And let's discuss -- we'll come back to
6      that amount when we are talking about your duties as
7      Housing Unit.
8          So is your pension based on your -- is your
9      pension based both on your salary, overtime, court
10     time?
11 A   Yes. So my pension is based on the average of the
12     highest earning three years of my career. And I
13     should note that at no time in my career, including
14     patrol and lieutenant and captain, had my salary ever
15     decreased whether or not there was, you know,
16     overtime or court pay or whatever.
17         It was a steady increase, so there was never
18     like a time where I was -- I would have said, oh, I'm
19     going to retire, I'm going to work hard and make lots
20     of money. You know, I'm sure you have access to my
21     earnings or if you don't, it was a steady increase
22     throughout the years.
23 Q   Okay. Why did you leave the Buffalo Police

1       when I was in districts and I was a captain in the
2       units and there was a level of supervision between me
3       and these officers.  So in other words, there were
4       lieutenants, so I was probably more seen as -- I
5       don't want to say like a big wig, but I was -- there
6       was a layer of supervision between me and them that
7       there was not when I was in the districts.
8   Q   Okay.  Did you conduct performance evaluations of
9       your officers?
10  A   Our department did not require that.
11  Q   Oh, okay.  So did -- so no one conducted evaluations
12      of your officers?
13  A   I can't say that no one did, but I didn't.  It would
14      be more informal.
15  Q   How did you know whether your officers were
16      adequately performing their job?
17  A   I was present.  I could see it.
18  Q   Uh-huh.
19  A   And they were -- they were a highly motivated group.
20      They were on patrol.
21  Q   What do you mean by "highly motivated"?
22  A   Well, you know, there's -- maybe in your office as
23      well, where some people, they get their job done.

| | | |
|---|---|---|
| 1 | | motivating thing for some. |
| 2 | Q | All right.  I'm going to show another email.  Okay. |
| 3 | | This is Bates Number COB038684 marked as Roberts |
| 4 | | Exhibit 64.  You can take a minute to read it. |
| 5 | A | So this is -- |
| 6 | Q | So can I ask the question? |
| 7 | A | Yeah, sure. |
| 8 | Q | All right.  So this is an email from -- I just want |
| 9 | | to direct you to the particular part of the email |
| 10 | | that this question relates to.  This is an email from |
| 11 | | you to lieutenants where you request that they -- you |
| 12 | | state that morale is great and that you -- you state |
| 13 | | that -- you state to them, "Make sure overtime |
| 14 | | details generate good numbers and do separate |
| 15 | | checkpoint sheets for each location."  What did you |
| 16 | | mean by "generate good numbers"? |
| 17 | A | Well, if you call in people for overtime and they sit |
| 18 | | on their hands, there's going to be no productivity |
| 19 | | there, so basically go out and do your job. |
| 20 | Q | So how many tickets would be good numbers to you? |
| 21 | A | I don't know if it was tickets necessarily.  Just |
| 22 | | arrests.  Sometimes wording can be clumsy.  It's an |
| 23 | | email.  But I don't know.  I guess if you had -- what |

1          number of officers?  You tell me.  Like ten officers?
2                We shouldn't have, you know, no tickets
3          observed, no arrests.  That would be unacceptable.  I
4          mean, there's crime going on like crazy, so just go
5          do your job.  That was my clumsy way of saying go do
6          your job.
7     Q    Okay.  Would you say Strike Force and Housing Unit
8          officers were expected to generate significant
9          numbers of traffic tickets, arrests, summons, parking
10         tags, impounds?
11    A    I would say they were expected to do their job, and a
12         lot of it was so obvious in the high crime areas.
13         Just go -- they had to go do their job.
14    Q    Okay.  What was obvious in terms of high crime areas?
15    A    Violations of the vehicle and traffic, open burning
16         of drugs, you know, gang activity on corners,
17         fleeing, pitching weapons, officers pursuing things
18         based on tips they received from informants.  It was
19         never-ending.
20    Q    All right.  And would you say that there were more
21         vehicle and traffic -- I'm sorry.  I'm going to
22         withdraw that question.
23               I'm going to show Exhibit 69.  This is

```
 1   STATE OF OHIO         )
 2   COUNTY OF CUYAHOGA    )
 3              I, Luanne K. Howe, Notary Public, in and for the
 4   County of Cuyahoga, State of Ohio, do hereby certify:
 5              That the witness whose testimony appears
 6   hereinbefore was, before the commencement of his testimony,
 7   duly sworn to testify the truth, the whole truth and nothing
 8   but the truth; that said testimony was taken remotely
 9   pursuant to notice at the time and place as herein set
10   forth; that said testimony was taken down by me and
11   thereafter transcribed into typewriting, and I hereby
12   certify the foregoing transcript is a full, true and correct
13   transcription of my shorthand notes so taken.
14              I further certify that I am neither counsel for
15   nor related to any party to said action, nor in any way
16   interested in the outcome thereof.
17              IN WITNESS WHEREOF, I have hereunto subscribed my
18   name and affixed my seal this 29th day of April, 2022.
19
20                              _____
21                              Luanne K. Howe
                                Notary Public - State of Ohio
22                              My commission expires 10-07-24
23
```