# Exhibit 27

```
 1      UNITED STATES DISTRICT COURT

 2      FOR THE WESTERN DISTRICT OF NEW YORK

 3      ------------------------------------------------

 4      BLACK LOVE RESISTS IN THE RUST, et al.,
        individually and on behalf of a class of
 5      all others similarly situated,

 6              Plaintiffs,

 7       -vs-                           1:18-cv-00719-CCR

 8      CITY OF BUFFALO, N.Y., et al.

 9              Defendants.
        ------------------------------------------------
10

11

12          ORAL EXAMINATION OF LANCE RUSSO

13              APPEARING REMOTELY FROM

14              ERIE COUNTY, NEW YORK

15

16              Friday, April 29, 2022

17              At 9:00 a.m. - 6:20 p.m.

18              Pursuant to notice

19

20      REPORTED BY:

21      Brooklyn Morton, Notary Public

22      APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK

23
```

LANCE RUSSO - BY MS. EZIE- 04/29/2022

1      Everybody is by seniority so some officers got
2      a lot or all of it and some didn't.  As far as
3      our detail -- in fact, the detail used to be a
4      lieutenant and two -- was it a lieutenant and
5      two bodies or four bodies?  And then it
6      eventually came down to a lieutenant and one
7      body they cut the manpower back because they
8      didn't want to pay overtime anymore.  So it
9      varied depending on when it started.  It was
10     obviously hot and heavy when it first started
11     and then they started cutting it back and then
12     eventually they stopped doing it at all, but
13     many made much more than others.
14  Q. Got it.  Was overtime a significant part of
15     your salary?
16  A. Sure.  Absolutely.
17  Q. How much -- what was your base salary with the
18     BPD?  What was the range in the ten years you
19     were with the Housing Unit?
20  A. You mean, contractually my base pay?
21  Q. Sure.
22  A. I think base pay contractually was 88,000.  It
23     came out to be closer to 1 00,000 a year to

1 walk in the door.
2 Q. Okay. Got it. And what was the range of
3    overtime that you received on top of that?
4 A. It was pretty substantial. It varied, but I
5    was -- between myself and the other housing
6    lieutenant, again there was only -- you had to
7    have somebody and between that and our details
8    and we also worked when a lieutenant was
9    needed in the Strike Force details, we would
10    get calls for that, too. So it was pretty
11    substantial. Do you want actual numbers?
12 Q. If you have a range, that would be great.
13 A. I think I probably averaged, like, maybe 150,
14    160 on average. Sometimes is was higher,
15    sometimes lower over the course of a ten-year
16    period.
17 Q. Are you describing your salary base pay plus
18    overtime or just the overtime?
19 A. Yeah. I am sorry. That would be everything,
20    like a yearly salary, but it varied. I mean,
21    it could be higher than that, it was lower.
22    It all depended on the year. It tended to go
23    up as the time went on from 2010 to 2020.

LANCE RUSSO - BY MS. EZIE- 04/29/2022

1            MS. RAUH:  Objection to form.
2       A.  Sure.  I mean, it is just a matter of manpower
3           and need.  You know, if it's hitting the fan
4           at a particular location, that's where I have
5           to send bodies and that's what we do.
6       Q.  The units where there was sort of a
7           concentration of Housing Unit activity, that
8           included Kenfield-Langfield?
9       A.  Correct.
10      Q.  Anywhere else?
11      A.  Kenfield-Langfield, Shaffer Village, LBJ, the
12          Perry Projects, Lasalle Park.  I mean, those
13          are the larger main areas, Marine Drive.
14          That's where we had most of the activity.  A
15          lot of the activity, it varied.  I mean,
16          Marine Drive may have been a lot of vehicular
17          issues and parking issues and stolen car
18          issues and that kind of stuff where another
19          location may have been a homicide, that kind
20          of thing.
21      Q.  Got it.  Am I correct that the Housing Unit
22          established semipermanent details at the
23          Kenfield-Langfield Projects?

