# Exhibit 30

```
 1      UNITED STATES DISTRICT COURT

 2      FOR THE WESTERN DISTRICT OF NEW YORK

 3      ------------------------------------------------

 4      BLACK LOVE RESISTS IN THE RUST, et al.,
        individually and on behalf of a class of
 5      all others similarly situated,

 6                                     Plaintiffs,

 7       -vs-                       1:18-cv-00719-CCR

 8      CITY OF BUFFALO, N.Y., et al.,

 9                                     Defendants.

10      ------------------------------------------------

11            ORAL EXAMINATION OF CHARLES SKIPPER

12                  APPEARING REMOTELY FROM

13                  ERIE COUNTY, NEW YORK

14

15

16              Friday, March 5, 2021

17              10:05 a.m. - 2:02 p.m.

18                 pursuant to notice

19

20

21      REPORTED BY:

22      Carrie A. Fisher, Notary Public

23      APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

DEPAOLO CROSBY REPORTING SERVICES, INC.

135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

CHARLES SKIPPER - BY MR. CHARNEY - 03/05/21

1  Q. And why did you choose to work those overtime
2     details?
3         MR. QUINN: Object to form. You can
4     answer.
5  A. The overtime revenue.
6  Q. The money; is that right?
7  A. I won't lie to you.
8  Q. Okay. I am going to show you another exhibit.
9     This is -- I will scroll to the bottom.
10    This is marked as Skipper Exhibit 6 and it's
11    an email from Philip Serafini to who looks
12    like the Strike Force lieutenants CCing Chief
13    Young and it's from July 5th, 2016. If you
14    want to take a moment, Officer Skipper, and
15    you can read through the email. The subject
16    of the email is Strike Force Daytime Detail
17    but if you want to read through it starting
18    from lieutenants down to the signature block,
19    just let me know when you're done.
20        MR. QUINN: Do you want him to read it,
21    Darius?
22 Q. Read it to yourself and then I am going to ask
23    you a couple questions about it.

CHARLES SKIPPER - BY MR. CHARNEY - 03/05/21

1    excuse me, Skipper Exhibit 6.
2            So you see here in the second paragraph
3    it says, "DPC Lockwood wants results with this
4    increased daytime detail.  All officers should
5    be made aware of this and of what is expected
6    of them."  What do you understand the term
7    "results" to mean in this context?
8            MR. QUINN:  Object to form.  You can
9    answer.
10 A. Justify why I was there.  For me, running an
11   LPR car, I was assuming summonses.
12 Q. Okay.  Was -- okay.  Was that something that
13   your Strike Force lieutenants typically
14   communicated to you, that they wanted you and
15   your fellow officers to get results when you
16   worked a Strike Force shift?
17           MR. QUINN:  Object to form.  You can
18   answer.
19 A. When I was working, if a lieutenant came in
20   with eight summonses and I came in with
21   nothing, I knew at a glance what I had to do,
22   that I had ten hours of work, that should
23   produce something.

CHARLES SKIPPER - BY MR. CHARNEY - 03/05/21

1   Q. Okay.
2   A. That was my -- it didn't have to be written
3      out.  When they said results, I understood
4      that as either you're making arrests, you're
5      doing city ordinances, you're doing parking
6      tickets, or you're writing summonses to
7      justify my existence.
8   Q. Got it.
9         But that message "you better come back
10     with results at the end of your shift" was
11     something that Lieutenant Wilcox and the
12     other -- your other supervisors communicated
13     to you?
14  A. Well, they --
15        MR. QUINN:  Object to form.
16  A. I am sure they read this to us and we
17     understood it.  I didn't need to have it -- I
18     understood it as they want results.  They
19     expected me to be doing something.
20  Q. Yeah, I am just trying to understand how you
21     came to understand that.  Was that message
22     ever communicated to you in any way by your
23     superiors in the Strike Force?

1      the car's registration had been suspended,
2      right?
3              MR. QUINN:  Object to form.  You can
4      answer.
5  A.  The reason I would issue that many tickets to
6      city court was to impress upon them that his
7      license is suspended, it could be for numerous
8      violations, more than a certain number of
9      violations, could be for the insurance.  His
10     registration is suspended for no insurance.
11     He had a lot going on.
12 Q.  Okay.  So when you say you wanted to impress
13     upon them, you wanted to communicate to city
14     court that this person had some serious issues
15     with their vehicle?
16             MR. QUINN:  Object to form.  You can
17     answer.
18 A.  Absolutely.
19 Q.  Okay.  Were there any other reasons why you
20     would write multiple tickets -- in your
21     experience write multiple tickets for the same
22     conduct?
23             MR. QUINN:  Object to form.

CHARLES SKIPPER - BY MR. CHARNEY - 03/05/21

1  A. No. I mean, you can refer back to writing a
2     tint, you could write all four or write one.
3     It would be your discretion.
4  Q. Okay. Well, that's actually a good segue to
5     my next exhibit which this is going to be
6     Exhibit 16 I believe, Skipper 16, and this is
7     a similar chart where we pulled from the TraCS
8     data the tickets you wrote at the other
9     location we looked at earlier, the
10    Leslie/Scajaquada location, and I wanted to
11    look here I am going to scroll down. This is
12    a five-page document.
13         Here so let's look at the bottom here --
14    I am sorry, at the top I want to go over where
15    you see Driver 12145 and it looks like 12145
16    was issued -- it looks like you issued them
17    ten tickets on November 10th, 2016, at the
18    Leslie/Scajaquada location and it looks like
19    here you wrote four tickets for what I think
20    are illegally tinted windows; is that correct?
21 A. Yes.
22 Q. So here would it -- again, you're issuing four
23    tickets for what is essentially the same

```
 1        STATE OF NEW YORK)

 2        COUNTY OF ERIE    )

 3

 4
             I, Carrie A. Fisher, Notary Public, in and
 5        for the County of Erie, State of New York, do
          hereby certify:
 6

 7           That the witness whose testimony appears
          hereinbefore was, before the commencement of
 8        their testimony, duly sworn to testify the
          truth, the whole truth and nothing but the
 9        truth; that said testimony was taken remotely
          pursuant to notice at the time and place as
10        herein set forth; that said testimony was
          taken down by me and thereafter transcribed
11        into typewriting, and I hereby certify the
          foregoing testimony is a full, true and
12        correct transcription of my shorthand notes so
          taken.
13

14           I further certify that I am neither counsel
          for nor related to any party to said action,
15        nor in anyway interested in the outcome
          thereof.
16

17           IN WITNESS WHEREOF, I have hereunto
          subscribed my name and affixed my seal this
18        26th day of March, 2021.

19
                     _____
20

21        Carrie A. Fisher
          Notary Public - State of New York
22        No. 01FI6240227
          Qualified in Erie County
23        My commission expires 5/02/23
```