# Exhibit 32

```
1                UNITED STATES DISTRICT COURT
2              FOR THE WESTERN DISTRICT OF NEW YORK
3    - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
4    BLACK LOVE RESISTS IN THE RUST, et al.,
5    individually and on behalf of a class of
6    all others similarly situated,
7                                    Plaintiffs,
8    vs.                                       1:18-cv-00719-CCR
9    CITY OF BUFFALO, N.Y.,  et al.,
10                                   Defendants.
11   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
12              ORAL EXAMINATION OF ROBBIN THOMAS
13                   APPEARING REMOTELY FROM
14                      BUFFALO, NEW YORK
15
16                 Thursday, March 23, 2023
17                   10:07 a.m. - 5:26 p.m.
18                     pursuant to notice
19
20
21   REPORTED BY:
22   Luanne K. Howe
23   APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO


             DEPAOLO CROSBY REPORTING SERVICES, INC.
                         716-853-5544
```

|    |   |                                                           |
|----|---|-----------------------------------------------------------|
| 1  |   | to a summons being issued for that being a violation      |
| 2  |   | for each individual occurrence.                           |
| 3  | Q | So to make sure I understand correctly, for example,      |
| 4  |   | if four windows were tinted on the vehicle, the law       |
| 5  |   | required you to write four summonses?                     |
| 6  |   | MR. SAHASRABUDHE:  Form.                                  |
| 7  | A | It's not a requirement, but the law stipulates that       |
| 8  |   | each window is supposed to be in compliance.              |
| 9  | Q | And in -- while you were on the Strike Force, was         |
| 10 |   | there a policy related to tinted window violations?       |
| 11 | A | I don't remember what year there was -- when there        |
| 12 |   | was a focus on -- a focus became on tinted windows        |
| 13 |   | for some officer safety issues.  I don't remember         |
| 14 |   | when it was, but I know that we received instruction      |
| 15 |   | from the Buffalo Police Training Academy about            |
| 16 |   | vehicle and traffic stops on vehicles that were           |
| 17 |   | heavily tinted.                                           |
| 18 | Q | Did you ever receive any separate instruction from        |
| 19 |   | your Strike Force leadership about vehicle and            |
| 20 |   | traffic stops on vehicles that were heavily tinted?       |
| 21 | A | I don't remember that being the case.                     |
| 22 | Q | And did Strike Force have any policy stating whether      |
| 23 |   | it was appropriate to write one citation per vehicle      |

```
1   STATE OF OHIO          )
2   COUNTY OF CUYAHOGA     )
3              I, Luanne K. Howe, Notary Public, in and for the
4   County of Cuyahoga, State of Ohio, do hereby certify:
5              That the witness whose testimony appears
6   hereinbefore was, before the commencement of his testimony,
7   duly sworn to testify the truth, the whole truth and nothing
8   but the truth; that said testimony was taken remotely
9   pursuant to notice at the time and place as herein set
10  forth; that said testimony was taken down by me and
11  thereafter transcribed into typewriting, and I hereby
12  certify the foregoing transcript is a full, true and correct
13  transcription of my shorthand notes so taken.
14             I further certify that I am neither counsel for
15  nor related to any party to said action, nor in any way
16  interested in the outcome thereof.
17             IN WITNESS WHEREOF, I have hereunto subscribed my
18  name and affixed my seal this 29th day of March, 2023.
```

_Luanne K. Howe_
Luanne K. Howe
Notary Public - State of Ohio

My commission expires 10-07-24

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544