# Exhibit 34

```
 1                UNITED STATES DISTRICT COURT
 2             FOR THE WESTERN DISTRICT OF NEW YORK
 3   - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 4   BLACK LOVE RESISTS IN THE RUST, et al.,
 5   individually and on behalf of a class of
 6   all others similarly situated,
 7                              Plaintiffs,
 8   vs.                                    1:18-cv-00719-CCR
 9   CITY OF BUFFALO, N.Y.,  et al.,
10                              Defendants.
11   - - - - - - - - - - - - - - - - - - - - - - - - - - - -
12              ORAL EXAMINATION OF ADAM WIGDORSKI
13                    APPEARING REMOTELY FROM
14                       BUFFALO, NEW YORK
15
16                   Wednesday, May 24, 2023
17                    9:30 a.m. - 1:52 p.m.
18                      pursuant to notice
19
20
21   REPORTED BY:
22   Luanne K. Howe
23   APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO


             DEPAOLO CROSBY REPORTING SERVICES, INC.
                        716-853-5544
```

| | | |
|---|---|---|
| 1 | | That's why our legislators in the state made it an |
| 2 | | illegal offense according to New York State Vehicle |
| 3 | | and Traffic Law. |
| 4 | Q | Do you recall receiving any instruction to issue |
| 5 | | multiple tickets per window? |
| 6 | A | No, ma'am. |
| 7 | | MR. SAHASRABUDHE:  Form.  Go ahead. |
| 8 | A | No, ma'am. |
| 9 | Q | Did you receive any instruction about how many |
| 10 | | tickets to issue per tinted window violation, so |
| 11 | | whether to issue one ticket for a vehicle having |
| 12 | | multiple windows or whether to issue multiple |
| 13 | | tickets? |
| 14 | A | No, ma'am. |
| 15 | Q | Was there any discussion among Strike Force members |
| 16 | | about issuing multiple tickets? |
| 17 | A | No, ma'am. |
| 18 | Q | Was issuing multiple tickets brought up by your |
| 19 | | supervisors in any way? |
| 20 | A | No, ma'am. |
| 21 | Q | And you hardly issued any tinted window tickets to |
| 22 | | white people, correct? |
| 23 | | MR. SAHASRABUDHE:  Form. |

| | | |
|---|---|---|
| 1 | A | I don't know the racial statistics on my ticket |
| 2 | | issuance. |
| 3 | Q | Right.  We can go back to Exhibit 9, I believe, which |
| 4 | | has the total numbers of tinted windows tickets you |
| 5 | | issued broken down by race.  And that document does |
| 6 | | show that you tended to issue more tinted windows |
| 7 | | tickets -- not issue tinted windows tickets to white |
| 8 | | people; is that correct? |
| 9 | | MR. SAHASRABUDHE:  Objection to the form |
| 10 | | of the question. |
| 11 | A | Yes.  Based on this chart, it shows -- which is also |
| 12 | | presumed because of the area that I was patrolling. |
| 13 | Q | Can you explain what you mean by that? |
| 14 | A | The areas that I patrolled was predominantly like the |
| 15 | | east side of Buffalo, which is predominantly an |
| 16 | | African-American and Middle Eastern descent |
| 17 | | neighborhood. |
| 18 | Q | Okay.  So we can move on.  I would like to talk now |
| 19 | | about traffic enforcement policies.  And so as a |
| 20 | | Strike Force officer, you mentioned that you had |
| 21 | | duties outside of implementing checkpoints.  So can |
| 22 | | you just go over some of those duties? |
| 23 | A | Yes.  Proactive policing, again vehicle and traffic |

```
 1  STATE OF OHIO        )
 2  COUNTY OF CUYAHOGA   )
 3              I, Luanne K. Howe, Notary Public, in and for the
 4  County of Cuyahoga, State of Ohio, do hereby certify:
 5              That the witness whose testimony appears
 6  hereinbefore was, before the commencement of her testimony,
 7  duly sworn to testify the truth, the whole truth and nothing
 8  but the truth; that said testimony was taken remotely
 9  pursuant to notice at the time and place as herein set
10  forth; that said testimony was taken down by me and
11  thereafter transcribed into typewriting, and I hereby
12  certify the foregoing transcript is a full, true and correct
13  transcription of my shorthand notes so taken.
14              I further certify that I am neither counsel for
15  nor related to any party to said action, nor in any way
16  interested in the outcome thereof.
17              IN WITNESS WHEREOF, I have hereunto subscribed my
18  name and affixed my seal this 30th day of May, 2023.
19
20                          _____
21                          Luanne K. Howe
                            Notary Public - State of Ohio
22
                            My commission expires 10-07-24
23
```