# Exhibit 36

```
 1                UNITED STATES DISTRICT COURT
 2             FOR THE WESTERN DISTRICT OF NEW YORK
 3   - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 4   BLACK LOVE RESISTS IN THE RUST, et al.,
 5   individually and on behalf of a class of
 6   all others similarly situated,
 7                              Plaintiffs,
 8   vs.                                        1:18-cv-00719-CCR
 9   CITY OF BUFFALO, N.Y.,  et al.,
10                              Defendants.
11   - - - - - - - - - - - - - - - - - - - - - - - - - - - -
12              ORAL EXAMINATION OF AARON YOUNG
13                  APPEARING REMOTELY FROM
14                     BUFFALO, NEW YORK
15
16              Wednesday, October 26, 2022
17                  9:00 a.m. - 2:15 p.m.
18                    pursuant to notice
19
20
21   REPORTED BY:
22   Luanne K. Howe
23   APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO


            DEPAOLO CROSBY REPORTING SERVICES, INC.
                        716-853-5544
```


| | | |
|---|---|---|
| 1 | Q | So you did not view enforcing zero tolerance crime |
| 2 | | policy as part of your job as chief? |
| 3 | A | No, I did not. |
| 4 | Q | Did you have any involvement in setting Strike Force |
| 5 | | patrol locations? |
| 6 | A | No, I did not. |
| 7 | Q | Do you know who did set the Strike Force patrol |
| 8 | | locations? |
| 9 | A | That's -- that direction came from the deputy of |
| 10 | | operations to the captains and lieutenants of Strike |
| 11 | | Force. |
| 12 | Q | And would -- and that was -- |
| 13 | A | Lockwood, Lieutenant Lockwood. |
| 14 | Q | And he communicated directly with the captain or |
| 15 | | through you? |
| 16 | | MR. SAHASRABUDHE: Form. |
| 17 | A | It was through the captains. |
| 18 | Q | And just to clarify, Lockwood spoke directly to the |
| 19 | | captains? |
| 20 | A | Yes. |
| 21 | Q | And you were not involved in the conversation? |
| 22 | A | Not usually, no. |
| 23 | Q | And was that the case throughout the time that you |

```
 1          have discretion on writing summonses.
 2    Q     There was more discretion when officers were just on
 3          patrol, right?
 4                    MR. SAHASRABUDHE:  Form.
 5    A     I wouldn't -- I wouldn't say that.
 6    Q     Does the BPD have any written policies to guide the
 7          officer's discretion in terms of whether to write a
 8          ticket?
 9    A     No.
10    Q     Does the BPD have any policies to guide the officer's
11          discretion in terms of how many tickets to write in a
12          single stop?
13    A     No.
14    Q     Do you think that Black drivers commit more traffic
15          violations than white drivers?
16    A     No, I don't.
17    Q     According to our data, which we alleged in the
18          Amended Complaint in this action, drivers from
19          predominantly Black Zip codes were eight times as
20          likely to be issued multiple tickets in a single stop
21          than drivers from predominantly white Zip codes.  Do
22          you have any reason to believe that data is
23          incorrect?
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1                    MR. SAHASRABUDHE:  Form.
 2   A    I -- if those are the numbers, I have no reason to.
 3   Q    Can you explain the racial disparity in the issuance
 4        of multiple tickets at a single stop?
 5   A    I can't.
 6                    MR. SAHASRABUDHE:  Form.
 7   Q    As chief, did you take any affirmative steps to learn
 8        whether your officers were engaging in racial
 9        profiling?
10   A    No, I did not.
11   Q    Did you take any affirmative steps to learn whether
12        your officers were engaging in racially biased
13        policing?
14   A    I did not.
15   Q    Did anybody within the BPD ever ask you to
16        investigate whether your officers were engaging in
17        racial profiling?
18   A    No.
19   Q    Or racially biased policing?
20   A    No.
21   Q    Are you familiar with TraCS?
22   A    I'm sorry?
23   Q    Are you familiar with TraCS?
```

1  Q   So we talked briefly before about multiple ticketing,
2      the practice of issuing more than one ticket in a
3      single stop.  And you're with me on understanding
4      what I mean by "multiple ticketing"?
5  A   Yes.
6  Q   Did you ever provide guidance to the Strike Force and
7      Housing Units on multiple ticketing?
8  A   No, I did not.
9  Q   And I think I know the answer to this at this point,
10     but would you have had any role in reviewing their
11     reports, like for example, assessing the numbers of
12     tickets that they issued?
13 A   No.
14 Q   Were you aware that the Strike Force and Housing Unit
15     officers had a common practice of issuing multiple
16     tinted windows tickets in a single stop, for example,
17     one ticket for each window?
18 A   No, I was not.
19              MR. SAHASRABUDHE:  Form.
20 Q   Did you personally ever provide any guidance to
21     Strike Force and Housing Unit officers around tinted
22     windows ticketing?
23 A   I don't recall ever having that conversation.

