# Exhibit 37

# Strike Force Mission

1. Target and eliminate crime hotspots throughout the city.
2. Remove illegal Guns from our Streets.
3. Strict Enforcement of the Mayors Zero Tolerance Crime Policy
4. Make Buffalo a better place to live, work and raise a family.

# Strike Force

- **Strike Force will consist of twenty BPD Police officers, four Lieutenants and one Captain. Positions to be determined by seniority as per the CBA.**
- **Strike Force will consist of six NYS Troopers and one Supervisor**
- **Strike Force will consist of six ECS Deputies, one Supervisor and Sheriffs Helicopter**
- **Strike Force will work closely with the all State and Federal Partners**
- **Strike Force will work closely with the BPD Intelligence Unit.**
- **Strike Force will perform daily Traffic interdictions.**
- **Strike Force will work 1530-0130**
- **Strike Force will be housed at the former Traffic station house.**
- **Chiefs will develop a weekly list of top five district Hotspots to be targeted by the Strike Force. ECAC will develop analysis based target areas.**
- **Traffic Officers will be detailed to the Strike Force when ever they are not assigned to an event.**



DERENDA
1
11-10-2021

COB060319