# Exhibit 38



Strike Force - Target Area 1

DERENDA
2
11-10-2021

Map Produced by: Matthew Wrona - June 7, 2012

COB001613



# Strike Force - Target Area 2

Map Produced by: Matthew Wrona - June 7, 2012

COB001614



Strike Force - Target Area 3



# Strike Force - Target Area 4

Map Produced by: Matthew Wrona - June 7, 2012

COB001616



COB001617



# Strike Force - Target Area 6





Strike Force - Target Area 8



Strike Force - Target Area 9



Strike Force - Target Area 10



# Strike Force - Target Area 11

Map Produced by: Matthew Wrona - June 7, 2012

COB001623



# Strike Force - Target Area 12

Map Produced by: Matthew Wrona - June 7, 2012

COB001624



Strike Force - Target Area 13

Map Produced by: Matthew Wrona - June 7, 2012

COB001625



# Strike Force - Target Area 14

Map Produced by: Matthew Wrona - June 7, 2012

COB001626



# Strike Force - Target Area 15

Map Produced by: Matthew Wrona - June 7, 2012

COB001627



# Strike Force - Target Area 16

COB001628



Strike Force - Target Area 17

# Strike Force - Target Area 18



# Strike Force - Target Area 19



Map Produced by: Matthew Wrona - June 7, 2012

COB001631



Strike Force - Target Area 20

Map Produced by: Matthew Wrona - June 7, 2012

COB001632



Strike Force - Target Area 21

Map Produced by: Matthew Wrona - June 7, 2012

COB001633



Strike Force - Target Area 22



Strike Force - Target Area 23

Map Produced by: Matthew Wrona - June 7, 2012

COB001635



Strike Force - Target Area 24

Map Produced by: Matthew Wrona - June 7, 2012

COB001636