# Exhibit 44

| | |
|---|---|
| From: | Daniel Derenda/BPD |
| Sent: | 1/28/2013 3:59:37 PM |
| To: | Sallie Blersch/BPD |
| CC: | Byron C Lockwood/BPD |
| Subject: | Police CitiStat |

*Per your department's last CitiStat meeting, below is a list of tasks to be completed and information to be provided by your next CitiStat meeting, scheduled for Friday, February 1st @ 11 AM.

**Please provide the following data/information by Wednesday, January 23rd:**
    1. Provide current IOD numbers by district. Distinguish between short- and long-term IODs. Provide number of officers currently on light duty.
    2. Provide an update on Strike Force. Provide information on # of arrests, # of tickets issued by type, # of guns, drugs, and cash seized, and vehicles impounded. Provide information on funding for the operation. Provide information on whether or not Strike Force will continue, or if resources will be shifted to another operation.
    3. Provide updated homicide information (including case resolution) through YTD.
    4. Provide Part One Crime data by district by month for 2012 YTD (broken down by crime type).
    5. Provide status update on contract between BMHA and Police.
    6. Provide information on new police recruits.
    7. Provide progress report on downtown crime around night clubs and night club closings. Include any new trends in type of customers frequenting downtown clubs. *

1.


IOD AND LIGHT DUTY BRRAKDOWN.xls

## 2. Multi Jurisdictional Strike Force Detail

**In 2012 the Buffalo Police Department joined forces with the Erie County Sheriffs Dept and the New York State Police in putting together a Multi Jurisdictional Task Force called Strike Force. The focus of this BPD led Detail was to attack high crime areas in the City of Buffalo. The Detail was divided up into two 100 day periods and produced the following results.**

- **Arrests - 3,251**
- **Traffic Summons - 12,129**
- **Vehicles impounded - 1850**
- **QOL Summons - 106**
- **Parking tags - 313**
- **Guns - 44**
- **Cash Seized - $74,356**

**The Detail was so successful that in the Spring of 2013 a full time permanent Strike Force will be established.**

3.


January 2013 Homicide monthly report.doc

**4. Note crime numbers are not official. Numbers will not be in until 2-1-13**


CITISTAT-2012CrimeByDistrict.xls

**5:** The contract expires January 31, 2013. The Buffalo Police Department will be meeting with the BMHA to discuss future plans.

**6.** There are twenty-one (21) new police recruits which started the academy on January 18, 2013. The last class of recruits consisted of 33 officers which started the academy on August 3, 2012 and have since graduated. They are currently under the FTO program and should be finishing their training in April 2013. These recruits should be getting their permanent assignment on or about July 2013.

## 7. Progress Report Chippewa Entertainment District
In late 2012 we had a spike in violence in the Chippewa Entertainment District. Currently the District is in a favorable state of transition. Our recent efforts have centered on the following:


DERENDA
**18**
11-10-2021

- Strategically using police resources (manpower, Command Bus, license plate readers, cameras and Skywatch for crowd monitoring).
- Improved information flow to SLA to expedite investigations allowing for quicker shut downs of problem establishments
- Partnerships with other law enforcement agencies to conduct integrity checks for underage admittance, underage drinking, and over capacity.
- Shutting down nightclubs that are catering to a violent demographic, three to date, Barcelona, Big Bad Wolf, and Social.
- Pro-active Policing plan

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571