# Exhibit 45

### First Request

*~~Please produce all documents and communications relating to training materials and programs, both formal and informal, concerning the operation of police vehicle safety checkpoints and/or roadblocks.~~*   **We DON'T TEACH THIS**

### Second Request

Please produce all documents and communications relating to training materials or and programs, both formal and informal, concerning the enforcement of the New York State Vehicle and Traffic Law, including but not limited to conducting traffic stops, performing searches of vehicles, issuing traffic tickets, making misdemeanor and felony arrests following traffic stops, and/or towing or impounding vehicles following traffic stops.   **eNCIOSeD IN ENVelope**

### Third Request

*~~Please produce all documents and communications relating to training materials or programs, both formal and informal, concerning the use of Automatic License Plate Readers (ALPR) and storage of ALPR data.~~*   **We DON'T TEACH THIS**

### Fourth Request

Please produce all documents and communications relating to training materials and programs, both formal and informal, concerning compliance with the Fourth and Fourteenth Amendments of the United States Constitution, including the rights to due process and equal protection.   **eNClOSeD**

### Fifth Request

Please produce all documents and communications relating to training materials and programs, both formal and informal, concerning racial profiling, racial bias, biased policing, implicit bias, and/or the use of race in law enforcement decision-making.   **ENCIOSeD**


DERENDA
31
12-23-2021

## SCHEDULE A TO SUBPOENA TO ERIE COUNTY CENTRAL POLICE SERVICES REGARDING TRAINING MATERIALS FROM THE ECCPS POLICE TRAINING ACADEMY

### *Black Love Resists in the Rust v. City of Buffalo*
No. 1:18-cv-00719

This subpoena requires production of the designated documents, electronically stored information, and tangible things described below in the possession, custody, or control of Erie County Central Police Services ("ECCPS" or "You"). Production of electronically stored information is to be made, at the election of the producing party, either (a) on removable media, such as a U.S.B. key or a DVD-ROM or (b) by secure file transfer site.

There are five separate requests for production. Each concern training materials and programs, both formal and informal, that you have used to train and/or provided to recruit officers from the Buffalo Police Department ("BPD") at the ECCPS Police Training Academy, located at Erie Community College North Campus, **between January 1, 2013 and the present**.

The term "Document" is defined to be synonymous in meaning and equal in scope to the usage of this term in Fed.R.Civ.P. 34(a), and includes materials stored in any medium (.e.g. hard copy paper or electronic) from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form. A draft or non-identical copy is a separate document within the meaning of this term.

The term "Communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise) by hard copy paper or electronic means.

"Training materials" shall include, but are not limited to, training manuals, training guides, training video and sound recordings, PowerPoint presentations, course syllabi, lesson plans, instructor guides, course exams and quizzes.

BRIAN SPEAR  CPS
45 ELM ST.  Bflo 14203
BRIAN.SPEARS@erie.gov

# INTRODUCTION TO VEHICLE AND TRAFFIC LAW

ERIE COUNTY LAW ENFORCEMENT TRAINING ACADEMY

  

## Reasons for Vehicle and Traffic Laws

- 1. Prevent vehicle accidents
- 2. Allow for expeditious flow of traffic
- 3. Regulatory/ administrative purposes
  - Driver licensing
  - Vehicle registration
  - DMV administrative purposes
- 4. Generate revenue



## Overview of Titles   1

- Definitions (100-160)



- Department of Motor Vehicles; Commissioner (200-263)

- Safety, responsibility, and equipment (300-398)

## Overview (cont'd)   2

- Registration of Vehicles (400-495) 

- Driver's licenses (600-605) 

- Rules of the Road (1100-1253)



1

7/18/2018

## INTRODUCTION TO VEHICLE AND TRAFFIC LAW

ERIE COUNTY LAW ENFORCEMENT TRAINING ACADEMY



## Reasons for Vehicle and Traffic Laws

- 1. Prevent vehicle accidents
- 2. Allow for expeditious flow of traffic
- 3. Regulatory/ administrative purposes
  - Driver licensing
  - Vehicle registration
  - DMV administrative purposes
- 4. Generate revenue



## Overview of Titles   1



- Definitions (100-160)

- Department of Motor Vehicles; Commissioner (200-263)

- Safety, responsibility, and equipment (300-398)

1

**Basic Course for Police Officers**  3-G.3

# CURRICULUM OUTLINE

I    Introduction.

