# Exhibit 46

Patrick A Roberts/BPD
01/10/2013 04:43 PM

To   Daniel Derenda/BPD@BuffaloPoliceDept,

cc   Charles H Tomaszewski/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J Brinkworth/BPD@BuffaloPoliceDept

bcc

Subject   Fw: Overtime Directive

----- Forwarded by Patrick A Roberts/BPD on 01/10/2013 04:42 PM -----

## P-73  BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO:Daniel Derenda<br>    Commissioner of Police | DATE:01/10/2013 04:23:18 PM |
|---|---|
| FROM:Patrick A Roberts<br>    Captain Housing Unit | SUBJECT:Overtime Directive |

Attn:  Charles Tomaszewski,  Deputy Police Commissioner
       Byron Lockwood, Deputy Police Commissioner
       Kevin Brinkworth, Housing Chief

Sir:

   I have read and understand the directive as put forth by D.P.C. Tomaszewski.  That being said, I have some concerns that I would like to raise.  It has been the practice of the Housing Unit since my arrival that we utilize a hard minimum of four(4) officers working during the mp-4 tour.  The reason for this is the safety of the officers.  I believe that by the very nature of the work that the officers on the Housing unit perform routinely, that having an officer not accompanied by a partner and only one two officer car for back-up, the solo officer is placed at an unnecessary risk.  Frequently, the two officer car will be out of service for extended periods processing arrests, leaving the solo officer cut-off from any assistance within the unit.  Please consider the request for a hard minimum of (4) officers on the Housing Unit at all times.

   Additionally, the unit is alotted 120 hours of overtime per pay to run a detail during the mp-2 shift. The detail has been highly productive and shows high visibility within the BMHA properties during daylight hours.  I would request that this be allowed to continue as the officers have shown great production with regards to arrests, V/T issuances, and vehicle impounds, more than paying back the city for it's overtime expense.  I will personally see to it that the officers continue to produce at this high rate.

   Lastly, I have been afforded 20 hrs/pay of overtime to oversee the Housing Unit and the Strike Force.  I realize Strike Force is ending but would request that I be allowed to use at least a portion of those (20) hours to continue with meetings and statistical compilation.

Respectfully submitted,


Capt Patrick Roberts

DERENDA
**32**
12-23-2021

COB063327

COB063328