# Exhibit 49

**From:** Daniel Derenda/BPD
**Sent:** 6/27/2012 1:14:02 PM
**To:** Dennis J Richards/BPD; Anthony J Barba/BPD; Byron C Lockwood/BPD; Kevin J Brinkworth/BPD; Brian K Patterson/BPD@BuffaloPoliceDept; Patrick M Pascall/BPD@BuffaloPoliceDept; Michelle R Kubala/BPD@BuffaloPoliceDept; Charles H Tomaszewski/BPD@BuffaloPoliceDept; Kimberly L Beaty/BPD@BuffaloPoliceDept; Michael J Degeorge/BPD@BuffaloPoliceDept; Michael F Gaspar/BPD; Jeffrey M Giallella/BPD@BuffaloPoliceDept; George P McLean/BPD@BuffaloPoliceDept; James C ODonnell/BPD@BuffaloPoliceDept; Carmen J Menza/BPD@BuffaloPoliceDept; Patrick A Roberts/BPD@BuffaloPoliceDept; b:taylor@ch.ci.buffalo.ny.us; James P Giammaresi/BPD
**Subject:** SF June location update
****** NOTE CHANGES

*Strike Force Locations June 12*
**6-11-12 SF Area 8. Roadblock Broadway and Mohr**
**6-12-12 SF Area 9 Roadblock Smith and Paderewski**
**6-13-12 SF Area 4 Roadblock E Walden & City Line**
**6-14-12 SF Area 4 Roadblock Walden & Sycamore**
**6-15-12 SF Area 1 Roadblock Amherst & Berkshire**
**6-16-12 1530-2130hrs Juneteenth Fest, 2130-0130 SF Area 2 Roadblock Kensington & Clyde**
**6-17-12 1530-2130hrs Juneteenth Fest, 2130-0130 SF Area 3 Roadblock Kensington & Fillmore**
**6-18-12 SF Area 4 Roadblock - Genesee and City line**
**6-19-12 SF Areas 5&7 - Best & Fillmore**
**6-20-12 SF Area 11 Fruitbelt Roadblock - Jefferson & 33**
**6-21-12 SF Area 16 Roadblock - Grant & Graner**
**6-22-12 SF Area 15 Roadblock - W Ferry & Grant**
**6-23-12 SF Area**
**6-24-12 SF Area 2 Roadblock - Suffolk & 33**
**6-25-12 SF Area 4 Roadblock - Delavan & Bailey**
**6-26-12 SF Area 3 Roadblock - E Amherst & Manhattan**
**6-27-12 SF Area 1 Roadblock - Bailey & Minnesota**
**6-28-12 SF Area 2 Roadblock - Bailey & langfield**
**6-29-12 SF Area 9 Roadblock - Broadway & Memorial**
**6-30-12 SF Area 15 Roadblock - W Ferry Btw Hampshire & Chenango**

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571



DERENDA
**47**
12-23-2021

COB230683

COB230683

**From:** Daniel Derenda/BPD
**Sent:** 7/31/2012 1:47:23 PM
**To:** Dennis J Richards/BPD; Anthony J Barba/BPD; Byron C Lockwood/BPD; Kevin J Brinkworth/BPD; Brian K Patterson/BPD@BuffaloPoliceDept; Patrick M Pascall/BPD@BuffaloPoliceDept; Michelle R Kubala/BPD@BuffaloPoliceDept; Charles H Tomaszewski/BPD@BuffaloPoliceDept; Kimberly L Beaty/BPD@BuffaloPoliceDept; Michael J Degeorge/BPD@BuffaloPoliceDept; Michael F Gaspar/BPD; Jeffrey M Giallella/BPD@BuffaloPoliceDept; George P McLean/BPD@BuffaloPoliceDept; James C ODonnell/BPD@BuffaloPoliceDept; Carmen J Menza/BPD@BuffaloPoliceDept; Patrick A Roberts/BPD@BuffaloPoliceDept; b:taylor@ch.ci.buffalo.ny.us; James P Giammaresi/BPD; Maureen A Oakley/BPD@BuffaloPoliceDept; John W Stanchak/BPD@BuffaloPoliceDept; Christine M Giardina/BPD@BuffaloPoliceDept
**Subject:** July SF location update

# NOTE CHANGE for 7-31

### Strike Force Locations July 12

**7-01-12 SF Area 4 Road block Genesee and May**
**7-02-12 SF Area 2 Roadblock 33 & Suffolk**
**7-03-12 SF Area 4 Road block Bailey & Doat**
**7-04-12 SF Area 2 Roadblock Delavan & William Gaiter**
**7-05-12 SF Area 1 Roadblock Main & Minnesota**
**7-06-12 SF Area 8 Roadblock Sycamore & Walden**
**7-07-12 SF Area 4 Roadblock Genesee & Floss**
**7-08-12 SF Area 15 Roadblock Grant & Hampshire**
**7-09-12 SF Area 3 Roadblock Fillmore & Kensington**
**7-10-12 SF Area 16 Roadblock Grant & Ferry**
**7-11-12 SF Area 2 Roadblock Delavan & Olympic**
**7-12-12 SF Area 8 Roadblock May & Genesee**
**7-13-12 SF Area 4 Roadblock Delavan & Eastend**
**7-14-12 SF Area 1 Roadblock E Amherst & Berkshire**
**7-15-12 SF Area 15 Roadblock Mass & Utica**
**7-16-12 SF Area 6 Roadblock Jefferson & Utica**
**7-17-12 SF Area 3 Roadblock Fillmore & Main**
**7-18-12 SF Area 18 Roadblock Tonawanda & Ontario**
**7-19-12 SF Area 2 Roadblock 33 & Suffolk**
**7-20-12 SF Area 4 Roadblock Genesee &Humason**
**7-21-12 SF Area 8 Roadblock Sycamore & Walden**
**7-22-12 SF Area 1 Roadblock Kensington & City line**
**7-23-12 SF Area 2 Roadblock Kensington & William Gator**
**7-24-12 SF Areas 15 & 14 Roadblock Niagara & Carolina**
**7-25-12 SF Area 1 Roadblock Amherst & Berkshire**
**7-26-12 SF Area 16 Roadblock Niagara & Tonanawanda**
**7-27-12 SF Area 4 Roadblock Bailey & Scajaquada**
**7-28-12 SF Area 2 Roadblock Olympic & 33**
**7-29-12 SF Area 3 Roadblock Kensington & Fillmore**
**7-30-12 SF Areas 5&6 Roadblock Main & Ferry**
7-31-12 SF Area 14 & 15 Roadblock Grant & Hampsire

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB221849

COB221849

**From:**   Daniel Derenda/BPD
**Sent:**   8/27/2012 7:34:36 PM
**To:**     Dennis J Richards/BPD; Anthony J Barba/BPD; Byron C Lockwood/BPD; Kevin J
            Brinkworth/BPD; Brian K Patterson/BPD; Patrick M Pascall/BPD; Michelle R
            Kubala/BPD; Charles H Tomaszewski/BPD; Kimberly L Beaty/BPD; Michael J
            Degeorge/BPD; Michael F Gaspar/BPD; Jeffrey M Giallella/BPD; George P
            McLean/BPD; James C ODonnell/BPD; Carmen J Menza/BPD; Patrick A
            Roberts/BPD; btaylor@ch.ci.buffalo.ny.us; James P Giammaresi/BPD; Maureen A
            Oakley/BPD; John W Stanchak/BPD; Christine M Giardina/BPD
**Subject:** SF Aug/Sept location update

