# Exhibit 53

Message

| | |
|---|---|
| **From:** | Helfer,Kevin J. [/O=BUFFALO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KHELFER] |
| **Sent:** | 2/8/2013 7:23:57 PM |
| **To:** | Estrich,Donna [AU94@ch.ci.buffalo.ny.us] |
| **Subject:** | FW: |
| **Attachments:** | PVB_Strike Force Statistics 01152013.pdf |

Donna- Here is what I gave the Mayor two weeks ago.
This was as of 01/15/13.
I am getting it updated now, but I doubt it will change substantially since Strike Force has taken a break.
We netted about $150,000 from this initiative.
Kevin

**From:** Barnes, Ken
**Sent:** Friday, January 18, 2013 2:20 PM
**To:** Helfer,Kevin J.
**Subject:** RE:

Kevin,

Attached are the Strike Force statistics in pdf format, as requested.

Ken

**From:** Helfer,Kevin J.
**Sent:** Friday, January 18, 2013 1:03 PM
**To:** Barnes, Ken
**Subject:**

If you get a chance can you send me the Strike Force Stats in pdf format?
Kevin

# PVB Strike Force Statistics

**Strike Force Tows:**   1,115

| Month | No. of Tows | Released | | | | Unreleased | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Owner/Lienholder | | Sold at Auction | | | | | |
| | | Count | Total Paid | Count | Total Auction Price | Count | Towing Cost | Storage Cost (Increases Daily) | Potential Revenue |
| Jul | 162 | 144 | 23,225 | 17 | 7,700 | 1 | 90 | - | 90 |
| Aug | 219 | 203 | 32,597 | 14 | 6,525 | 2 | 180 | 6,450 | 6,630 |
| Sep | 97 | 90 | 14,552 | 6 | 4,100 | 1 | 90 | 3,050 | 3,140 |
| Oct | 116 | 114 | 16,210 | 2 | 700 | | | | |
| Nov | 234 | 219 | 36,990 | 12 | 8,350 | 3 | 270 | 4,350 | 4,620 |
| Dec | 182 | 172 | 25,615 | 2 | 750 | 8 | 630 | 5,425 | 6,055 |
| Jan, 2013 | 105 | 85 | 11,125 | | | 20 | 1,530 | 1,725 | 3,255 |
| Total: | 1,115 | 1,027 | $ 160,314 | 53 | $ 28,125 | 35 | $ 2,790 | $ 21,000 | $ 23,790 |

| Month | No. of Tows | Tow Agencies | | |
| --- | --- | --- | --- | --- |
| | | DPE | RIV | SBA |
| Jul | 162 | 43 | 72 | 47 |
| Aug | 219 | 37 | 115 | 67 |
| Sep | 97 | 23 | 45 | 29 |
| Oct | 116 | 25 | 56 | 35 |
| Nov | 234 | 44 | 84 | 106 |
| Dec | 182 | 18 | 85 | 79 |
| Jan, 2013 | 105 | 20 | 28 | 57 |
| Total: | 1,115 | 210 | 485 | 420 |
| | | 19% | 43% | 38% |

Print Date: 01/18/2013

COB067740