# Exhibit 55

Tentative Agreement

Between

City of Buffalo & City of Buffalo PBA

TERM

Amend the Preamble & Article I so that the term of the Agreement shall be effective July 1, 2021, through June 30, 2025, (4 year term).

HEALTH INSURANCE

Amend Article XXI so that unit employees hired after the date of ratification and approval of this agreement will contribute the contractual premium contribution for new hires for a period of ten years. This changes the current 4 year contribution period to 10 years. All current health insurance benefits and other provisions of Article XXI remain unchanged and in full force and effect for all unit employees hired prior to ratification and approval of this tentative agreement.

WAGES

Amend Article II so that all unit employees' wages are adjusted as follows:

Effective July 1, 2021 - a retroactive increase to base wage of 3%.

Effective July 1, 2022 - a retroactive increase to base wage of 4%.

Effective July 1, 2023 - a retroactive increase to base wage of 4%.

Effective July 1, 2024 - increase to base wage of 4%.

RESIDENCY

Amend Article I so that the Residency Requirement language is renewed for the duration of the term of this Agreement (as agreed above).

LONGEVITY

Amend Article XXIII so that: effective July 1, 2021, all Longevity rates are retroactively increased by $20.00; effective July 1, 2022, all Longevity rates are retroactively increased by $20.00; effective July 1, 2023, all Longevity rates are retroactively increased by $20.00; effective July 1, 2024, increase all Longevity

EXHIBIT
17
01-25-2024

rates by $20.00. The Parties understand that longevity payments are received by unit employees on their "anniversary" hire date.

## ROUTINE EVALUATIONS

Amend Article XXVIII so that unit employee routine evaluations may be conducted by a unit employees' supervisor (i.e. Captain), at a maximum of 4 times per year, not to exceed 1 evaluation every 3 months (i.e. quarterly). As a result of a routine evaluation, the evaluating supervisor(s) may require the unit employee to attend a (1) training session conducted by a City of Buffalo Training Academy trainer, not to exceed 4 routine training sessions per year. If training is scheduled outside unit employee's regularly scheduled shift, it is understood that contractual overtime rates will apply. If scheduled during a unit employee's regularly scheduled shift, contractual overtime rates will not apply. When the unit employee completes the required routine training session, the evaluating supervisor shall record the evaluation as concluded.

## MISCELLANEOUS

All terms and conditions of the expired CBA and interest arbitration award not changed, modified, or superseded hereby remain in full force and effect and are included herein by reference.

All proposals previously agreed to are included herein by reference.

All other proposals are deemed withdrawn by both parties.

This tentative agreement is subject to PBA unit ratification and City of Buffalo, City Council approval.

Dated 12/20/23                    Buffalo, New York

For the City of Buffalo                                For the PBA

_____                    _____ Evans

Approved as to Form                              Approved as to Form

_____                    _____
Cavette Chambers, Esq                          John Gilmour, Esq.