# Exhibit 56

# EXECUTIVE DEPARTMENT

## EXECUTIVE DEPARTMENT GENERAL OFFICE          FUNCTION          1501

| | | |
|---|---|---:|
| APPROPRIATIONS | $ | 1,071,916 |
| FRINGES | $ | 446,879 |
| TOTAL APPROPRIATIONS | $ | 1,518,795 |
| REVENUE | $ | 100,000 |
| NET | $ | (1,418,795) |

HELFER
16
06-22-2022

## MAYOR AND EXECUTIVE DEPARTMENT
### Executive Division
### Division# 03-1501

### Goals

1. To further expand economic development, improve the quality of life and achieve greater accountability and efficiency in city government.
2. To represent the City of Buffalo and its residents locally through regulatory bodies, other units of government and civic groups, and beyond the City's borders through lobbying efforts in the state and federal capitals, as well as participating in national and regional forums, seminars and symposia on issues affecting cities across the country.
3. To develop, implement and manage the functions of all city departments under the Executive Department of which the Mayor serves as department head.

### Activities

1. Appoint the heads of the City departments and directors of the divisions as well as the members of boards and commissions.
2. Formulates the city's annual budget and holds veto power over Council actions.
3. Maintains peace, enforces the law and insures that all other offices, boards, departments, commissions and agencies faithfully perform their duties.
4. Exercises authority to examine all books and accounts of the city. In addition, the Mayor has the same powers of investigation as are conferred on the Council. He may also exercise such other powers and perform such duties as are imposed upon him by ordinance, local or general law.
5. Performs functions of the ceremonial head of government and its embodiment of the city. He is frequently called upon to represent the city before other units of government and various regulatory and legislative bodies and civic groups.
6. Exercises powers of department head of the Executive Department. These divisions include Strategic Planning, Citizen Services, and Intergovernmental Affairs. The Mayor acts as department head for these divisions in all the usual senses to include appointing personnel, preparing and monitoring the budget and supervising division heads.



City of Buffalo
Adopted Budget 2017-2018
General Fund

| | 2015-2016 Actual Amount | 2016-2017 Adopted Budget | 2016-2017 Revised Budget | 2016-2017 Year To Date 5/31/2017 | 2017-2018 Adopted Budget |
|---|---|---|---|---|---|
| **1501 EXECUTIVE DEPT GENERAL OFFICE TOTAL** | **859,147.86** | **1,054,540.00** | **1,054,927.50** | **790,835.00** | **1,071,916.00** |
| **10301001 EXECUTIVE  PS** | **808,933.54** | **951,965.00** | **951,965.00** | **740,120.55** | **969,341.00** |
| 411001 ANNUAL SALARY | 708,826.15 | 874,015.00 | 874,015.00 | 708,448.40 | 888,895.00 |
| 412002 HOURLY SALARY | 94,186.41 | 71,000.00 | 71,000.00 | 26,672.15 | 71,000.00 |
| 414001 LONGEVITY | 4,750.00 | 5,000.00 | 5,000.00 | 5,000.00 | 6,450.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 1,170.98 | 1,950.00 | 1,950.00 | 0.00 | 1,996.00 |
| 414028 VACATION BUYOUT | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 |
| **10301004 EXECUTIVE  TR** | **5,903.06** | **8,200.00** | **12,700.00** | **6,753.43** | **8,200.00** |
| 458001 TRANSPORTATION | 1,234.06 | 2,100.00 | 6,600.00 | 5,142.53 | 2,100.00 |
| 458002 MEALS & LODGING | 429.00 | 1,600.00 | 1,600.00 | 1,410.90 | 1,600.00 |
| 458003 REGISTRATION & MEMBERSHIP FEES | 4,240.00 | 4,500.00 | 4,500.00 | 200.00 | 4,500.00 |
| **10301005 EXECUTIVE  SP** | **3,429.19** | **2,950.00** | **2,950.00** | **2,367.23** | **2,850.00** |
| 461001 OFFICE SUPPLIES | 3,429.19 | 2,550.00 | 2,550.00 | 2,367.23 | 2,550.00 |
| 461005 PHOTO & DRAFTING SUPPLIES | 0.00 | 400.00 | 400.00 | 0.00 | 300.00 |
| **10301006 EXECUTIVE  SV** | **40,882.07** | **91,425.00** | **87,312.50** | **41,593.79** | **91,525.00** |
| 443301 MACHINERY & EQUIP REPAIRS | 195.00 | 225.00 | 325.00 | 275.00 | 325.00 |
| 454000 ADVERTISING | 1,408.00 | 6,000.00 | 6,287.50 | 2,860.50 | 6,000.00 |
| 455000 PRINTING & BINDING | 3,989.40 | 4,200.00 | 4,200.00 | 4,196.00 | 4,200.00 |
| 455100 INTERNAL PRINT SHOP | 929.48 | 1,000.00 | 1,000.00 | 963.79 | 1,000.00 |
| 456000 OTHER SERVICES | 19,998.00 | 70,000.00 | 58,500.00 | 17,617.90 | 70,000.00 |
| 456010 CEREMONIES & ENTERTAINMENT | 14,362.19 | 10,000.00 | 17,000.00 | 15,680.60 | 10,000.00 |

```
05/31/2017 12:33    |CITY OF BUFFALO                                                                      |P        1
rnosworthy          |ADOPTED BUDGET REQUESTS                                                              |bgdeptrq

      BUDGET PROJECTION 21718  CITY OF BUFFALO 2017-2018 BUDGET PROJECTION

 ORG     OBJECT PROJ  ACCOUNT DESCRIPTION                  CURRENT       PROJECTED                    PERCENT
                                                          ADJ BUDGET       ACTUAL          ADOPTED    CHANGE
---------------------------------------------------------------------------------------------------------------
 10301001411001        MAYOR  PS ANNUAL SALARY            874,015.00          .00         888,895.00    1.70
              1000-03-1501-0000-1-00-0-40-411001-
                     MAYOR                                    1.00      105,000.00         105,000.00
                     DEPUTY MAYOR                             2.00      116,525.00         233,050.00
                I122
                     SPECIAL ASSIST. TO THE MAYOR I          1.00       61,118.00          61,118.00
                I123
                     EXECUTIVE ASSISTANT TO MAYOR            1.00       76,663.00          76,663.00
                I140
                     SPEC ASST TO DEPUTY MAYOR III           1.00       51,350.00          51,350.00
                I133
                     SENIOR ADMINISTRATIVE ASSISTANT         1.00       62,347.00          62,347.00
                A063 - STEP 5
                     TELEPHONE OPERATOR                      1.00       41,850.00          41,850.00
                A007 - STEP 5
                     EXEC DIRECTOR BFLO ARTS COMM            1.00       59,573.00          59,573.00
                I030
                     CHIEF DIVERSITY OFFICER                 1.00      105,988.00         105,988.00
                I064
                     CONFIDENTIAL AIDE                        1.00       53,453.00          53,453.00
                I162
                     DIRECTOR OF GOVT RELATIONS & SPEC PROJ  1.00       90,003.00          90,003.00
                I045
                     Attrition                               1.00       51,500.00         -51,500.00

                          BUDGET CEILING:                                                 874,015.00
                               TOTALS:    874,015.00          .00                         888,895.00    1.70

                     ** END OF REPORT - Generated by nosworthy,raymour **
```

# EXECUTIVE DEPARTMENT

## OFFICE OF STRATEGIC PLANNING     FUNCTION     1509

| | | |
|---|---|---:|
| APPROPRIATIONS | $ | 1,412,101 |
| FRINGES | $ | 376,732 |
| TOTAL APPROPRIATIONS | $ | 1,788,833 |
| REVENUE | $ | 80,000 |
| NET | $ | (1,708,833) |

## OFFICE OF STRATEGIC PLANNING
### Divisions of Planning, Zoning & Preservation

### Goals

1. Facilitate quality development throughout the City through staffing the Planning board, Zoning Board of Appeals and Preservation Board.
2. Provide accurate information to the public and applicants about review procedures, zoning requirement and other issues.
3. Assist with adoption and implementation of the Green Code.

