# Exhibit 57

## INTRODUCTION TO VEHICLE AND TRAFFIC LAW

ERIE COUNTY LAW ENFORCEMENT TRAINING ACADEMY



## Reasons for Vehicle and Traffic Laws

- 1. Prevent vehicle accidents
- 2. Allow for expeditious flow of traffic
- 3. Regulatory/ administrative purposes
  - Driver licensing
  - Vehicle registration
  - DMV administrative purposes
- 4. Generate revenue



## Overview of Titles          1

- Definitions (100-160)



- Department of Motor Vehicles; Commissioner (200-263)

- Safety, responsibility, and equipment (300-398)

## Overview (cont'd)          2

- Registration of Vehicles (400-495) 

- Driver's licenses (600-605) 

- Rules of the Road (1100-1253)



**Basic Course for Police Officers**        3-G.3

# CURRICULUM OUTLINE

I. Introduction.

    A. Reasons for vehicle and traffic laws include:

        1. Prevent traffic crashes.

        2. Allow for an orderly, expeditious flow of traffic.

        3. Regulatory/administrative purposes.

            a. Driver licensing.

            b. Vehicle registration.

            c. DMV administrative procedures.

            d. Others.

        4. Revenue generating.

II. NYS Vehicle and Traffic Law.

    A. Overview of Titles.

        1. Definitions (§100-160).

        2. Department of Motor Vehicles; Commissioner (§200-263).

        3. Safety responsibility and equipment/inspection/financial security, etc. (§300-398).

        4. Registration of vehicles (§400-495).

        5. Driver's licenses (§500-544).

        6. Accidents/Accident Reports (§600-605).

        7. Rules of the road (§1100-1253).

        8. Respective powers of state and local authorities (§1600-1685).

        9. Penalties and disposition of fines and forfeitures (§1800-1809).

        10. Uniform vehicle certificate of title act (§2101-2135).

NYS Division of Criminal Justice Services, Office of Public Safety: Copyright 2012 (July 2012)

7/18/2018

## INTRODUCTION TO VEHICLE AND TRAFFIC LAW

ERIE COUNTY LAW ENFORCEMENT TRAINING ACADEMY



---

## Reasons for Vehicle and Traffic Laws

- 1. Prevent vehicle accidents
- 2. Allow for expeditious flow of traffic
- 3. Regulatory/ administrative purposes
  - Driver licensing
  - Vehicle registration
  - DMV administrative purposes
- 4. Generate revenue



---

## Overview of Titles    1

- Definitions (100-160)

- Department of Motor Vehicles; Commissioner (200-263)

- Safety, responsibility, and equipment (300-398)

1