# Exhibit 60

| | |
|---|---|
| From: | Daniel Derenda/BPD |
| Sent: | 6/27/2012 1:14:02 PM |
| To: | Dennis J Richards/BPD; Anthony J Barba/BPD; Byron C Lockwood/BPD; Kevin J Brinkworth/BPD; Brian K Patterson/BPD@BuffaloPoliceDept; Patrick M Pascall/BPD@BuffaloPoliceDept; Michelle R Kubala/BPD@BuffaloPoliceDept; Charles H Tomaszewski/BPD@BuffaloPoliceDept; Kimberly L Beaty/BPD@BuffaloPoliceDept; Michael J Degeorge/BPD@BuffaloPoliceDept; Michael F Gaspar/BPD; Jeffrey M Giallella/BPD@BuffaloPoliceDept; George P McLean/BPD@BuffaloPoliceDept; James C ODonnell/BPD@BuffaloPoliceDept; Carmen J Menza/BPD@BuffaloPoliceDept; Patrick A Roberts/BPD@BuffaloPoliceDept; btaylor@ch.ci.buffalo.ny.us; James P Giammaresi/BPD |
| Subject: | SF June location update |

\*\*\*\*\*\* NOTE CHANGES

*Strike Force Locations June 12*
6-11-12 SF Area 8. Roadblock Broadway and Mohr
6-12-12 SF Area 9 Roadblock Smith and Paderewski
6-13-12 SF Area 4 Roadblock E Walden & City Line
6-14-12 SF Area 4 Roadblock Walden & Sycamore
6-15-12 SF Area 1 Roadblock Amherst & Berkshire
6-16-12 1530-2130hrs Junteenth Fest, 2130-0130 SF Area 2 Roadblock Kensington & Clyde
6-17-12 1530-2130hrs Junteenth Fest, 2130-0130 SF Area 3 Roadblock Kensington & Fillmore
6-18-12 SF Area 4 Roadblock - Genesee and City line
6-19-12 SF Areas 5&7 - Best & Fillmore
6-20-12 SF Area 11 Fruitbelt Roadblock - Jefferson & 33
6-21-12 SF Area 16 Roadblock - Grant & Graner
6-22-12 SF Area 15 Roadblock - W Ferry & Grant
6-23-12 SF Area
6-24-12 SF Area 2 Roadblock - Suffolk & 33
6-25-12 SF Area 4 Roadblock - Delavan & Bailey
6-26-12 SF Area 3 Roadblock - E Amherst & Manhattan
6-27-12 SF Area 1 Roadblock - Bailey & Minnesota
6-28-12 SF Area 2 Roadblock - Bailey & langfield
6-29-12 SF Area 9 Roadblock - Broadway & Memorial
6-30-12 SF Area 15 Roadblock - W Ferry Btw Hampshire & Chenango

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

**From:** Daniel Derenda/BPD
**Sent:** 7/31/2012 1:47:23 PM
**To:** Dennis J Richards/BPD; Anthony J Barba/BPD; Byron C Lockwood/BPD; Kevin J Brinkworth/BPD; Brian K Patterson/BPD@BuffaloPoliceDept; Patrick M Pascall/BPD@BuffaloPoliceDept; Michelle R Kubala/BPD@BuffaloPoliceDept; Charles H Tomaszewski/BPD@BuffaloPoliceDept; Kimberly L Beaty/BPD@BuffaloPoliceDept; Michael J Degeorge/BPD@BuffaloPoliceDept; Michael F Gaspar/BPD; Jeffrey M Giallella/BPD@BuffaloPoliceDept; George P McLean/BPD@BuffaloPoliceDept; James C ODonnell/BPD@BuffaloPoliceDept; Carmen J Menza/BPD@BuffaloPoliceDept; Patrick A Roberts/BPD@BuffaloPoliceDept; btaylor@ch.ci.buffalo.ny.us; James P Giammaresi/BPD; Maureen A Oakley/BPD@BuffaloPoliceDept; John W Stanchak/BPD@BuffaloPoliceDept; Christine M Giardina/BPD@BuffaloPoliceDept
**Subject:** July SF location update

