# Exhibit 61



**Daniel Derenda/BPD**
07/24/2013 04:03 PM

To  Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J

cc

bcc

Subject  July Sf F locations

## July 13 SF locations

```
07-01-13   SF  Area 9 Roadblock Sycamore & Fillmore ( Hit Warren Concord and Geneva hard)
07-02-13   SF  Area 8 Roadblock Empire & Goodyear
07-03-13   SF  Area 4 Roadblock Walden & Sycamore
07-04-13   SF  Area 18 Roadblock Tonawanda & Ontario
07-05-13   SF  Area 18 Roadblock Hertel & Niagara
07-06-13   SF  Area 18 Roadblock Hertel & Military
07-07-13   SF  Area 18 Roadblock Skillen & Military
07-08-13   SF  Area 6 Roadblock Main & Utica
07-09-13   SF  Area 4 Roadblock Genesee & Theodore
07-10-13   SF  Area 3 Roadblock Fillmore and Rodney
07-11-13   SF  Area 2 Roadblock RB to be determined
07-12-13   SF  Area 4 Roadblock RB to be determined
07-13-13   SF  Area 1 Roadblock RB to be determined
07-14-13   SF  Area 3 Roadblock RB to be determined
07-15-13   SF  Area 8 Roadblock RB to be determined
07-16-13   SF  Area 2 Roadblock 33 & Sullfolk
07-17-13   SF  Area 4 Roadblock to be determined
07-18-13   SF  Area 1 Roadblock to be determined
07-19-13   SF  Area 3 Roadblock to be determined
07-20-13   SF  Area 2 Roadblock to be determined
07-21-13   SF  Area 4 Roadblock to be determined
07-22-13   SF  Area 8 Roadblock RB to be determined
07-23-13   SF  Area 9 Roadblock RB to be determined
07-24-13   SF  Area 4 Roadblock RB to be determined
07-25-13   SF  Area 9 Roadblock RB to be determined
07-26-13   SF  Area 8 Roadblock RB to be determined
07-27-13   SF  Area 4 Roadblock RB to be determined
07-28-13   SF  Area 2 Roadblock RB to be determined
07-29-13   SF  Area 3 Roadblock RB to be determined
07-30-13   SF  Area 1 Roadblock RB to be determined
07-31-13   SF  Area 4 Roadblock RB to be determined
```

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571



Daniel Derenda/BPD
08/27/2013 02:14 PM

To  Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J

cc

bcc

Subject  sf location update

## August 13 SF locations

| Date | Location |
|---|---|
| 08-01-13 | SF Area 9 Roadblock Sycamore & Fillmore ( Hit Warren Concord and Geneva hard) |
| 08-02-13 | SF Area 8 Roadblock Empire & Goodyear |
| 08-03-13 | SF Area 4 Roadblock Walden & Sycamore |
| 08-04-13 | SF Area 2 Roadblock to be determined by LT |
| 08-05-13 | SF Area 4 Roadblock to be determined by LT |
| 08-06-13 | SF Area 8 Roadblock to be determined by LT |
| 08-07-13 | SF Area 4 Roadblock to be determined by LT |
| 08-08-13 | SF Areas 5&6 Roadblock to be determined by LT |
| 08-09-13 | SF Area 9 Roadblock to be determined by LT |
| 08-10-13 | SF Area 8 Roadblock to be determined by LT |
| 08-11-13 | SF Area 4 Roadblock to be determined by LT |
| 08-12-13 | SF Area 2 Roadblock to be determined by LT |
| 08-13-13 | SF Area 2 Roadblock to be determined by LT |
| 08-14-13 | SF Area 2 Roadblock to be determined by LT |
| 08-15-13 | SF Areas 4&11 Roadblock to be determined by LT |
| 08-16-13 | SF Area 9 Roadblock to be determined by LT |
| 08-17-13 | SF Area 8 Roadblock to be determined by LT |
| 08-18-13 | SF Area 15 Roadblock to be determined by LT |
| 08-19-13 | SF Area 16 Roadblock to be determined by LT |
| 08-20-13 | SF Area 2 Roadblock to be determined by LT |
| 08-21-13 | SF Area 4 Roadblock to be determined by LT |
| 08-22-13 | SF Area 6&5 Roadblock to be determined by LT |
| 08-23-13 | SF Area 4 Roadblock to be determined by LT |
| 08-24-13 | SF Area 9 Roadblock to be determined by LT |
| 08-25-13 | SF Area 18 Roadblock to be determined by LT |
| 08-26-13 | SF Area 2 Roadblock to be determined by LT |
| 08-27-13 | SF Area 4 Roadblock to be determined by LT |
| 08-28-13 | SF Area 15 Roadblock to be determined by LT |
| 08-29-13 | SF Area 16 Roadblock to be determined by LT |
| 08-30-13 | SF Area 9 Roadblock to be determined by LT |
| 08-31-13 | SF Area 8 Roadblock to be determined by LT |
| 09-01-13 | SF Area 4 Roadblock to be determined by LT |
| 09-02-13 | SF Area 2 Roadblock to be determined by LT |

