# Exhibit 62

| | | |
|---|---|---|
| Philip M Serafini/BPD<br>06/29/2017 04:09 PM | To | George P McLean/BPD@BuffaloPoliceDept, Michael P Quinn/BPD@BuffaloPoliceDept, Lance R Russo/BPD@BuffaloPoliceDept, Brian S |
| | cc | Aaron V Young/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept |
| | bcc | |
| | Subject | Adjustments to Checkpoints |

Lieutenants,

DPC Lockwood and Chief Young want us to make some adjustments to our Traffic Safety Checkpoints:

We will still run 3 Traffic Safety Checkpoints a day.

For one of the daily checkpoints: four days a week on Monday, Wednesday, Friday and Saturday, one checkpoint will be done in the designated Hot Spots. On Tuesday and Sunday of the week one checkpoint will be done in an area other that the East Side.

The other two daily checkpoints will be done either on the South, North or West Side of the City.

The Lieutenants will continue to complete the Daily Checkpoint location sheets which I use to compile an ongoing daily list of all the checkpoint locations. Additionally, the Lieutenants will continue to email the DPC, Chief Young and myself the Checkpoint locations every day. Please stress to your officers that they should always remain polite, courteous, and professional in their dealings with motorists and citizens. We are going to come under a lot of scrutiny in the next couple of months due to the upcoming Mayoral election and I want to reinforce to the public the good work that you and the officers of the Strike Force and Housing units perform on a daily basis. Thank you all for your cooperation and if there are any questions or comments please let me know.

Captain Serafini

COB016339