# Exhibit 63

| | |
|---|---|
| From: | DeGeorge,Michael J. |
| Sent: | 7/26/2017 4:42:34 PM |
| To: | Derenda,Daniel; Lockwood,Byron C; jdrinaldo@bpdny.org |
| Subject: | Fwd: RESOLUTION |

```
Sent via the Samsung GALAXY S® 5, an AT&T 4G LTE smartphone
-------- Original message --------
From: "Ball,Timothy" <tball@ch.ci.buffalo.ny.us>
Date: 07/26/2017 12:29 PM (GMT-05:00)
To: "DeGeorge,Michael J." <mdegeorge@ch.ci.buffalo.ny.us>
Subject: Fwd: RESOLUTION
Tim Ball
----------------------
Timothy A. Ball
Corporation Counsel
City of Buffalo : Department of Law
1101 City Hall : 65 Niagara Square
Buffalo, New York 14202
Phone: (716) 851-4334
Fax: (716) 851-4105
E-mail: tball@city-buffalo.com<mailto:tball@city-buffalo.com>
******************************************
Confidentiality Notice: This electronic mail transmission is intended for the
use of the individual or entity to which it is addressed and may contain
confidential information belonging to the sender which is protected by the
attorney-client privilege. If you are not the intended recipient, you are hereby
notified that any disclosure, copying, distribution, or the taking of any action
in reliance on the contents of this information is strictly prohibited. If you
have received this transmission in error, please notify the sender immediately
by e-mail and delete the original message. Thank you for your cooperation.
Begin forwarded message:
From: "Lehner,Christine"
<IS26@ch.ci.buffalo.ny.us<mailto:IS26@ch.ci.buffalo.ny.us>>
Date: July 26, 2017 at 12:24:27 PM EDT
To: "Ball,Timothy" <tball@ch.ci.buffalo.ny.us<mailto:tball@ch.ci.buffalo.ny.us>>
Subject: RESOLUTION
Chris Lehner
Sr. Council Clerk
City Clerk's Office
65 Niagara Sq Room 1308
Buffalo, NY 14202
716-851-5436
```



- check point-07262017112631.pdf



- ATT00001.htm

COB080148



**The City of Buffalo Common Council**
1413 City Hall
Buffalo, NY 14202

**ADOPTED**

**AGENDA ITEM 17-1332**

Meeting: 07/25/17 02:00 PM
Department: Common Council
Category: Resolution
Prepared By: Malcolm Ertha
Initiator: Malcolm Ertha
Sponsors: Council President, Ellicott Dist. Council Member Darius G. Pridgen
DOC ID: 4605 B

# Pridgen - Buffalo Police Department Check Point Policy

Whereas police forces have been known to increase traffic enforcement as a response to increased crime;

Whereas such a response occasionally takes the form of "check points," where police use high visibility road blocks to uniformly scan all passing traffic for expired licenses, lapsed insurance, or outstanding warrants, and detain any motorists flagged during the process;

Whereas BPD leadership, the administration, and The Council concur that there is a responsibility to ensure that check points do not disproportionately target certain neighborhoods and that they are not conducted with discretionary and non-uniform procedures;

Whereas although the development of police protocols can be considered sensitive information, The Council still has a duty to ensure fair and equitable protection of its constituents; and

Whereas in order to effectively execute its duty on behalf of the people, The Council requires certain information provided by various commissioners and deputies: Now, Therefore Be It

*Resolved that The City of Buffalo Common Council-*

1) Directs the commissioner of BPD to produce a report on BPD use of check points and deliver such report to The Council within one (1) week of the adoption of this resolution;
2) Requests that the aforementioned report contains data on the location, frequency, and results of BPD checkpoints covering a period of three (3) years to date; and
3) Directs City Clerk to forward this resolution to the commissioner and deputy commissioners of BPD upon the resolution's adoption.

**RESULT:    ADOPTED**

Updated: 7/25/2017 11:34 AM by Malcolm Ertha B

Page 1