# Exhibit 66

| | | |
|---|---|---|
| **Philip M Serafini/BPD**<br>11/01/2017 06:19 PM | To | George P McLean/BPD@BuffaloPoliceDept, Michael P Quinn/BPD@BuffaloPoliceDept, Thomas R Whelan/BPD@BuffaloPoliceDept, Brian S |
| | cc | Aaron V Young/BPD@BuffaloPoliceDept |
| | bcc | |
| | Subject | Checkpoints suspended |

Lieutenants,

The Traffic Safety Checkpoints are suspended as of today. I do not know how long the checkpoints will be suspended for, but please stress to your officers that they should still be enforcing the Vehicle and Traffic laws and the Penal law. This suspension came from Deputy Commissioner Lockwood. If there are any questions or comments, please let me know.

Captain Serafini

COB041743