# Exhibit 67

**EXHIBIT**
**36**
08-17-2032

COB011932

COB012014

OFFICERS
PO Joseph Acquino

IAD CASE # EC2016·025

UNIT  H410

**TYPE OF COMPLAINT:** Conduct (Weapon Pointed, rudeness racial slurs, illegal search)

**DATE OPENED:** 04/15/16

~~INTERNAL~~ / EXTERNAL  EC2016·025

**IAD INVESTIGATOR:** LEWIS

**REFER TO CASE #:**

**COMPLAINT** Alex Overton

**INCIDENT DATE:** 4/11/16

**STATEMENTS TAKEN**

| DATE/TIME | NAME | SIGNED |
|---|---|---|
| 5/3/16  1115 | PO Joseph Acquino | |
| 5/3/16  1130 | PO Justin Tedesco | |
| 5/27/16  1320 | Alex Overton | |

**STATUS OF CASE**

SUSPEND DATE TO IAD: _____

1st LTR TO COMPLAINANT 04/20/16

2nd LTR TO COMPLAINANT 5/3/16

3rd LTR TO COMPLAINANT 5/27/16

**INCIDENT LOCATION:** Fillmore @ Riley

**DISPOSITION**

SUSTAINED          (NOT SUSTAINED)

EXONERATED          UNFOUNDED

OTHER COMM CONF     (OTHER DPC CONF)
                     Leonard

OTHER CHIEF CONF    OTHER CAPT CONF

CHARGES DISMISSED   OTHER

**OTHER - REFUSED TO COOPERATE**

DATE CLOSED 08/17/2016   LETTER SENT: (Y) N

NOTICE OF CLAIM # _____

COPY TO CORP COUNSEL:

SIGNATURE DATE

**DEPARTMENTAL CHARGES**   PC# _____

| | DATE | NAME |
|---|---|---|
| OFFICER SERVED | | |
| PBA SERVED | | |
| DATE ANSWERED | | |

SUSPEND W/PAY    SO ____ DATE ____

RETURNED          SO ____ DATE ____

SUSPEND W/O PAY  SO ____ DATE ____

RETURNED          SO ____ DATE ____

**COURT ACTION**

DOCKET# _____

COURT _____

ADJOURNED _____

FOR ATTORNEY EYES ONLY



COB012015

COB011932

# City of Buffalo – Department of Police

## BYRON C. LOCKWOOD
1ST DEPUTY COMMISSIONER
PHONE - 851-4040
FAX - 851-4081

**To**        **Commissioner Daniel Derenda**

**FROM:**     Byron C. Lockwood
              1st Deputy Police Commissioner

**SUBJECT:**  **DPC Conference**
              **PSD Case # 2016-025**
              **P.O. Joseph Acquino**

**DATE:**     1- 20--17

---

On January 20, 2017 at 1645 hrs., a Conference was held in Deputy Police Commissioner Byron C. Lockwood's office, room # 223.   DPC Lockwood did conference PO Joseph Acquino on his Conduct.

BCL/ssr

FOR ATTORNEY EYES ONLY

COB012016

COB011932

# MEMORANDUM

**DATE:**   January 10, 2017

**TO:**   Chief Aaron Young                 Housing

**FROM:**   Byron C. Lockwood
1st Deputy Police Commissioner

**CC:**   Captain Philip Serafini

**RE:**   Deputy Commissioner's Conference – IAD Case # EC 2016-025

After a careful review of IAD Case # EC 2016-025, Commissioner Daniel Derenda has determined that a proper resolution of this case can be best served by a CONFERENCE at the Deputy Commissioner's level.

**It is imperative that P.O. Joseph Acquino, report in full regulation uniform to the office of 1st Deputy Commissioner Byron C. Lockwood at 1545 hrs hours on Friday, January 20, 2017.**

Please have P.O. Joseph Acquino sign this notice and return it to the Internal Affairs Division. If you have any questions regarding this matter, please feel free to contact the Internal Affairs Division at 851-4557.

Failure to comply with this directive may result in disciplinary action.

Byron C. Lockwood
1st Deputy Police Commissioner

BCL/jmd

OFFICER RECEIVING _____

DATE AND TIME NOTICE WAS SERVED _____

OFFICER SERVING _____

**THE SUPERVISOR SERVING THIS NOTICE SHALL IMMEDIATELY FAX THE NOTICE BACK TO IAD AT 851-5229**

FOR ATTORNEY EYES ONLY

**Philip M Serafini/BPD**
08/31/2016 04:19 PM

To  Byron C Lockwood/BPD@BuffaloPoliceDept,

cc  Lance R Russo/BPD@BuffaloPoliceDept, Brian S
    Strobele/BPD@BuffaloPoliceDept, Aaron V
    Young/BPD@BuffaloPoliceDept

bcc

Subject  Notification of conference.

Commissioner Lockwood,

I did notify PO Joe Acquino of the change in date for his conference. I know personally that PO Joe
Acquino would never intentionally miss a conference. He is very respectful of his superiors and a good
police officer. He works hard and is responsible for many of the arrests and confiscated weapons resulting
from our Housing and Strike force Units. I am sure this was an honest mistake, and I hope you will take
my thoughts into consideration. Thank you.

Respectfully,

Philip M. Serafini
Captain, Housing/ Strike Force

FOR ATTORNEY EYES ONLY

COB012018

COB011932

**Joyce M DiGiulio/BPD**
08/23/2016 04:54 PM

To  Aaron V Young/BPD@BuffaloPoliceDept,

cc  Philip M Serafini/BPD@BuffaloPoliceDept

bcc

Subject  DPC CONFERENCE FOR P.O. JOSEPH ACQUINO
SCHEDULED FOR 08/30/16

Attached is a DPC conference notice for P.O. Joseph Acquino the IAD has probably already sent to you for serving.  There is a typo on the notice - the Conference is for August 30, 2016 at 1545 hrs - the notice says Wednesday but **August 30, 2016 is Tuesday.**  Please make sure that P.O. Jos. Acquino knows that **he is to report on Tues** (not Wed) **August 30, 2016.**



DPC conference P O Joseph Acquino scheduled for 8-30-16-08232016165121.pdf

Thank you

RT J. DiGiulio
Commanding:  1st DPC Byron C. Lockwood

FOR ATTORNEY EYES ONLY

**P-73  BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO:COMMISSIONER DANIEL DERENDA | DATE:09/01/2016 03:26:59 PM |
|---|---|
| FROM:Joseph B Acquino | SUBJECT:MISSED CONFERENCE |

DEAR DEPUTY COMMISSIONER LOCKWOOD

      SIR, ON AUGUST 30TH 2016 @ 1545 I DID FAIL TO ATTEND THE CONFERENCE THAT WAS SCHEDULED WITH YOU. I DID RECEIVE THE ORIGINAL NOTICE DATED FOR AUGUST 31, 2016.  DUE TO RECEIVING THE FIRST LETTER I DID WRITE DOWN AND SCHEDULE FOR THAT APPOINTMENT. I DID FORGET THAT I RECEIVED ANOTHER LETTER STATING THAT THEIR WAS A CORRECTION IN THE DATE. I APOLOGIZE FOR ANY INCONVENIENCE I MAY HAVE CAUSED.

