# Exhibit 70

| | | |
|---|---|---|
| Philip M Serafini/BPD<br>04/15/2017 03:53 PM | To | George P McLean/BPD@BuffaloPoliceDept, Michael P Quinn/BPD@BuffaloPoliceDept, Lance R Russo/BPD@BuffaloPoliceDept, Brian S |
| | cc | Aaron V Young/BPD@BuffaloPoliceDept, Sandra Zachery/BPD@BuffaloPoliceDept |
| | bcc | |
| | Subject | SF & Housing Details |

Lieutenants,

I spoke with DPC Lockwood and Chief Young at the Perry Easter event today and they want us to start up the overtime details again. Therefore the overtime Details for the Strike force and Housing Units will start on Monday, 4-17-17, the day after Easter.

They will be as follows:

**Housing Daytime Overtime Detail**- This will consist of one Lieutenant and 3 officers, and will operate from 1130-1530hrs daily. One car crew will be assigned to Langfield, and the other car crew will cover the Shaffer Village. The focus will be the same as in the past: making arrests, enforcing the V & T and penal Law within these locations, and also responding to calls for service when appropriate. The statistics for this detail should be noted on a separate line on the nightly report.

**Strike Force Daytime Overtime Detail-**This will consist of one Lieutenant and 3 officers, and will operate from 1130-1530hrs daily. The officers will focus on the red/ orange highlighted hot spots on the ECAC map that I previously distributed. They should also focus on the border area between C and E Districts, including the Genesee, Theodore, and Humason street areas. Please stress to your officers that we are looking for production in the form of arrests, summonses, etc. Lieutenants should do a separate report for the Daytime Detail as we have done in the past. The totals for this Daytime Detail should be included on a separate line on the Daily Report completed at the end of the tour, again the same as in the past.

**Strike Force Nightime Overtime Detail-** This will consist of one Lieutenant and as many of the Strike Force officers from the wheel that is WV on that specific tour, that are willing to work. This will be a 5 hour tour starting at 1530hrs -2030hrs. Of course, if there is a late arrest then the officer and/or Lieutenant can stay until the arrest is completed. The officers and Lieutenant working the Nightime Overtime Detail will conduct 3 traffic checkpoints during their overtime period, 2 of them in the designated hot spots and one in either the south or north part of the City. At the beginning of each tour the Strike Force Lieutenant will email the locations of the traffic checkpoints to DPC Lockwood, Chief Young and myself. **Please note that it is very important that DPC Lockwood receive an email of the locations.**

If a overtime detail cannot be filled from the officers/ Lieutenants of one unit, then it can be offered to officers/ Lieutenants of the other unit. Either Strike Force or Housing.

YOUNG
12
10-26-2022

COB016282

COB016282

These overtime details are starting a month ahead of when they were started last year. I believe this is a reward for the good work that all of our officers and Lieutenants perform on a daily basis. Please relay this to your officers. If there are any questions please let me know. Thank you all for your cooperation.

Captain Serafini

COB016283

COB016282