# Exhibit 74

Property: Public Housing All - Opers
Status: Current

## Characteristics of All Household Members

Summary Totals for all Household Members by Property (Row) and Relation (Column)

| | Adult | CoHead | Foster | Head | LiveIn | Spouse | Student | Youth | Total |
|---|---|---|---|---|---|---|---|---|---|
| 003-oper - Commodore Perry Home | 7 | 1 | 0 | 57 | 0 | 1 | 2 | 36 | **104** |
| 005-oper - Commodore Perry Highr | 4 | 9 | 0 | 297 | 0 | 6 | 0 | 5 | **321** |
| 006-oper - Jasper Parrish - Operatio | 55 | 12 | 0 | 176 | 0 | 12 | 13 | 244 | **512** |
| 008-oper - Shaffer Village - Operati | 32 | 12 | 0 | 201 | 0 | 5 | 6 | 217 | **473** |
| 010-oper - Kenfield Homes - Opera | 67 | 11 | 0 | 557 | 0 | 8 | 22 | 525 | **1190** |
| 011-oper - LaSalle Courts - Operatio | 28 | 4 | 0 | 194 | 0 | 10 | 8 | 153 | **397** |
| 012-oper - Langfield Homes - Opera | 60 | 7 | 10 | 289 | 1 | 6 | 11 | 281 | **665** |
| 013-oper - Kelly Gardens - Operatio | 0 | 1 | 0 | 28 | 0 | 0 | 0 | 0 | **29** |
| 014-oper - Schwab Terrace - Opera | 0 | 0 | 0 | 21 | 0 | 0 | 0 | 0 | **21** |
| 016-oper - FA Sedita Apts - Operat | 0 | 4 | 0 | 86 | 0 | 2 | 0 | 0 | **92** |
| 018-oper - Holling Homes - Operati | 0 | 0 | 0 | 122 | 0 | 4 | 0 | 0 | **126** |
| 019-oper - Kowal Apts - Operations | 1 | 0 | 0 | 23 | 0 | 0 | 0 | 0 | **24** |
| 020-oper - Elmhurst Apts - Operatio | 0 | 0 | 0 | 23 | 0 | 0 | 0 | 0 | **23** |
| 021-oper - Slater Courts - Operation | 0 | 0 | 0 | 22 | 0 | 0 | 0 | 0 | **22** |
| 022-oper - LBJ Apts - Operations | 0 | 0 | 0 | 179 | 1 | 1 | 0 | 0 | **181** |
| 026-oper - Camden Apts - Operatio | 1 | 2 | 0 | 11 | 0 | 1 | 0 | 0 | **15** |
| 027-oper - Stuyvesant Apts - Opera | 2 | 0 | 0 | 139 | 0 | 0 | 0 | 0 | **141** |
| 031-oper - Msgr Geary Apts - Opera | 3 | 2 | 0 | 90 | 0 | 1 | 0 | 0 | **96** |
| 034-oper - Mullen Manor - Operatio | 0 | 0 | 0 | 35 | 0 | 0 | 0 | 0 | **35** |
| 045-oper - Ferry Grider - Operation | 32 | 9 | 0 | 188 | 0 | 2 | 4 | 170 | **405** |
| 046-oper - Frederick Douglass - Op | 10 | 1 | 0 | 55 | 0 | 3 | 0 | 11 | **80** |
| 048-oper - Lower West Side Homes | 13 | 3 | 4 | 59 | 0 | 8 | 9 | 107 | **203** |
| 049-oper - ADP I - Operations | 9 | 1 | 0 | 53 | 0 | 1 | 1 | 45 | **110** |
| 050-oper - ADP II - Operations | 0 | 0 | 0 | 84 | 0 | 2 | 0 | 0 | **86** |
| 052-oper - ADP III - Operations | 11 | 5 | 0 | 47 | 0 | 1 | 1 | 83 | **148** |
| 105-oper - Commodore Perry Rowh | 28 | 2 | 0 | 70 | 0 | 6 | 6 | 88 | **200** |
| 132-oper - Redwood Village - Opera | 16 | 1 | 0 | 30 | 0 | 5 | 3 | 65 | **120** |

|  | Adult | CoHead | Foster | Head | LiveIn | Spouse | Student | Youth | Total |
|---|---|---|---|---|---|---|---|---|---|
| 332-oper - Scattered Site C - Opera | 7 | 1 | 0 | 12 | 0 | 2 | 0 | 14 | 36 |
| Total | 386 | 88 | 14 | 3148 | 2 | 87 | 86 | 2044 | 5855 |

