# Exhibit 75

# POLICE DEPARTMENT

**PUBLIC SAFETY POLICE**                     **FUNCTION**             **1105**

| | | |
|---|---|---:|
| APPROPRIATIONS | $ | 77,229,496 |
| FRINGES | $ | 38,159,453 |
| TOTAL APPROPRIATIONS | $ | 115,388,949 |
| REVENUE | $ | 4,003,000 |
| NET | $ | (111,385,949) |

## DEPARTMENT OF POLICE
**Office of the Police Commissioner**
**Division #20-1105**

### Goals

1. To manage and maintain an effective, knowledgeable, and motivated Police Department.
2. To establish realistic objectives and achieve those objectives through sound management principles.
3. To foster public support for the Police Department and to ensure that the public is satisfied with overall police services through Police community relations
4. To promote professional ethics, values and set standards for professional conduct.
5. To interact productively with other law enforcement, government, private, civic, educational, and social agencies to establish a partnership between this Department and the effective forces within the community, all working toward maintaining peace, providing safety, and reducing fear of crime.

### Activities

1. Plan, direct, and control Police Department operations and set departmental policy, goals, and objectives.
2. Discipline employees and establish disciplinary standards and policy.
3. Determine work and performance standards.
4. Contract with or subcontract out for goods and services necessary for the professional operation of the Police Department.

| |
|---|
| Units within Commissioner's Office function include Command Staff, Internal Affairs Division |
| Duty Inspector's, Lieutenant Relief Circuit, Mayor's Driver and Security, Legal Staff, and Staff Inspections |
| (Asst. Corp Counsel assigned to BPD is covered in Law Department Budget) |

# DEPARTMENT OF POLICE
### Division of Investigative Services District Detectives
### Division #20-1105

## Goals

1. To protect the life and property of the citizens of Buffalo through the enhancement of investigative operations.
2. To serve as a reinforcement to patrol officers by providing centralized investigative services regarding Narcotics, Homicides and Sex Offense crimes.
3. To provide specialty services and intelligence through strategic techniques, especially in the handling of violent and other major crimes.
4. To provide forensic collection and analysis, along with photographic back-up whenever necessary.
5. To provide investigative services for non-violent crimes at the District level to ensure the best possible clearance for crimes committed.

## Activities

1. Conduct all major case investigations, especially those requiring specialized units and services.
2. Follow-up on the preliminary investigations initially conducted by Line Operations Officers.
3. Initiate strategies, covert operations, intelligence, and surveillances toward the solving of major and/or violent crimes.
4. Oversee and prepare warrants for the extradition of prisoners to the proper jurisdiction.
5. Direct and oversee all photographs taken and forensic specimens collected at various crime scenes.
6. Recover stolen property and return to rightful owners.
7. Handle special assignments and investigations as designated by Police Command Staff
8. Complete daily activity reports and related paperwork as required.

| |
|---|
| Units within Investigative Services include GIU, Crime Scene Unit, Homicide, Narcotics, Vice, |
| Sex Offense Squad, Casino Unit, Intelligence Unit, Detectives assigned to various task forces, |
| and Detectives & Sgt's assigned to 5 Districts |

# DEPARTMENT OF POLICE
### Division of Investigative Services & District Detectives
### Division #20-1105

### Work Program Statistics

| | Actual 2014-2015 | Projection 2015-2016* | Estimate 2016-2017 |
|---|---|---|---|
| HOMICIDE | | | |
| Number of Homicides | 62 | 43 | 52 |
| Cases Assigned | 62 | 43 | 52 |
| Number of Arrests/Cases solved | 16/17 | 29/16 | 26/26 |
| | | | |
| NARCOTICS | | | |
| Number of Arrests | 401 | 462 | 500 |
| Search Warrants Executed | 443 | 504 | 500 |
| | | | |
| VICE | | | |
| Number of Arrests | 47 | 32 | 50 |
| | | | |
| AUTO THEFT (GIU/DEPARTMENT)** | | | |
| Vehicles Reported Stolen | 953 | 1,056 | 1,000 |
| Recovered Vehicles | 838 | 827 | 800 |
| Number of Arrests | 244 | 203 | 225 |
| | | | |
| SEX OFFENSE | | | |
| Cases Assigned | 372 | 389 | 375 |
| Number of Arrests | 51 | 58 | 50 |
| Other Cases Cleared/Closed | 257 | 243 | 250 |
| *FIGURES ONLY INCLUDE SEX OFFENSE CRIMES – DO NOT INCLUDE CHILD ABUSE, ELDER ABUSE, NON S.O.S. CASES OR OTHER REFERRALS | | | |
| | | | |
| BUFFALO POLICE TIP LINE – TIPS RECEIVED (HOMICIDES, NARCOTICS,ETC.) | | | |
| Number of Calls | 6,449 | 4,587 | 5,000 |
| Number of Messages/Tips from above Calls | 3,606 | 2,681 | 3,000 |
| Number of E-Mail Tips | 1,040 | 749 | 1,000 |
| Number of Tips by Text, Postal Mail, Other | 830 | 817 | 1,000 |
| *figures are actual for 2015 calendar year | | | |

# DEPARTMENT OF POLICE
## Division of Patrol Services
## Division #20-1105

### Goals

1. To protect the life and property of the Citizens of Buffalo.
2. To provide an interaction between the Buffalo Police Department and the Community to maintain peace, provide safety and reduce the fear of crime.

### Activities

1. Answer 911 calls for service and handle accordingly
2. Patrol assigned areas checking on the well-being of residents, assisting complainants as well as checking for evidence of unusual and/or illegal activities, or any activities impacting adversely upon police and community relations.
3. Improve clearance rate for all crimes by utilizing the training and equipment provided.
4. Assist citizens, business owners, etc. as required within their designated patrol area.
5. Provide assistance in times of catastrophic events and homeland security incidents.
6. Complete daily activity reports and related paperwork as required.

