# Exhibit 76



**City of Buffalo**
**Adopted Budget 2015-2016**
**General Fund**

| | 2011-2012 Actual Amount | 2012-2013 Actual Amount | 2013-2014 Actual Amount | 2014-2015 Adopted Budget | 2014-2015 Year To Date 6/9/2015 | 2015-2016 Adopted Budget |
|---|---:|---:|---:|---:|---:|---:|
| **01 TOTAL TAXES** | **-153,700,843.75** | **-150,460,720.12** | **-148,715,621.20** | **-149,086,761.00** | **-148,852,033.23** | **-148,374,565.61** |
| 311100 REAL PROPERTY TAX LEVY | -127,863,266.76 | -124,177,633.99 | -123,421,776.50 | -122,333,454.00 | -125,482,227.49 | -123,792,853.00 |
| 312000 OCCUPANCY TAX | -10,333.03 | -3,917.94 | -3,425.77 | 0.00 | -3,453.58 | 0.00 |
| 319110 INTEREST & PENALTY TAX CURR | -2,042,124.81 | -2,029,678.13 | -1,945,259.05 | -2,100,000.00 | -899,101.94 | -2,100,000.00 |
| 319111 INTEREST & PENALTY TAX DELINQ | -1,077,877.27 | -1,297,326.59 | -1,089,620.72 | -1,100,000.00 | -1,108,972.98 | -1,100,000.00 |
| 335101 MORTGAGE TAX | -1,601,362.67 | -1,985,968.96 | -2,075,913.33 | -1,600,000.00 | -2,226,042.73 | -2,200,000.00 |
| 335102 STAR PROGRAM | -15,396,530.22 | -15,221,730.43 | -14,896,546.14 | -14,896,546.00 | -13,237,146.96 | -13,237,147.00 |
| 339001 PAYMENT IN LIEU OF TAXES | -5,052,507.94 | -5,144,835.07 | -4,789,944.89 | -6,621,761.00 | -5,560,970.91 | -5,494,565.61 |
| 339002 PILOT NFTA PEACE BRIDGE | -438,528.56 | -457,163.59 | -493,134.80 | -435,000.00 | -334,116.64 | -450,000.00 |
| 339200 PILOT BMHA | -218,312.49 | -142,465.42 | 0.00 | 0.00 | 0.00 | 0.00 |
| **02 TOTAL NON-PROPERTY TAX** | **-12,951,192.70** | **-12,253,130.70** | **-15,542,055.50** | **-13,125,000.00** | **-10,583,216.26** | **-13,135,000.00** |
| 316100 CLASS II UTILITY TAX | -174,143.29 | -133,955.67 | -185,428.96 | -175,000.00 | -56,381.96 | -185,000.00 |
| 316200 CLASS I UTILITY TAX | -9,924,573.34 | -9,274,442.14 | -8,393,278.04 | -9,500,000.00 | -7,737,862.55 | -9,500,000.00 |
| 316300 FOREIGN FIRE INSURANCE | 0.00 | 0.00 | -4,191,235.58 | -650,000.00 | -761,878.25 | -650,000.00 |
| 318200 CABLE FRANCHISE TAX | -2,852,476.07 | -2,844,732.89 | -2,772,112.92 | -2,800,000.00 | -2,027,093.50 | -2,800,000.00 |
| **05 TOTAL LICENSES & PERMITS** | **-3,337,605.31** | **-3,408,021.24** | **-3,258,276.08** | **-4,986,235.00** | **-3,612,255.30** | **-4,721,060.00** |
| 321201 LODGING HOUSE LICENSE | -13,697.00 | -15,474.75 | -14,173.50 | -15,000.00 | -12,949.50 | -15,000.00 |
| 321202 MARKET GROUP LICENSE | -54,289.00 | -51,542.50 | -52,072.00 | -50,000.00 | -46,185.00 | -52,000.00 |
| 321301 CERTIFICATES OF INSPECTION FEE | -9,534.00 | -12,002.00 | -11,802.00 | -11,000.00 | -11,592.00 | -12,000.00 |
| 321302 FLAMMABLE LIQUID LICENSE | -1,102.50 | -551.25 | -1,417.50 | -1,300.00 | -1,575.00 | -1,500.00 |
| 321303 SMOKE ABATEMENT GROUP LICENSE | -89,224.81 | -98,324.94 | -130,717.32 | -100,000.00 | -108,142.39 | -100,000.00 |
| 321304 FRANCHISE FEE EMERGENCY SERV | -350,000.00 | -350,000.00 | -233,335.34 | -350,000.00 | -379,154.66 | -350,000.00 |
| 321601 PLUMBER LICENSE | -45,324.50 | -43,832.50 | -47,732.75 | -45,000.00 | -41,873.25 | -51,000.00 |
| 321602 ELECTRICIAN LICENSE | -39,950.00 | -8,190.00 | -42,000.00 | -10,000.00 | -630.00 | -36,700.00 |
| 321603 HEATING CONTRACTOR LICENSE | -17,697.75 | -18,736.25 | -20,173.25 | -18,000.00 | -19,797.75 | -20,000.00 |
| 321604 HOME IMPROVEMENT LICENSE | -488,505.50 | -485,285.00 | -493,935.00 | -490,000.00 | -506,475.00 | -520,000.00 |
| 321605 CONSUMER ELECTRONICS LICENSE | -157.50 | -315.00 | -210.00 | -315.00 | -210.00 | -210.00 |
| 321607 STATIONARY ENGINEER LICENSE | -61,736.50 | -61,227.00 | -64,736.00 | -61,000.00 | -56,872.50 | -78,000.00 |
| 321608 PARKING LOT LICENSE | -40,100.00 | -27,960.00 | -41,070.00 | -28,000.00 | -26,600.00 | -40,000.00 |
| 321609 BAKER & CONFECTIONER LICENSE | -3,202.50 | -3,034.50 | -1,512.00 | -3,000.00 | -2,488.50 | -3,000.00 |
| 321610 RESTAURANT LICENSE | -97,021.50 | -97,361.00 | -94,011.92 | -95,000.00 | -91,788.50 | -95,000.00 |
| 321611 RESTAURANT DANCE LICENSE | -8,295.00 | -8,295.00 | -7,061.25 | -8,000.00 | -5,827.50 | -8,000.00 |
| 321612 VENDING MACHINE LICENSE | -14,285.25 | -13,335.00 | -11,292.75 | -13,500.00 | -12,106.50 | -12,000.00 |
| 321613 BOWLING ALLEY LICENSE | -2,772.00 | -2,772.00 | -2,772.00 | -2,500.00 | -3,150.00 | -3,200.00 |
| 321614 SECOND HAND DEALER LICENSE | -61,023.75 | -65,527.50 | -64,220.50 | -60,000.00 | -44,625.01 | -64,000.00 |
| 321617 LIVERY & TAXICAB LICENSE | -17,441.50 | -19,228.50 | -22,049.50 | -18,000.00 | -29,058.00 | -20,000.00 |
| 321618 FIRE PREVENTION EXPLOS LICENSE | -55,265.13 | -58,609.61 | -53,615.38 | -60,000.00 | -54,464.77 | -60,000.00 |
| 321619 ELEVATOR INSPECT/INSTALL LIC | -8,820.00 | -420.00 | -6,300.00 | -420.00 | 0.00 | -6,000.00 |
| 321701 AMUSEMENT GROUP LICENSE | -58,460.13 | -58,171.62 | -56,537.50 | -58,000.00 | -50,661.64 | -58,000.00 |



