# Exhibit 78

# POLICE DEPARTMENT

**PUBLIC SAFETY POLICE**                    **FUNCTION**          **1105**

| | | |
|---|---|---:|
| APPROPRIATIONS | $ | 78,564,549 |
| FRINGES | $ | 38,942,118 |
| TOTAL APPROPRIATIONS | $ | 117,506,666 |
| REVENUE | $ | 3,019,000 |
| NET | $ | (114,487,666) |

## DEPARTMENT OF POLICE
**Office of the Police Commissioner**
**Division# 20-1105**

### Goals

1. To manage and maintain an effective, knowledgeable, and motivated Police Department.
2. To establish realistic objectives and achieve those objectives through sound management principles.
3. To foster public support for the Police Department and to ensure that the public is satisfied with overall police services through Police community relations
4. To promote professional ethics, values and set standards for professional conduct.
5. To interact productively with other law enforcement, government, private, civic, educational, and social agencies to establish a partnership between this Department and the effective forces within the community, all working toward maintaining peace, providing safety, and reducing fear of crime.

### Activities

1. Plan, direct, and control Police Department operations and set departmental policy, goals, and objectives.
2. Discipline employees and establish disciplinary standards and policy.
3. Determine work and performance standards.
4. Contract with or subcontract out for goods and services necessary for the professional operation of the Police Department.
5. Oversee the Department's public relations strategies and techniques, communicate with the press, direct departmental participation in community events (i.e., United Way, Blood Drives, etc.).

| |
|---|
| Units within Commissioner's Office function include Command Staff, Internal Affairs Division |
| Duty Inspector's, Lieutenant Relief Circuit, Mayor's Driver and Security, Legal Staff, and Staff Inspections |
| (Asst. Corp Counsel assigned to BPD is covered in Law Department Budget) |

## DEPARTMENT OF POLICE
### Division of Investigative Services District Detectives
### Division# 20-1105

### Goals

1. To protect the life and property of the citizens of Buffalo through the enhancement of investigative operations.
2. To serve as a reinforcement to patrol officers by providing centralized investigative services regarding Narcotics, Homicides and Sex Offense crimes.
3. To provide specialty services and intelligence through strategic techniques, especially in the handling of violent and other major crimes.
4. To provide forensic collection and analysis, along with photographic back-up whenever necessary.
5. To provide investigative services for non-violent crimes at the District level to ensure the best possible clearance for crimes committed.

### Activities

1. Conduct all major case investigations, especially those requiring specialized units and services.
2. Follow-up on the preliminary investigations initially conducted by Line Operations Officers.
3. Initiate strategies, covert operations, intelligence, and surveillances toward the solving of major and/or violent crimes.
4. Oversee and prepare warrants for the extradition of prisoners to the proper jurisdiction.
5. Direct and oversee all photographs taken and forensic specimens collected at various crime scenes.
6. Recover stolen property and return to rightful owners.
7. Handle special assignments and investigations as designated by Police Command Staff
8. Complete daily activity reports and related paperwork as required.

| |
|---|
| Units within Investigative Services include GIU, Crime Scene Unit, Homicide, Narcotics, Vice, |
| Sex Offense Squad, Casino Unit, Intelligence Unit, Detectives assigned to various task forces, |
| and Detectives & Sgt's assigned to 5 Districts |

**DEPARTMENT OF POLICE**
**Division of Investigative Services & District Detectives**
**Division# 20-1105**
**Work Program Statistics**

| | Actual 2015-2016 | Projection 2016-2017 | Estimate 2017-2018 |
|---|---|---|---|
| **HOMICIDE** | | | |
| Number of Homicides | 43 | 44 | 52 |
| Cases Assigned | 43 | 44 | 52 |
| Number of Arrests/Cases solved | 29/16 | 15/18 | 26/26 |
| **NARCOTICS** | | | |
| Number of Arrests | 462 | 411 | 450 |
| Search Warrants Executed | 504 | 431 | 450 |
| **VICE** | | | |
| Number of Arrests | 32 | 18 | 40 |
| **AUTO THEFT (GIU/DEPARTMENT)\*\*** | | | |
| Vehicles Reported Stolen | 1,056 | 908 | 1,000 |
| Recovered Vehicles | 827 | 765 | 800 |
| Number of Arrests | 203 | 229 | 225 |
| **SEX OFFENSE** | | | |
| Cases Assigned | 389 | 350 | 375 |
| Number of Arrests | 58 | 38 | 50 |
| Other Cases Cleared/Closed | 243 | 199 | 250 |
| **\*FIGURES ONLY INCLUDE SEX OFFENSE CRIMES – DO NOT INCLUDE CHILD ABUSE, ELDER ABUSE, NON S.O.S. CASES OR OTHER REFERRALS** | | | |
| **BUFFALO POLICE TIP LINE – TIPS RECEIVED (HOMICIDES, NARCOTICS,ETC.)** | | | |
| Number of Calls | 4,587 | 4,299 | 5,000 |
| Number of Messages/Tips from above Calls | 2,681 | 2,561 | 3,000 |
| Number of E-Mail Tips | 749 | 327 | 1,000 |
| Number of Tips by Text, Postal Mail, Other | 817 | 890 | 1,000 |
| \*figures are actual for 2016 calendar year | | | |

## DEPARTMENT OF POLICE
### Division of Patrol Services
### Division# 20-1105

### Goals

1. To protect the life and property of the Citizens of Buffalo.
2. To provide an interaction between the Buffalo Police Department and the Community to maintain peace, provide safety and reduce the fear of crime.

