# Exhibit 80

 ## STRIKE FORCE UNIT
Vera Berent on 05/02/2013 at 07:33 AM
Category: Administrative

---

STRIKE FORCE UNIT IS LOCATED AT THE BPD HOUSING UNIT, 312 PERRY STREET, 716-855-6885, 716-855-6886, SHIFT IS 1530 HOURS - 0130 HOURS.

---

Inspector Joseph Strano