# Exhibit 81

Philip M Serafini/BPD
03/09/2017 03:08 PM

To: George P McLean/BPD@BuffaloPoliceDept, Michael P Quinn/BPD@BuffaloPoliceDept, Lance R Russo/BPD@BuffaloPoliceDept, Brian S
cc: Aaron V Young/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Sandra Zachery/BPD@BuffaloPoliceDept
bcc:
Subject: New Details/ Focus areas

History: This message has been forwarded.

Lieutenants,

I met with Chief Young today and he had a meeting with DPC Lockwood outlining our new Strike Force focus and overtime details. The will take effect starting tomorrow:

**The Strike Force Daytime Overtime Detail will start up again running from 1130hrs-1530hrs consisting of 4 PO', and 1 Lt.** This will run every day and the officers will focus on the red/ orange highlighted hot spots on the ECAC map that I will distribute. Please stress to your officers that we are looking for production in the form of arrests, summonses, etc. etc. Advise your officers to avoid overkill on the issuing of multiple traffic summonses for the same offense to one motorist. Meaning they should not be issuing 6 separate traffic summonses for window tints. Two tint summonses per motorist is enough. Lieutenants should do a separate report for the Daytime Detail as we have done in the past. The totals for this Daytime Detail should be included in the Daily Report completed at the end of the tour, the same as in the past also.

**Nightime Overtime Detail-** This will consist of one Lieutenant and as many of the Strike Force officers from the wheel that is WV on that specific tour, that are willing to work. This will be a 5 hour tour starting at 1530hrs -2030hrs. Of course, if there is a late arrest then the officer and/or Lieutenant can stay until the arrest is completed. The officers and Lieutenant working the Nightime Overtime Detail will conduct 3 traffic checkpoints during their overtime period, 2 of them in the designated hot spots and one in either the south or north part of the City (I will talk to all of you concerning the details on this). **At the beginning of each tour the Strike Force Lieutenant will email the locations of the traffic checkpoints to Chief Young and myself.**

For both of these Details if we cannot get enough Strike Force officers od Lieutenants to work, then we can canvas from the Housing Unit.

Regular Strike Force Focus- Starting immediately the Strike Force is to focus on the designated hot spot areas exclusively unless directed otherwise.

Deputy Commissioner Lockwood and Chief Young will re-evaluate the results of these details in two weeks. At that point in time they will determine if this will continue to go forward and possibly if adjustments are warranted. Please stress to your officers that the success and continuation of these details is dependent on their dedication and good work. If there are any questions please let me know.

COB016263

Captain Serafini

COB016264