# Exhibit 82



**Sallie Biersch/BPD**
05/20/2013 04:03 PM

To: Kevin J Brinkworth/BPD@BuffaloPoliceDept,
cc:
bcc:
Subject: Citistat

History: This message has been replied to.

Chief:

As per the Commisioner, I am tasked with obtaining the followin information as requested by Citistat:

*Provide an update on full-time Strike Force. Provide information on # of arrests, # of tickets issued by type, # of guns, drugs, and cash seized, and vehicles impounded. Provide information on funding for the operation.

Please send your response by Friday, May 24 so I can forward all responses to the Commissioner before they are forwarded to Citistat. Thank you,

Lt. Sallie Blersch
Investigative Services
Buffalo Police Department
phone: 716-851-6693
fax: 716-851-4090



Follow us on Facebook.
www.facebook.com/BuffaloPoliceDepartment

COB018325