# Exhibit 83

| | | | |
|---|---|---|---|
|  | "Paul Kihl" <pkihl@bmhahousing.com> 01/06/2016 08:57 AM | To<br>cc<br>bcc<br>Subject | <bsstrobele@bpdny.org>, <Pkihl@BMHA.ci.buffalo.ny.us>,<br><br><br>RE: Cars in Langfield |

Brian,  I forwarded your message to Elaine Gerbe at Ken/lang.
Thank you
Paul

-----Original Message-----
From: bsstrobele@bpdny.org [mailto:bsstrobele@bpdny.org]
Sent: Tuesday, January 05, 2016 9:49 PM
To: Pkihl@BMHA.ci.buffalo.ny.us
Subject: Cars in Langfield


Paul,

My cars are finding a large number of cars on BMHA property in
Kenfield/Langfield that are either Unregistered or Suspended for
various
reasons.
Starting tomorrow if we find a vehicle on BMHA property that is
suspended
or Unregistered we are going to impound them.
Maybe you could let the manager for Langfield know.


Thanks

Lt Brian Strobele

COB027576