# Exhibit 85

SERAFINI
8
12-27-2021

# HOUSING UNIT- ABOVE BASELINE SERVICES

Dawn,

    The following is a list of functions the BPD Housing Unit performs on a daily basis. First of all, having a personalized Community Police Officer such as Craig Macy is much better that having a separate CPO for every different BMHA property. I can't stress enough what a great job Craig does and he is very committed to the BMHA. You can verify this by speaking to any of the property managers or by reading the below list.

    I believe the most important and worthwhile function we provide is an immediate response to any crime related issue within the BMHA properties. We also provide immediate follow up on crimes that are committed within these properties. Our officers provide a high level of patrol within the BMHA properties that cannot be duplicated by the BPD Districts. We can follow up on crimes immediately and develop information and locate suspects faster and easier than the Districts. This increases the chance of solvability and arrest immensely. The Districts do not have the resources to react to these issues as quickly as we can. Our Housing officers have an intimate knowledge of the BMHA properties through their daily patrols and many interactions with the residents and management. They have sources and contacts within every property and can utilize these to expedite investigations and curtail future crimes. Below are some additional functions that we perform:

**Community Police Officer Craig Macy-**
Performs many functions such as organizing Bike rodeos within BMHA properties, where resident children learn how to maintain and ride bicycles, fix flats and participate in an obstacle course. Many free bikes are given out at these events. CPO Macy also weekly selects one child from a BMHA property and donates a bike to him after they accompany and ride along with him in the Monday night Slow Roll event.

Organizes events such as "Thanksgiving in the Langfields" where over 2,000 dinners were served and handed out last year. Additionally, a large percentage of the Housing unit officers, Lieutenants, and Captain donate their free time and money for this event. Another event is the "Easter in the Perry's" where Housing Unit officers and CPO Macy donate their money and time also.

Coordinates Community Days in various BMHA properties. These events provide free dinners haircuts, bikes, and other items for residents. Demonstrations by the BPD SWAT Team, Underwater Recovery Team, and the Emergency Response Team at these events are provided through CPO Macy.

Coordinates numerous clothing drives to benefit BMHA residents through out the year.

Organizes Clean Sweeps and works with BPD Narcotics unit to procure search warrants and undercover surveillance.

Contact person for all of the BMHA property managers and is accessible 24/7. Receives complaints directly from managers and either handles them himself or relays them to the regular Housing officers.

COB044624

**Housing Unit in general-** Patrol through and respond to calls for service within the BMHA properties. Check the parking lots for stolen and unauthorized vehicles. Impound vehicles when warranted and conduct traffic stops within BMHA properties.

Investigate suspicious activity for narcotic sales, possession and weapons possession. Write illegal parking tags and City Ordinance violations within the BMHA properties.

Seize and confiscate cash related to narcotic arrests.

Stop and question gang members and parolees driving and/or walking through BMHA properties and ensure that they are there for a lawful purpose.

Talk with residents about their police related concerns, disperse troublesome non residents and settle problems that are not yet dispatched through the City of Buffalo 911 system. Maintain a noticeable presence within BMHA properties in order to curb potential criminal activity.

Periodically check the numerous vacant buildings in the Perry property for vagrants and loitering.

Attend and organize tenant council meetings. At these meetings we respond to tenant complaints and directly answer questions from residents.

Conduct walk throughs of the many BMHA Property high rises and courtyards checking for non residents, suspicious activity and suspicious persons.

Monitor Marine Drive property during all Canalside events and concerts, checking for illegal parking and assisting with intoxicated individuals and public urination. We also assist with traffic control in this area during the events.

Coordinate with BMHA security Chief Paul Kihl and respond to his requests. Use data collected and analyzed from Paul Kihl and crime analyst Al Thompson to target applicable areas within properties.

Utilize BMHA camera system within our base of operations at 312 Perry to monitor criminal activity and direct our patrols to problem areas within specific properties.

Conduct bike patrols throughout all of the BMHA properties.


Sincerely,

Captain Philip M. Serafini
BPD Housing Unit
Personal cell: 570-4984

COB044625

COB044626