# Exhibit 86

| | | | |
|---|---|---|---|
| Philip M Serafini/BPD<br>08/10/2017 05:16 PM | To | Lance R Russo/BPD@BuffaloPoliceDept, Joseph F Lynch/BPD@BuffaloPoliceDept, William C Macy/BPD@BuffaloPoliceDept, | |
| | cc | | |
| | bcc | | |
| | Subject | Fw: Above Baseline/Stats | |

Joe, Lance and Craig,

FYI, below is the email and attachments I sent to BMHA director Dawn Sanders.

----- Forwarded by Philip M Serafini/BPD on 08/10/2017 05:14 PM -----

| | | |
|---|---|---|
| Philip M Serafini/BPD<br>08/10/2017 05:13 PM | To | dsanders@bmhahousing.com, |
| | cc | Aaron V Young/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept |
| | Subject | Above Baseline/Stats |

Dawn,

Attached is a list of above baseline services the BPD Housing Unit provides and statistical reports for June and July of this year. If you have any questions or need any other information please contact me. Thank you.

  

AboveBaselineServ.docx   HStat 6-2017.xlsx   HStat 7-2017.xlsx

Sincerely,

Captain Philip M. Serafini
BPD Housing Unit
personal cell 570-4984

COB044629