# Exhibit 89

Patrick A Roberts/BPD                To   Daniel Derenda/BPD@BuffaloPoliceDept,
05/03/2013 11:51 PM                  cc   Kevin J Brinkworth/BPD@BuffaloPoliceDept
                                     bcc
                            Subject   Housing

Sir, I have compiled the stats from the Housing Unit for the month of April 2013 and I believe they are off the charts.  Even with the reduced manpower they greatly exceeded any month since I have been here and I believe even from before I was here.  I will be sending the report shortly but  a few highlights are (97) impounds, (460) V/T, (75) VTM, (102) misd., and (40) Felony,  (4) handguns as well.  Guys are highly motivated and I think a great reward would be at least a limited daytime O.T. Detail.  They are jumping through hoops for us and think it would be great for morale.  Let me know.  Pat

COB053722