# Exhibit 90



| | | |
|---|---|---|
| **Patrick A Roberts/BPD**<br>05/08/2013 03:13 PM | To | Daniel Derenda/BPD, |
| | cc | |
| | bcc | |
| | Subject | Re:Fw: A new Strike Force Daily Report has been submitted. |

They spent half of tour doing parole checks. I will talk to them

Sent from Lotus Traveler

Daniel Derenda --- Fw: A new Strike Force Daily Report has been submitted. ---

| | |
|---|---|
| From: | "Daniel Derenda" <dderenda@bpdny.org> |
| To: | "Patrick A Roberts" <paroberts@bpdny.org> |
| Date: | Wed, May 8, 2013 9:55 AM |
| Subject: | Fw: A new Strike Force Daily Report has been submitted. |

low numbers not good

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 05/08/2013 09:53 AM -----

| | | |
|---|---|---|
| BPD Administrator/BPD<br><br>05/08/20 | To | Brian S Strobele/BPD@BuffaloPoliceDept, Daniel Derenda/BPD@BuffaloPoliceDept, Dennis J Richards/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Charles H Tomaszewski/BPD@BuffaloPoliceDept, Brenda M Callahan/BPD@BuffaloPoliceDept, Daniel A Barrett/BPD@BuffaloPoliceDept, Daniel F Rinaldo/BPD@BuffaloPoliceDept, David M Lillis/BPD@BuffaloPoliceDept, Harvey M Frankel/BPD@BuffaloPoliceDept, James P Lonergan/BPD@BuffaloPoliceDept, John F McGrath/BPD@BuffaloPoliceDept, Steven M Turner/BPD@BuffaloPoliceDept, Timothy Mulhern/BPD@BuffaloPoliceDept, James P Giammaresi/BPD@BuffaloPoliceDept, Jeffrey M Giallella/BPD@BuffaloPoliceDept, Kevin J Brinkworth/BPD@BuffaloPoliceDept, Margaret G Overdorf/BPD@BuffaloPoliceDept, Michael J McCarthy/BPD@BuffaloPoliceDept, Patrick A Roberts/BPD@BuffaloPoliceDept, |
| | cc | |
| | Subject | A new Strike Force Daily Report has been submitted. |

COB056235

1
3
0
1:
1
1
A
M

Please, do not reply to this document. If you need to forward this to someone, use the "Forward" action button.

Click on the link below to review the document.

( Link | Notes Link )

COB056236