# Exhibit 93

Message

---

| | |
|---|---|
| **From:** | Helfer,Kevin J. [/O=BUFFALO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KHELFER] |
| **Sent:** | 3/1/2013 8:10:12 PM |
| **To:** | Meegan,Martha L. [mmeegan@ch.ci.buffalo.ny.us] |
| **CC:** | Derenda,Daniel [dderenda@bpd.ci.buffalo.ny.us]; dderenda@bpdny.org |
| **Subject:** | RE: PVB Strike Force Statistics |

They aren't under my jurisdiction. They are under Commissioner Derenda's.
By copy of this e-mail let's see what he says.
Dan is it alright to shoot footage on BPD 422 tow trucks for CitiStat?
Kevin

---

**From:** Meegan,Martha L.
**Sent:** Friday, March 01, 2013 3:04 PM
**To:** Helfer,Kevin J.
**Subject:** RE: PVB Strike Force Statistics

Great!  Can we get some video of these guys?

---

**From:** Helfer,Kevin J.
**Sent:** Friday, March 01, 2013 3:01 PM
**To:** Meegan,Martha L.
**Subject:** RE: PVB Strike Force Statistics

Yes and yes.
They work 24/7. Therefore they have to cover 168 hours/week. With vacation/sick/pl, etc. You need all 5.
So basically, one driver, one truck per shift.

---

**From:** Meegan,Martha L.
**Sent:** Friday, March 01, 2013 2:58 PM
**To:** Helfer,Kevin J.
**Subject:** RE: PVB Strike Force Statistics

Can we talk about this at CitiStat?  Do we have enough city tow trucks for these new drivers?

---

**From:** Helfer,Kevin J.
**Sent:** Friday, March 01, 2013 2:42 PM
**To:** Meegan,Martha L.
**Subject:** RE: PVB Strike Force Statistics

Not at this time. We are writing a new RFP because of recent changes.
The recent changes have been the hiring of three new City Tow truck drivers. With a full staff of City towers there is a significant decrease in the amount of private tows that we will need.
We are assessing this new data so when we put out an RFP we can be accurate in how much business they can expect.
Kevin

---

**From:** Meegan,Martha L.
**Sent:** Friday, March 01, 2013 2:40 PM
**To:** Helfer,Kevin J.
**Subject:** RE: PVB Strike Force Statistics

COB067730

How is the towing going?  Any more companies being approved in the City?

---

**From:** Helfer,Kevin J.
**Sent:** Friday, March 01, 2013 2:19 PM
**To:** Meegan,Martha L.
**Cc:** Kaczmarz,Geri
**Subject:** FW: PVB Strike Force Statistics

Martha- Your final question re. any new initiatives:
Please see above. The mayor asked us to keep separate statistics for all Strike Force tows.
Out of the 1,120 vehicles towed, 908 were towed by privates at $50 each. Therefore, $45,400 in expenses.
The revenue from released/auctioned is $192,354. The unreleased will be auctioned. Using an average of $600 each that will generate another $13,200 in revenue.
To conclude:
Revenue; $205,554
Expenses- $45,400
Net= $160,154

Kevin

---

**From:** Barnes, Ken
**Sent:** Friday, February 08, 2013 4:36 PM
**To:** Helfer,Kevin J.
**Subject:** PVB Strike Force Statistics

Kevin,

Here's the updated Strike Force report you requested.

Ken

COB067731