# Exhibit 94

Message

| | |
|---|---|
| **From**: | Helfer,Kevin J. [/O=BUFFALO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KHELFER] |
| **Sent**: | 1/15/2013 7:28:52 PM |
| **To**: | Estrich,Donna [AU94@ch.ci.buffalo.ny.us] |
| **CC**: | Kirker, Heidi [PV28@ch.ci.buffalo.ny.us] |

Commissioner-We budgeted around $80,000 this year for private company tows. At an average of $50/tow that would cover about 1600 tows.
With the Strike Force operating 7 days/week our tows have dramatically increased. Our new LPR's have added a lot of tows as well.
On average, we are towing about 500 cars/month. We were able to pay the July through September bills.
To be able to pay October through June, I will need at least $225,000 in additional funds.
That is based on 9 months with each month averaging 500 tows. Therefore, 4,500 tows at $50/tow will mean that Parking needs an additional $225,000.
Let me know if you need anything else.
Thanks, Kevin