# Exhibit 96

## Downtown Parking Ordinance and Rate Changes

| STREET | FROM/TO | ADDRESS | SPACES | OLD RATE | NEW RATE | |
|---|---|---|---|---|---|---|
| Franklin – West Side | W. Chippewa to Tupper | 262 to 330 | 25 | 50¢/hr/2 hr. limit | Long Term | $2 |
| Franklin – West Side | W. Huron to W. Chippewa | 210 to 234 | 10 | $1.00/hr/2 hr. limit | Long Term | $3 |
| Franklin – East Side | W. Huron to W. Chippewa | 209 to 233 | 13 | $1.00/hr/2 hr. limit | Long Term | $3 |
| Franklin – East Side | W. Chippewa to Tupper | 271 to 315 | 13 | $1.00/hr/2 hr. limit | Long Term | $2 |
| West Huron – North | Delaware to Pearl | 37 to 81 | 6 | $1.00/hr/2 hr. limit | Long Term | $3 |
| Michigan – West Side | N. Division to Clinton | 374 to 438 | 17 | No Meters 2 hr. zone | Long Term | $2 |
| Michigan – West Side | S. Division to N. Division | 356 to 374 | 12 | No Meters 2 hr. zone | Long Term | $2 |
| Michigan – West Side | Swan to S. Division | 326 to 344 | 7 | No Meters 2 hr. zone | Long Term | $2 |
| Washington – West Side | Virginia to High | 882 to 980 | 28 | No Meters 2 hr. zone | Long Term | $2 |
| Broadway – South Side | Oak to Elm | 75 to 105 | 10 | $1.00/hr/2 hr. zone | Long Term | $2 |
| Broadway – North Side | Oak to Elm | 84 to 106 | 9 | $1.00/hr/2 hr. zone | Long Term | $2 |
| Ellicott – East Side | N. Division to E. Eagle | 207 to 235 | 10 | N.S.A.T. | Long Term | $2 |
| E. Genesee – North | Elm to Michigan | 108 to 128 | 10 | $1.00/hr/2 hr. zone | Long Term | $2 |
| Oak – West Side | Broadway to E. Huron | 202 to 232 | 12 | $1.00/hr/2 hr. zone | Long Term | $2 |
| Clinton – South Side | Oak to Michigan | 137 to 155 | 8 | $1.00/hr/2 hr. zone | Long Term | $2 |
| Main – West Side | Goodell to Tupper | 736 to 770 | 16 | $1.00/hr/2 hr. zone | Long Term | $2 |
| Main – East Side | Virginia to Carlton | 835 to 881 | 10 | $1.00/hr/2 hr. zone | Long Term | $2 |
| Main – East Side | Carlton to Allen | 911 to 927 | 10 | $1.00/hr/2 hr. zone | Long Term | $2 |
| Main – East Side | Allen to Goodrich | 959 to 1001 | 5 | $1.00/hr/2 hr. zone | Long Term | $2 |
| Michigan – West Side | North to High | 1020 to 1054 | 12 | No Meters 1 hr. zone | Long Term | $2 |
| Main – West Side | North to High | 992 to 1030 | 20 | No Meters 2 hr. zone | Long Term | $2 |
| Michigan – West Side | High to Carlton | 884 to 940 | 34 | No Meters 1 hr. zone | Long Term | $2 |
| Michigan – West Side | Carlton to Virginia | 950 to 996 | 19 | No Meters 1 hr. zone | Long Term | $2 |
| Clinton – North Side | Michigan to Elm | 140 to 146 | 4 | $1.00/hr/2 hr. zone | Long Term | $2 |
| William – North Side | Oak to Elm | 74 to 94 | 11 | $1.00/hr/2 hr. zone | Long Term | $2 |
| William – South Side | Oak to Elm | 79 to 91 | 7 | 50¢/hr/2 hr. limit | Long Term | $2 |
| Washington – West Side | E. Huron to E. Mohawk | 502 to 514 | 7 | $1.00/hr/2 hr. zone | Long Term | $2 |
| Washington – West Side | E. Huron to E. Mohawk | 480 to 498 | 10 | N.S.A.T. | $1.00/2hr. | $2 |
| Ellicott – West Side | High to Goodrich | 820 to 850 | 16 | No Meters 2 hr. zone | $1.00/2 | $2 |
| HOSPITAL AREA | | | | | | |
| High – North Side | Ellicott to Main | 10 to 44 | 13 | $1.00/hr/2 hr. zone | Long Term | $2 |
| Ellicott – West Side | Virginia to Carlton | 720 to 742 | 12 | $1.00/hr/2 hr. zone | Long Term | $2 |
| Carlton – North Side | Washington to Ellicott | 26 to 42 | 8 | $1.00/hr/2 hr. zone | Long Term | $2 |