# Exhibit 97

|  |  |  | 13-14 | 14-15 | 15-16 |
|---|---|---|---|---|---|
| Increase on -street parking rates (50-1,1-2,2-3) | App A | effective 1/1/14 | 425000 | 850000 | 850000 |
| Inc BCAR rates (res and nested-$10/mo) |  |  |  | 120000 | 120000 | 120000 |
| Inc BCAR rates system wide 14-15 |  | effective 1/1/14 | 350000 | 700000 | 700000 |
| Additional all day spots (new 250 @$2) | App B |  | 100000 | 100000 | 100000 |
| Inc T&S from 90-120 and 25-30 | App C | effective 1/1/14 | 200000 | 400000 | 400000 |
| $5 increase in ticket fines |  |  |  | 900000 | 900000 |
| sale of dart |  |  | 4000000 | 0 | 0 |
| event night rate around arena $5 (200 spots) |  |  |  | 70000 | 70000 |

App A- Currently our three rates are $2 all day; $0.50/hr; and $1/hr. I propose to icrease the $0.50 to $0.75 and the $1 to $1.50 and the all day from $2 to $3. This will increase revenue by 50%

App B- I propose to create 250 new ON STREET parking spots at $2. They will replace current underutilized $0.50/hr rates. It will also add capacity to our system which is needed.

App C- Our Towing and Storage rates are low. This increase of $30 on towing and $5 on daily storage rates might generate more than I am anticip[ating id the Strike Force goes back into effect.