# Exhibit 98



CITY OF BUFFALO
BYRON W. BROWN
MAYOR



# MEMORANDUM

To:             Dan Derenda, Commissioner,
                Police Department

From:           Mayor Byron Brown

Date:           September 15, 2015

Re:             CitiStat Data Request
                For November 24th, 2015 meeting

---

Per your department's last CitiStat meeting, below is a list of tasks to be completed and information to be provided by your next CitiStat meeting, scheduled for **Tuesday November 24th @ 11 AM.**

**Please provide the following data/information by Monday, November 16th:**

1.  Provide an update on Summer Festivals and Events overtime?  Provide a breakdown by event and provide any reimbursements received, grants, etc.

2.  Provide statistics on social media sites utilized by the Department. Provide numbers of followers, users, # of visits, etc.

3.  Provide statistics on tips received since Gun Violence Awareness Month was announced with the reward.  Provide number of guns retrieved/arrests from those tips and any reward money paid out.

4.  Provide statistics on Parkside radar speed detectors, including average mph and maximum mph recorded, and any traffic summonses issued.  Provide a historical analysis of automobile speeds on Parkside since the detectors were installed.

5.  Provide an update on full-time Strike Force.  Provide information on # of arrests, <u># of warrant arrests</u>, # of tickets issued by type, # of guns, drugs, and cash seized, and vehicles impounded.  Provide information on funding for the operation.

6.  Provide an update on City Court bookings and holding cells.

7.  Provide an update on iPads for officers.

8.  Provide an update on the next police officer classes and include the number of retirements in 2014.

9.  Provide updated homicide information (including case resolution) through YTD.

65 NIAGARA SQUARE / ROOM 1802 CITY HALL / BUFFALO, NY 14202 / (716) 851-6506 / FAX (716) 851-5052 / www.city-buffalo.com

COB080844

10. Provide current IOD numbers by district.  Distinguish between short- and long-term IODs. Provide number of officers currently on light duty.

11. Provide information on any new initiatives that the Department would like to highlight at the next meeting.

COB080845