# Exhibit 102

Message

**From:** Morgera,Danielle S. [/O=BUFFALO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2574ABF5FD964909ACC73EDE4A11D493-MORGERA,DANIELLE]
**Sent:** 8/28/2018 12:46:04 PM
**To:** Helfer,Kevin J [khelfer@ch.ci.buffalo.ny.us]
**Subject:** RE: Monday, August 27, 2018

Get me tickets!
Only 895 from BPD this month

**From:** Helfer,Kevin J
**Sent:** Monday, August 27, 2018 4:50 PM
**To:** Morgera,Danielle S. <dmorgera@ch.ci.buffalo.ny.us>
**Subject:** RE: Monday, August 27, 2018

Get to 300!!!!

**From:** Morgera,Danielle S.
**Sent:** Monday, August 27, 2018 4:39 PM
**To:** Helfer,Kevin J <khelfer@ch.ci.buffalo.ny.us>
**Subject:** Monday, August 27, 2018

Dear Kevin:

We are at $231,252 for the month.
Have a great night.


Very truly yours,

Danielle S Morgera
dmorgera@city-buffalo.com
Administrator Traffic Violations Agency
115 City Hall
65 Niagara Square
Buffalo, New York 14202
T: (main)716-851-5883
(direct) 716-851-5410
F: 716-851-9695



CONFIDENTIALITY NOTICE: This email transmission is confidential and only intended for the person(s) named above. Its contents may also be protected by privilege, and all rights to privilege are expressly claimed and not waived. If you received this email in error, please call us immediately and DESTROY the entire email. If this email is not intended for you, any reading, distribution, copying or disclosure of this email is strictly prohibited.
Please consider the environment before printing this email.