# Exhibit 106



CITY OF BUFFALO
BYRON W. BROWN
MAYOR



# MEMORANDUM

To: Kevin Helfer
Commissioner, Parking

From: Mayor Byron Brown

Date: June 17th, 2014

Re: CitiStat Data Request for
September 12th, 2014 meeting

Following your department's last CitiStat meeting, below is a list of tasks to be completed and information to be provided by your next CitiStat meeting, which will be on **Friday, September 12th, 2014 at 11 AM.** Please e-mail your submissions to Kirk McLean and Martha Meegan.

Please provide the following data/information by close of business **Monday, September 2nd, 2014:**

1. Provide a status report on condition and utilization of Residential Area Parking Program (RAPP) Lots. Include any recent beautification updates.

2. Provide an update on effectiveness of on-street parking rate changes. Include a list of parking spaces that were changed, amount of change, and before and after utilization rates, if available.

3. Provide any performance metrics detailing the use and effectiveness of License Plate Readers (revenue, # of tows, # of hits, etc.).

4. Provide an update on any plans to expand new Elmwood Village parking rules.

5. Provide towing data. Include number of accidents, number of accidents requiring tows, revenue from tows, associated storage fees, etc.

6. Provide an update on the status of acquiring and implementing a parking mobile app for payment. Include any cost specs, bids, funding sources, etc.

7. Meter revenue through **end of FY 2012-2013** (single head revenue and pay and display revenue). Break out credit single head revenue, if possible. Include how many meter collectors were employed per month. (Provide Data in Excel only).

8. Provide an update on auction revenue through **end of FY 2012-2013**. Provide data in an Excel database.

9. Provide up-to-date ticket revenue information covering all summonses currently in the system. Include amounts still unpaid where applicable.

65 NIAGARA SQUARE / ROOM 1802 CITY HALL / BUFFALO, NY 14202 / (716) 851-6506 / FAX (716) 851-5052 / www.city-buffalo.com

COB116509

10. Provide information on any additional projects the Department wish to highlight at the meeting. Please send any relevant graphics or data to be included.

[PAGE ]

COB116510