# Exhibit 107

**Parking Enforcement**

| Month | FY 2010 | | | FY 2011 | | | FY 2012 | | | FY 2013 | | | FY 2014 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tickets Issued | Original Fines | Dollar Amount Paid | Tickets Issued | Original Fines | Dollar Amount Paid | Tickets Issued | Original Fines | Dollar Amount Paid | Tickets Issued | Original Fines | Dollar Amount Paid | Tickets Issued | Original Fines | Dollar Amount Paid |
| July | 12,410 | 404,645 | 518,811 | 10,318 | 335,120 | 428,369 | 11,787 | 390,425 | 494,553 | 12,036 | 396,895 | 489,917 | 12,534 | 408,575 | 420,255 |
| August | 11,787 | 385,150 | 484,744 | 13,132 | 428,020 | 537,994 | 13,781 | 450,400 | 575,551 | 12,264 | 404,060 | 510,860 | 13,184 | 429,665 | 414,517 |
| September | 12,238 | 399,855 | 502,116 | 14,363 | 471,845 | 593,535 | 12,958 | 425,480 | 545,405 | 11,293 | 376,445 | 479,385 | 12,045 | 395,275 | 341,816 |
| October | 12,524 | 410,240 | 514,191 | 14,556 | 477,755 | 604,200 | 13,883 | 455,075 | 588,011 | 13,270 | 438,370 | 559,950 | 11,735 | 384,115 | 242,005 |
| November | 10,806 | 354,440 | 452,116 | 14,439 | 475,395 | 604,416 | 14,645 | 479,745 | 622,735 | 12,565 | 413,355 | 530,412 | 1,361 | 44,600 | 5,315 |
| December | 12,076 | 397,310 | 504,771 | 12,935 | 421,245 | 533,498 | 13,737 | 445,620 | 567,978 | 12,180 | 396,135 | 507,997 | | | |
| January | 12,688 | 416,440 | 526,291 | 13,994 | 455,150 | 569,523 | 13,405 | 437,260 | 555,572 | 13,622 | 447,180 | 559,659 | | | |
| February | 12,522 | 413,415 | 513,216 | 14,379 | 467,800 | 585,589 | 11,946 | 388,855 | 491,949 | 12,351 | 406,435 | 499,577 | | | |
| March | 14,777 | 483,890 | 601,058 | 17,249 | 560,970 | 703,887 | 14,095 | 460,810 | 576,562 | 13,130 | 433,510 | 528,469 | | | |
| April | 12,047 | 392,565 | 492,815 | 12,626 | 409,900 | 520,235 | 12,465 | 407,540 | 514,370 | 12,910 | 424,620 | 504,286 | | | |
| May | 12,190 | 401,040 | 508,831 | 13,264 | 433,905 | 546,436 | 12,920 | 422,700 | 535,582 | 13,076 | 431,255 | 490,215 | | | |
| June | 13,087 | 432,010 | 545,902 | 13,979 | 459,865 | 585,183 | 11,137 | 364,240 | 460,418 | 11,606 | 383,070 | 423,304 | | | |
| **Totals** | 149,152 | 4,891,000 | 6,164,862 | 165,234 | 5,396,970 | 6,812,865 | 156,759 | 5,128,150 | 6,528,686 | 150,303 | 4,951,330 | 6,084,030 | 50,859 | 1,662,230 | 1,423,908 |

