# Exhibit 108



CITY OF BUFFALO
BYRON W. BROWN
MAYOR



# MEMORANDUM

| | |
|---|---|
| To: | Kevin Helfer<br>Commissioner, Parking |
| From: | Mayor Byron Brown |
| **Date:** | **January 29th, 2014** |
| Re: | CitiStat Data Request for<br>May 2nd, 2014 meeting |

As per your department's last CitiStat meeting, below is a list of tasks to be completed and information to be provided by your next CitiStat meeting, which will be on **Friday, May 2nd, 2014 at 11 AM.**
Please e-mail your submissions to Kirk McLean and Martha Meegan.

Please provide the following data/information by close of business **Monday, April 21st, 2014.**

1. Provide a status report on condition and utilization of Residential Area Parking Program (RAPP) Lots. Include any recent beautification updates.

2. Provide a list of any recent changes to on-street parking (rate changes, locations, etc.)

3. Provide historical statistics on snow-related tows.

4. Provide any performance metrics detailing the use and effectiveness of License Plate Readers (revenue, # of tows, # of hits, etc.).

5. Provide statistics on single head credit card meters. Include totals, revenues, and future plans for this type of parking meter.

6. Provide a comparison of public ramp rates in Rochester, Syracuse, and other upstate cities.

7. Provide an update on Elmwood Village parking. How are the new parking changes working out?

8. Provide towing data. Include number of accidents, number of accidents requiring tows, revenue from tows, associated storage fees, etc.

9. Provide an update on the status of acquiring and implementing a parking mobile app for payment. Include any cost specs.

10. Meter revenue through **end of FY 2012-2013** (single head revenue and pay and display revenue). Break out credit single head revenue, if possible. Include how many meter collectors were employed per month. (Provide Data in Excel only).

65 NIAGARA SQUARE / ROOM 1802 CITY HALL / BUFFALO, NY 14202 / (716) 851-6506 / FAX (716) 851-5052 / www.city-buffalo.com

COB116858

11. Provide an update on auction revenue through **end of FY 2012-2013**. Provide data in an Excel database.

12. Provide up-to-date ticket revenue information covering all summonses currently in the system. Include amounts still unpaid where applicable.

13. Provide information on any additional projects the Department wish to highlight at the meeting. Please send any relevant graphics or data to be included.

[PAGE ]