# Exhibit 109

Message

**From:** Helfer,Kevin J [/O=BUFFALO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KHELFER]
**Sent:** 9/7/2017 3:38:50 PM
**To:** Morgera,Danielle S. [dmorgera@ch.ci.buffalo.ny.us]
**Subject:** RE: Wednesday, September 6, 2017

Money is way down.
We have to get to the bottom of this.
Is it a simple as tickets written have slowed down?

**From:** Morgera,Danielle S.
**Sent:** Wednesday, September 06, 2017 5:19 PM
**To:** Helfer,Kevin J <khelfer@ch.ci.buffalo.ny.us>
**Subject:** Wednesday, September 6, 2017

Dear Kevin:

We had another good day on phones. No dropped calls!
Cashbook for the month is $41,855.
I spoke to Joe LoTempio this morning and he is going to keep us in mind when putting out his new RFP for collections (which he indicated is coming soon)!
Nothing more remarkable.
Have a great night.


Very truly yours,

Danielle S Morgera
dmorgera@city-buffalo.com
Administrator Traffic Violations Agency
115 City Hall
65 Niagara Square
Buffalo, New York 14202
T: (main)716-851-5883
(direct) 716-851-5410
F: 716-851-9695



CONFIDENTIALITY NOTICE: This email transmission is confidential and only intended for the person(s) named above. Its contents may also be protected by privilege, and all rights to privilege are expressly claimed and not waived. If you received this email in error, please call us immediately and DESTROY the entire email. If this email is not intended for you, any reading, distribution, copying or disclosure of this email is strictly prohibited.
Please consider the environment before printing this email.

COB120438