# Exhibit 110

**From:**       Sallie Blersch/BPD
**Sent:**       5/23/2013 2:41:18 PM
**To:**         Daniel Derenda/BPD; Byron C Lockwood/BPD
**Subject:**    Citistat

Commissioner Derenda:

The following is requested for the next Citistat meeting with the answers I have received thus far:

From Kirk McLean:
Per your dept.'s last CitiStat mtg., below is a list of tasks to be completed and information to be provided by your next CitiStat meeting, scheduled for Friday, June 7th @ 11 AM.
**Please provide the following data/information by Tuesday, May 28th:**
      1) Provide current IOD numbers by district. Distinguish between short- and long-term IODs. Provide number of officers currently on light duty.
      I requested this information from RT Joyce DiGuilio.
      2) Provide an update on full-time Strike Force. Provide information on # of arrests, # of tickets issued by type, # of guns, drugs, and cash seized, and vehicles impounded. Provide information on funding for the operation.
      Per Chief Brinkworth: On May 20 he sent me the following stats for 05-19-13 - Area 9
**Arrests 10**
**Traffic Summons 49**
**Vehicles Impounded 6**
**CO Summons 2**
**Parking Tags 0**
**Guns 0**
**Cash Seized 0**
**Total 2013 Strike Force Stats:**
**Arrests 674**
**Traffic Summons 3372**
**Vehicles Impounded 447**
**CO Summons 22**
**Parking Tags 41**
**Guns 8**
**Cash Seized $6461**
RT Vera Berent is preparing stats on teh summones and will be sendign me these shortly.
      3) Provide updated homicide information (including case resolution) through YTD.



Homicide 2013 May monthly report.doc

Homicide 2013 May monthly report.doc
      4) Provide Part One Crime data by district by month for 2012 YTD (broken down by crime type).
      Waiting for response from ECAC Matt Wrona.
      5) Provide information on new police recruit class.
      Per Captain Mann: 22 recruits in class and they graduate June 7.

      6) Provide a festival season detail update. Provide staffing numbers and anticipated OT costs for each large event. How will the Department pay for associated overtime costs?
      Table provided by John Stanchak:



citistat special event info-05212013141834.pdf
      7) Provide an update on Gun Buyback program. Is one already planned for this year? What are the dates and locations?
      Per John Stanchak: The last gun buy back program occured on May 4, 2013.

      8) Provide up-to-date overtime numbers.
      Rt Donna Militello is working on these numbers.
      9) Provide an updated balanced scorecard of current and ongoing departmental projects.
      I sent this request to Capt. Makowski and John Stanchak informed me he does not have this information.
      Please feel free to make any changes to this report or send me the changes to be added. I expect to have the report finished Tuesday, May 28 as requested. It will be sent Tuesday afternoon following your final approval.
Respectfully,

COB220344

Lt. Sallie Biersch
Investigative Services
Buffalo Police Department
phone: 716-851-6693
fax: 716-851-4090



*Follow us on Facebook*
www.facebook.com/BuffaloPoliceDepartment

COB220345