# Exhibit 111

# City of Buffalo – Department of Police
# Police Commissioner's Office

To:         Honorable Mayor Byron Brown

From:       Daniel Derenda, Commissioner of Police

Subject:    Plan to address Gang & Gun violence

Date:       June 20, 2016

Mayor Brown,

Listed below is our updated 2016 plan to deal with Gang and gun violence.
- US Attorney and DA have agreed to assign one prosecutor from each office to do a daily triage of all gun arrests. Case will be prosecuted either by the State or Feds depending on which system will keep offender off the street.
- ATF will assign Agents to ride with Strike Force
- Strike Force has and will be deployed into hot spot areas with a mission of zero tolerance. They will preform multiple check point's everyday at different times in defined gang areas
- Working with our partners, Federal, State, ECAC and our District Chiefs we have developed a target list of Buffalos most violent offenders.
- US Attorneys office has agreed in increase gang, gun and homicide prosecutions.
- BPD Homicide is in process of review files for accelerated prosecution.
- District Patrols are saturating areas of recent violence.
- BPD Narcotics will target drug houses tied to gangs, shooters and violent offenders
- We will continue to work with the ECAC to update suspects and hot spots.

COB222550