# Exhibit 112

**From:** Daniel Derenda/BPD
**Sent:** 1/23/2015 4:30:36 PM
**To:** bbrown@ch.ci.buffalo.ny.us
**CC:** btaylor@ch.ci.buffalo.ny.us; Byron C Lockwood/BPD
**Subject:** memo



1-23-15 memo.doc

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571