# Exhibit 114

**From:** Byron C Lockwood/BPD
**Sent:** 1/24/2013 8:36:41 PM
**To:** Daniel Derenda/BPD
**Subject:** Fw: Citistat

Byron C. Lockwood
1st Deputy Commissioner of Police
Buffalo Police Department
74 Franklin Street
Buffalo, New York 14202
(716)851-4040

----- Forwarded by Byron C Lockwood/BPD on 01/24/2013 03:35 PM -----

Sallie Blersch/BPD
01/24/2013 01:17 PM

To   Byron C Lockwood/BPD@BuffaloPoliceDept
cc
Subject   Citistat

Deputy Commissioner Lockwood,
Below is the Memorandum I received from Martha Meegan regarding Citistat. The answers to some of the questions thus answered are below. Please review and/or revise the information as necessary. I will await your approval before I forward the information to Kirk McLean, Martha's analyst. The last question I am waiting on an answer for; I have left an inquiry for Chief Patterson regarding this.
Respectfully,
Lt. Sallie Blersch
*Per your department's last CitiStat meeting, below is a list of tasks to be completed and information to be provided by your next CitiStat meeting, scheduled for Friday, February 1st @ 11 AM.
**Please provide the following data/information by Wednesday, January 23rd:**
   1. Provide current IOD numbers by district. Distinguish between short- and long-term IODs. Provide number of officers currently on light duty.
   2. Provide an update on Strike Force. Provide information on # of arrests, # of tickets issued by type, # of guns, drugs, and cash seized, and vehicles impounded. Provide information on funding for the operation. Provide information on whether or not Strike Force will continue, or if resources will be shifted to another operation.
   3. Provide updated homicide information (including case resolution) through YTD.
   4. Provide Part One Crime data by district by month for 2012 YTD (broken down by crime type).
   5. Provide status update on contract between BMHA and Police.
   6. Provide information on new police recruits.
   7. Provide progress report on downtown crime around night clubs and night club closings. Include any new trends in type of customers frequenting downtown clubs. *

1.


IOD AND LIGHT DUTY BRRAKDOWN.xls

2.


strike force 2.doc

3.


January 2013 Homicide monthly report.doc

4.


CITISTAT-2012CrimeByDistrict.xls

5: The contract expires January 31, 2013. The Buffalo Police Department has invoiced the BMHA for all three years covered by the

contract and, as of today, January 24, 2013, has not received any payment.

**6.** There are twenty-one (21) new police recruits which started the academy on January 18, 2013. The last class of recruits consisted of 33 officers which started the academy on August 3, 2012 and have since graduated. They are currently under the FTO program and should be finishing their training in April 2013. These recruits should be getting their permanent assisgnment on or about July 2013.

COB230544