# Exhibit 115



Daniel Derenda/BPD
01/16/2013 09:54 AM

To: Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J
cc
bcc
Subject: DAY 100 END OF sf2

## FINAL STATS FOR STRIKE FORCE 2

Strike Force Stats for day 100 are as follows:

01-15-12

| | |
|---|---|
| Arrests | 6 |
| Traffic Summons | 79 |
| Vehicles Impounded | 13 |
| CO Summons | 0 |
| Parking Tags | 3 |
| Guns | 0 |
| Cash Seized | 0 |

Total 2012 Strike Force Stats

| | |
|---|---|
| Arrests | 1417 |
| Traffic Summons | 6946 |
| Vehicles Impounded | 1089 |
| CO Summons | 32 |
| Parking Tags | 183 |
| Guns | 18 |
| Cash Seized | $14,559 |

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571