# Exhibit 116

| | |
|---|---|
| **From:** | Sallie Blersch/BPD |
| **Sent:** | 5/28/2013 5:17:12 PM |
| **To:** | Daniel Derenda/BPD; Byron C Lockwood/BPD |
| **Subject:** | Fw: Citistat |

Sir:

Here is the latest I have from everyone that I've canvased:

Lt. Sallie Blersch
Investigative Services
Buffalo Police Department
phone: 716-851-6693
fax: 716-851-4090



*Follow us on Facebook*
www.facebook.com/BuffaloPoliceDepartment

----- Forwarded by Sallie Blersch/BPD on 05/28/2013 12:58 PM -----

1) Provide current IOD numbers by district. Distinguish between short- and long-term IODs. Provide number of officers currently on light duty.
I requested this information from RT Joyce DiGuilio.
2) Provide an update on full-time Strike Force. Provide information on # of arrests, # of tickets issued by type, # of guns, drugs, and cash seized, and vehicles impounded. Provide information on funding for the operation.
Per Chief Brinkworth: On May 20 he sent me the following stats for 05-19-13 - Area 9

**Arrests 10**
**Traffic Summons 49**
**Vehicles Impounded 6**
**CO Summons 2**
**Parking Tags 0**
**Guns 0**
**Cash Seized 0**
**Total 2013 Strike Force Stats:**
**Arrests 674**
**Traffic Summons 3372**
**Vehicles Impounded 447**
**CO Summons 22**
**Parking Tags 41**
**Guns 8**
**Cash Seized $6461**

3) Provide updated homicide information (including case resolution) through YTD.


Homicide 2013 May monthly report.doc

Homicide 2013 May monthly report.doc
4) Provide Part One Crime data by district by month for 2012 YTD (broken down by crime type).
The following was provided by ECAC's Matt Wrona:


CITISTAT-Jan1toApril30_2013-CrimeByDistrict.pdf

CITISTAT-Jan1toApril30_2013-CrimeByDistrict.pdf
5) Provide information on new police recruit class.
Per Captain Mann: 22 recruits in class and they graduate June 7.

6) Provide a festival season detail update. Provide staffing numbers and anticipated OT costs for each large event. How will the Department pay for associated overtime costs?
Table provided by John Stanchak:



citistat special event info-05212013141834.pdf

7) Provide an update on Gun Buyback program. Is one already planned for this year? What are the dates and locations?
Per John Stanchak: The last gun buy back program occured on May 4, 2013.



2013 GUN BUY BACK AUDIT TOTALS.xlsx

8) Provide up-to-date overtime numbers.
Rt Donna Militello provided the following:
Attached you will find an overtime report showing overtime up to PP22 for CitiStat purposes. This report is updated from the report that was previously sent to command.



BPD OT RPT BY CLASS, DESC,FUND COM FY 11,12,13 PPS 1-22 CITISTAT.xlsx

9) Provide an updated balanced scorecard of current and ongoing departmental projects.
I sent this request to Capt. Makowski and John Stanchak informed me he does not have this information.

Respectfully,

Lt. Sallie Biersch
Investigative Services
Buffalo Police Department
phone: 716-851-6693
fax: 716-851-4090



Follow us on Facebook
www.facebook.com/BuffaloPoliceDepartment