# Exhibit 118



CITY OF BUFFALO
BYRON W. BROWN
MAYOR



# MEMORANDUM

To:     Dan Derenda, Commissioner,
        Police Department

From:   Mayor Byron Brown

Date:   December 1st, 2014

Re:     CitiStat Data Request
        For March 25th, 2015 meeting

---

Per your department's last CitiStat meeting, below is a list of tasks to be completed and information to be provided by your next CitiStat meeting, scheduled for **Wednesday, March 25th @ 11 AM.**

**Please provide the following data/information by Monday, March 16th:**

1. Provide an update to the traffic issue at Elmwood and Amherst concerning drivers cutting through gas station parking lot to avoid traffic light. Provide stats on any traffic tickets written and a summary on any details assigned to assess this problem.

2. Provide statistics on Parkside radar speed detectors, including average mph and maximum mph recorded, and any traffic summonses issued. Provide a historical analysis of automobile speeds on Parkside since the detectors were installed.

3. Provide an update on full-time Strike Force. Provide information on # of arrests, <u># of warrant arrests</u>, # of tickets issued by type, # of guns, drugs, and cash seized, and vehicles impounded. Provide information on funding for the operation.

4. Provide an update on City Court bookings and holding cells.

5. Provide an update on iPads for officers.

6. Provide an update on the next police officer class and include the number of retirements in 2014.

7. Provide statistics on uniformed manpower department-wide broken down by division (Patrol, Command Staff, etc.)

8. Provide updated homicide information (including case resolution) through YTD.

65 NIAGARA SQUARE / ROOM 1802 CITY HALL / BUFFALO, NY 14202 / (716) 851-6506 / FAX (716) 851-5052 / www.city-buffalo.com

COB246558
COB246558

9. Provide up-to-date overtime numbers. Include a summary of any challenges/issues that are contributing to overtime.

10. Provide current IOD numbers by district. Distinguish between short- and long-term IODs. Provide number of officers currently on light duty.

11. Provide information on any new initiatives that the Department would like to highlight at the next meeting.

[PAGE ]

COB246559
COB246558