# Exhibit 120

|  Department of Justice<br>Office of Justice Programs<br>Bureau of Justice Assistance | **GRANT MANAGER'S MEMORANDUM, PT. I: PROJECT SUMMARY**<br>Grant ||
|---|---|---|
| | PROJECT NUMBER<br>2014-DJ-BX-0484 | PAGE 1 OF 1 |

This project is supported under FY14(BJA - JAG) 42 USC 3750, et seq.

| 1. STAFF CONTACT (Name & telephone number)<br>Ania Dobrzanska<br>(202) 353-2155 | 2. PROJECT DIRECTOR (Name, address & telephone number)<br>Maureen A Oakley<br>Community Grant Coordinator<br>74 Franklin Street<br>Buffalo<br>Buffalo, NY 14202-4099<br>(716) 851-4475 ||
|---|---|---|
| 3a. TITLE OF THE PROGRAM<br>BJA FY 14 Edward Byrne Memorial Justice Assistance Grant (JAG) Program: Local || 3b. POMS CODE (SEE INSTRUCTIONS ON REVERSE) |
| 4. TITLE OF PROJECT<br>City of Buffalo 2014 JAG Project |||
| 5. NAME & ADDRESS OF GRANTEE<br>City of Buffalo<br>65 Niagara Square Room 201<br>Buffalo, NY 14202-4099 | 6. NAME & ADRESS OF SUBGRANTEE ||
| 7. PROGRAM PERIOD<br>FROM: 10/01/2013   TO: 09/30/2017 | 8. BUDGET PERIOD<br>FROM: 10/01/2013   TO: 09/30/2017 ||
| 9. AMOUNT OF AWARD<br>$ 306,302 | 10. DATE OF AWARD<br>08/25/2014 ||
| 11. SECOND YEAR'S BUDGET | 12. SECOND YEAR'S BUDGET AMOUNT ||
| 13. THIRD YEAR'S BUDGET PERIOD | 14. THIRD YEAR'S BUDGET AMOUNT ||

15. SUMMARY DESCRIPTION OF PROJECT (See instruction on reverse)

The Edward Byrne Memorial Justice Assistance Grant Program (JAG) allows states and units of local government, including tribes, to support a broad range of activities to prevent and control crime based on their own state and local needs and conditions. Grant funds can be used for state and local initiatives, technical assistance, training, personnel, equipment, supplies, contractual support, and information systems for criminal justice, including for any one or more of the following program areas: 1) law enforcement programs; 2) prosecution and court programs; 3) prevention and education programs; 4) corrections and community corrections programs; 5) drug treatment and enforcement programs; 6) planning, evaluation, and technology improvement programs; and 7) crime victim and witness programs (other than compensation).
The disparate jurisdictions will utilize the JAG award to support a range of program areas including: (a) law enforcement; (b) prevention and education; (c) homeland security; (d) enhancing security technology; and, (e) community safety. Collectively, these strategies meet unfunded needs and will serve to reduce the incidence of crime and violence. NCA/NCF

OJP FORM 4000/2 (REV. 4-88)