# Exhibit 122

| | | |
|---|---|---|
| Philip M Serafini/BPD | To | Kevin J Brinkworth/BPD@BuffaloPoliceDept, |
| 10/08/2015 03:42 PM | cc | |
| | bcc | |
| | Subject | Fw: A new Strike Force Daily Report has been submitted. |

Chief,

FYI. This is the email sent to the Commissioner from Lt. Whelan concerning the recent days low production. As you can see Lt. Whelan explains it very well.

Respectfully,

Phil

----- Forwarded by Philip M Serafini/BPD on 10/08/2015 03:39 PM -----

| | | |
|---|---|---|
| Thomas R Whelan/BPD | To | David E Wilcox/BPD@BuffaloPoliceDept, George P McLean/BPD@BuffaloPoliceDept, Michael P Quinn/BPD@BuffaloPoliceDept, Philip M Serafini/BPD@BuffaloPoliceDept, |
| 10/07/2015 03:25 PM | cc | |
| | Subject | Fw: A new Strike Force Daily Report has been submitted. |

----- Forwarded by Thomas R Whelan/BPD on 10/07/2015 03:24 PM -----

| | | |
|---|---|---|
| Thomas R Whelan/BPD | To | Daniel Derenda/BPD, |
| 10/07/2015 03:23 PM | cc | |
| | Subject | Re: Fw: A new Strike Force Daily Report has been submitted. |

Sir,
The numbers represented are not indicative of unit performance. On the night in question we operated only 3 Officers or 1.5 car crews. The platoon in question has 2 vacancies and one Officer on Military Leave until January, 3 coppers have the flu. In addition because of the high level of interest from the Officers of both Strike Force and Housing units a large percentage were attending the FEMA ERT training last week further depleting our manpower and thus production. Since we have no minimum manpower when these absences occur there is little we can do to provide coverage accept to go out and do our jobs to the best of our ability, as we have a long history of doing.

Respectfully,
Lt Thomas Whelan

| Daniel Derenda | Daniel Derenda/BPD | | 10/06/2015 09:12:50 AM |
|---|---|---|---|
|  Daniel Derenda/BPD | | | |
| 10/06/2015 09:12 AM | To | Thomas R Whelan/BPD@BuffaloPoliceDept, | |
| | cc | | |



Subject: Fw: A new Strike Force Daily Report has been submitted.

not much production

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 10/06/2015 09:12 AM -----



BPD Administrator/BPD
10/06/2015 01:07 AM

To  Brian S Strobele/BPD@BuffaloPoliceDept, Daniel Derenda/BPD@BuffaloPoliceDept, Dennis J Richards/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kimberly L Beaty/BPD@BuffaloPoliceDept, Brenda M Callahan/BPD@BuffaloPoliceDept, Carl A Lundin/BPD@BuffaloPoliceDept, Cedric R Holloway/BPD@BuffaloPoliceDept, Daniel A Barrett/BPD@BuffaloPoliceDept, David M Lillis/BPD@BuffaloPoliceDept, Gary E Teague/BPD@BuffaloPoliceDept, Harvey M Frankel/BPD@BuffaloPoliceDept, James P Dunham/BPD@BuffaloPoliceDept, John F McGrath/BPD@BuffaloPoliceDept, Nicholas A Mourgas/BPD@BuffaloPoliceDept, Steven M Turner/BPD@BuffaloPoliceDept, Timothy Mulhern/BPD@BuffaloPoliceDept, James P Giammaresi/BPD@BuffaloPoliceDept, Jeffrey M Giallella/BPD@BuffaloPoliceDept, Joseph A Gramaglia/BPD@BuffaloPoliceDept, Kevin J Brinkworth/BPD@BuffaloPoliceDept, Margaret G Overdorf/BPD@BuffaloPoliceDept, Philip M Serafini/BPD@BuffaloPoliceDept,

cc

Subject  A new Strike Force Daily Report has been submitted.

Please, do not reply to this document. If you need to forward this to someone, use the "Forward" action button.

