# Exhibit 125

# CHAPTER 1: ORGANIZATION

## CONTENTS

**1.0**   **MISSION**

**2.0**   **AUTHORITY**
2.1   Powers of the Buffalo Police Department
2.2   Geographical Area of Jurisdiction

**3.0**   **JOB CLASSIFICATIONS - SWORN MEMBERS**
3.1   Duties Not All Inclusive
3.2   Commissioner of Police
3.3   Deputy Police Commissioner
3.4   Chief of Police
3.5   Police Inspector
3.6   Duty Inspector
3.7   Police Captain - General
3.8   Police Captain - District
3.9   Police Lieutenant
3.10  Detective Sergeant
3.11  Detective
3.12  Police Officer

**4.0**   **JOB CLASSIFICATIONS - CIVILIAN MEMBERS**
4.1   Assistant Accountant
4.2   Camera Systems Administrator
4.3   Cellblock Attendant
4.4   Community Grant Coordinator
4.5   Crime Analyst
4.6   Crime Scene Technician
4.7   Head Janitor
4.8   Laborer I
4.9   Laborer II
4.10  Motor Equipment Maintenance Supervisor I
4.11  Motor Equipment Mechanic
4.12  Police Surveillance Camera Monitor
4.13  Public Safety Dispatcher
4.14  Report Technician
4.15  Report Technician (Spanish Speaking)
4.16  Secretary to the Commissioner
4.17  Senior Budget Examiner
4.18  Senior Cellblock Attendant
4.19  Senior Public Safety Dispatcher
4.20  Superintendent of Fleet Maintenance
4.21  Tow Truck Operator

**1.0** **MISSION**

**THE BUFFALO POLICE DEPARTMENT MISSION STATEMENT**

The primary mission of the Buffalo Police Department is to improve the quality of life in the City of Buffalo.

This goal will only be accomplished through the cooperative effort of the Police Department and the community. By working together we can maintain the peace, provide safety and security for our citizens, reduce the fear of crime and solve problems.

To be successful in our mission requires the commitment of the Administration, every employee of this Department and the citizens of our City, all working together to maintain the Buffalo Police tradition as a trusted source of help.

To accomplish this mission the following values must be the basis for all of our actions:

**RESPECT**

The Buffalo Police Department recognizes that its members are its greatest asset, and our actions shall reflect this belief. The members will respect the citizens and recognize their ethnic and cultural diversity. We will respect each other as professionals and fellow human beings.

**INTEGRITY**

We believe in the principles embodied in the Constitution. We recognize the authority of federal, state and local laws. Honesty and truth must be the standards in all our interactions with the community and with our members.

**EXCELLENCE**

We will strive for personal and professional excellence, dedication to duty and the delivery of quality service to the public. We are part of a team dedicated to the safety and protection of our community. Our actions will reflect intelligent, sincere, efficient and courteous service.

**2.0** **AUTHORITY**

2.1   POWERS OF THE BUFFALO POLICE DEPARTMENT
1. "Members of the police force shall possess all the powers conferred by law upon peace officers, and any search warrant or warrant of arrest issued by a magistrate of the state may be executed in any part of the state by members of the police force. Every criminal process issuing out of the city court of Buffalo shall be served and executed only by members of the police force. Each member of the police force shall have authority to arrest without process any person committing, threatening, or attempting to commit any violation of an ordinance of the city".

## CHAPTER 8: PATROL

### CONTENTS

**1.0   THE PATROL DIVISION**
1.1   Policy
1.2   Chain of Command
1.3   District Chief
1.4   Duty Inspector
1.5   District Captains
1.6   District Lieutenants
1.7   Handling Special Events
1.8   Care of Police Buildings

**2.0   DISTRICT LIEUTENANTS**
2.1   Policy
2.2   Lieutenant's Command Responsibilities
2.3   Lieutenant's Duties
2.4   Relieving Prior Platoon
2.5   Lieutenant's Car Assignments
2.6   Expiration of Tour of Duty
2.7   Coordination and Control
2.8   Reports and Electronic Mail Messages

**3.0   DUTIES OF PATROL OFFICERS - GENERALLY**
3.1   Policy
3.2   Performance and Attention to Duty
3.3   Work Schedule
3.4   Uniform and Equipment to be Worn While on Duty
3.5   Investigating Complaints
3.6   Crime Scenes
3.7   Responsibility for Initial Investigation
3.8   Field Interviews
3.9   Entering Buildings
3.10  Discoverable/Preventable Burglary
3.11  Schools and Playgrounds
3.12  Taverns, Places of Amusement
3.13  Road Hazards
3.14  Stranded Motorists
3.15  Escorts

