# Exhibit 126

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>CITY OF BUFFALO, N.Y., *et al.*,<br><br>        Defendants. | No. 1:18-cv-00719-CCR |

**CERTIFICATION OF DOMESTIC RECORDS
OF REGULARLY CONDUCTED ACTIVITY**

1.     My name is Maxwell Palmer. I am over 18 years of age and competent to make this certification. The facts stated in this certification are within my personal knowledge.

2.     I am an Associate Professor of Political Science at Boston University and co-principal investigator of the Menino Survey of Mayors.

3.     I am a custodian of records for Boston University's Menino Survey of Mayors. The Menino Survey of Mayors has been conducted annually since 2014.

4.     Attached as Exhibit 1 is a true and correct copy of a record of Mayor Byron Brown's responses to the 2020 Menino Survey of Mayors. This record was made at or near the time of the survey by someone with knowledge of Mayor Brown's responses. Specifically, Mayor Brown's responses were recorded by an interviewer for the 2020 Menino Survey of Mayors. The interviewer was instructed to record the Mayor's responses as accurately as possible. This record was kept in the course of a regularly conducted activity—specifically, the Menino Survey of Mayors. The record was made as part of the regular practice of that activity.

5.      Attached as Exhibit 2 is a true and correct copy of a record of the codebook used in connection with the 2020 Menino Survey of Mayors. This record was made at or near the time of the survey by someone with knowledge of the survey coding. The record was kept in the course of a regularly conducted activity—specifically, the Menino Survey of Mayors. The record was made as part of the regular practice of that activity.

6.      Exhibit 2 states each of the questions asked in the 2020 Menino Survey of Mayors, and corresponds to the responses in Exhibit 1.  For example, the row labelled "Q2" in Exhibit 2 states the question that corresponds to the response under the column "Q2" in Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 23 _____, 2023

_____
Maxwell Palmer

2

# EXHIBIT 1

| StartDate | EndDate | Status | IPAddress | Progress | Duration (in seconds) |
|---|---|---|---|---|---|
| 2020-08-31T18:29:36Z | 2020-08-31T19:07:21Z | IP Address | 71.232.25.217 | 100 | 2264 |

| Finished | RecordedDate | ResponseId | RecipientLastName | RecipientFirstName | RecipientEmail |
|---|---|---|---|---|---|
| TRUE | 2020-08-31T19:07:21Z | R_2YV55DpBXbNrnsw | NA | NA | NA |

| ExternalReference | LocationLatitude | LocationLongitude | DistributionChannel | UserLanguage | Q1 |
|---|---|---|---|---|---|
| NA | 42.34739685 | -71.15820313 | anonymous | EN | I agree to participate |

| Q105_1 | Q105_2 | Q2 | Q3_1 | Q3_2 |
|---|---|---|---|---|
| Buffalo | NY | Following the killing of George Floyd, policing will change in our city. Right after the event, we rolled out the Buffalo Reform Agenda to make policing more equitable and respond to community concerns. Additionally, COVID put an emphasis on health disparities that will change our public health system--one that looks at Black and Brown communities and recognizes vulnerabilities and diseases that are a result of various disparities. Will have broader impact in community and country and lead to some systemic changes. Our downtown will also change as businesses realize that working from home works and that they can reduce their downtown office footprint. Finally, this year will impact workers on the lowest rung of the ladders--especially those vulnerable to COVID-19; some jobs may be lost forever. Will force us to think about new and inventive ways to help those in need--and the federal government will need to get involved. The fiscal impacts will last for several years, unless the feds step in and help municipalities and states. | Somewhat disagree | Strongly agree |

| Q3_3 | Q3_4 | Q3_5 | Q3_6 | Q3_7 | Q3_8 | Q4_1 |
|------|------|------|------|------|------|------|
| Somewhat disagree | Somewhat agree | Somewhat disagree | Somewhat disagree | Somewhat disagree | Somewhat agree | More frequently |

| Q4_2 | Q4_3 | Q4_4 | Q4_5 | Q4_6 | Q4_7 | Q4_8 |
|---|---|---|---|---|---|---|
| More frequently | Less frequently | More frequently | More frequently | Same | Less frequently | More frequently |

| Q4_9 | Q5 | Q6_1 | Q6_2 | Q6_3 | Q7_1 | Q7_2 |
|------|-----|------|------|------|------|------|
| Same | NA | African American Mayors Association | NY Conference of Mayors | Bloomberg Harvard Initiative (and USCM calls) | Didn't seem any American city had robust response. In NY, we were fortunate to have Gov. Cuomo take a strong leadership role. | NA |

| Q8_1 | Q8_2 | Q9_1 | Q9_2 | Q106 | Q10_1 | Q10_2 |
|---|---|---|---|---|---|---|
| Again, no city effectively handled crisis the pandemic caused. Cities can't handle this magnitude on their own--need the federal government. | NA | African American Mayors Association | NY Conference of Mayors | Q4: Mayor reached out to other mayors through associations and networks. Q7: Mayor noted that a number of other mayors reached out to him. Buffalo had a quick rollout of reforms following George Floyd murder. Said they saw Buffalo as a leader. | A great deal | A great deal |

| Q10_3 | Q10_4 | Q10_5 | Q10_6 | Q10_7 | Q10_8 | Q10_9 |
|-------|-------|-------|-------|-------|-------|-------|
| A lot | Some | A great deal | A lot | A lot | A lot | A lot |

| Q11_1 | Q11_2 | Q11_3 | Q11_4 | Q11_5 | Q11_6 | Q11_7 |
|---|---|---|---|---|---|---|
| Eventually | Eventually | Next Year | Next Year | Eventually | Eventually | Eventually |

| Q11_8 | Q11_9 | Q11_10 | Q11_11 | Q12 | Q13 |
|---|---|---|---|---|---|
| | | | | | Established (after phased reopening) a Small Business Social Distancing Initiative where we allowed restaurants and other small businesses to utilize sidewalks, parking lots, streets, and vacant lots to be able to generate profit and salvage business. Also used social and traditional media to advocate importance of shopping local. Created a website--Reopen Buffalo--to provide information to small businesses. And held workshops to get feedback from small businesses owners, while also helping them to access state resources. |
| Eventually | They already have | Eventually | Eventually | There was a large gap between what was available and what was needed | |

| Q14 | Q15_1 | Q15_2 | Q15_3 | Q15_4 | Q15_5 | Q15_6 |
|-----|-------|-------|-------|-------|-------|-------|
| NA | Strongly support | Support | Neutral | Oppose | Neutral | Support |

