# Exhibit 129

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,

                Plaintiffs,

   v.

CITY OF BUFFALO, N.Y., *et al.*,

                Defendants.

No. 1:18-cv-00719-CCR

---

**STIPULATION OF FACT REGARDING CITY TRAFFIC DATA AND RECORDS**

WHEREAS, Plaintiffs' Fifth Amended Notice of Rule 30(b)(6) Deposition of Defendant City of Buffalo requested testimony regarding the topic of "City data and records concerning the issuance of traffic tickets and the disposition, amounts paid and amounts still owed on such tickets";

WHEREAS, Plaintiffs and Defendants have agreed to resolve Plaintiffs' request for testimony regarding this topic by entering into this stipulation of fact;

Plaintiffs and Defendants hereby stipulate and agree as follows:

1. The City of Buffalo maintains records and data for: (i) substantially all traffic tickets issued by the Buffalo Police Department, including records and data indicating the identity of the motorist who received the traffic ticket, the disposition of the traffic ticket, the amounts paid on the traffic ticket (if any), and the amounts still owed on the traffic ticket; and (ii) substantially all tows and impounds by the City of Buffalo, including the license plate number of the vehicle, the date of the impound, the duration of the impound, whether the vehicle was released, sold or auctioned, the amount

      assessed for towing or storage fees, the amount paid from any source, and the amounts owed (the "City Traffic Records");

2. The City of Buffalo will continue to maintain the City Traffic Records as long as this Action (including any appeal) remains pending;

3. In the event Plaintiffs believe that the City Traffic Records are necessary to prosecute their claims (for example, and without limitation, to identify class members or to calculate damages), Plaintiffs may request production of all or a relevant portion of the City Traffic Records. Defendants agree not to object to such a request on the basis that the request is made after the close of fact discovery. The parties agree to meet and confer in good faith regarding the scope and/or format of any production of the City Traffic Records following such a request, and either party may bring a dispute about the scope and/or format of such production to the Court for resolution.

Dated: March 20, 2024

Respectfully Submitted,

/s/ Cheyenne Freely
Hugh M. Russ III
Peter A. Sahasrabudhe
Cheyenne Freely
HODGSON RUSS LLP
The Guaranty Building
140 Pearl Street – Suite 100
Buffalo, New York 14202
Telephone: (716) 856-4000
hruss@hodgsonruss.com
pshasra@hodgsonruss.com
cfreely@hodgsonruss.com

*Attorneys for Defendants*

/s/ Jordan S. Joachim
Claudia Wilner
Edward Krugman
Anjana Malhotra
NATIONAL CENTER FOR LAW
AND ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, NY 10001
212-633-6967
wilner@nclej.org
krugman@nclej.org
malhotra@nclej.org

Matt Parham
WESTERN NEW YORK LAW CENTER
Cathedral Park Tower
37 Franklin Street, Suite 210
Buffalo, NY 14202
716-828-8415
mparham@wnylc.com

Chinyere Ezie
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
212-614-6475
cezie@ccrjustice.org

Jordan Joachim (*pro hac vice*)
Christine Nelson (*pro hac vice*)
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
212-841-1000
jjoachim@cov.com
cnelson@cov.com

*Attorneys for Plaintiffs*