# Exhibit 130

#  GENERAL ORDER NO. 2018-001 - ELIMINATION OF STRIKE FORCE

Teri L OKeefe on 02/08/2018 at 11:57 AM
Category:  18 - General Orders

---

GENERAL ORDER NO. 2018-001

PURPOSE:

ELIMINATION OF STRIKE FORCE

EFFECTIVE DATE:

THIS GENERAL ORDER WILL BE EFFECTIVE AT 0001 HRS., MARCH 12, 2018. ALL TRANSFER REQUESTS TO THIS UNIT WILL BE NULL AND VOID AND THE LISTINGS WILL BE REMOVED FROM THE TRANSFER LIST.

ALL CURRENT MEMBERS OF THE STRIKE FORCE ARE ADVISED TO SUBMIT A "TRANSFER REQUEST FORM" WITH YOUR PREFERENCES INDICATED.

BYRON C. LOCKWOOD/INTERIM COMMISSIONER OF POLICE

---