# Exhibit 131

```
                                         CITY OF BUFFALO
                                          GENERAL FUND
                                    2013-2014 ADOPTED BUDGET

                               2009-2010        2010-2011        2011-2012        2012-2013        2012-2013        ADOPTED
                               ACTUAL           ACTUAL           ACTUAL           ADOPTED          YEAR TO DATE     BUDGET
1000 GENERAL FUND              AMOUNT           BUDGET           BUDGET           BUDGET           BUDGET           2013-2014
-----------------------------------------------------------------------------------------------------------------------------

01 COMMON COUNCIL
-------------------------------

    1 PERSONAL SERVICES         1,803,602.12     1,903,714.92     1,806,495.03     1,931,095.00     1,740,259.22     1,920,446.00
    3 UTILITIES                         .00              .00         1,222.28         1,300.00         2,100.00         2,100.00
    4 TRAVEL AND MEMBERSHIPS       3,701.39         3,861.33         1,833.00         9,800.00         4,620.50        10,000.00
    5 SUPPLIES                    14,323.31        17,654.27        16,963.65        33,150.00        16,275.22        33,250.00
    6 SERVICES                    11,833.32        12,281.29         7,012.21       101,120.00        44,304.00        68,948.00
    7 CAPITAL OUTLAY               5,181.79         8,295.38        53,041.54        36,000.00        30,211.82        37,100.00

TOTAL 01 COMMON COUNCIL         1,838,641.93     1,945,807.19     1,886,567.71     2,112,465.00     1,837,770.76     2,071,844.00

02 CITY CLERK
-------------------------------

    1 PERSONAL SERVICES           783,342.10       862,232.56       883,881.94       975,347.00       883,044.22       993,028.00
    3 UTILITIES                         .00              .00         2,959.80         7,200.00         3,640.20         3,500.00
    4 TRAVEL AND MEMBERSHIPS         300.00           360.00           271.50         2,200.00           670.00         2,175.00
    5 SUPPLIES                     5,495.36        12,031.55         8,407.79        19,905.00        23,689.46        16,575.00
    6 SERVICES                 1,208,890.33     1,471,059.94     1,395,679.14     1,222,429.00     1,402,062.80     1,267,522.00
    7 CAPITAL OUTLAY              26,438.99        19,849.38        39,524.48        17,000.00         8,722.47        14,000.00

TOTAL 02 CITY CLERK             2,024,466.78     2,365,533.43     2,330,724.65     2,244,081.00     2,321,829.15     2,296,800.00

03 MAYOR & EXECUTIVE
-------------------------------

    1 PERSONAL SERVICES         2,329,186.68     2,175,204.57     1,981,231.90     2,511,904.46     2,066,808.73     2,608,733.40
    3 UTILITIES                      744.21           869.01           808.37              .00            39.74              .00
    4 TRAVEL AND MEMBERSHIPS       4,310.61         1,971.27         1,085.00        16,300.00         2,111.10        15,700.00
    5 SUPPLIES                    20,348.76        16,940.58        17,184.87        16,325.50        21,280.26        19,733.95
    6 SERVICES                   286,731.09       200,987.14       267,371.85       223,815.00       606,118.35       322,909.85
    7 CAPITAL OUTLAY               1,053.18           490.62         6,217.03         6,600.00         6,570.00           817.50

TOTAL 03 MAYOR & EXECUTIVE      2,642,374.53     2,396,463.19     2,273,899.02     2,774,944.96     2,702,928.18     2,967,894.70

04 AUDIT & CONTROL
-------------------------------

    1 PERSONAL SERVICES         2,285,228.50     2,370,468.87     2,278,426.88     2,540,128.66     2,381,582.97     2,705,901.60
    3 UTILITIES                         .00              .00              .00              .00              .00              .00
    4 TRAVEL AND MEMBERSHIPS      52,084.19        52,280.05        34,455.69        26,350.00        14,344.88        28,559.00
    5 SUPPLIES                    23,437.75        16,692.36        19,007.63        19,268.94        17,885.60        18,736.14
