# Exhibit 132



City of Buffalo
Adopted Budget 2016-2017
General Fund

| | 2012-2013 Actual Amount | 2013-2014 Actual Amount | 2014-2015 Actual Amount | 2015-2016 Adopted Budget | 2015-2016 Year To Date 6/15/2016 | 2016-2017 Adopted Budget |
|---|---|---|---|---|---|---|
| 01 TOTAL COMMON COUNCIL | 1,865,766.08 | 1,853,183.10 | 1,999,813.18 | 2,069,941.00 | 1,598,674.60 | 2,180,568.00 |
| 02 TOTAL CITY CLERK | 2,158,907.16 | 2,445,679.21 | 2,283,702.54 | 2,570,711.00 | 1,673,061.98 | 2,679,990.32 |
| 03 TOTAL MAYOR & EXECUTIVE | 2,324,478.38 | 2,399,013.32 | 2,997,081.44 | 3,474,061.60 | 2,663,087.77 | 5,118,404.75 |
| 04 TOTAL AUDIT & CONTROL | 2,580,219.08 | 2,752,563.92 | 2,926,632.63 | 3,335,430.00 | 2,544,905.33 | 3,427,225.00 |
| 05 TOTAL LAW | 3,200,303.84 | 3,081,011.33 | 3,133,519.91 | 4,027,872.83 | 2,467,999.75 | 3,890,513.00 |
| 06 TOTAL ASSESSMENT | 1,626,851.73 | 1,527,368.64 | 1,881,422.41 | 3,950,892.00 | 2,646,518.14 | 3,566,002.00 |
| 08 TOTAL MANAGEMENT INFORMATION SYSTEMS | 2,993,581.18 | 2,956,963.86 | 3,403,188.57 | 4,388,865.00 | 2,719,917.58 | 3,892,793.56 |
| 11 TOTAL ADMIN & FINANCE BUDGET | 479,113.47 | 460,262.49 | 449,092.06 | 899,603.00 | 428,491.97 | 864,454.00 |
| 14 TOTAL PARKING ENFORCEMNT | 2,091,975.67 | 2,222,602.28 | 2,404,214.43 | 2,949,309.80 | 1,922,821.53 | 3,022,667.40 |
| 15 TOTAL ADMIN & FIN TREASURY | 1,238,515.63 | 1,256,844.84 | 1,270,328.79 | 1,296,761.00 | 972,329.45 | 1,401,155.00 |
| 17 TOTAL DIVISION OF PURCHASE | 6,829,160.06 | 7,445,443.32 | 6,824,535.39 | 8,505,695.37 | 4,809,929.92 | 8,109,005.00 |
| 20 TOTAL POLICE | 77,122,211.72 | 80,657,990.20 | 80,932,198.56 | 80,322,158.15 | 67,727,753.31 | 88,261,210.63 |
| 21 TOTAL FIRE | 50,944,855.17 | 58,901,435.73 | 62,469,961.64 | 59,033,960.44 | 48,795,155.65 | 59,200,708.27 |
| 25 TOTAL DEPARTMENT OF HUMAN RESOURCES | 4,466,886.25 | 4,373,127.68 | 4,235,061.80 | 5,472,707.19 | 3,177,980.24 | 5,386,160.00 |
| 30 TOTAL DEPT OF PUB WORKS PARKS STS | 124,534.28 | 139,777.21 | 138,776.05 | 194,862.00 | 122,721.92 | 320,946.00 |
| 31 TOTAL DIVISION OF ENGINEERING | 4,129,636.43 | 4,705,431.13 | 4,200,385.18 | 5,440,273.00 | 3,159,758.10 | 5,183,123.00 |
| 32 TOTAL DIVISION OF BUILDINGS | 5,148,396.55 | 5,421,144.37 | 6,210,836.17 | 6,122,924.85 | 4,800,431.47 | 6,316,064.60 |
| 33 TOTAL TELECOMM UTILITIES/FRANCHISES | 278,437.96 | 263,396.66 | 291,384.02 | 321,658.00 | 254,330.52 | 281,898.00 |
| 40 TOTAL HUMAN SERV PARKS & REC ADMIN | 176,743.51 | 175,905.69 | 186,047.23 | 195,376.00 | 149,004.83 | 198,872.00 |
| 41 TOTAL H SERV PARKS & REC PARKS | 1,796,054.84 | 1,885,975.94 | 1,773,134.49 | 1,824,128.00 | 1,257,034.05 | 2,070,690.00 |
| 42 TOTAL H SERV PARKS & REC RECREATION | 3,116,147.99 | 3,051,309.57 | 3,214,429.47 | 3,441,121.00 | 2,833,948.23 | 3,526,565.00 |
| 45 TOTAL BUREAU OF FORESTRY | 703,590.38 | 334,055.66 | 537,691.13 | 473,474.00 | 294,869.32 | 703,324.00 |
| 50 TOTAL STREET SANITATION | 7,323,128.97 | 8,628,756.42 | 8,804,152.90 | 9,376,537.00 | 7,602,080.18 | 10,122,439.00 |
| 52 TOTAL ANIMAL SHELTER | 870,357.09 | 857,959.46 | 908,011.95 | 987,402.00 | 662,577.52 | 1,058,969.00 |
| 55 TOTAL DEPT OF COMMUNITY SERVICES | 2,782,897.00 | 2,703,537.20 | 3,174,952.49 | 4,086,636.50 | 2,725,473.53 | 4,288,869.32 |
| 65 TOTAL PERMIT & INSPECTION SERVICES | 5,372,001.87 | 6,483,451.31 | 5,049,052.90 | 5,611,828.00 | 4,418,572.41 | 6,497,474.00 |
| 71 TOTAL GENERAL CITY GRANTS IN AID | 761,699.52 | 38,000.00 | 387,000.00 | 795,000.00 | 219,000.00 | 895,000.00 |
| 72 TOTAL GENERAL CITY MISCELLANEOUS | 25,295,799.36 | 25,476,374.58 | 21,913,240.46 | 22,016,500.00 | 13,559,281.60 | 22,016,500.00 |
| 73 TOTAL GENERAL CITY FRINGE BENEFITS | 138,902,689.32 | 148,368,071.46 | 141,418,670.24 | 151,223,959.36 | 97,676,355.53 | 140,890,189.00 |
| 74 TOTAL GENERAL CITY DEBT SERV&RELATED | 831,100.42 | 812,005.42 | 845,162.99 | 112,000.00 | 341,536.82 | 390,316.32 |
| 75 TOTAL GENERAL CITY INTERFD TRANSFERS | 106,279,432.00 | 105,504,820.00 | 104,035,279.13 | 98,689,375.00 | 87,198,117.67 | 98,178,812.00 |
| **GRAND TOTAL** | **463,815,472.91** | **487,183,462.00** | **480,298,960.15** | **493,211,023.09** | **371,423,720.92** | **493,940,908.17** |



