# Exhibit 134

**STATE OF POLITICS** Read up on New York politics with our Capital Tonight team.



## Are Buffalo Police Check Points Targeting the East Side?

BY LAMONICA PETERS | CITY OF BUFFALO
PUBLISHED 12:59 PM ET JUN. 23, 2017



BUFFALO, N.Y. -- Some neighbors on Buffalo's east side are fed up with police check points they say are about profiling the area leading them to create a Facebook group to raise awareness about the check points.

Members say while hundreds of tickets are written for things like expired registration or lapsed insurance, more serious crimes go unsolved.

A Cloverdale Avenue resident said the check points block her driveway and cause unnecessary traffic near the Thruway.

Buffalo Mayor Byron Brown responded to the criticism, saying the the check points help reduce traffic violations and are conducted in response to other resident concerns.

"We have many complaints that come in from residents in every area who want to see traffic, who want to see traffic enforcement; who want to see speeding vehicles slowed down; who want to make sure vehicles aren't blowing through stop signs in their community, and displaying other patterns of driving that are not safe for our surrounding neighborhoods."

The other candidates running for mayor are also speaking out about the issue. Betty Jean Grant, Mark Schroeder and Taniqua Simmons all say the practice does target the east side and does not deter crime.

Brown said the check points also keep police visible throughout the city. Brown's opponents say they'll reduce or eliminate the check points, if elected.

The mayor also added that Buffalo police conduct check points in all areas of the city.

SPECTRUM NEWS

CONTACT

ABOUT

RSS

SITEMAP

FAQ

ADVERTISE WITH US

CAREERS

TERMS

YOUR PRIVACY RIGHTS

CALIFORNIA CONSUMER PRIVACY RIGHTS

CALIFORNIA CONSUMER LIMIT THE USE OF MY SENSITIVE PERSONAL INFORMATION

DO NOT SELL OR SHARE MY PERSONAL INFORMATION/OPT-OUT OF TARGETED ADVERTISING

CERTIFICATIONS

   

© 2024, Charter Communications, all rights reserved.