# Exhibit 136

LOCAL

# Buffalo Mayor answers questions about traffic checkpoints

BUFFALO, N.Y. -- Earlier this week, 2 On Your Side told you about Buffalo Police setting up unannounced traffic checkpoints around the city.



Author: **Kelly Dudzik**
Published: **8:51 PM EDT July 28, 2017**
Updated: **8:51 PM EDT July 28, 2017**



BUFFALO, N.Y. -- Earlier this week, 2 On Your Side told you about Buffalo Police setting up unannounced traffic checkpoints around the city. There are several Facebook groups dedicated to alerting drivers about where they are, and some drivers are concerned that they're targeting certain areas.

We did this story after a Buffalo mom posted a Facebook live video of her daughter stopped at a checkpoint. Katrinna Martin-Bordeaux shot the video Monday when her daughter was stopped on the East Side for an alleged seat belt infraction. She was wearing her seat belt and ultimately did not receive a ticket.

Martin-Bordeaux leads the Young Black Democrats of Western New York and wants to bring attention to police checkpoints. She told us she thinks certain neighborhoods are targeted, so we took that question to Buffalo Mayor Byron Brown.

"What assurances can you give everybody that you are doing them equally to all neighborhoods? There were concerns neighborhoods were targeted," said 2 On Your Side's Kelly Dudzik.

"Those concerns are wrong. Traffic safety checkpoints are in neighborhoods throughout the City of Buffalo. Traffic safety checkpoints are throughout the City of Buffalo. Earlier this week, we provided that evidence to Channel 2. Thank you very much for presenting the information that we gave to you, to show checkpoints are throughout the city," said Mayor Brown.

"When you hold these checkpoints, what is the purpose?" asked Dudzik.

"The purpose is traffic safety. We get a large number of complaints from residents throughout the city about speeding in neighborhoods, about vehicles that are blowing through stop signs and vehicles that are actually going through traffic signals. We know safe streets help to produce safe neighborhoods, and that is the reason for the traffic safety checkpoints," said Brown.

When we did this story Tuesday night, we requested specific information from police and they gave us the checkpoint locations for July 1 through July 7. Checkpoints were spread out across the city. But that's just a snapshot of information.

The Buffalo Police Department also requested that we do not make the locations public because they are concerned about the safety of officers, and we are respecting that.

LOADING NEXT ARTICLE...