# Exhibit 143

CHARLES PALMER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------
BLACK LOVE RESISTS IN THE RUST by and through
MARIELLE SHAVONNE SMITH and CHARIS HUMPHREY
on behalf of its members, SHAKETA REDDEN,
DORETHEA FRANKLIN, TANIQUA SIMMONS, DE'JON HALL,
JOSEPH BONDS, CHARLES PALMER, SHIRLEY SARMIENTO,
EBONY YELDON, and JANE DOE,
individually and on behalf of a class of all
others similarly situated,

                              Plaintiffs,

    -vs-


CITY OF BUFFALO, N.Y., BYRON B. BROWN,
Mayor of the City of Buffalo, in his individual and
official capacities,
BYRON C. LOCKWOOD, Commissioner of the
Buffalo Police Department, in his individual
and official capacities,
DANIEL DERENDA, former Commissioner of the
Buffalo Police Department, in his individual capacity,
AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI,
ROBBIN THOMAS,
UNKNOWN SUPERVISORY PERSONNEL 1-10,
UNKNOWN OFFICERS 1-20, each officers of the
Buffalo Police Department,
in their individual capacities,

                              Defendants.
---------------------------------------------------------

|   |    |   |
|---|----|---|
| 1 |    | regular passenger in the vehicle.  At any time |
| 2 |    | when you were pulled over by Officer Domaracki, |
| 3 |    | Officer Wigdorski or Officer Miller, did either |
| 4 |    | of them inquire whether or not you had any |
| 5 |    | medical condition that required you to have tint? |
| 6 | A. | I don't think so. |
| 7 | Q. | If they had done so, would you have applied for a |
| 8 |    | tinted window exemption as is allowed in New York |
| 9 |    | State? |
| 10 | A. | Yes. |
| 11 | Q. | Okay.  I just want to go back to the complaint |
| 12 |    | again for a second.  Officer Domaracki issued |
| 13 |    | you two tickets for tinted windows in paragraph |
| 14 |    | three o four, Officer Wigdorski, however, for the |
| 15 |    | same reasons, he issued you four tinted window |
| 16 |    | tickets, and one for failure to notify the DMV. |
| 17 |    | Between November 2015 and January 2016, did you |
| 18 |    | remove the other two tints from your windows or |
| 19 |    | did your car have the same amount of tints as |
| 20 |    | before in January 2016? |
| 21 | A. | No.  It was the same. |
| 22 | Q. | So Officer Domaracki chose to issue you two |
| 23 |    | tickets while Officer Wigdorski issued you four |

1    tinted window tickets.  Can you explain why there
2    was a difference in the amount of tickets that
3    you were issued?
4  MS. FREELY:  Objection to form.
5  THE WITNESS:  No.  That is correct.
6  BY MS. WILLIAMS:
7  Q.   Okay.  So do you think that Officer Domaracki
8    just used his discretion and issued you less
9    tickets?
10 A.   Yes.
11 Q.   And so Officer Wigdorski could have done the
12   same, and same with Officer Charles Miller, he
13   could have issued you one ticket or four tickets,
14   but Officer Miller and Officer Wigdorski chose to
15   issue you four tickets on these occasions,
16   correct?
17 MS. FREELY:  Objection to form.
18 THE WITNESS:  Yes.
19 BY MS. WILLIAMS:
20 Q.   Okay. Thank you.  I'm going to stop sharing.  Is
21   it your understanding that this lawsuit is about
22   the Buffalo Police Department's practice -- I'm
23   sorry.  Traffic enforcement practices, and the

116

1    I HEREBY CERTIFY that I have read the
2    foregoing 115 pages and that, except as to those
3    changes set forth in the attached errata form(s),
4    they are a true and accurate transcript of the
5    testimony given by me in the above-entitled
6    action on September 14, 2023.
7
8
9
10                     _____
11                         CHARLES PALMER
12
13
14   Sworn to before me this
15
16   _____ day of _____ 2023.
17
18
19   _____
20        Notary Public.
21
22
23