# Exhibit 144

EBONY YELDON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------
BLACK LOVE RESISTS IN THE RUST by and through
MARIELLE SHAVONNE SMITH and CHARIS HUMPHREY
on behalf of its members, SHAKETA REDDEN,
DORETHEA FRANKLIN, TANIQUA SIMMONS, DE'JON HALL,
JOSEPH BONDS, CHARLES PALMER, SHIRLEY SARMIENTO,
EBONY YELDON, and JANE DOE,
individually and on behalf of a class of all
others similarly situated,

                              Plaintiffs,

     -vs-


CITY OF BUFFALO, N.Y., BYRON B. BROWN,
Mayor of the City of Buffalo, in his individual and
official capacities,
BYRON C. LOCKWOOD, Commissioner of the
Buffalo Police Department, in his individual
and official capacities,
DANIEL DERENDA, former Commissioner of the
Buffalo Police Department, in his individual capacity,
AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI,
ROBBIN THOMAS,
UNKNOWN SUPERVISORY PERSONNEL 1-10,
UNKNOWN OFFICERS 1-20, each officers of the
Buffalo Police Department,
in their individual capacities,

                              Defendants.
---------------------------------------------------------

76

1  A.  Okay.  Okay.
2  Q.  Okay.  You feel like you've had enough time to
3      review those paragraphs?
4  A.  Yes.
5  Q.  Okay.  Fair to say that those paragraphs that we
6      just identified, paragraphs two hundred
7      sixty-seven through two hundred ninety-six, they
8      describe an incident where you were cited for
9      traffic violations by an officer by the name of
10     Michael Healy?
11 A.  Yes.
12 Q.  Do you recall that incident?
13 A.  Yes.
14 Q.  Can you tell me based on your independent
15     recollection what you recall about that incident?
16 A.  How it happened?
17 Q.  Yes.
18 A.  I was driving in South Buffalo, I believe it's
19     South Park, in a taxi cab, I was just passing a
20     light, the police officer was in the car, just
21     before I passed the light, he ended up pulling me
22     over.  He asked for my license, registration of
23     the vehicle.  There was an envelope with, there

|    |    |    |
|----|----|----|
| 1  |    | was an envelope with insurance and stuff in it, I |
| 2  |    | gave him the paperwork, I showed him my license. |
| 3  |    | He did wipe his hand on the window -- well, his |
| 4  |    | finger.  He went back to the car, he came back, |
| 5  |    | gave me the ticket, I asked him what was the |
| 6  |    | ticket for.  He told me I was lucky that I got |
| 7  |    | two tickets instead of four.  So I kept quiet, |
| 8  |    | because you don't argue with a police officer.  I |
| 9  |    | immediately called the owner of the cab, and |
| 10 |    | that's basically what happened. |
| 11 | Q. | Okay.  So I want to take that a little bit step |
| 12 |    | for step.  You said you handed him an envelope, |
| 13 |    | and your recollection was that there was an |
| 14 |    | insurance card in the envelope, is that correct? |
| 15 | A. | I'm not sure if it was registration or insurance, |
| 16 |    | but it was a proof of -- if I can correct it. |
| 17 |    | Yes.  It was proof of insurance month-to-month. |
| 18 |    | In the envelope, from what I remember, that month |
| 19 |    | had just started, and I don't -- I'm not sure if |
| 20 |    | that month was in that envelope for insurance, if |
| 21 |    | I recall it, but I did give him the envelope. |
| 22 | Q. | Okay.  So do you recall specifically seeing an |
| 23 |    | insurance card or a proof of insurance in the |

99

1       he gave proof that they was removed.
2 Q.  Right.  So I'm making a distinction between the
3       proof of insurance violation, and then the
4       violations for the tinted windows.  So we know
5       that the proof of insurance violation was
6       reversed, correct?
7 A.  Yes.
8 Q.  Were the tinted windows violations reversed, as
9       far as you know?
10 A.  I'm gonna say it was, yes.
11 MS. WILLIAMS:  Did you still have to pay the tickets?
12 BY MR. SAHASRABUDHE:
13 Q.  Yes.  You ultimately paid a fine, right?
14 MS. WILLIAMS:  For the tinted windows?
15 THE WITNESS:  Yes.
16 BY MR. SAHASRABUDHE:
17 Q.  Okay.  So at least part of the violations were
18       upheld in connection with your appeal, right?
19       The charges weren't completely dismissed, because
20       you ultimately had to pay a penalty, right?
21 A.  I don't, I don't know how to -- yes.
22 Q.  Okay.  It's a little -- so what I really want to
23       know is, because we have, your attorneys have

111

STATE OF NEW YORK)
                  SS:
COUNTY OF ERIE)

I, Nichole Winans, a Notary Public in and for the State of New York, County of Erie, DO HEREBY CERTIFY that the testimony of EBONY YELDON was taken down by me in a verbatim manner by means of Machine Shorthand, on December 13, 2022. That the testimony was then reduced into writing under my direction. That the testimony was taken to be used in the above-entitled action. That the said deponent, before examination, was duly sworn by me to testify to the truth, the whole truth and nothing but the truth, relative to said action.

I further CERTIFY that the above-described transcript constitutes a true and accurate and complete transcript of the testimony.

_____
NICHOLE WINANS,
Notary Public.