# Exhibit 145

| Caption-Full name Claimant/Plaintiff | Index Number | General Description | Date of Incident | Date doc't filed/served on City | Date doc't email to BPD |
|---|---|---|---|---|---|
| Darryl Boyd v COB, County of Erie, Michael Guadagno, John Montondo, Linda Fial as Executor for the Estate of Robert Granowski, Martin Bullock as Executor of the Estate of James Hunter | 22-cv-519 | POLICE: Alleges unlawful incarceration for murder | 01/02/76 | 07/08/22 | 6/6/23 via cd by RDF |
| John Walker, Jr v COB, County of Erie, Michael Guadagno, John Montondo, Linda Fial as Executore for the Estate of Robert Grabowski, and Martin Bullock as Executor for the Estate of James Hunter | 22-cv-0520 | POLICE: Alleges unlawful incarceration for murder | 01/02/76 | 07/08/22 | 6/6/23 via cd by RDF |
| Julie Allen v COB | 2011-1224 | Police, Mental Anguish, pro se - inactive | 12/15/09 | 3/13/2010 | 6/6/23 via cd by RDF |
| Nicholas Terharr v Joseph Oppolito, Joseph Hassett Buffalo Police Dept "B" District, COB | 806933/2014 | Police - excessive force etc/ Taste of Country event | 06/03/11 | 8/13/2014 | 6/6/23 via cd by RDF |
| Tynyia Tarver v COB | 817590-2018 | Police: Amended S&C:Alleges negligence, assault, false impris. Deceased PO Paul Fitzpatrick | 1/19/2013 | | 6/6/23 via cd by RDF |
| Luzalba Bonilla v COB, COBPD, P.O. John Doe(s) | NONE | POLICE: Alleges constitutional violations due to unlawful search of house-182 14th Street | 02/13/13 | 5/1/2023 | 6/6/23 via cd by RDF |
| Rochelle Jones & James L Thomas v Crisis Services of Erie County, Sherry W, Mandy M, R.G., Julian Harris, Mylinda McCready, ECMC, Ricardo Romero MD, Won Hoon Park MD, Alfonso Tan MD, BPD, Buffalo P.O. John Doe 1, Buffalo Police Officer John Doe 2 | 16-cv-0234 | Police false arrest, etc [Crisis Serv] | 03/22/15 | 5/23/2016 | 6/6/23 via cd by RDF |
| Gregory Ramos v PO Richard Hy, PO John Beyer, PO Amber Beyer | 18-cv-6246 | POLICE: Exc force, denial of medical care [incarcerated other arrests] | 08/14/15 | 04/05/19 | 6/6/23 via cd by RDF |
| Joshua G Harris v COB, BPD, Mark Swaggard, Tom Feeney, Omar Tirado, J. Bonnor, K. Carter | 19-cv-0633 | POLICE: Alleges false arrest while preaching - Franklin&Chippewa | 07/01/17 | 12/12/19 | 6/6/23 via cd by RDF |
| Raymond White v COB PO Robert Larusch, COB PO Brandon Hawkings, COB PO Lauren Tripp, COB PO Zachary Williams, Peace Officer for Bflo General Hospital Jon Gullo, Peace Officer for Bflo General Hospital Lt Cicchalski, Peace Officer for Bflo General Hospital Vincent Humphrey, **Peace Officer for Bflo General Hospital John Doe #1-4** | 18-cv-1245 | POLICE: Illegal arrest, malicious pros., etc- BGH family argument | 08/02/17 | none | 6/6/23 via cd by RDF |
| Black Love Resists in the Rust v COB, Byron Brown, Byron Lockwood, Daniel Derenda, Aaron Young, Kevin Brinkworth, Philip Serafini, Robbin Thomas, Unknown supervisory personnel 10-10, unkown officers 1-20, each officer of the BPD | 18-cv-719 | POLICE: Alleges unfair ticketing practices by BPD | 02/28/18 | 06/29/18 | 6/6/23 via cd by RDF |
| Torsten Behrens, M.D. and Josephine Zagarella v. COB, COBPD, Detective Melanie Janusz, Noel Sutton, Julia Papiernik, Mark Stetter | 805465-2020 | POLICE: Claims false arrest, etc after violation of OOP | 04/02/18 | 06/03/19 | 6/6/23 via cd by RDF |
| Jeffry Sengphanith v COB, COBPD, PO Stephen Schultz, PO Karl Schultz, PO Joseph Petronella, PO John Doe | 812764-2019 | POICE: Excess Force,Etc. - Elmwood and Allen 3:30 am | 10/07/18 | 6/5/2019 | 6/6/23 via cd by RDF |
