# Exhibit 1

 **SPECIAL ORDER NO 2013-068 - TRANSFERS**
Teri L OKeefe on 03/21/2013 at 03:10 PM
Category: 13 - Special Orders

SPECIAL ORDER NO 2013-068 - TRANSFERS

THE FOLLOWING TRANSFERS ARE EFFECTIVE 0001 HRS., APRIL 1, 2013:

LT. DANIEL BURKE IS TRANSFERRED FROM THE A-DISTRICT TO THE STRIKE FORCE
LT. DAVID WILCOX IS TRANSFERRED FROM THE C-DISTRICT TO THE STRIKE FORCE
LT. THOMAS WHELAN IS TRANSFERRED FROM THE A-DISTRICT TO THE STRIKE FORCE
LT. GEORGE MCLEAN IS TRANSFERRED FROM 911 COMMUNICATIONS TO THE STRIKE FORCE

PO ROBERT SALAMONE IS TRANSFERRED FROM THE HOUSING UNIT TO THE STRIKE FORCE
PO JOSEPH WALTERS IS TRANSFERRED FROM THE C-DISTRICT TO THE STRIKE FORCE
PO JOHN POISSON IS TRANSFERRED FROM THE HOUSING UNIT TO THE STRIKE FORCE
PO MICHAEL MARTINEZ IS TRANSFERRED FROM THE B-DISTRICT TO THE STRIKE FORCE
PO JOSEPH CHOJNACKI IS TRANSFERRED FROM THE A-DISTRICT TO THE STRIKE FORCE
PO JERRY GUILIAN IS TRANSFERRED FROM THE HOUSING UNIT TO THE STRIKE FORCE
PO CHARLES SKIPPER IS TRANSFERRED FROM THE C-DISTRICT TO THE STRIKE FORCE
PO ROBBIN THOMAS IS TRANSFERRED FROM THE D-DISTRICT TO THE STRIKE FORCE
PO LATASHA HOWARD IS TRANSFERRED FROM THE HOUSING UNIT TO THE STRIKE FORCE
PO JAMES O'DONNELL IS TRANSFERRED FROM THE B-DISTRICT TO THE STRIKE FORCE
PO MICHAEL ACQUINO IS TRANSFERRED FROM THE HOUSING UNIT TO THE STRIKE FORCE
PO AARON PARISEAU IS TRANSFERRED FROM THE A-DISTRICT TO THE STRIKE FORCE
PO MARK HAMILTON IS TRANSFERRED FROM THE HOUSING UNIT TO THE STRIKE FORCE
PO JONATHAN BIERL IS TRANSFERRED FROM THE HOUSING UNIT TO THE STRIKE FORCE

PPO ANTHONY FANARA IS TRANSFERRED FROM THE E-DISTRICT TO THE STRIKE FORCE
PPO DARREN MCDUFFIE IS TRANSFERRED FROM THE A-DISTRICT TO THE STRIKE FORCE

DANIEL DERENDA/COMMISSIONER OF POLICE

COB009967

LT. DANIEL BURKE IS TRANSFERRED FROM THE A-DISTRICT TO THE STRIKE FORCE
LT. DAVID WILCOX IS TRANSFERRED FROM THE C-DISTRICT TO THE STRIKE FORCE
LT. THOMAS WHELAN IS TRANSFERRED FROM THE A-DISTRICT TO THE STRIKE FORCE
LT. GEORGE MCLEAN IS TRANSFERRED FROM 911 COMMUNICATIONS TO THE STRIKE FORCE
LT. BRIAN STROBELE IS TRANSFERRED FROM THE HOUSING UNIT TO STRIKE FORCE
LT MICHAEL QUINN IS TRANSFERRED FROM THE A-DISTRICT TO STRIKE FORCE
LT. DAVID PIECH IS TRANSFERRED FROM THE E-DISTRICT TO STRIKE FORCE
LT. IVAN WATKINS IS TRANSFERRED FROM THE C-DISTRICT TO STRIKE FORCE
PO AMY FRANKEL IS TRANSFERRED FROM THE D-DISTRICT TO THE STRIKE FORCE
PO CHRISTOPHER FIELDS IS TRANSFERRED FROM THE C-DISTRICT TO THE STRIKE FORCE
PO BRADFORD PITTS II IS TRANSFERRED FROM THE E-DISTRICT TO THE STRIKE FORCE
PPO SCOTT CULVER IS TRANSFERRED FROM THE A-DISTRICT TO THE STRIKE FORCE
PO ROBERT SALAMONE IS TRANSFERRED FROM THE HOUSING UNIT TO THE STRIKE FORCE
PO JOSEPH WALTERS IS TRANSFERRED FROM THE C-DISTRICT TO THE STRIKE FORCE
PO JOHN POISSON IS TRANSFERRED FROM THE HOUSING UNIT TO THE STRIKE FORCE
PO MICHAEL MARTINEZ IS TRANSFERRED FROM THE B-DISTRICT TO THE STRIKE FORCE
PO JOSEPH CHOJNACKI IS TRANSFERRED FROM THE A-DISTRICT TO THE STRIKE FORCE
PO JERRY GUILIAN IS TRANSFERRED FROM THE HOUSING UNIT TO THE STRIKE FORCE
PO CHARLES SKIPPER IS TRANSFERRED FROM THE C-DISTRICT TO THE STRIKE FORCE
PO ROBBIN THOMAS IS TRANSFERRED FROM THE D-DISTRICT TO THE STRIKE FORCE
PO LATASHA HOWARD IS TRANSFERRED FROM THE HOUSING UNIT TO THE STRIKE FORCE
PO JAMES O'DONNELL IS TRANSFERRED FROM THE B-DISTRICT TO THE STRIKE FORCE
PO MICHAEL ACQUINO IS TRANSFERRED FROM THE HOUSING UNIT TO THE STRIKE FORCE
PO AARON PARISEAU IS TRANSFERRED FROM THE A-DISTRICT TO THE STRIKE FORCE
PO MARK HAMILTON IS TRANSFERRED FROM THE HOUSING UNIT TO THE STRIKE FORCE
PO JONATHAN BIERL IS TRANSFERRED FROM THE HOUSING UNIT TO THE STRIKE FORCE
PO RICHARD LOPEZ IS TRANSFERRED FROM THE C-DISTRICT TO STRIKE FORCE
PPO ANTHONY FANARA IS TRANSFERRED FROM THE E-DISTRICT TO THE STRIKE FORCE
PO DEBRA STROBELE IS TRANSFERRED FORM THE A-DISTRICT TO THE STRIKE FORCE.
PO RICHARD HY IS TRANSFERRED FROM THE C-DISTRICT TO STRIKE FORCE
PO THOMAS ZAK IS TRANSFERRED FROM THE C-DISTRICT TO THE STRIKE FORCE
PO ROBERT DANNER IS TRANSFERRED FROM THE C-DISTRICT TO STRIKE FORCE

COB009968



# SPECIAL ORDER NO. 2015-078 - TRANSFERS

Teri L OKeefe on 03/31/2015 at 03:45 PM
Category:  15 - Special Orders

SPECIAL ORDER NO. 2015-078

THE FOLLOWING TRANSFER IS EFFECTIVE 0001 HRS., APRIL 13, 2015:

PO PAUL SOBKOWIAK IS TRANSFERRED FROM THE B-DISTRICT TO SCHOOL RESOURCE OFFICER
PO ROBERT HEIDINGER IS TRANSFERRED FROM THE STRIKE FORCE TO THE ACCIDENT INVESTIGATION UNIT
PO ADAM WIGDORSKI IS TRANSFERRED FROM THE E-DISTRICT TO THE STRIKE FORCE
DETECTIVE MICHAEL MAIOLA IS TRANSFERRED FROM THE E-DISTRICT TO THE SAFE STREETS TASK FORCE

DANIEL DERENDA/COMMISSIONER OF POLICE

COB009969

 # SPECIAL ORDER NO 2010-06 TRANSFERS

Hedwig P Gross on 01/11/2010 at 06:26 PM
Category: 10 - Special Orders

SPECIAL ORDER NO 2010 - 06 TRANSFERS
THE FOLLOWING TRANSFERS ARE EFFECTIVE FRIDAY, JANUARY 15, 2010 AT 0001 HOURS:

CAPTAIN MARK MORGAN TRANSFERRED FROM INVESTIGATIVE SERVICES TO TRAFFIC, MRU, A.I.U, DOGHANDLERS
CAPTAIN PHILIP M. SERAFINI FROM MOBILE RESPONSE UNIT TO A DISTRICT
CAPTAIN GUY T. ZAGARA FROM A DISTRICT TO HOUSING UNIT

LIEUTENANT STEVEN MALKOWSKI TRANSFERRED FROM B DISTRICT TO THE TRAFFIC BUREAU
LIEUTENANT JOHN D. RIEMAN TRANSFERRED FROM A DISTRICT TO MOBILE RESPONSE UNIT
LIEUTENANT THOMAS J. LEATHERBARROW TRANSFERRED FROM E DISTRICT TO MOBILE RESPONSE UNIT
LIEUTENANT PATRICK M. PASCALL TRANSFERRED FROM A DISTRICT TO SCHOOLS
LIEUTENANT LANCE R. RUSSO TRANSFERRED FROM C DISTRICT TO HOUSING UNIT
LIEUTENANT JEFFREY M. GIALLELLA TRANSFERRED FROM MOBILE RESPONSE UNIT TO HOUSING UNIT
LIEUTENANT DAVID M. PIECH TRANSFERRED FROM D DISTRICT TO LIEUTENANT RELIEF CIRCUIT
LIEUTENANT FRANK GUEVARA TRANSFERRED FROM B DISTRICT TO LIEUTENANT RELIEF CIRCUIT
LIEUTENANT JOSEPH GRAMAGLIA TRANSFERRED FROM D DISTRICT TO LIEUTENANT RELIEF CIRCUIT
LIEUTENANT RONALD E. JENTZ TRANSFERRED FROM D DISTRICT TO COMMUNICATIONS (911) .
LIEUTENANT SCOTT A. TESTA TRANSFERRED FROM C DISTRICT TO LIEUTENANT RELIEF CIRCUIT

POLICE OFFICER KENNETH DEVLIN WILL REMAIN AT B DISTRICT
POLICE OFFICER MARTIN FORERO TRANSFERRED FROM TRAFFIC VIOLATIONS TO AIU
POLICE OFFICER DONALD GENOVESE TRANSFERRED FROM D DISTRICT TO AIU
POLICE OFFICER ARMONDO CORDONE TRANSFERRED FROM D DISTRICT TO TRAFFIC VIOLATIONS
POLICE OFFICER MICHAEL BENNETT TRANSFERRED FROM E DISTRICT TO HOUSING UNIT
POLICE OFFICER THOMAS ENGLISH TRANSFERRED FROM C DISTRICT TO SCHOOL RESOURCE
POLICE OFFICER JOSEPH PAOLUCCI TRANSFERRED FROM B DISTRICT TO HOUSING UNIT
POLICE OFFICER LORI KMIDOWSKI TRANSFERRED FROM A DISTRICT TO SCHOOL RESOURCE
POLICE OFFICER ROBERT JOYCE TRANSFERRED FROM C DISTRICT TO HOUSING UNIT
POLICE OFFICER PATRICK MORROW TRANSFERRED FROM COMMISIONER'S OFFICE TO D DISTRICT
POLICE OFFICER EDMOND LABBY, JR. TRANSFERRED FROM B DISTRICT TO HOUSING UNIT
POLICE OFFICER VALERIE STOVER-KELLY TRANSFERRED FROM D DISTRICT TO SCHOOL RESOURCE
POLICE OFFICER DONNA DONAVAN TRANSFERRED FROM B DISTRICT TO HOUSING UNIT
POLICE OFFICER ROBERT HEIDINGER TRANSFERRED FROM A DISTRICT TO SCHOOL RESOURCE
POLICE OFFICER DAVID ACOSTA TRANSFERRED FROM MOBILE RESPONSE UNIT TO HOUSING UNIT
POLICE OFFICER PAMELA WESTBROOK TRANSFERRED FROM E DISTRICT TO SCHOOL RESOURCE

