# Exhibit 2

**Exhibit 2 to Declaration of Edward P. Krugman**
Strike Force and Housing Unit Rosters
(Source: Transfer Orders)

**Housing Officers**

Acosta
- In: 1/15/2010
- Out: No end date
- Retired: 2/28/2015
- Payroll Information: B District

Acquino, J
- In: 7/28/2014
- Out: No end date
- Payroll Information: Intelligence Unit

Adams, B
- In: Either 1/15/2010 or 6/9/2010
- Out: No end date
- Payroll Information: Narcotics and Vice Unit

Adams, S
- In: 6/9/2010
- Out: No end date
- Payroll Information: Narcotics and Vice Unit

Agee
- In: 6/9/2010
- Out: No end date
- Payroll Information: Traffic Unit

Badger
- In: 3/12/2018
- Out: No end date
- Payroll Information: School Resource Officer

Baker
- In: 6/9/2010
- Out: 11/12/2012
- Payroll Information: Canine Unit

Barkor
- In: 1/15/2010
- Out: No end date
- Payroll Information: Dispatch Unit

Benitez
- In: 6/9/2010
- Out: 11/12/2012
- Retired: 10/26/2018
- Payroll Information: Commissioner's Office

Bennett
- In: Either 1/15/2010 or 6/9/2010
- Out: 7/24/2010
- Retired: 6/31/2017
- Payroll Information: Conversion Inactives

Ciszek
- In: 7/10/2017
- Out: No end date
- Payroll Information: E District

Craig
- In: 11/12/2012
- Out: No end date
- Payroll Information: B District

Crespo
- In: 1/15/2018
- Out: No end date
- Payroll Information: Housing Unit

Crowley
- In: No start date
- Out: 7/28/2014
- Retired: 12/30/2017
- Payroll Information: Traffic Unit

Devaney
- In: 1/15/2010
- Out: No end date
- Payroll Information: C District

Domaracki
- In: 7/24/2010
- Out: No end date
- Payroll Information: Canine Unit

**Exhibit 2 to Declaration of Edward P. Krugman**
Page 2 of 12

Donovan
- In: 1/15/2010
- Out: No end date
- Payroll Information: C District

Evans
- In: Either 1/15/2010 or 6/9/2010
- Out: 11/12/2012
- Payroll Information: Traffic Unit

Giallella
- In: 1/15/2010
- Out: No end date
- Payroll Information: Traffic Unit

Hassett
- No additional dates
- Payroll Information: Housing Unit

Holtz
- In: 1/15/2010
- Out: No end date
- Payroll Information: B District

Humiston
- In: Either 1/15/2010 or 6/9/2010
- Out: No end date
- Payroll Information: Internal Affairs

Joyce
- In: 1/15/2010
- Out: No end date
- Payroll Information: Commissioner's Office

Krug
- In: Either 1/15/2010 or 6/9/2010
- Out: 6/9/2015
- Payroll Information: Accident Investigation Unit

Labby
- In: 1/15/2010
- Out: No end date
- Retired: 8/31/2017
- Payroll Information: Conversion Inactives

**Exhibit 2 to Declaration of Edward P. Krugman**
Page 3 of 12

Lattanzio
- In: 6/9/2010
- Out: 11/12/2012
- Payroll Information: Police Academy Staff

Lloyd
- In: 6/9/2010
- Out: 7/24/2010
- Payroll Information: Internal Affairs

Lynch
- In: 3/20/2017
- Out: No end date
- Retired: 12/31/2018
- Payroll Information: Housing Unit

Macy
- In: 6/9/2010
- Out: No end date
- Payroll Information: Neighborhood Engagement Team

Norwood
- In: 7/10/2017
- Out: No end date
- Payroll Information: B District

Nunan
- In: 1/15/2010
- Out: No end date
- Payroll Information: Narcotics and Vice

Paolucci
- In: 1/15/2010
- Out: No end date
- Retired: 6/30/2010
- Payroll Information: Traffic Unit
- 

Rezabek
- In: Either 1/15/2010 or 6/9/2010
- Out: 10/13/2014
- Payroll Information: Narcotics and Vice

