# Exhibit 3

**EXHIBIT 3 TO DECLARATION OF EDWARD P. KRUGMAN**
**STRIKE FORCE UNIT DATES, BY OFFICER**

| Officer | Earliest Date* | Latest Date** |
|---|---|---|
| Acquino, M. | 4/4/13 | 12/26/17 |
| Bierl | 7/8/13 | 3/22/14 |
| Burke | 4/16/13 | 1/23/15 |
| Chojnacki | 4/1/13 | 3/12/18 |
| Culver | 4/5/13 | 2/26/18 |
| Danner | 8/20/12 | 3/4/18 |
| Fanara | 6/19/12 | 12/27/17 |
| Fields | 4/5/13 | 3/12/18 |
| Frankel | 4/12/13 | 7/7/13 |
| Guilian | 4/1/13 | 1/5/14 |
| Hamilton | 4/3/13 | 1/10/18 |
| Hoffstetter | 4/29/13 | 4/29/13 |
| (Pheto)-Howard | 5/29/13 | 12/12/17 |
| Hy | 10/13/14 | 9/20/17 |
| Lopez | 2/2/16 | 3/8/18 |
| Martinez | 4/1/13 | 10/7/17 |
| McDuffie | 4/3/13 | 3/2/18 |
| McLean | 4/5/13 | 11/17/17 |
| O'Donnell | 11/3/14 | 4/27/15 |
| Pariseau | 4/1/13 | 6/24/17 |
| Piech | 3/18/13 | 12/15/13 |
| Pitts | 4/29/13 | 2/28/18 |
| Poisson | 5/17/12 | 10/1/15 |
| Quinn | 4/3/15 | 12/18/17 |
| Skipper | 4/5/13 | 1/10/18 |
| Strobele, D. | 4/11/13 | 2/7/18 |
| Thomas | 4/1/13 | 11/2/17 |
| Walters | 4/3/13 | 3/9/18 |

\*    Later of first ticket and beginning of membership in unit
\*\*   Earlier of last ticket and end of membership in unit

| Officer | Earliest Date* | Latest Date** |
|---|---|---|
| Whelan | 10/21/15 | 12/15/16 |
| Wigdorski | 7/28/15 | 2/7/18 |
| Wilcox | 4/11/13 | 9/29/16 |
| Zak | 12/19/17 | 2/17/18 |

\*   Later of first ticket and beginning of membership in unit
\*\*  Earlier of last ticket and end of membership in unit