# Exhibit 4

**EXHIBIT 4 TO DECLARATION OF EDWARD P. KRUGMAN**
**HOUSING UNIT DATES, BY OFFICER**

| Officer | Earliest Date* | Latest Date** |
|---|---|---|
| Acosta | 2/4/12 | 9/27/13 |
| Acquino, J. | 1/21/13 | 7/28/14 |
| Adams, B. | 1/1/12 | 7/13/13 |
| Adams, S. | 1/1/12 | 4/15/12 |
| Agee | 2/6/12 | 11/23/17 |
| Badger | 3/14/18 | 2/22/19 |
| Baker | 1/2/12 | 11/10/12 |
| Beyer | 12/7/12 | 12/15/17 |
| Bierl (1) | 1/1//12 | 4/1/13 |
| Bierl (2) | 10/13/14 | 1/14/19 |
| Ciszek | 7/15/17 | 3/17/19 |
| Craig | 11/18/12 | 4/26/13 |
| Crespo | 1/19/18 | 3/18/19 |
| Crowley | 1/2/12 | 6/7/14 |
| Domaracki | 2/23/12 | 3/19/19 |
| Guilian | 11/13/12 | 3/31/13 |
| Hamilton | 11/10/12 | 3/29/13 |
| Hassett | 2/2/12 | 3/20/19 |
| (Pheto)-Howard (1) | 11/27/12 | 4/1/13 |
| (Pheto)-Howard (2) | 12/18/16 | 8/27/18 |
| Krug | 1/16/13 | 12/8/14 |
| Lopez | 3/17/18 | 3/20/19 |
| Macy | 1/1/12 | 4/23/19 |
| Miller | 10/18/14 | 5/29/20 |
| Norwood Jr | 7/10/17 | 3/31/19 |
| Rezabek | 12/10/12 | 9/12/14 |
| Roberts | 9/18/12 | 4/29/15 |
| Robinson | 5/21/12 | 3/15/19 |
| Rodriguez | 1/1/12 | 3/20/19 |
| Russo | 3/3/13 | 5/23/17 |
| Sharpe | 10/29/12 | 10/3/18 |
| Strobele, B. | 4/11/13 | 8/18/17 |
| Tedesco | 2/13/13 | 3/19/19 |

\*    Later of first ticket and beginning of membership in unit
\*\*   Earlier of last ticket and end of membership in unit

| Officer | Earliest Date* | Latest Date** |
|---|---|---|
| Vidal | 5/17/13 | 3/10/19 |
| Whiteford | 10/13/14 | 3/14/19 |

\*   Later of first ticket and beginning of membership in unit
\*\*  Earlier of last ticket and end of membership in unit