# Exhibit 5

## Tickets Issued by the Strike Force (2012-2018) and Housing Unit (2012-2020)
### by Minority Status of Tract of Issuance

**Strike Force**

| Year | High Minority | Mixed | Low Minority | Strike Force Pct. of Total | Total BPD Tickets | Housing Unit Pct. of Total |
|---|---|---|---|---|---|---|
| 2012 | 7 | - | 3 | 0.05% | 20,053 | 22.08% |
| 2013 | 12,663 | 1,153 | 2,438 | 43.67% | 37,220 | 26.53% |
| 2014 | 11,801 | 841 | 2,641 | 45.25% | 33,772 | 30.67% |
| 2015 | 18,368 | 964 | 3,373 | 43.65% | 52,013 | 32.06% |
| 2016 | 18,709 | 1,438 | 5,021 | 48.64% | 51,740 | 32.16% |
| 2017 | 14,569 | 1,812 | 5,813 | 38.96% | 56,971 | 33.15% |
| 2018 | 886 | 80 | 411 | 4.18% | 32,933 | 42.88% |
| **Total** | **77,003** | **6,288** | **19,700** | - | 32,947 | 21.09% |
|  | 74.8% | 6.1% | 19.1% | - | 19,096 | 10.46% |

**Housing Unit**

| Year | High Minority | Mixed | Low Minority |
|---|---|---|---|
| 2012 | 2,403 | 529 | 1,496 |
| 2013 | 6,197 | 1,546 | 2,130 |
| 2014 | 6,831 | 1,395 | 2,131 |
| 2015 | 10,702 | 2,501 | 3,474 |
| 2016 | 12,005 | 1,978 | 2,657 |
| 2017 | 11,383 | 3,068 | 4,435 |
| 2018 | 8,506 | 1,701 | 3,916 |
| 2019 | 3,626 | 741 | 2,581 |
| 2020 | 986 | 169 | 843 |
| **Total** | **62,639** | **13,628** | **23,663** |
|  | 62.7% | 13.6% | 23.7% |

Exhibit 5 to the Declaration of Edward P. Krugman