# Exhibit 6a

Exhibit 6a to Declaration of Edward P. Krugman

# BPD Checkpoint List from FOIL

| Census | Date |
|---|---|
| "Area 4" | 12/30/13 |
| 38 | 12/29/13 |
| 28 | 12/9/13 |
| 47 | 12/8/13 |
| 42 | 12/7/13 |
| 47 | 12/4/13 |
| 42 | 12/3/13 |
| 36 | 12/2/13 |
| 61 | 11/21/13 |
| 36 | 11/20/13 |
| 68/165 | 11/16/13 |
| 61 | 11/13/13 |
| 44.01/44.02 | 11/10/13 |
| 36 | 11/8/13 |
| 42 | 11/8/13 |
| 36 | 11/7/13 |
| 37 | 11/5/13 |
| 61/65.01 | 11/4/13 |
| 42 | 11/3/13 |
| 45 | 11/1/13 |
| 41/42 | 10/31/13 |
| 37 | 10/23/13 |
| 36 | 10/20/13 |
| 36 | 10/18/13 |
| 42 | 10/14/13 |
| 35 | 10/13/13 |
| 42 | 10/12/13 |
| 47 | 10/11/13 |
| 37 | 10/10/13 |
| 15/16 | 10/9/13 |
| 36 | 10/8/13 |
| 44.01/44.02 | 10/6/13 |
| 42 | 10/5/13 |
| 47 | 10/4/13 |
| 42/47 | 10/3/13 |
| Duplicate | |
| 33.01/168 | 10/2/13 |
| Duplicate | |
| 30 | 10/1/13 |
| 37 | 9/30/13 |
| 27.02 | 9/29/13 |
| 5 | 9/27/13 |
| 39.01 | 9/26/13 |
| 42 | 9/26/13 |
| 28 | 9/22/13 |
| 17 | 9/21/13 |

# 2013

**BPD Checkpoint List from FOIL**

| | |
|---|---|
| 47 | 9/20/13 |
| 42 | 9/20/13 |
| 42 | 9/19/13 |
| 37 | 9/19/13 |
| 171 | 9/15/13 |
| 168 | 9/13/13 |
| 170 | 9/12/13 |
| 28 | 9/11/13 |
| 47 | 9/10/13 |
| 42/47 | 9/9/13 |
| 41 | 9/8/13 |
| 28 | 9/7/13 |
| 16 | 9/6/13 |
| 27.02/166 | 9/6/13 |
| 33.02 | 9/5/13 |
| 36 | 9/4/13 |
| "15" | 9/3/13 |
| 44.01/44.02 | 9/2/13 |
| 37 | 9/1/13 |
| 61 | 8/31/13 |
| 27.02 | 8/30/13 |
| 171 | 8/29/13 |
| 61/65.01 | 8/29/13 |
| 61 | 8/28/13 |
| 70 | 8/28/13 |
| 37 | 8/27/13 |
| 29 | 8/27/13 |
| 37/38 | 8/26/13 |
| 44.01/44.02 | 8/25/13 |
| 27.02/166 | 8/24/13 |
| 16 | 8/24/13 |
| 33.02/168 | 8/23/13 |
| 163/164 | 8/23/13 |
| 33.01/33.02 | 8/22/13 |
| 170 | 8/20/13 |
| 61 | 8/19/13 |
| 69.02/70 | 8/18/13 |
| 36 | 8/17/13 |
| 44.02 | 8/17/13 |
| 36 | 8/15/13 |
| 42 | 8/15/13 |
| 47 | 8/14/13 |
| 36 | 8/14/13 |
| 6 | 8/13/13 |
| 44.01/44.02 | 8/12/13 |
| 36 | 8/11/13 |
| 28/29 | 8/10/13 |

2013

Exhibit 6a to Declaration of Edward P. Krugman

## BPD Checkpoint List from FOIL

| | |
|---|---|
| 35 | 8/9/13 |
| roadway & Moore" | 8/9/13 |
| 37 | 8/7/13 |
| 28 | 8/6/13 |
| 61 | 8/6/13 |
| 28/29 | 8/5/13 |
| 47 | 8/4/13 |
| 28/29 | 8/2/13 |
| 27.02/166 | 8/1/13 |
| 42 | 8/1/13 |
| 28/29 | 7/31/13 |
| 47 | 7/30/13 |
| 35 | 7/29/13 |
| 42 | 7/28/13 |
| 61 | 7/25/13 |
| 28 | 7/26/13 |
| 29 | 7/26/13 |
| 28 | 7/27/13 |
| 44.01/44.02 | 7/24/13 |
| 47 | 7/23/13 |
| 42 | 7/23/13 |
| 42 | 7/22/13 |
| 35 | 7/21/13 |
| 42 | 7/20/13 |
| 40.01 | 7/19/13 |
| 1.1 | 7/18/13 |
| 37/38 | 7/17/13 |
| 44.01/44.02 | 7/16/13 |
| 16 | 7/15/13 |
| 40.01 | 7/14/13 |
| 42 | 7/13/13 |
| 41 | 7/13/13 |
| 68/165 | 7/12/13 |
| 35 | 7/12/13 |
| 41/42 | 7/11/13 |
| 40.01 | 7/10/13 |
| 37 | 7/9/13 |
| 35 | 7/8/13 |
| 27.02 | 7/7/13 |
| 56 | 7/6/13 |
| 56 | 7/5/13 |
| 57/58.02 | 7/4/13 |
| 28 | 7/3/13 |
| 28 | 7/2/13 |
| 27.02/166 | 7/1/13 |
| 31/33.02/168 | 6/30/13 |
| 28 | 6/29/13 |

2013

## BPD Checkpoint List from FOIL

| | |
|---|---|
| 29 | 6/29/13 |
| 34 | 6/28/13 |
| 61 | 6/25/13 |
| 14.02/15 | 6/24/13 |
| 39.01 | 6/24/13 |
| 57/58.02 | 6/23/13 |
| 47 | 6/22/13 |
| 44.02 | 6/22/13 |
| 23/24 | 6/21/13 |
| 38 | 6/20/13 |
| 15/16 | 6/19/13 |
| 16 | 6/18/13 |
| 28/29 | 6/17/13 |
| 35 | 6/16/13 |
| 42 | 6/14/13 |
| 14.02 | 6/15/13 |
| 163 | 6/14/13 |
| 28/29 | 6/13/13 |
| 40.01 | 6/11/13 |
| 66.02/67.02/168 | 6/10/13 |
| 10 & 11 | 6/9/13 |
| 61/171 | 6/8/13 |
| 61 | 6/7/13 |
| 28 | 6/6/13 |
| 61 | 6/4/13 |
| "Broadway /Kehr" | 6/2/13 |
| 35 | 6/1/13 |
| 34/35/36 | 6/1/13 |
| 29 | 5/31/13 |
| 56 | 5/30/13 |
| 57/58.02 | 5/29/13 |
| 1.1 | 5/28/13 |
| 44.01/44.02 | 5/27/13 |
| 47 | 5/26/13 |
| 37/38 | 5/25/13 |
| 28 | 5/24/13 |
| 168 | 5/23/13 |
| 28/29/30 | 5/22/13 |
| 35 | 5/21/13 |
| 61 | 5/20/13 |
| 14.02/15 | 5/19/13 |
| 38 | 5/18/13 |
| 70 | 5/17/13 |
| 28 | 5/17/13 |
| 36 | 5/17/13 |
| 42/44.01/44.02 | 5/16/13 |
| 44.01/44.02 | 5/15/13 |

2013

Exhibit 6a to Declaration of Edward P. Krugman

**BPD Checkpoint List from FOIL**

| | |
|---|---|
| 39.01/40.01/45 | 5/14/13 |
| 37 | 5/12/13 |
| 41 | 5/11/13 |
| 39.01/42 | 5/10/13 |
| 42/44.01/44.02 | 5/9/13 |
| 28/29 | 5/8/13 |
| 31 | 5/7/13 |
| 56 | 5/6/17 |
| 28 | 5/5/13 |
| 15/16 | 5/4/13 |
| 41/42 | 5/3/13 |
| 40.01 | 5/2/13 |
| 47 | 5/1/13 |
| 34/170 | 4/30/13 |
| 44.01 | 4/29/13 |
| 39.01 | 4/27/13 |
| 45 | 4/26/13 |
| 39.01/42 | 4/25/13 |
| 28 | 4/24/13 |
| 28 | 4/23/13 |
| 163 | 4/22/13 |
| 44.01/44.02 | 4/21/13 |
| 45 | 4/20/13 |
| 27.02 | 4/19/13 |
| 28/29 | 4/18/13 |
| 31/33.02/168 | 4/17/13 |
| 39.01 | 4/16/13 |
| 61 | 4/15/13 |
| 171 | 4/14/13 |
| 47 | 4/12/13 |
| 39.01/40.01/45 | 4/13/13 |
| 28/29 | 4/13/13 |
| 40.01 | 4/11/13 |
| 37/38 | 4/10/13 |
| 28 | 4/9/13 |
| 40.01 | 4/8/13 |
| 56 | 4/7/13 |
| 56 | 4/6/13 |
| 28 | 4/5/13 |
| "William Gaiter" | 4/4/13 |
| 44.01/44.02 | 4/3/13 |
| 42 | 4/2/13 |
| 47 | 4/1/13 |
| 28 | 1/15/13 |
| 40.01 | 1/14/13 |
| 37 | 1/13/13 |
| 41/44.02 | 1/12/13 |

