# Exhibit 7

**Undocumented Strike Force Checkpoints**

| Date | Beg Time | End Time | Location (TraCS) | Tract | # Tix | # Type 3 Tix |
|---|---|---|---|---|---|---|
| 7/4/14 | 20:20 | 21:09 | Doat/Zelmer/Theodore | 30, 37 | 17 | 14 |
| 7/5/14 | 17:11 | 18:12 | Comstock & Shirley | 47.01 | 27 | 15 |
| 7/6/14 | 19:32 | 20:25 | Delavan & Courtland | 37, 41 | 23 | 4 |
| 1/12/15 | 16:33 | 16:55 | Delevan & Courtland | 36, 37 | 7 | 7 |
| 1/12/15 | 19:00 | 19:42 | Route 33 (Bailey) & Cloverdale | 44.02 | 8 | 4 |
| 1/13/15 | 17:08 | 17:25 | Leslie & Scajaquada | 36 | 18 | 18 |
| 1/13/15 | 20:58 | 21:06 | Fillmore/Leroy | 40.02 | 2 | 2 |
| 1/14/15 | 16:30 | 17:05 | Walden/Bailey/Scheu Pk | 28.02 | 34 | 27 |
| 2/4/15 | 16:55 | 17:19 | Olympic at Rt 33 | 42 | 15 | 10 |
| 2/5/15 | 17:23 | 18:35 | Leslie & Scajaquada | 36 | 21 | 7 |
| 5/15/15 | 16:57 | 17:41 | Leslie & Scajaquada | 36 | 19 | 5 |
| 5/15/15 | 18:01 | 18:57 | Cloverdale & Bailey | 44.02 | 19 | 11 |
| 3/29/16 | 17:33 | 18:17 | Box & Moselle | 35 | 24 | 18 |
| 6/24/16 | 17:03 | 17:26 | Leslie & Scajaquada | 36 | 27 | 15 |
| 6/28/16 | 17:08 | 17:45 | Goodyear/Miller & Empire | 28 | 40 | 18 |
| 7/5/16 | 19:17 | 19:51 | Broadway/Mills/Loepere | 16, 36, 27.02 | 30 | 19 |
| 9/16/16 | 17:50 | 18:45 | Berwyn/Burlington/Rt 33 | 42 | 32 | 6 |
| 11/10/16 | 17:05 | 17:32 | Leslie & Scajaquada | 36 | 35 | 17 |
| 11/14/16 | 17:08 | 17:41 | Bailey & Cloverdale | 42 | 29 | 14 |
| 3/17/17 | 16:59 | 17:42 | E Delavan & Courtland | 36 | 30 | 4 |
| 3/27/17 | 17:39 | 17:57 | Kerns/Genesee/Zelmer/Theodore | 37 | 29 | 25 |
| 4/27/17 | 16:46 | 16:58 | Jefferson/Laurel/Northhampton | 33.02, 168 | 14 | 11 |
| 4/27/17 | 18:02 | 18:14 | Massachusetts & 14th Wtret | 69.01 | 18 | 5 |
| 4/30/17 | 12:27 | 12:59 | Leslie & Scajaquada | 36 | 21 | 5 |
| 7/7/17 | 16:31 | 16:50 | Cloverdale & Bailey | 42, 44.02 | 17 | 14 |
| 6/12/13 | 16:57 | 17:59 | Genesee/Newburgh/Theodore | 37 | 23 | 23 |