# Exhibit 9


Untitled Map
Write a description for your map.
Legend
Google Earth
© 2024 Google
7.37 ft