# Exhibit 11

# Intentionally Omitted