# Exhibit 13

## Summary of Tinted Window Incidents and Tickets
(Prepared by Prof. David Bjerk)

| Total Citations | Pre-Strikeforce | Strikeforce | BTVA | Post-Strikeforce | Current | All Eras Combined |
|---|---|---|---|---|---|---|
| Minority | 3,973 | 67,060 | 92,086 | 41,902 | 28,218 | 233,239 |
| Non-Minority | 2,109 | 19,113 | 25,733 | 16,162 | 10,247 | 73,364 |
| Unknown Race | 1,665 | 18,767 | 24,079 | 13,096 | 10,176 | 67,783 |
| total | 7,747 | 104,940 | 141,898 | 71,160 | 48,641 | 374,386 |

| Total Incidents | Pre-Strikeforce | Strikeforce | BTVA | Post-Strikeforce | Current | All Eras Combined |
|---|---|---|---|---|---|---|
| Minority | 2,423 | 30,714 | 28,437 | 17,295 | 12,356 | 91,225 |
| Non-Minority | 1,476 | 11,304 | 11,771 | 8,821 | 5,865 | 39,237 |
| Unknown Race | 1,187 | 11,071 | 9,869 | 7,392 | 5,885 | 35,404 |
| total | 5,086 | 53,089 | 50,077 | 33,508 | 24,106 | 165,866 |

| Total Incidents with Multiple Citations | Pre-Strikeforce | Strikeforce | BTVA | Post-Strikeforce | Current | All Eras Combined |
|---|---|---|---|---|---|---|
| Minority | 1,044 | 16,968 | 18,051 | 9,067 | 6,214 | 51,344 |
| Non-Minority | 445 | 4,247 | 4,821 | 3,013 | 1,839 | 14,365 |
| Unknown Race | 332 | 4,227 | 4,545 | 2,410 | 1,952 | 13,466 |
| total | 1,821 | 25,442 | 27,417 | 14,490 | 10,005 | 79,175 |

| Tinted Window Citations | Pre-Strikeforce | Strikeforce | BTVA | Post-Strikeforce | Current | All Eras Combined |
|---|---|---|---|---|---|---|
| Minority | 371 | 15,871 | 16,275 | 4,118 | 1,729 | 38,364 |
| Non-Minority | 133 | 2,596 | 2,302 | 587 | 182 | 5,800 |
| Unknown Race | 93 | 3,463 | 3,364 | 564 | 234 | 7,718 |
| total | 597 | 21,930 | 21,941 | 5,269 | 2,145 | 51,882 |

| Tinted Window Incidents | Pre-Strikeforce | Strikeforce | BTVA | Post-Strikeforce | Current | All Eras Combined |
|---|---|---|---|---|---|---|
| Minority | 292 | 7,466 | 5,510 | 1,705 | 1,026 | 15,999 |
| Non-Minority | 109 | 1,411 | 932 | 278 | 113 | 2,843 |
| Unknown Race | 77 | 1,823 | 1,227 | 229 | 159 | 3,515 |
| total | 478 | 10,700 | 7,669 | 2,212 | 1,298 | 22,357 |

| Tinted Windows Incidents With Multiple Tinted Windows Citations | Pre-Strikeforce | Strikeforce | BTVA | Post-Strikeforce | Current | All Eras Combined |
|---|---|---|---|---|---|---|
| Minority | 73 | 4,805 | 4,918 | 1,228 | 435 | 11,459 |
| Non-Minority | 21 | 729 | 707 | 170 | 47 | 1,674 |
| Unknown Race | 16 | 1,076 | 1,008 | 164 | 55 | 2,319 |
| total | 110 | 6,610 | 6,633 | 1,562 | 537 | 15,452 |

**Exhibit 13 to the Declaration of Edward P. Krugman**