UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST by and
through MARIELLE SHAVONNE SMITH and
CHARIS HUMPHREY on behalf of its members;
SHAKETA REDDEN; DORETHEA FRANKLIN;
TANIQUA SIMMONS; DE'JON HALL; JOSEPH
BONDS; CHARLES PALMER; SHIRLEY
SARMIENTO; EBONY YELDON; and JANE DOE,
individually and on behalf of a class of all others
similarly situated;

                      Plaintiffs,

      v.                                  Civil No.: 1:18-cv-00719-CCR

CITY OF BUFFALO, NY; BYRON B. BROWN, Mayor
of the City of Buffalo, in his individual and official
capacities; BYRON C. LOCKWOOD, Commissioner of
the Buffalo Police Department, in his individual and
official capacities; DANIEL DERENDA, former
Commissioner of the Buffalo Police Department, in his
individual capacity; AARON YOUNG, KEVIN
BRINKWORTH, PHILIP SERAFINI, ROBBIN
THOMAS, UNKNOWN SUPERVISORY
PERSONNEL 1-10, UNKNOWN OFFICERS 1-20,
each officers of the Buffalo Police Department, in their
individual capacities.

                      Defendants.

---

**STIPULATED MOTION FOR BRIEFING SCHEDULE ON CLASS CERTIFICATION**

        **WHEREAS,** Plaintiffs filed their motion for Class Certification (Dkt. 202-212),

and the parties have agreed upon the following briefing schedule for said motion:

1. Defendants opposition to the Motion for Class Certification shall be filed
   electronically no later than July 3, 2024;

2. Plaintiffs' reply to Defendants' opposition shall be filed electronically no
   later than July 31, 2024; and

3. If deemed necessary, oral argument shall be scheduled at a date and time to be determined by the Court.

The parties respectfully request that the Court so order dates agreed upon in the briefing schedule above, and thank the Court in advance for its consideration.

Dated:  Buffalo, New York
        June 6, 2024

/s/ Peter A. Sahasrabudhe
Hugh M. Russ III
Peter A. Sahasrabudhe
Cheyenne N. Freely
HODGSON RUSS LLP
The Guaranty Building
140 Pearl Street – Suite 100
Buffalo, New York  14202
Telephone:  (716) 856-4000
hruss@hodgsonruss.com
pshasra@hodgsonruss.com
cfreely@hodgsonruss.com

*Attorneys for Defendants*


/s/ Matthew Alan Parham
Matthew Alan Parham
Joseph A. Kelemen
WESTERN NEW YORK LAW CENTER
Cathedral Park Tower
37 Franklin Street, Suite 210
Buffalo, New York  14202
Telephone:  (716) 828-8415
mparham@wnylc.com
jkelemen@wnylc.com

/s/  Claudia Wilner
Claudia Wilner
Edward Krugman
Anjana Malhotra
NATIONAL CENTER FOR LAW
 AND ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, New York  10001
Telephone:  (212) 633-6967
wilner@nclej.org
krugman@nclej.org
malhotra@nyleg.org

/s/ Andrea Chinyere Ezie

Andrea Chinyere Ezie
Baher Azmy
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York  10012
Telephone:  (212) 614-6475
cezie@ccrjustice.org
bazmy@ccrjustice.org

/s/ Jordan S. Joachim

Jordan S. Joachim (*admitted pro hac vice*)
Christine A. Nelson (*admitted pro hac vice*)
COVINGTON & BURLING LLP
620 Eighth Avenue, Suite 4029
New York, New York  10018
Telephone:  (2112) 841-1000
jjoachim@cov.com
cnelson@cov.com

*Attorneys for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 6, 2024, the above Stipulation to Set Briefing Schedule for Motion to Certify Class was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

/s/ Peter A. Sahasrabudhe
Peter A. Sahasrabudhe

65176799v1