UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

─────────────────────────────────────────

BLACK LOVE RESISTS IN THE RUST by and
through its Co-Directors Natasha Soto and Shaketa
Redden and on behalf of its members; DORETHEA
FRANKLIN; TANIQUA SIMMONS; DE'JON HALL;
JOSEPH BONDS; CHARLES PALMER; SHIRLEY
SARMIENTO; EBONY YELDON; and JANE DOE,
individually and on behalf of a class of all others
similarly situated;

                              Plaintiffs,

        v.                                                     Civil No.: 1:18-cv-00719-CCR

CITY OF BUFFALO, NY; BYRON B. BROWN,
Mayor of the City of Buffalo, in his individual and
official capacities; BYRON C. LOCKWOOD,
Commissioner of the Buffalo Police Department, in his
individual and official capacities; DANIEL DERENDA,
former Commissioner of the Buffalo Police Department,
in his individual capacity; AARON YOUNG, KEVIN
BRINKWORTH, PHILIP SERAFINI, ROBBIN
THOMAS, UNKNOWN SUPERVISORY
PERSONNEL 1-10, UNKNOWN OFFICERS 1-20,
each officers of the Buffalo Police Department, in their
individual capacities.

                              Defendants.

─────────────────────────────────────────

## STIPULATED MOTION FOR ADJOURNMENT
## MOTION TO COMPEL DEADLINE

        The Parties respectfully move to amend the scheduling order to extend the motion

to compel deadline by approximately two months from June 20, 2024 to August 16, 2024.

        In support of this motion, the Parties state as follows:

1.      Under the present schedule, the deadline to file motions to compel is June 20, 2024.

2.      Since the Parties' last extension motion, the Parties have continued to work through voluminous supplemental discovery production.  Supplemental production has included body camera footage, statements, GIVE grant reporting, and IAD files.  Processing and submission of these files to Plaintiffs took longer than expected due to their large sizes.

3.      Due to the voluminous production, Plaintiffs require additional time to analyze their requested production and to identify whether they require any further supplemental production.

4.      Additionally, the Parties have agreed to an additional, limited 30(b)(6) deposition of BPD Chief William Macy.  This deposition is set to take place in mid-July.

5.      The Parties are working together to identify and produce any necessary supplemental production as efficiently and expeditiously as possible.  The Parties continue to make significant progress towards completion; however, due to the complex nature of the claims and defenses and the time necessary to analyze and produce the requested voluminous records, the Parties require an extension of the motion to compel deadline.

6.      Accordingly, the Parties respectfully request that the motion to compel deadline be extended from June 20, 2024 to August 16, 2024.

7.      The Parties thank the Court in advance for its consideration of this request.

Dated:   Buffalo, New York
             June 18, 2024

/s/ Peter A. Sahasrabudhe
Hugh M. Russ III
Peter A. Sahasrabudhe
Cheyenne N. Freely
HODGSON RUSS LLP
The Guaranty Building
140 Pearl Street – Suite 100
Buffalo, New York  14202
Telephone:  (716) 856-4000
hruss@hodgsonruss.com
pshasra@hodgsonruss.com
cfreely@hodgsonruss.com

*Attorneys for Defendants*

/s/ Matthew Alan Parham
Matthew Alan Parham
Joseph A. Kelemen
WESTERN NEW YORK LAW CENTER
Cathedral Park Tower
37 Franklin Street, Suite 210
Buffalo, New York  14202
Telephone:  (716) 828-8415
mparham@wnylc.com
jkelemen@wnylc.com

/s/ Claudia Wilner
Claudia Wilner
Edward Krugman
Anjana Malhotra
NATIONAL CENTER FOR LAW
  AND ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, New York  10001
Telephone:  (212) 633-6967
wilner@nclej.org
krugman@nclej.org
malhotra@nyleg.org

/s/ Andrea Chinyere Ezie
Andrea Chinyere Ezie
Baher Azmy
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York  10012
Telephone:  (212) 614-6475
cezie@ccrjustice.org
bazmy@ccrjustice.org

/s/ Jordan S. Joachim
Jordan S. Joachim (*admitted pro hac vice*)
Christine A. Nelson (*admitted pro hac vice*)
COVINGTON & BURLING LLP
620 Eighth Avenue, Suite 4029
New York, New York  10018
Telephone:  (2112) 841-1000
jjoachim@cov.com
cnelson@cov.com

*Attorneys for Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 18, 2024, the above Stipulated Motion for

Adjournment of Discovery Deadlines was filed with the Clerk of the Court and served in

accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules,

and/or the Western District's Case Filing Rules & Instructions upon all counsel registered

through the ECF System.

*/s/ Peter A. Sahasrabudhe*

Peter A. Sahasrabudhe
