# EXHIBIT 1

```
 1      UNITED STATES DISTRICT COURT

 2      FOR THE WESTERN DISTRICT OF NEW YORK

 3      ------------------------------------------------

 4      BLACK LOVE RESISTS IN THE RUST, et al.,
        individually and on behalf of a class of
 5      all others similarly situated,

 6                                  Plaintiffs,

 7       -vs-                       1:18-cv-00719-CCR

 8      CITY OF BUFFALO, N.Y., et al.,

 9                                  Defendants.

10      ------------------------------------------------

11         EXAMINATION BEFORE TRIAL OF JOSEPH GRAMAGLIA

12                   APPEARING REMOTELY FROM

13                   ERIE COUNTY, NEW YORK

14

15

16                   September 22, 2023

17                  9:05 a.m. - 5:15 p.m.

18                   pursuant to notice

19

20

21      REPORTED BY:

22      Carrie A. Fisher, Notary Public

23      APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

```
 1           R E M O T E   A P P E A R A N C E S

 2      APPEARING FOR THE PLAINTIFFS:

 3           NATIONAL CENTER FOR LAW
             AND ECONOMIC JUSTICE
 4           BY: CLAUDIA WILNER, ESQ.
             50 Broadway, Suite 500
 5           New York, New York 10004
             (212) 633-6967
 6
        APPEARING FOR THE DEFENDANTS:
 7
             HODGSON RUSS LLP
 8           BY: CHEYENNE N. FREELY, ESQ.,
             PETER SAHASRABUDHE, ESQ.,
 9           and HUGH M. RUSS III, ESQ.,
             140 Pearl Street
10           Buffalo, New York 14202
             (716) 848-1508
11
        ALSO PRESENT:
12
             ANJANA MALHOTRA, ESQ.
13           National Center for Law
             and Economic Justice
14

15

16

17

18

19

20

21

22

23
```

JOSEPH GRAMAGLIA

1    A. I am.
2    Q. And what was the Strike Force?
3           MS. FREELY: Objection to form. You can
4       answer.
5    A. The Strike Force was a unit that was created,
6       a proactive-type unit. Their -- they were not
7       answering calls like a district police officer
8       so they would not be directly dispatched to
9       any calls. They could certainly call out on
10      calls. They could back up on calls, but their
11      primary focus was more of a proactive type of
12      unit.
13   Q. And what was the main mission of the Strike
14      Force?
15          MS. FREELY: Objection to form. You can
16      keep answering.
17          THE WITNESS: Oh, sorry.
18          MS. FREELY: As long as I say -- you
19      know, as long as I don't say don't answer.
20          THE WITNESS: Okay.
21   A. So just to clarify again, I had no operational
22      command over Strike Force. When I became the
23      deputy commissioner, they had already been

JOSEPH GRAMAGLIA

1   disbanded.  I was a district chief at the time
2   and then a captain in Homicide and a patrol
3   lieutenant.  At no time did I ever have any
4   operational command over Strike Force.  So,
5   you know, the things that I could testify to
6   were historical knowledge of the department
7   but I at no time ever had any operational
8   control over Strike Force.
9   Q. Okay.  I understand.  Are you aware of what
10      the Strike Force's mission was?
11         MS. FREELY:  Same objection.
12  A. So their mission was a proactive unit.
13  Q. And what does that mean, "a proactive unit"?
14  A. It could be I guess a variety of things.
15     Again, I don't know what exactly, you know,
16     mission directives were given to them but
17     their job was to do a variety of things that
18     the commissioner at the time needed done.  It
19     could be for gang and gun violence reduction
20     or any other needs -- any other needs that
21     would arise that the commissioner needed done.
22     They could respond to complaints.  They could
23     respond to citizen complaints.  At times we

JOSEPH GRAMAGLIA

1       will get 311 calls, we will get community
2       calls where there might be an issue for
3       something, there's an uptick in something, and
4       the Strike Force would be there to respond to
5       those needs.  They were kind of an active
6       flowing unit, if you will.
7    Q. And when you say they could respond to
8       civilian complaints, you don't mean as part of
9       the Internal Affairs function, right?
10   A. No, not at all.  Again, on an operational
11      policing side.  So if there was a rise in
12      shootings in a particular area, then they
13      could be used to get into that area and try to
14      suppress that.  If there were other issues,
15      other community concerns, if there were, you
16      know, gang calls, if there were, you know, I
17      guess any issue that the commissioner of
18      police at the time deemed that needed more
19      service than the district could provide
20      because the district's primary responsibility
21      is to answer 911 calls and to keep up with
22      that so, you know, sometimes the extras
23      don't -- aren't able to be handled as

JOSEPH GRAMAGLIA

