# EXHIBIT 2

1      UNITED STATES DISTRICT COURT

2      FOR THE WESTERN DISTRICT OF NEW YORK

3      ------------------------------------------------

4      **BLACK LOVE RESISTS IN THE RUST, et al.,**
       **individually and on behalf of a class of**

5      **all others similarly situated,**

6                              Plaintiffs,

7       -vs-                          1:18-cv-00719-CCR

8      **CITY OF BUFFALO, N.Y., et al.,**

9                              Defendants.
       ------------------------------------------------

10              **DEPOSITION OF JOSEPH GRAMAGLIA**

11          **Taken pursuant to Rule 30(b)(6)**

12        **of the Federal Rules of Civil Procedure**

13              APPEARING REMOTELY FROM

14               BUFFALO, NEW YORK

15

16

17              January 24th, 2024

18              At 2:15 p.m.

19              Pursuant to notice

20

21      REPORTED BY:

22      Rebecca L. DiBello, RPR, CSR(NY)

23

1          **R E M O T E     A P P E A R A N C E S**

2      APPEARING FOR THE PLAINTIFFS:

3
                   **COVINGTON & BURLING, LLP**
4                  **BY: JORDAN JOACHIM, ESQ.,**
                   620 Eighth Avenue
5                  New York, New York 10018
                   (212) 841-1086
6

7      **APPEARING FOR THE DEFENDANTS:**

8                  **HODGSON RUSS, LLP**
                   **BY: ADAM W. PERRY, ESQ.**
9                  **AND CHEYENNE N. FREELY, ESQ.,**
                   140 Pearl Street
10                 Buffalo, New York 14202
                   (716) 856-4000
11

12     ALSO PRESENT:

13
           **ANDREW TIMMICK, ESQ.,**
14             Covington & Burling, LLP

15         **A. CHINYERE EZIE, ESQ.,**
               Center for Constitutional Rights
16
           **ANJANA MALHOTRA, ESQ.,**
17             National Center for Law
               and Economic Justice
18
           **CLAUDIA WILNER, ESQ.,**
19             National Center for Law
               and Economic Justice
20

21

22

23

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

1        it on the traffic ticket, so how are you going

2        to audit the data that's not there and it

3        would be -- you don't have it.  You don't have

4        to it audit.

5   Q. So is there any other reason why those audits

6        are not completed?

7           MS. FREELY:  Objection to form.

8   A. The reason is that we conduct traffic stops

9        based on constitutional policing, based on

10      probable cause that the operator of the

11      vehicle committed a vehicle and traffic

12      violation.

13           We don't stop people based on their race

14      in either direction.  We stop people if we

15      have a valid reason, probable cause to stop

16      that vehicle for a vehicle and traffic

17      violation.  If somebody goes through a stop

18      sign regardless of what their race is and it

19      was in the presence of the officer, which is a

20      requirement for a traffic infraction.  It has

21      to be in the officer's presence.  They should

22      if they can stop that vehicle and take

23      appropriate action.

─── **JOSEPH GRAMAGLIA** ───

1          to the best of their ability on that -- in
2          response to that?
3     A.  It's a mandatory field.  They cannot validate
4          that form and print it out without putting
5          something in the box.
6     Q.  Are officers asked to fill out that -- to fill
7          in race on that form to the best of their
8          ability?
9     A.  Yes, if they can.
10    Q.  I'd like to show Exhibit 50.  This is the
11         Buffalo Police Department rules and
12         regulations.  Do you see that?
13    A.  I do.
14    Q.  And is it your position that -- and by the
15         way, this is the rules and regulations prior
16         to the MOP update we were previously
17         discussing, right?
18    A.  Yes.
19    Q.  And you testified that there is provisions
20         that prohibit racial bias; is that right?
21             MS. FREELY:  Objection to form.
22    A.  Yes.
23    Q.  Do you recall, looking at the table of

**JOSEPH GRAMAGLIA**

1        contents, what part of the rules and

2        regulations?

3    A. Well, you can go to Section 2.12.

4    Q. Do we have the whole thing here?  Okay.  2.12.

5    A. Attitude and impartiality.

6    Q. Does that say anything about racial bias or

7        discrimination?

8           MS. FREELY:  Objection to form.

9    A. It doesn't say it specifically, but it --

10       employees while vigorous and unrelenting in

11       their enforcement of law must maintain a

12       strictly impartial attitude toward

13       complainants, violators, witnesses and

14       suspects.

15   Q. So that doesn't say anything about racial bias

16       or discrimination, correct?

17          MS. FREELY:  Same objection.

18   A. Well, impartial attitude means you shall have

19       an impartial attitude across the board, so

20       it's kind of a larger umbrella over that.

21   Q. Are there any other provisions of these rules

22       and regulations you believe prohibit racial

23       bias or discrimination?

─────────── **JOSEPH GRAMAGLIA** ───────────

1      A. Conduct, Section 3.2.

2      Q. Does this provision say anything about racial

3         bias or discrimination?

4              MS. FREELY:  Objection to form.

5      A. It doesn't say those exact words but, again,

6         it's an overarching umbrella that covers

7         everything, all of that, how you are to

8         conduct yourself.

9      Q. Any other provisions you're aware of?

10     A. No.  Those are the two main overarching

11        umbrellas that -- we would use conduct as

12        really much more widely used.  When doing

13        charges that there was to be a violation of

14        the Manual of Procedures or the rules and

15        regulations conduct would be the overarching

16        charge that almost always gets added on,

17        depending on the conduct.

18             That would include if there were

19        anything related to what we're discussing here

20        or any types of racial bias.

21     Q. And why did you choose to make the prohibition

22        on racial discrimination explicit in the MOP

23        update from 2021?