# EXHIBIT 3

```
                UNITED STATES DISTRICT COURT

             FOR THE WESTERN DISTRICT OF NEW YORK
 - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
BLACK LOVE RESISTS IN THE RUST, et al.,

individually and on behalf of a class of

all others similarly situated,

                               Plaintiffs,

vs.                                       1:18-cv-00719-CCR

CITY OF BUFFALO, N.Y.,  et al.,

                               Defendants.
 - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

              ORAL EXAMINATION OF AARON YOUNG

                  APPEARING REMOTELY FROM

                     BUFFALO, NEW YORK


               Wednesday, October 26, 2022

                   9:00 a.m. - 2:15 p.m.

                      pursuant to notice




REPORTED BY:

Luanne K. Howe

APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO


         DEPAOLO CROSBY REPORTING SERVICES, INC.
                    716-853-5544
```

R E M O T E   A P P E A R A N C E S

APPEARING FOR THE PLAINTIFFS:

    **NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
    **BY:  CLAUDIA WILNER, ESQ.**
    50 Broadway, Suite 1500
    New York, New York  10004
    212-633-6967

APPEARING FOR THE DEFENDANTS:

    **HODGSON RUSS**
    **BY:  PETER SAHASRABUDHE, ESQ.**
    The Guaranty Building
    140 Pearl Street, Suite 100
    Buffalo, New York  14202
    716-848-1508

ALSO PRESENT:

    **CHRISTINE NELSON, ESQ.**
    Covington & Burling LLP

    **SARA LUNDEN**
    National Center for Law and Economic Justice

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

| | | |
|---|---|---|
| 1 | | a traffic violation in order to be able to make the |
| 2 | | stop? |
| 3 | | MR. SAHASRABUDHE:  Form. |
| 4 | A | I don't believe so. |
| 5 | Q | Does the BPD have any written policy on investigatory |
| 6 | | stops? |
| 7 | A | Not that I can recall at this moment. |
| 8 | Q | Is there an unwritten policy on investigative stops? |
| 9 | | MR. SAHASRABUDHE:  Form. |
| 10 | A | No. |
| 11 | Q | Does the BPD provide training or guidance to officers |
| 12 | | on making investigatory stops? |
| 13 | A | Yes, they do.  During the academy -- during the |
| 14 | | police academy, which is run by Erie County. |
| 15 | Q | And would that be a standard training that applies to |
| 16 | | traffic stops in general? |
| 17 | A | Yes. |
| 18 | Q | Do you believe that the race of the person stopped is |
| 19 | | a relative consideration when making an investigatory |
| 20 | | stop? |
| 21 | A | No, I don't. |
| 22 | Q | Is that something that you ever discussed with your |
| 23 | | officers? |