# EXHIBIT 5

```
1    UNITED STATES DISTRICT COURT

2    FOR THE WESTERN DISTRICT OF NEW YORK

3    ---------------------------------------------

4    BLACK LOVE RESISTS IN THE RUST, et al.,
     individually and on behalf of a class of
5    all others similarly situated,

6                             Plaintiffs,

7     -vs-                          1:18-cv-00719-CCR

8    CITY OF BUFFALO, N.Y., et al.,

9                             Defendants.
     ---------------------------------------------
10            DEPOSITION OF DERRICK BANASZAK

11          Taken pursuant to Rule 30(b)(6)

12        of the Federal Rules of Civil Procedure

13              APPEARING REMOTELY FROM

14                BUFFALO, NEW YORK

15

16

17              January 24th, 2024

18              At 9:30 a.m.

19              Pursuant to notice

20

21   REPORTED BY:

22   Rebecca L. DiBello, RPR, CSR(NY)

23
```

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
 1          R E M O T E   A P P E A R A N C E S

 2     APPEARING FOR THE PLAINTIFFS:

 3
                  COVINGTON & BURLING, LLP
 4                BY: JORDAN JOACHIM, ESQ.,
                  620 Eighth Avenue
 5                New York, New York 10018
                  (212) 841-1086
 6

 7     APPEARING FOR THE DEFENDANTS:

 8                HODGSON RUSS, LLP
                  BY: PETER SAHASRABUDHE, ESQ.
 9                AND CHEYENNE N. FREELY, ESQ.,
                  140 Pearl Street
10                Buffalo, New York 14202
                  (716) 856-4000
11

12
       ALSO PRESENT:
13
             ANDREW TIMMICK, ESQ.,
14               Covington & Burling, LLP

15           A. CHINYERE EZIE, ESQ.,
                 Center for Constitutional Rights
16
             ANJANA MALHOTRA, ESQ.,
17               National Center for Law
                 and Economic Justice
18
             CLAUDIA WILNER, ESQ.,
19               National Center for Law
                 and Economic Justice
20

21

22

23
```

**DERRICK BANASZAK**

1              might be relevant here?
2                    MR. SAHASRABUDHE:  Yes.
3                    MR. JOACHIM:  Okay.
4        Q.   Let's move on to training then.  Has BPD ever
5             conducted diversity and sensitivity training?
6        A.   Yes.
7        Q.   And during what time periods?
8        A.   I can only speak to the time that I've been
9             here, so at least since 2001 I'm aware of.
10       Q.   And how often was diversity and sensitivity
11            training offered since 2001?
12       A.   I would have to say that as each individual
13            topic became another topic, that's when it was
14            refreshed and then given out again.  Again, in
15            my career it was -- it started out as cultural
16            sensitivity.  Then it became racial
17            sensitivity.  It became some part of ABLE
18            training.
19                   It also then became Procedural Justice 1
20            and 2 and now it's called implicit bias, so
21            it's existed in some shape or form as long as
22            I've been an officer.
23       Q.   And is that training offered regularly or when