# EXHIBIT 6

```
 1       UNITED STATES DISTRICT COURT

 2       FOR THE WESTERN DISTRICT OF NEW YORK

 3       -------------------------------------------------

 4       BLACK LOVE RESISTS IN THE RUST, et al.,
         individually and on behalf of a class of
 5       all others similarly situated,

 6                                    Plaintiffs,

 7        -vs-                           1:18-cv-00719-CCR

 8       CITY OF BUFFALO, N.Y., et al.,

 9                                    Defendants.
         -------------------------------------------------
10

11

12           ORAL EXAMINATION OF DANIEL DERENDA

13               APPEARING REMOTELY FROM

14                  BUFFALO, NEW YORK

15

16

17                 November 10, 2021

18                 At 9:00 a.m.

19                 Pursuant to notice

20

21       REPORTED BY:

22       Rebecca L. DiBello, RPR, CSR(NY)

23       APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

```
 1          R E M O T E   A P P E A R A N C E S

 2     APPEARING FOR THE PLAINTIFFS:

 3              NATIONAL CENTER FOR LAW AND
                ECONOMIC JUSTICE
 4              BY:  CLAUDIA WILNER, ESQ.,
                275 Seventh Avenue, Suite 1506
 5              New York, New York 10001
                (212) 633-6967
 6
                CENTER FOR CONSTITUTIONAL RIGHTS
 7              BY: A. CHINYERE EZIE, ESQ.
                666 Broadway, 7th Floor
 8              New York, New York 10012
                (212) 614-6475
 9
       APPEARING FOR THE DEFENDANTS:
10
                CITY OF BUFFALO LAW
11              DEPARTMENT
                BY: ROBERT E. QUINN,
12              ASSISTANT CORPORATION COUNSEL
                1100 City Hall
13              65 Niagara Square
                Buffalo, New York 14202
14              (716) 851-4326

15

16     ALSO PRESENT:

17          KARINA TEFFT, ESQ.,
            ANJANA  MALHOTRA, ESQ.,
18          RANIT PATEL
            National Center for Law and Economic
19          Justice

20

21

22

23
```

DANIEL DERENDA

1       32 years.  Commissioner of police since 2010.
2    Q. Okay.  So you were commissioner from 2010
3       through 2018 when you left?
4    A. To January 18.
5    Q. Okay.  And then after January 18th you had the
6       employment we discussed?
7    A. Correct.
8    Q. What was the BPD Strike Force?
9           MR. QUINN:  Object to the form.  You can
10      answer.
11   A. Strike Force was a unit that we put together
12      to go and basically supplement other districts
13      so they can go in.  They weren't tied to a
14      radio.  They were in there to be proactive
15      going after areas where we had spikes in
16      crime.
17   Q. And I'm sorry, Mr. Derenda.  You froze for a
18      minute so I couldn't hear your answer.
19   A. Strike Force was the unit we put together --
20          MR. QUINN:  Did you get the answer,
21      Rebecca?  I want to make sure we're not missing
22      things.
23          (Record read back by reporter)

DANIEL DERENDA

1   Q. Okay. And how did performing traffic
2      interdictions or roadblocks help the Strike
3      Force to fulfill its mission?
4         MR. QUINN: Object to the form. You can
5      answer.
6   A. Well, the roadblocks were primarily for
7      traffic safety, but what they also
8      accomplished is high visibility. When they're
9      out there they're being seen and that's part
10     of their mission. It isn't written down.
11     It's the high visibility of the Strike Force
12     because in my opinion I'd rather stop a crime
13     from ever happening than investigate one
14     later, so the more visible officers are, less
15     likely that a crime will be occurring in front
16     of them, but I always thought traffic
17     roadblocks, again traffic safety with the
18     positive benefit of high visibility.
19   Q. If you notice a bit further down it says that
20     the chiefs will develop a weekly list of top
21     five district hotspots to be targeted by the
22     Strike Force. ECAC will develop analysis
23     based on target areas. Sorry. ECAC will

DANIEL DERENDA

```
1    Q.  One of the tools the Strike Force used to
2        achieve its mission was traffic checkpoints,
3        correct?
4            MR. QUINN:  Object to the form.  You can
5        answer.
6    A.  Part of their job function was to do traffic
7        checkpoints for traffic safety and high
8        visibility.
9    Q.  And the checkpoints were located in crime
10       hotspots?
11           MR. QUINN:  Object to the form.  You can
12       answer.
13   A.  They were located in areas where the officers
14       were assigned.
15   Q.  And what first gave you the idea to have the
16       Strike Force do random checkpoints?
17   A.  We used to do the roadblocks with the MRU.
18       Again, high visibility, traffic safety and so
19       we had the Strike Force do it, too.
20   Q.  And then before the Strike Force officially
21       started did you have conversations with Mayor
22       Brown specifically around the idea that the
23       Strike Force would run roadblocks?
```