# EXHIBIT 7

```
 1      UNITED STATES DISTRICT COURT

 2      FOR THE WESTERN DISTRICT OF NEW YORK

 3      -------------------------------------------

 4      BLACK LOVE RESISTS IN THE RUST, et al.,
        individually and on behalf of a class of
 5      all others similarly situated,

 6                              Plaintiffs,

 7       -vs-                         1:18-cv-00719-CCR

 8      CITY OF BUFFALO, N.Y., et al.,

 9                              Defendants.
        -------------------------------------------
10

11                     CONTINUED

12         ORAL EXAMINATION OF DANIEL DERENDA

13             APPEARING REMOTELY FROM

14                 BUFFALO, NEW YORK

15

16

17             December 23rd, 2021

18             At 9:20 a.m.

19             Pursuant to notice

20

21      REPORTED BY:

22      Rebecca L. DiBello, RPR, CSR(NY)

23      APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

DEPAOLO CROSBY REPORTING SERVICES, INC.

135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

**R E M O T E   A P P E A R A N C E S**

APPEARING FOR THE PLAINTIFFS:

     **NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
     **BY: CLAUDIA WILNER, ESQ.,**
     275 Seventh Avenue, Suite 1506
     New York, New York 10001
     (212) 633-6967

     **CENTER FOR CONSTITUTIONAL RIGHTS**
     **BY: A. CHINYERE EZIE, ESQ.**
     666 Broadway, 7th Floor
     New York, New York 10012
     (212) 614-6475

APPEARING FOR THE DEFENDANTS:

     **CITY OF BUFFALO LAW DEPARTMENT**
     **BY: ROBERT E. QUINN,**
     **ASSISTANT CORPORATION COUNSEL**
     1100 City Hall
     65 Niagara Square
     Buffalo, New York 14202
     (716) 851-4326

ALSO PRESENT:

     **KARINA TEFFT, ESQ.,**
     **ANJANA MALHOTRA, ESQ.,**
     National Center for Law and Economic Justice

```
 1      Q.  Would it surprise you that Areas 2, 3, 5 and 6
 2          are all more than 90 percent black?
 3      A.  I don't know.  Again, I don't know what areas
 4          you're speaking of.
 5      Q.  Maybe we should go back and look at these
 6          maps.
 7      A.  We can take your word for it.
 8      Q.  Okay.  Does it surprise you that Areas 1 and 4
 9          are more than 80 percent black?
10      A.  Certain areas have different demographics than
11          others.  It doesn't surprise me that an area
12          would be 80 percent African-American or not.
13      Q.  So you ordered more than 80 percent of
14          checkpoints to take place in Areas 1
15          through 9?
16      A.  What I would order the Strike Force to be in a
17          certain area and perform those checkpoints in
18          that area is what they would usually do based
19          on current events, based on crime trends,
20          based on what was going on that particular
21          moment in time.
22      Q.  But the fact is that based -- the fact is that
23          more than 80 percent of the time this was
```

```
 1         occurring in Areas 1 through 9 which are
 2         heavily majority black neighborhoods, right?
 3              MR. QUINN:  Form.
 4     A.  They were mostly assigned to areas where
 5         things were going on so, again, I can't speak
 6         to the demographics of the population but,
 7         again, wherever the crime was, whatever
 8         reason, crime pattern, whatever, whatever it
 9         was, whether it was a series of shootings or
10         burglaries or what have you, that's where
11         Strike Force was assigned for those reasons
12         and they would predominantly do the
13         checkpoints within those areas that they were
14         assigned.
15              At times there would be other areas they
16         would go do checkpoints, too, but I can't tell
17         you exactly why they were in a specific area
18         at a given point 10 years later.
19     Q.  According to the numbers that are reflected on
20         this chart, more than 60 percent of the
21         checkpoints were just in Areas 1 through 4.
22     A.  Then they were there for a reason.
23     Q.  But you don't dispute that during this time
```