# EXHIBIT 8

```
 1      UNITED STATES DISTRICT COURT
 2      FOR THE WESTERN DISTRICT OF NEW YORK
 3      -----------------------------------------------
 4      BLACK LOVE RESISTS IN THE RUST, et al.,
        individually and on behalf of a class of
 5      all others similarly situated,
 6                                    Plaintiffs,
 7       -vs-                          1:18-cv-00719-CCR
 8      CITY OF BUFFALO, N.Y., et al.,
 9                                    Defendants.
10      -----------------------------------------------
11             ORAL EXAMINATION OF CHARLES SKIPPER
12                  APPEARING REMOTELY FROM
13                  ERIE COUNTY, NEW YORK
14
15
16             Friday, March 5, 2021
17             10:05 a.m. - 2:02 p.m.
18                pursuant to notice
19
20
21      REPORTED BY:
22      Carrie A. Fisher, Notary Public
23      APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
 1            R E M O T E   A P P E A R A N C E S
 2

 3    APPEARING FOR THE PLAINTIFFS:

 4        CENTER FOR CONSTITUTIONAL RIGHTS
          BY: DARIUS CHARNEY, ESQ.
 5        666 Broadway, 7th Floor
          New York, New York 10012
 6        (212) 614-6475

 7    APPEARING FOR THE DEFENDANTS:

 8        CITY OF BUFFALO LAW DEPARTMENT
          BY: ROBERT E. QUINN,
 9        ASSISTANT CORPORATION COUNSEL
          1100 City Hall
10        65 Niagara Square
          Buffalo, New York 14202
11        (716) 851-4326

12    ALSO PRESENT:

13        KARINA TEFFT, ESQ.
          National Center for Law and Economic
14        Justice

15        RAFAELA URIBE, BERTHA JUSTICE FELLOW
          Center for Constitutional Rights
16

17

18

19

20

21

22

23
```

CHARLES SKIPPER - BY MR. CHARNEY - 03/05/21

1   A. No.

2   Q. Okay.

3   A. No one would approach me with that.

4   Q. Okay.  And did you discuss it with your fellow
5      officers or no?

6   A. No.  Myself and Officer Walters did do tint
7      tickets but through our career at Strike Force
8      it wasn't our main priority.

9   Q. Got it, okay.
10          So the other information from the TraCS
11     data that we reviewed for your ticketing
12     activity between 2013 and 2017 was the
13     breakdown in terms of the driver race of the
14     people that you ticketed and what we found was
15     that you -- actually between 2013 and 2017 you
16     issued about ten times as many tickets to
17     drivers of color as you did to white drivers
18     and I guess I was wondering if you had a sense
19     of why that was.
20          MR. QUINN:  Object to the form.  You can
21     answer.
22   A. No.  Could have been the area.  When I am
23     using the license plate reader, nine times out

1          of ten I don't see the driver, I am just
2          watching the cameras to read a plate, so
3          whoever I pull over is a mystery until I get
4          to the car.
5     Q.   Okay.  And was it -- so is it your testimony
6          that when you were in Strike Force, the only
7          time you would pull over a car is in response
8          to what the license plate reader brought up?
9     A.   No, sir.
10              MR. QUINN:  Object to form.
11    A.   That was a major contributor of who I stopped
12         but I also stopped for seat belts, you know,
13         speeding or what have you.
14    Q.   Okay.  So there is the issue of decision to
15         stop, right, but then once you stop a vehicle
16         and you approach it, you do get to see what
17         the race of the driver is, right?
18    A.   Yes.
19    Q.   Okay.  And you testified earlier that when it
20         came to how many tickets you were going to
21         write for the violations that you observed,
22         that was at your discretion, correct?
23    A.   Correct.  And what the status of the driver in