# EXHIBIT 9

```
 1      UNITED STATES DISTRICT COURT
 2      FOR THE WESTERN DISTRICT OF NEW YORK
 3      -------------------------------------------
 4      BLACK LOVE RESISTS IN THE RUST, et al.,
        individually and on behalf of a class of
 5      all others similarly situated,
 6                                      Plaintiffs,
 7       -vs-                           1:18-cv-00719-CCR
 8      CITY OF BUFFALO, N.Y., et al.,
 9                                      Defendants.
10      -------------------------------------------
11            EXAMINATION BEFORE TRIAL OF RICHARD HY
12                    APPEARING REMOTELY FROM
13                    ERIE COUNTY, NEW YORK
14
15
16                     July 19, 2023
17                  9:58 a.m. - 5:37 p.m.
18                    pursuant to notice
19
20
21      REPORTED BY:
22      Carrie A. Fisher, Notary Public
23      APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

DEPAOLO CROSBY REPORTING SERVICES, INC.

135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

**R E M O T E   A P P E A R A N C E S**

APPEARING FOR THE PLAINTIFFS:

    **COVINGTON & BURLING LLP**
    **BY: ANDREW TIMMICK, ESQ.**
    The New York Times Building
    620 Eighth Avenue
    New York, New York 10018
    (212) 841-1277

APPEARING FOR THE DEFENDANTS:

    **HODGSON RUSS LLP**
    **BY: PETER SAHASRABUDHE, ESQ.**
    140 Pearl Street
    Buffalo, New York 14202
    (716) 848-1508

ALSO PRESENT:

    **EVA LILIENFELD,** Law Clerk
    Covington & Burling LLP

    **GIOVANNI SCARCELLA,** Law Clerk
    Covington & Burling LLP

    **ANJANA MALHOTRA, ESQ.**
    National Center for Law
    and Economic Justice

```
 1           Go ahead.
 2      A.   The checkpoint would have a number of cars in
 3           the center of the street or on the side with
 4           lights on so that we could be visible from a
 5           long distance away, and vehicles would drive
 6           up to an officer in the center of the road or
 7           in that specific lane of travel.  And the
 8           officer would identify vehicle and traffic
 9           violation; for example, bald tires or somebody
10           not wearing a seat belt or specifically
11           registration and inspections that were
12           expired, and then they would issue a ticket
13           for those violations.
14                If there were no violations seen, then
15           the vehicle was just told to carry on.  Often
16           people would ask us, you know, what was the
17           checkpoint for.  We'd say inspection,
18           registration, seat belt checks, and then they
19           would carry on with their day.
20      Q.   Were inspection and registration violations a
21           focus for the Strike Force?
22      A.   Yes.
23                MR. SAHASRABUDHE:  Objection to form.
```

RICHARD HY

```
1    Q.  Why is that?
2            MR. SAHASRABUDHE:  Objection to form.
3    A.  I -- I'm not sure what you're asking is why is
4        what?
5    Q.  Did your superiors inform you that inspection
6        and registration violations were a focus for
7        the Strike Force?
8    A.  Yes.
9    Q.  And did they tell you why they -- the Strike
10       Force had that focus?
11   A.  I don't remember if they gave us specific
12       guidance as to why that was.  I just don't
13       remember.  I'm sorry.
14   Q.  That's okay.  That's fine to not remember.
15           As a Strike Force officer, what was your
16       role in the checkpoints?
17   A.  Usually when an officer that was in that
18       center lane or on the specific lanes of travel
19       saw a violation and then was going to go write
20       up that vehicle, that officer would take the
21       identification of the person, tell them to go
22       park to the side, and then create that traffic
23       summons.  They would then get replaced by an
```

RICHARD HY

1  officer that was not doing that.
2       So if you can imagine kind of like a
3  circular diagram where you have an officer at
4  the checkpoint, sees a violation, stops the
5  vehicle, issues the summons, and then returns
6  to that point to check more vehicles.  In that
7  circle you're having other officers replace
8  the officer that steps off the line.  So
9  that's kind of I guess the way that you would
10 describe it is a round-robin kind of rotating
11 who is up next to start seeing which
12 violation, if any, there are in the oncoming
13 traffic.
