# EXHIBIT 10

```
 1        UNITED STATES DISTRICT COURT
 2        WESTERN DISTRICT OF NEW YORK
 3        ---------------------------------------------
 4        BLACK LOVE RESISTS IN THE RUST, ET AL.,
          INDIVIDUALLY AND ON BEHALF OF A CLASS OF
 5        ALL OTHERS SIMILARLY SITUATED,
 6
                    Plaintiffs,
 7
           -vs-                     1:18-cv-00719-CCR
 8
          CITY OF BUFFALO, N.Y., ET AL.,
 9
                    Defendants.
10        ---------------------------------------------
11
12              EXAMINATION BEFORE TRIAL
13                OF MAYOR BYRON BROWN
14              APPEARING REMOTELY FROM
15                ERIE COUNTY, NEW YORK
16
17                 November 6th, 2023
18                 At 9:00 a.m.
19                 Pursuant to notice
20
21
22        REPORTED BY:
23        Rebecca L. DiBello, RPR, CSR(NY)
```

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
 1          R E M O T E   A P P E A R A N C E S

 2

 3   APPEARING FOR THE PLAINTIFFS, BLACK LOVE
     RESISTS IN THE RUST, ET AL., INDIVIDUALLY AND
     ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY
 4   SITUATED:

 5                    CENTER FOR CONSTITUTIONAL RIGHTS
                      BY: A. CHINYERE EZIE, ESQ.
 6                    666 Broadway, 7th Floor
                      New York, New York 10012
 7                    (212) 614-6464

 8   APPEARING FOR THE DEFENDANTS, CITY OF BUFFALO,
     N.Y., et al.:
 9
                      HODGSON RUSS LLP
10                    BY: PETER SAHASRABUDE, ESQ.,
                      140 Pearl Street
11                    Buffalo, New York 14202
                      (716) 848-1508
12

13

14   ALSO PRESENT:

15                    National Center for Law
                      and Economic Justice
16                        CLAUDIA WILNER, ESQ.
                          MAYA GOLDMAN, ESQ.
17                        ANJANA MOLHOTRA, ESQ.
                          SHYENNE MEDINA, ESQ.
18
                      Covington & Burling, LLP
19                        CHRISTINE NELSON, ESQ.

20                    Center for Constitional
                      Rights
21                        MIKAILA HERNANDEZ, ESQ.

22

23
```

**MAYOR BYRON BROWN**

| | |
|---|---|
| 1 | Q. Okay.  Mayor Brown, are you familiar with a |
| 2 | BPD unit that was called the Strike Force? |
| 3 | A. Yes, I am. |
| 4 | Q. Was that a major policy decision of the BPD, |
| 5 | the creation of the Strike Force? |
| 6 | A. Yes, it was.  I think clearly the police |
| 7 | department was trying to respond to vehicle |
| 8 | and traffic complaints of residents and that |
| 9 | was the impetus for the establishment of that |
| 10 | unit. |
| 11 | Q. Your testimony today is that the impetus for |
| 12 | the establishment of the Strike Force was |
| 13 | traffic safety concerns? |
| 14 | MR. SAHASRABUDHE:  Form. |
| 15 | Q. Please respond verbally. |
| 16 | MR. SAHASRABUDHE:  He's thinking about |
| 17 | his response. |
| 18 | A. Yes.  There have been major traffic safety |
| 19 | concerns in the City of Buffalo.  Residents |
| 20 | very concerned about people going through stop |
| 21 | signs, going through traffic signals, speeding |
| 22 | in their neighborhoods, endangering children |
| 23 | and seniors and concerns about the playing of |

MAYOR BYRON BROWN

1       loud music by vehicles in neighborhoods.
2  Q.   The Strike Force was created during your time
3       as mayor, correct?
4  A.   Yes.
5  Q.   How would you describe your involvement, if
6       any, in its creation?
7  A.   I wasn't involved in the creation.  It was a
8       recommendation of the police department to
9       address these concerns, primarily traffic
10      related, and the Strike Force was established
11      to address the concerns that residents had.
12 Q.   And is your testimony today that the primary
13      mission of the Strike Force was attending to
14      traffic concerns?
15          MR. SAHASRABUDHE:  Objection to form.
16 A.   The mission of the Strike Force in its
17      creation was to deal with vehicle and traffic
18      concerns related to speeding, dangerous
19      driving, going through stop signs, traffic
20      signals, speeding through neighborhoods,
21      speeding past schools, yes.
22 Q.   Okay.  And I remind you, Mayor, that you're
23      under oath today.