# EXHIBIT 11

1       UNITED STATES DISTRICT COURT

2       FOR THE WESTERN DISTRICT OF NEW YORK

3       -----------------------------------------------

4       **BLACK LOVE RESISTS IN THE RUST, et al.,**
        **individually and on behalf of a class of**
5       **all others similarly situated,**

6                               Plaintiffs,

7        -vs-                            1:18-cv-00719-CCR

8       **CITY OF BUFFALO, N.Y., et al.,**

9                               Defendants.

10      -----------------------------------------------

11          **ORAL EXAMINATION OF PHILIP SERAFINI**

12             **APPEARING REMOTELY FROM**

13              **ERIE COUNTY, NEW YORK**

14

15          Monday, December 27, 2021

16             9:03 a.m. - 5:15 p.m.

17              pursuant to notice

18

19      **PAGES 324 & 325 DESIGNATED CONFIDENTIAL**

20

21      REPORTED BY:

22      Carrie A. Fisher, Notary Public

23      APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK

1           **R E M O T E   A P P E A R A N C E S**

2     APPEARING FOR THE PLAINTIFFS:

3           **CENTER FOR CONSTITUTIONAL RIGHTS**
            **BY:  A. CHINYERE EZIE, ESQ.**
4           666 Broadway, 7th Floor
            New York, New York 10012
5           (212) 614-6464

6     APPEARING FOR THE DEFENDANTS:

7           **CITY OF BUFFALO LAW DEPARTMENT**
            **BY: ROBERT E. QUINN,**
8           **ASSISTANT CORPORATION COUNSEL**
            1100 City Hall
9           65 Niagara Square
            Buffalo, New York 14202
10          (716) 851-4326

11

12

13

14

15

16

17

18

19

20

21

22

23

—PHILIP SERAFINI - BY MS. EZIE - 12/27/21—

1    Q. And why was that important?

2    A. The Buffalo -- the BMHA wanted more police

3       presence.  When I say patrol, when I say the

4       officers patrolled the housing properties,

5       that was for more visibility in an effort to

6       deter crime.

7    Q. What steps or strategies did the Housing Unit

8       take to be highly visible?

9            MR. QUINN:  Form.

10   A. They were in marked police cars and they drove

11      through the housing properties, occasionally

12      stopping, talking to residents and also

13      attended community meetings within the housing

14      projects -- housing properties.

15   Q. And is it accurate that within BMHA the

16      Housing Unit concentrated its activities on a

17      few main developments?

18           MR. QUINN:  Form.

19   A. They were in charge -- or they patrolled all

20      of the Housing properties.  Some Housing

21      properties demanded more attention, they're

22      larger than others, some were small so it

23      varied.

PHILIP SERAFINI - BY MS. EZIE - 12/27/21

1    Q. Is it true that Kenfield-Langfield and Shaffer

2       Village were BMHA properties that received

3       special details or focus in the past?

4    A. Sometimes.

5          MR. QUINN:  Form.

6    Q. I'm sorry.  You may answer.

7    A. I said sometimes they did, yes.

8    Q. Okay.  Why was that?

9    A. Kenfield-Langfield was the most heavily

10      populated BMHA property, number one, and a lot

11      of the crimes, some of the serious crimes that

12      were committed on the properties were

13      committed in those two properties.

14   Q. Okay.  Kenfield-Langfield, that's a BMHA

15      residence that's located on the east side of

16      Buffalo, correct?

17   A. That's correct.

18   Q. And most of Kenfield-Langfield's residences

19      are -- residents are Black or Latino?

20   A. I don't know the makeup of all the residents.

21   Q. Is it fair to say there is a large population

22      of Black and Latino residents at that BMHA

23      property?

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

—————PHILIP SERAFINI - BY MS. EZIE - 12/27/21—————

1          of the vehicles on days.  That was under his

2          purview so that's why I forwarded it to him.

3     Q.  Got it.  Now, isn't it -- is it true that

4          through issuing summonses and impounds the

5          officers you worked for did generate

6          increasing revenue for the City and, for

7          instance, the bureau of parking?

8               MR. QUINN:  Form.

9     A.  That's correct, yes.

10    Q.  Okay.  Do you know how that increased revenue

11         was used?

12              MR. QUINN:  Form.

13    A.  I have no idea.

14    Q.  Do you know whether the increases to your

15         production helped make the case for overtime

16         for Strike Force officers?

17              MR. QUINN:  Form.

18    A.  I don't know specifically, no.

19    Q.  Do you consider -- did you consider overtime

20         to be a reward for good work performed by your

21         officers?

22              MR. QUINN:  Form.

23    A.  Did I consider it to be a reward?  No.