# EXHIBIT 12

```
 1      UNITED STATES DISTRICT COURT

 2      FOR THE WESTERN DISTRICT OF NEW YORK

 3      -------------------------------------------

 4      BLACK LOVE RESISTS IN THE RUST, et al.,
        individually and on behalf of a class of
 5      all others similarly situated,

 6              Plaintiffs,

 7       -vs-                            1:18-cv-00719-CCR

 8      CITY OF BUFFALO, N.Y., et al.

 9              Defendants.
        -------------------------------------------
10

11

12              ORAL EXAMINATION OF LANCE RUSSO

13                 APPEARING REMOTELY FROM

14                  ERIE COUNTY, NEW YORK

15

16              Friday, April 29, 2022

17              At 9:00 a.m. - 6:20 p.m.

18              Pursuant to notice

19

20      REPORTED BY:

21      Brooklyn Morton, Notary Public

22      APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK

23
```

```
 1           R E M O T E   A P P E A R A N C E S

 2      APPEARING FOR THE PLAINTIFFS:

 3                  CENTER FOR CONSTITUTIONAL RIGHTS
                    BY: A. CHINYERE EZIE, ESQ.
 4                  666 Broadway, 7th Floor
                    New York, New York 10012
 5                  (212) 614-6475

 6      APPEARING FOR THE DEFENDANTS:

 7                  HODGSON RUSS, LLP
                    BY: KATELYN A. RAUH, ESQ.
 8                  605 Third Avenue
                    Suite 2300
 9                  New York City, New York 10158
                    (646) 218-7528
10
        ALSO PRESENT: RAFAELA URIBE, Center for
11                    Constitutional Rights

12

13

14

15

16

17

18

19

20

21

22

23
```

LANCE RUSSO - BY MS. EZIE- 04/29/2022

1        but it is specifically written under the
2        housing unit.  I don't believe I read that
3        before.
4    Q.  Okay.  I will stop the screen share.  Now,
5        what types of police activities did the
6        Housing Unit engage in during your almost
7        decade with the Housing Unit?
8    A.  Everything that every district did and then
9        some.  I mean, there was regular patrol, there
10       was enforcement of V&T, there were arrests, we
11       -- instead of getting calls, we would
12       follow-up on a lot of activity that occurred
13       that the districts would give us, as I stated
14       before.  And then additionally, we would do
15       things districts -- not because they weren't
16       supposed to, but they clearly didn't have time
17       to do with as busy as the city is.
18            We followed up on a lot of complaints
19       within -- like, residential complaints within
20       the units.  Our officers would walk the
21       properties, they would walk all the
22       high-rises.  There was a lot of foot traffic
23       because we weren't call-to-call.  So we wanted

LANCE RUSSO - BY MS. EZIE- 04/29/2022

1    high visibility so that the residents there
2    felt a bit more at ease, as well as to deter
3    criminal activity, which unfortunately, there
4    was quite a bit of.
5         Officers would attend meetings,
6    community meetings, functions like that that
7    you would not attend within a district.  That
8    would not be something that an officer would
9    be required to do.  So things of that nature.
10 Q. Got it.  Now, you mentioned that officers
11   would kind of walk the premises?
12 A. Correct.
13 Q. Is that something that was referred to as a
14   park and walk?
15 A. Yes.
16 Q. Okay.  So in your own words, what is a park
17   and walk?
18 A. You respond to a location.  Let's say, LBJ
19   Towers, just call it a park and walk.  That
20   was a way of letting radio know what you were
21   doing.  Park and walk at LBJ.  You exit your
22   vehicle and you walk the stairwells of the
23   property, walk the perimeter of the property,

LANCE RUSSO - BY MS. EZIE- 04/29/2022

1     and down the flights of stairs in a housing
2     unit to do inspections?
3 A. Yeah. But again, that was park and walk.
4     Maybe somebody referred to it as I am doing a
5     sweep of LBJ, but those were park and walks.
6 Q. Okay. And you mentioned that you did V&T
7     enforcement. What type of V&T enforcement?
8 A. Anything that pertained to V&T that was
9     noticeable. The range within the housing
10     units as far as the age ranges are everything
11     from little kids to the elderly to families
12     that are trying to raise their families in
13     some pretty crappy circumstances. So we got
14     lots of complaints about certain intersections
15     within locations where cars are blowing
16     through intersections and they are going to
17     kill somebody. You were in very tight corners
18     within -- I am sure you know this. Within a
19     lot of the locations within the city and there
20     are kids everywhere and a lot of blatantly
21     disregard.
22         So I would get emails or 311 complaints
23     or quite honestly, most of them came from

