# EXHIBIT 13

1                 UNITED STATES DISTRICT COURT

2            FOR THE WESTERN DISTRICT OF NEW YORK

3    - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

4    **BLACK LOVE RESISTS IN THE RUST, et al.,**

5    **individually and on behalf of a class of**

6    **all others similarly situated,**

7                                    Plaintiffs,

8    vs.                              1:18-cv-00719-CCR

9    **CITY OF BUFFALO, N.Y.,  et al.,**

10                                   Defendants.

11   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

12            **ORAL EXAMINATION OF KEVIN BRINKWORTH**

13               **APPEARING REMOTELY FROM**

14                 **BUFFALO, NEW YORK**

15

16             Wednesday, March 16, 2022

17               9:08 a.m. – 4:43 p.m.

18               pursuant to notice

19

20

21   REPORTED BY:

22   Luanne K. Howe

23   APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO

1              R E M O T E   A P P E A R A N C E S

2

3    APPEARING FOR THE PLAINTIFFS:

4         **NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
          **BY:  CLAUDIA WILNER, ESQ.**
5         275 Seventh Avenue, Suite 1506
          New York, New York  10001
6         212-633-6967

7    APPEARING FOR THE DEFENDANTS:

8         **CITY OF BUFFALO LAW DEPARTMENT**
          **BY:  CHRIS POOLE, ESQ.**
9         **ASSISTANT CORPORATION COUNSEL**
          1100 City Hall
10        65 Niagara Square
          Buffalo, New York  14202
11        716-851-4343

12   ALSO PRESENT:

13        **CHRISTINE NELSON, ESQ.**
          Covington & Burling LLP

14

15

16

17

18

19

20

21

22

23

```
 1    A      I don't recall seeing tow trucks set up there, no.

 2    Q      Were K-9 dogs at the roadblocks that you attended?

 3    A      Not that I recall.

 4    Q      How were the locations for the Strike Force

 5           roadblocks determined?

 6    A      I don't know.

 7                   MR. POOLE:  Pardon me, Claudia.  I

 8              apologize.  Can we go off the record for a

 9              second?

10                   MS. WILNER:  Sure.

11              (Discussion held off the record.)

12                   MS. WILNER:  Would you be able to just

13              read back the last question and answer so we

14              can remember where we were?

15                 (Record read by reporter.)

16         BY MS. WILNER:

17    Q      So who did set the checkpoint locations?

18    A      Originally, it was Derenda.

19    Q      And did there come a time when Derenda stopped

20           setting checkpoint locations?

21    A      There was a point the lieutenants picked up.

22    Q      At the beginning, Derenda would send daily emails

23           with checkpoint locations, right?
```

1                     MR. POOLE:  Form.

2      Q    And did working overtime also give opportunities --

3           excuse me.

4                Did working overtime also give officers the

5           opportunity to increase their pensions?

6      A    Yes.

7      Q    Did you see overtime opportunities as a reward for

8           production?

9      A    No.

10     Q    Did you correct Captain Roberts' belief that overtime

11          is a reward for production?

12     A    I don't recall having that conversation.

13     Q    Did you ever look into whether Captain Roberts was

14          communicating down the chain of command that overtime

15          was available as a reward for production?

16     A    I did not hear that.

17     Q    And did you look to see whether that was happening?

18     A    No.

19     Q    As chief, did you have a philosophy about how best to

20          use overtime?

21     A    I had little or no authority in that regard.  I had

22          no control over how overtime was meted out or how

23          details were set up.  That was not anything that I