# EXHIBIT 14

```
 1                UNITED STATES DISTRICT COURT
 2             FOR THE WESTERN DISTRICT OF NEW YORK
 3   - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 4   BLACK LOVE RESISTS IN THE RUST, et al.,
 5   individually and on behalf of a class of
 6   all others similarly situated,
 7                              Plaintiffs,
 8   vs.                                      1:18-cv-00719-CCR
 9   CITY OF BUFFALO, N.Y.,  et al.,
10                              Defendants.
11   - - - - - - - - - - - - - - - - - - - - - - - - - - - -
12              ORAL EXAMINATION OF MICHAEL QUINN
13                   APPEARING REMOTELY FROM
14                     ORANGE, CALIFORNIA
15
16                   Friday, April 1, 2022
17                   10:57 a.m. - 2:17 p.m.
18                     pursuant to notice
19
20
21   REPORTED BY:
22   Luanne K. Howe
23   APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO
```

```
 1                R E M O T E   A P P E A R A N C E S
 2

 3   APPEARING FOR THE PLAINTIFFS:

 4        WESTERN NEW YORK LAW CENTER, INC.
          BY:   KEISHA ALECIA WILLIAMS, ESQ.
 5        Cathedral Park Tower
          37 Franklin Street, Second Floor
 6        Buffalo, New York  14203
          716-855-0203
 7
          NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
 8        BY:   KARINA TEFF, ESQ.
          50 Broadway, Suite 1500
 9        New York, New York  10004
          212-633-6967
10
     APPEARING FOR THE DEFENDANTS:
11
          HODGSON RUSS LLP
12        BY:   PETER SAHASRABUDHE, ESQ.
          140 Pearl Street, Suite 100
13        Buffalo, New York  14202
          716-848-1508
14

15

16

17

18

19

20

21

22

23
```

```
 1            the Strike Force?
 2      A     About eight -- a little bit over eight years.
 3      Q     And was that your position throughout your time with
 4            the Strike Force?
 5      A     Yes, it was.
 6      Q     What were your primary duties in this position?
 7      A     Supervision of the patrol officers, supervision of
 8            the checkpoints.  I had some administrative duties
 9            such as filling out the payroll, fielding calls from
10            the, you know, higher-ups regarding what they wanted
11            done.
12      Q     Okay.  And how long were you -- how long were you
13            with the Strike Force?
14      A     Until it was disbanded in March of 2018.
15      Q     And after the Strike Force was disbanded, were you
16            transferred to another unit?
17      A     Yes.  I was transferred to the Traffic Division.
18      Q     And do you know why the Strike Force was disbanded?
19                       MR. SAHASRABUDHE:  Form.
20      A     We were never given a reason.
21      Q     Are you still with the BPD?
22      A     No, I'm not.
23      Q     What did you do after leaving the BPD --
```

```
 1              checkpoint?
 2    A         There could be anywhere from as few as eight to as
 3              many as 16.
 4    Q         And on days that you had 16, would that be a
 5              combination of both platoons?
 6    A         Yes.
 7    Q         Were there tow trucks usually at the checkpoints?
 8    A         No.
 9    Q         Would there be police vehicles, cars, et cetera?
10    A         Yes, there would.
11    Q         And was there usually at least one lieutenant at each
12              checkpoint?
13    A         Usually, yes.
14    Q         Is it possible that you could have as many as four at
15              the checkpoints?
16                        MR. SAHASRABUDHE:  Form.
17    A         Yes.
18    Q         In your experience, how long did a typical checkpoint
19              last?
20    A         Probably 30 to 40 minutes, sometimes as much as an
21              hour.
22    Q         And generally how many cars would pass through a
23              checkpoint?
```