# EXHIBIT 15

```
1    UNITED STATES DISTRICT COURT
2    WESTERN DISTRICT OF NEW YORK
3    ---------------------------------------------
4    BLACK LOVE RESISTS IN THE RUST, ET AL.,
     INDIVIDUALLY AND ON BEHALF OF A CLASS OF
5    ALL OTHERS SIMILARLY SITUATED,
6
                Plaintiffs,
7
      -vs-                           1:18-cv-00719-CCR
8
     CITY OF BUFFALO, N.Y., ET AL.,
9
                Defendants.
10   ---------------------------------------------
11
12            EXAMINATION BEFORE TRIAL
13               OF BYRON LOCKWOOD
14            APPEARING REMOTELY FROM
15               BUFFALO, NEW YORK
16
17               August 10, 2023
18               At 11:00 a.m.
19               Pursuant to notice
20
21   REPORTED BY:
22   Rebecca L. DiBello, RPR, CSR(NY)
23   APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
 1          R E M O T E   A P P E A R A N C E S

 2

     APPEARING FOR THE PLAINTIFFS, BLACK LOVE
 3   RESISTS IN THE RUST, ET AL., INDIVIDUALLY AND
     ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY
 4   SITUATED:

 5                  NATIONAL CENTER FOR LAW AND
                    ECONOMIC JUSTICE
 6                  BY: CLAUDIA WILNER, ESQ.
                    275 Seventh Avenue, Suite 1506
 7                  New York, New York 10001
                    (212) 633-6967
 8
     APPEARING FOR THE DEFENDANTS, CITY OF BUFFALO,
 9   N.Y., et al.:

10                  HODGSON RUSS LLP
                    BY: PETER SAHASRABUDHE, ESQ.
11                  And HUGH RUSS, ESQ.,
                    140 Pearl Street
12                  Buffalo, New York 14202
                    (716) 848-1508
13

14

15
     ALSO PRESENT: Cheyenne Freeley, Hodgson Russ
16                 Anjana Malhotra

17

18

19

20

21

22

23
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

BYRON LOCKWOOD

```
 1        was and I'm just trying to gather the
 2        timeframe.
 3   Q.   Would it be unlawful to pull somebody over for
 4        a pretextual stop because they were Black and
 5        driving on the East Side and failed to signal?
 6             MR. SAHASRABUDHE:  Objection to form.
 7   A.   You have a right to pull them over if they
 8        fail to signal and not because of the color of
 9        their skin or of their race.
10   Q.   Can an officer pull them over because of their
11        race and that they failed to signal?
12             MR. SAHASRABUDHE:  Objection to form.
13   A.   If he's going to pull them over I'm hoping
14        he's pulling them over because they failed to
15        signal, not because of their race.
16   Q.   Well, what if the officer did pull them over
17        because of their race and they failed to
18        signal?
19             MR. SAHASRABUDHE:  Objection to form.
20   Q.   Is that lawful?
21             MR. SAHASRABUDHE:  Objection to form.
22   A.   You can pull a person over if they fail to
23        signal for the traffic, but if he just pulled
```