# EXHIBIT 16

```
 1        UNITED STATES DISTRICT COURT

 2        WESTERN DISTRICT OF NEW YORK

 3        -------------------------------------------

 4        **BLACK LOVE RESISTS IN THE RUST, ET AL.,**
          **INDIVIDUALLY AND ON BEHALF OF A CLASS OF**
 5        **ALL OTHERS SIMILARLY SITUATED,**

 6
                    Plaintiffs,
 7
           -vs-                        1:18-cv-00719-CCR
 8
          **CITY OF BUFFALO, N.Y., ET AL.,**
 9
                    Defendants.
10        -------------------------------------------

11

12           **CONTINUED EXAMINATION BEFORE TRIAL**

13                   **OF BYRON LOCKWOOD**

14                **APPEARING REMOTELY FROM**

15                   **BUFFALO, NEW YORK**

16

17                  August 17, 2023

18                  At 1:00 p.m.

19                  Pursuant to notice

20

21        REPORTED BY:

22        Rebecca L. DiBello, RPR, CSR(NY)

23        APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

1          **R E M O T E   A P P E A R A N C E S**

2

3    APPEARING FOR THE PLAINTIFFS, BLACK LOVE
     RESISTS IN THE RUST, ET AL., INDIVIDUALLY AND
     ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY
4    SITUATED:

5                    **NATIONAL CENTER FOR LAW AND**
                     **ECONOMIC JUSTICE**
6                    **BY: CLAUDIA WILNER, ESQ.**
                     275 Seventh Avenue, Suite 1506
7                    New York, New York 10001
                     (212) 633-6967
8
     APPEARING FOR THE DEFENDANTS, **CITY OF BUFFALO,**
9    **N.Y., et al.:**

10                   **HODGSON RUSS LLP**
                     **BY: PETER SAHASRABUDHE, ESQ.**
11                   **And HUGH RUSS, ESQ.,**
                     140 Pearl Street
12                   Buffalo, New York 14202
                     (716) 848-1508
13

14

15
     ALSO PRESENT: Cheyenne Freeley, Hodgson Russ
16                 Anjana Malhotra

17

18

19

20

21

22

23

```
 1            MR. SAHASRABUDHE:  Form.
 2   A.  If there was a change to that policy I'm quite
 3       sure it would have been mentioned to me.  I
 4       just don't remember there being a change.
 5   Q.  In May of 2020 you also decided to eliminate
 6       the Housing Unit, right?
 7            MR. SAHASRABUDHE:  Form.
 8   A.  Yes.  The Housing Unit was eliminated.
 9   Q.  And was that your decision or a decision of
10       the BMHA?
11   A.  I think it was a mutual decision with the City
12       and the BMHA.
13   Q.  And why was the Housing Unit eliminated?
14            MR. SAHASRABUDHE:  Form.
15   A.  There were -- the Housing Unit -- BMHA was
16       paying the City I want to say 600 some
17       thousand.  I'm not sure of the exact amount
18       and it became -- it was -- I guess it was time
19       to renew that contract and from what it was
20       costing the city to pay the officers was much
21       more than what was being paid to the City and
22       then there was also citizens that wanted their
23       own patrol.
```

```
 1              They didn't want police patrolling BMHA.
 2        So that was a discussion with the City and
 3        BMHA and I guess the contract just wasn't
 4        renewed, so when it wasn't renewed we
 5        disbanded the unit.
 6   Q.   Did anything replace the Housing Unit?
 7              MR. SAHASRABUDHE:  Objection to form.
 8   A.   They came up -- yes.  They came up with an
 9        idea of each district will have a community
10        police officer assigned to the housing complex
11        unit.
12   Q.   And what was the job responsibility of the
13        community policing officer?
14   A.   The job was to do community policing in the
15        housing complex to assist citizens to work
16        with the children, to help setup programs over
17        there and also attend the meetings.
18   Q.   Did the job of the community policing officer
19        include traffic enforcement around the BMHA
20        building?
21              MR. SAHASRABUDHE:  Form.
22   A.   If there was a traffic violation then their
23        job was to enforce the traffic violation, yes.
```