# EXHIBIT 17

```
 1                  UNITED STATES DISTRICT COURT
 2              FOR THE WESTERN DISTRICT OF NEW YORK
 3    - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 4    BLACK LOVE RESISTS IN THE RUST, et al.,
 5    individually and on behalf of a class of
 6    all others similarly situated,
 7                              Plaintiffs,
 8    vs.                                     1:18-cv-00719-CCR
 9    CITY OF BUFFALO, N.Y.,  et al.,
10                              Defendants.
11    - - - - - - - - - - - - - - - - - - - - - - - - - - - -
12            ORAL EXAMINATION OF DANIELLE MORGERA
13                   APPEARING REMOTELY FROM
14                      BUFFALO, NEW YORK
15
16                   Thursday, May 26, 2022
17                    9:40 a.m. – 5:31 p.m.
18                      pursuant to notice
19
20
21    REPORTED BY:
22    Luanne K. Howe
23    APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO
```

```
 1              R E M O T E   A P P E A R A N C E S

 2

 3   APPEARING FOR THE PLAINTIFFS:

 4       COVINGTON & BURLING LLP
         BY:  JORDAN JOACHIM, ESQ.
 5       BY:  ANDREW TIMMICK, ESQ.
         620 Eighth Avenue
 6       New York, New York  10018
         212-841-1000
 7
     APPEARING FOR THE DEFENDANTS:
 8
         HODGSON RUSS LLP
 9       BY:  DAVID SHORT, ESQ.
         The Guaranty Building
10       140 Pearl Street, Suite 100
         Buffalo, New York  14202
11       716-848-1609

12

13

14

15

16

17

18

19

20

21

22

23
```

```
 1    A      "High level" meaning?
 2    Q      Just generally, what is BTVA's role?
 3    A      We are by state law tasked with assisting the Buffalo
 4           City Court in adjudicating noncriminal traffic
 5           infractions.
 6    Q      Okay.
 7    A      We intake tickets.  We process them.  We schedule
 8           traffic court.
 9    Q      And so what types of tickets does BTVA administer
10           specifically?
11    A      Traffic infractions.
12    Q      Okay.  Does it handle any nonmoving violations?
13    A      No.
14    Q      What about jaywalking?
15    A      What about jaywalking?
16    Q      Does BTVA handle jaywalking tickets?
17    A      No.
18    Q      Okay.  And are there any traffic tickets that BTVA
19           does not handle?
20    A      Yes.  Anything that is stated by law that is not in
21           our purview, for example, DUIs.
22    Q      Okay.  And what geographic area does BTVA cover?
23    A      It would be the city of Buffalo.
```

1  Q   Okay. So I believe you mentioned earlier that BTVA
2      is under the oversight of the mayor's office; is that
3      right?
4  A   That's correct, by state legislation.
5  Q   Okay. And what role does the mayor's office have in
6      overseeing the BTVA?
7              MR. SHORT: Form.
8  Q   You can answer.
9  A   I don't know.
10 Q   Okay. So what -- on a day-to-day basis, what role
11     does the mayor's office have with respect to the
12     BTVA?
13             MR. SHORT: Form.
14 A   The mayor's office doesn't -- I don't talk to the
15     mayor on a day-to-day basis.
16 Q   Okay. Do you -- do you or the executive director
17     report up to the mayor's office regularly about the
18     BTVA?
19 A   I do not. I cannot opine on what his actions are.
20 Q   Okay. When was the BTVA created?
21 A   I'm not quite sure when the legislation passed, but I
22     know that the office was opened July 1, 2015.
23 Q   Okay. So BTVA was created by legislation; is that

```
 1            correct?
 2                      MR. SHORT:  Form.
 3       A    Yes.
 4       Q    Do you remember who was involved in getting that
 5            legislation passed?
 6       A    I believe it was Crystal People-Stokes and Tim
 7            Kennedy.
 8       Q    And who are they?
 9       A    They are our state representatives.
10       Q    Do you remember if the mayor's office had -- was
11            involved in passing that legislation?
12       A    I don't know.
13       Q    Does BTVA have a set of written policies?
14       A    I don't understand if you mean BTVA itself or --
15       Q    Yes.
16       A    Policies that are written -- as a civil servant,
17            we're subject to union policies.  Is that what you
18            mean?
19       Q    No.  I mean internal to the agency, how you do
20            things, how you do your job at the agency.
21       A    I understand.  Thank you.  Yes, there are internal
22            policies in the agency.
23       Q    Okay.  And are there written policies for traffic
```

```
 1            prosecutors?
 2                      MR. SHORT:  Form.
 3    A       Our traffic prosecutors write their own prosecution
 4            policies.
 5    Q       Okay.  Do you know if those are recorded somewhere?
 6    A       I'm sorry.  I didn't understand what you said.
 7            Recorded?
 8    Q       Yeah, if they're written down somewhere.
 9                      MR. SHORT:  Form.
10    A       Yes.
11    Q       Okay.  Where do revenues from BTVA go?
12                      MR. SHORT:  Form.
13    A       I believe they go into the general city fund.
14    Q       Is there a percentage that go to the State of New
15            York?
16    A       There is --
17                      MR. SHORT:  Form.
18    A       There's a portion that goes to -- that's distributed
19            to the State of New York.  There's not a percentage.
20            There is a portion.  They tell us what we owe them.
21    Q       Thank you for that correction.  So what -- how is
22            that portion determined?
23    A       By state law.
```

| | | |
|---|---|---|
| 1 | Q | Okay. And do you know, is it a set calculation, a |
| 2 | | set number? |
| 3 | A | Unfortunately, it is not. It's indicative to each |
| 4 | | violation in itself. |
| 5 | Q | I see. So depending on the violation, a certain |
| 6 | | portion goes to the state; is that correct? |
| 7 | A | Correct. |
| 8 | Q | Before the BTVA, do you know what percentage or |
| 9 | | portion of revenues from traffic violations went to |
| 10 | | the state versus the City of Buffalo? |
| 11 | | MR. SHORT: Form. |
| 12 | A | My understanding is that it all went to the state. |
| 13 | Q | Okay. So BTVA allowed Buffalo to keep a higher |
| 14 | | portion of revenue from traffic tickets issued in the |
| 15 | | city, correct? |
| 16 | | MR. SHORT: Form. |
| 17 | A | I don't understand that question. |
| 18 | Q | Sure. So let me try that again. After the creation |
| 19 | | of BTVA, Buffalo was able to keep a higher percentage |
| 20 | | of revenue from traffic tickets issued within the |
| 21 | | city, correct? |
| 22 | | MR. SHORT: Form. |
| 23 | A | That's too generalized for me to answer. |

1  Q    Okay. So I want to talk a little more concretely
2       about how BTVA operates. So let's say I'm driving
3       through the city of Buffalo. A police officer pulls
4       me over and writes me a ticket for speeding. What
5       happens next as far as the BTVA is involved?
6  A    The instructions on your ticket would indicate when
7       you needed to return it to the agency. Upon receipt,
8       the clerks will intake the tickets, screen the
9       license, refer to our prosecutor's policy. If he has
10      preapproved a reduced plea to a nonmoving based on
11      their license history and the nature of the charge, a
12      reduced offer to a non-points violation is usually
13      tendered.
14           If it is something that the prosecutor has
15      flagged as a serious violation or habitual offender,
16      the clerks are not authorized to put forward his
17      offer on his behalf. And instead they must come in
18      for a pretrial conference.
19           If someone does not wish to take the plea, they
20      are scheduled for traffic court, where the officer is
21      called in, and the trial is held in front of a
22      judicial hearing officer, who makes the final
23      determination.