# EXHIBIT 18

```
 1                 UNITED STATES DISTRICT COURT

 2             FOR THE WESTERN DISTRICT OF NEW YORK

 3   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 4   BLACK LOVE RESISTS IN THE RUST, et al.,

 5   individually and on behalf of a class of

 6   all others similarly situated,

 7                                  Plaintiffs,

 8   vs.                                    1:18-cv-00719-CCR

 9   CITY OF BUFFALO, N.Y.,  et al.,

10                                  Defendants.

11   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

12            ORAL EXAMINATION OF OCTAVIO VILLEGAS

13                 APPEARING REMOTELY FROM

14                   BUFFALO, NEW YORK

15

16                 Thursday, June 8, 2023

17                 10:07 a.m. - 4:16 p.m.

18                  pursuant to notice

19

20

21   REPORTED BY:

22   Luanne K. Howe

23   APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO


            DEPAOLO CROSBY REPORTING SERVICES, INC.
                       716-853-5544
```

```
 1                 R E M O T E   A P P E A R A N C E S

 2

 3    APPEARING FOR THE PLAINTIFFS:

 4         COVINGTON & BURLING LLP
           BY:  JORDAN JOACHIM, ESQ.
 5         BY:  CHRISTINE NELSON, ESQ.
           The New York Times Building
 6         620 Eighth Avenue
           New York, New York  10018
 7         212-841-1000

 8    APPEARING FOR THE DEFENDANTS:

 9         HODGSON RUSS LLP
           BY:  PETER SAHASRABUDHE, ESQ.
10         140 Pearl Street, Suite 100
           Buffalo, New York  14202
11         716-848-1508

12

13

14

15

16

17

18

19

20

21

22

23
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

1       I had to do that was explaining the executive powers

2       and the separation of powers and why the mayor's

3       office, the way the legislation had set it up, could

4       allow us to adopt things that come from the executive

5       office.  But other than that, I think

6       constitutionality-wise, I don't recall.

7   Q   Could you just explain what you were just saying?

8       The way it was -- I think you referred to the way

9       BTVA was set up and the executive department.  Could

10      you just expand on that?

11  A   Absolutely.  So the legislation created the Buffalo

12      Traffic Violation Agency.  The Buffalo Traffic

13      Violation Agency is one of four that exist in the

14      State of New York.  The older ones are Suffolk and

15      Nassau County.  The way the legislation sets them up

16      is that they're under the direct control of the

17      comptroller.

18          When Buffalo was created, the legislation carved

19      it out to say that the agency runs under the direct

20      control of the mayor's office.  Similarly Rochester,

21      which was created after Buffalo, has the same

22      carve-out that is under the control of the mayor.

23          So let's say if there's a directive from the

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1          violations, so if it's a felony or a misdemeanor

 2          related, anything that stems out of an arrest, it's

 3          still under the jurisdiction of Buffalo City Court.

 4              We deal with all the nonmoving violations that

 5          are within the City of Buffalo that are issued by law

 6          enforcement agencies because we do have a few that

 7          issue tickets, so it's not just Buffalo PD.

 8   Q      So do you have an understanding of why the BTVA was

 9          created?

10   A      I feel that I do.  My understanding of it was

11          majority leader, Crystal Peoples-Stokes, had

12          advocated to have a Traffic Violation Agency here in

13          Buffalo, a system that could allow those that receive

14          tickets, not just residents but those that come

15          through the City of Buffalo, to have an opportunity

16          to plead out or have the same privileges such as town

17          and village courts around the City of Buffalo and

18          across the State of New York had the ability to do.

19              And Buffalo didn't have that at the time.  When

20          the administrative adjudication was here, my

21          understanding was it was more DMV.  The burdens of

22          proof were not the same as in a criminal court.  And

23          people were not given an opportunity to plead
```

1      anything.

2          And so Crystal Peoples-Stokes advocated for an

3      agency in Buffalo because we know that in the state,

4      they already existed.  And with the help of not just

5      getting it through the assembly, but then Tim

6      Kennedy, who I believe is the head of the

7      Transportation Committee, then pushed also to have

8      this created.

9          So through Albany or I would say the

10     legislators, they voted and passed the creation of

11     the Buffalo Traffic Violation Agency.  And that was

12     what established us, and that gave us the opportunity

13     that the neighboring village and town courts and

14     other areas across the state who had the ability to

15     plead down tickets or give motorists alternatives, we

16     now had the ability to do that.

17  Q   BTVA also allowed the City of Buffalo to keep a

18     higher percentage of revenue from traffic fines and

19     fees, right?

20          MR. SAHASRABUDHE:  Form.

21  A   Similar to like all the towns and villages and

22     everywhere else across the state, they keep their

23     revenue that they have locally.  So Buffalo was

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544