# EXHIBIT 19

```
 1                  UNITED STATES DISTRICT COURT
 2               FOR THE WESTERN DISTRICT OF NEW YORK
 3     - - - - - - - - - - - - - - - - - - - - - - - - -
 4     BLACK LOVE RESISTS IN THE RUST, et al.,
 5     individually and on behalf of a class of
 6     all others similarly situated,
 7                                Plaintiffs,
 8     vs.                                    1:18-cv-00719-CCR
 9     CITY OF BUFFALO, N.Y., et al.,
10                                Defendants.
11     - - - - - - - - - - - - - - - - - - - - - - - - -
12                 ORAL EXAMINATION OF ROBBIN THOMAS
13                     APPEARING REMOTELY FROM
14                         BUFFALO, NEW YORK
15
16                    Thursday, March 23, 2023
17                     10:07 a.m. - 5:26 p.m.
18                        pursuant to notice
19
20
21     REPORTED BY:
22     Luanne K. Howe
23     APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO


              DEPAOLO CROSBY REPORTING SERVICES, INC.
                          716-853-5544
```

R E M O T E   A P P E A R A N C E S

APPEARING FOR THE PLAINTIFFS:

    **COVINGTON & BURLING LLP**
    **BY:  ANDREW TIMMICK, ESQ.**
    **BY:  JORDAN JOACHIM, ESQ.**
    **BY:  PHILIP IRWIN, ESQ.**
    The New York Times Building
    620 Eighth Avenue
    New York, New York  10018
    212-841-1000

APPEARING FOR THE DEFENDANTS:

    **HODGSON RUSS LLP**
    **BY:  PETER SAHASRABUDHE, ESQ.**
    140 Pearl Street, Suite 100
    Buffalo, New York  14202
    716-848-1508

1   A   There was no requirement.
2   Q   Okay. So the only minimum number was the minimum
3       number of patrol vehicles you needed to run a
4       checkpoint?
5   A   Well, no. When I said we wouldn't run it with two
6       patrol vehicles, what I'm saying is that that's only
7       four. It could be three officers so -- because with
8       the Strike Force being a two-man operation or a
9       two-man patrol unit, one patrol vehicle would -- you
10      would expect two officers per marked unit.
11  Q   Okay. So in your experience, checkpoints would
12      generally have at least four officers at them at a
13      time?
14  A   I would just say not less than.
15  Q   Okay. Not less than four officers. And did you ever
16      run a checkpoint with or did you ever participate in
17      a checkpoint with less than two patrol vehicles?
18  A   Not that I can recall.
19  Q   Did you ever participate in a checkpoint with less
20      than four officers?
21  A   Not that I can recall.
22  Q   Okay. So how long would a checkpoint be set up for
23      each shift?

```
 1                    MR. SAHASRABUDHE:  Form.
 2   A    I think it could be about 45 minutes if I remember
 3        correctly.
 4   Q    Okay.  And how long was a Strike Force shift total?
 5   A    Ten hours I stated previously.
 6   Q    Do checkpoints ever last more than 45 minutes?
 7   A    We could be on location for longer than 45 minutes,
 8        but the checkpoint would not still be being conducted
 9        for more than 45 minutes.
10   Q    Okay.  So at the end of 45 minutes, would you still
11        be processing motorists who had been stopped by the
12        checkpoint?
13   A    We could be.
14   Q    Okay.  So how long might it take you total if you
15        include the time to process all the motorists who had
16        been stopped by the checkpoint?
17   A    I couldn't say because sometimes we were also waiting
18        on -- you know, it could depend on a variety of
19        things, waiting on a tow truck on occasion or waiting
20        on someone to come and assist a motorist that was no
21        longer able to drive.
22             Like I said, there would be different variables
23        but a variety of things that could keep us on
```

1          a response until the following day when we came in
2          for our next tour.
3     Q    Did the supervisor ever express to you it was an
4          issue that you had trouble writing a summons because
5          of some equipment problem?
6     A    No.
7     Q    I'd like to talk a little bit more about overtime,
8          which we touched on before.  Did a supervisor while
9          on Strike Force ever tell you that overtime shifts
10         were being scheduled in order to generate revenue for
11         the BPD?
12    A    No.
13    Q    Did you ever hear that while you were on the Strike
14         Force?
15    A    No.
16    Q    And did a supervisor ever tell you that overtime
17         shifts were scheduled in order to increase the number
18         of tickets being issued by Strike Force?
19    A    No.
20    Q    And did you ever hear that while you were on the
21         Strike Force?
22    A    That overtime was being --
23    Q    Did you ever hear that overtime shifts were being

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1              scheduled in order to increase the number of tickets
 2              that were issued by Strike Force?
 3    A    No.
 4    Q    And did a supervising officer ever tell you that more
 5              overtime shifts would be available if Strike Force
 6              officers issued a higher number of summonses?
 7    A    Never.
 8    Q    And did a supervising officer ever tell you that
 9              overtime shifts might be available if Strike Force
10              officers impounded a higher number of vehicles?
11    A    I apologize for laughing, but I kind of find these
12              questions comical.  I'm sorry, but no, no.
13    Q    I'm going to go ahead and bring up a document.  It's
14              a document we've already looked at.  This is an email
15              from Philip Serafini.  We've seen this before.  Can
16              you see that on my screen?
17    A    Yes.
18    Q    This is Exhibit 2.  In it, we have an area where --
19              I'll point it out to you for a second.  "DPC Lockwood
20              wants results with this increased Daytime Detail."
21              In the second paragraph right here, this first
22              sentence, do you see this?  (Indicating.)
23    A    Yes.
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544