# EXHIBIT 20

```
 1      UNITED STATES DISTRICT COURT

 2      FOR THE WESTERN DISTRICT OF NEW YORK

 3      ---------------------------------------------

 4      BLACK LOVE RESISTS IN THE RUST, et al.,
        individually and on behalf of a class of
 5      all others similarly situated,

 6                            Plaintiffs,

 7       -vs-                    1:18-cv-00719-CCR

 8      CITY OF BUFFALO, N.Y., et al.,

 9                            Defendants.

10      ---------------------------------------------

11         EXAMINATION BEFORE TRIAL OF DONNA ESTRICH

12                   APPEARING REMOTELY FROM

13                   ERIE COUNTY, NEW YORK

14

15

16                       July 12, 2023

17                  11:02 a.m. - 3:43 p.m.

18                     pursuant to notice

19

20

21      REPORTED BY:

22      Carrie A. Fisher, Notary Public

23      APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
 1            R E M O T E   A P P E A R A N C E S

 2       APPEARING FOR THE PLAINTIFFS:

 3            COVINGTON & BURLING LLP
              BY: JORDAN S. JOACHIM, ESQ.
 4            The New York Times Building
              620 Eighth Avenue
 5            New York, New York 10018
              (212) 841-1086
 6
         APPEARING FOR THE DEFENDANTS:
 7
              HODGSON RUSS LLP
 8            BY: PETER SAHASRABUDHE, ESQ.
              140 Pearl Street
 9            Buffalo, New York 14202
              (716) 848-1508
10

11

12

13

14

15

16

17

18

19

20

21

22

23
```

DONNA ESTRICH

1     tickets?
2 A. No.
3 Q. Do you know if it was ever communicated to BPD
4     officers that they were expected to be
5     productive during overtime?
6 A. No, I'm not aware of any of that.
7 Q. Did BPD ever attempt to justify overtime as a
8     reward for BPD officers?
9 A. Not that I'm aware of, no.
10 Q. When you were dealing with overtime issues
11     with BPD, who at BPD would you talk to?
12 A. Depends on who the deputy commissioner was at
13     that time.  I would usually start with them.
14 Q. Okay.  Sorry.  You had said that before.  I
15     forgot.
16        Do you have any -- recall any
17     conversations with the mayor about excessive
18     BPD overtime?
19 A. We would discuss Police, Fire, and Public
20     Works altogether, yes.
21 Q. And would he -- would the mayor complain about
22     too much overtime or what would he say about
23     overtime?