# EXHIBIT 21

JOSEPH BONDS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST by and through
MARIELLE SHAVONNE SMITH and CHARIS HUMPHREY
on behalf of its members, SHAKETA REDDEN,
DORETHEA FRANKLIN, TANIQUA SIMMONS, DE'JON HALL,
JOSEPH BONDS, CHARLES PALMER, SHIRLEY SARMIENTO,
EBONY YELDON, and JANE DOE,
individually and on behalf of a class of all
others similarly situated,

                                      Plaintiffs,

    -vs-

CITY OF BUFFALO, N.Y., BYRON B. BROWN,
Mayor of the City of Buffalo, in his individual and
official capacities,
BYRON C. LOCKWOOD, Commissioner of the
Buffalo Police Department, in his individual
and official capacities,
DANIEL DERENDA, former Commissioner of the
Buffalo Police Department, in his individual capacity,
AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI,
ROBBIN THOMAS,
UNKNOWN SUPERVISORY PERSONNEL 1-10,
UNKNOWN OFFICERS 1-20, each officers of the
Buffalo Police Department,
in their individual capacities,

                                      Defendants.

---

2

                    Examination Before Trial of
JOSEPH BONDS, Plaintiff, taken pursuant to the Federal Rules
of Civil Procedure, in the law offices of HODGSON RUSS LLP,
The Guaranty Building, 140 Pearl Street, Suite 100, Buffalo,
New York, taken on December 15, 2022, commencing at 10:07
A.M., before NICHOLE WINANS, Notary Public.

1  BY MR. SAHASRABUDHE:
2  Q.  Okay.  So would it be fair to say then that from
3      at least the early winter months of 2019, to the
4      spring months of 2019, the car you owned stayed
5      in the same parking space?
6  A.  Same parking space.
7  Q.  Okay.  What kind of car was it?
8  A.  It was a 2003 Cadillac sedan DeVille.
9  Q.  What year?
10 A.  2003.
11 Q.  Oh, sorry.  I apologize.  And you said there came
12     a time where you were receiving a ticket every
13     day for parking?
14 A.  Every day.
15 Q.  For an expired inspection sticker?
16 A.  Every day.
17 Q.  Before it remained parked in that same parking
18     spot for a long continuous period of time, did
19     you take it to get it inspected?
20 A.  I couldn't, I couldn't move it.
21 Q.  Okay.  Was the parking sticker, in fact,
22     expired -- or, sorry.  The inspection sticker, in
23     fact, expired?

85

1  A. It was expired, yes.
2  Q. Okay.  Each time you received a ticket?
3  A. Yes.
4  Q. Did you ever go to court to challenge any of your
5     parking tickets?
6  A. Every time.
7  Q. You went to court every single time?
8  A. Every time I challenged them, even though it
9     didn't work, but I tried.
10 Q. So you said it was every day you would get a
11    parking ticket?
12 A. Right.  I didn't go to court every day, but I got
13    them, you know, I had to go once a week or
14    something.
15 Q. Did there come a time where the daily ticketing
16    stopped?
17 A. No.
18 Q. Okay.  So for approximately three to four months
19    you got a parking ticket every single day?
20 A. Every day.
21 Q. So that would be approximately a hundred twenty
22    to a hundred fifty parking tickets?
23 A. I had a whole lot.  I don't know how many it was,