# EXHIBIT 22

```
                                             JASMINE EVANS


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------
BLACK LOVE RESISTS IN THE RUST by and through
MARIELLE SHAVONNE SMITH and CHARIS HUMPHREY
on behalf of its members, SHAKETA REDDEN,
DORETHEA FRANKLIN, TANIQUA SIMMONS, DE'JON HALL,
JOSEPH BONDS, CHARLES PALMER, SHIRLEY SARMIENTO,
EBONY YELDON, and JANE DOE,
individually and on behalf of a class of all
others similarly situated,

                              Plaintiffs,

      -vs-


CITY OF BUFFALO, N.Y., BYRON B. BROWN,
Mayor of the City of Buffalo, in his individual and
official capacities,
BYRON C. LOCKWOOD, Commissioner of the
Buffalo Police Department, in his individual
and official capacities,
DANIEL DERENDA, former Commissioner of the
Buffalo Police Department, in his individual capacity,
AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI,
ROBBIN THOMAS,
UNKNOWN SUPERVISORY PERSONNEL 1-10,
UNKNOWN OFFICERS 1-20, each officers of the
Buffalo Police Department,
in their individual capacities,

                              Defendants.
---------------------------------------------------------
```

                    Examination Before Trial of
JASMINE EVANS, taken pursuant to the Federal Rules of Civil
Procedure, in the law offices of HODGSON RUSS LLP, The
Guaranty Building, 140 Pearl Street, Suite 100, Buffalo, New
York, taken on December 15, 2022, commencing at 1:58 P.M.,
before NICHOLE WINANS, Notary Public.

58

1  Q. How often did you drive -- let me ask this. In
2     between -- withdrawn. In the five-year period
3     leading up to when you got a valid driver's
4     license, how often would you say you drove on a
5     weekly basis?
6  A. At least to and from work. I would say quite
7     regularly.
8  Q. More than once a week?
9  A. Yes.
10 Q. When you drove would there be a licensed driver
11    in the car with you?
12 A. Yes.
13 Q. Was that always the case?
14 A. No.
15 Q. And I'm talking about just generally here. Who
16    would be the person or people who had a valid
17    driver's license that drove with you?
18 A. Anthony Green, Kelly Isaac, LaShareece Green,
19    Tanisha Ware.
20 Q. Why is it that you would be driving and they
21    would not be?
22 A. Not saying that they would not be driving, but I
23    mean, I have a learner's permit, it's not that

76

1  Q. Okay. Was it multiple cars?
2  A. Yes.
3  Q. As you sit here today, do you recall specifically
4     one way or the other whether you took your seat
5     belt off?
6  A. Yes.
7  Q. Did you take your seat belt off before you got to
8     the point of the checkpoint where the officers
9     were observing your vehicle?
10 A. That's not -- it's hard to say depending on what
11    you mean as to the checkpoint, because --
12 Q. When in relation to when you stopped your car did
13    you take your seat belt off?
14 A. Immediately.
15 Q. Okay. So as soon as you got to the checkpoint
16    you took your seat belt off?
17 A. Right.
18 Q. Were you behind other cars?
19 A. Yes.
20 Q. And we'll get to it a little later on but, well,
21    I guess, your children, can you describe the
22    seats they were sitting in?
23 A. Just booster seats, that has been proven to be

77

```
 1        for larger children.
 2   Q.   Okay.  What is a booster seat?
 3   A.   It's a booster seat, it's just a seat.
 4   Q.   Okay.
 5   A.   And you put the seat belt through like a regular
 6        seat.
 7   Q.   Is it the same as a booster seat a small child
 8        would sit at at the dinner table?
 9   A.   Kinda, sorta, around that line.
10   Q.   Is it, in other words, were they car seats?
11   A.   No -- well, a booster seat is a form of a car
12        seat, there's just age and weight requirements
13        for a specific type, which I've learned from
14        this.
15   Q.   Okay.  How many officers were present at this
16        particular checkpoint?
17   A.   I don't know.
18   Q.   Do you recall the appearance of the officer who
19        gave you -- who ultimately gave you some tickets?
20   A.   I don't recall.
21   Q.   Do you recall one way or the other whether the
22        officer was male or female?
23   A.   I don't remember.
```

```
 1        curb to check with a seat belt off.  I drove to a
 2        pile of cars, cops and cars and officers outside
 3        of their cars, and nobody immediately was at my
 4        window or came up to me to even observe if I was
 5        driving without a seat belt.  I took my seat belt
 6        off to reach for my registration and my insurance
 7        because that's what they wanted, that's what you
 8        do at a checkpoint.
 9   BY MR. SAHASRABUDHE:
10   Q.   Okay.  But you acknowledge that when you -- not
11        when you pulled up to the checkpoint, when you
12        pulled up to the officer who observed your car --
13   A.   The officer walked up to me.
14   Q.   Okay.  When the officer walked up to you --
15   A.   I didn't have a seat belt on.
16   Q.   Okay.  Did you ever seek to appeal any of the
17        tickets you were issued as a result of this
18        incident?
19   A.   No.
20   Q.   Not after this hearing?
21   A.   No.
22   Q.   Did you receive any other tickets after this
23        incident?
```