EXHIBIT 24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-----------------------------------------------------
BLACK LOVE RESISTS IN THE RUST by and through
MARIELLE SHAVONNE SMITH and CHARIS HUMPHREY
on behalf of its members, SHAKETA REDDEN,
DORETHEA FRANKLIN, TANIQUA SIMMONS, DE'JON HALL,
JOSEPH BONDS, CHARLES PALMER, SHIRLEY SARMIENTO,
EBONY YELDON, and JANE DOE,
individually and on behalf of a class of all
others similarly situated,

                              Plaintiffs,

    -vs-


CITY OF BUFFALO, N.Y., BYRON B. BROWN,
Mayor of the City of Buffalo, in his individual and
official capacities,
BYRON C. LOCKWOOD, Commissioner of the
Buffalo Police Department, in his individual
and official capacities,
DANIEL DERENDA, former Commissioner of the
Buffalo Police Department, in his individual capacity,
AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI,
ROBBIN THOMAS,
UNKNOWN SUPERVISORY PERSONNEL 1-10,
UNKNOWN OFFICERS 1-20, each officers of the
Buffalo Police Department,
in their individual capacities,

                              Defendants.
-----------------------------------------------------

2

Examination Before Trial of

EBONY YELDON, Plaintiff, taken pursuant to the Federal Rules

of Civil Procedure, in the law offices of HODGSON RUSS LLP,

The Guaranty Building, 140 Pearl Street, Suite 100, Buffalo,

New York, taken on December 13, 2022, commencing at 10:18

A.M., before NICHOLE WINANS, Notary Public.

80

1    A.   I'm not sure.  It was across -- over there,
2         across from Tops, but I'm not sure what parking
3         lot it was.
4    Q.   Okay.  But it was a parking lot nonetheless, to
5         your understanding?
6    A.   Yes.
7    Q.   And at this time this trip, you were driving the
8         car owned by the gentleman who is affiliated with
9         Cold Spring Cab Company, correct?
10   A.   Yes.
11   Q.   How long had you been driving that car at this
12        time?
13   A.   Approximately several years.
14   Q.   So certainly over a year you had been driving it?
15   A.   Yes.
16   Q.   Prior to that day had you ever noticed that the
17        windows were tinted?
18   A.   Yes.
19   Q.   Okay.  In other words, the windows were tinted?
20   A.   Light tinted, yes.  Yes.
21   Q.   About how long were you searching for the
22        insurance and registration?
23   MS. WILLIAMS:  Objection.

89

1      take it, is that he did not do so?

2  A.  No.

3  Q.  Okay.  Do you recall one way or the other why you

4      did not notify the Judge overseeing your

5      proceedings that he did not, in fact, measure the

6      tint of your windows?

7  A.  I thought I had.

8  Q.  Okay.  Well, would it be fair to say that you've

9      had enough opportunity to review this transcript

10     that we marked as Exhibit B?

11 A.  Yes.

12 Q.  Would it be fair to say that in this proceeding

13     at least, this transcript, it's -- there's

14     nowhere that you, in fact, notified the Judge on

15     that day at least?

16 A.  No -- I mean, yes.  I'm agreeing with you, sir.

17 Q.  Okay.  Right.  And you don't recall one way or

18     the other why you didn't notify him of that?

19 A.  I thought I stated that, but you can't argue with

20     a judge or police officer.

21 Q.  The vehicle itself, were all of its windows --

22     I'm not going to ask about that exhibit for the

23     time being.  Were all of its windows tinted, to

90

1      the best of your recollection?

2 A.  I don't remember.  I know the back one was.  I'm

3      not sure, but I know the -- what is it called, I

4      know the front window wasn't.

5 Q.  The windshield?

6 A.  Correct.

7 Q.  Okay.

8 A.  That wasn't.  I know the back windows was,

9      because that's what he said.  I'm not sure about

10     the front, they might have.

11 Q.  Okay.  So the back windshield in the back of the

12     car was, in fact, tinted?

13 A.  Say that again.

14 Q.  So not the front windshield, but the back

15     windshield of the car, that was tinted?

16 MS. WILLIAMS:  Objection.  The rear-view?

17 BY MR. SAHASRABUDHE:

18 Q.  Correct.

19 A.  I don't remember about the -- I don't remember.

20 Q.  Okay.  One set of windows was tinted though?

21 A.  Yes.

22 Q.  Okay.  And you just can't recall whether it was

23     the front windows or the back windows?