# EXHIBIT 25

1           UNITED STATES DISTRICT COURT

2         FOR THE WESTERN DISTRICT OF NEW YORK

3   - - - - - - - - - - - - - - - - - - - - - - - - - -

4   **BLACK LOVE RESISTS IN THE RUST, et al.,**

5   **individually and on behalf of a class of**

6   **all others similarly situated,**

7                          Plaintiffs,

8   vs.                              1:18-cv-00719-CCR

9   **CITY OF BUFFALO, N.Y.,  et al.,**

10                         Defendants.

11  - - - - - - - - - - - - - - - - - - - - - - - - - -

12        **ORAL EXAMINATION OF ADAM WIGDORSKI**

13            **APPEARING REMOTELY FROM**

14               **BUFFALO, NEW YORK**

15

16             Wednesday, May 24, 2023

17              9:30 a.m. - 1:52 p.m.

18              pursuant to notice

19

20

21  REPORTED BY:

22  Luanne K. Howe

23  APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO


        DEPAOLO CROSBY REPORTING SERVICES, INC.
                716-853-5544

```
1              R E M O T E   A P P E A R A N C E S

2

3   APPEARING FOR THE PLAINTIFFS:

4       COVINGTON & BURLING LLP
        BY:  CHRISTINE NELSON, ESQ.
5       The New York Times Building
        620 Eighth Avenue
6       New York, New York  10018
        212-841-1000
7
    APPEARING FOR THE DEFENDANTS:
8
        HODGSON RUSS LLP
9       BY:  PETER SAHASRABUDHE, ESQ.
        140 Pearl Street, Suite 100
10      Buffalo, New York  14202
        716-848-1508
11
    ALSO PRESENT:
12
        ELIAS RIVAS, COVINGTON & BURLING LLP
13
        GIOVANNI SCARCELLA, COVINGTON & BURLING LLP
14

15

16

17

18

19

20

21

22

23


            DEPAOLO CROSBY REPORTING SERVICES, INC.
                      716-853-5544
```

```
 1           our side in the Strike Force.  But a minimum of five
 2           or six, I'd say.
 3    Q      Okay.  And -- yeah, so there was a minimum of five or
 4           six officers running a checkpoint?
 5    A      And then at least a lieutenant.
 6    Q      Okay.  And how long -- I think you may have
 7           mentioned, but how long would you say a checkpoint
 8           would last?
 9                     MR. SAHASRABUDHE:  Form.
10    A      Thirty minutes to an hour, maybe 45 minutes.
11    Q      Okay.  And what was the typical process for a
12           motorist who passed through a checkpoint?
13    A      They pull up.  If they had no violations, greet them,
14           "How you doing, Have a good day."
15           If they had a violation, you'd pull them over,
16           issue a summons, explain to them how to answer said
17           summons and send them on their way.
18    Q      And when you pulled them over, was that referred to
19           as kind of a secondary stop?
20    A      Yes.
21    Q      And when motorists were pulled over for violations,
22           how long would they typically wait in that area where
23           they're pulled over?
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544