# EXHIBIT 26

```
1    UNITED STATES DISTRICT COURT

2    FOR THE WESTERN DISTRICT OF NEW YORK

3    ---------------------------------------------

4    BLACK LOVE RESISTS IN THE RUST, et al.,
     individually and on behalf of a class of
5    all others similarly situated,

6                                 Plaintiffs,

7     -vs-                        1:18-cv-00719-CCR

8    CITY OF BUFFALO, N.Y., et al.,

9                                 Defendants.

10   ---------------------------------------------

11         ORAL EXAMINATION OF CHARLES MILLER

12              APPEARING REMOTELY FROM

13              ERIE COUNTY, NEW YORK

14

15

16              June 2, 2023

17         9:32 a.m. - 4:49 p.m.

18              pursuant to notice

19

20

21   REPORTED BY:

22   Carrie A. Fisher, Notary Public

23   APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

DEPAOLO CROSBY REPORTING SERVICES, INC.

135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
 1            R E M O T E   A P P E A R A N C E S

 2       APPEARING FOR THE PLAINTIFFS:

 3            NATIONAL CENTER FOR LAW
              AND ECONOMIC JUSTICE
 4            BY: KARINA TEFFT, ESQ.
              50 Broadway, Suite 500
 5            New York, New York 10004
              (212) 633-6967
 6
         APPEARING FOR THE DEFENDANTS:
 7
              HODGSON RUSS LLP
 8            BY: PETER SAHASRABUDHE, ESQ.
              140 Pearl Street
 9            Buffalo, New York 14202
              (716) 848-1508
10
         ALSO PRESENT:
11
              ANJANA MALHOTRA, ESQ.
12            National Center for Law
              and Economic Justice
13
              CLAUDIA WILNER, ESQ.
14            National Center for Law
              and Economic Justice
15

16

17

18

19

20

21

22

23
```

CHARLES MILLER

| | | |
|---|---|---|
| 1 | Q. | It kind of depended on the day? |
| 2 | A. | Yeah, it depended on the day, correct. |
| 3 | Q. | Did all four of those lieutenants depending on |
| 4 | | the day set your assignments at the Housing |
| 5 | | Unit? |
| 6 | A. | Yeah. |
| 7 | Q. | Were you given specific assignments on a daily |
| 8 | | basis? |
| 9 | A. | We would have briefing.  They would discuss |
| 10 | | certain things that were brought up to them by |
| 11 | | BMHA staff.  We would be told, you know, "hey, |
| 12 | | look, there's a complaint over here at the |
| 13 | | Shaffer Village, one of you guys go check that |
| 14 | | out."  So, I mean, a car crew would like |
| 15 | | volunteer, "okay, I will go over there."  Or |
| 16 | | "there is something over here at the |
| 17 | | Langfields, can somebody check that out?" |
| 18 | | "Okay, I will go over there." |
| 19 | Q. | And that was daily that you had these |
| 20 | | briefings? |
| 21 | A. | Yeah. |
| 22 | Q. | You mentioned one of your duties was |
| 23 | | high-visibility patrol.  What does that mean? |

CHARLES MILLER

1  A.  That means high-visibility patrol, being in
2      the area presence, police presence.  We used
3      to do park and walks through the different
4      BMHA properties where you actually park the
5      patrol car, you walk through the property so
6      people see you.  It deters crime.
7  Q.  And was traffic enforcement part of that?
8  A.  Yes.
9  Q.  Were checkpoints or roadblocks part of that as
10     well?
11 A.  Yeah.
12          MR. SAHASRABUDHE:  Form.  You can
13     answer.
14 A.  Yes.
15 Q.  And, you know, back when we were talking just
16     a moment ago about your daily briefings,
17     were -- so this was all verbally communicated
18     to you, what was sort of on the docket?
19 A.  Yes.
20 Q.  Was anything communicated in writing?
21 A.  Some of the 311 complaints were.  You could
22     like go in the computer and print them up, or
23     the lieutenants would print them up and give