# WESTERN NEW YORK LAW CENTER, INC.

Cathedral Park Tower, 37 Franklin Street, 2nd Floor, Buffalo, New York 14202

Tel:  (716) 855-0203 ext. 112  |  Fax:  (716) 270-4005  |  E-Mail:  mparham@wnylc.net

**VIA ECF**

July 25, 2024

Hon. Christina Reiss
United States District Court for the
District of Vermont
P.O. Box 446
Burlington, VT 05402-0446

    Re:    *Black Love Resists in the Rust et al. v. City of Buffalo et al.*
           W.D.N.Y. Civ. A. No. 1:18-cv-00719-CCR

Dear Judge Reiss:

I write on behalf of the Plaintiffs in this matter to request an extension of the page limit for Plaintiffs' reply memorandum in support of their motion for class certification, pursuant to W.D.N.Y. Local Rule 7(a)(2)(C). Plaintiffs' reply papers are presently due August 9, 2024, pursuant to the parties' stipulated motion to amend briefing schedule deadlines (ECF No. 217), which the Court granted by text order on June 27, 2024 (ECF No. 218). Plaintiffs request the Court's permission to file a reply memorandum that is up to 25 pages in length. The Court previously permitted a memorandum in support of Plaintiffs' motion for class certification of up to 50 pages, and Defendants filed a 42-page opposition memorandum. Accordingly, an adequate treatment of the issues raised by the opposition requires the requested exception to the usual 10-page limit on reply memoranda in Local Rule 7(a)(2)(C).

I have consulted with counsel to the Defendants and they consent to this request.

                                            Sincerely,

                                            Matthew Parham, Esq.
                                            Director of Litigation and Advocacy

CC:    All counsel of record (via ECF)