## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NEW YORK

| |
|---|
| BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated, <br><br>      Plaintiffs <br><br>       v. <br><br> CITY OF BUFFALO, N.Y., et al., <br><br>      Defendants. |

No. 1:18-cv-00719-CCR

## SUPPLEMENTAL EXPERT REPORT OF DAVID BJERK, PH.D.

1.     As noted in my Expert Report dated May 29, 2024, I received citation and stops data for 2023 only in March 2023. Expert Report ¶ 4 n.1. Due to a number of personal and professional commitments, this did not allow adequate time for my team to clean this data and for me to analyze this data for inclusion in my initial report. I reserved the right to supplement my report with this data. *Id.*

2.     This Supplemental Report supplements my original Expert Report with updated data, which consists of (a) TraCS and Buffalo's Open Data information on citations data issued in the City of Buffalo for 2023, and (b) Buffalo's Open Data for Traffic Stop Receipts ("TSRs") through early July 2024. This supplemental report does not incorporate updated data on checkpoints, as my understanding is that checkpoints ceased well before 2023, meaning that this dataset did not need to be updated.

3.     This data was obtained and cleaned in the manner described in my original Expert Report, with one exception. The 2023 TSR data that we received via subpoena from Erie County Central Police Services ("ECCPS") did not include the field reflecting the recorded ethnicity of the individual to whom the stop receipt was issued (which indicates whether the individual is Hispanic, which I consider in determining which individuals are Minority) and did not record the BPD district in which the stop was issued. Because I used both of these variables in my analysis

of the pre-2023 data, I could not simply update my existing analysis of TSRs using the updated data. To expedite this supplemental analysis, I instead obtained up-to-date BPD data on TSRs from Buffalo Open Data (https://data.buffalony.gov/Public-Safety/Traffic-Stop-Receipts/8mqs-6g9h/about_dataup), from which that data is publicly available. An inspection showed that although the TSR data available from Buffalo Open Data was extremely similar to the ECCPS data on which I had previously relied, these datasets were not identical. Therefore, for consistency, this Supplemental Report uses TSR data from Buffalo Open Data for all years, and not simply for the post-January 1, 2023, period.

4.      This Supplemental Report incorporates post-January 1, 2023, citation and stops data by including that data in the "Current Era," which my original Expert Report defined as the period beginning in March 2020 and corresponding to the beginning of the COVID-19 pandemic and the protests and potential changes in policing behavior following the death of George Floyd. This update consists of 19,193 additional citations observations, of which 18,864 could be mapped to census tracts, which were generated in about 8,000 additional distinct incidents. It also includes considerably more TSRs (17,280) than were analyzed in my original Expert Report (10,786).

5.      To the extent my analyses considered changes between distinct periods of time, I decided to incorporate post-January 1, 2023, data into the Current Era (previously defined as the time period beginning in March 2020 and running through the end of the period for which data was available), rather than treating that data as falling within a newly defined era. I did this because citation counts in both the first half and second half of 2023 were extremely similar to those in each six-month period between July 2021 and December 2022 (see Figure 1.1). Moreover, I was not (and am not) aware of any significant events or publicized policy changes that I would expect to have affected policing policies or practices in the City of Buffalo between 2022 and 2023.

6.      This Supplemental Report incorporates all the most recent data to which I have access. The Supplemental Report consists of updated versions of the tables and figures that I included in my original Expert Report. Tables and figures that have been amended to include more recent data since the initial report have a .1 suffix appended to their table or figure number. As noted, checkpoints data has not (and did not need to be) updated, so this Supplemental Report does not include updated versions of those tables and figures. This update also does not affect aspects of my analysis that did not rely on entire-period or Current-Era data (e.g., data about the relative crime and accident rates in neighborhoods prior to June 2012).

7.     As those tables and figures indicate, the updated data I analyzed is quite similar to the Current Era data that I analyzed in my original Expert Report.  Consequently, incorporating this updated data did not lead to any qualitatively significant changes to any of my results, and therefore did not alter any of my conclusions.

8.     I reserve the right to further supplement my report if I receive new data.


Respectfully submitted this 29th day of July,


David Bjerk, Ph.D

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN EXPERT REPORT**



Figure 1.1: Total Citations by Six-month period

| Table 1.1 - Wilcoxon Rank-Sum Tests of Equality of Distributions Across Eras | | | |
|---|---|---|---|
| | | Rank Sum | |
| Compared Eras | Obs | Actual | Expected Under Null |
| Era 1 - Pre-Strikeforce | 6 | 24 | 129 |
| Era 2 - Strikeforce | 36 | 879 | 774 |
| | | z = -3.774 | |
| | | pval < 0.0001 | |
| | | | |
| Era 2 - Strikeforce | 36 | 803 | 1224 |
| Era 3- BTVA | 31 | 1475 | 1054 |
| | | z = -5.294 | |
| | | pval < 0.0001 | |
| | | | |
| Era 3- BTVA | 31 | 1221 | 883.5 |
| Era 4 - Post-Strikeforce | 25 | 375 | 712.5 |
| | | z = 5.563 | |
| | | pval < 0.0001 | |
| | | | |
| Era 4 - Post-Strikeforce | 25 | 1456 | 900 |
| Era 5 - Current | 46 | 1100 | 1656 |
| | | z = 6.694 | |
| | | pval < 0.0001 | |

| Table 2.1 - Randomized Wilcoxon Rank-Sum Tests Within Eras (10 trials per era) | | | | |
|---|---|---|---|---|
| | **P-values on Null Hypothesis:** | | | |
| **Era** | **< 0.01** | **0.01 - 0.05** | **0.05 - 0.10** | **> 0.10** |
| Era 1 - Pre-Strikeforce | 0 | 0 | 0 | 10 |
| Era 2 - Strikeforce | 0 | 1 | 1 | 8 |
| Era 3 - BTVA | 0 | 0 | 0 | 10 |
| Era 4 - Post-Strikeforce | 0 | 1 | 1 | 8 |
| Era 5 - Current | 0 | 0 | 1 | 9 |
| *Each trial randomly divides months in each era into two distinct samples. P-values reveal the likelihood these samples come from the same underlying data generating process. | | | | |

















