UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,

            Plaintiffs,

   v.

CITY OF BUFFALO, N.Y., *et al.*,

            Defendants.

No. 1:18-cv-00719-CCR

## **STIPULATED MOTION TO AMEND SCHEDULING ORDER**

The Parties respectfully move to amend the scheduling order to extend the motion to compel deadline from September 10, 2024 to November 12, 2024, and the dispositive motion deadline from September 24, 2024 to December 4, 2024. *See* ECF Nos. 226, 227.

1. Under the present schedule, the current expert discovery deadline is October 4, 2024. The deadline for any motion to compel is September 10, 2024. The dispositive motion deadline is September 24, 2024.

2. Since the Parties' last request to modify the scheduling order, they have completed the 30(b)(6) depositions of BPD witnesses Chief William Macy on August 16 and Captain Michael Palizay on September 6. The 30(b)(6) deposition of the City is now complete.

3. In addition, the Parties have scheduled five expert depositions to take place between September 20 and 30. The Parties currently expect to complete expert discovery by the October 4 deadline.

4. The Parties are also preparing for oral argument on Plaintiffs' motion for class certification, which they expect to schedule for October 21, 22, or 23.

5.      The depositions of Chief Macy and Captain Palizay resulted in the production of additional voluminous materials to Plaintiffs and the identification of additional documents that are relevant and responsive but have not been produced. The parties require additional time to complete production of responsive documents and determine whether Defendant's production is complete. The Parties continue to work together to identify and produce any remaining productions as efficiently and expeditiously as possible and continue to believe that extension of the motion to compel deadline to November 12, 2024, may enable them to resolve any remaining issues without court intervention.

6.      Finally, given the complexity of this case and the size of the evidentiary record, the Parties require more time to prepare dispositive motions. The Parties respectfully request an extension of the dispositive motion deadline to December 4, 2024, with responsive briefing due by January 24, 2025, and replies by February 7, 2025.

WHEREFORE, the Parties respectfully request that the Court modify the schedule as proposed.

Dated: September 10, 2024

Respectfully Submitted,

| | |
|---|---|
| */s/ Claudia Wilner* | */s/ Peter Sahasrabudhe*_____ |
| Claudia Wilner | Hugh M. Russ III |
| Edward Krugman | Peter A. Sahasrabudhe |
| Anjana Malhotra | Cheyenne Freely |
| NATIONAL CENTER FOR LAW | HODGSON RUSS LLP |
| AND ECONOMIC JUSTICE | The Guaranty Building |
| 50 Broadway, Suite 1500 | 140 Pearl Street – Suite 100 |
| New York, NY 10004 | Buffalo, New York 14202 |
| 212-633-6967 | Telephone: (716) 856-4000 |
| wilner@nclej.org | hruss@hodgsonruss.com |
| krugman@nclej.org | pshasra@hodgsonruss.com |
| malhotra@nclej.org | cfreely@hodgsonruss.com |
| | |
| | *Attorneys for Defendants* |

Philip Irwin (*pro hac vice*)
Jordan Joachim (*pro hac vice*)
Christine Nelson (*pro hac vice*)
Andrew Timmick (*pro hac vice*)
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
212-841-1000
pirwin@cov.com
jjoachim@cov.com
cnelson@cov.com
atimmick@cov.com

Matthew Alan Parham
WESTERN NEW YORK LAW CENTER
Cathedral Park Tower
37 Franklin Street, Suite 210
Buffalo, NY 14202
716-828-8415
mparham@wnylc.com

Chinyere Ezie
Baher Azmy
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
212-614-6475
cezie@ccrjustice.org
bazmy@ccrjustice.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 10, 2024, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

            */s/ Claudia Wilner*

            Claudia Wilner
            NATIONAL CENTER FOR LAW
            AND ECONOMIC JUSTICE
            50 Broadway, Suite 1500
            New York, NY 10004
            212-633-6967
            wilner@nclej.org