UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,<br><br>       Plaintiffs,<br><br> v.<br><br>CITY OF BUFFALO, N.Y., *et al.*,<br><br>       Defendants. | No. 1:18-cv-00719-CCR |

## STIPULATED MOTION TO EXTEND EXPERT DISCOVERY DEADLINE

The Parties respectfully move to amend the scheduling order to extend the expert discovery deadline from October 4, 2024 to October 14, 2024.

1. Under the present schedule, the expert discovery deadline is October 4, 2024.

2. The Parties have completed the expert depositions of Professor Robert Silverman and Dr. David Banks. The Parties have also agreed to the scheduling of the expert deposition of Michael Gennaco on October 4.

3. Due to illness of one of the witnesses and unforeseen scheduling conflicts, the Parties are unable to complete the expert depositions of Dr. David Bjerk and Steven Nigrelli before the October 4 expert discovery deadline. The Parties have agreed to the scheduling of Dr. Bjerk's deposition on October 8 and Mr. Nigrelli's deposition on October 11. To allow sufficient time for the Parties to complete these two remaining expert depositions, the Parties respectfully request that the Court extend the expert discovery deadline.

WHEREFORE, the Parties respectfully request that the Court modify the schedule as proposed.

Dated: October 2, 2024

Respectfully Submitted,

| | |
|---|---|
| */s/ Jordan Joachim* | */s/ Peter A. Sahasrabudhe* |
| Claudia Wilner | Hugh M. Russ III |
| Edward Krugman | Peter A. Sahasrabudhe |
| Anjana Malhotra | Cheyenne Freely |
| NATIONAL CENTER FOR LAW | HODGSON RUSS LLP |
| AND ECONOMIC JUSTICE | The Guaranty Building |
| 50 Broadway, Suite 1500 | 140 Pearl Street – Suite 100 |
| New York, NY 10004 | Buffalo, New York 14202 |
| 212-633-6967 | Telephone: (716) 856-4000 |
| wilner@nclej.org | hruss@hodgsonruss.com |
| krugman@nclej.org | pshasra@hodgsonruss.com |
| malhotra@nclej.org | cfreely@hodgsonruss.com |

Philip Irwin (*pro hac vice*)   *Attorneys for Defendants*
Jordan Joachim (*pro hac vice*)
Christine Nelson (*pro hac vice*)
Andrew Timmick (*pro hac vice*)
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
212-841-1000
pirwin@cov.com
jjoachim@cov.com
cnelson@cov.com
atimmick@cov.com

Matthew Alan Parham
WESTERN NEW YORK LAW CENTER
Cathedral Park Tower
37 Franklin Street, Suite 210
Buffalo, NY 14202
716-828-8415
mparham@wnylc.com

Chinyere Ezie
Baher Azmy
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
212-614-6475
cezie@ccrjustice.org
bazmy@ccrjustice.org

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2024, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

*/s/ Jordan Joachim*