UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,

                Plaintiffs,

    v.

CITY OF BUFFALO, N.Y., *et al.*,

                Defendants.

No. 1:18-cv-00719-CCR

## **PLAINTIFFS' UNOPPOSED MOTION TO AUTHORIZE REMOTE HEARING PARTICIPATION**

With the consent of Defendants, Plaintiffs respectfully request that the Court authorize remote participation during the October 23, 2024, hearing on Plaintiffs' motion for class certification. Due to personal and work conflicts, several plaintiffs and putative class members are unable to attend the hearing in person. While counsel for Plaintiffs, Claudia Wilner, will be presenting argument in person, some members of Plaintiffs' counsel team are based in New York City and are unable to travel to Buffalo but would like to observe the proceedings. Given these conflicts, along with the broader public interest in the case, Plaintiffs respectfully request that the Court allow for public participation via livestream and with closed captioning.

Dated:   October 15, 2024

_/s/ Claudia Wilner_____
Claudia Wilner
Anjana Malhotra
Edward Krugman
NATIONAL CENTER FOR LAW AND
ECONOMIC JUSTICE
50 Broadway, Suite 1500
New York, NY  10004
(212) 633-6967
wilner@nclej.net
malhotra@nclej.net
krugman@nclej.net

Matthew A. Parham
WESTERN NEW YORK LAW CENTER
37 Franklin Street, 2nd Floor
Buffalo, NY  14202
(716) 828-8422
mparham@wnylc.net

Baher Azmy
A. Chinyere Ezie
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY  10012
(212) 614-6464
bazmy@ccrjustice.org
cezie@ccrjustice.org

Philip Irwin
Jordan Scott Joachim
Christine Nelson
Andrew Timmick
COVINGTON & BURLING, LLP
620 Eighth Ave., Suite 4029
New York, NY  10018
212-841-1000
pirwin@cov.com
jjoachim@cov.com
cnelson@cov.com
atimmick@cov.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2024, the foregoing document and accompanying motion papers were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

_/s/ Claudia Wilner_____