UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>CITY OF BUFFALO, N.Y., *et al.*,<br><br>                Defendants. | No. 1:18-cv-00719-CCR |

**<u>STIPULATED MOTION TO EXTEND MOTION TO COMPEL DEADLINE</u>**

The Parties respectfully move to amend the scheduling order to extend the motion to compel deadline from November 12, 2024 to December 18, 2024.

1. Under the present schedule, the deadline for any motion to compel is November 12, 2024.

2. Deposition and document productions completed in September 2024 resulted in the identification of additional materials. The parties require additional time to meet and confer about these materials and to complete production of any remaining relevant materials.

3. The Parties continue to work together to identify and produce any remaining productions as efficiently and expeditiously as possible and continue to believe that extension of the motion to compel deadline to December 18, 2024, may enable them to resolve any remaining issues without court intervention.

WHEREFORE, the Parties respectfully request that the Court modify the schedule as proposed.

Dated: November 11, 2024

Respectfully Submitted,

| | |
|---|---|
| */s/ Claudia Wilner* | */s/ Cheyenne Freely* |
| Claudia Wilner | Hugh M. Russ III |
| Edward Krugman | Peter A. Sahasrabudhe |
| Anjana Malhotra | Cheyenne Freely |
| NATIONAL CENTER FOR LAW | HODGSON RUSS LLP |
| AND ECONOMIC JUSTICE | The Guaranty Building |
| 50 Broadway, Suite 1500 | 140 Pearl Street – Suite 100 |
| New York, NY 10004 | Buffalo, New York 14202 |
| 212-633-6967 | Telephone: (716) 856-4000 |
| wilner@nclej.org | hruss@hodgsonruss.com |
| krugman@nclej.org | pshasra@hodgsonruss.com |
| malhotra@nclej.org | cfreely@hodgsonruss.com |

*Attorneys for Defendants*

Philip Irwin (*pro hac vice*)
Jordan Joachim (*pro hac vice*)
Christine Nelson (*pro hac vice*)
Andrew Timmick (*pro hac vice*)
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
212-841-1000
pirwin@cov.com
jjoachim@cov.com
cnelson@cov.com
atimmick@cov.com

Matthew Alan Parham
WESTERN NEW YORK LAW CENTER
Cathedral Park Tower
37 Franklin Street, Suite 210
Buffalo, NY 14202
716-828-8415
mparham@wnylc.com

Chinyere Ezie
Baher Azmy
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
212-614-6475
cezie@ccrjustice.org
bazmy@ccrjustice.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2024, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

*/s/ Claudia Wilner*