# Exhibit 6

```
1      UNITED STATES DISTRICT COURT

2      FOR THE WESTERN DISTRICT OF NEW YORK

3      ------------------------------------------------

4      BLACK LOVE RESISTS IN THE RUST, et al.,
       individually and on behalf of a class of
5      all others similarly situated,

6                            Plaintiffs,

7       -vs-                        1:18-cv-00719-CCR

8      CITY OF BUFFALO, N.Y., et al.,

9                            Defendants.

10     ------------------------------------------------

11       EXAMINATION BEFORE TRIAL OF JOSEPH GRAMAGLIA

12                  APPEARING REMOTELY FROM

13                  ERIE COUNTY, NEW YORK

14

15

16                  September 22, 2023

17                  9:05 a.m. - 5:15 p.m.

18                  pursuant to notice

19

20

21     REPORTED BY:

22     Carrie A. Fisher, Notary Public

23     APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

1           **R E M O T E   A P P E A R A N C E S**

2      APPEARING FOR THE PLAINTIFFS:

3           **NATIONAL CENTER FOR LAW**
            **AND ECONOMIC JUSTICE**
4           **BY: CLAUDIA WILNER, ESQ.**
            50 Broadway, Suite 500
5           New York, New York 10004
            (212) 633-6967

6
       APPEARING FOR THE DEFENDANTS:
7
            **HODGSON RUSS LLP**
8           **BY: CHEYENNE N. FREELY, ESQ.,**
            **PETER SAHASRABUDHE, ESQ.,**
9           **and HUGH M. RUSS III, ESQ.,**
            140 Pearl Street
10          Buffalo, New York 14202
            (716) 848-1508

11
       ALSO PRESENT:
12
            **ANJANA MALHOTRA, ESQ.**
13          National Center for Law
            and Economic Justice

14

15

16

17

18

19

20

21

22

23

JOSEPH GRAMAGLIA

1    A.  I am.

2    Q.  And what was the Strike Force?

3           MS. FREELY:  Objection to form.  You can

4        answer.

5    A.  The Strike Force was a unit that was created,

6        a proactive-type unit.  Their -- they were not

7        answering calls like a district police officer

8        so they would not be directly dispatched to

9        any calls.  They could certainly call out on

10       calls.  They could back up on calls, but their

11       primary focus was more of a proactive type of

12       unit.

13   Q.  And what was the main mission of the Strike

14       Force?

15          MS. FREELY:  Objection to form.  You can

16       keep answering.

17          THE WITNESS:  Oh, sorry.

18          MS. FREELY:  As long as I say -- you

19       know, as long as I don't say don't answer.

20          THE WITNESS:  Okay.

21   A.  So just to clarify again, I had no operational

22       command over Strike Force.  When I became the

23       deputy commissioner, they had already been

**JOSEPH GRAMAGLIA**

1    disbanded.  I was a district chief at the time

2    and then a captain in Homicide and a patrol

3    lieutenant.  At no time did I ever have any

4    operational command over Strike Force.  So,

5    you know, the things that I could testify to

6    were historical knowledge of the department

7    but I at no time ever had any operational

8    control over Strike Force.

9  Q. Okay.  I understand.  Are you aware of what

10    the Strike Force's mission was?

11        MS. FREELY:  Same objection.

12  A. So their mission was a proactive unit.

13  Q. And what does that mean, "a proactive unit"?

14  A. It could be I guess a variety of things.

15    Again, I don't know what exactly, you know,

16    mission directives were given to them but

17    their job was to do a variety of things that

18    the commissioner at the time needed done.  It

19    could be for gang and gun violence reduction

20    or any other needs -- any other needs that

21    would arise that the commissioner needed done.

22    They could respond to complaints.  They could

23    respond to citizen complaints.  At times we

JOSEPH GRAMAGLIA

```
 1          will get 311 calls, we will get community
 2          calls where there might be an issue for
 3          something, there's an uptick in something, and
 4          the Strike Force would be there to respond to
 5          those needs.  They were kind of an active
 6          flowing unit, if you will.
 7     Q.   And when you say they could respond to
 8          civilian complaints, you don't mean as part of
 9          the Internal Affairs function, right?
