# Exhibit 7

```
1        UNITED STATES DISTRICT COURT

2      FOR THE WESTERN DISTRICT OF NEW YORK

3      ----------------------------------------

4      BLACK LOVE RESISTS IN THE RUST, et al.,
       individually and on behalf of a class of
5      all others similarly situated,

6                           Plaintiffs,

7       -vs-                       1:18-cv-00719-CCR

8      CITY OF BUFFALO, N.Y., et al.,

9                           Defendants.
       ----------------------------------------
10           DEPOSITION OF JOSEPH GRAMAGLIA

11         Taken pursuant to Rule 30(b)(6)

12      of the Federal Rules of Civil Procedure

13             APPEARING REMOTELY FROM

14                BUFFALO, NEW YORK

15

16

17             January 24th, 2024

18             At 2:15 p.m.

19             Pursuant to notice

20

21      REPORTED BY:

22      Rebecca L. DiBello, RPR, CSR(NY)

23
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
 1            R E M O T E   A P P E A R A N C E S

 2       APPEARING FOR THE PLAINTIFFS:

 3
                   COVINGTON & BURLING, LLP
 4                 BY: JORDAN JOACHIM, ESQ.,
                   620 Eighth Avenue
 5                 New York, New York 10018
                   (212) 841-1086
 6

 7       APPEARING FOR THE DEFENDANTS:

 8                 HODGSON RUSS, LLP
                   BY: ADAM W. PERRY, ESQ.
 9                 AND CHEYENNE N. FREELY, ESQ.,
                   140 Pearl Street
10                 Buffalo, New York 14202
                   (716) 856-4000
11

12
         ALSO PRESENT:
13
                   ANDREW TIMMICK, ESQ.,
14                    Covington & Burling, LLP

15                 A. CHINYERE EZIE, ESQ.,
                      Center for Constitutional Rights
16
                   ANJANA MALHOTRA, ESQ.,
17                    National Center for Law
                      and Economic Justice
18
                   CLAUDIA WILNER, ESQ.,
19                    National Center for Law
                      and Economic Justice
20

21

22

23
```

JOSEPH GRAMAGLIA

1  to the best of their ability on that -- in
2  response to that?
3  A. It's a mandatory field.  They cannot validate
4  that form and print it out without putting
5  something in the box.
6  Q. Are officers asked to fill out that -- to fill
7  in race on that form to the best of their
8  ability?
9  A. Yes, if they can.
10 Q. I'd like to show Exhibit 50.  This is the
11 Buffalo Police Department rules and
12 regulations.  Do you see that?
13 A. I do.
14 Q. And is it your position that -- and by the
15 way, this is the rules and regulations prior
16 to the MOP update we were previously
17 discussing, right?
18 A. Yes.
19 Q. And you testified that there is provisions
20 that prohibit racial bias; is that right?
21        MS. FREELY:  Objection to form.
22 A. Yes.
23 Q. Do you recall, looking at the table of

— JOSEPH GRAMAGLIA —

```
 1        contents, what part of the rules and
 2        regulations?
 3     A. Well, you can go to Section 2.12.
 4     Q. Do we have the whole thing here?  Okay.  2.12.
 5     A. Attitude and impartiality.
 6     Q. Does that say anything about racial bias or
 7        discrimination?
 8             MS. FREELY:  Objection to form.
 9     A. It doesn't say it specifically, but it --
10        employees while vigorous and unrelenting in
11        their enforcement of law must maintain a
12        strictly impartial attitude toward
13        complainants, violators, witnesses and
14        suspects.
15     Q. So that doesn't say anything about racial bias
16        or discrimination, correct?
17             MS. FREELY:  Same objection.
18     A. Well, impartial attitude means you shall have
19        an impartial attitude across the board, so
20        it's kind of a larger umbrella over that.
21     Q. Are there any other provisions of these rules
22        and regulations you believe prohibit racial
23        bias or discrimination?
```

— JOSEPH GRAMAGLIA —

1   A.  Conduct, Section 3.2.
2   Q.  Does this provision say anything about racial
3       bias or discrimination?
4           MS. FREELY:  Objection to form.
5   A.  It doesn't say those exact words but, again,
6       it's an overarching umbrella that covers
7       everything, all of that, how you are to
8       conduct yourself.
9   Q.  Any other provisions you're aware of?
10  A.  No.  Those are the two main overarching
11      umbrellas that -- we would use conduct as
12      really much more widely used.  When doing
13      charges that there was to be a violation of
14      the Manual of Procedures or the rules and
15      regulations conduct would be the overarching
16      charge that almost always gets added on,
17      depending on the conduct.
18          That would include if there were
19      anything related to what we're discussing here
20      or any types of racial bias.
21  Q.  And why did you choose to make the prohibition
22      on racial discrimination explicit in the MOP
23      update from 2021?

```
 1       STATE OF NEW YORK)

 2       COUNTY OF ERIE    )

 3


 4
           I, Rebecca Lynne DiBello, CSR, RPR, Notary
 5       Public, in and for the County of Erie, State of
         New York, do hereby certify:
 6

 7         That the witness whose testimony appears
         hereinbefore was, before the commencement of
 8       their testimony, duly sworn to testify the
         truth, the whole truth and nothing but the
 9       truth; that said testimony was taken pursuant
         to notice at the time and place as herein set
10       forth; that said testimony was taken down by me
         and thereafter transcribed into typewriting,
11       and I hereby certify the foregoing testimony is
         a full, true and correct transcription of my
12       shorthand notes so taken.

13
           I further certify that I am neither counsel
14       for nor related to any party to said action,
         nor in anyway interested in the outcome
15       thereof.

16
           IN WITNESS WHEREOF, I have hereunto
17       subscribed my name and affixed my seal this
         4th day of February, 2024.
18

19            [signature: Rebecca L. DiBello]

20       _____

21       Rebecca Lynne DiBello, CSR (NY)
         Notary Public - State of New York
22       No. 01D14897420
         Qualified in Erie County
23       My commission expires 5/11/2027
```