# Exhibit 8

```
1    UNITED STATES DISTRICT COURT
2    FOR THE WESTERN DISTRICT OF NEW YORK
3    ---------------------------------------------
4    BLACK LOVE RESISTS IN THE RUST, et al.,
     individually and on behalf of a class of
5    all others similarly situated,
6                                    Plaintiffs,
7     -vs-                            1:18-cv-00719-CCR
8    CITY OF BUFFALO, N.Y., et al.,
9                                    Defendants.
     ---------------------------------------------
10              DEPOSITION OF DERRICK BANASZAK
11            Taken pursuant to Rule 30(b)(6)
12         of the Federal Rules of Civil Procedure
13               APPEARING REMOTELY FROM
14                  BUFFALO, NEW YORK
15
16
17               January 24th, 2024
18               At 9:30 a.m.
19               Pursuant to notice
20
21   REPORTED BY:
22   Rebecca L. DiBello, RPR, CSR(NY)
23
```

**R E M O T E   A P P E A R A N C E S**

APPEARING FOR THE PLAINTIFFS:

    **COVINGTON & BURLING, LLP**
    **BY: JORDAN JOACHIM, ESQ.,**
    620 Eighth Avenue
    New York, New York 10018
    (212) 841-1086

APPEARING FOR THE DEFENDANTS:

    **HODGSON RUSS, LLP**
    **BY: PETER SAHASRABUDHE, ESQ.**
    **AND CHEYENNE N. FREELY, ESQ.,**
    140 Pearl Street
    Buffalo, New York 14202
    (716) 856-4000

ALSO PRESENT:

    **ANDREW TIMMICK, ESQ.,**
        Covington & Burling, LLP

    **A. CHINYERE EZIE, ESQ.,**
        Center for Constitutional Rights

    **ANJANA MALHOTRA, ESQ.,**
        National Center for Law
        and Economic Justice

    **CLAUDIA WILNER, ESQ.,**
        National Center for Law
        and Economic Justice

DERRICK BANASZAK

1       might be relevant here?
2            MR. SAHASRABUDHE:  Yes.
3            MR. JOACHIM:  Okay.
4    Q. Let's move on to training then.  Has BPD ever
5       conducted diversity and sensitivity training?
6    A. Yes.
7    Q. And during what time periods?
8    A. I can only speak to the time that I've been
9       here, so at least since 2001 I'm aware of.
10   Q. And how often was diversity and sensitivity
11      training offered since 2001?
12   A. I would have to say that as each individual
13      topic became another topic, that's when it was
14      refreshed and then given out again.  Again, in
15      my career it was -- it started out as cultural
16      sensitivity.  Then it became racial
17      sensitivity.  It became some part of ABLE
18      training.
19           It also then became Procedural Justice 1
20      and 2 and now it's called implicit bias, so
21      it's existed in some shape or form as long as
22      I've been an officer.
23   Q. And is that training offered regularly or when

DERRICK BANASZAK

1        is that offered?
2    A.  Like I said, I can testify that since I have
3        taken command that is a mandatory training as
4        of now.  As in the past I do remember -- like
5        I said, going back through my training record,
6        I got it in the academy.  I got it initially
7        after 9/11 we had a section that had to do
8        with cultural sensitivity, again in 2012 and
9        then procedural justice and implicit bias
10       since about 2015, 2016.
11   Q.  So is the training just offered at the
12       academy?
13   A.  It's given at the law enforcement -- the Erie
14       County academy when you're a cadet, but we
15       also offer the inservice as they change the
16       recommendations from New York State.
17   Q.  Okay.  And I guess what I'm getting at is if
18       I'm an average Buffalo Police Department
19       officer when do I take the training?
20   A.  You get it in the academy when you are
21       becoming a police officer and, like I said, as
22       of last year it is annual.
23   Q.  So as of last year it's annual.  Prior to that

```
 1      STATE OF NEW YORK)

 2      COUNTY OF ERIE    )

 3


 4
            I, Rebecca Lynne DiBello, CSR, RPR, Notary
 5      Public, in and for the County of Erie, State of
        New York, do hereby certify:
 6

 7        That the witness whose testimony appears
        hereinbefore was, before the commencement of
 8      their testimony, duly sworn to testify the
        truth, the whole truth and nothing but the
 9      truth; that said testimony was taken pursuant
        to notice at the time and place as herein set
10      forth; that said testimony was taken down by me
        and thereafter transcribed into typewriting,
11      and I hereby certify the foregoing testimony is
        a full, true and correct transcription of my
12      shorthand notes so taken.

13
          I further certify that I am neither counsel
14      for nor related to any party to said action,
        nor in anyway interested in the outcome
15      thereof.

16
          IN WITNESS WHEREOF, I have hereunto
17      subscribed my name and affixed my seal this
        31st day of January, 2024.
18
                      [signature: Rebecca L. DiBello]
19

20      _____

21      Rebecca Lynne DiBello, CSR (NY)
        Notary Public - State of New York
22      No. 01D14897420
        Qualified in Erie County
23      My commission expires 5/11/2027
```

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544