# Exhibit 11

```
 1      UNITED STATES DISTRICT COURT

 2      FOR THE WESTERN DISTRICT OF NEW YORK

 3      -------------------------------------------

 4      BLACK LOVE RESISTS IN THE RUST, et al.,
        individually and on behalf of a class of
 5      all others similarly situated,

 6                           Plaintiffs,

 7       -vs-                     1:18-cv-00719-CCR

 8      CITY OF BUFFALO, N.Y., et al.,

 9                           Defendants.
        -------------------------------------------
10

11

12          ORAL EXAMINATION OF DANIEL DERENDA

13               APPEARING REMOTELY FROM

14                  BUFFALO, NEW YORK

15

16

17                November 10, 2021

18                At 9:00 a.m.

19                Pursuant to notice

20

21      REPORTED BY:

22      Rebecca L. DiBello, RPR, CSR(NY)

23      APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
 1          R E M O T E   A P P E A R A N C E S

 2     APPEARING FOR THE PLAINTIFFS:

 3               NATIONAL CENTER FOR LAW AND
                 ECONOMIC JUSTICE
 4               BY:  CLAUDIA WILNER, ESQ.,
                 275 Seventh Avenue, Suite 1506
 5               New York, New York 10001
                 (212) 633-6967
 6
                 CENTER FOR CONSTITUTIONAL RIGHTS
 7               BY: A. CHINYERE EZIE, ESQ.
                 666 Broadway, 7th Floor
 8               New York, New York 10012
                 (212) 614-6475
 9
       APPEARING FOR THE DEFENDANTS:
10
                 CITY OF BUFFALO LAW
11               DEPARTMENT
                 BY: ROBERT E. QUINN,
12               ASSISTANT CORPORATION COUNSEL
                 1100 City Hall
13               65 Niagara Square
                 Buffalo, New York 14202
14               (716) 851-4326

15

16     ALSO PRESENT:

17          KARINA TEFFT, ESQ.,
            ANJANA  MALHOTRA, ESQ.,
18          RANIT PATEL
            National Center for Law and Economic
19          Justice

20

21

22

23
```

DANIEL DERENDA

```
 1        32 years.  Commissioner of police since 2010.
 2   Q.   Okay.  So you were commissioner from 2010
 3        through 2018 when you left?
 4   A.   To January 18.
 5   Q.   Okay.  And then after January 18th you had the
 6        employment we discussed?
 7   A.   Correct.
 8   Q.   What was the BPD Strike Force?
 9            MR. QUINN:  Object to the form.  You can
10        answer.
11   A.   Strike Force was a unit that we put together
12        to go and basically supplement other districts
13        so they can go in.  They weren't tied to a
14        radio.  They were in there to be proactive
15        going after areas where we had spikes in
16        crime.
17   Q.   And I'm sorry, Mr. Derenda.  You froze for a
18        minute so I couldn't hear your answer.
19   A.   Strike Force was the unit we put together --
20            MR. QUINN:  Did you get the answer,
21        Rebecca?  I want to make sure we're not missing
22        things.
23            (Record read back by reporter)
```

DANIEL DERENDA

1  Q.  Okay.  And how did performing traffic
2      interdictions or roadblocks help the Strike
3      Force to fulfill its mission?
4          MR. QUINN:  Object to the form.  You can
5      answer.
6  A.  Well, the roadblocks were primarily for
7      traffic safety, but what they also
8      accomplished is high visibility.  When they're
9      out there they're being seen and that's part
10     of their mission.  It isn't written down.
11     It's the high visibility of the Strike Force
12     because in my opinion I'd rather stop a crime
13     from ever happening than investigate one
14     later, so the more visible officers are, less
15     likely that a crime will be occurring in front
16     of them, but I always thought traffic
17     roadblocks, again traffic safety with the
18     positive benefit of high visibility.
19 Q.  If you notice a bit further down it says that
20     the chiefs will develop a weekly list of top
21     five district hotspots to be targeted by the
22     Strike Force.  ECAC will develop analysis
23     based on target areas.  Sorry.  ECAC will

DANIEL DERENDA

1   Q.  One of the tools the Strike Force used to
2       achieve its mission was traffic checkpoints,
3       correct?
4           MR. QUINN:  Object to the form.  You can
5       answer.
6   A.  Part of their job function was to do traffic
7       checkpoints for traffic safety and high
8       visibility.
9   Q.  And the checkpoints were located in crime
10      hotspots?
11          MR. QUINN:  Object to the form.  You can
12      answer.
13  A.  They were located in areas where the officers
14      were assigned.
15  Q.  And what first gave you the idea to have the
16      Strike Force do random checkpoints?
17  A.  We used to do the roadblocks with the MRU.
18      Again, high visibility, traffic safety and so
19      we had the Strike Force do it, too.
20  Q.  And then before the Strike Force officially
21      started did you have conversations with Mayor
22      Brown specifically around the idea that the
23      Strike Force would run roadblocks?

