# Exhibit 12

```
 1         UNITED STATES DISTRICT COURT

 2       FOR THE WESTERN DISTRICT OF NEW YORK

 3    ---------------------------------------------

 4    BLACK LOVE RESISTS IN THE RUST, et al.,
      individually and on behalf of a class of
 5    all others similarly situated,

 6                           Plaintiffs,

 7     -vs-                        1:18-cv-00719-CCR

 8    CITY OF BUFFALO, N.Y., et al.,

 9                           Defendants.
      ---------------------------------------------
10

11                    CONTINUED

12       ORAL EXAMINATION OF DANIEL DERENDA

13           APPEARING REMOTELY FROM

14              BUFFALO, NEW YORK

15

16

17            December 23rd, 2021

18            At 9:20 a.m.

19            Pursuant to notice

20

21    REPORTED BY:

22    Rebecca L. DiBello, RPR, CSR(NY)

23    APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

```
 1            R E M O T E   A P P E A R A N C E S

 2       APPEARING FOR THE PLAINTIFFS:

 3                  NATIONAL CENTER FOR LAW AND
                    ECONOMIC JUSTICE
 4                  BY:  CLAUDIA WILNER, ESQ.,
                    275 Seventh Avenue, Suite 1506
 5                  New York, New York 10001
                    (212) 633-6967
 6
                    CENTER FOR CONSTITUTIONAL RIGHTS
 7                  BY: A. CHINYERE EZIE, ESQ.
                    666 Broadway, 7th Floor
 8                  New York, New York 10012
                    (212) 614-6475
 9
         APPEARING FOR THE DEFENDANTS:
10
                    CITY OF BUFFALO LAW
11                  DEPARTMENT
                    BY: ROBERT E. QUINN,
12                  ASSISTANT CORPORATION COUNSEL
                    1100 City Hall
13                  65 Niagara Square
                    Buffalo, New York 14202
14                  (716) 851-4326

15


16       ALSO PRESENT:

17            KARINA TEFFT, ESQ.,
              ANJANA MALHOTRA, ESQ.,
18            National Center for Law and Economic
              Justice
19

20

21

22

23
```

```
 1                MR. QUINN:  Object to the form.
 2      A.  You're biased against a certain race because
 3          of their race.
 4      Q.  Do you see a difference between racial
 5          profiling and racial bias?
 6                MR. QUINN:  Form.
 7      A.  As far as racial bias or racial profiling,
 8          nobody should be pulled over because of their
 9          race or where they live or what type of car
10          they're driving.  It should be based on what
11          they did or didn't do.  If they didn't signal,
12          if they ran a red light, that's when you pull
13          somebody over.  Race should have nothing about
14          that whatsoever.
15      Q.  If the officer had probable cause for a
16          traffic stop can that stop be the result of
17          racial profiling?
18                MR. QUINN:  Object to the form.
19      A.  I don't understand the question.
20      Q.  The question is if the officer -- if an
21          officer pulls somebody over and they had
22          probable cause for the stop, does that mean
23          that they could not have been engaging in
```

```
 1    Q.  Would it surprise you that Areas 2, 3, 5 and 6
 2        are all more than 90 percent black?
 3    A.  I don't know.  Again, I don't know what areas
 4        you're speaking of.
 5    Q.  Maybe we should go back and look at these
 6        maps.
 7    A.  We can take your word for it.
 8    Q.  Okay.  Does it surprise you that Areas 1 and 4
 9        are more than 80 percent black?
10    A.  Certain areas have different demographics than
11        others.  It doesn't surprise me that an area
12        would be 80 percent African-American or not.
13    Q.  So you ordered more than 80 percent of
14        checkpoints to take place in Areas 1
15        through 9?
16    A.  What I would order the Strike Force to be in a
17        certain area and perform those checkpoints in
18        that area is what they would usually do based
19        on current events, based on crime trends,
20        based on what was going on that particular
21        moment in time.
22    Q.  But the fact is that based -- the fact is that
23        more than 80 percent of the time this was
```

```
 1        occurring in Areas 1 through 9 which are
 2        heavily majority black neighborhoods, right?
 3             MR. QUINN:  Form.
 4    A.  They were mostly assigned to areas where
 5        things were going on so, again, I can't speak
 6        to the demographics of the population but,
 7        again, wherever the crime was, whatever
 8        reason, crime pattern, whatever, whatever it
 9        was, whether it was a series of shootings or
10        burglaries or what have you, that's where
11        Strike Force was assigned for those reasons
12        and they would predominantly do the
13        checkpoints within those areas that they were
14        assigned.
15             At times there would be other areas they
16        would go do checkpoints, too, but I can't tell
17        you exactly why they were in a specific area
18        at a given point 10 years later.
19    Q.  According to the numbers that are reflected on
20        this chart, more than 60 percent of the
21        checkpoints were just in Areas 1 through 4.
22    A.  Then they were there for a reason.
23    Q.  But you don't dispute that during this time
```

```
 1    A.   At times they were, but they were very busy
 2         doing other things that required manpower.
 3         Again, they would direct traffic, block
 4         traffic for numerous events, as I said, and I
 5         keep highlighting the Key Bank Center where
 6         different festivals or whatever, whether it
 7         was Juneteenth Festival the Italian Festival,
 8         whatever it was.  Traffic was always assigned
 9         out and around the perimeter to block traffic.
10    Q.   Did you ever undertake a review of checkpoint
11         locations and look specifically at the race of
12         the neighborhoods where checkpoints were
13         located?
14    A.   We didn't consider the race of where the
15         checkpoints were located.  Again, they were
16         put with the MRU -- not MRU -- the Strike
17         Force based on what was going on and part of
18         their function, as I said, were roadblocks.
19    Q.   Here's another question.  This is 22 from the
20         afternoon of that event.  Why are the police
21         bent on intimidating black people?  Are they
22         screened for mental health before hiring to
23         eliminate those with anger management problems
```

```
 1        STATE OF NEW YORK)

 2        COUNTY OF ERIE    )

 3

 4
            I, Rebecca Lynne DiBello, CSR, RPR, Notary
 5        Public, in and for the County of Erie, State of
          New York, do hereby certify:
 6

 7          That the witness whose testimony appears
          hereinbefore was, before the commencement of
 8        their testimony, duly sworn to testify the
          truth, the whole truth and nothing but the
 9        truth; that said testimony was taken pursuant
          to notice at the time and place as herein set
10        forth; that said testimony was taken down by me
          and thereafter transcribed into typewriting,
11        and I hereby certify the foregoing testimony is
          a full, true and correct transcription of my
12        shorthand notes so taken.

13
            I further certify that I am neither counsel
14        for nor related to any party to said action,
          nor in anyway interested in the outcome
15        thereof.

16
            IN WITNESS WHEREOF, I have hereunto
17        subscribed my name and affixed my seal this
          8th of January, 2022.
18

19               [signature: Rebecca L. DiBello]

20        _____

21        Rebecca Lynne DiBello, CSR, RPR
          Notary Public - State of New York
22        No. 01D14897420
          Qualified in Erie County
23        My commission expires 5/11/2023
```