# Exhibit 13

1          UNITED STATES DISTRICT COURT

2          FOR THE WESTERN DISTRICT OF NEW YORK

3          -----------------------------------------------

4     **BLACK LOVE RESISTS IN THE RUST, et al.,**
      **individually and on behalf of a class of**

5     **all others similarly situated,**

6               Plaintiffs,

7      -vs-                          1:18-cv-00719-CCR

8     **CITY OF BUFFALO, N.Y., et al.**

9               Defendants.
          -----------------------------------------------

10

11

12          **ORAL EXAMINATION OF LANCE RUSSO**

13               **APPEARING REMOTELY FROM**

14               **ERIE COUNTY, NEW YORK**

15

16               Friday, April 29, 2022

17               At 9:00 a.m. - 6:20 p.m.

18               Pursuant to notice

19

20       REPORTED BY:

21       Brooklyn Morton, Notary Public

22       APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK

23

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
 1        R E M O T E   A P P E A R A N C E S

 2   APPEARING FOR THE PLAINTIFFS:

 3               CENTER FOR CONSTITUTIONAL RIGHTS
                 BY: A. CHINYERE EZIE, ESQ.
 4               666 Broadway, 7th Floor
                 New York, New York 10012
 5               (212) 614-6475

 6   APPEARING FOR THE DEFENDANTS:

 7               HODGSON RUSS, LLP
                 BY: KATELYN A. RAUH, ESQ.
 8               605 Third Avenue
                 Suite 2300
 9               New York City, New York 10158
                 (646) 218-7528
10
     ALSO PRESENT: RAFAELA URIBE, Center for
11                 Constitutional Rights

12

13

14

15

16

17

18

19

20

21

22

23
```

1          but it is specifically written under the

2          housing unit.  I don't believe I read that

3          before.

4     Q.   Okay.  I will stop the screen share.  Now,

5          what types of police activities did the

6          Housing Unit engage in during your almost

7          decade with the Housing Unit?

8     A.   Everything that every district did and then

9          some.  I mean, there was regular patrol, there

10         was enforcement of V&T, there were arrests, we

11         -- instead of getting calls, we would

12         follow-up on a lot of activity that occurred

13         that the districts would give us, as I stated

14         before.  And then additionally, we would do

15         things districts -- not because they weren't

16         supposed to, but they clearly didn't have time

17         to do with as busy as the city is.

18              We followed up on a lot of complaints

19         within -- like, residential complaints within

20         the units.  Our officers would walk the

21         properties, they would walk all the

22         high-rises.  There was a lot of foot traffic

23         because we weren't call-to-call.  So we wanted

1     high visibility so that the residents there

2     felt a bit more at ease, as well as to deter

3     criminal activity, which unfortunately, there

4     was quite a bit of.

5          Officers would attend meetings,

6     community meetings, functions like that that

7     you would not attend within a district.  That

8     would not be something that an officer would

9     be required to do.  So things of that nature.

10  Q. Got it.  Now, you mentioned that officers

11     would kind of walk the premises?

12  A. Correct.

13  Q. Is that something that was referred to as a

14     park and walk?

15  A. Yes.

16  Q. Okay.  So in your own words, what is a park

17     and walk?

18  A. You respond to a location.  Let's say, LBJ

19     Towers, just call it a park and walk.  That

20     was a way of letting radio know what you were

21     doing.  Park and walk at LBJ.  You exit your

22     vehicle and you walk the stairwells of the

23     property, walk the perimeter of the property,

1          and down the flights of stairs in a housing

2          unit to do inspections?

3      A.  Yeah.  But again, that was park and walk.

4          Maybe somebody referred to it as I am doing a

5          sweep of LBJ, but those were park and walks.

6      Q.  Okay.  And you mentioned that you did V&T

7          enforcement.  What type of V&T enforcement?

8      A.  Anything that pertained to V&T that was

9          noticeable.  The range within the housing

10         units as far as the age ranges are everything

11         from little kids to the elderly to families

12         that are trying to raise their families in

13         some pretty crappy circumstances.  So we got

14         lots of complaints about certain intersections

15         within locations where cars are blowing

16         through intersections and they are going to

17         kill somebody.  You were in very tight corners

18         within -- I am sure you know this.  Within a

19         lot of the locations within the city and there

20         are kids everywhere and a lot of blatantly

21         disregard.

22              So I would get emails or 311 complaints

23         or quite honestly, most of them came from

1        people that would just call us or when I was

2        driving around they would stop us and say,

3        hey, can you follow-up on this, please?

4        Somebody is going to get killed.  So I would

5        have a car crew assigned to a location to

6        monitor an intersection, let's say, a stop

7        sign within the projects where there is heavy

8        foot traffic, especially during, you know,

9        school hours or right after school, but that

10       can vary.  Whenever there was an issue.  And

11       those officers would either -- they would

12       observe and either write tickets or they could

13       simply be there as a deterrent so that people

14       saw the car and they would slow down.  If you

15       do that long enough, it just started to

16       register.

17            There were times if you don't have

18       enough officers to man, even now you may see a

19       police car that is not manned.  It is left

20       somewhere in the city, but somebody driving is

21       going to see that car and think it is a manned

22       vehicle.  It is a deterrent.  Again, it varied

23       depending on what you came across, like

LANCE RUSSO - BY MS. EZIE- 04/29/2022

1    Q. Okay.  And you stated earlier that you often

2       would schedule checkpoints after there was a

3       shooting; is that accurate?

4    A. Well, no.  Not often.  I used that as an

5       example of a checkpoint for -- I mean, it

6       could be for anything, but it was generally a

7       high -- an area after there was an incident.

8       It doesn't necessarily have to be a shooting.

9    Q. A crime incident?

10   A. Crime or somewhere we had a problem with.  It

11      could have been a chase the night before,

12      anything like that.

13   Q. Okay.  And was the thinking that the presence

14      of the checkpoint would deter crime?

15          MS. RAUH:  Objection.  Form.

16   A. That was part of it.  I mean, again, it was --

17      the checkpoint is for V&T, but we also wanted

18      it for the high visibility and if that

19      resulted in various things, you know, keeping

20      the residents happy or ultimately deterring

21      crime, that was certainly a bonus, too.

22   Q. Okay.  But, there was a relationship between

23      crime incidents and the checkpoint locations,

1      STATE OF NEW YORK)

2                  )  ss.

3      COUNTY OF ERIE   )

4

5

        I, Brooklyn Morton, Notary Public, in and for
6      the County of Erie, State of New York, do
        hereby certify:

7

8        That the witness whose testimony appears
        hereinbefore was, before the commencement of
9      their testimony, duly sworn to testify the
        truth, the whole truth and nothing but the
10     truth; that said testimony was taken pursuant
        to notice at the time and place as herein set
11     forth; that said testimony was taken down by me
        and thereafter transcribed into typewriting,
12     and I hereby certify the foregoing testimony is
        a full, true and correct transcription of my
13     shorthand notes so taken.

14

        I further certify that I am neither counsel
15     for nor related to any party to said action,
        nor in anyway interested in the outcome
16     thereof.

17

        IN WITNESS WHEREOF, I have hereunto
18     subscribed my name and affixed my seal on this
        19th day of May, 2022.

19

20                *Brooklyn Morton*

21     ----------------------
        Brooklyn Morton

22

23