# Exhibit 14

```
 1                UNITED STATES DISTRICT COURT

 2             FOR THE WESTERN DISTRICT OF NEW YORK

 3   - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 4   BLACK LOVE RESISTS IN THE RUST, et al.,

 5   individually and on behalf of a class of

 6   all others similarly situated,

 7                               Plaintiffs,

 8   vs.                                       1:18-cv-00719-CCR

 9   CITY OF BUFFALO, N.Y.,  et al.,

10                               Defendants.

11   - - - - - - - - - - - - - - - - - - - - - - - - - - - -

12             ORAL EXAMINATION OF KEVIN BRINKWORTH

13                   APPEARING REMOTELY FROM

14                      BUFFALO, NEW YORK

15

16               Wednesday, March 16, 2022

17                  9:08 a.m. - 4:43 p.m.

18                    pursuant to notice

19

20

21   REPORTED BY:

22   Luanne K. Howe

23   APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO
```

R E M O T E   A P P E A R A N C E S

APPEARING FOR THE PLAINTIFFS:

    **NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
    **BY:  CLAUDIA WILNER, ESQ.**
    275 Seventh Avenue, Suite 1506
    New York, New York  10001
    212-633-6967

APPEARING FOR THE DEFENDANTS:

    **CITY OF BUFFALO LAW DEPARTMENT**
    **BY:  CHRIS POOLE, ESQ.**
    **ASSISTANT CORPORATION COUNSEL**
    1100 City Hall
    65 Niagara Square
    Buffalo, New York  14202
    716-851-4343

ALSO PRESENT:

    **CHRISTINE NELSON, ESQ.**
    Covington & Burling LLP

```
 1              you do before that?
 2    A         I was with the police department for 30 years.
 3    Q         Okay.  And let me ask, when you were working as an
 4              attorney, what kind of cases were you doing?
 5    A         I did a lot of real estate and wills, trusts.
 6    Q         Okay.  So what was the last position that you held
 7              within the Buffalo Police Department?
 8    A         I was a lieutenant.
 9    Q         Okay.  In any particular district?
10    A         A District.
11    Q         And let me just ask, because I want to get the
12              chronology down, when did you retire from the Buffalo
13              Police Department?
14    A         2018.
15    Q         Okay.  And for how long were you a lieutenant in the
16              A District?
17    A         Approximately two years.
18    Q         Okay.  And prior to that, what was your role in the
19              Buffalo Police Department?
20    A         I was a chief.
21    Q         Okay.  And what were you the chief of?
22    A         Initially I was chief of Schools, and then I became
23              chief of Schools, Housing and Strike Force.
```

```
 1   Q    Okay.  And let's see, how long were you the Schools
 2        chief?
 3   A    A little over nine years.
 4   Q    And then when did you become the Housing Unit and
 5        Strike Force chiefs?
 6   A    I don't recall when I was named that.  I don't recall
 7        that.
 8   Q    Okay.  Did you become the Housing Unit and Strike
 9        Force chiefs at the same time?
10   A    Yes.
11   Q    And would that have been around the time that the
12        Strike Force began?
13   A    No.
14   Q    So there was a Strike Force chief before you?
15   A    No, there was no chief at that point.
16   Q    Okay.  So you were the first Strike Force chief?
17   A    Yes.
18   Q    Okay.  And do you know why they decided to create a
19        position of chief for the Strike Force?
20   A    No.
21             MR. POOLE:  Object to the form of the
22        question.
23   Q    What caused you to leave your position as chief to
```

1           MR. POOLE:  Form.
2    A   If the car is there by itself, I guess to enforce the
3        parking laws.
4    Q   Did you personally ever provide any guidance to
5        Housing Unit officers about when it is and is not
6        appropriate to ticket on BMHA property?
7    A   Not that I recall.
8    Q   And did you personally ever request that any other
9        person provide additional guidance to Housing Unit
10       officers with respect to ticketing within BMHA
11       parking lots?
12   A   Not that I recall.
13   Q   Now, one of the tools that the Strike Force used to
14       achieve its mission was traffic checkpoints, correct?
15   A   Yes.
16   Q   And the checkpoints were located in crime hotspots?
17           MR. POOLE:  Form.
18   A   Yes.
19   Q   And would you agree that a primary purpose of the
20       checkpoints was to deter crime?
21   A   They were designed for traffic control.
22   Q   And what is traffic control?  What do you mean by
23       traffic control?

