# Exhibit 15

```
 1      UNITED STATES DISTRICT COURT
 2      WESTERN DISTRICT OF NEW YORK
 3      -------------------------------------------------
 4      BLACK LOVE RESISTS IN THE RUST, et al.,
        individually and on behalf of a class of
 5      all others similarly situated,
 6              Plaintiffs,
 7       -vs-                           1:18-cv-00719-CCR
 8      CITY OF BUFFALO, N.Y., et al.,
 9              Defendants.
10      -------------------------------------------------
11
12      EXAMINATION BEFORE TRIAL OF JARED DOMARACKI
13              APPEARING REMOTELY FROM
14                  BUFFALO, NEW YORK
15
16
17              July 18, 2023
18              At 9:30 a.m.
19              Pursuant to notice
20
21      REPORTED BY:
22      Rebecca L. DiBello, RPR, CSR(NY)
23      APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

**R E M O T E   A P P E A R A N C E S**

APPEARING FOR THE PLAINTIFFS:

**WESTERN NEW YORK LAW CENTER
BY: KEISHA WILLIAMS, ESQ.,**
Cathedral Park Tower
37 Franklin Street, Suite 210
Buffalo, New York 14202
(716) 828-8415

APPEARING FOR THE DEFENDANTS:

**HODGSON RUSS LLP
BY: PETER SAHASRABUDHE, ESQ.**
140 Pearl Street
Buffalo, New York 14202
(716) 848-1508

ALSO PRESENT: **KARINA TEFFT, ESQ.**

```
 1            don't remember receiving any additional
 2            training on how to operate checkpoints?
 3       A.   Excuse me.  After the police academy, not to
 4            my recollection.
 5       Q.   Based on your experience were checkpoints used
 6            to enforce vehicle and traffic laws?
 7       A.   The safety checkpoints were to ensure there
 8            was no expired inspections, registrations,
 9            things of that nature.
10       Q.   Were the housing -- were the checkpoints ever
11            used to suppress criminal activity?
12                 MR. SAHASRABUDHE:  Objection to form.
13       A.   All I was known or told that these were
14            vehicle safety checkpoints.  As for any other
15            reasons, that is beyond my scope.
16       Q.   Were you advised to check vehicles for weapons
17            or drugs or any sort of gang activity?
18                 MR. SAHASRABUDHE:  Objection to form.
19       A.   They were vehicle safety checkpoints and I was
20            looking for infractions with the Vehicle and
21            Traffic Law, whether it was expired
22            registration, expired inspection, broken
23            headlights, things of those nature.
```

```
 1         there anything you would say to the motorists
 2         or driver?
 3              MR. SAHASRABUDHE:  Objection to form.
 4    A.   I would say how's it going?  How was your day?
 5         Safety checkpoint making sure everything is
 6         all good and then send them on their way if
 7         there was no infraction.  I mean, if there was
 8         -- it was just a safety checkpoint.
 9    Q.   Did every patrol vehicle -- was every vehicle
10         equipped with a license plate reader?
11    A.   No, not every single vehicle that the Buffalo
12         Police Department had had a plate reader.
13    Q.   Can you estimate how long that initial visual
14         inspection would last?
15              MR. SAHASRABUDHE:  Objection to form.
16    A.   I didn't have a stopwatch on me clicking every
17         time.  Average at least with me, I don't know,
18         10 seconds, 15 seconds.  It was just doing a
19         visual inspection.  Hey, how's it going, where
20         are you off to?  Sounds good.  On your way.
21    Q.   When you would pull a motorist over or any
22         officer would pull a motorist over for that
23         secondary stop, do you know how long that
```

```
 1      secondary -- well, can you I guess sort of
 2      estimate how long that secondary stop would
 3      last?
 4              MR. SAHASRABUDHE:  Objection to form.
 5   A. Each stop is different.  There's no universal
 6      time.  It all depends on that individual.  If
 7      they have a license.  If they don't have a
 8      license, then that takes more time gathering
 9      their information, writing it down, so like
10      again, each stop is -- can vary.
11   Q. Okay.  Did officers have discretion in
12      determining which cars they would pull over
13      for the secondary stop?
14              MR. SAHASRABUDHE:  Objection to form.
15   A. We had the discretion as to how we wanted to
16      handle that.  Discretion was used a lot of
17      times.
18   Q. Was it your experience that officers were
19      advised to use less discretion at safety
20      checkpoints?
21              MR. SAHASRABUDHE:  Objection to form.
22   A. I used my discretion at the safety checkpoints
23      and even if I pulled a car over on the street.
```

