# Exhibit 16

```
 1      UNITED STATES DISTRICT COURT
 2      WESTERN DISTRICT OF NEW YORK
 3      ------------------------------------------
 4      BLACK LOVE RESISTS IN THE RUST, ET AL.,
        INDIVIDUALLY AND ON BEHALF OF A CLASS OF
 5      ALL OTHERS SIMILARLY SITUATED,
 6
                Plaintiffs,
 7
         -vs-                    1:18-cv-00719-CCR
 8
        CITY OF BUFFALO, N.Y., ET AL.,
 9
                Defendants.
10      ------------------------------------------
11

12        EXAMINATION BEFORE TRIAL OF MICHAEL ACQUINO
13                APPEARING REMOTELY FROM
14                   BUFFALO, NEW YORK
15
16                 September 5th, 2023
17                 At 10:00 a.m.
18                 Pursuant to notice
19
20      REPORTED BY:
21      Rebecca L. DiBello, RPR, CSR(NY) (Pages 1-205)
22      Brooklyn Morton, Notary Public (Pages 206-256)
23      APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
 1            R E M O T E   A P P E A R A N C E S

 2

 3     APPEARING FOR THE PLAINTIFFS, BLACK LOVE
       RESISTS IN THE RUST, ET AL., INDIVIDUALLY AND
       ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY
 4     SITUATED:

 5                    COVINGTON & BURLING LLP
                      BY: ANDREW TIMMICK, ESQ.
 6                    The New York Times Building
                      620 Eighth Avenue
 7                    New York, New York 10018
                      (212) 841-1277
 8
       APPEARING FOR THE DEFENDANTS, CITY OF BUFFALO,
 9     N.Y., et al.:

10                    HODGSON RUSS LLP
                      BY: CHEYENNE FREELEY, ESQ.,
11                    140 Pearl Street
                      Buffalo, New York 14202
12                    (716) 848-1508

13

14

15     ALSO PRESENT: EVA LILIENFELD, Law Clerk
                     Covington & Burling LLP
16

17

18

19

20

21

22

23
```

MICHAEL ACQUINO

1  activity that they knew of, any tips.
2          Then we'd go from there into our shift.
3  They'd assign a checkpoint in the briefing and
4  then we'd get in our vehicles, our patrol
5  vehicles.
6  Q. Did you conduct the checkpoint daily while you
7     were on the Strike Force?
8  A. Yes.
9  Q. And was that the case for the entirety of your
10    time on the Strike Force?
11 A. I'm pretty positive.
12 Q. Did you conduct these checkpoints in support
13    of the -- did you conduct these checkpoints to
14    target gang activity?
15         MS. FREELEY:  Objection form.
16 A. No.  They were very specific on those vehicle
17    and traffic, roadway safety.  They were
18    specific on vehicle and traffic violations.
19 Q. So you mentioned earlier that your focus while
20    on the Strike Force was -- am I correct to say
21    it was gangs, violent crime and maybe others
22    in terms of those focuses?
23         MS. FREELEY:  Objection to form.

```
1       STATE OF NEW YORK)

2                        )  ss.

3       COUNTY OF ERIE   )

4


5
          I, Brooklyn Morton, Notary Public, in and for
6       the County of Erie, State of New York, do
        hereby certify:
7

8         That the witness whose testimony appears
        hereinbefore was, before the commencement of
9       their testimony, duly sworn to testify the
        truth, the whole truth and nothing but the
10      truth; that said testimony was taken pursuant
        to notice at the time and place as herein set
11      forth; that said testimony was taken down by me
        and thereafter transcribed into typewriting,
12      and I hereby certify the foregoing testimony is
        a full, true and correct transcription of my
13      shorthand notes so taken.

14
          I further certify that I am neither counsel
15      for nor related to any party to said action,
        nor in anyway interested in the outcome
16      thereof.

17
          IN WITNESS WHEREOF, I have hereunto
18      subscribed my name and affixed my seal on this
        18th day of September, 2023.
19
              Brooklyn Morton
20            ---------------------
21            Brooklyn Morton

22

23
```

```
         STATE OF NEW YORK)
         COUNTY OF ERIE   )


           I, Rebecca Lynne DiBello, CSR, RPR, Notary
         Public, in and for the County of Erie, State of
         New York, do hereby certify:


           That the witness whose testimony appears
         hereinbefore was, before the commencement of
         their testimony, duly sworn to testify the
         truth, the whole truth and nothing but the
         truth; that said testimony was taken pursuant
         to notice at the time and place as herein set
         forth; that said testimony was taken down by me
         and thereafter transcribed into typewriting,
         and I hereby certify the foregoing testimony is
         a full, true and correct transcription of my
         shorthand notes so taken.


           I further certify that I am neither counsel
         for nor related to any party to said action,
         nor in anyway interested in the outcome
         thereof.


           IN WITNESS WHEREOF, I have hereunto
         subscribed my name and affixed my seal this
         19th day of September, 2023.

                       [signature: Rebecca L. DiBello]
                     _____
                     Rebecca Lynne DiBello, CSR, RPR
                     Notary Public - State of New York
                     No. 01D14897420
                     Qualified in Erie County
                     My commission expires 5/11/2027
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544