# Exhibit 17

ORIGINAL

VIDEO TELECONFERENCE DEPOSITION
JOSEPH FAHEY


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------
BLACK LOVE RESISTS IN THE RUST, et al.,

                Plaintiffs,

      - vs -    Civil Action No.
                18-cv-719

CITY OF BUFFALO, et al.,

                Defendants.
------------------------------------

        Video teleconference deposition of **JOSEPH FAHEY**, present at JACK W. HUNT & ASSOCIATES, INC., 1120 Liberty Building, Buffalo, New York, taken pursuant to Federal Rules of Civil Procedure, connected with CENTER FOR CONSTITUTIONAL RIGHTS, 666 Broadway, 7th Floor, New York, New York, on December 19, 2019, commencing at 10:14 a.m., before JULIANA R. SCHIAPPA, Notary Public.

*JACK W. HUNT & ASSOCIATES, INC.*

2

```
 1  APPEARANCES:        FOR CONSTITUTIONAL RIGHTS,
                        By DARIUS CHARNEY, ESQ.,
 2                      dcharney@ccrjustice.org, and
                        BRITTANY THOMAS, ESQ.,
 3                      666 Broadway, 7th Floor,
                        New York, New York  10012,
 4                      (212) 614-6464,
                        (in New York)
 5                          and
                        WESTERN NEW YORK LAW CENTER,
 6                      By KEISHA A. WILLIAMS, ESQ.,
                        Cathedral Park Tower,
 7                      37 Franklin Street, Suite 210,
                        Buffalo, New York  14202,
 8                      (716) 855-0203,
                        kwilliams@wnylc.com,
 9                      Appearing for the Plaintiffs,
                        (in Buffalo).
10
                        TIMOTHY A. BALL, ESQ.,
11                      Corporation Counsel,
                        By ROBERT E. QUINN, ESQ.,
12                      Assistant Corporation Counsel,
                        1137 City Hall,
13                      Buffalo, New York  14202,
                        (716) 851-4334,
14                      rquinn@ch.ci.buffalo.ny.us,
                        Appearing for the Defendants,
15                      (in Buffalo).

16
```

10:13:21  17          THE REPORTER:  How would you like to do the

10:13:23  18  billing?

10:13:24  19          MR. QUINN:  Generally they would supply us,

10:13:27  20  as we're producing the witness.

10:13:29  21          THE REPORTER:  Counsel for the plaintiffs,

10:13:35  22  is that acceptable that you are supplying defense

          23  counsel?

Fahey - Charney - 12/19/2019

48

| | | |
|---|---|---|
| 11:01:20 | 1 | those checkpoints? |
| 11:01:22 | 2 | MR. QUINN: Object to form. You can answer. |
| 11:01:28 | 3 | THE WITNESS: I don't understand exactly |
| 11:01:31 | 4 | what you mean. Like, why -- what was the purpose |
| 11:01:35 | 5 | of the checkpoint? Is that what you're saying? |
| 11:01:38 | 6 | BY MR. CHARNEY: |
| 11:01:38 | 7 | Q. Yes, yes, that's a better way to ask it. |
| 11:01:38 | 8 | A. They were -- |
| 11:01:38 | 9 | Q. Do you remember what the purpose of the |
| 11:01:38 | 10 | checkpoints were? |
| 11:01:40 | 11 | A. Yeah, they were -- |
| 11:01:40 | 12 | MR. QUINN: Object to form. You can answer. |
| 11:01:41 | 13 | THE WITNESS: -- safety checkpoints. |
| 11:01:44 | 14 | BY MR. CHARNEY: |
| 11:01:44 | 15 | Q. I'm sorry, can you repeat that? |
| 11:01:45 | 16 | A. Safety checkpoints. |
| 11:01:48 | 17 | Q. Okay. So, when you say safety, you |
| 11:01:49 | 18 | mean like checking vehicles to make sure their |
| 11:01:52 | 19 | equipment is all in order? |
| 11:01:53 | 20 | A. Yes. |
| 11:01:53 | 21 | Q. Checking people's licenses to make sure |
| 11:01:56 | 22 | they're active? |
| 11:02:02 | 23 | MR. QUINN: Object to form. |

```
 1  STATE OF NEW YORK    )
 2                        ss:
 3  COUNTY OF ERIE        )
 4
 5       I DO HEREBY CERTIFY as a Notary Public in and
 6  for the State of New York, that I did attend and
 7  report the foregoing deposition, which was taken
 8  down by me in a verbatim manner by means of machine
 9  shorthand.  Further, that the deposition was then
10  reduced to writing in my presence and under my
11  direction.  That the deposition was taken to be
12  used in the foregoing entitled action.  That the
13  said deponent, before examination, was duly sworn
14  to testify to the truth, the whole truth and
15  nothing but the truth, relative to said action.
16
17
18                    _____
                      JULIANA RENEE SCHIAPPA,
19                    Notary Public
20
21
22
23
```