# Exhibit 18

```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------
```

**BLACK LOVE RESISTS IN THE RUST, ET AL.,
INDIVIDUALLY AND ON BEHALF OF A CLASS OF
ALL OTHERS SIMILARLY SITUATED,**

        Plaintiffs,

 -vs-                      1:18-cv-00719-CCR

**CITY OF BUFFALO, N.Y., ET AL.,**

        Defendants.
-------------------------------------------

**EXAMINATION BEFORE TRIAL**

**OF BYRON LOCKWOOD**

**APPEARING REMOTELY FROM**

**BUFFALO, NEW YORK**

August 10, 2023

At 11:00 a.m.

Pursuant to notice

REPORTED BY:

Rebecca L. DiBello, RPR, CSR(NY)

APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK

1   **R E M O T E   A P P E A R A N C E S**

3   APPEARING FOR THE PLAINTIFFS, BLACK LOVE
    RESISTS IN THE RUST, ET AL., INDIVIDUALLY AND
    ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY
4   SITUATED:

5               **NATIONAL CENTER FOR LAW AND**
                **ECONOMIC JUSTICE**
6               **BY: CLAUDIA WILNER, ESQ.**
                275 Seventh Avenue, Suite 1506
7               New York, New York 10001
                (212) 633-6967

9   APPEARING FOR THE DEFENDANTS, **CITY OF BUFFALO,**
    **N.Y., et al.:**

10              **HODGSON RUSS LLP**
                **BY: PETER SAHASRABUDHE, ESQ.**
11              **And HUGH RUSS, ESQ.,**
                140 Pearl Street
12              Buffalo, New York 14202
                (716) 848-1508

15  ALSO PRESENT: Cheyenne Freeley, Hodgson Russ
16              Anjana Malhotra

**BYRON LOCKWOOD**

```
 1        just verbally.
 2    Q.  What caused you to express your
 3        dissatisfaction with the practice?
 4    A.  I just didn't like it.
 5    Q.  Was there a particular event that occurred
 6        that prompted you to say something?
 7    A.  No.
 8    Q.  And what did you say?
 9    A.  I just said I don't think it's necessary to
10        give a ticket for each dark tinted window.
11    Q.  And did anything happen after you said that?
12    A.  No.  I don't think so.  Mentioned it to the
13        chief and the commissioner and I don't know if
14        they took it up with them or not.  I just
15        mentioned it.
16    Q.  Did you check to see whether the multiple
17        tinted windows ticketing practices were
18        continuing after this after you mentioned it?
19            MR. SAHASRABUDHE:  Objection to form.
20    A.  No.  I didn't check into it because I know
21        that it was something that they can do.  It
22        wasn't illegal what they were doing.  It was
23        just that I didn't -- me particularly didn't
```

———— BYRON LOCKWOOD ————

```
 1         care for it.
 2    Q.   Well, regardless of whether it was legal,
 3         couldn't you direct the officers not to do it?
 4              MR. SAHASRABUDHE:  Objection to form.
 5    A.   I'm not going to direct the officer not to do
 6         his job.  If it's part of his job then he's
 7         going to do what he's going to do as long as
 8         it was part of the job.
 9    Q.   So it's your testimony that issuing four
10         tinted windows tickets in a single stop is
11         part of the officer's job?
12              MR. SAHASRABUDHE:  Objection to form.
13         That's not what he said.
14    A.   It's legal.  It's part of the V&T so they can
15         do it.  So it's part of their job.  They can
16         do that.
17    Q.   Were you aware that the Strike Force and the
18         Housing Unit engaged in more multiple
19         ticketing than other units of the BPD?
20              MR. SAHASRABUDHE:  Objection to form.
21    A.   I know they issued a lot of tickets, but I
22         didn't measure their writings compared to
23         traffic or the districts.
```

```
STATE OF NEW YORK)

COUNTY OF ERIE   )


    I, Rebecca Lynne DiBello, CSR, RPR, Notary
Public, in and for the County of Erie, State of
New York, do hereby certify:


    That the witness whose testimony appears
hereinbefore was, before the commencement of
their testimony, duly sworn to testify the
truth, the whole truth and nothing but the
truth; that said testimony was taken pursuant
to notice at the time and place as herein set
forth; that said testimony was taken down by me
and thereafter transcribed into typewriting,
and I hereby certify the foregoing testimony is
a full, true and correct transcription of my
shorthand notes so taken.


    I further certify that I am neither counsel
for nor related to any party to said action,
nor in anyway interested in the outcome
thereof.


    IN WITNESS WHEREOF, I have hereunto
subscribed my name and affixed my seal this
26th day of August, 2023.
```

*Rebecca L. DiBello*

_____

Rebecca Lynne DiBello, CSR, RPR
Notary Public - State of New York
No. 01D14897420
Qualified in Erie County
My commission expires 5/11/2027