# Exhibit 19

1      UNITED STATES DISTRICT COURT

2      WESTERN DISTRICT OF NEW YORK

3      ------------------------------------------------

4      **BLACK LOVE RESISTS IN THE RUST, ET AL.,**
       **INDIVIDUALLY AND ON BEHALF OF A CLASS OF**
5      **ALL OTHERS SIMILARLY SITUATED,**

6

7              Plaintiffs,

        -vs-                      1:18-cv-00719-CCR
8
       **CITY OF BUFFALO, N.Y., ET AL.,**
9
               Defendants.
10     ------------------------------------------------

11

12          **CONTINUED EXAMINATION BEFORE TRIAL**

13                **OF BYRON LOCKWOOD**

14             **APPEARING REMOTELY FROM**

15                **BUFFALO, NEW YORK**

16

17              August 17, 2023

18              At 1:00 p.m.

19              Pursuant to notice

20

21     REPORTED BY:

22     Rebecca L. DiBello, RPR, CSR(NY)

23     APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK


**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

1           **R E M O T E     A P P E A R A N C E S**

2

3       APPEARING FOR THE PLAINTIFFS, BLACK LOVE
        RESISTS IN THE RUST, ET AL., INDIVIDUALLY AND
        ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY
4       SITUATED:

5                           **NATIONAL CENTER FOR LAW AND
                            ECONOMIC JUSTICE**
6                           **BY: CLAUDIA WILNER, ESQ.**
                            275 Seventh Avenue, Suite 1506
7                           New York, New York 10001
                            (212) 633-6967
8
        APPEARING FOR THE DEFENDANTS, **CITY OF BUFFALO,**
9       **N.Y., et al.:**

10                          **HODGSON RUSS LLP**
                            **BY: PETER SAHASRABUDHE, ESQ.**
11                          **And HUGH RUSS, ESQ.,**
                            140 Pearl Street
12                          Buffalo, New York 14202
                            (716) 848-1508
13

14

15

        ALSO PRESENT: Cheyenne Freeley, Hodgson Russ
16                     Anjana Malhotra

17

18

19

20

21

22

23

```
 1              MR. SAHASRABUDHE:  Form.

 2    A.  If there was a change to that policy I'm quite

 3        sure it would have been mentioned to me.  I

 4        just don't remember there being a change.

 5    Q.  In May of 2020 you also decided to eliminate

 6        the Housing Unit, right?

 7              MR. SAHASRABUDHE:  Form.

 8    A.  Yes.  The Housing Unit was eliminated.

 9    Q.  And was that your decision or a decision of

10        the BMHA?

11    A.  I think it was a mutual decision with the City

12        and the BMHA.

13    Q.  And why was the Housing Unit eliminated?

14              MR. SAHASRABUDHE:  Form.

15    A.  There were -- the Housing Unit -- BMHA was

16        paying the City I want to say 600 some

17        thousand.  I'm not sure of the exact amount

18        and it became -- it was -- I guess it was time

19        to renew that contract and from what it was

20        costing the city to pay the officers was much

21        more than what was being paid to the City and

22        then there was also citizens that wanted their

23        own patrol.
```

1            They didn't want police patrolling BMHA.

2       So that was a discussion with the City and

3       BMHA and I guess the contract just wasn't

4       renewed, so when it wasn't renewed we

5       disbanded the unit.

6    Q.  Did anything replace the Housing Unit?

7            MR. SAHASRABUDHE:   Objection to form.

8    A.  They came up -- yes.  They came up with an

9       idea of each district will have a community

10       police officer assigned to the housing complex

11       unit.

12   Q.  And what was the job responsibility of the

13       community policing officer?

14   A.  The job was to do community policing in the

15       housing complex to assist citizens to work

16       with the children, to help setup programs over

17       there and also attend the meetings.

18   Q.  Did the job of the community policing officer

19       include traffic enforcement around the BMHA

20       building?

21            MR. SAHASRABUDHE:   Form.

22   A.  If there was a traffic violation then their

23       job was to enforce the traffic violation, yes.

```
 1        STATE OF NEW YORK)

 2        COUNTY OF ERIE    )

 3

 4

          I, Rebecca Lynne DiBello, CSR, RPR, Notary
 5     Public, in and for the County of Erie, State of
       New York, do hereby certify:

 6

 7        That the witness whose testimony appears
       hereinbefore was, before the commencement of
 8     their testimony, duly sworn to testify the
       truth, the whole truth and nothing but the
 9     truth; that said testimony was taken pursuant
       to notice at the time and place as herein set
10     forth; that said testimony was taken down by me
       and thereafter transcribed into typewriting,
11     and I hereby certify the foregoing testimony is
       a full, true and correct transcription of my
12     shorthand notes so taken.

13

          I further certify that I am neither counsel
14     for nor related to any party to said action,
       nor in anyway interested in the outcome
15     thereof.

16

          IN WITNESS WHEREOF, I have hereunto
17     subscribed my name and affixed my seal this
       31st day of August, 2023.

18

19

20     _____

21     Rebecca Lynne DiBello, CSR, RPR
       Notary Public - State of New York
22     No. 01D14897420
       Qualified in Erie County
23     My commission expires 5/11/2027
```

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544