# Exhibit 20

```
 1       UNITED STATES DISTRICT COURT

 2       FOR THE WESTERN DISTRICT OF NEW YORK

 3       ------------------------------------------------

 4       BLACK LOVE RESISTS IN THE RUST, et al.,
         individually and on behalf of a class of
 5       all others similarly situated,

 6                              Plaintiffs,

 7        -vs-                          1:18-cv-00719-CCR

 8       CITY OF BUFFALO, N.Y., et al.,

 9                              Defendants.

10       ------------------------------------------------

11            ORAL EXAMINATION OF CHARLES MILLER

12               APPEARING REMOTELY FROM

13               ERIE COUNTY, NEW YORK

14

15

16                    June 2, 2023

17                 9:32 a.m. - 4:49 p.m.

18                  pursuant to notice

19

20

21       REPORTED BY:

22       Carrie A. Fisher, Notary Public

23       APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

1          **R E M O T E    A P P E A R A N C E S**

2     APPEARING FOR THE PLAINTIFFS:

3          **NATIONAL CENTER FOR LAW
           AND ECONOMIC JUSTICE**
4          **BY: KARINA TEFFT, ESQ.**
           50 Broadway, Suite 500
5          New York, New York 10004
           (212) 633-6967
6
      APPEARING FOR THE DEFENDANTS:
7
           **HODGSON RUSS LLP**
8          **BY: PETER SAHASRABUDHE, ESQ.**
           140 Pearl Street
9          Buffalo, New York 14202
           (716) 848-1508
10
      ALSO PRESENT:
11
           **ANJANA MALHOTRA, ESQ.**
12         National Center for Law
           and Economic Justice
13
           **CLAUDIA WILNER, ESQ.**
14         National Center for Law
           and Economic Justice
15

16

17

18

19

20

21

22

23

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

CHARLES MILLER

1    Q. It kind of depended on the day?

2    A. Yeah, it depended on the day, correct.

3    Q. Did all four of those lieutenants depending on

4       the day set your assignments at the Housing

5       Unit?

6    A. Yeah.

7    Q. Were you given specific assignments on a daily

8       basis?

9    A. We would have briefing.  They would discuss

10      certain things that were brought up to them by

11      BMHA staff.  We would be told, you know, "hey,

12      look, there's a complaint over here at the

13      Shaffer Village, one of you guys go check that

14      out."  So, I mean, a car crew would like

15      volunteer, "okay, I will go over there."  Or

16      "there is something over here at the

17      Langfields, can somebody check that out?"

18      "Okay, I will go over there."

19   Q. And that was daily that you had these

20      briefings?

21   A. Yeah.

22   Q. You mentioned one of your duties was

23      high-visibility patrol.  What does that mean?

CHARLES MILLER

1    A. That means high-visibility patrol, being in

2        the area presence, police presence.  We used

3        to do park and walks through the different

4        BMHA properties where you actually park the

5        patrol car, you walk through the property so

6        people see you.  It deters crime.

7    Q. And was traffic enforcement part of that?

8    A. Yes.

9    Q. Were checkpoints or roadblocks part of that as

10       well?

11   A. Yeah.

12           MR. SAHASRABUDHE:  Form.  You can

13       answer.

14   A. Yes.

15   Q. And, you know, back when we were talking just

16       a moment ago about your daily briefings,

17       were -- so this was all verbally communicated

18       to you, what was sort of on the docket?

19   A. Yes.

20   Q. Was anything communicated in writing?

21   A. Some of the 311 complaints were.  You could

22       like go in the computer and print them up, or

23       the lieutenants would print them up and give

```
 1        STATE OF NEW YORK)

 2                    )  ss.

 3        COUNTY OF ERIE   )

 4

 5

 6          I, Carrie Fisher, Notary Public, in and for
          the County of Erie, State of New York, do
 7        hereby certify:

 8          That the witness whose testimony appears
          hereinbefore was, before the commencement of
 9        their testimony, duly sworn to testify the
          truth, the whole truth and nothing but the
10        truth; that said testimony was taken pursuant
          to notice at the time and place as herein set
11        forth; that said testimony was taken down by
          me and thereafter transcribed into
12        typewriting, and I hereby certify the
          foregoing testimony is a full, true and
13        correct transcription of my shorthand notes so
          taken.

14

15          I further certify that I am neither counsel
          for nor related to any party to said action,
16        nor in anyway interested in the outcome
          thereof.

17

18          IN WITNESS WHEREOF, I have hereunto
          subscribed my name and affixed my seal this
19        16th day of June, 2023.

20

21        ---------------------
          Carrie A. Fisher
22        Notary Public - State of New York
          No. 01FI6240227
23        Qualified in Erie County
          My commission expires 5/02/27
```