# Exhibit 21

1          UNITED STATES DISTRICT COURT

2        FOR THE WESTERN DISTRICT OF NEW YORK

3   - - - - - - - - - - - - - - - - - - - - - - - - - - - -

4   **BLACK LOVE RESISTS IN THE RUST, et al.,**

5   **individually and on behalf of a class of**

6   **all others similarly situated,**

7                        Plaintiffs,

8   vs.                              1:18-cv-00719-CCR

9   **CITY OF BUFFALO, N.Y.,  et al.,**

10                       Defendants.

11  - - - - - - - - - - - - - - - - - - - - - - - - - - - -

12          **ORAL EXAMINATION OF DANIELLE MORGERA**

13               **APPEARING REMOTELY FROM**

14                **BUFFALO, NEW YORK**

15

16              Thursday, May 26, 2022

17              9:40 a.m. - 5:31 p.m.

18               pursuant to notice

19

20

21  REPORTED BY:

22  Luanne K. Howe

23  APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO

1                    R E M O T E   A P P E A R A N C E S

2

3       APPEARING FOR THE PLAINTIFFS:

4           **COVINGTON & BURLING LLP**
            **BY:  JORDAN JOACHIM, ESQ.**
5           **BY:  ANDREW TIMMICK, ESQ.**
            620 Eighth Avenue
6           New York, New York  10018
            212-841-1000
7
        APPEARING FOR THE DEFENDANTS:
8
            **HODGSON RUSS LLP**
9           **BY:  DAVID SHORT, ESQ.**
            The Guaranty Building
10          140 Pearl Street, Suite 100
            Buffalo, New York  14202
11          716-848-1609

12

13

14

15

16

17

18

19

20

21

22

23

```
 1    A    "High level" meaning?

 2    Q    Just generally, what is BTVA's role?

 3    A    We are by state law tasked with assisting the Buffalo

 4         City Court in adjudicating noncriminal traffic

 5         infractions.

 6    Q    Okay.

 7    A    We intake tickets.  We process them.  We schedule

 8         traffic court.

 9    Q    And so what types of tickets does BTVA administer

10         specifically?

11    A    Traffic infractions.

12    Q    Okay.  Does it handle any nonmoving violations?

13    A    No.

14    Q    What about jaywalking?

15    A    What about jaywalking?

16    Q    Does BTVA handle jaywalking tickets?

17    A    No.

18    Q    Okay.  And are there any traffic tickets that BTVA

19         does not handle?

20    A    Yes.  Anything that is stated by law that is not in

21         our purview, for example, DUIs.

22    Q    Okay.  And what geographic area does BTVA cover?

23    A    It would be the city of Buffalo.
```

```
 1    Q    Okay.  So I believe you mentioned earlier that BTVA
 2         is under the oversight of the mayor's office; is that
 3         right?
 4    A    That's correct, by state legislation.
 5    Q    Okay.  And what role does the mayor's office have in
 6         overseeing the BTVA?
 7                   MR. SHORT:  Form.
 8    Q    You can answer.
 9    A    I don't know.
10    Q    Okay.  So what -- on a day-to-day basis, what role
11         does the mayor's office have with respect to the
12         BTVA?
13                   MR. SHORT:  Form.
14    A    The mayor's office doesn't -- I don't talk to the
15         mayor on a day-to-day basis.
16    Q    Okay.  Do you -- do you or the executive director
17         report up to the mayor's office regularly about the
18         BTVA?
19    A    I do not.  I cannot opine on what his actions are.
20    Q    Okay.  When was the BTVA created?
21    A    I'm not quite sure when the legislation passed, but I
22         know that the office was opened July 1, 2015.
23    Q    Okay.  So BTVA was created by legislation; is that
```

```
 1              correct?
 2                          MR. SHORT:  Form.
 3     A        Yes.
 4     Q        Do you remember who was involved in getting that
 5              legislation passed?
 6     A        I believe it was Crystal People-Stokes and Tim
 7              Kennedy.
 8     Q        And who are they?
 9     A        They are our state representatives.
10     Q        Do you remember if the mayor's office had -- was
11              involved in passing that legislation?
12     A        I don't know.
13     Q        Does BTVA have a set of written policies?
14     A        I don't understand if you mean BTVA itself or --
15     Q        Yes.
16     A        Policies that are written -- as a civil servant,
17              we're subject to union policies.  Is that what you
18              mean?
19     Q        No.  I mean internal to the agency, how you do
20              things, how you do your job at the agency.
21     A        I understand.  Thank you.  Yes, there are internal
22              policies in the agency.
23     Q        Okay.  And are there written policies for traffic
```

```
 1          prosecutors?

 2                       MR. SHORT:  Form.

 3     A    Our traffic prosecutors write their own prosecution

 4          policies.

 5     Q    Okay.  Do you know if those are recorded somewhere?

 6     A    I'm sorry.  I didn't understand what you said.

 7          Recorded?

 8     Q    Yeah, if they're written down somewhere.

 9                       MR. SHORT:  Form.

10     A    Yes.

11     Q    Okay.  Where do revenues from BTVA go?

12                       MR. SHORT:  Form.

13     A    I believe they go into the general city fund.

14     Q    Is there a percentage that go to the State of New

15          York?

16     A    There is --

17                       MR. SHORT:  Form.

18     A    There's a portion that goes to -- that's distributed

19          to the State of New York.  There's not a percentage.

20          There is a portion.  They tell us what we owe them.

21     Q    Thank you for that correction.  So what -- how is

22          that portion determined?

23     A    By state law.
```

```
 1   Q    Okay.  And do you know, is it a set calculation, a
 2        set number?
 3   A    Unfortunately, it is not.  It's indicative to each
 4        violation in itself.
 5   Q    I see.  So depending on the violation, a certain
 6        portion goes to the state; is that correct?
 7   A    Correct.
 8   Q    Before the BTVA, do you know what percentage or
 9        portion of revenues from traffic violations went to
10        the state versus the City of Buffalo?
11                  MR. SHORT:  Form.
12   A    My understanding is that it all went to the state.
13   Q    Okay.  So BTVA allowed Buffalo to keep a higher
14        portion of revenue from traffic tickets issued in the
15        city, correct?
16                  MR. SHORT:  Form.
17   A    I don't understand that question.
18   Q    Sure.  So let me try that again.  After the creation
19        of BTVA, Buffalo was able to keep a higher percentage
20        of revenue from traffic tickets issued within the
21        city, correct?
22                  MR. SHORT:  Form.
23   A    That's too generalized for me to answer.
```

