# Exhibit 22

```
 1                  UNITED STATES DISTRICT COURT

 2             FOR THE WESTERN DISTRICT OF NEW YORK

 3   - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 4   BLACK LOVE RESISTS IN THE RUST, et al.,

 5   individually and on behalf of a class of

 6   all others similarly situated,

 7                                  Plaintiffs,

 8   vs.                                        1:18-cv-00719-CCR

 9   CITY OF BUFFALO, N.Y.,  et al.,

10                                  Defendants.

11   - - - - - - - - - - - - - - - - - - - - - - - - - - - -

12             ORAL EXAMINATION OF MICHAEL QUINN

13                  APPEARING REMOTELY FROM

14                     ORANGE, CALIFORNIA

15

16                  Friday, April 1, 2022

17                  10:57 a.m. - 2:17 p.m.

18                     pursuant to notice

19

20

21   REPORTED BY:

22   Luanne K. Howe

23   APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO
```

```
 1              R E M O T E   A P P E A R A N C E S

 2

 3   APPEARING FOR THE PLAINTIFFS:

 4       WESTERN NEW YORK LAW CENTER, INC.
         BY:  KEISHA ALECIA WILLIAMS, ESQ.
 5       Cathedral Park Tower
         37 Franklin Street, Second Floor
 6       Buffalo, New York  14203
         716-855-0203
 7
         NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
 8       BY:  KARINA TEFF, ESQ.
         50 Broadway, Suite 1500
 9       New York, New York  10004
         212-633-6967
10
     APPEARING FOR THE DEFENDANTS:
11
         HODGSON RUSS LLP
12       BY:  PETER SAHASRABUDHE, ESQ.
         140 Pearl Street, Suite 100
13       Buffalo, New York  14202
         716-848-1508
14

15

16

17

18

19

20

21

22

23
```

```
 1            the Strike Force?
 2      A     About eight -- a little bit over eight years.
 3      Q     And was that your position throughout your time with
 4            the Strike Force?
 5      A     Yes, it was.
 6      Q     What were your primary duties in this position?
 7      A     Supervision of the patrol officers, supervision of
 8            the checkpoints.  I had some administrative duties
 9            such as filling out the payroll, fielding calls from
10            the, you know, higher-ups regarding what they wanted
11            done.
12      Q     Okay.  And how long were you -- how long were you
13            with the Strike Force?
14      A     Until it was disbanded in March of 2018.
15      Q     And after the Strike Force was disbanded, were you
16            transferred to another unit?
17      A     Yes.  I was transferred to the Traffic Division.
18      Q     And do you know why the Strike Force was disbanded?
19                       MR. SAHASRABUDHE:  Form.
20      A     We were never given a reason.
21      Q     Are you still with the BPD?
22      A     No, I'm not.
23      Q     What did you do after leaving the BPD --
```

```
 1   STATE OF OHIO          )
 2   COUNTY OF CUYAHOGA     )
 3              I, Luanne K. Howe, Notary Public, in and for the
 4   County of Cuyahoga, State of Ohio, do hereby certify:
 5              That the witness whose testimony appears
 6   hereinbefore was, before the commencement of his testimony,
 7   duly sworn to testify the truth, the whole truth and nothing
 8   but the truth; that said testimony was taken remotely
 9   pursuant to notice at the time and place as herein set
10   forth; that said testimony was taken down by me and
11   thereafter transcribed into typewriting, and I hereby
12   certify the foregoing transcript is a full, true and correct
13   transcription of my shorthand notes so taken.
14              I further certify that I am neither counsel for
15   nor related to any party to said action, nor in any way
16   interested in the outcome thereof.
17              IN WITNESS WHEREOF, I have hereunto subscribed my
18   name and affixed my seal this 5th day of April, 2022.
19
20                              _____
                                Luanne K. Howe
21                              Notary Public - State of Ohio
22                              My commission expires 10-07-24
23
```