# Exhibit 23

```
 1      UNITED STATES DISTRICT COURT

 2      FOR THE WESTERN DISTRICT OF NEW YORK

 3      -------------------------------------------

 4      BLACK LOVE RESISTS IN THE RUST, et al.,
        individually and on behalf of a class of
 5      all others similarly situated,

 6                              Plaintiffs,

 7       -vs-                    1:18-cv-00719-CCR

 8      CITY OF BUFFALO, N.Y., et al.,

 9                              Defendants.

10      -------------------------------------------

11           ORAL EXAMINATION OF PHILIP SERAFINI

12                 APPEARING REMOTELY FROM

13                   ERIE COUNTY, NEW YORK

14

15              Monday, December 27, 2021

16                9:03 a.m. - 5:15 p.m.

17                   pursuant to notice

18

19      PAGES 324 & 325 DESIGNATED CONFIDENTIAL

20

21      REPORTED BY:

22      Carrie A. Fisher, Notary Public

23      APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
 1          R E M O T E   A P P E A R A N C E S

 2     APPEARING FOR THE PLAINTIFFS:

 3          CENTER FOR CONSTITUTIONAL RIGHTS
            BY:  A. CHINYERE EZIE, ESQ.
 4          666 Broadway, 7th Floor
            New York, New York 10012
 5          (212) 614-6464

 6     APPEARING FOR THE DEFENDANTS:

 7          CITY OF BUFFALO LAW DEPARTMENT
            BY: ROBERT E. QUINN,
 8          ASSISTANT CORPORATION COUNSEL
            1100 City Hall
 9          65 Niagara Square
            Buffalo, New York 14202
10          (716) 851-4326

11

12

13

14

15

16

17

18

19

20

21

22

23
```

PHILIP SERAFINI - BY MS. EZIE - 12/27/21

1  Q. What is the Mobile Response Unit?
2  A. What was it; is that what you asked?
3  Q. Yes.
4  A. We patrolled certain areas of the city and we
5     conducted traffic safety checkpoints, and we
6     assisted on search warrants.
7  Q. Does the Mobile Response Unit -- is it fair to
8     describe it as a predecessor unit to the
9     Strike Force?
10          MR. QUINN:  Form.
11 A. I don't think so.  I wouldn't say that.
12 Q. Okay.  Did they perform similar duties in the
13    city of Buffalo?
14 A. Similar duties to the Strike Force; is that
15    what you're asking?
16 Q. Yes.
17 A. As far as the traffic safety checkpoints, yes.
18 Q. And so how long were you captain of the Mobile
19    Response Unit?
20 A. I believing it was two years, two or three
21    years.
22 Q. Okay.  And tell me about the Mobile Response
23    Unit's traffic safety checkpoints.  Where were

PHILIP SERAFINI - BY MS. EZIE - 12/27/21

1      they operated?
2              MR. QUINN:  Form.
3   A.  They were operated in different parts of the
4      city.
5   Q.  Did any area predominate?
6   A.  They had -- they had certain areas they called
7      them beats.  It was actually throughout the
8      city.  We didn't keep -- I didn't keep track
9      of where exactly they were each day but this
10     came down from my superiors, where they were
11     going to be conducted, where they would take
12     place.
13  Q.  Which superiors are you referencing?
14  A.  Deputy Commissioner Danny Derenda.
15  Q.  Okay.  So Danny -- Daniel Derenda would
16     instruct you on where to operate the
17     checkpoints?
18  A.  Yes.
19  Q.  And the Mobile Response Unit checkpoints, did
20     those take place on approximately a daily
21     basis?
22  A.  Yes.
23  Q.  Did you -- you mentioned that you didn't

PHILIP SERAFINI - BY MS. EZIE - 12/27/21

1  District?
2  A. Yes.
3  Q. Okay.  Now, what was the next role that you
4     held after A District captain?
5  A. I transferred to the Housing Unit.  I was the
6     Housing Unit captain.
7  Q. That was a transfer that you made effective
8     June 2015?
9  A. Approximately, yes.
10 Q. Okay.  At that point, did you accept a second
11    position as Strike Force captain or did that
12    happen at a later date?
13 A. No, I was never the Strike Force captain.
14 Q. You were never the Strike Force captain?
15 A. No.
16 Q. There was never a period where you
17    simultaneously held the designations of Strike
18    Force and Housing Unit captain?
19 A. Oh, I was the Housing captain.  If I could
20    elaborate, we were housed in the same building
21    as the Strike Force.  I was asked to perform
22    some administrative duties for the Strike
23    Force occasionally.

