# Exhibit 24

```
 1      UNITED STATES DISTRICT COURT
 2      FOR THE WESTERN DISTRICT OF NEW YORK
 3      ------------------------------------------------
 4      BLACK LOVE RESISTS IN THE RUST, et al.,
        individually and on behalf of a class of
 5      all others similarly situated,
 6                              Plaintiffs,
 7       -vs-                    1:18-cv-00719-CCR
 8      CITY OF BUFFALO, N.Y., et al.,
 9                              Defendants.
10      ------------------------------------------------
11           ORAL EXAMINATION OF CHARLES SKIPPER
12                  APPEARING REMOTELY FROM
13                   ERIE COUNTY, NEW YORK
14
15
16              Friday, March 5, 2021
17              10:05 a.m. - 2:02 p.m.
18                 pursuant to notice
19
20
21      REPORTED BY:
22      Carrie A. Fisher, Notary Public
23      APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

```
 1            R E M O T E   A P P E A R A N C E S
 2

 3     APPEARING FOR THE PLAINTIFFS:

 4         CENTER FOR CONSTITUTIONAL RIGHTS
           BY: DARIUS CHARNEY, ESQ.
 5         666 Broadway, 7th Floor
           New York, New York 10012
 6         (212) 614-6475

 7     APPEARING FOR THE DEFENDANTS:

 8         CITY OF BUFFALO LAW DEPARTMENT
           BY: ROBERT E. QUINN,
 9         ASSISTANT CORPORATION COUNSEL
           1100 City Hall
10         65 Niagara Square
           Buffalo, New York 14202
11         (716) 851-4326

12     ALSO PRESENT:

13         KARINA TEFFT, ESQ.
           National Center for Law and Economic
14         Justice

15         RAFAELA URIBE, BERTHA JUSTICE FELLOW
           Center for Constitutional Rights
16

17

18

19

20

21

22

23
```

CHARLES SKIPPER - BY MR. CHARNEY - 03/05/21

1  Q. In this email, the part I just read,
2     Officer -- I am sorry, Lieutenant Wilcox, you
3     know, says that "the plate reader has been
4     paid for many times over," which do you
5     understand that to mean that that has to do
6     with the money that is brought in by tickets
7     that are issued?
8  A. What it costs for a plate reader, I don't
9     know.  I am not privy to that.
10 Q. I guess --
11 A. I am assuming he means that they generated
12    revenue from writing tickets that paid for
13    that machine.
14 Q. Got it.
15       And was that something -- generating
16    revenue, was that something that any of your
17    supervisors in the Strike Force ever discussed
18    with you as it came to why they wanted you to
19    write tickets?
20 A. No.
21       MR. QUINN:  Object to form.  You can
22    answer.
23 A. No, sir.

CHARLES SKIPPER - BY MR. CHARNEY - 03/05/21

```
 1    Q.  Got it.
 2             Did anyone in the BPD ever discuss with
 3        you raising revenue as a reason why they
 4        wanted you to write traffic tickets?
 5             MR. QUINN:  Object to form.  You can
 6        answer.
 7    A.  No, sir.  No, sir.
 8    Q.  Now at any point when you were in the Strike
 9        Force, did you ever receive a performance
10        evaluation from any of your supervisors?
11    A.  Did they do evaluations?  I am not sure.  Did
12        I sit down and do a one-on-one evaluation?  I
13        don't think so.
14    Q.  Did they ever communicate -- I am sorry, did
15        they ever give you anything in writing that
16        evaluated your performance as a Strike Force
17        officer?
18    A.  I don't believe so.
19    Q.  Did you ever have -- did you ever discuss with
20        any of your supervisors the quality of your
21        performance as a Strike Force officer?
22    A.  No, I knew I was --
23             MR. QUINN:  Object to form.  You can
```

CHARLES SKIPPER - BY MR. CHARNEY - 03/05/21

```
 1              And so once it read and it got a hit, it
 2         sent you a notification that something --
 3         there is an issue with that vehicle?
 4    A.   It rings an alarm and it actually verbally
 5         states suspended or revoked registration and
 6         it freezes --
 7    Q.   Got it.
 8    A.   -- the copy of the picture to your screen
 9         until you acknowledge it.  And at that time,
10         you flip screens, you head to Department of
11         Motor Vehicles, and you run the license plate
12         to confirm it.
13    Q.   Okay.  So the license plate reader notified
14         you that there was an issue with her -- with
15         Ms. Redden's vehicle's registration; is that
16         correct?
17    A.   Correct.
18    Q.   Okay.  Did it also notify you about the fact
19         that she had failed to change her address at
20         the DMV?
21    A.   No, sir.
22    Q.   Okay.  So once you got that hit from the LP --
23         or the notification from the LPR that there
```

1    STATE OF NEW YORK)

2    COUNTY OF ERIE    )

3

4

5        I, Carrie A. Fisher, Notary Public, in and for the County of Erie, State of New York, do hereby certify:

6

7        That the witness whose testimony appears hereinbefore was, before the commencement of
8    their testimony, duly sworn to testify the truth, the whole truth and nothing but the
9    truth; that said testimony was taken remotely pursuant to notice at the time and place as
10   herein set forth; that said testimony was taken down by me and thereafter transcribed
11   into typewriting, and I hereby certify the foregoing testimony is a full, true and
12   correct transcription of my shorthand notes so taken.

13

14       I further certify that I am neither counsel for nor related to any party to said action,
15   nor in anyway interested in the outcome thereof.

16

17       IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my seal this
18   26th day of March, 2021.

19

20                _____

21       Carrie A. Fisher
         Notary Public - State of New York
22       No. 01FI6240227
         Qualified in Erie County
23       My commission expires 5/02/23