# Exhibit 25

```
 1                UNITED STATES DISTRICT COURT
 2             FOR THE WESTERN DISTRICT OF NEW YORK
 3   - - - - - - - - - - - - - - - - - - - - - - - - - -
 4   BLACK LOVE RESISTS IN THE RUST, et al.,
 5   individually and on behalf of a class of
 6   all others similarly situated,
 7                                  Plaintiffs,
 8   vs.                                    1:18-cv-00719-CCR
 9   CITY OF BUFFALO, N.Y.,  et al.,
10                                  Defendants.
11   - - - - - - - - - - - - - - - - - - - - - - - - - -
12             ORAL EXAMINATION OF ROBBIN THOMAS
13                  APPEARING REMOTELY FROM
14                     BUFFALO, NEW YORK
15
16              Thursday, March 23, 2023
17               10:07 a.m. - 5:26 p.m.
18                   pursuant to notice
19
20
21   REPORTED BY:
22   Luanne K. Howe
23   APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO


           DEPAOLO CROSBY REPORTING SERVICES, INC.
                       716-853-5544
```

```
 1                R E M O T E   A P P E A R A N C E S
 2

 3   APPEARING FOR THE PLAINTIFFS:

 4        COVINGTON & BURLING LLP
          BY:  ANDREW TIMMICK, ESQ.
 5        BY:  JORDAN JOACHIM, ESQ.
          BY:  PHILIP IRWIN, ESQ.
 6        The New York Times Building
          620 Eighth Avenue
 7        New York, New York  10018
          212-841-1000
 8
     APPEARING FOR THE DEFENDANTS:
 9
          HODGSON RUSS LLP
10        BY:  PETER SAHASRABUDHE, ESQ.
          140 Pearl Street, Suite 100
11        Buffalo, New York  14202
          716-848-1508
12

13

14

15

16

17

18

19

20

21

22

23


              DEPAOLO CROSBY REPORTING SERVICES, INC.
                           716-853-5544
```

```
 1            a response until the following day when we came in
 2            for our next tour.
 3    Q       Did the supervisor ever express to you it was an
 4            issue that you had trouble writing a summons because
 5            of some equipment problem?
 6    A       No.
 7    Q       I'd like to talk a little bit more about overtime,
 8            which we touched on before.  Did a supervisor while
 9            on Strike Force ever tell you that overtime shifts
10            were being scheduled in order to generate revenue for
11            the BPD?
12    A       No.
13    Q       Did you ever hear that while you were on the Strike
14            Force?
15    A       No.
16    Q       And did a supervisor ever tell you that overtime
17            shifts were scheduled in order to increase the number
18            of tickets being issued by Strike Force?
19    A       No.
20    Q       And did you ever hear that while you were on the
21            Strike Force?
22    A       That overtime was being --
23    Q       Did you ever hear that overtime shifts were being
```

|    |   |                                                                    |
|----|---|--------------------------------------------------------------------|
| 1  |   | scheduled in order to increase the number of tickets               |
| 2  |   | that were issued by Strike Force?                                  |
| 3  | A | No.                                                                |
| 4  | Q | And did a supervising officer ever tell you that more              |
| 5  |   | overtime shifts would be available if Strike Force                 |
| 6  |   | officers issued a higher number of summonses?                      |
| 7  | A | Never.                                                             |
| 8  | Q | And did a supervising officer ever tell you that                   |
| 9  |   | overtime shifts might be available if Strike Force                 |
| 10 |   | officers impounded a higher number of vehicles?                    |
| 11 | A | I apologize for laughing, but I kind of find these                 |
| 12 |   | questions comical.  I'm sorry, but no, no.                         |
| 13 | Q | I'm going to go ahead and bring up a document.  It's               |
| 14 |   | a document we've already looked at.  This is an email              |
| 15 |   | from Philip Serafini.  We've seen this before.  Can                |
| 16 |   | you see that on my screen?                                         |
| 17 | A | Yes.                                                               |
| 18 | Q | This is Exhibit 2.  In it, we have an area where --                |
| 19 |   | I'll point it out to you for a second.  "DPC Lockwood              |
| 20 |   | wants results with this increased Daytime Detail."                 |
| 21 |   | In the second paragraph right here, this first                     |
| 22 |   | sentence, do you see this?  (Indicating.)                          |
| 23 | A | Yes.                                                               |

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1   Q    What do you understand "results" to mean in this
 2        context?
 3   A    Well, looking at the date, I can't tell you now what
 4        the climate was within the city to know what we would
 5        have been looking at because if it was a high number
 6        of shootings or if there was -- if there was a high
 7        number of homicides or what specific activity we were
 8        looking at, but any overtime, as I'm looking here for
 9        these hours, those would have been four-hour blocks
10        of overtime prior to the start of the actual tour of
11        duty where officers were, I guess, called in to try
12        and address some of these -- some of these activities
13        of criminal situations that were kind of just getting
14        out of hand in the city.
15   Q    And while you were on the Strike Force, did you often
16        hear of this phrase "results" from your supervisors?
17   A    It doesn't sound familiar to me, no.
18   Q    Did you hear the term "productivity" from your
19        supervisors?
20   A    No.
21   Q    Were you ever asked by your supervisors for increased
22        results?
23   A    No, not at all.
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

