# Exhibit 26

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE WESTERN DISTRICT OF NEW YORK

 3   - - - - - - - - - - - - - - - - - - - - - - - - - -

 4   BLACK LOVE RESISTS IN THE RUST, et al.,

 5   individually and on behalf of a class of

 6   all others similarly situated,

 7                              Plaintiffs,

 8   vs.                              1:18-cv-00719-CCR

 9   CITY OF BUFFALO, N.Y.,  et al.,

10                              Defendants.

11   - - - - - - - - - - - - - - - - - - - - - - - - - -

12          ORAL EXAMINATION OF OCTAVIO VILLEGAS

13               APPEARING REMOTELY FROM

14                 BUFFALO, NEW YORK

15

16               Thursday, June 8, 2023

17               10:07 a.m. - 4:16 p.m.

18               pursuant to notice

19

20

21   REPORTED BY:

22   Luanne K. Howe

23   APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO


         DEPAOLO CROSBY REPORTING SERVICES, INC.
                    716-853-5544
```

1              R E M O T E   A P P E A R A N C E S

2

3    APPEARING FOR THE PLAINTIFFS:

4         **COVINGTON & BURLING LLP**
          **BY:  JORDAN JOACHIM, ESQ.**
5         **BY:  CHRISTINE NELSON, ESQ.**
          The New York Times Building
6         620 Eighth Avenue
          New York, New York  10018
7         212-841-1000

8    APPEARING FOR THE DEFENDANTS:

9         **HODGSON RUSS LLP**
          **BY:  PETER SAHASRABUDHE, ESQ.**
10        140 Pearl Street, Suite 100
          Buffalo, New York  14202
11        716-848-1508

12

13

14

15

16

17

18

19

20

21

22

23

               DEPAOLO CROSBY REPORTING SERVICES, INC.
                         716-853-5544

1          I had to do that was explaining the executive powers

2          and the separation of powers and why the mayor's

3          office, the way the legislation had set it up, could

4          allow us to adopt things that come from the executive

5          office.  But other than that, I think

6          constitutionality-wise, I don't recall.

7     Q    Could you just explain what you were just saying?

8          The way it was -- I think you referred to the way

9          BTVA was set up and the executive department.  Could

10         you just expand on that?

11    A    Absolutely.  So the legislation created the Buffalo

12         Traffic Violation Agency.  The Buffalo Traffic

13         Violation Agency is one of four that exist in the

14         State of New York.  The older ones are Suffolk and

15         Nassau County.  The way the legislation sets them up

16         is that they're under the direct control of the

17         comptroller.

18              When Buffalo was created, the legislation carved

19         it out to say that the agency runs under the direct

20         control of the mayor's office.  Similarly Rochester,

21         which was created after Buffalo, has the same

22         carve-out that is under the control of the mayor.

23              So let's say if there's a directive from the

```
 1            violations, so if it's a felony or a misdemeanor

 2            related, anything that stems out of an arrest, it's

 3            still under the jurisdiction of Buffalo City Court.

 4                 We deal with all the nonmoving violations that

 5            are within the City of Buffalo that are issued by law

 6            enforcement agencies because we do have a few that

 7            issue tickets, so it's not just Buffalo PD.

 8    Q       So do you have an understanding of why the BTVA was

 9            created?

10    A       I feel that I do.  My understanding of it was

11            majority leader, Crystal Peoples-Stokes, had

12            advocated to have a Traffic Violation Agency here in

13            Buffalo, a system that could allow those that receive

14            tickets, not just residents but those that come

15            through the City of Buffalo, to have an opportunity

16            to plead out or have the same privileges such as town

17            and village courts around the City of Buffalo and

18            across the State of New York had the ability to do.

19                 And Buffalo didn't have that at the time.  When

20            the administrative adjudication was here, my

21            understanding was it was more DMV.  The burdens of

22            proof were not the same as in a criminal court.  And

23            people were not given an opportunity to plead
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

1    anything.

2        And so Crystal Peoples-Stokes advocated for an

3    agency in Buffalo because we know that in the state,

4    they already existed.  And with the help of not just

5    getting it through the assembly, but then Tim

6    Kennedy, who I believe is the head of the

7    Transportation Committee, then pushed also to have

8    this created.

9        So through Albany or I would say the

10   legislators, they voted and passed the creation of

11   the Buffalo Traffic Violation Agency.  And that was

12   what established us, and that gave us the opportunity

13   that the neighboring village and town courts and

14   other areas across the state who had the ability to

15   plead down tickets or give motorists alternatives, we

16   now had the ability to do that.

17  Q   BTVA also allowed the City of Buffalo to keep a

18      higher percentage of revenue from traffic fines and

19      fees, right?

