# Exhibit 27

```
 1                 UNITED STATES DISTRICT COURT
 2             FOR THE WESTERN DISTRICT OF NEW YORK
 3    - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 4    BLACK LOVE RESISTS IN THE RUST, et al.,
 5    individually and on behalf of a class of
 6    all others similarly situated,
 7                                Plaintiffs,
 8    vs.                                        1:18-cv-00719-CCR
 9    CITY OF BUFFALO, N.Y.,  et al.,
10                                Defendants.
11    - - - - - - - - - - - - - - - - - - - - - - - - - - - -
12              ORAL EXAMINATION OF THOMAS WHELAN
13                   APPEARING REMOTELY FROM
14                      BUFFALO, NEW YORK
15
16                 Tuesday, April 26, 2022
17                   9:00 a.m. - 5:53 p.m.
18                     pursuant to notice
19
20
21   REPORTED BY:
22   Luanne K. Howe
23   APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO
```

R E M O T E   A P P E A R A N C E S

APPEARING FOR THE PLAINTIFFS:

    **NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
    **BY:  ANJANA MALHOTRA, ESQ.**
    50 Broadway, Suite 1500
    New York, New York  10004
    212-633-6967

APPEARING FOR THE DEFENDANTS:

    **HODGSON ROSS LLP**
    **BY:  DAVID SHORT, ESQ.**
    140 Pearl Street, Suite 100
    Buffalo, New York  14202
    716-848-1609

ALSO PRESENT:

    **KARLI WURPEL, Intern**
    National Center for Law and Economic Justice

    **ANDREW TIMMICK, ESQ.**
    Covington & Burling LLP

1  Q   And how many cars would typically pass through a
2      checkpoint?
3  A   Again, it depends on the location and the time of
4      day.  Sometimes a couple hundred or 150 if we were up
5      on Walden, and if we were on a side street, maybe
6      only 20.
7  Q   Uh-huh.  And so was there a line sometimes of cars
8      waiting to go through the checkpoint?
9  A   Sometimes there was.
10 Q   And how long would that line be?  What's the range?
11 A   Five, six cars deep, seven cars deep.
12 Q   Okay.  And how long would that initial stop take
13     when -- the initial stop at the checkpoint take?
14 A   If everything was -- there was no obvious violation,
15     seconds.
16 Q   Okay.
17 A   10 seconds, 15.
18 Q   All right.  I'm going to ask some questions about
19     that.  And in your experience in working with Strike
20     Force, how long did checkpoints usually last?
21              MR. SHORT:  Form.
22 A   They were directed to last an hour.  I'm not going to
23     lie.  We usually cut them off at about 45 minutes.