# Exhibit 28

```
1    UNITED STATES DISTRICT COURT
2    FOR THE WESTERN DISTRICT OF NEW YORK
3    ------------------------------------------------
4    BLACK LOVE RESISTS IN THE RUST, et al.,
     individually and on behalf of a class of
5    all others similarly situated,
6                                   Plaintiffs,
7     -vs-                           1:18-cv-00719-CCR
8    CITY OF BUFFALO, N.Y., et al.,
9                                   Defendants.
10   ------------------------------------------------
11          ORAL EXAMINATION OF DAVID WILCOX
12              APPEARING REMOTELY FROM
13              SARASOTA COUNTY, FLORIDA
14
15
16            Thursday, November 4, 2021
17               9:02 a.m. - 2:47 p.m.
18                 pursuant to notice
19
20
21   REPORTED BY:
22   Carrie A. Fisher, Notary Public
23   APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
 1              R E M O T E   A P P E A R A N C E S

 2
        APPEARING FOR THE PLAINTIFFS:
 3
            WESTERN NEW YORK LAW CENTER
 4          BY: KEISHA WILLIAMS, ESQ.
            Cathedral Park Tower
 5          37 Franklin Street, Suite 210
            Buffalo, New York 14202
 6          (716) 828-8415

 7          NATIONAL CENTER FOR LAW AND ECONOMIC
            JUSTICE
 8          BY: ANJANA MALHOTRA, ESQ.
            275 Seventh Avenue, Suite 1506
 9          New York, New York 10001
            (212) 633-6967
10
        APPEARING FOR THE DEFENDANTS:
11
            CITY OF BUFFALO LAW DEPARTMENT
12          BY: ROBERT E. QUINN,
            ASSISTANT CORPORATION COUNSEL
13          1100 City Hall
            65 Niagara Square
14          Buffalo, New York 14202
            (716) 851-4326
15
        ALSO PRESENT:
16
            CHINYERE EZIE, ESQ.
17          Center for Constitutional Rights

18          CHRISTINE NELSON, ESQ.
            Covington & Burling LLP
19

20

21

22

23
```

DAVID WILCOX - BY MS. WILLIAMS - 11/04/21

1   Q. And was the practice to issue for all
2      violations observed?
3   A. All violations?  Well, I would say there is
4      discretion involved there.  I mean, maybe
5      there is a valid reason like somebody just
6      struck my headlight an hour ago and I haven't
7      been able to get it fixed.  There is no reason
8      to write that person for that because the
9      light just got broken.  Or somebody just got a
10     ticket yesterday for the taillight that was
11     out and they haven't been able to get it fixed
12     yet but they want to.
13  Q. Okay.  So the decision whether or not to issue
14     tickets was based on the officer's discretion,
15     correct?
16         MR. QUINN:  Form.
17  A. I would say discretion and common sense.
18  Q. Did you communicate that officers should issue
19     as many tickets as possible?
20         MR. QUINN:  Form.
21  A. Communicate?  No, I have no reason to.  The
22     officers wrote plenty of tickets, trust me.
23  Q. Was there any policy or practice on issuing a

DAVID WILCOX - BY MS. WILLIAMS - 11/04/21

```
 1        ticket?
 2            MR. QUINN:  Form.
 3     A. No, there was no quotas ever.  There was no
 4        administrative pressure to go out and write
 5        tickets, you know.  They were plentiful
 6        because there was so many traffic violations.
 7     Q. Was issuing tickets considered productive?
 8            MR. QUINN:  Object to form.
 9     A. Productive?
10     Q. Yeah.
11     A. Well, productive in the sense that it brought
12        compliance with the V&T laws hopefully.
13     Q. Were officers required to get yours or any
14        supervisor's approval before issuing a traffic
15        summons at a checkpoint?
16     A. You faded at the end.
17     Q. I am sorry.  Were officers required to get a
18        supervisor's approval before issuing tickets
19        or summonses at a checkpoint?
20            MR. QUINN:  Form.
21     A. No.
22     Q. What factors did officers consider in deciding
23        whether or not to write a ticket?
```

```
1       STATE OF NEW YORK)

2       COUNTY OF ERIE    )

3

4
            I, Carrie A. Fisher, Notary Public, in and
5       for the County of Erie, State of New York, do
        hereby certify:
6

7           That the witness whose testimony appears
        hereinbefore was, before the commencement of
8       their testimony, duly sworn to testify the
        truth, the whole truth and nothing but the
9       truth; that said testimony was taken remotely
        pursuant to notice at the time and place as
10      herein set forth; that said testimony was
        taken down by me and thereafter transcribed
11      into typewriting, and I hereby certify the
        foregoing testimony is a full, true and
12      correct transcription of my shorthand notes so
        taken.
13

14          I further certify that I am neither counsel
        for nor related to any party to said action,
15      nor in anyway interested in the outcome
        thereof.
16

17          IN WITNESS WHEREOF, I have hereunto
        subscribed my name and affixed my seal this
18      1st day of December, 2021.

19
                     _____
20
21                   Carrie A. Fisher
                     Notary Public - State of New York
22                   No. 01FI6240227
                     Qualified in Erie County
23                   My commission expires 5/02/23
```