# Exhibit 29

```
                    UNITED STATES DISTRICT COURT

                 FOR THE WESTERN DISTRICT OF NEW YORK
        - - - - - - - - - - - - - - - - - - - - - - - - - - - -
        BLACK LOVE RESISTS IN THE RUST, et al.,

        individually and on behalf of a class of

        all others similarly situated,

                                       Plaintiffs,

        vs.                                           1:18-cv-00719-CCR

        CITY OF BUFFALO, N.Y., et al.,

                                       Defendants.
        - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                       ORAL EXAMINATION OF AARON YOUNG

                           APPEARING REMOTELY FROM

                              BUFFALO, NEW YORK


                       Wednesday, October 26, 2022

                          9:00 a.m. - 2:15 p.m.

                             pursuant to notice




        REPORTED BY:

        Luanne K. Howe

        APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO


               DEPAOLO CROSBY REPORTING SERVICES, INC.
                            716-853-5544
```

```
 1              R E M O T E   A P P E A R A N C E S
 2

 3    APPEARING FOR THE PLAINTIFFS:

 4        NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
          BY:  CLAUDIA WILNER, ESQ.
 5        50 Broadway, Suite 1500
          New York, New York  10004
 6        212-633-6967

 7    APPEARING FOR THE DEFENDANTS:

 8        HODGSON RUSS
          BY:  PETER SAHASRABUDHE, ESQ.
 9        The Guaranty Building
          140 Pearl Street, Suite 100
10        Buffalo, New York  14202
          716-848-1508
11
      ALSO PRESENT:
12
          CHRISTINE NELSON, ESQ.
13        Covington & Burling LLP

14        SARA LUNDEN
          National Center for Law and Economic Justice
15

16

17

18

19

20

21

22

23


              DEPAOLO CROSBY REPORTING SERVICES, INC.
                         716-853-5544
```

```
1    A      No.
2    Q      Have you discussed this lawsuit with anybody other
3           than your attorney?
4    A      No.
5    Q      Are you currently employed at the BPD?
6    A      Yes, I am.
7    Q      And what is your current position?
8    A      I'm the chief of the School Resource Unit and other
9           special units of the Buffalo Police Department.
10   Q      And at one time were you also chief of the Housing
11          Unit?
12   A      Yes, I was.
13   Q      But you are not chief of the Housing Unit today?
14   A      No, I'm not.
15   Q      Okay.  And during what time period did you hold that
16          position?
17   A      I was chief of the Housing and Strike Force Unit 2018
18          through -- it disbanded in 2020 -- when it ended.  I
19          may be off a little bit on the years.
20   Q      Yeah.  Okay.  So we can come back and correct the
21          years.  I think I have some documents that will
22          correct that.  But you're remembering approximately a
23          couple of years as chief of the Strike Force?
```

```
 1   Q    So you did not view enforcing zero tolerance crime
 2        policy as part of your job as chief?
 3   A    No, I did not.
 4   Q    Did you have any involvement in setting Strike Force
 5        patrol locations?
 6   A    No, I did not.
 7   Q    Do you know who did set the Strike Force patrol
 8        locations?
 9   A    That's -- that direction came from the deputy of
10        operations to the captains and lieutenants of Strike
11        Force.
12   Q    And would -- and that was --
13   A    Lockwood, Lieutenant Lockwood.
14   Q    And he communicated directly with the captain or
15        through you?
16             MR. SAHASRABUDHE:  Form.
17   A    It was through the captains.
18   Q    And just to clarify, Lockwood spoke directly to the
19        captains?
20   A    Yes.
21   Q    And you were not involved in the conversation?
22   A    Not usually, no.
23   Q    And was that the case throughout the time that you
```

| | | |
|---|---|---|
| 1 | A | I believe they assisted in the housing areas, yes. |
| 2 | Q | To your knowledge, did the Housing Unit run |
| 3 | | checkpoints on its own without the Strike Force? |
| 4 | A | I'm not sure.  I wasn't -- |
| 5 | Q | Did the Housing Unit checkpoints have the same |
| 6 | | programmatic purpose as the Strike Force checkpoints? |
| 7 | | MR. SAHASRABUDHE:  Form. |
| 8 | A | I can't answer that.  I don't know. |
| 9 | Q | Did the Housing Unit issue directives when it ran |
| 10 | | checkpoints without the Strike Force? |
| 11 | | MR. SAHASRABUDHE:  Form. |
| 12 | A | I'm unaware of that. |
| 13 | Q | Did you as chief ever direct the housing unit to |
| 14 | | issue checkpoint directives when it ran checkpoints? |
| 15 | A | No. |
| 16 | Q | And the goal of the checkpoints was to enforce |
| 17 | | provisions of the vehicle and traffic law, right? |
| 18 | | MR. SAHASRABUDHE:  Form. |
| 19 | A | That is correct. |
| 20 | Q | Did you ever take any steps to ensure that officers |
| 21 | | were making roadblocks obvious with overhead flashing |
| 22 | | lights? |
| 23 | A | No, I did not personally. |

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
1   STATE OF OHIO        )
2   COUNTY OF CUYAHOGA   )
3             I, Luanne K. Howe, Notary Public, in and for the
4   County of Cuyahoga, State of Ohio, do hereby certify:
5             That the witness whose testimony appears
6   hereinbefore was, before the commencement of his testimony,
7   duly sworn to testify the truth, the whole truth and nothing
8   but the truth; that said testimony was taken remotely
9   pursuant to notice at the time and place as herein set
10  forth; that said testimony was taken down by me and
11  thereafter transcribed into typewriting, and I hereby
12  certify the foregoing transcript is a full, true and correct
13  transcription of my shorthand notes so taken.
14            I further certify that I am neither counsel for
15  nor related to any party to said action, nor in any way
16  interested in the outcome thereof.
17            IN WITNESS WHEREOF, I have hereunto subscribed my
18  name and affixed my seal this 2nd day of November, 2022.
19
20                                    _____
                                      Luanne K. Howe
21                                    Notary Public - State of Ohio
22                                    My commission expires 10-07-24
23
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544