LANCE RUSSO - BY MS. EZIE- 04/29/2022

```
 1        could respond immediately.
 2              So yes, that did occur over a certain
 3        timeframe, but that also led to neglecting a
 4        lot of other locations just out of manpower.
 5   Q.   Got it.  Kenfield-Langfield, where is that
 6        BMHA property located?
 7   A.   So that would be the east side.  I wish I had
 8        a map right here.  I don't know if you are
 9        familiar with Bailey, Langfield area.  So it
10        runs between, like, Suffolk and Eggert and
11        Langfield and then Oakmont.
12   Q.   Okay.  Okay.  And what would -- is it fair to
13        say that most of the residents of
14        Kenfield-Langfield are African American?
15             MS. RAUH:  Objection to form.
16   A.   Yes.  I would say that's true.
17   Q.   Okay.  And is that true of the east side
18        generally in your experience?
19             MS. RAUH:  Objection.  Form.
20   A.   Yeah.  Probably so.
21   Q.   Okay.  And what was your understanding of why
22        Kenfield-Langfield became a focus of the
23        Housing Unit?
```

LANCE RUSSO - BY MS. EZIE- 04/29/2022

1   to get them all the time.
2           You know, you say, look, dude, I could
3   have wrote you five and I wrote you one.  You
4   have to get these taken off.  And honestly,
5   too, that stuff adds up.  You get a fine for
6   every window.
7   Q.  So there were instances where officer would
8       write multiple tinted window tickets at a
9       time?
10  A.  Sure.
11  Q.  Okay.
12  A.  As I said, it was completely pertaining to the
13      V&T law.
14  Q.  And those matters were entrusted to officer
15      discretion?
16          MS. RAUH:  Objection.  Form.
17  A.  I mean, you had officer discretion.  If you
18      wanted to write all five, you certainly could.
19      If you wanted to write none or one, you don't
20      have to.  So yes, it was officer discretion.
21  Q.  And there were instances where up to five
22      tickets would be issued at a time to
23      motorists?

LANCE RUSSO - BY MS. EZIE- 04/29/2022

1  A. Yeah.  I had that it happened and then
2     honestly I think a while back it came down
3     from -- I can't remember where.  Somebody in
4     the higher up had mentioned it, hey, maybe not
5     write all five because there's a lot of
6     complaints related to it and again, they can't
7     override the law.  The law is that you can
8     write that, but they did suggest a lot of
9     complaints were coming from it.
10 Q. Did you receive some of those complaints
11    personally?
12 A. From motorists you mean?
13 Q. Correct?
14 A. I think so.  Yeah.  I think I remember
15    complaints about tints.
16 Q. Is it true that when multiple tickets were
17    issued the fine for motorists could be pretty
18    expensive?
19        MS. RAUH:  Okay.  Form.
20 A. Can you repeat that?
21 Q. Sure.  Is it correct that if a motorist
22    received multiple tinted window tickets, it
23    could result in a pretty large violation?

LANCE RUSSO - BY MS. EZIE- 04/29/2022

1    It's a one-page document.  I zoomed it in, but
2    at the bottom you will see it has the Bates
3    stamp.  Let me know when you had a chance to
4    read it.
5  A. Okay.
6  Q. So, Mr. Russo, do you see the email from
7     Captain Serafini -- or sorry, just to the
8     Housing Unit lieutenants?
9  A. I do.
10 Q. And it copies Chief Young?
11 A. Correct.
12 Q. And it's describing a daytime detail for the
13    Housing Unit?
14 A. Correct.
15 Q. And it also states that there are a few
16    requirements -- a few new requirements for
17    that detail?
18 A. Correct.
19 Q. Do you see the second paragraph, which
20    describes DPC Lockwood?
21 A. Yes.
22 Q. And it states that Deputy Police Commissioner
23    Lockwood wants results with this increase

LANCE RUSSO - BY MS. EZIE- 04/29/2022

```
 1        daytime detail and that all officers should be
 2        made aware of this and what is expected of
 3        them?
 4     A. Correct.
 5     Q. What do you understand that paragraph to be
 6        referring to?
 7     A. Again, your job.  Whatever that pertains to.
 8        You are not coming in on overtime and not
 9        being out there.  So, I mean, if it means
10        summonses or making an arrest.  I don't know
11        how long this was for.  I can see by the date
12        it was in July.  So, you know, they could have
13        increased for a couple of weeks or a month.  I
14        don't really know.
15             I am sure it's dictated by the activity,
16        especially when it says there has to be a car
17        that stays in Kenfield-Langfield.  Between
18        that and the fact that it's -- you know, the
19        summer gearing up.  That's what this extension
20        would have been for.  So I can tell you that
21        from five POs to one lieutenant, that was not
22        for long because it was generally -- they even
23        cut it back to one officer and one lieutenant
```