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

| | | |
|---|---|---|
| 1 | Q | Did Commissioner Derenda or Lockwood ever instruct |
| 2 | | you to convey to Strike Force and Housing Unit |
| 3 | | officers that they should not issue more than one |
| 4 | | tinted window ticket per stop? |
| 5 | A | I don't recall ever. |
| 6 | Q | Do you recall ever conveying to Strike Force or |
| 7 | | Housing Unit officers or to the captain that officers |
| 8 | | should not issue more than one ticket per stop? |
| 9 | A | I can't -- I can't recall if I did. |
| 10 | Q | Okay.  All right.  I'm going to go back to Exhibit 6, |
| 11 | | which is a March 9th email from Captain Serafini. |
| 12 | | And I'm down here in this part of the email.  Do you |
| 13 | | see that little highlight, kind of box where I'm |
| 14 | | pointing?  (Indicating.) |
| 15 | A | Yes, I do. |
| 16 | Q | Okay. |
| 17 | A | Can I get one break?  I have to answer a call from |
| 18 | | the commissioner, if that's -- |
| 19 | Q | Yes, that's fine. |
| 20 | A | Okay.  Thanks. |
| 21 | Q | How long do you need? |
| 22 | A | Five minutes. |
| 23 | | MS. WILNER:  Okay.  We can go off the |

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

1                    record for five minutes.
2                    (A recess was taken.)
3                    MS. WILNER:  We can go back on the
4               record.
5          BY MS. WILNER:
6     Q    And we're back on Exhibit 6, and we're looking at
7          this part of the email where Captain Serafini says,
8          "Advise your officers to avoid overkill on the
9          issuing of multiple traffic summonses for the same
10         offense to one motorist.  Meaning they should not be
11         issuing 6 separate traffic summonses for window
12         tints.  Two tint summonses per motorist is enough."
13              To your knowledge, did Strike Force and Housing
14         Unit officers sometimes issue six separate traffic
15         summonses for window tints?
16    A    I wasn't aware.
17    Q    Did you specifically tell Captain Serafini to convey
18         to officers that two tinted windows tickets per
19         incident is enough?
20    A    I don't recall telling him this.
21    Q    Did you ever discuss the issue of multiple tinted
22         windows tickets with Commissioner Derenda?
23    A    No.

                    DEPAOLO CROSBY REPORTING SERVICES, INC.
                              716-853-5544

```
 1                      have no further questions.
 2              EXAMINATION BY MR. SAHASRABUDHE:
 3      Q       Okay.  I have just a few follow-up questions for you,
 4              Chief Young.  I promise we'll get you out of here
 5              very shortly.
 6                      MR. SAHASRABUDHE:  Claudia, do you mind
 7                  putting up Young 5?
 8                      MS. WILNER:  That was the chief's
 9                  report?
10                      MR. SAHASRABUDHE:  Yes, yes.
11                      MS. WILNER:  And is there a particular
12                  page you would like?
13                      MR. SAHASRABUDHE:  For now, I think we
14                  can just keep it on the first page.
15      Q       Chief Young, I'm showing you what was marked by Ms.
16              Wilner as Young 5 for identification purposes earlier
17              in your testimony.  And do you recall testifying
18              about these particular reports?
19      A       Today, yes.
20      Q       And could you just tell me generally how you obtained
21              the information that you were then reporting to
22              either Deputy Commissioner Lockwood or Commissioner
23              Derenda?
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

| | | |
|---|---|---|
| 1 | A | Sure.  This information came from the captain, who |
| 2 | | sent me this information via his reports, his daily |
| 3 | | reports.  And this is how I was able to put the |
| 4 | | locations of the checkpoints in my weekly chief's |
| 5 | | report. |
| 6 | Q | Got it.  So anything reported to either Commissioner |
| 7 | | Derenda or Deputy Commissioner Lockwood does not come |
| 8 | | from your firsthand knowledge.  Would that be correct |
| 9 | | to say? |
| 10 | A | Correct. |
| 11 | Q | It could come from reports from people who were |
| 12 | | stationed under you such as captains or lieutenants? |
| 13 | A | Who are on the ground doing the actual work in Strike |
| 14 | | Force, yes. |
| 15 | Q | Okay.  You were asked some questions about the |
| 16 | | purpose of placing checkpoints at certain locations. |
| 17 | | Do you recall that? |
| 18 | A | Yes. |
| 19 | Q | Were you ever personally involved in a checkpoint -- |
| 20 | A | No. |
| 21 | Q | -- Strike Force? |
| 22 | A | No, I was not. |
| 23 | Q | All right.  And do you have any firsthand knowledge |

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1   STATE OF OHIO         )
 2   COUNTY OF CUYAHOGA    )
 3              I, Luanne K. Howe, Notary Public, in and for the
 4   County of Cuyahoga, State of Ohio, do hereby certify:
 5              That the witness whose testimony appears
 6   hereinbefore was, before the commencement of his testimony,
 7   duly sworn to testify the truth, the whole truth and nothing
 8   but the truth; that said testimony was taken remotely
 9   pursuant to notice at the time and place as herein set
10   forth; that said testimony was taken down by me and
11   thereafter transcribed into typewriting, and I hereby
12   certify the foregoing transcript is a full, true and correct
13   transcription of my shorthand notes so taken.
14              I further certify that I am neither counsel for
15   nor related to any party to said action, nor in any way
16   interested in the outcome thereof.
17              IN WITNESS WHEREOF, I have hereunto subscribed my
18   name and affixed my seal this 2nd day of November, 2022.
19
20                                  _____
                                    Luanne K. Howe
21                                  Notary Public - State of Ohio
22                                  My commission expires 10-07-24
23
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544