    A.    Reasons for vehicle and traffic laws include:

        1.    Prevent traffic crashes.

        2.    Allow for an orderly, expeditious flow of traffic.

        3.    Regulatory/administrative purposes.

            a.    Driver licensing.

            b.    Vehicle registration.

            c.    DMV administrative procedures.

            d.    Others.

        4.    Revenue generating.

II    NYS Vehicle and Traffic Law.

    A.    Overview of Titles.

        1.    Definitions (§100-160).

        2.    Department of Motor Vehicles; Commissioner (§200-263).

        3.    Safety responsibility and equipment/inspection/financial security, etc. (§300-398).

        4.    Registration of vehicles (§400-495).

        5.    Driver's licenses (§500-544).

        6.    Accidents/Accident Reports (§600-605).

        7.    Rules of the road (§1100-1253).

        8.    Respective powers of state and local authorities (§1600-1685).

        9.    Penalties and disposition of fines and forfeitures (§1800-1809).

        10.   Uniform vehicle certificate of title act (§2101-2135).

# CULTURAL DIVERSITY
# BIAS RELATED INCIDENTS AND
# SEXUAL HARASSMENT

## PART 5 SECTION D (5 HOURS)

## TOPIC DESCRIPTION

Instruction and discussion is intended to develop awareness about cultural diversity, prejudice, discrimination, sexual harassment, biased policing and bias related (hate) incidents.

## INSTRUCTOR QUALIFICATIONS

Instructors in this topic are generally expected to be those certified by the Municipal Police Training Council. They should be able to document this by producing a current certificate issued by the Council. This certificate should read the person is certified as a general topics instructor. Further, they should possess a background and experience in the topical area, as documented to the school director. This supporting documentation should remain a part of the course file in the academy, available for later inspection or audit.

If a school director believes an individual who is not certified is otherwise qualified for teaching this topic, they may ask in writing for approval for that person to teach. The Office of Public Safety may, if finding the individual possesses a combination of an advanced degree and unique or qualifying experience, find the individual to be qualified and be approved to instruct. Those that are found qualified, are listed as approved instructors, and will have a letter issued to them indicating what they are approved to instruct in. The school director should keep a copy of the letter in the school file.

School directors should understand the Office of Public Safety can only examine complete applications for instructors that are filed in a timely manner. Generally, this instructor approval often requires time that is in addition to the requirements (45 days by the State Regulation and the Municipal Police Training Council) for police training approval. This time allows for proper review of curriculum, instructors, and the needs for training in a zone. Complete applications are those which include a properly completed Instructor Personal History Form, and documents supporting the facts contained therein.

Basic Course for Police Officers          5-D.11

        2. Mexican-American.

        3. Asian-American.

        4. Anglo.

        5. Native-American.

        6. Gay and lesbian.

        7. Gender.

        8. Law enforcement.

NOTE: The intention of this block is for the instructor to have the class identify commonly held cultural stereotypes. The discussion should include information as to where some of the stereotypes might have originated. A key learning point is for students to realize that although some stereotypes may have once contained a thread of truth, they are inaccurate exaggerations which can lead to discriminatory behaviors.

  C. Law enforcement profiling.

    1. Profiling criteria.

      a. Knowledge-based information.

      b. A set of articulatable facts.

    2. Biased policing is the exercise of police authority to seize or detain an individual solely upon an individual's race, ethnic origin, religion, gender, age, sexual orientation, or income status.

    3. The public may often perceive profiling as biased policing. It is important to distinguish that there are significant and important differences between the two (e.g. profiling can be defended as being based upon facts known to the officer). No person should be singled out or otherwise treated differently solely on account of race, ethnic origin, gender, age, religion, sexual orientation, or income status.

    4. It is important to recognize that although a member of a cultural group may fit a defensible profile, the officer should consider the long and short term community impact which may result from his or her actions.

VI   STRATEGIES FOR EFFECTIVE CULTURAL CONTACTS

NYS Division of Criminal Justice Services, Office of Public Safety: Copyright 2012 (July 2012)