*Strike Force Locations August 12*

**8-01-12 SF Area 4 Road block Genesee and Freund**
**8-02-12 SF Area 15 Roadblock Mass & Ferry**
**8-03-12 SF Area 1 Roadblock Bailey & Minnesota**
**8-04-12 SF Area 2 Roadblock Delavan & William Gaiter**
**8-05-12 SF Area 4 Roadblock Walden & Bailey**
**8-06-12 SF Area 22 Seneca & Duerstein**
**8-07-12 SF Areas 4 & 8 Roadblocks Goodyear and Empire late evening and Genesee and May**
**8-08-12 SF Area 2 Roadblock Sufolk & 33**
**8-09-12 SF Area 3 Roadblock Leroy & Grider**
**8-10-12 SF Area 1 Roadblock Main & Minnesota**
**8-11-12 SF Area 4 Roadblock Walden & Wex**
**8-12-12 SF Area 15 Roadblock Hampshire and Grant**
**8-13-12 SF Area 16 Roadblock Grant & Auburn**
**8-14-12 SF Area 4 & 8 Roadblocks Goodyear/Empire and Genesee/Freund**
**8-15-12 SF Area 1 Clyde & Kensington**
**8-16-12 SF Area 2 Roadblock Delaven & East End**
**8-17-12 SF Area 3 Roadblock Kensington & Fillmore**
**8-18-12 SF Areas 7 & 9 Roadblock Ferry & Grider**
**8-19-12 SF Area 2 Bailey & Oakmount**
**8-20-12 SF Area 18 Roadblock Military & Hertel**
**8-21-12 SF Area 9 Roadblock William & Jefferson**
**8-22-12 SF Areas 4 & 8 Roadblocks Goodyea/Empire, Walden/Bailey**
**8-23-12 SF Area 15 Roadblock Ferry and Hampshire**
**8-24-12 SF Areas 5 & 6 Roadblocks Ferry & Jefferson, Ferry/Grider (use Housing to assist at this location)**
**8-25-12 SF Area 2 Roadblock Delaven & Olympic**
**8-26-12 SF Area 22 South Buffalo Roadblock Mineral Springs & Ogden**
**8-27-12 SF Area 1 Roadblock Main & Minnesota**
**8-28-12 SF Area 9 Roadblock Sycamore & Fillmore**
**8-29-12 SF Area 2 Roadblock Walden & Sycamore**
**8-30-12 SF Area 4 Roadblock Genesee & Floss**
**8-31-12 SF Area 3 Roadblock Amherst & Manhatten**
**9-1-12 SF Area 8 Bailey & Stanley**
**9-2-12 SF Area 1 Roadblock Main & Winspear**
**9-3-12 SF Area 2 Roadblock**

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

**From:** Daniel Derenda/BPD
**Sent:** 9/5/2012 6:52:21 PM
**To:** Dennis J Richards/BPD; Anthony J Barba/BPD; Byron C Lockwood/BPD; Kevin J Brinkworth/BPD; Brian K Patterson/BPD@BuffaloPoliceDept; Patrick M Pascall/BPD@BuffaloPoliceDept; Michelle R Kubala/BPD@BuffaloPoliceDept; Charles H Tomaszewski/BPD@BuffaloPoliceDept; Kimberly L Beaty/BPD@BuffaloPoliceDept; Michael J Degeorge/BPD@BuffaloPoliceDept; Michael F Gaspar/BPD; Jeffrey M Giallella/BPD@BuffaloPoliceDept; George P McLean/BPD@BuffaloPoliceDept; James C ODonnell/BPD@BuffaloPoliceDept; Carmen J Menza/BPD@BuffaloPoliceDept; Patrick A Roberts/BPD@BuffaloPoliceDept; b:taylor@ch.ci.buffalo.ny.us; James P Giammaresi/BPD; Maureen A Oakley/BPD@BuffaloPoliceDept; John W Stanchak/BPD@BuffaloPoliceDept; Christine M Giardina/BPD@BuffaloPoliceDept
**Subject:** SF September locations

### Strike Force Locations September

**9-01-12 SF Area 8 Bailey & Stanley**
**9-02-12 SF Area 1 Roadblock Main & Winspear**
**9-03-12 SF Area 2 Roadblock**
**9-04-12 SF Area 22 Roadblock Hopkins/Tift**
**9-05-12 SF Area 4 Roadblock Genesee & Bailey**
**9-06-12 SF Area 1 Roadblock Amherst and Berkshire**
**9-07-12 SF Area 2 Roadblock Sulfolk & 33**
**9-08-12 SF Area 8 Goodyear & Empire**
**9-09-12 SF Area 9 Roadblock William & Jefferson**
**9-10-12 SF Area 4 Roadblock Genesee & Floss**

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB225353

COB225353

**From:** Daniel Derenda/BPD
**Sent:** 10/23/2012 7:53:19 PM
**To:** Dennis J Richards/BPD; Anthony J Barba/BPD; Byron C Lockwood/BPD; Kevin J Brinkworth/BPD; Brian K Patterson/BPD@BuffaloPoliceDept; Patrick M Pascall/BPD@BuffaloPoliceDept; Michelle R Kubala/BPD@BuffaloPoliceDept; Charles H Tomaszewski/BPD@BuffaloPoliceDept; Kimberly L Beaty/BPD@BuffaloPoliceDept; Michael J Degeorge/BPD@BuffaloPoliceDept; Jeffrey M Giallella/BPD@BuffaloPoliceDept; George P McLean/BPD@BuffaloPoliceDept; James C ODonnell/BPD@BuffaloPoliceDept; Carmen J Menza/BPD@BuffaloPoliceDept; Patrick A Roberts/BPD@BuffaloPoliceDept; btaylor@ch.ci.buffalo.ny.us; James P Giammaresi/BPD; Maureen A Oakley/BPD@BuffaloPoliceDept; John W Stanchak/BPD@BuffaloPoliceDept; Christine M Giardina/BPD@BuffaloPoliceDept; Kevin J Brinkworth/BPD
**Subject:** SF location update

### *Strike Force Locations October*

**10-08-12 SF Area 2 Roadblock Kensington & Clyde**
**10-09-12 SF Area 4 Roadblock Genesee & Freund**
**10-11-12 SF Area 16 Roadblock Grant & Breckenridge**
**10-12-12 SF Area 1 Amherst & Berkshire**
**10-13-12 SF Area 8 Goodyear & Empire**
**10-14-12 SF Area 3 Fillmore & Leroy**
**10-15-12 SF Area 15 Grant & Hampshire**
**10-16-12 SF Area 18 Roadblock with Housing Ontario & Skillen**
**10-17-12 SF Area 8 Roadblock Goodyear & Empire**
**10-18-12 SF Area 4 Roadblock Walden & Bailey**
**10-19-12 SF Area 18 Roadblock to be determined by Lt - 2200 roadblock near Social on Franklin**
**10-20-12 SF Area 1 Roadblock Main & Amherst**
**10-21-12 SF Area and Roadblock to be determined by LT**
**10-22-12 SF Area 8 Goodyear and Empire**
**10-23-12 SF Area 12 Roadblock Town Gardens area**
**10-24-12 SF Area 4 Walden & Sycamore**
**10-25-12 SF Area 2 Kensington & Sulfolk**
**10-26-12 SF Area 11 Jefferson & Utica**
**10-27-12 SF Area14 Rodblock @ Niagara & Maryland - Area 13 Roadblock Pearl Btw Chippewa and Tupper**
**10-28-12 SF Area 6 Delavan & Pansy**
**10-29-12 SF Area 15 Grant & Hampshire**
**10-30-12**
**10-31-12**