### Activities

1. Staff to the Planning Board. Staff prepares agendas, sends public notifications, reviews submittal for completeness, facilities conversations with other departments regarding proposed developments, prepares SEQRA information and approvals and maintains files.
2. Staff to the Zoning board of Appeals, Staff prepares agendas, sends public notification, facilities conversations with other departments regarding proposed developments as needed, prepares approvals and maintains files.
3. Staff to the Preservation Board. Staff prepares agendas, sends public notifications, facilitates conservations with other departments regarding proposed developments as needed, prepares approvals and maintains files.
4. Manage the Buffalo Green Code project including coordinating with the consultant team, community stakeholders, and the general public, drafting and reviewing text, graphics, and map changes; arranging participating and recording imput from various stakeholder and community meetings.
5. Meet developers and others regarding potential projects to review and identify issues of concern prior to formal submittals.
6. Work with Department of Permits and Inspections services on upcoming and approved project to facilitate approvals throughout the city.
7. Participate in and support various planning initiatives related to land use, economic development, environmental resources, brownfields, community and neighborhood development, regional planning, commercial corridor development, planning for specific populations such as the aging, food policy, etc.

## OFFICE OF STRATEGIC PLANNING
**Planning Board**
**Division #03-1509**

### Work Program Statistics

| CITY PLANNING BOARD<br>OSP City Personnel Activities-Board Staff | Actual<br>2015-2016 | Projection<br>2016-2017 | Estimate<br>2017-2018 |
|---|---|---|---|
| Technical Staff Support | 1.0 | 1.0 | 1.0 |
| Board Meetings | 24 | 24 | 24 |
| Public Hearings | 90 | 123 | 90 |
| Minor Site Plans | 0 | 0 | 30 |
| Site Plan Reviews | 88 | 95 | 120 |
| Rezoning | 2 | 2 | 0 |
| Subdivisions | 1 | 3 | 2 |
| Real Estate Referrals | 2 | 2 | 4 |
| Items Referred from Common Council | 75 | 60 | 75 |
| Total Items before Board | 174 | 199 | 167 |
| Demolition Reviews | 1 | 2 | 1 |
| SEQR Reviews | 100 | 123 | 90 |
| Information Walk In | 250 | 400 | 450 |
| Inter Office Inquires | 80 | 100 | 150 |
| Phone Inquires | 600 | 750 | 750 |
| Training Workshops | 2 | 2 | 2 |
| Site Inspections | 20 | 20 | 30 |
| Board Minutes Processed | 24 | 24 | 24 |



City of Buffalo
Adopted Budget 2017-2018
General Fund

| | 2015-2016 Actual Amount | 2016-2017 Adopted Budget | 2016-2017 Revised Budget | 2016-2017 Year To Date 5/31/2017 | 2017-2018 Adopted Budget |
|---|---|---|---|---|---|
| **1509 OFFICE OF STRATEGIC PLANNING TOTAL** | **693,000.83** | **1,437,132.22** | **1,446,652.67** | **785,060.26** | **1,412,100.89** |
| **10309001 STRATEGIC PLAN PS** | **612,827.12** | **798,847.22** | **798,847.22** | **671,326.61** | **807,115.89** |
| 411001 ANNUAL SALARY | 596,150.53 | 786,916.00 | 786,916.00 | 654,681.69 | 788,214.00 |
| 413001 OVERTIME | 5,098.60 | 0.00 | 0.00 | 7,182.68 | 0.00 |
| 414001 LONGEVITY | 7,811.10 | 4,925.00 | 4,925.00 | 6,700.00 | 7,425.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 2,292.39 | 3,006.22 | 3,006.22 | 0.00 | 7,476.89 |
| 414028 VACATION BUYOUT | 0.00 | 0.00 | 0.00 | 1,124.24 | 0.00 |
| 415001 AUTOMOBILE ALLOWANCE | 1,474.50 | 4,000.00 | 4,000.00 | 1,638.00 | 4,000.00 |
| **10309004 STRATEGIC PLAN TR** | **175.00** | **50,200.00** | **50,200.00** | **50,000.00** | **50,200.00** |
| 458003 REGISTRATION & MEMBERSHIP FEES | 175.00 | 50,200.00 | 50,200.00 | 50,000.00 | 50,200.00 |
| **10309005 STRATEGIC PLAN SP** | **2,155.81** | **20,585.00** | **5,811.30** | **5,344.11** | **5,585.00** |
| 461001 OFFICE SUPPLIES | 1,532.86 | 940.00 | 1,240.00 | 1,212.81 | 940.00 |
| 461007 COMP & SOFTWARE (NON CAPITAL) | 0.00 | 19,145.00 | 4,071.30 | 4,071.30 | 4,145.00 |
| 467000 MISCELLANEOUS SUPPLIES | 622.95 | 500.00 | 500.00 | 60.00 | 500.00 |
| **10309006 STRATEGIC PLAN SV** | **77,842.90** | **567,500.00** | **591,794.15** | **58,389.54** | **549,200.00** |
| 443301 MACHINERY & EQUIP REPAIRS | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| 446000 URBAN DEVELOPMENT SERVICES | 9,986.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| 454000 ADVERTISING | 19,009.65 | 22,000.00 | 25,626.20 | 23,750.68 | 22,700.00 |
| 455000 PRINTING & BINDING | 1,702.54 | 3,000.00 | 3,000.00 | 1,017.70 | 0.00 |
| 456000 OTHER SERVICES | 30,324.31 | 30,000.00 | 51,923.70 | 31,368.00 | 525,000.00 |
| 480000 OTHER SERVICES | 15,320.00 | 511,000.00 | 509,744.25 | 753.16 | 0.00 |

```
05/31/2017 12:33     |CITY OF BUFFALO                                                                        |P        1
rnosworthy           |ADOPTED BUDGET REQUESTS                                                                |bgdeptrq
```

BUDGET PROJECTION 21718   CITY OF BUFFALO 2017-2018 BUDGET PROJECTION

| ORG | OBJECT PROJ | ACCOUNT DESCRIPTION | CURRENT ADJ BUDGET | PROJECTED ACTUAL | ADOPTED | PERCENT CHANGE |
|---|---|---|---|---|---|---|
| 10309001411001 | | STRATEGIC PLAN PS ANNUAL SAL | 786,916.00 | .00 | 788,214.00 | .16 |
| | 1000-03-1509-0000-1-00-0-65-411001- | | | | | |
| | | EXECUTIVE DIRECTOR OSP (I062) | 1.00 | 119,646.00 | 119,646.00 | |
| | | REAL ESTATE FINANCIAL ANALYST (Step 12) A077 | 1.00 | 64,114.00 | 64,114.00 | |
| | | STENOGRAPHER OSP (A004 Step 5) | 1.00 | 39,734.00 | 39,734.00 | |
| | | SENIOR PLANNER OSP (A060 Step 5) | 1.00 | 59,858.00 | 59,858.00 | |
| | | ECONOMIC DEVELOPMENT COORDINATOR OSP (A071 Step 12) | 1.00 | 59,800.00 | 59,800.00 | |
| | | CONFIDENTIAL SEC.TO EXEC. DIRECTOR OSP (I143 Step 5) | 1.00 | 49,063.00 | 49,063.00 | |
| | | DIRECTOR OF DEVELOPMENT OSP (I144) | 1.00 | 82,066.00 | 82,066.00 | |
| | | SENIOR PLANNER OSP (A060) Step 5 | 1.00 | 59,858.00 | 59,858.00 | |
| | | SENIOR PLANNER OSP (A060 Step 12) | 1.00 | 53,336.00 | 53,336.00 | |
| | | RESOURCE DEVELOPMENT TECHNICIAN OSP (A067 Step 1) | 1.00 | .00 | .00 | |
| | | DIRECTOR PLANNING OSP (I049) | 1.00 | 84,527.00 | 84,527.00 | |
| | | HUD PROGRAM ADMINISTRATOR OSP (A054 Step 14) | 1.00 | 54,281.00 | 54,281.00 | |
| | | BROADWAY MARKET MANAGER OSP A115 - STEP 12 | 1.00 | 64,505.00 | 64,505.00 | |
| | | | 1.00 | 2,574.00 | -2,574.00 | |

```
                         BUDGET CEILING:                                786,916.00
                              TOTALS:      786,916.00         .00       788,214.00      .16
```