# NOTE CHANGE for 7-31

*Strike Force Locations July 12*
7-01-12 SF Area 4 Road block Genesee and May
7-02-12 SF Area 2 Roadblock 33 & Suffolk
7-03-12 SF Area 4 Road block Bailey & Doat
7-04-12 SF Area 2 Roadblock Delavan & William Gaiter
7-05-12 SF Area 1 Roadblock Main & Minnesota
7-06-12 SF Area 8 Roadblock Sycamore & Walden
7-07-12 SF Area 4 Roadblock Genesee & Floss
7-08-12 SF Area 15 Roadblock Grant & Hampshire
7-09-12 SF Area 3 Roadblock Fillmore & Kensington
7-10-12 SF Area 16 Roadblock Grant & Ferry
7-11-12 SF Area 2 Roadblock Delavan & Olympic
7-12-12 SF Area 8 Roadblock May & Genesee
7-13-12 SF Area 4 Roadblock Delavan & Eastend
7-14-12 SF Area 1 Roadblock E Amherst & Berkshire
7-15-12 SF Area 15 Roadblock Mass & Utica
7-16-12 SF Area 6 Roadblock Jefferson & Utica
7-17-12 SF Area 3 Roadblock Fillmore & Main
7-18-12 SF Area 18 Roadblock Tonawanda & Ontario
7-19-12 SF Area 2 Roadblock 33 & Suffolk
7-20-12 SF Area 4 Roadblock Genesee &Humason
7-21-12 SF Area 8 Roadblock Sycamore & Walden
7-22-12 SF Area 1 Roadblock Kensington & City line
7-23-12 SF Area 2 Roadblock Kensington & William Gator
7-24-12 SF Areas 15 & 14 Roadblock Niagara & Carolina
7-25-12 SF Area 1 Roadblock Amherst & Berkshire
7-26-12 SF Area 16 Roadblock Niagara & Tonanawanda
7-27-12 SF Area 4 Roadblock Bailey & Scajaquada
7-28-12 SF Area 2 Roadblock Olympic & 33
7-29-12 SF Area 3 Roadblock Kensington & Fillmore
7-30-12 SF Areas 5&6 Roadblock Main & Ferry
7-31-12 SF Area 14 & 15 Roadblock Grant & Hampsire

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

| | |
|---|---|
| From: | Daniel Derenda/BPD |
| Sent: | 8/27/2012 7:34:36 PM |
| To: | Dennis J Richards/BPD; Anthony J Barba/BPD; Byron C Lockwood/BPD; Kevin J Brinkworth/BPD; Brian K Patterson/BPD; Patrick M Pascall/BPD; Michelle R Kubala/BPD; Charles H Tomaszewski/BPD; Kimberly L Beaty/BPD; Michael J Degeorge/BPD; Michael F Gaspar/BPD; Jeffrey M Giallella/BPD; George P McLean/BPD; James C ODonnell/BPD; Carmen J Menza/BPD; Patrick A Roberts/BPD; btaylor@ch.ci.buffalo.ny.us; James P Giammaresi/BPD; Maureen A Oakley/BPD; John W Stanchak/BPD; Christine M Giardina/BPD |
| Subject: | SF Aug/Sept location update |

***Strike Force Locations August 12***

8-01-12 SF Area 4 Road block Genesee and Freund
8-02-12 SF Area 15 Roadblock Mass & Ferry
8-03-12 SF Area 1 Roadblock Bailey & Minnesota
8-04-12 SF Area 2 Roadblock Delavan & William Gaiter
8-05-12 SF Area 4 Roadblock Walden & Bailey
8-06-12 SF Area 22 Seneca & Duerstein
8-07-12 SF Areas 4 & 8 Roadblocks Goodyear and Empire late evening and Genesee and May
8-08-12 SF Area 2 Roadblock Sufolk & 33
8-09-12 SF Area 3 Roadblock Leroy & Grider
8-10-12 SF Area 1 Roadblock Main & Minnesota
8-11-12 SF Area 4 Roadblock Walden & Wex
8-12-12 SF Area 15 Roadblock Hampshire and Grant
8-13-12 SF Area 16 Roadblock Grant & Auburn
8-14-12 SF Area 4 & 8 Roadblocks Goodyear/Empire and Genesee/Freund
8-15-12 SF Area 1 Clyde & Kensington
8-16-12 SF Area 2 Roadblock Delaven & East End
8-17-12 SF Area 3 Roadblock Kensington & Fillmore
8-18-12 SF Areas 7 & 9 Roadblock Ferry & Grider
8-19-12 SF Area 2 Bailey & Oakmount
8-20-12 SF Area 18 Roadblock Military & Hertel
8-21-12 SF Area 9 Roadblock William & Jefferson
8-22-12 SF Areas 4 & 8 Roadblocks Goodyea/Empire, Walden/Bailey
8-23-12 SF Area 15 Roadblock Ferry and Hampshire
8-24-12 SF Areas 5 & 6 Roadblocks Ferry & Jefferson, Ferry/Grider (use Housing to assist at this location)
8-25-12 SF Area 2 Roadblock Delaven & Olympic
8-26-12 SF Area 22 South Buffalo Roadblock Mineral Springs & Ogden
8-27-12 SF Area 1 Roadblock Main & Minnesota
8-28-12 SF Area 9 Roadblock Sycamore & Fillmore
8-29-12 SF Area 2 Roadblock Walden & Sycamore
8-30-12 SF Area 4 Roadblock Genesee & Floss
8-31-12 SF Area 3 Roadblock Amherst & Manhatten
9-1-12 SF Area 8 Bailey & Stanley
9-2-12 SF Area 1 Roadblock Main & Winspear
9-3-12 SF Area 2 Roadblock