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB016011

**Daniel Derenda/BPD**
09/24/2013 03:16 PM

To Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J
cc
bcc
Subject sf September location update

# Sept 2013

09-01-13   SF Area 4 Roadblock to be determined by LT
09-02-13   SF Area 2 Roadblock to be determined by LT
09-03-13   SF Area 15 Roadblock to be determined by LT
09-04-13   SF Area 16 Roadblock to be determined by LT
09-05-13   SF Area 10-11 Roadblock to be determined by LT
09-06-13   SF Area 9 Roadblock to be determined by LT
09-07-13   SF Area 8 Roadblock to be determined by LT
09-08-13   SF Area 4 Roadblock to be determined by LT
09-09-13   SF Area 2 Roadblock to be determined by LT
09-10-13   SF Area 1 Roadblock to be determined by LT
09-11-13   SF Area 9 Roadblock to be determined by LT
0912-13    SF Area 2 Roadblock to be determined by LT
09-13-13   SF Area 3 Roadblock to be determined by LT
09-14-13   SF Area 5-6 Roadblock to be determined by LT
09-15-13   SF Area 16 Roadblock to be determined by LT
09-16-13   SF Area 15 Roadblock to be determined by LT
09-17-13   SF Area 14-15 Roadblock to be determined by LT
09-18-13   SF Area 4 Roadblock to be determined by LT
09-19-13   SF Area 2 Roadblock to be determined by LT
09-20-13   SF Area 1 Roadblock to be determined by LT
09-21-13   SF Area 9  Roadblock to be determined by LT
09-22-13   SF Area 8 Roadblock to be determined by LT
09-23-13   SF Area 4 Roadblock to be determined by LT
09-24-13   SF Area 2 Roadblock to be determined by LT
09-25-13   SF Area 1 Roadblock to be determined by LT
09-26-13   SF Area 3 Roadblock to be determined by LT
09-27-13   SF Area 4 Roadblock to be determined by LT
09-28-13   SF Area 8 Roadblock to be determined by LT
09-29-13   SF Area 9 Roadblock to be determined by LT
09-30-13   SF Area 2 Roadblock to be determined by LT