          RESPECTFULLY SUBMITTED

*Joseph B. Ac7;o*

        JOSEPH B ACQUINO

*Respectfully Forwarded*
*Lt B l...*
*Lt Brian Strobele*

FOR ATTORNEY EYES ONLY

POLICE COMMISSIONER
2016 SP -2  AM 10:02
RECEIVED P.BD.

COB012020

# MEMORANDUM

**DATE:** August 22, 2016

**TO:** Chief Aaron Young                    Housing

**FROM:** Byron C. Lockwood
1st Deputy Police Commissioner

**CC:** Captain Philip Serafini

**RE:** Deputy Commissioner's Conference -- IAD Case # EC 2016-025

After a careful review of IAD Case # EC 2016-025, Commissioner Daniel Derenda has determined that a proper resolution of this case can be best served by a CONFERENCE at the Deputy Commissioner's level.

**It is imperative that P.O. Joseph Acquino, report in full regulation uniform to the office of 1st Deputy Commissioner Byron C. Lockwood at 1545 hrs hours on Wednesday, August 30, 2016.**

Please have P.O. Joseph Acquino sign this notice and return it to the Internal Affairs Division. If you have any questions regarding this matter, please feel free to contact the Internal Affairs Division at 851-4557.

Failure to comply with this directive may result in disciplinary action.

Byron C. Lockwood
1st Deputy Police Commissioner

BCL/imd

OFFICER RECEIVING _____

DATE AND TIME NOTICE WAS SERVED ___8-22-2016___

OFFICER SERVING _____ 8/22/16

**THE SUPERVISOR SERVING THIS NOTICE SHALL IMMEDIATELY FAX THE NOTICE BACK TO IAD AT 851-5229**

FOR ATTORNEY EYES ONLY

# M E M O R A N D U M

DATE:     August 22, 2016

TO:       Chief Aaron Young                    Housing

FROM:     Byron C. Lockwood
          1st Deputy Police Commissioner

CC:       Captain Philip Serafini

RE:       Deputy Commissioner's Conference – IAD Case # EC 2016-025

After a careful review of IAD Case # EC 2016-025, Commissioner Daniel Derenda has determined that a proper resolution of this case can be best served by a CONFERENCE at the Deputy Commissioner's level.

**It is imperative that P.O. Joseph Acquino, report in full regulation uniform to the office of 1st Deputy Commissioner Byron C. Lockwood at 1545 hrs hours on Wednesday, August 30, 2016.**

Please have P.O. Joseph Acquino sign this notice and return it to the Internal Affairs Division. If you have any questions regarding this matter, please feel free to contact the Internal Affairs Division at 851-4557.

Failure to comply with this directive may result in disciplinary action.

                                   Byron C. Lockwood
                                   1st Deputy Police Commissioner

BCL/jmd

OFFICER RECEIVING_____

DATE AND TIME NOTICE WAS SERVED_____

OFFICER SERVING_____

**THE SUPERVISOR SERVING THIS NOTICE SHALL IMMEDIATELY FAX THE
NOTICE BACK TO IAD AT 851-5229**

FOR ATTORNEY EYES ONLY

COB012022

COB011932

 **Stacy E Lewis/BPD**
08/17/2016 12:43 PM

To    Joyce M DiGiulio/BPD,

cc

bcc

Subject    Schedule DPC Conference

Joyce,

Please schedule PO Joseph Acquino of the Housing Unit District for a DPC Conference with DPC Lockwood regarding EC2016-025. When this conference takes place please notify this office so the information can be added to the file. I will bring the file over to you later today.

Lieutenant Stacy E. Lewis
Buffalo Police Department
Internal Affairs Division
74 Franklin St., Room 240
Buffalo, NY 14202
(716) 851-4032 - Office
(716) 262-5656 - Cell
(716) 851-5229 - Fax
email: selewis@bpdny.org

FOR ATTORNEY EYES ONLY

COB012023

COB011932



# CITY OF BUFFALO

### DEPARTMENT OF POLICE
#### Internal Affairs Division



BYRON W. BROWN
MAYOR

DANIEL DERENDA
COMMISSIONER

To:     PO Joseph Acquino
        Housing

From:   Daniel Derenda
        Commissioner of Police

Subject:  Disposition IAD Case EC2016-025

Date:   08 /17/ 2016

Attention: Chief Aaron Young

1) After reviewing pertinent facts and circumstances regarding the above Internal Affairs Division file, I have made the following determination about your actions and allegations and the allegations made in this matter:

[ ] SUSTAINED - Sufficient evidence exists clearly prove the allegations

[ ] EXONERATED - The alleged facts did occur, but were justified and proper.

[✓] NOT SUSTAINED - Insufficient evidence exists to clearly prove the allegations.

[ ] UNFOUNDED - The alleged facts did not occur or the accused officer was not involved.

[✓] CONFERENCE
       Commissioner - _____   DPC - Rockwood   Chief - _____
       Inspector - _____      Captain - _____

[ ] DISMISSED - Charges dismissed by the Commissioner at the Informal Hearing.

[ ] OTHER _____

2) The disposition will be recorded on your disciplinary card as such.

Daniel Derenda
Commissioner of Police

INTERNAL AFFAIRS DIVISION
74 FRANKLIN STREET / BUFFALO, NY 14202-4099 / (716) 851-4444 / www.bpdny.org

COB012024

FOR ATTORNEY EYES ONLY

COB011932



# CITY OF BUFFALO
## DEPARTMENT OF POLICE



BYRON W. BROWN
MAYOR

Daniel Derenda
COMMISSIONER

August 17, 2016

Mr. Alex Overton
1514 E. Delavan Ave.
Buffalo, NY 14215

Dear Mr. Overton,

The Buffalo Police Department's Internal Affairs Division has investigated the complaint you initiated on April 15, 2016, as thoroughly as possible. Statements and reports were gathered from the persons involved and their superiors, and video evidence reviewed, where necessary. The Commissioner of Police then reviewed these statements and reports.

Based on a thorough review of this case, the Commissioner of Police has determined that there is not sufficient evidence at this time to clearly prove your case and has determined the case disposition be carried as "not sustained," and will be cleared with a Deputy Commissioner's Conference for the involved officers.

If you have further information or questions regarding your complaint, please feel free to contact the Internal Affairs Division at 851-4032. Refer to IAD Case Number EC2016-025. Thank you for bringing this matter to our attention.