**Summary Totals for all Household Members by Property (Row) and Gender (Column)**

|  | Male | Female | Total |
|---|---|---|---|
| 003-oper - Commodore Perry Home | 41 | 63 | 104 |
| 005-oper - Commodore Perry Highr | 132 | 189 | 321 |
| 006-oper - Jasper Parrish - Operatio | 216 | 296 | 512 |
| 008-oper - Shaffer Village - Operati | 196 | 277 | 473 |
| 010-oper - Kenfield Homes - Opera | 426 | 764 | 1190 |
| 011-oper - LaSalle Courts - Operatio | 160 | 237 | 397 |
| 012-oper - Langfield Homes - Opera | 225 | 440 | 665 |
| 013-oper - Kelly Gardens - Operatio | 14 | 15 | 29 |
| 014-oper - Schwab Terrace - Opera | 5 | 16 | 21 |
| 016-oper - FA Sedita Apts - Operat | 41 | 51 | 92 |
| 018-oper - Holling Homes - Operati | 56 | 70 | 126 |
| 019-oper - Kowal Apts - Operations | 14 | 10 | 24 |
| 020-oper - Elmhurst Apts - Operatio | 10 | 13 | 23 |
| 021-oper - Slater Courts - Operation | 14 | 8 | 22 |
| 022-oper - LBJ Apts - Operations | 96 | 85 | 181 |
| 026-oper - Camden Apts - Operatio | 3 | 12 | 15 |
| 027-oper - Stuyvesant Apts - Opera | 90 | 51 | 141 |
| 031-oper - Msgr Geary Apts - Opera | 31 | 65 | 96 |
| 034-oper - Mullen Manor - Operatio | 12 | 23 | 35 |
| 045-oper - Ferry Grider - Operation | 144 | 261 | 405 |
| 046-oper - Frederick Douglass - Op | 37 | 43 | 80 |
| 048-oper - Lower West Side Homes | 73 | 130 | 203 |
| 049-oper - ADP I - Operations | 37 | 73 | 110 |
| 050-oper - ADP II - Operations | 28 | 58 | 86 |
| 052-oper - ADP III - Operations | 61 | 87 | 148 |
| 105-oper - Commodore Perry Rowh | 76 | 124 | 200 |

PLAINTIFFS_GENERIC-00001310

|  | Male | Female | Total |
|---|---|---|---|
| 132-oper - Redwood Village - Opera | 58 | 62 | **120** |
| 332-oper - Scattered Site C - Opera | 13 | 23 | **36** |
| Total | **2309** | **3546** | **5855** |

Summary Totals for all Household Members by Property (Row) and Race (Column)

|  | Am Indian | Asian | Black | Native Haw | White | Multi | Unk. | Total |
|---|---|---|---|---|---|---|---|---|
| 003-oper | 0 | 0 | 76 | 0 | 27 | 0 | 1 | **104** |
| 005-oper | 0 | 1 | 254 | 0 | 66 | 0 | 0 | **321** |
| 006-oper | 0 | 1 | 294 | 0 | 210 | 1 | 6 | **512** |
| 008-oper | 6 | 0 | 175 | 0 | 262 | 2 | 28 | **473** |
| 010-oper | 1 | 0 | 1106 | 0 | 76 | 2 | 5 | **1190** |
| 011-oper | 1 | 0 | 265 | 0 | 128 | 2 | 1 | **397** |
| 012-oper | 2 | 0 | 616 | 0 | 46 | 0 | 1 | **665** |
| 013-oper | 0 | 0 | 28 | 0 | 1 | 0 | 0 | **29** |
| 014-oper | 0 | 0 | 21 | 0 | 0 | 0 | 0 | **21** |
| 016-oper | 2 | 0 | 46 | 0 | 43 | 0 | 1 | **92** |
| 018-oper | 1 | 4 | 46 | 0 | 75 | 0 | 0 | **126** |
| 019-oper | 0 | 0 | 23 | 0 | 1 | 0 | 0 | **24** |
| 020-oper | 0 | 0 | 16 | 0 | 7 | 0 | 0 | **23** |
| 021-oper | 0 | 0 | 8 | 0 | 14 | 0 | 0 | **22** |
| 022-oper | 1 | 0 | 157 | 0 | 23 | 0 | 0 | **181** |
| 026-oper | 0 | 0 | 7 | 0 | 8 | 0 | 0 | **15** |
| 027-oper | 2 | 1 | 75 | 0 | 63 | 0 | 0 | **141** |
| 031-oper | 0 | 0 | 65 | 0 | 31 | 0 | 0 | **96** |
| 034-oper | 0 | 0 | 2 | 0 | 33 | 0 | 0 | **35** |
| 045-oper | 1 | 0 | 365 | 0 | 34 | 1 | 4 | **405** |
| 046-oper | 0 | 0 | 73 | 0 | 7 | 0 | 0 | **80** |
| 048-oper | 1 | 0 | 95 | 0 | 92 | 0 | 15 | **203** |
| 049-oper | 0 | 0 | 98 | 0 | 12 | 0 | 0 | **110** |
| 050-oper | 0 | 0 | 83 | 0 | 3 | 0 | 0 | **86** |
| 052-oper | 0 | 6 | 120 | 0 | 11 | 0 | 11 | **148** |
| 105-oper | 2 | 0 | 118 | 0 | 78 | 1 | 1 | **200** |