### Work Program Statistics

|  | Actual 2014-2015 | Projected 2015-2016* | Estimate 2016-2017 |
|---|---|---|---|
| Arrests | 16,299 | 15,327 | 16,000 |
| Traffic Summons Issued | 31,629 | 52,169 | 50,000 |
| Parking Tags Issued | 21,406 | 31,352 | 30,000 |
| 911 Calls for Police Service | 204,853 | 210,984 | 210,000 |
|  |  |  |  |
| *Units within Patrol Services include the five (5) Districts, Strike Force, |  |  |  |
| Canine Patrol, Duty Officers and Housing Unit |  |  |  |
|  |  |  |  |
| *figures are actual for 2015 calendar year |  |  |  |

# DEPARTMENT OF POLICE
### Division of Traffic Services
### Division # 20-1105


## Goals

1. To protect the life and property of the citizens of Buffalo through traffic safety operations.

## Activities

1. Provide routine traffic control throughout the City when necessary and for special events.
2. Investigate all traffic accidents.
3. Enforce speeding ordinances, vehicle and traffic safety laws, and perform routine DWI checks.
4. Participate in educational and enforcement programs to deter drunk driving.
5. Participate in traffic safety programs in the schools, various businesses and civic organizations.
6. Provide police escorts as required.
7. Conduct breathalyzer testing and initiate referrals for blood alcohol testing in arrests involving alcohol and/or drugs.
8. Complete daily activity reports and related paperwork as required.


## Work Program Statistics

| | Actual 2014-2015 | Projection 2015-2016 | Estimate 2016-2017 |
|---|---|---|---|
| | | | |
| Traffic Summons Issued | 384 | 297 | 300 |
| Parking Tags Issued | 286 | 274 | 300 |
| | | | |
| * Units within Traffic Services include Traffic, Accident Investigation Unit, Motorcycle, | | | |
| Hit/Run Squad, Radar, and DWI | | | |
| | | | |
| *2015/2016 figures are actual for calendar year 2015 | | | |

# DEPARTMENT OF POLICE
**Division of Police Administration & Staff Operations**
**Division #20-1105**

## Goals

1. To provide current police officers and new recruits with necessary training to perform required duties to the best of their ability.
2. To provide all sworn members with proper training in anti-terrorism, ethics, driving, shooting, and physical conditioning.

## Activities

1. Provide in house training classes that address all aspects of policing.
2. Provide range facilities and range officers to ensure the proper usage of firearms.
3. Provide full training course for new recruits.
4. Provide training on the contents of the Buffalo Police Department Manual of Procedures for all employees.
5. Complete daily activity reports and related paperwork as required.

## Work Program Statistics

|  | Actual 2014-2015 | Projected 2015-2016 | Estimate 2016-2017 |
|---|---|---|---|
| Public Safety Police-Total sworn personnel (as of end of fiscal year, June 30th | 730 | 700 | 750 |
| Public Safety Police-Total civilian personnel (as of end of fiscal year, June 30th | 180 | 185 | 200 |
| New Hires/Current Academy Class | 37 | 52 | 75 |



City of Buffalo
Adopted Budget 2016-2017
General Fund

| | 2014-2015 Actual Amount | 2015-2016 Adopted Budget | 2015-2016 Revised Budget | 2015-2016 Year To Date 5/23/2016 | 2016-2017 Adopted Budget |
|---|---|---|---|---|---|
| **1105 PUBLIC SAFETY POLICE TOTAL** | **71,008,167.83** | **69,387,990.15** | **72,363,496.97** | **66,691,552.96** | **77,229,496.32** |
| **12005001 PUB SFTY PLC PS** | **67,070,821.13** | **65,394,246.00** | **67,630,753.80** | **62,467,200.42** | **72,820,067.00** |
| 411000 SALARIES GENERAL GRANTS ONLY | -830,320.46 | 0.00 | 0.00 | 0.00 | 0.00 |
| 411001 ANNUAL SALARY | 47,138,634.69 | 49,357,090.00 | 49,039,597.80 | 43,789,652.01 | 53,782,883.00 |
| 411002 DUTY DISABILITY SALARY | 1,584,038.54 | 0.00 | 0.00 | 1,193,337.21 | 0.00 |
| 413001 OVERTIME | 11,579,702.06 | 8,414,400.00 | 10,968,400.00 | 10,855,639.57 | 11,000,000.00 |
| 413002 HOLIDAY | 1,520,392.98 | 1,613,751.00 | 1,613,751.00 | 1,604,441.03 | 1,679,119.00 |
| 413003 ACTING TIME | 31,661.07 | 20,000.00 | 20,000.00 | 14,409.87 | 40,000.00 |
| 413004 SHIFT DIFFERENTIAL | 84,245.30 | 85,000.00 | 85,000.00 | 69,218.55 | 85,000.00 |
| 413005 COURT TIME | 3,108,009.18 | 3,000,000.00 | 3,000,000.00 | 2,809,190.57 | 3,100,000.00 |
| 414001 LONGEVITY | 1,767,813.75 | 1,751,190.00 | 1,751,190.00 | 1,699,168.75 | 1,957,200.00 |
| 414002 EDUCATIONAL INCENTIVE | 238,130.07 | 258,550.00 | 258,550.00 | 251,028.76 | 258,900.00 |
| 414004 IN LIEU OF SUMMER HOURS | 720.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 720,065.06 | 759,715.00 | 759,715.00 | 59,720.71 | 789,465.00 |
| 415002 CLOTHING ALLOWANCE | 111,900.00 | 116,550.00 | 116,550.00 | 108,750.00 | 109,500.00 |
| 415004 DOG ALLOWANCE | 15,828.89 | 18,000.00 | 18,000.00 | 12,643.39 | 18,000.00 |
| **12005003 PUBLIC SFTY PLC UT** | **159,281.19** | **187,486.00** | **157,889.73** | **155,978.51** | **316,876.00** |
| 441004 TELEPHONE | 159,281.19 | 187,486.00 | 157,889.73 | 155,978.51 | 316,876.00 |
| **12005004 PUBLIC SFTY PLC TR** | **7,342.46** | **10,000.00** | **16,218.58** | **15,890.39** | **9,500.00** |
| 458001 TRANSPORTATION | 2,245.20 | 3,000.00 | 2,162.75 | 1,972.15 | 2,500.00 |
| 458002 MEALS & LODGING | 1,487.26 | 3,000.00 | 3,882.83 | 3,870.24 | 3,000.00 |
| 458003 REGISTRATION & MEMBERSHIP FEES | 3,610.00 | 4,000.00 | 10,173.00 | 10,048.00 | 4,000.00 |
| **12005005 PUBLIC SFTY PLC SP** | **813,040.71** | **881,718.15** | **922,575.41** | **908,116.09** | **1,060,802.32** |
| 461001 OFFICE SUPPLIES | 7,690.22 | 36,000.00 | 44,270.00 | 43,727.74 | 15,000.00 |
| 461002 CONTRACT VENDOR SUPPLIES | 37,001.34 | 0.00 | 139.85 | 130.29 | 0.00 |
| 461005 PHOTO & DRAFTING SUPPLIES | 9,369.31 | 9,000.00 | 9,000.00 | 8,748.29 | 9,000.00 |
| 461006 FURNITURE &EQUIP (NON CAPITAL) | 0.00 | 94,928.15 | 96,461.96 | 91,913.41 | 270,526.32 |
| 461007 COMP & SOFTWARE (NON CAPITAL) | 0.00 | 64,750.00 | 77,515.29 | 76,506.86 | 61,650.00 |
| 461104 LABORATORY SUPPLIES | 3,795.71 | 5,000.00 | 5,000.00 | 4,859.41 | 4,000.00 |
| 461105 JANITORIAL SUPPLIES | 26,457.61 | 26,000.00 | 30,208.18 | 30,165.63 | 26,000.00 |
| 461201 CLOTHING & UNIFORMS | 499,239.57 | 467,000.00 | 468,599.52 | 465,452.72 | 500,595.00 |
| 461202 TOOLS | 0.00 | 400.00 | 566.00 | 483.58 | 200.00 |
| 461300 MEDICAL & VETERINARY SUPPLIES | 30,437.20 | 4,190.00 | 1,714.39 | 107.90 | 4,200.00 |
| 461400 POSTAGE | 1,292.81 | 1,200.00 | 1,600.00 | 1,600.00 | 800.00 |