City of Buffalo
Adopted Budget 2015-2016
General Fund

| | 2011-2012 Actual Amount | 2012-2013 Actual Amount | 2013-2014 Actual Amount | 2014-2015 Adopted Budget | 2014-2015 Year To Date 6/9/2015 | 2015-2016 Adopted Budget |
|---|---|---|---|---|---|---|
| **05 TOTAL LICENSES & PERMITS** | **-3,337,605.31** | **-3,408,021.24** | **-3,258,276.08** | **-4,986,235.00** | **-3,612,255.30** | **-4,721,060.00** |
| 321702 BINGO GROUP LICENSE | -39,549.99 | -41,189.83 | -33,398.07 | -35,000.00 | -27,905.94 | -30,000.00 |
| 321703 GAMES OF CHANCE LICENSE | -12,952.47 | -3,222.24 | -10,543.72 | -13,000.00 | -15,486.67 | -17,000.00 |
| 321800 BUSINESS LICENSE OTHER | -192,572.35 | -190,789.15 | -183,951.65 | -200,000.00 | -177,452.40 | -190,000.00 |
| 322101 STREET PERMIT | -124,149.94 | -91,777.18 | -91,407.06 | -200,000.00 | -277,809.24 | -250,000.00 |
| 322102 SIGN GROUP LICENSE | -8,334.35 | -17,153.95 | -10,729.65 | -10,000.00 | -10,155.45 | -10,000.00 |
| 322103 ELEVATR ESCALTR PERMIT HOUSENF | -50,478.75 | -56,938.76 | -56,334.00 | -55,000.00 | -54,133.75 | -55,000.00 |
| 322104 ENCROACHMENT PERMIT | -63,811.84 | -89,904.42 | -98,342.45 | -154,000.00 | -139,821.25 | -140,000.00 |
| 322106 BUILDING PERMIT | -759,144.86 | -837,112.37 | -753,345.63 | -2,200,000.00 | -835,905.00 | -1,750,000.00 |
| 322107 ELECTRICAL PERMIT | -236,491.00 | -241,982.20 | -228,866.23 | -264,000.00 | -216,899.49 | -250,000.00 |
| 322108 PLUMBING PERMIT | -73,821.88 | -79,263.46 | -86,005.00 | -88,000.00 | -106,978.48 | -120,000.00 |
| 322109 GARAGE SALE PERMIT | -21.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 322201 VEHICLE LIMIT PERMIT | -20,708.00 | -16,916.00 | -23,621.00 | -27,000.00 | -45,360.00 | -40,000.00 |
| 322300 TAXICAB DRIVER LICENSE | -35,577.25 | -32,015.50 | -35,251.50 | -30,000.00 | -34,000.25 | -52,000.00 |
| 322301 TAXICAB BUSINESSLICNSE HOUSENF | -39,158.50 | -40,427.00 | -37,145.00 | -40,000.00 | -41,459.00 | -40,000.00 |
| 322500 MARRIAGE LICENSE | -15,570.00 | -14,445.00 | -15,045.00 | -17,000.00 | -13,815.00 | -17,200.00 |
| 322601 DOG LICENSE | -127,182.31 | -154,463.26 | -121,292.66 | -155,000.00 | -108,520.91 | -154,000.00 |
| 322602 CHICKEN LICENSE | -175.00 | -225.00 | -250.00 | -200.00 | -325.00 | -250.00 |
| **10 TOTAL INTERGOVERNMENTAL** | **-241,375,856.41** | **-276,324,016.33** | **-260,453,168.37** | **-255,880,346.00** | **-137,483,299.54** | **-256,916,111.00** |
| 331000 MISCELLANEOUS FEDERAL REVENUE | -54,679.11 | -129,157.39 | 26,911.11 | -50,000.00 | -11,125.00 | -38,000.00 |
| 334104 YOUTH INITIATIVES PROGRAM | -15,939.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 334105 YOUTH BUREAU PROGRAM | -125,327.00 | -67,909.75 | -116,029.00 | -37,240.00 | -23,806.00 | 0.00 |
| 334107 NYS DORMITORY AUTHORITY REV | 0.00 | -200,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 335006 SPECIAL STATE AID GNRCTY | -161,285,233.00 | -179,936,419.00 | -161,285,233.00 | -161,285,233.00 | -62,923,363.00 | -161,285,233.00 |
| 335009 NYS AID INCENTIVE TO MUNICIPAL | -3,310,376.64 | -2,400,000.00 | -12,000,000.00 | -3,000,000.00 | 0.00 | 0.00 |
| 335221 TRIBAL COMPACT AGREEMENT | 0.00 | -15,986,000.00 | -6,137,201.76 | -6,200,000.00 | -3,173,067.19 | -6,200,000.00 |
| 335500 PARKING TAG SURCHARGE REFUND | -2,640,690.00 | -2,649,525.00 | -2,498,175.89 | -2,707,000.00 | -2,433,335.00 | -3,107,000.00 |
| 337001 J T P A P I C | -104,418.68 | -55,271.23 | -93,994.15 | -95,600.00 | 0.00 | -95,600.00 |
| 337306 MEDICARE D REIMBURSEMENT | -1,526,481.38 | -1,003,847.66 | -1,567,216.25 | -1,300,000.00 | -875,221.41 | -1,300,000.00 |
| 338001 WESTERN REGION OFFTRACK BETING | -290,197.00 | -196,582.00 | -252,138.00 | -245,000.00 | -174,205.00 | -245,000.00 |
| 338101 ERIE COUNTY SALES TAX | -71,832,289.82 | -73,529,732.74 | -75,464,895.60 | -80,800,273.00 | -67,593,313.33 | -84,482,278.00 |
| 338102 DOG LICENSE REFUND FROM CNTY | -5,171.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 338103 STOP DWI | -90,688.00 | -72,348.00 | -69,228.50 | -60,000.00 | -5,734.00 | -60,000.00 |
| 338200 ASSET TRANSFER FROM BOE | 0.00 | 0.00 | -892,705.00 | 0.00 | -182,933.90 | 0.00 |
| 380518 REIMBURSEMENT-UTILITY MGT FEE | -94,365.08 | -97,223.56 | -103,262.33 | -100,000.00 | -87,195.71 | -103,000.00 |
| **15 TOTAL SERVICE CHARGES** | **-11,039,736.76** | **-13,718,840.87** | **-12,543,385.72** | **-14,093,824.90** | **-10,247,916.52** | **-14,211,925.90** |
| 340000 CHARGES FOR SERVICES | -1,223,184.92 | -2,945,424.65 | -1,782,968.47 | -1,619,000.00 | -504,519.54 | -1,728,000.00 |
| 341102 GARNISHEE FILING FEE | -20.00 | -50.00 | -32.00 | -40.00 | -38.00 | -40.00 |
| 341103 SCOFFLAW RELEASE FEE | -81,918.00 | -83,887.29 | -81,957.40 | -85,000.00 | -70,415.95 | -85,000.00 |
| 341104 TOWING AND STORAGE FEE | -461,724.40 | -1,131,038.25 | -1,249,530.50 | -2,000,000.00 | -1,157,730.11 | -1,500,000.00 |