### Activities

1. Answer 911 calls for service and handle accordingly
2. Patrol assigned areas checking on the well-being of residents, assisting complainants as well as checking for evidence of unusual and/or illegal activities, or any activities impacting adversely upon police and community relations.
3. Improve clearance rate for all crimes by utilizing the training and equipment provided.
4. Assist citizens, business owners, etc. as required within their designated patrol area.
5. Provide assistance in times of catastrophic events and homeland security incidents.
6. Complete daily activity reports and related paperwork as required.

### Work Program Statistics

|  | Actual 2015-2016 | Projected 2016-2017* | Estimate 2017-2018 |
|---|---|---|---|
| Arrests | 15,327 | 13,282 | 14,000 |
| Traffic Summons Issued | 52,169 | 51,878 | 50,000 |
| Parking Tags Issued | 31,352 | 34,563 | 30,000 |
| 911 Calls for Police Service | 210,984 | 199,939 | 210,000 |
| *Units within Patrol Services include the five (5) Districts, Strike Force, Canine Patrol, Duty Officers and Housing Unit |  |  |  |
| *figures are actual for 2016 calendar year |  |  |  |

## DEPARTMENT OF POLICE
**Division of Traffic Services**
**Division# 20-1105**

### Goals

1. To protect the life and property of the citizens of Buffalo through traffic safety operations.

### Activities

1. Provide routine traffic control throughout the City when necessary and for special events.
2. Investigate all traffic accidents.
3. Enforce speeding ordinances, vehicle and traffic safety laws, and perform routine DWI checks.
4. Participate in educational and enforcement programs to deter drunk driving.
5. Participate in traffic safety programs in the schools, various businesses and civic organizations.
6. Provide police escorts as required.
7. Conduct breathalyzer testing and initiate referrals for blood alcohol testing in arrests involving alcohol and/or drugs.
8. Complete daily activity reports and related paperwork as required.

### Work Program Statistics

|  | Actual 2015-2016 | Projection 2016-2017 | Estimate 2017-2018 |
|---|---|---|---|
|  |  |  |  |
| Traffic Summons Issued | 297 | 163 | 300 |
| Parking Tags Issued | 274 | 301 | 300 |
| * Units within Traffic Services include Traffic, Accident Investigation Unit, Motorcycle, |  |  |  |
| Hit/Run Squad, Radar, and DWI |  |  |  |
| *2016/2017 figures are actual for calendar year 2016 |  |  |  |

**DEPARTMENT OF POLICE**
**Division of Police Administration & Staff Operations**
**Division# 20-1105**

### Goals

1. To provide current police officers and new recruits with necessary training to perform required duties to the best of their ability.
2. To provide all sworn members with proper training in anti-terrorism, ethics, driving, shooting, and physical conditioning.

### Activities

1. Provide in house training classes that address all aspects of policing.
2. Provide range facilities and range officers to ensure the proper usage of firearms.
3. Provide full training course for new recruits.
4. Provide training on the contents of the Buffalo Police Department Manual of Procedures for all employees.
5. Complete daily activity reports and related paperwork as required.

### Work Program Statistics

|  | Actual 2015-2016 | Projected 2016-2017 | Estimate 2017-2018 |
|---|---|---|---|
| Public Safety Police-Total sworn personnel (as of end of fiscal year, June 30th | 700 | 770 | 780 |
| Public Safety Police-Total civilian personnel (as of end of fiscal year, June 30th | 185 | 195 | 200 |
| New Hires/Current Academy Class | 52 | 114 | 50 |

## DEPARTMENT OF POLICE
### Division of Police Administration & Communications
### Division# 20-1105

### Goals

1. To enhance the leadership and services provided by the Buffalo Police Department by instituting effective centralized services for communications, records management, arrest booking and history, crime analysis, and training.
2. To work with Departmental Command Staff in coordinating executive functions including budget/fiscal operations, personnel, court matters, information systems, property management, public relations, printing, and grants resources.

### Activities

**Because the duties of this Division are so diverse, only the major tasks are listed below:**

1. Oversee the operation of a radio dispatch center to dispatch all calls for service received via 911 through the use of a Computer Aided Dispatch System. In addition, communications involves the operation of the E-Mail System (Teletype) which generates messages department wide and manages the NYSPIN (State) computers and the supervision of radio repair, management and installation of mobile and portable radios as well as provide support for other electronic equipment.
2. To interact with the District Attorney's Office and other legal representatives by providing 911 tapes and transcripts for use in court.
3. Direct the maintenance of a central records unit responsible for filing, distributing and dissemination of crime and accident reports, information retrieval and making it available not only to police personnel but the general public as well.
4. Administer the central booking operation which handles the total processing of all prisoners arrested in the City by departmental personnel as well as those arrested by other area local law enforcement agencies.
5. Oversee the arrest history operation, fingerprinting, record sealing and record checks and the coding of crime reports.
6. Manage the research and development of statistical information as required.
7. Handle the Department's entire budget and fiscal processes including the monitoring of accounts, revenues, expenditures, accounts payable, purchasing, grant funding and reimbursements, all payroll functions, etc.
8. Supervise the personnel section including hiring, terminations/retirements, and other functions related to the management of human resources.
9. Direct the tasks of Court Liaison responsible for working with the various court systems and prosecutors in scheduling officers' court appearances. Also, direct the functions of the Traffic Tags section responsible for the accounting of all traffic tags and summonses.
10. Direct the tasks of the Department's Management Information Systems which is responsible for the entire department's Computer Aided Dispatch System, Local Area Network and the Department's E-Mail System; maintaining and trouble shooting all computer-related equipment, developing training and programs to enhance the computerization of the Department, and etc.
11. Handle the Department's property management including the custody of recovered, lost, stolen and/or abandoned property, evidence and bail money. Also manages the functions of the Department's Quartermaster which distributes clothing allotments.
12. Oversee the assignment of school crossing guards for Buffalo public and parochial schools and supervise activity of same.