**Police Department**

| Month | FY 2010 | | | FY 2011 | | | FY 2012 | | | FY 2013 | | | FY 2014 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tickets Issued | Original Fines | Dollar Amount Paid | Tickets Issued | Original Fines | Dollar Amount Paid | Tickets Issued | Original Fines | Dollar Amount Paid | Tickets Issued | Original Fines | Dollar Amount Paid | Tickets Issued | Original Fines | Dollar Amount Paid |
| July | 1,581 | 58,280 | 77,615 | 1,204 | 44,355 | 58,461 | 1,115 | 41,045 | 53,375 | 1,851 | 66,620 | 90,893 | 2,343 | 85,465 | 83,417 |
| August | 1,411 | 50,670 | 68,465 | 1,682 | 61,005 | 81,892 | 1,126 | 40,295 | 54,936 | 2,224 | 79,855 | 108,375 | 2,527 | 91,630 | 84,016 |
| September | 1,981 | 72,785 | 97,073 | 1,727 | 62,875 | 84,052 | 1,210 | 43,770 | 59,545 | 3,391 | 120,555 | 162,381 | 2,926 | 106,435 | 86,970 |
| October | 2,344 | 84,570 | 112,684 | 2,446 | 89,095 | 121,452 | 1,592 | 57,875 | 79,512 | 3,193 | 116,185 | 153,395 | 2,918 | 105,215 | 54,611 |
| November | 2,447 | 87,565 | 118,731 | 2,431 | 88,535 | 118,065 | 1,945 | 70,860 | 98,266 | 3,549 | 127,770 | 172,169 | 6 | 215 | 110 |
| December | 2,022 | 72,330 | 97,840 | 2,115 | 79,325 | 102,306 | 1,569 | 56,850 | 77,227 | 2,437 | 89,170 | 116,410 | | | |
| January | 2,187 | 81,320 | 109,565 | 1,977 | 71,225 | 91,229 | 2,132 | 76,570 | 104,471 | 2,494 | 90,150 | 119,448 | | | |
| February | 1,153 | 42,470 | 55,676 | 1,923 | 70,145 | 93,631 | 3,067 | 108,155 | 146,502 | 2,326 | 84,715 | 108,428 | | | |
| March | 1,267 | 46,085 | 59,915 | 1,910 | 71,005 | 90,411 | 3,268 | 116,555 | 156,179 | 2,610 | 92,455 | 118,126 | | | |
| April | 1,035 | 39,830 | 50,793 | 1,733 | 64,185 | 87,593 | 2,804 | 98,075 | 134,350 | 2,687 | 95,700 | 118,201 | | | |
| May | 934 | 35,315 | 45,533 | 1,520 | 54,410 | 72,537 | 2,193 | 78,120 | 105,977 | 2,254 | 80,360 | 96,781 | | | |
| June | 1,188 | 45,060 | 58,908 | 1,409 | 50,170 | 65,886 | 2,293 | 81,195 | 111,356 | 1,898 | 69,945 | 77,110 | | | |
| **Totals** | 19,550 | 716,280 | 952,798 | 22,077 | 806,330 | 1,067,516 | 24,314 | 869,365 | 1,181,695 | 30,914 | 1,113,480 | 1,441,717 | 10,720 | 388,960 | 309,124 |

**Other Authorized Ticket Writers**

| Month | FY 2010 | | | FY 2011 | | | FY 2012 | | | FY 2013 | | | FY 2014 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tickets Issued | Original Fines | Dollar Amount Paid | Tickets Issued | Original Fines | Dollar Amount Paid | Tickets Issued | Original Fines | Dollar Amount Paid | Tickets Issued | Original Fines | Dollar Amount Paid | Tickets Issued | Original Fines | Dollar Amount Paid |
| July | 444 | 18,955 | 23,880 | 430 | 18,135 | 23,408 | 275 | 11,255 | 15,483 | 220 | 9,095 | 12,726 | 301 | 13,120 | 12,100 |
| August | 445 | 18,630 | 24,387 | 306 | 12,325 | 15,917 | 383 | 15,730 | 21,409 | 294 | 13,545 | 16,433 | 241 | 10,700 | 8,815 |
| September | 713 | 32,070 | 41,978 | 731 | 34,640 | 43,971 | 789 | 35,355 | 44,308 | 495 | 23,325 | 29,149 | 563 | 26,425 | 22,330 |
| October | 614 | 26,680 | 35,263 | 632 | 30,295 | 38,325 | 439 | 20,210 | 25,675 | 541 | 25,825 | 32,864 | 325 | 14,955 | 7,890 |
| November | 562 | 24,510 | 32,668 | 365 | 17,700 | 21,945 | 562 | 24,370 | 30,718 | 352 | 16,475 | 20,793 | | | |
| December | 942 | 37,550 | 51,250 | 319 | 15,020 | 18,721 | 334 | 14,250 | 19,199 | 290 | 12,820 | 15,807 | | | |
| January | 808 | 34,140 | 42,865 | 451 | 20,460 | 23,670 | 425 | 19,880 | 24,928 | 339 | 14,920 | 18,372 | | | |
| February | 820 | 36,975 | 45,865 | 446 | 20,590 | 25,537 | 550 | 25,910 | 32,134 | 432 | 20,015 | 25,177 | | | |
| March | 687 | 29,935 | 38,897 | 505 | 23,180 | 29,435 | 570 | 26,355 | 32,665 | 361 | 16,615 | 20,099 | | | |
| April | 471 | 20,610 | 27,352 | 426 | 19,615 | 23,470 | 418 | 17,680 | 22,645 | 370 | 17,155 | 19,565 | | | |
| May | 568 | 23,680 | 30,579 | 391 | 17,470 | 21,842 | 403 | 17,690 | 21,530 | 370 | 16,290 | 18,290 | | | |
| June | 490 | 19,780 | 25,916 | 380 | 15,765 | 21,892 | 280 | 12,110 | 15,318 | 355 | 14,730 | 16,095 | | | |
| **Totals** | **7,564** | **323,515** | **420,901** | **5,382** | **245,195** | **308,132** | **5,428** | **240,795** | **306,012** | **4,419** | **200,810** | **245,369** | **1,430** | **65,200** | **51,135** |