Click on the link below to review the document.



COB042019

| | | |
|---|---|---|
| Patrick A Roberts/BPD | To | Daniel Derenda/BPD@BuffaloPoliceDept, |
| 06/03/2014 04:43 PM | cc | |
| | bcc | |
| | Subject | Re: Fw: A new Strike Force Daily Report has been submitted. |

No excuses. I will speak with Lt. I worked this past weekend as part of some of the increased patrols which you authorized. I believe they were very effective in suppressing crime. There was no shots fired, persons shot, nor armed robberies reported during the times that we worked. Better staffing at checkpoints was the key, I believe. Let me know if you agree and would recommend that we duplicate the efforts (with increased manpower) this weekend or any other time. Respectfully, Capt Patrick Roberts

| Daniel Derenda | Daniel Derenda/BPD | | 06/03/2014 09:40:05 AM |
|---|---|---|---|



| Daniel Derenda/BPD | | |
|---|---|---|
| 06/03/2014 09:40 AM | To | Patrick A Roberts/BPD@BuffaloPoliceDept, |
| | cc | |
| | Subject | Fw: A new Strike Force Daily Report has been submitted. |

very low numbers

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 06/03/2014 09:39 AM -----



| BPD Administrator/BPD | | |
|---|---|---|
| 06/03/2014 01:02 AM | To | Brian S Strobele/BPD@BuffaloPoliceDept, Daniel Derenda/BPD@BuffaloPoliceDept, Dennis J Richards/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Charles H Tomaszewski/BPD@BuffaloPoliceDept, Brenda M Callahan/BPD@BuffaloPoliceDept, Carl A Lundin/BPD@BuffaloPoliceDept, Cedric R Holloway/BPD@BuffaloPoliceDept, Daniel A Barrett/BPD@BuffaloPoliceDept, Daniel F Rinaldo/BPD@BuffaloPoliceDept, David M Lillis/BPD@BuffaloPoliceDept, Gary E Teague/BPD@BuffaloPoliceDept, Harvey M Frankel/BPD@BuffaloPoliceDept, James P Dunham/BPD@BuffaloPoliceDept, John F McGrath/BPD@BuffaloPoliceDept, Nicholas A Mourgas/BPD@BuffaloPoliceDept, Steven M Turner/BPD@BuffaloPoliceDept, Timothy Mulhern/BPD@BuffaloPoliceDept, James P Giammaresi/BPD@BuffaloPoliceDept, Jeffrey M Giallella/BPD@BuffaloPoliceDept, Joseph A Gramaglia/BPD@BuffaloPoliceDept, Kevin J Brinkworth/BPD@BuffaloPoliceDept, Margaret G Overdorf/BPD@BuffaloPoliceDept, Patrick A Roberts/BPD@BuffaloPoliceDept, |
| | cc | |



Subject   A new Strike Force Daily Report has been submitted.

Please, do not reply to this document. If you need to forward this to someone, use the "Forward" action button.

Click on the link below to review the document.



COB056124



**Patrick A Roberts/BPD**
05/08/2013 03:13 PM

To  Daniel Derenda/BPD,
cc
bcc
Subject  Re:Fw: A new Strike Force Daily Report has been submitted.

They spent half of tour doing parole checks. I will talk to them

Sent from Lotus Traveler

Daniel Derenda --- Fw: A new Strike Force Daily Report has been submitted. ---

From:    "Daniel Derenda" <dderenda@bpdny.org>
To:      "Patrick A Roberts" <paroberts@bpdny.org>
Date:    Wed, May 8, 2013 9:55 AM
Subject: Fw: A new Strike Force Daily Report has been submitted.