**4.0   PRELIMINARY INVESTIGATION**
4.1   Policy
4.2   Scope of Preliminary Investigation
4.3   Victim/Witness Assistance
4.4   Responsibility of Superior Officers

4.5 Requesting the Presence of District Detectives

**5.0 TYPES OF PATROL**
5.1 Policy
5.2 Purpose of Patrol
5.3 Motorized Patrol
5.4 Foot Patrol
5.5 K-9 Patrol
5.6 Bicycle Patrol
5.7 Motorcycle Patrol
5.8 Gem/Golf Cart/Segway Patrol
5.9 Helicopter Patrol

**6.0 MOTORIZED PATROL**
6.1 Policy
6.2 Establishing Mobile Patrol Posts
6.3 Driver's License Required
6.4 Responsibility of Senior Officer
6.5 Equipment in Mobile Patrol Units
6.6 Mobile Patrol Duty
6.7 Use of Seat Belts in Department Vehicles
6.8 Transporting Civilians in Police Vehicles
6.9 Ride along Program
6.10 Lunch Periods
6.11 Vehicle Maintenance

**7.0 RESPONDING TO CALLS**
7.1 Policy
7.2 Types of Response
7.3 Routine Response
7.4 Rapid Response
7.5 Emergency Response
7.6 Caution Required
7.7 General Procedures for Responding with Emergency Lights or Siren Activated

**8.0 BANK ALARM RESPONSE PLAN**
8.1 Policy
8.2 Objectives
8.3 Alarm Activation
8.4 Responsibility of Responding Officers
8.5 False/Accidental Bank Alarm
8.6 Alarm Tests

**9.0 POLICE PURSUIT**
9.1 Policy
9.2 Pursuit Defined

9.3   Decision to Initiate Pursuit
9.4   Department Guidelines: Pursuit Tactics
9.5   Abandoning Pursuit
9.6   Reporting Requirements
9.7   Pursuits into the City by Outside Agencies

**10.0   CAR STOPS**
10.1   Policy
10.2   Initial Stop
10.3   Approaching the Vehicle
10.4   Controlling the Driver and Occupants
10.5   Traffic Checkpoints

**11.0   EXCESSIVE AVOIDABLE ALARMS**
11.1   Policy
11.2   Avoidable Alarm Defined
11.3   Avoidable Alarms – Reporting Dispositions
11.4   Department Reports to Housing and Inspections

10.3 APPROACHING THE VEHICLE

A. The member's attention shall be focused on the occupants while approaching the vehicle, being alert for any suspicious or sudden movement;

B. The member who was driving the police vehicle shall approach the suspect vehicle from the left and shall stop slightly behind the front door;

C. In a two member police vehicle, the member riding on the passenger side shall approach the vehicle from the right and shall position himself/herself behind the suspect vehicle and slightly to its right, at all times closely monitoring back seat occupants and being aware of any suspicious or sudden movements by any of the occupants.

10.4 CONTROLLING THE DRIVER AND OCCUPANTS

A. Department members shall immediately establish control over the driver and occupants of the suspect vehicle in a way that ensures the safety of the Officers, the vehicle's occupants, and the public.

B. While members must always be courteous and polite, in this circumstance they must also be authoritative so that their commands to the occupants of the suspect vehicle are promptly obeyed.

C. If it is necessary to remove occupants from the suspect vehicle, the Officer shall do so only when (s)he knows it can be done safely. If it cannot be done safely, the Officer shall request and await the arrival of assistance.

D. Occupants who have been removed from a suspect vehicle shall be kept under control and shall not be allowed to wander.

10.5 TRAFFIC CHECKPOINTS
Members of the Department may establish traffic checkpoints but only with the express permission of a Inspector, a Chief, a Deputy Police Commissioner, or the Police Commissioner. The purpose of a checkpoint is to stop motorists and to methodically evaluate their compliance with the law. The superior officer shall document any such activity in his/her activity report, and shall also prepare a "Buffalo Police Department Traffic Checkpoint Form" (also referred to as a Roadblock Form), as directed by the DPC. The purpose of the directive is to ensure roadway safety. Officers shall:

A. Make the traffic checkpoint (roadblock) obvious. Overhead flashing lights must be activated on all vehicles taking part in the roadblock.

B. The traffic checkpoint (roadblock) must not be unreasonably intrusive to the motorists.

C. Set the traffic checkpoint (roadblock) in a way that minimizes the possibility of avoiding it.

D. Conduct a traffic stop on any vehicle that attempts to avoid the traffic checkpoint (roadblock). Officers are permitted to check the motorist for valid license, registration, and insurance documentation and also to make inquiry as to why the motorist avoided the roadblock.