| Q15_7 | Q15_8 | Q15_9 | Q16 | Q17_1 | Q17_2 | Q17_3 |
|---|---|---|---|---|---|---|
| Strongly support | Strongly support | Neutral | Support | Schools | Parks/Recreation | Mass transit |

| Q17_4 | Q17_5 | Q17_6 | Q17_7 | Q17_8 | Q17_9 | Q18 |
|-------|-------|-------|-------|-------|-------|-----|
| Roads | Water, wastewater, stormwater | Police | Bicycle/pedestrian infrastructure | Affordable housing | Social services | Two major projects: our car sharing main street project slowed and our new data center for our smart city initiative is on hold. |

| Q19 | Q20 | Q21 | Q22 | Q23 | Q24 | Q25 |
|---|---|---|---|---|---|---|
| Q12: re: income tax cuts, "Oppose, because they won't be universally fairly applied." Re: minimum wage, "Strongly support. I chaired our Governor's fast food wage board and got it implemented in the state." Q14: "If there's no change in federal administration, anticipate dramatic cuts across the board." | Neither agree nor disagree | Strongly agree | Disagree | Somewhat better for white people | About right | Other: |

| Q25_5_TEXT | Q26 | Q27 | Q28_1 | Q28_2 | Q28_3 |
|---|---|---|---|---|---|
| Depends on what resources and reallocations and the capacity those departments/orgs to deliver services. City has bifurcated system where county is responsible for delivery of social services--and that governing body is largely suburban and white. | Q16: "There's a generational divide: older African Americans more likely to trust police; the younger generation does not trust the police." Answer would be different depending on the group. Q17: "Strongly agree. Created a Buffalo Police Department 21st century initiative, focused on attracting diverse candidates. The last police exam we held, we had more minorities taking the exam than non-minorities." Q18: "Disagree that it caused more harm than good, but there were some consequences. Protests cost the community over $1 million." | Tried to be voice of calm and let all residents, protesters, and others know that we were listsening. From the killing of Floyd to today, met will dozens of organizations and hundreds of people.Also encourage peaceful protests, but made it clear I was against vandalism, looting, etc. | A moderate amount | A great deal | A lot |

| Q28_4 | Q28_5 | Q28_6 | Q28_7 | Q29 | Q30 | Q31 |
|---|---|---|---|---|---|---|
| A little | A little | A little | Not at all | In the short-term, implementing efforts of the Buffalo Reform Agenda and in the long term, the resulting changes in police culture and data those reforms will demonstration. Some of the reforms include issuance of stop receipts, issuance of appearance tickets (instead of detaining for low level crimes), limiting of no knock warrants, transparency of police, and creation of Public Protest Detail (to work with protesters and individual organizations on peaceful protests.) | Q23: Mayor would have added outside influences and lack of info to the list. | Less driving traffic through parks and continued investment in public parks. During my tenure, invested over $80 million in parks and playgrounds in the city. |

| Q32_1 | Q32_2 | Q32_3 | Q32_4 | Q32_5 | Q33_1 | Q33_2 |
|---|---|---|---|---|---|---|
| Implemented temporarily | Implemented temporarily | Implemented permanently | Implemented temporarily | Implemented temporarily | Strongly agree | Strongly agree |

| Q33_3 | Q33_4 | Q33_5 | Q33_6 | Q34 | Q35 | Q36 |
|---|---|---|---|---|---|---|
| Strongly agree | Strongly agree | Strongly agree | Strongly agree | Q26: Some bike lanes will be temporary, some will be permanent. | The census will not show an accurate count of our population-- severely undercounted by close to 50% right now. | Black, brown, and immigrants most severely undercounted. Right now, at a 30% response rate. |

| Q37_1 | Q37_2 | Q37_3 | Q37_4 | Q37_5 | Q37_6 | Q38 |
|---|---|---|---|---|---|---|
| Very concerned | Very concerned | Very concerned | Very concerned | Very concerned | Very concerned | Established committee of city employees, community organizations, faith based organizations, and residents working with similar committee in the county and led by the state. Employed some youth as census works to augment work of census takers. Entered into agreement with a number of partners for outreach and paid a public relations company to promote. |

| Q39 | Q40 | Q41 | Q42 | Q43 | Q44 | Q45_1 |
|-----|-----|-----|-----|-----|-----|-------|
| NA | bbrown@city-buffalo.com | Brown, Byron | Male | Black or African American | Democrat | BA/BA |

| Q45_2 | Q45_3 | Q45_4 | Q45_5 | Q46_1 | Q46_2 | Q46_3 |
|-------|-------|-------|-------|-------|-------|-------|
| NA | NA | NA | NA | NA | NA | Other |

| Q47 | Q48_1 | Q48_2 | Q48_3 | Q49 | Q50 |
|---|---|---|---|---|---|
| 14 | New York | Buffalo | 3611000 | Mayor has BA in political science and journalism.<br><br>Asked mayor if, in hindsight, he would have done anything differently as it relates to COVID:<br><br>"No, not really. Worked closely with state and county government. Did all we could. Participated in federal calls, went to remote work quickly, kept all essential workers working, had no city layoffs--didn't want that to have a detrimental impact on individual and city economy. Stood up our call center remotely within 48 hours. Also enabled our Employment Counselors to work remotely and have helped over 200 people find jobs and responded to thousands of questions from residents." | Stacy |