    6 SERVICES                   241,825.54       259,640.15       254,981.70       282,386.25       294,634.33       287,628.00
    7 CAPITAL OUTLAY               4,034.42         4,140.81         8,178.08         3,225.00         2,403.15         4,215.00
```

CITY OF BUFFALO
GENERAL FUND
2013-2014 ADOPTED BUDGET

| 1000 GENERAL FUND | 2009-2010 ACTUAL AMOUNT | 2010-2011 ACTUAL BUDGET | 2011-2012 ACTUAL BUDGET | 2012-2013 ADOPTED BUDGET | 2012-2013 YEAR TO DATE BUDGET | ADOPTED BUDGET 2013-2014 |
|---|---:|---:|---:|---:|---:|---:|
| 8 OTHER | .00 | .00 | .00 | .00 | .00 | .00 |
| TOTAL 04 AUDIT & CONTROL | 2,606,610.40 | 2,703,222.24 | 2,595,049.98 | 2,871,358.85 | 2,710,850.93 | 3,045,039.74 |
| **05 LAW** | | | | | | |
| 1 PERSONAL SERVICES | 1,662,501.86 | 1,790,428.84 | 1,868,403.22 | 2,208,270.88 | 1,841,441.43 | 2,227,224.88 |
| 3 UTILITIES | .00 | .00 | .00 | .00 | .00 | .00 |
| 4 TRAVEL AND MEMBERSHIPS | .00 | 310.69 | .00 | 340.00 | 25.76 | 200.00 |
| 5 SUPPLIES | 51,669.94 | 52,790.34 | 26,151.12 | 29,159.00 | 24,462.58 | 24,350.00 |
| 6 SERVICES | 1,377,816.90 | 1,701,585.94 | 2,049,154.08 | 1,392,507.00 | 1,263,702.92 | 1,224,860.00 |
| 7 CAPITAL OUTLAY | .00 | .00 | .00 | .00 | .00 | .00 |
| TOTAL 05 LAW | 3,091,988.70 | 3,545,115.81 | 3,943,708.42 | 3,630,276.88 | 3,129,632.69 | 3,476,634.88 |
| **06 ASSESSMENT** | | | | | | |
| 1 PERSONAL SERVICES | 1,557,292.02 | 1,466,488.01 | 1,424,220.07 | 1,685,264.00 | 1,279,597.70 | 1,723,004.42 |
| 3 UTILITIES | .00 | 5,699.80 | 6,167.10 | 9,600.00 | 5,615.64 | 9,000.00 |
| 4 TRAVEL AND MEMBERSHIPS | 585.00 | 85.00 | .00 | 385.00 | 85.00 | 385.00 |
| 5 SUPPLIES | 68,069.96 | 35,687.32 | 7,541.43 | 42,540.25 | 16,359.75 | 48,734.00 |
| 6 SERVICES | 199,692.93 | 246,920.77 | 206,709.94 | 271,815.00 | 308,800.98 | 231,360.00 |
| 7 CAPITAL OUTLAY | .00 | .00 | .00 | 4,800.00 | .00 | 3,450.00 |
| TOTAL 06 ASSESSMENT | 1,825,639.91 | 1,754,880.90 | 1,644,638.54 | 2,014,404.25 | 1,610,459.07 | 2,015,933.42 |
| **07 GENERAL SERVICES** | | | | | | |
| 1 PERSONAL SERVICES | .00 | .00 | .00 | .00 | .00 | .00 |
| 5 SUPPLIES | .00 | .00 | .00 | .00 | .00 | .00 |
| 6 SERVICES | .00 | .00 | .00 | .00 | .00 | .00 |
| 7 CAPITAL OUTLAY | .00 | .00 | .00 | .00 | .00 | .00 |
| TOTAL 07 GENERAL SERVICES | .00 | .00 | .00 | .00 | .00 | .00 |
| **08 MANAGEMENT INFORMATION SYSTEMS** | | | | | | |
| 1 PERSONAL SERVICES | 1,626,006.96 | 1,774,827.31 | 1,778,006.51 | 1,843,188.00 | 1,519,830.93 | 1,851,628.00 |
| 4 TRAVEL AND MEMBERSHIPS | 16,470.58 | 17,937.40 | 19,069.00 | 17,015.00 | 15,135.00 | 13,315.00 |
| 5 SUPPLIES | 10,178.51 | 11,332.92 | 7,082.58 | 11,026.00 | 8,649.89 | 7,863.00 |
| 6 SERVICES | 1,235,301.90 | 1,038,049.51 | 1,032,058.86 | 1,246,224.00 | 1,182,784.89 | 1,303,680.00 |
| 7 CAPITAL OUTLAY | 273,698.67 | 214,987.23 | 217,609.77 | 226,000.00 | 276,382.47 | 214,627.00 |
| TOTAL 08 MANAGEMENT INFORMATION SYSTEMS | 3,161,656.62 | 3,057,134.37 | 3,053,826.72 | 3,343,453.00 | 3,002,783.18 | 3,391,113.00 |
| **11 ADMIN & FINANCE BUDGET** | | | | | | |

```
                                    CITY OF BUFFALO
                                     GENERAL FUND
                                2013-2014 ADOPTED BUDGET

                                2009-2010      2010-2011      2011-2012      2012-2013      2012-2013      ADOPTED
                                ACTUAL         ACTUAL         ACTUAL         ADOPTED        YEAR TO DATE   BUDGET
1000 GENERAL FUND               AMOUNT         BUDGET         BUDGET         BUDGET         BUDGET         2013-2014
----------------------------------------------------------------------------------------------------------------------

  1 PERSONAL SERVICES             516,653.47     447,900.88     408,686.19     544,549.94     399,815.06     547,444.00
  4 TRAVEL AND MEMBERSHIPS             75.00            .00            .00      13,072.00            .00      20,407.00
  5 SUPPLIES                          634.60         249.16         116.02         650.00         339.98         600.00