City of Buffalo
Adopted Budget 2016-2017
General Fund

| | 2012-2013 Actual Amount | 2013-2014 Actual Amount | 2014-2015 Actual Amount | 2015-2016 Adopted Budget | 2015-2016 Year To Date 6/15/2016 | 2016-2017 Adopted Budget |
|---|---:|---:|---:|---:|---:|---:|
| **1 TOTAL PERSONAL SERVICES** | 166,575,272.93 | 178,096,856.24 | 183,511,193.74 | 185,568,482.24 | 171,310,870.97 | 196,161,835.26 |
| 411000 SALARIES GENERAL GRANTS ONLY | -1,282,986.89 | -905,097.44 | -830,320.46 | 0.00 | 0.00 | 0.00 |
| 411001 ANNUAL SALARY | 119,046,878.86 | 124,000,071.78 | 126,318,731.76 | 143,548,309.00 | 122,440,443.42 | 150,766,765.00 |
| 411002 DUTY DISABILITY SALARY | 8,368,502.43 | 10,347,855.60 | 9,438,541.95 | 5,000,000.00 | 9,032,414.25 | 5,226,000.00 |
| 412001 SEASONAL SALARY | 1,033,617.74 | 1,005,086.93 | 995,334.08 | 1,153,680.00 | 838,744.86 | 1,000,000.00 |
| 412002 HOURLY SALARY | 3,555,452.41 | 3,550,958.60 | 3,088,584.70 | 3,579,219.90 | 2,478,112.73 | 3,499,838.40 |
| 413001 OVERTIME | 21,865,202.78 | 25,226,404.66 | 29,891,316.07 | 17,509,370.00 | 23,629,688.30 | 20,221,970.00 |
| 413002 HOLIDAY | 3,115,398.00 | 3,266,429.87 | 3,291,590.06 | 3,546,286.40 | 3,401,525.20 | 3,568,296.00 |
| 413003 ACTING TIME | 472,418.20 | 329,811.38 | 271,960.60 | 284,339.00 | 365,022.33 | 321,100.00 |
| 413004 SHIFT DIFFERENTIAL | 165,100.74 | 170,817.38 | 201,046.72 | 179,250.00 | 211,251.20 | 223,800.00 |
| 413005 COURT TIME | 3,779,542.36 | 3,379,615.46 | 3,124,710.75 | 3,020,500.00 | 2,957,405.08 | 3,118,000.00 |
| 413006 INFORMATION EXCHANGE | 8,997.76 | 10,004.14 | 13,304.97 | 7,500.00 | 12,937.48 | 7,500.00 |
| 414001 LONGEVITY | 3,621,477.71 | 4,902,907.94 | 4,769,020.01 | 4,828,080.00 | 4,601,435.83 | 5,083,630.00 |
| 414002 EDUCATIONAL INCENTIVE | 361,891.57 | 385,757.77 | 377,924.53 | 408,000.00 | 410,758.60 | 415,300.00 |
| 414004 IN LIEU OF SUMMER HOURS | 67,599.90 | 65,045.05 | 78,119.49 | 710.00 | 0.00 | 0.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 1,496,233.61 | 1,493,631.56 | 1,610,803.58 | 1,550,335.94 | 60,646.96 | 1,762,661.29 |
| 414028 VACATION BUYOUT | 0.00 | 0.00 | 0.00 | 0.00 | 33,840.40 | 33,956.57 |
| 415001 AUTOMOBILE ALLOWANCE | 384,565.50 | 373,720.66 | 363,271.04 | 403,622.00 | 330,216.30 | 373,588.00 |
| 415002 CLOTHING ALLOWANCE | 479,084.00 | 456,705.00 | 472,925.00 | 509,430.00 | 474,795.00 | 499,780.00 |
| 415003 TOOL ALLOWANCE | 18,850.00 | 19,150.00 | 18,500.00 | 21,850.00 | 18,300.00 | 21,650.00 |
| 415004 DOG ALLOWANCE | 17,446.25 | 17,979.90 | 15,828.89 | 18,000.00 | 13,333.03 | 18,000.00 |
| **2 TOTAL FRINGE BENEFITS** | 136,035,447.68 | 143,912,922.08 | 136,403,625.40 | 146,223,959.36 | 115,782,884.27 | 135,664,189.00 |
| 421001 HEALTH INSURANCE RETIRED | 38,008,832.77 | 41,194,205.20 | 42,124,371.18 | 41,635,551.00 | 40,027,658.05 | 36,083,000.00 |
| 421002 HEALTH INSURANCE ACTIVE | 28,404,458.40 | 28,649,442.44 | 28,800,016.31 | 31,272,128.36 | 30,938,485.05 | 32,400,000.00 |
| 421003 GROUP LIFE INSURANCE | 104,587.79 | 118,224.74 | 161,240.74 | 150,000.00 | 155,158.87 | 170,000.00 |
| 421004 GROUP DENTAL INSURANCE | 1,699,279.76 | 1,658,376.54 | 1,684,211.08 | 1,950,000.00 | 1,521,943.13 | 1,850,000.00 |
| 421005 IN LIEU OF HEALTH INSURANCE | 292,033.30 | 282,736.58 | 312,220.99 | 290,000.00 | 47,239.15 | 300,000.00 |
| 421006 DISABILITY INSURANCE | 37,367.68 | 34,419.84 | 37,430.40 | 55,000.00 | 41,095.68 | 55,000.00 |
| 421007 UNION OPTICAL COVERAGE | 150,000.00 | 150,000.00 | 150,000.00 | 150,000.00 | 150,000.00 | 150,000.00 |
| 421008 EXCISE TAX HEALTH INS-RETIRE | 0.00 | 5,476.96 | 10,979.06 | 0.00 | 0.00 | 0.00 |
| 421009 EXCISE TAX HEALTH INS-ACTIVE | 0.00 | 4,688.47 | 9,316.14 | 0.00 | 0.00 | 0.00 |
| 421024 UNION FUNERAL EXPENSE FUND | 0.00 | 0.00 | 0.00 | 12,500.00 | 0.00 | 12,500.00 |
| 422000 FICA & MEDICARE | 12,931,541.09 | 12,702,731.94 | 13,643,882.07 | 12,700,000.00 | 12,031,689.73 | 14,000,000.00 |
| 423001 NYS EMPLOYEE RETIREMENT | 9,030,752.49 | 10,248,959.74 | 10,049,904.61 | 12,200,000.00 | 5,174,198.00 | 11,734,909.00 |
| 423002 NYS POLICE&FIRE RETIREMENT | 30,515,684.77 | 36,545,607.72 | 29,633,340.59 | 32,000,000.00 | 20,937,831.00 | 34,000,000.00 |
| 423003 CITY POLICE PENSION | 33,780.00 | 28,803.36 | 22,560.00 | 22,560.00 | 20,680.00 | 22,560.00 |
| 423004 CITY FIRE PENSION | 11,220.00 | 11,220.00 | 11,213.44 | 11,220.00 | 10,285.00 | 11,220.00 |
| 425000 NYS UNEMPLOYMENT INSURANCE | 321,439.28 | 261,571.80 | 269,205.42 | 300,000.00 | 157,450.90 | 300,000.00 |
| 426000 WORKERS COMPENSATION | 2,969,086.32 | 2,827,175.28 | 3,334,697.74 | 3,300,000.00 | 3,131,366.27 | 3,300,000.00 |
| 429001 SELF INSURE ADMINISTRATION FEE | 79,590.00 | 66,339.50 | 68,177.50 | 75,000.00 | 69,107.00 | 75,000.00 |
| 429002 SELF INSURE CLAIMS | 544,883.52 | 783,430.00 | 750,000.00 | 800,000.00 | 800,000.00 | 800,000.00 |