| Dezel Fuller v. COB, COBPD, Officer Matthew Serafini, Officer Jenna Hornerber, Officer William Lis, Detective/Sergeant Harvey Frankel, Detetcive Jennifer Zabghi, Lietenant Linda Stanchack, Officer John Fecio, Officer Andrew Rechin, Officer(s) John Doe(s), Cole's Restaurant, Inc., 1104 Elmwood Inc., Secuirty Guard(s) JOhn Doe(s) | 813233-2019 | POLICE - arrest- patron Coles Restaurant - charged w/ attck off duty PO | 10/31/18 | 02/14/19 | 6/6/23 via cd by RDF |
| Scott M Faith v. COB, COBPD | 800269-2020 | POLICE: False arrest - illegal Detention etc - PO Jasmine Olmstead, PO Maruice Foster | 12/29/18 | 04/01/19 | 6/6/23 via cd by RDF |
| Frank Navaroli Jr and Patricia for Estate of Frank Navaroli III v Taquaria La Delicias, American Medical Response of WNY, COB, BPD, John Doe and Jane Dow, being police officers of the City of Buffalo Police Department, Corrie Robinson, John Roe and Jane Roe | 817155-2019 | POLICE: Alleges police failed to identify gunshot victim- later died | 01/01/19 | 04/01/19 | 6/6/23 via cd by RDF |
| Judith Schneizinger as Administrato of the Estate of Robert Closs v COB, BPD, Clayton Reed, Michael Healy, Caitlin Hidinger, Michael Ross, Ellen Taylor, Judith Biegelo, Lt. Michael Long, Lt Patrick Morrow and Capt Robert Lee | 22-cv-0186 | POLICE: Man stole/crashed police car- later died. Alleges PO assault | 03/06/19 | 10/15/20 | 6/6/23 via cd by RDF |

| Caption-Full name Claimant/Plaintiff | Index Number | General Description | Date of Incident | Date doc't filed/served on City | Date doc't email to BPD |
|---|---|---|---|---|---|
| Augustin Mugabo v Donald McAndrew, Buffalo Police, Community Services of Every1 | 20-cv-409 | Police - alleges gov't surveillance, loss of job and family. | 03/10/19 | 09/21/21 | 6/6/23 via cd by RDF |
| Sergio Brooks v COB, COB Police Officer John Doe | 804844-2020 | POLICE: Alleges injuries during false arrest / traffic stop | 03/25/19 | 6/21/2019 | 6/6/23 via cd by RDF |
| Jenneice Morris, Akeel Ward, Brandon Steward, Justin Pearsall v COB, COB Police Officer John Davidson, COB Police Officer Garry | 20-cv-0394 | POLICE: excessive force, false arrest | 04/07/19 | 07/03/19 | 6/6/23 via cd by RDF |
| Bruce C McNeil v COB, Byron Lockwood, P.O. John Davidson, P.O. Patrick Garry, P.O. Anthony Burvid, P.O. Jenny Velez, P.O. Anthony McHugh, P.O. Patrick Boice, P.O. Matthew Vaughn | 20-cv-00998 | POLICE: Alleges false arrest, imprisonment, etc on traffic stop | 05/27/19 | 9/3/2021 | 6/6/23 via cd by RDF |
| Gertetta Green-Page & Ka'Sean Anthony v FBI, DEA, COB, BPD, County of Erie, Erie County Sheriff's Department | 20-cv-837 | POLICE: Alleges illegal search, false imprisonment, assault, etc. | 06/19/19 | 09/16/19 | 6/6/23 via cd by RDF |
| Mark Stetter v COB, BPD, P.O. Peter J. Goretti, Lt. Joseph Szafranski | 808741-2020 | POLICE: Arrested at Seneca Creek Casino - Criminal Tress | 08/13/19 | 11/08/19 | 6/6/23 via cd by RDF |
| Julie Strefeler v COB, COBPD, P.O. Morgan Haettich, P.O. Peter Goretti, Lt. Stephen Schultz | 809792-2020 | Police: Unlawful arrest, emotional distress, etc | 08/13/19 | 01/16/20 | 6/6/23 via cd by RDF |
| Verdel Hogues v COB, COBPD, Police Officer Lawrence Briggs COBPD, Police Officer Ryan Sanders COBPD | 810469-2020 | POLICE: Alleges assault, excessive force - Fillmore & Victoria | 08/15/19 | 11/08/19 | 6/6/23 via cd by RDF |
| Daniel Mele v COB, BPD, Bflo Police Officer Andrew R. Thomas, Bflo Police Officer Phillip Edwards, Buffalo Police Officer Jane and/or John Doe | 808956-2020 | POLICE: Alleges false arrest, assault etc | 08/29/19 | 09/27/19 | 6/6/23 via cd by RDF |