COB009970

POLICE OFFICER NATHANIEL GAINEY TRANSFERRED FROM E DISTRICT TO SCHOOL RESOURCE
POLICE OFFICER ANGELO THREATS TRANSFERRED FROM E DISTRICT TO HOUSING UNIT
POLICE OFFICER CORY KRUG TRANSFERRED FROM MOBILE RESPONSE UNIT TO HOUSING UNIT
POLICE OFFICER JOHN EVANS TRANSFERRED FROM MOBILE RESPONSE UNIT TO HOUSING UNIT
POLICE OFFICER PATRICK HUMISTON TRANSFERRED FROM MOBILE RESPONSE UNIT TO HOUSING UNIT
POLICE OFFICER LATASHA HOWARD TRANSFERRED FROM E DISTRICT TO B DISTRICT
POLICE OFFICER ANN DEVANEY TRANSFERRED FROM C DISTRICT TO HOUSING UNIT
POLICE OFFICER SHERRY HOLTZ TRANSFERRED FROM B DISTRICT TO HOUSING UNIT
POLICE OFFICER BART ADAMS TRANSFERRED FROM B DISTRICT TO HOUSING UNIT
POLICE OFFICER LAUREN CIERNIAK WILL REMAIN AT B DISTRICT
POLICE OFFICER WILLIAM REZABEK TRANSFERRED FROM C DISTRICT TO HOUSING UNIT
POLICE OFFICER JEREMY CONNOLLY WILL REMAIN AT C DISTRICT
POLICE OFFICER MARK ANDRZEJAK WILL REMAIN AT A DISTRICT
POLICE OFFICER THOMAS NUNAN TRANSFERRED FROM B DISTRICT TO HOUSING UNIT
POLICE OFFICER MICHAEL ACQUINO WILL REMAIN AT C DISTRICT
POLICE OFFICER MICHAEL MCANDREWS WILL REMAIN AT C DISTRICT
POLICE OFFICER WILLIAM MACY WILL REMAIN AT E DISTRICT
POLICE OFFICER ADOPHUS BARKOR TRANSFERRED FROM E DISTRICT TO HOUSING UNIT
POLICE OFFICER LEONETTA RUSSELL WILL REMAIN AT C DISTRICT
POLICE OFFICER JEANAN SHARPE TRANSFERRED FROM A DISTRICT TO HOUSING UNIT
POLICE OFFICER MARK HAMILTON WILL REMAIN AT C DISTRICT
POLICE OFFICER LANCE WOOD WILL REMAIN AT A DISTRICT
POLCIE OFFICER KRISS TOMASULA TRANSFERRED FROM E DISTRICT TO A DISTRICT

PPO MARK GOODSPEED WILL REMAIN AT C DISTRICT
PPO ANTHONY SHEA TRANSFERRED FROM B DISTRICT TO HOUSING UNIT
PPO MICHELLE MORALES WILL REMAIN AT D DISTRICT
PPO JOHN BEYER TRANSFERRED FROM A DISTRICT TO C DISTRICT
PPO ELIZABETH BAKER WILL REMAIN AT B DISTRICT
PPO ROBERTO BECERRIL WILL REMAIN AT E DISTRICT
PPO MICHAEL MOORE WILL REMAIN AT A DISTRICT
PPO KARL SCHULTZ WILL REMAIN AT C DISTRICT
PPO REGINA WEEKS WILL REMAIN AT E DISTRICT
PPO MICHAEL BAUER WILL REMAIN AT E DISTRICT
PPO KELVIN SHARPE WILL BE TRANSFERRED FROM A DISTRICT TO C DISTRICT
PPO JONATHAN BIERL WILL REMAIN AT C DISTRICT
PPO PHILIP SERAFINI, JR WILL BE TRANSFERRED FROM E DISTRICT TO A DISTRICT
PPO DEBORAH HUNT WILL REMAIN AT A DISTRICT
PPO KENNETH AGEE WILL BE TRANSFERRED FROM E DISTRICT TO A DISTRICT
PPO JAMES WHITAKER WILL BE TRANSFERRED FROM E DISTRICT TO A DISTRICT
PPO JENNIFER WHITAKER WILL BE TRANSFERRED FROM E TO A DISTRICT

DANIEL DERENDA
COMMISSIONER OF POLICE



# SPECIAL ORDER NO 2010-69 - TRANSFERS

Teri L OKeefe on 06/03/2010 at 03:16 PM
Category:  10 - Special Orders

SPECIAL ORDER #2010-69

THE FOLLOWING TRANSFERS ARE EFFECTIVE 0001 HRS., WEDNESDAY, JUNE 9, 2010 TO
COINCIDE WITH THE BEGINNING OF THE NEXT 15 DAY CYCLE:

INSP MICHAEL GASPAR IS TRANSFERRED FROM TRAFFIC/MRU/SPECIAL EVENTS TO MRU

CAPT GUY ZAGARA IS TRANSFERRED FROM THE A-DISTRICT TO THE HOUSING UNIT

CAPT PHILIP SERAFINI IS TRANSFERRED FROM MRU TO THE A-DISTRICT

CAPT MARK MORGAN IS TRANSFERRED FROM INVESTIGATIVE SERVICES TO TRAFFIC/AIU/DOG
HANDLERS - (*FULL RELEASE PBA*)
CAPT MICHAEL MANZELLA IS TRANSFERRED FROM THE B-DISTRICT TO TRAFFIC/AIU/DOG
HANDLERS

LT DONNA BERRY IS TRANSFERRED FROM THE RELIEF CIRCUIT TO SCHOOLS

LT BRIAN STROBELE IS TRANSFERRED FROM THE RELIEF CIRCUIT TO THE HOUSING UNIT
LT LANCE RUSSO IS TRANSFERRED FROM THE C-DISTRICT TO THE HOUSING UNIT

LT FRANK GUEVARA IS TRANSFERRED FROM THE B-DISTRICT TO THE RELIEF CIRCUIT
LT PAUL MULLEN IS TRANSFERRED FROM THE D-DISTRICT TO THE RELIEF CIRCUIT
LT RONALD JENTZ IS TRANSFERRED FROM THE D-DISTRICT TO THE RELIEF CIRCUIT

PO MICHAEL BENNETT IS TRANSFERRED FROM THE E-DISTRICT TO THE HOUSING UNIT
PO SHAWN ADAMS IS TRANSFERRED FROM MRU TO THE HOUSING UNIT
PO DONNA BENITEZ IS TRANSFERRED FROM THE B-DISTRICT TO THE HOUSING UNIT
PO JOHN EVANS IS TRANSFERRED FROM MRU TO THE HOUSING UNIT
PO PATRICK HUMISTON IS TRANSFERRED FROM MRU TO THE HOUSING UNIT
PO BART ADAMS IS TRANSFERRED FROM THE B-DISTRICT TO THE HOUSING UNIT
PO WILLIAM REZABEK IS TRANSFERRED FROM THE C-DISTRICT TO THE HOUSING UNIT
PO WILLIAM MACY IS TRANSFERRED FROM THE E-DISTRICT TO THE HOUSING UNIT
PO ANTHONY SHEA IS TRANSFERRED FROM THE B-DISTRICT TO THE HOUSING UNIT
PO JOHN BEYER IS TRRANSFERRED FROM THE A-DISTRICT TO THE HOUSING UNIT
PO KELVIN SHARPE IS TRANSFERRED FROM THE A-DISTRICT TO THE HOUSING UNIT
PO JONATHAN BIERL IS TRANSFERRED FROM THE C-DISTRICT TO THE HOUSING UNIT
PO KENNETH AGEE IS TRANSFERRED FROM THE E-DISTRICT TO THE HOUSING UNIT
PO ANDRE LLOYD IS TRANSFERRED FROM THE B-DISTRICT TO THE HOUSING UNIT
PO CHRISTOPHER FIELDS IS TRANSFERRED FROM THE C-DISTRICT TO THE HOUSING UNIT
PO COREY KRUG IS TRANSFERRED FROM MRU TO THE HOUSING UNIT
PO ELIZABETH BAKER IS TRANSFERRED FROM THE B-DISTRICT TO THE HOUSING UNIT
PO JOHN LATTANZIO IS TRANSFERRED FROM THE B-DISTRICT TO THE HOUSING UNIT

PO MARTIN FORERO IS TRANSFERRED FROM THE TRAFFIC VIOLATIONS BUREAU TO AIU
PO DONALD GENOVESE IS TRANSFERRED FROM THE D-DISTRICT TO AIU

PO ARMONDO CORDONE IS TRANSFERRED FROM THE D-DISTRICT TO THE TRAFFIC
VIOLATIONS BUREAU

COB009972

PO DUSTIN JOHNSON IS TRANSFERRED FROM THE A-DISTRICT TO THE D-DISTRICT
PO MARK ANDRZEJAK IS TRANSFERERRED FROM THE A-DISTRICT TO THE D-DISTRICT

PO KRIS TOMASULA IS TRANSFERRED FROM THE E-DISTRICT TO THE A-DISTRICT
PO PHILIP SERAFINI JR IS TRANSFERRED FROM THE E-DISTRICT TO THE A-DISTRICT
PO JAMES WHITAKER IS TRANSFERRED FROM THE E-DISTRICT TO THE A-DISTRICT
PO JENNIFER WHITAKER IS TRANSFERRED FROM THE E-DISTRICT TO THE A-DISTRICT
PO BRADFORD PITTS II IS TRANSFERRED FROM THE C-DISTRICT TO THE A-DISTRICT


DANIEL DERENDA/INTERIM COMMISSIONER OF POLICE

COB009973



# SPECIAL ORDER NO. 2010-95 - TRANSFERS

Teri L OKeefe on 07/15/2010 at 09:48 AM
Category: 10 - Special Orders

SPECIAL ORDER NO 2010-95 - TRANSFERS

THE FOLLOWING TRANSFERS WILL TAKE EFFECT 0001 HRS., SATURDAY, JULY 24TH, 2010.