Roberts
- In: 9/17/2012

**Exhibit 2 to Declaration of Edward P. Krugman**
Page 4 of 12

- Out: No end date
- Retired: 6/29/2015
- Payroll Information: Not listed

Robinson
- In: 11/12/2012
- Out: No end date
- Payroll Information: Housing Unit

Rodriguez
- No additional dates
- Payroll Information: Housing Unit

Russo
- In: Either 1/15/2010 or 6/9/2010
- Out: No end date
- Payroll Information: Housing Unit

Serafini
- In: 6/9/2015
- Out: No end date
- Retired: 12/31/2018
- Payroll Information: C District

Sharpe, J
- In: 1/15/2010
- Out: No end date
- Payroll Information: School Resource Officer

Sharpe, K
- In: 6/9/2010
- Out: No end date
- Payroll Information: Housing Unit

Shea
- In: Either 1/15/2010 or 6/9/2010
- Out: No end date
- Payroll Information: Narcotics and Vice

Testa
- In: 1/14/2019
- Out: No end date
- Payroll Information: Housing Unit

Threats

**Exhibit 2 to Declaration of Edward P. Krugman**
Page 5 of 12

- In: 1/15/2010
- Out: No end date
- Payroll Information: E District

Vidal
- No additional dates
- Payroll Information: Housing Unit

Whiteford
- In: 10/13/2014
- Out: No end date
- Payroll Information: Housing Unit

Zagara
- In: Either 1/15/2010 or 6/9/2010
- Out: 9/17/2012
- Retired 8/21/2013
- Payroll Information: Not listed

**Strike Force Officers**

Burke
- In: 4/1/2013
- Out: No end date
- Retired: 5/23/2015
- Payroll Information: Not listed

Chojnacki
- In: 4/1/2013
- Out: 3/12/2018
- Payroll Information: Traffic Unit

Culver
- In: 4/1/2013
- Out: 3/12/2018
- Payroll Information: D District

Danner
- In: 4/1/2013 (possibly?)
- Out: 3/12/2018
- Payroll Information: A District

Fanara
- In: 4/1/2013
- Out: No end date

**Exhibit 2 to Declaration of Edward P. Krugman**
Page 6 of 12

- Payroll Information: Intelligence Unit

Frankel
- In: 4/1/2013 (possibly?)
- Out: No end date
- Payroll Information: D District

Heidinger
- In: 10/13/2014
- Out: 4/13/2015
- Retired: 9/29/2018
- Payroll Information: Accident/Investigation Unit

Hy
- In: 10/13/2014
- Out: 3/12/2018
- Payroll Information: Housing Unit

Lopez
- In: 4/1/2013 (possibly)
- Out: 3/12/2018 [to Housing, but not listed in the response]
- Payroll Information: Traffic Unit

Martinez
- In: 4/1/2013
- Out: 3/12/2018
- Retired: 8/31/2018
- Payroll Information: Traffic Unit

Maryanski
- No dates
- Payroll Information: A District

McDuffie
- In: 4/1/2013
- Out: 3/12/2018
- Payroll Information: Dispatch Unit

McLean
- In: 4/1/2013
- Out: 3/12/2018
- Retired: 6/28/2018
- Payroll Information: Traffic Unit

Miller

**Exhibit 2 to Declaration of Edward P. Krugman**
Page 7 of 12

- No other dates
- Payroll Information: Housing Unit

O'Donnell
- In: 4/1/2013
- Out: No end date
- Payroll Information: Commissioner's Office Full IOD

Pariseau
- In: 4/1/2013
- Out: 3/12/2018
- Payroll Information: Deputy Commissioner Admin

Piech
- In: 1/15/2018
- Out: 3/12/2018
- Payroll Information: Traffic Unit

Pitts
- In: 4/1/2013 (possibly)
- Out: 3/12/2018
- Payroll Information: C District

Quinn
- In: 4/1/2013 (possibly)
- Out: 3/12/2018
- Retired: 6/30/2018
- Payroll Information: Traffic Unit