2013

## BPD Checkpoint List from FOIL

| | |
|---|---|
| 28/29/30 | 1/11/13 |
| 61 | 1/10/13 |
| 35 | 1/9/13 |
| 61 | 1/8/13 |
| 39.01/42 | 1/7/13 |
| 43/46.02/47 | 1/6/13 |
| 16 | 1/5/13 |
| 56 | 1/4/13 |
| 27.02/35/166 | 1/2/13 |
| 16 | 1/1/13 |

2013

# BPD Checkpoint List from FOIL

| Census | Date |
| --- | --- |
| 28/29 | 12/29/14 |
| 40.01 | 12/29/14 |
| 31 | 12/29/14 |
| 36 | 12/28/14 |
| 40.01 | 12/22/14 |
| 36 | 12/15/14 |
| 37 | 12/9/14 |
| 35 | 12/8/14 |
| 36 | 12/8/14 |
| 69.02 | 12/7/14 |
| 35 | 12/5/14 |
| 35 | 12/5/14 |
| 36 | 12/3/14 |
| 5/164 | 12/2/14 |
| 35 | 12/1/14 |
| 28 | 11/29/14 |
| 35 | 11/28/14 |
| 35 | 11/28/14 |
| 36 | 11/26/14 |
| 42 | 11/24/14 |
| 29 | 11/16/14 |
| 35 | 11/14/14 |
| 37 | 11/14/14 |
| 47 | 11/13/14 |
| 44.01/44.02 | 11/10/14 |
| 42 | 11/8/14 |
| 36 | 11/8/14 |
| 35 | 11/7/14 |
| 42 | 11/6/14 |
| 36 | 11/5/14 |
| 35 | 11/4/14 |
| 35 | 11/3/14 |
| 42 | 11/3/14 |
| 36 | 11/2/14 |
| 37/41 | 11/1/14 |
| 44.01/44.02 | 10/28/14 |
| 41 | 10/27/14 |
| 42 | 10/26/14 |
| 35 | 10/25/14 |
| 35 | 10/24/14 |
| 35 | 10/23/14 |
| 35 | 10/20/14 |
| 42 | 10/17/14 |
| 171 | 10/16/14 |
| 61 | 10/15/14 |
| 28/29 | 10/9/14 |

2014

Exhibit 6a to Declaration of Edward P. Krugman

## BPD Checkpoint List from FOIL

| | |
|---|---|
| 35 | 10/8/14 |
| 28 | 10/7/14 |
| 29 | 10/6/14 |
| 42 | 10/2/14 |
| 36 | 10/1/14 |
| 35 | 9/30/14 |
| 35 | 9/29/14 |
| 29 | 9/26/14 |
| 41/42 | 9/25/14 |
| 37 | 9/24/14 |
| 33.01/33.02 | 9/23/14 |
| 47 | 9/22/14 |
| 37 | 9/21/14 |
| 28 | 9/20/14 |
| 36 | 9/19/14 |
| 42 | 9/18/14 |
| 44.01/44.02 | 9/18/14 |
| 37 | 9/17/14 |
| 36 | 9/16/14 |
| 42 | 9/14/14 |
| 29/36 | 9/12/14 |
| <mark>Rte. 33</mark> | 9/11/14 |
| 36 | 9/8/14 |
| 42 | 9/1/14 |
| 57/58.02 | 9/1/14 |
| 56 | 8/31/14 |
| 57 | 8/30/14 |
| 57/58.02 | 8/30/14 |
| 58.02 | 9/29/14 |
| 37 | 8/26/14 |
| 61/65.01 | 8/17/14 |
| 28 | 8/16/14 |
| 36 | 8/15/14 |
| 28 | 8/14/14 |
| 36 | 8/14/14 |
| 36 | 8/13/14 |
| 35 | 8/10/14 |
| 61 | 8/10/14 |
| 36 | 8/9/14 |
| 28 | 8/9/14 |
| 38/165 | 8/8/14 |
| 36 | 8/8/14 |
| 35 | 8/7/14 |
| 36 | 8/6/14 |
| 36 | 8/5/14 |
| 42 | 8/2/14 |
| 42 | 8/1/14 |

2014

**BPD Checkpoint List from FOIL**

| | |
|---|---|
| 16 | 7/31/14 |
| 14.02 | 7/23/14 |
| 37 | 7/17/14 |
| 37 | 7/16/14 |
| 42 | 7/11/14 |
| 42 | 7/11/14 |
| 61 | 7/10/14 |
| 36 | 7/9/14 |
| 42 | 7/3/14 |
| 37 | 7/2/14 |
| 42 | 7/1/14 |
| 36 | 6/26/14 |
| 16 | 6/25/14 |
| 42 | 6/24/14 |
| 28 | 6/18/14 |
| 42 | 6/3/14 |
| 47 | 6/2/14 |
| 27.02/166 | 6/1/14 |
| 41/44.02 | 5/29/14 |
| 38 | 5/27/14 |
| 37 | 5/26/14 |
| 36 | 5/25/14 |
| 44.01/44.02 | 5/21/14 |
| 37 | 5/19/14 |
| 40.01 | 5/18/14 |
| 43 | 5/16/14 |
| 42/47 | 5/15/14 |
| 57/59 | 5/14/14 |
| 36 | 5/13/14 |
| 40.01 | 5/12/14 |
| 42 | 5/11/14 |
| 37 | 5/10/14 |
| 16 | 5/9/14 |
| 37 | 5/6/14 |
| 37/41 | 5/5/14 |
| 40.01 | 5/4/14 |
| 41/42 | 5/3/14 |
| 52.02 | 5/2/14 |
| 28 | 5/1/14 |
| 37 | 4/30/14 |
| 41/42 | 4/29/14 |
| 40.01 | 4/28/14 |
| 28 | 4/27/14 |
| 27.02 | 4/26/14 |
| 36 | 4/25/14 |
| 42 | 4/24/14 |
| 36 | 4/23/14 |

2014

Exhibit 6a to Declaration of Edward P. Krugman

**BPD Checkpoint List from FOIL**

| | |
|---|---|
| 42 | 4/22/14 |
| 28 | 4/21/14 |
| 42 | 4/20/14 |
| 36 | 4/19/14 |
| 28 | 4/17/14 |
| 36 | 4/16/14 |
| 41/42 | 4/14/14 |
| 42 | 4/13/14 |
| 164 | 4/12/14 |
| 42 | 4/11/14 |
| 47 | 4/10/14 |
| 36 | 4/9/14 |
| 37/38/41 | 4/8/14 |
| 47 | 4/6/14 |
| 40.01/52.01 | 4/5/14 |
| 41/44.02 | 4/4/14 |
| 40.01/45 | 4/3/14 |
| 47 | 4/2/14 |
| 41/42 | 4/1/14 |
| 44.01/44.02 | 3/31/14 |
| 14.02 | 3/28/14 |
| 36 | 3/27/14 |
| 42 | 3/26/14 |
| 61 | 3/25/14 |
| Rte. 33 | 3/21/14 |
| 37 | 3/20/14 |
| 42 | 3/19/14 |
| 39.01 | 3/18/14 |
| 16 | 3/11/14 |
| 28 | 3/10/14 |
| 39.01/40.01/45 | 3/6/14 |
| 61 | 2/4/14 |
| 168 | 1/17/14 |
| 42 | 1/12/14 |
| 36 | 1/10/14 |
| 36 | 1/9/14 |
| 40.01 | 1/6/14 |
| 31/67.02/68 | 1/6/14 |
| 28/29 | 1/6/14 |