```
 1        efficiently because the districts are
 2        answering calls so Strike Force could be used
 3        to -- to deal with some, you know, conditions
 4        and help to alleviate conditions.
 5    Q.  And you said that the Strike Force was
 6        eliminated before you became deputy police
 7        commissioner?
 8    A.  Yes.
 9    Q.  Did you have any involvement in the decision
10        to eliminate the Strike Force?
11    A.  I did not.
12    Q.  And are you familiar with the BPD Housing
13        Unit?
14    A.  I am.
15    Q.  And what was the Housing Unit?
16            MS. FREELY:  Objection to form.
17    A.  The Housing Unit so they were -- they were a
18        unit that was formed to work the public
19        housing developments within the city of
20        Buffalo, the Buffalo Municipal Housing
21        Authority developments.  The BMHA, as it's
22        known, had a contract with the City.  They
23        paid a certain dollar amount for police
```

JOSEPH GRAMAGLIA

```
 1          services, and the housing officers worked out
 2          of a housing station which is the station that
 3          I used to work at when I was a housing officer
 4          from '94 to '96 and their primary function was
 5          to patrol the housing developments and respond
 6          to any issues that the BMHA hierarchy --
 7          concerns that they had.
 8     Q.   And as deputy commissioner for operations,
 9          were you part of the Housing Unit command
10          structure?
11     A.   And forgive me, I don't recall when they were
12          disbanded.  I believe that I was at the time.
13          Honestly, I didn't look at the dates again.  I
14          believe there was a short time frame I think
15          that I was.  So if you happen to know the date
16          that they were disbanded, you'd help me out.
17     Q.   Yes.  I believe that the Housing Unit was
18          disbanded around June of 2020 or July.
19     A.   Okay.  Yeah, so I would have --
20     Q.   July of 2020.
21     A.   So I would have been responsible for them for
22          two years.
23     Q.   And so what were your responsibilities with
```

JOSEPH GRAMAGLIA

1  A.  I don't know about major.  I mean, I've had to
2      make some Manual of Procedure changes.  You
3      know, we've evolved our use of force policy on
4      several occasions, you know, again, trying to
5      keep, you know, very current and ahead of the
6      curve on some things but other than policy and
7      procedure changes I don't -- nothing major.
8  Q.  Have you made any significant changes to the
9      BPD's traffic enforcement policies or
10     practices?
11         MR. RUSS:  Objection to form.  You may
12     answer.
13 A.  No.
14 Q.  Did you ever rescind Section 10.5 of the MOP
15     which authorizes the BPD to run traffic safety
16     checkpoints?
17 A.  I did not rescind it.
18 Q.  And why not?
19 A.  You know, if you pull up that section, the
20     traffic checkpoints can only be done with, you
21     know, high authorization.  I'm not going to
22     give -- you know, without a valid reason, I
23     just don't -- you know, I'm not going to give

JOSEPH GRAMAGLIA

1  that authorization but, you know, you still
2  have to keep that in there for, you know, some
3  safety reasons.  You know, there could
4  hypothetically be an escaped prisoner where
5  you have to set up traffic checkpoints.  If
6  you could pull up the section of the language
7  and read it more specifically but, you know,
8  having something in there and the
9  authorizations that are required are two
10 different things.
11 Q. Okay.  But under the MOP you could restart
12    those traffic safety checkpoints at any time,
13    right?
14 A. I'd have the authorization.  I could, yes.
15 Q. Does the BPD conduct performance evaluations
16    of officers?
17 A. Contractually we're not able to, no.  That's a
18    subject of union negotiations.
19 Q. Okay.  And -- yeah, maybe I will come back to
20    that in a little bit.  So aside from
21    performance evaluations, does the BPD evaluate
22    officers' performance in any way?
23 A. No.  Subject to the union negotiations, we're