14 Q. So just to make sure I understand correctly,
15    if an officer stopped a driver at a checkpoint
16    initially, they would continue to engage with
17    that driver throughout the driver's duration
18    at that checkpoint?
19 A. It could be that singular officer that saw
20    that or it could be their partner that was
21    next to them that also viewed the violation.
22    So you could have an instance where myself and
23    a partner -- we will say Officer Pitts was my

RICHARD HY

|   |   |   |
|---|---|---|
| 1 |    | understand that if I use that term? |
| 2 | A. | Yes. |
| 3 | Q. | Okay.  So in what instances would a motorist |
| 4 |    | be referred to a secondary inspection? |
| 5 |    | MR. SAHASRABUDHE:  Objection to form. |
| 6 |    | Go ahead. |
| 7 | A. | Well, I'm not sure what you mean by "a |
| 8 |    | secondary inspection." |
| 9 | Q. | All right.  So when you noticed a violation, |
| 10 |   | what would you do with that motorist? |
| 11 | A. | Oh.  If we were at a checkpoint and I was the |
| 12 |   | officer in the middle of the road or in those |
| 13 |   | lanes of travel and I saw an infraction for a |
| 14 |   | vehicle driving up, let's say an inspection |
| 15 |   | because they're so easy to see with the |
| 16 |   | different color and obviously the big hole in |
| 17 |   | the middle of the month, I would say:  "Hey, |
| 18 |   | how you doing today?  My name is Officer Hy, |
| 19 |   | Buffalo Police Department.  Hey, what's going |
| 20 |   | on with the inspection?  Your inspection is |
| 21 |   | overdue." |
| 22 |   | And I would make a conversation with the |
| 23 |   | driver to see if they were aware of it.  And |

RICHARD HY

|    |    |    |
|----|----|----|
| 1  |    | then I would ask them for their ID, and then I |
| 2  |    | would ask them to pull over to the side of the |
| 3  |    | road.  And then I would walk over to them and |
| 4  |    | I would continue my conversation about the |
| 5  |    | inspection sticker and any other violations |
| 6  |    | that I might have seen. |
| 7  | Q. | Were there any violations for which it was not |
| 8  |    | necessary to have a motorist pull over to the |
| 9  |    | side of the road to continue that interaction? |
| 10 |    | MR. SAHASRABUDHE:  Objection to form. |
| 11 | A. | I don't know what that means. |
| 12 | Q. | So you mentioned that -- for example for an |
| 13 |    | inspection sticker, if you noticed a |
| 14 |    | violation, you would have them pull over to |
| 15 |    | continue the interaction with the motorist; is |
| 16 |    | that -- that's correct?  Am I understanding |
| 17 |    | that right? |
| 18 | A. | I think so.  I want to make sure.  You're |
| 19 |    | saying that if I saw an infraction, I would |
| 20 |    | ask them to pull over and then we would |
| 21 |    | continue our conversation? |
| 22 | Q. | Yes.  Is that correct? |
| 23 | A. | Yes, that is correct. |

RICHARD HY

1  Q. And was there any violation, any violation for
2     which you didn't ask them to pull over; it
3     wasn't necessary to engage in that secondary
4     stop on the side?
5  A. I have seen --
6         MR. SAHASRABUDHE:  Objection to form.
7  A. I've seen violations before and then still
8     told people to, you know, carry on, like bald
9     tires or people that were on their way to get
10    the vehicle inspected and they were able to
11    provide a, like a -- not a receipt but like a
12    handbill stating they were scheduled for
13    something at like Dunn Tire.  But every time I
14    saw an infraction I didn't always issue a
15    ticket, if that's what you're asking.
16 Q. How did you determine when you would issue a
17    ticket and when you wouldn't if you saw an
18    infraction?
19 A. Oh geez, there were a lot of factors involved
20    in that.