LANCE RUSSO - BY MS. EZIE- 04/29/2022

1    people that would just call us or when I was
2    driving around they would stop us and say,
3    hey, can you follow-up on this, please?
4    Somebody is going to get killed.  So I would
5    have a car crew assigned to a location to
6    monitor an intersection, let's say, a stop
7    sign within the projects where there is heavy
8    foot traffic, especially during, you know,
9    school hours or right after school, but that
10   can vary.  Whenever there was an issue.  And
11   those officers would either -- they would
12   observe and either write tickets or they could
13   simply be there as a deterrent so that people
14   saw the car and they would slow down.  If you
15   do that long enough, it just started to
16   register.
17            There were times if you don't have
18   enough officers to man, even now you may see a
19   police car that is not manned.  It is left
20   somewhere in the city, but somebody driving is
21   going to see that car and think it is a manned
22   vehicle.  It is a deterrent.  Again, it varied
23   depending on what you came across, like

LANCE RUSSO - BY MS. EZIE- 04/29/2022

```
1    Q.  What would you say is the range on the lowest
2        end?  What's the shortest checkpoint that you
3        observed?
4    A.  You mean, how long they last, in other words?
5    Q.  Correct.
6    A.  45 minutes, an hour, maybe.
7    Q.  What about on the longer end when either
8        traffic patterns or time of day there was more
9        traffic?
10   A.  Maybe an hour and a half.  Again, this is
11       something from one of their lieutenants, but I
12       think they were pretty much an hour long.
13       Say, they were going there at 2:00, they were
14       done at 3:00 kind of thing.
15   Q.  Got it.  Now as a lieutenant who was operating
16       the checkpoint on I guess an overtime basis
17       for the Strike Force, did you receive any
18       guidance about how the checkpoints were to be
19       operated?
20           MS. RAUH:  Objection.  Form.
21   A.  No.  I mean, I was told how they run, if
22       that's what you mean.  Just how they were
23       structured as far as -- they would have cars
```

LANCE RUSSO - BY MS. EZIE- 04/29/2022

1  Q. Okay. And you stated earlier that you often
2     would schedule checkpoints after there was a
3     shooting; is that accurate?
4  A. Well, no. Not often. I used that as an
5     example of a checkpoint for -- I mean, it
6     could be for anything, but it was generally a
7     high -- an area after there was an incident.
8     It doesn't necessarily have to be a shooting.
9  Q. A crime incident?
10 A. Crime or somewhere we had a problem with. It
11    could have been a chase the night before,
12    anything like that.
13 Q. Okay. And was the thinking that the presence
14    of the checkpoint would deter crime?
15         MS. RAUH: Objection. Form.
16 A. That was part of it. I mean, again, it was --
17    the checkpoint is for V&T, but we also wanted
18    it for the high visibility and if that
19    resulted in various things, you know, keeping
20    the residents happy or ultimately deterring
21    crime, that was certainly a bonus, too.
22 Q. Okay. But, there was a relationship between
23    crime incidents and the checkpoint locations,

LANCE RUSSO - BY MS. EZIE- 04/29/2022

```
 1        at one point.  So it varied depending on the
 2        time of year and, you know, activity.
 3    Q.  Got it.  But as far as the reference to
 4        results, do you agree that's a reference to
 5        arrests, summons, impounds, parking tags,
 6        ceasing of drugs, et cetera?
 7             MS. RAUH:  Objection to form.
 8    A.  I view it as -- I understand what your point
 9        is with this, but I don't view it like they
10        are -- like that's what they are saying.  They
11        want results, being that's what your job is.
12        If there is an arrest to be made, do it.  If
13        you are walking around and you are enforcing
14        V&T, you are going to come across those
15        things, you are going to have arrests.  You
16        are going to have summonses written, you are
17        going to have impounds.  Those things are
18        going to happen when you are doing your job.
19        So that's how I view it.
20    Q.  Did you issue your officers instructions based
21        on this email?
22    A.  I don't remember this email.  Clearly we got
23        it, but I don't remember it.  So I am sure
```