Figure 4.1e: Mean Monthly Insurance Citations per Tract



Figure 4.1f: Mean Monthly Inspection Citations per Tract

**Table 4.1: Mean Monthly Citations per Tract (Pre-Strikeforce Highest Violent Crime Tracts Only)**

| Era | Tract Type | | Difference | t-stat | p-val |
|---|---|---|---|---|---|
| | High-Minority | Low-Minority | | | |
| **All Citations** | | | | | |
| Pre-Strikeforce | 17.9 | 26.9 | **-9.0** | -1.91 | **0.07** |
| | (2.7) | (3.87) | (4.72) | | |
| Strikeforce | 77.8 | 39.2 | **38.5** | 2.31 | **0.03** |
| | (15.62) | (5.84) | (16.68) | | |
| BTVA | 126.7 | 60.8 | **65.9** | 2.29 | **0.03** |
| | (25.96) | (12.48) | (28.8) | | |
| Post-Strikeforce | 54.1 | 50.7 | **3.3** | 0.18 | **0.86** |
| | (8.23) | (16.73) | (18.65) | | |
| Current | 20.2 | 40.8 | **-20.6** | -1.01 | **0.32** |
| | (2.58) | (20.21) | (20.37) | | |
| | | | | | |
| **Moving Violations** | | | | | |
| Pre-Strikeforce | 5.2 | 9.2 | **-4.0** | -1.67 | **0.11** |
| | (.91) | (2.19) | (2.37) | | |
| Strikeforce | 12.3 | 10.3 | **2.0** | 0.58 | **0.57** |
| | (2.55) | (2.27) | (3.42) | | |
| BTVA | 19.0 | 13.0 | **6.0** | 1.22 | **0.23** |
| | (3.32) | (3.6) | (4.9) | | |
| Post-Strikeforce | 14.1 | 17.0 | **-2.9** | -0.39 | **0.70** |
| | (1.68) | (7.36) | (7.55) | | |
| Current | 6.4 | 12.7 | **-6.3** | -0.93 | **0.36** |
| | (.71) | (6.75) | (6.79) | | |
| | | | | | |
| **Non-moving Violations** | | | | | |
| Pre-Strikeforce | 12.7 | 17.7 | **-5.0** | -1.58 | **0.13** |
| | (1.92) | (2.56) | (3.2) | | |
| Strikeforce | 65.6 | 28.9 | **36.7** | 2.66 | **0.01** |
| | (13.19) | (3.98) | (13.78) | | |
| BTVA | 107.8 | 47.8 | **60.0** | 2.42 | **0.02** |
| | (22.7) | (9.98) | (24.8) | | |
| Post-Strikeforce | 39.8 | 32.6 | **7.2** | 0.62 | **0.54** |
| | (6.68) | (9.51) | (11.62) | | |
| Current | 13.7 | 27.1 | **-13.4** | -1.00 | **0.33** |
| | (2.04) | (13.25) | (13.41) | | |

Includes only census tracts in top third of violent crime incident distribution for the 12 months prior to Strikeforce. Standard errors in parentheses, all clustered by census tract to take account of non-independence.







Figure 6.1c: Mean Monthly Non-mov. Cit per Tract (High Violent Crime Tracts Only)

| Table 5.1a - Difference Between Actual and Expected Total Citations per Month (Pre-Era Controls) | | | | | |
|---|---|---|---|---|---|
| | Coefficients on Predictors of Total Monthly Citations in Low-minority Tracts  (OLS) | | | | |
| | Pre-Strikeforce | Strikeforce | BTVA | Post-Strikeforce | Current |
| Variable | Era | Era | Era | Era | Era |
| Total Population (100s) | 0.09 | 0.07 | -0.23 | -0.53*** | -0.24** |
| | (0.10) | (0.11) | (0.14) | (0.20) | (0.12) |
| Pre-era minor accidents (10s) | -2.19** | -2.83** | -2.36 | 5.62*** | 0.44 |
| | (0.90) | (1.31) | (1.71) | (2.03) | (0.92) |
| Pre-era injury accidents (10s) | 4.33** | 4.17*** | 4.69* | -6.30 | 3.43 |
| | (1.62) | (1.35) | (2.51) | (4.46) | (2.38) |
| Pre-era violent incidents (100s) | 7.59** | 10.17*** | 33.50*** | 18.61** | 12.76** |
| | (2.81) | (2.69) | (7.40) | (8.50) | (6.24) |
| Pre-Era property incidents (100s) | -0.90 | 2.23 | -5.29 | 3.32 | 1.53 |
| | (1.78) | (1.48) | (4.15) | (4.38) | (2.11) |
| Constant | 4.71 | 1.84 | 11.54* | 16.83** | 1.13 |
| | (3.69) | (3.66) | (5.78) | (7.14) | (4.62) |
| | | | | | |
| Observations | 240 | 1,440 | 1,240 | 1,000 | 1,840 |
| R-squared | 0.27 | 0.33 | 0.39 | 0.47 | 0.47 |
| | Avg. Difference Between Actual and Predicted Monthly Citations by Tract Type | | | | |
| High-minority Tracts (N = 30) | -7.49*** | 29.38*** | 37.68** | 10.93* | -9.28*** |
| | (2.12) | (9.59) | (15.95) | (5.82) | (2.44) |
| Mixed-race Tracts (N = 9) | 1.25 | 11.56* | 10.80 | 1.06 | 3.41 |
| | (5.42) | (6.91) | (11.94) | (6.01) | (3.55) |
| Intercept (Low-Minority Tracts) | 0.00 | -0.00 | 0.00 | -0.00 | -0.00 |
| | (1.24) | (1.19) | (1.78) | (2.11) | (1.43) |
| Heteroskedastic robust standard errors clustered by census tract shown in parentheses. Accidents and criminal incidents correspond to the numbers of such incidents in the year prior to the start of each era.  ***indicates significance at 1% level, **indicates significance at 5% level, *indicates significance at 10% level. | | | | | |