10     A.   No, not at all.  Again, on an operational
11          policing side.  So if there was a rise in
12          shootings in a particular area, then they
13          could be used to get into that area and try to
14          suppress that.  If there were other issues,
15          other community concerns, if there were, you
16          know, gang calls, if there were, you know, I
17          guess any issue that the commissioner of
18          police at the time deemed that needed more
19          service than the district could provide
20          because the district's primary responsibility
21          is to answer 911 calls and to keep up with
22          that so, you know, sometimes the extras
23          don't -- aren't able to be handled as
```

17

—JOSEPH GRAMAGLIA—

1        efficiently because the districts are

2        answering calls so Strike Force could be used

3        to -- to deal with some, you know, conditions

4        and help to alleviate conditions.

5    Q. And you said that the Strike Force was

6        eliminated before you became deputy police

7        commissioner?

8    A. Yes.

9    Q. Did you have any involvement in the decision

10       to eliminate the Strike Force?

11   A. I did not.

12   Q. And are you familiar with the BPD Housing

13       Unit?

14   A. I am.

15   Q. And what was the Housing Unit?

16           MS. FREELY:  Objection to form.

17   A. The Housing Unit so they were -- they were a

18       unit that was formed to work the public

19       housing developments within the city of

20       Buffalo, the Buffalo Municipal Housing

21       Authority developments.  The BMHA, as it's

22       known, had a contract with the City.  They

23       paid a certain dollar amount for police

**JOSEPH GRAMAGLIA**

1        services, and the housing officers worked out

2        of a housing station which is the station that

3        I used to work at when I was a housing officer

4        from '94 to '96 and their primary function was

5        to patrol the housing developments and respond

6        to any issues that the BMHA hierarchy --

7        concerns that they had.

8    Q.  And as deputy commissioner for operations,

9        were you part of the Housing Unit command

10        structure?

11    A.  And forgive me, I don't recall when they were

12        disbanded.  I believe that I was at the time.

13        Honestly, I didn't look at the dates again.  I

14        believe there was a short time frame I think

15        that I was.  So if you happen to know the date

16        that they were disbanded, you'd help me out.

17    Q.  Yes.  I believe that the Housing Unit was

18        disbanded around June of 2020 or July.

19    A.  Okay.  Yeah, so I would have --

20    Q.  July of 2020.

21    A.  So I would have been responsible for them for

22        two years.

23    Q.  And so what were your responsibilities with

JOSEPH GRAMAGLIA

1    A. No.

2    Q. Did the Housing Unit use traffic enforcement

3       to deter crime?

4            MS. FREELY:  Objection to form.

5    A. The Housing Unit would conduct traffic stops

6       for obvious vehicle and traffic violations

7       within and around the developments.

8    Q. And was that part of their proactive policing

9       model?

10            MS. FREELY:  Objection to form

11    A. It was part of their daily job duties like any

12       other police officer.

13    Q. Do you consider traffic enforcement part of

14       the above and beyond baseline services that

15       the Housing Unit was contracted to perform?

16            MS. FREELY:  Objection to form.

17    A. So if I recall, that was one of the several

18       concerns from the BMHA hierarchy that was

19       responsive to complaints from their residents

20       that they wanted traffic enforcement.  If you

21       look at some of the developments, particularly

22       some of the larger developments, there are a

23       lot of -- there's a high population, high

**JOSEPH GRAMAGLIA**

1    density population of people.  There are a lot

2    of kids that play in these developments, and

3    within some of these developments there are

4    stop signs and there are other, you know,

5    concerns.  So traffic enforcement's primary

6    purpose is to ensure traffic safety for

7    motorists, for pedestrians, to ensure the

8    people in and around there are safe moving

9    about.

10  Q. Do you recall any specific instances when a

11    person from the BMHA asked you to conduct more

12    traffic enforcement around a building?

13  A. I don't -- I can't answer that question

14    specifically, but we get traffic complaints

15    quite frequently from all over the city so I'm

16    fairly certain that we had received complaints

17    from BMHA where they wanted our officers to

18    work on traffic enforcement to condition

19    drivers to actually pay attention to the

20    driving laws, stop signs, speeding, aggressive

21    driving, things of that nature.  We get those

22    complaints all over the city quite frequently.

23  Q. And do those come through 311 or through

—JOSEPH GRAMAGLIA—

1          discretion whether or not to stop a vehicle so

2          I can't answer that question.  It did not come

3          by way of policy.

4      Q. In May 2021 Commissioner Lockwood issued a

5          general order updating the BPD's traffic

6          enforcement policy.  Do you recall that order?

7      A. If you can put it up there for me and help me

8          out with it, sorry.

9      Q. Okay, sure.  Let's see.

10     A. Oh, yeah, I'm familiar with this.

11     Q. Okay.  So what changes were made to the

12         traffic enforcement policy?  Oh, I am sorry,

13         let me say this is going to be Gramaglia --

14         let's see.