— DANIEL DERENDA —

1  Q. And in this case the checkpoints were part of
2     your plan to deal with gang and gun violence,
3     correct?
4  A. They were -- a part of the Strike Force
5     mission is to form checkpoints wherever they
6     are and if they're assigned to hotspots or
7     gang areas, that's where they would perform
8     them.
9  Q. And my question was whether the Strike Force
10    was performing checkpoints as part of your
11    plan to deal with gang and gun violence?
12         MR. QUINN:  Form.
13 A. It was part of Strike Force's overall mission
14    to perform checkpoints.
15 Q. You're not answering --
16 A. I'm stating in my memo they will perform
17    multiple checkpoints everyday at different
18    times in defined gang areas.
19 Q. The purpose of that is to deal with gang and
20    gun violence, correct?
21         MR. QUINN:  Form.
22 A. To deal -- again, Strike Force's whole purpose
23    was to deal with gang and gun violence.  Part

DANIEL DERENDA

1        identified by GIVE grants?
2              MR. QUINN:  Form.
3    A.  Possibly.
4    Q.  Are you familiar with the Supreme Court
5        decision in City of Indianapolis versus
6        Edmond?
7    A.  Not that I'm aware of.
8    Q.  Are you aware that the United States Supreme
9        Court has placed limitations on police use of
10       checkpoints?
11             MR. QUINN:  Form.
12   A.  I'd have to review -- again, I don't recall
13       reading any decision from the Supreme Court on
14       checkpoints.
15   Q.  So what is your understanding of the law that
16       governs police use of checkpoints?
17             MR. QUINN:  Object to the form.
18   A.  My understanding?  I believe you can refer to
19       the directive.  I believe it has to be for a
20       specific purpose and has to be in a defined
21       time, if I recall.  It's all laid out in that
22       directive, defined time.  Again, treat
23       everybody the same.  Specific purpose is

DANIEL DERENDA

1  traffic safety in our case with the additional
2  benefit of high visibility.
3  Q. And how did you know what your legal
4  obligations were when running checkpoints?
5     MR. QUINN:  Object to the form.
6  A. I believe it was either 2006 or 2007 when I
7  was deputy I had discussed it with attorneys,
8  possibly a judge.  I'm sure I had -- I wrote
9  that document and I'm sure I had conversations
10 with people from the legal community.
11 Q. And you wrote the roadblock directive
12 yourself?
13 A. Yes.  Back probably 2006 or 7, somewhere
14 around there I believe.
15 Q. And you would have consulted with legal
16 counsel in drafting that document?
17 A. Correct.
18 Q. And then after drafting that document you
19 didn't consult with legal counsel again about
20 your legal obligations?
21    MR. QUINN:  Object to the form.
22 A. Not that I recall.  Possibly, but I don't
23 recall.

DANIEL DERENDA

1  they issued X amount of traffic summonses.  I
2  don't believe it was broken down on that
3  report how many were for unregistered, how
4  many for no license, how many for whatever.  I
5  don't believe they broke it down by those
6  categories.  They may have, but I don't
7  recall.
8  Q. The housing unit also ran traffic checkpoints,
9     correct?
10            MR. QUINN:  Form.
11 A. There was traffic checkpoints at times,
12    correct.
13 Q. Isn't it true that sometimes the housing unit
14    ran its own checkpoints without the Strike
15    Force?
16 A. It's possible, but I don't recall any
17    specifics.  Again, if they did they would be
18    running under the same rules.
19 Q. So the same directives that are used for the
20    Strike Force checkpoints would also be used
21    for housing unit checkpoints?
22 A. Correct, if they ran them.  But I would
23    believe they would be more assisting them for

— DANIEL DERENDA —

1           to be so they do the checkpoints within the
2           areas they're assigned or they did.
3      Q.   Well, at the beginning you personally selected
4           specific intersections for the checkpoints,
5           correct?
6      A.   For MRU I used to select the locations.  Maybe
7           sometimes I asked for specific locations
8           because of complaints from residents.  Block
9           clubs we used to hear a lot about it and,
10          quite honestly, we got positive feedback on
11          the traffic safety points.
12     Q.   And so what were the kinds of complaints that
13          you would hear from block clubs?
14     A.   We would hear complaints of people driving --
15          they would know certain people didn't have
16          driver's licenses.  They would know of
17          speeding.  They would know of all the loud
18          music blasting, all kinds of other things
19          going on and again part of the traffic safety,
20          although you're checking for licenses and
21          you're checking for inspection stickers,
22          registration, you're getting people unlicensed
23          off the road and you're providing high

DANIEL DERENDA

1   visibility to curtail a lot of those
2   activities.
3   Q. So when you were picking specifically
4      intersections for traffic checkpoints what
5      information was going into selecting the
6      specific intersections?
7   A. I don't recall picking specific intersections.
8      Are you talking about MRU now or Strike Force?
9   Q. I believe I'm talking about the early days of
10     the Strike Force.
11  A. So in Strike Force I believe I wasn't -- I
12     would occasionally tell them to be in this
13     certain area, but I don't recall specifically
14     on a day-to-day routine of picking locations
15     and/or places.  I believe Lockwood was doing
16     the locations of the roadblocks.  I did for
17     MRU way back as deputy commissioner and,
18     actually, the lieutenants at times picked the
19     locations specific for roadblocks.
20         We would pick the areas that I wanted
21     them to target, meaning what was going on,
22     based on what was going on, is what I best
23     recall.

```
 1        STATE OF NEW YORK)

 2        COUNTY OF ERIE    )

 3

 4
          I, Rebecca Lynne DiBello, CSR, RPR, Notary
 5   Public, in and for the County of Erie, State of
     New York, do hereby certify:
 6

 7     That the witness whose testimony appears
     hereinbefore was, before the commencement of
 8   their testimony, duly sworn to testify the
     truth, the whole truth and nothing but the
 9   truth; that said testimony was taken pursuant
     to notice at the time and place as herein set
10   forth; that said testimony was taken down by me
     and thereafter transcribed into typewriting,
11   and I hereby certify the foregoing testimony is
     a full, true and correct transcription of my
12   shorthand notes so taken.

13
       I further certify that I am neither counsel
14   for nor related to any party to said action,
     nor in anyway interested in the outcome
15   thereof.

16
       IN WITNESS WHEREOF, I have hereunto
17   subscribed my name and affixed my seal this
     14th of November, 2021.
18

19
                    [signature: Rebecca L. DiBello]
20

21        _____
            Rebecca Lynne DiBello, CSR, RPR
22

23
```