| | | |
|---|---|---|
| 1 | A | They were to enforce some of the traffic laws.  The |
| 2 | | stops, they would check the registrations, the |
| 3 | | inspections, maybe tints, seat belts. |
| 4 | Q | Another primary purpose of the checkpoints was to |
| 5 | | demonstrate high visibility? |
| 6 | A | Yes. |
| 7 | | MR. POOLE:  Form.  I'm not sure that was |
| 8 | | a question. |
| 9 | Q | Was another primary purpose of the checkpoints to |
| 10 | | remove drugs and guns from the street if the officer |
| 11 | | developed probable cause to search a vehicle that was |
| 12 | | stopped at a checkpoint? |
| 13 | | MR. POOLE:  Form. |
| 14 | A | It did happen.  I don't know if that was necessarily |
| 15 | | the primary goal though. |
| 16 | Q | I will introduce as Brinkworth 8 an email that's been |
| 17 | | identified as COB591045. |
| 18 | A | Okay. |
| 19 | Q | And can you see that okay, or would you like it a |
| 20 | | little larger? |
| 21 | A | Maybe a little larger. |
| 22 | Q | How's that? |
| 23 | A | Yeah. |

```
 1   A     I don't recall seeing tow trucks set up there, no.
 2   Q     Were K-9 dogs at the roadblocks that you attended?
 3   A     Not that I recall.
 4   Q     How were the locations for the Strike Force
 5         roadblocks determined?
 6   A     I don't know.
 7               MR. POOLE:  Pardon me, Claudia.  I
 8            apologize.  Can we go off the record for a
 9            second?
10               MS. WILNER:  Sure.
11           (Discussion held off the record.)
12               MS. WILNER:  Would you be able to just
13            read back the last question and answer so we
14            can remember where we were?
15              (Record read by reporter.)
16         BY MS. WILNER:
17   Q     So who did set the checkpoint locations?
18   A     Originally, it was Derenda.
19   Q     And did there come a time when Derenda stopped
20         setting checkpoint locations?
21   A     There was a point the lieutenants picked up.
22   Q     At the beginning, Derenda would send daily emails
23         with checkpoint locations, right?
```

| | | |
|---|---|---|
| 1 | A | That I don't know. |
| 2 | Q | Okay.  Do you recall receiving those emails? |
| 3 | A | I don't. |
| 4 | Q | Okay.  When Derenda left the choice of location to |
| 5 | | the lieutenants, was anybody providing oversight over |
| 6 | | that choice? |
| 7 | A | I don't know. |
| 8 | Q | You were not providing oversight? |
| 9 | A | No. |
| 10 | Q | Did you witness anybody else providing oversight? |
| 11 | A | Not that I recall. |
| 12 | Q | Were you aware at the time that the vast majority of |
| 13 | | checkpoints took place in Black neighborhoods on the |
| 14 | | east side of Buffalo? |
| 15 | A | I don't recall. |
| 16 | | MR. POOLE:  Form of the question. |
| 17 | Q | And was that because you weren't personally involved |
| 18 | | in setting the locations for checkpoints? |
| 19 | A | No, I wasn't involved. |
| 20 | Q | The commissioner expected Strike Force officers to |
| 21 | | issue a large number of traffic tickets, right? |
| 22 | | MR. POOLE:  Form. |
| 23 | A | I don't know what his expectations were. |

```
 1   STATE OF OHIO        )
 2   COUNTY OF CUYAHOGA   )
 3              I, Luanne K. Howe, Notary Public, in and for the
 4   County of Cuyahoga, State of Ohio, do hereby certify:
 5              That the witness whose testimony appears
 6   hereinbefore was, before the commencement of his testimony,
 7   duly sworn to testify the truth, the whole truth and nothing
 8   but the truth; that said testimony was taken remotely
 9   pursuant to notice at the time and place as herein set
10   forth; that said testimony was taken down by me and
11   thereafter transcribed into typewriting, and I hereby
12   certify the foregoing transcript is a full, true and correct
13   transcription of my shorthand notes so taken.
14              I further certify that I am neither counsel for
15   nor related to any party to said action, nor in any way
16   interested in the outcome thereof.
17              IN WITNESS WHEREOF, I have hereunto subscribed my
18   name and affixed my seal this 22nd day of March, 2022.
19
20                           _____
21                           Luanne K. Howe
                             Notary Public - State of Ohio
22
                             My commission expires 10-07-24
23
```