```
 1      act which is violating the tinted windows law,
 2      correct?
 3              MR. SAHASRABUDHE:  Objection to form.
 4   A. Yeah.  It states that it's a violation of the
 5      Vehicle and Traffic Law for tinted windows.
 6   Q. Are you required to issue multiple tickets for
 7      the same offense?
 8   A. What do you mean required to?
 9   Q. Does the BPD require that you issue multiple
10      tickets for the same offense?
11   A. The vehicle and traffic laws can state that if
12      each individual is tinted each window can
13      receive a ticket.  The BPD has never told me
14      or had a requirement to do such.
15   Q. And just to confirm, in 2015 when you issued
16      Mr. Palmer these tickets you had a tint meter,
17      correct?
18   A. By the 41 percent on there that would indicate
19      to me that I used my tint meter to get that
20      percentage.
21   Q. Did you always use a tint meter when you
22      issued tinted windows tickets?
23              MR. SAHASRABUDHE:  Objection to form.
```

| | | |
|---|---|---|
| 1 | A. | Every single tinted window ticket that I |
| 2 | | issued, no.  Not every single one I used a |
| 3 | | tint meter, but any form of tint that you put |
| 4 | | on aftermarket automatically makes the window |
| 5 | | illegal according to the New York State |
| 6 | | Vehicle and Traffic Law. |
| 7 | Q. | Do you remember when that law -- do you |
| 8 | | remember when that law was passed? |
| 9 | A. | I do not know when that law was passed. |
| 10 | Q. | Were officers allowed to use their own |
| 11 | | discretion when issuing tickets? |
| 12 | A. | Officers had their own discretion to use on |
| 13 | | when to issue tickets or not. |
| 14 | Q. | And in the situation you could have issued one |
| 15 | | ticket or two tickets, correct? |
| 16 | A. | Let me look at the ticket itself for a second |
| 17 | | to see what type of vehicle it was. |
| 18 | Q. | Chevy. |
| 19 | A. | That's the make.  I was looking for the actual |
| 20 | | vehicle type.  If it was a four door vehicle |
| 21 | | and all four windows were tinted I could have |
| 22 | | issued one ticket per window.  Now, if it was |
| 23 | | an SUV or a pickup truck only the front driver |

| | |
|---|---|
| 1 | A. I can't recall. |
| 2 | Q. In the complaint Mr. Palmer states that he has |
| 3 | some issues with his eyes. Could you have |
| 4 | inquired whether or not he had a medical |
| 5 | condition that had required the tinted |
| 6 | windows? |
| 7 | A. If he had a medical requirement that required |
| 8 | the tinted windows he didn't have the proper |
| 9 | documentation stating such. Yes, you can have |
| 10 | tinted windows based on a medical condition |
| 11 | where there's a process that you have to go |
| 12 | through with your doctor and go through the |
| 13 | DMV and DMV gives you a sticker that they |
| 14 | place or that you place on your vehicle |
| 15 | stating that, which he did not have, so if he |
| 16 | stated that there was a medical condition he |
| 17 | didn't go through the proper channels or the |
| 18 | proper process to do such. |
| 19 | Q. Do you remember -- based on the facts in the |
| 20 | complaint, why did you pull over Mr. Palmer? |
| 21 | A. Based on -- |
| 22 | MR. SAHASRABUDHE: Objection to form. |
| 23 | A. Sorry. Based on the complaint, I saw tinted |

```
 1      windows which is an infraction with the
 2      Vehicle and Traffic Law and issued a traffic
 3      stop in accordance.
 4   Q. So it is an -- in 2015 we don't know if the
 5      law was changed yet, but would you have been
 6      able to say if the window was illegally tinted
 7      when he was driving by?  And I'm assuming you
 8      were in your patrol vehicle?
 9   A. Well, that's how I would activate a car stop
10      is I would have to be in a marked patrol unit.
11   Q. And you would observe that the tint was
12      illegal?
13   A. The tints were not legal.
14   Q. Yes.  But based on the ticket you said that it
15      was 41 percent, so you used a tint meter.  You
16      couldn't have used a tint meter if you
17      observed him driving by.
18   A. No.  I did not use a tint meter as he drove
19      by.  The vehicle was already stopped.  I
20      issued my traffic stop after the vehicle was
21      not in motion is when I used the tint meter
22      which confirmed --
23   Q. Your observation?
```

```
 1        STATE OF NEW YORK)

 2        COUNTY OF ERIE    )

 3


 4
            I, Rebecca Lynne DiBello, CSR, RPR, Notary
 5        Public, in and for the County of Erie, State of
          New York, do hereby certify:
 6

 7          That the witness whose testimony appears
          hereinbefore was, before the commencement of
 8        their testimony, duly sworn to testify the
          truth, the whole truth and nothing but the
 9        truth; that said testimony was taken pursuant
          to notice at the time and place as herein set
10        forth; that said testimony was taken down by me
          and thereafter transcribed into typewriting,
11        and I hereby certify the foregoing testimony is
          a full, true and correct transcription of my
12        shorthand notes so taken.


13
            I further certify that I am neither counsel
14        for nor related to any party to said action,
          nor in anyway interested in the outcome
15        thereof.

16
            IN WITNESS WHEREOF, I have hereunto
17        subscribed my name and affixed my seal this
          2nd day of August, 2023.
18

19

20        _____

21        Rebecca Lynne DiBello, CSR, RPR
          Notary Public - State of New York
22        No. 01D14897420
          Qualified in Erie County
23        My commission expires 5/11/2027
```