1    Q    Okay.  So I want to talk a little more concretely

2         about how BTVA operates.  So let's say I'm driving

3         through the city of Buffalo.  A police officer pulls

4         me over and writes me a ticket for speeding.  What

5         happens next as far as the BTVA is involved?

6    A    The instructions on your ticket would indicate when

7         you needed to return it to the agency.  Upon receipt,

8         the clerks will intake the tickets, screen the

9         license, refer to our prosecutor's policy.  If he has

10        preapproved a reduced plea to a nonmoving based on

11        their license history and the nature of the charge, a

12        reduced offer to a non-points violation is usually

13        tendered.

14            If it is something that the prosecutor has

15        flagged as a serious violation or habitual offender,

16        the clerks are not authorized to put forward his

17        offer on his behalf.  And instead they must come in

18        for a pretrial conference.

19            If someone does not wish to take the plea, they

20        are scheduled for traffic court, where the officer is

21        called in, and the trial is held in front of a

22        judicial hearing officer, who makes the final

23        determination.

```
1    STATE OF OHIO          )

2    COUNTY OF CUYAHOGA     )

3              I, Luanne K. Howe, Notary Public, in and for the

4    County of Cuyahoga, State of Ohio, do hereby certify:

5              That the witness whose testimony appears

6    hereinbefore was, before the commencement of his testimony,

7    duly sworn to testify the truth, the whole truth and nothing

8    but the truth; that said testimony was taken remotely

9    pursuant to notice at the time and place as herein set

10   forth; that said testimony was taken down by me and

11   thereafter transcribed into typewriting, and I hereby

12   certify the foregoing transcript is a full, true and correct

13   transcription of my shorthand notes so taken.

14             I further certify that I am neither counsel for

15   nor related to any party to said action, nor in any way

16   interested in the outcome thereof.

17             IN WITNESS WHEREOF, I have hereunto subscribed my

18   name and affixed my seal this 2nd day of June, 2022.

19

20                        _____

21                        Luanne K. Howe
                          Notary Public - State of Ohio

22                        My commission expires 10-07-24

23
```