PHILIP SERAFINI - BY MS. EZIE - 12/27/21

1   Q.  And why was that important?
2   A.  The Buffalo -- the BMHA wanted more police
3       presence.  When I say patrol, when I say the
4       officers patrolled the housing properties,
5       that was for more visibility in an effort to
6       deter crime.
7   Q.  What steps or strategies did the Housing Unit
8       take to be highly visible?
9           MR. QUINN:  Form.
10  A.  They were in marked police cars and they drove
11      through the housing properties, occasionally
12      stopping, talking to residents and also
13      attended community meetings within the housing
14      projects -- housing properties.
15  Q.  And is it accurate that within BMHA the
16      Housing Unit concentrated its activities on a
17      few main developments?
18          MR. QUINN:  Form.
19  A.  They were in charge -- or they patrolled all
20      of the Housing properties.  Some Housing
21      properties demanded more attention, they're
22      larger than others, some were small so it
23      varied.

PHILIP SERAFINI - BY MS. EZIE - 12/27/21

1   A. Yes.
2   Q. What are some examples of units that don't
3      have captains as part of their structure?
4   A. The Sex Offense Squad as it was called then.
5   Q. Okay.
6   A. There are other units, if you can give me a
7      moment to think.  The Underwater Recovery
8      Team.  Traffic had a captain sometimes and
9      sometimes it didn't, the Traffic Division.
10  Q. Were there -- is there an extent to which you
11     were viewed as kind of a de facto leader of
12     the Strike Force by virtue of your role in the
13     Housing Unit?
14          MR. QUINN:  Form.
15  A. No.  As I said, I performed their
16     administrative functions because there was no
17     captain there, as far as signing papers.  And
18     occasionally the deputy commissioner or the
19     commissioner would ask me to do something
20     related to the Strike Force --
21  Q. And when you --
22  A. -- because I was in the building.
23  Q. Okay.  Can you give an example?

PHILIP SERAFINI - BY MS. EZIE - 12/27/21

1  A. One time a chief in another district, either A
2     District or D District, wanted traffic safety
3     checkpoints there so the deputy commissioner
4     or the commissioner would ask me if I could
5     tell the Strike Force lieutenants to set up a
6     traffic safety checkpoint in their districts.
7     Other times, when there was a serious homicide
8     or some violence going on in one of the other
9     districts, same thing, the deputy commissioner
10    or the commissioner would ask me to tell the
11    lieutenants to have their cars patrol
12    predominantly in those areas where the high
13    crime or the murders occurred.
14 Q. And so those are instructions you would
15    receive from other people in BPD leadership?
16 A. People in my chain of command.  Sometimes our
17    chief also would recommend places, Chief
18    Brinkworth specifically.
19 Q. Okay.  And places for daily checkpoints?
20         MR. QUINN:  Form.
21 A. For daily checkpoints and sometimes for
22    patrols.
23 Q. Okay.  I'd like to turn to another exhibit.

PHILIP SERAFINI - BY MS. EZIE - 12/27/21

1   Q. Did you take any steps to ensure that your
2      officers and lieutenants were not engaging in
3      racial profiling?
4         MR. QUINN: Form.
5   A. No.
6   Q. Okay. Now, am I correct that the Housing Unit
7      also had an involvement in traffic
8      checkpoints?
9   A. Sometimes they would conduct traffic safety
10     checkpoints in or around the Buffalo Municipal
11     Housing properties.
12  Q. Okay. How often was that the Housing Unit's
13     practice?
14  A. It was rare.
15  Q. In instances where the Housing Unit did
16     conduct checkpoints around BMHA properties,
17     what was the reasoning?
18        MR. QUINN: Form.
19  A. To enforce vehicle and traffic law and penal
20     law.
21  Q. Since it was rare, what, if anything, would
22     warrant the creation of a checkpoint to your
23     understanding?