1  Q   Or for increased productivity?
2  A   No.
3  Q   Were you ever -- strike that.
4      How was your performance measured while on
5      Strike Force?
6  A   When you say my performance, you mean --
7  Q   Sure.  At the end of a shift, how did your
8      supervisors determine if you had a successful shift?
9  A   I came back alive and unharmed.
10 Q   And were there any other considerations in terms of
11     whether a shift was successful?
12 A   Perhaps if we caught, you know, a major wanted
13     suspect, but no, nothing other than that.
14 Q   How did you understand if the unit was having its
15     intended effect in the city?
16 A   No.  Because there was just so much in the city that
17     we were not able to address and there was -- there
18     weren't enough hours in the day to be able to prevent
19     all of the criminal activity that was occurring.
20 Q   And we talked earlier about how that criminal
21     activity included guns, crime and gangs?
22 A   That is correct.
23 Q   So how did the supervisors determine if you were

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

| | | |
|---|---|---|
| 1 | A | You said whether a hearing was required? |
| 2 | Q | Whether appearing at one of those hearings was |
| 3 | | required. |
| 4 | | MR. SAHASRABUDHE:  Form. |
| 5 | A | No.  Officers are notified that they have a court |
| 6 | | appearance.  An officer either appears or they don't |
| 7 | | appear. |
| 8 | Q | And if they don't appear, is an officer reprimanded |
| 9 | | for not appearing? |
| 10 | | MR. SAHASRABUDHE:  Form. |
| 11 | A | I'm not -- I don't know if an officer is actually |
| 12 | | reprimanded.  I don't know if there are reprimands |
| 13 | | for an officer not appearing in court.  I know that |
| 14 | | there have been messages, departmentwide messages |
| 15 | | advising officers to appear in court when they are |
| 16 | | scheduled.  But other than that, I'm not familiar |
| 17 | | with anything else. |
| 18 | Q | I'm going to bring up one document here.  Are you |
| 19 | | able to see this PDF? |
| 20 | A | Yes. |
| 21 | Q | That will be Exhibit 6.  This is a document which |
| 22 | | bears Bates numbers Evans-00000002 through |
| 23 | | Evans-00000005.  Do you recognize this document? |

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

| | | |
|---|---|---|
| 1 | A | I know what it is, yes. |
| 2 | Q | What is it? |
| 3 | A | It is a Uniform Traffic Ticket. |
| 4 | Q | And you recognize this based on your experience in |
| 5 | | the BPD; is that correct? |
| 6 | A | That's correct. |
| 7 | Q | Okay.  Can you see the name here, the last name and |
| 8 | | first name on here, Evans and Jasmine? |
| 9 | A | I do. |
| 10 | Q | Okay.  I'm scrolling down a bit towards the middle of |
| 11 | | the document.  Do you see "Radar Operator Name, |
| 12 | | Thomas, R"? |
| 13 | A | It's small, so I don't know if it says radar.  It |
| 14 | | might have a slash because I'm not a radar operator. |
| 15 | Q | Is that helpful?  Is that a little bigger for you? |
| 16 | A | Yes. |
| 17 | Q | Okay.  Is this box where the officer's name who |
| 18 | | issued the summons would be located? |
| 19 | A | Yes. |
| 20 | Q | Do you recall issuing this summons? |
| 21 | A | Well, I know this is my signature and this is a |
| 22 | | summons issued by me with my personal information. |
| 23 | | But remembering having issued the summons, no. |

```
 1   Q     Okay.  Thank you.  So there's four of these tickets
 2         here.  The first one we just looked at is a
 3         lap/shoulder violation ticket?
 4   A     Right.
 5   Q     This next one is a back seat passenger less than
 6         four, improper restraint.  Do you also see your name
 7         and signature here?
 8   A     Yes.
 9   Q     This third ticket right here also issued to Jasmine
10         Evans for the same reason, back seat passenger age
11         four to seven, no or improper restraint, do you also
12         see your name and signature information here?
13   A     Yes, I do.
14   Q     And the final one also issued to Jasmine Evans for an
15         unlicensed operator permit, do you also see your name
16         and information here?
17   A     Yes.
18   Q     Do you have any reason to believe that you did not
19         issue these tickets?
20   A     No.
21   Q     Okay.  So we talked a bit earlier about the Strike
22         Force and Housing Unit.  And while you were on the
23         Strike Force, did they regularly work together?
```

```
1   STATE OF OHIO        )
2   COUNTY OF CUYAHOGA   )
3           I, Luanne K. Howe, Notary Public, in and for the
4   County of Cuyahoga, State of Ohio, do hereby certify:
5           That the witness whose testimony appears
6   hereinbefore was, before the commencement of his testimony,
7   duly sworn to testify the truth, the whole truth and nothing
8   but the truth; that said testimony was taken remotely
9   pursuant to notice at the time and place as herein set
10  forth; that said testimony was taken down by me and
11  thereafter transcribed into typewriting, and I hereby
12  certify the foregoing transcript is a full, true and correct
13  transcription of my shorthand notes so taken.
14          I further certify that I am neither counsel for
15  nor related to any party to said action, nor in any way
16  interested in the outcome thereof.
17          IN WITNESS WHEREOF, I have hereunto subscribed my
18  name and affixed my seal this 29th day of March, 2023.
```

_Luanne K. Howe_
Luanne K. Howe
Notary Public - State of Ohio

My commission expires 10-07-24

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544