20              MR. SAHASRABUDHE:  Form.

21  A   Similar to like all the towns and villages and

22      everywhere else across the state, they keep their

23      revenue that they have locally.  So Buffalo was

              DEPAOLO CROSBY REPORTING SERVICES, INC.
                         716-853-5544

```
 1              to be better and allowed judges to be heard better

 2              and the translations that were done on the other side

 3              to run more smoothly.

 4                   So little things that we do.  We do try to also

 5              get the opinions of our judges.  We include them as

 6              part of our agency.  And so what we do, there are

 7              things that we do run by them of course.

 8      Q       Who sets the court schedule, traffic court schedule?

 9      A       That would be done by the court clerk.

10      Q       And the court clerk works for BTVA?

11                   MR. SAHASRABUDHE:  Form.

12      A       Yes.  She is employed by the Buffalo Traffic

13              Violations Agency.

14      Q       Okay.  I'd like to just walk through sort of the

15              process for how traffic tickets are prosecuted in the

16              City of Buffalo.  So let's say I'm driving through

17              Buffalo.  A police officer pulls me over for speeding

18              and writes me ticket.  What's sort of the process

19              that goes from there?

20                   MR. SAHASRABUDHE:  Objection to form.

21      A       Assuming that a traffic ticket is issued and it was

22              within the limits of the City of Buffalo, it would

23              have the address of the agency and a date and time of
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

44

1    when you could answer by mail or in person.

2          So if you received a traffic ticket, you have

3    the ability -- say, for example, you want to plead by

4    mail, just check either guilty or not guilty and mail

5    that ticket to the address, or you can come in

6    person.

7          You could appear on the date and time that it

8    says on the traffic ticket at Room 115 in city hall.

9    And once we receive the ticket as part of the agency,

10   we screen it.

11         What I mean by that is if there's a New York

12   State registered vehicle or license in the State of

13   New York, our agency has access to the Department of

14   Motor Vehicles.  So we make sure that we review

15   driving records to see if you are eligible for plea

16   offers.

17         And those that are eligible, we inform them of

18   that information and try to allow them -- give all

19   the information.  If they want to either plead the

20   matter out or if they want the opportunity to be

21   heard in court, that would be just the process.

22         You get your ticket.  You answer your ticket.

23   But by answering, you let us know if you're guilty or

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1              not guilty.  If you're eligible for a plea, we'll let
 2              you know, so that way you can make an informed
 3              decision.  And then we go from there.
 4                   If people want to take a plea, then the agency
 5              will process it administratively.  If they want to
 6              schedule themselves for a hearing, then it will be
 7              noted so that way the court clerk can put it on the
 8              calendar, so that way a judicial hearing officer can
 9              hear the matter.
10    Q        So the ticket gives you the option to just plea by
11              mail; is that right?
12    A        Yes.  If you look at the bottom of the ticket, I
13              think the way the state has it is like misdemeanors
14              and felonies must appear in front of a judge.  But
15              for traffic violations, there's a section down there.
16              I don't have a ticket in front of me so I couldn't,
17              you know, put it up and show you.  But if you pulled
18              up a ticket, at the bottom where our address is, it
19              will say please plea by mail or in person.
20    Q        Okay.  And so if I plea by mail, I have to pay the
21              fine and that's really the end of the matter, right?
22    A        Not necessarily.
23    Q        Okay.  Why do you say "not necessarily"?
```

```
 1    A    I see that.

 2    Q    So this is the charges related to tinted windows; is

 3         that right?

 4    A    Windows that nontransparent, yes, referred to as

 5         tints.

 6    Q    And it says under the "Plea Offer" column, "Charge

 7         one fee of 95 dollars for multiple tints per stop.

 8         Dispose all other charges as covered by."  Do you see

 9         that?

10    A    Yes, sir.

11    Q    Is that the current policy for tinted windows?

12    A    That has been the policy since I came to Buffalo

13         traffic.  I believe it existed before I arrived.

14              And just to kind of expand on that a little bit,

15         we have had motorists that receive not just tickets

16         for having their front windshield nontransparent but

17         their sides and their rear windows nontransparent.

18              If you have tints on the windows, it was the

19         executive director's position at the time one tint

20         should be for -- if your car is tinted, it's tinted.

21         Now, do we want to get technical about how many

22         windows were tinted?  We can, but we'd rather just

23         consider one and the rest to be covered as part of a
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

1    plea offer.

2        Now, if people want to dispute the matter, it is

3    obviously their right to.  And also if law

4    enforcement does issue more than one, if they have

5    the probable cause to, those sections are in the

6    Vehicle and Traffic Law for a reason.  And if we

7    receive multiple tickets, again in fairness to the

8    public, we want to give them an opportunity to plead

9    them out if they do not remove them, if they do not

10   want to remove them.

11       There is also no penalty if you have them

12   removed and show us proof of removal.  But there are

13   people who are adamant that they don't want to do

14   that.  And if they choose to take the plea offer,

15   we'll plead it out to one.

16       And again our plea policy by the judges'

17   approved fine schedule would be $95 in the event that

18   you receive multiple tint tickets.  In the event

19   people do not want to accept that plea offer, our job

20   is to put all the tickets that the officer issued for

21   a hearing and again allow the officer to testify and

22   articulate why they issued a ticket for each of the

23   windows that they observed at the time of the stop.


                DEPAOLO CROSBY REPORTING SERVICES, INC.
                            716-853-5544

```
1    STATE OF OHIO        )

2    COUNTY OF CUYAHOGA  )

3            I, Luanne K. Howe, Notary Public, in and for the

4    County of Cuyahoga, State of Ohio, do hereby certify:

5            That the witness whose testimony appears

6    hereinbefore was, before the commencement of his testimony,

7    duly sworn to testify the truth, the whole truth and nothing

8    but the truth; that said testimony was taken remotely

9    pursuant to notice at the time and place as herein set

10   forth; that said testimony was taken down by me and

11   thereafter transcribed into typewriting, and I hereby

12   certify the foregoing transcript is a full, true and correct

13   transcription of my shorthand notes so taken.

14            I further certify that I am neither counsel for

15   nor related to any party to said action, nor in any way

16   interested in the outcome thereof.

17            IN WITNESS WHEREOF, I have hereunto subscribed my

18   name and affixed my seal this 21st day of June, 2023.

19

20                        _Luanne K. Howe_____
                          Luanne K. Howe
21                        Notary Public - State of Ohio

22                        My commission expires 10-07-24

23
```