LANCE RUSSO - BY MS. EZIE- 04/29/2022

1    at one point.  So it varied depending on the
2    time of year and, you know, activity.
3 Q. Got it.  But as far as the reference to
4    results, do you agree that's a reference to
5    arrests, summons, impounds, parking tags,
6    ceasing of drugs, et cetera?
7         MS. RAUH:  Objection to form.
8 A. I view it as -- I understand what your point
9    is with this, but I don't view it like they
10   are -- like that's what they are saying.  They
11   want results, being that's what your job is.
12   If there is an arrest to be made, do it.  If
13   you are walking around and you are enforcing
14   V&T, you are going to come across those
15   things, you are going to have arrests.  You
16   are going to have summonses written, you are
17   going to have impounds.  Those things are
18   going to happen when you are doing your job.
19   So that's how I view it.
20 Q. Did you issue your officers instructions based
21   on this email?
22 A. I don't remember this email.  Clearly we got
23   it, but I don't remember it.  So I am sure

LANCE RUSSO - BY MS. EZIE- 04/29/2022

```
 1        that I did because I would have to notify them
 2        all that we were getting an increase in
 3        overtime and I would have to notify people to
 4        come in so --
 5   Q.   Got it.  Do you believe you would have
 6        followed Serafini's instruction to have all
 7        officers be made aware that the deputy police
 8        commissioner wanted results and what is
 9        expected of them?
10             MS. RAUH:  Objection.
11   A.   I am sorry.  Am I answering?
12   Q.   Yes.  You can answer.
13   A.   If that was my order as it is here, that's
14        exactly what I would have done.
15   Q.   Okay.  And do you see -- jumping down two
16        paragraphs to, I guess, what's paragraph four.
17        It states that the daytime detail was running
18        -- was instructed to run a daily traffic
19        checkpoint?
20   A.   I do.
21   Q.   So that would have been a reference to a
22        Housing Unit checkpoint?
23   A.   It appears to be, yes.
```

LANCE RUSSO - BY MS. EZIE- 04/29/2022

1      days that I am off.
2          It was a similar situation.  We are a
3      very small unit.  You can only do so much with
4      the time that they gave you.  They needed more
5      bodies and they did that in the form of
6      overtime and instead of adding bodies.
7   Q. Isn't it true that overtime also served as an
8      incentive for officers?
9   A. Yeah.  Who doesn't want to work for extra
10     money?  Of course.  But, that's not -- they
11     don't want us to have the extra money, trust
12     me.  They gave it to us because they had to.
13     We fight tooth and nail to get anything we can
14     get.
15   Q. Got it.  And with respect to -- is it true
16     that without the overtime there are some
17     officers who would have left the Housing Unit?
18        MS. RAUH:  Objection.  Form.
19   A. That's possible.  I mean, either there are
20     some people that -- I mean, I know everyone
21     knows our pensions are based off of your best
22     three-year salary.  So people will
23     specifically go to locations to make the most

LANCE RUSSO - BY MS. EZIE- 04/29/2022

1   money they can.  I had -- in our unit we are
2   all young guys.  It really didn't pertain to
3   them.  So, I mean, they got a lot of court.
4   That's where their money came from.  Whereas
5   lieutenants got more on overtime.  So, yeah.
6   I guess you could say you are correct.  I
7   mean, that would pretty much be anywhere in
8   the city.
9  Q. Okay.  Were you aware that Captain Serafini
10    believed that without overtime as an incentive
11    that the Housing Unit would lose a lot of good
12    officers?
13         MS. RAUH:  Objection.  Form.
14  A. I was not, but that does make sense.
15  Q. Why does it make sense to you?
16  A. Well, as you just said, I mean, people are
17    motivated by money, too.  If you can go
18    somewhere and make more money, why wouldn't
19    you?
20         MS. EZIE:  Got it.  Okay.  We have been
21    going for a little while.  I think if we can
22    take a five-minute break now, hopefully we will
23    be able to power through following that break

321

1  STATE OF NEW YORK)
2           ) ss.
3  COUNTY OF ERIE  )
4
5  I, Brooklyn Morton, Notary Public, in and for
   the County of Erie, State of New York, do
6  hereby certify:
7
8  That the witness whose testimony appears
   hereinbefore was, before the commencement of
9  their testimony, duly sworn to testify the
   truth, the whole truth and nothing but the
10 truth; that said testimony was taken pursuant
   to notice at the time and place as herein set
11 forth; that said testimony was taken down by me
   and thereafter transcribed into typewriting,
12 and I hereby certify the foregoing testimony is
   a full, true and correct transcription of my
13 shorthand notes so taken.
14
   I further certify that I am neither counsel
15 for nor related to any party to said action,
   nor in anyway interested in the outcome
16 thereof.
17
   IN WITNESS WHEREOF, I have hereunto
18 subscribed my name and affixed my seal on this
   19th day of May, 2022.
19
20          
21          ------------------
22          Brooklyn Morton
23

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York 14202
716-853-5544