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB218259

COB218259



**Daniel Derenda/BPD**
11/19/2012 03:23 PM

To    Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J
      Barba/BPD@BuffaloPoliceDept, Byron C
      Lockwood/BPD@BuffaloPoliceDept, Kevin J

cc

bcc

Subject    Nov SF locations

## *November SF locations*

11-01-12  SF  Area 4 Roadblock Genesee & Theodore
11-02-12  SF  Area 1 Roadblock Amherst & Berkshire
11-03-12  SF  Area 3 Roadblock Fillmore & Kensington
11-04-12  SF  Area 18 Roadblock with Housing Ontario & Skillen
11-05-12  SF  Area 8 Roadblock Goodyear & Empire
11-06-12  SF  Area 15 Roadblock Grant & Hampshire
11-07-12  SF  Area 9 Roadblock Sycamore & Fillmore
11-08-12  SF  Area 8 Roadblock Goodyear & Empire
11-09-12  SF  Area 2 Roadblock 9pm 33 & Soffolk
11-10-12  SF  Area 4 Roadblock Genesee & Humason
11-11-12  SF  Area 16 Roadblock Forest & Tonawanda
11-12-12  SF  Area 3 Roadblock Kensington & Fillmore
11-13-12  SF  Area 18 Roadblock Hertel & Military
11-14-12  SF  Area 17 Roadblock Amherst & Grant
11-15-12  SF  Area 4 Roadblock Walden & Sycamore
11-16-12  SF  Area 1 Roadblock 7pm Bailey & Bershire, 12 midnight Pearl St near Social nightclub
11-17-12  SF  Area 2 Roadblock 33 & Sulfolk
11-18-12  SF  Area 8 Roadblock Miller & Empire
11-19-12  SF  Area 16 Roadblock Grant & Garner
11-20-12  SF  Area & Roadblock to be determined by Captain
11-21-12  SF  Area 9 Roadblock Syacame & Walden
11-22-12  SF  Area 3 Roadblock Kensington & Fillmore
11-23-12  SF  Area 2 Roadblock Delaven & Olympic
11-24-12  SF  Area 1 Roadblock Bailey & Winspear
11-25-12  SF  Area 8 Roadblock Empire & Goodyear
11-26-12  SF  Area & Roadblock to be determined by Captain
11-27-12  SF  Area 15 Roadblock Grant & Hampshire
11-28-12  SF  Area & Roadblock to be determined by Captain

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB054708

COB054708

**From:**  Daniel Derenda/BPD
**Sent:**  12/30/2012 5:28:52 PM
**To:**  Dennis J Richards/BPD; Anthony J Barba/BPD; Byron C Lockwood/BPD; Kevin J Brinkworth/BPD; Brian K Patterson/BPD@BuffaloPoliceDept; Patrick M Pascall/BPD@BuffaloPoliceDept; Charles H Tomaszewski/BPD@BuffaloPoliceDept; Kimberly L Beaty/BPD; Michael J Degeorge/BPD@BuffaloPoliceDept; Jeffrey M Giallella/BPD@BuffaloPoliceDept; George P McLean/BPD@BuffaloPoliceDept; James C ODonnell/BPD@BuffaloPoliceDept; Carmen J Menza/BPD@BuffaloPoliceDept; Patrick A Roberts/BPD@BuffaloPoliceDept; btaylor@ch.ci.buffalo.ny.us; James P Giammaresi/BPD; Maureen A Oakley/BPD@BuffaloPoliceDept; John W Stanchak/BPD@BuffaloPoliceDept; Kevin J Brinkworth/BPD
**Subject:**  SF location update

### December SF locations

11-30-12 SF Area 4 Roadblock Walden & Sycamore
12-01-12 SF Area 16 Roadblock Forest & Niagara
12-02-12 SF Area 3 Roadblock Fillmore & Kensington
12-03-12 SF Area 1 Roadblock Amherst & Berkshire
12-04-12 SF Area 15 Roadblock Niagara & Fargo
12-05-12 SF Area 4 Roadblock Genesee & Humason
12-06-12 SF Area 18 Roadblock Tonawanda & Military
12-07-12 SF Area 2 Roadblock Kensington & Comstock
12-08-12 SF Area 8 Roadblock Broadway Mohr
12-09-12 SF Area 9 Roadblock William & Jefferson
12-10-12 SF Area 20 Roadblock to be determined by Capt
12-11-12 SF Area 7 Roadblock to be determined by Capt
12-12-12 SF Area & Roadblock to be determined by Capt
12-13-12 SF Area 1 Roadblock to be determined by Capt
12-14-12 SF Area 2 Roadblock to be determined by Capt
12-15-12 SF Area 4 Roadblock to be determined by Capt
12-16-12 SF Area 16 Roadblock to be determined by Capt
12-17-12 SF Area 15 Roadblock to be determined by Capt
12-18-12 SF Area Roadblock to be determined by Capt
12-19-12 SF Area 4 Roadblock to be determined by Capt
12-20-12 SF Area 8 Roadblock to be determined by Capt
12-21-12 SF Area 2 Roadblock to be determined by Capt
12-22-12 SF Area 2 Roadblock to be determined by Capt
12-23-12 SF Area 3 Roadblock to be determined by Capt
12-24-12 SF Areas 13&14 Roadblock to be determined by Capt
12-25-12 SF Area 15 Roadblock to be determined by Capt
12-26-12 SF Area 16 Roadblock to be determined by Capt
12-27-12 SF Area 18 Roadblock to be determined by Capt
12-28-12 SF Area 1 Roadblock to be determined by Capt
12-29-12 SF Area 9 Roadblock to be determined by Capt
12-30-12 SF Area 6 Roadblock to be determined by Capt
12-31-12 SF Area 13 (Downtown) Roadblock to be determined by Capt
01-01-13 SF Area 8 Roadblock to be determined by Capt
01-02-13 SF Area 9 Roadblock to be determined by Capt

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB215488

COB215488



**Daniel Derenda/BPD**
01/10/2013 09:10 AM

To  Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J
    Barba/BPD@BuffaloPoliceDept, Byron C
cc  Lockwood/BPD@BuffaloPoliceDept, Kevin J

bcc

Subject  SF Location update

## *Jan SF locations*

01-01-13   SF  Area 8 Roadblock to be determined by Capt
01-02-13   SF  Area 9  Roadblock to be determined by Capt
01-03-13   SF  Area   Roadblock to be determined by Capt
01-04-13   SF  Area 4 Roadblock to be determined by Capt
01-05-13   SF  Area 8 Roadblock to be determined by Capt
01-06-13   SF  Area 1  Roadblock to be determined by Capt
01-08-13   SF  Area 16  Roadblock to be determined by Capt
01-09-13   SF  Area 9 Roadblock to be determined by Capt
01-10-13   SF  Area 8  Roadblock to be determined by Capt <span style="color:red">2200-0130 Chippewa Bar area Roadblock to be determined by Capt</span>
01-11-13   SF  Area 4  Roadblock to be determined by Capt <span style="color:red">2200-0130 Chippewa Bar area Roadblock to be determined by Capt</span>
01-12-13   SF  Area 2  Roadblock to be determined by Capt
01-13-13   SF  Area 1 Roadblock to be determined by Capt
01-14-13   SF  Area  3  Roadblock to be determined by Capt
<span style="color:red">DAY 100</span> - 01-15-13   SF  Area   Roadblock to be determined by Capt