** END OF REPORT - Generated by nosworthy,raymour **

# EXECUTIVE DEPARTMENT

## STRATEGIC PLANNING ZONING & LAND USE    FUNCTION    1511

| | | |
|---|---|---:|
| APPROPRIATIONS | $ | 67,503 |
| FRINGES | $ | 29,871 |
| TOTAL APPROPRIATIONS | $ | 97,374 |
| REVENUE | $ | - |
| NET | $ | (97,374) |

# OFFICE OF STRATEGIC PLANNING
## Preservation Board
## Division# 03-1511


## Work Program Statistics

| CITY PRESERVATION BOARD<br>OSP City Personnel Activities-Board Staff | Actual<br>2015-2016 | Projection<br>2016-2017 | Estimate<br>2017-2018 |
|---|---|---|---|
| Technical Staff Support | 1.0 | 1.0 | 1.0 |
| Board Meetings | 23 | 23 | 23 |
| Public Hearings | 10 | 8 | 12 |
| Sub-Committee Meetings | 29 | 33 | 20 |
| Design Review Meeting | 190 | 209 | 200 |
| Landmark Site Reviewed & Designated | 4 | 6 | 4 |
| Landmark Districts Reviewed & Designated | 0 | 4 | 2 |
| Applicants for Certificates | 160 | 170 | 200 |
| Certificates of No Effect | 160 | 170 | 125 |
| Certificates of Appropriateness | 180 | 183 | 75 |
| Items Referred from Common Council | 4 | 5 | 6 |
| Total Items before Board | 160 | 170 | 218 |
| Demolition  Reviews | 147 | 157 | 20 |
| Information Walk-Ins | 360 | 370 | 400 |
| Inter Office Inquires | 20 | 25 | 25 |
| Phone Inquires | 300 | 325 | 400 |
| Site Inspections | 26 | 27 | 25 |
| Training Workshop | 0 | 1 | 1 |
| Board Application Fees Processed | 188 | 200 | 200 |
| Board Minutes Processed | 23 | 23 | 23 |

**OFFICE OF STRATEGIC PLANNING**
**Zoning Board of Appeals**
**Division# 03-1511**

**Work Program Statistics**

| ZONING BOARD OF APPEAL OSP City Personnel Activities-Board Staff | Actual 2015-2016 | Projection 2016-2017 | Estimate 2017-2018 |
|---|---|---|---|
| Technical Staff Support | 1.0 | 1.0 | 1.0 |
| Board Meetings | 11 | 11 | 11 |
| Public Hearings | 217 | 209 | 225 |
| Total Items before board | 217 | 209 | 225 |
| SEQR Review | 211 | 260 | 225 |
| Zoning Verification Letters | 594 | 250 | 275 |
| Information Walk-Ins | 142 | 200 | 215 |
| Inter Office Inquires | 21 | 25 | 26 |
| Phone Inquiries | 312 | 325 | 350 |
| Site Inspections | 217 | 10 | 20 |
| Training Workshops | 3 | 4 | 2 |
| Board Minutes Processed | 11 | 11 | 11 |
| Broadway Market Invoices Processed | 75 | 85 | 90 |



City of Buffalo
Adopted Budget 2017-2018
General Fund

| | 2015-2016 Actual Amount | 2016-2017 Adopted Budget | 2016-2017 Revised Budget | 2016-2017 Year To Date 5/31/2017 | 2017-2018 Adopted Budget |
|---|---|---|---|---|---|
| **1511 STRAT PLAN ZONING & LAND USE TOTAL** | **30,530.47** | **63,329.77** | **63,329.77** | **14,263.42** | **67,502.97** |
| **10311001 ZONING & LAND USE  PS** | **25,160.80** | **58,479.77** | **58,479.77** | **9,415.46** | **61,952.97** |
| 411001 ANNUAL SALARY | 24,110.80 | 56,576.00 | 56,576.00 | 9,415.46 | 60,003.00 |
| 414001 LONGEVITY | 1,050.00 | 1,050.00 | 1,050.00 | 0.00 | 1,050.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 0.00 | 853.77 | 853.77 | 0.00 | 899.97 |
| **10311005 ZONING & LAND USE  SP** | **966.12** | **50.00** | **50.00** | **47.96** | **50.00** |
| 461001 OFFICE SUPPLIES | 49.17 | 50.00 | 50.00 | 47.96 | 50.00 |
| 467000 MISCELLANEOUS SUPPLIES | 916.95 | 0.00 | 0.00 | 0.00 | 0.00 |
| **10311006 ZONING & LAND USE  SV** | **4,403.55** | **4,800.00** | **4,800.00** | **4,800.00** | **5,500.00** |
| 454000 ADVERTISING | 4,403.55 | 4,800.00 | 4,800.00 | 4,800.00 | 5,500.00 |

```
05/31/2017 12:33    |CITY OF BUFFALO                                                                              |P        1
rnosworthy          |ADOPTED BUDGET REQUESTS                                                                      |bgdeptrq

     BUDGET PROJECTION 21718   CITY OF BUFFALO 2017-2018 BUDGET PROJECTION

                                                                 CURRENT        PROJECTED                      PERCENT
ORG      OBJECT PROJ  ACCOUNT DESCRIPTION                       ADJ BUDGET        ACTUAL         ADOPTED       CHANGE
-----------------------------------------------------------------------------------------------------------------------
10311001411001           ZONING PS ANNUAL SAL                   56,576.00            .00        60,003.00        6.06
       1000-03-1511-0000-1-00-0-40-411001-
            ADMINISTRATIVE SECRETARY                                  1.00      46,798.00        46,798.00
       A026 - STEP 4
       MEMBER OF ZONING BOARD APPEALS                                5.00       2,641.00        13,205.00

                                BUDGET CEILING:                                                  56,576.00
                                      TOTALS:                    56,576.00            .00        60,003.00        6.06

                        ** END OF REPORT - Generated by nosworthy,raymour **
```

# EXECUTIVE DEPARTMENT

## STRATEGIC PLANNING ENVIRONMENTAL AFFAIRS     FUNCTION     1512

| | | |
|---|---|---:|
| APPROPRIATIONS | $ | 63,507 |
| FRINGES | $ | 30,966 |
| TOTAL APPROPRIATIONS | $ | 94,473 |
| REVENUE | $ | - |
| NET | $ | (94,473) |

# OFFICE OF STRATEGIC PLANNING
## Environmental Affairs
## Division# 03-1512

## Work Program Statistics

| DIVISION OF ENVIRONMENTAL AFFAIRS OSP City Personnel Activities-Board Staff | Actual 2015-2016 | Projection 2016-2017 | Estimate 2017-2018 |
|---|---|---|---|
| Technical Staff Support | 1.0 | 1.0 | 1.0 |
| EMC Board Meetings | 0 | 6 | 11 |
| Environmental Affairs SEQR Reviews | 0 | 5 | 10 |
| Environmental Easement Records | 0 | 10 | 15 |
| Phase I & II ESA Reviews | 0 | 3 | 6 |
| DPW Site Coordination/Review | 0 | 10 | 15 |
| Site Reporting Coordination for City Sites to NYSDEC | 0 | 3 | 7 |
| SPEDES | | 2 | 6 |
| Other City Agencies Site Coordination/Review | 0 | 10 | 15 |
| Information Walk In | 0 | 5 | 10 |
| Inter Office Inquires | 0 | 10 | 20 |
| Phone Inquires | 0 | 15 | 30 |
| Site Inspections | 0 | 10 | 20 |
| Board Minutes Processed | 0 | 6 | 11 |
| **OSP Support Activities** | Actual 2015-2016 | Projection 2016-2017 | Estimate 2017-2018 |
| Planning Board SEQR Reviews | 0 | 123 | 90 |
| ZBA SEQR Reviews | 0 | 260 | 225 |
| BURA SEQR Reviews | 0 | 10 | 20 |
| Real Estate SEQR Referrals | 0 | 5 | 15 |
| BMHA – HUD NEPA Coordination | 0 | 2 | 6 |