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

**From:** Daniel Derenda/BPD
**Sent:** 9/5/2012 6:52:21 PM
**To:** Dennis J Richards/BPD; Anthony J Barba/BPD; Byron C Lockwood/BPD; Kevin J Brinkworth/BPD; Brian K Patterson/BPD@BuffaloPoliceDept; Patrick M Pascall/BPD@BuffaloPoliceDept; Michelle R Kubala/BPD@BuffaloPoliceDept; Charles H Tomaszewski/BPD@BuffaloPoliceDept; Kimberly L Beaty/BPD@BuffaloPoliceDept; Michael J Degeorge/BPD@BuffaloPoliceDept; Michael F Gaspar/BPD; Jeffrey M Giallella/BPD@BuffaloPoliceDept; George P McLean/BPD@BuffaloPoliceDept; James C ODonnell/BPD@BuffaloPoliceDept; Carmen J Menza/BPD@BuffaloPoliceDept; Patrick A Roberts/BPD@BuffaloPoliceDept; btaylor@ch.ci.buffalo.ny.us; James P Giammaresi/BPD; Maureen A Oakley/BPD@BuffaloPoliceDept; John W Stanchak/BPD@BuffaloPoliceDept; Christine M Giardina/BPD@BuffaloPoliceDept
**Subject:** SF September locations

*Strike Force Locations September*
9-01-12 SF Area 8 Bailey & Stanley
9-02-12 SF Area 1 Roadblock Main & Winspear
9-03-12 SF Area 2 Roadblock
9-04-12 SF Area 22 Roadblock Hopkins/Tift
9-05-12 SF Area 4 Roadblock Genesee & Bailey
9-06-12 SF Area 1 Roadblock Amherst and Berkshire
9-07-12 SF Area 2 Roadblock Sulfolk & 33
9-08-12 SF Area 8 Goodyear & Empire
9-09-12 SF Area 9 Roadblock William & Jefferson
9-10-12 SF Area 4 Roadblock Genesee & Floss

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB225353
COB225353

| | |
|---|---|
| From: | Daniel Derenda/BPD |
| Sent: | 10/23/2012 7:53:19 PM |
| To: | Dennis J Richards/BPD; Anthony J Barba/BPD; Byron C Lockwood/BPD; Kevin J Brinkworth/BPD; Brian K Patterson/BPD@BuffaloPoliceDept; Patrick M Pascall/BPD@BuffaloPoliceDept; Michelle R Kubala/BPD@BuffaloPoliceDept; Charles H Tomaszewski/BPD@BuffaloPoliceDept; Kimberly L Beaty/BPD@BuffaloPoliceDept; Michael J Degeorge/BPD@BuffaloPoliceDept; Jeffrey M Giallella/BPD@BuffaloPoliceDept; George P McLean/BPD@BuffaloPoliceDept; James C ODonnell/BPD@BuffaloPoliceDept; Carmen J Menza/BPD@BuffaloPoliceDept; Patrick A Roberts/BPD@BuffaloPoliceDept; btaylor@ch.ci.buffalo.ny.us; James P Giammaresi/BPD; Maureen A Oakley/BPD@BuffaloPoliceDept; John W Stanchak/BPD@BuffaloPoliceDept; Christine M Giardina/BPD@BuffaloPoliceDept; Kevin J Brinkworth/BPD |
| Subject: | SF location update |