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB016007

**COB016007**



Daniel Derenda/BPD
10/31/2013 09:24 AM

To  Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J

cc

bcc

Subject  SF location update

# Oct & Nov 2013

09-30-13   SF Area 2 Roadblock to be determined by LT
10-01-13   SF Area 4 Roadblock to be determined by LT
10-02-13   SF Area 5&6 Roadblock to be determined by LT
10-03-13   SF Area 1 Roadblock to be determined by LT
10-04-13   SF Area 1 Roadblock to be determined by LT
10-05-13   SF Area 1 Roadblock to be determined by LT
10-06-13   SF Area 2 Roadblock to be determined by LT
10-07-13   SF Area 4 Roadblock to be determined by LT
10-08-13   SF Area 8 Roadblock to be determined by LT
10-09-13   SF Area 9 Roadblock to be determined by LT
10-10-13   SF Area 4 Roadblock to be determined by LT
10-11-13   SF Area 1 Roadblock to be determined by LT
10-12-13   SF Area 1 Roadblock to be determined by LT
10-13-13   SF Area 1 Roadblock to be determined by LT
10-14-13   SF Area 2 Roadblock to be determined by LT
10-15-13   SF Area 4 Roadblock to be determined by LT
10-16-13   SF Area 8 Roadblock to be determined by LT
10-17-13   SF Area 9 Roadblock to be determined by LT
10-18-13   SF Area 1 Roadblock to be determined by LT
10-19-13   SF Area 1 Roadblock to be determined by LT
10-20-13   SF Area 2 Roadblock to be determined by LT
10-21-13   SF Area 4 Roadblock to be determined by LT
10-22-13   SF Area 4 Roadblock to be determined by LT
10-23-13   SF Area 4 Roadblock to be determined by LT
10-24-13   SF Area 4 Roadblock to be determined by LT
10-25-13   SF Area 1 Roadblock to be determined by LT
10-26-13   SF Area 1 Roadblock to be determined by LT
10-27-13   SF Area 2 Roadblock to be determined by LT
10-28-13   SF Area 4 Roadblock to be determined by LT
10-29-13   SF Area 4 Roadblock to be determined by LT
10-30-13   SF Area 4 Roadblock to be determined by LT
10-31-13   SF Area 2 Roadblock to be determined by LT
11-01-13   SF Area 1 Roadblock to be determined by LT
11-02-13   SF Area 1 Roadblock to be determined by LT
11-03-13   SF Area 15 Roadblock to be determined by LT
11-04-13   SF Area 16 Roadblock to be determined by LT
11-05-13   SF Area 4 Roadblock to be determined by LT

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB016001



| | | |
|---|---|---|
| Daniel Derenda/BPD<br>11/26/2013 09:24 AM | To | Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J |
| | cc | |
| | bcc | |
| | Subject | sf location update |

# Nov 2013

11-01-13   SF Area 1 Roadblock to be determined by LT
11-02-13   SF Area 1 Roadblock to be determined by LT
11-03-13   SF Area 15 Roadblock to be determined by LT
11-04-13   SF Area 16 Roadblock to be determined by LT
11-05-13   SF Area 4 Roadblock to be determined by LT
11-06-13   SF Area 8 Roadblock to be determined by LT
11-07-13   SF Area 9 Roadblock to be determined by LT
11-08-13   SF Area 4 Roadblock to be determined by LT
11-09-13   SF Area 1 Roadblock to be determined by LT
11-10-13   SF Area 2 Roadblock to be determined by LT
11-11-13   SF Area 18 Roadblock to be determined by LT
11-12-13   SF Area 16 Roadblock to be determined by LT
11-13-13   SF Area 15 Roadblock to be determined by LT
11-14-13   SF Area 4 Roadblock to be determined by LT
11-15-13   SF Area 4 Roadblock to be determined by LT
11-16-13   SF Area 1 Roadblock to be determined by LT
11-17-13   SF Area 1 Roadblock to be determined by LT
11-18-13   SF Area 2 Roadblock to be determined by Lt
11-19-13   SF Area 4 Roadblock to be determined by LT
11-20-13   SF Area 4 Roadblock to be determined by LT
11-21-13   SF Area 2 Roadblock to be determined by LT
11-22-13   SF Area 2 Roadblock to be determined by LT
11-23-13   SF Area 1 Roadblock to be determined by LT
11-24-13   SF Area 2 Roadblock to be determined by LT
11-25-13   SF Area 4 Roadblock to be determined by LT
11-26-13   SF Area 3 Roadblock to be determined by LT
11-27-13   SF Area 13 Downtown Chippawa bar district Roadblock to be determined by LT
11-28-13   SF Area 9 Roadblock to be determined by LT
11-29-13   SF Area 8 Roadblock to be determined by LT
11-30-13   SF Area 4 Roadblock to be determined by LT
12-01-13   SF Area 4 Roadblock to be determined by LT
12-02-13   SF Area 2 Roadblock to be determined by LT
12-03-13   SF Area 1 Roadblock to be determined by LT
12-04-13   SF Area 4 Roadblock to be determined by LT

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB015997

COB015997



| | | |
|---|---|---|
| Daniel Derenda/BPD<br>12/26/2013 04:41 PM | To | Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J |
| | cc | |
| | bcc | |
| | Subject | sf location update |