Sincerely,

Lieutenant Stacy Lewis
Internal Affairs Division

INTERNAL AFFAIRS DIVISION
74 FRANKLIN STREET / BUFFALO, NY 14202-4099 / (716) 851-4444 / www.bpdny.org

COB012025

FOR ATTORNEY EYES ONLY



# CITY OF BUFFALO
### DEPARTMENT OF POLICE
#### Internal Affairs Division



BYRON W. BROWN
MAYOR

DANIEL DERENDA
COMMISSIONER

## CASE INDEX
## IAD CASE EC2016-025

A.    Case Summary Information
1.    Case Disposition
2.    Case Summary
3.    Commissioner's Rationale
4.    Closing Letter to Complainant

B.    Complaint
1.    Conduct (Weapon Pointed/ Rudeness/ Racial Slurs/ Illegal Search)
2.    IAPro Summary

C.    Complainants
1.    Alex Overton

D.    Witness(s)
1.    PO Justin Tedesco

E.    Targets
1.    PO Joseph Acquino
2.    H410 CAD Unit History Report

F.    Reports
1.    CAD Call Log

G.    Statements
1.    PO Justin Tedesco
2.    PO Joseph Acquino
3.    Alex Overton

H.    Correspondence
1.    Case Related Emails
2.    Complainant Cooperation Letters
3.    Statement Notification Receipts

I.    Miscellaneous
1.    Screen shots of scene
2.    Notes of NICE 911 review

FOR ATTORNEY EYES ONLY

INTERNAL AFFAIRS DIVISION
74 FRANKLIN STREET / BUFFALO, NY 14202-4099 / (716) 851-4444 / www.bpdny.org

COB012026

COB011932



A

COB012027

IAD CASE EC2016-025

DATE:                          April 15, 2016

TO:                            Daniel Derenda, Commissioner
                               Buffalo Police Department

                               Harold M. McLellan, Inspector
                               Internal Affairs Division

FROM:                          Stacy E. Lewis, Lieutenant
                               Internal Affairs Division

SUBJECT:                       IAD CASE EC2016-025

TYPE OF COMPLAINT:             Conduct (Weapon Pointed/Rudeness/Racial Slurs/Illegal Search)

TARGET(S):                     Police Officer Justin Tedesco
                               Police Officer Joseph Acquino
                               Housing


INVESTIGATION

**Investigative Summary:**

On 04/15/2016 this writer was assigned a complaint generated from the 311/IAD Satellite Office complaint line. Alex Overton states that during a traffic stop at Fillmore and Riley at or about 2230 hours he feels his human rights were violated by a Buffalo Police Department Officer. Mr. Overton states that he was the passenger in NY Reg _____ , operated by _____ when the vehicle was stopped and approached by three BPD officers.

Mr. Overton states that when questioned the officers did tell him that they were looking for a grey two door sedan in connection to an incident. Mr. Overton states that he told the officer he was engaged with that the vehicle he was in was a four door vehicle at which time the officer next to him stated "You smart ass motherfuckin' nigger, get out of the car," and he did reach into the vehicle, unlock the door and forcibly remove the complainant from the vehicle. Complainant then states that he was subjected to an illegal search as the officer bent him over the car and searched his pockets and person without his permission. Complainants also states that the officer did draw his weapon, holding him at gun point and did say to him "If you move I will shoot you in the face."

Complainant describes the officer he engaged with a white male, dark hair, 5 o'clock shadow, about 5'8" and stocky wearing a name tag that possibly said "J. Accord?".

Complainant feels that the officer's actions and statements were inappropriate and did violate his rights.

FOR ATTORNEY EYES ONLY

1

COB012028

COB011932

IAD CASE EC2016-025

A. **Complainant**

   1. Alex Overton    1514 E. Delavan Ave, Bflo, NY    716-986-7817

     a. Complainant Background

     N/A -- IAPro and BPD DataWorks reviewed and no record found.

   2. **Complainant's Allegations**

     Conduct (Weapon Pointed/ Rudeness/ Racial Slurs/ Illegal Search)

   3. **Complainant's Statement(s)**

     Complainant states that during a traffic stop he was forcibly removed from the passenger seat of a vehicle he was riding in by an officer stating "You smart ass motherfuckin' nigger get out of the car.' And that he was bent over the vehicle as his pockets and person were improperly searched. He states that said officer did also draw his weapon, and hold him at gun point stating "If you move I will shoot you in the face." Complainant states that he feels this activity violated his human rights and was improper and inappropriate.

B. **Witnesses**

   1. 1. Police Officer Justin Tedesco
      Housing



     a.. Officer's Statement

     **Refer to investigator's notes**

           (For further details, refer to the P-73)

   2. Police

2

FOR ATTORNEY EYES ONLY

COB012029

COB011932

IAD CASE EC2016-025

  a. N/A

    1. Officer's Statement

    **Refer to investigator's notes**

      (For further details, refer to the P-73)

 2. Civilian

    1.

     N/A

    2. Witness Background

    1. Statement

     N/A

    2. Witness Background

**C. Officer(s) Involved**

   1. Police Officer Joseph Acquino
     Housing



   a.. Officer's Statement

  **Refer to investigator's notes**

     (For further details, refer to the P-73)

3

FOR ATTORNEY EYES ONLY

COB012030

COB011932

IAD CASE EC2016-025

D.  **Investigator's Notes**

04/19/2016 –
- called complaiant Alex Overton and made appointment for a statement later today.
- Spoke to PO Steidel regarding her conversation with Mr. Overton and the intake of his intial complaint. States that Lt. Ortiz assisted her with AVL to identify who was on location.
- Reviewed camera footage and requested disk related to incident. Overhead lights interfere with clarity of footage.
- Officers notified to appear for statements on 05/03/2016.

04/20/2016 –
- Complainant failed to show for statement. Complainant cooperation letter #1 mailed.

04/21/2016 –

05/03/2016 –
Complainant cooperation number 2 mailed.

05/27/2016 –
Complaint cooperation letter number 3 mailed.
Attempted to deliver notice to complainant at his residence at 1514 E. Delavan Ave. Complainant, A. Overton was home and did provide recorded statement regarding the incident. Complainant states vehicle was driven by his friend Robin Nichols, and did provide contact info for him 716.510.1047.

Called and left voice message for Robin Nichols.

06/09/2016 –
Called and left follow up voice message for Robin Nichols. Mr. Nichols did return my call and stated that he would be available to meet and provide his statement tomorrow at 1100 hrs.

07/19/2016 –
Further attempts to contact Mr. Nichols after missing our appointment have been unsuccessful. Mr. Overton did call today for an update on the status of this complaint.