PLAINTIFFS_GENERIC-00001311

|          | Am Indian | Asian | Black | Native Haw | White | Multi | Unk. | Total |
|----------|-----------|-------|-------|------------|-------|-------|------|-------|
| 132-oper | 0         | 0     | 79    | 1          | 36    | 1     | 3    | **120** |
| 332-oper | 0         | 0     | 23    | 0          | 9     | 0     | 4    | **36**  |
| Total    | **20**    | **13**| **4334** | **1**   | **1396** | **10** | **81** | **5855** |

**Summary Totals for all Household Members by Property (Row) and Ethnicity (Column)**

|                                    | Hispanic | Non-Hispanic | Unknown | Total |
|------------------------------------|----------|--------------|---------|-------|
| 003-oper - Commodore Perry Hom     | 20       | 82           | 2       | **104**  |
| 005-oper - Commodore Perry High    | 45       | 275          | 1       | **321**  |
| 006-oper - Jasper Parrish - Operati| 187      | 322          | 3       | **512**  |
| 008-oper - Shaffer Village - Operat| 234      | 218          | 21      | **473**  |
| 010-oper - Kenfield Homes - Opera  | 77       | 1109         | 4       | **1190** |
| 011-oper - LaSalle Courts - Operati| 84       | 308          | 5       | **397**  |
| 012-oper - Langfield Homes - Oper  | 27       | 626          | 12      | **665**  |
| 013-oper - Kelly Gardens - Operatio| 0        | 29           | 0       | **29**   |
| 014-oper - Schwab Terrace - Opera  | 0        | 21           | 0       | **21**   |
| 016-oper - FA Sedita Apts - Opera  | 19       | 72           | 1       | **92**   |
| 018-oper - Holling Homes - Operat  | 12       | 114          | 0       | **126**  |
| 019-oper - Kowal Apts - Operations | 2        | 22           | 0       | **24**   |
| 020-oper - Elmhurst Apts - Operati | 3        | 20           | 0       | **23**   |
| 021-oper - Slater Courts - Operatio| 0        | 22           | 0       | **22**   |
| 022-oper - LBJ Apts - Operations   | 9        | 172          | 0       | **181**  |
| 026-oper - Camden Apts - Operatio  | 4        | 11           | 0       | **15**   |
| 027-oper - Stuyvesant Apts - Opera | 20       | 120          | 1       | **141**  |
| 031-oper - Msgr Geary Apts - Oper  | 2        | 94           | 0       | **96**   |
| 034-oper - Mullen Manor - Operatio | 3        | 32           | 0       | **35**   |
| 045-oper - Ferry Grider - Operation| 41       | 362          | 2       | **405**  |
| 046-oper - Frederick Douglass - Op | 5        | 75           | 0       | **80**   |
| 048-oper - Lower West Side Home    | 86       | 104          | 13      | **203**  |
| 049-oper - ADP I - Operations      | 11       | 98           | 1       | **110**  |
| 050-oper - ADP II - Operations     | 2        | 84           | 0       | **86**   |
| 052-oper - ADP III - Operations    | 10       | 126          | 12      | **148**  |
| 105-oper - Commodore Perry Rowh    | 63       | 133          | 4       | **200**  |

|  | Hispanic | Non-Hispanic | Unknown | Total |
|---|---|---|---|---|
| 132-oper - Redwood Village - Oper | 31 | 86 | 3 | **120** |
| 332-oper - Scattered Site C - Opera | 9 | 27 | 0 | **36** |
| Total | **1006** | **4764** | **85** | **5855** |