City of Buffalo
Adopted Budget 2016-2017
General Fund

| | 2014-2015 Actual Amount | 2015-2016 Adopted Budget | 2015-2016 Revised Budget | 2015-2016 Year To Date 5/23/2016 | 2016-2017 Adopted Budget |
|---|---|---|---|---|---|
| 464000 PERIODICALS | 3,802.88 | 2,500.00 | 3,847.28 | 3,846.10 | 2,500.00 |
| 466100 ELEC PLUMB HVAC EQUIP SUPPLIES | 8,400.66 | 3,500.00 | 5,000.00 | 4,542.81 | 3,500.00 |
| 467000 MISCELLANEOUS SUPPLIES | 185,553.40 | 167,250.00 | 178,652.94 | 176,031.35 | 162,831.00 |
| **12005006 PUBLIC SFTY PLC SV** | **1,486,153.17** | **1,490,652.00** | **2,212,171.45** | **1,748,423.45** | **1,878,251.00** |
| 432002 MEDICAL SERVICES | 9,119.27 | 71,600.00 | 37,219.51 | 14,529.74 | 35,822.00 |
| 432003 LEGAL SERVICES | 20,224.53 | 20,000.00 | 22,554.38 | 20,554.38 | 20,000.00 |
| 432004 ENGINEER & TECHNICAL SERVICES | 13,775.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 |
| 433000 PUBLIC RELATIONS SERVICES | 6,818.75 | 6,000.00 | 6,087.50 | 3,087.50 | 6,000.00 |
| 434000 OTHER CONTRACTUAL SERVICES | 497,204.46 | 356,000.00 | 1,022,062.71 | 659,551.58 | 835,000.00 |
| 442300 CUSTODIAL SERVICES | 8,767.88 | 7,000.00 | 7,441.92 | 7,441.92 | 7,000.00 |
| 443200 BUILDING ALTERATIONS & REPAIRS | 13,178.99 | 7,500.00 | 13,500.00 | 11,255.60 | 10,000.00 |
| 443301 MACHINERY & EQUIP REPAIRS | 35,448.35 | 27,000.00 | 36,475.27 | 35,596.27 | 29,500.00 |
| 443302 VEHICLE BODY REPAIRS | 107,771.88 | 105,000.00 | 139,371.65 | 131,321.40 | 105,000.00 |
| 443303 VEHICLE DRIVETRAIN REPAIRS | 41,504.21 | 60,000.00 | 40,000.00 | 39,777.74 | 40,000.00 |
| 443400 EQUIP MAINTENANCE CONTRACTS | 583,542.49 | 608,347.00 | 610,492.00 | 587,914.83 | 643,099.00 |
| 454000 ADVERTISING | 0.00 | 0.00 | 40,935.20 | 36,967.20 | 0.00 |
| 455000 PRINTING & BINDING | 10,527.64 | 8,000.00 | 12,000.00 | 11,337.00 | 10,000.00 |
| 455100 INTERNAL PRINT SHOP | 8,000.00 | 10,000.00 | 18,000.00 | 17,183.75 | 9,000.00 |
| 456000 OTHER SERVICES | 0.00 | 188,705.00 | 181,080.00 | 146,968.98 | 113,830.00 |
| 456001 CRIMINAL PROCESS | 5,604.83 | 3,500.00 | 4,591.06 | 4,591.06 | 2,000.00 |
| 480000 OTHER SERVICES | 124,664.89 | 0.00 | 8,360.25 | 8,344.50 | 0.00 |
| **12005007 PUBLIC SFTY PLC CO** | **1,471,529.17** | **1,423,888.00** | **1,423,888.00** | **1,395,944.10** | **1,144,000.00** |
| 474100 EQUIPMENT | 195,956.95 | 303,888.00 | 304,710.65 | 291,716.75 | 124,000.00 |
| 474200 VEHICLES | 1,275,572.22 | 1,120,000.00 | 1,119,177.35 | 1,104,227.35 | 1,020,000.00 |

```
05/24/2016 11:51    |CITY OF BUFFALO                                                                                    |P        1
rnosworthy          |ADOPTED BUDGET REQUESTS                                                                            |bgdeptrq

        BUDGET PROJECTION 21617  CITY OF BUFFALO 2016-2017 BUDGET PROJECTION

 ORG      OBJECT PROJ  ACCOUNT DESCRIPTION              CURRENT          PROJECTED                      PERCENT
                                                       ADJ BUDGET         ACTUAL          ADOPTED        CHANGE
-------------------------------------------------------------------------------------------------------------------
 12005001411001          PUBLC SFTY PLC PS ANNUAL SAL   49,039,597.80         .00       53,782,883.00     9.67
          1000-20-1105-0000-1-00-0-45-411001-
                    COMMISSIONER OF POLICE (EXEMPT)           1.00       133,699.00         133,699.00
                    DEPUTY COMMISSIONER OF POLICE (EXEMPT)    2.00       116,754.00         233,508.00
                    POLICE CHIEF (EXEMPT)                     7.00       107,100.00         749,700.00
                    POLICE INSPECTOR                          7.00       103,924.00         727,468.00
                    POLICE CAPTAIN                           19.00        95,039.00       1,805,741.00
                    POLICE LIEUTENANT                        95.00        83,783.00       7,959,385.00
                    DETECTIVE SERGEANT                       14.00        78,866.00       1,104,124.00
                    DETECTIVES                              100.00        75,690.00       7,569,000.00
                    POLICE OFFICERS AT STEP 5               390.00        73,251.00      28,567,890.00
                    POLICE OFFICERS AT STEP 4 (31 FROM       31.00        68,900.00       2,135,900.00
                    1/17/14 CLASS)
                    POLICE OFFICERS AT STEP 3 (16 FROM       33.00        64,557.00       2,130,381.00
                    1/19/15 CLASS AND 17 FROM 8/1/14 CLASS)
                    POLICE OFFICERS AT STEP 2 (7 FROM         7.00        60,216.00         421,512.00
                    7/31/15 CLASS)
                    VACANT POLICE OFFICER POSITIONS IN       50.00        29,160.00       1,458,000.00
                    CURRENT BUDGET TO BE FILLED BY
                    SCHOLARSHIP CANDIDATES FROM NEW CIVIL
                    SERVICE LIST (APPROX NOV'15)
                    VACANT POLICE OFFICER POSITIONS IN       45.00        21,869.00         984,105.00
                    CURRENT BUDGET TO BE FILLED IN JANUARY
                    2017 CLASS (NEW CIVIL SERVICE LIST)
                    ATTRITION FOR RETIREES, VACANCES,        30.00        73,251.00      -2,197,530.00
                    SALARY STEP CALCULATIONS, LEAVES OF
                    ABSENCE - 40 police officers throughout
                    the fiscal year

                          BUDGET CEILING:                                                49,039,597.80
                          TOTALS:          49,039,597.80         .00       53,782,883.00     9.67

                    ** END OF REPORT - Generated by nosworthy,raymour **
```