**City of Buffalo**
**Adopted Budget 2015-2016**
**General Fund**

| | 2011-2012 Actual Amount | 2012-2013 Actual Amount | 2013-2014 Actual Amount | 2014-2015 Adopted Budget | 2014-2015 Year To Date 6/9/2015 | 2015-2016 Adopted Budget |
|---|---|---|---|---|---|---|
| **15 TOTAL SERVICE CHARGES** | **-11,039,736.76** | **-13,718,840.87** | **-12,543,385.72** | **-14,093,824.90** | **-10,247,916.52** | **-14,211,925.90** |
| 341105 APPEAL FEE | -1,285.00 | -1,745.00 | -1,290.00 | -1,720.00 | -870.00 | -1,720.00 |
| 341106 NON SUFFICIENT FUNDS FEE | -18,579.84 | -38,247.21 | -18,506.75 | -24,000.00 | -15,014.11 | -20,000.00 |
| 341107 COLLECTION PROCESSING CHARGE | -102,855.00 | -107,750.00 | -104,890.00 | -90,250.00 | -106,639.98 | -100,150.00 |
| 341108 FORCLOSURE FEE | -902,090.24 | -792,114.35 | -699,256.46 | -900,000.00 | -652,226.02 | -900,000.00 |
| 341109 PROCESSING FEE | -5.00 | 0.00 | 0.00 | -10.00 | 0.00 | -20.00 |
| 341110 WEB PAYMENT FEE | -166,499.64 | -182,411.81 | -196,040.43 | -220,000.00 | -223,139.48 | -220,000.00 |
| 341111 IN REM SALE ADMINISTATVE CHGS | -116,396.37 | -132,180.47 | -160,817.60 | 0.00 | -6,795.40 | 0.00 |
| 341120 SERVICES TO BSA | -3,389,990.00 | -3,389,990.00 | -3,389,990.00 | -3,388,810.00 | -2,542,492.50 | -3,388,810.00 |
| 341130 SERVICES TO BMHA | -135,743.45 | -113,930.00 | 0.00 | -188,567.00 | -45,572.00 | -81,476.00 |
| 341140 SERVICES TO BOE | 0.00 | -330,194.29 | -98,472.03 | -136,730.00 | 0.00 | -136,730.00 |
| 341160 SERVICES TO ERIE COUNTY | -2,775.00 | -3,150.00 | -3,225.00 | -3,200.00 | -1,275.00 | -3,200.00 |
| 341200 COMMISSIONER OF DEEDS FEE | -1,520.00 | -5,860.00 | -1,500.00 | -4,700.00 | -4,940.00 | -2,300.00 |
| 341202 DOMESTIC PARTNERSHIP REGISTRY | -80.00 | -160.00 | -200.00 | -120.00 | -120.00 | -80.00 |
| 341301 ZONING APPEALS FEE | -8,600.00 | -10,150.00 | -10,575.00 | -8,600.00 | -9,850.00 | -8,600.00 |
| 341302 REZONING APPLICATION FEE | -9,850.00 | -17,920.00 | -18,755.00 | -17,000.00 | -18,870.00 | -20,000.00 |
| 341303 MULTIPLE DWELLING REGISTRATION | -3,460.00 | -3,300.00 | -3,700.00 | -3,500.00 | -3,160.00 | -3,500.00 |
| 341304 MULTIPLE DWELL FEE | -39,920.00 | -33,200.00 | -56,650.00 | -35,000.00 | -64,270.00 | -55,000.00 |
| 341305 RENTL DWELLING UNIT REGISTRATN | -469,620.00 | -457,000.00 | -457,058.75 | -475,000.00 | -451,955.00 | -660,000.00 |
| 341401 COPY & PUBLICATION FEE | -107,533.03 | -106,077.96 | -104,725.58 | -99,600.00 | -81,179.50 | -97,200.00 |
| 341402 SALEABLE PROPERTY CATALOG FEE | -1,260.00 | -285.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 341403 CITY PUBLICATION SALES FEE | 0.00 | -24.00 | 0.00 | 0.00 | -12.00 | -12.00 |
| 341404 USE OF ENGINEERING PLANS FEE | -3,703.25 | -8,386.00 | -13,923.50 | -4,600.00 | -22,231.00 | -23,000.00 |
| 341501 EXAMINATION FEE | -24,440.00 | -12,646.41 | -79,658.00 | -100,000.00 | -9,795.00 | -90,000.00 |
| 342101 ALARM SYSTEM FEE | -187,010.00 | -145,000.00 | -182,441.00 | -150,000.00 | -159,710.00 | -175,000.00 |
| 342102 EXCESSIVE CALL BACK FEE | -5.00 | -85.00 | -1,165.00 | -1,000.00 | -3,150.00 | -3,000.00 |
| 342103 FUNERAL ESCORT FEE | -3,300.00 | -3,400.00 | -2,350.00 | -4,000.00 | -1,950.00 | -4,000.00 |
| 342202 RESCUE SERVICE FEE | -42,251.80 | -52,025.50 | -45,010.03 | -52,000.00 | -24,447.50 | -35,000.00 |
| 342203 FIRE APPARATUS SERVICES FEE | -1,410.00 | -1,340.00 | -445.00 | -1,000.00 | -16,500.00 | -1,000.00 |
| 342204 EMS TRAINING & MISC | -535.00 | -350.00 | -1,295.00 | 0.00 | -1,295.00 | -1,295.00 |
| 342401 BUILDING APPLICATION FEE | -244,322.55 | -231,754.08 | -253,281.53 | -250,000.00 | -355,196.86 | -325,000.00 |
| 342402 INSPECTION FEE | -2,286.00 | -1,576.00 | -2,958.00 | -3,600.00 | -28,820.00 | -28,000.00 |
| 342403 PUBLIC UTILITY INSPECTION FEE | -321,172.50 | -191,842.50 | -468,847.50 | -600,000.00 | -515,625.00 | -600,000.00 |
| 342405 ELEVATOR INSPECTION FEE | -19,950.00 | -15,048.00 | -33,033.00 | -20,000.00 | -33,401.00 | -30,000.00 |
| 342408 OFF HOURS INSPECTIONS | 0.00 | -10,900.00 | -11,600.00 | -20,000.00 | 0.00 | 0.00 |
| 342501 ON STREET PARKING METER FEE | -1,790,049.75 | -1,891,224.66 | -1,789,048.72 | -2,200,000.00 | -1,622,981.53 | -2,243,040.00 |
| 342502 SPECIAL EVENT FEE | -65,758.00 | -70,957.70 | -59,596.75 | -89,700.00 | -69,616.50 | -200,500.00 |
| 342503 DEMOLITION CHARGE | -743.00 | -680.00 | -74,544.16 | 0.00 | -71,238.30 | -70,000.00 |
| 342504 ADMIN SURCHARGE | -6,829.00 | -12,148.00 | -59,323.00 | -12,000.00 | -74,675.96 | -75,000.00 |
| 342507 CASH CARDS IN CAR PARKING MTRS | -1,764.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 343001 MAINTENANCE ARTERIAL HIGHWAYS | -84,744.58 | -169,489.16 | 0.00 | -169,489.00 | -254,233.74 | -169,489.00 |
| 343002 STREET REPAIR PERMIT | -29,947.50 | -30,071.50 | -49,786.00 | -75,000.00 | -33,661.50 | -65,000.00 |
| 344301 REMOVING OBSTRUCTION CHARGE | -13,860.00 | -7,350.00 | -9,030.00 | -10,000.00 | -2,100.00 | -10,000.00 |