City of Buffalo
Adopted Budget 2017-2018
General Fund

| | 2015-2016 Actual Amount | 2016-2017 Adopted Budget | 2016-2017 Revised Budget | 2016-2017 Year To Date 5/31/2017 | 2017-2018 Adopted Budget |
|---|---|---|---|---|---|
| **1105 PUBLIC SAFETY POLICE TOTAL** | **74,650,474.17** | **77,229,496.32** | **78,517,033.47** | **69,925,461.30** | **78,564,548.50** |
| **12005001 PUB SFTY PLC PS** | **71,653,101.64** | **72,820,067.00** | **72,820,067.00** | **64,353,835.03** | **74,457,438.00** |
| 411000 SALARIES GENERAL GRANTS ONLY | -962,755.45 | 0.00 | 0.00 | 0.00 | 0.00 |
| 411001 ANNUAL SALARY | 50,271,747.48 | 53,782,883.00 | 53,782,883.00 | 44,800,621.85 | 56,601,835.00 |
| 411002 DUTY DISABILITY SALARY | 1,382,639.10 | 0.00 | 0.00 | 1,274,832.04 | 0.00 |
| 413001 OVERTIME | 12,865,411.71 | 11,000,000.00 | 11,000,000.00 | 11,580,661.37 | 9,500,000.00 |
| 413002 HOLIDAY | 1,608,384.66 | 1,679,119.00 | 1,679,119.00 | 1,719,495.66 | 1,804,037.00 |
| 413003 ACTING TIME | 14,409.87 | 40,000.00 | 40,000.00 | 8,435.97 | 70,432.00 |
| 413004 SHIFT DIFFERENTIAL | 81,572.96 | 85,000.00 | 85,000.00 | 67,709.56 | 85,000.00 |
| 413005 COURT TIME | 3,322,288.60 | 3,100,000.00 | 3,100,000.00 | 2,740,654.19 | 3,100,000.00 |
| 413010 FIELD TRAINING OFFICER | 0.00 | 0.00 | 0.00 | 35,947.25 | 0.00 |
| 414001 LONGEVITY | 1,819,167.50 | 1,957,200.00 | 1,957,200.00 | 1,761,925.07 | 2,018,350.00 |
| 414002 EDUCATIONAL INCENTIVE | 251,728.76 | 258,900.00 | 258,900.00 | 243,275.01 | 279,700.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 874,426.17 | 789,465.00 | 789,465.00 | 387.50 | 860,084.00 |
| 415001 AUTOMOBILE ALLOWANCE | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 415002 CLOTHING ALLOWANCE | 108,750.00 | 109,500.00 | 109,500.00 | 104,550.00 | 120,000.00 |
| 415004 DOG ALLOWANCE | 15,324.78 | 18,000.00 | 18,000.00 | 15,339.56 | 18,000.00 |
| **12005003 PUBLIC SFTY PLC UT** | **143,368.96** | **316,876.00** | **151,170.19** | **140,859.88** | **314,036.00** |
| 441004 TELEPHONE | 143,368.96 | 316,876.00 | 151,170.19 | 140,859.88 | 314,036.00 |
| **12005004 PUBLIC SFTY PLC TR** | **15,893.75** | **9,500.00** | **10,327.90** | **10,327.90** | **8,000.00** |
| 458001 TRANSPORTATION | 2,083.72 | 2,500.00 | 2,542.90 | 2,542.90 | 2,500.00 |
| 458002 MEALS & LODGING | 3,612.03 | 3,000.00 | 2,509.50 | 2,509.50 | 2,500.00 |
| 458003 REGISTRATION & MEMBERSHIP FEES | 10,198.00 | 4,000.00 | 5,275.50 | 5,275.50 | 3,000.00 |
| **12005005 PUBLIC SFTY PLC SP** | **903,350.38** | **1,060,802.32** | **1,232,424.46** | **1,200,125.32** | **1,051,346.50** |
| 461001 OFFICE SUPPLIES | 44,216.66 | 15,000.00 | 45,006.00 | 44,991.08 | 36,500.00 |
| 461002 CONTRACT VENDOR SUPPLIES | 130.29 | 0.00 | 0.00 | 0.00 | 0.00 |
| 461005 PHOTO & DRAFTING SUPPLIES | 8,748.29 | 9,000.00 | 7,975.00 | 7,916.14 | 5,000.00 |
| 461006 FURNITURE &EQUIP (NON CAPITAL) | 96,244.11 | 270,526.32 | 161,508.23 | 161,508.23 | 212,530.50 |
| 461007 COMP & SOFTWARE (NON CAPITAL) | 75,708.86 | 61,650.00 | 63,335.99 | 63,335.99 | 65,966.00 |
| 461104 LABORATORY SUPPLIES | 4,859.41 | 4,000.00 | 4,000.00 | 3,894.32 | 4,000.00 |
| 461105 JANITORIAL SUPPLIES | 30,208.18 | 26,000.00 | 29,431.00 | 29,343.85 | 26,000.00 |
| 461201 CLOTHING & UNIFORMS | 454,257.32 | 500,595.00 | 748,226.75 | 722,446.81 | 541,200.00 |
| 461202 TOOLS | 483.58 | 200.00 | 200.00 | 117.22 | 200.00 |
| 461300 MEDICAL & VETERINARY SUPPLIES | 107.90 | 4,200.00 | 752.00 | 591.55 | 2,870.00 |