low numbers not good

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 05/08/2013 09:53 AM -----

BPD Administrator/BPD
05/08/20

To  Brian S Strobele/BPD@BuffaloPoliceDept, Daniel Derenda/BPD@BuffaloPoliceDept, Dennis J Richards/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Charles H Tomaszewski/BPD@BuffaloPoliceDept, Brenda M Callahan/BPD@BuffaloPoliceDept, Daniel A Barrett/BPD@BuffaloPoliceDept, Daniel F Rinaldo/BPD@BuffaloPoliceDept, David M Lillis/BPD@BuffaloPoliceDept, Harvey M Frankel/BPD@BuffaloPoliceDept, James P Lonergan/BPD@BuffaloPoliceDept, John F McGrath/BPD@BuffaloPoliceDept, Steven M Turner/BPD@BuffaloPoliceDept, Timothy Mulhern/BPD@BuffaloPoliceDept, James P Giammaresi/BPD@BuffaloPoliceDept, Jeffrey M Giallella/BPD@BuffaloPoliceDept, Kevin J Brinkworth/BPD@BuffaloPoliceDept, Margaret G Overdorf/BPD@BuffaloPoliceDept, Michael J McCarthy/BPD@BuffaloPoliceDept, Patrick A Roberts/BPD@BuffaloPoliceDept,
cc
Subject  A new Strike Force Daily Report has been submitted.

COB056235

1
3
0
1:
1
1
A
M

Please, do not reply to this document. If you need to forward this to someone, use the "Forward" action button.

Click on the link below to review the document.

( Link | Notes Link )

COB056236

| | | | |
|---|---|---|---|
| **Patrick A Roberts/BPD**<br>05/01/2013 04:31 PM | | To | Daniel Derenda/BPD@BuffaloPoliceDept, |
| | | cc | |
| | | bcc | |
| | | Subject | Re: Fw: A new Strike Force Daily Report has been submitted. |

This was a call in by Chief to address daytime concerns on Goodyear.  Somebody tried to sell him weed the other day.  No S.P. or E.C.S.D. were on detail.
Daniel Derenda/BPD



| | | | |
|---|---|---|---|
| **Daniel Derenda/BPD**<br>05/01/2013 11:00 AM | | To | Patrick A Roberts/BPD@BuffaloPoliceDept |
| | | cc | |
| | | Subject | Fw: A new Strike Force Daily Report has been submitted. |

numbers are not very good. State Police and Sheriffs are they not showing up ?

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 05/01/2013 10:59 AM -----



| | | | |
|---|---|---|---|
| BPD Administrator/BPD<br>04/30/2013 03:42 PM | | To | Brian S Strobele/BPD@BuffaloPoliceDept, Daniel Derenda/BPD@BuffaloPoliceDept, Dennis J Richards/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Charles H Tomaszewski/BPD@BuffaloPoliceDept, Brenda M Callahan/BPD@BuffaloPoliceDept, Daniel A Barrett/BPD@BuffaloPoliceDept, Daniel F Rinaldo/BPD@BuffaloPoliceDept, David M Lillis/BPD@BuffaloPoliceDept, Harvey M Frankel/BPD@BuffaloPoliceDept, James P Lonergan/BPD@BuffaloPoliceDept, John F McGrath/BPD@BuffaloPoliceDept, Steven M Turner/BPD@BuffaloPoliceDept, Timothy Mulhern/BPD@BuffaloPoliceDept, James P Giammaresi/BPD@BuffaloPoliceDept, Jeffrey M Giallella/BPD@BuffaloPoliceDept, Kevin J Brinkworth/BPD@BuffaloPoliceDept, Margaret G Overdorf/BPD@BuffaloPoliceDept, Michael J McCarthy/BPD@BuffaloPoliceDept, Patrick A Roberts/BPD@BuffaloPoliceDept, |
| | | cc | |
| | | Subject | A new Strike Force Daily Report has been submitted. |

COB056243

Please, do not reply to this document. If you need to forward this to someone, use the "Forward" action button.

Click on the link below to review the document.



COB056244

 **Daniel Derenda/BPD**
06/23/2014 09:33 AM

To: Patrick A Roberts/BPD@BuffaloPoliceDept,
cc:
bcc:
Subject: Fw: A new Strike Force Daily Report has been submitted.