E. During the traffic checkpoint (roadblock), check all drivers and passengers for proper wearing of seatbelts.

F. During the traffic checkpoint (roadblock), check all vehicles for proper registration and vehicle inspection stickers affixed to the windshield.

G. Act upon any and all "probable cause" situations arising from information obtained from the "mobile plate reader" and/or from "officer initiated plain view" observations.

H. Prepare and issue traffic summonses for any violations of law observed during the traffic checkpoint (roadblock).

I. The traffic checkpoint (roadblock) must begin and end at the predetermined times listed on the form.

J. All officers involved in the traffic checkpoint (roadblock) shall be given a copy of the form prior to the actual roadblock taking place.

Also to be considered and followed:

K. The site selected shall be an area where the risk to the Officers and the public can be minimized.

L. Check points (roadblocks) shall be established during those times of day when interference with traffic flow will be minimized.

M. Flares, checkpoint warning signs, police vehicles with emergency lights in operation, and/or traffic cones, will be used to alert traffic of the existence of the checkpoint (roadblock) and to direct traffic to the checkpoint (roadblock) area in a safe manner.

## 11.0 EXCESSIVE AVOIDABLE ALARMS

### 11.1 POLICY
Avoidable alarms, including intrusion alarms, hold-up alarms, and other types of alarms, contribute to the ineffective utilization of Department personnel. They require an emergency response which jeopardizes the safety of the responding

# CHAPTER 16: COURTESIES AND RECOGNITION

## CONTENTS

**1.0  COURTESY**
1.1  Policy
1.2  Attitude and Impartiality
1.3  Assistance to Citizens
1.4  Titles
1.5  Reporting to Superior Officers
1.6  Addressing plain clothes officers
1.7  Assistance to Fellow Employees

**2.0  HONORS AND SALUTES**
2.1  Policy
2.2  Executing the Hand Salute
2.3  Saluting During the National Anthem
2.4  Saluting the American Flag

**3.0  DISPLAYING THE AMERICAN FLAG**
3.1  Policy
3.2  Displaying the American Flag - Generally
3.3  Displaying the American Flag for Deceased Members

**4.0  AWARDS**
4.1  Policy
4.2  Awards Board
4.3  Reports of Meritorious Service
4.4  Reporting Citizens' Meritorious Service
4.5  Presentation of Awards
4.6  Types of Awards
    A. Medal of Honor
    B. Medal of Valor
    C. Distinguished Service Award
    D. Commissioner's Leadership Award
    E. Mayor's Award of Merit
    F. Expert Marksmanship Award
    G. Physical Fitness Award
    H. Civilian Distinguished Service Award
    I. The Mayor's Civilian Award of Merit
4.7  Wearing of Ribbons and Medals
4.8  Commendations to be Retained in Personnel Folder
4.9  Rewards, Gratuities and Gifts

**5.0  COURTESIES TO DECEASED MEMBERS**
5.1  Policy

## 1.0   COURTESY

1.1   POLICY
It is the policy of the Buffalo Police Department that its employees perform their duties in an efficient, courteous, and orderly manner using patience and good judgment at all times. They shall be courteous and considerate to the public, to their superior officers and to their fellow employees. They shall not use harsh, profane, or insolent language. They shall be tactful in the performance of their duties and they are expected to exercise the utmost patience and discretion even under the most trying circumstances.

1.2   ATTITUDE AND IMPARTIALITY
Employees, while vigorous and unrelenting in the enforcement of the law, must maintain a strictly impartial attitude toward complainants, violators, witnesses and suspects.

1.3   ASSISTANCE TO CITIZENS
Employees shall, in accordance with policies and procedures of the Department, render all possible police service to any citizen seeking information or assistance.

1.4   TITLES

A.   Superior officers shall be addressed by their correct title and surname at all times.

B.   When answering Department telephones, employees shall apprise the caller of the employee's rank and surname.

1.5   REPORTING TO SUPERIOR OFFICERS

A.   Unless expressly authorized to the contrary, Department employees desiring to confer with a superior officer (refer M.O.P. Chapter 9 concerning "official" and "unofficial" communications) who is not their immediate superior, shall first obtain their immediate superior's permission. The integrity of the chain of command is essential to the good order of the Department and it should not be breached unnecessarily.

B.   When reporting to a superior officer, employees of the Department must show all due deference to that superior Officer.

1.6   ADDRESSING PLAIN CLOTHES OFFICERS
Unless addressed first, Department employees shall not address or call attention to plain clothes officers while the plainclothes officers are in the performance of duty. This is to ensure the safety of the plainclothes officers.