EXHIBIT 2

| qname | description | main | sub | ImportId | timeZone | choiceId |
|---|---|---|---|---|---|---|
| StartDate | Start Date | Start Date | | startDate | America/New_York | NA |
| EndDate | End Date | End Date | | endDate | America/New_York | NA |
| Status | Response Type | Response Type | | status | NA | NA |
| IPAddress | IP Address | IP Address | | ipAddress | NA | NA |
| Progress | Progress | Progress | | progress | NA | NA |
| Duration (in seconds) | Duration (in seconds) | Duration (in seconds) | | duration | NA | NA |
| Finished | Finished | Finished | | finished | NA | NA |
| RecordedDate | Recorded Date | Recorded Date | | recordedDate | America/New_York | |
| ResponseId | Response ID | Response ID | | _recordId | NA | NA |
| RecipientLastName | Recipient Last Name | Recipient Last Name | | recipientLastName | NA | NA |
| RecipientFirstName | Recipient First Name | Recipient First Name | | recipientFirstName | NA | NA |
| RecipientEmail | Recipient Email | Recipient Email | | recipientEmail | NA | NA |
| ExternalReference | External Data Reference | External Data Reference | | externalDataReference | NA | NA |
| LocationLatitude | Location Latitude | Location Latitude | | locationLatitude | NA | NA |
| LocationLongitude | Location Longitude | Location Longitude | | locationLongitude | NA | NA |
| DistributionChannel | Distribution Channel | Distribution Channel | | distributionChannel | NA | NA |
| UserLanguage | User Language | User Language | | userLanguage | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Confidentiality & Consent<br>Thank you for agreeing to participate in the Menino Survey of Mayors project. We look forward to hearing your perspectives about leading a modern American city. We also hope the project's results will be interesting and helpful to you. Because your time is valuable, the survey comprises short and mostly closed-ended questions. The survey will allow you to skip questions if you feel they will taketoo long to answer or if you do not feel you have much to say about the issue. Thank you in advance for your thoughtful participation!<br>The purpose of this research is see how mayors view the challenges confronting cities and how they do their jobs. It is also designed to produce data that is valuable and interesting to mayors and other leaders. The survey includes questions on pertinent on topics such as Covid-19, policing, and greenspace among others. Participation is completely voluntary, and participants can stop the survey at any time.<br>The risks of participation will be minimal. Your participation and your responses will be kept confidential and all analysis will be aggregate so that individual responses cannot be identified.  There is a risk of loss of privacy in the event of an unexpected data breech, but to minimize this risk, your responses are kept confidential and only accessed through password protected computers. They are only used by academics for research purposes. There are no direct benefits to you participating in this study, however, you will be contributing to a report that provides insights to mayors and others interested in city policy and leadership and potentially being asked thought provoking questions about your work.<br>Approximately 20-30 minutes will be needed to complete the survey, but the length will depend on how much information you provide on the few open ended questions. We are not expecting more than a few words on each. Please contact Professor Glick at 617.358.4645 or at dmglick@bu.edu if you have any questions.<br>Boston University requires all university research dealing with people to conform to the high ethical standards of the University. You may obtain further information about your rights as a research subject by calling the BU CRC IRB Office at 617.358.6115. | Confidentiality & Consent<br>Thank you for agreeing to participate in the Menino Survey of Mayors project. We look forward to hearing your perspectives about leading a modern American city. We also hope the project's results will be interesting and helpful to you. Because your time is valuable, the survey comprises short and mostly closed-ended questions. The survey will allow you to skip questions if you feel they will taketoo long to answer or if you do not feel you have much to say about the issue. Thank you in advance for your thoughtful participation!<br>The purpose of this research is see how mayors view the challenges confronting cities and how they do their jobs. It is also designed to produce data that is valuable and interesting to mayors and other leaders. The survey includes questions on pertinent on topics such as Covid-19, policing, and greenspace among others. Participation is completely voluntary, and participants can stop the survey at any time.<br>The risks of participation will be minimal. Your participation and your responses will be kept confidential and all analysis will be aggregate so that individual responses cannot be identified.  There is a risk of loss of privacy in the event of an unexpected data breech, but to minimize this risk, your responses are kept confidential and only accessed through password protected computers. They are only used by academics for research purposes. There are no direct benefits to you participating in this study, however, you will be contributing to a report that provides insights to mayors and others interested in city policy and leadership and potentially being asked thought provoking questions about your work.<br>Approximately 20-30 minutes will be needed to complete the survey, but the length will depend on how much information you provide on the few open ended questions. We are not expecting more than a few words on each. Please contact Professor Glick at 617.358.4645 or at dmglick@bu.edu if you have any questions.<br>Boston University requires all university research dealing with people to conform to the high ethical standards of the University. You may obtain further information about your rights as a research subject by calling the BU CRC IRB Office at 617.358.6115. | | | | |
| Q1 | By clicking below you consent to participate. If you do not consent please close out of the survey. | By clicking below you consent to participate. If you do not consent please close out of the survey. | | QID104 | NA | NA |
| Q105_1 | Place - City | Place | City | QID105_1 | NA | NA |
| Q105_2 | Place - State | Place | State | QID105_2 | NA | NA |
| Q2 | In 2020, cities have faced historic crises, both acute and long standing. Briefly, in what ways, if any, will this year transform your city in the long run? | In 2020, cities have faced historic crises, both acute and long standing. Briefly, in what ways, if any, will this year transform your city in the long run? | | QID10_TEXT | NA | NA |
| Q3_1 | To what extent do you agree or disagree with the following statements about the future of American cities in general? - Longstanding racial health disparities will persist | To what extent do you agree or disagree with the following statements about the future of American cities in general? | Longstanding racial health disparities will persist | QID77_1 | NA | NA |
| Q3_2 | To what extent do you agree or disagree with the following statements about the future of American cities in general? - Cities will provide better opportunities to more people than they did before Covid-19. | To what extent do you agree or disagree with the following statements about the future of American cities in general? | Cities will provide better opportunities to more people than they did before Covid-19. | QID77_2 | NA | NA |
| Q3_3 | To what extent do you agree or disagree with the following statements about the future of American cities in general? - Many residents who can move out of cities will. | To what extent do you agree or disagree with the following statements about the future of American cities in general? | Many residents who can move out of cities will. | QID77_3 | NA | NA |