  6 SERVICES                          827.52      48,421.12     166,813.51     307,022.50      69,644.87     247,000.00
  7 CAPITAL OUTLAY                       .00            .00            .00            .00            .00            .00

TOTAL 11 ADMIN & FINANCE BUDGET   518,190.59     496,571.16     575,615.72     865,294.44     469,799.91     815,451.00

12 ADMIN & FIN ADMIN ADJUDICATION
---------------------------------

  1 PERSONAL SERVICES                    .00            .00            .00            .00            .00            .00
  5 SUPPLIES                             .00            .00            .00            .00            .00            .00
  6 SERVICES                             .00            .00            .00            .00            .00            .00
  7 CAPITAL OUTLAY                       .00            .00            .00            .00            .00            .00

TOTAL 12 ADMIN & FIN ADMIN ADJUDICATION  .00            .00            .00            .00            .00            .00

13 ADMIN & FIN LABOR & EMPL REL
-------------------------------

  1 PERSONAL SERVICES                    .00            .00            .00            .00            .00            .00
  4 TRAVEL AND MEMBERSHIPS               .00            .00            .00            .00            .00            .00
  5 SUPPLIES                             .00            .00            .00            .00            .00            .00
  6 SERVICES                             .00            .00            .00            .00            .00            .00
  7 CAPITAL OUTLAY                       .00            .00            .00            .00            .00            .00

TOTAL 13 ADMIN & FIN LABOR & EMPL REL    .00            .00            .00            .00            .00            .00

14 PARKING ENFORCEMNT
---------------------

  1 PERSONAL SERVICES           1,451,114.26   1,602,742.28   1,608,599.57   1,882,698.00   1,588,441.29   2,118,291.08
  3 UTILITIES                         713.48            .00            .00            .00            .00            .00
  4 TRAVEL AND MEMBERSHIPS            150.00            .00            .00         450.00            .00         195.00
  5 SUPPLIES                       17,333.05      37,739.78      55,047.80      39,370.00      54,569.95      44,410.00
  6 SERVICES                      237,295.48     248,858.82     220,858.19     246,990.00     501,365.29     325,085.00
  7 CAPITAL OUTLAY                  1,651.31         910.34       2,257.45       3,650.00         887.19      28,000.00

TOTAL 14 PARKING ENFORCEMNT     1,708,257.58   1,890,251.22   1,886,763.01   2,173,158.00   2,145,263.72   2,515,981.08

15 ADMIN & FIN TREASURY
-----------------------

  1 PERSONAL SERVICES             816,271.37     820,300.92     784,998.48     928,776.75     769,738.79     892,143.00
```

CITY OF BUFFALO
GENERAL FUND
2013-2014 ADOPTED BUDGET

| 1000 GENERAL FUND | 2009-2010 ACTUAL AMOUNT | 2010-2011 ACTUAL BUDGET | 2011-2012 ACTUAL BUDGET | 2012-2013 ADOPTED BUDGET | 2012-2013 YEAR TO DATE BUDGET | ADOPTED BUDGET 2013-2014 |
|---|---:|---:|---:|---:|---:|---:|
| 5 SUPPLIES | 2,912.79 | 3,117.06 | 2,833.44 | 3,467.69 | 3,671.15 | 3,081.00 |
| 6 SERVICES | 354,858.68 | 381,622.39 | 402,476.39 | 403,400.00 | 463,288.98 | 395,550.00 |
| 7 CAPITAL OUTLAY | 1,201.32 | .00 | 1,224.29 | 900.00 | 899.99 | 1,550.00 |
| TOTAL 15 ADMIN & FIN TREASURY | 1,175,244.16 | 1,205,040.37 | 1,191,532.60 | 1,336,544.44 | 1,237,598.91 | 1,292,324.00 |
| **16 DIVISION OF COLLECTIONS** | | | | | | |
| 1 PERSONAL SERVICES | .00 | .00 | .00 | .00 | .00 | .00 |
| 5 SUPPLIES | .00 | .00 | .00 | .00 | .00 | .00 |
| 6 SERVICES | .00 | .00 | .00 | .00 | .00 | .00 |
| 7 CAPITAL OUTLAY | .00 | .00 | .00 | .00 | .00 | .00 |
| TOTAL 16 DIVISION OF COLLECTIONS | .00 | .00 | .00 | .00 | .00 | .00 |
| **17 DIVISION OF PURCHASE** | | | | | | |
| 1 PERSONAL SERVICES | 1,405,272.37 | 1,225,555.30 | 1,131,591.51 | 1,501,793.20 | 1,089,774.69 | 1,478,007.20 |
| 4 TRAVEL AND MEMBERSHIPS | .00 | .00 | .00 | 1,055.00 | 100.00 | 725.00 |