City of Buffalo
Adopted Budget 2016-2017
General Fund

| | 2012-2013 Actual Amount | 2013-2014 Actual Amount | 2014-2015 Actual Amount | 2015-2016 Adopted Budget | 2015-2016 Year To Date 6/15/2016 | 2016-2017 Adopted Budget |
|---|---:|---:|---:|---:|---:|---:|
| **2 TOTAL FRINGE BENEFITS** | 136,035,447.68 | 143,912,922.08 | 136,403,625.40 | 146,223,959.36 | 115,782,884.27 | 135,664,189.00 |
| 429003 UNUSED SICK LEAVE | 502,630.51 | 541,202.05 | 660,213.86 | 300,000.00 | 568,696.44 | 400,000.00 |
| 429004 VACATION SEVERANCE | 0.00 | 16,015.58 | 0.00 | 0.00 | 0.00 | 0.00 |
| 429005 SALARY ADJUSTMENT | 10,398,280.00 | 7,782,294.34 | 4,670,644.27 | 9,000,000.00 | 0.00 | 0.00 |
| **3 TOTAL UTILITIES** | 16,554,980.34 | 16,997,110.86 | 16,895,003.21 | 17,966,036.00 | 17,763,202.42 | 18,095,226.00 |
| 441001 NATURAL GAS | 1,305,834.21 | 1,793,826.05 | 1,392,544.74 | 1,425,000.00 | 1,417,000.00 | 1,425,000.00 |
| 441002 HEATING OIL | 4,166.51 | 6,915.48 | 2,403.39 | 10,000.00 | 13,441.56 | 10,000.00 |
| 441003 ELECTRICITY | 13,790,876.00 | 13,914,387.84 | 14,149,884.64 | 15,000,000.00 | 14,894,111.61 | 15,000,000.00 |
| 441004 TELEPHONE | 1,237,837.12 | 1,055,610.49 | 1,133,915.44 | 1,306,036.00 | 1,213,649.25 | 1,435,226.00 |
| 441006 UTILITY MANAGEMENT FEES | 216,266.50 | 226,371.00 | 216,255.00 | 225,000.00 | 225,000.00 | 225,000.00 |
| **4 TOTAL TRAVEL AND MEMBERSHIPS** | 67,191.90 | 87,464.57 | 60,919.48 | 141,475.00 | 115,850.19 | 218,943.00 |
| 458001 TRANSPORTATION | 5,263.59 | 8,991.40 | 15,192.41 | 21,351.00 | 8,318.60 | 20,004.00 |
| 458002 MEALS & LODGING | 12,187.31 | 10,781.17 | 11,134.07 | 27,949.00 | 13,039.59 | 27,325.00 |
| 458003 REGISTRATION & MEMBERSHIP FEES | 49,741.00 | 67,692.00 | 34,593.00 | 92,175.00 | 94,492.00 | 171,614.00 |
| **5 TOTAL SUPPLIES** | 8,490,490.47 | 10,060,485.04 | 9,213,416.36 | 10,878,020.65 | 9,963,907.72 | 10,025,352.12 |
| 455100 INTERNAL PRINT SHOP | 0.00 | 0.00 | 0.00 | 12,000.00 | 7,500.00 | 12,000.00 |
| 461001 OFFICE SUPPLIES | 67,500.46 | 59,326.97 | 55,199.83 | 190,682.00 | 158,250.64 | 125,597.00 |
| 461002 CONTRACT VENDOR SUPPLIES | 117,864.40 | 106,233.70 | 108,997.53 | 0.00 | 2,606.87 | 200.00 |
| 461003 PRINTING DUPLICATING SUPPLIES | 2,144.00 | 1,959.70 | 2,200.80 | 2,300.00 | 796.90 | 2,300.00 |
| 461004 RECREATION SUPPLIES | 36,288.75 | 33,341.82 | 7,963.73 | 59,050.00 | 22,982.97 | 49,550.00 |
| 461005 PHOTO & DRAFTING SUPPLIES | 9,366.22 | 8,534.87 | 9,369.31 | 10,950.00 | 10,079.31 | 10,300.00 |
| 461006 FURNITURE &EQUIP (NON CAPITAL) | 0.00 | 0.00 | 0.00 | 100,846.15 | 102,491.00 | 272,844.32 |
| 461007 COMP & SOFTWARE (NON CAPITAL) | 0.00 | 0.00 | 0.00 | 91,668.00 | 78,904.86 | 115,428.00 |
| 461101 AGRICULTURAL SUPPLIES | 42,799.43 | 45,657.50 | 41,567.86 | 43,000.00 | 49,682.87 | 43,000.00 |
| 461103 CHEMICAL SUPPLIES | 44,104.80 | 46,655.51 | 60,026.54 | 63,000.00 | 74,212.55 | 53,000.00 |
| 461104 LABORATORY SUPPLIES | 4,718.33 | 5,268.69 | 3,795.71 | 5,000.00 | 4,859.41 | 4,000.00 |
| 461105 JANITORIAL SUPPLIES | 126,895.74 | 136,480.91 | 114,295.30 | 116,846.00 | 100,170.15 | 98,260.00 |
| 461106 SALT & SAND | 849,218.77 | 1,508,100.94 | 1,490,923.81 | 1,100,000.00 | 1,161,600.00 | 1,100,000.00 |
| 461201 CLOTHING & UNIFORMS | 778,866.93 | 750,285.40 | 718,961.74 | 1,131,007.50 | 1,565,770.90 | 954,560.00 |
| 461202 TOOLS | 37,542.86 | 44,079.80 | 44,470.09 | 55,325.00 | 45,940.29 | 64,839.80 |
| 461300 MEDICAL & VETERINARY SUPPLIES | 42,458.19 | 40,324.41 | 84,163.54 | 65,640.00 | 58,284.51 | 101,350.00 |
| 461400 POSTAGE | 528,397.93 | 569,895.10 | 583,808.54 | 705,640.00 | 716,306.68 | 594,280.00 |
| 462600 GASOLINE AND LUBRICANTS | 3,408,739.62 | 3,552,621.77 | 2,601,858.12 | 4,023,290.00 | 2,816,062.26 | 3,561,700.00 |
| 463000 FOOD & PROVISIONS | 14,752.46 | 17,880.91 | 13,735.39 | 17,800.00 | 17,918.00 | 15,000.00 |
| 464000 PERIODICALS | 34,031.03 | 31,246.61 | 38,248.45 | 48,511.00 | 27,228.34 | 42,622.00 |
| 465001 AUTOMOTIVE SUPPLIES | 1,205,366.83 | 1,531,048.90 | 1,712,045.39 | 1,575,100.00 | 1,634,634.18 | 1,574,400.00 |
| 465002 TIRES AND TUBES | 363,491.60 | 388,445.44 | 472,768.01 | 330,000.00 | 275,356.26 | 330,000.00 |
| 466000 BUILDING SUPPLIES | 126,931.73 | 133,770.71 | 86,621.56 | 85,400.00 | 114,742.94 | 73,100.00 |
| 466100 ELEC PLUMB HVAC EQUIP SUPPLIES | 135,673.61 | 124,307.35 | 178,399.06 | 128,700.00 | 149,418.08 | 119,425.00 |
| 466200 ROAD SUPPLIES | 284,614.29 | 326,402.49 | 323,810.05 | 330,800.00 | 293,518.63 | 311,800.00 |