| Dean Taylor v COB, BPD, Commissioner Byron Lockwood, PO Kyle Moriarity, PO Christopher Bridgett, John Does 1-10 employees of COB and/or BPD | 802972-2020 | POLICE: Alleges assault while videotaping police in area-Kerr | 09/01/19 | 11/15/19 | 6/6/23 via cd by RDF |
| Matthew Bojanowski v COB, Erie County, Erie County District Attorney's Office | NONE | POLICE: Alleges false arrest, false imprisonment, etc. | 09/03/19 | 02/26/21 | 6/6/23 via cd by RDF |
| Nikir Brown v COB ,BPD, PO Patrick Garry, PO Brian Nagy, Marquel McCarley, Abdihakim Muktar | 801615-2020 | Police pursued vehicle involved in collision - Lathrup/Walden | 11/21/19 | 12/18/19 | 6/6/23 via cd by RDF |
| Cheryl Stephens v. COB, COBPD, P.O. Andrew Whiteford, P.O. Charles Miller | 800779-2020 | POLICE: false arrest, malicious prosecution etc | 12/07/19 | 2/28/2020 | 6/6/23 via cd by RDF |
| Manuel E Vega Lebron v. COB, COBPD, P.O. C Miller, P.O. John Doe #1, P. O. John Doe #2, P.O. John Doe#3, P.O. John Doe #4, P.O. John Doe #5, P.O. John Doe #6, P.O. John Doe #7, John Doe #8, John Doe #9 | 806119-2020 | Police: False arrest, Malicious Prosecution - Pennsylvania Ave | 12/16/19 | 01/03/20 | 6/6/23 via cd by RDF |
| Jennifer Hurley v COB, COBPD, Det. Jeffrey Banes | 807699-2020 | POLICE: Alleges Malicious prosecution, false arrest, etc | 12/18/19 | 12/27/19 | 6/6/23 via cd by RDF |
| Cedric Smith v COB | 814507-2021 | POLICE: false arrest, malicious prosecutin - Mandelas Store-Det Jerry Guilian | 12/21/19 | 3/20/2020 | 6/6/23 via cd by RDF |
| Dean Taylor v Mayor Byron Brown, COB, Mayor's Impact Team, Michael Finn Commissioner DPW, Kevin Helfer Parking Commissioner, Commissioner Byron C. Lockwood, BPD, John Does 1-20 employees of COB and/or BPD | NONE | POLICE: city emp destroyed property - Ship Container - Box St | 02/21/20 | 08/17/20 | 6/6/23 via cd by RDF |
| Morgan Eaton v COB, P.O. John Davidson, P.O. Andrew Moffett, John Does I-X of the BPD department | 805928-2021 | POLICE: Personal Injuries, false arrest, constitutional violations | 03/08/20 | 01/04/21 | 6/6/23 via cd by RDF |
| Rachel Eckert v COB, County of Erie, State of NY, Letitia James, COBPD, Timothy Howard, John Garcia, April Baskin, Byron Lockwood, Robert Joyce, PO Melissa Kurdziel, PO Corey Dixon, PO James Nightengale-Griffin, PO Jacob Salazar, PO Mark Costantino, PO Walter Skrzvnski, John/Jane Does BPD, Jeff Rinaldo, Lt. Michael Farley, James Comerford, Timothy Curtin,Sean Myers, Frank Bifardo, John Flynn, Kristen Elmore, J.S.C. Ogden, J.S.C. Nugent-Panepinto, JSC Grisanti, JSC Siwek, Denise Walden, Carolette Meadows, | 22-cv-540 | POLICE - alleges Civil Rights violations,intimidation, etc | 03/28/20 | 06/22/20 | 6/6/23 via cd by RDF |
| Quentin Suttles v COB, BPD, Byron C. Lockwood, Ronald J. Ammerman and Michael Scheu | 21-cv-897 | Police: Excessive Force, unlawful arrest, etc (PO R Ammerman M Scheu) E Eagle & Madison | 05/10/20 | 06/26/20 | 6/6/23 via cd by RDF |

| Caption-Full name Claimant/Plaintiff | Index Number | General Description | Date of Incident | Date doc't filed/served on City | Date doc't email to BPD |
|---|---|---|---|---|---|
| Carolette Meadows v BPD, Det McDermott, Lt. Morrow, P.O. DiPasquale, P.O. Nightingale, Rachel Eckert, COB, BPD "John Does". DPTY Comr Gramaglia, Erie County, P.O. Anthony LeBrun, Inspector Frank BiFaro, Lt. Manley, P.O. Dixon, P.O. Brown, P.O. Otwell, P.O. Rachuna, P.O. Maryanski, P.O. Skrzynski, Lt. Labedz, Lt. Kocol, P.O. Salazar, P.O. Keenan, P.O. Santiago, P.O. Casey, P.O. Cullen, P.O. Domoros, P.O. Reed, P.O. Hayden, P.O. Raye, P.O. Antonio, P.O. Creahan, P.O. Kline, P.O. George, John Flynn, John Schoemic, Milton Gordon, Officer Nowak, Ankury Singh, Lt. Harrison, Lt. Danner | 21-cv-449 | POLICE: Alleges BPD and inspectors act caused neighbor assault | 05/23/20 | 08/19/20 | 6/6/23 via cd by RDF |