PO JOSEPH DOXBECK IS TRANSFERRED FROM THE E-DISTRICT TO THE A-DISTRICT
PPO SEAN MCCABE IS TRANSFERRED FROM THE E-DISTRICT TO THE A-DISTRICT
PPO JOSEPH HASSETT IS TRANSFERRED FROM THE B-DISTRICT TO THE A-DISTRICT
PPO AUTUMN HARRISON REMAINS AT THE A-DISTRICT
PPO OMAR RODRIGUEZ REMAINS AT THE A-DISTRICT
PPO JOSEPH MULLEN IS TRANSFERRED FROM THE B-DISTRICT TO THE A-DISTRICT
PPO SEAN ZOLL IS TRANSFERRED FROM THE D-DISTRICT TO THE A-DISTRICT
PPO MARCUS ROGOWSKI IS TRANSFERRED FROM THE E-DISTRICT TO THE A-DISTRICT
PPO NICOLE GRODY REMAINS AT THE A-DISTRICT

PO KENNETH BARNEY IS TRANSFERRED FROM THE D-DISTRICT TO THE B-DISTRICT
PO LARRY CAVINS IS TRANSFERRED FROM THE D-DISTRICT TO THE B-DISTRICT
PO DARREN LABEDZ IS TRANSFERRED FROM THE E-DISTRICT TO THE B-DISTRICT
PO DAVID F. ACOSTA IS TRANSFERRED FROM MRU TO THE B-DISTRICT

PO JONATHON PIETRZAK IS TRANSFERRED FROM THE E-DISTRICT TO THE C-DISTRICT
PO MARUS FEARS IS TRANSFERRED FROM THE A-DISTRICT TO THE C-DISTRICT
PO JAMES WHITAKER IS TRANSFERRED FROM THE A-DISTRICT TO THE C-DISTRICT
PO ANDRE LLOYD IS TRANSFERRED FROM HOUSING TO THE C-DISTRICT
PO CHRISTOPHER FIELDS IS TRANSFERRED FROM HOUSING TO THE C-DISTRICT
PPO AARON BORCZYNSKI IS TRANSFERRED FROM THE D-DISTRICT TO THE C-DISTRICT

PO DONALD GENOVESE IS TRANSFERRED FROM AIU TO THE D-DISTRICT
PO MICHAEL L. BAUER IS TRANSFERRED FROM THE E-DISTRICT TO THE D-DISTRICT
PO LAMAR MCCULLEY IS TRANSFERRED FROM THE A-DISTRICT TO THE D-DISTRICT
PO WILLIAM ROBINSON IS TRANSFERRED FROM THE C-DISTRICT TO THE D-DISTRICT
PO LANCE WOODS IS TRANSFERRED FROM THE A-DISTRICT TO THE D-DISTRICT

PO MICHAEL BENNETT IS TRANSFERRED FROM HOUSING TO THE E-DISTRICT
PO JENNIFER WHITAKER IS TRANSFERRED FROM THE A-DISTRICT TO THE E-DISTRICT
PO BRADFORD PITTS II IS TRANSFERRED FROM THE A-DISTRICT TO THE E-DISTRICT
PPO ARWEN MARLETTE REMAINS AT THE E-DISTRICT
PPO ANDREW SHEA IS TRANSFERRED FROM THE C-DISTRICT TO THE E-DISTRICT
PPO EARRON SMITH IS TRANSFERRED FROM THE C-DISTRICT TO THE E-DISTRICT
PPO JOHN SEITZ IS TRANSFERRED FROM THE B DISTRICT TO THE E-DISTRICT
PPO ADAM MIELCAREK IS TRANSFERRED FROM THE D-DISTRICT TO THE E-DISTRICT

PO CAROLYN MISHOE IS TRANSFERRED FROM MRU TO AIU

PO CARL ANDOLINA IS TRANSFERRED FROM THE B-DISTRICT TO MRU
PPO ERIC AUGUSTYN IS TRANSFERRED FROM THE C-DISTRICT TO MRU

PO MICHAEL J. ACQUINO IS TRANSFERRED FROM THE C-DISTRICT TO HOUSING
PO JARED DOMRACKI IS TRANSFERRED FROM THE E-DISTRICT TO HOUSING
PO MARK HAMILTON IS TRANSFERRED FROM THE C-DISTRICT TO HOUSING

DANIEL DERENDA/INTERIM COMMISSIONER OF POLICE

COB009975

 **SPECIAL ORDER 2012-158 TRANSFERS**
Patricia R Groves on 06/08/2012 at 02:19 PM
Category: 12 - Special Orders

SPECIAL ORDER 2012-158 - TRANSFERS

The following transfers are effective at 0001 hrs. June 11, 2012:

PO Michael Martinez is transferred from AIU to B District

Det. Earl Perrin is transferred from Casino Unit to Commissioner's Office

Det. Patrick Judge is transferred from Homicide to Casino Unit

Inspector Michael Gaspar is transferred from MRU to Duty Office
Lt. Richard Doyle is transferred from MRU to Lt. Relief Circuit
Lt. Jeffrey Giallella is transferred from MRU to Lt. Relief Circuit
PO Santos Diaz is transferred from MRU to Accident Investigation Unit
PO Robert Delaney is transferred from MRU to A District
PO John Messina is transferred from MRU to A District
PO Michael Maiola is transferred from MRU to B District
PO Ronnie Daniels is transferred from MRU to C District
PO David Daniels is transferred from MRU to C District
PO Robert E. Lee is transferred from MRU to C District
PO Robbin Thomas is transferred from MRU to D District
PO Mark Swaggard is transferred from MRU to D District
PO Ronald Ammerman is transferred from MRU to E District
PO Jerry Guilian is transferred from MRU to E District
PO Joseph Langdon is transferred from MRU to E District
PO John Poisson is transferred from MRU to Housing

D/Sgt. David Lillis is transferred from Homicide to Intelligence
Det. John Linehan is transferred from VCIT to Intelligence
Det. Kevin Maloney is transferred from VCIT to Intelligence
Det. Thomas Doctor is transferred from Narcotics to Intelligence
Det. Gary Teague is transferred from VCIT to Narcotics
Det. Paul Barba is transferred from B District to Intelligence
Det. Sean Buth is transferred from Narcotics to B District
Det. Deborah Mulhern is transferred from D District to Narcotics
Det. Edwin Perez is transferred from VCIT to D District

COB009976

**DANIEL DERENDA**
**COMMISSIONER OF POLICE**

COB009977



# SPECIAL ORDER NO 2012-261 - TRANSFERS

Teri L OKeefe on 09/14/2012 at 03:36 PM
Category: 12 - Special Orders

SPECIAL ORDER NO 2012-261 - TRANSFERS

THE FOLLOWING TRANSFERS ARE EFFECTIVE 0001 HRS., MONDAY SEPTEMBER 17, 2012:

CAPT GUY ZAGARA IS TRANSFERRED FROM HOUSING TO THE C-DISTRICT

CAPT PATRICK ROBERTS IS TRANSFERRED FROM THE E-DISTRICT TO THE HOUSING UNIT

PO JAMES SCHERER IS TRANSFERRED FROM THE E-DISTRICT TO THE A-DISTRICT
PO JENNIFER ZANGHI IS TRANSFERRED FROM THE D-DISTRICT TO THE A-DISTRICT
PO JOSEPH MIHALICS IS TRANSFERRED FROM THE D-DISTRICT TO THE A-DISTRICT

PO JAMES O'DONNELL IS TRANSFERRED FROM THE D-DISTRICT TO THE B-DISTRICT

PPO NICHOLAS MILITELLO IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT
PPO DANIEL AHEARN IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT
PPO HIBA KHALIL IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT
PPO BENJAMIN MCDONALD IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT

PO LISA HOLLOWAY IS TRANSFERRED FROM THE MAYOR'S IMPACT TEAM TO THE E-DISTRICT
PO JOSEPH DOXBECK IS TRANSFERRED FROM THE A-DISTRICT TO THE E-DISTRICT
PPO CHRISTINA COLOSIMO IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT

PO DAVID POLEON IS TRANSFERRED FROM THE D-DISTRICT TO THE RANGE

PO ROBERT DELANEY IS TRANSFERRED FROM THE A-DISTRICT TO THE MAYOR'S IMPACT TEAM

DANIEL DERENDA/COMMISSIONER OF POLICE

COB009978

02-04-'19 16:32 FROM- admin/fiscal 7168516523 T-320 P0013/0034 F-049

 **SPECIAL ORDER NO 2012-305 - TRANSFERS**
Teri L OKeefe on 11/08/2012 at 04:11 PM
Category: 12 - Special Orders

---

SPECIAL ORDER NO 2012-305 - TRANSFERS

---

THE FOLLOWING TRANSFERS ARE EFFECTIVE 0001 HRS., NOVEMBER 12, 2012:

CAPTAIN JAMES FAGAN IS TRANSFERRED FROM THE D-DISTRICT TO COMMUNICATIONS

PO JOHN EVANS IS TRANSFERRED FROM HOUSING TO THE A-DISTRICT

PO JOHN LATTANZIO IS TRANSFERRED FROM HOUSING TO THE B-DISTRICT
PO JOSEPH SZAFRANSKI IS TRANSFERRED FROM THE E-DISTRICT TO THE B-DISTRICT
PO JOSEPH MIHALICS IS TRANSFERRED FROM THE A-DISTRICT TO THE B-DISTRICT
PO NICHOLAS PARISI IS TRANSFERRED FROM THE D-DISTRICT TO THE B-DISTRICT
PO DONNA BENITEZ IS TRANSFERRED FROM HOUSING TO THE B-DISTRICT
PO JEANAN SHARPE IS TRANSFERRED FROM THE A-DISTRICT TO THE B-DISTRICT
PO ELIZABETH BAKER IS TRANSFERRED FROM HOUSING TO THE B-DISTRICT

PO JOHN MESSINA IS TRANSFERRED FROM THE A-DISTRICT TO THE C-DISTRICT

PO JERRY GUILIAN IS TRANSFERRED FROM THE E-DISTRICT TO HOUSING
PO LATASHA HOWARD IS TRANSFERRED FROM THE E-DISTRICT TO HOUSING
PO WILLIAM ROBINSON IS TRANSFERRED FROM THE D-DISTRICT TO HOUSING

PPO NATHAN MARYANSKI IS TRANSFERRED FROM THE ACADEMY TO THE A-DISTRICT
PPO PAUL RUDNICKI IS TRANSFERRED FROM THE ACADEMY TO THE A-DISTRICT
PPO SCOTT CULVER IS TRANSFERRED FROM THE ACADEMY TO THE A-DISTRICT
PPO PATRICK BAKER IS TRANSFERRED FROM THE ACADEMY TO THE A-DISTRICT
PPO JAIME SERRANO-CARDONA IS TRANSFERRED FROM THE ACADEMY TO THE A-DISTRICT
PPO RICHARD HY IS TRANSFERRED FROM THE ACADEMY TO THE A-DISTRICT
PPO DARREN MCDUFFIE IS TRANSFEERED FROM THE ACADEMY TO THE A-DISTRICT
PPO JOSEPH BONNER IS TRANSFERRED FROM THE ACADEMY TO THE A-DISTRICT
PPO EILEEN KLINE IS TRANSFERRED FROM THE ACADEMY TO THE A-DISTRICT

PPO PATRICK OVERDORF IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO MICHAEL SCHEU IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO ERIN REID IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO NICHOLAS POBLOCKI IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO JOSHUA HEIDINGER IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO VINCENT JUDGE IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO ROBERT DANNER IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO NICHOLAS CONRAD IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO JAMES MCMAHON IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO MICHAEL HAAS IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO DAVID SANTANA IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT

PPO KARIN FRANCO IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT
PPO JOSEPH NIGRO IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT
PPO LINDSAY LARACUENTE-ZGODA IS TRANSFERRED FROM THE ACADEMY TO THE

COB009979

02-04-19 16:32 FROM- admin/fiscal          7168516523          T-320  P0014/0034 F-049

D-DISTRICT
PPO LON FOLTS IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT
PPO ISMAIL LEWIS IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT
PPO GARRETT O'NEILL IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT
PPO MARQUEST CASTILLO IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT

PPO KEVIN QUINN IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO DONALD MYERS IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO MICHAEL ANDERSON IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO CARYN ANDERSON IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO CHARLES MILLER IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO ANDREW WHITEFORD IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO TIMOTHY PERROTT IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO PETER NGUYEN IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO ANTHONY FANARA IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT

PPO JOSHUA CRAIG IS TRANSFERRED FROM THE ACADEMY TO HOUSING

DANIEL DERENDA/COMMISSIONER OF POLICE

COB009980

 **SPECIAL ORDER NO. 2014-229 - TRANSFERS**
Teri L OKeefe on 07/25/2014 at 12:48 PM
Category: 14 - Special Orders

SPECIAL ORDER NO. 2014-229

THE FOLLOWING TRANSFERS ARE EFFECTIVE 0001 HRS., JULY 28, 2014:

LT JEFFREY RINALDO IS TRANSFERRED FROM THE D-DISTRICT TO THE COMMISSIONER'S OFFICE

LT JOSEPH LYNCH IS TRANSFERRED FROM THE C-DISTRICT TO THE TRAFFIC BUREAU

LT PATRICK HUMISTON IS TRANSFERRED FROM THE D-DISTRICT TO THE A-DISTRICT

LT JEREMY CONNOLLY IS TRANSFERRED FROM THE RELIEF CIRCUIT TO THE C-DISTRICT

LT JONATHAN PIETRZAK IS TRANSFERRED FROM 911 COMMUNICATIONS TO THE E-DISTRICT

LT RICHARD MANLEY IS TRANSFERRED FROM CITY COURT BOOKING TO THE D-DISTRICT

DET ELLEN NOWADLY IS TRANSFERRED FROM SOS TO NARCOTICS/VICE

DET EDWIN PEREZ IS TRANSFERRED FROM THE D-DISTRICT TO SOS

DET THOMAS STARKEY IS TRANSFERRED FROM THE A-DISTRICT TO NARCOTICS/VICE

DET JOSEPH GLENDINNING IS TRANSFERRED FROM THE CASINO UNIT TO THE A-DISTRICT

PO DARRYL JONES IS TRANSFERRED FROM THE B-DISTRICT TO SCHOOL RESOURCE OFFICER

PO MARK TRIPP IS TRANSFERRED FROM THE C-DISTRICT TO THE B-DISTRICT

PO NATHAN GOLDSMITH IS TRANSFERRED FROM SCHOOL RESOURCE OFFICER TO TRAFFIC/AIU

PO PATRICK CROWLEY IS TRANSFERRED FROM THE HOUSING UNIT TO THE B-DISTRICT

PO JOHN WILLIAMS IS TRANSFERRED FROM THE B-DISTRICT TO THE MAYOR'S OFFICE

PO LORI KMIDOWSKI IS TRANSFERRED FROM SCHOOL RESOURCE OFFICER TO THE POLICE RANGE

PO CHRISTOPHER KESSLER IS TRANSFERRED FROM THE C-DISTRICT TO THE POLICE RANGE

PO ANN VANYO IS TRANSFERRED FROM THE D-DISTRICT TO THE A-DISTRICT

PO MARK SWAGGARD IS TRANSFERRED FROM THE D-DISTRICT TO SCHOOL RESOURCE OFFICER

PO ANDREW SHEA IS TRANSFERRED FROM THE E-DISTRICT TO THE C-DISTRICT

PO ADAM MIELCAREK IS TRANSFERRED FROM THE E-DISTRICT TO THE C-DISTRICT

COB009981

PO JOSHUA CRAIG IS TRANSFERRED FROM THE A-DISTRICT TO THE D-DISTRICT

PO IBRAHIM ABDUL-WAHED IS TRANSFERRED FROM THE D-DISTRICT TO THE E-DISTRICT

PO JOSEPH ACQUINO IS TRANSFERRED FROM THE A-DISTRICT TO THE HOUSING UNIT

PPO THOMAS SULLIVAN IS TRANSFERRED FROM THE B-DISTRICT TO THE E-DISTRICT

PPO DEWAYNE RAYE IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT

PPO THELMA JONES IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT

PPO ALAN ORTIZ IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT


DANIEL DERENDA/COMMISSIONER OF POLICE

COB009982



# SPECIAL ORDER NO. 2014-314 - TRANSFERS
Melissa A Barrie on 10/10/2014 at 09:08 AM
Category: 14 - Special Orders

SPECIAL ORDER NO. 2014-314

THE FOLLOWING TRANSFERS ARE EFFECTIVE 0001 HRS., OCTOBER 13, 2014:

PO CHARLES MILLER IS TRANSFERRED FROM THE E-DISTRICT TO THE HOUSING UNIT AS PER ARBITRATION AWARD
PO ANDREW WHITEFORD IS TRANSFERRED FROM THE E-DISTRICT TO THE HOUSING UNIT AS PER ARBITRATION AWARD
PO DEBORAH HUNT IS TRANSFERRED FROM THE A-DISTRICT TO THE SCHOOL RESOURCE OFFICE AS PER ARBITRATION AWARD
PO ROBERT HEIDINGER IS TRANSFERRED FROM THE SCHOOL RESOURCE OFFICE TO STRIKE FORCE AS PER ARBITRATION AWARD
PO MICHAEL BASS IS TRANSFERRED FROM THE E-DISTRICT TO THE TRAFFIC BUREAU AS PER ARBITRATION AWARD
PO KAREN QUINN-HIGGINS IS TRANSFERRED FROM THE B-DISTRICT TO THE TRAFFIC BUREAU AS PER ARBITRATION AWARD
PO LAVONNE HANDSOR IS TRANSFERRED FROM THE C-DISTRICT TO THE INTERNAL AFFAIRS DIVISION
PO CHERYL SLOMBKA IS TRANSFERRED FROM THE D-DISTRICT TO THE PROPERTY OFFICE
PO HAROLD WALKER IS TRANSFERRED FROM THE PROPERTY OFFICE TO THE SCHOOL RESOURCE OFFICE
PO LINDA WILSON IS TRANSFERRED FROM THE D-DISTRICT TO THE PROPERY OFFICE
PO CEDRIC LITTLEJOHN IS TRANSFERRED FROM THE C-DISTRICT TO THE B-DISTRICT
PO JOSEPH PAOLUCCI IS TRANSFERRED FROM THE B-DISTRICT TO THE SCHOOL RESOURCE OFFICE
PO DEBRA PERRY IS TRANSFERRED FROM THE INTERNAL AFFAIRS DIVISION TO THE ACADEMY
PO MELANIE NEUREUTHER IS TRANSFERRED FROM AIU TO THE E-DISTRICT
PO MARK ALBERTI IS TRANSFERRED FROM THE C-DISTRICT TO THE E-DISTRICT
PO RONALD AMMERMAN IS TRANSFERRED FROM THE E-DISTRICT TO THE B-DISTRICT
PO MARIE SCHRECKENBERGER IS TRANSFERRED FROM THE D-DISTRICT TO AIU
PO EDDIE LOPEZ IS TRANSFERRED FROM THE D-DISTRICT TO THE A-DISTRICT
PO BRIAN GRIFFIN IS TRANSFERRED FROM THE C-DISTRICT TO THE B-DISTRICT
PO MARK SWAGGARD IS TRANSFERRED FROM THE SCHOOL RESOURCE OFFICE TO THE B-DISTRICT
PO DENNIS GILBERT IS TRANSFERRED FROM THE C-DISTRICT TO THE B-DISTRICT
PO WILLIAM REZABEK IS TRANSFERRED FROM THE HOUSING UNIT TO THE A-DISTRICT
PO JOSEPH MIHALICS IS TRANSFERRED FROM THE B-DISTRICT TO THE A-DISTRICT
PO SARA JO KEATON IS TRANSFERRED FROM THE D-DISTRICT TO THE A-DISTRICT
PO ALLEN SMITH IS TRANSFERRED FROM THE D-DISTRICT TO THE B-DISTRICT
PO MAURICE FOSTER IS TRANSFERRED FROM THE D-DISTRICT TO THE B-DISTRICT
PO JONATHAN BIERL IS TRANSFERRED FROM THE STRIKE FORCE TO THE HOUSING UNIT
PO AARON BORCZYNSKI IS TRANSFERRED FROM THE C-DISTRICT TO THE E-DISTRICT
PO CARYN ANDERSON IS TRANSFERRED FROM THE E-DISTRICT TO THE A-DISTRICT
PO GARRETT O'NEILL IS TRANSFERRED FROM THE D-DISTRICT TO THE A-DISTRICT
PO KEVIN QUINN IS TRANSFERRED FROM THE E-DISTRICT TO THE C-DISTRICT
PO RICHARD HY IS TRANSFERRED FROM THE C-DISTRICT TO STRIKE FORCE
PO MARK AMBELLAN IS TRANSFERRED FROM THE A-DISTRICT TO THE C-DISTRICT
PPO KEVIN BRIDGE IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT
PPO DEWAYNE RAYE IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT

PPO WILLIAM GRAEBER IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT
PPO NICOLE KRUG IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT
PPO RICHARD CRUZ IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT
PPO MICHAEL PARANA IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO MICHAEL MOFFETT IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO ANDREW THOMAS IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT
PPO JOSHUA DOMROS IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT
PPO CHRISTOPHER SCHAFER IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT
PPO PETER MILLER IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO MEGHAN SULLIVAN IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT
PPO MICHAEL MARITATO IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT
PPO LUCIA ESQUILIN IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO NICHOLAS SKALSKI IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO MARC DIPASQUALE IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO ERIK SERRANO-CARDONA IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO JAMES NIGHTINGALE-GRIFFIN IS TRANSFERRED FROM THE ACADEMY TO C-DISTRICT
PPO ALLAN MAY IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO CARLTON WITKOWSKI IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO ZACKARY BURGESS IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO HEATHER MURRAY IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO SCOTT BECKER IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO AARON MCDOWELL IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO JOELLE BENCE IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO TERRANCE CISZEK IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO JOSEPH FISCHER IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO JAMES OTWELL IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT

DANIEL DERENDA/COMMISSIONER OF POLICE

COB009984

 # SPECIAL ORDER NO. 2015-206 - TRANSFERS
Teri L OKeefe on 06/25/2015 at 03:05 PM
Category: 15 - Special Orders

SPECIAL ORDER NO. 2015-206

THE FOLLOWING TRANSFERS ARE EFFECTIVE 0001 HRS., JUNE 29, 2015:

CAPT. RONALD JENTZ IS TRANSFERRED FROM THE C-DISTRICT TO THE A-DISTRICT
CAPT. PHILIP SERAFINI IS TRANSFERRED FROM THE A-DISTRICT TO THE HOUSING UNIT

LT. JEFFREY GIALLELLA IS TRANSFERRED FROM THE E-DISTRICT TO THE ACADEMY
LT. JAMES D. O'DONNELL IS TRANSFERRED FROM CITY COURT BOOKING TO THE D-DISTRICT
LT. MICHAEL LONG IS TRANSFERRED FROM CITY COURT BOOKING TO THE D-DISTRICT
LT. CHRISTOPHER MENDOLA IS TRANSFERRED FROM CITY COURT BOOKING TO IAD

DETECTIVE JOSEPH RUGGIERO IS TRANSFERRED FROM THE D-DISTRICT TO THE B-DISTRICT
DETECTIVE EDWIN PEREZ IS TRANSFERRED FROM SOS TO THE D-DISTRICT

PO COREY KRUG IS TRANSFERRED FROM THE HOUSING UNIT TO THE A-DISTRICT
PO JOSEPH PETRONELLA IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PO ANTHONY PORZIO IS TRANSFERRED FROM THE C-DISTRICT TO THE TRAFFIC BUREAU
PO ANTOINETTE GARBACZ IS TRANSFERRED FROM THE C-DISTRICT TO THE TRAFFIC BUREAU