Rogowski
- No additional dates
- Payroll Information: Neighborhood Engagement Team

Salamone
- In: 4/1/2013 [from Housing but not listed in Response]
- Out: 3/12/2018
- Payroll Information: Neighborhood Engagement Team

Skipper
- In: 4/1/2013
- Out: 1/15/2018
- Payroll Information: Traffic Unit

Strobele, D
- In: 4/1/2013 possibly

**Exhibit 2 to Declaration of Edward P. Krugman**
Page 8 of 12

- Out: 3/12/2018
- Retired: 3/31/2018
- Payroll Information: Traffic Unit

Tedesco
- No additional dates
- Payroll Information: Housing Unit

Thomas
- In: 4/1/2013
- Out: No end date
- Payroll Information: D District

Walters
- In: 4/1/2013
- Out: 3/12/2018
- Payroll Information: Traffic Unit

Watkins
- In: 1/15/2018
- Out: 3/12/2018
- Retired: 6/29/2018
- Payroll Information: City Court Booking

Whelan
- In: 4/1/2013
- Out: No end date
- Retired: 9/24/2018
- Payroll Information: Commissioner's Office Full IOD

Wigdorski
- In: 4/13/2015
- Out: 3/12/2018
- Payroll Information: Gun Violence Unit

Wilcox
- In: 4/1/2013
- Out: No end date
- Retired: 12/19/2016
- Payroll Information: Conversion Inactives

Zak
- In: 12/18/2017
- Out: 3/12/2018

**Exhibit 2 to Declaration of Edward P. Krugman**

- Payroll Information: Traffic Unit

Zoll
- No additional dates
- Payroll Information: A District

**Overlapping Officers**

Acquino, M
- Housing:
    - In: 7/24/2010
    - Out: 4/1/2013
- Strike Force:
    - In: 4/1/2013
    - Out: No end date
- Payroll Information: Intelligence Unit

Bierl
- Housing:
    - In: 6/9/2010
    - Out: 4/1/2013
    - In: 10/13/2014
    - Out: 1/14/2019
- Strike Force:
    - In: 4/1/2013
    - Out: 10/13/2014
- Payroll Information: Academy Staff

Fields
- Housing:
    - In: 6/9/2010
    - Out: 7/24/2010
- Strike Force:
    - In: 4/1/2013
    - Out: 3/12/2018
- Payroll Information: Neighborhood Engagement Team

Guilian
- Housing:
    - In: 11/12/2012
    - Out: 4/1/2013 (possible end date?)
- Strike Force:
    - In: 4/1/2013 (possible start date)
    - Out: No end date
- Payroll Information: E District

**Exhibit 2 to Declaration of Edward P. Krugman**
Page 10 of 12

Hamilton
- Housing:
  - In: 7/24/2010
  - Out: 4/1/2013
- Strike Force:
  - In: 4/1/2013
  - Out: 3/12/2018
- Payroll Information: E District

Howard
- Housing:
  - In: 11/12/2012
  - Out: 4/1/2013 (possibly)
  - In: 12/18/2017
  - Out: No end date
- Strike Force:
  - In: 4/1/2013
  - Out: 12/18/2017
- Payroll Information: Not Listed

Miller
- Housing:
  - In: 10/13/2014
  - Out: unclear end date
- Strike Force:
  - Listed as strike force officer, no clear start date
- Payroll Information: Housing Unit

Poisson
- Housing:
  - In: 6/11/2012
  - Out: 4/1/2013 (possibly)
- Strike Force:
  - In: 4/1/2013 (possibly)
  - Out: No end date
  - Retired: 5/31/2018
- Payroll Information: Traffic Unit

Strobele, B
- Housing:
  - In: 6/9/2010
  - Out: 3/20/2017
- Strike Force:
  - In: 3/20/2017
  - Out: No end date
  - Retired: 11/30/2017

**Exhibit 2 to Declaration of Edward P. Krugman**
Page 11 of 12

- Payroll Information: Traffic Unit

**Exhibit 2 to Declaration of Edward P. Krugman**
Page 12 of 12