2014

**BPD Checkpoint List from FOIL**

| Census | Date |
|---|---|
| 37 | 12/31/15 |
| 42/47 | 12/30/15 |
| 37 | 12/26/15 |
| 29/36 | 12/24/15 |
| 40.01 | 12/21/15 |
| 37 | 12/20/15 |
| 36 | 12/19/15 |
| 33.01 | 12/19/15 |
| 33.01 | 12/19/15 |
| blank | |
| 36 | 12/18/15 |
| 42/47 | 12/18/15 |
| 61 | 12/17/15 |
| 45 | 12/16/15 |
| 47 | 12/16/15 |
| 36 | 12/16/15 |
| 31 | 12/15/15 |
| 42 | 12/12/15 |
| 28 | 12/12/15 |
| 42 | 12/12/15 |
| 29 | 12/11/15 |
| 33.02 | 12/11/15 |
| 31 | 12/11/15 |
| 44.01/44.02 | 12/10/15 |
| 36 | 12/10/15 |
| 36 | 12/10/15 |
| 38 | 12/9/15 |
| 37 | 12/9/15 |
| 28 | 12/5/15 |
| 42 | 12/5/15 |
| 69.01 | 12/3/15 |
| 61 | 12/3/15 |
| 42 | 12/2/15 |
| 11 | 12/2/15 |
| 42/47 | 12/2/15 |
| 166 | 12/1/15 |
| 28 | 12/1/15 |
| 36 | 11/30/15 |
| 61 | 11/28/15 |
| 44.02 | 11/28/15 |
| 36 | 11/27/15 |
| 29 | 11/26/15 |
| 37 | 11/25/15 |
| 33.02 | 11/24/15 |
| 36 | 11/23/15 |
| 37/41 | 11/20/15 |

2015

Exhibit 6a to Declaration of Edward P. Krugman

**BPD Checkpoint List from FOIL**

| | |
|---|---|
| 35 | 11/20/15 |
| 42 | 11/19/15 |
| 42/47 | 11/19/15 |
| 36 | 11/19/15 |
| 37 | 11/18/15 |
| 36 | 11/18/15 |
| 35 | 11/17/15 |
| 36 | 11/16/15 |
| 35 | 11/14/15 |
| 47 | 11/14/15 |
| 42 | 11/14/15 |
| blank | |
| 42 | 11/13/15 |
| 31 | 11/13/15 |
| 37 | 11/12/15 |
| 42 | 11/12/15 |
| 39.01/40.01/45 | 11/12/15 |
| 40.01 | 11/11/15 |
| 36 | 11/11/15 |
| 42 | 11/11/15 |
| 28/29/30 | 11/11/15 |
| 36 | 11/10/15 |
| 42 | 11/7/15 |
| 37 | 11/7/15 |
| 37 | 11/7/15 |
| 37 | 11/6/15 |
| 42 | 11/6/15 |
| 36 | 11/6/15 |
| 36 | 11/6/15 |
| 40.01 | 11/5/15 |
| 39.01 | 11/5/15 |
| 42/47 | 11/5/15 |
| 42 | 11/4/15 |
| 36 | 11/4/15 |
| 42 | 11/4/15 |
| 42 | 11/4/15 |
| 34/35/36 | 11/3/15 |
| 42/47 | 11/3/15 |
| 29 | 11/3/15 |
| 36 | 11/2/15 |
| 44.01/44.02 | 11/2/15 |
| 35 | 11/2/15 |
| 37 | 11/1/15 |
| 37 | 11/1/15 |
| 40.01 | 11/1/15 |
| 28 | 10/31/15 |
| 40.01/45 | 10/31/15 |

2015

**BPD Checkpoint List from FOIL**

| | |
|---|---|
| 28/29 | 10/31/15 |
| 42 | 10/30/15 |
| 37 | 10/30/15 |
| 40.01 | 10/29/15 |
| 40.01 | 10/29/15 |
| 36 | 10/29/15 |
| 36 | 10/28/15 |
| 42 | 10/28/15 |
| 37 | 10/28/15 |
| 27.02 | 10/27/15 |
| 37 | 10/26/15 |
| 36 | 10/25/15 |
| 37 | 10/24/15 |
| 37 | 10/24/15 |
| 36 | 10/23/15 |
| 42/47 | 10/23/15 |
| 37 | 10/23/15 |
| 40.01 | 10/22/15 |
| 37 | 10/22/15 |
| 37 | 10/22/15 |
| 42 | 10/22/15 |
| 42 | 10/21/15 |
| 37 | 10/21/15 |
| 37 | 10/21/15 |
| 36 | 10/21/15 |
| 28 | 10/19/15 |
| 34/35/36 | 10/17/15 |
| 39.01/40.01/45 | 10/17/15 |
| 47 | 10/16/15 |
| 45 | 10/16/15 |
| 40.01 | 10/16/15 |
| 42 | 10/16/15 |
| 42 | 10/15/15 |
| 36 | 10/15/15 |
| 40.01 | 10/15/15 |
| 31 | 10/14/15 |
| 36 | 10/12/15 |
| 36 | 10/10/15 |
| 28 | 10/10/15 |
| 68/165 | 10/9/15 |
| 57/59 | 10/9/15 |
| 28 | 10/9/15 |
| 36 | 10/8/15 |
| 36 | 10/8/15 |
| 35 | 10/8/15 |
| 61 | 10/7/15 |
| 61 | 10/7/15 |

2015

**BPD Checkpoint List from FOIL**

| | |
|---|---|
| 61 | 10/7/15 |
| 42 | 10/3/15 |
| 61 | 10/3/15 |
| 42 | 10/2/15 |
| 36 | 10/2/15 |
| 38 | 10/1/15 |
| 33.01/33.02 | 10/1/15 |
| 28 | 9/30/15 |
| 28 | 9/30/15 |
| 42 | 9/26/15 |
| 11 | 9/26/15 |
| 45 | 9/25/15 |
| 38 | 9/25/15 |
| 28 | 9/24/15 |
| 37/38 | 9/23/15 |
| 36 | 9/23/15 |
| 40.01 | 9/22/15 |
| 42 | 9/21/15 |
| 42 | 9/21/15 |
| 42 | 9/21/15 |
| 40.01/52.01 | 9/21/15 |
| 28 | 9/19/15 |
| 42 | 9/18/15 |
| 28 | 9/17/15 |
| 28 | 9/17/15 |
| 35 | 9/17/15 |
| 42/47 | 9/16/15 |
| 170 | 9/15/15 |
| 42/47 | 9/15/15 |
| 40.01 | 9/15/15 |
| 14.02 | 9/14/15 |
| 36 | 9/14/15 |
| 42/47 | 9/14/15 |
| 37 | 9/14/15 |
| 16 | 9/11/15 |
| 40.01 | 9/11/15 |
| 25.02 | 9/11/15 |
| 36 | 9/11/15 |
| 37 | 9/11/15 |
| 25.02/31 | 9/11/15 |
| 40.01 | 9/11/15 |
| 31 | 9/10/15 |
| 40.01 | 9/10/15 |
| 44.01/44.02 | 9/9/15 |
| 41/42 | 9/9/15 |
| 47 | 9/9/15 |
| 30 | 9/9/15 |

2015

Exhibit 6a to Declaration of Edward P. Krugman

**BPD Checkpoint List from FOIL**

| | |
|---|---|
| 36 | 9/8/15 |
| 40.01 | 9/8/15 |
| 42 | 9/7/15 |
| 40.01 | 9/7/15 |
| 28 | 9/7/15 |
| 36 | 9/6/15 |
| 16 | 9/6/15 |
| 36 | 9/6/15 |
| 42 | 9/5/15 |
| 16 | 9/5/15 |
| 40.01 | 9/5/15 |
| 16 | 9/5/15 |
| 30 | 9/4/15 |
| 38 | 9/4/15 |
| 61/65.01 | 9/4/15 |
| 61 | 9/4/15 |
| 44.01/44.02 | 9/3/15 |
| 57/59 | 9/2/15 |
| 61 | 9/2/15 |
| 35 | 9/2/15 |
| 16 | 9/2/15 |
| 36 | 9/1/15 |
| 71.01 | 8/29/15 |
| 65.01 | 8/29/15 |
| 69.01 | 8/29/15 |
| 69.01 | 8/29/15 |
| 70/71.01 | 8/29/15 |
| 171 | 8/28/15 |
| 61/65.01 | 8/28/15 |
| 61 | 8/28/15 |
| 14.02 | 8/27/15 |
| 170 | 8/27/15 |
| 34/36 | 8/27/15 |
| 37 | 8/27/15 |
| 40.01 | 8/26/15 |
| 41/42 | 8/26/15 |
| 28 | 8/26/15 |
| 37 | 8/26/15 |
| 42 | 8/26/15 |
| 35 | 8/25/15 |
| 47 | 8/22/15 |
| 61/65.01 | 8/22/15 |
| 14.02/25.02 | 8/22/15 |
| 14.02 | 8/22/15 |
| 42 | 8/21/15 |
| 42 | 8/21/15 |
| 36 | 8/21/15 |