21 Q. What factors?
22 A. Like you're able to look up a person's history
23    when you're writing a ticket.  So if I'm

RICHARD HY

| | |
|---|---|
| 1 | Q. In addition to being aware of that, do you |
| 2 | recall any concrete steps that you were |
| 3 | instructed on taking to -- in light of -- in |
| 4 | light of the possibility of interacting with |
| 5 | minority communities? |
| 6 | MR. SAHASRABUDHE: Objection to form. |
| 7 | A. Could you say that again? |
| 8 | Q. Sure. You mentioned that the -- you had |
| 9 | conversations about the awareness of policing |
| 10 | in minority neighborhoods, correct? |
| 11 | A. Yes. |
| 12 | Q. Did those conversations include any sort of |
| 13 | concrete steps or action items that you could |
| 14 | take to improve policing in those minority |
| 15 | neighborhoods? |
| 16 | MR. SAHASRABUDHE: Objection to form. |
| 17 | A. From what I remember, it was more of an |
| 18 | understanding of seeing things -- I'm being |
| 19 | very general here, of seeing things through |
| 20 | other people's eyes and experiences that |
| 21 | others may have are not your own and to treat |
| 22 | everybody as an individual and not, you know, |
| 23 | specifically based on, you know, like race, |

|   |   |
|---|---|
| 1 | color, creed, etcetera.  You're supposed to be |
| 2 | kind of blind to what makes up the individual |
| 3 | and more open up to listening to the |
| 4 | individual. |
| 5 | Q. Did you have any specific concerns about |
| 6 | policing in neighborhoods of color? |
| 7 | A. No. |
| 8 | MR. SAHASRABUDHE:  Objection to form. |
| 9 | Q. Did you feel you were adequately prepared by |
| 10 | the BPD to do so? |
| 11 | MR. SAHASRABUDHE:  Objection to form. |
| 12 | A. Yes. |
| 13 | Q. And was that preparation in virtue of that one |
| 14 | training you're mentioning, or were there |
| 15 | other things that you feel prepared you to do |
| 16 | that type of policing? |
| 17 | MR. SAHASRABUDHE:  Objection to form. |
| 18 | A. Specifically the field training program that |
| 19 | not only the law -- Erie County Law |
| 20 | Enforcement Academy puts you through but also |
| 21 | the City of Buffalo, Buffalo Police |
| 22 | Department's field training program. |
| 23 | Q. Would you describe that field training program |

RICHARD HY

1   in more detail?
2   A. So the similarities between the Erie County
3      Law Enforcement and the City of Buffalo's
4      field training program are that you are
5      embedded with your department, whoever you're
6      going to be working for, whoever has hired
7      you.  For a certain period of time we are
8      doing the left see, right see where there is a
9      field training officer, usually a senior
10     officer who's got -- who's gone through some
11     field officer training so they're not just a
12     normal patrolman but a normal patrolman that's
13     also been -- gone through a course in how to
14     guide, mentor the next generation of police
15     officers.
16          And you go to calls, you're evaluated by
17     your first-line lieutenants and leaders and in
18     this on-the-job experience you get to learn,
19     see, and digest how your field training
20     officer, and you can jump around from one to
21     the other and go to different districts, deals
22     with or interacts with different members of
23     the community, race, color, creed, religion,

RICHARD HY

```
 1          you know, ethnic background, all of these
 2          things you get to see in person.
 3     Q.   Were you ever a field training officer while
 4          in the BPD?
 5     A.   No.  No, not yet.  I was in the academy, but I
 6          wasn't a field training officer.
 7     Q.   And when you participated in that field
 8          training program, do you recall being
 9          instructed on racial bias or racially biased
10          policing in any way?
11              MR. SAHASRABUDHE:  Objection to form.
12     A.   No.
13     Q.   But you mentioned that you do feel that the
14          field training program adequately prepared you
15          to police in Buffalo's neighborhoods of color?
16              MR. SAHASRABUDHE:  Objection to form.
17     Q.   Is that correct?
18     A.   Yes.
19     Q.   So do you feel that there is not any specific
20          racial bias training necessary to adequately
21          prepare you to police in Buffalo's
22          neighborhoods of color?
23              MR. SAHASRABUDHE:  Objection to form.
```