**Table 5.1b - Difference Between Actual and Predicted Monthly Non-moving Citations**

| Variable | Coeff. on Predictors of Monthly Non-moving Citations in Low-minority Tracts  (OLS) | | | | |
| --- | --- | --- | --- | --- | --- |
| | Pre-Strikeforce Era | Strikeforce Era | BTVA Era | Post-Strikeforce Era | Current Era |
| Total Population (100s) | -0.01 | 0.02 | -0.13 | -0.30*** | -0.17** |
| | (0.06) | (0.10) | (0.11) | (0.09) | (0.07) |
| Pre-era minor accidents (10s) | -1.67** | -2.54** | -2.27 | 2.59 | -0.08 |
| | (0.69) | (1.12) | (1.41) | (1.67) | (0.58) |
| Pre-era injury accidents (10s) | 2.37** | 3.04** | 3.78* | -3.16 | 2.84* |
| | (1.11) | (1.13) | (2.03) | (3.06) | (1.50) |
| Pre-era violent incidents (100s) | 8.57*** | 9.61*** | 28.26*** | 15.80*** | 11.21** |
| | (2.03) | (2.20) | (7.02) | (5.00) | (4.35) |
| Pre-Era property incidents (100s) | -1.72 | 1.08 | -4.43 | 0.72 | 0.74 |
| | (1.50) | (1.09) | (3.81) | (1.55) | (1.31) |
| Constant | 5.14* | 2.25 | 5.64 | 8.08*** | -1.19 |
| | (2.57) | (3.37) | (4.31) | (2.92) | (2.61) |
| | | | | | |
| Observations | 240 | 1,440 | 1,240 | 1,000 | 1,840 |
| R-squared | 0.31 | 0.29 | 0.39 | 0.50 | 0.49 |
| | Avg. Diff. Between Actual and Predicted Monthly Non-moving Citations | | | | |
| High-minority Tracts (N = 30) | -4.74*** | 27.12*** | 35.01** | 10.41** | -6.38*** |
| | (1.38) | (8.09) | (13.99) | (4.39) | (1.81) |
| Mixed-race Tracts (N = 9) | -0.44 | 9.25* | 10.82 | 3.35 | 2.18 |
| | (3.04) | (5.18) | (10.61) | (3.73) | (1.75) |
| Intercept (Low-Minority Tracts) | -0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | (0.84) | (0.99) | (1.49) | (1.08) | (0.81) |

Heteroskedastic robust standard errors clustered by census tract shown in parentheses. Accidents and criminal incidents correspond to the numbers of such incidents in the year prior to the start of each era.  ***indicates significance at 1% level, **indicates significance at 5% level, *indicates significance at 10% level. Non-moving violation citations include citations for equipment infractions (e.g., tinted windows, obscured view, seatblelt/childseat infractions, worn tires, broken lights), license/registration infractions, insurance infractions, and inspection infractions.

**Table 5.1c - Difference Between Actual and Predicted Monthly Moving Citations**

| Variable | Coeff. on Predictors of Monthly Moving Citations in Low-minority Tracts (OLS) | | | | |
| --- | --- | --- | --- | --- | --- |
| | Pre-Strikeforce Era | Strikeforce Era | BTVA Era | Post-Strikeforce Era | Current Era |
| Total Population (100s) | 0.10 | 0.05 | -0.08 | -0.10 | -0.03 |
| | (0.07) | (0.03) | (0.05) | (0.09) | (0.06) |
| Pre-era minor accidents (10s) | -0.52 | -0.27 | -0.44 | 1.91*** | 0.51 |
| | (0.39) | (0.28) | (0.35) | (0.53) | (0.35) |
| Pre-era injury accidents (10s) | 1.97** | 1.12*** | 1.18* | -1.00 | 0.47 |
| | (0.85) | (0.36) | (0.59) | (1.37) | (0.96) |
| Pre-era violent incidents (100s) | -1.05 | 0.47 | 5.19*** | 0.79 | 1.36 |
| | (1.50) | (0.90) | (1.54) | (3.77) | (2.13) |
| Pre-Era property incidents (100s) | 0.87 | 1.21** | -0.17 | 2.85 | 0.89 |
| | (0.76) | (0.52) | (0.73) | (3.71) | (0.85) |
| Constant | -0.52 | -0.56 | 4.19** | 2.98 | 0.52 |
| | (2.38) | (0.93) | (1.84) | (3.19) | (2.49) |
| | | | | | |
| Observations | 240 | 1,440 | 1,240 | 1,000 | 1,840 |
| R-squared | 0.16 | 0.27 | 0.17 | 0.28 | 0.27 |
| | Avg. Diff. Between Actual and Predicted Monthly Moving Citations | | | | |
| High-minority Tracts (N = 30) | -2.69** | 2.42 | 2.60 | 1.53 | -1.87** |
| | (1.05) | (1.64) | (2.08) | (1.53) | (0.93) |
| Mixed-race Tracts (N = 9) | 1.82 | 2.48 | 0.24 | -0.18 | 1.08 |
| | (2.90) | (1.82) | (1.81) | (2.81) | (1.48) |
| Intercept (Low-Minority Tracts) | 0.00 | 0.00 | 0.00 | 0.00 | -0.00 |
| | (0.66) | (0.35) | (0.48) | (1.04) | (0.70) |

incidents correspond to the numbers of such incidents in the year prior to the start of each era. ***indicates significance at 1% level, **indicates significance at 5% level, *indicates significance at 10% level. Moving violation citations include moving violations (e.g., speeding, reckless driving, failure to stop at red light or stop sign), DUIs, and mobile electronics infractions.