15             THE REPORTER:  5.

16     Q. 5, thank you.  Gramaglia 5, and it's General

17         Order 2021-009.  And the question is how did

18         this order change BPD's traffic enforcement

19         policy?

20     A. You know, without having the prior policy as a

21         side by side, I'm sorry but I can't sit here

22         and tell you what was -- what changes were

23         made.  I just -- I would have to have a

**JOSEPH GRAMAGLIA**

1          side-by-side comparison of what our prior

2          policy was.

3     Q. Okay.

4     A. It's been a couple years, and I don't remember

5          what we added and -- or what changes we would

6          have made.

7     Q. Were you involved in updating this policy?

8     A. I'm sure I would have been.

9     Q. But you can't recall discussions around the

10         update to the policy?

11    A. No, I was definitely involved in this.  I

12         just -- again, I don't recall what was in the

13         prior one that -- you know, we change our

14         Manual of Procedures I will say quite often.

15         You know, we're -- we try to be very proactive

16         about keeping up with modern policing, modern

17         times.  I believe I am very proactive on

18         things so there can be, you know, very slight

19         changes whether it be a sentence, a word,

20         something, so it's -- it is difficult to know

21         exactly what changes were made from a prior

22         policy.

23              There are also times where a prior

—JOSEPH GRAMAGLIA—

1          policy may have had things within them but we

2          changed how it was laid out and even expanded

3          on things.  So I'm not trying to be evasive

4          here.  I just don't know exactly what was in

5          the prior one to see, did we break things out,

6          did we put things in more specific categories

7          and expand on them a little.

8     Q.   Okay.  Well, one thing that I can tell you is

9          that these core principles, right here, all of

10         this was new in 2021.

11    A.   Okay.

12    Q.   It was not part of the prior policy.

13    A.   Okay.

14    Q.   Do you recall discussions specifically around

15         adding those core principles to the traffic

16         enforcement policy?

17    A.   You know, there was a lot of discussions.  We

18         have a lot of discussions on a lot of our

19         policies so, you know, yeah, I mean, we wanted

20         to, you know, I think, you know, adapt with

21         the times and be more modern and more updated

22         in our policing strategies so that's -- I'm

23         sure that's why we would have added these.

—JOSEPH GRAMAGLIA—

1          Without knowing the other policy or

2      recalling exactly what the wording is, you

3      know, it's -- these are some of the things

4      that were quite honestly taught going back to

5      when I went to the police academy in 1993.

6      You know, sometimes you just have to be more

7      descriptive and in more depth and that's where

8      policy changes come into play.

9   Q. Are there any of these core principles that

10     you think of as being more modern or more

11     updated?

12  A. I think -- I think spelling them out in detail

13     as we have here would be more modern updated

14     policing.  Some things are written and are

15     just not as in great descriptive detail like

16     they are here, so I'm sure our rationale for

17     this was so that we were much more descriptive

18     and put more of an emphasis on these

19     categories.

20  Q. And why is it important to spell these out in

21     detail?

22  A. For training purposes to ensure that our

23     officers see this and understand, again, the

**JOSEPH GRAMAGLIA**

1      disciplinary procedure, I'm automatically

2      assuming that that officer did conduct

3      themselves in a negative way or out-of-policy

4      way without having any proof that they did

5      that.

6   Q. But then how can you communicate to officers

7      that they have to follow the BPD rules of

8      treating civilians with courtesy and respect

9      and not engaging in discrimination?

10         MR. SAHASRABUDHE:  Objection to form.

11  A. Through the issuance of our Manual of

12     Procedures.

13  Q. But if there is rarely any consequence for

14     anybody, any officer when they don't follow

15     those rules, how -- I mean, isn't -- I mean,

16     it sounds to me like you don't have a good way

17     to enforce those rules.

18         MR. SAHASRABUDHE:  Objection to form.

19  Q. Am I correct about that?

20         MR. SAHASRABUDHE:  Objection to form.

21  A. No, I don't think you're correct about that.

22     I mean, we have expectations of our police

23     department.  Everybody is issued the Manual of

---

**JOSEPH GRAMAGLIA**

1    Procedures.  Everybody has access to the

2    Manual of Procedures.  The talk of acting in a

3    professional manner and professionalism is

4    talked about quite frequently.