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

PHILIP SERAFINI - BY MS. EZIE - 12/27/21

1   　　　　　MR. QUINN:  Form.
2   A.  If we -- if we received a complaint that cars
3   　　　were speeding through Buffalo Municipal
4   　　　Housing property, we would conduct a traffic
5   　　　safety checkpoint to try to curtail that
6   　　　activity.
7   Q.  Are there any other instances you can think of
8   　　　where -- any other reasons why the Housing
9   　　　Unit in particular engaged in checkpoints?
10  A.  Well, as I said, just in response to
11  　　　complaints we received from the Housing
12  　　　residents.
13  Q.  Okay.  That's different than the Strike Force
14  　　　checkpoints, correct?  Those were not
15  　　　complaint driven?
16  　　　　　MR. QUINN:  Form.
17  A.  No, those -- those the Strike Force conducted
18  　　　them on a daily basis.
19  Q.  Okay.  And am I correct that Housing Unit
20  　　　officers would sometimes assist the Strike
21  　　　Force in conducting those checkpoints?
22  A.  Sometimes.
23  Q.  What was the circumstance where the Housing

PHILIP SERAFINI - BY MS. EZIE - 12/27/21

1       2013, 2014, and 2015 yearly totals?
2    A. That's correct.
3    Q. And do you see that your email states that
4       "our stats have increased from year to year
5       due to the fine work of you and your officers.
6       The chief and I thank you for all of your
7       efforts"?
8    A. Yes, I see it.
9    Q. Okay. So you're applauding the lieutenants
10      for the fact that their statistics have
11      increased year after year?
12          MR. QUINN:  Form.
13   A. Yes.
14   Q. Okay. This is the attachment which we're also
15      marking as part of Exhibit 27. Do you see
16      the -- sorry, are you able to see these
17      numbers clearly?
18   A. Yes, I can.
19   Q. Is fair to say according to this chart between
20      2013 and 2015 many of the statistics almost
21      doubled, at least with respects to arrests,
22      summonses, city ordinances, that's probably
23      closer to tripled, parking tags, guns, cash

PHILIP SERAFINI - BY MS. EZIE - 12/27/21

1            seized?  Do you see that?
2       A.   Yes.
3       Q.   So why were you applauding them for these
4            increased statistics?
5                 MR. QUINN:  Form.
6       A.   Well, I told them they were doing a good job.
7            The statistics were increasing and, again,
8            it's one measure of the work the officers are
9            doing.
10      Q.   So when statistics increased, statistics such
11           as these increased, you viewed it as evidence
12           of a job well done?
13                MR. QUINN:  Form.
14      A.   Partially, yes.
15      Q.   Okay.  I'd like to turn to an exhibit
16           Plaintiffs' Exhibit -- sorry, Serafini Exhibit
17           28 which is a document that was produced in
18           discovery by defendants as COB018565.
19                So do you see that this is an email that
20           you drafted to Chief Young copying the Strike
21           Force and Housing Unit officers in March 2017?
22      A.   Yes, I do.
23      Q.   Okay.  And why don't you take a moment to

PHILIP SERAFINI - BY MS. EZIE - 12/27/21

1   of the vehicles on days.  That was under his
2   purview so that's why I forwarded it to him.
3   Q. Got it.  Now, isn't it -- is it true that
4      through issuing summonses and impounds the
5      officers you worked for did generate
6      increasing revenue for the City and, for
7      instance, the bureau of parking?
8         MR. QUINN:  Form.
9   A. That's correct, yes.
10  Q. Okay.  Do you know how that increased revenue
11     was used?
12        MR. QUINN:  Form.
13  A. I have no idea.
14  Q. Do you know whether the increases to your
15     production helped make the case for overtime
16     for Strike Force officers?
17        MR. QUINN:  Form.
18  A. I don't know specifically, no.
19  Q. Do you consider -- did you consider overtime
20     to be a reward for good work performed by your
21     officers?
22        MR. QUINN:  Form.
23  A. Did I consider it to be a reward?  No.

```
 1      STATE OF NEW YORK)

 2      COUNTY OF ERIE    )

 3

 4
            I, Carrie A. Fisher, Notary Public, in and
 5      for the County of Erie, State of New York, do
        hereby certify:
 6

 7          That the witness whose testimony appears
        hereinbefore was, before the commencement of
 8      their testimony, duly sworn to testify the
        truth, the whole truth and nothing but the
 9      truth; that said testimony was taken remotely
        pursuant to notice at the time and place as
10      herein set forth; that said testimony was taken
        down by me and thereafter transcribed into
11      typewriting, and I hereby certify the foregoing
        testimony is a full, true and correct
12      transcription of my shorthand notes so taken.

13
          I further certify that I am neither counsel
14      for nor related to any party to said action,
        nor in anyway interested in the outcome
15      thereof.

16
            IN WITNESS WHEREOF, I have hereunto
17      subscribed my name and affixed my seal this
        12th day of January, 2022.
18

19

20      _____
        Carrie A. Fisher
21      Notary Public - State of New York
        No. 01FI6240227
22      Qualified in Erie County
        My commission expires 5/02/23
23
```