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB016047

COB016047



**Daniel Derenda/BPD**
04/29/2013 02:33 PM

To  Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J

cc

bcc

Subject  SF Location update

## *April SF locations*

04-01-13   SF   Area 1 Roadblock to be determined by Capt
04-02-13   SF   Area 2 Roadblock to be determined by Capt
04-03-13   SF   Area 4  Roadblock to be determined by Capt
04-04-13   SF   Area 5 Roadblock to be determined by Capt
04-05-13   SF   Area 8 Roadblock Empire & Goodyear
04-06-13   SF   Area 1  Roadblock Kensington & William Gator
04-07-13   SF   Area 18  Roadblock Hertel & Military
04-08-13   SF   Area 3 Roadblock  Fillmore & Kensington
04-09-13   SF   Area 9 Roadblock Sycamore & Walden
04-10-13   SF   Area 4 Roadblock Genesee & Humason
04-11-13   SF   Area  2 Roadblock  33 & Suffolk
04-12-13   SF   Area 1 Roadblock Minnesota & Cordova
04-13-13   SF   Area 3 Roadblock E Amherst & Manhattan
04-14-13   SF   Area 16 Roadblock Grant & Garner
04-15-13   SF   Area 15 Roadblock Grant & Hampshire
04-16-13   SF   Area 3 Roadblock Leroy & Kensington
04-17-13   SF   Area 11 Roadblock Best & Jefferson
04-18-13   SF   Area 4 Roadblock Walden & Bailey
04-19-13   SF   Area 9 Roadblock Lathrop & Broadway
04-20-13   SF   Area 2 Roadblock Suffolk & 33
04-21-13   SF   Area 1 Roadblock Main & Hertel (11pm)
04-22-13   SF   Area 22 Roadblock Seneca & Babcock
04-23-13   SF   Area 8 Roadblock Empire & Goodyear, Miller & Goodyear
04-24-13   SF   Area 4 Roadblock Sycamore & Walden
04-25-13   SF   Area 2 Roadblock Kensington & William Gator
04-26-13   SF   Area 1 Roadblock Main & Hertel
04-27-13   SF   Area 3 Roadblock Leroy & Grider
04-28-13   SF   Area 11 Roadblock Utica & Jefferson
04-29-13   SF   Area 2 Roadblock Suffolk - Roosevelt to Oakmont
04-30-13   SF   Area 4 Roadblock Delavan & Grider
05-01-13   SF   Area 1 Roadblock Amherst & Berkshire
05-02-13   SF   Area 3 Roadblock Fillmore & Kensington
05-03-13   SF   Area 2 Roadblock Olympic & 33
05-04-13   SF   Area 9 Roadblock Smith & Broadway
05-05-13   SF   Area 8 Roadblock Empire& Goodyear, Empire & Miller
05-06-13   SF   Area 18 Roadblock Hertel & Military

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB016178

COB016178



**Daniel Derenda/BPD**
05/23/2013 03:52 PM

To    Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J
      Barba/BPD@BuffaloPoliceDept, Byron C
      Lockwood/BPD@BuffaloPoliceDept, Kevin J

cc

bcc

Subject    may SF location updates

## *May SF locations*

```
05-01-13    SF  Area 1 Roadblock Amherst & Berkshire
05-02-13    SF  Area 3 Roadblock Fillmore & Kensington
05-03-13    SF  Area 2 Roadblock Olympic & 33
05-04-13    SF  Area 9 Roadblock Smith & Broadway
05-05-13    SF  Area 8 Roadblock Empire& Goodyear, Empire & Miller
05-06-13    SF  Area 18 Roadblock Hertel & Military
05-07-13    SF  Area 9 Roadblock Jefferson & 33
05-08-13    SF  Area 4 Roadblock Bailey & Walden
05-09-13    SF  Area 2 Roadblock Bailey & 33
05-10-13    SF  Area 1 Roadblock Location to be determined by Capt
05-11-13    SF Area 3 Roadblock Location to be determined by Capt
05-12-13    SF  Area 4 Roadblock Genesee & Haven
05-13-13    SF Area 16 Roadblock Grant & Delavan
05-14-13    SF Area 1 Roadblock Manhattan & E Amherst
05-15-13    SF Area 2 Roadblock 33 & Suffolk
05-16-13    SF Area 3 Roadblock Fillmore & Kensington
05-17-13    SF Area 1 Roadblock - Location to be determined by Capt (note on report)
05-18-13    SF Area 4 Roadblock - Location to be determined by Capt (note on report)
05-19-13    SF Area 9 Roadblock - Location to be determined by Capt(note on report)
05-20-13    SF Area 8 Roadblock - Location to be determined by Capt (note on report)
05-21-13    SF Area 1 Roadblock - Location to be determined by Capt (note on report)
05-22-13    SF Area 9 Roadblock - Location to be determined by Capt (note on report)
05-23-13    SF Area 9 Roadblock - William & Jefferson
05-24-13    SF Area 8 Roadblock - Location to be determined by Capt (note on report)
05-25-13    SF Area 4 Roadblock - Location to be determined by Capt (note on report)
05-26-13    SF Area 2 Roadblock - Location to be determined by Capt (note on report)
05-27-13    SF Area 1 Roadblock - Location to be determined by Capt (note on report)
05-28-13    SF Area 3 Roadblock - Location to be determined by Capt (note on report)
05-29-13    SF Area 18 Roadblock - Location to be determined by Capt (note on report)
05-30-13    SF Area 18 Roadblock - Location to be determined by Capt (note on report)
05-31-13    SF Area 12 Roadblock - Location to be determined by Capt (note on report)
```

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB016030

COB016030



Daniel Derenda/BPD
06/27/2013 04:32 PM

To   Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J
Barba/BPD@BuffaloPoliceDept, Byron C
Lockwood/BPD@BuffaloPoliceDept, Kevin J

cc

bcc

Subject  sf June location update

## *June 13 SF locations*

06-01-13  SF  Area 7 Roadblock Location to be determined by Capt (note on report)
06-02-13  SF  Area 9 Roadblock Broadway & Smith
06-03-13  SF  Area 2 Roadblock Olympic & 33
06-04-13  SF  Area 4 Roadblock Walden & Sycamore
06-05-13  SF  Area 8 Roadblock Location to be determined by Capt (note on report)
06-06-13  SF  Area 10 & 7 Roadblock Location to be determined by Capt (note on report)
06-07-13  SF  Area 15 Roadblock Grant & Hampshire
06-08-13  SF  Area 16 Roadblock Grant & Delavan
06-09-13  SF  Area 22 Seneca St(Babcock to Derstein)Roadblock Location to be determined by Capt
(note on report)
06-10-13  SF  Area 6 Roadblock Main & Utica
06-11-13  SF  Area 3 Roadblock
06-12-13  SF  Area 4 Roadblock Genesee & Theodore
06-13-13  SF  Area 8 Roadblock Broadway & Miller
06-14-13  SF  Area 4 Roadblock E Delavan & ERB
06-15-13  SF  Juneteenth 15:30-2100 Area 2 Roadblock 33 & Suffolk
06-16-13  SF  Juneteenth 15:30-2100 Area 7 Roadblock Box & Moselle
06-17-13  SF  Area 4 Roadblock Walden & Brinkman
06-18-13  SF  Area 8 Roadblock Broadway and Memorial
06-19-13  SF  Area 9 Roadblock Smith adn Broadway
06-20-13  SF  Area 2 Roadblock Delvan & William Gator
06-21-13  SF  Area 4 Roadblock Genesee & Erb
06-22-13  SF  Area 1 Roadblock Amherst & Berkshire
06-23-13  SF  Area 18 Roadblock Tonawanda & Ontario (hit the park and Tonawanda st hard)
06-24-13  SF  Area 3 Roadblock Leroy & Grider
06-25-13  SF  Area 9 Roadblock William & Jefferson (Warren, Strauss, Concord Sts problem areas)
06-26-13  SF  Area 8 Roadblock Empire & Goodyear
06-27-13  SF  Area 4 Roadblock Genesee & Cityline
06-28-13  SF  Area 7 Roadblock Ferry & Grider
06-29-13  Gus Macker 1530-1900 SF Area 7&8 Roadblock Sycamore & Walden
06-30-13  Gus Macker 1530-1900 SF Area 7&10 Roadblock Best & 33