City of Buffalo
Adopted Budget 2017-2018
General Fund

| | 2015-2016 Actual Amount | 2016-2017 Adopted Budget | 2016-2017 Revised Budget | 2016-2017 Year To Date 5/31/2017 | 2017-2018 Adopted Budget |
|---|---|---|---|---|---|
| **1512 STRAT PLAN EVIRONMENTAL AFFAIR TOTAL** | **11,986.41** | **59,656.00** | **59,656.00** | **52,667.34** | **63,507.25** |
| **10312001 ENVIRON AFFAIRS  PS** | **11,986.41** | **59,656.00** | **59,656.00** | **52,667.34** | **63,507.25** |
| 411001 ANNUAL SALARY | 11,986.41 | 59,296.00 | 59,296.00 | 52,640.34 | 62,309.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 0.00 | 0.00 | 0.00 | 0.00 | 1,198.25 |
| 415001 AUTOMOBILE ALLOWANCE | 0.00 | 360.00 | 360.00 | 27.00 | 0.00 |

```
05/31/2017 12:34      |CITY OF BUFFALO                                                                      |P        1
rnosworthy            |ADOPTED BUDGET REQUESTS                                                              |bgdeptrq

     BUDGET PROJECTION 21718   CITY OF BUFFALO 2017-2018 BUDGET PROJECTION

ORG      OBJECT PROJ  ACCOUNT DESCRIPTION                CURRENT        PROJECTED                      PERCENT
                                                       ADJ BUDGET        ACTUAL          ADOPTED        CHANGE
--------------------------------------------------------------------------------------------------------------
10312001411001        ENV AFFAIRS PS ANNUAL SAL         59,296.00          .00          62,309.00        5.08
           1000-03-1512-0000-1-00-0-40-411001-
           Dir. of Environmental Affairs (A075          1.00          62,309.00         62,309.00
           Step 12)

                         BUDGET CEILING:                                                59,296.00
                              TOTALS:               59,296.00          .00              62,309.00        5.08
                    ** END OF REPORT - Generated by nosworthy,raymour **
```

# EXECUTIVE DEPARTMENT

### STRATEGIC PLANNING REAL ESTATE  FUNCTION  1514

| | | |
|---|---|---:|
| APPROPRIATIONS | $ | 762,790 |
| FRINGES | $ | 331,358 |
| TOTAL APPROPRIATIONS | $ | 1,094,148 |
| REVENUE | $ | 8,592,339 |
| NET | $ | 7,498,191 |

**Office of Strategic Planning**
**Division of Real Estate**
**Real Estate Management**
**#03-1514**

### GOALS

1. To increase sales and decrease the amount of City properties in inventory, through effective management and marketing.
2. To increase productivity and revenues through better utilization of current staff and computer systems.
3. To improve those services which will achieve the most cost-effective management and disposition of City-owned properties.


### DESCRIPTION OF ACTIVITIES

1. The overall activities of the Division are to manage the disposition and acquisition of City Real Property and properties acquired through tax foreclosure in accordance with state and local laws as described in Article 27, Section 27-1 through Article 27-14 of the City Charter.
2. Advertise the particular assets of structures and vacant lots in order to promote sales.
3. Maintain abandoned police stations, firehouses, libraries and public school buildings and tax foreclosed properties. This includes winterizing, making repairs where necessary and securing to prevent vandalism.
4. Maintain the grounds of abandoned buildings and keep same free of debris, weeds, snow etc.
5. Monitor private contractors' work on City owned properties, to insure services contracted for are completed in a satisfactory manner.
6. Provide assistance to the tenants leasing City owned buildings by rendering minor plumbing, heating, carpentry and electrical repairs.
7. Maintain data record system of property inventory (structures, vacant lots, demolitions) and client inquiries for acquisition of property.
8. Publishing a catalog of properties to inform the public of the availability of properties for sale; post catalog on City web site.
9. Revise property catalogs periodically.
10. Review proposals of prospective purchasers' development plans and financial ability to complete and carry out purchase proposal.
11. Conduct review of recent sales of all types of property sales throughout the City in order to establish market values for city property available for sale.
12. Prepare and Maintain records, legal documents, and correspondence relative to the acquisition, sale, lease, maintenance, and repair of city-owned properties.
13. Prepare all documents and perform the closings for the sale and transfer of city owned properties.
14. Respond to public inquiries related to property acquisitions (walk ins, phone calls, internet inquiries).
15. Respond to citizen complaints submitted through Citizen Services / 311 call system.
16. Provide staffing for Appraisal Review Board – set meetings, prepare agenda, compile minutes.

**OFFICE OF STRATEGIC PLANNING**
**Division of Real Estate**
**Real Estate Management# 03-1514**

| | Actual 2015-2016 | Projection 2016-2017 | Estimate 2017-2018 |
|---|---|---|---|
| In-Rem Rentals – Number of Billings | 0 | 60 | 180 |
| In-Rem Rentals – Amount Billed | $0 | $30,200 | $90,600 |
| Leases (Non-Public Property Rent) Number of Billings; includes Broadway Market | 864 | 903 | 621 |
| Leases (Non-Public Property Rent) Amount Billed; Not included are 60 $1 leases and 84 no fee easements; includes Broadway Market | $733,400 | $941,967 | $620,910 |
| We also bill Buffalo Civic Auto Ramps-maintain the lease & insurance. Number of Billings | 12 | 12 | 12 |
| (money is deposited in Board of Parking's Account) | $2,735,004 | $2,728,779 | $2,728,779 |
| Arena Ground Rental for HSBC Arena Number of Billings | 4 | 4 | 4 |
| Arena Ground Rental – Amount Billed | $500,000 | $500,000 | $500,000 |
| Billboards (Rent Real Estate) Number of Billings | 1 | 1 | 1 |
| Billboards (Rent Real Estate) Amount Billed | $45,588 | $45,588 | $45,588 |
| Property Sales – In Rem Sold Without Auction (Negotiated Private Sales) Improved Prop. | 11 for $76,800 | 7 for $49,300 | 3 for $132,000 |
| Property Sales – In Rem Sold Without Auction (Negotiated Private Sales) Vacant Lots | 85 for $471,570 | 80 for $548,078 | 80 for $280,000 |
| Total Amount of Revenue Collected From Closed Sales | $546,070 | $597,378 | $200,000 |
| Open Files Being Reviewed (Active Files) | 948 | 525 | 549 |
| Dead Files (Client Unqualified or Property Withheld) | 119 | 631 | 637 |
| Total Files | 1,067 | 1,156 | 1,186 |
| In Rem Property Homesteads (Transferred for $1.00) Improved Closed | 5 | 5 | 0 |
| In Rem Property Homesteads (Transferred for $1.00) Vacant Lots Closed | 33 | 50 | 75 |
| Dead Files (Client Unqualified or Property Witheld) | 29 | 32 | 45 |

## OFFICE OF STRATEGIC PLANNING
### Division of Real Estate
### Real Estate Management# 03-1514

| Capital Assets Sold Without Auction (Sale of Land, Bldg. & Equip.): | | | |
|---|---|---|---|
| Number of improved properties closed | 3 for $1,387,500 | 6 for $2,109,000 | 2 for $859,840 |
| Number of vacant lots (including streets and paper streets) closed | 0 | 7 for $1,335,400 | 2 for $4,650,000 |
| Total amount of revenue from sales closed | $1,387,500 | $3,444,400 | $5,509,840 |
| Sale of BNRC properties closed by Real Estate Vacant Lots | 3 for $6,800 | 2 for $9,000 | $0 |
| Total amount of revenue collected from BNRC sales closed | $6,800 | $9,000 | $0 |
| Number of In-Rem Properties Rescinded | 2 | 2 | 0 |
| Total Revenue Realized from Forfeit of Deposit (Purchaser Default) In Rem Sales | $310 | $1,050 | $0 |
| Saleable Property Catalog -Number of Times Updated | 10 | 4 | 2 |
| Inspections of City Owned Capital Assets: | | | |
| To Ascertain General Property Condition | 91 | 87 | 75 |
| By Prospective Purchaser (Appointments) | 94 | 120 | 145 |
| Req. To Maintain, Repair, Board-up | 212 | 175 | 170 |
| Routine Inspections | 211 | 183 | 190 |
| Inspections of City Owned In-Rem Property: | | | |
| To Ascertain General Property Condition | 150 | 220 | 300 |
| Req. to Maintain, Repair, Board-up | 277 | 211 | 250 |
| By Prospective Purchasers (Appointments) | 146 | 200 | 220 |
| Requests for Service (Vehicle Removal, Evictions, Client/Tenant Request) | 27 | 31 | 35 |
| City/County Inspections Due to Violation Notices | 23 | 36 | 40 |
| Correspondence relative to Leases with Lessee | 413 | 392 | 370 |
| Correspondence relative to Leases with Interdepartmental Offices | 237 | 252 | 252 |
| Correspondence relative to Leases with Common Council | 5 | 4 | 5 |
| Correspondence relative to In Rem Rentals with Tenants | 15 | 143 | 91 |
| Correspondence relative to In Rem Rental with Interdepartmental Offices | 2 | 4 | 3 |