*Strike Force Locations October*

**10-08-12 SF Area 2 Roadblock Kensington & Clyde**
**10-09-12 SF Area 4 Roadblock Genesee & Freund**
**10-11-12 SF Area 16 Roadblock Grant & Breckenridge**
**10-12-12 SF Area 1 Amherst & Berkshire**
**10-13-12 SF Area 8 Goodyear & Empire**
**10-14-12 SF Area 3 Fillmore & Leroy**
**10-15-12 SF Area 15 Grant & Hampshire**
**10-16-12 SF Area 18 Roadblock with Housing Ontario & Skillen**
**10-17-12 SF Area 8 Roadblock Goodyear & Empire**
**10-18-12 SF Area 4 Roadblock Walden & Bailey**
**10-19-12 SF Area 18 Roadblock to be determined by Lt - 2200 roadblock near Social on Franklin**
**10-20-12 SF Area 1 Roadblock Main & Amherst**
**10-21-12 SF Area and Roadblock to be determined by LT**
**10-22-12 SF Area 8 Goodyear and Empire**
**10-23-12 SF Area 12 Roadblock Town Gardens area**
**10-24-12 SF Area 4 Walden & Sycamore**
**10-25-12 SF Area 2 Kensington & Sulfolk**
**10-26-12 SF Area 11 Jefferson & Utica**
**10-27-12 SF Area14 Rodblock @ Niagara & Maryland - Area 13 Roadblock Pearl Btw Chippewa and Tupper**
**10-28-12 SF Area 6 Delavan & Pansy**
**10-29-12 SF Area 15 Grant & Hampshire**
**10-30-12**
**10-31-12**

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571



Daniel Derenda/BPD
11/19/2012 03:23 PM

To  Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J
cc
bcc
Subject  Nov SF locations

## November SF locations

11-01-12   SF  Area 4 Roadblock Genesee & Theodore
11-02-12   SF  Area 1 Roadblock Amherst & Berkshire
11-03-12   SF  Area 3 Roadblock Fillmore & Kensington
11-04-12   SF  Area 18 Roadblock with Housing Ontario & Skillen
11-05-12   SF  Area 8 Roadblock Goodyear & Empire
11-06-12   SF  Area 15 Roadblock Grant & Hampshire
11-07-12   SF  Area 9 Roadblock Sycamore & Fillmore
11-08-12   SF  Area 8 Roadblock Goodyear & Empire
11-09-12   SF  Area 2 Roadblock 9pm 33 & Soffolk
11-10-12   SF  Area 4 Roadblock Genesee & Humason
11-11-12   SF  Area 16 Roadblock Forest & Tonawanda
11-12-12   SF  Area 3 Roadblock Kensington & Fillmore
11-13-12   SF  Area 18 Roadblock Hertel & Military
11-14-12   SF  Area 17 Roadblock Amherst & Grant
11-15-12   SF  Area 4 Roadblock Walden & Sycamore
11-16-12   SF  Area 1 Roadblock 7pm Bailey & Bershire, 12 midnight Pearl St near Social nightclub
11-17-12   SF  Area 2 Roadblock 33 & Sulfolk
11-18-12   SF  Area 8 Roadblock Miller & Empire
11-19-12   SF  Area 16 Roadblock Grant & Garner
11-20-12   SF  Area & Roadblock to be determined by Captain
11-21-12   SF  Area 9 Roadblock Syacame & Walden
11-22-12   SF  Area 3 Roadblock Kensington & Fillmore
11-23-12   SF  Area 2 Roadblock Delaven & Olympic
11-24-12   SF  Area 1 Roadblock Bailey & Winspear
11-25-12   SF  Area 8 Roadblock Empire & Goodyear
11-26-12   SF  Area & Roadblock to be determined by Captain
11-27-12   SF  Area 15 Roadblock Grant & Hampshire
11-28-12   SF  Area & Roadblock to be determined by Captain


Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

| | |
|---|---|
| **From:** | Daniel Derenda/BPD |
| **Sent:** | 12/30/2012 5:28:52 PM |
| **To:** | Dennis J Richards/BPD; Anthony J Barba/BPD; Byron C Lockwood/BPD; Kevin J Brinkworth/BPD; Brian K Patterson/BPD@BuffaloPoliceDept; Patrick M Pascall/BPD@BuffaloPoliceDept; Charles H Tomaszewski/BPD@BuffaloPoliceDept; Kimberly L Beaty/BPD; Michael J Degeorge/BPD@BuffaloPoliceDept; Jeffrey M Giallella/BPD@BuffaloPoliceDept; George P McLean/BPD@BuffaloPoliceDept; James C ODonnell/BPD@BuffaloPoliceDept; Carmen J Menza/BPD@BuffaloPoliceDept; Patrick A Roberts/BPD@BuffaloPoliceDept; btaylor@ch.ci.buffalo.ny.us; James P Giammaresi/BPD; Maureen A Oakley/BPD@BuffaloPoliceDept; John W Stanchak/BPD@BuffaloPoliceDept; Kevin J Brinkworth/BPD |
| **Subject:** | SF location update |

## December SF locations

11-30-12 SF Area 4 Roadblock Walden & Sycamore
12-01-12 SF Area 16 Roadblock Forest & Niagara
12-02-12 SF Area 3 Roadblock Fillmore & Kensington
12-03-12 SF Area 1 Roadblock Amherst & Berkshire
12-04-12 SF Area 15 Roadblock Niagara & Fargo
12-05-12 SF Area 4 Roadblock Genesee & Humason
12-06-12 SF Area 18 Roadblock Tonawanda & Military
12-07-12 SF Area 2 Roadblock Kensington & Comstock
12-08-12 SF Area 8 Roadblock Broadway Mohr
12-09-12 SF Area 9 Roadblock William & Jefferson
12-10-12 SF Area 20 Roadblock to be determined by Capt
12-11-12 SF Area 7 Roadblock to be determined by Capt
12-12-12 SF Area & Roadblock to be determined by Capt
12-13-12 SF Area 1 Roadblock to be determined by Capt
12-14-12 SF Area 2 Roadblock to be determined by Capt
12-15-12 SF Area 4 Roadblock to be determined by Capt
12-16-12 SF Area 16 Roadblock to be determined by Capt
12-17-12 SF Area 15 Roadblock to be determined by Capt
12-18-12 SF Area Roadblock to be determined by Capt
12-19-12 SF Area 4 Roadblock to be determined by Capt
12-20-12 SF Area 8 Roadblock to be determined by Capt
12-21-12 SF Area 2 Roadblock to be determined by Capt
12-22-12 SF Area 2 Roadblock to be determined by Capt
12-23-12 SF Area 3 Roadblock to be determined by Capt
12-24-12 SF Areas 13&14 Roadblock to be determined by Capt
12-25-12 SF Area 15 Roadblock to be determined by Capt
12-26-12 SF Area 16 Roadblock to be determined by Capt
12-27-12 SF Area 18 Roadblock to be determined by Capt
12-28-12 SF Area 1 Roadblock to be determined by Capt
12-29-12 SF Area 9 Roadblock to be determined by Capt
12-30-12 SF Area 6 Roadblock to be determined by Capt
12-31-12 SF Area 13 (Downtown) Roadblock to be determined by Capt
01-01-13 SF Area 8 Roadblock to be determined by Capt
01-02-13 SF Area 9 Roadblock to be determined by Capt

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB215488
COB215488



**Daniel Derenda/BPD**
01/10/2013 09:10 AM

To: Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J

cc

bcc

Subject: SF Location update

## *Jan SF locations*

01-01-13    SF  Area 8 Roadblock to be determined by Capt
01-02-13    SF  Area 9  Roadblock to be determined by Capt
01-03-13    SF  Area    Roadblock to be determined by Capt
01-04-13    SF  Area 4 Roadblock to be determined by Capt
01-05-13    SF  Area 8 Roadblock to be determined by Capt
01-06-13    SF  Area 1  Roadblock to be determined by Capt
01-08-13    SF  Area 16  Roadblock to be determined by Capt
01-09-13    SF  Area 9  Roadblock to be determined by Capt
01-10-13    SF  Area 8  Roadblock to be determined by Capt  <span style="color:red">2200-0130 Chippewa Bar area Roadblock to be determined by Capt</span>
01-11-13    SF  Area 4  Roadblock to be determined by Capt  <span style="color:red">2200-0130 Chippewa Bar area Roadblock to be determined by Capt</span>
01-12-13    SF  Area 2  Roadblock to be determined by Capt
01-13-13    SF  Area 1 Roadblock to be determined by Capt
01-14-13    SF  Area  3  Roadblock to be determined by Capt
<span style="color:red">DAY 100</span> - 01-15-13    SF   Area    Roadblock to be determined by Capt