# Dec 2013

12-01-13    SF Area 4 Roadblock to be determined by LT
12-02-13    SF Area 2 Roadblock to be determined by LT
12-03-13    SF Area 1 Roadblock to be determined by LT
12-04-13    SF Area 1 Roadblock to be determined by LT
12-05-13    SF Area 2 Roadblock to be determined by LT
12-06-13    SF Area 2 Roadblock to be determined by LT
12-07-13    SF Area 1 Roadblock to be determined by LT
12-08-13    SF Area 1 Roadblock to be determined by LT
12-09-13    SF Area 4 Roadblock to be determined by LT
12-10-13    SF Area 1 Roadblock to be determined by LT
12-11-13    SF Area 9 Roadblock to be determined by LT
12-12-13    SF Area 2 Roadblock to be determined by LT
12-13-13    SF Area 1 Roadblock to be determined by LT
12-14-13    SF Area 1 Roadblock to be determined by LT
12-15-13    SF Area 3 Roadblock to be determined by LT
12-16-13    SF Area 2 Roadblock to be determined by LT
12-17-13    SF Area 4 Roadblock to be determined by LT
12-18-13    SF Area 8 Roadblock to be determined by LT
12-19-13    SF Area 9 Roadblock to be determined by LT
12-20-13    SF Area 1 Roadblock to be determined by LT
12-21-13    SF Area 1 Roadblock to be determined by LT
12-22-13    SF Area 2 Roadblock to be determined by LT
12-23-13    SF Area 4 Roadblock to be determined by LT
12-24-13    SF Area 9 Roadblock to be determined by LT
12-25-13    SF Area 8 Roadblock to be determined by LT
12-26-13    SF Area 2 Roadblock to be determined by LT
12-27-13    SF Area1 Roadblock to be determined by LT
12-28-13    SF Area 1 Roadblock to be determined by LT
12-29-13    SF Area 2 Roadblock to be determined by LT
12-30-13    SF Area 4 Roadblock to be determined by LT
12-31-13    DOWNTOWN ball drop and Chippawa
01-01-14    SF Area 9 Roadblock to be determined by LT


Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571



Daniel Derenda/BPD
01/27/2014 11:15 AM

To: Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J

cc
bcc
Subject: sf Jan location update

# Jan 2014

01-01-14   SF Area 9 Roadblock to be determined by LT
01-02-14   SF Area 4 Roadblock to be determined by LT
01-03-14   SF Area 8 Roadblock to be determined by LT
01-04-14   SF Area 4 Roadblock to be determined by LT
01-05-14   SF Area 4 Roadblock to be determined by LT
01-06-14   SF Area 2 Roadblock to be determined by LT
01-07-14   SF Area 2 Roadblock to be determined by LT
01-08-14   SF Area 8 Roadblock to be determined by LT
01-09-14   SF Area 4 Roadblock to be determined by LT
01-10-14   SF Area 4 Roadblock to be determined by LT
01-11-14   SF Area 2 Roadblock to be determined by LT
01-12-14   SF Area 2 Roadblock to be determined by LT
01-13-14   SF Area 1 Roadblock to be determined by LT
01-14-14   SF Area 9 Roadblock to be determined by LT
01-15-14   SF Area 4 Roadblock to be determined by LT
01-16-14   SF Area 3 Roadblock to be determined by LT
01-17-14   SF Area 11 Roadblock to be determined by LT
01-18-14   SF Area 11 Roadblock to be determined by LT
01-19-14   SF Area 1 Roadblock to be determined by LT
01-20-14   SF Area 2 Roadblock to be determined by LT
01-21-14   SF Area 4 Roadblock to be determined by LT
01-22-14   SF Area 8 Roadblock to be determined by LT
01-23-14   SF Area 4 Roadblock to be determined by LT
01-24-14   SF Area 4 Roadblock to be determined by LT
01-25-14   SF Area 4 Roadblock to be determined by LT
01-26-14   SF Area 4 Roadblock to be determined by LT
01-27-14   SF Area 9 Roadblock to be determined by LT
01-28-14   SF Area 8 Roadblock to be determined by LT
01-29-14   SF Area 4 Roadblock to be determined by LT
01-30-14   SF Area 2 Roadblock to be determined by LT
01-31-14   SF Area 1 Roadblock to be determined by LT