E.  **Contact Information**

Alex Overton, 1514 E. Delavan Ave., Buffalo, NY 716-986-7817

Robin Nichols, unknown address, 716.510.1047

4

FOR ATTORNEY EYES ONLY

COB012031

COB011932



FOR ATTORNEY EYES ONLY

B

COB012032

# CITIZENS COMPLAINT FORM — BUFFALO POLICE DEPARTMENT

PSD # _____

| | | |
|---|---|---|
| COMPLAINANTS NAME **ALEX OVERTON** | ADDRESS **1514 E DELAVAN AVE** CITY **BFLO** | ZIP CODE **NY** T E L 986 7817 RES. BUS. |
| LEGAL GUARDIAN (IF JUVENILE) | ADDRESS    CITY    ZIP CODE | RELATIONSHIP **self** |

| | | |
|---|---|---|
| COMPLAINANTS SSN | DOB. | ALLEGATION: **Conduct (Weapon Drawn) / Racial Slurs** |

| | | |
|---|---|---|
| ADDRESS OF OCCURENCE **FILLMORE @ RILEY** | DIST. OF OCCURENCE **C** UNIT | DATE OF OCCURENCE **4/11/16** TIME OF OCCUR. |
| OFFICER | OFFICER | VEHICLE NO.    PCT / UNIT **H410** |

| | | |
|---|---|---|
| DATE REPORTED **04/12/2016** INTAKE SUPERVISOR | PCT / UNIT | ATTACHMENTS ☐ YES ☐ NO |

| | | |
|---|---|---|
| ARREST ☐ YES ☐ NO | APPEARANCE TICKET ☐ YES ☐ NO | CHARGES 1. |
| FORCE USED ☐ YES ☐ NO | INJURED ☐ YES ☐ NO   MEDICAL TREATMENT ☐ YES ☐ NO | 2. |
| TREATED AT : | FOR : | 3. 4. |

**TYPE OF FORCE**
☐ NONE ☐ SHOVE / PUSH ☐ SLAP ☐ NIGHTSTICK ☐ DRAGGED / PULLED ☐ PUNCH / KICK ☐ STRUCK W / GUN ☐ CHEM.
☐ GUN REMOVED FROM HOLSTER ☑ GUN POINTED ☐ GUN FIRED ☐ OTHER:

**INJURY**
☐ REDNESS ☐ EYE IRRITATION ☐ BRUISED ☐ STICHES REQUIRED ☐ GUN SHOT WOUND ☐ DEATH
☐ NOT SPECIFIED ☐ SWELLING ☐ FRACTURE ☐ BURN ☐ LACERATION ☐ BREATHING ☐ OTHER:

**DISPUTED CONDUCT**
☑ PERSON SEARCHED ☐ PREMISES SEARCHED ☐ SEIZED PROPERTY ☐ SUMMONS ☐ ARREST ☐ MISSING PROPERTY
☐ VEHICLE SEARCHED ☐ PROPERTY DAMAGED ☐ DETENTION ☑ PHYSICAL THREAT ☐ THREAT OF ARREST

**DISCOURTESY / POOR SERVICE**
☑ RUDE GESTURE / PROFANE WORDS ☐ CURSE ☐ GAY / LESBIAN SLUR ☐ REFUSED REPORT ☐ OTHER:
☐ RUDENESS ☐ SEXIST REMARK ☑ ETHNIC / RACIAL SLUR ☐ RESPONSE TIME ☐ NO RESPONSE

**BRIEF NARRATIVE ( Include Witnesses )**

Complainant states that pursuant to a traffic stop he was forcibly removed from the passenger side of the vehicle, searched improperly & without his consent and that officer did state to him "You smart ass motherfuckin' nigger get out of the car," and did hold him at gun point stating "If you move I will shot you in the face."

I have read this statement [ ], I have had this statement read to me [ ], which I have made of my own free will and the facts contained therein are true and correct to the best of my knowledge.

X _Alex Overton_ 5/27/16    _____
Signature of Complainant    5/27/16    Supervisor's ( Witness )

**DO NOT WRITE HERE**    PROFESSIONAL STANDARDS DIVISION    **DO NOT WRITE HERE**

CASE OPENED ☐ YES ☐ NO  INVESTIGATOR _____ PSD# _____

FOR ATTORNEY EYES ONLY

COB012033
**P-294 (Rev. 2/96)**

COB011932

**External    IA No: EC2016-025    Received: Apr 15, 2016**

Incident #::

**Classification/Sub-classification: Conduct / Weapon Pointed**

**Involved citizen:**

**Alex  Overton**

Linked address(s):
Home:  1514 E Delavan Ave   Buffalo NY

Linked phone(s):
CELL:  (716) 986-7817

**Officers involved:**

**Officer Joseph B. ACQUINO [2372/172752]**

**Officer current info:**

Division:  Patrol
District:  Housing Unit
Man Power:  MP4

**Snapshot - officer information at time of incident:**

Badge/ID no: 2372
Division:  Patrol
District:  Housing Unit
Man Power:  MP4
Rank/title: Officer
Age: 30   Years of employment: 3   Years with unit: 1
Off duty: No   Off duty employed: No

**Officer witnesses:**

**Officer Justin P. TEDESCO [/172780]**

**Officer current info:**

Division:  Patrol
District:  Housing Unit
Man Power:  MP4

**Summary:**

Complainant states that during a traffic stop he was forcibly removed from the passenger seat of
the vehicle, called racial slurs, searched without permission and held at gun point.

**When/where:**

FOR ATTORNEY EYES ONLY

Date/time occurred: Apr 11 2016 23:30

Address of Occurance:   Fillmore/Riley   Buffalo NY   Precinct: C
    County:  Erie

**Linked files:**

Documents:

    CASE SUMMARY v2   (doc)
    IAD Case Index   (doc)

**Status/assignment information:**

Status: Active

Opened: 04/19/2016   Assigned:      Due:      Completed:

Disposition:

Unit assigned: Un-assigned
Handled at field/unit level: No
Investigator assign: Lieutenant Stacy Lewis
Supervisor assign: Un-assigned
Source of information: 311

**Organizational component(s):**

**Entered by:  Lieutenant Stacy Lewis on Apr 19, 2016 at 10:52**

FOR ATTORNEY EYES ONLY

COB012035

COB011932

Date of Birth

Phone Number

Date and Time of Occurance

Police Officers Names and Vehicle Numbers

Location of Occurance

Wednesday, February 22, 1995

(716) 986-7817

04/12/2016 around 12:30am Officer J.Accuard

Fillmore ave and Riley st

Allegation and Description of Incident

I was a passenger of a car that got pulled over. The officers did not tell us why we were being pulled over. One of the officers stated that they were looking for a 2 door Silver Suddan, but the vehicle we were in was a 4 door silver suddan. Officer J. Accuard  I believe thats the proper spelling, he was very hostile with me as he asked me to get out the car without a reason to or asking for identification. He was continuously being rude and calling me all sorts of names like smart ass, nigga, nigger ect for no apparent reason also his weapon was draw as he was asking me to step out the car, again i did not have a weapon or anything illegal in my personal or gave any indication that i did. Then he went ahead and pushed me against the vehicle and started to search me throwing all my belongings around. I felt very violated, i did not give this officer a reason to treat me this way nor for him to be hostile with me. i did not like the way he was talking to me as if i was nothing. I feel like my human rights were violated and i was cooperating the entire time.