**Summary Totals for all Household Members by Property (Row) and Age Group (Column)**

|  | 0-5 | 6-12 | 13-17 | 18-21 | 22-29 | 30-39 | 40-49 | 50-54 | 55-61 | 62-69 | 70-79 | 80-89 | 90-99 | 100+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 003-oper | 16 | 13 | 7 | 5 | 21 | 13 | 10 | 4 | 6 | 5 | 2 | 2 | 0 | 0 |
| 005-oper | 3 | 0 | 3 | 0 | 24 | 43 | 37 | 41 | 54 | 66 | 37 | 9 | 3 | 1 |
| 006-oper | 49 | 112 | 82 | 32 | 54 | 60 | 54 | 29 | 21 | 10 | 9 | 0 | 0 | 0 |
| 008-oper | 61 | 90 | 63 | 31 | 53 | 53 | 49 | 19 | 26 | 13 | 9 | 5 | 1 | 0 |
| 010-oper | 216 | 212 | 94 | 62 | 184 | 120 | 80 | 51 | 81 | 48 | 33 | 7 | 2 | 0 |
| 011-oper | 67 | 57 | 28 | 19 | 65 | 53 | 34 | 26 | 21 | 18 | 8 | 1 | 0 | 0 |
| 012-oper | 93 | 124 | 68 | 53 | 98 | 55 | 55 | 29 | 41 | 27 | 17 | 5 | 0 | 0 |
| 013-oper | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 6 | 14 | 5 | 1 | 2 | 0 |
| 014-oper | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 6 | 5 | 4 | 3 | 1 | 0 |
| 016-oper | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 28 | 34 | 16 | 6 | 2 | 0 |
| 018-oper | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 4 | 37 | 46 | 28 | 10 | 0 | 0 |
| 019-oper | 0 | 0 | 0 | 0 | 5 | 1 | 5 | 6 | 3 | 1 | 3 | 0 | 0 | 0 |
| 020-oper | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 10 | 6 | 5 | 1 | 0 | 0 |
| 021-oper | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 9 | 2 | 6 | 1 | 0 | 0 |
| 022-oper | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 18 | 70 | 65 | 17 | 9 | 0 | 0 |
| 026-oper | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 5 | 2 | 2 | 1 | 0 |
| 027-oper | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 3 | 40 | 62 | 25 | 8 | 2 | 0 |
| 031-oper | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 4 | 26 | 32 | 22 | 4 | 7 | 0 |
| 034-oper | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 7 | 8 | 6 | 9 | 2 | 0 |
| 045-oper | 65 | 68 | 37 | 22 | 74 | 45 | 34 | 14 | 20 | 17 | 4 | 5 | 0 | 0 |
| 046-oper | 1 | 6 | 4 | 4 | 3 | 3 | 4 | 7 | 20 | 15 | 9 | 2 | 2 | 0 |
| 048-oper | 23 | 50 | 35 | 18 | 12 | 23 | 23 | 7 | 2 | 5 | 4 | 1 | 0 | 0 |
| 049-oper | 14 | 22 | 7 | 5 | 17 | 16 | 5 | 9 | 6 | 3 | 4 | 2 | 0 | 0 |
| 050-oper | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 38 | 17 | 11 | 0 | 0 |
| 052-oper | 24 | 35 | 18 | 14 | 21 | 14 | 11 | 2 | 5 | 3 | 0 | 1 | 0 | 0 |
| 105-oper | 29 | 27 | 29 | 23 | 20 | 19 | 29 | 11 | 8 | 1 | 3 | 1 | 0 | 0 |

| Unk. | Total |
|---|---|
| 0 | 104 |
| 0 | 321 |
| 0 | 512 |
| 0 | 473 |
| 0 | 1190 |
| 0 | 397 |
| 0 | 665 |
| 0 | 29 |
| 0 | 21 |
| 0 | 92 |
| 0 | 126 |
| 0 | 24 |
| 0 | 23 |
| 0 | 22 |
| 1 | 181 |
| 0 | 15 |
| 0 | 141 |
| 0 | 96 |
| 0 | 35 |
| 0 | 405 |
| 0 | 80 |
| 0 | 203 |
| 0 | 110 |
| 0 | 86 |
| 0 | 148 |
| 0 | 200 |

PLAINTIFFS_GENERIC-00001314

|          | 0-5 | 6-12 | 13-17 | 18-21 | 22-29 | 30-39 | 40-49 | 50-54 | 55-61 | 62-69 | 70-79 | 80-89 | 90-99 | 100+ |
|----------|-----|------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|------|
| 132-oper | 9   | 35   | 21    | 10    | 10    | 13    | 10    | 4     | 3     | 3     | 1     | 0     | 1     | 0    |
| 332-oper | 4   | 5    | 5     | 4     | 2     | 8     | 2     | 1     | 0     | 2     | 2     | 1     | 0     | 0    |
| Total    | 674 | 856  | 501   | 302   | 664   | 542   | 447   | 301   | 581   | 554   | 298   | 107   | 26    | 1    |

PLAINTIFFS_GENERIC-00001315

| Unk. | Total |
|---|---|
| 0 | 120 |
| 0 | 36 |
| 1 | 5855 |

PLAINTIFFS_GENERIC-00001316