# POLICE DEPARTMENT

**POLICE FLEET MAINTENANCE**          **FUNCTION**          **1122**

| | | |
|---|---|---:|
| APPROPRIATIONS | $ | 738,996 |
| FRINGES | $ | 452,605 |
| TOTAL APPROPRIATIONS | $ | 1,191,602 |
| REVENUE | $ | - |
| NET | $ | (1,191,602) |

# DEPARTMENT OF POLICE
**Division of Police Administration Fleet Maintenance**
**Division #20-1122**

## Goals

1. To maintain all motor vehicle equipment at the best condition possible with the resources available.

## Activities

1. Provide preventive maintenance and repair of all automotive equipment utilized by all Police Department personnel and repair automotive equipment for other City Departments as requested.
2. Oversee the assignment of all motor vehicles to designated personnel.
3. Oversee the implementation of new vehicles into the fleet and disposal of older vehicles.
4. Provide towing services, including tow's, battery charges, flat tire repair, accident removal, and mini-tows, for all police department personnel and to the citizens of Buffalo when necessary.
5. Prepare and submit paperwork to insurance companies regarding incidents in which their client is at fault.
6. Complete and maintain related paperwork as required including renewal of vehicle registrations and inspections, and input information into computer database regarding body repairs, routine maintenance, etc.

## Work Program Statistics

| | Actual 2014-2015 | Projection 2015-2016 | Estimate 2016-2017 |
|---|---|---|---|
| | | | |
| Civilian personnel assigned to Fleet Maintenance | 9 | 9 | 12 |
| *Tow Truck Operations transferred to Parking Enforcement 7/1/13 | | | |
| | Actual 2014 | Actual 2015 | Projected 2016 |
| | | | |
| Number of marked/unmarked/uc vehicles | 259 | 211 | 210 |
| Number of motorcycles, golf carts, GEMS, and misc. vehicles | 34 | 35 | 35 |
| Number of commercial vehicles** (SUV's, Trucks, Vans, etc.) | 166 | 175 | 175 |
| **Includes parking enforcement vehicles and other vehicles maintained by police fleet maintenance personnel | | | |
| Number of work orders processed | 2,462 | 2,133 | 2,000 |