**City of Buffalo**
**Adopted Budget 2015-2016**
**General Fund**

| | 2011-2012 Actual Amount | 2012-2013 Actual Amount | 2013-2014 Actual Amount | 2014-2015 Adopted Budget | 2014-2015 Year To Date 6/9/2015 | 2015-2016 Adopted Budget |
|---|---|---|---|---|---|---|
| **15 TOTAL SERVICE CHARGES** | -11,039,736.76 | -13,718,840.87 | -12,543,385.72 | -14,093,824.90 | -10,247,916.52 | -14,211,925.90 |
| 345101 MARRIAGE CERTIFICATE | -46,000.00 | -43,090.00 | -42,060.00 | -46,000.00 | -38,570.00 | -46,000.00 |
| 345102 BIRTH CERTIFICATE | -309,765.00 | -297,525.00 | -285,805.00 | -315,000.00 | -264,685.00 | -305,000.00 |
| 345103 DEATH CERTIFICATE | -246,870.00 | -274,960.00 | -279,510.00 | -275,000.00 | -264,720.00 | -290,000.00 |
| 345104 VITAL STATISTIC SEARCH FEE | -4,298.75 | -3,950.00 | -3,748.00 | -4,500.00 | -2,615.00 | -2,800.00 |
| 345401 MEDICAID REIMBURSEMENT | -16,879.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 345501 DOG POUND SEIZURE FEE | -18,695.00 | -15,440.00 | -14,120.00 | -15,000.00 | -10,660.00 | -10,000.00 |
| 345502 DOG POUND ANIMAL SALES | -8,050.00 | -9,600.00 | -7,970.00 | -9,000.00 | -8,120.00 | -9,000.00 |
| 345503 ADPT ANIMALS- UNCLAIMED DEP | -83,933.50 | -106,396.05 | -62,465.91 | -85,000.00 | -88,921.03 | -85,000.00 |
| 345504 ANIMAL SHOTS & VACCINES | -38,961.00 | -48,607.00 | -39,654.50 | -45,000.00 | -37,217.00 | -45,000.00 |
| 345601 NUTRITION FOR THE ELDERLY | -3,026.75 | -3,410.20 | -2,286.00 | -3,200.00 | -3,289.75 | -3,450.00 |
| 347200 SWIMMING POOL FEE | -23,763.50 | -21,397.00 | -34,663.00 | -27,000.00 | -37,767.00 | -35,000.00 |
| 347402 VENDING MACHINE COMMISSION | -481.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 347801 ENTERTAINMENT TICKET FEE | -1,668.16 | -1,949.23 | -2,270.64 | -2,000.00 | -994.36 | -2,000.00 |
| 347805 ICE RINK PERMIT | -34,973.30 | -49,138.29 | -51,333.33 | -45,000.00 | -44,000.00 | -50,000.00 |
| 347806 BALL DIAMOND & FIELD FEE | -42,165.00 | -16,800.00 | -50,025.00 | -66,500.00 | -91,125.00 | -66,500.00 |
| 348015 RENT | -71,213.90 | -84,213.31 | -89,997.18 | -92,388.90 | -93,518.90 | -102,013.90 |
| **20 TOTAL FINES** | -6,808,136.35 | -7,288,673.92 | -6,896,058.18 | -9,901,200.00 | -5,807,815.05 | -12,300,600.00 |
| 351101 TRAFFIC VIOLATION FINES | -558,506.19 | -603,857.50 | -503,494.06 | -3,200,000.00 | 0.00 | -5,000,000.00 |
| 351110 COURT REVENUE COURT FINE | -101,522.67 | -113,317.55 | -116,711.31 | -110,000.00 | -97,438.61 | -110,000.00 |
| 351111 COURT REVENUE PROBATION FINE | 0.00 | 0.00 | -97.00 | -200.00 | 0.00 | -100.00 |
| 351112 COURT REVENUE ESTREATED BAIL | -5,000.00 | -7,878.34 | -5,724.94 | -6,000.00 | -12,380.00 | -6,000.00 |
| 351300 PARKING TAG FINES & PENALTIES | -5,582,193.50 | -5,719,662.39 | -5,375,775.60 | -5,800,000.00 | -5,111,616.72 | -6,400,000.00 |
| 351301 FINES & PENALTIES | -525,756.19 | -804,770.64 | -876,734.27 | -750,000.00 | -578,625.52 | -755,000.00 |
| 351302 UNLICENSED DOG FINE | -15,425.00 | -13,597.50 | -2,061.00 | -15,000.00 | -1,444.00 | -7,500.00 |
| 351303 BOOT REMOVAL PROGRAM | -19,732.80 | -25,590.00 | -15,460.00 | -20,000.00 | -6,310.20 | -22,000.00 |
| **25 TOTAL INTEREST** | -1,638,098.92 | -1,186,728.85 | -890,429.76 | -950,000.00 | -700,137.46 | -800,000.00 |
| 361001 INTEREST INVESTMENTS | -1,637,468.90 | -1,186,366.02 | -876,874.24 | -950,000.00 | -698,228.74 | -800,000.00 |
| 361003 INTEREST DEMAND DEPOSIT ACCT | -630.02 | -362.83 | -351.55 | 0.00 | -165.89 | 0.00 |
| 361005 INT INVEST-BOE SPECIAL RESERVE | 0.00 | 0.00 | -13,203.97 | 0.00 | -1,742.83 | 0.00 |
| **30 TOTAL MISCELLANEOUS REVENUES** | -7,563,834.86 | -40,317,278.04 | -3,641,752.08 | -13,847,171.50 | -8,368,814.47 | -14,615,672.58 |
| 318200 CABLE FRANCHISE TAX | -90,045.78 | -85,864.03 | -84,627.27 | -95,000.00 | -80,810.95 | -95,000.00 |
| 342201 HAZARDOUS MATERIAL CLEANUP FEE | 0.00 | 0.00 | 0.00 | 0.00 | -6,613.00 | -6,500.00 |
| 363020 NON PUBLIC USE PROPERTY RENT | -940,568.06 | -705,100.01 | -601,387.59 | -548,725.50 | -455,758.21 | -607,984.78 |
| 363021 IN REM PROPERTY RENTAL | -13,060.00 | -5,245.00 | -3,600.00 | 0.00 | -1,000.00 | 0.00 |
| 363022 PARK & RECREATION RENT | -13,430.00 | -14,235.00 | -15,501.00 | -16,200.00 | -14,060.00 | -16,200.00 |
| 363023 MARINA RENT | -116,915.11 | -128,456.46 | -625,938.23 | -300,000.00 | -118,974.21 | -300,000.00 |
| 363024 ARENA GROUND RENT | -375,000.00 | -541,666.66 | -583,333.34 | -500,000.00 | -625,000.00 | -500,000.00 |