City of Buffalo
Adopted Budget 2017-2018
General Fund

| | 2015-2016 Actual Amount | 2016-2017 Adopted Budget | 2016-2017 Revised Budget | 2016-2017 Year To Date 5/31/2017 | 2017-2018 Adopted Budget |
|---|---|---|---|---|---|
| 461400 POSTAGE | 1,389.70 | 800.00 | 1,206.70 | 1,206.70 | 400.00 |
| 464000 PERIODICALS | 3,846.10 | 2,500.00 | 2,500.00 | 2,335.47 | 1,500.00 |
| 466100 ELEC PLUMB HVAC EQUIP SUPPLIES | 4,562.77 | 3,500.00 | 5,590.00 | 4,950.01 | 0.00 |
| 467000 MISCELLANEOUS SUPPLIES | 178,587.21 | 162,831.00 | 159,458.30 | 157,487.95 | 155,180.00 |
| 490000 FREEZE FUNDS | 0.00 | 0.00 | 3,234.49 | 0.00 | 0.00 |
| **12005006 PUBLIC SFTY PLC SV** | **1,675,248.97** | **1,878,251.00** | **2,005,246.79** | **1,997,547.80** | **1,946,928.00** |
| 432002 MEDICAL SERVICES | 10,258.74 | 35,822.00 | 50,384.98 | 50,382.60 | 62,160.00 |
| 432003 LEGAL SERVICES | 24,443.13 | 20,000.00 | 18,552.50 | 18,552.50 | 20,000.00 |
| 432004 ENGINEER & TECHNICAL SERVICES | 10,075.00 | 12,000.00 | 32,362.02 | 32,362.02 | 10,000.00 |
| 433000 PUBLIC RELATIONS SERVICES | 1,868.83 | 6,000.00 | 75.00 | 75.00 | 1,900.00 |
| 434000 OTHER CONTRACTUAL SERVICES | 592,801.58 | 835,000.00 | 876,750.00 | 876,695.00 | 923,600.00 |
| 442300 CUSTODIAL SERVICES | 7,355.84 | 7,000.00 | 7,922.58 | 7,778.86 | 7,000.00 |
| 443200 BUILDING ALTERATIONS & REPAIRS | 12,476.16 | 10,000.00 | 16,694.84 | 16,694.84 | 10,000.00 |
| 443301 MACHINERY & EQUIP REPAIRS | 28,856.94 | 29,500.00 | 30,679.00 | 30,596.57 | 24,500.00 |
| 443302 VEHICLE BODY REPAIRS | 154,469.29 | 105,000.00 | 107,159.63 | 101,589.11 | 98,000.00 |
| 443303 VEHICLE DRIVETRAIN REPAIRS | 39,570.16 | 40,000.00 | 40,104.00 | 39,871.39 | 40,000.00 |
| 443400 EQUIP MAINTENANCE CONTRACTS | 585,627.83 | 643,099.00 | 653,371.63 | 653,371.63 | 621,172.00 |
| 454000 ADVERTISING | 40,967.20 | 0.00 | 625.00 | 625.00 | 0.00 |
| 455000 PRINTING & BINDING | 10,139.00 | 10,000.00 | 11,074.00 | 10,768.00 | 10,000.00 |
| 455100 INTERNAL PRINT SHOP | 13,183.75 | 9,000.00 | 13,000.00 | 12,000.00 | 9,000.00 |
| 456000 OTHER SERVICES | 134,428.59 | 113,830.00 | 136,258.08 | 135,997.43 | 107,596.00 |
| 456001 CRIMINAL PROCESS | 8,582.43 | 2,000.00 | 2,033.53 | 1,987.85 | 2,000.00 |
| 480000 OTHER SERVICES | 144.50 | 0.00 | 8,200.00 | 8,200.00 | 0.00 |
| **12005007 PUBLIC SFTY PLC CO** | **259,510.47** | **1,144,000.00** | **2,297,797.13** | **2,222,765.37** | **786,800.00** |
| 474100 EQUIPMENT | 259,510.47 | 124,000.00 | 87,056.53 | 87,024.77 | 56,800.00 |
| 474200 VEHICLES | 0.00 | 1,020,000.00 | 2,135,740.60 | 2,135,740.60 | 730,000.00 |
| 490000 FREEZE FUNDS | 0.00 | 0.00 | 75,000.00 | 0.00 | 0.00 |

```
05/31/2017 12:38      |CITY OF BUFFALO                                                           |P        1
rnosworthy            |ADOPTED BUDGET REQUESTS                                                   |bgdeptrq

     BUDGET PROJECTION 21718  CITY OF BUFFALO 2017-2018 BUDGET PROJECTION

                                                          CURRENT        PROJECTED                       PERCENT
ORG       OBJECT PROJ  ACCOUNT DESCRIPTION              ADJ BUDGET          ACTUAL         ADOPTED         CHANGE
------------------------------------------------------------------------------------------------------------------
 12005001411001         PUBLC SFTY PLC PS ANNUAL SAL    53,782,883.00          .00      56,601,835.00      5.24
          1000-20-1105-0000-1-00-0-45-411001-
                        COMMISSIONER OF POLICE                   1.00     137,710.00        137,710.00
                        3650, I006, STEP 5
                        DEPUTY COMMISSIONER OF POLICE            2.00     120,257.00        240,514.00
                        5800, I080, STEP 5
                        CHIEF                                    7.00     110,313.00        772,191.00
                        2281, I021, STEP 5
                        POLICE INSPECTOR                         7.00     107,042.00        749,294.00
                        2280, C008, STEP 5
                        POLICE CAPTAIN                          19.00      97,890.00      1,859,910.00
                        2260, C007, STEP 5
                        POLICE LIEUTENANT                       95.00      86,297.00      8,198,215.00
                        2240, C005, STEP 5
                        DETECTIVE SERGEANT                      14.00      81,232.00      1,137,248.00
                        2131, C004, STEP 5
                        DETECTIVE                              100.00      77,961.00      7,796,100.00
                        2132, C002, STEP 5
                        POLICE OFFICER                         379.00      75,449.00     28,595,171.00
                        2200, C001, STEP 5
                        (INCLUDES 31 FROM 1/17/14 CLASS)
                        POLICE OFFICER                          33.00      70,967.00      2,341,911.00
                        2200, C001, STEP 4
                        (16 FROM 1/19/15 CLASS, 17 FROM 8/1/14
                        CLASS)
                        POLICE OFFICER                           7.00      66,494.00        465,458.00
                        2200, C001, STEP 3
                        (7 FROM 7/31/15 CLASS)
                        POLICE OFFICER                         119.00      52,814.00      6,284,866.00
                        220T, C220, STEP B
                        (72 FROM 11/4/16 CLASS, 47 FROM 1/20/17
                        CLASS)
                        POLICE OFFICER                          18.00      45,270.00        814,860.00
                        220T, C220, STEP A
                        ATTRITION FOR RETIREES, VACANCIES,       1.00   2,791,613.00     -2,791,613.00
                        SALARY STEP CALCULATIONS, LEAVES OF
                        ABSENCE

                               BUDGET CEILING:                                           53,782,883.00
                                      TOTALS:    53,782,883.00          .00              56,601,835.00      5.24

                        ** END OF REPORT - Generated by nosworthy,raymour **
```