History: 🔄 This message has been replied to and forwarded.

numbers have not been good . Are we doing road blocks ?I need Officers to stay in target area. If they leave I need to know why

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 06/23/2014 09:32 AM -----

 **BPD Administrator/BPD**
06/23/2014 01:23 AM

To: Brian S Strobele/BPD@BuffaloPoliceDept, Daniel Derenda/BPD@BuffaloPoliceDept, Dennis J Richards/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Charles H Tomaszewski/BPD@BuffaloPoliceDept, Brenda M Callahan/BPD@BuffaloPoliceDept, Carl A Lundin/BPD@BuffaloPoliceDept, Cedric R Holloway/BPD@BuffaloPoliceDept, Daniel A Barrett/BPD@BuffaloPoliceDept, Daniel F Rinaldo/BPD@BuffaloPoliceDept, David M Lillis/BPD@BuffaloPoliceDept, Gary E Teague/BPD@BuffaloPoliceDept, Harvey M Frankel/BPD@BuffaloPoliceDept, James P Dunham/BPD@BuffaloPoliceDept, John F McGrath/BPD@BuffaloPoliceDept, Nicholas A Mourgas/BPD@BuffaloPoliceDept, Steven M Turner/BPD@BuffaloPoliceDept, Timothy Mulhern/BPD@BuffaloPoliceDept, James P Giammaresi/BPD@BuffaloPoliceDept, Jeffrey M Giallella/BPD@BuffaloPoliceDept, Joseph A Gramaglia/BPD@BuffaloPoliceDept, Kevin J Brinkworth/BPD@BuffaloPoliceDept, Margaret G Overdorf/BPD@BuffaloPoliceDept, Patrick A Roberts/BPD@BuffaloPoliceDept,
cc:
Subject: A new Strike Force Daily Report has been submitted.


Please, do not reply to this document. If you need to forward this to someone, use the "Forward" action button.

Click on the link below to review the document.





| | |
|---|---|
| **Daniel Derenda/BPD** | To  Patrick A Roberts/BPD@BuffaloPoliceDept, |
| 06/03/2014 09:40 AM | cc |
| | bcc |
| | Subject  Fw: A new Strike Force Daily Report has been submitted. |

History: 🔁 This message has been replied to.

very low numbers

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 06/03/2014 09:39 AM -----



| | |
|---|---|
| **BPD Administrator/BPD** | To  Brian S Strobele/BPD@BuffaloPoliceDept, Daniel Derenda/BPD@BuffaloPoliceDept, Dennis J Richards/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Charles H Tomaszewski/BPD@BuffaloPoliceDept, Brenda M Callahan/BPD@BuffaloPoliceDept, Carl A Lundin/BPD@BuffaloPoliceDept, Cedric R Holloway/BPD@BuffaloPoliceDept, Daniel A Barrett/BPD@BuffaloPoliceDept, Daniel F Rinaldo/BPD@BuffaloPoliceDept, David M Lillis/BPD@BuffaloPoliceDept, Gary E Teague/BPD@BuffaloPoliceDept, Harvey M Frankel/BPD@BuffaloPoliceDept, James P Dunham/BPD@BuffaloPoliceDept, John F McGrath/BPD@BuffaloPoliceDept, Nicholas A Mourgas/BPD@BuffaloPoliceDept, Steven M Turner/BPD@BuffaloPoliceDept, Timothy Mulhern/BPD@BuffaloPoliceDept, James P Giammaresi/BPD@BuffaloPoliceDept, Jeffrey M Giallella/BPD@BuffaloPoliceDept, Joseph A Gramaglia/BPD@BuffaloPoliceDept, Kevin J Brinkworth/BPD@BuffaloPoliceDept, Margaret G Overdorf/BPD@BuffaloPoliceDept, Patrick A Roberts/BPD@BuffaloPoliceDept, |
| 06/03/2014 01:02 AM | cc |
| | Subject  A new Strike Force Daily Report has been submitted. |

Please, do not reply to this document. If you need to forward this to someone, use the "Forward" action button.