| | | | | | |
|---|---|---|---|---|---|
| Q3_4 | To what extent do you agree or disagree with the following statements about the future of American cities in general? - Downtown office buildings will become less desirable. | To what extent do you agree or disagree with the following statements about the future of American cities in general? | Downtown office buildings will become less desirable. | QID77_4 | NA | NA |
| Q3_5 | To what extent do you agree or disagree with the following statements about the future of American cities in general? - Cities will become more segregated than they are today. | To what extent do you agree or disagree with the following statements about the future of American cities in general? | Cities will become more segregated than they are today. | QID77_5 | NA | NA |
| Q3_6 | To what extent do you agree or disagree with the following statements about the future of American cities in general? - The racial wealth gap will widen. | To what extent do you agree or disagree with the following statements about the future of American cities in general? | The racial wealth gap will widen. | QID77_6 | NA | NA |
| Q3_7 | To what extent do you agree or disagree with the following statements about the future of American cities in general? - Displacement and gentrification will get worse than they are today. | To what extent do you agree or disagree with the following statements about the future of American cities in general? | Displacement and gentrification will get worse than they are today. | QID77_7 | NA | NA |
| Q3_8 | To what extent do you agree or disagree with the following statements about the future of American cities in general? - While Covid-19 will continue to claim some small businesses, any losses will be offset by new small businesses that will quickly emerge. | To what extent do you agree or disagree with the following statements about the future of American cities in general? | While Covid-19 will continue to claim some small businesses, any losses will be offset by new small businesses that will quickly emerge. | QID77_8 | NA | NA |
| Q4_1 | Once an effective vaccine is available, do you believe that residents in your city will be doing the following with more, less, or the same frequency than they were just before COVID-19: - Biking | Once an effective vaccine is available, do you believe that residents in your city will be doing the following with more, less, or the same frequency than they were just before COVID-19: | Biking | QID23_1 | NA | NA |
| Q4_2 | Once an effective vaccine is available, do you believe that residents in your city will be doing the following with more, less, or the same frequency than they were just before COVID-19: - Walking | Once an effective vaccine is available, do you believe that residents in your city will be doing the following with more, less, or the same frequency than they were just before COVID-19: | Walking | QID23_2 | NA | NA |
| Q4_3 | Once an effective vaccine is available, do you believe that residents in your city will be doing the following with more, less, or the same frequency than they were just before COVID-19: - Driving | Once an effective vaccine is available, do you believe that residents in your city will be doing the following with more, less, or the same frequency than they were just before COVID-19: | Driving | QID23_3 | NA | NA |
| Q4_4 | Once an effective vaccine is available, do you believe that residents in your city will be doing the following with more, less, or the same frequency than they were just before COVID-19: - Visiting parks and greenspace | Once an effective vaccine is available, do you believe that residents in your city will be doing the following with more, less, or the same frequency than they were just before COVID-19: | Visiting parks and greenspace | QID23_4 | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| Q4_5 | Once an effective vaccine is available, do you believe that residents in your city will be doing the following with more, less, or the same frequency than they were just before COVID-19: - Going to large public events like sports or concerts | Once an effective vaccine is available, do you believe that residents in your city will be doing the following with more, less, or the same frequency than they were just before COVID-19: | Going to large public events like sports or concerts | QID23_5 | NA | NA |
| Q4_6 | Once an effective vaccine is available, do you believe that residents in your city will be doing the following with more, less, or the same frequency than they were just before COVID-19: - Riding mass transit | Once an effective vaccine is available, do you believe that residents in your city will be doing the following with more, less, or the same frequency than they were just before COVID-19: | Riding mass transit | QID23_6 | NA | NA |
| Q4_7 | Once an effective vaccine is available, do you believe that residents in your city will be doing the following with more, less, or the same frequency than they were just before COVID-19: - Shopping at retail stores | Once an effective vaccine is available, do you believe that residents in your city will be doing the following with more, less, or the same frequency than they were just before COVID-19: | Shopping at retail stores | QID23_7 | NA | NA |
| Q4_8 | Once an effective vaccine is available, do you believe that residents in your city will be doing the following with more, less, or the same frequency than they were just before COVID-19: - Working remotely | Once an effective vaccine is available, do you believe that residents in your city will be doing the following with more, less, or the same frequency than they were just before COVID-19: | Working remotely | QID23_8 | NA | NA |
| Q4_9 | Once an effective vaccine is available, do you believe that residents in your city will be doing the following with more, less, or the same frequency than they were just before COVID-19: - Dining at restaurants | Once an effective vaccine is available, do you believe that residents in your city will be doing the following with more, less, or the same frequency than they were just before COVID-19: | Dining at restaurants | QID23_9 | NA | NA |
| Q5 | Qualitative comments or notes on previous questions: | Qualitative comments or notes on previous questions: | | QID97_TEXT | NA | NA |
| Q6_1 | In the first few weeks of the pandemic, which other mayors, if any, did you reach out to, to talk about addressing COVID-19? Please name up to three that come to mind. - Mayor/City | In the first few weeks of the pandemic, which other mayors, if any, did you reach out to, to talk about addressing COVID-19? Please name up to three that come to mind. | Mayor/City | QID24_1 | NA | NA |
| Q6_2 | In the first few weeks of the pandemic, which other mayors, if any, did you reach out to, to talk about addressing COVID-19? Please name up to three that come to mind. - Mayor/City | In the first few weeks of the pandemic, which other mayors, if any, did you reach out to, to talk about addressing COVID-19? Please name up to three that come to mind. | Mayor/City | QID24_2 | NA | NA |
| Q6_3 | In the first few weeks of the pandemic, which other mayors, if any, did you reach out to, to talk about addressing COVID-19? Please name up to three that come to mind. - Mayor/City | In the first few weeks of the pandemic, which other mayors, if any, did you reach out to, to talk about addressing COVID-19? Please name up to three that come to mind. | Mayor/City | QID24_3 | NA | NA |
| Q7_1 | As the COVID-19 challenges developed, which cities' public health responses  did you draw on as potentially effective models? Please name up to two. - City 1 | As the COVID-19 challenges developed, which cities' public health responses  did you draw on as potentially effective models? Please name up to two. | City 1 | QID25_1 | NA | NA |
| Q7_2 | As the COVID-19 challenges developed, which cities' public health responses  did you draw on as potentially effective models? Please name up to two. - City 2 | As the COVID-19 challenges developed, which cities' public health responses  did you draw on as potentially effective models? Please name up to two. | City 2 | QID25_2 | NA | NA |
| Q8_1 | As the Covid-19 challenges developed, which cities' economic responses did you draw on as potentially effective models? Please name up to two. - City 1 | As the Covid-19 challenges developed, which cities' economic responses did you draw on as potentially effective models? Please name up to two. | City 1 | QID28_1 | NA | NA |
| Q8_2 | As the Covid-19 challenges developed, which cities' economic responses did you draw on as potentially effective models? Please name up to two. - City 2 | As the Covid-19 challenges developed, which cities' economic responses did you draw on as potentially effective models? Please name up to two. | City 2 | QID28_2 | NA | NA |
| Q9_1 | In the days immediately following the killing of George Floyd, which other mayors, if any, did you reach out to, to talk about addressing protests and responses to them? Please name up to two that come to mind. - Mayor/City | In the days immediately following the killing of George Floyd, which other mayors, if any, did you reach out to, to talk about addressing protests and responses to them? Please name up to two that come to mind. | Mayor/City | QID78_1 | NA | NA |
| Q9_2 | In the days immediately following the killing of George Floyd, which other mayors, if any, did you reach out to, to talk about addressing protests and responses to them? Please name up to two that come to mind. - Mayor/City | In the days immediately following the killing of George Floyd, which other mayors, if any, did you reach out to, to talk about addressing protests and responses to them? Please name up to two that come to mind. | Mayor/City | QID78_2 | NA | NA |
| Q106 | Qualitative comments or notes on previous questions: | Qualitative comments or notes on previous questions: | | QID106_TEXT | NA | NA |
| Q10_1 | In a year from now, how much will members of each of the following groups in your city be feeling economic harm from COVID-19? - Black residents | In a year from now, how much will members of each of the following groups in your city be feeling economic harm from COVID-19? | Black residents | QID1_1 | NA | NA |
| Q10_2 | In a year from now, how much will members of each of the following groups in your city be feeling economic harm from COVID-19? - Latino residents | In a year from now, how much will members of each of the following groups in your city be feeling economic harm from COVID-19? | Latino residents | QID1_2 | NA | NA |
| Q10_3 | In a year from now, how much will members of each of the following groups in your city be feeling economic harm from COVID-19? - Renters | In a year from now, how much will members of each of the following groups in your city be feeling economic harm from COVID-19? | Renters | QID1_3 | NA | NA |
| Q10_4 | In a year from now, how much will members of each of the following groups in your city be feeling economic harm from COVID-19? - Homeowners | In a year from now, how much will members of each of the following groups in your city be feeling economic harm from COVID-19? | Homeowners | QID1_4 | NA | NA |
| Q10_5 | In a year from now, how much will members of each of the following groups in your city be feeling economic harm from COVID-19? - Non-white small business owners | In a year from now, how much will members of each of the following groups in your city be feeling economic harm from COVID-19? | Non-white small business owners | QID1_5 | NA | NA |
| Q10_6 | In a year from now, how much will members of each of the following groups in your city be feeling economic harm from COVID-19? - White small business owners | In a year from now, how much will members of each of the following groups in your city be feeling economic harm from COVID-19? | White small business owners | QID1_6 | NA | NA |
| Q10_7 | In a year from now, how much will members of each of the following groups in your city be feeling economic harm from COVID-19? - Gig economy workers | In a year from now, how much will members of each of the following groups in your city be feeling economic harm from COVID-19? | Gig economy workers | QID1_7 | NA | NA |