| 5 SUPPLIES | 4,544,473.41 | 5,178,793.43 | 5,535,128.57 | 7,286,245.00 | 5,724,201.34 | 6,060,720.00 |
| 6 SERVICES | 334,220.91 | 249,503.39 | 255,348.38 | 301,485.00 | 273,838.53 | 326,767.00 |
| 7 CAPITAL OUTLAY | .00 | 11,377.94 | 63,255.91 | 29,500.00 | 26,733.88 | 8,685.00 |
| TOTAL 17 DIVISION OF PURCHASE | 6,283,966.69 | 6,665,230.06 | 6,985,324.37 | 9,120,078.20 | 7,114,648.44 | 7,874,904.20 |
| **20 POLICE** | | | | | | |
| 1 PERSONAL SERVICES | 74,492,986.88 | 73,706,004.91 | 73,734,532.35 | 76,242,877.56 | 73,669,613.22 | 76,789,588.63 |
| 3 UTILITIES | 17,520.22 | 18,705.86 | 19,718.64 | 131,884.00 | 21,362.21 | 138,202.00 |
| 4 TRAVEL AND MEMBERSHIPS | 4,087.51 | 5,414.02 | 7,887.87 | 7,200.00 | 7,430.93 | 5,000.00 |
| 5 SUPPLIES | 495,566.70 | 498,283.28 | 609,435.21 | 699,470.00 | 829,512.23 | 600,300.00 |
| 6 SERVICES | 1,887,416.80 | 1,787,614.28 | 1,507,785.85 | 1,154,734.00 | 1,586,195.15 | 937,544.00 |
| 7 CAPITAL OUTLAY | 111,779.92 | 848,009.39 | 521,148.02 | 196,703.00 | 160,553.52 | 1,081,500.00 |
| TOTAL 20 POLICE | 77,009,358.03 | 76,864,031.74 | 76,400,507.94 | 78,432,868.56 | 76,274,667.26 | 79,552,134.63 |
| **21 FIRE** | | | | | | |
| 1 PERSONAL SERVICES | 54,179,241.30 | 52,254,095.73 | 52,460,092.03 | 52,618,021.62 | 48,487,825.44 | 52,349,719.50 |
| 2 FRINGE BENEFITS | .00 | .00 | .00 | .00 | .00 | .00 |
| 3 UTILITIES | 4,379.81 | 3,821.67 | 3,839.54 | 4,200.00 | 4,100.00 | 4,200.00 |
| 4 TRAVEL AND MEMBERSHIPS | 5,087.44 | 9,247.36 | 3,131.42 | 9,203.00 | 7,739.65 | 8,225.00 |

CITY OF BUFFALO
GENERAL FUND
2013-2014 ADOPTED BUDGET

| 1000 GENERAL FUND | 2009-2010 ACTUAL AMOUNT | 2010-2011 ACTUAL BUDGET | 2011-2012 ACTUAL BUDGET | 2012-2013 ADOPTED BUDGET | 2012-2013 YEAR TO DATE BUDGET | ADOPTED BUDGET 2013-2014 |
|---|---|---|---|---|---|---|
| 5 SUPPLIES | 476,933.12 | 610,425.47 | 893,509.24 | 851,743.50 | 572,635.14 | 914,686.00 |
| 6 SERVICES | 492,175.84 | 484,640.02 | 451,080.89 | 649,567.00 | 394,138.73 | 604,851.00 |
| 7 CAPITAL OUTLAY | 67,640.51 | 192,197.02 | 213,020.81 | 481,200.00 | 539,674.66 | 211,238.00 |
| TOTAL 21 FIRE | 55,225,458.02 | 53,554,427.27 | 54,024,673.93 | 54,613,935.12 | 50,006,113.62 | 54,092,919.50 |
| **25 DEPARTMENT OF HUMAN RESOURCES** | | | | | | |
| 1 PERSONAL SERVICES | 895,948.62 | 936,136.76 | 981,257.01 | 1,275,442.00 | 858,667.49 | 1,260,353.00 |
| 4 TRAVEL AND MEMBERSHIPS | 234.04 | 100.00 | 1,173.21 | 2,414.00 | 100.00 | 1,714.00 |
| 5 SUPPLIES | 7,859.16 | 13,259.93 | 9,363.34 | 80,032.00 | 26,690.04 | 142,111.00 |
| 6 SERVICES | 4,292,938.36 | 3,905,267.68 | 4,546,247.12 | 4,855,193.00 | 4,190,118.34 | 4,011,113.19 |
| 7 CAPITAL OUTLAY | .00 | .00 | .00 | 25,000.00 | .00 | 420.00 |
| TOTAL 25 DEPARTMENT OF HUMAN RESOURCES | 5,196,980.18 | 4,854,764.37 | 5,538,040.68 | 6,238,081.00 | 5,075,575.87 | 5,415,711.19 |
| **30 DEPT OF PUB WORKS PARKS STS** | | | | | | |
| 1 PERSONAL SERVICES | 168,414.02 | 162,781.05 | 131,158.97 | 174,293.00 | 121,832.33 | 166,835.00 |
| 5 SUPPLIES | 223.84 | 32.00 | 193.41 | 200.00 | 199.85 | 200.00 |
| 6 SERVICES | 2,991,224.90 | 1,297,286.88 | 6,307.20 | 200.00 | .00 | 200.00 |
| 7 CAPITAL OUTLAY | .00 | .00 | .00 | .00 | .00 | .00 |
| TOTAL 30 DEPT OF PUB WORKS PARKS STS | 3,159,862.76 | 1,460,099.93 | 137,659.58 | 174,693.00 | 122,032.18 | 167,235.00 |
| **31 DIVISION OF ENGINEERING** | | | | | | |
| 1 PERSONAL SERVICES | 3,488,360.09 | 3,514,921.38 | 3,182,617.08 | 4,039,864.00 | 3,266,412.28 | 3,598,910.78 |
| 3 UTILITIES | .00 | .00 | .00 | .00 | .00 | .00 |
| 4 TRAVEL AND MEMBERSHIPS | .00 | .00 | .00 | .00 | .00 | .00 |
| 5 SUPPLIES | 317,942.95 | 523,557.67 | 346,099.38 | 374,800.00 | 334,469.64 | 323,400.00 |
| 6 SERVICES | 1,311,067.51 | 532,215.45 | 337,348.72 | 677,915.00 | 533,478.55 | 735,315.00 |
| 7 CAPITAL OUTLAY | 834,439.77 | 241,999.46 | 163,282.00 | 313,000.00 | 555,936.00 | 252,050.00 |
| TOTAL 31 DIVISION OF ENGINEERING | 5,951,810.32 | 4,812,693.96 | 4,029,347.18 | 5,405,579.00 | 4,690,296.47 | 4,909,675.78 |
| **32 DIVISION OF BUILDINGS** | | | | | | |
| 1 PERSONAL SERVICES | 3,149,178.56 | 3,235,941.43 | 3,238,111.20 | 3,685,580.00 | 3,202,810.90 | 3,425,815.37 |