**City of Buffalo**
**Adopted Budget 2016-2017**
**General Fund**

| | 2012-2013 Actual Amount | 2013-2014 Actual Amount | 2014-2015 Actual Amount | 2015-2016 Adopted Budget | 2015-2016 Year To Date 6/15/2016 | 2016-2017 Adopted Budget |
|---|---:|---:|---:|---:|---:|---:|
| **5 TOTAL SUPPLIES** | 8,490,490.47 | 10,060,485.04 | 9,213,416.36 | 10,878,020.65 | 9,963,907.72 | 10,025,352.12 |
| 467000 MISCELLANEOUS SUPPLIES | 228,722.49 | 598,615.54 | 460,186.00 | 585,465.00 | 474,589.12 | 395,796.00 |
| **6 TOTAL SERVICES** | 19,355,743.13 | 19,183,291.72 | 21,109,997.99 | 25,815,031.19 | 26,078,458.26 | 27,423,815.67 |
| 429007 CASE MANAGEMENT SERVICES IOD | 334,104.69 | 334,500.00 | 334,500.00 | 335,000.19 | 334,500.00 | 419,500.00 |
| 432001 AUDITING SERVICES | 220,202.75 | 241,662.25 | 240,925.42 | 240,395.00 | 250,422.08 | 233,357.00 |
| 432002 MEDICAL SERVICES | 3,050,752.57 | 2,827,873.36 | 3,139,798.56 | 2,757,150.00 | 3,019,068.95 | 2,741,476.00 |
| 432003 LEGAL SERVICES | 958,029.93 | 817,303.50 | 861,822.49 | 867,500.00 | 850,918.18 | 950,250.00 |
| 432004 ENGINEER & TECHNICAL SERVICES | 579,523.89 | 694,426.43 | 809,142.63 | 3,691,774.00 | 3,751,416.78 | 3,617,584.00 |
| 433000 PUBLIC RELATIONS SERVICES | 6,425.00 | 5,475.00 | 6,818.75 | 6,000.00 | 3,087.50 | 6,000.00 |
| 433304 TIRE, TUBE, RIM REPAIR | 0.00 | 0.00 | 0.00 | 100,000.00 | 99,976.29 | 100,000.00 |
| 434000 OTHER CONTRACTUAL SERVICES | 4,701,036.36 | 3,614,174.20 | 4,118,585.99 | 4,437,125.20 | 4,124,938.88 | 5,006,208.80 |
| 434002 CREDIT CARD & BANK CHARGES | 390,297.16 | 410,225.17 | 406,816.94 | 331,000.00 | 403,761.03 | 407,000.00 |
| 434003 COLLECTION AGENCY FEES | 107,657.69 | 117,236.71 | 69,678.51 | 74,000.00 | 54,458.77 | 71,000.00 |
| 434004 CC NEIGHBORHOOD INITIATIVES | 0.00 | 1,273,029.49 | 1,251,358.59 | 1,030,000.00 | 1,057,468.67 | 1,125,000.00 |
| 435003 ZOOLOGICAL SOCIETY OF BUFFALO | 136,000.00 | 136,000.00 | 136,000.00 | 136,000.00 | 136,000.00 | 136,000.00 |
| 435004 BUFFALO PLACE INC | 125,000.00 | 125,000.00 | 175,000.00 | 175,000.00 | 175,000.00 | 175,000.00 |
| 435005 KLEINHANS MANAGEMENT INC | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 |
| 435006 BFLO&ERIE CO HIST SOC (BECHS) | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| 435007 DOCTOR LORD'S LIBRARY (BECHS) | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| 435011 REAL ESTATE TAXES-OUT OF CITY | 1,580.64 | 2,982.85 | 2,563.00 | 2,563.00 | 2,563.00 | 3,000.00 |
| 435106 GIA SOC SERV AGENCIES PRIVATE | 7,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 435109 GIA YOUTH PROGRAMS | 39,500.00 | 6,000.00 | 3,000.00 | 0.00 | 3,000.00 | 0.00 |
| 435110 GIA HOME & COMMUNITY SERVICE | 586,500.00 | 1,000.00 | 0.00 | 0.00 | 250,000.00 | 0.00 |
| 435201 GIA COUNCIL OF ARTS | 0.00 | 0.00 | 100,000.00 | 0.00 | 200,000.00 | 0.00 |
| 435202 GIA MUSEUM & ART GALLERY | 37,500.00 | 0.00 | 63,000.00 | 0.00 | 60,000.00 | 0.00 |
| 435203 GIA HISTORICAL | 15,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 435204 GIA OTHER PERFORMING ARTS | 75,699.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 435205 GIA CULTURAL & ANTI-VIOLENCE | 0.00 | 31,000.00 | 221,000.00 | 795,000.00 | 131,000.00 | 895,000.00 |
| 442000 CLEANING SERVICES | 0.00 | 1,400.00 | 0.00 | 561.00 | 0.00 | 561.00 |
| 442100 REFUSE DISPOSAL SERVICES | 1,051,337.87 | 1,098,283.76 | 1,108,086.67 | 1,200,000.00 | 1,112,290.72 | 1,200,000.00 |
| 442300 CUSTODIAL SERVICES | 421,997.43 | 510,749.69 | 541,371.22 | 556,380.00 | 518,059.40 | 537,807.00 |
| 443100 ROAD REPAIRS | 107,425.76 | 417,529.62 | 227,223.71 | 612,500.00 | 1,057,643.30 | 549,500.00 |
| 443200 BUILDING ALTERATIONS & REPAIRS | 656,844.01 | 679,288.19 | 555,817.48 | 922,740.00 | 700,220.22 | 830,032.76 |
| 443301 MACHINERY & EQUIP REPAIRS | 204,975.61 | 178,635.99 | 258,813.42 | 175,925.00 | 378,607.41 | 199,245.00 |
| 443302 VEHICLE BODY REPAIRS | 225,102.86 | 261,192.73 | 486,796.00 | 311,500.00 | 363,675.79 | 316,600.00 |
| 443303 VEHICLE DRIVETRAIN REPAIRS | 293,220.57 | 409,347.79 | 540,236.08 | 371,569.55 | 734,043.57 | 437,500.00 |
| 443400 EQUIP MAINTENANCE CONTRACTS | 1,967,381.88 | 2,132,060.03 | 2,085,347.47 | 2,776,839.00 | 3,196,618.41 | 3,013,928.56 |
| 444101 RENTAL LAND & BUILDINGS | 197,256.75 | 229,443.96 | 193,027.66 | 268,660.00 | 204,883.50 | 233,684.00 |
| 444201 RENTAL EQUIPMENT & VEHICLES | 392,675.58 | 406,019.51 | 398,448.36 | 446,272.00 | 426,782.93 | 441,248.00 |
| 444202 LEASE EQUIPMENT & VEHICLES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 |
| 446000 URBAN DEVELOPMENT SERVICES | 0.00 | 0.00 | 0.00 | 65,000.00 | 9,986.40 | 0.00 |
| 452000 INSURANCE & SURETY BONDS | 53,834.27 | 62,214.38 | 38,458.08 | 48,007.00 | 48,678.87 | 47,800.00 |



**City of Buffalo**
**Adopted Budget 2016-2017**
**General Fund**

| | 2012-2013 Actual Amount | 2013-2014 Actual Amount | 2014-2015 Actual Amount | 2015-2016 Adopted Budget | 2015-2016 Year To Date 6/15/2016 | 2016-2017 Adopted Budget |
|---|---:|---:|---:|---:|---:|---:|
| **6 TOTAL SERVICES** | 19,355,743.13 | 19,183,291.72 | 21,109,997.99 | 25,815,031.19 | 26,078,458.26 | 27,423,815.67 |
| 454000 ADVERTISING | 240,025.12 | 190,962.74 | 218,015.59 | 245,720.00 | 221,972.66 | 246,240.00 |
| 455000 PRINTING & BINDING | 86,201.97 | 119,799.61 | 192,482.70 | 173,377.25 | 148,687.25 | 173,818.50 |
| 455100 INTERNAL PRINT SHOP | 39,762.13 | 37,425.69 | 36,580.32 | 63,725.00 | 44,533.23 | 43,334.05 |
| 456000 OTHER SERVICES | 0.00 | 0.00 | 1,369.00 | 2,519,373.00 | 1,752,068.44 | 2,648,121.00 |
| 456001 CRIMINAL PROCESS | 3,554.85 | 5,077.63 | 5,604.83 | 3,500.00 | 4,591.06 | 2,000.00 |
| 456010 CEREMONIES & ENTERTAINMENT | 8,209.63 | 9,580.36 | 8,046.35 | 10,000.00 | 13,553.48 | 10,000.00 |
| 456011 RECRUITING & EMPLOYMENT EXP | 34,780.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 461006 FURNITURE &EQUIP (NON CAPITAL) | 0.00 | 0.00 | 0.00 | 0.00 | 390.00 | 10,000.00 |
| 461007 COMP & SOFTWARE (NON CAPITAL) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19,145.00 |
| 467000 MISCELLANEOUS SUPPLIES | 0.00 | 0.00 | 0.00 | 9,375.00 | 7,878.00 | 9,375.00 |
| 480000 OTHER SERVICES | 1,943,346.08 | 1,740,891.08 | 2,218,762.17 | 0.00 | 170,213.49 | 511,000.00 |
| **7 TOTAL CAPITAL OUTLAY** | 2,213,430.32 | 5,419,736.81 | 4,504,493.22 | 5,116,643.65 | 5,166,187.58 | 5,082,418.80 |
| 445100 GENERAL CONTRACTING | 23,546.54 | 23,598.00 | 30,688.20 | 100,000.00 | 0.00 | 0.00 |
| 461006 FURNITURE &EQUIP (NON CAPITAL) | 0.00 | 0.00 | 0.00 | 167,200.00 | 158,312.70 | 566,850.00 |
| 461007 COMP & SOFTWARE (NON CAPITAL) | 0.00 | 0.00 | 0.00 | 24,200.00 | 11,091.63 | 33,450.00 |
| 471010 LAND IMPROVEMENTS | 686,661.00 | 1,766,463.00 | 201,450.00 | 500,000.00 | 504,079.00 | 500,000.00 |
| 472000 BUILDINGS | 0.00 | 3,990.00 | 25,833.00 | 153,000.00 | 208,067.27 | 280,000.00 |
| 473000 IMPROV OTHER THAN BUILDINGS | 0.00 | 0.00 | 16,614.00 | 0.00 | 0.00 | 0.00 |
| 473010 ROAD IMPROVEMENTS | 311,747.00 | 373,823.55 | 108,249.12 | 341,000.00 | 360,763.50 | 340,800.00 |
| 473020 STRUCTURE & EQUIP IMPROVEMENTS | 15,717.84 | 10,256.04 | 906,763.37 | 0.00 | 14,500.00 | 0.00 |
| 474100 EQUIPMENT | 944,555.87 | 927,244.62 | 1,795,546.96 | 1,218,467.72 | 1,220,326.71 | 633,318.80 |
| 474200 VEHICLES | 231,202.07 | 2,314,361.60 | 1,419,348.57 | 2,612,775.93 | 2,689,046.77 | 2,728,000.00 |
| **8 TOTAL OTHER** | 114,522,916.14 | 113,425,594.68 | 108,600,310.75 | 101,501,375.00 | 100,356,548.29 | 101,269,128.32 |
| 480101 TAX & FEE ADJUSTMENTS | 417,969.74 | 278,948.96 | 680,873.20 | 400,000.00 | 0.00 | 400,000.00 |
| 480102 CERTIORARI ADJUSTMENTS | 131,651.04 | 25,780.58 | 102,746.81 | 100,000.00 | 85,474.49 | 100,000.00 |
| 480201 UNCOLLECTED ACCT REC PROVISION | 0.00 | 2,428,651.04 | 0.00 | 0.00 | 0.00 | 0.00 |
| 480203 MOTOR VEHICLE SELF INSURANCE | 73,890.81 | 92,807.30 | 16,992.19 | 100,000.00 | 31,038.53 | 100,000.00 |
| 480204 JUDGEMENT & CLAIMS CURRENT YR | 52,155.25 | 27,393.88 | 14,686.35 | 40,000.00 | 37,358.67 | 40,000.00 |
| 480205 JUDGEMENT & CLAIMS PRIOR YR | 6,629,460.23 | 4,064,311.17 | 2,900,927.14 | 2,000,000.00 | 2,727,324.80 | 2,000,000.00 |
| 480206 CASH REFUND PRIOR YR REVENUE | 13,527.65 | 51,668.85 | 3,642.94 | 50,000.00 | 2,643.31 | 50,000.00 |
| 480207 NON CASH REFUND PRIOR YR REV | 109,942.26 | 3,590.59 | 0.00 | 10,000.00 | 0.00 | 10,000.00 |
| 480225 JUDGEMENTS & SETTLEMENTS PY | -16,213.26 | 135,616.89 | 0.00 | 0.00 | 0.00 | 0.00 |
| 487293 CAPITAL LEASE PRINCIPAL | 764,900.42 | 764,900.42 | 764,900.42 | 0.00 | 278,316.32 | 278,316.32 |
| 487500 FISCAL AGENT EXPENSE | 12,450.00 | 6,800.00 | 9,100.00 | 10,000.00 | 6,900.00 | 10,000.00 |
| 487601 BOND SALE EXPENSE | 53,750.00 | 40,305.00 | 71,162.57 | 100,000.00 | 70,070.50 | 100,000.00 |
| 487800 ARBITRAGE REBATE | 0.00 | 0.00 | 0.00 | 2,000.00 | 0.00 | 2,000.00 |
| 489121 TRF TO SPEC REVENUE FUND FED | 0.00 | 241,014.00 | 390,266.13 | 0.00 | 28,046.67 | 0.00 |
| 489122 TRF TO SPEC REVENUE FUND NYS | 0.00 | 0.00 | 1,750,000.00 | 0.00 | 0.00 | 0.00 |
| 489130 TRF TO CAPITAL PROJECTS FUND | 400,000.00 | 400,000.00 | 400,000.00 | 400,000.00 | 400,000.00 | 400,000.00 |
| 489140 TRF TO CAP DEBT SER FUND | 31,931,895.00 | 31,161,483.00 | 27,972,255.00 | 24,766,617.00 | 24,766,618.00 | 24,256,054.00 |