| Myles Carter v COB, BPD, P.O. Charlan Mitchell. PO John Doe #1, John Doe #2, John Doe #3, John Doe #4, John Doe #5, John Doe #6, NYS Police Srgt Joseph Krywalski, NYS Trooper Michael O'Bryan, NYS Trooper Daniel Burgess | 21-cv-954 | POLICE: False arrest, excessive force, etc - Bailey ave protests | 06/01/20 | 8/24/2020 | 6/6/23 via cd by RDF |
| Martin Gugino v COB, Mayor Byron Brown, P.O. Robert McCabe, P.O. Aaron Torgalski, P.O. John Losi, Comissioner Byron Lockwood, Deputy Comissioner Joseph Gramaglia | 21-cv-0283 | POLICE: Protester was injured as he approached police | 06/04/20 | 08/05/20 | 6/6/23 via cd by RDF |
| Ruweyda Salim v COB, COBPD, Lt. Michael Delong, PO John Does | 806692/2022 | POLICE: Alleges assault by M Delong - 7-11 parking lot | 06/29/20 | 07/30/20 | 6/6/23 via cd by RDF |
| Tyshawn Vance v COB, BPD, Comissioner Byron Lockwood, P.O. Jake Giarrano, P.O. Patrick Garry, P.O. Peter Masicci, P.O. Ann Devaney, P.O. Lt. John Seitz, P.O. Lt. Courtney Tripp, P.O. Capt. James Connelly, P.O. John Hanover, John Does 1-10, employees of COB and/or BPD | 816427-2020 | Police: Excessive Force, unlawful arrest, etc - Sycamore St | 08/15/20 | 10/15/20 | 6/6/23 via cd by RDF |
| Barabar Henely as legal guardian of Willie Henley v COB, BPD, P.O. Carl Schultz, P.O. Alyssa Peron | 22-0065 | POLICE: Shot by PO while swinging baseball bat at officer | 09/12/20 | 11/30/20 | 6/6/23 via cd by RDF |
| Manuel Ortiz v COB, BPD, Commissioner Byron C. Lockwood, P.O. John Sullivan, P.O. James Reese, P.O. Alan Ortiz, P.O. Brian Griffin, P.O. Michael Redmond, P.O. Jason Hidenger, P.O. Lt. David Barczak | 810988-2021 | POLICE: Excessive force, assault, etc. | 11/07/20 | 12/10/20 | 6/6/23 via cd by RDF |
| Erin Glenn v COB, COBPD, P.O. John Davidson, P.O. Jacqueline Neal, P.O. John Does | 809935-2022 | POLICE: Alleges illegal search , etc. at residence - A Street | 12/24/20 | 02/25/21 | 6/6/23 via cd by RDF |
| Jake Reinhardt, Taylor Schmieder, Kevin Harrington, Casey Carminati, Krystyna Kimbrell v COB, Byron Lockwood, P.O. John Doe 1, P.O. John Doe 2, P.O. John Doe 3, P.O. John Doe 4, P.O. John Doe 5, P.O. John Doe 6, P.O. John Doe 7, Bail Shop LLC, Agent D. White, John Doe 8 bail recovery agent for Bail Shop LLC, FInancial Causalty & Surety, Inc and Corporation X | 21-cv-0206 | POLICE:Warrantless search etc re: Bondsmen raid - Bailey/Oakdale | 01/19/21 | none | 6/6/23 via cd by RDF |
| Halbert Brooks v COB, COBPD, P.O. John Doe(s) | 805234-2022 | Police: Unlawful search, Emot Distress, property damage 361 E Utica | 02/01/21 | 2/19/2021 | 6/6/23 via cd by RDF |
| Halbert Brooks v COB, COBPD | 805234-2022 | POLICE: Alleges city/police impounded and sold vehicles unlawfully | 03/05/21 | 6/8/2021 | 6/6/23 via cd by RDF |
| Richard Cloud v COB, BPD, P.O. Ashunti McClaim, Jane Doe, as Buffalo Police Officer | 806990/2022 | POLICE: Alleges false arrest/Confiment - location not stated | 03/21/21 | 05/26/21 | 6/6/23 via cd by RDF |
| Chad Michael Frein v Senator Chuck Schumber, Police Chief Joyce Robert, Sherriff Timothy Howard, Attorney General James | 21-1762 | POLICE: Alleges slander/misconduct of Chief R Joyce, Senator Schumer, etal | 03/26/21 | none | 6/6/23 via cd by RDF |