DANIEL DERENDA/COMMISSIONER OF POLICE

 # SPECIAL ORDER NO. 2017-075 - TRANSFERS

Teri L OKeefe on 03/17/2017 at 10:35 AM
Category: 17 - Special Orders

SPECIAL ORDER NO. 2017-075

THE FOLLOWING TRANSFERS ARE EFFECTIVE 0001 HRS., MARCH 20, 2017:

LT. BRIAN STROBELE IS TRANSFERRED FROM THE HOUSING UNIT TO STRIKE FORCE
LT. JOSEPH LYNCH IS TRANSFERRED FROM TRAFFIC TO THE HOUSING UNIT
LT. JEFFREY GIALLELLA IS TRANSFERRED FROM THE B-DISTRICT TO TRAFFIC
LT. MICHAEL ALBERTI IS TRANSFERRED FROM THE E-DISTRICT TO THE B-DISTRICT
LT. JONATHAN PIETRZAK IS TRANSFERRED FROM THE C-DISTRICT TO THE E-DISTRICT
LT. DARREN EXUM IS TRANSFERRED FROM THE RELIEF CIRCUIT TO THE C-DISTRICT

DANIEL DERENDA/COMMISSIONER OF POLICE

COB009986

 **SPECIAL ORDER NO. 2017-194 - TRANSFERS**
Melissa A Barrie on 07/03/2017 at 12:01 PM
Category:  17 - Special Orders

SPECIAL ORDER NO. 2017-194

THE FOLLOWING TRANSFERS ARE EFFECTIVE 0001 HRS., JULY 10, 2017:

PO OSCAR BARRETTO IS TRANSFERRED FROM THE B-DISTRICT TO TRAFFIC
PO ROBERT DELANEY IS TRANSFERRED FROM AIU TO TRAFFIC
PO JONATHAN CLEMONS IS TRANSFERRED FROM THE A-DISTRICT TO TRAFFIC
PO JASON HEIDINGER IS TRANSFERRED FROM THE A-DISTRICT TO AIU
PO JEFFREY JAJKOWSKI IS TRANSFERRED FROM THE D-DISTRICT TO THE A-DISTRICT
PO LINDSEY LARACUENTE-ZGODA IS TRANSFERRED FROM THE D-DISTRICT TO THE
A-DISTRICT
PO JOSHUA CRAIG IS TRANSFERRED FROM THE C-DISTRICT TO THE B-DISTRICT
PO MICHAEL NORWOOD IS TRANSFERRED FROM THE C-DISTRICT TO THE HOUSING UNIT
PO TERRANCE CISZEK IS TRANSFERRED FROM THE D-DISTRICT TO THE HOUSING UNIT

DANIEL DERENDA/COMMISSIONER OF POLICE

COB009987

 **SPECIAL ORDER NO. 2017-416 - TRANSFERS**
Teri L OKeefe on 12/15/2017 at 12:52 PM
Category: 17 - Special Orders

SPECIAL ORDER NO. 2017-416

THE FOLLOWING TRANSFERS ARE EFFECTIVE 0001 HRS., DECEMBER 18, 2017:

LT ALPHONSO WRIGHT IS TRANSFERRED FROM THE DEPUTY POLICE COMMISSIONER'S OFFICE TO THE INTERNAL AFFAIRS DIVISION
DETECTIVE MARVIN SANFORD IS TRANSFERRED FROM THE DEPUTY POLICE COMMISSIONER'S OFFICE TO THE E-DISTRICT.
DETECTIVE CEDRIC HOLLOWAY IS TRANSFERRED FROM THE DEPUTY POLICE COMMISSIONER'S OFFICE TO THE INTERNAL AFFAIRS DIVISION
PO MICHAEL BEAVERS IS TRANSFERRED FROM THE COMMISSIONER'S OFFICE TO THE E-DISTRICT
PO DEIDRE CARSWELL IS TRANSFERRED FROM THE DEPUTY POLICE COMMISSIONER'S OFFICE TO SCHOOL RESOURCE OFFICER
PO PATRICK BAGGOTT IS TRANSFERRED FROM THE C-DISTRICT TO THE B-DISTRICT
PO LATASHA HOWARD IS TRANSFERRED FROM THE STRIKE FORCE TO THE HOUSING UNIT
PO THOMAS ZAK IS TRANSFERRED FROM THE C-DISTRICT TO THE STRIKE FORCE
PO LANCE WOODS IS TRANSFERRED FROM THE DEPUTY POLICE COMMISSIONER'S OFFICE TO THE E-DISTRICT
PO JOHN BEYER IS TRANSFERRED FROM THE HOUSING UNIT TO THE B-DISTRICT
PO KARL SCHULTZ IS TRANSFERRED FROM THE C-DISTRICT TO THE B-DISTRICT
PO JENNIFER WHITAKER IS TRANSFERRED FROM THE DEPUTY POLICE COMMISSIONER'S OFFICE TO THE E-DISTRICT
PO LINDSAY LARACUENTA-ZGODA IS TRANSFERRED FROM THE A-DISTRICT TO THE D-DISTRICT
PO JOSEPH BONNER IS TRANSFERRED FROM THE B-DISTRICT TO THE C-DISTRICT
PO ROBERT LARUSCH IS TRANSFERRED FROM THE B-DISTRICT TO THE D-DISTRICT
PO JASON SCHNELLE IS TRANSFERRED FROM THE C-DISTRICT TO THE E-DISTRICT
PO JOSEPH PETRONELLA IS TRANSFERRED FROM THE C-DISTRICT TO THE B-DISTRICT
PO PATRICK ECK IS TRANSFERRED FROM THE C-DISTRICT TO THE E-DISTRICT
PO MARCUS GRIFFIN IS TRANSFERRED FROM THE E-DISTRICT TO THE D-DISTRICT
PO JULIAN HAYASHI IS TRANSFERRED FROM THE SCHOOL RESOURCE OFFICER TO THE C-DISTRICT
PPO BENJAMIN JOBSON IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT
PPO FERNANDEZ MONTES IS TRANSFERRED FROM THE ACADEMY TO THE B-DISTRICT
PPO JOHN KELLEY IS TRANSFERRED FROM THE ACADEMY TO THE B-DISTRICT
PPO EDWARD BYRD IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO CHRISTOPHER BAUER IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO MATTHEW SCHROEN IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO WILLIAM LIS IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO ERICA NOWAK IS TRANSFERRED FROM THE ACADEMY TO THE A-DISTRICT
PPO CHRISTOPHER LENHARDT IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO ALEXANDER QUINCY IS TRANSFERRED FROM THE ACADEMY TO THE B-DISTRICT
PPO THOMAS OLEJNICZAK IS TRANSFERRED FROM THE ACADEMY TO THE B-DISTRICT
PPO ASHLEE AMOIA IS TRANSFERRED FROM THE ACADEMY TO THE B-DISTRICT
PPO KURT MAKOWSKI IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT
PPO CRAIG STEVENS IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO ELNUR KARADZHAYEV IS TRANSFERRED FROM THE ACADEMY TO THE B-DISTRICT
PPO JOSEPH PANEK IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT

PPO DEMETRIUS REYNOLDS IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO PATINA DANIEL IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO BRENDAN BARREN IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO NICHOLAS JOHNSON IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO VINCENT HUMPHREY IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO LUIS RIVERA IS TRANSFERRED FROM THE ACADEMY TO THE B-DISTRICT
PPO JAKE GIARRANO IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO PETER MASSICCI IS TRANSFERRED FROM THE B-DISTRICT TO THE C-DISTRICT
PPO JOSEPH TYSON IS TRANSFERRED FROM THE ACADEMY TO THE B-DISTRICT
PPO DEVIN COSEGLIA IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO DEVANTE AMOS IS TRANSFERRED FROM THE ACADEMY TO THE B-DISTRICT
PPO EDWARD RAMAGE IS TRANSFERRED FROM THE ACADEMY TO THE B-DISTRICT
PPO LAMONT RUTHERFORD IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO JOHN DAVIDSON IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO ROBERT STATES IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO KEITH MAZURCZAK IS TRANSFERRED FROM THE ACADEMY TO THE A-DISTRICT
PPO DEREK BRENNAN IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO NICHOLAS HOWELLS IS TRANSFERRED FROM THE ACADEMY TO THE A-DISTRICT
PPO BRIAN WALTER IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO MARC HURST IS TRANSFERRED FROM THE B-DISTRICT TO THE C-DISTRICT
PPO LAWRENCE BRIGGS IS TRANSFERRED FROM THE ACADEMY TO THE A-DISTRICT
PPO VICTOR FERRO IS TRANSFERRED FROM THE ACADEMY TO THE A-DISTRICT
PPO LIAM BAGGOTT IS TRANSFERRED FROM THE B-DISTRICT TO THE A-DISTRICT
PPO ALDO WILLIAMS IS TRANSFERRED FROM THE ACADEMY TO THE A-DISTRICT
PPO RYAN SANDERS IS TRANSFERRED FROM THE ACADEMY TO THE A-DISTRICT

DANIEL DERENDA/COMMISSIONER OF POLICE

 # AMENDED - SPECIAL ORDER NO. 2018-016 - PROMOTIONS AND TRANSFERS

Teri L OKeefe on 01/16/2018 at 10:34 AM
Category:  18 - Special Orders

---

AMENDED SPECIAL ORDER NO. 2018-016 - POLICE OFFICERS ONLY

RESCIND THE FOLLOWING TRANSFERS:

PO ROBERT HEIDINGER REMAINS IN AIU
PO ALLAN MAY REMAINS IN THE D-DISTRICT
PO LAMAR MCCULLEY REMAINS IN THE D-DISTRICT

THE REMAINDER OF THE TRANSFERS REMAIN IN EFFECT

---

SPECIAL ORDER NO. 2018-016

THE CIVIL SERVICE ADMINISTRATION HAS APPROVED THE FOLLOWING PROMOTIONS/TRANSFERS EFFECTIVE 0001 HRS., JANUARY 15, 2018:

CAPTAIN RONALD JENTZ IS PROMOTED TO PERMANENT INSPECTOR AND IS TRANSFERRED TO THE C-DISTRICT
CAPTAIN ROBERT ROSENSWIE III IS PROMOTED TO PERMANENT INSPECTOR AND IS TRANSFERRED TO THE INTERNAL AFFAIRS DIVISION

LT SCOTT BLESY IS PROMOTED TO CONTINGENT PERMANENT CAPTAIN AND IS TRANSFERRED TO THE E-DISTRICT
LT JOSEPH LANGDON IS PROMOTED TO CONTINGENT PERMANENT CAPTAIN AND IS TRANSFERRED TO THE C-DISTRICT

DETECTIVE PATRICK OVERDORF IS PROMOTED TO PERMANENT LIEUTENANT AND IS TRANSFERRED TO THE E-DISTRICT
PO PATRICK BAKER IS PROMOTED TO PERMANENT LIEUTENANT AND IS TRANSFERRED TO THE B-DISTRICT
DETECTIVE MICHAEL PALIZAY IS PROMOTED TO PERMANENT LIEUTENANT AND IS TRANSFERRED TO THE B-DISTRICT
PO DONALD MYERS IS PROMOTED TO PERMANENT LIEUTENANT AND IS TRANSFERRED TO THE E-DISTRICT
PO THELMA JONES IS PROMOTED TO PERMANENT LIEUTENANT AND IS TRANSFERRED TO THE E-DISTRICT
PO MARCUS ROGOWSKI IS PROMOTED TO PERMANENT LIEUTENANT AND IS TRANSFERRED TO THE RELIEF CIRCUIT
PO TODD MCALISTER IS PROMOTED TO CONTINGENT PERMANENT LIEUTENANT AND IS TRANSFERRED TO THE B-DISTRICT
PO SHARESE SALEH IS PROMOTED TO CONTINGENT PERMANENT LIEUTENANT AND IS TRANSFERRED TO THE C-DISTRICT
PO RONNY BLATCHFORD IS PROMOTED CONTINGENT PERMANENT LIEUTENANT AND IS TRANSFERRED TO CITY COURT BOOKING
PO KARIN TURELLO IS PROMOTED CONTINGENT PERMANENT LIEUTENANT AND IS TRANSFERRED TO THE RELIEF CIRCUIT