2015

# BPD Checkpoint List from FOIL

| | |
|---|---|
| 37 | 8/21/15 |
| 29/36/37 | 8/20/15 |
| 38 | 8/20/15 |
| 35 | 8/20/15 |
| 42 | 8/19/15 |
| 66.01 | 8/19/15 |
| 36 | 8/19/15 |
| 29/36 | 8/19/15 |
| 42 | 8/18/15 |
| 36 | 8/17/15 |
| 16 | 8/15/15 |
| 28 | 8/15/15 |
| 28 | 8/15/15 |
| 42 | 8/15/15 |
| 42 | 8/15/15 |
| 69.01 | 8/14/15 |
| 61 | 8/14/15 |
| 171 | 8/14/15 |
| 69.01 | 8/14/15 |
| 61 | 8/14/15 |
| 16 | 8/13/15 |
| 40.01 | 8/13/15 |
| 16 | 8/13/15 |
| 27.02 | 8/12/15 |
| 28 | 8/12/15 |
| 37 | 8/12/15 |
| 29/36 | 8/12/15 |
| 36 | 8/11/15 |
| 42 | 8/10/15 |
| 28/29 | 8/9/15 |
| 36 | 8/8/15 |
| 37 | 8/8/15 |
| 28 | 8/8/15 |
| 28 | 8/8/15 |
| 44.01/44.02 | 8/8/15 |
| 42 | 8/7/15 |
| 35 | 8/7/15 |
| 40.01 | 8/7/15 |
| 42 | 8/7/15 |
| 28 | 8/7/15 |
| 40.01 | 8/6/15 |
| 40.01 | 8/6/15 |
| 36 | 8/6/15 |
| 42 | 8/6/15 |
| 42 | 8/6/15 |
| 16 | 8/5/15 |
| 31 | 8/5/15 |

2015

# BPD Checkpoint List from FOIL

| | |
|---|---|
| 37 | 8/5/15 |
| 25.02 | 8/5/15 |
| 36 | 8/4/15 |
| 41/42 | 8/4/15 |
| 37 | 8/2/15 |
| 40.01 | 8/1/15 |
| 37 | 8/1/15 |
| 36 | 8/1/15 |
| 16 | 8/1/15 |
| 28 | 8/1/15 |
| 40.01 | 7/31/15 |
| 42/47 | 7/31/15 |
| 37 | 7/31/15 |
| 35 | 7/31/15 |
| 40.01 | 7/30/15 |
| 44.01/44.02 | 7/30/15 |
| 28 | 7/30/15 |
| 37/41 | 7/30/15 |
| 36 | 7/30/15 |
| 35 | 7/29/15 |
| 28/29 | 7/29/15 |
| 40.01 | 7/28/15 |
| 36 | 7/27/15 |
| 29 | 7/26/15 |
| 40.01 | 7/25/15 |
| 37 | 7/25/15 |
| 37 | 7/25/15 |
| 38 | 7/25/15 |
| 36 | 7/25/15 |
| 42 | 7/24/15 |
| 42 | 7/24/15 |
| 35 | 7/24/15 |
| 37 | 7/24/15 |
| 47 | 7/24/15 |
| 36 | 7/23/15 |
| 42 | 7/23/15 |
| 35 | 7/23/15 |
| 31 | 7/23/15 |
| 166 | 7/23/15 |
| 42 | 7/22/15 |
| 41/42 | 7/22/15 |
| 37 | 7/22/15 |
| 36 | 7/22/15 |
| 33.02 | 7/21/15 |
| 41/44.02 | 7/20/15 |
| 37 | 7/19/15 |
| 42 | 7/17/15 |

2015

## BPD Checkpoint List from FOIL

| | |
|---|---|
| 31 | 7/17/15 |
| 33.01/33.02 | 7/17/15 |
| 16 | 7/17/15 |
| 37 | 7/17/15 |
| 42 | 7/16/15 |
| 39.01/40.01/45 | 7/16/15 |
| 28 | 7/16/15 |
| 36 | 7/16/15 |
| 29/36 | 7/16/15 |
| 35 | 7/15/15 |
| 40.01 | 7/15/15 |
| 40.01 | 7/15/15 |
| 42 | 7/15/15 |
| 41/42 | 7/15/15 |
| 42 | 7/14/15 |
| 36 | 7/13/15 |
| 37 | 7/12/15 |
| 42 | 7/11/15 |
| 35 | 7/11/15 |
| 29 | 7/11/15 |
| 42 | 7/11/15 |
| 37 | 7/11/15 |
| 36 | 7/10/15 |
| 16 | 7/10/15 |
| 42/47 | 7/10/15 |
| 42 | 7/10/15 |
| 40.01 | 7/10/15 |
| 42 | 7/9/15 |
| 42/47 | 7/9/15 |
| 37 | 7/9/15 |
| 36 | 7/9/15 |
| 37 | 7/9/15 |
| 40.01 | 7/8/15 |
| 40.01 | 7/8/15 |
| 16 | 7/8/15 |
| 42 | 7/8/15 |
| 36 | 7/8/15 |
| 29 | 7/6/15 |
| 37 | 7/5/15 |
| 36 | 7/4/15 |
| 42 | 7/4/15 |
| 39.01/40.01/45 | 7/4/15 |
| 28 | 7/4/15 |
| 37 | 7/3/15 |
| 36 | 7/3/15 |
| 31 | 7/2/15 |
| 42 | 7/2/15 |

2015

# BPD Checkpoint List from FOIL

| | |
|---|---|
| 39.01/40.01/45 | 7/2/15 |
| 40.01 | 7/2/15 |
| 35 | 7/2/15 |
| 42 | 7/1/15 |
| 35 | 7/1/15 |
| 42/47 | 7/1/15 |
| 61 | 7/1/15 |
| 42 | 6/29/15 |
| 37 | 6/28/15 |
| 47 | 6/27/15 |
| 28 | 6/27/15 |
| 40.01/45 | 6/26/15 |
| 40.01 | 6/26/15 |
| 33.01/168 | 6/26/15 |
| 36 | 6/26/15 |
| 42 | 6/25/15 |
| 40.01 | 6/25/15 |
| 14.02 | 6/25/15 |
| 37 | 6/25/15 |
| 164 | 6/25/15 |
| 35 | 6/24/15 |
| 41/42 | 6/24/15 |
| 39.01/40.01/45 | 6/24/15 |
| 35 | 6/24/15 |
| 29/36 | 6/24/15 |
| 36 | 6/21/15 |
| 29/36 | 6/20/15 |
| 47 | 6/20/15 |
| 37/41 | 6/20/15 |
| 28/29 | 6/20/15 |
| 28 | 6/20/15 |
| 42 | 6/19/15 |
| 27.02 | 6/19/15 |
| 44.01/44.02 | 6/19/15 |
| 47 | 6/19/15 |
| 36 | 6/19/15 |
| 38 | 6/18/15 |
| 34 | 6/18/15 |
| 42 | 6/18/15 |
| 29 | 6/18/15 |
| 42 | 6/17/15 |
| 42/47 | 6/17/15 |
| 40.01 | 6/17/15 |
| 34 | 6/17/15 |
| 34 | 6/17/15 |
| 37 | 6/15/15 |
| 36 | 6/14/15 |