**Table 7.1: Propensity Score Matching Estimates of Citations**

| Outcome Variable | Sample | Avg Cit./tract/mo | | Diff. | Clustered S.E. | t-stat | p-val |
|---|---|---|---|---|---|---|---|
| | | High Minority | Low Minority | | | | |
| **Pre-Strikeforce (Jan 2012-June 2012)** | | | | | | | |
| All Citations | Unmatched | 15.37 | 15.19 | 0.18 | 2.50 | 0.07 | 0.941 |
| | Matched | 11.75 | 22.05 | -10.31 | 3.60 | -2.87 | 0.008 |
| Non-moving Citations | Unmatched | 10.81 | 9.04 | 1.76 | 1.74 | 1.01 | 0.315 |
| | Matched | 8.25 | 14.88 | -6.62 | 3.32 | -1.99 | 0.056 |
| Moving Citations | Unmatched | 4.61 | 6.14 | -1.53 | 1.02 | -1.50 | 0.139 |
| | Matched | 3.54 | 7.14 | -3.60 | 1.20 | -3.00 | 0.006 |
| **Strikeforce (July 2012-June 2015)** | | | | | | | |
| All Citations | Unmatched | 59.94 | 18.82 | 41.13 | 10.45 | 3.94 | 0.000 |
| | Matched | 37.64 | 24.87 | 12.78 | 5.41 | 2.36 | 0.025 |
| Non-moving Citations | Unmatched | 50.33 | 13.18 | 37.15 | 8.82 | 4.21 | 0.000 |
| | Matched | 31.34 | 17.89 | 13.44 | 4.76 | 2.83 | 0.009 |
| Moving Citations | Unmatched | 9.70 | 5.61 | 4.08 | 1.75 | 2.34 | 0.022 |
| | Matched | 6.35 | 6.88 | -0.53 | 0.95 | -0.56 | 0.582 |
| **BTVA (July 2015-Jan 2018)** | | | | | | | |
| All Citations | Unmatched | 97.32 | 29.00 | 68.32 | 17.37 | 3.93 | 0.000 |
| | Matched | 66.92 | 33.76 | 33.17 | 12.64 | 2.62 | 0.014 |
| Non-moving Citations | Unmatched | 81.95 | 21.29 | 60.66 | 15.16 | 4.00 | 0.000 |
| | Matched | 55.27 | 25.56 | 29.71 | 11.12 | 2.67 | 0.012 |
| Moving Citations | Unmatched | 15.39 | 7.29 | 8.10 | 2.36 | 3.44 | 0.001 |
| | Matched | 11.63 | 8.00 | 3.63 | 1.97 | 1.84 | 0.076 |
| **Post-Strikeforce (Feb 2018-Feb 2020)** | | | | | | | |
| All Citations | Unmatched | 45.65 | 27.40 | 18.25 | 6.80 | 2.68 | 0.009 |
| | Matched | 35.29 | 22.59 | 12.70 | 4.84 | 2.62 | 0.014 |
| Non-moving Citations | Unmatched | 32.88 | 15.08 | 17.81 | 4.99 | 3.57 | 0.001 |
| | Matched | 24.61 | 13.49 | 11.12 | 3.56 | 3.13 | 0.004 |
| Moving Citations | Unmatched | 12.54 | 10.27 | 2.28 | 2.06 | 1.10 | 0.274 |
| | Matched | 10.46 | 8.04 | 2.41 | 1.77 | 1.37 | 0.183 |
| **Current (March 2020-December 2023)** | | | | | | | |
| All Citations | Unmatched | 20.04 | 16.29 | 3.76 | 3.73 | 1.01 | 0.317 |
| | Matched | 17.80 | 11.42 | 6.38 | 2.58 | 2.48 | 0.020 |
| Non-moving Citations | Unmatched | 13.71 | 9.22 | 4.49 | 2.63 | 1.71 | 0.092 |
| | Matched | 11.92 | 6.13 | 5.78 | 1.96 | 2.95 | 0.006 |
| Moving Citations | Unmatched | 6.20 | 6.22 | -0.02 | 1.27 | -0.02 | 0.99 |
| | Matched | 5.74 | 4.64 | 1.10 | 1.12 | 0.98 | 0.33 |

Note: Standard errors are calculated to be robust to heteroskedasticity and clustered by census tract. Non-moving violations include citations for equipment infractions (e.g., tinted windows, obscured view, seatblelt/childseat infractions, worn tires, broken lights), license/registration infractions, insurance infractions, and inspection infractions. Moving-violations include citations for speeding, reckless driving, failure to stop at red light or stop sign, DUIs, failure to dim headlights, and mobile electronics infractions. High Minority refers to tracts that are 60-100 percent Black and/or Hispanic, Low Minority refers to tracts that are 0-40 percent Black and/or Hispanic.

**Table 8.1 - Fraction of Obs with Driver Race Recorded by Era**

| Era | Tracs | OD | Tracs or OD |
|---|---|---|---|
| Pre-Strikeforce | 0.52 | 0.64 | 0.79 |
| Strikeforce | 0.57 | 0.69 | 0.82 |
| BTVA | 0.60 | 0.68 | 0.83 |
| Post-Strikeforce | 0.66 | 0.60 | 0.82 |
| Current | 0.67 | 0.52 | 0.79 |
| | | | |
| Overall | 0.61 | 0.65 | 0.82 |

**Table 9.1 - Driver Race Across Sources**

| Sample | Minority | Non-Minority | Obs |
|---|---|---|---|
| 1 - Valid Race (Tracs and/or OD) | 0.76 | 0.24 | 322,123 |
| | **Tracs Minority** | **Tracs Non-minority** | |
| 2 - Valid Tracs Race (w/ or w/out OD Race) | 0.76 | 0.24 | 243,281 |
| 3 - Valid Tracs Race (w/ valid OD Race) | 0.84 | 0.16 | 173,560 |
| 4 - Valid Tracs Race (w/out valid OD Race) | 0.57 | 0.43 | 69,721 |
| | **OD Minority** | **OD Non-minority** | |
| 5 - Valid Tracs Race (w/ valid OD Race) | 0.85 | 0.15 | 174,560 |
| 6 - Tracs Race Missing (w/ valid OD Race) | 0.75 | 0.25 | 78,842 |
| Obs with Tracs and OD Race Missing | - | - | 71,456 |