5         You know, I can't sit there and harp on

6    a particular officer and say you will be

7    professional, you will be professional.  They

8    know their job.  They know it's in the Manual

9    of Procedures.  They know it's expected of

10   them, and they know to treat people the way

11   that they should be treated, the way they

12   would want their own family treated or, if

13   they don't like their family, the way they

14   want to be treated themselves.  They get that

15   in the academy from the start.  They know it's

16   expected of them.

17        But if they're acting in a way that is

18   not in the way that they are expected to and

19   by policy, a complaint can and should be

20   lodged.  We will investigate that, and then we

21   will take appropriate action on that

22   complaint.  Every complaint that's filed does

23   not make it true that it actually happened the

---

1       way a person has -- alleges a complaint.

2           MS. WILNER:  Okay.  We can stop and

3       break here.

4           MR. SAHASRABUDHE:  Okay.

5           MS. WILNER:  What time should we come

6       back?

7           MR. SAHASRABUDHE:  Do you want to do 30

8       minute, 1:05?

9           MS. WILNER:  Sure, that should be fine.

10              (A recess was taken.)

11      BY MS. WILNER:

12  Q.  So when you became commissioner, did you make

13      changes from the way Commissioner Lockwood ran

14      the BPD?

15  A.  That's a pretty broad question.  I mean, of

16      course I made some but that's too broad of a

17      question to answer.  I mean, I've made some

18      changes in policies and I'd say some.

19  Q.  Yeah.  Have you made what you consider to be

20      like major policy changes since becoming

21      commissioner?

22          MR. RUSS:  Objection to form.  You can

23      answer.

**JOSEPH GRAMAGLIA**

1    A.  I don't know about major.  I mean, I've had to

2        make some Manual of Procedure changes.  You

3        know, we've evolved our use of force policy on

4        several occasions, you know, again, trying to

5        keep, you know, very current and ahead of the

6        curve on some things but other than policy and

7        procedure changes I don't -- nothing major.

8    Q.  Have you made any significant changes to the

9        BPD's traffic enforcement policies or

10       practices?

11            MR. RUSS:  Objection to form.  You may

12       answer.

13   A.  No.

14   Q.  Did you ever rescind Section 10.5 of the MOP

15       which authorizes the BPD to run traffic safety

16       checkpoints?

17   A.  I did not rescind it.

18   Q.  And why not?

19   A.  You know, if you pull up that section, the

20       traffic checkpoints can only be done with, you

21       know, high authorization.  I'm not going to

22       give -- you know, without a valid reason, I

23       just don't -- you know, I'm not going to give

**JOSEPH GRAMAGLIA**

1      that authorization but, you know, you still

2      have to keep that in there for, you know, some

3      safety reasons.  You know, there could

4      hypothetically be an escaped prisoner where

5      you have to set up traffic checkpoints.  If

6      you could pull up the section of the language

7      and read it more specifically but, you know,

8      having something in there and the

9      authorizations that are required are two

10     different things.

11  Q. Okay.  But under the MOP you could restart

12     those traffic safety checkpoints at any time,

13     right?

14  A. I'd have the authorization.  I could, yes.

15  Q. Does the BPD conduct performance evaluations

16     of officers?

17  A. Contractually we're not able to, no.  That's a

18     subject of union negotiations.

19  Q. Okay.  And -- yeah, maybe I will come back to

20     that in a little bit.  So aside from

21     performance evaluations, does the BPD evaluate

22     officers' performance in any way?

23  A. No.  Subject to the union negotiations, we're

1        STATE OF NEW YORK)

2        COUNTY OF ERIE   )

3

4

5           I, Carrie A. Fisher, Notary Public, in and
        for the County of Erie, State of New York, do
        hereby certify:

6

7           That the witness whose testimony appears
        hereinbefore was, before the commencement of
8        their testimony, duly sworn to testify the
        truth, the whole truth and nothing but the
9        truth; that said testimony was taken remotely
        pursuant to notice at the time and place as
10       herein set forth; that said testimony was
        taken down by me and thereafter transcribed
11       into typewriting, and I hereby certify the
        foregoing testimony is a full, true and
12       correct transcription of my shorthand notes so
        taken.

13

14          I further certify that I am neither counsel
        for nor related to any party to said action,
15       nor in anyway interested in the outcome
        thereof.

16

17          IN WITNESS WHEREOF, I have hereunto
        subscribed my name and affixed my seal this
18       11th day of October, 2023.

19

20       _____
        Carrie A. Fisher
21       Notary Public - State of New York
        No. 01FI6240227
22       Qualified in Erie County
        My commission expires 5/02/27

23