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB016023

COB016023



**Daniel Derenda/BPD**
07/24/2013 04:03 PM

To   Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J
     Barba/BPD@BuffaloPoliceDept, Byron C
cc   Lockwood/BPD@BuffaloPoliceDept, Kevin J

bcc

Subject   July Sf F locations

## *July 13 SF locations*

07-01-13   SF  Area 9 Roadblock Sycamore & Fillmore ( Hit Warren Concord and Geneva hard)
07-02-13   SF  Area 8 Roadblock Empire & Goodyear
07-03-13   SF  Area 4 Roadblock Walden & Sycamore
07-04-13   SF  Area 18 Roadblock Tonawanda & Ontario
07-05-13   SF  Area 18 Roadblock Hertel & Niagara
07-06-13   SF  Area 18 Roadblock Hertel & Military
07-07-13   SF  Area 18 Roadblock Skillen & Military
07-08-13   SF  Area 6 Roadblock Main & Utica
07-09-13   SF  Area 4 Roadblock Genesee & Theodore
07-10-13   SF  Area 3 Roadblock Fillmore and Rodney
07-11-13   SF  Area 2 Roadblock RB to be determined
07-12-13   SF  Area 4 Roadblock RB to be determined
07-13-13   SF  Area 1 Roadblock RB to be determined
07-14-13   SF  Area 3 Roadblock RB to be determined
07-15-13   SF  Area 8 Roadblock RB to be determined
07-16-13   SF  Area 2 Roadblock 33 & Sullfolk
07-17-13   SF  Area 4 Roadblock to be determined
07-18-13   SF  Area 1 Roadblock to be determined
07-19-13   SF  Area 3 Roadblock to be determined
07-20-13   SF  Area 2 Roadblock to be determined
07-21-13   SF  Area 4 Roadblock to be determined
07-22-13   SF  Area 8 Roadblock RB to be determined
07-23-13   SF  Area 9 Roadblock RB to be determined
07-24-13   SF  Area 4 Roadblock RB to be determined
07-25-13   SF  Area 9 Roadblock RB to be determined
07-26-13   SF  Area 8 Roadblock RB to be determined
07-27-13   SF  Area 4 Roadblock RB to be determined
07-28-13   SF  Area 2 Roadblock RB to be determined
07-29-13   SF  Area 3 Roadblock RB to be determined
07-30-13   SF  Area 1 Roadblock RB to be determined
07-31-13   SF  Area 4 Roadblock RB to be determined

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB016017

COB016017



**Daniel Derenda/BPD**
08/27/2013 02:14 PM

To  Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J
Barba/BPD@BuffaloPoliceDept, Byron C
Lockwood/BPD@BuffaloPoliceDept, Kevin J

cc

bcc

Subject  sf location update

## *August 13 SF locations*

```
08-01-13   SF  Area 9 Roadblock Sycamore & Fillmore ( Hit Warren Concord and Geneva hard)
08-02-13   SF  Area 8 Roadblock Empire & Goodyear
08-03-13   SF  Area 4 Roadblock Walden & Sycamore
08-04-13   SF  Area 2 Roadblock to be determined by LT
08-05-13   SF Area 4 Roadblock to be determined by LT
08-06-13   SF Area 8 Roadblock to be determined by LT
08-07-13   SF Area 4 Roadblock to be determined by LT
08-08-13   SF Areas 5&6 Roadblock to be determined by LT
08-09-13   SF Area 9 Roadblock to be determined by LT
08-10-13   SF Area 8 Roadblock to be determined by LT
08-11-13   SF Area 4 Roadblock to be determined by LT
08-12-13   SF Area 2 Roadblock to be determined by LT
08-13-13   SF Area 2 Roadblock to be determined by LT
08-14-13   SF Area 2 Roadblock to be determined by LT
08-15-13   SF Areas 4&11 Roadblock to be determined by LT
08-16-13   SF Area 9 Roadblock to be determined by LT
08-17-13   SF Area 8 Roadblock to be determined by LT
08-18-13   SF Area 15 Roadblock to be determined by LT
08-19-13   SF Area 16 Roadblock to be determined by LT
08-20-13   SF Area 2 Roadblock to be determined by LT
08-21-13   SF Area 4 Roadblock to be determined by LT
08-22-13   SF Area 6&5 Roadblock to be determined by LT
08-23-13   SF Area 4 Roadblock to be determined by LT
08-24-13   SF Area 9 Roadblock to be determined by LT
08-25-13   SF Area 18 Roadblock to be determined by LT
08-26-13   SF Area 2 Roadblock to be determined by LT
08-27-13   SF Area 4 Roadblock to be determined by LT
08-28-13   SF Area 15 Roadblock to be determined by LT
08-29-13   SF Area 16 Roadblock to be determined by LT
08-30-13   SF Area 9 Roadblock to be determined by LT
08-31-13   SF Area 8 Roadblock to be determined by LT
09-01-13   SF Area 4 Roadblock to be determined by LT
09-02-13   SF Area 2 Roadblock to be determined by LT
```

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB016011

COB016011



**Daniel Derenda/BPD**
09/24/2013 03:16 PM

To  Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J
   Barba/BPD@BuffaloPoliceDept, Byron C
   Lockwood/BPD@BuffaloPoliceDept, Kevin J

cc

bcc

Subject  sf September location update

# Sept 2013

```
09-01-13   SF Area 4 Roadblock to be determined by LT
09-02-13   SF Area 2 Roadblock to be determined by LT
09-03-13   SF Area 15 Roadblock to be determined by LT
09-04-13   SF Area 16 Roadblock to be determined by LT
09-05-13   SF Area 10-11 Roadblock to be determined by LT
09-06-13   SF Area 9 Roadblock to be determined by LT
09-07-13   SF Area 8 Roadblock to be determined by LT
09-08-13   SF Area 4 Roadblock to be determined by LT
09-09-13   SF Area 2 Roadblock to be determined by LT
09-10-13   SF Area 1 Roadblock to be determined by LT
09-11-13   SF Area 9 Roadblock to be determined by LT
0912-13    SF Area 2 Roadblock to be determined by LT
09-13-13   SF Area 3 Roadblock to be determined by LT
09-14-13   SF Area 5-6 Roadblock to be determined by LT
09-15-13   SF Area 16 Roadblock to be determined by LT
09-16-13   SF Area 15 Roadblock to be determined by LT
09-17-13   SF Area 14-15 Roadblock to be determined by LT
09-18-13   SF Area 4 Roadblock to be determined by LT
09-19-13   SF Area 2 Roadblock to be determined by LT
09-20-13   SF Area 1 Roadblock to be determined by LT
09-21-13   SF Area 9  Roadblock to be determined by LT
09-22-13   SF Area 8 Roadblock to be determined by LT
09-23-13   SF Area 4 Roadblock to be determined by LT
09-24-13   SF Area 2 Roadblock to be determined by LT
09-25-13   SF Area 1 Roadblock to be determined by LT
09-26-13   SF Area 3 Roadblock to be determined by LT
09-27-13   SF Area 4 Roadblock to be determined by LT
09-28-13   SF Area 8 Roadblock to be determined by LT
09-29-13   SF Area 9 Roadblock to be determined by LT
09-30-13   SF Area 2 Roadblock to be determined by LT
```