## OFFICE OF STRATEGIC PLANNING
### Division of Real Estate
### Real Estate Management# 03-1514

| | | | |
|---|---|---|---|
| Correspondence relative to Disposition of In Rem Sales with Interested Parties | 1227 | 1300 | 1325 |
| Correspondence relative to Disposition of In Rem Sales with Common Council | 147 | 155 | 150 |
| Correspondence relative to Disposition of In Rem Sales with Interdepartmental Agencies | 1155 | 1075 | 1100 |
| Correspondence relative to Disposition of Homestead Property with Interested Parties | 116 | 160 | 229 |
| Correspondence relative to Disposition of Homestead Property with Interdepartmental Agencies | 2 | 3 | 4 |
| Correspondence relative to Disposition of Capital Asset Sales with Interested Parties | 9 | 34 | 15 |
| Correspondence relative to Disposition of Capital Asset Sales with Common Council | 3 | 14 | 3 |
| Correspondence relative to disposition of Capital Asset Sales with Interdepartmental Agencies | 6 | 30 | 9 |
| Acquisition of In Rem Property – Number of Improved Properties | 22 | 73 | IR 51 |
| Acquisition of In Rem Property – Number of Vacant Lots | 92 | 56 | IR 51 |
| Total Number of In Rem Property Acquired | 114 | 129 | IR 51 |
| Accounts Payable Services & Supplies | 105 | 113 | |



City of Buffalo
Adopted Budget 2017-2018
General Fund

| | 2015-2016<br>Actual Amount | 2016-2017<br>Adopted<br>Budget | 2016-2017<br>Revised Budget | 2016-2017<br>Year To Date<br>5/31/2017 | 2017-2018<br>Adopted<br>Budget |
|---|---|---|---|---|---|
| **1514 STRATEGIC PLAN DIV OF REAL EST TOTAL** | **575,773.58** | **606,324.76** | **607,060.86** | **492,968.06** | **762,789.89** |
| **10314001 REAL ESTATE  PS** | **479,828.15** | **524,458.40** | **524,458.40** | **440,464.14** | **614,150.10** |
| 411001 ANNUAL SALARY | 395,635.78 | 422,370.00 | 422,370.00 | 360,863.50 | 512,143.00 |
| 412002 HOURLY SALARY | 40,620.85 | 52,520.00 | 52,520.00 | 39,287.28 | 52,520.00 |
| 413001 OVERTIME | 37,232.77 | 40,000.00 | 40,000.00 | 32,660.35 | 30,000.00 |
| 414001 LONGEVITY | 5,695.00 | 6,020.00 | 6,020.00 | 5,900.00 | 7,025.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 325.75 | 2,798.40 | 2,798.40 | 0.00 | 2,858.10 |
| 414028 VACATION BUYOUT | 0.00 | 0.00 | 0.00 | 1,303.01 | 5,224.00 |
| 415001 AUTOMOBILE ALLOWANCE | 18.00 | 300.00 | 300.00 | 0.00 | 3,780.00 |
| 415002 CLOTHING ALLOWANCE | 300.00 | 450.00 | 450.00 | 450.00 | 600.00 |
| **10314004 REAL ESTATE  TR** | **3,502.00** | **3,900.00** | **3,900.00** | **1,382.00** | **3,350.00** |
| 458003 REGISTRATION & MEMBERSHIP FEES | 3,502.00 | 3,900.00 | 3,900.00 | 1,382.00 | 3,350.00 |
| **10314005 REAL ESTATE  SP** | **7,786.57** | **5,810.00** | **7,546.10** | **7,156.91** | **18,275.00** |
| 461001 OFFICE SUPPLIES | 2,577.29 | 850.00 | 1,548.10 | 1,309.67 | 1,200.00 |
| 461105 JANITORIAL SUPPLIES | 156.04 | 370.00 | 370.00 | 351.95 | 420.00 |
| 461201 CLOTHING & UNIFORMS | 398.22 | 595.00 | 1,033.00 | 987.53 | 650.00 |
| 461202 TOOLS | 878.81 | 945.00 | 945.00 | 910.80 | 955.00 |
| 462600 GASOLINE AND LUBRICANTS | 0.00 | 50.00 | 50.00 | 0.00 | 50.00 |
| 466000 BUILDING SUPPLIES | 3,776.21 | 3,000.00 | 3,600.00 | 3,596.96 | 15,000.00 |
| **10314006 REAL ESTATE  SV** | **44,891.26** | **70,156.36** | **69,156.36** | **42,191.33** | **125,104.80** |
| 432004 ENGINEER & TECHNICAL SERVICES | 15,875.00 | 22,500.00 | 28,500.00 | 21,650.00 | 36,400.00 |
| 434000 OTHER CONTRACTUAL SERVICES | 7,431.82 | 16,708.80 | 15,308.80 | 7,027.73 | 32,831.80 |
| 443200 BUILDING ALTERATIONS & REPAIRS | 15,539.00 | 19,532.76 | 18,932.76 | 8,375.58 | 39,500.00 |
| 443301 MACHINERY & EQUIP REPAIRS | 1,733.07 | 1,000.00 | 3,500.00 | 3,372.77 | 5,000.00 |
| 443303 VEHICLE DRIVETRAIN REPAIRS | 13.95 | 2,500.00 | 0.00 | 0.00 | 2,500.00 |
| 454000 ADVERTISING | 2,981.96 | 6,120.00 | 120.00 | 0.00 | 6,250.00 |
| 455100 INTERNAL PRINT SHOP | 455.00 | 729.80 | 729.80 | 164.00 | 748.00 |
| 456000 OTHER SERVICES | 861.46 | 1,065.00 | 2,065.00 | 1,601.25 | 1,875.00 |
| **10314007 REAL ESTATE  CO** | **39,765.60** | **2,000.00** | **2,000.00** | **1,773.68** | **1,909.99** |
| 474100 EQUIPMENT | 0.00 | 2,000.00 | 2,000.00 | 1,773.68 | 1,909.99 |
| 474200 VEHICLES | 39,765.60 | 0.00 | 0.00 | 0.00 | 0.00 |

```
05/31/2017 12:34      |CITY OF BUFFALO                                                              |P        1
rnosworthy            |ADOPTED BUDGET REQUESTS                                                      |bgdeptrq

     BUDGET PROJECTION 21718   CITY OF BUFFALO 2017-2018 BUDGET PROJECTION

 ORG      OBJECT PROJ  ACCOUNT DESCRIPTION            CURRENT        PROJECTED                    PERCENT
                                                    ADJ BUDGET        ACTUAL         ADOPTED       CHANGE
------------------------------------------------------------------------------------------------------------
 10314001411001         REALEST PS ANNUAL SALARY      422,370.00           .00      512,143.00     21.25
          1000-03-1514-0000-1-00-0-65-411001-
                        DIRECTOR OF REAL ESTATE I019 CLASS 5920    1.00     84,528.00      84,528.00
                        STEP 5
                        REAL ESTATE SPECIALIST A-73 CLASS STEP     2.00     69,378.00     138,756.00
                        5
                        SENIOR ADMINISTRATIVE ASSISTANT A063       1.00     62,347.00      62,347.00
                        AT STEP 5 OF 5
                        ACCOUNT CLERK TYPIST  A005 ST STEP 7 OF    1.00     40,745.00      40,745.00
                        7
                        LABORER II AT STEP 5 OF 5 B025 CLASS       1.00     39,215.00      39,215.00
                        9622
                        LABORER I AT STEP 5 B024                   1.00     36,132.00      36,132.00
                        LABORER I AT STEP 2 B024                   1.00     33,156.00      33,156.00
                        EQUIPMENT OPERATOR AT STEP 1 B014          1.00     39,661.00      39,661.00
                        SENIOR ACCOUNT CLERK TYPIST                1.00     37,603.00      37,603.00
                        A007 STEP 11

                             BUDGET CEILING:                                          422,370.00
                                 TOTALS:      422,370.00           .00      512,143.00     21.25

                     ** END OF REPORT - Generated by nosworthy,raymour **
```