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB016047

COB016047



Daniel Derenda/BPD
04/29/2013 02:33 PM

To: Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J

cc
bcc
Subject: SF Location update

## April SF locations

```
04-01-13    SF  Area 1 Roadblock to be determined by Capt
04-02-13    SF  Area 2 Roadblock to be determined by Capt
04-03-13    SF  Area 4  Roadblock to be determined by Capt
04-04-13    SF  Area 5 Roadblock to be determined by Capt
04-05-13    SF  Area 8 Roadblock Empire & Goodyear
04-06-13    SF  Area 1  Roadblock Kensington & William Gator
04-07-13    SF  Area 18  Roadblock Hertel & Military
04-08-13    SF  Area 3 Roadblock  Fillmore & Kensington
04-09-13    SF  Area 9 Roadblock Sycamore & Walden
04-10-13    SF  Area 4 Roadblock Genesee & Humason
04-11-13    SF  Area  2 Roadblock  33 & Suffolk
04-12-13    SF  Area 1 Roadblock Minnesota & Cordova
04-13-13    SF  Area 3 Roadblock E Amherst & Manhattan
04-14-13    SF  Area 16 Roadblock Grant & Garner
04-15-13    SF  Area 15 Roadblock Grant & Hampshire
04-16-13    SF  Area 3 Roadblock Leroy & Kensington
04-17-13    SF  Area 11 Roadblock Best & Jefferson
04-18-13    SF  Area 4 Roadblock Walden & Bailey
04-19-13    SF  Area 9 Roadblock Lathrop & Broadway
04-20-13    SF  Area 2 Roadblock Suffolk & 33
04-21-13    SF  Area 1 Roadblock Main & Hertel (11pm)
04-22-13    SF  Area 22 Roadblock Seneca & Babcock
04-23-13    SF  Area 8 Roadblock Empire & Goodyear, Miller & Goodyear
04-24-13    SF  Area 4 Roadblock Sycamore & Walden
04-25-13    SF  Area 2 Roadblock Kensington & William Gator
04-26-13    SF  Area 1 Roadblock Main & Hertel
04-27-13    SF  Area 3 Roadblock Leroy & Grider
04-28-13    SF  Area 11 Roadblock Utica & Jefferson
04-29-13    SF  Area 2 Roadblock Suffolk - Roosevelt to Oakmont
04-30-13    SF  Area 4 Roadblock Delavan & Grider
05-01-13    SF  Area 1 Roadblock Amherst & Berkshire
05-02-13    SF  Area 3 Roadblock Fillmore & Kensington
05-03-13    SF  Area 2 Roadblock Olympic & 33
05-04-13    SF  Area 9 Roadblock Smith & Broadway
05-05-13    SF  Area 8 Roadblock Empire& Goodyear, Empire & Miller
05-06-13    SF  Area 18 Roadblock Hertel & Military
```