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB016214



| | | |
|---|---|---|
| Daniel Derenda/BPD<br>02/19/2014 04:20 PM | To | Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J |
| | cc | |
| | bcc | |
| | Subject | sf feb location update |

# Feb 2014

02-01-14    SF Area 2 Roadblock to be determined by LT
02-02-14    SF Area 4 Roadblock to be determined by LT
02-03-14    SF Area 5&7 Roadblock to be determined by LT
02-04-14    SF Area 15 Roadblock to be determined by LT
02-05-14    SF Area 16 Roadblock to be determined by LT
02-06-14    SF Area 18 Roadblock to be determined by LT
02-07-14    SF Area 10 &11 Roadblock to be determined by LT
02-08-14    SF Area 2 Roadblock to be determined by LT
02-09-14    SF Area 5&7 Roadblock to be determined by LT
02-10-14    SF Area 3 Roadblock to be determined by LT
02-11-14    SF Area 1 Roadblock to be determined by LT
02-12-14    SF Area 2 Roadblock to be determined by LT
02-13-14    SF Area 4 Roadblock to be determined by LT
02-14-14    SF Area 5&6 Roadblock to be determined by LT
02-15-14    SF Area 2 Roadblock to be determined by LT
02-16-14    SF Area 15 Roadblock to be determined by LT
02-17-14    SF Area 16 Roadblock to be determined by LT
02-18-14    SF Area 9 Roadblock to be determined by LT
02-19-14    SF Area 9 Roadblock to be determined by LT
02-20-14    SF Area 4 Roadblock to be determined by LT
02-21-14    SF Area 4 Roadblock to be determined by LT
02-22-14    SF Area 2 Roadblock to be determined by LT
02-23-14    SF Area 2 Roadblock to be determined by LT
02-24-14    SF Area 1 Roadblock to be determined by LT
02-25-14    SF Area 3 Roadblock to be determined by LT
02-26-14    SF Area 1 Roadblock to be determined by LT
02-27-14    SF Area 2 Roadblock to be determined by LT
02-28-14    SF Area 4 Roadblock to be determined by LT

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571



**Daniel Derenda/BPD**
03/27/2014 02:33 PM

To: Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J
cc
bcc
Subject: location update

# March 2014

| Date | Location |
|---|---|
| 03-01-14 | SF Area 2 Roadblock to be determined by LT |
| 03-02-14 | SF Area 4 Roadblock to be determined by LT |
| 03-03-14 | SF Area 5&7 Roadblock to be determined by LT |
| 03-04-14 | SF Area 3 Roadblock to be determined by LT |
| 03-05-14 | SF Area 1 Roadblock to be determined by LT |
| 03-06-14 | SF Area 1 Roadblock to be determined by LT |
| 03-07-14 | SF Area 1 &11 Roadblock to be determined by LT |
| 03-08-14 | SF Area 2 Roadblock to be determined by LT |
| 03-09-14 | SF Area 4 Roadblock to be determined by LT |
| 03-10-14 | SF Area 8 Roadblock to be determined by LT |
| 03-11-14 | SF Area 9 Roadblock to be determined by LT |
| 03-12-14 | SF Area 4 Roadblock to be determined by LT |
| 03-13-14 | SF Area 9 Roadblock to be determined by LT |
| 03-14-14 | SF Area 8 Roadblock to be determined by LT |
| 03-15-14 | SF Area 4 Roadblock to be determined by LT |
| 03-16-14 | SF Area 2 Roadblock to be determined by LT |
| 03-17-14 | SF Area 1 Roadblock to be determined by LT |
| 03-18-14 | SF Area 3 Roadblock to be determined by LT |
| 03-19-14 | SF Area 2 Roadblock to be determined by LT |
| 03-20-14 | SF Area 4 Roadblock to be determined by LT |
| 03-21-14 | SF Area 8 Roadblock to be determined by LT |
| 03-22-14 | SF Area 9 Roadblock to be determined by LT |
| 03-23-14 | SF Area 5&7 Roadblock to be determined by LT |
| 03-24-14 | SF Area 16 Roadblock to be determined by LT |
| 03-25-14 | SF Area 15 Roadblock to be determined by LT |
| 03-26-14 | SF Area 2 Roadblock to be determined by LT |
| 03-27-14 | SF Area 4 Roadblock to be determined by LT |
| 03-28-14 | SF Area 8 Roadblock to be determined by LT |
| 03-25-14 | SF Area 9 Roadblock to be determined by LT |