FOR ATTORNEYS EYES ONLY

| Harold M McLellan/BPD | To | Stacy E Lewis/BPD@BuffaloPoliceDept, |
|---|---|---|
| 04/12/2016 02:38 PM | cc | Margit A Steidel-Jones/BPD@BuffaloPoliceDept |
| | bcc | |
| | Subject | Alex Overton Complaint - Aquino/Tedesco |

Stacy,

    Open an investigation on this. Touch base with Margit, Chiquita, and Rich. They may have some additional information on this. Thank you.

| Margit A Steidel-Jones | Margit A Steidel-Jones/BPD | 04/12/2016 12:22:45 PM |
|---|---|---|

----- Forwarded by Harold M McLellan/BPD on 04/12/2016 08:04 AM -----



| "Citizens Complaint Form" <no-reply@wufoo.com> | To | balark@bpdny.org, hmmclellan@bpdny.org, jdrinaldo@bpdny.org, |
|---|---|---|
| 04/12/2016 01:19 AM | cc | |
| Please respond to no-reply@wufoo.com | Subject | Alex Overton Complaint - Aquino/Tedesco |

Name

Date of Report

Address

   Alex Overton Tuesday, April 12, 2016

   1514 East Delavan ave. Buffalo,

New York 14215 United States

COB012037



FOR ATTORNEY EYES ONLY

COB012038

## eJusticeNY INTEGRATED JUSTICE PORTAL

Stacy Lewis/NY0140100

People » Criminal History » Criminal Repository Search   ⊟ Feedback

**Criminal Repository**

BACK

### Repository Search
**To: lewiss6 For: Stacy Lewis Case No: ec2016-025 - OVERTON, ALEX - PDI**

**Search Result**

**There were no suspects found in the NYS Repository**
If performing a Search, check only NCIC and III if you wish to search FBI Files

### *Federal NCIC, III and/or FBI Response*

The outstanding response(s) indicated below will be forwarded to your in-box upon receipt by DCJS. If you do not receive one or more of the indicated responses, please contact that state or agency directly.

**III Record Request**

### ○ NCIC Information

The following information is provided in response to your request for a search of the NCIC - Person Files based on:

| | |
|---|---|
| **Name:** | **OVERTON, ALEX** |
| **Sex:** | **Male** |
| **Race:** | **Black** |
| **Date of Birth:** | **February 22, 1995** |

```
NY0140100

NO NCIC WANT NAM/OVERTON,ALEX DOB/19950222 RAC/B SEX/M
***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES
WITHOUT LIMITATIONS.
```

### ○ NCIC Protection Order

The following information is provided in response to your request for a search of the NCIC - Protection Order File based on:

| | |
|---|---|
| **Name:** | **OVERTON, ALEX** |
| **Sex:** | **Male** |
| **Race:** | **Black** |
| **Date of Birth:** | **February 22, 1995** |

```
NY0140100

NO NCIC PROTECTION ORDER FILE RECORD NAM/OVERTON,ALEX
DOB/19950222 RAC/B SEX/M
```

BACK

FOR ATTORNEY EYES ONLY

COB012039

COB011932

FOR ATTORNEY EYES ONLY

COB012040

COB011932



FOR ATTORNEY EYES ONLY

COB012041

D



# CITY OF BUFFALO, NEW YORK
# POLICE DEPARTMENT



| | |
|---|---|
| NAME: | **TEDESCO, JUSTIN** |
| RANK: | **POLICE OFFICER** |
| SHIELD#: | **2735** |
| DOB: | **10-13-1980** |
| ASSIGNMENT: | **HOUSING** |
| PHOTO DATE: | **Aug 18 2012 5:41PM** |

## PHYSICAL DESCRIPTION

| | |
|---|---|
| SEX: | **MALE** |
| RACE: | **WHITE** |
| HEIGHT: | **5'11"** |
| WEIGHT: | **0** |
| HAIR: | |
| EYES: | **BROWN** |
| BUILD: | |
| SKIN TONE: | |

FOR LAW ENFORCEMENT USE ONLY

FOR ATTORNEY EYES ONLY



FOR ATTORNEY EYES ONLY

COB012043

COB011932



# CITY OF BUFFALO, NEW YORK
# POLICE DEPARTMENT



| | |
|---|---|
| NAME: | **ACQUINO, JOSEPH B** |
| RANK: | **POLICE OFFICER** |
| SHIELD#: | **2372** |
| DOB: | **03-28-1986** |
| ASSIGNMENT: | **HOUSING** |
| PHOTO DATE: | **Aug 3 2012 11:07AM** |

## PHYSICAL DESCRIPTION

| | |
|---|---|
| SEX: | **MALE** |
| RACE: | **WHITE** |
| HEIGHT: | **5'10"** |
| WEIGHT: | **0** |
| HAIR: | **BROWN** |
| EYES: | **BLUE** |
| BUILD: | |
| SKIN TONE: | |

FOR LAW ENFORCEMENT USE ONLY

FOR ATTORNEY EYES ONLY

# BUFFALO POLICE
## Dispatch Monitor - Unit History Report

4/19/2016

Date **04/11/2016**                     Unit **H410**                     Patrol **C**
Shift **4th**                     Officer(s) **172780 - JUSTIN TEDESCO**
                                          **172752 - JOSEPH ACQUINO**

| Time Stamp | Log |
|---|---|
| 04/11/2016 16:10 | Shift Started |
| 04/11/2016 16:10 | Available |
| 04/11/2016 16:42 | Dispatched - TRAFFIC STOP - NIAGARA ST@S ELMWOOD AV:16-1020556 |
| 04/11/2016 16:42 | On Scene:16-1020556 |
| 04/11/2016 16:42 | Enroute:16-1020556 |
| 04/11/2016 16:53 | Available |
| 04/11/2016 16:53 | Dispatched - TRAFFIC STOP - 100 7TH ST BUF:16-1020560 |
| 04/11/2016 16:53 | Enroute:16-1020560 |
| 04/11/2016 17:16 | Cleared:16-1020560 |
| 04/11/2016 17:16 | Available |
| 04/11/2016 17:56 | Dispatched - NARCOTICS - 100 7TH ST BUF:16-1020628 |
| 04/11/2016 17:56 | Enroute:16-1020628 |
| 04/11/2016 17:56 | On Scene:16-1020628 |
| 04/11/2016 18:57 | Available |
| 04/11/2016 21:48 | Dispatched - NARCOTICS - 257 MASSACHUSETTS AV BUF:16-1020628 |
| 04/11/2016 21:48 | Enroute:16-1020628 |
| 04/11/2016 21:48 | Location Change - 172 RHODE ISLAND:16-1020628 |
| 04/11/2016 22:55 | Available |
| 04/12/2016 02:20 | Shift Ended |

FOR ATTORNEY EYES ONLY

1



FOR ATTORNEY EYES ONLY

COB012046

COB011932

# BUFFALO POLICE

## COMPLAINT SUMMARY REPORT

**Report Date: 5/3/2016**

**16-1020895   SUSPICIOUS VEHICLE**
**415 WOHLERS AV BUF (E4) Priority: 3**
**Disposition(s): 1. Closed by Dispatch**

| | |
|---|---|
| Reported:      04/11/2016 23:43:02 | Received By:    24194-UZAR, KYLE |
| Received:      04/11/2016 23:43:52 | Dispatched By:  001333-NOWELL, ELLEN M. |
| Dispatched: 04/11/2016 23:53:01 | Source:         E-911 |
| En Route:     04/11/2016 23:53:01 | |
| On Scene:    04/12/2016 00:47:59 | |
| Cleared:       04/12/2016 00:47:59 | |