City of Buffalo
Adopted Budget 2016-2017
General Fund

| | 2014-2015 Actual Amount | 2015-2016 Adopted Budget | 2015-2016 Revised Budget | 2015-2016 Year To Date 5/23/2016 | 2016-2017 Adopted Budget |
|---|---|---|---|---|---|
| **1122 POLICE FLEET MAINTENANCE TOTAL** | **549,960.77** | **616,200.00** | **616,200.00** | **452,587.77** | **738,996.31** |
| **12022001 POLICE FLEET MAINTENANCE PS** | **549,960.77** | **616,200.00** | **616,200.00** | **452,587.77** | **738,996.31** |
| 411001 ANNUAL SALARY | 352,293.37 | 484,822.00 | 484,822.00 | 287,817.87 | 558,135.00 |
| 413001 OVERTIME | 164,617.86 | 100,000.00 | 100,000.00 | 136,346.64 | 150,000.00 |
| 413002 HOLIDAY | 18,256.13 | 15,000.00 | 15,000.00 | 14,173.58 | 15,000.00 |
| 413003 ACTING TIME | 3,087.78 | 3,000.00 | 3,000.00 | 4,049.68 | 3,000.00 |
| 414001 LONGEVITY | 5,795.00 | 6,120.00 | 6,120.00 | 5,860.00 | 7,030.00 |
| 414004 IN LIEU OF SUMMER HOURS | 450.27 | 0.00 | 0.00 | 0.00 | 0.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 620.36 | 518.00 | 518.00 | 0.00 | 591.31 |
| 415002 CLOTHING ALLOWANCE | 1,790.00 | 2,390.00 | 2,390.00 | 1,640.00 | 1,940.00 |
| 415003 TOOL ALLOWANCE | 3,050.00 | 4,350.00 | 4,350.00 | 2,700.00 | 3,300.00 |

```
05/24/2016 11:52    |CITY OF BUFFALO                                                                    |P        1
rnosworthy          |ADOPTED BUDGET REQUESTS                                                            |bgdeptrq

     BUDGET PROJECTION 21617  CITY OF BUFFALO 2016-2017 BUDGET PROJECTION

ORG     OBJECT PROJ  ACCOUNT DESCRIPTION                CURRENT        PROJECTED                    PERCENT
                                                        ADJ BUDGET      ACTUAL         ADOPTED      CHANGE
-----------------------------------------------------------------------------------------------------------
12022001411001        PFLTMNT PS ANNUAL SAL             484,822.00           .00      558,135.00    15.12
         1000-20-1122-0000-1-00-0-45-411001-
              SUPERINTENDENT FLEET MAINTAIN AT STEP 3
              - B022                                          1.00      57,899.00       57,899.00
              MEM SUPERVISOR I AT STEP 1 - B017               1.00      42,189.00       42,189.00
              5 MOTOR EQUIPMENT MECH. AT STEP 5 -
              B031                                            5.00      44,523.00      222,615.00
              1 MOTOR EQUIPMENT MECHANIC STEP 16 (7
              STEP SCHEDULE) B031                             1.00      40,071.00       40,071.00
              4 MOTOR EQUIPMENT MECH AT STEP 11 -
              MINIMUM LIVING WAGE (7 STEP SCHEDULE)
              B031                                            4.00      28,940.00      115,760.00
              LABORER II AT STEP 5 - B025                     1.00      38,446.00       38,446.00
              1 REPORT TECHNICIAN AT STEP 5,TITLE
              CODE 0170, SCHEDULE/GRADE A1                    1.00      41,155.00       41,155.00

                             BUDGET CEILING:                                          484,822.00
                                    TOTALS:         484,822.00           .00          558,135.00    15.12

                    ** END OF REPORT - Generated by nosworthy,raymour **
```

# POLICE DEPARTMENT

**POLICE BUILDING MAINTENANCE**　　　　**FUNCTION**　　　　**1123**

| | | |
|---|---|---:|
| APPROPRIATIONS | $ | 435,898 |
| FRINGES | $ | 298,943 |
| TOTAL APPROPRIATIONS | $ | 734,841 |
| REVENUE | $ | - |
| NET | $ | (734,841) |

# DEPARTMENT OF POLICE
## Division of Police Administration Building Maintenance
## Division #20-1123

### Goals

1. To maintain the Department's plant facilities in the best condition possible with the resources available.

### Activities

1. Provide heat, utilities and janitorial services to Police Headquarters and all District houses.
2. Continue to improve plant facilities through upkeep, maintenance, and repair.
3. Order and maintain sufficient stock of all custodial supplies.
4. Assemble and move furniture, set up and relocate offices as needed, plus perform other tasks as required.

### Work Program Statistics

|  | Actual 2014-2015 | Projection 2015-2016 | Estimate 2016-2017 |
|---|---|---|---|
|  |  |  |  |
| Civilian personnel assigned to Building Maintenance | 8 | 8 | 10 |
| Number of plant facilities maintained | 9 | 9 | 9 |
| (HQ, 5 District Buildings, Traffic, Seneca St. Garage, City Court Booking) |  |  |  |
|  |  |  |  |
|  |  |  |  |



City of Buffalo
Adopted Budget 2016-2017
General Fund

| | 2014-2015<br>Actual Amount | 2015-2016<br>Adopted<br>Budget | 2015-2016<br>Revised Budget | 2015-2016<br>Year To Date<br>5/23/2016 | 2016-2017<br>Adopted<br>Budget |
|---|---|---|---|---|---|
| **1123 POLICE BUILDING MAINTENANCE TOTAL** | **387,982.81** | **398,609.00** | **398,609.00** | **333,383.63** | **435,898.00** |
| **12023001 POLICE BUILDING MAINTENANCE PS** | **387,982.81** | **398,609.00** | **398,609.00** | **333,383.63** | **435,898.00** |
| 411001 ANNUAL SALARY | 214,285.18 | 272,144.00 | 272,144.00 | 186,419.38 | 312,108.00 |
| 413001 OVERTIME | 146,762.91 | 100,000.00 | 100,000.00 | 126,966.51 | 100,000.00 |
| 413002 HOLIDAY | 10,996.87 | 9,000.00 | 9,000.00 | 9,561.06 | 9,000.00 |
| 413003 ACTING TIME | 2,030.85 | 2,000.00 | 2,000.00 | 1,293.88 | 2,000.00 |
| 413004 SHIFT DIFFERENTIAL | 3.60 | 0.00 | 0.00 | 7.20 | 0.00 |
| 414001 LONGEVITY | 5,135.00 | 3,965.00 | 3,965.00 | 2,145.00 | 4,290.00 |
| 415001 AUTOMOBILE ALLOWANCE | 7,718.40 | 10,000.00 | 10,000.00 | 5,790.60 | 7,000.00 |
| 415002 CLOTHING ALLOWANCE | 1,050.00 | 1,500.00 | 1,500.00 | 1,200.00 | 1,500.00 |

```
05/24/2016 11:52      │CITY OF BUFFALO                                                              │P        1
rnosworthy            │ADOPTED BUDGET REQUESTS                                                      │bgdeptrq

    BUDGET PROJECTION 21617  CITY OF BUFFALO 2016-2017 BUDGET PROJECTION

ORG      OBJECT PROJ   ACCOUNT DESCRIPTION                 CURRENT        PROJECTED                     PERCENT
                                                          ADJ BUDGET       ACTUAL          ADOPTED      CHANGE
-----------------------------------------------------------------------------------------------------------------
12023001411001          PBLDMNT PS ANNUAL SAL            272,144.00            .00      312,108.00      14.68
       1000-20-1123-0000-1-00-0-45-411001-
          3 LABORER I AT STEP 5 - B024                         3.00       35,423.00     106,269.00
          2 LABORER II AT STEP 15 - B025                       2.00       30,757.00      61,514.00
          1 LABORER II AT STEP 14 - B025                       1.00       28,835.00      28,835.00
          1 LABORER II AT STEP 13 - B025                       1.00       26,912.00      26,912.00
          2 LABORER II AT STEP 11 - B025                       2.00       24,990.00      49,980.00
          HEAD JANITOR AT STEP 4 - B008                        1.00       38,598.00      38,598.00

                               BUDGET CEILING:                                          272,144.00
                                   TOTALS:          272,144.00            .00      312,108.00      14.68

                    ** END OF REPORT - Generated by nosworthy,raymour **
```