**City of Buffalo**
**Adopted Budget 2015-2016**
**General Fund**

| | 2011-2012 Actual Amount | 2012-2013 Actual Amount | 2013-2014 Actual Amount | 2014-2015 Adopted Budget | 2014-2015 Year To Date 6/9/2015 | 2015-2016 Adopted Budget |
|---|---:|---:|---:|---:|---:|---:|
| **30 TOTAL MISCELLANEOUS REVENUES** | -7,563,834.86 | -40,317,278.04 | -3,641,752.08 | -13,847,171.50 | -8,368,814.47 | -14,615,672.58 |
| 364000 DEPOSIT OF UNCLAIMED PROPERTY | -100,000.00 | -100,000.00 | -200,000.00 | -100,000.00 | 0.00 | -100,000.00 |
| 365003 GIFTS AND DONATIONS | -11,245.86 | -13,045.00 | -103,987.09 | -155,000.00 | -31,096.42 | -50,000.00 |
| 379001 LEGAL SETTLEMENTS | -154,864.31 | -335,544.40 | -541,489.29 | -300,000.00 | -177,759.08 | -350,000.00 |
| 379002 INSURANCE RECOVERY | -30,257.53 | -42,912.67 | -51,709.66 | -55,000.00 | -44,445.02 | -55,000.00 |
| 379003 DAMAGE TO PROPERTY | -87,739.49 | -221,591.46 | -282,156.40 | -335,000.00 | -174,207.71 | -338,000.00 |
| 380101 GRANT REIMBURSEMENT | 2,051.79 | 0.00 | 0.00 | -1,029,346.00 | -396,748.88 | -842,118.00 |
| 380102 LOCK BOX CHARGE REIMBURSEMT | -119,786.83 | -128,108.73 | -111,269.68 | -137,600.00 | -51,961.88 | -85,600.00 |
| 380103 CASH REFUND OF PRIOR YRS EXPEN | -41,122.40 | -102,440.81 | -89,762.51 | -2,120,000.00 | -4,644.48 | 0.00 |
| 380104 NONCASH REFUND OF PRIOR YR EXP | -81,899.69 | -33,043,645.36 | 0.00 | 0.00 | 0.00 | 0.00 |
| 380501 TRIPARTY AGREEMENT REIMBURSEMT | -1,143,387.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 380502 DISTRICT HEATING CHARGE | -320,997.82 | -230,239.26 | -574,739.10 | -330,000.00 | 0.00 | -400,000.00 |
| 380503 COURT FACILITY AID | -1,447,510.00 | -520,965.00 | -1,392,920.00 | -650,000.00 | -768,176.00 | -650,000.00 |
| 380505 SALT REIMBURSEMENT | -7,497.40 | -7,892.00 | -37,526.46 | 0.00 | -26,406.30 | -35,000.00 |
| 380508 GAS & PARTS REIMBURSEMENT | -240,217.44 | -253,957.79 | -256,237.50 | -260,000.00 | -181,715.46 | -225,000.00 |
| 380522 REIMBURSE GRAFFITI REMOVAL | -140.00 | -218.18 | -305.01 | -250.00 | 0.00 | 0.00 |
| 388000 CASH RECEIPTS OVER & SHORT | 0.00 | 0.00 | 0.00 | 0.00 | 210.14 | 0.00 |
| 389001 MISCELLANEOUS | -1,030,672.63 | -1,213,679.05 | 2,817,507.88 | -1,154,050.00 | -2,896,508.35 | -1,140,169.80 |
| 389003 SALE OF LAND BLDG EQUIP | -60,162.87 | -32,982.67 | -68,154.79 | -56,500.00 | -56,714.98 | -61,000.00 |
| 389005 AUCTION SALES PVB | -732,460.71 | -421,994.23 | -533,951.53 | -545,000.00 | -490,607.21 | -595,000.00 |
| 392101 SALE OF LAND BLDG EQUP COMPTRL | -578,000.00 | -2,056,701.57 | -7,500.00 | -5,000,000.00 | -1,724,330.00 | -7,962,100.00 |
| 392102 SALE OF IN REM PROPERTY | 171,892.45 | -109,490.65 | -257,789.95 | -158,500.00 | -39,771.55 | -199,500.00 |
| 392201 COMPENSATION FOR LOSS OF ASSET | 0.00 | 0.00 | -33,773.17 | 0.00 | 0.00 | 0.00 |
| 399910 COBRA ADMINISTRATIVE FEES | -798.14 | -1,302.05 | -1,600.39 | -1,000.00 | -1,714.92 | -1,500.00 |
| **90 TOTAL OPERATING TRANSFERS IN** | -12,075,898.00 | -11,024,121.00 | -15,818,584.00 | -15,152,135.98 | -13,515,596.98 | -13,136,088.00 |
| 391030 TRF FROM CAP PROJ FUND | -1,298,404.00 | 0.00 | 0.00 | -1,300,000.00 | 0.00 | 0.00 |
| 391052 TRF FROM WATER BOARD | -4,904,446.00 | -5,151,073.00 | -5,408,627.00 | -5,679,057.98 | -5,679,057.98 | -5,963,010.00 |
| 391054 TRF FROM ENT FD PARKING | -5,200,000.00 | -5,200,000.00 | -9,561,909.00 | -7,500,000.00 | -7,500,000.00 | -6,500,000.00 |
| 391055 TRF FROM ENT FUND SOLID WASTE | -673,048.00 | -673,048.00 | -673,048.00 | -673,078.00 | -336,539.00 | -673,078.00 |
| 391060 TRF FROM INTERNAL SERV FUND | 0.00 | 0.00 | -175,000.00 | 0.00 | 0.00 | 0.00 |
| **96 TOTAL OTHER FINANCING SOURCES** | 0.00 | 0.00 | 0.00 | -27,477,229.10 | 0.00 | -15,000,000.00 |
| 397000 UNRESERVED FUND BALANCE | 0.00 | 0.00 | 0.00 | -27,477,229.10 | 0.00 | -15,000,000.00 |
| **GRAND TOTAL** | -450,491,203.06 | -515,981,531.07 | -467,759,330.89 | -504,499,903.48 | -339,171,084.81 | -493,211,023.09 |