# POLICE DEPARTMENT

**POLICE FLEET MAINTENANCE**      **FUNCTION**      **1122**

| | | |
|---|---|---:|
| APPROPRIATIONS | $ | 662,239 |
| FRINGES | $ | 436,847 |
| TOTAL APPROPRIATIONS | $ | 1,099,086 |
| REVENUE | $ | - |
| NET | $ | (1,099,086) |

## DEPARTMENT OF POLICE
### Division of Police Administration Fleet Maintenance
### Division# 20-1122

### Goals

1. To maintain all motor vehicle equipment at the best condition possible with the resources available.

### Activities

1. Provide preventive maintenance and repair of all automotive equipment utilized by all Police Department personnel and repair automotive equipment for other City Departments as requested.
2. Oversee the assignment of all motor vehicles to designated personnel.
3. Oversee the implementation of new vehicles into the fleet and disposal of older vehicles.
4. Provide towing services, including tow's, battery charges, flat tire repair, accident removal, and mini-tows, for all police department personnel and to the citizens of Buffalo when necessary.
5. Prepare and submit paperwork to insurance companies regarding incidents in which their client is at fault.
6. Complete and maintain related paperwork as required including renewal of vehicle registrations and inspections, and input information into computer database regarding body repairs, routine maintenance, etc.

### Work Program Statistics

| | Actual 2015-2016 | Projection 2016-2017 | Estimate 2017-2018 |
|---|---|---|---|
| | | | |
| Civilian personnel assigned to Fleet Maintenance | 9 | 12 | 13 |
| *Tow Truck Operations transferred to Parking Enforcement 7/1/13 | Actual 2015 | Actual 2016 | Projected 2017 |
| | | | |
| Number of marked/unmarked/uc vehicles | 211 | 227 | 210 |
| Number of motorcycles, golf carts, GEMS, and misc. vehicles | 35 | 35 | 35 |
| Number of commercial vehicles** (SUV's, Trucks, Vans, etc.) | 175 | 176 | 175 |
| **Includes parking enforcement vehicles and other vehicles maintained by police fleet maintenance personnel | | | |
| Number of work orders processed | 2,133 | 2,026 | 2,000 |



City of Buffalo
Adopted Budget 2017-2018
General Fund

| | 2015-2016 Actual Amount | 2016-2017 Adopted Budget | 2016-2017 Revised Budget | 2016-2017 Year To Date 5/31/2017 | 2017-2018 Adopted Budget |
|---|---|---|---|---|---|
| **1122 POLICE FLEET MAINTENANCE TOTAL** | **530,078.31** | **738,996.31** | **738,996.31** | **554,065.44** | **662,239.00** |
| **12022001 POLICE FLEET MAINTENANCE PS** | **530,078.31** | **738,996.31** | **738,996.31** | **554,065.44** | **662,239.00** |
| 411001 ANNUAL SALARY | 337,346.17 | 558,135.00 | 558,135.00 | 385,214.17 | 474,419.00 |
| 413001 OVERTIME | 160,166.84 | 150,000.00 | 150,000.00 | 131,432.07 | 150,000.00 |
| 413002 HOLIDAY | 16,730.45 | 15,000.00 | 15,000.00 | 19,961.70 | 18,000.00 |
| 413003 ACTING TIME | 4,783.54 | 3,000.00 | 3,000.00 | 4,467.50 | 4,000.00 |
| 414001 LONGEVITY | 6,120.00 | 7,030.00 | 7,030.00 | 8,150.00 | 8,475.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 591.31 | 591.31 | 591.31 | 0.00 | 605.00 |
| 415002 CLOTHING ALLOWANCE | 1,640.00 | 1,940.00 | 1,940.00 | 1,790.00 | 2,390.00 |
| 415003 TOOL ALLOWANCE | 2,700.00 | 3,300.00 | 3,300.00 | 3,050.00 | 4,350.00 |

```
05/31/2017 12:38      |CITY OF BUFFALO                                                                  |P      1
rnosworthy            |ADOPTED BUDGET REQUESTS                                                          |bgdeptrq

   BUDGET PROJECTION 21718  CITY OF BUFFALO 2017-2018 BUDGET PROJECTION
```