Click on the link below to review the document.





**Daniel Derenda/BPD**
04/03/2014 09:40 AM

To: Patrick A Roberts/BPD@BuffaloPoliceDept,
cc:
bcc:
Subject: Fw: A new Strike Force Daily Report has been submitted.

History: This message has been replied to.

low numbers

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 04/03/2014 09:40 AM -----



**BPD Administrator/BPD**
04/03/2014 04:13 AM

To: Brian S Strobele/BPD@BuffaloPoliceDept, Daniel Derenda/BPD@BuffaloPoliceDept, Dennis J Richards/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Charles H Tomaszewski/BPD@BuffaloPoliceDept, Brenda M Callahan/BPD@BuffaloPoliceDept, Carl A Lundin/BPD@BuffaloPoliceDept, Cedric R Holloway/BPD@BuffaloPoliceDept, Daniel A Barrett/BPD@BuffaloPoliceDept, Daniel F Rinaldo/BPD@BuffaloPoliceDept, David M Lillis/BPD@BuffaloPoliceDept, Gary E Teague/BPD@BuffaloPoliceDept, Harvey M Frankel/BPD@BuffaloPoliceDept, James P Dunham/BPD@BuffaloPoliceDept, John F McGrath/BPD@BuffaloPoliceDept, Nicholas A Mourgas/BPD@BuffaloPoliceDept, Steven M Turner/BPD@BuffaloPoliceDept, Timothy Mulhern/BPD@BuffaloPoliceDept, James P Giammaresi/BPD@BuffaloPoliceDept, Jeffrey M Giallella/BPD@BuffaloPoliceDept, Joseph A Gramaglia/BPD@BuffaloPoliceDept, Kevin J Brinkworth/BPD@BuffaloPoliceDept, Margaret G Overdorf/BPD@BuffaloPoliceDept, Patrick A Roberts/BPD@BuffaloPoliceDept,
cc:
Subject: A new Strike Force Daily Report has been submitted.

Please, do not reply to this document. If you need to forward this to someone, use the "Forward" action button.

Click on the link below to review the document.





| | Daniel Derenda/BPD | To | Patrick A Roberts/BPD@BuffaloPoliceDept, |
|---|---|---|---|
| | 04/23/2013 09:08 AM | cc | |
| | | bcc | |
| | | Subject | Fw: A new Strike Force Daily Report has been submitted. |

low numbers, all zeros for LT ????

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 04/23/2013 09:08 AM -----



| | BPD Administrator/BPD | To | Brian S Strobele/BPD@BuffaloPoliceDept, Daniel Derenda/BPD@BuffaloPoliceDept, Dennis J Richards/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Charles H Tomaszewski/BPD@BuffaloPoliceDept, Brenda M Callahan/BPD@BuffaloPoliceDept, Daniel A Barrett/BPD@BuffaloPoliceDept, Daniel F Rinaldo/BPD@BuffaloPoliceDept, David M Lillis/BPD@BuffaloPoliceDept, Harvey M Frankel/BPD@BuffaloPoliceDept, James P Lonergan/BPD@BuffaloPoliceDept, John F McGrath/BPD@BuffaloPoliceDept, Steven M Turner/BPD@BuffaloPoliceDept, Timothy Mulhern/BPD@BuffaloPoliceDept, James P Giammaresi/BPD@BuffaloPoliceDept, Jeffrey M Giallella/BPD@BuffaloPoliceDept, Kevin J Brinkworth/BPD@BuffaloPoliceDept, Margaret G Overdorf/BPD@BuffaloPoliceDept, Michael J McCarthy/BPD@BuffaloPoliceDept, Patrick A Roberts/BPD@BuffaloPoliceDept, |
|---|---|---|---|
| | 04/23/2013 02:21 AM | | |
| | | cc | |
| | | Subject | A new Strike Force Daily Report has been submitted. |

Please, do not reply to this document. If you need to forward this to someone, use the "Forward" action button.

Click on the link below to review the document.