| Q10_8 | In a year from now, how much will members of each of the following groups in your city be feeling economic harm from COVID-19? - Young adults | In a year from now, how much will members of each of the following groups in your city be feeling economic harm from COVID-19? | Young adults | QID1_8 | NA | NA |
|---|---|---|---|---|---|---|
| Q10_9 | In a year from now, how much will members of each of the following groups in your city be feeling economic harm from COVID-19? - Immigrants | In a year from now, how much will members of each of the following groups in your city be feeling economic harm from COVID-19? | Immigrants | QID1_9 | NA | NA |
| Q11_1 | When, if ever, will each of the following industries and institutions in your city "return to normal" after Covid-19? - Hospitals and other medical practices | When, if ever, will each of the following industries and institutions in your city "return to normal" after Covid-19? | Hospitals and other medical practices | QID2_1 | NA | NA |
| Q11_2 | When, if ever, will each of the following industries and institutions in your city "return to normal" after Covid-19? - Colleges and universities | When, if ever, will each of the following industries and institutions in your city "return to normal" after Covid-19? | Colleges and universities | QID2_2 | NA | NA |
| Q11_3 | When, if ever, will each of the following industries and institutions in your city "return to normal" after Covid-19? - Public schools | When, if ever, will each of the following industries and institutions in your city "return to normal" after Covid-19? | Public schools | QID2_3 | NA | NA |
| Q11_4 | When, if ever, will each of the following industries and institutions in your city "return to normal" after Covid-19? - Childcare | When, if ever, will each of the following industries and institutions in your city "return to normal" after Covid-19? | Childcare | QID2_4 | NA | NA |
| Q11_5 | When, if ever, will each of the following industries and institutions in your city "return to normal" after Covid-19? - Locally owned restaurants | When, if ever, will each of the following industries and institutions in your city "return to normal" after Covid-19? | Locally owned restaurants | QID2_5 | NA | NA |
| Q11_6 | When, if ever, will each of the following industries and institutions in your city "return to normal" after Covid-19? - Locally owned stores | When, if ever, will each of the following industries and institutions in your city "return to normal" after Covid-19? | Locally owned stores | QID2_6 | NA | NA |
| Q11_7 | When, if ever, will each of the following industries and institutions in your city "return to normal" after Covid-19? - Arts and cultural institutions | When, if ever, will each of the following industries and institutions in your city "return to normal" after Covid-19? | Arts and cultural institutions | QID2_7 | NA | NA |
| Q11_8 | When, if ever, will each of the following industries and institutions in your city "return to normal" after Covid-19? - Mass transit systems | When, if ever, will each of the following industries and institutions in your city "return to normal" after Covid-19? | Mass transit systems | QID2_8 | NA | NA |
| Q11_9 | When, if ever, will each of the following industries and institutions in your city "return to normal" after Covid-19? - Banking and lending | When, if ever, will each of the following industries and institutions in your city "return to normal" after Covid-19? | Banking and lending | QID2_9 | NA | NA |
| Q11_10 | When, if ever, will each of the following industries and institutions in your city "return to normal" after Covid-19? - Real estate | When, if ever, will each of the following industries and institutions in your city "return to normal" after Covid-19? | Real estate | QID2_10 | NA | NA |
| Q11_11 | When, if ever, will each of the following industries and institutions in your city "return to normal" after Covid-19? - City government | When, if ever, will each of the following industries and institutions in your city "return to normal" after Covid-19? | City government | QID2_11 | NA | NA |
| Q12 | To the best of your knowledge, how well did the amount of federal small business relief available through the CARES Act (e.g. PPP loans) match the needs of businesses in your city? | To the best of your knowledge, how well did the amount of federal small business relief available through the CARES Act (e.g. PPP loans) match the needs of businesses in your city? | | QID87 | NA | NA |
| Q13 | Setting aside the federal and state responses for a moment, what, if anything, can and should you do at the local level to mitigate the long term threats to your most vulnerable small businesses from Covid-19. | Setting aside the federal and state responses for a moment, what, if anything, can and should you do at the local level to mitigate the long term threats to your most vulnerable small businesses from Covid-19. | | QID88_TEXT | NA | NA |
| Q14 | Qualitative comments or notes on previous questions: | Qualitative comments or notes on previous questions: | | QID103_TEXT | NA | NA |
| Q15_1 | Policymakers have debated a variety of social policy programs to support those suffering the economic consequences of COVID-19. How strongly would you support the implementation of the following policies at the state or federal levels? - Residential eviction moratoriums | Policymakers have debated a variety of social policy programs to support those suffering the economic consequences of COVID-19. How strongly would you support the implementation of the following policies at the state or federal levels? | Residential eviction moratoriums | QID5_1 | NA | NA |
| Q15_2 | Policymakers have debated a variety of social policy programs to support those suffering the economic consequences of COVID-19. How strongly would you support the implementation of the following policies at the state or federal levels? - Commercial eviction moratoriums | Policymakers have debated a variety of social policy programs to support those suffering the economic consequences of COVID-19. How strongly would you support the implementation of the following policies at the state or federal levels? | Commercial eviction moratoriums | QID5_2 | NA | NA |
| Q15_3 | Policymakers have debated a variety of social policy programs to support those suffering the economic consequences of COVID-19. How strongly would you support the implementation of the following policies at the state or federal levels? - Permanent relaxing of occupational licensing regulations | Policymakers have debated a variety of social policy programs to support those suffering the economic consequences of COVID-19. How strongly would you support the implementation of the following policies at the state or federal levels? | Permanent relaxing of occupational licensing regulations | QID5_3 | NA | NA |