| 3 UTILITIES | 988,402.12 | 13,670.14 | 4,223.03 | 12,000.00 | 4,166.51 | .00 |
| 4 TRAVEL AND MEMBERSHIPS | .00 | .00 | .00 | .00 | .00 | .00 |
| 5 SUPPLIES | 316,628.70 | 253,709.66 | 203,471.75 | 282,149.53 | 265,949.42 | 234,825.00 |

CITY OF BUFFALO
GENERAL FUND
2013-2014 ADOPTED BUDGET

| 1000 GENERAL FUND | 2009-2010 ACTUAL AMOUNT | 2010-2011 ACTUAL BUDGET | 2011-2012 ACTUAL BUDGET | 2012-2013 ADOPTED BUDGET | 2012-2013 YEAR TO DATE BUDGET | ADOPTED BUDGET 2013-2014 |
|---|---|---|---|---|---|---|
| 6 SERVICES | 1,674,172.79 | 1,635,819.83 | 1,797,340.62 | 1,671,843.56 | 1,984,971.80 | 1,487,794.20 |
| 7 CAPITAL OUTLAY | 30,840.92 | 155,513.28 | 74,258.00 | 171,049.00 | 42,874.78 | 66,000.00 |
| TOTAL 32 DIVISION OF BUILDINGS | 6,159,223.09 | 5,294,654.34 | 5,317,404.60 | 5,822,622.09 | 5,500,773.41 | 5,214,434.57 |
| 33 TELECOMM UTILITIES/FRANCHISES | | | | | | |
| 1 PERSONAL SERVICES | 98,740.40 | 65,156.90 | 105,611.67 | 106,145.00 | 70,126.45 | 105,285.00 |
| 3 UTILITIES | .00 | .00 | .00 | .00 | .00 | .00 |
| 4 TRAVEL AND MEMBERSHIPS | .00 | .00 | .00 | .00 | .00 | .00 |
| 5 SUPPLIES | 1,244.78 | 929.50 | 676.79 | 2,000.00 | 2,907.38 | 2,000.00 |
| 6 SERVICES | 174,003.48 | 201,091.60 | 173,514.15 | 185,000.00 | 195,752.84 | 186,000.00 |
| 7 CAPITAL OUTLAY | 3,797.00 | .00 | .00 | 15,000.00 | 14,580.50 | 12,000.00 |
| TOTAL 33 TELECOMM UTILITIES/FRANCHISES | 277,785.66 | 267,178.00 | 279,802.61 | 308,145.00 | 283,367.17 | 305,285.00 |
| 34 DEMOLITIONS | | | | | | |
| 1 PERSONAL SERVICES | .00 | .00 | .00 | .00 | .00 | .00 |
| 5 SUPPLIES | .00 | .00 | .00 | .00 | .00 | .00 |
| 6 SERVICES | .00 | .00 | .00 | .00 | .00 | .00 |
| 7 CAPITAL OUTLAY | .00 | .00 | .00 | .00 | .00 | .00 |
| TOTAL 34 DEMOLITIONS | .00 | .00 | .00 | .00 | .00 | .00 |
| 40 HUMAN SERV PARKS & REC ADMIN | | | | | | |
| 1 PERSONAL SERVICES | 42,595.98 | 214,540.58 | 191,183.05 | 170,151.00 | 169,840.24 | 171,997.05 |
| 3 UTILITIES | 742.24 | 44.38 | 175.00 | 500.00 | .00 | 250.00 |
| 4 TRAVEL AND MEMBERSHIPS | .00 | .00 | .00 | .00 | .00 | .00 |
| 5 SUPPLIES | 1,599.52 | 1,380.34 | 1,990.21 | 2,000.00 | 1,998.44 | 2,000.00 |
| 6 SERVICES | 64.00 | 287.99 | 370.22 | 500.00 | 456.58 | 500.00 |
| 7 CAPITAL OUTLAY | .00 | .00 | .00 | .00 | .00 | .00 |
| TOTAL 40 HUMAN SERV PARKS & REC ADMIN | 45,001.74 | 216,253.29 | 193,718.48 | 173,151.00 | 172,295.26 | 174,747.05 |
| 41 H SERV PARKS & REC PARKS | | | | | | |
| 1 PERSONAL SERVICES | 459,742.91 | 1,120,112.78 | 1,383,072.49 | 1,693,595.00 | 1,456,476.85 | 1,660,228.00 |
| 3 UTILITIES | .00 | .00 | .00 | .00 | .00 | .00 |
| 4 TRAVEL AND MEMBERSHIPS | .00 | .00 | .00 | .00 | .00 | .00 |
| 5 SUPPLIES | 40,797.71 | 68,990.53 | 55,148.71 | 59,500.00 | 60,021.74 | 54,800.00 |

CITY OF BUFFALO
GENERAL FUND
2013-2014 ADOPTED BUDGET

| 1000 GENERAL FUND | 2009-2010 ACTUAL AMOUNT | 2010-2011 ACTUAL BUDGET | 2011-2012 ACTUAL BUDGET | 2012-2013 ADOPTED BUDGET | 2012-2013 YEAR TO DATE BUDGET | ADOPTED BUDGET 2013-2014 |
|---|---|---|---|---|---|---|
| 6 SERVICES | 26,811.72 | 12,329.20 | 73,726.50 | 252,500.00 | 426,402.25 | 251,500.00 |
| 7 CAPITAL OUTLAY | 467,285.13 | 1,445,780.71 | .00 | .00 | .00 | .00 |
| 8 OTHER | .00 | .00 | .00 | .00 | .00 | .00 |
| TOTAL 41 H SERV PARKS & REC PARKS | 994,637.47 | 2,647,213.22 | 1,511,947.70 | 2,005,595.00 | 1,942,900.84 | 1,966,528.00 |
| **42 H SERV PARKS & REC RECREATION** | | | | | | |
| 1 PERSONAL SERVICES | 529,451.47 | 1,492,953.90 | 1,678,241.10 | 1,627,899.00 | 1,649,677.92 | 1,624,305.91 |
| 3 UTILITIES | .00 | .00 | .00 | .00 | .00 | .00 |
| 5 SUPPLIES | 40,979.26 | 73,889.33 | 48,062.74 | 56,925.00 | 59,812.64 | 54,925.00 |
| 6 SERVICES | 62,105.12 | 1,482,296.29 | 1,399,052.50 | 1,396,210.15 | 1,384,473.59 | 1,404,211.00 |
| 7 CAPITAL OUTLAY | .00 | .00 | .00 | 5,000.00 | .00 | .00 |
| TOTAL 42 H SERV PARKS & REC RECREATION | 632,535.85 | 3,049,139.52 | 3,125,356.34 | 3,086,034.15 | 3,093,964.15 | 3,083,441.91 |
| **43 H SERV PARKS & REC SR CITIZENS** | | | | | | |
| 1 PERSONAL SERVICES | .00 | .00 | .00 | .00 | .00 | .00 |