City of Buffalo
Adopted Budget 2016-2017
General Fund

| | 2012-2013 Actual Amount | 2013-2014 Actual Amount | 2014-2015 Actual Amount | 2015-2016 Adopted Budget | 2015-2016 Year To Date 6/15/2016 | 2016-2017 Adopted Budget |
|---|---|---|---|---|---|---|
| **8 TOTAL OTHER** | 114,522,916.14 | 113,425,594.68 | 108,600,310.75 | 101,501,375.00 | 100,356,548.29 | 101,269,128.32 |
| 489155 TRF TO ENTERPRISE REFUSE FUND | 3,624,779.00 | 3,379,565.00 | 3,200,000.00 | 3,200,000.00 | 1,600,000.00 | 3,200,000.00 |
| 489199 TRF TO BOARD OF EDUCATION | 70,322,758.00 | 70,322,758.00 | 70,322,758.00 | 70,322,758.00 | 70,322,757.00 | 70,322,758.00 |
| **GRAND TOTAL** | 463,815,472.91 | 487,183,462.00 | 480,298,960.15 | 493,211,023.09 | 446,537,909.70 | 493,940,908.17 |



**City of Buffalo**
**Adopted Budget 2016-2017**
**General Fund**

| | 2012-2013 Actual Amount | 2013-2014 Actual Amount | 2014-2015 Actual Amount | 2015-2016 Adopted Budget | 2015-2016 Year To Date 6/15/2016 | 2016-2017 Adopted Budget |
|---|---:|---:|---:|---:|---:|---:|
| **01 TOTAL COMMON COUNCIL** | **1,865,766.08** | **1,853,183.10** | **1,999,813.18** | **2,069,941.00** | **1,881,043.92** | **2,180,568.00** |
| 1 PERSONAL SERVICES | 1,774,358.10 | 1,746,519.77 | 1,808,579.03 | 2,061,941.00 | 1,794,164.39 | 2,173,368.00 |
| 3 UTILITIES | 1,915.54 | 1,005.97 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 TRAVEL AND MEMBERSHIPS | 3,908.50 | 7,672.52 | 779.20 | 8,000.00 | 3,229.83 | 7,200.00 |
| 5 SUPPLIES | 16,198.79 | 21,756.48 | 15,052.15 | 0.00 | 249.90 | 0.00 |
| 6 SERVICES | 40,317.00 | 41,608.54 | 149,110.41 | 0.00 | 83,399.80 | 0.00 |
| 7 CAPITAL OUTLAY | 29,068.15 | 34,619.82 | 26,292.39 | 0.00 | 0.00 | 0.00 |
| **02 TOTAL CITY CLERK** | **2,158,907.16** | **2,445,679.21** | **2,283,702.54** | **2,570,711.00** | **2,171,640.40** | **2,679,990.32** |
| 1 PERSONAL SERVICES | 905,289.79 | 911,546.33 | 979,656.28 | 1,099,760.00 | 950,179.96 | 1,132,210.32 |
| 3 UTILITIES | 2,286.30 | 2,597.43 | 2,683.96 | 3,000.00 | 3,316.04 | 2,800.00 |
| 4 TRAVEL AND MEMBERSHIPS | 670.00 | 1,247.21 | 385.00 | 6,700.00 | 1,272.76 | 6,500.00 |
| 5 SUPPLIES | 22,775.14 | 7,630.34 | 11,590.90 | 59,400.00 | 33,497.40 | 61,125.00 |
| 6 SERVICES | 1,220,443.46 | 1,518,866.24 | 1,270,207.40 | 1,273,651.00 | 1,168,773.48 | 1,466,555.00 |
| 7 CAPITAL OUTLAY | 7,442.47 | 3,791.66 | 19,179.00 | 128,200.00 | 14,600.76 | 10,800.00 |
| **03 TOTAL MAYOR & EXECUTIVE** | **2,324,478.38** | **2,399,013.32** | **2,997,081.44** | **3,474,061.60** | **3,094,714.48** | **5,118,404.75** |
| 1 PERSONAL SERVICES | 2,114,112.74 | 2,217,014.48 | 2,463,524.62 | 3,102,055.92 | 2,840,783.12 | 4,212,078.39 |
| 3 UTILITIES | 39.74 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 TRAVEL AND MEMBERSHIPS | 1,633.60 | 12,072.97 | 12,913.39 | 12,700.00 | 9,430.06 | 62,700.00 |
| 5 SUPPLIES | 19,643.05 | 14,822.00 | 14,704.03 | 14,055.00 | 21,801.29 | 14,800.00 |
| 6 SERVICES | 182,479.25 | 154,558.83 | 505,939.40 | 305,474.75 | 182,934.41 | 826,826.36 |
| 7 CAPITAL OUTLAY | 6,570.00 | 545.04 | 0.00 | 39,775.93 | 39,765.60 | 2,000.00 |
| **04 TOTAL AUDIT & CONTROL** | **2,580,219.08** | **2,752,563.92** | **2,926,632.63** | **3,335,430.00** | **2,913,343.93** | **3,427,225.00** |
| 1 PERSONAL SERVICES | 2,287,141.87 | 2,469,856.42 | 2,639,260.13 | 3,036,919.00 | 2,587,108.08 | 3,094,709.00 |
| 4 TRAVEL AND MEMBERSHIPS | 14,224.88 | 18,253.66 | 18,648.88 | 28,486.00 | 16,449.41 | 30,067.00 |
| 5 SUPPLIES | 17,789.60 | 15,853.74 | 15,459.32 | 23,801.00 | 18,479.52 | 24,346.00 |
| 6 SERVICES | 258,659.58 | 247,122.11 | 252,450.85 | 246,224.00 | 291,306.92 | 278,103.00 |
| 7 CAPITAL OUTLAY | 2,403.15 | 1,477.99 | 813.45 | 0.00 | 0.00 | 0.00 |
| **05 TOTAL LAW** | **3,200,303.84** | **3,081,011.33** | **3,133,519.91** | **4,027,872.83** | **2,885,455.52** | **3,890,513.00** |
| 1 PERSONAL SERVICES | 1,891,222.47 | 1,903,420.44 | 1,997,556.82 | 2,878,288.58 | 2,060,590.22 | 2,655,132.25 |
| 4 TRAVEL AND MEMBERSHIPS | 25.76 | 0.00 | 0.00 | 350.00 | 0.00 | 350.00 |
| 5 SUPPLIES | 23,178.33 | 23,498.89 | 19,441.80 | 20,250.00 | 19,096.48 | 19,250.00 |
| 6 SERVICES | 1,285,877.28 | 1,154,092.00 | 1,116,521.29 | 1,128,984.25 | 805,768.82 | 1,215,780.75 |
| **06 TOTAL ASSESSMENT** | **1,626,851.73** | **1,527,368.64** | **1,881,422.41** | **3,950,892.00** | **3,631,293.19** | **3,566,002.00** |
| 1 PERSONAL SERVICES | 1,312,633.42 | 1,263,566.15 | 1,444,331.66 | 1,828,147.00 | 1,335,001.61 | 1,808,242.00 |
| 3 UTILITIES | 5,615.64 | 7,389.26 | 7,181.82 | 9,600.00 | 6,738.36 | 9,600.00 |