| Alexa Ferro png G.A., Erin Arrigo, Debra Arrigo as survivors and distributes of Michael Arrigo v COB, BPD | 806143-2022 | POLICE: Alleges failure to protect by BPD caused death/shooting | 04/29/21 | 07/23/21 | 6/6/23 via cd by RDF |
| Dezi Franklin Jr v COB, COBPD, P.O. Majed Ottoman and PO John Doe(s) | 805021-2022 | POLICE: Alleges assault/arrest issues at traffic stop. Bailey/Schreck | 05/06/21 | 10/13/21 | 6/6/23 via cd by RDF |
| Andora Wilson v COB, BPD, Commissioner Byron Lockwood, P.O. Ryan Gehr, P.O. Joseph Stojeck, John Does 1-10 as employees of COB and/or BPD | 814520-2021 | POLICE: Excessive force, unlawful imprisonment etc | 05/10/21 | 06/09/21 | 6/6/23 via cd by RDF |
| Tashiana Vass | NONE | POLICE: Alleges damage to premises during search | 06/01/21 | 04/12/22 | 6/6/23 via cd by RDF |
| Shalang Feagin | NONE | POLICE: Seeks return of property/funds during police raid - 231 Orange | 06/10/21 | 09/10/21 | 6/6/23 via cd by RDF |

| Caption-Full name Claimant/Plaintiff | Index Number | General Description | Date of Incident | Date doc't filed/served on City | Date doc't email to BPD |
|---|---|---|---|---|---|
| William Isaac Cole v BPD, COB | NONE | POLICE: Alleges civil rights violations, abuse, detention, etc | 07/01/21 | 02/10/23 | 6/6/23 via cd by RDF |
| Jeromy Lewis-Edwards & Brianna Edwards v COB, COBPD | 807870/2022 | POLICE: False arrest, illegal search etc. Crossman & Genesee in car | 07/12/21 | 9/1/2021 | 6/6/23 via cd by RDF |
| Treviaco Calhoun v COB, BPD | NONE | POLICE: sex harrasment, civil rights viol - City booking to ECMC | 07/22/21 | 11/15/21 | 6/6/23 via cd by RDF |
| Jahnet Clark v COB, COBPD | 812468-2022 | POLICE: Alleges BPD did not return earrings after booking | 07/23/21 | 08/30/21 | 6/6/23 via cd by RDF |
| Randy Easley v COB, BPD, P.O. Ryan Nye, P.O. Justin Ayala, John Doe #1 (said po and/or police department employee), John Doe #2 (said Lt and/or police department employee) | 815146-2022 | POLICE: Alleges assault, excessive force - Hartman St | 09/14/21 | 12/08/21 | 6/6/23 via cd by RDF |
| Andy Ocasio v COB, Jane and/or John Doe #1(said police officer and/or police department employee), Jane and/or John Doe #2(said police officer and/or police department employee), Jane and/or John Doe #3(said police officer and/or police department employee), Jane and/or John Doe #4(said police officer and/or police department employee), | 801118-2023 | POLICE: Alleges assault after filming a police interaction | 10/31/21 | 02/08/23 | 6/6/23 via cd by RDF |
| Ronnie Maldonado v COB, COBPD, COB P.O. John Doe #1, COB P.O. John Doe #2 | NONE | POLICE: Alleges false arrest, etc | 12/24/21 | 01/10/22 | 6/6/23 via cd by RDF |
| Christopher Barnes v BPD, COB | 801295-2022 | POLICE: PO forced him to go to ECMC/lethal meds given/assault | 12/24/21 | 01/13/22 | 6/6/23 via cd by RDF |
| Dominique Thomas v COB, BPD, P.O. Justin Ayala, P.O. Andrew Thomas, Lt. William Moretti, P.O. Phllip Edwards, P.O. Michael Ramos, John Doe (said police officer and/or police dept employee) | NONE | POLICE: Claimant shot while brandishing a knife at officers - 1945 Hertel | 03/14/22 | 05/27/22 | 6/6/23 via cd by RDF |
| Booker Davis | NONE | POLICE: Excessive force when BPD called to house for DV | 03/19/22 | 04/11/22 | 6/6/23 via cd by RDF |
| Derrick Staley v Buffalo Police | 22-cv-620 | POLICE: Alleges order of protection was not adhered to - issues with police | 04/28/22 | none | 6/6/23 via cd by RDF |
| Brandon Hawkins, Katelynn Bolden, Erica Seymour v COB, BPD, Capt. Amber Beyer | 22-0905 | POLICE: Civil rights viol/racist rant by Cp Amber Beyer | 05/02/22 | 12/14/22 | 6/6/23 via cd by RDF |