COB009990

PO ELIZABETH BAKER IS PROMOTED CONTINGENT PERMANENT LIEUTENANT AND IS TRANSFERRED TO THE C-DISTRICT
PO JOSEPH SZAFRANSKI IS PROMOTED CONTINGENT PERMANENT LIEUTENANT AND IS TRANSFERRED TO THE RELIEF CIRCUIT
PO NICHOLE SANTIAGO IS PROMOTED CONTINGENT PERMANENT LIEUTENANT AND IS TRANSFERRED TO CITY COURT BOOKING
PO WILLIAM MACY IS PROMOTED CONTINGENT PERMANENT LIEUTENANT AND IS TRANSFERRED TO CITY COURT BOOKING

DETECTIVE CHRISTOPHER MORDINO IS PROMOTED TO PERMANENT DETECTIVE SERGEANT AND IS TRANSFERRED TO S.O.S.
DETECTIVE MARVIN SANFORD IS PROMOTED TO TEMPORARY DETECTIVE SERGEANT AND IS TRANSFERRED TO THE E-DISTRICT
DETECTIVE CEDRIC HOLLOWAY IS PROMOTED TO TEMPORARY DETECTIVE SERGEANT AND REMAINS IN HIS CURRENT ASSIGNMENT

PO ERIC QUINTANA IS PROMOTED TO PERMANENT DETECTIVE AND IS TRANSFERRED TO J.T.T.F.
PO MICHAEL ANDERSON IS PROMOTED TO PERMANENT DETECTIVE AND IS TRANSFERRED TO THE C-DISTRICT
PO TOMMY CHAMPION IS PROMOTED TO PERMANENT DETECTIVE AND IS TRANSFERRED TO THE D-DISTRICT
PO REGINA WEEKS IS PROMOTED TO PERMANENT DETECTIVE AND IS TRANSFERRED TO THE A-DISTRICT
PO ERIN HEIDINGER IS PROMOTED TO PERMANENT DETECTIVE AND IS TRANSFERRED TO THE B-DISTRICT
PO MICHAEL ACQUINO IS PROMOTED TO PERMANENT DETECTIVE AND IS TRANSFERRED TO INTELLIGENCE
PO LUCIA SCHULTZ IS PROMOTED TO PERMANENT DETECTIVE AND IS TRANSFERRED TO B-DISTRICT
PO ANTHONY FANARA IS PROMOTED TO PERMANENT DETECTIVE AND IS TRANSFERRED TO THE B-DISTRICT

CAPT. MARK MARASCHIELLO IS TRANSFERRED FROM INVESTIGATIVE SERVICES TO STAFF INSPECTIONS
CAPT. DAVID STABLER IS TRANSFERRED FROM THE E-DISTRICT TO INVESTIGATIVE SERVICES
CAPT. RANDALL AMMERMAN IS TRANSFERRED FROM THE C-DISTRICT TO INVESTIGATIVE SERVICES

LT. CHRISTOPHER KOCHERSBERGER IS TRANSFERRED FROM THE B-DISTRICT TO NARCOTICS
LT. DAVID PIECH IS TRANSFERRED FROM THE E-DISTRICT TO STRIKE FORCE
LT. IVAN WATKINS IS TRANSFERRED FROM THE C-DISTRICT TO STRIKE FORCE
LT. TIMOTHY O'ROURKE IS TRANSFERRED FROM THE E-DISTRICT TO AIU
LT. DAVID CIEPLY IS TRANSFERRED FROM THE E-DISTRICT TO THE TRAFFIC BUREAU
LT. ANTHONY SZYMKOWIAK IS TRANSFERRED FROM CITY COURT BOOKING TO THE A-DISTRICT
LT. THOMAS ENGLISH IS TRANSFERRED FROM THE C-DISTRICT TO THE A-DISTRICT
LT. EDWIN GARRIS IS TRANSFERRED FROM THE A-DISTRICT TO 911 COMMUNICATIONS
LT. KENNETH ANAYA IS TRANSFERRED FROM 911 COMMUNICATIONS TO THE D-DISTRICT
LT. MICHAEL ALBERTI IS TRANSFERRED FROM THE B-DISTRICT TO THE INTERNAL AFFAIRS DIVISION
LT. MARK GOODSPEED IS TRANSFERRED FROM THE RELIEF CIRCUIT TO THE E-DISTRICT
LT. MARK SWAGGARD IS TRANSFERRED FROM THE RELIEF CIRCUIT TO THE A-DISTRICT
LT. MICHAEL FARLEY IS TRANSFERRED FROM THE RELIEF CIRCUIT TO THE B-DISTRICT

DET. SGT. JOSEPH GLENDINNING IS TRANSFERRED FROM THE INTELLIGENCE UNIT TO THE SAFE STREETS TASK FORCE

DET. SGT. MICHAEL MAIOLA IS TRANSFERRED FROM THE E-DISTRICT TO INTELLIGENCE

DETECTIVE THOMAS STARKEY IS TRANSFERRED FROM NARCOTICS TO THE CRIME SCENE UNIT
DETECTIVE JOSEPH RUGGIERO IS TRANSFERRED FROM THE B-DISTRICT TO NARCOTICS
DETECTIVE JASON MAYHOOK IS TRANSFERRED FROM INTELLIGENCE TO NARCOTICS
DETECTIVE THOMAS HERBERT IS TRANSFERRED FROM INTELLIGENCE TO NARCOTICS
DETECTIVE WILLIAM DRABIK IS TRANSFERRED FROM THE B-DISTRICT TO NARCOTICS
DETECTIVE JOSE LORENZO IS TRANSFERRED FROM THE D-DISTRICT TO NARCOTICS
DETECTIVE JENNY VELEZ IS TRANSFERRED FROM THE A-DISTRICT TO THE C-DISTRICT
DETECTIVE KEITH FITZNER IS TRANSFERRED FROM THE B-DISTRICT TO THE C-DISTRICT
DETECTIVE KENNETH AGEE IS TRANSFERRED FROM THE B-DISTRICT TO INTELLIGENCE
PO EDWIN TORRES IS TRANSFERRED FROM THE B-DISTRICT TO TRAFFIC
PO DORIAN MCKNIGHT IS TRANSFERRED FROM THE D-DISTRICT TO DOG HANDLER
PO CHARLES SKIPPER IS TRANSFERRED FROM THE STRIKE FORCE TO DOG HANDLER
PO RAYMOND HARRINGTON IS TRANSFERRED FROM THE E-DISTRICT TO TRAFFIC
PO ROBERT HEIDINGER IS TRANSFERRED FROM AIU TO THE MAYORS IMPACT TEAM - RESCINDED
PO COLLEEN NOLAN IS TRANSFERRED FROM THE A-DISTRICT TO DOG HANDLER
PO LANCE WOODS IS TRANSFERRED FROM THE E-DISTRICT TO SCHOOL RESOURCE OFFICER
PO ALLAN MAY IS TRANSFERRED FROM THE D-DISTRICT TO THE MAYORS IMPACT TEAM - RESCINDED
PO RYAN CRESPO IS TRANSFERRED FROM THE D-DISTRICT TO THE HOUSING UNIT
PO LAMAR MCCULLEY IS TRANSFERRED FROM THE D-DISTRICT TO AIU - RESCINDED

DANIEL DERENDA/COMMISSIONER OF POLICE

COB009992

 **SPECIAL ORDER NO. 2018-100 - TRANSFERS**
Teri L OKeefe on 03/09/2018 at 09:28 AM
Category: 18 - Special Orders

SPECIAL ORDER NO. 2018-100

THE FOLLOWING TRANSFERS ARE EFFECTIVE 0001 HRS., MARCH 12, 2018:

LT. MICHAEL QUINN IS TRANSFERRED FROM STRIKE FORCE TO THE TRAFFIC BUREAU
LT. DAVID PIECH IS TRANSFERRED FROM STRIKE FORCE TO THE TRAFFIC BUREAU
LT. GEORGE MCLEAN IS TRANSFERRED FROM STRIKE FORCE TO THE TRAFFIC BUREAU
LT. MICHAEL WALKER IS TRANSFERRED FROM THE B-DISTRICT TO THE TRAFFIC BUREAU
LT. JOSEPH SZAFRANSKI IS TRANSFERRED FROM THE RELIEF CIRCUIT TO THE B-DISTRICT
LT. NICOLE SANTIAGO IS TRANSFERRED FROM CITY COURT BOOKING TO THE E-DISTRICT
LT. IVAN WATKINS IS TRANSFERRED FROM STRIKE FORCE TO CITY COURT BOOKING
DETECTIVE LEO MCGRATH IS TRANSFERRED FROM NARCOTICS TO HOMICIDE
DETECTIVE EDWIN PEREZ IS TRANSFERRED FROM THE D-DISTRICT TO THE CASINO UNIT
PO ROBERT SALAMONE IS TRANSFERRED FROM STRIKE FORCE TO THE B-DISTRICT
PO RICHARD LOPEZ IS TRANSFERRED FROM STRIKE FORCE TO THE HOUSING UNIT
PO JOSEPH WALTERS IS TRANSFERRED FROM STRIKE FORCE TO THE TRAFFIC BUREAU
PO MICHAEL MARTINEZ IS TRANSFERRED FROM STRIKE FORCE TO THE TRAFFIC BUREAU
PO MARK SLAWEK IS TRANSFERRED FROM THE A-DISTRICT TO THE TRUCK SQUAD
PO JOHN LOPEZ IS TRANSFERRED FROM THE A-DISTRICT TO THE TRUCK SQUAD
PO JOSEPH CHOJNACKI IS TRANSFERRED FROM STRIKE FORCE TO THE TRAFFIC BUREAU
PO DEBRA STROBELE IS TRANSFERRED FROM STRIKE FORCE TO THE TRAFFIC BUREAU
PO DORIAN MCKNIGHT IS TRANSFERRED FROM THE COMMISSIONER'S OFFICE TO THE
TRAFFIC BUREAU
PO TERENCE DOLAN IS TRANSFERRED FROM THE C-DISTRICT TO THE TRAFFIC BUREAU
PO CHARLES SKIPPER IS TRANSFERRED FROM THE COMMISSIONER'S OFFICE TO THE TRAFFIC
BUREAU
PO PAUL SOBKOWIAK IS TRANSFERRED FROM SCHOOL RESOURCE OFFICER TO THE TRAFFIC
BUREAU
PO STEVEN SIERK IS TRANSFERRED FROM THE COMMISSIONER'S OFFICE TO THE C-DISTRICT
PO DAVID O'BRIEN IS TRANSFERRED FROM THE E-DISTRICT TO THE TRAFFIC BUREAU
PO TIMOTHY WAGNER IS TRANSFERRED FROM THE D-DISTRICT TO THE TRAFFIC BUREAU
PO JOSEPH DONOVAN IS TRANSFERRED FROM THE D-DISTRICT TO THE TRAFFIC BUREAU
PO JOHN EVANS IS TRANSFERRED FROM THE B-DISTRICT TO THE TRAFFIC BUREAU
PO THOMAS ZAK IS TRANSFERRED FROM STRIKE FORCE TO THE TRAFFIC BUREAU
PO DAVID WOJTASIK IS TRANSFERRED FROM THE B-DISTRICT TO THE TRAFFIC BUREAU
PO COLLEEN NOLAN IS TRANSFERRED FROM THE COMMISSIONER'S OFFICE TO THE
A-DISTRICT
PO MICHAEL MCANDREWS IS TRANSFERRED FROM THE C-DISTRICT TO AIU
PO MARK HAMILTON IS TRANSFERRED FROM STRIKE FORCE TO SCHOOL RESOURCE OFFICER
PO CHRISTOPHER FIELDS IS TRANSFERRED FROM STRIKE FORCE TO THE B-DISTRICT
PO BRADFORD PITTS IS TRANSFERRED FROM STRIKE FORCE TO SCHOOL RESOURCE OFFICER
PO PAUL RUDNICKI IS TRANSFERRED FROM THE A-DISTRICT TO THE D-DISTRICT
PO SCOTT CULVER IS TRANSFERRED FROM STRIKE FORCE TO THE A-DISTRICT
PO ROBERT DANNER IS TRANSFERRED FROM STRIKE FORCE TO THE A-DISTRICT
PO RICHARD HY IS TRANSFERRED FROM STRIKE FORCE TO THE E-DISTRICT
PO NICHOLAS MILITELLO IS TRANSFERRED FROM THE B-DISTRICT TO THE D-DISTRICT
PO DARREN MCDUFFIE IS TRANSFERRED FROM STRIKE FORCE TO THE C-DISTRICT
PO ADAM WIGDORSKI IS TRANSFERRED FROM STRIKE FORCE TO THE B-DISTRICT
PO CLAYTON REED IS TRANSFERRED FROM THE E-DISTRICT TO THE B-DISTRICT