2015

Exhibit 6a to Declaration of Edward P. Krugman

## BPD Checkpoint List from FOIL

| | |
|---|---|
| 35 | 6/13/15 |
| 37 | 6/13/15 |
| 39.01/40.01/45 | 6/13/15 |
| 40.01 | 6/12/15 |
| 40.01 | 6/12/15 |
| 47 | 6/12/15 |
| 42 | 6/12/15 |
| 40.01 | 6/11/15 |
| 16 | 6/11/15 |
| 16 | 6/11/15 |
| 36 | 6/11/15 |
| 33.01/33.02 | 6/11/15 |
| 45 | 6/10/15 |
| 42 | 6/10/15 |
| 42 | 6/10/15 |
| 29 | 6/10/15 |
| 42 | 6/10/15 |
| 36 | 6/6/15 |
| 42/47 | 6/6/15 |
| 44.01/44.02 | 6/6/15 |
| 36 | 6/5/15 |
| 41/42 | 6/5/15 |
| 27.02 | 6/5/15 |
| 37/41 | 6/5/15 |
| 41/42 | 6/4/15 |
| 47 | 6/4/15 |
| 42 | 6/4/15 |
| 40.01 | 6/3/15 |
| 36 | 6/3/15 |
| 37/38 | 6/2/15 |
| 16 | 6/1/15 |
| 28/29 | 5/30/15 |
| 38 | 5/30/15 |
| 34 | 5/30/15 |
| 40.01 | 5/29/15 |
| 37 | 5/29/15 |
| 42/47 | 5/29/15 |
| 37 | 5/29/15 |
| 42 | 5/28/15 |
| 41/44.02 | 5/28/15 |
| 40.01 | 5/28/15 |
| 36 | 5/28/15 |
| <mark>duplicate</mark> | |
| 28 | 5/27/15 |
| 39.01/40.01/45 | 5/27/15 |
| 40.01 | 5/27/15 |
| 40.01 | 5/27/15 |

2015

Exhibit 6a to Declaration of Edward P. Krugman

# BPD Checkpoint List from FOIL

| | |
|---|---|
| 34 | 5/27/15 |
| 47 | 5/24/15 |
| 42 | 5/23/15 |
| 44.01/44.02 | 5/23/15 |
| 47 | 5/23/15 |
| 40.01 | 5/23/15 |
| 37/41 | 5/23/15 |
| 31 | 5/22/15 |
| 36 | 5/22/15 |
| 37 | 5/22/15 |
| 38 | 5/22/15 |
| 31 | 5/21/15 |
| 42/47 | 5/21/15 |
| 40.01 | 5/21/15 |
| 42 | 5/21/15 |
| 42 | 5/21/15 |
| 40.01/52.01 | 5/20/15 |
| 36 | 5/20/15 |
| 44.01/44.02 | 5/20/15 |
| 37 | 5/20/15 |
| 36 | 5/19/15 |
| 36 | 5/18/15 |
| 29 | 5/16/15 |
| 27.02 | 5/16/15 |
| 170 | 5/15/15 |
| 31 | 5/15/15 |
| 30 | 5/15/15 |
| 39.01/40.01/45 | 5/15/15 |
| 31 | 5/15/15 |
| 40.01 | 5/14/15 |
| 37 | 5/14/15 |
| 168 | 5/14/15 |
| 42 | 5/14/15 |
| 39.01/40.01/45 | 5/14/15 |
| 33.01/33.02/168 | 5/13/15 |
| 30 | 5/13/15 |
| 28 | 5/13/15 |
| 16 | 5/12/15 |
| 27.02/166 | 5/12/15 |
| 34 | 5/12/15 |
| 37/38 | 5/11/15 |
| 29 | 5/11/15 |
| 37 | 5/11/15 |
| 31/67.02/68 | 5/10/15 |
| 43 | 5/10/15 |
| 42/47 | 5/10/15 |
| 40.01 | 5/10/15 |

2015

Exhibit 6a to Declaration of Edward P. Krugman

**BPD Checkpoint List from FOIL**

| Location | Date |
|---|---|
| 37/41 | 5/10/15 |
| 41/42 | 5/9/15 |
| 38 | 5/8/15 |
| 39.01/40.01/45 | 5/8/15 |
| 40.01 | 5/8/15 |
| 16 | 5/8/15 |
| 37/41 | 5/7/15 |
| 31 | 5/7/15 |
| 43 | 5/7/15 |
| 42/47 | 5/7/15 |
| 47 | 5/6/15 |
| 40.01 | 5/6/15 |
| 40.01 | 5/6/15 |
| 28 | 5/6/15 |
| 36 | 5/6/15 |
| 40.01 | 5/5/15 |
| 43 | 5/5/15 |
| 44.02 | 5/5/15 |
| 36 | 5/4/15 |
| 40.01 | 5/2/15 |
| 42 | 5/2/15 |
| 37 | 5/2/15 |
| 16 | 5/1/15 |
| 42 | 5/1/15 |
| 14.02 | 4/30/15 |
| 16 | 4/30/15 |
| 37 | 4/28/15 |
| no location given | 4/23/25 |
| 37 | 4/22/15 |
| 42 | 4/19/15 |
| 35 | 4/12/15 |
| 47 | 4/9/15 |
| 42 | 4/6/15 |
| 42 | 4/4/15 |
| 35 | 4/2/15 |
| 41/42 | 4/2/15 |
| 36 | 4/2/15 |
| 166 | 3/30/15 |
| 37 | 3/29/15 |
| 42 | 3/27/15 |
| 36 | 3/27/15 |
| 40.01 | 3/25/15 |
| 36 | 3/25/15 |
| 28 | 3/25/15 |
| 42 | 3/25/15 |
| 37 | 3/23/15 |
| 35 | 3/22/15 |

2015

**BPD Checkpoint List from FOIL**

| | |
|---|---|
| 61 | 3/11/15 |
| 44.01/44.02 | 3/9/15 |
| 40.01 | 2/27/15 |
| 42 | 2/21/15 |
| 29 | 2/18/15 |
| 42 | 2/10/15 |
| 37/38 | 2/6/15 |
| 71.01 | 2/6/15 |
| 37 | 2/3/15 |
| 37 | 1/31/15 |
| 35 | 1/31/15 |
| 37 | 1/30/15 |
| 40.01 | 1/29/15 |
| 35 | 1/29/15 |
| 168 | 1/28/15 |
| 37 | 1/26/15 |
| 44.01/44.02 | 1/25/15 |
| 168 | 1/24/15 |
| 36 | 1/24/15 |
| 35 | 1/23/15 |
| 16 | 1/23/15 |
| 40.01 | 1/23/15 |
| 37 | 1/20/15 |
| 35 | 1/19/15 |
| 36 | 1/19/15 |
| 165 | 1/16/15 |
| 35 | 1/16/15 |
| 37 | 1/16/15 |
| 40.01 | 1/15/15 |
| 33.01 | 1/15/15 |
| 168 | 1/11/15 |
| 40.01 | 1/11/15 |
| 28 | 1/11/15 |
| 33.02 | 1/10/15 |
| 37 | 1/10/15 |
| 40.01 | 1/10/15 |
| 37 | 1/9/15 |
| 31 | 1/9/15 |
| 35 | 1/9/15 |
| 37 | 1/9/15 |
| 16 | 1/8/15 |
| 25.02/31 | 1/8/15 |
| 41 | 1/8/15 |
| 40.01 | 1/6/15 |
| 16 | 1/6/15 |
| 36 | 1/5/15 |

2015

# BPD Checkpoint List from FOIL

| Census | Date |
| --- | --- |
| 36 | 12/22/16 |
| 37 | 12/21/16 |
| 36 | 12/13/16 |
| 40.01 | 12/7/16 |
| 44.02 | 12/6/16 |
| 42 | 12/5/16 |
| 42 | 12/5/16 |
| 61 | 12/5/16 |
| 29 | 12/3/16 |
| 37 | 12/2/16 |
| 36 | 12/1/16 |
| 66.01 | 11/30/16 |
| 69.01 | 11/29/16 |
| 1.1 | 11/28/16 |
| 28 | 11/27/16 |
| 16 | 11/25/16 |
| 42/47 | 11/22/16 |
| 35 | 11/19/16 |
| 42 | 11/17/16 |
| 61 | 11/16/16 |
| 36 | 11/14/16 |
| 42 | 11/11/16 |
| 37 | 11/9/16 |
| 40.01 | 11/8/16 |
| 42 | 11/9/16 |
| 36 | 10/22/16 |
| 37/38 | 9/24/16 |
| 39.01/40.01/45 | 9/23/16 |
| 37 | 9/23/16 |
| 42 | 9/22/16 |
| 42/47 | 9/22/16 |
| 42 | 9/21/16 |
| 16 | 9/21/16 |
| 40.01 | 9/20/16 |
| 40.01 | 9/19/16 |
| 36 | 9/18/16 |
| 42 | 9/17/16 |
| 29 | 9/15/16 |
| 28 | 9/15/16 |
| 37 | 9/14/16 |
| 36 | 9/14/16 |
| 42 | 9/12/16 |
| 37 | 9/12/16 |
| 40.01 | 9/10/16 |
| 37 | 9/10/16 |
| 1.1 | 7/15/16 |