| Table 10.1 - Imputed Race Distribution for Drivers with Unrecorded Race | | | |
|---|---|---|---|
| | **Percent Minority** | | |
| | **All Citations** | **Moving Violations** | **Non-moving Violations** |
| **Citywide** | | | |
| Race Recorded (Actual) | 76.1% | 64.9% | 80.1% |
| Race Recorded (Imputed) | 76.4% | 64.7% | 80.4% |
| Race Unrecorded (Imputed) | 65.2% | 52.7% | 70.7% |
| | | | |
| **High-Minority Tracts** | | | |
| Race Recorded (Actual) | 87.2% | 80.7% | 88.8% |
| Race Recorded (Imputed) | 86.9% | 80.0% | 88.8% |
| Race Unrecorded (Imputed) | 79.7% | 70.2% | 82.9% |
| | | | |
| **Mixed-race Tracts** | | | |
| Race Recorded (Actual) | 65.2% | 57.8% | 68.0% |
| Race Recorded (Imputed) | 65.9% | 57.7% | 68.8% |
| Race Unrecorded (Imputed) | 60.3% | 53.0% | 63.4% |
| | | | |
| **Low-Minority Tracts** | | | |
| Race Recorded (Actual) | 57.7% | 47.5% | 63.7% |
| Race Recorded (Imputed) | 59.0% | 47.9% | 64.4% |
| Race Unrecorded (Imputed) | 51.1% | 40.9% | 55.6% |
| *This table only reflects citations were could be mapped to a census tract within the city of Buffalo. | | | |



Fig 7.1a: Avg. Monthly Citations Citywide by Driver Race

■ Minority Drivers
■ Non-Minority Drivers
■ Driver Race Unrecord.



Fig 7.1b: Avg. Monthly Moving Citations by Driver Race



Fig 7.1c: Avg. Monthly Non-moving Citations by Driver Race



















**Table 11.1 - Population Adjusted Monthly Ticketing Rates by Race, Avg within Tracts**

| Era | Pop. Adj. Monthly Ticketing Rates (Within Tract Pop. Wgt. Avg.) | | Diff | t-stat | pval | Min. to Non-Min. Ratio |
|---|---|---|---|---|---|---|
| | Minorities | Non-Minorities | | | | |
| **All Citations** | | | | | | |
| Pre-Strikeforce | 0.95 | 0.40 | 0.55 | 5.1 | 0.000 | 2.4 |
| | (0.11) | (0.04) | (0.11) | | | |
| Strikeforce | 1.69 | 0.96 | 0.73 | 5.0 | 0.000 | 1.8 |
| | (0.17) | (0.16) | (0.15) | | | |
| BTVA | 2.50 | 1.81 | 0.69 | 2.8 | 0.007 | 1.4 |
| | (0.25) | (0.37) | (0.25) | | | |
| Post-Strikeforce | 1.74 | 0.99 | 0.75 | 4.2 | 0.000 | 1.8 |
| | (0.18) | (0.15) | (0.18) | | | |
| Current | 1.00 | 0.43 | 0.57 | 4.5 | 0.000 | 2.3 |
| | (0.13) | (0.06) | (0.13) | | | |
| **Moving Violations** | | | | | | |
| Pre-Strikeforce | 0.30 | 0.17 | 0.12 | 3.5 | 0.001 | 1.7 |
| | (0.04) | (0.02) | (0.04) | | | |
| Strikeforce | 0.33 | 0.25 | 0.08 | 2.9 | 0.006 | 1.3 |
| | (0.03) | (0.04) | (0.03) | | | |
| BTVA | 0.44 | 0.40 | 0.05 | 0.9 | 0.371 | 1.1 |
| | (0.04) | (0.06) | (0.05) | | | |
| Post-Strikeforce | 0.50 | 0.39 | 0.12 | 2.0 | 0.054 | 1.3 |
| | (0.05) | (0.05) | (0.06) | | | |
| Current | 0.32 | 0.20 | 0.12 | 2.7 | 0.010 | 1.6 |
| | (0.04) | (0.03) | (0.05) | | | |
| **Non-Moving Violations** | | | | | | |
| Pre-Strikeforce | 0.65 | 0.23 | 0.42 | 5.3 | 0.000 | 2.9 |
| | (0.09) | (0.02) | (0.08) | | | |
| Strikeforce | 1.36 | 0.71 | 0.65 | 5.2 | 0.000 | 1.9 |
| | (0.15) | (0.13) | (0.12) | | | |
| BTVA | 2.04 | 1.40 | 0.64 | 3.1 | 0.003 | 1.5 |
| | (0.22) | (0.31) | (0.21) | | | |
| Post-Strikeforce | 1.15 | 0.57 | 0.58 | 5.6 | 0.000 | 2.0 |
| | (0.11) | (0.1) | (0.1) | | | |
| Current | 0.65 | 0.21 | 0.44 | 5.0 | 0.000 | 3.0 |
| | (0.09) | (0.03) | (0.09) | | | |

*Standard errors in parentheses, adjusted for multiple observations per tract in eras with more than one six-month period. See text regarding how tickets issued to driver's with unrecorded race were allocated across race groups. For each racial group r, Population Adjusted Ticketing Rates measure the average number of tickets issued to members of racial group r per month in each tract per hundred people of race r in that tract (see text for details).