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB016007

COB016007



**Daniel Derenda/BPD**
10/31/2013 09:24 AM

To  Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J
Barba/BPD@BuffaloPoliceDept, Byron C
Lockwood/BPD@BuffaloPoliceDept, Kevin J

cc

bcc

Subject  SF location update

# Oct & Nov 2013

09-30-13    SF Area 2 Roadblock to be determined by LT
10-01-13    SF Area 4 Roadblock to be determined by LT
10-02-13    SF Area 5&6 Roadblock to be determined by LT
10-03-13    SF Area 1 Roadblock to be determined by LT
10-04-13    SF Area 1 Roadblock to be determined by LT
10-05-13    SF Area 1 Roadblock to be determined by LT
10-06-13    SF Area 2 Roadblock to be determined by LT
10-07-13    SF Area 4 Roadblock to be determined by LT
10-08-13    SF Area 8 Roadblock to be determined by LT
10-09-13    SF Area 9 Roadblock to be determined by LT
10-10-13    SF Area 4 Roadblock to be determined by LT
10-11-13    SF Area 1 Roadblock to be determined by LT
10-12-13    SF Area 1 Roadblock to be determined by LT
10-13-13    SF Area 1 Roadblock to be determined by LT
10-14-13    SF Area 2 Roadblock to be determined by LT
10-15-13    SF Area 4 Roadblock to be determined by LT
10-16-13    SF Area 8 Roadblock to be determined by LT
10-17-13    SF Area 9 Roadblock to be determined by LT
10-18-13    SF Area 1 Roadblock to be determined by LT
10-19-13    SF Area 1 Roadblock to be determined by LT
10-20-13    SF Area 2 Roadblock to be determined by LT
10-21-13    SF Area 4 Roadblock to be determined by LT
10-22-13    SF Area 4 Roadblock to be determined by LT
10-23-13    SF Area 4 Roadblock to be determined by LT
10-24-13    SF Area 4 Roadblock to be determined by LT
10-25-13    SF Area 1 Roadblock to be determined by LT
10-26-13    SF Area 1 Roadblock to be determined by LT
10-27-13    SF Area 2 Roadblock to be determined by LT
10-28-13    SF Area 4 Roadblock to be determined by LT
10-29-13    SF Area 4 Roadblock to be determined by LT
10-30-13    SF Area 4 Roadblock to be determined by LT
10-31-13    SF Area 2 Roadblock to be determined by LT
11-01-13    SF Area 1 Roadblock to be determined by LT
11-02-13    SF Area 1 Roadblock to be determined by LT
11-03-13    SF Area 15 Roadblock to be determined by LT
11-04-13    SF Area 16 Roadblock to be determined by LT
11-05-13    SF Area 4 Roadblock to be determined by LT

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB016001



**Daniel Derenda/BPD**
11/26/2013 09:24 AM

To    Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J
      Barba/BPD@BuffaloPoliceDept, Byron C
      Lockwood/BPD@BuffaloPoliceDept, Kevin J
cc
bcc
Subject    sf location update

# Nov 2013

11-01-13    SF Area 1 Roadblock to be determined by LT
11-02-13    SF Area 1 Roadblock to be determined by LT
11-03-13    SF Area 15 Roadblock to be determined by LT
11-04-13    SF Area 16 Roadblock to be determined by LT
11-05-13    SF Area 4 Roadblock to be determined by LT
11-06-13    SF Area 8 Roadblock to be determined by LT
11-07-13    SF Area 9 Roadblock to be determined by LT
11-08-13    SF Area 4 Roadblock to be determined by LT
11-09-13    SF Area 1 Roadblock to be determined by LT
11-10-13    SF Area 2 Roadblock to be determined by LT
11-11-13    SF Area 18 Roadblock to be determined by LT
11-12-13    SF Area 16 Roadblock to be determined by LT
11-13-13    SF Area 15 Roadblock to be determined by LT
11-14-13    SF Area 4 Roadblock to be determined by LT
11-15-13    SF Area 4 Roadblock to be determined by LT
11-16-13    SF Area 1 Roadblock to be determined by LT
11-17-13    SF Area 1 Roadblock to be determined by LT
11-18-13    SF Area 2 Roadblock to be determined by Lt
11-19-13    SF Area 4 Roadblock to be determined by LT
11-20-13    SF Area 4 Roadblock to be determined by LT
11-21-13    SF Area 2 Roadblock to be determined by LT
11-22-13    SF Area 2 Roadblock to be determined by LT
11-23-13    SF Area 1 Roadblock to be determined by LT
11-24-13    SF Area 2 Roadblock to be determined by LT
11-25-13    SF Area 4 Roadblock to be determined by LT
11-26-13    SF Area 3 Roadblock to be determined by LT
11-27-13    SF Area 13 Downtown Chippawa bar district Roadblock to be determined by LT
11-28-13    SF Area 9 Roadblock to be determined by LT
11-29-13    SF Area 8 Roadblock to be determined by LT
11-30-13    SF Area 4 Roadblock to be determined by LT
12-01-13    SF Area 4 Roadblock to be determined by LT
12-02-13    SF Area 2 Roadblock to be determined by LT
12-03-13    SF Area 1 Roadblock to be determined by LT
12-04-13    SF Area 4 Roadblock to be determined by LT

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB015997

COB015997



| | | |
|---|---|---|
| **Daniel Derenda/BPD** | To | Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J |
| 12/26/2013 04:41 PM | | Barba/BPD@BuffaloPoliceDept, Byron C |
| | | Lockwood/BPD@BuffaloPoliceDept, Kevin J |
| | cc | |
| | bcc | |
| | Subject | sf location update |