# EXECUTIVE DEPARTMENT

## INTERGOVERNMENTAL RELATIONS          FUNCTION          1518

| | | |
|---|---|---|
| APPROPRIATIONS | $ | 610,728 |
| FRINGES | $ | 313,517 |
| TOTAL APPROPRIATIONS | $ | 924,245 |
| REVENUE | $ | - |
| NET | $ | (924,245) |



City of Buffalo
Adopted Budget 2017-2018
General Fund

| | 2015-2016 Actual Amount | 2016-2017 Adopted Budget | 2016-2017 Revised Budget | 2016-2017 Year To Date 5/31/2017 | 2017-2018 Adopted Budget |
|---|---|---|---|---|---|
| **1518 DIV OF INTERGOVT RELATIONS TOTAL** | **243,856.98** | **593,100.00** | **593,100.00** | **438,161.36** | **610,728.00** |
| **10318001 INTERGOVT RELATIONS  PS** | **243,856.98** | **593,100.00** | **593,100.00** | **438,161.36** | **610,728.00** |
| 411001 ANNUAL SALARY | 242,723.79 | 591,975.00 | 591,975.00 | 436,271.36 | 609,603.00 |
| 414001 LONGEVITY | 400.00 | 1,125.00 | 1,125.00 | 1,125.00 | 1,125.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 733.19 | 0.00 | 0.00 | 0.00 | 0.00 |
| 415001 AUTOMOBILE ALLOWANCE | 0.00 | 0.00 | 0.00 | 765.00 | 0.00 |

```
05/31/2017 12:34   |CITY OF BUFFALO                                                          |P      1
rnosworthy         |ADOPTED BUDGET REQUESTS                                                  |bgdeptrq

    BUDGET PROJECTION 21718  CITY OF BUFFALO 2017-2018 BUDGET PROJECTION

ORG      OBJECT PROJ  ACCOUNT DESCRIPTION              CURRENT        PROJECTED              PERCENT
                                                     ADJ BUDGET        ACTUAL      ADOPTED   CHANGE
-------------------------------------------------------------------------------------------------------
10318001411001      INTGVT REL PS ANNUAL SAL         591,975.00            .00   609,603.00   2.98
         1000-03-1518-0000-1-00-0-40-411001-
                    DIRECTOR OF COMMUNICATIONS             1.00     105,988.00   105,988.00
                    I064
                    Communication & Community Relations   1.00      93,923.00    93,923.00
                    Coordinator
                    I134
                    Communication & Community Relations   1.00      86,995.00    86,995.00
                    Assistant Coordinator
                    I146
                    PRESS INFORMATION OFFICER             1.00      44,411.00    44,411.00
                    I154
                    DIGITAL COMMUNICATIONS OFFICER        1.00      60,826.00    60,826.00
                    I156
                    GRAPHIC ARTIST                        1.00      71,400.00    71,400.00
                    I159
                    PRESS INFORMATION OFFICER II          1.00      69,597.00    69,597.00
                    I118
                    PHOTOGRAPHER                          1.00      33,232.00    33,232.00
                    CITISTAT ANALYST                      1.00      41,180.00    41,180.00
                    DEPUTY DIRECTOR OF CABLE COMMUNICATIONS 1.00    52,051.00    52,051.00
                                                          1.00      50,000.00   -50,000.00

                           BUDGET CEILING:                                      591,975.00
                                 TOTALS:          591,975.00            .00     609,603.00   2.98
                    ** END OF REPORT - Generated by nosworthy,raymour **
```

# EXECUTIVE DEPARTMENT

## CITIZEN SERVICES                    FUNCTION        1519

| | | |
|---|---|---:|
| APPROPRIATIONS | $ | 784,978 |
| FRINGES | $ | 409,082 |
| TOTAL APPROPRIATIONS | $ | 1,194,060 |
| REVENUE | $ | - |
| NET | $ | (1,194,060) |

## MAYOR AND EXECUTIVE DEPARTMENT
### Division of Citizen Services
### Division# 03-1519

### Goals

The Division of Citizen Services was created within the Executive Department to establish and maintain a centralized computer based system and procedures for receiving, processing and responding to inquiries, service requests, complaints and suggestions from citizens in a timely, accurate and professional manner. The end result of this effort culminated with the creation and development of a centralized response center for citizen complaints, requests for services, and referrals to appropriate departments, agencies and other service providers. Since its inception, the Division has acquired several ancillary programs aimed at working with residents, block clubs and community-based organizations to better service the community at large.

The Division of Citizen Services also houses Mayor Byron W. Brown's Quick Response Teams, comprised of the Buffalo Urban Renewal Agency's Clean & Seal crew and the City of Buffalo Mayor's Impact Team; federal Department of Justice's Save Our Streets program; the newly-formed Anti-Graffiti and Clean City Program; and the Office of Citizen Participation & Information.

### Activities

1. Mayor's Call and Resolution Center - The 311 Call Center assists City agencies to provide efficient service delivery by allowing them to focus on their core missions and manage workloads efficiently, while providing insight into the needs of residents and ensuring that accurate and consistent services are delivered citywide to improve the quality of life for the citizens of Buffalo, New York.

2. Quick Response Teams (Clean and Seal Crew and Mayor's Impact Team) - Mayor Brown's Quick Response Teams are dispatched as first responders to quality of life issues throughout the City of Buffalo.

3. Community Crime Prevention Initiative – Funded through Community Development Block Grant dollars, this program, working in collaboration with the Buffalo Police Department, Buffalo Public Schools, the Department of Citizen Services, and other city staff and officials, citizens, civic leaders, and business representatives, is a community-wide strategy for crime reduction and blight removal.

4. Save Our Streets Program - The Justice Department's Save Our Streets program investigates illegal drug activity and uses city statutes and laws to evict tenants who commit illegal acts from rental homes and works with homeowners to process evictions due to illegal or drug activity in residential properties.

5. Anti-Graffiti and Clean City Programs - The office acts as a liaison between the Division of Citizen Services; the Buffalo Police Department; Department of Economic Development, Permits and Inspection Services;  Department of Public Works, the community and other organized groups, educating the public on graffiti prevention and removal as well as clean city beautification initiatives.

6. Office of Citizen Participation and Information - This office is charged with implementing and coordinating various initiatives, with the underlying intent of engaging residents and empowering them with knowledge of where to access information, resources and municipal services. Within this office, several programs such as the Mayor's Citizens' Participation Academy, and the Urban Fellows Program have been executed.

**Division of Citizen Services**
**Division# 03-1519**

**Work Program Statistics**

| | Actual 2015-2016 | Projection 2016-2017 | Estimate 2017-2018 |
|---|---|---|---|
| Call and Resolution Center – All Calls | 189,634 | 193,427 | 197,296 |
| Call and Resolution Center – Web Calls | 24,681 | 25,174 | 25,678 |
| Call and Resolution Center – Requests for Services | 73,612 | 75,084 | 76,586 |
| Call and Resolution Center – Calls Requiring Information | 116,168 | 118,343 | 120,710 |
| Call and Resolution Center – Calls Closed | 73,466 | 73,583 | 75,015 |
| Call and Resolution Center – % Rate Closed | 99 | 98 | 98 |
| Call and Resolution Center – City Hall Information | 97,870 | 99,827 | 101,823 |
| Save Our Streets – # of Clean Sweeps | 31 | 30 | 31 |
| Save Our Streets – Clean Sweeps – Tires Removed | 861 | 317 | 320 |
| Save Our Streets – Clean Sweeps – Illegal TV Connections Disconnected | 9 | 0 | 0 |
| Save Our Streets – Clean Sweeps – Fire Prevention Smoke Detectors Given | 48 | 189 | 190 |
| Save Our Streets – Clean Sweeps – Properties Baited for Rodents | 5,100 | 2,237 | 2,300 |
| Save Our Streets – Clean Sweeps – Lots Mowed | 275 | 148 | 150 |
| Save Our Streets – Clean Sweeps –Vacant Properties Boarded Up | 68 | 68 | 70 |
| Save Our Streets – Clean Sweeps – Debris Removals | 2,510 | 643 | 650 |
| Save Our Streets – Tons of Debris Removed | n/a | 111.15 | 115.00 |
| Save Our Streets – Landlord Training Sessions | 2 | 2 | 2 |
| Save Our Streets – Landlord Training Sessions Participants | 158 | 160 | 160 |