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571



**Daniel Derenda/BPD**
05/23/2013 03:52 PM

To  Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J

cc

bcc

Subject  may SF location updates

## May SF locations

```
05-01-13   SF  Area 1 Roadblock Amherst & Berkshire
05-02-13   SF  Area 3 Roadblock Fillmore & Kensington
05-03-13   SF  Area 2 Roadblock Olympic & 33
05-04-13   SF  Area 9 Roadblock Smith & Broadway
05-05-13   SF  Area 8 Roadblock Empire& Goodyear, Empire & Miller
05-06-13   SF  Area 18 Roadblock Hertel & Military
05-07-13   SF  Area 9 Roadblock Jefferson & 33
05-08-13   SF  Area 4 Roadblock Bailey & Walden
05-09-13   SF  Area 2 Roadblock Bailey & 33
05-10-13   SF  Area 1 Roadblock Location to be determined by Capt
05-11-13   SF  Area 3 Roadblock Location to be determined by Capt
05-12-13   SF  Area 4 Roadblock Genesee & Haven
05-13-13   SF Area 16 Roadblock Grant & Delavan
05-14-13   SF Area 1 Roadblock Manhattan & E Amherst
05-15-13   SF Area 2 Roadblock 33 & Suffolk
05-16-13   SF Area 3 Roadblock Fillmore & Kensington
05-17-13   SF Area 1 Roadblock - Location to be determined by Capt (note on report)
05-18-13   SF Area 4 Roadblock - Location to be determined by Capt (note on report)
05-19-13   SF Area 9 Roadblock - Location to be determined by Capt(note on report)
05-20-13   SF Area 8 Roadblock - Location to be determined by Capt (note on report)
05-21-13   SF Area 1 Roadblock - Location to be determined by Capt (note on report)
05-22-13   SF Area 9 Roadblock - Location to be determined by Capt (note on report)
05-23-13   SF Area 9 Roadblock - William & Jefferson
05-24-13   SF Area 8 Roadblock - Location to be determined by Capt (note on report)
05-25-13   SF Area 4 Roadblock - Location to be determined by Capt (note on report)
05-26-13   SF Area 2 Roadblock - Location to be determined by Capt (note on report)
05-27-13   SF Area 1 Roadblock - Location to be determined by Capt (note on report)
05-28-13   SF Area 3 Roadblock - Location to be determined by Capt (note on report)
05-29-13   SF Area 18 Roadblock - Location to be determined by Capt (note on report)
05-30-13   SF Area 18 Roadblock - Location to be determined by Capt (note on report)
05-31-13   SF Area 12 Roadblock - Location to be determined by Capt (note on report)
```

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB016030

COB016030



Daniel Derenda/BPD
06/27/2013 04:32 PM

To   Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J
cc
bcc
Subject   sf June location update

## June 13 SF locations

06-01-13   SF  Area 7 Roadblock Location to be determined by Capt (note on report)
06-02-13   SF  Area 9 Roadblock Broadway & Smith
06-03-13   SF  Area 2 Roadblock Olympic & 33
06-04-13   SF  Area 4 Roadblock Walden & Sycamore
06-05-13   SF  Area 8 Roadblock Location to be determined by Capt (note on report)
06-06-13   SF  Area 10 & 7 Roadblock Location to be determined by Capt (note on report)
06-07-13   SF  Area 15 Roadblock Grant & Hampshire
06-08-13   SF  Area 16 Roadblock Grant & Delavan
06-09-13   SF  Area 22 Seneca St(Babcock to Derstein)Roadblock Location to be determined by Capt (note on report)
06-10-13   SF  Area 6 Roadblock Main & Utica
06-11-13   SF  Area 3 Roadblock
06-12-13   SF  Area 4 Roadblock Genesee & Theodore
06-13-13   SF  Area 8 Roadblock Broadway & Miller
06-14-13   SF  Area 4 Roadblock E Delavan & ERB
06-15-13   SF  Juneteenth 15:30-2100 Area 2 Roadblock 33 & Suffolk
06-16-13   SF  Juneteenth 15:30-2100 Area 7 Roadblock Box & Moselle
06-17-13   SF  Area 4 Roadblock Walden & Brinkman
06-18-13   SF  Area 8 Roadblock Broadway and Memorial
06-19-13   SF  Area 9 Roadblock Smith adn Broadway
06-20-13   SF  Area 2 Roadblock Delvan & William Gator
06-21-13   SF  Area 4 Roadblock Genesee & Erb
06-22-13   SF  Area 1 Roadblock Amherst & Berkshire
06-23-13   SF  Area 18 Roadblock Tonawanda & Ontario (hit the park and Tonawanda st hard)
06-24-13   SF  Area 3 Roadblock Leroy & Grider
06-25-13   SF  Area 9 Roadblock William & Jefferson (Warren, Strauss, Concord Sts problem areas)
06-26-13   SF  Area 8 Roadblock Empire & Goodyear
06-27-13   SF  Area 4 Roadblock Genesee & Cityline
06-28-13   SF  Area 7 Roadblock Ferry & Grider
06-29-13   Gus Macker 1530-1900 SF Area 7&8 Roadblock Sycamore & Walden
06-30-13   Gus Macker 1530-1900 SF Area 7&10 Roadblock Best & 33

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571