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB015978

COB015978



Daniel Derenda/BPD
04/16/2014 03:47 PM

To   Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J
cc
bcc
Subject   april location update

# *April 2014*

| | |
|---|---|
| 03-31-14 | SF Area 2 Roadblock to be determined by LT |
| 04-01-14 | SF Area 2 Roadblock to be determined by LT |
| 04-02-14 | SF Area 1 Roadblock to be determined by LT |
| 04-03-14 | SF Area 1 Roadblock to be determined by LT |
| 04-04-14 | SF Area 3 Roadblock to be determined by LT |
| 04-05-14 | SF Area 3 Roadblock to be determined by LT |
| 04-06-14 | SF Area 1 Roadblock to be determined by LT |
| 04-07-14 | SF Area 1 Roadblock to be determined by LT |
| 04-08-14 | SF Area 2 Roadblock to be determined by LT |
| 04-09-14 | SF Area 2 Roadblock to be determined by LT |
| 04-10-14 | SF Area 2 Roadblock to be determined by LT |
| 04-11-14 | SF Area 1 Roadblock to be determined by LT |
| 04-12-14 | SF Area1 Roadblock to be determined by LT |
| 04-13-14 | SF Area 2 Roadblock to be determined by LT |
| 04-14-14 | SF Area 2 Roadblock to be determined by LT |
| 04-15-14 | SF Area 4 Roadblock to be determined by LT |
| 04-16-14 | SF Area 4 Roadblock to be determined by LT |
| 04-17-14 | SF Area 8 Roadblock to be determined by LT |
| 04-18-14 | SF Area 9 Roadblock to be determined by LT |
| 04-19-14 | SF Area 4 Roadblock to be determined by LT |
| 04-20-14 | SF Area 2 Roadblock to be determined by LT |
| 04-21-14 | SF Area 1 Roadblock to be determined by LT |
| 04-22-14 | SF Area 1 Roadblock to be determined by LT |

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571



Daniel Derenda/BPD
05/30/2014 11:20 AM

To: Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J
cc
bcc
Subject: SF location update

# May 2014

| Date | Location |
|---|---|
| 05-01-14 | SF Area 2 Roadblock to be determined by LT |
| 05-02-14 | SF Area 1 Roadblock to be determined by LT |
| 05-03-14 | SF Area 1 Roadblock to be determined by LT |
| 05-04-14 | SF Area 3 Roadblock to be determined by LT |
| 05-05-14 | SF Area 2 Roadblock to be determined by LT |
| 05-06-14 | SF Area 4 Roadblock to be determined by LT |
| 05-07-14 | SF Area 4 Roadblock to be determined by LT |
| 05-08-14 | SF Area 9 Roadblock to be determined by LT |
| 05-09-14 | SF Area 8 Roadblock to be determined by LT |
| 05-10-14 | SF Area 4 Roadblock to be determined by LT |
| 05-11-14 | SF Area 2 Roadblock to be determined by LT |
| 05-12-14 | SF Area 2 Roadblock to be determined by LT |
| 05-13-14 | SF Area 2 Roadblock to be determined by LT |
| 05-14-14 | SF Area 2 Roadblock to be determined by LT |
| 05-15-14 | SF Area 1 Roadblock to be determined by LT |
| 05-16-14 | SF Area 1 Roadblock to be determined by LT |
| 05-17-14 | SF Area 2 Roadblock to be determined by LT |
| 05-18-14 | SF Area 3 Roadblock to be determined by LT |
| 05-19-14 | SF Area 4 Roadblock to be determined by LT |
| 05-20-14 | SF Area 4 Roadblock to be determined by LT |
| 05-21-14 | SF Area 2 Roadblock to be determined by LT |
| 05-22-14 | SF Area 1 Roadblock to be determined by LT |
| 05-23-14 | SF Area 2 Roadblock to be determined by LT |
| 05-24-14 | SF Area 2 Roadblock to be determined by LT |
| 05-25-14 | SF Area 4 Roadblock to be determined by LT |
| 05-26-14 | SF Area 4 Roadblock to be determined by LT |
| 05-27-14 | SF Area 2 Roadblock to be determined by LT |
| 05-28-14 | SF Area 2 Roadblock to be determined by LT |
| 05-29-14 | SF Area 1 Roadblock to be determined by LT |
| 05-30-14 | SF Area 4 Roadblock to be determined by LT |
| 05-31-14 | SF Area 8 Roadblock to be determined by LT |
| 06-01-14 | SF Area 9 Roadblock to be determined by LT |
| 06-02-14 | SF Area 1 Roadblock to be determined by LT |
| 06-03-14 | SF Area 2 Roadblock to be determined by LT |