**Officers:**       1. 170253-SEITZ, JOHN P. JR   2. 170256-MULLEN, JOSEPH F. 3.

**Other Personnel:** 1. 001687-OKONCZAK, ADAM C.   2. 23859-FALKOWSKI, MAX

**Remarks:** 23:43:02   24194   Loc:  100 HIGH - N SECTOR BUFFALO Phone: 716-948-4293
Comp: SPRINT

| | | |
|---|---|---|
| 23:43:02 | 24194 | Entry Initiated |
| 23:43:52 | 24194 | c male re: susp grey vehicle outside his house... 2  b/m occupants in the vehicle |
| 23:43:52 | 24194 | Sent to Dispatch - SUSPICIOUS VEHICLE - 415 WOHLERS AV BUF (E4) Pri: 3 |
| 23:45:11 | 24194 | male caller was shot last night, rec'd a call from a female saying she was sending someone to his house to shoot him again |
| 23:46:59 | 001333 | e480 poss shooter grey or silver jeep cherokee |
| 23:48:03 | 23859 | Loc:  100 HIGH - N SECTOR BUFFALO Phone: 716-948-4293 Comp: SPRINT |
| 23:48:05 | 23859 | ANOTHER CALL |
| 23:53:01 | 001333 | Dispatched (Primary) - E430 |
| 23:53:01 | 001333 | Enroute - E430 |
| 23:54:24 | 001333 | blue nissan 4d sedan |
| 23:55:08 | 001333 | Dispatched - E420 |
| 23:55:08 | 001333 | Enroute - E420 |
| 23:55:29 | 001333 | vsc check cam wohlers ferry |
| 00:06:04 | 001333 | vsc checking cam |
| 00:07:09 | 001333 | will make cd for crew if anything found |
| 00:13:01 | 001333 | no blue 4d sedan showing   checked cam 45 min before call came out |
| 00:47:24 | 001687 | Set to Primary - E420 |
| 00:47:57 | 001687 | Disposition Added - Closed by Dispatch |
| 00:47:59 | 001687 | Archived |

**Total Complaints: 1**

FOR ATTORNEYS EYES ONLY

COB011932

COB012047



FOR ATTORNEY EYES ONLY

G

COB012048

# BUFFALO POLICE

AO:- 5/27/16



AO. 5/27 16

FOR ATTORNEY EYES ONLY

COB012049

4/19/2016

COB011932

5/27/16 @ 1320
EC2016.025

Alex Ovitor 986 7817

- Robin Nicholis , driver /owner of vehicle
  ↳ 716 510 1047
- cmplt on passenger
  asked why they were

- had hands in his hoodie pockets

"J. Accord" name accord W/M 5'10"
        dark hair, stocky
        scruffy face hair

- 3rd po W/M. longish dark hair @ 6'2" +
  Complt's height

- 2 po in truck together + 1 in sedan

FOR ATTORNEY EYES ONLY

COB012050

COB011932



# CITY OF BUFFALO
## DEPARTMENT OF POLICE



BYRON W. BROWN
MAYOR

Daniel Derenda
COMMISSIONER

## VOLUNTARY STATEMENT WAIVER

State of New York
County of Erie
City of Buffalo Police Department

Date 5/27/16   Time 1318   AM/PM

Place 1514 E Delevan Ave

I, ALEX OVERTON , am 21 years of age, having been born on the 22nd day of February , 19 95

In BUFFALO NY

I currently live at 1514 E. Delevan Ave

I have been duly advised by Lt S. LEWS , who has identified himself

as a Police Officer, that I do not have to make any statements to the Internal Affairs Division

I have also been advised and understand that knowingly making a false written statement is a crime

punishable as a Class A Misdemeanor pursuant to Section 210.45 to the Penal Law of the State of New

York.

I have been advised that I may, at any time, cease from giving any voluntary statement and may leave

freely, without fear of threat or physical harm upon me or another person. I volunteer the following

statement to the aforementioned person.

Affirmed under penalty of perjury this 27th day of May , 20 16

X _____
(Signature)

_____
(Witness Signature)

5/27/16
(Date)

COB012051

FOR ATTORNEY EYES ONLY

COB011932

5/3/16 @ 1115
EC 2016·025

PO Joseph Acquino
8/3/12    Housing

○ looking for a 4DSD silver in regards to a
   shots fred

○ saw silver sedan @ high rate of speed SB
   on Fillmore

○ didn't call it out on the air

○ Jason Schnelle

○ shots fired call vic Wohlers / Dodge

FOR ATTORNEY EYES ONLY

5/3/16 @ 1130
EC2016.025

PO Justin Tedesco
8/3/12 @ Horseny

◦ gun call in vic Wohlers w/ silver/gray sedan

◦ saw silver vehicle on Fillmore @ high rate of speed

◦ Tedesco on driver's side. Acquero on passenger's
   side "verbally engaging"

FOR ATTORNEY EYES ONLY

COB012053

986 7817

EC2016.025  Alex Dorton  2/22/95  1514 E Delevan Av

2300 - 2330 @ Fillmore & Riley  ~~Tuesday 11/2/16~~

monday night 1/1/

Racial profiling

- cmplt was front seat passenger Pulled over by 3 PO's in 2 vehicles (1 truck / 1 car)

- "If you move I will shoot you in the face" held @ gun point (short w/ M — dk hair, close cut beard / 5 o'clock shadow stocky  "J. Accoro" @ 5'8"

- "You smart ass mother fuckin nigger, get out the car"

When cmplt questioned why he was being stopped as they were told they were looking for a 2 door gray sedan & cmplt was passenger in 4 door

cmplt states pcar did reach in through window, unlocked the door & pulled cmplt from vehicle

- states that he was forced to lean on car & that his pockets / person were searched w/o permission

✱ will come to HQ for statement today

COB012054

FOR ATTORNEY EYES ONLY

## P-73  BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO:Lt. Lewis | DATE:05/04/2016 09:56:56 PM |
|---|---|
| FROM:Jonathan F Bierl | SUBJECT:Statment |

Lt. Lewis

I am writing in regards to the personel conflict which caused me to reschedule my IAD statment from May 3, 2016. I was unable to appear for the scheduled statment and notified IAD the morning of May 3, 2016. Since the notification was short notice, I was instructed to write a P-73.

Respectfully Submitted

Officer Bierl

Respectfully Forwarded

Lt. Strobele

FOR ATTORNEY EYES ONLY

COB012055

COB011932



# HOUSING UNIT / STRIKE FORCE
## 312 PERRY STREET
## BUFFALO, NEW YORK 14202

Pages 1 of 2

To: L+  STAcy  LEwis

Phone:            Fax:

From:  PO  John  Bierl  —  Housing Unit

Phone: **(716) 855-6885**    Fax: (716) 855-6893

Notes:

FOR ATTORNEY EYES ONLY

COB012056

COB011932



FOR ATTORNEY EYES ONLY

H

COB012057

COB011932

# NOTICE

Name _Alex Overton_

Address _1514 E. Delevan Ave_

District _____

Date _5/27/16_

Please contact Lt. Lewis of Internal Affairs @ 851 4032 at your earliest opportunity.