# POLICE DEPARTMENT

## POLICE - CIVILIANS

**FUNCTION**     **1124**

| | | |
|---|---|---:|
| APPROPRIATIONS | $ | 9,856,820 |
| FRINGES | $ | 5,708,304 |
| TOTAL APPROPRIATIONS | $ | 15,565,124 |
| REVENUE | $ | - |
| NET | $ | (15,565,124) |

# DEPARTMENT OF POLICE
**Public Safety Police Civilians**
**Division #20-1124**

## Goals

1. To enhance the leadership and services provided by the Buffalo Police Department by instituting effective centralized services for communications, records management, arrest booking and history, crime analysis, and training.
2. To work with Departmental Command Staff in coordinating executive functions including budget/fiscal operations, personnel, court matters, information systems, property management, public relations, printing, and grants resources.

## Activities

**Because the duties of this Division are so diverse, only the major tasks are listed below:**

1. Oversee the operation of a radio dispatch center to dispatch all calls for service received via 911 through the use of a Computer-Aided Dispatch System.  In addition, communications involves the operation of the E-Mail System (Teletype) which generates messages department wide and manages the NYSPIN (State) computers and the supervision of radio repair, management and installation of mobile and portable radios as well as provide support for other electronic equipment.
2. To interact with the District Attorney's Office and other legal representatives by providing 911 tapes and transcripts for use in court.
3. Direct the maintenance of a central records unit responsible for filing, distributing and dissemination of crime and accident reports, information retrieval and making it available not only to police personnel but the general public as well.
4. Administer the central booking operation which handles the total processing of all prisoners arrested in the City by departmental personnel as well as those arrested by other area local law enforcement agencies.
5. Oversee the arrest history operation, fingerprinting, record sealing and record checks and the coding of crime reports.
6. Manage the research and development of statistical information as required.
7. Handle the Department's entire budget and fiscal processes including the monitoring of accounts, revenues, expenditures, accounts payable, purchasing, grant funding and reimbursements, all payroll functions, etc.
8. Supervise the personnel section including hiring, terminations/retirements, and other functions related to the management of human resources.
9. Direct the tasks of Court Liaison responsible for working with the various court systems and prosecutors in scheduling officers' court appearances. Also, direct the functions of the Traffic Tags section responsible for the accounting of all traffic tags and summonses.
10. Direct the tasks of the Department's Management Information Systems which is responsible for the entire department's Computer Aided Dispatch System, Local Area Network and the Department's E-Mail System; maintaining and trouble shooting all computer-related equipment, developing training and programs to enhance the computerization of the Department, and etc.
11. Handle the Department's property management including the custody of recovered, lost, stolen and/or abandoned property, evidence and bail money.  Also manages the functions of the Department's Quartermaster which distributes clothing allotments.
12. Oversee the Department's public relations strategies and techniques, communicate with the press, direct departmental participation in community events (i.e., United Way, Blood Drives, etc.).
13. Oversee the assignment of school crossing guards for Buffalo public and parochial schools and supervise activity of same.
14. Handling City Court bookings operations and detention facility.



City of Buffalo
Adopted Budget 2016-2017
General Fund

| | 2014-2015 Actual Amount | 2015-2016 Adopted Budget | 2015-2016 Revised Budget | 2015-2016 Year To Date 5/23/2016 | 2016-2017 Adopted Budget |
|---|---|---|---|---|---|
| **1124 PUBLIC SAFETY POLICE CIVILIANS TOTAL** | **8,988,187.15** | **9,919,359.00** | **9,919,359.00** | **8,032,135.05** | **9,856,820.00** |
| **12024001 PUBL SFTY PLC CIVILN PS** | **8,988,187.15** | **9,919,359.00** | **9,919,359.00** | **8,032,135.05** | **9,856,820.00** |
| 411001 ANNUAL SALARY | 5,927,562.54 | 6,938,089.00 | 6,938,089.00 | 5,400,413.93 | 7,165,360.00 |
| 412001 SEASONAL SALARY | 995,334.08 | 1,153,680.00 | 1,153,680.00 | 789,038.24 | 1,000,000.00 |
| 413001 OVERTIME | 1,582,576.67 | 1,400,000.00 | 1,400,000.00 | 1,451,195.92 | 1,200,000.00 |
| 413002 HOLIDAY | 180,216.63 | 181,000.00 | 181,000.00 | 174,693.72 | 198,000.00 |
| 413004 SHIFT DIFFERENTIAL | 62,285.24 | 44,000.00 | 44,000.00 | 75,286.51 | 86,000.00 |
| 414001 LONGEVITY | 115,852.52 | 121,910.00 | 121,910.00 | 96,273.02 | 122,430.00 |
| 414004 IN LIEU OF SUMMER HOURS | 48,297.33 | 0.00 | 0.00 | 0.00 | 0.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 30,180.54 | 33,430.00 | 33,430.00 | 418.90 | 37,780.00 |
| 414028 VACATION BUYOUT | 0.00 | 0.00 | 0.00 | 1,696.41 | 0.00 |
| 415001 AUTOMOBILE ALLOWANCE | 1,551.60 | 0.00 | 0.00 | 878.40 | 0.00 |
| 415002 CLOTHING ALLOWANCE | 44,330.00 | 47,250.00 | 47,250.00 | 42,240.00 | 47,250.00 |

```
05/24/2016 11:51    |CITY OF BUFFALO                                                                                    |P      1
rnosworthy          |ADOPTED BUDGET REQUESTS                                                                            |bgdeptrq

    BUDGET PROJECTION 21617  CITY OF BUFFALO 2016-2017 BUDGET PROJECTION
```