City of Buffalo
Adopted Budget 2015-2016
General Fund

| | 2011-2012 Actual Amount | 2012-2013 Actual Amount | 2013-2014 Actual Amount | 2014-2015 Adopted Budget | 2014-2015 Year To Date 6/9/2015 | 2015-2016 Adopted Budget |
|---|---:|---:|---:|---:|---:|---:|
| **01 TOTAL TAXES** | -153,700,843.75 | -150,460,720.12 | -148,715,621.20 | -149,086,761.00 | -148,852,033.23 | -148,374,565.61 |
| 70 GENERAL CITY REVENUES | -153,700,843.75 | -150,460,720.12 | -148,715,621.20 | -149,086,761.00 | -148,852,033.23 | -148,374,565.61 |
| **02 TOTAL NON-PROPERTY TAX** | -12,951,192.70 | -12,253,130.70 | -15,542,055.50 | -13,125,000.00 | -10,583,216.26 | -13,135,000.00 |
| 70 GENERAL CITY REVENUES | -12,951,192.70 | -12,253,130.70 | -11,350,819.92 | -12,475,000.00 | -9,821,338.01 | -12,485,000.00 |
| 21 FIRE | 0.00 | 0.00 | -4,191,235.58 | -650,000.00 | -761,878.25 | -650,000.00 |
| **05 TOTAL LICENSES & PERMITS** | -3,337,605.31 | -3,408,021.24 | -3,258,276.08 | -4,986,235.00 | -3,612,255.30 | -4,721,060.00 |
| 21 FIRE | -342,597.50 | -345,248.75 | -221,864.09 | -335,000.00 | -379,154.66 | -335,000.00 |
| 65 PERMIT & INSPECTION SERVICES | -2,683,519.01 | -2,740,716.08 | -2,730,017.82 | -4,138,035.00 | -2,689,818.34 | -3,824,610.00 |
| 31 DIVISION OF ENGINEERING | -168,561.49 | -152,923.15 | -169,806.51 | -341,000.00 | -420,621.39 | -390,000.00 |
| 02 CITY CLERK | -142,927.31 | -169,133.26 | -136,587.66 | -172,200.00 | -122,660.91 | -171,450.00 |
| **10 TOTAL INTERGOVERNMENTAL** | -241,375,856.41 | -276,324,016.33 | -260,453,168.37 | -255,880,346.00 | -137,483,299.54 | -256,916,111.00 |
| 55 DEPT OF COMMUNITY SERVICES | -245,684.68 | -123,180.98 | -210,023.15 | -132,840.00 | -34,931.00 | -95,600.00 |
| 20 POLICE | -145,367.11 | -129,254.01 | -114,568.77 | -110,000.00 | -5,734.00 | -98,000.00 |
| 41 H SERV PARKS & REC PARKS | 0.00 | -200,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 70 GENERAL CITY REVENUES | -236,816,736.54 | -272,224,863.68 | -255,179,834.31 | -251,637,506.00 | -133,960,879.23 | -252,322,511.00 |
| 14 PARKING ENFORCEMNT | -2,636,415.00 | -2,642,870.00 | -2,488,820.89 | -2,700,000.00 | -2,423,600.00 | -3,100,000.00 |
| 03 MAYOR & EXECUTIVE | 0.00 | 0.00 | -892,705.00 | 0.00 | -182,933.90 | 0.00 |
| 25 DEPARTMENT OF HUMAN RESOURCES | -1,526,481.38 | -1,003,847.66 | -1,567,216.25 | -1,300,000.00 | -875,221.41 | -1,300,000.00 |
| 02 CITY CLERK | -5,171.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **15 TOTAL SERVICE CHARGES** | -11,039,736.76 | -13,718,840.87 | -12,543,385.72 | -14,093,824.90 | -10,247,916.52 | -14,211,925.90 |
| 17 DIVISION OF PURCHASE | -71,822.80 | -42,180.57 | -64,887.85 | -75,000.00 | -69,288.29 | -75,000.00 |
| 15 ADMIN & FIN TREASURY | -543,236.67 | -578,562.17 | -577,685.86 | -580,460.00 | -531,079.19 | -586,360.00 |
| 04 AUDIT & CONTROL | -312,646.00 | -314,652.50 | -316,651.25 | -318,620.00 | -255,715.00 | -316,620.00 |
| 16 DIVISION OF COLLECTIONS | -369.25 | -2,279.43 | -936.05 | 0.00 | 125.00 | 0.00 |
| 14 PARKING ENFORCEMNT | -2,336,371.15 | -3,107,030.20 | -3,121,226.62 | -4,286,000.00 | -2,851,652.59 | -3,829,240.00 |
| 06 ASSESSMENT | -1,551,060.11 | -1,338,457.32 | -1,350,556.56 | -1,271,350.00 | -935,249.67 | -1,271,350.00 |
| 08 MANAGEMENT INFORMATION SYSTEMS | -606,850.00 | -580,850.00 | -580,850.00 | -639,540.00 | -435,637.50 | -639,540.00 |
| 05 LAW | -232,010.82 | -493,549.55 | -290,005.90 | -286,820.00 | -93,936.32 | -286,620.00 |
| 70 GENERAL CITY REVENUES | -1,692,412.74 | -2,037,753.39 | -1,657,065.64 | -1,994,275.00 | -1,651,685.10 | -1,994,275.00 |
| 32 DIVISION OF BUILDINGS | -14,775.00 | -28,049.41 | -34,833.28 | -35,800.00 | -42,305.00 | -45,425.00 |
| 52 ANIMAL SHELTER | -125,669.50 | -158,153.05 | -105,345.41 | -133,200.00 | -127,413.03 | -133,200.00 |
| 20 POLICE | -786,831.29 | -2,726,020.54 | -1,501,028.78 | -1,403,000.00 | -231,599.00 | -1,444,000.00 |
| 21 FIRE | -276,312.05 | -78,010.25 | -78,873.22 | -73,000.00 | -72,195.75 | -62,295.00 |
| 02 CITY CLERK | -657,287.75 | -680,592.00 | -664,969.50 | -698,930.00 | -620,950.00 | -698,212.00 |
| 31 DIVISION OF ENGINEERING | -397,088.57 | -332,487.80 | -643,560.09 | -754,700.00 | -743,776.06 | -842,500.00 |
| 25 DEPARTMENT OF HUMAN RESOURCES | -225,633.45 | -104,096.41 | -171,108.00 | -298,541.00 | -78,382.50 | -181,450.00 |