| ORG        OBJECT PROJ  ACCOUNT DESCRIPTION | CURRENT ADJ BUDGET | PROJECTED ACTUAL | ADOPTED | PERCENT CHANGE |
|---|---|---|---|---|
| 12022001411001        PFLTMNT PS ANNUAL SAL | 558,135.00 | .00 | 474,419.00 | -15.00 |
| 1000-20-1122-0000-1-00-0-45-411001- | | | | |
| SUPERINTENDENT FLEET MAINTENANCE | 1.00 | 61,345.00 | 61,345.00 | |
| 2161, B022, STEP 4 | | | | |
| MEM SUPERVISOR I | 1.00 | 43,033.00 | 43,033.00 | |
| 6170, B017, STEP 1 | | | | |
| MOTOR EQUIPMENT MECHANIC | 5.00 | 46,943.00 | 234,715.00 | |
| 6150, B031, STEP 5 | | | | |
| MOTOR EQUIPMENT MECHANIC | 1.00 | 42,249.00 | 42,249.00 | |
| 6150, B031, STEP 16 | | | | |
| MOTOR EQUIPMENT MECHANIC | 3.00 | 35,207.00 | 105,621.00 | |
| 6150, B031, STEP 14 | | | | |
| MOTOR EQUIPMENT MECHANIC | 1.00 | 30,513.00 | 30,513.00 | |
| 6150, B031, STEP 11 | | | | |
| LABORER II | 1.00 | 39,215.00 | 39,215.00 | |
| 9622, B025, STEP5 | | | | |
| REPORT TECHNICIAN | 1.00 | 41,978.00 | 41,978.00 | |
| 0170, A001, STEP 5 | | | | |
| Attrition | 1.00 | 124,250.00 | -124,250.00 | |
| BUDGET CEILING: | | | 558,135.00 | |
| TOTALS: | 558,135.00 | .00 | 474,419.00 | -15.00 |

```
              ** END OF REPORT - Generated by nosworthy,raymour **
```

# POLICE DEPARTMENT

## POLICE BUILDING MAINTENANCE    FUNCTION    1123

| | | |
|---|---|---:|
| APPROPRIATIONS | $ | 414,217 |
| FRINGES | $ | 302,839 |
| TOTAL APPROPRIATIONS | $ | 717,056 |
| REVENUE | $ | - |
| NET | $ | (717,056) |

**DEPARTMENT OF POLICE**
**Division of Police Administration Building Maintenance**
**Division# 20-1123**

**Goals**

1. To maintain the Department's plant facilities in the best condition possible with the resources available.

**Activities**

1. Provide heat, utilities and janitorial services to Police Headquarters and all District houses.
2. Continue to improve plant facilities through upkeep, maintenance, and repair.
3. Order and maintain sufficient stock of all custodial supplies.
4. Assemble and move furniture, set up and relocate offices as needed, plus perform other tasks as required.

**Work Program Statistics**

|  | Actual 2015-2016 | Projection 2016-2017 | Estimate 2017-2018 |
|---|---|---|---|
|  |  |  |  |
| Civilian personnel assigned to Building Maintenance | 8 | 10 | 10 |
| Number of plant facilities maintained | 9 | 9 | 9 |
| **(HQ, 5 District Buildings, Traffic, Seneca St. Garage, City Court Booking)** |  |  |  |



City of Buffalo
Adopted Budget 2017-2018
General Fund

| | 2015-2016 Actual Amount | 2016-2017 Adopted Budget | 2016-2017 Revised Budget | 2016-2017 Year To Date 5/31/2017 | 2017-2018 Adopted Budget |
|---|---|---|---|---|---|
| **1123 POLICE BUILDING MAINTENANCE TOTAL** | **386,572.57** | **435,898.00** | **435,898.00** | **360,754.62** | **414,217.00** |
| **12023001 POLICE BUILDING MAINTENANCE PS** | **386,572.57** | **435,898.00** | **435,898.00** | **360,754.62** | **414,217.00** |
| 411001 ANNUAL SALARY | 215,329.53 | 312,108.00 | 312,108.00 | 226,326.34 | 285,017.00 |
| 413001 OVERTIME | 147,078.25 | 100,000.00 | 100,000.00 | 110,232.47 | 100,000.00 |
| 413002 HOLIDAY | 11,080.26 | 9,000.00 | 9,000.00 | 12,716.14 | 11,000.00 |
| 413003 ACTING TIME | 1,459.49 | 2,000.00 | 2,000.00 | 765.91 | 2,000.00 |
| 413004 SHIFT DIFFERENTIAL | 42.24 | 0.00 | 0.00 | 311.96 | 0.00 |
| 414001 LONGEVITY | 3,055.00 | 4,290.00 | 4,290.00 | 3,800.00 | 6,700.00 |
| 415001 AUTOMOBILE ALLOWANCE | 7,327.80 | 7,000.00 | 7,000.00 | 5,401.80 | 8,000.00 |
| 415002 CLOTHING ALLOWANCE | 1,200.00 | 1,500.00 | 1,500.00 | 1,200.00 | 1,500.00 |

```
05/31/2017 12:38    |CITY OF BUFFALO                                                              |P        1
rnosworthy          |ADOPTED BUDGET REQUESTS                                                       |bgdeptrq

     BUDGET PROJECTION 21718  CITY OF BUFFALO 2017-2018 BUDGET PROJECTION

 ORG     OBJECT PROJ  ACCOUNT DESCRIPTION                  CURRENT      PROJECTED               PERCENT
                                                         ADJ BUDGET      ACTUAL      ADOPTED     CHANGE
--------------------------------------------------------------------------------------------------------
 12023001411001         PBLDMNT PS ANNUAL SAL            312,108.00          .00    285,017.00    -8.68
            1000-20-1123-0000-1-00-0-45-411001-
                     HEAD JANITOR                              1.00    40,312.00     40,312.00
            8210, B008, STEP 5
                     LABORER I                                 3.00    36,132.00    108,396.00
            9621, B024, STEP 5
                     LABORER II                                2.00    35,293.00     70,586.00
            9622, B025, STEP 16
                     LABORER II                                1.00    31,372.00     31,372.00
            9622, B025, STEP 15
                     LABORER II                                1.00    29,411.00     29,411.00
            9622, B025, STEP 14
                     LABORER II                                1.00    27,450.00     27,450.00
            9622, B025, STEP 13
                     LABORER II                                1.00    25,490.00     25,490.00
            9622, B025, STEP 12
                     Attrition                                 1.00    48,000.00    -48,000.00

                                 BUDGET CEILING:                                   312,108.00
                                      TOTALS:            312,108.00          .00    285,017.00    -8.68

                         ** END OF REPORT - Generated by nosworthy,raymour **
```