| Var | Question Text | Question Text | Label | QID | | |
|---|---|---|---|---|---|---|
| Q15_4 | Policymakers have debated a variety of social policy programs to support those suffering the economic consequences of COVID-19. How strongly would you support the implementation of the following policies at the state or federal levels? - Income tax cuts | Policymakers have debated a variety of social policy programs to support those suffering the economic consequences of COVID-19. How strongly would you support the implementation of the following policies at the state or federal levels? | Income tax cuts | QID5_4 | NA | NA |
| Q15_5 | Policymakers have debated a variety of social policy programs to support those suffering the economic consequences of COVID-19. How strongly would you support the implementation of the following policies at the state or federal levels? - Sales tax holidays | Policymakers have debated a variety of social policy programs to support those suffering the economic consequences of COVID-19. How strongly would you support the implementation of the following policies at the state or federal levels? | Sales tax holidays | QID5_5 | NA | NA |
| Q15_6 | Policymakers have debated a variety of social policy programs to support those suffering the economic consequences of COVID-19. How strongly would you support the implementation of the following policies at the state or federal levels? - Universal basic income | Policymakers have debated a variety of social policy programs to support those suffering the economic consequences of COVID-19. How strongly would you support the implementation of the following policies at the state or federal levels? | Universal basic income | QID5_6 | NA | NA |
| Q15_7 | Policymakers have debated a variety of social policy programs to support those suffering the economic consequences of COVID-19. How strongly would you support the implementation of the following policies at the state or federal levels? - $15 minimum wage | Policymakers have debated a variety of social policy programs to support those suffering the economic consequences of COVID-19. How strongly would you support the implementation of the following policies at the state or federal levels? | $15 minimum wage | QID5_7 | NA | NA |
| Q15_8 | Policymakers have debated a variety of social policy programs to support those suffering the economic consequences of COVID-19. How strongly would you support the implementation of the following policies at the state or federal levels? - Universal paid sick leave | Policymakers have debated a variety of social policy programs to support those suffering the economic consequences of COVID-19. How strongly would you support the implementation of the following policies at the state or federal levels? | Universal paid sick leave | QID5_8 | NA | NA |
| Q15_9 | Policymakers have debated a variety of social policy programs to support those suffering the economic consequences of COVID-19. How strongly would you support the implementation of the following policies at the state or federal levels? - Medicare for All | Policymakers have debated a variety of social policy programs to support those suffering the economic consequences of COVID-19. How strongly would you support the implementation of the following policies at the state or federal levels? | Medicare for All | QID5_9 | NA | NA |
| Q16 | COVID-19 has led to debates about how to administer elections. Do you support or oppose voting by mail? This means that instead of going to the polls in-person on Election Day, voters would fill out their ballot at home and then mail it in. | COVID-19 has led to debates about how to administer elections. Do you support or oppose voting by mail? This means that instead of going to the polls in-person on Election Day, voters would fill out their ballot at home and then mail it in. | | QID93 | NA | NA |
| Q17_1 | In which of the following areas, if any, do you expect to make or see dramatic financial cuts in your community? Check all that apply. - Schools | In which of the following areas, if any, do you expect to make or see dramatic financial cuts in your community? Check all that apply. | Schools | QID7 | NA | 1 |
| Q17_2 | In which of the following areas, if any, do you expect to make or see dramatic financial cuts in your community? Check all that apply. - Parks/Recreation | In which of the following areas, if any, do you expect to make or see dramatic financial cuts in your community? Check all that apply. | Parks/Recreation | QID7 | NA | 2 |
| Q17_3 | In which of the following areas, if any, do you expect to make or see dramatic financial cuts in your community? Check all that apply. - Mass transit | In which of the following areas, if any, do you expect to make or see dramatic financial cuts in your community? Check all that apply. | Mass transit | QID7 | NA | 3 |
| Q17_4 | In which of the following areas, if any, do you expect to make or see dramatic financial cuts in your community? Check all that apply. - Roads | In which of the following areas, if any, do you expect to make or see dramatic financial cuts in your community? Check all that apply. | Roads | QID7 | NA | 4 |
| Q17_5 | In which of the following areas, if any, do you expect to make or see dramatic financial cuts in your community? Check all that apply. - Water, wastewater, stormwater | In which of the following areas, if any, do you expect to make or see dramatic financial cuts in your community? Check all that apply. | Water, wastewater, stormwater | QID7 | NA | 5 |
| Q17_6 | In which of the following areas, if any, do you expect to make or see dramatic financial cuts in your community? Check all that apply. - Police | In which of the following areas, if any, do you expect to make or see dramatic financial cuts in your community? Check all that apply. | Police | QID7 | NA | 6 |
| Q17_7 | In which of the following areas, if any, do you expect to make or see dramatic financial cuts in your community? Check all that apply. - Bicycle/pedestrian infrastructure | In which of the following areas, if any, do you expect to make or see dramatic financial cuts in your community? Check all that apply. | Bicycle/pedestrian infrastructure | QID7 | NA | 7 |
| Q17_8 | In which of the following areas, if any, do you expect to make or see dramatic financial cuts in your community? Check all that apply. - Affordable housing | In which of the following areas, if any, do you expect to make or see dramatic financial cuts in your community? Check all that apply. | Affordable housing | QID7 | NA | 8 |
| Q17_9 | In which of the following areas, if any, do you expect to make or see dramatic financial cuts in your community? Check all that apply. - Social services | In which of the following areas, if any, do you expect to make or see dramatic financial cuts in your community? Check all that apply. | Social services | QID7 | NA | 9 |
| Q18 | What is one major project or initiative that you were planning for the next year or two that you are now unable to pursue? | What is one major project or initiative that you were planning for the next year or two that you are now unable to pursue? | | QID8_TEXT | NA | NA |
| Q19 | Qualitative comments or notes on previous questions: | Qualitative comments or notes on previous questions: | | QID98_TEXT | NA | NA |
| Q20 | Please rate how strongly you agree/disagree with the following statement. Black residents in my city trust the police. | Please rate how strongly you agree/disagree with the following statement. Black residents in my city trust the police. | | QID71 | NA | NA |
| Q21 | Please rate how strongly you agree/disagree with the following statement. The police department in my city does a good job of attracting individuals well-suited to being police officers. | Please rate how strongly you agree/disagree with the following statement. The police department in my city does a good job of attracting individuals well-suited to being police officers. | | QID81 | NA | NA |