| 3 UTILITIES | .00 | .00 | .00 | .00 | .00 | .00 |
| 5 SUPPLIES | .00 | .00 | .00 | .00 | .00 | .00 |
| 6 SERVICES | .00 | .00 | .00 | .00 | .00 | .00 |
| 7 CAPITAL OUTLAY | .00 | .00 | .00 | .00 | .00 | .00 |
| TOTAL 43 H SERV PARKS & REC SR CITIZENS | .00 | .00 | .00 | .00 | .00 | .00 |
| **44 H SERV PARKS & REC SUBST ABUSE** | | | | | | |
| 1 PERSONAL SERVICES | .00 | .00 | .00 | .00 | .00 | .00 |
| 3 UTILITIES | .00 | .00 | .00 | .00 | .00 | .00 |
| 4 TRAVEL AND MEMBERSHIPS | .00 | .00 | .00 | .00 | .00 | .00 |
| 5 SUPPLIES | .00 | .00 | .00 | .00 | .00 | .00 |
| 6 SERVICES | .00 | .00 | .00 | .00 | .00 | .00 |
| 7 CAPITAL OUTLAY | .00 | .00 | .00 | .00 | .00 | .00 |
| TOTAL 44 H SERV PARKS & REC SUBST ABUSE | .00 | .00 | .00 | .00 | .00 | .00 |
| **45 BUREAU OF FORESTRY** | | | | | | |
| 1 PERSONAL SERVICES | 104,784.36 | 213,310.97 | 192,365.99 | 261,901.00 | 194,993.96 | 262,546.00 |
| 4 TRAVEL AND MEMBERSHIPS | .00 | .00 | .00 | .00 | .00 | .00 |
| 5 SUPPLIES | 8,946.54 | 6,219.71 | 5,628.25 | 5,875.00 | 6,005.81 | 5,875.00 |

CITY OF BUFFALO
GENERAL FUND
2013-2014 ADOPTED BUDGET

| 1000 GENERAL FUND | 2009-2010 ACTUAL AMOUNT | 2010-2011 ACTUAL BUDGET | 2011-2012 ACTUAL BUDGET | 2012-2013 ADOPTED BUDGET | 2012-2013 YEAR TO DATE BUDGET | ADOPTED BUDGET 2013-2014 |
|---|---:|---:|---:|---:|---:|---:|
| 6 SERVICES | 9,361.70 | 43,729.30 | 218,913.06 | 259,500.00 | 567,578.64 | 234,500.00 |
| 7 CAPITAL OUTLAY | .00 | .00 | .00 | 2,000.00 | .00 | .00 |
| TOTAL 45 BUREAU OF FORESTRY | 123,092.60 | 263,259.98 | 416,907.30 | 529,276.00 | 768,578.41 | 502,921.00 |
| **46 H SERV PARKS & REC YOUTH** | | | | | | |
| 1 PERSONAL SERVICES | .00 | .00 | .00 | .00 | .00 | .00 |
| 3 UTILITIES | .00 | .00 | .00 | .00 | .00 | .00 |
| 4 TRAVEL AND MEMBERSHIPS | .00 | .00 | .00 | .00 | .00 | .00 |
| 5 SUPPLIES | .00 | .00 | .00 | .00 | .00 | .00 |
| 6 SERVICES | .00 | .00 | .00 | .00 | .00 | .00 |
| 7 CAPITAL OUTLAY | .00 | .00 | .00 | .00 | .00 | .00 |
| TOTAL 46 H SERV PARKS & REC YOUTH | .00 | .00 | .00 | .00 | .00 | .00 |
| **50 STREET SANITATION** | | | | | | |
| 1 PERSONAL SERVICES | 5,529,930.98 | 6,236,905.26 | 5,755,169.23 | 6,991,828.00 | 6,522,592.20 | 6,767,428.56 |
| 2 FRINGE BENEFITS | .00 | .00 | .00 | .00 | .00 | .00 |
| 3 UTILITIES | .00 | .00 | .00 | .00 | .00 | .00 |
| 4 TRAVEL AND MEMBERSHIPS | .00 | .00 | .00 | .00 | .00 | .00 |
| 5 SUPPLIES | 1,226,443.22 | 1,585,268.36 | 1,047,290.09 | 880,300.00 | 927,253.52 | 877,825.00 |
| 6 SERVICES | 115,555.09 | 1,321,649.17 | 383,774.95 | 293,210.00 | 288,881.81 | 321,350.00 |
| 7 CAPITAL OUTLAY | 49,202.53 | 946,584.22 | 902,396.68 | 693,117.00 | 808,494.62 | 1,135,110.00 |
| TOTAL 50 STREET SANITATION | 6,921,131.82 | 10,090,407.01 | 8,088,630.95 | 8,858,455.00 | 8,547,222.15 | 9,101,713.56 |
| **52 ANIMAL SHELTER** | | | | | | |
| 1 PERSONAL SERVICES | 720,476.49 | 706,021.28 | 673,536.89 | 783,638.00 | 680,785.15 | 752,486.00 |
| 4 TRAVEL AND MEMBERSHIPS | .00 | .00 | .00 | .00 | .00 | .00 |
| 5 SUPPLIES | 24,069.09 | 26,201.22 | 21,862.41 | 34,350.00 | 30,166.45 | 34,750.00 |
| 6 SERVICES | 72,696.14 | 148,576.14 | 128,199.91 | 145,300.00 | 143,933.74 | 140,300.00 |
| 7 CAPITAL OUTLAY | 6,480.80 | .00 | 18,549.40 | 2,000.00 | .00 | .00 |
| TOTAL 52 ANIMAL SHELTER | 823,722.52 | 880,798.64 | 842,148.61 | 965,288.00 | 854,885.34 | 927,536.00 |
| **55 DEPT OF COMMUNITY SERVICES** | | | | | | |
| 1 PERSONAL SERVICES | 3,208,958.17 | 3,009,451.83 | 2,211,475.42 | 2,699,196.33 | 1,266,685.21 | 1,669,924.04 |
| 3 UTILITIES | 23,805.20 | 15,477.23 | 477.85 | 6,300.00 | 1,266.11 | 1,500.00 |

```
                                              CITY OF BUFFALO
                                               GENERAL FUND
                                           2013-2014 ADOPTED BUDGET

                                 2009-2010       2010-2011       2011-2012       2012-2013       2012-2013       ADOPTED
                                 ACTUAL          ACTUAL          ACTUAL          ADOPTED         YEAR TO DATE    BUDGET