City of Buffalo
Adopted Budget 2016-2017
General Fund

| | 2012-2013 Actual Amount | 2013-2014 Actual Amount | 2014-2015 Actual Amount | 2015-2016 Adopted Budget | 2015-2016 Year To Date 6/15/2016 | 2016-2017 Adopted Budget |
|---|---|---|---|---|---|---|
| **06 TOTAL ASSESSMENT** | 1,626,851.73 | 1,527,368.64 | 1,881,422.41 | 3,950,892.00 | 3,631,293.19 | 3,566,002.00 |
| 4 TRAVEL AND MEMBERSHIPS | 85.00 | 85.00 | 235.00 | 3,885.00 | 0.00 | 5,550.00 |
| 5 SUPPLIES | 16,318.25 | 8,542.40 | 9,384.61 | 23,330.00 | 10,766.18 | 51,400.00 |
| 6 SERVICES | 292,199.42 | 247,785.83 | 405,579.88 | 2,080,530.00 | 2,274,764.42 | 1,688,960.00 |
| 7 CAPITAL OUTLAY | 0.00 | 0.00 | 14,709.44 | 5,400.00 | 4,022.62 | 2,250.00 |
| **08 TOTAL MANAGEMENT INFORMATION SYSTEMS** | 2,993,581.18 | 2,956,963.86 | 3,403,188.57 | 4,388,865.00 | 3,560,315.66 | 3,892,793.56 |
| 1 PERSONAL SERVICES | 1,558,515.65 | 1,486,165.53 | 1,658,566.44 | 2,112,794.00 | 1,632,545.39 | 1,968,883.00 |
| 4 TRAVEL AND MEMBERSHIPS | 15,135.00 | 0.00 | 14,957.44 | 19,495.00 | 29,547.18 | 34,125.00 |
| 5 SUPPLIES | 8,649.89 | 9,167.93 | 7,295.88 | 16,721.00 | 7,392.41 | 13,256.00 |
| 6 SERVICES | 1,134,898.17 | 1,247,301.25 | 1,330,070.27 | 1,922,439.00 | 1,608,239.39 | 1,699,107.56 |
| 7 CAPITAL OUTLAY | 276,382.47 | 214,329.15 | 392,298.54 | 317,416.00 | 282,591.29 | 177,422.00 |
| **11 TOTAL ADMIN & FINANCE BUDGET** | 479,113.47 | 460,262.49 | 449,092.06 | 899,603.00 | 472,646.10 | 864,454.00 |
| 1 PERSONAL SERVICES | 409,128.62 | 412,292.03 | 442,266.43 | 631,773.00 | 439,235.50 | 585,232.00 |
| 4 TRAVEL AND MEMBERSHIPS | 0.00 | 20,032.00 | 678.73 | 20,280.00 | 32,274.00 | 32,272.00 |
| 5 SUPPLIES | 339.98 | 472.56 | 779.70 | 550.00 | 640.31 | 750.00 |
| 6 SERVICES | 69,644.87 | 27,465.90 | 5,367.20 | 247,000.00 | 496.29 | 246,200.00 |
| **14 TOTAL PARKING ENFORCEMNT** | 2,091,975.67 | 2,222,602.28 | 2,404,214.43 | 2,949,309.80 | 2,412,895.97 | 3,022,667.40 |
| 1 PERSONAL SERVICES | 1,619,951.38 | 1,669,473.44 | 1,770,837.43 | 2,137,835.80 | 1,707,215.75 | 2,331,817.40 |
| 4 TRAVEL AND MEMBERSHIPS | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | 200.00 |
| 5 SUPPLIES | 53,856.95 | 39,299.26 | 60,436.06 | 79,400.00 | 77,774.84 | 55,250.00 |
| 6 SERVICES | 417,965.15 | 491,930.58 | 554,951.44 | 606,874.00 | 577,421.64 | 626,600.00 |
| 7 CAPITAL OUTLAY | 202.19 | 21,899.00 | 17,989.50 | 125,000.00 | 50,483.74 | 8,800.00 |
| **15 TOTAL ADMIN & FIN TREASURY** | 1,238,515.63 | 1,256,844.84 | 1,270,328.79 | 1,296,761.00 | 1,124,789.49 | 1,401,155.00 |
| 1 PERSONAL SERVICES | 789,477.19 | 781,362.58 | 809,046.36 | 912,739.00 | 666,051.54 | 942,941.00 |
| 5 SUPPLIES | 3,671.15 | 2,926.65 | 2,740.60 | 2,995.00 | 3,520.26 | 1,975.00 |
| 6 SERVICES | 444,467.30 | 471,032.86 | 458,541.83 | 381,027.00 | 455,217.69 | 456,239.00 |
| 7 CAPITAL OUTLAY | 899.99 | 1,522.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| **17 TOTAL DIVISION OF PURCHASE** | 6,829,160.06 | 7,445,443.32 | 6,824,535.39 | 8,505,695.37 | 7,018,496.15 | 8,109,005.00 |
| 1 PERSONAL SERVICES | 1,114,946.37 | 1,157,527.95 | 1,268,236.34 | 1,555,459.00 | 1,250,077.87 | 1,616,422.00 |
| 4 TRAVEL AND MEMBERSHIPS | 0.00 | 0.00 | 0.00 | 930.00 | 0.00 | 930.00 |
| 5 SUPPLIES | 5,435,770.51 | 5,961,910.76 | 5,252,259.32 | 6,608,497.50 | 5,427,282.75 | 6,032,705.00 |
| 6 SERVICES | 254,549.20 | 315,770.05 | 301,098.73 | 313,605.00 | 315,567.45 | 324,548.00 |
| 7 CAPITAL OUTLAY | 23,893.98 | 10,234.56 | 2,941.00 | 27,203.87 | 25,568.08 | 134,400.00 |
| **20 TOTAL POLICE** | 77,122,211.72 | 80,657,990.20 | 80,932,198.56 | 80,322,158.15 | 78,515,025.24 | 88,261,210.63 |
| 1 PERSONAL SERVICES | 74,759,342.34 | 76,424,626.60 | 76,994,851.86 | 76,328,414.00 | 74,267,448.70 | 83,851,781.31 |