| Catherine Forbush v BPD, BPD Behavioral Health Team, COB, Det. Omar Rodriguez, BHT P.O. Brandon Hawkins, BHT female officer, et al | NONE | POLICE: Alleges Improper conduct/ 123 Fordham | 08/10/22 | 11/09/22 | 6/6/23 via cd by RDF |
| Maxwell Anderson v COB, COBPD, Erie County Sheriff's Office, Erie County Holding Center, Office John Doe 1, Officer John Doe 2, Office John Doe 3 | NONE | POLICE: Assault battery excessive force etc. | 08/14/22 | 11/10/22 | 6/6/23 via cd by RDF |
| Catherine Forbush v BPD, BPD Behavioral Health Team, COB, Det. Omar Rodriguez, BHT P.O. Brandon Hawkins, BHT female officer, et al | NONE | POLICE: Illegal search/ seizure (gold/firearms) 117 Fordham | 08/20/22 | 11/09/22 | 6/6/23 via cd by RDF |
| Damone Cannon v COB, COBPD, P.O. Adrian Neal | NONE | POLICE: Alleges const rights viol, assault, trauma | 08/21/22 | 10/14/22 | 6/6/23 via cd by RDF |
| Clarence Segars v COB, COBPD, Lt. Jonathan Pietrzak, P.O. Majed Ottman, P.O. John Doe(s) | 803314-2023 | POLICE: Assault, Civil Rights (Ottman/Pietrzak) | 08/25/22 | 10/31/22 | 6/6/23 via cd by RDF |
| Robert Vanevery | NONE | POLICE: Alleges assaulted by police during arrest - Gypsys Parlor | 08/31/22 | 10/03/22 | 6/6/23 via cd by RDF |
| Daryl Costner v COB, COBPD, P.O. Majed Ottman, P.O. John Doe | NONE | POLICE: Assault, Civil Rights after traffic stop {Ottman} | 09/01/22 | 10/31/22 | 6/6/23 via cd by RDF |
| Samantha Rugg png I.R., an infant v COB, COB Division of Parks & Recreations, BPD | NONE | Police: Claimant assaulted in Caz Park after hours Sat night | 09/03/22 | 12/05/22 | 6/6/23 via cd by RDF |

| Caption-Full name Claimant/Plaintiff | Index Number | General Description | Date of Incident | Date doc't filed/served on City | Date doc't email to BPD |
|---|---|---|---|---|---|
| Brandon Baumeister v Erie County, Erie County Sheriff's Office, COB, BPD, Niagara County, Niagara County Sheriff's Department, City of Niagara Falls, Niagara Falls Police Department, Village of Lewison, Town of Lewiston, Lewiston Police Department, P.O. Cervoni, P.O. Bauer, P.O. Kuhn, P.O. Liskiwicz, P.O. Lazarcyzk, P.O. Soluri, P.O. Ellis, P.O. Kieffer, P.O. Jonathan Emmons, P.O. Joshua Belin, P.O. S. Fury, P.O. J. Viliani, P.O. J. Schwarzmueller, P.O. Moen, P.O. M. Kidder, JOhn DOe #1--20 | NONE | POLICE: Alleges injury during arrest | 09/18/22 | 11/28/22 | 6/6/23 via cd by RDF |
| Kimberly Bates & Tm Grinsell ind png Anthony Bates-Grinsell & Sara Bates v COB, COBPD, PO John Doe(s) | 803311-2023 | POLICE: Civil Rights viol, property destroyed - 55 Grote | 09/22/22 | 10/26/22 | 6/6/23 via cd by RDF |
| Joseph T Williams v COB, BPD, P.O. Marcus Fears, P.O. Ashunti D. McClain, P.O. Hao Tran, Lt. Andrew Thomas | NONE | POLICE: Alleges assault, false arrest, civil rights violations - 154 Lombard - asleep in car | 10/16/22 | 01/12/23 | 6/6/23 via cd by RDF |
| Roland Johnson, III v COB | NONE | POLICE: Alleges he was agressively approached by a police officer - Main St 7-11 store | 11/13/22 | 02/08/23 | 6/6/23 via cd by RDF |
| Pablo Alicea v COB, BPD, P.O. Daniel Carlson, P.O. Kevin Bridge | NONE | POLICE: Alleges search/seizure, assault, etc. | 11/20/22 | 02/10/23 | 6/6/23 via cd by RDF |
| Antwan Williams v COB, BPD, P.O. Amber Jackson, P.O. Nicyle Holman | NONE | POLICE: Alleges violations of constitutional rights | 12/28/22 | 03/01/23 | 6/6/23 via cd by RDF |