COB009993

PO ARMONDE BADGER IS TRANSFERRED FROM THE C-DISTRICT TO THE HOUSING UNIT
PO ROMAN RAMIREZ IS TRANSFERRED FROM THE E-DISTRICT TO THE D-DISTRICT
PO AARON PARISEAU IS TRANSFERRED FROM STRIKE FORCE TO THE COMMISSIONER' OFFICE
PPO LAWRENCE BRIGGS IS TRANSFERRED FROM THE A-DISTRICT TO THE E-DISTRICT
PPO LETONIO JOHNSON IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO JONATHAN HANOVER IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO JOHN BRITZZALARO IS TRANSFERRED FROM THE ACADEMY TO THE A-DISTRICT

BYRON C. LOCKWOOD/COMMISSIONER OF POLICE

 **SPECIAL ORDER NO. 2018-308 - TRANSFERS**
Teri L OKeefe on 07/26/2018 at 09:40 AM
Category: 18 - Special Orders

SPECIAL ORDER NO. 2018-308

THE FOLLOWING TRANSFERS ARE EFFECTIVE 0001 HRS., JULY 30, 2018:

DETECTIVE KEITH FITZNER IS TRANSFERRED FROM THE JOINT TERRORISM TASK FORCE
(JTTF) TO THE C-DISTRICT
DETECTIVE ERIC QUINTANA IS TRANSFERRED FROM THE INTELLIGENCE UNIT TO THE JOINT
TERRORISM TASK FORCE (JTTF)
DETECTIVE ANTHONY FANARA IS TRANSFERRED FROM THE B-DISTRICT TO THE INTELLIGENCE
UNIT
DETECTIVE NICHOLAS MILITELLO IS TRANSFERRED FROM THE D-DISTRICT TO THE B-DISTRICT

POLICE OFFICER RICHARD LOPEZ IS TRANSFERRED FROM THE HOUSING UNIT TO THE
TRAFFIC BUREAU
POLICE OFFICER KRISTIN RUSSO IS TRANSFERRED FROM THE C-DISTRICT TO THE TRAFFIC
BUREAU
POLICE OFFICER RICHARD HY IS TRANSFERRED FROM THE E-DISTRICT TO THE HOUSING UNIT

BYRON C. LOCKWOOD/COMMISSIONER OF POLICE

COB009995

 **AMENDED - SPECIAL ORDER NO. 2018-420 - TRANSFERS**
Teri L OKeefe on 10/12/2018 at 12:11 PM
Category: 18 - Special Orders

THE CHANGES ARE THE INDIVIDUALS INDICATED IN "RED" BELOW

AMENDED - SPECIAL ORDER NO. 2018-420

THE FOLLOWING TRANSFERS ARE EFFECTIVE 0001 HRS., OCTOBER 15, 2018:

CAPTAIN AMBER BEYER IS TRANSFERRED FROM THE B-DISTRICT TO THE COMMISSIONER'S OFFICE

LT. MICHAEL PALIZAY IS TRANSFERRED FROM THE B-DISTRICT TO PLANNING AND ANALYSIS
LT. DERRICK BANASZAK IS TRANSFERRED FROM CITY COURT BOOKING TO ACCREDITATION
LT. MARK SWAGGARD IS TRANSFERRED FROM THE A-DISTRICT TO THE D-DISTRICT
LT. ROBBIN THOMAS IS TRANSFERRED FROM THE C-DISTRICT TO THE D-DISTRICT
LT. MARCUS ROGOWSKI IS TRANSFERRED FROM THE A-DISTRICT TO THE NEIGHBORHOOD ENGAGEMENT TEAM
LT. WILLIAM MACY IS TRANSFERRED FROM THE E-DISTRICT TO THE NEIGHBORHOOD ENGAGEMENT TEAM
LT. KENNETH AGEE IS TRANSFERRED FROM THE C-DISTRICT TO THE B-DISTRICT
LT. PATRICK BOICE IS TRANSFERRED FROM CITY COURT BOOKING TO THE C-DISTRICT
LT. SCOTT CULVER IS TRANSFERRED FROM CITY COURT BOOKING TO THE C-DISTRICT
LT. ALLEN SMITH IS TRANSFERRED FROM CITY COURT BOOKING TO THE E-DISTRICT

DETECTIVE SERGEANT CEDRIC HOLLOWAY IS TRANFERRED FROM THE COMMISSIONER'S OFFICE TO THE GUN ASSAULT INVESTIGATION TEAM
DETECTIVE MICHAEL STROBELE IS TRANSFERRED FROM AUTO THEFT TO THE GUN ASSAULT INVESTIGATION TEAM
DETECTIVE JOHN HEITZHAUS IS TRANSFERRED FROM THE E-DISTRICT TO THE GUN ASSAULT INVESTIGATION TEAM
DETECTIVE MENLANIE JANUSZ IS TRANSFERRED FROM SOS TO THE GUN ASSAULT INVESTIGATION TEAM
DETECTIVE NATASHA ANDERSON IS TRANSFERRED FROM THE C-DISTRICT TO THE GUN ASSAULT INVESTIGATION TEAM
DETECTIVE KEITH FITZNER IS TRANSFERRED FROM THE C-DISTRICT TO SOS
DETECTIVE NICOLE WRAZEN IS TRANSFERRED FROM THE C-DISTRICT TO THE A-DISTRICT
DETECTIVE JOSEPH BONNER IS TRANSFERRED FROM THE E-DISTRICT TO THE GUN ASSAULT INVESTIGATION TEAM

PO ROBERT SALAMONE IS TRANSFERRED FROM THE B-DISTRICT TO THE NEIGHBORHOOD ENGAGEMENT TEAM
PO CLEVELAND WILSON IS TRANSFERRED FROM THE B-DISTRICT TO THE TRAFFIC BUREAU
PO KATHLEEN PAUL IS TRANSFERRED FROM THE D-DISTRICT TO THE A-DISTRICT
PO COREY KRUG IS TRANSFERRED FROM THE A-DISTRICT TO THE TRAFFIC BUREAU
PO KELLY CRAIG IS TRANSFERRED FROM THE COMMISSIONER'S OFFICE TO THE FAMILY JUSTICE CENTER
PO JOSEPH WENDEL IS TRANSFERRED FROM THE E-DISTRICT TO THE TRAFFIC BUREAU
PO ADOLPHUS BARKOR IS TRANSFERRED FROM THE E-DISTRICT TO THE TRAFFIC BUREAU
PO KELVIN SHARPE IS TRANSFERRED FROM THE HOUSING UNIT TO THE C-DISTRICT

COB009996

PO CHRISTOPHER FIELDS IS TRANSFERRED FROM THE B-DISTRICT TO THE NEIGHBORHOOD ENGAGEMENT TEAM
PO ROBERT MERCURIO IS TRANSFERRED FROM THE D-DISTRICT TO THE NEIGHBORHOOD ENGAGEMENT TEAM
PO CLAYTON REED IS TRANSFERRED FROM THE B-DISTRICT TO THE NEIGHBORHOOD ENGAGEMENT TEAM
PO KLYDE BYNUM IS TRANSFERRED FROM THE C-DISTRICT TO THE HOUSING UNIT
PO KYLE MORIARITY IS TRANSFERRED FROM THE C-DISTRICT TO THE D-DISTRICT
PO CALVIS MCKNIGHT IS TRANSFERRED FROM THE D-DISTRICT TO THE E-DISTRICT
PO COLIN KEENAN IS TRANSFERRED FROM THE A-DISTRICT TO THE C-DISTRICT
PO VINCENT HUMPHREY IS TRANSFERRED FROM THE B-DISTRICT TO THE NEIGHBORHOOD ENGAGEMENT TEAM
PO JAKE GIARRANO IS TRANSFERRED FROM THE E-DISTRICT TO THE C-DISTRICT
PPO JORDAN LENGEL IS TRANSFERRED FROM THE D-DISTRICT TO THE C-DISTRICT
PO LAMONT RUTHERFORD IS TRANSFERRED FROM THE C-DISTRICT TO THE NEIGHBORHOOD ENGAGEMENT TEAM
PO ALDO WILLIAMS IS TRANSFERRED FROM THE A-DISTRICT TO THE C-DISTRICT
PO STEPHEN SCHULZ IS TRANSFERRED FROM THE B-DISTRICT TO THE E-DISTRICT
PO DAVON OTTEY IS TRANSFERRED FROM THE E-DISTRICT TO THE HOUSING UNIT
PPO SHYASHA SPENCER IS TRANSFERRED FROM THE C-DISTRICT TO THE NEIGHBORHOOD ENGAGEMENT TEAM
PPO CHARLAN MITCHELL IS TRANSFERRED FROM THE C-DISTRICT TO THE E-DISTRICT
PPO JACQUELIN NEAL IS TRANSFERRED FROM THE B-DISTRICT TO THE C-DISTRICT
PPO ALARIC SANTIAGO IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO BRANDEN LOWE IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO JAMES HYNES IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO CHELSEY ROGOWSKI IS TRANSFERRED FROM THE ACADEMY TO THE B-DISTRICT
PPO MARK JOHNSON IS TRANSFERRED FROM THE ACADEMY TO THE B-DISTRICT
PPO WILLIAM FOLCKEMER IS TRANSFERRED FROM THE ACADEMY TO THE E-DISTRICT
PPO MICHAEL OLIVENCIA IS TRANSFERRED FROM THE ACADEMY TO THE B-DISTRICT
PPO MATTHEW SERAFINI IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT
PPO ANTONIO WALLACE IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT
PPO ANDREW DALGLEISH IS TRANSFERRED FROM THE ACADEMY TO THE B-DISTRICT
PPO ANTHONY BANAS IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT
PPO JENNA HORNBERGER IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT
PPO CHRISTOPHER WILSON IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT
PPO ANDREW RECHIN IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO RYAN URBANSKI IS TRANSFERRED FROM THE ACADEMY TO THE D-DISTRICT
PPO NIKKO CASILLAS IS TRANSFERRED FROM THE ACADEMY TO THE B-DISTRICT
PPO JOSEPH BEYERS IS TRANSFERRED FROM THE ACADEMY TO THE C-DISTRICT
PPO BRENDEN ROBINSON IS TRANSFERRED FROM THE A-DISTRICT TO THE B-DISTRICT
PPO MICHAEL ROTERT IS TRANSFERRED FROM THE ACADEMY TO THE A-DISTRICT
PPO DESMOND BROWN IS TRANSFERRED FROM THE ACADEMY TO THE B-DISTRICT
PPO ANTHONY BURVID IS TRANSFERRED FROM THE ACADEMY TO THE A-DISTRICT
PPO QUENTIN BRYANT IS TRANSFERRED FROM THE ACADEMY TO THE B-DISTRICT
PPO BIRON STUCKEY IS TRANSFERRED FROM THE ACADEMY TO THE B-DISTRICT
PPO NICHOLAS MELLIGAN IS TRANSFERRED FROM THE ACADEMY TO THE B-DISTRICT
PPO BRITTANY LEISCH IS TRANSFERRED FROM THE ACADEMY TO THE A-DISTRICT
PPO MATTHEW INGLUT IS TRANSFERRED FROM THE ACADEMY TO THE NEIGHBORHOOD ENGAGEMENT TEAM
PPO STEVEN ZAPPIA IS TRANSFERRED FROM THE ACADEMY TO THE PROPERTY OFFICE
PPO ELAINA PEREZ IS TRANSFERRED FROM THE ACADEMY TO THE PROPERTY OFFICE
PPO BRENDAN OVERDORF IS TRANSFERRED FROM THE ACADEMY TO THE PROPERTY OFFICE
PPO DEQUINN SAUNDERS IS TRANSFERRED FROM THE PROPERTY OFFICE TO THE SCHOOL RESOURCE OFFICE
PPO LIDA SANTIAGO IS TRANSFERRED FROM THE ACADEMY TO THE PROPERTY OFFICE