2016

**BPD Checkpoint List from FOIL**

| | |
|---|---|
| 171 | 7/14/16 |
| 167 | 7/14/16 |
| 57 | 7/14/16 |
| 11 | 7/13/16 |
| 69.01 | 7/13/16 |
| 57/59 | 7/12/16 |
| 28 | 7/12/16 |
| 42 | 7/12/16 |
| 36 | 7/11/16 |
| 16 | 7/11/16 |
| 16 | 7/11/16 |
| 16 | 7/11/16 |
| 37 | 7/10/16 |
| 37 | 7/10/16 |
| 37 | 7/9/16 |
| 35 | 7/9/16 |
| 36 | 7/9/16 |
| 35 | 7/8/16 |
| 170 | 7/8/16 |
| 42 | 7/7/16 |
| 42 | 7/7/16 |
| 28 | 7/6/16 |
| 28 | 7/6/16 |
| 37 | 7/3/16 |
| 37 | 7/3/16 |
| 37 | 7/3/16 |
| 38 | 7/2/16 |
| 36 | 7/1/16 |
| 37 | 6/29/16 |
| 35 | 6/27/16 |
| 36 | 6/27/16 |
| 1.1 | 6/22/16 |
| 11 | 6/22/16 |
| 171 | 6/20/16 |
| 66.01 | 6/20/16 |
| 42 | 6/18/16 |
| 28 | 6/18/16 |
| 42 | 6/17/16 |
| 36 | 6/17/16 |
| 36 | 6/16/16 |
| 42 | 6/16/16 |
| 42 | 6/16/16 |
| 36 | 6/11/16 |
| 37 | 6/11/16 |
| 42 | 6/10/16 |
| 61 | 6/10/16 |
| 35 | 6/10/16 |

2016

# BPD Checkpoint List from FOIL

| | |
|---|---|
| 42 | 6/9/16 |
| 61/65.01 | 6/9/16 |
| 69.01 | 6/9/16 |
| 61 | 6/8/16 |
| 61 | 6/7/16 |
| 37 | 6/7/16 |
| 42 | 6/6/16 |
| 42 | 6/6/16 |
| 42/47 | 6/6/16 |
| 61 | 6/5/16 |
| 42 | 6/5/16 |
| 36 | 6/4/16 |
| 35 | 6/4/16 |
| 36 | 6/3/16 |
| 37 | 6/3/16 |
| 42 | 6/2/16 |
| 36 | 6/2/16 |
| 36 | 6/2/16 |
| 42 | 6/1/16 |
| 37 | 6/1/16 |
| 40.01 | 6/1/16 |
| 44.01/44.02 | 5/31/16 |
| 28 | 5/31/16 |
| 42 | 5/27/16 |
| 42 | 5/27/16 |
| 170 | 5/27/16 |
| 42 | 5/26/16 |
| 37 | 5/26/16 |
| 39.01/40.01/45 | 5/26/16 |
| | Blank |
| 36 | 5/25/16 |
| 40.01/52.01 | 5/25/16 |
| 170 | 5/25/16 |
| 42 | 5/24/16 |
| 36 | 5/22/16 |
| 36 | 5/19/16 |
| 36 | 5/13/16 |
| 42 | 5/9/16 |
| 44.01/44.02 | 5/8/16 |
| 29 | 5/7/16 |
| 42 | 5/6/16 |
| 36 | 4/30/16 |
| 42 | 4/25/16 |
| 42/47 | 4/24/16 |
| 37 | 4/23/16 |
| 36 | 4/22/16 |
| 36 | 4/12/16 |

2016

# BPD Checkpoint List from FOIL

| | |
|---|---|
| 28 | 3/24/16 |
| 36 | 3/23/16 |
| 37 | 3/22/16 |
| 42 | 3/17/16 |
| 28 | 3/14/16 |
| 37 | 3/2/16 |
| 36 | 2/28/16 |
| 28 | 2/20/16 |
| 37 | 2/19/16 |
| 42 | 2/18/16 |
| 36 | 2/17/16 |
| 69.01 | 2/10/16 |
| 61/65.01 | 2/10/16 |
| 37 | 2/9/16 |
| 36 | 2/8/16 |
| 28 | 2/5/16 |
| 66.01 | 2/5/16 |
| 36 | 1/30/16 |
| 29 | 1/28/16 |
| 61/171 | 1/27/16 |
| 36 | 1/27/16 |
| 31 | 1/23/16 |
| 28 | 1/22/16 |
| 36 | 1/21/16 |
| 42 | 1/21/16 |
| 42 | 1/21/16 |
| 44.01/44.02 | 1/20/16 |
| 36 | 1/20/16 |
| 166 | 1/16/16 |
| 16 | 1/16/16 |
| 40.01 | 1/15/16 |
| 39.01/40.01/45 | 1/15/16 |
| 71.01/71.02 | 1/14/16 |
| 28 | 1/13/16 |
| 42/47 | 1/13/16 |
| 29 | 1/9/16 |
| 28 | 1/8/16 |
| 28 | 1/8/16 |
| 28 | 1/8/16 |
| 40.01 | 1/8/16 |
| 42 | 1/7/16 |
| 36 | 1/6/16 |
| 42 | 1/6/16 |
| 42 | 1/6/16 |

2016

Exhibit 6a to Declaration of Edward P. Krugman

## BPD Checkpoint List from FOIL

| Census | Date |
|---|---|
| 29 | 1/4/17 |
| 14.02/165 | 1/7/17 |
| 166 | 1/10/17 |
| 36 | 1/11/17 |
| 37 | 1/12/17 |
| 36 | 1/13/17 |
| 35 | 1/15/17 |
| 61 | 1/20/17 |
| 16 | 1/21/17 |
| 37 | 1/22/17 |
| 47 | 1/31/17 |
| 35 | 2/1/17 |
| 28 | 2/2/17 |
| 42 | 2/3/17 |
| 36 | 2/7/17 |
| no checkpoints | 2/8/17 |
| no checkpoints | 2/10/17 |
| 37 | 2/11/17 |
| 37 | 2/12/17 |
| 36 | 2/14/17 |
| 40.01 | 2/15/17 |
| no checkpoints | 2/17/17 |
| 14.02 | 2/18/17 |
| 47 | 2/23/17 |
| 29/36 | 2/23/17 |
| 37 | 2/24/17 |
| 40.01 | 3/1/17 |
| 61/65.01 | 3/2/17 |
| 42 | 3/3/17 |
| 16 | 3/5/17 |
| 36 | 3/6/17 |
| 1.1 | 3/10/17 |
| 57 | 3/11/17 |
| 37 | 3/11/17 |
| 61 | 3/13/17 |
| 1.1 | 3/17/17 |
| 38 | 3/17/17 |
| 27.02 | 3/17/17 |
| 61 | 3/18/17 |
| 36 | 3/18/17 |
| 37/41 | 3/18/17 |
| 57/58.02 | 3/19/17 |
| 37 | 3/19/17 |
| 37 | 3/19/17 |
| 8 | 3/20/17 |
| 16 | 3/20/17 |

2017

## BPD Checkpoint List from FOIL

| | |
|---|---|
| 37 | 3/20/17 |
| 49 | 3/21/17 |
| 38 | 3/21/17 |
| 36 | 3/21/17 |
| 6 | 3/22/17 |
| 31 | 3/22/17 |
| 28 | 3/22/17 |
| 37 | 3/23/17 |
| 29/36 | 3/23/17 |
| 1.10/2 | 3/23/17 |
| 67.01/69.02 | 3/24/17 |
| 27.02 | 3/24/17 |
| 45 | 3/25/17 |
| 28 | 3/25/17 |
| 29 | 3/25/17 |
| 63.01/63.02 | 3/26/17 |
| 16 | 3/26/17 |
| 38 | 3/26/17 |
| 17/163 | 3/27/17 |
| 41 | 3/27/17 |
| 37 | 4/1/17 |
| 36 | 4/2/17 |
| 27.02 | 4/3/17 |
| 37 | 4/4/17 |
| 27.02 | 4/8/17 |
| 16 | 4/9/17 |
| 27.02 | 4/10/17 |
| 36 | 4/11/17 |
| 37/38 | 4/12/17 |
| 69.01 | 4/12/17 |
| 35 | 4/14/17 |
| 8 | 4/17/17 |
| 37 | 4/17/17 |
| 36 | 4/17/17 |
| 49 | 4/18/17 |
| 41/44.02 | 4/18/17 |
| 37 | 4/18/17 |
| 33.01/33.02 | 4/18/17 |
| 52/53.01 | 4/19/17 |
| 38/41 | 4/19/17 |
| 33.01/33.02 | 4/19/17 |
| 41 | 4/20/17 |
| 7 & 8 | 4/21/17 |
| 37/38 | 4/21/17 |
| 34 | 4/21/17 |
| 37 | 4/21/17 |
| 28 | 4/22/17 |