**Table 12.1 - Decomposition of Racial Differences in Population Adjusted Ticketing Rates, Within vs Across Tract Disparities**

| Era | Population Adjusted Monthly Ticketing Rates (Citywide) | | Citywide Ratio | Population Adjusted Monthly Ticketing Rates (Within Tract Pop. Wgt. Avg.) | | Within Tracts Ratio | % of Overall Racial Disparity in Ticketing Rates Due to | |
|---|---|---|---|---|---|---|---|---|
| | Minorities | Non-Minorities | | Minorities | Non-Minorities | | Within Tract Disparities | Across Tract Disparities |
| **All Citations** | | | | | | | | |
| Pre-Strikeforce | 0.64 | 0.33 | **1.9** | 0.95 | 0.40 | **2.4** | 148% | -48% |
| Strikeforce | 1.77 | 0.50 | **3.6** | 1.69 | 0.96 | **1.8** | 30% | 70% |
| BTVA | 2.80 | 0.78 | **3.6** | 2.50 | 1.81 | **1.4** | 15% | 85% |
| Post-Strikeforce | 1.57 | 0.61 | **2.6** | 1.74 | 0.99 | **1.8** | 48% | 52% |
| Current | 0.81 | 0.29 | **2.8** | 1.00 | 0.43 | **2.3** | 74% | 26% |
| **Moving Violations** | | | | | | | | |
| Pre-Strikeforce | 0.20 | 0.15 | **1.3** | 0.30 | 0.17 | **1.7** | 223% | -123% |
| Strikeforce | 0.30 | 0.16 | **1.9** | 0.33 | 0.25 | **1.3** | 37% | 63% |
| BTVA | 0.44 | 0.21 | **2.0** | 0.44 | 0.40 | **1.1** | 11% | 89% |
| Post-Strikeforce | 0.43 | 0.26 | **1.6** | 0.50 | 0.39 | **1.3** | 48% | 52% |
| Current | 0.24 | 0.13 | **1.8** | 0.32 | 0.20 | **1.6** | 72% | 28% |
| **Non-Moving Violations** | | | | | | | | |
| Pre-Strikeforce | 0.44 | 0.18 | **2.4** | 0.65 | 0.23 | **2.9** | 131% | -31% |
| Strikeforce | 1.47 | 0.34 | **4.3** | 1.36 | 0.71 | **1.9** | 27% | 73% |
| BTVA | 2.36 | 0.56 | **4.2** | 2.04 | 1.40 | **1.5** | 14% | 86% |
| Post-Strikeforce | 1.11 | 0.31 | **3.6** | 1.15 | 0.57 | **2.0** | 61% | 39% |
| Current | 0.55 | 0.14 | **4.0** | 0.65 | 0.21 | **3.0** | 67% | 33% |

*See text regarding how tickets issued to driver's with unrecorded race were allocated across race groups. For each racial group r, Population Adjusted Ticketing Rates measure the average number of tickets issued to members of racial group r per six months in each tract per hundred people of race r in that tract (see text for details).



Fig. 11.1 - Percent Difference in Minority to Non-Minority Pop. Adjusted Mo. Ticketing Rates (Within and Across Tract Contributions)



Fig. 12.1 - Fraction of Incidents with Multiple Citations by Driver Race

26

**Table 13.1 - Difference Between Actual and Predicted Likelihood of Multiple Citations within Incident**

| Variable | Coeff. On Predictors of Multiple Citations for Non-minority Drivers (Probit) | | | | |
| --- | --- | --- | --- | --- | --- |
| | Pre-Strikeforce Era | Strikeforce Era | BTVA Era | Post-Strikeforce Era | Current Era |
| Age | -0.004 | -0.004*** | -0.007*** | -0.002 | -0.004*** |
| | (0.003) | (0.001) | (0.001) | (0.001) | (0.001) |
| 12PM-6PM | 0.293** | 0.329*** | 0.463*** | 0.303*** | 0.289*** |
| | (0.131) | (0.057) | (0.077) | (0.071) | (0.052) |
| 6PM-12AM | 0.525*** | 0.472*** | 0.616*** | 0.594*** | 0.387*** |
| | (0.119) | (0.061) | (0.091) | (0.094) | (0.082) |
| 12AM-6AM | 0.638*** | 0.532*** | 0.405*** | 0.530*** | 0.626*** |
| | (0.144) | (0.067) | (0.092) | (0.103) | (0.089) |
| Constant | -0.790*** | -0.558*** | -0.393*** | -0.637*** | -0.608*** |
| | (0.149) | (0.064) | (0.081) | (0.093) | (0.089) |
| | | | | | |
| Observations | 1,441 | 11,129 | 11,567 | 8,655 | 7,886 |
| | Mean Difference Between Actual and Predicted Likelihood of Multiple Citations w/in Incident | | | | |
| Minority Drivers | 0.12*** | 0.17*** | 0.19*** | 0.14*** | 0.17*** |
| | (0.015) | (0.008) | (0.012) | (0.015) | (0.014) |
| Driver Race Unrecorded | -0.023 | 0.002 | 0.034*** | 0.007 | 0.069*** |
| | (0.019) | (0.008) | (0.011) | (0.015) | (0.015) |
| Intercept (Non-minority Drivers) | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| | (0.013) | (0.010) | (0.018) | (0.017) | (0.017) |

*"Excluded" Comparison Time Category 6AM-12PM. All standard errors are heteroskedasticity robust and clustered by census tract. ***indicates significance at 1% level, **indicates significance at 5% level, *indicates significance at 10% level.



**Fig. 13.1a - Number of Tinted Window Incidents by Race**

- 3,578
- 2,935
- 16,641

■ Minority Driver  ■ Non-Minority Driver  ■ Race Unrecorded



**Fig. 13.1b - Number of Tinted Window Incidents by Race (Including Imputation for Unrecorded Race)**

3,994

19,160

■ Minority Driver   ■ Non-Minority Driver



**Fig 13.1c - Avg Number of Tinted Window Incidents per Tract, by Tract Type**

147

267

487

■ High-Minority Tracts (N=30)   ■ Mixed-Race Tracts (N=9)   ■ Low-Minority Tracts (N=40)