# *Dec 2013*

12-01-13    SF Area 4 Roadblock to be determined by LT
12-02-13    SF Area 2 Roadblock to be determined by LT
12-03-13    SF Area 1 Roadblock to be determined by LT
12-04-13    SF Area 1 Roadblock to be determined by LT
12-05-13    SF Area 2 Roadblock to be determined by LT
12-06-13    SF Area 2 Roadblock to be determined by LT
12-07-13    SF Area 1 Roadblock to be determined by LT
12-08-13    SF Area 1 Roadblock to be determined by LT
12-09-13    SF Area 4 Roadblock to be determined by LT
12-10-13    SF Area 1 Roadblock to be determined by LT
12-11-13    SF Area 9 Roadblock to be determined by LT
12-12-13    SF Area 2 Roadblock to be determined by LT
12-13-13    SF Area 1 Roadblock to be determined by LT
12-14-13    SF Area 1 Roadblock to be determined by LT
12-15-13    SF Area 3 Roadblock to be determined by LT
12-16-13    SF Area 2 Roadblock to be determined by LT
12-17-13    SF Area 4 Roadblock to be determined by LT
12-18-13    SF Area 8 Roadblock to be determined by LT
12-19-13    SF Area 9 Roadblock to be determined by LT
12-20-13    SF Area 1 Roadblock to be determined by LT
12-21-13    SF Area 1 Roadblock to be determined by LT
12-22-13    SF Area 2 Roadblock to be determined by LT
12-23-13    SF Area 4 Roadblock to be determined by LT
12-24-13    SF Area 9 Roadblock to be determined by LT
12-25-13    SF Area 8 Roadblock to be determined by LT
12-26-13    SF Area 2 Roadblock to be determined by LT
12-27-13    SF Area1 Roadblock to be determined by LT
12-28-13    SF Area 1 Roadblock to be determined by LT
12-29-13    SF Area 2 Roadblock to be determined by LT
12-30-13    SF Area 4 Roadblock to be determined by LT
12-31-13    DOWNTOWN ball drop and Chippawa
01-01-14    SF Area 9 Roadblock to be determined by LT


Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB015993

COB015993



**Daniel Derenda/BPD**
01/27/2014 11:15 AM

To  Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J

cc

bcc

Subject  sf Jan location update

## *Jan 2014*

01-01-14    SF Area 9 Roadblock to be determined by LT
01-02-14    SF Area 4 Roadblock to be determined by LT
01-03-14    SF Area 8 Roadblock to be determined by LT
01-04-14    SF Area 4 Roadblock to be determined by LT
01-05-14    SF Area 4 Roadblock to be determined by LT
01-06-14    SF Area 2 Roadblock to be determined by LT
01-07-14    SF Area 2 Roadblock to be determined by LT
01-08-14    SF Area 8 Roadblock to be determined by LT
01-09-14    SF Area 4 Roadblock to be determined by LT
01-10-14    SF Area 4 Roadblock to be determined by LT
01-11-14    SF Area 2 Roadblock to be determined by LT
01-12-14    SF Area 2 Roadblock to be determined by LT
01-13-14    SF Area 1 Roadblock to be determined by LT
01-14-14    SF Area 9 Roadblock to be determined by LT
01-15-14    SF Area 4 Roadblock to be determined by LT
01-16-14    SF Area 3 Roadblock to be determined by LT
01-17-14    SF Area 11 Roadblock to be determined by LT
01-18-14    SF Area 11 Roadblock to be determined by LT
01-19-14    SF Area 1 Roadblock to be determined by LT
01-20-14    SF Area 2 Roadblock to be determined by LT
01-21-14    SF Area 4 Roadblock to be determined by LT
01-22-14    SF Area 8 Roadblock to be determined by LT
01-23-14    SF Area 4 Roadblock to be determined by LT
01-24-14    SF Area 4 Roadblock to be determined by LT
01-25-14    SF Area 4 Roadblock to be determined by LT
01-26-14    SF Area 4 Roadblock to be determined by LT
01-27-14    SF Area 9 Roadblock to be determined by LT
01-28-14    SF Area 8 Roadblock to be determined by LT
01-29-14    SF Area 4 Roadblock to be determined by LT
01-30-14    SF Area 2 Roadblock to be determined by LT
01-31-14    SF Area 1 Roadblock to be determined by LT

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB016214

COB016214



**Daniel Derenda/BPD**
02/19/2014 04:20 PM

To  Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J
    Barba/BPD@BuffaloPoliceDept, Byron C
    Lockwood/BPD@BuffaloPoliceDept, Kevin J

cc

bcc

Subject  sf feb location update

## *Feb 2014*

02-01-14    SF Area 2 Roadblock to be determined by LT
02-02-14    SF Area 4 Roadblock to be determined by LT
02-03-14    SF Area 5&7 Roadblock to be determined by LT
02-04-14    SF Area 15 Roadblock to be determined by LT
02-05-14    SF Area 16 Roadblock to be determined by LT
02-06-14    SF Area 18 Roadblock to be determined by LT
02-07-14    SF Area 10 & 11 Roadblock to be determined by LT
02-08-14    SF Area 2 Roadblock to be determined by LT
02-09-14    SF Area 5&7 Roadblock to be determined by LT
02-10-14    SF Area 3 Roadblock to be determined by LT
02-11-14    SF Area 1 Roadblock to be determined by LT
02-12-14    SF Area 2 Roadblock to be determined by LT
02-13-14    SF Area 4 Roadblock to be determined by LT
02-14-14    SF Area 5&6 Roadblock to be determined by LT
02-15-14    SF Area 2 Roadblock to be determined by LT
02-16-14    SF Area 15 Roadblock to be determined by LT
02-17-14    SF Area 16 Roadblock to be determined by LT
02-18-14    SF Area 9 Roadblock to be determined by LT
02-19-14    SF Area 9 Roadblock to be determined by LT
02-20-14    SF Area 4 Roadblock to be determined by LT
02-21-14    SF Area 4 Roadblock to be determined by LT
02-22-14    SF Area 2 Roadblock to be determined by LT
02-23-14    SF Area 2 Roadblock to be determined by LT
02-24-14    SF Area 1 Roadblock to be determined by LT
02-25-14    SF Area 3 Roadblock to be determined by LT
02-26-14    SF Area 1 Roadblock to be determined by LT
02-27-14    SF Area 2 Roadblock to be determined by LT
02-28-14    SF Area 4 Roadblock to be determined by LT

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB015985

COB015985



**Daniel Derenda/BPD**
03/27/2014 02:33 PM

To  Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J
     Barba/BPD@BuffaloPoliceDept, Byron C
     Lockwood/BPD@BuffaloPoliceDept, Kevin J

cc

bcc

Subject  location update

## *March 2014*

03-01-14   SF Area 2 Roadblock to be determined by LT
03-02-14   SF Area 4 Roadblock to be determined by LT
03-03-14   SF Area 5&7 Roadblock to be determined by LT
03-04-14   SF Area 3 Roadblock to be determined by LT
03-05-14   SF Area 1 Roadblock to be determined by LT
03-06-14   SF Area 1 Roadblock to be determined by LT
03-07-14   SF Area 1 &11 Roadblock to be determined by LT
03-08-14   SF Area 2 Roadblock to be determined by LT
03-09-14   SF Area 4 Roadblock to be determined by LT
03-10-14   SF Area 8 Roadblock to be determined by LT
03-11-14   SF Area 9 Roadblock to be determined by LT
03-12-14   SF Area 4 Roadblock to be determined by LT
03-13-14   SF Area 9 Roadblock to be determined by LT
03-14-14   SF Area 8 Roadblock to be determined by LT
03-15-14   SF Area 4 Roadblock to be determined by LT
03-16-14   SF Area 2 Roadblock to be determined by LT
03-17-14   SF Area 1 Roadblock to be determined by LT
03-18-14   SF Area 3 Roadblock to be determined by LT
03-19-14   SF Area 2 Roadblock to be determined by LT
03-20-14   SF Area 4 Roadblock to be determined by LT
03-21-14   SF Area 8 Roadblock to be determined by LT
03-22-14   SF Area 9 Roadblock to be determined by LT
03-23-14   SF Area 5&7 Roadblock to be determined by LT
03-24-14   SF Area 16 Roadblock to be determined by LT
03-25-14   SF Area 15 Roadblock to be determined by LT
03-26-14   SF Area 2 Roadblock to be determined by LT
03-27-14   SF Area 4 Roadblock to be determined by LT
03-28-14   SF Area 8 Roadblock to be determined by LT
03-25-14   SF Area 9 Roadblock to be determined by LT