**Division of Citizen Services**
**Division# 03-1519**

| | Actual 2015-2016 | Projection 2016-2017 | Estimate 2017-2018 |
|---|---|---|---|
| Quick Response Teams – Streets Cleaned | 120 | 128 | 130 |
| Quick Response Teams – Bridges, Viaducts & Sidewalks Snow Cleared | 436 | 539 | 500 |
| Quick Response Teams – Board Ups Properties | 302 | 205 | 200 |
| Quick Response Teams – Cleaned Properties | 1,408 | 1,306 | 1,500 |
| Quick Response Teams – Orders to Vacate | 302 | 202 | 205 |
| Quick Response Teams – Vacant Buildings Cleaned | 1,300 | 1,306 | 1,304 |
| Quick Response Teams – Tons of Trash Removed | 873.03 | 936.08 | 998.01 |
| Anti-Graffiti and Clean City Programs – Volunteers Recruited | 0 | 0 | 0 |
| Anti-Graffiti and Clean City Programs – Graffiti Sweeps | 30 | 32 | 32 |
| Anti-Graffiti and Clean City Programs – Community Service/Neighborhood Clean-ups | 30 | 32 | 32 |
| Anti-Graffiti and Clean City Programs – Abatement and quick removal of graffiti | 3,100 | 3,684 | 3,000 |
| Office of Citizen Participation & Information – Citizen Participation Academy Participants | 0 | 30 | 30 |
| Office of Citizen Participation & Information – Livable Communities Grants Awardees | 0 | 0 | 0 |
| Office of Citizen Participation & Information – Block Clubs Engaged | 50 | 60 | 90 |
| Office of Citizen Participation and Information- Mayor's Tour of Block Clubs | 0 | 20 | 6 |
| Office of Citizen Participation and Information- Urban Fellows Program | 21 | 21 | 21 |
| Community Crime Prevention Initiative- Summer Youth Participants | 40 | 71 | 40 |
| Community Crime Prevention Initiative– Financial Literacy Trainings | 5 | 5 | 6 |
| Community Crime Prevention Initiative – Financial Literacy Training Participants | 43 | 125 | 125 |
| Community Crime Prevention Initiative – Re-Entry Conference | 0 | 1 | 1 |
| Community Crime Prevention Initiative- Number of Re-Entry Conference Participants | 0 | 50 | 75 |
| Community Crime Prevention Initiative – Successful Re-Entry Candidates for Mentorship | 5 | 25 | 40 |



City of Buffalo
Adopted Budget 2017-2018
General Fund

| | 2015-2016 Actual Amount | 2016-2017 Adopted Budget | 2016-2017 Revised Budget | 2016-2017 Year To Date 5/31/2017 | 2017-2018 Adopted Budget |
|---|---|---|---|---|---|
| **1519 DIVISION OF CITIZEN SERVICES TOTAL** | **625,774.92** | **769,001.00** | **769,169.00** | **576,404.72** | **784,978.00** |
| **10319001 CITIZEN SERVICES  PS** | **618,110.20** | **714,601.00** | **714,601.00** | **559,706.28** | **760,978.00** |
| 411001 ANNUAL SALARY | 605,102.25 | 699,601.00 | 699,601.00 | 548,429.68 | 747,003.00 |
| 413001 OVERTIME | 0.00 | 500.00 | 500.00 | 1,246.98 | 500.00 |
| 414001 LONGEVITY | 7,425.00 | 7,500.00 | 7,500.00 | 6,233.12 | 6,775.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 946.45 | 2,000.00 | 2,000.00 | 0.00 | 2,000.00 |
| 415001 AUTOMOBILE ALLOWANCE | 4,636.50 | 5,000.00 | 5,000.00 | 3,796.50 | 4,700.00 |
| **10319004 CITIZEN SERVICES  TR** | **0.00** | **400.00** | **400.00** | **0.00** | **0.00** |
| 458002 MEALS & LODGING | 0.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| **10319005 CITIZEN SERVICES  SP** | **5,514.54** | **2,000.00** | **2,168.00** | **1,689.02** | **3,000.00** |
| 461001 OFFICE SUPPLIES | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.00 |
| 467000 MISCELLANEOUS SUPPLIES | 5,514.54 | 2,000.00 | 2,168.00 | 1,689.02 | 1,000.00 |
| **10319006 CITIZEN SERVICES  SV** | **2,150.18** | **52,000.00** | **52,000.00** | **15,009.42** | **21,000.00** |
| 455100 INTERNAL PRINT SHOP | 1,000.00 | 2,000.00 | 2,000.00 | 161.75 | 1,000.00 |
| 456000 OTHER SERVICES | 1,028.03 | 50,000.00 | 14,847.67 | 14,847.67 | 20,000.00 |
| 480000 OTHER SERVICES | 122.15 | 0.00 | 0.00 | 0.00 | 0.00 |
| 490000 FREEZE FUNDS | 0.00 | 0.00 | 35,152.33 | 0.00 | 0.00 |

```
05/31/2017 12:34     |CITY OF BUFFALO                                                              |P        1
rnosworthy           |ADOPTED BUDGET REQUESTS                                                      |bgdeptrq

     BUDGET PROJECTION 21718  CITY OF BUFFALO 2017-2018 BUDGET PROJECTION

ORG     OBJECT PROJ  ACCOUNT DESCRIPTION              CURRENT        PROJECTED                   PERCENT
                                                    ADJ BUDGET        ACTUAL       ADOPTED        CHANGE
-------------------------------------------------------------------------------------------------------------
 10319001411001        CITIZEN SERV PS ANNUAL SAL     699,601.00           .00     747,003.00      6.78
        1000-03-1519-0000-1-00-0-40-411001-
              Director of Citizen Services/Chief         1.00       95,717.00      95,717.00
              Service Officer
              I069
              Anti-Graffiti & Clean City Programs        1.00       63,006.00      63,006.00
              Coordinator
              I137
              Complaint Clerk Step 5 (A002)              5.00       38,888.00     194,440.00
              Complaint Clerk SPANISH SPEAKING           1.00       37,130.00      37,130.00
              A002 - Step 14
              Associate Account Clerk Typist             1.00       46,789.00      46,789.00
              A022 - Step 5
              311 Call Center Manager                    1.00       82,502.00      82,502.00
              I140
              Knowledge Based Coordinator                1.00       52,051.00      52,051.00
              Confidential Secretary/Clerk (I149)        1.00       46,818.00      46,818.00
              Telephone Operator Step 5 (A007)           2.00       41,850.00      83,700.00
              Telephone Operator Step 17 (A007)          1.00       41,850.00      41,850.00
              Assistant for External Affairs -Citizen    1.00       43,000.00      43,000.00
              Services
                                                         1.00       40,000.00     -40,000.00

                          BUDGET CEILING:                                         699,601.00
                              TOTALS:       699,601.00           .00     747,003.00      6.78

                   ** END OF REPORT - Generated by nosworthy,raymour **
```

# EXECUTIVE DEPARTMENT

## TRAFFIC VIOLATIONS              FUNCTION        1033

| | | |
|---|---|---:|
| APPROPRIATIONS | $ | 547,337 |
| FRINGES | $ | 241,333 |
| TOTAL APPROPRIATIONS | $ | 788,670 |
| REVENUE | $ | - |
| NET | $ | (788,670) |

## TRAFFIC VIOLATIONS AGENCY
### Division# 03-1033

### Goals

1. To assist the Buffalo City Court in the disposition of violations of the New York State Vehicle & Traffic Law that occur in the City of Buffalo.
2. To administer punitive punishment that is reasonable, but not more than necessary, to:
   a. Generate revenue; and,
   b. Achieve rehabilitation of offender-motorists.