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB015971

COB015971



**Daniel Derenda/BPD**
06/27/2014 04:02 PM

To: Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J
cc
bcc
Subject: sflocation update

# June 2014

| Date | Location |
|---|---|
| 06-01-14 | SF Area 9 Roadblock to be determined by LT |
| 06-02-14 | SF Area 1 Roadblock to be determined by LT |
| 06-03-14 | SF Area 2 Roadblock to be determined by LT |
| 06-04-14 | SF Area   Roadblock to be determined by LT |
| 06-05-14 | SF Area   Roadblock to be determined by LT |
| 06-06-14 | SF Area   Roadblock to be determined by LT |
| 06-07-14 | SF Area  Roadblock to be determined by LT |
| 06-08-14 | SF Area   Roadblock to be determined by LT |
| 06-09-14 | SF Area   Roadblock to be determined by LT |
| 06-10-14 | SF Area   Roadblock to be determined by LT |
| 06-11-14 | SF Area  2 Roadblock to be determined by LT |
| 06-12-14 | SF Area 1 Roadblock to be determined by LT |
| 06-13-14 | SF Area 5&7 Roadblock to be determined by LT |
| 06-14-14 | SF 1530-2100hrs June teenth/ area 2  Roadblock to be determined by LT |
| 06-15-14 | SF SF 1530-2100hrs June teenth/ area 4 Roadblock to be determined by LT |
| 06-16-14 | SF Area 3 Roadblock to be determined by LT |
| 06-17-14 | SF Area 18 Roadblock to be determined by LT |
| 06-18-14 | SF Area 8 Roadblock to be determined by LT |
| 06-19-14 | SF Area 4 Roadblock to be determined by LT |
| 06-20-14 | SF Area 4 Roadblock to be determined by LT |
| 06-21-14 | SF Area 2 Roadblock to be determined by LT |
| 06-22-14 | SF Area 2 Roadblock to be determined by LT |
| 06-23-14 | SF Area 1 Roadblock to be determined by LT |
| 06-24-14 | SF Area 1 Roadblock to be determined by LT |
| 06-25-14 | SF Area 9 Roadblock to be determined by LT |
| 06-26-14 | SF Area 2 Roadblock to be determined by LT |
| 06-27-14 | SF Area 2 Roadblock to be determined by LT |
| 06-28-14 | SF Area 4 Roadblock to be determined by LT |
| 06-29-14 | SF Area 18 Roadblock to be determined by LT |
| 06-30-14 | SF Area 8 Roadblock to be determined by LT |

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571



| | |
|---|---|
| Daniel Derenda/BPD<br>07/02/2014 10:46 AM | To  Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J |
| | cc |
| | bcc |
| | Subject  sf location update |

## July 2014

07-01-14   SF Area 9 Roadblock to be determined by LT
07-02-14   SF Area 4 Roadblock to be determined by LT
07-03-14   SF Area 2 Roadblock to be determined by LT
07-04-14   SF Area 4 Roadblock to be determined by LT
07-05-14   SF Area 1 Roadblock to be determined by LT
07-06-14   SF Area 2  Roadblock to be determined by LT
07-07-14   SF Area 4 Roadblock to be determined by LT
07-08-14   SF Area 8 Roadblock to be determined by LT

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB016238