# BUFFALO POLICE DEPARTMENT

P-49

FOR ATTORNEY EYES ONLY

# CITY OF BUFFALO

## DEPARTMENT OF POLICE



BYRON W. BROWN
MAYOR

DANIEL DERENDA
COMMISSIONER

May 27, 2016

Mr. Alex Overton
1514 E. Delavan Ave.
Buffalo, NY 14215

Dear Mr. Overton,

The Buffalo Police Department's Internal Affairs Division is in receipt of your complaint relating to an incident that involved members of our department. At your earliest convenience, I would like to speak with you about the allegations you cited.

Attempts to contact and meet with you have been unsuccessful thus far. I am available at my office during the week to get a statement from you regarding this matter. We can also arrange to meet at an alternate location if that works better for you. This will be the final attempt to contact you regarding this matter.

Kindly contact me by telephone at (716) 851-4032. If I am not available to answer the phone, please leave a voicemail message that includes a contact phone number. Thank you in advance for your cooperation in this matter.

Sincerely,

Lt. Stacy Lewis

Sincerely,

74 FRANKLIN STREET / BUFFALO, NY 14202-4099 / (716) 851-4444 / www.bpdny.org

COB012059

COB011932

# CITY OF BUFFALO

## DEPARTMENT OF POLICE



BYRON W. BROWN
MAYOR

DANIEL DERENDA
COMMISSIONER

April 20, 2016

Mr. Alex Overton
1514 E. Delavan Ave.
Buffalo, NY 14215

Dear Mr. Overton,

The Buffalo Police Department's Internal Affairs Division is in receipt of your complaint relating to an incident that involved members of our department. At your earliest convenience, I would like to speak with you about the allegations you cited.

I am available at my office during the week to get a statement from you regarding this matter. We can also arrange to meet at an alternate location if that works better for you.

Kindly contact me by telephone at (716) 851-4032. If I am not available to answer the phone, please leave a voicemail message that includes a contact phone number. Thank you in advance for your cooperation in this matter.

Sincerely,

Lt. Stacy Lewis

COB012060

COB011932

# CITY OF BUFFALO

### DEPARTMENT OF POLICE



BYRON W. BROWN
MAYOR

DANIEL DERENDA
COMMISSIONER

May 3, 2016

Mr. Alex Overton
1514 E. Delavan Ave.
Buffalo, NY 14215

Dear Mr. Overton,

The Buffalo Police Department's Internal Affairs Division is in receipt of your complaint relating to an incident that involved members of our department. At your earliest convenience, I would like to speak with you about the allegations you cited.

I am available at my office during the week to get a statement from you regarding this matter. We can also arrange to meet at an alternate location if that works better for you.

Kindly contact me by telephone at (716) 851-4032. If I am not available to answer the phone, please leave a voicemail message that includes a contact phone number. Thank you in advance for your cooperation in this matter.

Sincerely,

Lt. Stacy Lewis

74 FRANKLIN STREET / BUFFALO, NY 14202-4099 / (716) 851-4444 / www.bpdny.org

COB012061

FOR ATTORNEY EYES ONLY

COB011932

# M E M O R A N D U M

**DATE:**  April 20, 2016

**TO:**  Chief Kevin J. Brinkworth, Housing

**FROM:**  Inspector Harold M. McLellan
Internal Affairs Division

**RE:**  Sworn Statement-- #EC2016 -025

**Police Officer Jonathan Bierl (witness)** is hereby **ORDERED** and **DIRECTED** to report to the offices of Internal Affairs Division, Room 240, on **Tuesday, May 3, 2016 at 1100 hours** for the purpose of providing a sworn statement.

**Subject:** Conduct on 4/11/16 @ Fillmore/Riley Sts.

Failure to comply with this directive will result in disciplinary action.

*Note:  IT IS THE EMPLOYEE'S RESPONSIBILITY TO NOTIFY THE PBA OF THIS NOTICE AND TO MAKE ARRANGEMENTS FOR LEGAL REPRESENTATION THROUGH THE UNION PRIOR TO THE ABOVE-LISTED DATE AND TIME. You may wish to arrive earlier for your above schedule appointment, so you may meet with your PBA Attorney, prior to your statement.*

Harold M. McLellan
Inspector, IAD

HMM/dmf
PERSON RECEIVING
DATE AND TIME NOTICE WAS SERVED    4-20-16
OFFICER SERVING

**THE SUPERVISOR SERVING THIS NOTICE SHALL IMMEDIATELY FAX THE NOTICE BACK TO I.A.D. AT 851-5229**

FOR ATTORNEY'S EYES ONLY

# MEMORANDUM

**DATE:** April 20, 2016

**TO:** Chief Kevin J. Brinkworth, Housing

**FROM:** Inspector Harold M. McLellan
Internal Affairs Division

**RE:** Sworn Statement-- #EC2016 -025

**Police Officer Justin Tedesco (witness)** is hereby **ORDERED** and **DIRECTED** to report to the offices of Internal Affairs Division, Room 240, on <u>**Tuesday, May 3, 2016 at 1115 hours**</u> for the purpose of providing a sworn statement.

<u>**Subject:**</u>  Conduct on 4/11/16 @ Fillmore/Riley Sts.

Failure to comply with this directive will result in disciplinary action.

*<u>Note: IT IS THE EMPLOYEE'S RESPONSIBILITY TO NOTIFY THE PBA OF THIS NOTICE AND TO MAKE ARRANGEMENTS FOR LEGAL REPRESENTATION THROUGH THE UNION PRIOR TO THE ABOVE-LISTED DATE AND TIME. You may wish to arrive earlier for your above schedule appointment, so you may meet with your PBA Attorney, prior to your statement.</u>*

Harold M. McLellan
Inspector, IAD

HMM/dmf

PERSON RECEIVING

DATE AND TIME NOTICE WAS SERVED 4/20/16    15:35

OFFICER SERVING

**THE SUPERVISOR SERVING THIS NOTICE SHALL IMMEDIATELY FAX THE NOTICE BACK TO I.A.D. AT 851-5229**

2

COB012063

COB011932

# M E M O R A N D U M

**DATE:**   April 20, 2016

**TO:**   Chief Kevin J. Brinkworth, Housing

**FROM:**   Inspector Harold M. McLellan
Internal Affairs Division

**RE:**   Sworn Statement-- #EC2016 -025

**Police Officer Joseph Acquino (target)** is hereby **ORDERED** and **DIRECTED** to report to the offices of Internal Affairs Division, Room 240, on **Tuesday, May 3, 2016 at 1130 hours** for the purpose of providing a sworn statement.

**Subject:**  Conduct on 4/11/16 @ Fillmore/Riley Sts.

Failure to comply with this directive will result in disciplinary action.