| ORG | OBJECT PROJ ACCOUNT DESCRIPTION | CURRENT ADJ BUDGET | PROJECTED ACTUAL | ADOPTED | PERCENT CHANGE |
|---|---|---|---|---|---|
| 12024001411001 | PS PLC CIVILN PS ANNUAL SAL | 6,938,089.00 | .00 | 7,165,360.00 | 3.28 |
| 1000-20-1124-0000-1-00-0-45-411001- | | | | | |
| | REPORT TECHNICIAN AT STEP 5, TITLE 0170, SCHEDULE/GRADE A01 | 62.00 | 41,155.00 | 2,551,610.00 | |
| | DOES NOT INCLUDE REPORT TECH ASSIGNED TO GARAGE - BUDGETED UNDER FLEET MAINT. ORG | | | | |
| | REPORT TECHNICIAN AT STEP 17 (7 STEP SCHEDULE), TITLE 0170, SCHEDULE/GRADE A01 | 7.00 | 41,155.00 | 288,085.00 | |
| | REPORT TECHNICIAN AT STEP 15 (7 STEP SCHEDULE), TITLE 0170, SCHEDULE/GRADE A01 | 3.00 | 39,850.00 | 119,550.00 | |
| | REPORT TECHNICIAN AT STEP 14 (7 STEP SCHEDULE), TITLE 0170, SCHEDULE/GRADE A01 | 14.00 | 39,210.00 | 548,940.00 | |
| | REPORT TECHNICIAN AT STEP 13 (7 STEP SCHEDULE), TITLE 0170, SCHEDULE/GRADE A01 | 5.00 | 38,598.00 | 192,990.00 | |
| | REPORT TECHNICIAN AT STEP 12 (7 STEP SCHEDULE), TITLE 0170, SCHEDULE/GRADE A01 | 4.00 | 37,958.00 | 151,832.00 | |
| | REPORT TECHNICIAN AT STEP 11 (7 STEP SCHEDULE), TITLE 0170, SCHEDULE/GRADE A01 | 1.00 | 37,318.00 | 37,318.00 | |
| | SPANISH SPEAKING REPORT TECHNICIAN AT STEP 17 (7 STEP SCHEDULE), TITLE CODE 0172, SCHEDULE/GRADE A01 | 1.00 | 41,155.00 | 41,155.00 | |
| | SPANISH SPEAKING REPORT TECH STEP 14 (7 STEP SCHEDULE), TITLE CODE 0172, SCHEDULE / GRADE A01 | 1.00 | 39,210.00 | 39,210.00 | |
| | SPANISH SPEAKING REPORT TECHNICIAN AT STEP 12 (7 STEP SCHEDULE), TITLE CODE 0172, SCHEDULE/GRADE A01 | 2.00 | 38,598.00 | 77,196.00 | |
| | SENIOR BUDGET EXAMINER AT STEP 5, TITLE 0682, SCHEDULE/GRADE A84 | 1.00 | 79,140.00 | 79,140.00 | |
| | NEW POSITION - ASSISTANT ACCOUNTANT, STEP 11 (7 STEP SCHEDULE), TITLE 0520, SCHEDULE/GRADE A35 | 1.00 | 44,068.00 | 44,068.00 | |
| | 1 CRIME ANALYST AT STEP 5, TITLE 2020, SCHEDULE/GRADE A67 | 1.00 | 64,648.00 | 64,648.00 | |
| | CRIME ANALYST AT STEP 11, TITLE CODE 2020, SCHEDULE/GRADE A67 (7 STEP SCHEDULE) | 1.00 | 55,184.00 | 55,184.00 | |
| | 3 CRIME SCENE TECHNICIANS AT STEP 5, TITLE 2022, SCHEDULE/GRADE A66 | 3.00 | 62,902.00 | 188,706.00 | |
| | CRIME SCENE TECHNICIAN AT STEP 15 (7 STEP SCHEDULE), TITLE 2022, SCHEDULE/GRADE A66 | 1.00 | 60,050.00 | 60,050.00 | |
| | NEW POSITION - CRIME SCENE TEHCNICIAN AT STEP 11 (7 STEP SCHEDULE), TITLE 2022, SCHEDULE/GRADE A66 | 1.00 | 54,539.00 | 54,539.00 | |
| | SYSTEMS COORDINATOR AT STEP 5, TITLE | 1.00 | 49,515.00 | 49,515.00 | |

```
05/24/2016 11:51     |CITY OF BUFFALO                                                                      |P      2
rnosworthy           |ADOPTED BUDGET REQUESTS                                                              |bgdeptrq

     BUDGET PROJECTION 21617  CITY OF BUFFALO 2016-2017 BUDGET PROJECTION

 ORG      OBJECT PROJ  ACCOUNT DESCRIPTION                     CURRENT        PROJECTED                    PERCENT
                                                             ADJ BUDGET        ACTUAL        ADOPTED        CHANGE
----------------------------------------------------------------------------------------------------------------
```