**City of Buffalo**
**Adopted Budget 2015-2016**
**General Fund**

| | 2011-2012 Actual Amount | 2012-2013 Actual Amount | 2013-2014 Actual Amount | 2014-2015 Adopted Budget | 2014-2015 Year To Date 6/9/2015 | 2015-2016 Adopted Budget |
|---|---|---|---|---|---|---|
| **15 TOTAL SERVICE CHARGES** | -11,039,736.76 | -13,718,840.87 | -12,543,385.72 | -14,093,824.90 | -10,247,916.52 | -14,211,925.90 |
| 65 PERMIT & INSPECTION SERVICES | -982,034.08 | -922,530.69 | -1,143,993.73 | -977,600.00 | -1,226,893.37 | -1,405,800.00 |
| 41 H SERV PARKS & REC PARKS | -58,615.00 | -31,500.00 | -69,800.00 | -86,200.00 | -112,850.00 | -86,000.00 |
| 03 MAYOR & EXECUTIVE | -75,725.90 | -80,790.10 | -72,695.65 | -95,588.90 | -80,276.40 | -215,588.90 |
| 50 STREET SANITATION | -13,860.00 | -7,350.00 | -9,030.00 | -10,000.00 | -2,100.00 | -10,000.00 |
| 55 DEPT OF COMMUNITY SERVICES | -19,906.20 | -3,410.20 | -2,286.00 | -3,200.00 | -3,289.75 | -3,450.00 |
| 42 H SERV PARKS & REC RECREATION | -59,218.43 | -70,535.29 | -85,996.33 | -72,000.00 | -81,767.00 | -85,000.00 |
| **20 TOTAL FINES** | -6,808,136.35 | -7,288,673.92 | -6,896,058.18 | -9,901,200.00 | -5,807,815.05 | -12,300,600.00 |
| 70 GENERAL CITY REVENUES | -665,028.86 | -725,053.39 | -626,027.31 | -3,316,200.00 | -109,818.61 | -5,116,100.00 |
| 14 PARKING ENFORCEMNT | -5,601,926.30 | -5,745,252.39 | -5,391,235.60 | -5,820,000.00 | -5,117,926.92 | -6,422,000.00 |
| 20 POLICE | -274,792.44 | -561,511.66 | -593,612.96 | -500,000.00 | -266,678.77 | -450,000.00 |
| 21 FIRE | -100.00 | -150.00 | 0.00 | 0.00 | -2,112.50 | 0.00 |
| 65 PERMIT & INSPECTION SERVICES | -142,338.56 | -141,069.71 | -171,254.42 | -140,000.00 | -196,638.24 | -190,000.00 |
| 50 STREET SANITATION | -108,525.19 | -102,039.27 | -111,866.89 | -110,000.00 | -113,196.01 | -115,000.00 |
| 05 LAW | -15,425.00 | -13,597.50 | -2,061.00 | -15,000.00 | -1,444.00 | -7,500.00 |
| **25 TOTAL INTEREST** | -1,638,098.92 | -1,186,728.85 | -890,429.76 | -950,000.00 | -700,137.46 | -800,000.00 |
| 04 AUDIT & CONTROL | -1,638,098.92 | -1,186,728.85 | -890,429.76 | -950,000.00 | -700,137.46 | -800,000.00 |
| **30 TOTAL MISCELLANEOUS REVENUES** | -7,563,834.86 | -40,317,278.04 | -3,641,752.08 | -13,847,171.50 | -8,368,814.47 | -14,615,672.58 |
| 33 TELECOMM UTILITIES/FRANCHISES | -90,045.78 | -85,864.03 | -84,627.27 | -95,000.00 | -80,810.95 | -95,000.00 |
| 02 CITY CLERK | -4,212.72 | -4,207.43 | -6,465.00 | -7,000.00 | -5,345.15 | -7,500.00 |
| 41 H SERV PARKS & REC PARKS | -15,978.00 | -23,073.17 | -26,763.00 | -21,200.00 | -17,600.50 | -22,200.00 |
| 31 DIVISION OF ENGINEERING | -174,338.03 | -236,761.60 | -891,569.88 | -601,500.00 | -285,174.50 | -602,000.00 |