# POLICE DEPARTMENT

## POLICE - CIVILIANS                    FUNCTION          1124

| | | |
|---|---|---:|
| APPROPRIATIONS | $ | 9,821,479 |
| FRINGES | $ | 5,813,008 |
| TOTAL APPROPRIATIONS | $ | 15,634,487 |
| REVENUE | $ | - |
| NET | $ | (15,634,487) |



City of Buffalo
Adopted Budget 2017-2018
General Fund

| | 2015-2016 Actual Amount | 2016-2017 Adopted Budget | 2016-2017 Revised Budget | 2016-2017 Year To Date 5/31/2017 | 2017-2018 Adopted Budget |
|---|---|---|---|---|---|
| **1124 PUBLIC SAFETY POLICE CIVILIANS TOTAL** | **9,473,012.65** | **9,856,820.00** | **9,824,820.00** | **8,555,937.18** | **9,821,479.00** |
| 12024001 PUBL SFTY PLC CIVILN PS | 9,473,012.65 | 9,856,820.00 | 9,824,820.00 | 8,555,937.18 | 9,821,479.00 |
| 411001 ANNUAL SALARY | 6,339,872.22 | 7,165,360.00 | 7,165,360.00 | 5,811,057.85 | 6,975,050.00 |
| 412001 SEASONAL SALARY | 947,689.10 | 1,000,000.00 | 968,000.00 | 774,934.30 | 1,096,954.00 |
| 413001 OVERTIME | 1,707,320.02 | 1,200,000.00 | 1,200,000.00 | 1,531,833.90 | 1,200,000.00 |
| 413002 HOLIDAY | 199,713.68 | 198,000.00 | 198,000.00 | 198,492.04 | 230,000.00 |
| 413004 SHIFT DIFFERENTIAL | 89,225.18 | 86,000.00 | 86,000.00 | 92,203.69 | 102,000.00 |
| 414001 LONGEVITY | 112,148.02 | 122,430.00 | 122,430.00 | 98,647.78 | 130,375.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 29,360.22 | 37,780.00 | 37,780.00 | 197.10 | 40,100.00 |
| 414028 VACATION BUYOUT | 1,696.41 | 0.00 | 0.00 | 4,622.92 | 0.00 |
| 415001 AUTOMOBILE ALLOWANCE | 1,072.80 | 0.00 | 0.00 | 777.60 | 0.00 |
| 415002 CLOTHING ALLOWANCE | 44,915.00 | 47,250.00 | 47,250.00 | 42,470.00 | 47,000.00 |
| 415003 TOOL ALLOWANCE | 0.00 | 0.00 | 0.00 | 700.00 | 0.00 |

```
05/31/2017 12:38     |CITY OF BUFFALO                                                              |P      1
rnosworthy           |ADOPTED BUDGET REQUESTS                                                      |bgdeptrq

     BUDGET PROJECTION 21718  CITY OF BUFFALO 2017-2018 BUDGET PROJECTION
```