| Q22 | Please rate how strongly you agree/disagree with the following statement. Street protests against police violence in 2020 did more harm than good in my city. | Please rate how strongly you agree/disagree with the following statement. Street protests against police violence in 2020 did more harm than good in my city. | | QID73 | NA | NA |
| Q23 | How equitable is treatment by police for white people compared with Black people in your city. | How equitable is treatment by police for white people compared with Black people in your city. | | QID72 | NA | NA |
| Q24 | In my city, the police department's share of last year's budget was: | In my city, the police department's share of last year's budget was: | | QID95 | NA | NA |
| Q25 | Going forward, would you support reallocating police department resources and responsibilities to other parts of city government such as social service agencies? - Selected Choice | Going forward, would you support reallocating police department resources and responsibilities to other parts of city government such as social service agencies? | Selected Choice | QID96 | NA | NA |
| Q25_5_TEXT | Going forward, would you support reallocating police department resources and responsibilities to other parts of city government such as social service agencies? - Other: - Text | Going forward, would you support reallocating police department resources and responsibilities to other parts of city government such as social service agencies? | Other: - Text | QID96_5_TEXT | NA | NA |
| Q26 | Qualitative comments or notes on previous questions: | Qualitative comments or notes on previous questions: | | QID102_TEXT | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| Q27 | If there were recent protests in your city, how would you characterize your role during that time? | If there were recent protests in your city, how would you characterize your role during that time? | | QID83_TEXT | NA | NA |
| Q28_1 | If police violence has been a problem in your city, how much do each of the following contribute to it? - Racism on the police force | If police violence has been a problem in your city, how much do each of the following contribute to it? | Racism on the police force | QID76_1 | NA | NA |
| Q28_2 | If police violence has been a problem in your city, how much do each of the following contribute to it? - Police unions | If police violence has been a problem in your city, how much do each of the following contribute to it? | Police unions | QID76_2 | NA | NA |
| Q28_3 | If police violence has been a problem in your city, how much do each of the following contribute to it? - Qualified immunity for police officers | If police violence has been a problem in your city, how much do each of the following contribute to it? | Qualified immunity for police officers | QID76_3 | NA | NA |
| Q28_4 | If police violence has been a problem in your city, how much do each of the following contribute to it? - Police leadership | If police violence has been a problem in your city, how much do each of the following contribute to it? | Police leadership | QID76_4 | NA | NA |
| Q28_5 | If police violence has been a problem in your city, how much do each of the following contribute to it? - Civilian leadership and policy making | If police violence has been a problem in your city, how much do each of the following contribute to it? | Civilian leadership and policy making | QID76_5 | NA | NA |
| Q28_6 | If police violence has been a problem in your city, how much do each of the following contribute to it? - Access to military-style equipment | If police violence has been a problem in your city, how much do each of the following contribute to it? | Access to military-style equipment | QID76_6 | NA | NA |
| Q28_7 | If police violence has been a problem in your city, how much do each of the following contribute to it? - Lack of racial diversity on the police force | If police violence has been a problem in your city, how much do each of the following contribute to it? | Lack of racial diversity on the police force | QID76_7 | NA | NA |
| Q29 | What is the single most important change you would like to see in your police department in the next | What is the single most important change you would like to see in your police department in the next | | QID84_TEXT | NA | NA |
| Q30 | Qualitative comments or notes on previous questions: | Qualitative comments or notes on previous questions: | | QID99_TEXT | NA | NA |
| Q31 | COVID-19 and protests in the wake of police violence have changed the way that many cities view their public spaces. Given the events of 2020, what is the citywide change you would most like to see in your city's parks and public space? Or, would you like it to stay the same? | COVID-19 and protests in the wake of police violence have changed the way that many cities view their public spaces. Given the events of 2020, what is the citywide change you would most like to see in your city's parks and public space? Or, would you like it to stay the same? | | QID86_TEXT | NA | NA |
| Q32_1 | Many cities have responded to the COVID-19 crisis by creating more space for people outside. Which of the following, if any, have you implemented in your community? Do you anticipate any of these changes becoming permanent? - Created space for outdoor dining | Many cities have responded to the COVID-19 crisis by creating more space for people outside. Which of the following, if any, have you implemented in your community? Do you anticipate any of these changes becoming permanent? | Created space for outdoor dining | QID67_1 | NA | NA |
| Q32_2 | Many cities have responded to the COVID-19 crisis by creating more space for people outside. Which of the following, if any, have you implemented in your community? Do you anticipate any of these changes becoming permanent? - Widened sidewalks | Many cities have responded to the COVID-19 crisis by creating more space for people outside. Which of the following, if any, have you implemented in your community? Do you anticipate any of these changes becoming permanent? | Widened sidewalks | QID67_2 | NA | NA |
| Q32_3 | Many cities have responded to the COVID-19 crisis by creating more space for people outside. Which of the following, if any, have you implemented in your community? Do you anticipate any of these changes becoming permanent? - Created new bike lanes | Many cities have responded to the COVID-19 crisis by creating more space for people outside. Which of the following, if any, have you implemented in your community? Do you anticipate any of these changes becoming permanent? | Created new bike lanes | QID67_3 | NA | NA |
| Q32_4 | Many cities have responded to the COVID-19 crisis by creating more space for people outside. Which of the following, if any, have you implemented in your community? Do you anticipate any of these changes becoming permanent? - Closed some roads to through traffic | Many cities have responded to the COVID-19 crisis by creating more space for people outside. Which of the following, if any, have you implemented in your community? Do you anticipate any of these changes becoming permanent? | Closed some roads to through traffic | QID67_4 | NA | NA |
| Q32_5 | Many cities have responded to the COVID-19 crisis by creating more space for people outside. Which of the following, if any, have you implemented in your community? Do you anticipate any of these changes becoming permanent? - Closed some roads to all traffic | Many cities have responded to the COVID-19 crisis by creating more space for people outside. Which of the following, if any, have you implemented in your community? Do you anticipate any of these changes becoming permanent? | Closed some roads to all traffic | QID67_5 | NA | NA |