1000 GENERAL FUND                AMOUNT          BUDGET          BUDGET          BUDGET          BUDGET          2013-2014
-----------------------------------------------------------------------------------------------------------------------------
   4 TRAVEL AND MEMBERSHIPS         2,753.38          629.95           80.00           80.00           80.00           80.00
   5 SUPPLIES                      54,512.34       32,621.47       29,337.57       31,985.00       34,750.66       31,800.00
   6 SERVICES                     543,198.85      338,428.37      258,780.29      494,471.00    1,726,701.54    1,834,852.00
   7 CAPITAL OUTLAY                      .00             .00             .00             .00       19,912.82             .00

TOTAL 55 DEPT OF COMMUNITY SERVICES 3,833,227.94  3,396,608.85    2,500,151.13    3,232,032.33    3,049,396.34    3,538,156.04

60 COMMUNITY DEVELOPMENT
-------------------------------

   1 PERSONAL SERVICES                    .00             .00             .00             .00             .00             .00
   4 TRAVEL AND MEMBERSHIPS               .00             .00             .00             .00             .00             .00
   5 SUPPLIES                             .00             .00             .00             .00             .00             .00
   6 SERVICES                             .00             .00             .00             .00             .00             .00
   7 CAPITAL OUTLAY                       .00             .00             .00             .00             .00             .00

TOTAL 60 COMMUNITY DEVELOPMENT           .00             .00             .00             .00             .00             .00

61 COMM DEVEL PLANNING
-------------------------------

   1 PERSONAL SERVICES                    .00             .00             .00             .00             .00             .00
   4 TRAVEL AND MEMBERSHIPS               .00             .00             .00             .00             .00             .00
   5 SUPPLIES                             .00             .00             .00             .00             .00             .00
   6 SERVICES                             .00             .00             .00             .00             .00             .00
   7 CAPITAL OUTLAY                       .00             .00             .00             .00             .00             .00

TOTAL 61 COMM DEVEL PLANNING             .00             .00             .00             .00             .00             .00

62 COMM DEVEL NEIGHBORHOODS
-------------------------------

   1 PERSONAL SERVICES                    .00             .00             .00             .00             .00             .00
   3 UTILITIES                            .00             .00             .00             .00             .00             .00
   5 SUPPLIES                             .00             .00             .00             .00             .00             .00
   6 SERVICES                             .00             .00             .00             .00             .00             .00
   7 CAPITAL OUTLAY                       .00             .00             .00             .00             .00             .00

TOTAL 62 COMM DEVEL NEIGHBORHOODS        .00             .00             .00             .00             .00             .00

63 COMM DEVEL HOUSNG & INSP
-------------------------------

   1 PERSONAL SERVICES                    .00             .00             .00             .00             .00             .00
   4 TRAVEL AND MEMBERSHIPS               .00             .00             .00             .00             .00             .00
   5 SUPPLIES                             .00             .00             .00             .00             .00             .00
```

```
                              CITY OF BUFFALO
                               GENERAL FUND
                          2013-2014 ADOPTED BUDGET

                          2009-2010      2010-2011      2011-2012      2012-2013      2012-2013       ADOPTED
                          ACTUAL         ACTUAL         ACTUAL         ADOPTED        YEAR TO DATE    BUDGET