City of Buffalo
Adopted Budget 2016-2017
General Fund

| | 2012-2013 Actual Amount | 2013-2014 Actual Amount | 2014-2015 Actual Amount | 2015-2016 Adopted Budget | 2015-2016 Year To Date 6/15/2016 | 2016-2017 Adopted Budget |
|---|---|---|---|---|---|---|
| **20 TOTAL POLICE** | 77,122,211.72 | 80,657,990.20 | 80,932,198.56 | 80,322,158.15 | 78,515,025.24 | 88,261,210.63 |
| 3 UTILITIES | 20,956.54 | 21,461.06 | -159,281.19 | 187,486.00 | 155,978.51 | 316,876.00 |
| 4 TRAVEL AND MEMBERSHIPS | 7,430.93 | 4,983.35 | 7,342.46 | 10,000.00 | 16,243.58 | 9,500.00 |
| 5 SUPPLIES | 792,244.18 | 615,876.70 | 813,040.71 | 881,718.15 | 919,470.24 | 1,060,802.32 |
| 6 SERVICES | 1,421,824.21 | 1,561,701.47 | 1,486,153.17 | 1,490,652.00 | 1,756,340.11 | 1,878,251.00 |
| 7 CAPITAL OUTLAY | 120,413.52 | 2,029,341.02 | 1,471,529.17 | 1,423,888.00 | 1,399,544.10 | 1,144,000.00 |
| **21 TOTAL FIRE** | 50,944,855.17 | 58,901,435.73 | 62,469,961.64 | 59,033,960.44 | 55,992,249.33 | 59,200,708.27 |
| 1 PERSONAL SERVICES | 49,852,871.04 | 57,297,528.72 | 60,254,387.93 | 56,426,749.44 | 53,104,416.00 | 56,314,353.27 |
| 3 UTILITIES | 3,756.19 | 3,731.94 | 3,581.50 | 4,200.00 | 4,087.63 | 4,200.00 |
| 4 TRAVEL AND MEMBERSHIPS | 7,463.23 | 7,502.86 | 4,241.38 | 11,080.00 | 4,465.37 | 11,080.00 |
| 5 SUPPLIES | 406,823.02 | 883,545.66 | 564,133.10 | 1,121,116.00 | 1,470,776.00 | 764,695.00 |
| 6 SERVICES | 376,773.65 | 403,026.01 | 973,927.96 | 1,197,615.00 | 1,005,300.00 | 1,443,880.00 |
| 7 CAPITAL OUTLAY | 297,168.04 | 306,100.54 | 669,689.77 | 273,200.00 | 403,204.33 | 662,500.00 |
| **25 TOTAL DEPARTMENT OF HUMAN RESOURCES** | 4,466,886.25 | 4,373,127.68 | 4,235,061.80 | 5,472,707.19 | 5,019,069.66 | 5,386,160.00 |
| 1 PERSONAL SERVICES | 876,873.92 | 844,911.06 | 960,457.29 | 1,524,204.00 | 877,755.27 | 1,523,101.00 |
| 4 TRAVEL AND MEMBERSHIPS | 100.00 | 260.00 | 498.00 | 3,089.00 | 770.00 | 2,289.00 |
| 5 SUPPLIES | 26,352.68 | 27,415.43 | 16,332.46 | 106,107.00 | 18,749.58 | 29,653.00 |
| 6 SERVICES | 3,563,559.65 | 3,500,541.19 | 3,257,774.05 | 3,829,307.19 | 4,116,267.03 | 3,798,117.00 |
| 7 CAPITAL OUTLAY | 0.00 | 0.00 | 0.00 | 10,000.00 | 5,527.78 | 33,000.00 |
| **30 TOTAL DEPT OF PUB WORKS PARKS STS** | 124,534.28 | 139,777.21 | 138,776.05 | 194,862.00 | 146,754.22 | 320,946.00 |
| 1 PERSONAL SERVICES | 124,334.43 | 139,557.23 | 138,526.12 | 194,362.00 | 146,254.24 | 320,446.00 |
| 5 SUPPLIES | 199.85 | 199.98 | 249.93 | 300.00 | 299.98 | 300.00 |
| 6 SERVICES | 0.00 | 20.00 | 0.00 | 200.00 | 200.00 | 200.00 |
| **31 TOTAL DIVISION OF ENGINEERING** | 4,129,636.43 | 4,705,431.13 | 4,200,385.18 | 5,440,273.00 | 4,911,383.85 | 5,183,123.00 |
| 1 PERSONAL SERVICES | 3,338,797.44 | 3,444,247.68 | 3,484,736.58 | 3,688,458.00 | 2,803,144.73 | 3,839,764.00 |
| 5 SUPPLIES | 282,087.20 | 336,316.48 | 311,454.69 | 315,600.00 | 282,804.04 | 318,903.00 |
| 6 SERVICES | 172,004.79 | 551,043.42 | 294,003.57 | 792,455.00 | 1,184,166.96 | 636,956.00 |
| 7 CAPITAL OUTLAY | 336,747.00 | 373,823.55 | 110,190.34 | 643,760.00 | 641,268.12 | 387,500.00 |
| **32 TOTAL DIVISION OF BUILDINGS** | 5,148,396.55 | 5,421,144.37 | 6,210,836.17 | 6,122,924.85 | 6,383,896.40 | 6,316,064.60 |
| 1 PERSONAL SERVICES | 3,268,475.39 | 3,351,336.51 | 3,304,177.43 | 3,408,750.00 | 3,000,592.48 | 3,860,340.00 |
| 3 UTILITIES | 4,166.51 | 6,915.48 | 2,403.39 | 10,000.00 | 13,441.56 | 10,000.00 |
| 5 SUPPLIES | 256,839.72 | 280,521.06 | 304,800.03 | 222,525.00 | 243,623.76 | 173,086.80 |
| 6 SERVICES | 1,606,040.15 | 1,778,381.32 | 1,679,130.94 | 2,216,950.00 | 2,814,418.61 | 1,959,587.00 |
| 7 CAPITAL OUTLAY | 12,874.78 | 3,990.00 | 920,324.38 | 264,699.85 | 311,819.99 | 313,050.80 |