| Marc-Elliott McCarthy v COB, BPD, P.O. Letonio Johnson, P.O. Dyjon Robinson, P.O. Felicia Dudley-Johnson, P.O. Cleveland Wilson | NONE | POLICE: Alleges BI Excessive force, false arrest, Civil Rights at residence/porch | 12/31/22 | 03/22/23 | 6/6/23 via cd by RDF |
| Jose Stitt v COB, BPD, Jane and/John Doe #1 (said police officer and/or police dept employee), Jane and/John Doe #2 (said police officer and/or police dept employee), Jane and/John Doe #3 (said police officer and/or police dept employee), Jane and/John Doe #4 (said police officer and/or police dept employee), | NONE | POLICE: Civil Rights allegations: search/assault/false arrest/fx arm at 521 Goodyear lot | 01/12/23 | 03/16/23 | 6/6/23 via cd by RDF |
| Jeffrey Campbell v COB, COBPD | NONE | POLICE: Alleges improperly detained, arrested and injured | 01/25/23 | 4/14/2023 | 6/6/23 via cd by RDF |
| Alsha Paulk | NONE | POLICE: Alleges damage to premises during search | 02/22/23 | 03/06/23 | 6/6/23 via cd by RDF |
| Corinthia Williams v COB, COBPD, PO Alyssa Person, PO Joseph Meli, PO Zachary Dressler, PO Alexander Quincey PO Brendan Robinson, PO Steven Zappia, PO Joseph Mullen, PO Juan Garcia, PO Nathaniel Rodriguez, PO Joseph Christopher, PO Alan Ortiz, PO Vincent Judge, Lt. Adam O'Shei | NONE | POLICE: Alleges unlawfully stopped, searched, seized-487 Niagara St | 3/9/2023 | 5/24/2023 | 6/6/23 via cd by RDF |
| Anthony Arguelles and Iyana Dixon v COB. BPD, P.O. Joshua Kluge, P.O. Michael Kiripolsky, P.O. John Doe(s) | NONE | POLICE: Alleges unlawful arrest, excessive force resulting in injuries | 03/14/23 | 4/14/2023 | 6/6/23 via cd by RDF |
| Dennis Vincent | NONE | POLICE:Alleges damage to vehicle from police unlawful search | 03/25/23 | 05/11/23 | 6/6/23 via cd by RDF |
| Monica Taylor v COB, BPD | NONE | POLICE:MVA: Alleges injuries due to accident - Parkridge Ave | 04/04/23 | 4/19/2023 | 6/6/23 via cd by RDF |
| Donny Answeeney | 2008-6381 | Police Excess Force, Head Laceration - Stagnant | | | |

| Caption-Full name Claimant/Plaintiff | INDEX NO | MATTER DESCRIPTION | Date of Incident | Date doc't filed/served on City | Date doc't email to BPD |
|---|---|---|---|---|---|
| Joshua Harris v Todd McAlistor, Elnur Karadzhayev, Dennis Taylor, Jeffrey Jajkowski, Maurice Foster, Andrew Dalgleish, Ashlee Amoia, Luis Rivera, Edward Ramage, Chelsey Rogowski, Mary May, Victoria Siracuse, Zackary Morin, Jason Wahl, R. Roetzer, Mr. Alabanese, Madonna Bishop, Angel Angriaccio, Terrel Bolden, Philip Hinterberger, Anthony Avolio, Jennifer Stutz, Scott Culver, Kenneth Anaya, Hiba Khalil, Kayla Wise, Dan Deneka, Rick Hewitt, Fred Schumacker, Dan Stark, Alexander Costa, Robert Perry, James Schrier, John McEvoy, Unidentified Clerk, S. Kirsch, Ms. Ramadan, Ms. Dickenson, G4S Secure Solutions, COB, County of Erie | 22-cv-0075 | POLICE: unlawful stop, detainment, etc. | 04/14/19 | unk | 6/6/2023 |
| Rachel Eckert | NONE | POLICE: Alleges false arrest, malicious prosecution etc -PO Salazar | 07/05/19 | 09/23/19 | 6/6/2023 |
| Sherron N Kirkwood v COB and PO Calvis McKnight | NONE | POLICE: Alleges illegal search, false imprisonment, assault, etc. | 07/22/19 | 10/15/19 | 6/6/2023 |
| Richard and Debra Brydalski v COB, NY | NONE | POLICE: Alleges raid and intrusion without cause | 08/07/19 | 11/12/19 | 6/6/2023 |
| Geico aso David Santana v COB and "John Doe"(s) 1-10 | 812000-2020 | PO parked private vehicle damaged by city worker landscaping - E Ferry | 10/08/19 | 10/28/19 | 6/6/2023 |
| Richard Rice v COB, COBPD | NONE | POLICE: Alleges altercation w/ police emp at karaoke event-Det Christopher Sterlace | 11/05/19 | 1/31/2020 | 6/6/2023 |