COB009997

PPO PATRICK CRANGLE IS TRANSFERRED FROM THE ACADEMY TO THE NEIGHBORHOOD
ENGAGEMENT TEAM
PPO MICHAEL FORERO IS TRANSFERRED FROM THE ACADEMY TO THE NEIGHBORHOOD
ENGAGEMENT TEAM

BYRON C. LOCKWOOD/COMMISSIONER OF POLICE

COB009998

 **SPECIAL ORDER NO. 2019-013 - TRANSFERS**
Teri L OKeefe on 01/11/2019 at 01:45 PM
Category: 19 - Special Orders
District:

---

SPECIAL ORDER NO. 2019-013

THE FOLLOWING TRANSFERS ARE EFFECTIVE 0001 HRS., JANUARY 14, 2019:

CAPTAIN SCOTT TESTA IS TRANSFERRED FROM CITY COURT BOOKING TO THE HOUSING UNIT
CAPTAIN EDWIN GARRIS IS TRANSFERRED FROM THE C-DISTRICT TO THE E-DISTRICT
CAPTAIN CRAIG LEONE IS TRANSFERRED FROM A-DISTRICT TO CITY COURT BOOKING

LT. HEATHER MURRAY IS TRANSFERRED FROM THE E-DISTRICT TO THE D-DISTRICT
LT. ERIC HOFSCHNEIDER IS TRANSFERRED FROM CITY COURT BOOKING TO THE D-DISTRICT
LT. DARREN MCDUFFIE IS TRANSFERRED FROM CITY COURT BOOKING TO 911
COMMUNICATIONS
LT. ISMAIL LEWIS IS TRANSFERRED FROM CITY COURT BOOKING TO THE D-DISTRICT
LT. RICHARD BARTOSZEWICZ IS TRANSFERRED FROM TRAFFIC TO THE HOUSING UNIT
LT. MICHAEL FARLEY IS TRANSFERRED FROM THE B-DISTRICT TO THE INTERNAL AFFAIRS
DIVISION
LT. THELMA JONES IS TRANSFERRED FROM THE E-DISTRICT TO THE INTERNAL AFFAIRS
DIVISION
LT. KENNETH AGEE IS TRANSFERRED FROM THE B-DISTRICT TO THE TRAFFIC BUREAU
LT. MICHAEL SULLIVAN IS TRANSFERRED FROM THE A-DISTRICT TO THE TRAFFIC BUREAU
LT. JAMES STABLER IS TRANSFERRED FROM THE D-DISTRICT TO ACCREDITATION
LT. TIMOTHY PERROTT IS TRANSFERRED FROM THE A-DISTRICT TO THE E-DISTRICT
LT. DAVID CIEPLY IS TRANSFERRED FROM 911 COMMUNICATIONS TO CITY COURT BOOKING

DET. JOSEPH ACQUINO IS TRANSFERRED FROM THE D-DISTRICT TO INTELLIGENCE
DET. MICHAEL ANDERSON IS TRANSFERRED FROM THE C-DISTRICT TO NARCOTICS
DET. JOHN HEITZHAUS IS TRANSFERRED FROM GVU TO SAFE STREETS TASK FORCE (SSTF)
DET. JOHN LOSI IS TRANSFERRED FROM THE C-DISTRICT TO THE B-DISTRICT
DET. MARLIN HALL IS TRANSFERRED FROM THE COMMISSIONER'S OFFICE TO GVU

PO GAISHA WILSON IS TRANSFERRED FROM E-DISTRICT TO THE INTERNAL AFFAIRS DIVISION
PO JOHN BIERL IS TRANSFERRED FROM THE HOUSING UNIT TO THE POLICE RANGE
PO LINDA MCDONALD IS TRANSFERRED FROM THE A-DISTRICT TO AIU
PO JOSEPH WALTERS IS TRANSFERRED FROM THE TRAFFIC TO RADAR AND TRAFFIC
ENFORCEMENT UNIT
PO CHARLES SKIPPER IS TRANSFERRED FROM TRAFFIC TO RADAR AND TRAFFIC
ENFORCEMENT UNIT
PO CLEVELAND WILSON IS TRANSFERRED FROM TRAFFIC TO THE E-DISTRICT
PO JEANAN SHARPE IS TRANSFERRED FROM THE B-DISTRICT TO SCHOOL RESOURCE
OFFICER
PO DEIDRE CARSWELL IS TRANSFERRED FROM THE ACADEMY TO SCHOOL RESOURCE
OFFICER
PO CHRISTOPHER CALLOWAY IS TRANSFERRED FROM THE B-DISTRICT TO TRAFFIC
PO BRANDON HAWKINS IS TRANSFERRED FROM THE B-DISTRICT TO TRAFFIC
PO ERIC FULLER IS TRANSFERRED FROM THE E-DISTRICT TO TRAFFIC
PO THOMAS FEENEY IS TRANSFERRED FROM THE B-DISTRICT TO TRAFFIC
PO THOMAS HARLACH IS TRANSFERRED FROM THE A-DISTRICT TO THE B-DISTRICT
PO CHRISTOPHER WILSON IS TRANSFERRED FROM THE D-DISTRICT TO THE B-DISTRICT

COB009999

PO PATRICK MCDONALD IS TRANSFERRED FROM THE E-DISTRICT TO THE B-DISTRICT
PO JOHN SULLIVAN IS TRANSFERRED FROM THE E-DISTRICT TO THE A-DISTRICT
PO CLAYTON REED IS TRANSFERRED FROM THE NEIGHBORHOOD ENGAGEMENT TEAM TO THE A-DISTRICT
PO VIRGILIO GONZALEZ IS TRANSFERRED FROM THE B-DISTRICT TO THE D-DISTRICT
PO MAJED OTTMAN IS TRANSFERRED FROM THE A-DISTRICT TO THE C-DISTRICT
PO PATRICK ECK IS TRANSFERRED FROM THE E-DISTRICT TO HOUSING
PO DEBRA KELLY IS TRANSFERRED FROM THE INTERNAL AFFAIRS DIVISION TO THE ACADEMY
PPO MICHAEL OLIVENCIA IS TRANSFERRED FROM THE B-DISTRICT TO THE A-DISTRICT
PPO KIAM GUNN IS TRANSFERRED FROM THE A-DISTRICT TO THE E-DISTRICT

CAPTAIN DERRICK BANASZAK IS ASSIGNED TO THE B-DISTRICT
CAPTAIN JASON WHITENIGHT IS ASSIGNED TO THE C-DISTRICT
CAPTAIN ROBERT E LEE IS ASSIGNED TO THE D-DISTRICT

LT. DANIEL OWCZARCZAK IS TRANSFERRED TO THE A-DISTRICT
LT. ROBERT DANNER IS TRANSFERRED TO THE A-DISTRICT
LT. PATRICK MORROW IS TRANSFERRED TO THE A-DISTRICT
LT. AUTUMN HARRISON IS TRANSFERRED TO THE A-DISTRICT
LT. JIMMIE LARKE III IS TRANSFERRED TO THE B-DISTRICT
LT. GARRETT O'NEILL IS TRANSFERRED TO THE E-DISTRICT
LT. COURTNEY TRIPP IS TRANSFERRED TO THE C-DISTRICT
LT. AARON BORCZYNSKI IS TRANSFERRED TO THE C-DISTRICT
LT. JOHN SEITZ IS TRANSFERRED TO THE C-DISTRICT
LT. JOHN BEYER IS TRANSFERRED TO THE B-DISTRICT
LT. BRADFORD PITTS II IS TRANSFERRED TO THE 911 COMMUNICATIONS
LT. KELLY CRAIG IS TRANSFERRED TO CITY COURT BOOKING
LT. IBRAHIM ABDUL-WAHED IS TRANSFERRED TO CITY COURT BOOKING
LT. JEFFREY JAJKOWSKI IS TRANSFERRED TO THE COMMISSIONER'S OFFICE
LT. JENNIFER WHITAKER IS TRANSFERRED TO THE COMMISSIONER'S OFFICE

DET. BRIAN TRIPP IS TRANSFERRED TO THE C-DISTRICT
DET. JASON SCHNELLE IS TRANSFERRED TO THE C-DISTRICT
DET. BRIAN CONNORS IS TRANSFERRED TO THE C-DISTRICT
DET. JOSEPH FISCHER IS TRANSFERRED TO THE D-DISTRICT
DET. NICOLE KRUG IS TRANSFERRED TO THE E-DISTRICT
DET. WILLIAM MORETTI IS TRANSFERRED TO THE D-DISTRICT
DET. CHRISTOPHER SCHAFER IS TRANSFERRED TO THE D-DISTRICT
DET. ROBERT MERCURIO IS TRANSFERRED TO THE D-DISTRICT
DET. PETER MILLER IS TRANSFERRED TO THE E-DISTRICT
DET. PAUL FITZPATRICK IS TRANSFERRED TO THE E-DISTRICT
DET. JAMIE VARCO IS TRANSFERRED TO THE CYBER TASK FORCE
DET. ADAM WIGDORSKI IS TRANSFERRED TO THE GUN VIOLENCE UNIT (GVU)
DET. MICHELLE PALAMARA IS TRANSFERRED TO THE REGIONAL CRIME FORENSIC LAB (RCFL)
DET. NICHOLAS HERBERT IS TRANSFERRED TO THE COMMISSIONER'S OFFICE
DET. JASMINE OLMSTEAD IS TRANSFERRED TO THE COMMISSIONER'S OFFICE

BYRON C. LOCKWOOD/COMMISSIONER OF POLICE

COB010000