2017

## BPD Checkpoint List from FOIL

| | |
|---|---|
| 52/53.01 | 4/22/17 |
| 41/44.02 | 4/22/17 |
| 38/41 | 4/22/17 |
| 8    10 | 4/23/17 |
| 42 | 4/23/17 |
| 42 | 4/23/17 |
| 36 | 4/23/17 |
| 49 | 4/24/17 |
| 38 | 4/24/17 |
| 37 | 4/24/17 |
| 37/41 | 4/24/17 |
| 37 | 4/25/17 |
| 61 | 4/26/17 |
| 37 | 4/26/17 |
| 27.02 | 4/26/17 |
| 42 | 4/26/17 |
| 71.01 | 4/28/17 |
| 33.01/33.02 | 4/28/17 |
| 36 | 4/28/17 |
| 40.01 | 4/28/17 |
| 38/41 | 4/28/17 |
| 37 | 4/29/17 |
| 41 | 4/29/17 |
| 37/38 | 4/29/17 |
| 1.10/6 | 4/29/17 |
| 36 | 5/1/17 |
| 41 | 5/1/17 |
| 56 | 5/1/17 |
| 33.01/33.02 | 5/1/17 |
| 8 | 5/2/17 |
| 34 | 5/2/17 |
| 37/38 | 5/2/17 |
| 38/41 | 5/2/17 |
| 69.01 | 5/3/17 |
| 34/35/36 | 5/3/17 |
| 38 | 5/3/17 |
| 37 | 5/3/17 |
| no checkpoints | 5/4/17 |
| 37 | 5/5/17 |
| 37 | 5/5/17 |
| 37/38 | 5/6/17 |
| 36 | 5/7/17 |
| 41/44.02 | 5/7/17 |
| 42 | 5/8/17 |
| 36 | 5/8/17 |
| 61/65.01 | 5/8/17 |
| 7    8 | 5/8/17 |

2017

## BPD Checkpoint List from FOIL

| | |
|---|---|
| 61 | 5/9/17 |
| 29/36 | 5/9/17 |
| 39.01/40.01/45 | 5/9/17 |
| 45/48/51 | 5/9/17 |
| 37 | 5/10/17 |
| 38 | 5/10/17 |
| 61 | 5/10/17 |
| 40.01 | 5/31/17 |
| 14.02 | 5/31/17 |
| 8 | 5/31/17 |
| 33.02 | 6/1/17 |
| 42/47 | 6/1/17 |
| 49 | 6/1/17 |
| 36 | 6/2/17 |
| 41 | 6/2/17 |
| 19/167 | 6/2/17 |
| 30/37 | 6/3/17 |
| 33.01/33.02 | 6/3/17 |
| 49/54 | 6/3/17 |
| 42 | 6/4/17 |
| 37/38 | 6/4/17 |
| 61 | 6/4/17 |
| 37 | 6/5/17 |
| 37 | 6/5/17 |
| 1.10/6 | 6/5/17 |
| 36/170 | 6/6/17 |
| 33.01/33.02 | 6/7/17 |
| 39.01/40.01/45 | 6/7/17 |
| 45/48/51 | 6/7/17 |
| 38 | 6/8/17 |
| 24 | 6/8/17 |
| 10 | 6/8/17 |
| 33.02 | 6/9/17 |
| 36 | 6/9/17 |
| 61 | 6/9/17 |
| 42 | 6/10/17 |
| 41/44.02 | 6/10/17 |
| 49/54 | 6/10/17 |
| 39.01/40.01/45 | 6/11/17 |
| 42 | 6/11/17 |
| 19/167 | 6/11/17 |
| 39.01/170 | 6/12/17 |
| 44.01 | 6/12/17 |
| 57/58.02 | 6/12/17 |
| 33.01/33.02/168 | 6/13/17 |
| 40.01 | 6/13/17 |
| 66.01 | 6/13/17 |

2017

**BPD Checkpoint List from FOIL**

| | |
|---|---|
| 36/37 | 6/14/17 |
| Cancelled | 6/14/17 |
| 1.1 | 6/14/17 |
| 36 | 6/15/17 |
| 42 | 6/15/17 |
| 61/65.01 | 6/15/17 |
| 58.02 | 6/16/17 |
| 71.01 | 6/16/17 |
| 8 | 6/16/17 |
| no checkpoints | 6/17/17 |
| no checkpoints | 6/18/17 |
| 33.01/33.02 | 6/19/17 |
| 38 | 6/19/17 |
| 45/48/51 | 6/19/17 |
| 58.02 | 6/20/17 |
| 37/38 | 6/20/17 |
| 37/41 | 6/20/17 |
| 38 | 6/21/17 |
| 36 | 6/21/17 |
| 71.01 | 6/21/17 |
| 168 | 6/22/17 |
| 33.01/33.02 | 6/22/17 |
| 171 | 6/22/17 |
| 36 | 6/23/17 |
| 41 | 6/23/17 |
| 49/54 | 6/23/17 |
| 42 | 6/24/17 |
| 36 | 6/25/17 |
| 37 | 6/25/17 |
| 71.01 | 6/25/17 |
| 14.02 | 6/26/17 |
| 27.02 | 6/26/17 |
| 11 | 6/26/17 |
| no checkpoints | 6/27/17 |
| 5/164 | 6/28/17 |
| 31 | 6/28/17 |
| 40.01 | 6/28/17 |
| 163 | 6/29/17 |
| 49 | 6/29/17 |
| 58.01/58.02 | 6/29/17 |
| 36 | 6/30/17 |
| 10 | 6/30/17 |
| 19/167 | 6/30/17 |
| 38 | 7/1/17 |
| 69.01 | 7/1/17 |
| 57/58.02 | 7/1/17 |
| 57 | 7/2/17 |

2017

## BPD Checkpoint List from FOIL

| | |
|---|---|
| 56 | 7/2/17 |
| 57 | 7/2/17 |
| 37 | 7/3/17 |
| 10 | 7/3/17 |
| 6 & 7 | 7/3/17 |
| no checkpoints | 7/4/17 |
| 33.01/33.02 | 7/5/17 |
| 51 | 7/5/17 |
| 56 | 7/5/17 |
| 11 | 7/6/17 |
| 1.1 | 7/6/17 |
| 1.10/6 | 7/6/17 |
| 42 | 7/7/17 |
| 57 | 7/7/17 |
| 57 | 7/7/17 |
| 36 | 7/8/17 |
| 71.01 | 7/8/17 |
| 71.01 | 7/8/17 |
| 8 & 10 | 7/9/17 |
| 1.1 | 7/9/17 |
| 6 & 7 | 7/9/17 |
| 10 & 11 | 7/10/17 |
| 33.01/33.02 | 7/10/17 |
| 171 | 7/10/17 |
| 49 | 7/11/17 |
| 71.01 | 7/11/17 |
| 57/58.02 | 7/11/17 |
| 59 | 7/12/17 |
| 59 | 7/12/17 |
| 37 | 7/12/17 |
| 61 | 7/13/17 |
| 171 | 7/13/17 |
| 58.02 | 7/13/17 |
| 17/163 | 7/14/17 |
| 23/167 | 7/14/17 |
| 37 | 7/14/17 |
| 36 | 7/15/17 |
| 61 | 7/15/17 |
| 69.01 | 7/15/17 |
| 61 | 7/16/17 |
| 61/65.01 | 7/16/17 |
| 28 | 7/17/17 |
| 11/163 | 7/17/17 |
| 1.10/6 | 7/17/17 |
| 14.02 | 7/18/17 |
| 71.01 | 7/18/17 |
| 61 | 7/18/17 |