Table 14.1 - Difference Between Actual and Expected Likelihood of Multiple Tinted Window Citations within Tinted Window Incidents

| | Coeff. On Predictors of Multiple Tinted Window Citations for Non-minority Drivers (Probit) | | | | |
|---|---|---|---|---|---|
| Variable | Pre-Strikeforce Era | Strikeforce Era | BTVA Era | Post-Strikeforce Era | Current Era |
| Age | 0.012 | -0.002 | -0.005 | 0.011 | -0.007 |
| | (0.014) | (0.004) | (0.003) | (0.009) | (0.008) |
| 12PM-6PM | 3.719*** | 0.246 | 0.939*** | 1.280*** | 1.170*** |
| | (0.357) | (0.190) | (0.123) | (0.382) | (0.398) |
| 6PM-12AM | 4.296*** | -0.044 | 0.885*** | 1.403*** | 1.345*** |
| | (0.166) | (0.218) | (0.145) | (0.396) | (0.407) |
| 12AM-6AM | 4.122*** | -0.106 | -0.280 | 0.638 | 1.593*** |
| | (0.585) | (0.285) | (0.347) | (0.542) | (0.447) |
| Constant | -5.334*** | 0.035 | 0.138 | -1.251*** | -1.087*** |
| | (0.383) | (0.193) | (0.147) | (0.452) | (0.409) |
| | | | | | |
| Observations | 105 | 1,404 | 928 | 277 | 191 |
| | Mean Difference Between Actual and Predicted Likelihood of Multiple Tinted Window Citations w/in Tinted Window Incidents | | | | |
| Minority Drivers | 0.07* | 0.12*** | 0.09*** | 0.10*** | -0.01 |
| | (0.042) | (0.026) | (0.017) | (0.036) | (0.035) |
| Driver Race Unrecorded | 0.03 | 0.07*** | 0.04** | 0.12*** | -0.09 |
| | (0.055) | (0.025) | (0.016) | (0.039) | (0.049) |
| Intercept (Non-minority Drivers) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | (0.035) | (0.031) | (0.019) | (0.034) | (0.033) |

*"Excluded" Comparison Time Category 6AM-12PM. All standard errors are heteroskedasticity robust and clustered by census tract. ***indicates significance at 1% level, **indicates significance at 5% level, *indicates significance at 10% level.

| Table 15.1 - Stop Receipts by District (6/23/2020 - 7/10/2024) | | | | |
|---|---|---|---|---|
| District | Num of Stops | % of stops | % Minority | % of City Pop |
| A | 1,325 | 8% | 17% | 16% |
| D | 4,115 | 24% | 31% | 29% |
| B | 3,275 | 19% | 50% | 17% |
| C | 4,001 | 23% | 59% | 14% |
| E | 4,564 | 26% | 73% | 23% |

| Table 16.1 - Summary of Stop Receipts (6/23/2020 - 7/10/2024) | | |
|---|---|---|
| Reason For Stop | Number of Stops | Frac. Missing Race |
| Equipment | 6,258 | 0.21 |
| Stoplight/Stop Sign Violation | 3,739 | 0.26 |
| Registration/Insurance | 2,680 | 0.20 |
| Speeding | 1,578 | 0.20 |
| Failure to use Turn Signal | 1,344 | 0.22 |
| Erratic/Reckless/Ilegal driving | 1,218 | 0.22 |
| Invest./Stolen/Warrant/Acc. | 208 | 0.12 |
| Illegal Parking/Stopped | 156 | 0.20 |
| Suspicion/Suspected/Drugs | 154 | 0.13 |
| Cell Phone/Texting | 107 | 0.29 |
| Seatbelt/Childseat | 93 | 0.37 |
| Driving during Ban | 43 | 0.35 |
| Littering | 11 | 0.09 |
| Various Other | 38 | 0.21 |
| | | |
| No Reason Given | 424 | 0.22 |
| Total | 18,051 | 0.22 |



Fig. 15.1: Reasons for Stops (by District)

30



**UPDATED VERSIONS OF ADDITIONAL ANALYSES**

**Table A1.1a - Difference Between Actual and Expected Total Citations per Month (Pre-Strikeforce Controls)**

| | Coefficients on Predictors of Total Monthly Citations in Low-minority Tracts  (OLS) | | | | |
|---|---|---|---|---|---|
| Variable | Pre-Strikeforce Era | Strikeforce Era | BTVA Era | Post-Strikeforce Era | Current Era |
| Total Population (100s) | 0.06 | 0.05 | -0.12 | -0.34* | -0.30** |
| | (0.10) | (0.11) | (0.20) | (0.20) | (0.12) |
| Pre-Strikeforce minor accidents (10s) | -1.44 | -2.09** | -1.35 | 0.63 | 0.60 |
| | (0.89) | (0.91) | (1.92) | (1.92) | (1.26) |
| Pre-Strikeforce injury accidents (10s) | 2.43 | 3.89*** | 2.20 | 2.62 | 1.47 |
| | (1.48) | (1.25) | (2.06) | (3.43) | (1.93) |
| Pre-Strikeforce vio. incidents (100s) | 6.54** | 10.50*** | 20.47*** | 11.76** | 14.09*** |
| | (2.59) | (2.66) | (5.43) | (5.78) | (4.72) |
| Pre-Strikeforce prop. incidents (100s) | 1.17 | 1.93 | 0.53 | 1.33 | 1.08 |
| | (1.42) | (1.30) | (2.09) | (3.09) | (1.62) |
| Constant | 4.95 | 2.63 | 12.28* | 15.96 | 4.50 |
| | (3.78) | (3.77) | (7.03) | (9.55) | (4.34) |
| | | | | | |
| Observations | 240 | 1,440 | 1,240 | 1,000 | 1,840 |
| R-squared | 0.24 | 0.33 | 0.32 | 0.37 | 0.46 |
| | Avg. Difference Between Actual and Predicted Monthly Citations by Tract Type | | | | |
| High-minority Tracts (N = 30) | -6.82*** | 29.79*** | 51.61*** | 6.62 | -8.37*** |
| | (2.04) | (9.62) | (16.19) | (5.59) | (2.55) |
| Mixed-race Tracts (N = 9) | 2.27 | 11.74* | 13.08 | 2.14 | 0.48 |
| | (5.09) | (6.97) | (12.46) | (5.59) | (3.75) |
| Intercept (Low-Minority Tracts) | 0.00 | 0.00 | -0.00 | 0.00 | 0.00 |
| | (1.30) | (1.19) | (2.19) | (2.61) | (1.46) |

Heteroskedastic robust standard errors clustered by census tract shown in parentheses. Accidents and criminal incidents correspond to the numbers of such incidents in the year prior to the start of Strikeforce.  ***indicates significance at 1% level, **indicates significance at 5% level, *indicates significance at 10% level.