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB015978

COB015978



**Daniel Derenda/BPD**
04/16/2014 03:47 PM

To   Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J

cc

bcc

Subject   april location update

# *April 2014*

03-31-14    SF Area 2 Roadblock to be determined by LT
04-01-14    SF Area 2 Roadblock to be determined by LT
04-02-14    SF Area 1 Roadblock to be determined by LT
04-03-14    SF Area 1 Roadblock to be determined by LT
04-04-14    SF Area 3 Roadblock to be determined by LT
04-05-14    SF Area 3 Roadblock to be determined by LT
04-06-14    SF Area 1 Roadblock to be determined by LT
04-07-14    SF Area 1 Roadblock to be determined by LT
04-08-14    SF Area 2 Roadblock to be determined by LT
04-09-14    SF Area 2 Roadblock to be determined by LT
04-10-14    SF Area 2 Roadblock to be determined by LT
04-11-14    SF Area 1 Roadblock to be determined by LT
04-12-14    SF Area1 Roadblock to be determined by LT
04-13-14    SF Area 2 Roadblock to be determined by LT
04-14-14    SF Area 2 Roadblock to be determined by LT
04-15-14    SF Area 4 Roadblock to be determined by LT
04-16-14    SF Area 4 Roadblock to be determined by LT
04-17-14    SF Area 8 Roadblock to be determined by LT
04-18-14    SF Area 9 Roadblock to be determined by LT
04-19-14    SF Area 4 Roadblock to be determined by LT
04-20-14    SF Area 2 Roadblock to be determined by LT
04-21-14    SF Area 1 Roadblock to be determined by LT
04-22-14    SF Area 1 Roadblock to be determined by LT

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB015975

COB015975



**Daniel Derenda/BPD**
05/30/2014 11:20 AM

To   Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J
     Barba/BPD@BuffaloPoliceDept, Byron C
     Lockwood/BPD@BuffaloPoliceDept, Kevin J

cc

bcc

Subject   SF location update

## *May 2014*

```
05-01-14    SF Area 2 Roadblock to be determined by LT
05-02-14    SF Area 1 Roadblock to be determined by LT
05-03-14    SF Area 1 Roadblock to be determined by LT
05-04-14    SF Area 3 Roadblock to be determined by LT
05-05-14    SF Area 2 Roadblock to be determined by LT
05-06-14    SF Area 4 Roadblock to be determined by LT
05-07-14    SF Area 4 Roadblock to be determined by LT
05-08-14    SF Area 9 Roadblock to be determined by LT
05-09-14    SF Area 8 Roadblock to be determined by LT
05-10-14    SF Area 4 Roadblock to be determined by LT
05-11-14    SF Area 2 Roadblock to be determined by LT
05-12-14    SF Area 2 Roadblock to be determined by LT
05-13-14    SF Area 2 Roadblock to be determined by LT
05-14-14    SF Area 2 Roadblock to be determined by LT
05-15-14    SF Area 1 Roadblock to be determined by LT
05-16-14    SF Area 1 Roadblock to be determined by LT
05-17-14    SF Area 2 Roadblock to be determined by LT
05-18-14    SF Area 3 Roadblock to be determined by LT
05-19-14    SF Area 4 Roadblock to be determined by LT
05-20-14    SF Area 4 Roadblock to be determined by LT
05-21-14    SF Area 2 Roadblock to be determined by LT
05-22-14    SF Area 1 Roadblock to be determined by LT
05-23-14    SF Area 2 Roadblock to be determined by LT
05-24-14    SF Area 2 Roadblock to be determined by LT
05-25-14    SF Area 4 Roadblock to be determined by LT
05-26-14    SF Area 4 Roadblock to be determined by LT
05-27-14    SF Area 2 Roadblock to be determined by LT
05-28-14    SF Area 2 Roadblock to be determined by LT
05-29-14    SF Area 1 Roadblock to be determined by LT
05-30-14    SF Area 4 Roadblock to be determined by LT
05-31-14    SF Area 8 Roadblock to be determined by LT
06-01-14    SF Area 9 Roadblock to be determined by LT
06-02-14    SF Area 1 Roadblock to be determined by LT
06-03-14    SF Area 2 Roadblock to be determined by LT
```

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB015971

COB015971



**Daniel Derenda/BPD**
06/27/2014 04:02 PM

To  Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J
    Barba/BPD@BuffaloPoliceDept, Byron C
    Lockwood/BPD@BuffaloPoliceDept, Kevin J

cc

bcc

Subject  sflocation update

## *June 2014*

```
06-01-14   SF Area 9 Roadblock to be determined by LT
06-02-14   SF Area 1 Roadblock to be determined by LT
06-03-14   SF Area 2 Roadblock to be determined by LT
06-04-14   SF Area   Roadblock to be determined by LT
06-05-14   SF Area   Roadblock to be determined by LT
06-06-14   SF Area   Roadblock to be determined by LT
06-07-14   SF Area  Roadblock to be determined by LT
06-08-14   SF Area   Roadblock to be determined by LT
06-09-14   SF Area   Roadblock to be determined by LT
06-10-14   SF Area   Roadblock to be determined by LT
06-11-14   SF Area  2 Roadblock to be determined by LT
06-12-14   SF Area 1 Roadblock to be determined by LT
06-13-14   SF Area 5&7 Roadblock to be determined by LT
06-14-14   SF 1530-2100hrs June teenth/ area 2  Roadblock to be determined by LT
06-15-14   SF SF 1530-2100hrs June teenth/ area 4 Roadblock to be determined by LT
06-16-14   SF Area 3 Roadblock to be determined by LT
06-17-14   SF Area 18 Roadblock to be determined by LT
06-18-14   SF Area 8 Roadblock to be determined by LT
06-19-14   SF Area 4 Roadblock to be determined by LT
06-20-14   SF Area 4 Roadblock to be determined by LT
06-21-14   SF Area 2 Roadblock to be determined by LT
06-22-14   SF Area 2 Roadblock to be determined by LT
06-23-14   SF Area 1 Roadblock to be determined by LT
06-24-14   SF Area 1 Roadblock to be determined by LT
06-25-14   SF Area 9 Roadblock to be determined by LT
06-26-14   SF Area 2 Roadblock to be determined by LT
06-27-14   SF Area 2 Roadblock to be determined by LT
06-28-14   SF Area 4 Roadblock to be determined by LT
06-29-14   SF Area 18 Roadblock to be determined by LT
06-30-14   SF Area 8 Roadblock to be determined by LT
```

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB015968

COB015968



**Daniel Derenda/BPD**
07/02/2014 10:46 AM

To   Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J
     Barba/BPD@BuffaloPoliceDept, Byron C
     Lockwood/BPD@BuffaloPoliceDept, Kevin J

cc

bcc

Subject   sf location update

# *July 2014*

07-01-14    SF Area 9 Roadblock to be determined by LT
07-02-14    SF Area 4 Roadblock to be determined by LT
07-03-14    SF Area 2 Roadblock to be determined by LT
07-04-14    SF Area 4 Roadblock to be determined by LT
07-05-14    SF Area 1 Roadblock to be determined by LT
07-06-14    SF Area 2  Roadblock to be determined by LT
07-07-14    SF Area 4 Roadblock to be determined by LT
07-08-14    SF Area 8 Roadblock to be determined by LT


Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB016238

COB016238