### Activities

- Receive, review, and research, uniform traffic tickets issued in violation of the Vehicle & Traffic Law within the City of Buffalo.
- Maintain a status quo of prosecutorial actions that effectively and equitably set fines and penalties in compliance with the New York State Vehicle & Traffic Law, New York State Criminal Procedure Law, and regulations of the New York State Department of Motor Vehicles.
- Regular prosecutorial review, research, and monitor of relevant case law and legislation.
- Prosecutorial review of cases, offer, and acceptance of plea bargain to resolve matters in lieu of court.
- Process guilty, not-guilty, and no-response pleas entered.
- Transfer appropriate cases to Buffalo City Court upon request and/or pursuant to legislation.
- Maintain methods for public contact during regular office hours for inquiry by person, telephone, or mail.
- Schedule, notify, and arrange defendants and law enforcement officers for appearance at court hearings.
- Maintain complete and accurate records relating to all charges, dispositions and associated activities.
- Monitor cases that have failed to respond and/or failed to pay and take appropriate action.
- Reconcile receivables by tracking payment amounts, forms of payment, dishonored payments, and outstanding receivables.
- Prepare payments received by mail for treasury deposit.
- Monitor and respond to the Mayor's complaint line.
- Transmit daily disposition reports to the Department of Motor Vehicles.
- File monthly Justice Court Fund audit reports to the New York State Comptroller's Office.
- Perform daily download of electronic uniform traffic tickets from the Department of Motor Vehicles.
- Communicate with other city departments to enhance cross-procedures and resolve common matters.

**TRAFFIC VIOLATIONS AGENCY**
**Division# 03-1033**
**WORK PROGRAM STATISTICS**

| | Actual 2015-2016 | Projection 2016-2017 | Estimate 2017-2018 |
|---|---|---|---|
| Total Uniform Traffic Tickets | 37,788 | 27,545 | 32,000 |
| Total Cases | 23,060 | 16,259 | 19,500 |
| Transferred to Buffalo City Court | n/r | 144 | 120 |
| **License Suspensions:** | | | |
| Released Suspensions | 937 | 9,905 | 10,000 |
| **Public Contact:** | | | |
| In Person (approx.) | 30,000 | 35,568 | 35,000 |
| By Telephone (approx.) | n/r | 19,760 | 20,000 |
| By Mail (approx.) | 15,500 | 24,700 | 25,000 |
| Number of Mayor's 311 matters | 172 | 40 | < 30 |
| **Default Judgments:** | | | |
| Rendered in Court | n/r | 36 | 500 |
| Converted From Fines Owed | n/r | 924 | < 200 |
| **FINANCIAL STATISTICS** | Actual 2015-2016 | Projection 2016-2017 | Estimate 2017-2018 |
| **Total Dollars Collected:** | $1,822,819 | $3,144,324 | $4,200,000 |
| Cash | $904,055 | $1,794,903 | $2,350,000 |
| Check/Money Order | $483,662 | $658,310 | $850,000 |
| Checks Returned | ($1,570) | ($1,975) | ($2,000) |
| Credit Card (POS) | $260,021 | $353,093 | $500,000 |
| Electronic Payment | $175,082 | $338,017 | $500,000 |
| Total Dollars Outstanding (unpaid cases) | n/r | $173,457 | $130,000 |
| **Total Manpower Dollars Spent:** | | | |
| Regular | $228,381 | $285,945 | $436,700 |
| Overtime | $58,523 | $64,566 | $87,000 |

n/r = Not Reportable for the Period



City of Buffalo
Adopted Budget 2017-2018
General Fund

| | 2015-2016 Actual Amount | 2016-2017 Adopted Budget | 2016-2017 Revised Budget | 2016-2017 Year To Date 5/31/2017 | 2017-2018 Adopted Budget |
|---|---|---|---|---|---|
| **1033 TRAFFIC VIOLATIONS AGENCY TOTAL** | **300,311.54** | **535,321.00** | **536,425.50** | **426,530.85** | **547,337.00** |
| **10333001 TRAFFIC VOILATIONS AGENCY** | **294,958.48** | **510,971.00** | **510,971.00** | **411,583.94** | **533,797.00** |
| 411001 ANNUAL SALARY | 228,381.05 | 420,246.00 | 420,246.00 | 327,981.65 | 444,422.00 |
| 412002 HOURLY SALARY | 600.00 | 9,900.00 | 9,900.00 | 1,650.00 | 8,400.00 |
| 413001 OVERTIME | 58,523.11 | 72,000.00 | 72,000.00 | 76,177.20 | 70,000.00 |
| 413002 HOLIDAY | 248.73 | 0.00 | 0.00 | 0.00 | 500.00 |
| 413003 ACTING TIME | 222.97 | 0.00 | 0.00 | 155.35 | 300.00 |
| 414001 LONGEVITY | 5,807.56 | 5,825.00 | 5,825.00 | 5,175.00 | 5,175.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 1,175.06 | 3,000.00 | 3,000.00 | 444.74 | 3,000.00 |
| 414028 VACATION BUYOUT | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.00 |
| **10333004 TRAFFIC VIOLATIONS AGENCY** | **0.00** | **0.00** | **400.00** | **300.00** | **500.00** |
| 458003 REGISTRATION & MEMBERSHIP FEES | 0.00 | 0.00 | 400.00 | 300.00 | 500.00 |
| **10333005 TRAFFIC VIOLATIONS AGENCY** | **4,978.06** | **12,550.00** | **14,654.50** | **9,011.49** | **6,450.00** |
| 461001 OFFICE SUPPLIES | 4,588.06 | 2,000.00 | 4,104.50 | 4,099.15 | 2,200.00 |
| 461006 FURNITURE &EQUIP (NON CAPITAL) | 390.00 | 10,000.00 | 4,803.06 | 4,803.06 | 4,000.00 |
| 464000 PERIODICALS | 0.00 | 550.00 | 550.00 | 109.28 | 250.00 |
| 490000 FREEZE FUNDS | 0.00 | 0.00 | 5,196.94 | 0.00 | 0.00 |
| **10333006 TRAFFIC VIOLATIONS AGENCY** | **375.00** | **11,800.00** | **10,400.00** | **5,635.42** | **6,590.00** |
| 432004 ENGINEER & TECHNICAL SERVICES | 0.00 | 0.00 | 4,840.00 | 4,840.00 | 4,840.00 |
| 443400 EQUIP MAINTENANCE CONTRACTS | 0.00 | 3,500.00 | 500.00 | 0.00 | 250.00 |
| 455000 PRINTING & BINDING | 0.00 | 4,500.00 | 1,660.00 | 22.00 | 250.00 |
| 455100 INTERNAL PRINT SHOP | 375.00 | 1,800.00 | 1,800.00 | 773.42 | 750.00 |
| 456000 OTHER SERVICES | 0.00 | 2,000.00 | 1,600.00 | 0.00 | 500.00 |

```
05/31/2017 12:34    |CITY OF BUFFALO                                                                    |P      1
rnosworthy          |ADOPTED BUDGET REQUESTS                                                            |bgdeptrq

     BUDGET PROJECTION 21718  CITY OF BUFFALO 2017-2018 BUDGET PROJECTION
```

| ORG | OBJECT PROJ ACCOUNT DESCRIPTION | CURRENT ADJ BUDGET | PROJECTED ACTUAL | ADOPTED | PERCENT CHANGE |
|---|---|---|---|---|---|
| 10333001411001 | TVA ANNUAL SALARY | 420,246.00 | .00 | 444,422.00 | 5.75 |
| | 1000-03-1033-1000-1-00-0-45-411001- | | | | |
| | Traffic Agency Clerk Job Class 0019, | 3.00 | 38,145.00 | 114,435.00 | |
| | Grade A-113, Step 13 | | | | |
| | Traffic Agency Clerk, Job Class 0019 | 1.00 | 41,055.00 | 41,055.00 | |
| | Grade A-113, Step 17 | | | | |
| | Traffic Agency Clerk | 2.00 | 36,690.00 | 73,380.00 | |
| | A113 Step 11 | | | | |
| | Traffic Agency Rep Job Class 0018, | 2.00 | 47,359.00 | 94,718.00 | |
| | Grade A-112, Step 17 | | | | |
| | Administrator Traffic Violations Agency, | 1.00 | 59,634.00 | 59,634.00 | |
| | Job Class 1383 | | | | |
| | Grade A-066, Step 13 | | | | |
| | Executive Director | 1.00 | .00 | .00 | |
| | Traffic Prosecutor (Part Time), Job | 2.00 | 30,600.00 | 61,200.00 | |
| | Class 2691 | | | | |
| | Grade I-160, Step 5 | | | | |

```
                        BUDGET CEILING:                              420,246.00
                              TOTALS:      420,246.00         .00    444,422.00    5.75

              ** END OF REPORT - Generated by nosworthy,raymour **
```