*Note:  IT IS THE EMPLOYEE'S RESPONSIBILITY TO NOTIFY THE PBA OF THIS NOTICE AND TO MAKE ARRANGEMENTS FOR LEGAL REPRESENTATION THROUGH THE UNION PRIOR TO THE ABOVE-LISTED DATE AND TIME. You may wish to arrive earlier for your above schedule appointment, so you may meet with your PBA Attorney, prior to your statement.*

Harold M. McLellan
Inspector, IAD

HMM/dmf

PERSON RECEIVING _TO Joseph B. Acquin o J. Ac_

DATE AND TIME NOTICE WAS SERVED _4-20-2016_

OFFICER SERVING _L B A_

**THE SUPERVISOR SERVING THIS NOTICE SHALL IMMEDIATELY FAX THE NOTICE BACK TO I.A.D. AT 851-5229**

3

FOR ATTORNEY EYES ONLY

COB012064

COB011932

**Stacy E Lewis/BPD**
04/19/2016 03:41 PM

To   Diane M Fusco/BPD

cc

bcc

Subject   Statement notification

Please notify the following to appear for statements on Tuesday May 3, 2016:

| | | | | | |
|---|---|---|---|---|---|
| 1100 | PO Jonathan Bierl (W)  Housing<br>Fillmore/Riley | | EC2016-025 | Conduct | 04/11/2016 |
| 1115 | PO Justin Tedesco (W) | " | " | " | " |
| 1130 | PO Joseph Acquino (T)<br>" | " | | " | " |

Lieutenant Stacy E. Lewis
Buffalo Police Department
Internal Affairs Division
74 Franklin St., Room 240
Buffalo, NY 14202
(716) 851-4032 - Office
(716) 262-5656 - Cell
(716) 851-5229 - Fax
email: selewis@bpdny.org

FOR ATTORNEY EYES ONLY

COB012065

COB011932

**City of Buffalo**
**Police Department**

# Camera Video Request

Camera location:                                    Date of Request: 04/19/2016
    1. C28 1300 Fillmore @ Riley
    2. _____
    3. _____
    4. _____


[X] **Request for Video**          [ ] **Request for Photo (.jpg)**

| Location of Incident<br>Riley at Fillmore | Date of Incident:<br>04/11/2016 | Time Request of Incident:<br>From: 2350-0010 |
|---|---|---|

| Incident (CD) Number:   N/A |
|---|

| Reason for Request: (i.e., Type of Investigation)<br>IAD Investigation re: traffic stop |
|---|

| Requesting Officer's Name: (please print)<br>Lt. S. Lewis | Assignment:<br>IAD |
|---|---|

**Note: This information is solely for the investigative use of the requesting Officer as noted above and is not for dissemination without express written permission of the Commissioner or his assigned designee.**

| Video Disc / Photo created by: | Date completed: |
|---|---|

| Received by: | Assignment: | Date: |
|---|---|---|

FOR ATTORNEY EYES ONLY

COB012066

COB011932

**City of Buffalo**
**Police Department**

# Camera Video Request

Camera location:                                    Date of Request: 04/19/2016

    1. C28 1300 Fillmore at Riley

    2. _____

    3. _____

    4. _____

      [ X ]  **Request for Video**       [ ]  **Request for Photo (.jpg)**

| Location of Incident<br>Fillmore/Riley | Date of Incident:<br>04/11/2016 | Time Request of Incident:<br>From: 2350 - 0010 |
|---|---|---|

| Incident (CD) Number:   N/A |
|---|

| Reason for Request: (i.e., Type of Investigation)<br>IAD Investigation re: traffic stop at Fillmore/Riley |
|---|

| Requesting Officer's Name: (please print)<br>Lt. S. Lewis | Assignment:<br>IAD |
|---|---|

Note: This information is solely for the investigative use of the requesting Officer as noted above and is not for dissemination without express written permission of the Commissioner or his assigned designee.

| Video Disc / Photo created by: | Date completed: |
|---|---|

| Received by: | Assignment: | Date: |
|---|---|---|

FOR ATTORNEY EYES ONLY

COB012067

COB011932



Stacy E Lewis/BPD
04/19/2016 12:32 PM

To    Robert Dingwall/BPD,

cc

bcc

Subject  Video Request

Bob,

Please make a disk regarding the attached traffic stop.



BPD Camera Video Request 04162015.doc

Lieutenant Stacy E. Lewis
Buffalo Police Department
Internal Affairs Division
74 Franklin St., Room 240
Buffalo, NY 14202
(716) 851-4032 - Office
(716) 262-5656 - Cell
(716) 851-5229 - Fax
email: selewis@bpdny.org

FOR ATTORNEY EYES ONLY

COB012068

COB011932



FOR ATTORNEY EYES ONLY

COB012069

COB012070

COB011932



FOR SETTLES ONLY

FOR ATTORNEY EYES ONLY

# BUFFALO POLICE



COB012073
4/19/2016

COB011932



# CITY OF BUFFALO, NEW YORK
# POLICE DEPARTMENT



NAME:            **BIERL, JONATHAN F**

RANK:            **POLICE OFFICER**

SHIELD#:         **2554**

DOB:             **07-20-1978**

ASSIGNMENT:      **HOUSING**

PHOTO DATE:      **Aug 4 2008 10:49AM**

## PHYSICAL DESCRIPTION

SEX:         **MALE**

RACE:        **WHITE**

HEIGHT:      **5'08"**

WEIGHT:      **200**

HAIR:        **BROWN**

EYES:        **BLUE**

BUILD:

SKIN TONE:

FOR LAW ENFORCEMENT USE ONLY

FOR ATTORNEY EYES ONLY

# BUFFALO POLICE
## Dispatch Monitor - Unit History Report

4/19/2016

Date **04/11/2016**          Unit **H411**          Patrol **C**
Shift **4th**          Officer(s) **169317 - JONATHAN BIERL**

| Time Stamp | Log |
| --- | --- |
| 04/11/2016 16:35 | Shift Started |
| 04/11/2016 16:35 | Available |
| 04/12/2016 02:20 | Shift Ended |

FOR ATTORNEY EYES ONLY

1

COB012075



C28 - 1300 Fillmore at Riley
4/11/2016 23:56:03.035

COB011932



C28- 1300 Fillmore at Riley
4/11/2016 23:56:07.160

FOR ... ONLY



C28- 1300 Fillmore at Riley
4/11/2016 23:56.22.599

12078

COB011932



C28- 1300 Fillmore at Riley
4/11/2016 23:56:32 099

012079

COB011932



C28 - 1300 Fillmore at Riley
4/12/2016 0:02:30.573

COB011932



COB011932

983 899

Nice 911 review

4/11/16 dispatch 2345 -

2345    o    light colored sedan travelling @ high
             rate of speed (vic E Ferry / Stevens)

1146    o    sus vehicle
             gray / silver jeep cherokee @ Sussex WB deerfield

             camera room / VSC asked to check area

Wohlers  BIP   blue Nissan, 4DSD
VSC check Wohlers / Ferry

Tedesco & Aquino's together... Who notified Buerl?
How?

COB012082

COB011932