| | CURRENT ADJ BUDGET | PROJECTED ACTUAL | ADOPTED |
|---|---|---|---|
| 0981, SCHEDULE/GRADE A33 | | | |
| NEW POSITION - SYSTEMS COORDINATOR AT STEP 11 (7 STEP SCHEDULE), TITLE 0981, SCHEDULE/GRADE A33, TO HELP WITH GENERAL INCREASE IN MIS DEMANDS, TECHNOLOGY UPGRADES/CHANGES | .00 | 43,541.00 | .00 |
| NEW POSITIONS - SYSTEMS COORDINATORS AT STEP 11 (7 STEP SCHEDULE), TITLE 0981, SCHEDULE/GRADE A33, TO HANDLE I-PAD, BODY CAMERA AND INCREASED BUILDING SECURITY TECHNICAL ISSUES | .00 | 43,541.00 | .00 |
| NEW POSITION - SR. OPERATIONS COMM. COORDINATOR AT STEP 11 (7 STEP SCHEDULE), TITLE 0945, SCHEDULE / GRADE A040 | .00 | 44,379.00 | .00 |
| SR DATA PROCESSING EQUIP OPERATOR AT STEP 5, TITLE 0910, SCHEDULE/GRADE A26 | 1.00 | 47,363.00 | 47,363.00 |
| COMMUNITY GRANTS COORDINATOR AT STEP 5, TITLE 1941, SCHEDULE/GRADE A33 | 1.00 | 49,515.00 | 49,515.00 |
| NEW POSITION - COMMUNITY POLICING GRANT COORDINATOR STEP 11 (7 STEP SCHEDULE), TITLE 1941, SCHEDULE/GRADE A33, TO ASSIST WITH INCREASED DEMAND AND WORKLOAD ASSOCIATED WITH CURRENT AND NEW GRANTS | .00 | 43,118.00 | .00 |
| POLICE SURV. CAMERA SYSTEM ADMINISTRATOR (EXEMPT), TITLE 1070, SCHEDULE/GRADE I144 | 1.00 | 73,918.00 | 73,918.00 |
| SECRETARY TO COMM. OF POLICE (EXEMPT), TITLE 0346, SCHEDULE/GRADE I009 | 1.00 | 39,779.00 | 39,779.00 |
| POLICE SURV. CAMERA MONITORS AT STEP 5 - B064 | 5.00 | 36,025.00 | 180,125.00 |
| POLICE SURV. CAMERA MONITOR | | | |
| POLICE SURV. CAMERA MONITOR | | | |
| POLICE SURV. CAMERA MONITOR | | | |
| POLICE SURV. CAMERA MONITORS AT STEP 17 (7 STEP SCHEDULE) B064 | 1.00 | 36,025.00 | 36,025.00 |
| POLICE SURV. CAMERA MONITOR | | | |
| POLICE SURV. CAMERA MONITOR | | | |
| POLICE SURV. CAMERA MONITOR | | | |
| POLICE SURV. CAMERA MONITOR | | | |
| POLICE SURVEILLANCE CAMERA MONITORS AT STEP 13 (7 STEP SCHEDULE) B064 | 3.00 | 25,217.00 | 75,651.00 |
| POLICE SURV. CAMERA MONITORS AT STEP 11 (7 STEP SCHEDULE) B064 | 1.00 | 24,972.00 | 24,972.00 |
| SR. PUBLIC SAFETY DISPATCHER AT STEP 5 - B034 | 3.00 | 48,731.00 | 146,193.00 |
| SENIOR PUBL SAFETY DISPATCHER | | | |
| SENIOR PUBL SAFETY DISPATCHER | | | |
| SENIOR PUBL SAFETY DISPATCHER | | | |
| SENIOR PUBL SAFETY DISPATCHER | | | |
| PUBLIC SAFETY DISPATCHER AT STEP 5 - | 11.00 | 43,678.00 | 480,458.00 |

```
05/24/2016 11:51    |CITY OF BUFFALO                                                                    |P      3
rnosworthy          |ADOPTED BUDGET REQUESTS                                                            |bgdeptrq

     BUDGET PROJECTION 21617  CITY OF BUFFALO 2016-2017 BUDGET PROJECTION

ORG    OBJECT PROJ  ACCOUNT DESCRIPTION              CURRENT          PROJECTED                        PERCENT
                                                    ADJ BUDGET         ACTUAL            ADOPTED        CHANGE
-------------------------------------------------------------------------------------------------------------
           B036
           PUBLIC SAFETY DISPATCHER AT STEP 17 (7      1.00          43,678.00         43,678.00
           STEP SCHEDULE) B036
           PUBLIC SAFETY DISPATCHER AT STEP 15 (7      1.00          34,943.00         34,943.00
           STEP SCHEDULE) B036
           PUBLIC SAFETY DISPATCHER AT STEP 14 (7      1.00          32,759.00         32,759.00
           STEP SCHEDULE) B036
           PUBLIC SAFETY DISPATCHER AT STEP 13 (7      2.00          30,575.00         61,150.00
           STEP SCHEDULE) B036
           PUBLIC SAFETY DISPATCHER AT STEP 11 (7      3.00          28,391.00         85,173.00
           STEP SCHEDULE) B036
           SR CELLBLOCK ATTENDANTS AT STEP 5,          1.00          43,650.00         43,650.00
           (TITLE CODE 2001, GRADE B66).
           SR CELLBLOCK ATTENDANT AT STEP 14 (7        1.00          33,605.00         33,605.00
           STEP SCHEDULE), TITLE 2001,
           SCHEDULE/GRADE B66
           SR CELLBLOCK ATTENDANT AT STEP 13 (7        1.00          31,628.00         31,628.00
           STEP SCHEDULE), TITLE 2001,
           SCHEDULE/GRADE B66
           SR CELLBLOCK ATTENDANTS AT STEP 13 (7       2.00          31,628.00         63,256.00
           STEP SCHEDULE), TITLE 2001,
           SCHEDULE/GRADE B66
           CELLBLOCK ATTENDANT AT STEP 3               1.00          34,355.00         34,355.00
           CELLBLOCK ATTENDANTS AT STEP 15 (7 STEP     12.00         32,507.00        390,084.00
           SCHEDULE), TITLE 2000, SCHEDULE/GRADE
           B65
           CELLBLOCK ATTENDANTS AT STEP 14, TITLE      2.00          30,701.00         61,402.00
           CODE 2000, GRADE B65, 7 STEP SCHEDULE
           CELLBLOCK ATTENDANTS AT STEP 13, TITLE      7.00          28,895.00        202,265.00
           CODE 2000, GRADE B65, 7 STEP SCHEDULE
           CELLBLOCK ATTENDANTS AT STEP 12, TITLE      11.00         27,089.00        297,979.00
           CODE 2000, GRADE B65, 7 STEP SCHEDULE
           CELLBLOCK ATTENDANT AT STEP 11 (7 STEP      6.00          25,283.00        151,698.00
           SCHEDULE), TITLE CODE 2000,
           SCHEDULE/GRADE B65
           Attrition                                   1.00         200,000.00       -200,000.00

                          BUDGET CEILING:                                          6,938,089.00
                               TOTALS:      6,938,089.00          .00             7,165,360.00       3.28

                    ** END OF REPORT - Generated by nosworthy,raymour **
```