| 42 H SERV PARKS & REC RECREATION | -1,200.00 | -600.00 | -16,250.00 | -1,000.00 | -1,650.00 | -2,000.00 |
| 20 POLICE | -297,114.75 | -265,510.81 | -371,823.17 | -943,617.00 | -408,946.43 | -847,000.00 |
| 52 ANIMAL SHELTER | -11,245.86 | -13,045.00 | -103,987.09 | -55,000.00 | -18,477.61 | -50,000.00 |
| 05 LAW | -155,433.95 | -343,396.19 | -542,511.85 | -300,000.00 | -178,255.29 | -350,000.00 |
| 21 FIRE | -34,616.42 | -101,096.94 | -3,163.47 | -106,500.00 | -10,820.67 | -87,500.00 |
| 55 DEPT OF COMMUNITY SERVICES | 0.00 | 0.00 | 0.00 | -54,024.00 | -32,099.10 | -23,418.00 |
| 15 ADMIN & FIN TREASURY | -132,934.05 | -141,407.37 | -146,872.65 | -137,700.00 | -52,013.63 | -85,700.00 |
| 70 GENERAL CITY REVENUES | -786,451.43 | -33,931,152.13 | 3,158,873.56 | -2,915,000.00 | -2,696,309.22 | -795,000.00 |
| 50 STREET SANITATION | -7,497.40 | -11,385.83 | -37,526.46 | 0.00 | -26,406.30 | -35,000.00 |
| 04 AUDIT & CONTROL | -8,135.88 | -2,307.15 | -8,539.86 | -224,705.00 | 694.69 | -196,700.00 |
| 65 PERMIT & INSPECTION SERVICES | -1,600.00 | 0.00 | 0.00 | -25,000.00 | -303.75 | -1,000.00 |
| 06 ASSESSMENT | -162,931.03 | -203,569.06 | -209,725.54 | -160,000.00 | -125,100.69 | -160,000.00 |
| 32 DIVISION OF BUILDINGS | -1,768,957.82 | -751,254.26 | -1,967,959.10 | -980,250.00 | -768,776.00 | -1,050,350.00 |
| 25 DEPARTMENT OF HUMAN RESOURCES | -3,614.39 | -1,351.05 | -1,632.89 | -101,100.00 | -42,192.67 | -1,600.00 |
| 17 DIVISION OF PURCHASE | -604,109.12 | -338,230.90 | -409,692.97 | -397,600.00 | -316,079.87 | -366,000.00 |
| 14 PARKING ENFORCEMNT | -388,130.64 | -378,098.36 | -439,756.75 | -451,500.00 | -393,065.00 | -498,000.00 |



City of Buffalo
Adopted Budget 2015-2016
General Fund

|  | 2011-2012 Actual Amount | 2012-2013 Actual Amount | 2013-2014 Actual Amount | 2014-2015 Adopted Budget | 2014-2015 Year To Date 6/9/2015 | 2015-2016 Adopted Budget |
|---|---|---|---|---|---|---|
| 30 TOTAL MISCELLANEOUS REVENUES | -7,563,834.86 | -40,317,278.04 | -3,641,752.08 | -13,847,171.50 | -8,368,814.47 | -14,615,672.58 |
| 03 MAYOR & EXECUTIVE | -2,915,287.59 | -3,484,966.76 | -1,531,758.69 | -6,269,475.50 | -2,910,081.83 | -9,339,704.58 |
| 90 TOTAL OPERATING TRANSFERS IN | -12,075,898.00 | -11,024,121.00 | -15,818,584.00 | -15,152,135.98 | -13,515,596.98 | -13,136,088.00 |
| 70 GENERAL CITY REVENUES | -12,075,898.00 | -11,024,121.00 | -15,818,584.00 | -15,152,135.98 | -13,515,596.98 | -13,136,088.00 |
| 96 TOTAL OTHER FINANCING SOURCES | 0.00 | 0.00 | 0.00 | -27,477,229.10 | 0.00 | -15,000,000.00 |
| 70 GENERAL CITY REVENUES | 0.00 | 0.00 | 0.00 | -27,477,229.10 | 0.00 | -15,000,000.00 |
| GRAND TOTAL | -450,491,203.06 | -515,981,531.07 | -467,759,330.89 | -504,499,903.48 | -339,171,084.81 | -493,211,023.09 |