| ORG | OBJECT PROJ | ACCOUNT DESCRIPTION | CURRENT ADJ BUDGET | PROJECTED ACTUAL | ADOPTED | PERCENT CHANGE |
|---|---|---|---|---|---|---|
| 12024001411001 | | PS PLC CIVILN PS ANNUAL SAL | 7,165,360.00 | .00 | 6,975,050.00 | -2.66 |
| | 1000-20-1124-0000-1-00-0-45-411001- | | | | | |
| | | REPORT TECHNICIAN | 59.00 | 41,978.00 | 2,476,702.00 | |
| | 0170, A001, STEP 5 | | | | | |
| | | REPORT TECHNICIAN | 7.00 | 41,978.00 | 293,846.00 | |
| | 0170, A001, STEP 17 | | | | | |
| | | REPORT TECHNICIAN | 3.00 | 41,299.00 | 123,897.00 | |
| | 0170, A001, STEP 16 | | | | | |
| | | REPORT TECHNICIAN | 14.00 | 40,647.00 | 569,058.00 | |
| | 0170, A001, STEP 15 | | | | | |
| | | REPORT TECHNICIAN | 4.00 | 39,994.00 | 159,976.00 | |
| | 0170, A001, STEP 14 | | | | | |
| | | REPORT TECHNICIAN | 4.00 | 39,370.00 | 157,480.00 | |
| | 0170, A001, STEP 13 | | | | | |
| | | REPORT TECHNICIAN | 3.00 | 38,717.00 | 116,151.00 | |
| | 0170, A001, STEP 12 | | | | | |
| | | REPORT TECHNICIAN | 2.00 | 38,065.00 | 76,130.00 | |
| | 0170, A001, STEP 11 | | | | | |
| | | SPANISH SPEAKING REPORT TECH | 1.00 | 41,978.00 | 41,978.00 | |
| | 0172, A001, STEP 17 | | | | | |
| | | SPANISH SPEAKING REPORT TECH | 1.00 | 40,647.00 | 40,647.00 | |
| | 0172, A001, STEP 15 | | | | | |
| | | SPANISH SPEAKING REPORT TECH | 2.00 | 38,065.00 | 76,130.00 | |
| | 0172, A001, STEP 11 | | | | | |
| | | SENIOR BUDGET EXAMINER | 1.00 | 80,723.00 | 80,723.00 | |
| | 0682, A084, STEP 5 | | | | | |
| | | ASSISTANT ACCOUNTANT | 1.00 | 44,949.00 | 44,949.00 | |
| | 0520, A035, STEP 11 | | | | | |
| | | CRIME ANALYST | 1.00 | 65,941.00 | 65,941.00 | |
| | 2020, A067, STEP 5 | | | | | |
| | | CRIME ANALYST | 1.00 | 61,062.00 | 61,062.00 | |
| | 2020, A067, STEP 3 | | | | | |
| | | CRIME SCENE TECHNICIAN | 2.00 | 64,160.00 | 128,320.00 | |
| | 2022, A066, STEP 5 | | | | | |
| | | CRIME SCENE TECHNICIAN | 1.00 | 59,830.00 | 59,830.00 | |
| | 2022, A066, STEP 3 | | | | | |
| | | CRIME SCENE TECHNICIAN | 1.00 | 62,674.00 | 62,674.00 | |
| | 2022, A066, STEP 16 | | | | | |
| | | CRIME SCENE TECHNICIAN | 1.00 | 55,631.00 | 55,631.00 | |
| | 2022, A066, STEP 11 | | | | | |
| | | SYSTEMS COORDINATOR | 1.00 | 43,981.00 | 43,981.00 | |
| | 0981, A033, STEP 11 | | | | | |
| | | SR DATA PROCESSING EQUIP OOPERATOR | 1.00 | 48,311.00 | 48,311.00 | |
| | 0910, A026, STEP 5 | | | | | |
| | | COMMUNITY GRANTS COORDINATOR | 1.00 | 50,505.00 | 50,505.00 | |
| | 1941, A033, STEP 5 | | | | | |
| | | COMMUNITY GRANTS COORDINATOR, | 1.00 | 43,981.00 | 43,981.00 | |
| | 1941, A033, STEP 11 | | | | | |
| | --- NEW POSITION --- | | | | | |
| | | CAMERA SYSTEMS ADMINISTRATOR | 1.00 | 82,066.00 | 82,066.00 | |
| | 1070, I144, STEP 5 | | | | | |
| | | SECRETARY TO COMMISSIONER OF POLICE | 1.00 | 40,575.00 | 40,575.00 | |

```
05/31/2017 12:38    |CITY OF BUFFALO                                                                              |P       2
rnosworthy          |ADOPTED BUDGET REQUESTS                                                                      |bgdeptrq

     BUDGET PROJECTION 21718  CITY OF BUFFALO 2017-2018 BUDGET PROJECTION

                                                            CURRENT          PROJECTED                       PERCENT
 ORG     OBJECT PROJ  ACCOUNT DESCRIPTION                 ADJ BUDGET          ACTUAL         ADOPTED          CHANGE
-----------------------------------------------------------------------------------------------------------------------
         0346, I009, STEP 5
         POLICE SURV. CAMERA MONITOR                           4.00         36,746.00       146,984.00
         1069, B064, STEP 5
         POLICE SURV. CAMERA MONITOR                           2.00         36,746.00        73,492.00
         1069, B064, STEP 17
         POLICE SURV. CAMERA MONITOR                           2.00         27,559.00        55,118.00
         1069, B064, STEP 14
         POLICE SURV. CAMERA MONITOR                           1.00         24,305.00        24,305.00
         1069, B064, STEP 12
         POLICE SURV. CAMERA MONITOR                           1.00         24,305.00        24,305.00
         1069, B064, STEP 11
         SR. PUBLIC SAFETY DISPATCHER                          3.00         49,706.00       149,118.00
         2101, B034, STEP 5
         PUBLIC SAFETY DISPATCHER                             11.00         46,353.00       509,883.00
         2100, B015, STEP 5
         PUBLIC SAFETY DISPATCHER                              1.00         46,353.00        46,353.00
         2100, B015, STEP 17
         PUBLIC SAFETY DISPATCHER                              1.00         37,082.00        37,082.00
         2100, B015, STEP 15
         PUBLIC SAFETY DISPATCHER                              1.00         34,765.00        34,765.00
         2100, B015, STEP  14
         PUBLIC SAFETY DISPATCHER                              3.00         30,130.00        90,390.00
         2100, B015, STEP 12
         PUBLIC SAFETY DISPATCHER                              2.00         30,130.00        60,260.00
         2100, B015, STEP 11
         SR CELLBLOCK ATTENDANT                                1.00         45,413.00        45,413.00
         2001, B066, STEP 5
         SR CELLBLOCK ATTENDANT                                1.00         38,601.00        38,601.00
         2001, B066, STEP 14
         SR CELLBLOCK ATTENDANT                                3.00         34,060.00       102,180.00
         2001, B066, STEP 12
         CELLBLOCK ATTENDANT                                   1.00         40,478.00        40,478.00
         2000, B065, STEP 4
         CELLBLOCK ATTENDANT                                   6.00         39,416.00       236,496.00
         2000, B065, STEP 16
         CELLBLOCK ATTENDANT                                   2.00         37,341.00        74,682.00
         2000, B065, STEP 15
         CELLBLOCK ATTENDANT                                   2.00         35,267.00        70,534.00
         2000, B065, STEP 14
         CELLBLOCK ATTENDANT                                  12.00         33,192.00       398,304.00
         2000, B065, STEP 13
         CELLBLOCK ATTENDANT                                  13.00         31,118.00       404,534.00
         2000, B065, STEP 12
         CELLBLOCK ATTENDANT                                   3.00         29,043.00        87,129.00
         2000, B065, STEP 11
         ATTRITION FOR RETIREMENTS, STEP                       1.00        775,900.00      -775,900.00
         INCREASES, LEAVES OF ABSENCE, VACANCIES

                            BUDGET CEILING:                                               7,165,360.00
                                TOTALS:                  7,165,360.00           .00       6,975,050.00       -2.66

                        ** END OF REPORT - Generated by nosworthy,raymour **
```