| Q33_1 | Please rate how strongly you agree/disagree with the following statements about greenspace in your city. - All residents can/could safely enjoy outdoor recreation during the pandemic. | Please rate how strongly you agree/disagree with the following statements about greenspace in your city. | All residents can/could safely enjoy outdoor recreation during the pandemic. | QID85_1 | NA | NA |
|---|---|---|---|---|---|---|
| Q33_2 | Please rate how strongly you agree/disagree with the following statements about greenspace in your city. - Residents live within easy walking distance to greenspace irrespective of race, ethnicity, or income. | Please rate how strongly you agree/disagree with the following statements about greenspace in your city. | Residents live within easy walking distance to greenspace irrespective of race, ethnicity, or income. | QID85_2 | NA | NA |
| Q33_3 | Please rate how strongly you agree/disagree with the following statements about greenspace in your city. - Decisions about where to invest in parks and greenspace are responsive to all residents, irrespective of race, ethnicity, or income. | Please rate how strongly you agree/disagree with the following statements about greenspace in your city. | Decisions about where to invest in parks and greenspace are responsive to all residents, irrespective of race, ethnicity, or income. | QID85_3 | NA | NA |
| Q33_4 | Please rate how strongly you agree/disagree with the following statements about greenspace in your city. - Residents are able to safely use greenspace near their homes irrespective of race, ethnicity, or income. | Please rate how strongly you agree/disagree with the following statements about greenspace in your city. | Residents are able to safely use greenspace near their homes irrespective of race, ethnicity, or income. | QID85_4 | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| Q33_5 | Please rate how strongly you agree/disagree with the following statements about greenspace in your city. - Black residents are able to use greenspace without fear of police. | Please rate how strongly you agree/disagree with the following statements about greenspace in your city. | Black residents are able to use greenspace without fear of police. | QID85_5 | NA | NA |
| Q33_6 | Please rate how strongly you agree/disagree with the following statements about greenspace in your city. - The quality of greenspace is the same in all neighborhoods. | Please rate how strongly you agree/disagree with the following statements about greenspace in your city. | The quality of greenspace is the same in all neighborhoods. | QID85_6 | NA | NA |
| Q34 | Qualitative comments or notes on previous questions: | Qualitative comments or notes on previous questions: | | QID100_TEXT | NA | NA |
| Q35 | The 2020 Census is ongoing. What is your best estimate of the total population the 2020 census will report for your city? | The 2020 Census is ongoing. What is your best estimate of the total population the 2020 census will report for your city? | | QID31_TEXT | NA | NA |
| Q36 | What is your best estimate for what the 2020 census will report for the percent of your city's residents that are non-white? | What is your best estimate for what the 2020 census will report for the percent of your city's residents that are non-white? | | QID32_TEXT | NA | NA |
| Q37_1 | How concerned are you that each of the following will be under-counted in your city? - Total residents | How concerned are you that each of the following will be under-counted in your city? | Total residents | QID33_1 | NA | NA |
| Q37_2 | How concerned are you that each of the following will be under-counted in your city? - Black residents | How concerned are you that each of the following will be under-counted in your city? | Black residents | QID33_2 | NA | NA |
| Q37_3 | How concerned are you that each of the following will be under-counted in your city? - Hispanic residents | How concerned are you that each of the following will be under-counted in your city? | Hispanic residents | QID33_3 | NA | NA |
| Q37_4 | How concerned are you that each of the following will be under-counted in your city? - Asian residents | How concerned are you that each of the following will be under-counted in your city? | Asian residents | QID33_4 | NA | NA |
| Q37_5 | How concerned are you that each of the following will be under-counted in your city? - Non-citizens | How concerned are you that each of the following will be under-counted in your city? | Non-citizens | QID33_5 | NA | NA |
| Q37_6 | How concerned are you that each of the following will be under-counted in your city? - People experiencing homelessness | How concerned are you that each of the following will be under-counted in your city? | People experiencing homelessness | QID33_6 | NA | NA |
| Q38 | What steps, if any, have you taken to ensure an accurate census count in your city? | What steps, if any, have you taken to ensure an accurate census count in your city? | | QID34_TEXT | NA | NA |
| Q39 | Qualitative comments or notes on previous questions: | Qualitative comments or notes on previous questions: | | QID101_TEXT | NA | NA |
| Q40 | Mayor's Email | Mayor's Email | | QID48_TEXT | NA | NA |
| Q41 | Mayor Name (last, first) | Mayor Name (last, first) | | QID52_TEXT | NA | NA |
| Q42 | Mayor Sex | Mayor Sex | | QID53 | NA | NA |
| Q43 | Mayor Race | Mayor Race | | QID54 | NA | NA |
| Q44 | Mayor Party | Mayor Party | | QID55 | NA | NA |
| Q45_1 | Mayor Highest Degree - BA/BA | Mayor Highest Degree | BA/BA | QID56 | NA | 1 |
| Q45_2 | Mayor Highest Degree - JD | Mayor Highest Degree | JD | QID56 | NA | 2 |
| Q45_3 | Mayor Highest Degree - MBA | Mayor Highest Degree | MBA | QID56 | NA | 3 |
| Q45_4 | Mayor Highest Degree - PhD | Mayor Highest Degree | PhD | QID56 | NA | 4 |
| Q45_5 | Mayor Highest Degree - Other | Mayor Highest Degree | Other | QID56 | NA | 5 |
| Q46_1 | Mayor Professional Background - Business | Mayor Professional Background | Business | QID57 | NA | 1 |
| Q46_2 | Mayor Professional Background - Law | Mayor Professional Background | Law | QID57 | NA | 2 |
| Q46_3 | Mayor Professional Background - Other | Mayor Professional Background | Other | QID57 | NA | 3 |
| Q47 | Years in Office | Years in Office | | QID58_TEXT | NA | NA |
| Q48_1 | Select the state, city, and FIPS code: - State | Select the state, city, and FIPS code: | State | QID59_1 | NA | NA |

| Q48_2 | Select the state, city, and FIPS code: - City | Select the state, city, and FIPS code: | City | QID59_2 | NA | NA |
| Q48_3 | Select the state, city, and FIPS code: - City FIPS Code | Select the state, city, and FIPS code: | City FIPS Code | QID59_3 | NA | NA |
| Q49 | Other notes -- Indicate question area or number in CAPS | Other notes -- Indicate question area or number in CAPS | | QID60_TEXT | NA | NA |
| Q50 | Interviewer Name | Interviewer Name | | QID61_TEXT | NA | NA |