1000 GENERAL FUND         AMOUNT         BUDGET         BUDGET         BUDGET         BUDGET          2013-2014
---------------------------------------------------------------------------------------------------------------

    6 SERVICES                    .00            .00            .00            .00            .00             .00
    7 CAPITAL OUTLAY        79,005.00            .00            .00            .00            .00             .00

TOTAL 63 COMM DEVEL HOUSNG & INSP  79,005.00            .00            .00            .00            .00             .00

64 COMM DEVEL DEVELOPMENT
-------------------------

    1 PERSONAL SERVICES            .00            .00            .00            .00            .00             .00
    5 SUPPLIES                     .00            .00            .00            .00            .00             .00

TOTAL 64 COMM DEVEL DEVELOPMENT           .00            .00            .00            .00            .00             .00

65 PERMIT & INSPECTION SERVICES
-------------------------------

    1 PERSONAL SERVICES     4,831,525.40   4,765,905.72   4,725,628.33   4,979,229.00   4,374,160.87    4,860,531.00
    4 TRAVEL AND MEMBERSHIPS         .00         300.00         150.00         450.00      16,435.00       16,150.00
    5 SUPPLIES                 7,683.59       8,683.47       7,999.82      11,350.00      10,068.83       10,700.00
    6 SERVICES               332,769.65     192,679.02     182,392.73     201,265.00     163,972.78      186,860.00
    7 CAPITAL OUTLAY       5,446,254.63     849,891.64     496,525.00     500,000.00     478,569.00      500,000.00

TOTAL 65 PERMIT & INSPECTION SERVICES  10,618,233.27   5,817,459.85   5,412,695.88   5,692,294.00   5,043,206.48    5,574,241.00

71 GENERAL CITY GRANTS IN AID
-----------------------------

    6 SERVICES                     .00            .00     483,097.66     200,000.00     757,979.84      250,000.00

TOTAL 71 GENERAL CITY GRANTS IN AID       .00            .00     483,097.66     200,000.00     757,979.84      250,000.00

72 GENERAL CITY MISCELLANEOUS
-----------------------------

    3 UTILITIES          15,093,774.87  17,514,879.56  16,054,797.93  17,018,739.96  16,134,601.39   16,826,000.00
    6 SERVICES            1,949,534.28   1,935,289.08   1,938,051.17   1,966,500.00   1,367,837.87    1,416,500.00
    7 CAPITAL OUTLAY             .00            .00            .00     400,000.00     400,000.00             .00
    8 OTHER               8,284,754.22   5,890,064.81   3,271,708.36   4,150,000.00   3,543,676.51    2,880,000.00

TOTAL 72 GENERAL CITY MISCELLANEOUS  25,328,063.37  25,340,233.45  21,264,557.46  23,535,239.96  21,446,115.77   21,122,500.00

73 GENERAL CITY FRINGE BENEFITS
-------------------------------

    1 PERSONAL SERVICES     2,773,037.75   2,610,817.68   2,652,999.70   2,700,000.00   2,784,695.02    2,700,000.00
    2 FRINGE BENEFITS     114,011,789.07 125,302,557.41 137,102,550.24 141,808,720.00 114,032,549.05  146,190,500.00

TOTAL 73 GENERAL CITY FRINGE BENEFITS 116,784,826.82 127,913,375.09 139,755,549.94 144,508,720.00 116,817,244.07  148,890,500.00

74 GENERAL CITY DEBT SERV&RELATED
---------------------------------
```

CITY OF BUFFALO
GENERAL FUND
2013-2014 ADOPTED BUDGET

| 1000 GENERAL FUND | 2009-2010 ACTUAL AMOUNT | 2010-2011 ACTUAL BUDGET | 2011-2012 ACTUAL BUDGET | 2012-2013 ADOPTED BUDGET | 2012-2013 YEAR TO DATE BUDGET | ADOPTED BUDGET 2013-2014 |
|---|---|---|---|---|---|---|
| 8 OTHER | 897,612.30 | 891,103.26 | 866,735.79 | 898,900.42 | 833,017.08 | 896,900.42 |
| TOTAL 74 GENERAL CITY DEBT SERV&RELATED | 897,612.30 | 891,103.26 | 866,735.79 | 898,900.42 | 833,017.08 | 896,900.42 |
| 75 GENERAL CITY INTERFD TRANSFERS | | | | | | |
| 8 OTHER | 103,512,801.36 | 105,746,821.00 | 108,254,787.64 | 105,454,653.00 | 105,454,653.00 | 105,084,240.65 |
| TOTAL 75 GENERAL CITY INTERFD TRANSFERS | 103,512,801.36 | 105,746,821.00 | 108,254,787.64 | 105,454,653.00 | 105,454,653.00 | 105,084,240.65 |
| TOTAL CITY OF BUFFALO BUDGETREV | 450,451,408.01 | 461,385,772.71 | 466,811,372.14 | 482,621,621.65 | 439,017,849.65 | 482,534,741.32 |