City of Buffalo
Adopted Budget 2016-2017
General Fund

| | 2012-2013 Actual Amount | 2013-2014 Actual Amount | 2014-2015 Actual Amount | 2015-2016 Adopted Budget | 2015-2016 Year To Date 6/15/2016 | 2016-2017 Adopted Budget |
|---|---|---|---|---|---|---|
| **33 TOTAL TELECOMM UTILITIES/FRANCHISES** | **278,437.96** | **263,396.66** | **291,384.02** | **321,658.00** | **296,554.51** | **281,898.00** |
| 1 PERSONAL SERVICES | 71,269.49 | 60,747.93 | 65,497.90 | 117,188.00 | 99,228.75 | 68,832.00 |
| 5 SUPPLIES | 2,907.38 | 14,054.87 | 1,064.06 | 6,200.00 | 2,531.95 | 3,100.00 |
| 6 SERVICES | 189,680.59 | 188,593.86 | 204,206.37 | 173,270.00 | 190,844.57 | 177,770.00 |
| 7 CAPITAL OUTLAY | 14,580.50 | 0.00 | 20,615.69 | 25,000.00 | 3,949.24 | 32,196.00 |
| **40 TOTAL HUMAN SERV PARKS & REC ADMIN** | **176,743.51** | **175,905.69** | **186,047.23** | **195,376.00** | **170,148.75** | **198,872.00** |
| 1 PERSONAL SERVICES | 174,288.49 | 173,499.72 | 183,748.53 | 192,626.00 | 167,518.11 | 196,322.00 |
| 3 UTILITIES | 0.00 | 0.00 | 0.00 | 250.00 | 0.00 | 250.00 |
| 5 SUPPLIES | 1,998.44 | 1,998.71 | 1,861.20 | 2,000.00 | 2,136.14 | 1,800.00 |
| 6 SERVICES | 456.58 | 407.26 | 437.50 | 500.00 | 494.50 | 500.00 |
| **41 TOTAL H SERV PARKS & REC PARKS** | **1,796,054.84** | **1,885,975.94** | **1,773,134.49** | **1,824,128.00** | **1,736,745.04** | **2,070,690.00** |
| 1 PERSONAL SERVICES | 1,499,707.18 | 1,556,728.54 | 1,451,893.81 | 1,492,628.00 | 1,226,507.90 | 1,745,590.00 |
| 5 SUPPLIES | 52,308.99 | 52,035.28 | 45,986.53 | 52,500.00 | 59,521.34 | 48,800.00 |
| 6 SERVICES | 244,038.67 | 277,212.12 | 275,254.15 | 279,000.00 | 437,215.80 | 276,300.00 |
| 7 CAPITAL OUTLAY | 0.00 | 0.00 | 0.00 | 0.00 | 13,500.00 | 0.00 |
| **42 TOTAL H SERV PARKS & REC RECREATION** | **3,116,147.99** | **3,051,309.57** | **3,214,429.47** | **3,441,121.00** | **3,145,805.87** | **3,526,565.00** |
| 1 PERSONAL SERVICES | 1,690,435.53 | 1,609,235.98 | 1,762,401.33 | 1,952,985.00 | 1,656,734.50 | 1,851,315.00 |
| 5 SUPPLIES | 46,936.94 | 53,769.71 | 53,276.07 | 79,925.00 | 81,032.71 | 68,900.00 |
| 6 SERVICES | 1,378,775.52 | 1,388,303.88 | 1,398,752.07 | 1,408,211.00 | 1,408,038.66 | 1,606,350.00 |
| **45 TOTAL BUREAU OF FORESTRY** | **703,590.38** | **334,055.66** | **537,691.13** | **473,474.00** | **483,689.08** | **703,324.00** |
| 1 PERSONAL SERVICES | 199,579.98 | 187,985.14 | 271,278.26 | 262,099.00 | 231,369.94 | 295,024.00 |
| 5 SUPPLIES | 6,005.81 | 5,799.99 | 5,166.54 | 5,875.00 | 5,796.65 | 5,200.00 |
| 6 SERVICES | 498,004.59 | 140,270.53 | 261,246.33 | 205,500.00 | 246,522.49 | 403,100.00 |
| **50 TOTAL STREET SANITATION** | **7,323,128.97** | **8,628,756.42** | **8,804,152.90** | **9,376,537.00** | **8,985,918.30** | **10,122,439.00** |
| 1 PERSONAL SERVICES | 5,741,026.86 | 5,976,901.27 | 5,829,201.13 | 6,195,769.00 | 5,385,186.59 | 6,490,309.00 |
| 5 SUPPLIES | 925,019.71 | 1,599,375.81 | 1,634,040.08 | 1,145,730.00 | 1,194,790.72 | 1,160,530.00 |
| 6 SERVICES | 278,872.14 | 400,880.61 | 704,441.14 | 784,938.00 | 1,012,699.46 | 849,100.00 |
| 7 CAPITAL OUTLAY | 378,210.26 | 651,598.73 | 636,470.55 | 1,250,100.00 | 1,393,241.53 | 1,622,500.00 |
| **52 TOTAL ANIMAL SHELTER** | **870,357.09** | **857,959.46** | **908,011.95** | **987,402.00** | **881,072.20** | **1,058,969.00** |
| 1 PERSONAL SERVICES | 695,183.27 | 680,291.54 | 696,913.44 | 691,502.00 | 581,868.92 | 767,269.00 |
| 5 SUPPLIES | 28,058.62 | 38,844.98 | 34,593.97 | 40,600.00 | 41,085.53 | 71,550.00 |
| 6 SERVICES | 147,115.20 | 138,822.94 | 176,504.54 | 207,300.00 | 210,118.50 | 203,150.00 |
| 7 CAPITAL OUTLAY | 0.00 | 0.00 | 0.00 | 48,000.00 | 47,999.25 | 17,000.00 |



# City of Buffalo
## Adopted Budget 2016-2017
### General Fund

| | 2012-2013 Actual Amount | 2013-2014 Actual Amount | 2014-2015 Actual Amount | 2015-2016 Adopted Budget | 2015-2016 Year To Date 6/15/2016 | 2016-2017 Adopted Budget |
|---|---|---|---|---|---|---|
| **55 TOTAL DEPT OF COMMUNITY SERVICES** | 2,782,897.00 | 2,703,537.20 | 3,174,952.49 | 4,086,636.50 | 3,012,005.04 | 4,288,869.32 |
| 1 PERSONAL SERVICES | 1,145,604.07 | 1,337,505.65 | 1,166,419.29 | 1,834,017.50 | 1,349,167.57 | 1,993,394.32 |
| 3 UTILITIES | 666.11 | 1,188.16 | 1,086.19 | 1,500.00 | 1,222.65 | 1,500.00 |
| 4 TRAVEL AND MEMBERSHIPS | 80.00 | 80.00 | 80.00 | 80.00 | 2,008.00 | 80.00 |
| 5 SUPPLIES | 34,447.46 | 31,998.89 | 7,199.61 | 34,775.00 | 8,847.78 | 32,125.00 |
| 6 SERVICES | 1,582,186.54 | 1,332,764.50 | 2,000,167.40 | 2,181,264.00 | 1,625,736.89 | 2,226,770.00 |
| 7 CAPITAL OUTLAY | 19,912.82 | 0.00 | 0.00 | 35,000.00 | 25,022.15 | 35,000.00 |
| **65 TOTAL PERMIT & INSPECTION SERVICES** | 5,372,001.87 | 6,483,451.31 | 5,049,052.90 | 5,611,828.00 | 5,034,310.78 | 6,497,474.00 |
| 1 PERSONAL SERVICES | 4,493,464.26 | 4,537,858.17 | 4,649,796.46 | 4,901,018.00 | 4,334,718.17 | 5,296,959.00 |
| 4 TRAVEL AND MEMBERSHIPS | 16,435.00 | 15,275.00 | 160.00 | 16,200.00 | 160.00 | 16,100.00 |
| 5 SUPPLIES | 10,068.83 | 12,850.48 | 11,073.01 | 14,050.00 | 11,939.96 | 11,050.00 |
| 6 SERVICES | 165,372.78 | 151,004.66 | 186,573.43 | 180,560.00 | 183,413.65 | 673,365.00 |
| 7 CAPITAL OUTLAY | 686,661.00 | 1,766,463.00 | 201,450.00 | 500,000.00 | 504,079.00 | 500,000.00 |
| **71 TOTAL GENERAL CITY GRANTS IN AID** | 761,699.52 | 38,000.00 | 387,000.00 | 795,000.00 | 644,000.00 | 895,000.00 |
| 6 SERVICES | 761,699.52 | 38,000.00 | 387,000.00 | 795,000.00 | 644,000.00 | 895,000.00 |
| **72 TOTAL GENERAL CITY MISCELLANEOUS** | 25,295,799.36 | 25,476,374.58 | 21,913,240.46 | 22,016,500.00 | 21,941,048.19 | 22,016,500.00 |
| 3 UTILITIES | 16,515,577.77 | 16,952,821.56 | 16,718,785.16 | 17,750,000.00 | 17,578,417.67 | 17,750,000.00 |
| 6 SERVICES | 1,367,837.87 | 1,414,783.76 | 1,474,586.67 | 1,566,500.00 | 1,478,790.72 | 1,566,500.00 |
| 8 OTHER | 7,412,383.72 | 7,108,769.26 | 3,719,868.63 | 2,700,000.00 | 2,883,839.80 | 2,700,000.00 |
| **73 TOTAL GENERAL CITY FRINGE BENEFITS** | 138,902,689.32 | 148,368,071.46 | 141,418,670.24 | 151,223,959.36 | 120,598,889.94 | 140,890,189.00 |
| 1 PERSONAL SERVICES | 2,867,241.64 | 4,455,149.38 | 5,015,044.84 | 5,000,000.00 | 4,816,005.67 | 5,226,000.00 |
| 2 FRINGE BENEFITS | 136,035,447.68 | 143,912,922.08 | 136,403,625.40 | 146,223,959.36 | 115,782,884.27 | 135,664,189.00 |
| **74 TOTAL GENERAL CITY DEBT SERV&RELATED** | 831,100.42 | 812,005.42 | 845,162.99 | 112,000.00 | 355,286.82 | 390,316.32 |
| 8 OTHER | 831,100.42 | 812,005.42 | 845,162.99 | 112,000.00 | 355,286.82 | 390,316.32 |
| **75 TOTAL GENERAL CITY INTERFD TRANSFERS** | 106,279,432.00 | 105,504,820.00 | 104,035,279.13 | 98,689,375.00 | 97,117,421.67 | 98,178,812.00 |
| 8 OTHER | 106,279,432.00 | 105,504,820.00 | 104,035,279.13 | 98,689,375.00 | 97,117,421.67 | 98,178,812.00 |
| **GRAND TOTAL** | 463,815,472.91 | 487,183,462.00 | 480,298,960.15 | 493,211,023.09 | 446,537,909.70 | 493,940,908.17 |