| Stephen Parisi v COB, County of Erie and Erie County District Attorney's Office | NONE | POLICE: False arrest, malicious prosecution - 795 Main - Diocese of Buffalo | 12/19/19 | 04/27/21 | 6/6/2023 |
| Eitan Stant and Violet Knauss v COBPD, PO Karl Schultz, PO Delong, PO Joe P, PO B District Officer John Doe 1-4 | 21-cv-0627 | POLICE- false arrest , excessive force, etc - Schultz - 245 Linwood | 02/15/20 | 5/15/2020 | 6/6/2023 |
| Kameylah Hakim v BPD,COB | none | Police- alleges car chased by police struck claimant | 03/12/20 | 6/12/2020 | 6/6/2023 |

| Caption-Full name Claimant/Plaintiff | INDEX NO | MATTER DESCRIPTION | Date of Incident | Date doc't filed/served on City | Date doc't email to BPD |
|---|---|---|---|---|---|
| Keyontay Ricks Jr. v Buffalo C-District, PO B. Nagy, PO M. Ambellan | NONE | POLICE: Excessive force etc | 05/05/20 | 8/14/2020 | 6/6/2023 |
| Andrew Friedfertig v COBPD | NONE | Police: False arrest of "legal observer" 74 Franklin - unkown officers, Lt. Beyer | 06/17/20 | 09/15/20 | 6/6/2023 |
| Abdulah Kaled Fadel | NONE | POLICE: Alleges assault - details unknown | 08/01/20 | 11/10/22 | 6/6/2023 |
| Nikita Williams v COB, BPD | NONE | POLICE: Alleges Officer Rogowski pushed her. | 09/01/20 | 12/18/20 | 6/6/2023 |
| Brant Harry v COB and COBPD | NONE | POLICE: False arrest, excessive force, illegal search, etc | 09/12/20 | 11/05/20 | 6/6/2023 |
| Chase Walker v The State of NY Department of Corrections and Community Supervision; BPD and COB | NONE | POLICE: Alleges injury during arrest at Corrections Office Main St | 10/05/20 | 01/08/21 | 6/6/2023 |
| Rachely Cortorreal v COB, COBPD, PO Courtney Halligan, PO Thea McGrath, PO Mark Andrzejak, PO Kaitlyn D'Amico, PO Lamar Reeves, Jr., PO David Cole, PO Daniel Carlson, PO Antonio Wallace, PO Ricardo Wilson, COBPD Employee Marisa Rivera | NONE | POLICE: Alleges excessive force after MVA | 11/07/20 | 02/03/21 | 6/6/2023 |
| Alice Emerson | NONE | POLICE: MVA w/ PO vehicle - V2 ran red light - Pass claimant(PO Billups) | 11/24/20 | 12/31/20 | 6/6/2023 |
| Anthony Davis v COB, COBPD, COB Police Officers Stephen Schultz, Trevor Sheehan, Christopher Bauer, Patrick Long, David Kimmins, Joseph McCarthy and John Doe(s) | NONE | POLICE: false arrest, unlawful impris. etc. 593 Northumberland arrest | 11/25/20 | 06/27/22 | 6/6/2023 |
| Kay Quan Lucas | NONE | POLICE: Alleges police left premises open/unattended after raid | 04/30/21 | 05/26/21 | 6/6/2023 |

| Caption-Full name Claimant/Plaintiff | INDEX NO | MATTER DESCRIPTION | Date of Incident | Date doc't filed/served on City | Date doc't email to BPD |
|---|---|---|---|---|---|
| Lord Divine Antoine FKA Antoine Lewis dba Antoine Lewis Williams v COB, Timothy A Ball dba Corporation Counsel, Timothy Howard dba Sheriff, Timothy B Howard CEO of The People of the State of NY Erie County Courts, COB NY Dept of Motion Vehicles/DMV, Mark J.F. Schreoder bda Mark J.F. Schroeder, Commissioner of DMV, Shawn Yost dba Shawn Yost DMV Field Investigation, BPD, Byron Lockwood dba Commissioner of BPD, K. Beam dba BPO K. Beam, BPO J. Hall, Mr. Ford dba BPO Ford, Mr. Long dba BPO Lt. Long, COB Parking Violaton Bureau, Kevin Helfer bda Kevin Helfer Commissioner of Parking Violations Bureau, Davis Huff dba Davis Huff Assistant of the BOC Parking Department, COB Impound Lot, Nicole dba Nicole[last name unkown] SUpervisor at COB Impound, The City of Buffalo Elite Towing | 813213-2021 | POLICE: Alleges kidnapping, illegal towing by police - Bailey Ave | 07/01/21 | 08/16/21 | 6/6/2023 |