2017

Exhibit 6a to Declaration of Edward P. Krugman

## BPD Checkpoint List from FOIL

| | |
|---|---|
| 38 | 7/19/17 |
| 1.1 | 7/19/17 |
| 10 | 7/19/17 |
| 40.01 | 7/21/17 |
| 57 | 7/21/17 |
| 45/48 | 7/21/17 |
| 42 | 7/22/17 |
| 10 | 7/22/17 |
| 6 & 7 | 7/22/17 |
| 55 | 7/23/17 |
| 58.02 | 7/23/17 |
| 57/58.02 | 7/23/17 |
| 36 | 7/24/17 |
| 61 | 7/24/17 |
| 69.01 | 7/24/17 |
| 11 | 7/25/17 |
| 1.1 | 7/25/17 |
| 1.10/6 | 7/25/17 |
| 24 | 7/26/17 |
| 49 | 7/26/17 |
| 61 | 7/26/17 |
| 61 | 7/27/17 |
| 59 | 7/27/17 |
| 57/58.02 | 7/27/17 |
| 33.02 | 7/28/17 |
| 7 & 8 | 7/28/17 |
| 2 & 8 | 7/28/17 |
| <mark>no checkpoints</mark> | 7/29/17 |
| 69.01 | 7/30/17 |
| 61 | 7/30/17 |
| 66.01 | 7/30/17 |
| 37 | 7/31/17 |
| 11 | 7/31/17 |
| 10 | 7/31/17 |
| 17/163 | 8/2/17 |
| 15/16/17 | 8/2/17 |
| 36 | 8/2/17 |
| 58.02 | 8/3/17 |
| 58.01/58.02 | 8/3/17 |
| 61 | 8/3/17 |
| 49/54 | 8/4/17 |
| 49/54 | 8/4/17 |
| 55 | 8/5/17 |
| 54 | 8/5/17 |
| 163/167 | 8/5/17 |
| 61 | 8/6/17 |
| 71.01 | 8/6/17 |

2017

Exhibit 6a to Declaration of Edward P. Krugman

**BPD Checkpoint List from FOIL**

| | |
|---|---|
| 1.1 | 8/6/17 |
| 36 | 8/7/17 |
| 49/54 | 8/7/17 |
| 45 | 8/7/17 |
| 2 & 8 | 8/8/17 |
| 1.1 | 8/8/17 |
| 61 | 8/8/17 |
| 34/35/36 | 8/9/17 |
| 67.01 | 8/9/17 |
| 57/59 | 8/10/17 |
| 16/17 | 8/10/17 |
| 69.02 | 8/10/17 |
| 14.02/15 | 8/11/17 |
| 55 | 8/11/17 |
| 45 | 8/12/17 |
| 42 | 8/12/17 |
| <mark>no checkpoints</mark> | 8/13/17 |
| 42 | 8/14/17 |
| 61 | 8/14/17 |
| 61/65.01 | 8/14/17 |
| 58.02 | 8/15/17 |
| 8 | 8/15/17 |
| 10 & 11 | 8/15/17 |
| 57 | 8/16/17 |
| 36 | 8/16/17 |
| 37 | 8/17/17 |
| 37 | 8/18/17 |
| 57/58.02 | 8/18/17 |
| 67.01 | 8/18/17 |
| <mark>no checkpoints</mark> | 8/19/17 |
| 19/167 | 8/19/17 |
| 28/29 | 8/19/17 |
| 10 & 11 | 8/20/17 |
| 8 & 10 | 8/20/17 |
| 49/54 | 8/20/17 |
| 5/164 | 8/21/17 |
| 28 | 8/21/17 |
| 70 | 8/21/17 |
| 63.01 | 8/22/17 |
| 49 | 8/22/17 |
| 57 | 8/22/17 |
| 61 | 8/23/17 |
| 40.01 | 8/23/17 |
| 1.1 | 8/23/17 |
| 70 | 8/24/17 |
| 58.01/58.02 | 8/24/17 |
| 67.01 | 8/24/17 |

2017

# BPD Checkpoint List from FOIL

| | |
|---|---|
| 1.1 | 8/25/17 |
| 163 | 8/25/17 |
| 37 | 8/25/17 |
| 171 | 8/27/17 |
| 63.02 | 8/27/17 |
| 45/48 | 8/27/17 |
| 38/41 | 8/28/17 |
| 38/41 | 8/28/17 |
| 163/164 | 8/28/17 |
| 11 | 8/29/17 |
| 58.01/58.02 | 8/29/17 |
| 58.02 | 8/29/17 |
| 59 | 8/30/17 |
| 71.01 | 8/30/17 |
| 17/163 | 8/30/17 |
| 61 | 8/31/17 |
| 71.01 | 8/31/17 |
| 10 & 11 | 8/31/17 |
| 49/54 | 9/1/17 |
| 45 | 9/1/17 |
| 36 | 9/1/17 |
| 58.01/58.02 | 9/2/17 |
| 27.02 | 9/2/17 |
| 10 & 11 | 9/2/17 |
| 23/24 | 9/3/17 |
| 69.01/70 | 9/3/17 |
| 59 | 9/3/17 |
| 34/35/36 | 9/4/17 |
| 6 & 7 | 9/4/17 |
| 1.10/5 | 9/4/17 |
| 58.01/58.02 | 9/5/17 |
| 63.01 | 9/5/17 |
| 19 | 9/5/17 |
| 57 | 9/6/17 |
| 58.02 | 9/6/17 |
| 37 | 9/6/17 |
| no checkpoints | 9/7/17 |
| 10 | 9/8/17 |
| 17/163 | 9/8/17 |
| 33.01/33.02 | 9/8/17 |
| 42 | 9/9/17 |
| 57 | 9/9/17 |
| 171 | 9/9/17 |
| 55 | 9/10/17 |
| 58.01/58.02 | 9/10/17 |
| 8 | 9/10/17 |
| 38 | 9/11/17 |

2017

## BPD Checkpoint List from FOIL

| | |
|---|---|
| 163/167 | 9/11/17 |
| 19/167 | 9/11/17 |
| 63.01 | 9/12/17 |
| 71.01 | 9/12/17 |
| 5/163 | 9/12/17 |
| 36 | 9/13/17 |
| 49/54 | 9/13/17 |
| 57 | 9/13/17 |
| 59 | 9/14/17 |
| 70 | 9/14/17 |
| 163 | 9/14/17 |
| 171 | 9/15/17 |
| 168 | 9/15/17 |
| 67.01 | 9/15/17 |
| 28 | 9/16/17 |
| 163/167 | 9/16/17 |
| 55 | 9/16/17 |
| no checkpoints | 9/17/17 |
| 37 | 9/18/17 |
| 69.01 | 9/18/17 |
| 59 | 9/18/17 |
| 19/167 | 9/19/17 |
| 61 | 9/19/17 |
| 59 | 9/19/17 |
| 36 | 9/20/17 |
| 8 & 10 | 9/20/17 |
| 8 | 9/20/17 |
| 69.01 | 9/21/17 |
| 69.01/70 | 9/21/17 |
| 1.1 | 9/21/17 |
| no checkpoints | 9/22/17 |
| 37 | 9/22/17 |
| 163/164 | 9/22/17 |
| no checkpoints | 9/24/17 |
| 42 | 9/25/17 |
| 69.01/70 | 9/25/17 |
| 59 | 9/25/17 |
| 37/38 | 9/27/17 |
| 63.01 | 9/27/17 |
| 58.01/58.02 | 9/27/17 |
| 36 | 9/29/17 |
| 10 | 9/29/17 |
| 7 & 8 | 9/29/17 |
| 36 | 9/30/17 |
| 1.1 | 9/30/17 |
| 61 | 9/30/17 |
| 59 | 10/1/17 |

2017

## BPD Checkpoint List from FOIL

| | |
|---|---|
| 69.01/70 | 10/1/17 |
| 55 | 10/1/17 |
| 23 | 10/2/17 |
| 42 | 10/2/17 |
| 70 | 10/3/17 |
| 10 | 10/3/17 |
| 61/171 | 10/3/17 |
| no checkpoints | 10/4/17 |
| 1.1 | 10/5/17 |
| 8 | 10/5/17 |
| 49/54 | 10/5/17 |
| no checkpoints | 10/9/17 |
| no checkpoints | 10/10/17 |
| 49/21 | 10/12/17 |
| 47 | 10/12/17 |
| 57/58.02 | 10/12/17 |
| 36 | 10/14/17 |
| 57 | 10/14/17 |
| 171 | 10/14/17 |
| 37 | 10/16/17 |
| 49/54 | 10/16/17 |
| 171 | 10/16/17 |
| Cancelled | 10/18/17 |
| 37 | 10/18/17 |
| 45 | 10/18/17 |
| 8 | 10/20/17 |
| 1.1 | 10/20/17 |
| 42 | 10/20/17 |
| 36 | 10/27/17 |

2017