**Table A1.1b - Difference Between Actual and Predicted Monthly Non-moving Citations**

| Variable | Coefficients on Predictors of Non-Moving Cit. per 6-mo. in Low-minority Tracts  (OLS) | | | | |
|---|---|---|---|---|---|
| | Pre-Strikeforce Era | Strikeforce Era | BTVA Era | Post-Strikeforce Era | Current Era |
| Total Population (100s) | -0.01 | 0.01 | -0.02 | -0.20* | -0.22*** |
| | (0.07) | (0.10) | (0.18) | (0.10) | (0.07) |
| Pre-Strikeforce minor accidents (10s) | -1.28* | -1.70** | -1.30 | 0.11 | 0.16 |
| | (0.67) | (0.79) | (1.68) | (0.99) | (0.81) |
| Pre-Strikeforce injury accidents (10s) | 1.41 | 2.55** | 1.87 | 0.82 | 0.86 |
| | (1.04) | (1.05) | (1.75) | (1.50) | (1.10) |
| Pre-Strikeforce vio. incidents (100s) | 6.94*** | 9.72*** | 16.24*** | 10.72*** | 10.79*** |
| | (1.79) | (2.26) | (4.84) | (3.32) | (3.15) |
| Pre-Strikeforce prop. incidents (100s) | -0.04 | 0.77 | 0.61 | 0.29 | 0.83 |
| | (0.96) | (1.01) | (1.83) | (1.41) | (0.91) |
| Constant | 4.73* | 2.93 | 5.87 | 8.09* | 1.47 |
| | (2.74) | (3.45) | (5.68) | (4.23) | (2.49) |
| | | | | | |
| Observations | 240 | 1,440 | 1,240 | 1,000 | 1,840 |
| R-squared | 0.27 | 0.29 | 0.31 | 0.42 | 0.48 |
| **Avg. Diff. Between Actual and Predicted Monthly Non-moving Citations** | | | | | |
| High-minority Tracts (N = 30) | -4.36*** | 27.85*** | 47.37*** | 9.09** | -4.57** |
| | (1.40) | (8.15) | (14.23) | (4.28) | (1.91) |
| Mixed-race Tracts (N = 9) | 0.86 | 9.49* | 13.27 | 3.35 | 0.32 |
| | (2.88) | (5.26) | (11.06) | (3.70) | (2.12) |
| Intercept (Low-Minority Tracts) | 0.00 | 0.00 | -0.00 | 0.00 | -0.00 |
| | (0.89) | (1.00) | (1.85) | (1.35) | (0.87) |

Heteroskedastic robust standard errors clustered by census tract shown in parentheses. Accidents and criminal incidents correspond to the numbers of such incidents in the year prior to the start of Strikeforce.  ***indicates significance at 1% level, **indicates significance at 5% level, *indicates significance at 10% level. Non-moving violation citations include citations for equipment infractions (e.g., tinted windows, obscured view, seatbelt/childseat infractions, worn tires, broken lights), license/registration infractions, insurance infractions, and inspection infractions.

**Table A1.1c - Difference Between Actual and Predicted Monthly Moving Citations**

| Variable | Coeff. on Predictors of Monthly Moving Citations in Low-minority Tracts (OLS) | | | | |
|---|---|---|---|---|---|
| | Pre-Strikeforce Era | Strikeforce Era | BTVA Era | Post-Strikeforce Era | Current Era |
| Total Population (100s) | 0.07 | 0.05 | -0.08 | -0.05 | -0.05 |
| | (0.07) | (0.03) | (0.05) | (0.10) | (0.07) |
| Pre-Strikeforce minor accidents (10s) | -0.17 | -0.39* | -0.28 | 0.04 | 0.28 |
| | (0.44) | (0.23) | (0.32) | (0.98) | (0.50) |
| Pre-Strikeforce injury accidents (10s) | 1.04 | 1.34*** | 0.65 | 2.22 | 0.69 |
| | (0.87) | (0.36) | (0.53) | (1.81) | (0.81) |
| Pre-Strikeforce vio. incidents (100s) | -0.45 | 0.70 | 4.30*** | 1.91 | 3.22* |
| | (1.52) | (0.89) | (1.02) | (2.80) | (1.81) |
| Pre-Strikeforce prop. incidents (100s) | 1.25 | 1.22*** | 0.21 | 1.25 | 0.49 |
| | (0.86) | (0.43) | (0.58) | (2.22) | (0.74) |
| Constant | 0.12 | -0.45 | 4.83** | 2.52 | 1.18 |
| | (2.34) | (0.95) | (1.92) | (4.15) | (2.59) |
| | | | | | |
| Observations | 240 | 1,440 | 1,240 | 1,000 | 1,840 |
| R-squared | 0.13 | 0.27 | 0.15 | 0.23 | 0.27 |
| **Avg. Diff. Between Actual and Predicted Monthly Moving Citations** | | | | | |
| High-minority Tracts (N = 30) | -2.41** | 2.09 | 4.29** | -1.49 | -3.13*** |
| | (0.94) | (1.63) | (2.07) | (1.58) | (0.93) |
| Mixed-race Tracts (N = 9) | 1.52 | 2.42 | 0.22 | -0.16 | -0.04 |
| | (2.77) | (1.79) | (1.93) | (2.13) | (1.32) |
| Intercept (Low-Minority Tracts) | 0.00 | 0.00 | -0.00 | 0.00 | 0.00 |
| | (0.68) | (0.35) | (0.52) | (1.15) | (0.70) |

Heteroskedastic robust standard errors clustered by census tract shown in parentheses. Accidents and criminal incidents correspond to the numbers of such incidents in the year prior to the start of Strikeforce. ***indicates significance at 1% level, **indicates significance at 5% level, *indicates significance at 10% level. Moving violation citations include moving violations (e.g., speeding, reckless driving, failure to stop at red light or stop sign), DUIs, and mobile electronics infractions.