# Exhibit 30

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------------------
BLACK LOVE RESISTS IN THE RUST by and through
MARIELLE SHAVONNE SMITH and CHARIS HUMPHREY
on behalf of its members, SHAKETA REDDEN,
DORETHEA FRANKLIN, TANIQUA SIMMONS, DE'JON HALL,
JOSEPH BONDS, CHARLES PALMER, SHIRLEY SARMIENTO,
EBONY YELDON, and JANE DOE,
individually and on behalf of a class of all
others similarly situated,

                              Plaintiffs,

     -vs-


CITY OF BUFFALO, N.Y., BYRON B. BROWN,
Mayor of the City of Buffalo, in his individual and
official capacities,
BYRON C. LOCKWOOD, Commissioner of the
Buffalo Police Department, in his individual
and official capacities,
DANIEL DERENDA, former Commissioner of the
Buffalo Police Department, in his individual capacity,
AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI,
ROBBIN THOMAS,
UNKNOWN SUPERVISORY PERSONNEL 1-10,
UNKNOWN OFFICERS 1-20, each officers of the
Buffalo Police Department,
in their individual capacities,

                              Defendants.
----------------------------------------------------

2

                    Examination Before Trial of

EBONY YELDON, Plaintiff, taken pursuant to the Federal Rules

of Civil Procedure, in the law offices of HODGSON RUSS LLP,

The Guaranty Building, 140 Pearl Street, Suite 100, Buffalo,

New York, taken on December 13, 2022, commencing at 10:18

A.M., before NICHOLE WINANS, Notary Public.

3

<u>INDEX TO WITNESSES</u>

Witness:  EBONY YELDON                                    Page

Examination By:

   Mr. Sahasrabudhe                                          7

   Ms. Williams                                            105

   Mr. Sahasrabudhe                                        109

4

1                          INDEX TO EXHIBITS

2

3

4    Defendant's Exhibits                    For Identification

5    A        Amended and Supplemental Class        73
              Action Complaint
6
     B        Hearing Before the Honorable          87
7             Judge Joseph Fiorella

8    C        Order                                 94

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

5

1                          INDEX TO DOCUMENT REQUESTS

2

3

4    Page, Line                 Description

5     67      3      Any documentation regarding the fact
                     that the ticket from within the last
6                    year was dismissed or thrown out

7    102     14      Anything in writing to the judge before
                     the day of the hearing to the extent
8                    that's available

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

6

1      APPEARANCES:

2      WESTERN NEW YORK LAW CENTER,
       By KEISHA A. WILLIAMS, ESQ.,
3      Cathedral Park Tower,
       37 Franklin Street,
4      Suite 210,
       Buffalo, New York 14202,
5      Appearing for the Plaintiffs.

6      NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE,
       By KARINA K. TEFFT, ESQ.,
7      50 Broadway,
       Suite 1500,
8      New York, New York 10004,
       Appearing for the Plaintiffs.
9
       HODGSON RUSS LLP,
10     By PETER A. SAHASRABUDHE, ESQ.,
       The Guaranty Building,
11     140 Pearl Street,
       Suite 100,
12     Buffalo,New York 14202-4040,
       Appearing for the Defendants.

13

14

15          (The following stipulations were entered

16     into by all parties.)

17          It is hereby stipulated by and between counsel

18     for the respective parties that the oath of the

19     Referee is waived, that signing, filing and

20     certification of the transcript are waived, and

21     that all objections, except as to the form of the

22     questions, are reserved until the time of trial.

23

Sue Ann Simonin Court Reporting

7

1                      E B O N Y   Y E L D O N,

2              40 Bush Street, Buffalo, New York 14207,

3                  after being duly called and sworn,

4                      testified as follows:

5

6    EXAMINATION BY MR. SAHASRABUDHE:

7

8    Q.   All right.  Good morning, Miss Yeldon.  We met

9         off the record, but my name is Peter

10        Sahasrabudhe, I'm an attorney for the Defendants

11        in a lawsuit that you're a named Plaintiff in,

12        and I represent all the Defendants, and I'm here

13        to ask you a few questions today.  The first

14        question is, have you ever given deposition

15        testimony before?

16   A.   Outside of this?

17   Q.   Yes.  In any proceeding, whether it be in this

18        lawsuit or another lawsuit.  Have you ever given

19        deposition testimony of any kind?

20   A.   No.

21   Q.   Okay.  Have you ever given sworn testimony of any

22        kind?

23   A.   Yes.

8

1  Q.  Could you tell us in what setting or what

2      capacity you gave sworn testimony?

3  A.  Well, I don't understand sworn, but I would say

4      like regular like going to court.

5  Q.  Have you ever --

6  A.  Family --

7  Q.  I apologize.  Have you ever testified in a

8      courtroom before?

9  A.  Oh, yes.

10 Q.  Okay.  And in what setting or capacity did you

11     testify?

12 A.  As far as like court family matters.

13 Q.  Okay.  So this is going to be a little bit

14     different than those proceedings, so I'm going to

15     explain a couple rules to you, but some of the

16     same rules that would apply in courtroom

17     testimony apply here today.  So the first thing

18     is, I need you to give full verbal answers to all

19     of my questions.

20 A.  Okay.

21 Q.  Sometimes in every day, colloquial conversations

22     it's easy to just say uh-huh or uh-uh or nod your

23     head or shake your head, but that doesn't really

9

1    get transcribed well, and sometimes the

2    transcription might not accurately reflect your

3    answer, so to the best you can, can we agree that

4    you'll give me a full verbal response to my

5    questions, whether that's a yes or a no?

6  A.  Yes.

7  Q.  Okay.  And one very important rule is that the

8    court reporter needs to accurately transcribe

9    both what I say and what you say, so to the best

10    that we can, can we agree that we won't talk over

11    each other, meaning I'll try to let you finish

12    your answer before asking my next question, and

13    to the best of your ability, will you try to let

14    me finish my question before giving your answer?

15  A.  Yes.

16  Q.  Okay.  If you don't understand my question, which

17    might happen, sometimes questions are just bad

18    questions, sometimes I don't phrase things in a

19    way that's easily understandable, and that's on

20    me, when that happens, will you just let me know

21    and then I can rephrase or repeat the question in

22    a way that is more understandable or a better

23    phrasing of the question?

10

1   A.   Yes.

2   Q.   Okay.  And the converse of that is if you do

3        answer my question without asking me to clarify,

4        I'm going to take that to mean that you

5        understood my question.  Is that fair?

6   A.   Yes.

7   Q.   Okay.  I don't want you to guess or speculate at

8        all today.  Can we agree that any answer you

9        give, you won't be guessing or speculating, and

10       if you are guessing or speculating, you will tell

11       me that you are doing so?

12  A.   Yes.

13  Q.   Okay.  Do you understand the difference between a

14       guess and an estimate?

15  A.   Yes.

16  Q.   Okay.  Can you describe to me what your

17       understanding is of the difference between a

18       guess and an estimate?

19  A.   A guess is, a guess is --

20  Q.   Well, I can do it this way.  If I asked you how

21       far away we are from each other right now, what

22       would you say?

23  A.   That's a guess.

11

1   Q.  Well, if you wanted to answer the question how
2       would you answer the question, how far apart are
3       you and I from one another in feet or inches?
4   A.  Ten, fifteen.
5   Q.  Okay.  And you're basing that -- you don't have a
6       tape measure, right?
7   A.  Correct.
8   Q.  But you're basing off your understanding of your
9       observations and what you can see right now,
10      correct?
11  A.  Yes.
12  Q.  If I asked you what my birthday was, what would
13      your answer be?
14  A.  I don't know.
15  Q.  Because you would have to completely guess as to
16      what my birthday was, correct?
17  A.  Yes.
18  Q.  So fair to say you can estimate how far away we
19      are from each other, but you would have to
20      completely guess or speculate as to what my
21      birthday is, correct?
22  A.  Yes.
23  Q.  Do you understand that distinction?

12

1    A.   Yes.

2    Q.   Okay.  So today I might ask you to estimate

3         sometimes, but can we agree that when I do, you

4         will be estimating, and you will not guess or

5         speculate?

6    A.   Yes.

7    Q.   Okay.  If you need to take a break at any time,

8         you're totally free to do so, you can get up, you

9         can use the bathroom, get a drink, the only

10        caveat to that is that you need to answer the

11        pending question before you take a break.  Okay?

12   A.   Yes.

13   Q.   Do you understand?

14   A.   Yes.

15   Q.   From time to time your attorney may object to a

16        question I have, this isn't like a courtroom

17        proceeding though where a Judge will rule on the

18        objection.  If an objection is stated, you still

19        need to answer my question to the best of your

20        ability unless you are directed by your attorney

21        not to answer the question.  Do you understand?

22   A.   Yes.

23   Q.   Okay.  Are you currently on any medications that

13

```
 1        would affect your ability to give truthful and
 2        accurate testimony today?
 3   A.   No.
 4   Q.   Any reason at all that you wouldn't be able to
 5        give truthful and accurate testimony today?
 6   A.   No.
 7   Q.   Nothing you want to tell me about that would
 8        affect your ability to give truthful and fully
 9        accurate testimony?
10   A.   No.
11   Q.   Okay.  What did you do to prepare for your
12        testimony today?  And before you answer that, the
13        caveat is, I don't want to know about the
14        contents of any conversations you had with your
15        attorneys, but if you did, in fact, meet with
16        them, I would like to know that.
17   A.   Yes.  Correct.
18   Q.   Okay.  About how many meetings did you have with
19        your attorneys to prepare for your deposition
20        testimony?
21   A.   Just one.
22   Q.   About how long was that meeting?
23   A.   About three hours, two.
```

14

1  Q.  Okay.  Did you review any documents at that
2      meeting?
3  A.  No.
4  Q.  You can't recall looking at any single piece of
5      paper or any document during that time that you
6      met with your attorneys?
7  A.  Can I go back and rephrase that?
8  Q.  Absolutely.
9  A.  We did like a Zoom meeting, so --
10  Q.  Okay.  Well, let me ask this.  Did you look at
11      any documents over the computer screen?
12  A.  On my own behalf, yes.
13  Q.  Okay.
14  A.  Like I reviewed myself the paperwork they sent
15      me, if that's what you mean.
16  Q.  Okay.  And can you tell me what paperwork you
17      reviewed?
18  A.  I'm trying to think of -- regarding this case,
19      like overall?
20  Q.  In preparation for your deposition testimony
21      specifically, so I'm not asking about any time.
22      Just in order to prepare for today, could you
23      tell me the documents that you looked at, whether

15

1       it was during the meeting with your attorneys or

2       any time before or after?

3   A.   Okay.  No.  Not based on that.

4   Q.   Okay.  So in other words, you don't recall what

5       documents you looked at, as you sit here today?

6   A.   I do recall.  Most like if you -- if this is a

7       correct answer you're looking for, it's just stay

8       calm.

9   MS. WILLIAMS:  Not between --

10  BY MR. SAHASRABUDHE:

11  Q.   Okay.  I don't want to know what they told you.

12  A.   Okay.

13  Q.   Any piece of paper or document that you looked at

14      during your preparation.  So any conversation you

15      had, anything they told you or anything you told

16      them, don't tell me.  I don't want to know, I'm

17      not allowed to know.

18  A.   I'm sorry.

19  Q.   But I'm really focused on pieces of paper that

20      you looked at to prepare.

21  MS. WILLIAMS:  Or documents.

22  BY MR. SAHASRABUDHE:

23  Q.  Or documents, yes.

16

1   A.  Yes.

2   Q.  Could you tell me what pieces of paper or

3       documents you looked at?

4   A.  Preparation?

5   Q.  And look, if you don't remember, you don't

6       remember, that's fine.

7   A.  Okay.  Then I don't remember.

8   Q.  Okay.  That's fine.  But so fair to say, you

9       recall looking at documents, but as you sit here

10      today, you can't recall specifically what

11      documents those were?

12  A.  Yes.

13  Q.  Okay.  Other than your attorneys, did you speak

14      with anyone about your deposition testimony

15      today?

16  A.  No.

17  Q.  Okay.  Have you ever spoken with any other

18      Plaintiff in this lawsuit at any time?

19  A.  No.

20  Q.  Do you know any other Plaintiff in this lawsuit?

21  A.  No.

22  Q.  Okay.  Are you a member or have you ever been a

23      member of an organization known as Black Love

17

1       Resists In The Rust?

2   A.   No.

3   Q.   Do you even know what that organization is?

4   A.   No.

5   Q.   Have you ever heard of that organization before?

6   A.   Yes.

7   Q.   Other than in conversations with your attorneys,

8        could you tell me in what setting you have heard

9        of that organization?

10  A.   Other than, none.

11  Q.   Okay.  So other than being told about that

12       organization by attorneys, you had no knowledge

13       of it prior?

14  A.   Correct.

15  Q.   Okay.  Have you spoken -- since this lawsuit was

16       filed, have you spoken with anyone about the

17       allegations of your lawsuit besides your

18       attorneys?

19  A.   No.

20  Q.   No one other than your attorneys?

21  A.   Other than the law firm, no.

22  Q.   Okay.  Fair.  And I should clarify, anyone

23       associated with the law firm that your attorneys

18

```
 1        work for I don't want to know about either, just
 2        non-lawyer conversations with other individuals.
 3        The answer to that is you haven't spoken with
 4        anyone?
 5    A.  Correct.
 6    Q.  Okay.  Could you tell us your date of birth,
 7        please?
 8    A.  ██████████████
 9    Q.  Other than Ebony Yeldon, have you ever gone by
10        any other names?
11    A.  No.
12    Q.  Are you currently married?
13    A.  No.
14    Q.  Have you ever been married?
15    A.  No.
16    Q.  Do you have a significant other that you live
17        with?
18    A.  No.
19    Q.  Do you have any children?
20    A.  Yes.
21    Q.  How many children do you have?
22    A.  Four.
23    Q.  Could you tell me your oldest child, is it a boy
```

19

```
 1      or a girl?
 2   A.   A boy.
 3   Q.   Can you tell me his name?
 4   A.   ███████████████████
 5   Q.   Can you tell me how old ████████████████ is?
 6   A.   Seventeen.
 7   Q.   Does he currently live with you?
 8   A.   Yes.
 9   Q.   Is he in school?
10   A.   Yes.
11   Q.   Where does he attend school?
12   A.   He goes to a GED program.
13   Q.   Is that through ECC?
14   A.   Buffalo Public Schools.
15   Q.   Okay.  Does ████████ is he currently employed?
16   A.   No.
17   Q.   Your second child, is it a boy or a girl?
18   A.   A girl.
19   Q.   Can you tell me her name?
20   A.   ████████ ████████████ ██████████
21   Q.   How old is ████████
22   A.   Sixteen.
23   Q.   Does she currently live with you?
```

20

```
 1   A.  Yes.
 2   Q.  Where does ████████ attend school?
 3   A.  Global High School.
 4   Q.  I'm sorry.  Global?
 5   A.  Charter -- High School.  Global High School.
 6   Q.  Okay.  Is it a charter high school?
 7   A.  No.
 8   Q.  Okay.  Where is that located?
 9   A.  Lackawanna.
10   Q.  Okay.  Your third child's name, is it a boy or a
11       girl -- or, sorry, withdrawn.  Bad question.  Is
12       your third child a boy or girl?
13   A.  Boy.
14   Q.  What is his name?
15   A.  ████████████████████
16   Q.  How old is ████████████
17   A.  Just turned six.
18   Q.  Does he currently live with you?
19   A.  Yes.
20   Q.  Where does he attend school?
21   A.  REACH Academy Charter School.
22   Q.  How about your youngest child, boy or girl?
23   A.  A boy.
```

21

```
1   Q.   What is his name?

2   A.   ████████  ██████████

3   Q.   What is ████████ last name?

4   A.   ████████

5   Q.   How old is ██████████

6   A.   Two.

7   Q.   Does he attend pre-school?

8   A.   No.

9   Q.   Okay.  Does he live with you?

10  A.   Yes.

11  Q.   Okay.  My understanding is ████████ and ████████

12       share the same last name because they have the

13       same father, would that be correct?

14  A.   Yes.

15  Q.   Okay.  Do they spend any time living with their

16       father?

17  A.   No.

18  Q.   Okay.  And are ████████ and ████████ do they share

19       the same father?

20  A.   Yes.

21  Q.   Do they spend any time living with their father

22       or do they live with you full-time?

23  A.   Live with me full-time.
```

22

1   Q.   Okay.   Where do you currently live?

2   A.   The address?

3   Q.   Yes.   What is your current address?

4   A.   40 Bush Street.

5   Q.   Is Bush Street in the City of Buffalo?

6   A.   Yes.

7   Q.   Can you describe or tell us what general

8        geographic area of Buffalo Bush Street is on?

9   A.   I don't understand.

10  Q.   Is Bush Street on the East Side of Buffalo?

11  A.   No.

12  Q.   Is Bush Street on the West Side of Buffalo?

13  A.   Somewhat.

14  Q.   Okay.   So what side of Buffalo would you say Bush

15       Street is on?

16  A.   Like around Black Rock.

17  Q.   Okay.   The Black Rock neighborhood?

18  A.   Yes.

19  Q.   Okay.   For how long have you lived at that Bush

20       Street address?

21  A.   One year.

22  Q.   Do you own or rent?

23  A.   Rent.

23

1  Q.  Before you lived at the Bush Street address, what

2      address did you live at?

3  A.  257 Breckenridge Street.

4  Q.  And what cross street is that closest to?

5  A.  Grant Street.

6  Q.  Fair to say that that is on the West Side of

7      Buffalo?

8  A.  Correct.

9  Q.  For how long did you live there?

10 A.  Three years, like three and a half.

11 Q.  When you lived there, did you live there with

12     your kids?

13 A.  Yes.

14 Q.  And did they live with you every day of the week

15     or did they split time with their respective

16     fathers at that time?

17 A.  They lived there.

18 Q.  Okay.

19 A.  And can I go back, because I'm not sure of the

20     time frame I lived there.

21 Q.  Yes.  And I should say, if you feel like you need

22     to clarify anything at any point, please tell me

23     and you're more than free to do so.

24

1   A.   Okay.

2   Q.   So I take it you want to clarify something about

3        the time period that you lived at the

4        Breckenridge address?

5   A.   I want to say two, three years, but I'm not sure

6        exactly.

7   Q.   Okay.  So somewhere in between two and three

8        years you lived at the Grant Street address?

9   A.   Yes.

10  Q.   Certainly not less than two years though?

11  A.   Correct.

12  Q.   Okay.  And certainly not more than five years?

13  A.   Correct.

14  Q.   Okay.  How about before the Grant Street --

15       sorry, withdrawn.  Did you own or rent at the

16       Grant Street address?

17  A.   On Breckenridge.

18  Q.   Sorry.  Breckenridge address.

19  A.   Rent.

20  Q.   Okay.  Before you lived at the Breckenridge

21       address, where did you live?

22  A.   A shelter.

23  Q.   Okay.  Where was the shelter?

25

```
1   A.  I don't remember the address.

2   Q.  Do you recall the name?

3   A.  No.

4   Q.  That's okay.  If you don't, I just want to know

5       what you know and what you remember.  Okay?  If

6       you don't know, don't guess.  And for how long

7       did you live there at the shelter?

8   A.  I would just say roughly a couple months.

9   Q.  Okay.  And were your kids there with you?

10  A.  Yes.

11  Q.  What general area of the city was the shelter in,

12      if you remember?

13  A.  The East Side.

14  Q.  Before you went to the shelter, where did you

15      live?

16  A.  On -- it was either on Main Street or -- can you

17      give me a second?

18  Q.  Of course.  Take your time.  And just so you

19      know, the pauses don't show up on the transcript,

20      so if you need time to think, just take your

21      time.

22  A.  I'm trying to think of the street.  I'm picturing

23      it, I'm just trying to think of the name.  I went
```

26

1      blank.  It was either Main Street or Millicent.

2      I think Main Street, I was there a couple months,

3      then Millicent, so Main Street.

4   Q.  Okay.  Would it be fair to say that you at

5      different points lived on Main Street and

6      Millicent?

7   A.  Yes.

8   Q.  All right.  And you just can't remember exactly

9      where in order it was in relation to when you

10     ultimately went to the shelter?

11  A.  Yes.

12  Q.  Okay.  Is there one particular place where you

13     lived longer than the other between Main Street

14     and Millicent or was it about the same relative

15     time period?

16  A.  I lived on Millicent longer than Main Street, if

17     that's what you're asking.

18  Q.  Yes.  That is what I'm asking.

19  A.  Yes.

20  Q.  For how long did you live there?

21  A.  On Millicent?

22  Q.  Yes.

23  A.  Roughly two to three years.

27

1   Q.   What area of Buffalo is Millicent in?

2   A.   East Side, near Cheektowaga.

3   Q.   Is Millicent in the suburb of Maryvale

4        Cheektowaga or is it --

5   A.   No.

6   Q.   -- just close to the boarder of Maryvale

7        Cheektowaga?

8   A.   Yes.

9   Q.   Okay.  So technically it's in the City of Buffalo

10       still?

11  A.   Yes.

12  Q.   How about before you lived at Millicent, and

13       other than if the Main Street address came

14       before, I don't want to know about that, but

15       before Millicent, where did you live?

16  A.   I don't remember.

17  Q.   Okay.  Have you ever lived anywhere outside of

18       the City of Buffalo in the last ten years?

19  A.   No.

20  Q.   Okay.  Only residences have been in the City of

21       Buffalo?

22  A.   Yes.

23  Q.   Did you grow up in the City of Buffalo?

28

1    A.   Yes.

2    Q.   What neighborhood or neighborhoods did you grow

3         up in primarily?

4    A.   East Side.

5    Q.   Did you live on the East Side of Buffalo for the

6         entirety of your childhood?

7    A.   Yes.

8    Q.   What schools did you attend?

9    A.   Grammar school?

10   Q.   Yes.  Let's start, where did you attend grammar

11        school?

12   A.   MLK 39.

13   Q.   And did you ultimately go onto middle school

14        somewhere?

15   A.   Well, I graduated, that goes up to eighth grade.

16   Q.   Okay.  And so you finished at MLK, you finished

17        the eighth grade there?

18   A.   Yes.

19   Q.   And did you then go onto high school?

20   A.   Yes.

21   Q.   Where did you attend high school?

22   A.   The first one, South Park High School.

23   Q.   For how many years did you attend South Park?

1   A.   Two.

2   Q.   Did you then transfer to another high school?

3   A.   Yes.

4   Q.   What high school was that?

5   A.   Traditional.

6   Q.   Did you ultimately graduate from Traditional?

7   A.   No.

8   Q.   How far did you get?

9   A.   To eleventh grade.

10  Q.   Is there any particular reason why you didn't

11       finish, that you can recall?

12  A.   No.

13  Q.   Were your grades sufficient to pass the eleventh

14       grade?

15  A.   Yes.

16  Q.   Did you pass the eleventh grade?

17  A.   I got my GED.

18  Q.   Okay.  Is GED your highest level of education?

19  A.   No.

20  Q.   What would you say your highest level of

21       education is?

22  A.   I have two Associate's in college.

23  Q.   What are your Associate's degrees in?

30

1   A.  Medical assistant and medical administrative.

2   Q.  When did you receive your medical assistant

3       degree?

4   A.  I don't remember which year.

5   Q.  Was it more than five years ago?

6   A.  Yes.

7   Q.  Was it less than ten years ago?

8   A.  Say that question again.

9   Q.  Was it less than ten years ago that you received

10      your medical assistant degree?

11  A.  Yes.

12  Q.  So somewhere between five and ten years ago is

13      when you received the degree?

14  A.  Yes.

15  Q.  Can you tell us where you got that degree from?

16  A.  Bryant and Stratton.

17  Q.  And you told us you had another Associate's

18      degree.

19  A.  Yes.

20  Q.  And what was the name of that degree?

21  A.  Which one did you get, medical assistant?

22  Q.  Yes.  We were just talking about your medical

23      assistant degree, so the one other than your

31

```
 1        medical assistant degree.
 2   A.   Medical administrative.
 3   Q.   Do you recall how long ago you received that
 4        degree?
 5   A.   That was around the same time.
 6   Q.   Okay.  Around the same approximate time period
 7        you got both degrees?
 8   A.   Yes.
 9   Q.   Are you currently studying to get any further
10        degrees?
11   A.   No.
12   Q.   Any plans or hopes to go back to school or at
13        this time are you, for the foreseeable future not
14        going back to school?
15   A.   As far as -- I don't know if it's school, but
16        like real estate I'm looking forward to that, but
17        not school like education.
18   Q.   Trying to get a certification in real estate?
19   A.   Yes.
20   Q.   Have you taken any steps to get that
21        certification?
22   A.   Yes.
23   Q.   Can you tell me what you've done?
```

32

1   A.   I went to school.

2   Q.   Where did you go?

3   A.   Online school.  Real Estate -- I forget the name

4        of the school.

5   Q.   Okay.  Are you still taking classes online or

6        have you completed the classes?

7   A.   I completed.

8   Q.   All right.  And have you received your

9        certification?

10  A.   No.

11  Q.   Okay.  What other steps do you have to take to

12       get your certification?

13  A.   Pass my exam.

14  Q.   Okay.  When is that?

15  A.   Well, I didn't reschedule for the first one, I

16       didn't reschedule.

17  Q.   Okay.  So to be determined when you're going to

18       take the exam to get the certification?

19  A.   Yes.

20  Q.   But all that's left to do is take the exam?

21  A.   Yes.

22  Q.   Any other certifications you're looking to get or

23       receive?

33

1   A.   No.

2   Q.   How are you currently employed, Miss Yeldon?

3   A.   You're asking me where am I employed?

4   Q.   Yes.  What do you do for --

5   A.   Right now a bus driver.

6   Q.   Who are you a bus driver for?

7   A.   Western New York Bus Company.

8   Q.   Is that a private bus company?

9   A.   No.

10  Q.   It's public transportation?

11  A.   Yes.

12  Q.   Do you drive in the City of Buffalo?

13  A.   No.

14  Q.   Where do you operate your bus?

15  A.   In Lackawanna.

16  Q.   Do you have to have a special license to operate

17       a bus?

18  A.   Yes.

19  Q.   What did you have to do to receive that license?

20  A.   Initially?

21  Q.   Yeah.  I guess let's start with this.  What is

22       the name of the special license or designation

23       that you need to operate a bus?

34

1    A.    A class B.

2    Q.    A class B?

3    A.    Yes.

4    Q.    And what steps do you have to go through to get a

5          class B certification on your license?

6    A.    Training, take a written exam, a driving exam.

7    Q.    How long did it take you to obtain a class B

8          certification on your license?

9    A.    Roughly a couple months.

10   Q.    How long have you been driving for Western New

11         York Bus Company?

12   A.    Going on approximately a year and a half.

13   Q.    Do you have a salary or are you paid per hour?

14   A.    Per hour.

15   Q.    How much are you paid per hour?

16   A.    Twenty-six.

17   Q.    Twenty-six dollars an hour?

18   A.    Yes.

19   Q.    How long are your normal shifts?

20   A.    It varies.

21   Q.    Okay.  What's the range of hours that you work in

22         a shift?

23   A.    I don't understand.

35

1   Q.   From lowest to highest, what are the amount of

2        hours you would work?

3   A.   A day?

4   Q.   Yes.  A day.

5   A.   The lowest four, the highest six.

6   Q.   Okay.  So four to six-hour days?

7   A.   Yeah.

8   Q.   And is it essentially driving passengers in

9        Lackawanna who need public transportation?

10  A.   If you're saying -- it's children we drive.

11  Q.   Okay.  Is it -- do you operate a school bus?

12  A.   Yes.

13  Q.   Okay.  I get it.  Okay.  So your company, your

14       company has school buses that then pick up

15       children who attend school in the Lackawanna

16       School District?

17  A.   Yes.

18  Q.   I see.  Okay.  And you've been doing that for

19       about a year and a half now?

20  A.   Yes.

21  Q.   Have you received any raises or pay increases in

22       the year and a half that you've worked there?

23  A.   Yes.

36

1    Q.   When was that?

2    A.   Last year.

3    Q.   Do you recall how much of a raise you received?

4    A.   Either twenty-three or twenty-four, I was getting

5         last year.

6    Q.   So your increase in pay was about two to three

7         dollars per hour?

8    A.   Yes.

9    Q.   Prior to driving a school bus, how, if at all,

10        were you employed?

11   A.   Well, let me see.  I was working at a dollar

12        store.

13   Q.   Do you recall the name of the dollar store?

14   A.   Family Dollar.

15   Q.   Do you recall where the Family Dollar was that

16        you worked at?

17   A.   West Ferry.

18   Q.   Do you recall the closest cross street?

19   A.   West Ferry and Grant Street.

20   Q.   How long did you work there at Family Dollar?

21   A.   Maybe a month, two months.  A month.

22   Q.   Let me ask you this.  Was there any time in

23        between your employment at Family Dollar and the

37

```
 1        time when you got hired to be a school bus driver
 2        that you were unemployed?
 3   A.   Yes.
 4   Q.   How long did that last for?
 5   A.   Let me see.  Ask that question again.
 6   Q.   So in between when you stopped working at Family
 7        Dollar and when you started your work as a school
 8        bus driver, there was a time period where you
 9        were not employed, is that correct?
10   A.   No.
11   Q.   Okay.
12   A.   It was before Family Dollar.
13   Q.   Okay.  So no -- immediately after you stopped
14        working at Family Dollar is when you began your
15        work as a school bus driver, would that be fair
16        to say?  And maybe not immediate, but pretty
17        quickly after you stopped your work at Family
18        Dollar, you started your work as a school bus
19        driver, is that fair to say?
20   A.   Can I correct that?
21   Q.   Yes, please.
22   A.   I worked at Family Dollar, and then I took care
23        of children, and then I went to school bus
```

38

1           driving.

2     Q.    Okay.  So there was employment you had in between

3           Family Dollar and being hired as a school bus

4           driver?

5     A.    Yes.

6     Q.    Okay.  Where were you employed in between Family

7           Dollar and your employment as a school bus

8           driver?

9     A.    I'm trying to think of the name.  They closed

10          down.

11    Q.    My understanding is it was a child care facility?

12    A.    Yes.

13    Q.    Where was it located?

14    A.    On Bailey.

15    Q.    Where was the nearest cross street?

16    A.    Bailey and Delavan.

17    Q.    Okay.  How much were you compensated per hour at

18          the child care facility?

19    A.    I don't remember.

20    Q.    Was it more or less than you're compensated as a

21          school bus driver?

22    A.    Less.

23    Q.    Are you paid more than ten dollars an hour more

39

1      as a school bus driver than you were when you

2      worked at the child care facility?

3   A. I don't remember exactly.

4   Q. Okay.  Could you estimate approximately how much

5      more you make per hour as a school bus driver?

6   A. You told me not to estimate.

7   Q. I told you not to guess.

8   A. Okay.  You're right.  I'm trying to think.

9   Q. And if you can't, you can't, but --

10  A. I really don't remember.

11  Q. Okay.  But you know for sure you make more now as

12     a school bus driver?

13  A. Yes.

14  Q. Okay.  How long were you employed as a child care

15     worker?

16  A. Maybe between a month and three months, not long.

17  Q. Okay.  And immediately after you stopped working

18     as a child care worker, is that when you became a

19     school bus driver?

20  A. That's when I got my license, yes.

21  Q. Okay.  And before you were a child care worker,

22     you worked for approximately two months at Family

23     Dollar?

40

1   A.   Yes.

2   Q.   Did you leave Family Dollar to work at the child

3        care facility?

4   A.   Yes.

5   Q.   Did that entail an increase in pay?

6   A.   I believe it was around the same, I'm not sure.

7   Q.   Do you recall why you left Family Dollar?

8   A.   I was trying to get, I was trying to get back to

9        jobs that I lost, if that makes sense.

10  Q.   I think I know what you're talking about.  Was

11       there something about working for Family Dollar

12       that prevented you from seeking out employment

13       that you had at one point lost?

14  A.   You're asking me why I didn't stay at Family

15       Dollar?

16  Q.   Exactly.

17  A.   That wasn't the work I'm looking for.  It wasn't

18       the work I was used to, if that makes sense.

19  Q.   Basically, you just didn't -- the line of work

20       wasn't what you were accustomed to?

21  A.   Correct.

22  Q.   And you wanted to do something else?

23  A.   Correct.

41

1   Q.  All right.  Before you worked at Family Dollar,

2       how, if at all, were you employed?

3   A.  I wasn't, it took a while.

4   Q.  Okay.  So prior to obtaining employment at Family

5       Dollar, there was a period of time in which you

6       were unemployed?

7   A.  Yes.

8   Q.  Can you tell us approximately how long that

9       lasted, that period of unemployment?

10  A.  I know for sure more than two years.

11  Q.  Okay.  So for over two years before working at

12      Family Dollar, you were unemployed?

13  A.  Yes.

14  Q.  And that was consistent for the entirety of that

15      two-year period?

16  A.  Yes.

17  Q.  There was no job at all that you worked?

18  A.  No.

19  Q.  How were you employed before you became

20      unemployed during that two-year period?

21  A.  School bus driver.

22  Q.  Who were you a school bus driver for at that

23      time?

42

1   A.   Right.   Student Transportation.

2   Q.   So again, is that another company who allows

3        school districts to use their buses to pick up

4        students?

5   A.   Yes.

6   Q.   What school district -- withdrawn.  Could you say

7        the company name again?  I missed it.

8   A.   Student Transportation.

9   Q.   Okay.  What school district did Student

10       Transportation drive for?

11  A.   Buffalo.

12  Q.   Okay.  Buffalo Public Schools?

13  A.   Yes.

14  Q.   Or were they charter schools?

15  A.   No.  Buffalo.

16  Q.   It was Buffalo Public?

17  A.   Yes.  Can I rephrase that?

18  Q.   Go ahead.

19  A.   It depends what run you was on, they might have

20       went out of Buffalo, but I was doing Buffalo

21       Schools.

22  Q.   Okay.  For how long were you employed by them?

23  A.   Less than a year at that company.

43

1    Q.   Do you recall how much you were paid?

2    A.   That's before the raises had started, so I don't.

3         But it was between seventeen and nineteen maybe.

4    Q.   So fair to say a little bit less than you're

5         currently making?

6    A.   Yes.  Because -- yes.  Because they had -- over

7         the years they had raises, so yes.

8    Q.   And prior to that, how were you employed?

9    A.   School bus driving.

10   Q.   For what company?

11   A.   For either Student Transpo or First Student.

12   Q.   Okay.

13   A.   But it's all school bus driving.

14   Q.   Have you worked for both of those companies at a

15        certain point?

16   A.   Yes.

17   Q.   Okay.  And you just can't recall which one came

18        before?

19   A.   Right.

20   Q.   Okay.  Well, let's start with First Student, for

21        how long were you employed by them?

22   A.   A year.

23   Q.   Do you recall what school district you drove for?

44

1    A.   Buffalo.

2    Q.   Buffalo Public?

3    A.   Yes.

4    Q.   Do you recall how much you were paid?

5    A.   No.

6    Q.   How about what was the name of the other company

7         you said besides First Student?

8    A.   Student Transpo.

9    Q.   Student Transpo?

10   A.   Um-hum.

11   Q.   How long did you work for Student Transpo?

12   A.   Maybe more than a year.  I'm not sure, but

13        between one and two years.

14   Q.   Do you recall how much you were paid there?

15   A.   At that time probably around the top pay,

16        seventeen, nineteen dollars.

17   Q.   Before those two companies, how, if at all, were

18        you employed?

19   A.   How often?

20   Q.   How, if at all, were you employed?

21   A.   Yes.

22   Q.   Where did you work?

23   A.   Oh.

45

1    Q.   No, that's okay.  That was a bad question.

2    A.   I don't remember then.

3    Q.   Okay.

4    A.   Oh, like I was like a respite caretaker.

5    Q.   Respiratory?

6    A.   Like a caretaker.

7    Q.   Okay.  At a medical facility?

8    A.   Like at home.

9    Q.   Okay.

10   A.   Like take care.

11   Q.   For people who were either ill or in assisted

12        living?

13   A.   It was a variety.  Like ill or needed help, if

14        that helps you.

15   Q.   It does a little bit.  Do you recall the name of

16        the organization?

17   A.   Yes.

18   Q.   What was the name of the organization?

19   A.   The Arc Center.

20   Q.   Arc Center?

21   A.   Yes.

22   Q.   How long did you work there?

23   A.   Seven years.

46

1   Q.   Do you recall what your position was, like the

2        name of your position?

3   A.   They called it like a respite care worker, like a

4        home care worker, home health aide, care worker,

5        like CNA.

6   Q.   Okay.  And you were there for seven years?

7   A.   Yes.

8   Q.   Were you there for seven years continuously?

9   A.   Yes.

10  Q.   Did you work full-time continuously?

11  A.   Yes.  Sometimes I had a second job, so I would

12       fit that in, but yes.

13  Q.   About how much were you paid?

14  A.   I don't remember back then.

15  Q.   Was it more than twelve dollars an hour?

16  A.   I don't remember.

17  Q.   Do you recall if it was more than minimum wage?

18  A.   Maybe minimum wage -- I don't remember.

19  Q.   Okay.  Other than the two-year time period in

20       between being a school bus driver and working at

21       Family Dollar where you were unemployed, in the

22       last ten years, have you ever had any other spell

23       or period of unemployment?

47

1   A.   No.

2   Q.   Just those two years that you told us about

3        earlier?

4   A.   Roughly those two years, yes.

5   Q.   Have you ever worked as a cab driver before?

6   A.   Yes.

7   Q.   When did you work as a cab driver approximately?

8   A.   The years?

9   Q.   The years or the approximate length of time in

10       between now and then, if you remember.

11  A.   I don't remember the length of time, but I know

12       when it stopped.

13  Q.   Okay.  When did it stop?

14  A.   Like around when it stopped.

15  Q.   Around when did it stop?

16  A.   Around 2016.  How can I forgot, but --

17  Q.   When you worked as a cab driver, did you have any

18       other jobs?

19  A.   Yes.

20  Q.   And what other jobs did you have at that time?

21  A.   The ones I just explained.

22  Q.   Okay.  Were you -- let me ask you this.  How long

23       did you work as a cab driver for?

48

1  A.  I don't want to guess, so approximately like --

2  Q.  Your best estimate.

3  A.  Five years.

4  Q.  Okay.  And so would it be fair to say that your

5      work as a cab driver was a side job?

6  A.  Yes.

7  Q.  Okay.  And so there were times maybe where you

8      were a bus driver as your full-time employment,

9      but you drove a cab on the side, would that be

10     fair to say?

11 A.  Yes.  Just starting, so yes.  Yes.

12 Q.  All right.  And perhaps other times where you

13     were working at the child care facility we spoke

14     about earlier, but then also driving a cab as a

15     second job?

16 A.  I don't understand that question.

17 Q.  Well, I'll withdraw it because it wasn't that

18     great of a question.  Was there ever a time where

19     you were working at that child care facility that

20     we talked about earlier, and also working as a

21     cab driver?

22 A.  No.  I don't think so.

23 Q.  Okay.  So fair to say that during the time that

49

1      you were a cab driver, your main source of income
2      would have been driving school buses, and the
3      money you made from driving a cab would have been
4      a secondary source of income, would that be fair?
5   A.  Yes.
6   Q.  Okay.  Did you make more money as a school bus
7      driver than you did as a cab driver?
8   A.  Yes.
9   Q.  Do you recall approximately how much money you
10     made as a cab driver or did it vary based on
11     rides?
12  A.  It did, yes.
13  Q.  Any recollection as to what an average night
14     would make you?
15  A.  No.
16  Q.  What was the name of the cab company you drove
17     for?
18  A.  Cold Spring Cab.
19  Q.  Cool Spring Cab?
20  A.  Cold Spring Cab.
21  Q.  Cold.  And I can't remember if I asked this, and
22     I apologize if I did.  How long did you drive for
23     Cold Spring Cab?

50

```
 1   A.   I'd said roughly around five years.

 2   Q.   Five years.  Okay.  Was it on and off or was it

 3        pretty continuous?

 4   A.   On and off.

 5   Q.   Would it depend upon your availability, or would

 6        it be just when they called you and asked you to

 7        drive?

 8   A.   I don't understand that, but it was --

 9   Q.   Withdrawn.  I'll withdraw it.  What dictated when

10        you would work there versus when you were not

11        working there, because you said you worked there

12        on and off?

13   A.   Based on if I needed the money, I will work, so

14        most of the time I did work.

15   Q.   I see.  Would you call someone at the company to

16        let them know that you were looking for shifts as

17        a cab driver, is that how it would work?

18   A.   No.  No.

19   Q.   Could you explain to me how it would work, how

20        you would get a shift driving a cab?

21   A.   I was either an a.m. shift or a p.m. shift,

22        sometimes they have private owners.  If I was an

23        a.m. driver, I would drive every day for a.m.,
```

51

1      and I would switch off with another driver at

2      night.

3   Q.  When was the a.m. shift, what times was it in

4      between?

5   A.  What times was the a.m. shift?

6   Q.  Yes.

7   A.  Times varied, but mostly five in the morning.  If

8      you picked up five in the morning, you would end

9      at five o'clock in the afternoon.

10  Q.  Okay.  When you did that shift, was it primarily

11     on the weekends?

12  A.  No.

13  Q.  So how were you able to both drive a school bus

14     and do the cab driving?

15  A.  School bus got a split shift.

16  Q.  I see.  So on days where you were off with the

17     school bus, you would take the a.m. shift for the

18     cab?

19  A.  Um-hum.

20  Q.  And that lasted for approximately five years?

21  A.  Yes.  Or sometimes I would try to drive the cab

22     in between, like on my break from school bus

23     driving.

52

1   Q.  Understood.  So in between shifts with the school

2       bus, you would take a shift with the cab company?

3   A.  Yes.

4   Q.  Who was your boss at Cold Spring Cab Company?

5   A.  At that time -- I don't even remember his name.

6       I don't remember his name.

7   Q.  Did it ever change, who your boss was, in your

8       five years working there?

9   A.  Yes.

10  Q.  Do you remember the name of your boss at any

11      time?

12  A.  When I first started, yes.  Her name was Lisa.

13  Q.  Do you remember Lisa's last name?

14  A.  No.

15  Q.  Any other supervisor that you can recall other

16      than Lisa?

17  A.  I don't remember his name.  I didn't -- we didn't

18      have supervisors, if that makes sense.

19  Q.  It does.  Let's ask this.  How would you go about

20      -- withdrawn.  Did you have the same car the

21      whole time that you were driving for Cold Spring?

22  A.  No.

23  Q.  Did you change cars from shift to shift?

53

1   A.  From shift to shift, I don't know how to answer

2       that question.  Why I'm stuck on that is because

3       if I was driving for one driver, I would have the

4       same car, but as I moved to the other drivers,

5       towards when this happened, that was another car,

6       but it was the same car with that owner.

7   Q.  Okay.

8   A.  If that makes sense.

9   Q.  I will do this.  Would Cold Spring Cab Company,

10      did they themselves own the cabs that you would

11      drive or were there individual owners of the cabs

12      that you would drive?

13  MS. WILLIAMS:  Objection.  You can answer.

14  THE WITNESS:  It's both.

15  BY MR. SAHASRABUDHE:

16  Q.  Explain that to me, what do you mean?

17  A.  The company has their cars, and they also have

18      private owners that have cars.

19  Q.  Okay.

20  A.  But they're under that company.

21  Q.  Okay.  So there are certain cars that are just

22      straight up owned by Cold Spring, correct?

23  A.  Correct.

54

1   Q.   But there are certain cars, although they are

2        under the name of Cold Spring, they are

3        officially owned by another individual?

4   A.   Yes.

5   Q.   I understand.  How often during your five years

6        there did you drive cars that were just owned by

7        Cold Spring?

8   A.   None.

9   Q.   You never operated a taxi that was only owned by

10       Cold Spring Cab Company, to the best of your

11       recollection?

12  A.   They all was under Cold Spring.

13  Q.   I understand.

14  A.   But I drove for private owners under Cold Spring.

15  Q.   Okay.  Did you drive for the same private owner

16       the entirety of the time you worked there?

17  A.   No.

18  Q.   Did it change from time to time?

19  A.   Yes.

20  Q.   About how many times did it change?

21  A.   Just the two.

22  Q.   Who were the two owners who you drove for?

23  A.   Lisa, and the last guy I can't remember his name

55

```
 1        at the time.
 2   Q.   Okay.  Were there any other private owners that
 3        other drivers would drive for or was it just Lisa
 4        and this one gentleman?
 5   A.   It was others.
 6   Q.   But as far as your time there went, you only
 7        drove Lisa's car or this other gentleman's car?
 8   A.   Correct.
 9   Q.   Whose car did you drive first?
10   A.   Lisa.
11   Q.   For how many, for how long did you drive Lisa's
12        car?
13   A.   It's hard to say -- or, I don't remember.
14   Q.   Was it multiple years?
15   A.   I don't remember the time.  Not multiple years, I
16        don't think.
17   Q.   Okay.  So you eventually after a certain period
18        of time, switched from driving Lisa's car to
19        driving this other gentleman's car?
20   A.   Yes.
21   Q.   And you would have driven his car for multiple
22        years?
23   A.   If I can say it, I don't remember the -- I know
```

56

1          the time frame, but I don't know how many years.

2     Q.   Okay.  Well, you told us you worked for Cold

3          Spring for approximately five years, right?

4     A.   Yes.

5     Q.   And so if you drove Lisa's car for under a year

6          or about a year, and the rest of the time you

7          were driving this other gentleman's car, would it

8          be fair to say then you were driving his car then

9          for multiple years, but we just don't know the

10         exact time frame?

11    A.   Yes.

12    Q.   Okay.  Did other cab drivers operate the same car

13         as you or was it just you operating this cab, as

14         far as you know?

15    A.   All I know as far as the person I had to end my

16         shift with, the other driver I had to --

17    Q.   I see.  So when you would finish your shift with

18         this gentleman's car, another driver would take

19         it and start their shift?

20    A.   Yes.

21    Q.   And so as far as you know, it was just the two of

22         you operating the car?

23    MS. WILLIAMS:  Objection.  You can answer.

57

1    THE WITNESS:  At the time.

2    BY MR. SAHASRABUDHE:

3    Q.  Do you recall the other driver's name?

4    A.  No.

5    Q.  Do you recall whether they were male or female?

6    A.  Male.

7    Q.  Did this gentleman who owned the cab, as far as

8        you're aware in the time that you worked there,

9        did he ever drive the taxi?

10   A.  I'm not sure.

11   Q.  Did you ever see him drive the taxi?

12   A.  Yes.  But --

13   Q.  When did you see him drive the taxi?

14   MS. WILLIAMS:  Objection.

15   BY MR. SAHASRABUDHE:

16   Q.  In what context did you see him drive the taxi?

17   A.  If you're -- I don't know how you --

18   Q.  I'll withdraw the question and ask another one.

19       Did he ever drive passengers in the taxi, the man

20       who owned the car?

21   A.  I'm not sure.

22   Q.  You never observed him doing that, did you?

23   A.  I don't remember.

58

1   Q.  Okay.  Do you recall one way or the other whether

2      you had like a written employment contract with

3      Cold Spring?

4   A.  A written contract, no.

5   Q.  Never entered into any kind of written agreement

6      as far as you know?

7   A.  No.

8   Q.  Did you ever have to do anything with an

9      insurance company that would allow you to drive

10     the car, did you ever have -- withdrawn.  Did you

11     have to show this gentleman proof of insurance to

12     be allowed to drive his cab?

13  A.  What gentleman?

14  Q.  The gentleman who owned the cab.

15  A.  Did I have to show him proof of insurance?

16  Q.  Yes.

17  A.  No.

18  Q.  Okay.  Was there anything that you had to submit

19     or do to be allowed to drive this gentleman's cab

20     that you remember?

21  A.  To drive a cab or his cab I would have to have a

22     license, and a hacker's license.

23  Q.  Okay.  Can you tell me what that is?

59

1    A.   To drive passengers in a cab, a taxi.

2    Q.   Can you repeat the name of it, hacker's?

3    A.   Yes.

4    Q.   Like H-A-C-K-E-R-S?

5    A.   Yes, I believe so.

6    Q.   What did you have to do to get your hacker's

7         license?

8    A.   You had to pay for it.

9    Q.   Were there any tests?

10   A.   No.

11   Q.   Okay.  So just paying for the certification

12        essentially?

13   A.   Yes.

14   Q.   Do you know one way or the other whether this

15        gentleman who owned the cab that you drove, do

16        you know one way or the other whether he still

17        owns that cab?

18   MS. WILLIAMS:  Objection.

19   THE WITNESS:  No.  I haven't spoken with him.

20   BY MR. SAHASRABUDHE:

21   Q.   You haven't spoken with him at all since you

22        stopped working at Cold Spring?

23   A.   Correct.

60

1  MR. SAHASRABUDHE:  Let's take a five-minute break.

2  THE WITNESS:  Okay.

3          (Whereupon, a short recess was then taken.)

4  BY MR. SAHASRABUDHE:

5  Q.  Back on.  All right.  Miss Yeldon, you obviously

6      currently have a valid driver's license, correct?

7  A.  Yes.

8  Q.  Do you drive to work every day?

9  A.  Yes.

10 Q.  Do you own your own car?

11 A.  Yes.

12 Q.  How long have you owned your own car?

13 A.  The car I have now?

14 Q.  Yes.

15 A.  For a year.

16 Q.  What kind of car is it?

17 A.  A Kia.

18 Q.  Do you know the exact model?

19 A.  Sorento.

20 Q.  Do you know what year?

21 A.  No.

22 Q.  Did you get it from a dealership?

23 A.  Yes.

61

1   Q.   About how long ago did you get it?

2   A.   A year.

3   Q.   And so you drive your own car to Lackawanna every

4        day for work, would that be fair to say?

5   A.   Yes.

6   Q.   Do you park your car at a parking lot in

7        Lackawanna and then get into the bus that you

8        drive?

9   A.   Yes.

10  Q.   And about how long does it take you to get to

11       work?

12  A.   Twenty minutes.

13  Q.   In the past year and a half since you've had to

14       drive to Lackawanna for work, have you ever been

15       stopped by a police officer specifically when you

16       were driving to work?

17  A.   No.

18  Q.   How about coming home from work, have you ever

19       been stopped by a police officer coming home from

20       Lackawanna?

21  A.   No.

22  Q.   When was the last time you received a traffic --

23       withdrawn.  When was the last time you received a

62

1      citation for a vehicle or traffic violation?

2  A.  Like what year?

3  Q.  Yes.  How long ago was it that you received your

4      last citation for a vehicle and traffic

5      violation?

6  A.  Can I say when it started, when I lost my

7      license?  I don't know a year.

8  Q.  Okay.  So as far as you remember -- withdrawn.

9      There was a time period where you had no license,

10     correct?

11 A.  Correct.

12 Q.  And now you have your license again?

13 A.  Yes.

14 Q.  Since re-obtaining your license, in between that

15     re-obtaining your license and present, have you

16     ever gotten a traffic ticket?

17 A.  I'm trying to think to make sure.

18 Q.  Take your time.

19 A.  Say that question again.

20 Q.  Since you got your license back --

21 A.  Right.

22 Q.  -- and now, as we sit here today, has there ever

23     been a point where you received a ticket for a

63

1      vehicle and traffic violation?

2   A.  I don't think so, no.  No.

3   Q.  You don't recall any specific instance in between

4      when you got your license back and now that you

5      received a vehicle and traffic citation, you

6      can't think of any?

7   A.  Not a citation, no.

8   Q.  How about a ticket?

9   A.  Maybe a parking ticket.

10  Q.  Okay.  Where would you have received that parking

11     ticket?

12  A.  On the East Side, I would say it was the East

13     Side.

14  Q.  Do you recall where your car was parked?

15  A.  Yeah.  In the East Ferry Homes.

16  Q.  Was it in a parking lot?

17  A.  Yes.

18  Q.  Did you at any point live in the East Ferry

19     Homes?

20  A.  No.

21  Q.  Were you visiting someone in the East Ferry

22     Homes?

23  A.  Yes.

64

1    Q.    As far as you're aware, does the East Ferry Homes
2          parking lot require a parking pass to park there?
3    A.    No.
4    Q.    Okay.  And what was the reason given for the
5          parking ticket listed on the ticket?
6    A.    What was the reason, he said I was in the wrong
7          spot.
8    Q.    Were you present when the ticket was given to
9          you?
10   A.    No.
11   Q.    In other words, you came to your car to find a
12         ticket on your windshield?
13   A.    Yes.
14   Q.    Was it just one ticket?
15   A.    Yes.
16   Q.    Do you recall how much the parking ticket was
17         for?
18   A.    No.
19   Q.    Do you recall whether or not you paid that
20         parking ticket?
21   A.    No.
22   Q.    Do you recall whether or not you've challenged
23         that parking ticket in court?

65

1    A.    Yes.

2    Q.    You have?

3    A.    Yes.

4    Q.    Have you had a proceeding to -- was there a court

5          proceeding held in connection with that parking

6          ticket?

7    A.    Can you ask that question again?

8    Q.    Have you had any court appearances in connection

9          with this parking ticket that we're talking

10         about?

11   A.    Yes.

12   Q.    Do you recall what happened at that court

13         appearance?

14   A.    Yes.

15   Q.    What happened?

16   A.    They threw it out.

17   Q.    Why did they throw it out?

18   A.    Because I was in the right spot.

19   Q.    Okay.  Do you have that ticket, a copy of it?

20   A.    No.

21   Q.    Do you recall approximately when your court

22         appearance was?

23   A.    No.

66

1   Q.   Were you represented by counsel at your court
2        appearance?
3   A.   No.
4   Q.   Do you recall if anyone showed up on behalf of
5        the police officer?
6   A.   No.
7   Q.   Did the police officer show up?
8   A.   No.
9   Q.   Was this court appearance more than a year ago?
10  A.   No.
11  Q.   So it was sometime within the past year?
12  A.   Yes.
13  Q.   Do you recall the time of year?
14  A.   In the summer.
15  Q.   Okay.  Do you have any documentation recording
16       the fact that the ticket was dismissed or thrown
17       out, as you said?
18  A.   Do I still have a document?
19  Q.   Yes.
20  A.   No.
21  Q.   Okay.  Did you get rid of it?
22  A.   Yes.
23  Q.   Okay.  Do you know for a fact you've gotten rid

67

```
 1       of it or do you think you got rid of it?
 2   A.  I did, I got rid of it.
 3   MR. SAHASRABUDHE:  Okay.  I'm just going to index a
 4       request on the record, in case there's something
 5       out there that does exist, we'll put a request in
 6       on the record.
 7   BY MR. SAHASRABUDHE:
 8   Q.  Any other instance where you've received any kind
 9       of traffic ticket, whether it's a moving
10       violation or parking in between when you got your
11       license back and present, that you can think of?
12   A.  I'm trying to think.  I don't remember.
13   Q.  Okay.  In other words, you can't recall them, as
14       you sit here today, you can't recall any other
15       instance right now?
16   A.  No.
17   Q.  Okay.  When did you get your license back?
18   A.  When did I get my license back, around the time a
19       year and a half ago I got this job.
20   Q.  So approximately a year and a half ago you
21       re-obtained your license?
22   A.  Maybe -- can I have a second?
23   Q.  Yes.  Take your time.
```

68

1    A.    No.  It's around that time, because that's why I

2          came back.

3    Q.    Okay.

4    A.    Yes.

5    Q.    When approximately did you lose your license?

6    A.    Approximately 2015, 2016.

7    Q.    Okay.  So from 2015 to 2016 until approximately a

8          year and a half ago, you had no driver's license?

9    A.    Correct.

10   Q.    Okay.

11   A.    Wait.  I don't remember the year.  I'm trying

12         to --

13   Q.    Was it -- let me ask this.  Was it over a year

14         that you didn't have a license for?

15   A.    Oh, yes.

16   Q.    Was it over two years?

17   A.    Yes.  Yes.

18   Q.    Do you know if it was over three years?

19   A.    It was over three years.

20   Q.    Okay.  Do you know if it was over four?

21   A.    Let me count.  It was over three years for sure.

22   Q.    Okay.  In between three and four years you didn't

23         have a license, fair to say, approximately?

69

1    A.   Yes.

2    Q.   Okay.  Did you operate a vehicle at all during

3         that time?

4    A.   No.

5    Q.   Fair to say then that you didn't have any traffic

6         citations or tickets during that time interval?

7    A.   Correct.

8    Q.   Changing gears a little bit here.  If I refer to

9         a traffic safety checkpoint, do you understand

10        what I'm talking about?

11   A.   Yes.

12   Q.   Can you tell me what your understanding is of a

13        traffic safety checkpoint?

14   A.   My understanding?

15   Q.   Yes.

16   A.   Safety, as they looking for -- make sure your

17        license, registration, insurance is up-to-date.

18   Q.   In other words, it's a situation where you

19        individually aren't pulled over, but your car

20        might be looked at by police officers, correct?

21   MS. WILLIAMS:  Objection.

22   THE WITNESS:  I don't understand that.

23   BY MR. SAHASRABUDHE:

70

```
1   Q.  Well, let me ask this.  Have you ever been
2       through what you understood to be a traffic and
3       safety checkpoint?
4   A.  Yes.  It was a while ago.
5   Q.  About how many occasions did that happen?
6   A.  Maybe two.
7   Q.  Okay.  And I think I heard you say it was a while
8       ago, when was the last time you went through a
9       traffic and safety checkpoint?
10  A.  Over two years ago, three years ago -- well,
11      longer than that, but --
12  Q.  When was the first time you went through a
13      traffic and safety checkpoint that you
14      remember -- sorry.  Where was it that you went
15      through a traffic and safety checkpoint?
16  A.  East Side.
17  Q.  Do you recall the approximate location?
18  A.  Yes.
19  Q.  Where was it?
20  A.  East Ferry and Grider.
21  Q.  Do you recall what happened when you went through
22      the vehicle and traffic safety checkpoint?
23  A.  As far as, them checking the car and the
```

71

1      registration and insurance.

2    Q.   Were you issued a ticket in that instance?

3    A.   In that instance, no.

4    Q.   And I think you said you remember two instances

5         where you went through a vehicle and traffic

6         safety checkpoint.  How long in between that

7         first instance at East Ferry and Grider and the

8         second time was it?

9    A.   I don't remember.

10   Q.   Okay.  Was it over a year?

11   A.   Yes.

12   Q.   Do you recall where the second instance was?

13   A.   Not really.  East Side of Buffalo.  I'm

14        frequently over there, so --

15   Q.   Okay.  Do you recall the approximate location,

16        like the cross streets?

17   A.   The same, it's mostly Grider.

18   Q.   Were you issued a ticket during that instance?

19   A.   No.

20   Q.   Did you have to pull over to the side of the road

21        in either instance?

22   A.   The second time, yes.  We had to pull over.

23   Q.   Well, so when you say we, do you mean you and all

72

1        other drivers or was it just you?

2   A.   It was --

3   MS. WILLIAMS:  Objection.  You can answer.

4   THE WITNESS:  It was other cars pulled over.

5   BY MR. SAHASRABUDHE:

6   Q.   Okay.  So the cars that were going through the

7        vehicle and traffic checkpoint pulled over?

8   A.   Yes.

9   Q.   And that included your car?

10  A.   Yes.

11  Q.   Okay.  But you weren't issued any citation or

12       ticket of any kind?

13  A.   No.

14  Q.   Other than those two instances, can you think of

15       any other time where you went through a vehicle

16       and traffic safety checkpoint?

17  A.   Checkpoint, no.

18  Q.   In the City of Buffalo specifically?

19  A.   No.

20  Q.   And that second instance, can you recall

21       approximately how long ago that was?

22  A.   No.

23  Q.   Okay.  Was it over a year ago?

73

1    A.   Yes.

2    Q.   Was it over three years ago?

3    A.   Yes.

4    Q.   Okay.  So it's been multiple years since you've

5         gone through a vehicle and traffic safety

6         checkpoint, correct?

7    A.   Yes.

8    MR. SAHASRABUDHE:  Can I have this marked as

9         Defendant's Exhibit A.

10

11         (Whereupon, an Amended and Supplemental

12    Class Action Complaint was then received and

13    marked as Defendant's Exhibit A, for

14    identification.)

15

16   BY MR. SAHASRABUDHE:

17   Q.   Miss Yeldon, I've just handed you what we marked

18        as Defendant's Exhibit A.  I'll represent to you

19        that this is an Amended Complaint filed by your

20        attorneys on behalf of you and some other

21        Plaintiffs in this action.  And my first question

22        to you is does this document look familiar to

23        you?  And you can take your time to go through it

74

1      before you answer.

2   A.  Yes.

3   Q.  Okay.  You've seen this document before?

4   A.  Yes.

5   Q.  How many times have you looked at it?

6   A.  Like twice, two.

7   Q.  Do you recall when those two instances were?

8   A.  Briefly recently, and the first time a while ago.

9   Q.  Would it be fair to say that the most recent

10     instance where you looked at this document was in

11     preparation for today?

12  A.  Yes.

13  Q.  Okay.  So you do recall that you reviewed this as

14     part of your preparation?

15  A.  Yes.

16  Q.  The other instance when you reviewed it a while

17     ago, do you recall approximately when that was?

18  A.  No.

19  Q.  Do you know one way or the other whether you

20     reviewed it before it was filed?

21  A.  No.

22  Q.  Okay.  You may have reviewed it before it was

23     filed, but you just don't know one way or the

75

```
 1        other?
 2   A.   Can you ask that again?
 3   Q.   You don't, as you sit there today, you don't know
 4        if that first time you reviewed this document was
 5        before or after it was filed in court, correct?
 6   A.   I believe it was after.
 7   Q.   Okay.  Any other instances that you remember
 8        reviewing this document other than those two
 9        we've talked about earlier?
10   A.   No.
11   Q.   If we could, go to paragraphs two hundred
12        sixty-seven through two hundred ninety-six.  I
13        just want you to review those silently, and just
14        let me know when you think you've had enough time
15        to review them.
16   A.   Which lines again?
17   Q.   Two hundred sixty-seven through two hundred
18        ninety-six.
19   A.   Okay.  All the way to through two ninety-six?
20   Q.   Yes.  And I'm not going to ask you about every
21        single paragraph, but just I'm going to ask you
22        generally about what's contained in those
23        paragraphs.
```

76

1   A.   Okay.  Okay.

2   Q.   Okay.  You feel like you've had enough time to

3        review those paragraphs?

4   A.   Yes.

5   Q.   Okay.  Fair to say that those paragraphs that we

6        just identified, paragraphs two hundred

7        sixty-seven through two hundred ninety-six, they

8        describe an incident where you were cited for

9        traffic violations by an officer by the name of

10       Michael Healy?

11  A.   Yes.

12  Q.   Do you recall that incident?

13  A.   Yes.

14  Q.   Can you tell me based on your independent

15       recollection what you recall about that incident?

16  A.   How it happened?

17  Q.   Yes.

18  A.   I was driving in South Buffalo, I believe it's

19       South Park, in a taxi cab, I was just passing a

20       light, the police officer was in the car, just

21       before I passed the light, he ended up pulling me

22       over.  He asked for my license, registration of

23       the vehicle.  There was an envelope with,  there

77

1   was an envelope with insurance and stuff in it, I
2   gave him the paperwork, I showed him my license.
3   He did wipe his hand on the window -- well, his
4   finger.  He went back to the car, he came back,
5   gave me the ticket, I asked him what was the
6   ticket for.  He told me I was lucky that I got
7   two tickets instead of four.  So I kept quiet,
8   because you don't argue with a police officer.  I
9   immediately called the owner of the cab, and
10   that's basically what happened.
11 Q. Okay.  So I want to take that a little bit step
12   for step.  You said you handed him an envelope,
13   and your recollection was that there was an
14   insurance card in the envelope, is that correct?
15 A. I'm not sure if it was registration or insurance,
16   but it was a proof of -- if I can correct it.
17   Yes.  It was proof of insurance month-to-month.
18   In the envelope, from what I remember, that month
19   had just started, and I don't -- I'm not sure if
20   that month was in that envelope for insurance, if
21   I recall it, but I did give him the envelope.
22 Q. Okay.  So do you recall specifically seeing an
23   insurance card or a proof of insurance in the

78

1       envelope?

2    A.  Yes.

3    Q.  Okay.  And do you know, as you sit here today,

4        whether that insurance card or that proof of

5        insurance was for -- was it valid for the

6        specific time of this incident?

7    A.  I think the past month's was in the envelope, and

8        I called the owner of the car.

9    Q.  Okay.

10   A.  Yes.

11   Q.  So your recollection is there was no, there was

12       no up-to-date proof of insurance in the car?

13   A.  Correct.

14   Q.  Okay.  Do you recall what you said to the owner

15       when you called him?

16   A.  Yes.  I asked him -- if that's what it was.  I

17       believe I just told him that the police had

18       stopped me.  I told him about the tinted windows.

19       Yeah.  And I was asking him, if I'm not mistaken,

20       the card of the insurance -- I'm getting mixed up

21       with the insurance and registration, but yeah.

22   Q.  Okay.  Do you recall that you had one or the

23       other, either the insurance or the registration?

79

1    A.  Yes.

2    MS. WILLIAMS:  Objection.

3    BY MR. SAHASRABUDHE:

4    Q.  And you just can't recall which one?

5    A.  I want to -- the insurance.  It was the

6        insurance.  And I asked, I asked the police

7        officer to look up the insurance I believe.

8    Q.  Okay.  Do you recall what time of day it was?

9    A.  It was daytime.

10   Q.  Do you recall whether the officer before he

11       pulled you over was parked or whether he was

12       driving behind you?

13   A.  It depends what you're asking me, he was parked

14       on the side, and came behind me.

15   Q.  Okay.  So prior to him pulling you over, his car

16       had been parked somewhere?

17   A.  Yes.

18   Q.  Where was his car parked?

19   A.  On the side in the parking lot.

20   Q.  Was it in the parking lot of a particular

21       establishment?

22   A.  No.

23   Q.  What kind of a parking lot was it parked in?

80

1   A.  I'm not sure.  It was across -- over there,

2       across from Tops, but I'm not sure what parking

3       lot it was.

4   Q.  Okay.  But it was a parking lot nonetheless, to

5       your understanding?

6   A.  Yes.

7   Q.  And at this time this was, you were driving the

8       car owned by the gentleman who is affiliated with

9       Cold Spring Cab Company, correct?

10  A.  Yes.

11  Q.  How long had you been driving that car at this

12      time?

13  A.  Approximately several years.

14  Q.  So certainly over a year you had been driving it?

15  A.  Yes.

16  Q.  Prior to that day had you ever noticed that the

17      windows were tinted?

18  A.  Yes.

19  Q.  Okay.  In other words, the windows were tinted?

20  A.  Light tinted, yes.  Yes.

21  Q.  About how long were you searching for the

22      insurance and registration?

23  MS. WILLIAMS:  Objection.

81

1    BY MR. SAHASRABUDHE:

2    Q.  If you remember.

3    A.  Couple minutes.

4    Q.  Did you at any point during that couple minutes

5        you were searching, were there ever times where

6        you were not observing the officer and what he

7        was doing?

8    A.  No.  I don't understand.

9    Q.  So when you were searching for your insurance,

10       registration or the cab's insurance and

11       registration, were you looking through the glove

12       compartment of the passenger's side of the car?

13   MS. WILLIAMS:  Objection.

14   THE WITNESS:  Yes.  He was standing there, yes.

15   BY MR. SAHASRABUDHE:

16   Q.  Well, so different question, where were you

17       searching in the car for those documents?

18   A.  The glove compartment, my purse for license.

19   Q.  Okay.  And while you were searching for that

20       stuff for approximately a few minutes I think you

21       said, did you ever -- did the officer ever leave

22       your line of sight?

23   A.  No.

82

1  Q.  So he was standing there the entire time, to the

2      best of your recollection?

3  A.  He was standing there while I was getting my

4      license and insurance, but he walked away too.

5      He walked away before he gave me the tickets.

6  Q.  Okay.  And when he walked away, did you continue

7      searching for documentation in the car?

8  A.  No.

9  Q.  So you had completed your search at that point?

10  A.  Yes.

11  Q.  When in relation to when you were pulled over did

12      you call your -- I don't know if he's your boss,

13      but the gentleman who owned the cab?

14  A.  I called him right away.  Unsure when exactly I

15      called him, unsure.

16  Q.  Okay.  Was it before or after you drove away from

17      that scene?

18  A.  Before.

19  Q.  Okay.  Was it before or after the officer drove

20      away?

21  A.  Before or after, before he drove.

22  Q.  Okay.  Were you in the car when you placed the

23      call?

83

```
 1    A.   Yes.
 2    Q.   Did you -- when you placed the call, how long did
 3         the conversation last with the gentleman who
 4         owned the taxi?
 5    A.   One to two minutes.
 6    Q.   Okay.  And at that time did the officer ever
 7         leave your line of sight?
 8    A.   That I placed the call or --
 9    Q.   Yes.  During the time from when you placed the
10         call to your boss -- or, not your boss, the
11         gentleman who owned the taxi and when you hung
12         up, was there ever an occasion where the officer
13         left your line of sight?
14    A.   Only time he walked away is when he ran my
15         license.
16    Q.   Okay.  So I guess let's take it step by step.  So
17         you get pulled over?
18    A.   Um-hum.
19    Q.   He gets out of the car?
20    A.   Um-hum.
21    Q.   He approaches your car?
22    A.   Correct.
23    Q.   And he asks for your license and registration at
```

84

1      that point?

2  A.   Yes.

3  Q.   Okay.  Does he ask for your license and

4       registration and insurance before he touches the

5       window?

6  A.   Yes.

7  Q.   Okay.

8  MS. WILLIAMS:  Objection.

9  BY MR. SAHASRABUDHE:

10 Q.   And so while you were searching for the license

11      and insurance, he then touched the window and let

12      you know that they were tinted?

13 MS. WILLIAMS:  Objection.  You can answer if that's

14      how it happened, if you remember.

15 THE WITNESS:  After.

16 BY MR. SAHASRABUDHE:

17 Q.   Okay.  And then after you've searched for the

18      relevant documentation and handed him the

19      envelope, is that when you called your boss or

20      the gentleman who owned the taxi?

21 A.   Yes.  I believe so, yeah.

22 Q.   Okay.  And after you hung up the phone is when

23      he -- the officer ran your license plate and went

85

1       back to write the tickets up?

2   MS. WILLIAMS:  Objection.  Answer if that's how it

3       happened sequentially.

4   THE WITNESS:  Can you say that again?

5   BY MR. SAHASRABUDHE:

6   Q.  So what happened first?  You hanging up with your

7       boss or the gentleman who owned the taxi or the

8       officer walking away to run your license plate

9       and write your tickets, what happened first?

10  A.  I called my boss first.

11  Q.  Okay.  And he was there, the officer was standing

12      next to your vehicle the whole time, as far as

13      you remember?

14  A.  Yes.

15  Q.  And then after you hung up the phone is when he

16      went back to run your license plate?

17  A.  Yes.

18  Q.  Okay.  If you could look at Defendant's Exhibit

19      A, specifically paragraph two seventy-three.

20      Well, before we get there, let me ask you this.

21      After you got the tickets, did you drive away in

22      your taxi?

23  A.  Yes.

86

1   Q.  All right.  The vehicle was not impounded?

2   A.  No.

3   Q.  All right.  Let's look at, if we could, paragraph

4       two seventy-three.  It's on page forty-nine of

5       Defendant's Exhibit A.

6   A.  Oh, yes.

7   Q.  Fair to say that paragraph two hundred

8       seventy-three alleges that Officer Healy, the

9       officer who pulled you over, he only wiped his

10      finger across the windows, but didn't actually

11      measure the window tint?

12  A.  Correct.

13  Q.  And as you sit here today, is that allegation

14      consistent with your recollection of the events?

15  A.  Yes.

16  Q.  Okay.  Have you yourself ever measured the tint

17      of windows?

18  A.  Myself, no.

19  Q.  Never in your capacity as a bus driver or cab

20      driver?

21  A.  No.

22  Q.  All right.  And you never did it with this

23      particular cab that you were in the day that you

87

```
 1      got pulled over, correct?
 2   A.   No.
 3   Q.   So you knew they were tinted but you didn't know
 4        the level or the percentage of the tint, right?
 5   A.   No.
 6   MR. SAHASRABUDHE:  Okay.  I'm going to mark this as
 7        Defendant's Exhibit B.
 8
 9        (Whereupon, a Hearing Before the Honorable
10        Judge Joseph Fiorella was then received and
11        marked as Defendant's Exhibit B, for
12        identification.)
13
14   BY MR. SAHASRABUDHE:
15        And I've just placed before you or our kind court
16        reporter has placed before you what we marked as
17        Defendant's Exhibit B.  I'll represent to you
18        that this is a transcript of a hearing held for
19        the tickets issued to you by Officer Healy in the
20        Buffalo Traffic and Violations Court.
21   A.   Um-hum.
22   Q.   Can you just take some time, it's a seven-page
23        document, to look through it and let me know when
```

88

```
 1        you think you've had enough time to review this
 2        exhibit.
 3   A.   I read it.
 4   Q.   Okay.  First of all, do you recall the proceeding
 5        in Traffic Court before Judge Fiorella in May of
 6        2018?
 7   A.   Yes.
 8   Q.   Okay.  And you weren't represented by counsel,
 9        were you?
10   A.   No.
11   Q.   You were just there by yourself?
12   A.   Yes.
13   Q.   If we could look quickly at page four, Yeldon 4.
14        Fair to say that Officer Healy, if we go down to
15        the second full paragraph, in my conversation, I
16        notified the Defendant.  Do you see that
17        paragraph?
18   A.   Yes.
19   Q.   Do you recall Officer Healy testifying that he
20        had, in fact, tested your window tint with a
21        device designed to do so?
22   A.   Yes.
23   Q.   Why is it that -- and your testimony today, I
```

89

```
 1      take it, is that he did not do so?
 2  A.  No.
 3  Q.  Okay.  Do you recall one way or the other why you
 4      did not notify the Judge overseeing your
 5      proceedings that he did not, in fact, measure the
 6      tint of your windows?
 7  A.  I thought I had.
 8  Q.  Okay.  Well, would it be fair to say that you've
 9      had enough opportunity to review this transcript
10      that we marked as Exhibit B?
11  A.  Yes.
12  Q.  Would it be fair to say that in this proceeding
13      at least, this transcript, it's -- there's
14      nowhere that you, in fact, notified the Judge on
15      that day at least?
16  A.  No -- I mean, yes.  I'm agreeing with you, sir.
17  Q.  Okay.  Right.  And you don't recall one way or
18      the other why you didn't notify him of that?
19  A.  I thought I stated that, but you can't argue with
20      a judge or police officer.
21  Q.  The vehicle itself, were all of its windows --
22      I'm not going to ask about that exhibit for the
23      time being.  Were all of its windows tinted, to
```

90

```
 1      the best of your recollection?
 2  A.  I don't remember.  I know the back one was.  I'm
 3      not sure, but I know the -- what is it called, I
 4      know the front window wasn't.
 5  Q.  The windshield?
 6  A.  Correct.
 7  Q.  Okay.
 8  A.  That wasn't.  I know the back windows was,
 9      because that's what he said.  I'm not sure about
10      the front, they might have.
11  Q.  Okay.  So the back windshield in the back of the
12      car was, in fact, tinted?
13  A.  Say that again.
14  Q.  So not the front windshield, but the back
15      windshield of the car, that was tinted?
16  MS. WILLIAMS:  Objection.  The rear-view?
17  BY MR. SAHASRABUDHE:
18  Q.  Correct.
19  A.  I don't remember about the -- I don't remember.
20  Q.  Okay.  One set of windows was tinted though?
21  A.  Yes.
22  Q.  Okay.  And you just can't recall whether it was
23      the front windows or the back windows?
```

91

1   A.  I know it was the back windows.  I'm not sure
2       about the front window.
3   Q.  Okay.  You can't recall one way or the other
4       whether the front windows were tinted?
5   A.  Correct.
6   MS. WILLIAMS:  Objection.  Clarification about
7       windows versus windshield and rear-view and --
8   MR. SAHASRABUDHE:  Right.  Okay.  Let's get it clear
9       on what we're talking about.
10  BY MR. SAHASRABUDHE:
11  Q.  So when I say the back window or the back
12      windshield of the car, I'm talking about the big
13      back window in the back of a car that you look
14      through in your rear-view mirror when you're
15      driving.  Do you understand?
16  A.  Yes.
17  Q.  And the rear-view mirror is the small little
18      mirror that you would look at to see out of the
19      back of your car, do you understand that?
20  A.  Yes.
21  Q.  Okay.  And then the back windows are the two
22      windows that a passenger driving in the back seat
23      of your car would look out.

92

1    A.   Yes.

2    Q.   Do you understand?

3    A.   Yes.

4    Q.   And then the front windows are what you, the

5         driver, would look out of and what the passenger

6         would look out of in the passenger's side of the

7         front of the car.

8    A.   Yes.

9    Q.   Okay.  So now that we're on the same page.  The

10        back windshield, do you recall one way or the

11        other whether that was tinted?

12   A.   No.

13   Q.   Okay.  You don't know one way or the other?

14   A.   Again, the back windshield is the back big one,

15        right?

16   Q.   Yes.

17   A.   I do not recall.

18   Q.   Okay.  It might have been, but you just don't

19        know?

20   A.   I don't remember.

21   Q.   Okay.  Would it be fair to say that you received,

22        at least in the initial instance, you got three

23        tickets that day?

93

1   A.   No.  I believe he gave me two.

2   Q.   Okay.  Let's look at --

3   A.   I know he gave me two for each window.  Oh, so

4        it's three.  Oh, yeah, and then insurance.

5   Q.   By the way, in reviewing Defendant's Exhibit B,

6        does that refresh your recollection at all as to

7        whether or not you were able to actually find an

8        insurance card when you were asked to look for

9        it, or proof of insurance?

10  A.   Yes.

11  Q.   And how, how does it refresh your recollection?

12  A.   Ask that question again, make sure I answer it.

13  Q.   So you said having had an opportunity to review

14       Defendant's Exhibit B refreshed your recollection

15       as to whether or not you were able to find proof

16       of insurance when Officer Healy pulled you over,

17       correct?

18  A.   Yes.

19  Q.   And how does it refresh your recollection?

20  A.   That I didn't have it at the time.

21  Q.   Okay.  So it refreshes your recollection that

22       there was no proof of valid insurance in the car

23       at the time you were pulled over?

94

1    A.   That's the updated one, yeah.

2    Q.   Okay.  And so does reviewing your -- the

3         transcript in Defendant's Exhibit B refresh your

4         recollection that you were, in fact, issued three

5         tickets that day?

6    MS. WILLIAMS:  Objection.  You said four.  Page four,

7         last paragraph.

8    MR. SAHASRABUDHE:  Right.  But he says four, but I

9         think he describes three.

10            Well, let's, why don't we do this.  I'm

11        going to introduce Defendant's Exhibit C, and I

12        think this will help us.

13

14            (Whereupon, an Order was then received and

15        marked as Defendant's Exhibit C, for

16        identification.)

17

18   BY MR. SAHASRABUDHE:

19   Q.   I just handed you what's been marked as

20        Defendant's Exhibit C.  Take a second to look

21        that over, and let me know when you think you've

22        had enough time to review it.

23   MS. WILLIAMS:  She's asking for a break after she

95

1      answers the question.

2    MR. SAHASRABUDHE:  Of course, yes.  Because there's

3      no real question pending, we can take a break

4      right now.

5    THE WITNESS:  Okay.  Thank you.

6          (Whereupon, a short recess was then taken.)

7    BY MR. SAHASRABUDHE:

8    Q.  Going back on the record after a short recess.

9      Before we took a break I had just handed you what

10     we marked as Defendant's Exhibit C, Miss Yeldon.

11     Have you had enough time to review it or do you

12     need a little more time?

13   A.  I had time to review it.

14   Q.  Okay.  So would it be fair to say that this

15     document reflects that you were found guilty for

16     three violations of the Vehicle and Traffic Law

17     after your initial hearing?

18   A.  No.

19   Q.  So let me do this.  Is it fair to say that after

20     this initial hearing that we talked about in

21     Defendant's Exhibit B, you appealed the

22     determination?

23   A.  I appealed it in C.

96

1    Q.   Yes.

2    A.   What's the question?

3    Q.   So you appealed the determination that was

4         rendered after the hearing reflected in B,

5         correct?

6    A.   Yes.

7    Q.   Okay.  And after the hearing reflected in

8         Defendant's Exhibit B, you were found liable for

9         three violations of the Vehicle and Traffic Law

10        before your appeal, would that be correct?

11   A.   It was four.  I'm sorry.  I'm getting confused.

12   Q.   Well, let's read the first paragraph of Exhibit

13        C.  It's fair to say it says upon, Ebony Yeldon's

14        notice of appeal filed May 24th, 2018 seeking

15        reversal of a conviction out of the City of

16        Buffalo Traffic Court Violations Agency, the

17        convictions were for two tinted window

18        violations.

19   A.   Correct.

20   Q.   And one no insurance, in violation of Vehicle and

21        Traffic Law 31901, entered on May 3rd, 2018.

22   A.   Yes.

23   Q.   Okay.  So at least according to Judge Bargnesi,

97

1       there were three specific violations you were

2       found guilty of?

3   A.   Yes.

4   Q.   Okay.  And you appealed that finding, correct?

5   A.   Yes.

6   Q.   Were you represented by counsel in connection

7       with your appeal?

8   A.   No.

9   Q.   Was there a hearing held in connection with your

10      appeal?

11  A.   Yes.

12  Q.   Okay.  Was there a lawyer for the district

13      attorney's office present during that hearing?

14  MS. WILLIAMS:  Objection.  You can answer.

15  THE WITNESS:  I'm not sure.

16  BY MR. SAHASRABUDHE:

17  Q.   Was there any lawyer present during that

18      proceeding?

19  A.   I'm not sure.

20  Q.   Okay.  Was there anyone besides you and the Judge

21      in the courtroom during that hearing?

22  A.   Can I answer it like -- it was other people in

23      the courtroom, but as far as on this matter, it

98

1    was only me and the Judge talking.

2   Q.  Okay.  There was no other individual, as far as

3       you're aware, who made an appearance on that

4       date?

5   A.  Correct.

6   MS. WILLIAMS:  Objection.  You can answer.

7   BY MR. SAHASRABUDHE:

8   Q.  Would it be fair to say that Exhibit C reflects

9       the fact that your violation for having no

10      insurance was reversed?

11  A.  Can you ask that question again?

12  Q.  In other words, initially you were found liable

13      for having no insurance, for driving without

14      proof of insurance, correct?

15  A.  Yes.

16  Q.  But that was then reversed as a result of your

17      appeal, correct?

18  A.  Yes.

19  Q.  My question is, would it be fair to say that the

20      two violations for tinted windows were not

21      reversed, is that correct?

22  A.  It was reversed, yes -- well, let me -- I'm

23      trying to figure out how to answer it.  Because

99

1       he gave proof that they was removed.

2    Q.   Right.  So I'm making a distinction between the

3        proof of insurance violation, and then the

4        violations for the tinted windows.  So we know

5        that the proof of insurance violation was

6        reversed, correct?

7    A.   Yes.

8    Q.   Were the tinted windows violations reversed, as

9        far as you know?

10   A.   I'm gonna say it was, yes.

11   MS. WILLIAMS:  Did you still have to pay the tickets?

12   BY MR. SAHASRABUDHE:

13   Q.   Yes.  You ultimately paid a fine, right?

14   MS. WILLIAMS:  For the tinted windows?

15   THE WITNESS:  Yes.

16   BY MR. SAHASRABUDHE:

17   Q.   Okay.  So at least part of the violations were

18       upheld in connection with your appeal, right?

19       The charges weren't completely dismissed, because

20       you ultimately had to pay a penalty, right?

21   A.   I don't, I don't know how to -- yes.

22   Q.   Okay.  It's a little -- so what I really want to

23       know is, because we have, your attorneys have

100

1      produced records that there was citations issued

2      and that you made payments on the citations, so

3      it's not really -- what I want to know is, do you

4      recall one way or the other at the hearing in

5      connection with your appeal, whether the Judge

6      discussed tinted windows with you?

7   A.  We didn't really discuss -- part of it was

8      granted, I can see that, but what happened with

9      me and the Judge, we didn't discuss that.

10  Q.  Okay.  Do you recall the Judge asking you

11     specific questions about what had taken place

12     between you and Officer Healy?

13  A.  On the appeal?

14  Q.  In the appeal, yes.

15  A.  No.

16  Q.  Okay.  You just don't recall or is it your memory

17     that no questions were asked of you?

18  MS. WILLIAMS:  Objection.

19  THE WITNESS:  I don't remember.  But he just asked me

20     did I P off the officer, and I told him no.

21     That's the only thing I remember.

22  BY MR. SAHASRABUDHE:

23  Q.  Okay.  And Officer Healy, was he present at all

101

1      during this appeal process?

2   A.   Not while I was talking to the Judge, no.

3   Q.   Okay.  Was he in the courtroom?

4   A.   Not sure.

5   Q.   Okay.  You don't recall him being there at all?

6   MS. WILLIAMS:  Objection.

7   THE WITNESS:  Not with me and the Judge, no.

8   BY MR. SAHASRABUDHE:

9   Q.   Okay.  During the pendency of your appeal, did

10       you submit anything in writing to the Judge,

11       before the day of the hearing, I should clarify?

12  A.   Yes.

13  Q.   Do you recall what you submitted?

14  A.   No.  I just remember -- no.

15  Q.   Okay.  Did you write -- was it in the form of a

16       letter correspondence?

17  A.   Yes.

18  Q.   Okay.  Do you recall explaining the situation in

19       this letter correspondence?

20  A.   Yes.

21  Q.   Okay.  Was it handwritten or was it typed?

22  A.   Handwritten.

23  Q.   All right.  Do you know if you still have a copy

102

1       of that letter?

2    A.   No.

3    Q.   Okay.  Have you gotten rid of it, do you know

4       whether or not you have gotten rid of it?

5    A.   If you're asking me the original?

6    Q.   Yes.  Or any copy.

7    A.   No.

8    Q.   Okay.  Is it possible you still have a copy of

9       it?

10   A.   No.

11   Q.   Okay.  You know for a fact you do not have a copy

12      of it available to you?

13   A.   No.

14   MR. SAHASRABUDHE:  Okay.  Well, just in case, I'm

15      going to index another request to the extent

16      that's available, we'd request that it be

17      produced.

18   BY MR. SAHASRABUDHE:

19   Q.   Miss Yeldon, prior to this incident with Officer

20      Healy, had you ever had a ticket for a traffic

21      violation before?

22   A.   Can you ask that again?  I'm sorry.

23   Q.   Prior to the incident we've been talking about

103

1        with Officer Healy, when you were in your cab in
2        South Buffalo, have you ever had a traffic
3        citation before?
4    A.  Like parking?
5    Q.  Yes.  Anything, traffic, parking, moving
6        violation.
7    A.  Yes.
8    Q.  Do you recall about how many?
9    A.  No.
10   Q.  Is it more than two?
11   A.  Yes.
12   Q.  Is it more than five?
13   A.  Not sure.
14   Q.  Okay.  Do you recall how many of those are for
15       parking violations?
16   A.  No.
17   Q.  Okay.  Are any of them for parking violations?
18   A.  Yes.
19   Q.  How many specific parking violations can you
20       remember?
21   A.  I don't.
22   Q.  Okay.  You don't recall any specifics about any
23       of those instances off the top of your head?

104

1   A.   The one I spoke about East Ferry.

2   Q.   Right.  So we talked about after you got your

3        license back, now I'm talking about before this

4        instance with Officer Healy and when you lost

5        your license.

6   A.   Yes.

7   Q.   Can you tell me, have you ever gotten a moving

8        violation before the instance with Officer Healy?

9   A.   Yes.

10  Q.   Do you recall how many times?

11  A.   No.

12  Q.   Do you recall, is it more than one?

13  A.   Yes.

14  Q.   Do you recall when the last moving violation you

15       received was before this instance with Officer

16       Healy?

17  MS. WILLIAMS:  Objection.

18  THE WITNESS:  No.

19  BY MR. SAHASRABUDHE:

20  Q.   Okay.  Do you recall whether it was for speeding?

21  A.   I have gotten a speeding ticket.

22  Q.   Okay.  Do you recall when?

23  A.   No.

105

1    Q.  Other than this incident with Officer Healy, can

2        you recall any incident where you were given

3        multiple tickets for vehicle and traffic

4        violations at the same time?

5    A.  No.

6    Q.  Okay.  As far as you know, this incident was the

7        only time where you received multiple citations

8        for a vehicle and traffic violation

9        simultaneously, correct?

10   A.  Correct.

11   MR. SAHASRABUDHE:  All right.  That's all I have.

12   THE WITNESS:  Thank you.

13   MS. WILLIAMS:  Can I ask some questions?

14   MR. SAHASRABUDHE:  Yes.

15

16   EXAMINATION BY MS. WILLIAMS:

17

18   Q.  Okay.  Miss Yeldon, I'd like to go back to what

19       was been marked as Defendant's Exhibit B, and ask

20       you to look at the first paragraph, line two onto

21       the second period.  Can you read that to

22       yourself, page five, line two?

23   A.  Yes.

106

1    Q.   Okay.  Before you testified that you did not

2         raise the issue of the tint reader to the Judge,

3         do you remember that?

4    MR. SAHASRABUDHE:   Form.

5    THE WITNESS:  Yes.

6    BY MS. WILLIAMS:

7    Q.   Okay.  Do you remember whether or not, do you

8         remember whether or not you -- do you remember

9         why you did not raise the issue with the Judge?

10        If you don't remember, that's fine.  You can say

11        you don't remember, that's fine.

12   A.   I don't remember.

13   Q.   Okay.  Do you remember saying anything at all

14        about the tickets that were issued to you for the

15        tinted windows?

16   A.   Yes.

17   Q.   And what did you say to the Judge?

18   A.   Would you like me to read it?

19   Q.   In your own words you can say it.

20   A.   That the police officer, he failed to say it was

21        a taxi vehicle, company car.

22   Q.   And in that you mean, do you mean that the car

23        did not belong to you, and so you didn't -- you

107

1    did not argue about the tinted windows because

2    you did not think that the tinted windows should

3    have actually been issued to you?

4  A.  Correct.

5  Q.  Okay.  And who do you think the tinted windows

6    ticket should have been issued to?

7  MR. SAHASRABUDHE:  Form.

8  THE WITNESS:  The owner.

9  BY MS. WILLIAMS:

10 Q.  And as you sit here today, are you -- do you

11   remember or have you changed your testimony that

12   the officer did not actually use a tint reader?

13 MR. SAHASRABUDHE:  Form.

14 BY MS. WILLIAMS:

15 Q.  Is that still your testimony?

16 A.  Yes.

17 Q.  Okay.  Thank you.  I'd also like to go to what

18   has been marked as Defendant's Exhibit C.  At the

19   third paragraph, it says both the Appellant and

20   Respondent appeared for oral argument on October

21   17, 2018.  Do you know what an Appellant is or

22   who the Appellant is?

23 A.  No.

108

1    Q.   All right.  So the Appellant would be you,

2         because you're the one who appealed the decision.

3         The Respondent would be the City of Buffalo

4         Traffic Violation Agency.  Do you understand

5         that?

6    MR. SAHASRABUDHE:  Form.

7    MS. WILLIAMS:  Yes.

8    BY MS. WILLIAMS:

9    Q.   Okay.  On the day of the hearing with Judge

10        Bargnesi, do you remember going up to a podium?

11   A.   This is the appeal?

12   Q.   The appeal, yes.  I'm sorry.

13   A.   No.

14   Q.   Do you remember -- if you could remember back to

15        that day, do you remember if you were sitting

16        down when your case was called or did you go up

17        to the Judge's -- did you go up to the podium?

18   A.   No.

19   Q.   Were you in your seat as your case was called?

20   A.   Yes.

21   Q.   And did you stand up after your case was called?

22   A.   Yes.

23   Q.   Did anyone stand up at the same time that you,

109

1       anyone else stand up when this case was called?

2   A.  Not that I recall.

3   Q.  Okay.  Is it possible that the officer could have

4       been in the courthouse but you did not recognize

5       him?

6   A.  Yes.

7   MS. WILLIAMS:  I have no further questions.

8

9   RE-EXAMINATION BY MR. SAHASRABUDHE:

10

11  Q.  One follow-up.  Do you remember was there a court

12      reporter transcribing what was going on in the

13      courtroom that day?

14  A.  No.

15  Q.  You don't remember?

16  A.  No.

17  MR. SAHASRABUDHE:  Okay.  That's all I have.

18  MS. WILLIAMS:  That's all I have too.

19

20                  *    *    *    *    *

21

22

23

110

1          I HEREBY CERTIFY that I have read the

2     foregoing 109 pages and that, except as to those

3     changes set forth in the attached errata form(s),

4     they are a true and accurate transcript of the

5     testimony given by me in the above-entitled

6     action on December 13, 2022.

7

8

9

10                         _____

11                              EBONY YELDON

12

13

14     Sworn to before me this

15

16     _____ day of _____ 2023.

17

18

19     _____

20          Notary Public.

21

22

23

111

STATE OF NEW YORK)

                SS:

COUNTY OF ERIE)


    I, Nichole Winans, a Notary Public in and for the State of New York, County of Erie, DO HEREBY CERTIFY that the testimony of EBONY YELDON was taken down by me in a verbatim manner by means of Machine Shorthand, on December 13, 2022. That the testimony was then reduced into writing under my direction. That the testimony was taken to be used in the above-entitled action. That the said deponent, before examination, was duly sworn by me to testify to the truth, the whole truth and nothing but the truth, relative to said action.

    I further CERTIFY that the above-described transcript constitutes a true and accurate and complete transcript of the testimony.


_____
NICHOLE WINANS,
Notary Public.

ERRATA FORM

PAGE _____     LINE _____     CORRECTION: _____

_____

REASON: _____

PAGE _____     LINE _____     CORRECTION: _____

_____

REASON: _____

PAGE _____     LINE _____     CORRECTION: _____

_____

REASON: _____

PAGE _____     LINE _____     CORRECTION: _____

_____

REASON: _____

PAGE _____     LINE _____     CORRECTION: _____

_____

REASON: _____

PAGE _____     LINE _____     CORRECTION: _____

_____

REASON: _____

PAGE _____     LINE _____     CORRECTION: _____

_____

REASON: _____

Ebony Yeldon

1

**1**

**1-10** [1] - 1:17
**1-20** [1] - 1:18
**100** [2] - 2:9, 6:11
**10004** [1] - 6:8
**102** [1] - 5:7
**105** [1] - 3:7
**109** [2] - 3:8, 110:2
**10:18** [1] - 2:10
**13** [3] - 2:10, 110:6, 111:9
**14** [1] - 5:7
**140** [2] - 2:9, 6:11
**14202** [1] - 6:4
**14202-4040** [1] - 6:12
**14207** [1] - 7:2
**1500** [1] - 6:7
**17** [1] - 107:21
**1987** [1] - 18:8
**19th** [1] - 18:8

**2**

**2015** [2] - 68:6, 68:7
**2016** [3] - 47:16, 68:6, 68:7
**2018** [4] - 88:6, 96:14, 96:21, 107:21
**2022** [3] - 2:10, 110:6, 111:9
**2023** [1] - 110:16
**210** [1] - 6:4
**24th** [1] - 96:14
**257** [1] - 23:3

**3**

**3** [1] - 5:5
**31901** [1] - 96:21
**37** [1] - 6:3
**39** [1] - 28:12
**3rd** [1] - 96:21

**4**

**4** [1] - 88:13
**40** [2] - 7:2, 22:4

**5**

**50** [1] - 6:7

**6**

**67** [1] - 5:5

**7**

**7** [1] - 3:6
**73** [1] - 4:5

**8**

**87** [1] - 4:6

**9**

**94** [1] - 4:8

**A**

**a.m** [6] - 50:21, 50:23, 51:3, 51:5, 51:17
**A.M** [1] - 2:11
**AARON** [1] - 1:16
**ability** [4] - 9:13, 12:20, 13:1, 13:8
**able** [4] - 13:4, 51:13, 93:7, 93:15
**above-described** [1] - 111:17
**above-entitled** [2] - 110:5, 111:12
**absolutely** [1] - 14:8
**Academy** [1] - 20:21
**according** [1] - 96:23
**accurate** [5] - 13:2, 13:5, 13:9, 110:4, 111:18
**accurately** [2] - 9:2, 9:8
**accustomed** [1] - 40:20
**Action** [2] - 4:5, 73:12
**action** [4] - 73:21, 110:6, 111:12, 111:16
**address** [12] - 22:2, 22:3, 22:20, 23:1, 23:2, 24:4, 24:8, 24:16, 24:18, 24:21, 25:1, 27:13
**administrative** [2] - 30:1, 31:2
**affect** [2] - 13:1, 13:8
**affiliated** [1] - 80:8
**afternoon** [1] - 51:9
**Agency** [2] - 96:16, 108:4
**ago** [20] - 30:5, 30:7, 30:9, 30:12, 31:3, 61:1, 62:3, 66:9, 67:19, 67:20, 68:8, 70:4, 70:8, 70:10, 72:21, 72:23, 73:2, 74:8, 74:17
**agree** [4] - 9:3, 9:10, 10:8, 12:3
**agreeing** [1] - 89:16
**agreement** [1] - 58:5
**ahead** [1] - 42:18

**aide** [1] - 46:4
**allegation** [1] - 86:13
**allegations** [1] - 17:17
**alleges** [1] - 86:8
**allow** [1] - 58:9
**allowed** [3] - 15:17, 58:12, 58:19
**allows** [1] - 42:2
**Amended** [3] - 4:5, 73:11, 73:19
**amount** [1] - 35:1
**AND** [1] - 6:6
**answer** [26] - 9:3, 9:12, 9:14, 10:3, 10:8, 11:1, 11:2, 11:13, 12:10, 12:19, 12:21, 13:12, 15:7, 18:3, 53:1, 53:13, 56:23, 72:3, 74:1, 84:13, 85:2, 93:12, 97:14, 97:22, 98:6, 98:23
**answers** [2] - 8:18, 95:1
**apart** [1] - 11:2
**apologize** [2] - 8:7, 49:22
**appeal** [13] - 96:10, 96:14, 97:7, 97:10, 98:17, 99:18, 100:5, 100:13, 100:14, 101:1, 101:9, 108:11, 108:12
**appealed** [5] - 95:21, 95:23, 96:3, 97:4, 108:2
**appearance** [5] - 65:13, 65:22, 66:2, 66:9, 98:3
**APPEARANCES** [1] - 6:1
**appearances** [1] - 65:8
**appeared** [1] - 107:20
**Appearing** [2] - 6:5, 6:12
**appearing** [1] - 6:8
**Appellant** [4] - 107:19, 107:21, 107:22, 108:1
**apply** [2] - 8:16, 8:17
**approaches** [1] - 83:21
**approximate** [4] - 31:6, 47:9, 70:17, 71:15
**Arc** [1] - 45:19
**arc** [1] - 45:20
**area** [3] - 22:8,

25:11, 27:1
**argue** [3] - 77:8, 89:19, 107:1
**argument** [1] - 107:20
**assistant** [6] - 30:1, 30:2, 30:10, 30:21, 30:23, 31:1
**assisted** [1] - 45:11
**Associate's** [3] - 29:22, 29:23, 30:17
**associated** [1] - 17:23
**attached** [1] - 110:3
**attend** [9] - 19:11, 20:2, 20:20, 21:7, 28:8, 28:10, 28:21, 28:23, 35:15
**attorney** [7] - 7:10, 12:15, 12:20
**attorney's** [1] - 97:13
**attorneys** [12] - 13:15, 13:19, 14:6, 15:1, 16:13, 17:7, 17:12, 17:18, 17:20, 17:23, 73:20, 99:23
**availability** [1] - 50:5
**available** [5] - 5:8, 102:12, 102:16
**average** [1] - 49:13
**aware** [3] - 57:8, 64:1, 98:3

**B**

**bad** [3] - 9:17, 20:11, 45:1
**Bailey** [2] - 38:14, 38:16
**Bargnesi** [2] - 96:23, 108:10
**based** [4] - 15:3, 49:10, 50:13, 76:14
**basing** [2] - 11:5, 11:8
**bathroom** [1] - 12:9
**became** [2] - 39:18, 41:19
**began** [1] - 37:14
**behalf** [5] - 1:6, 1:8, 14:12, 66:4, 73:20
**behind** [2] - 79:12, 79:14
**belong** [1] - 106:23
**best** [8] - 9:3, 9:9, 9:13, 12:19, 48:2, 54:10, 82:2, 90:1
**better** [1] - 9:22
**between** [26] - 6:17, 10:13, 10:17, 15:9,

24:7, 26:13, 30:12, 36:23, 37:6, 38:2, 38:6, 39:16, 43:3, 44:13, 46:20, 47:10, 51:4, 51:22, 52:1, 62:14, 63:3, 67:10, 68:22, 71:6, 99:2, 100:12
**big** [2] - 91:12, 92:14
**birth** [1] - 18:6
**birthday** [3] - 11:12, 11:16, 11:21
**bit** [5] - 8:13, 43:4, 45:15, 69:8, 77:11
**BLACK** [1] - 1:5
**Black** [3] - 16:23, 22:16, 22:17
**blank** [1] - 26:1
**boarder** [1] - 27:6
**BONDS** [1] - 1:7
**boss** [9] - 52:4, 52:7, 52:10, 82:12, 83:10, 84:19, 85:7, 85:10
**boy** [8] - 18:23, 19:2, 19:17, 20:10, 20:12, 20:13, 20:22, 20:23
**break** [7] - 12:7, 12:11, 51:22, 60:1, 94:23, 95:3, 95:9
**Breckenridge** [5] - 23:3, 24:4, 24:17, 24:18, 24:20
**briefly** [1] - 74:8
**BRINKWORTH** [1] - 1:16
**Broadway** [1] - 6:7
**BROWN** [1] - 1:12
**Bryant** [1] - 30:16
**BUFFALO** [1] - 1:12
**Buffalo** [36] - 1:13, 1:14, 1:16, 1:18, 2:9, 6:4, 7:2, 19:14, 22:5, 22:8, 22:10, 22:12, 22:14, 23:7, 27:1, 27:9, 27:18, 27:21, 27:23, 28:5, 33:12, 42:11, 42:12, 42:15, 42:16, 42:20, 44:1, 44:2, 71:13, 72:18, 76:18, 87:20, 96:16, 103:2, 108:3
**Buffalo,New** [1] - 6:12
**Building** [2] - 2:9, 6:10
**bus** [34] - 33:5, 33:6, 33:8, 33:14, 33:17, 33:23, 35:11, 36:9, 37:1, 37:8, 37:15, 37:18, 37:23, 38:3,

Ebony Yeldon

38:7, 38:21, 39:1,
39:5, 39:12, 39:19,
41:21, 41:22, 43:9,
43:13, 46:20, 48:8,
49:6, 51:13, 51:15,
51:17, 51:22, 52:2,
61:7, 86:19
  **Bus** [2] - 33:7, 34:11
  **buses** [3] - 35:14,
42:3, 49:2
  **Bush** [9] - 7:2, 22:4,
22:5, 22:8, 22:10,
22:12, 22:14, 22:19,
23:1
  **BY** [37] - 7:6, 15:10,
15:22, 53:15, 57:2,
57:15, 59:20, 60:4,
67:7, 69:23, 72:5,
73:16, 79:3, 81:1,
81:15, 84:9, 84:16,
85:5, 87:14, 90:17,
91:10, 94:18, 95:7,
97:16, 98:7, 99:12,
99:16, 100:22, 101:8,
102:18, 104:19,
105:16, 106:6, 107:9,
107:14, 108:8, 109:9
  **BYRON** [2] - 1:12,
1:14

## C

  **cab** [36] - 47:5, 47:7,
47:17, 47:23, 48:5,
48:9, 48:14, 48:21,
49:1, 49:3, 49:7,
49:10, 49:16, 50:17,
50:20, 51:14, 51:18,
51:21, 52:2, 56:12,
56:13, 57:7, 58:12,
58:14, 58:19, 58:21,
59:1, 59:15, 59:17,
76:19, 77:9, 82:13,
86:19, 86:23, 103:1
  **Cab** [8] - 49:18,
49:19, 49:20, 49:23,
52:4, 53:9, 54:10,
80:9
  **cab's** [1] - 81:10
  **cabs** [2] - 53:10,
53:11
  **calm** [1] - 15:8
  **capacities** [3] - 1:13,
1:15, 1:19
  **capacity** [4] - 1:16,
8:2, 8:10, 86:19
  **car** [54] - 52:20, 53:4,
53:5, 53:6, 55:7, 55:9,
55:12, 55:18, 55:19,
55:21, 56:5, 56:7,
56:8, 56:12, 56:18,

56:22, 57:20, 58:10,
60:10, 60:12, 60:13,
60:16, 61:3, 61:6,
63:14, 64:11, 69:19,
70:23, 72:9, 76:20,
77:4, 78:8, 78:12,
79:15, 79:18, 80:8,
80:11, 81:12, 81:17,
82:7, 82:22, 83:19,
83:21, 90:12, 90:15,
91:12, 91:13, 91:19,
91:23, 92:7, 93:22,
106:21, 106:22
  **card** [5] - 77:14,
77:23, 78:4, 78:20,
93:8
  **care** [14] - 37:22,
38:11, 38:18, 39:2,
39:14, 39:18, 39:21,
40:3, 45:10, 46:3,
46:4, 48:13, 48:19
  **caretaker** [2] - 45:4,
45:6
  **cars** [8] - 52:23,
53:17, 53:18, 53:21,
54:1, 54:6, 72:4, 72:6
  **case** [7] - 14:18,
67:4, 102:14, 108:16,
108:19, 108:21, 109:1
  **Cathedral** [1] - 6:3
  **caveat** [2] - 12:10,
13:13
  **Center** [2] - 45:19,
45:20
  **CENTER** [2] - 6:2,
6:6
  **certain** [4] - 43:15,
53:21, 54:1, 55:17
  **certainly** [3] - 24:10,
24:12, 80:14
  **certification** [9] -
6:20, 31:18, 31:21,
32:9, 32:12, 32:18,
34:5, 34:8, 59:11
  **certifications** [1] -
32:22
  **CERTIFY** [3] - 110:1,
111:7, 111:17
  **challenged** [1] -
64:22
  **change** [4] - 52:7,
52:23, 54:18, 54:20
  **changed** [1] - 107:11
  **changes** [1] - 110:3
  **changing** [1] - 69:8
  **charges** [1] - 99:19
  **CHARIS** [1] - 1:6
  **CHARLES** [1] - 1:7
  **charter** [3] - 20:5,
20:6, 42:14

  **Charter** [1] - 20:21
  **checking** [1] - 70:23
  **checkpoint** [12] -
69:9, 69:13, 70:3,
70:9, 70:13, 70:15,
70:22, 71:6, 72:7,
72:16, 72:17, 73:6
  **Cheektowaga** [3] -
27:2, 27:4, 27:7
  **child** [13] - 18:23,
19:17, 20:12, 20:22,
28:11, 38:18, 39:2,
39:14, 39:18, 39:21,
40:2, 48:13, 48:19
  **child's** [1] - 20:10
  **childhood** [1] - 28:6
  **children** [5] - 18:19,
18:21, 35:10, 35:15,
37:23
  **citation** [6] - 62:1,
62:4, 63:5, 63:7,
72:11, 103:3
  **citations** [4] - 69:6,
100:1, 100:2, 105:7
  **cited** [1] - 76:8
  **CITY** [1] - 1:12
  **city** [1] - 25:11
  **City** [10] - 1:13, 22:5,
27:9, 27:18, 27:20,
27:23, 33:12, 72:18,
96:15, 108:3
  **Civil** [1] - 2:8
  **clarification** [1] -
91:6
  **clarify** [5] - 10:3,
17:22, 23:22, 24:2,
101:11
  **Class** [2] - 4:5, 73:12
  **class** [5] - 1:8, 34:1,
34:2, 34:5, 34:7
  **classes** [2] - 32:5,
32:6
  **clear** [1] - 91:8
  **close** [1] - 27:6
  **closed** [1] - 38:9
  **closest** [2] - 23:4,
36:18
  **CNA** [1] - 46:5
  **cold** [1] - 49:18
  **Cold** [16] - 49:20,
49:21, 49:23, 52:4,
52:21, 53:9, 53:22,
54:2, 54:7, 54:10,
54:12, 54:14, 56:2,
58:3, 59:22, 80:9
  **college** [1] - 29:22
  **colloquial** [1] - 8:21
  **coming** [2] - 61:18,
61:19
  **commencing** [1] -

2:10
  **Commissioner** [2] -
1:14, 1:15
  **companies** [2] -
43:14, 44:17
  **Company** [6] - 33:7,
34:11, 52:4, 53:9,
54:10, 80:9
  **company** [15] - 33:8,
35:13, 35:14, 42:2,
42:7, 42:23, 43:10,
44:6, 49:16, 50:15,
52:2, 53:17, 53:20,
58:9, 106:21
  **compartment** [2] -
81:12, 81:18
  **compensated** [2] -
38:17, 38:20
  **Complaint** [3] - 4:5,
73:12, 73:19
  **complete** [1] -
111:19
  **completed** [3] - 32:6,
32:7, 82:9
  **completely** [3] -
11:15, 11:20, 99:19
  **computer** [1] - 14:11
  **confused** [1] - 96:11
  **connection** [6] -
65:5, 65:8, 97:6, 97:9,
99:18, 100:5
  **consistent** [2] -
41:14, 86:14
  **constitutes** [1] -
111:18
  **contained** [1] - 75:22
  **contents** [1] - 13:14
  **context** [1] - 57:16
  **continue** [1] - 82:6
  **continuous** [1] -
50:3
  **continuously** [2] -
46:8, 46:10
  **contract** [2] - 58:2,
58:4
  **conversation** [3] -
15:14, 83:3, 88:15
  **conversations** [4] -
8:21, 13:14, 17:7,
18:2
  **converse** [1] - 10:2
  **conviction** [1] -
96:15
  **convictions** [1] -
96:17
  **cool** [1] - 49:19
  **copy** [5] - 65:19,
101:23, 102:6, 102:8,
102:11
  **correct** [51] - 11:7,

11:10, 11:16, 11:21,
13:17, 15:7, 17:14,
18:5, 21:13, 23:8,
24:11, 24:13, 37:9,
37:20, 40:21, 40:23,
53:22, 53:23, 55:8,
59:23, 60:6, 62:10,
62:11, 68:9, 69:7,
69:20, 73:6, 75:5,
77:14, 77:16, 78:13,
80:9, 83:22, 86:12,
87:1, 90:6, 90:18,
91:5, 93:17, 96:5,
96:10, 96:19, 97:4,
98:5, 98:14, 98:17,
98:21, 99:6, 105:9,
105:10, 107:4
  **correspondence** [2]
- 101:16, 101:19
  **counsel** [4] - 6:17,
66:1, 88:8, 97:6
  **count** [1] - 68:21
  **COUNTY** [1] - 111:3
  **County** [1] - 111:6
  **couple** [6] - 8:15,
25:8, 26:2, 34:9, 81:3,
81:4
  **course** [2] - 25:18,
95:2
  **court** [13] - 8:4, 8:12,
9:8, 64:23, 65:4, 65:8,
65:12, 65:21, 66:1,
66:9, 75:5, 87:15,
109:11
  **COURT** [1] - 1:3
  **Court** [3] - 87:20,
88:5, 96:16
  **courthouse** [1] -
109:4
  **courtroom** [7] - 8:8,
8:16, 12:16, 97:21,
97:23, 101:3, 109:13
  **cross** [4] - 23:4,
36:18, 38:15, 71:16
  **current** [1] - 22:3

## D

  ████ [4] - 19:20,
19:21, 20:2, 21:11
  ████ [1] -
19:20
  **DANIEL** [1] - 1:15
  ████ [4] - 19:4,
19:5, 19:15, 21:11
  **date** [4] - 18:6,
69:17, 78:12, 98:4
  **days** [2] - 35:6, 51:16
  **daytime** [1] - 79:9
  **DE'JON** [1] - 1:7

**dealership** [1] - 60:22
**December** [4] - 2:10, 18:8, 110:6, 111:9
**decision** [1] - 108:2
**Defendant** [1] - 88:16
**Defendant's** [20] - 4:4, 73:9, 73:13, 73:18, 85:18, 86:5, 87:7, 87:11, 87:17, 93:5, 93:14, 94:3, 94:11, 94:15, 94:20, 95:10, 95:21, 96:8, 105:19, 107:18
**Defendants** [4] - 1:20, 6:12, 7:10, 7:12
**degree** [9] - 30:3, 30:10, 30:13, 30:15, 30:18, 30:20, 30:23, 31:1, 31:4
**degrees** [3] - 29:23, 31:7, 31:10
**Delavan** [1] - 38:16
**Department** [3] - 1:14, 1:16, 1:18
**deponent** [1] - 111:13
**deposition** [5] - 7:14, 7:19, 13:19, 14:20, 16:14
**DERENDA** [1] - 1:15
**describe** [3] - 10:16, 22:7, 76:8
**described** [1] - 111:17
**describes** [1] - 94:9
**Description** [1] - 5:4
**designation** [1] - 33:22
**designed** [1] - 88:21
**determination** [2] - 95:22, 96:3
**determined** [1] - 32:17
**device** [1] - 88:21
**dictated** [1] - 50:9
**difference** [2] - 10:13, 10:17
**different** [3] - 8:14, 26:5, 81:16
**directed** [1] - 12:20
**direction** [1] - 111:11
**discuss** [2] - 100:7, 100:9
**discussed** [1] - 100:6
**dismissed** [3] - 5:6, 66:16, 99:19
**distinction** [2] -

11:23, 99:2
**district** [4] - 42:6, 42:9, 43:23, 97:12
**DISTRICT** [2] - 1:3, 1:4
**District** [1] - 35:16
**districts** [1] - 42:3
**DO** [1] - 111:6
**document** [10] - 14:5, 15:13, 66:18, 73:22, 74:3, 74:10, 75:4, 75:8, 87:23, 95:15
**DOCUMENT** [1] - 5:1
**documentation** [4] - 5:5, 66:15, 82:7, 84:18
**documents** [10] - 14:1, 14:11, 14:23, 15:5, 15:21, 15:23, 16:3, 16:9, 16:11, 81:17
**DOE** [1] - 1:8
**dollar** [2] - 36:11, 36:13
**Dollar** [20] - 36:14, 36:15, 36:20, 36:23, 37:7, 37:12, 37:14, 37:18, 37:22, 38:3, 38:7, 39:23, 40:2, 40:7, 40:11, 40:15, 41:1, 41:5, 41:12, 46:21
**dollars** [5] - 34:17, 36:7, 38:23, 44:16, 46:15
**done** [1] - 31:23
**DORETHEA** [1] - 1:7
**down** [4] - 38:10, 88:14, 108:16, 111:8
**drink** [1] - 12:9
**drive** [30] - 33:12, 35:10, 42:10, 49:22, 50:7, 50:23, 51:13, 51:21, 53:11, 53:12, 54:6, 54:15, 55:3, 55:9, 55:11, 57:9, 57:11, 57:13, 57:16, 57:19, 58:9, 58:12, 58:19, 58:21, 59:1, 60:8, 61:3, 61:8, 61:14, 85:21
**driven** [1] - 55:21
**driver** [36] - 33:5, 33:6, 37:1, 37:8, 37:15, 37:19, 38:4, 38:8, 38:21, 39:1, 39:5, 39:12, 39:19, 41:21, 41:22, 46:20, 47:5, 47:7, 47:17,

47:23, 48:5, 48:8, 48:21, 49:1, 49:7, 49:10, 50:17, 50:23, 51:1, 53:3, 56:16, 56:18, 86:19, 86:20, 92:5
**driver's** [3] - 57:3, 60:6, 68:8
**drivers** [4] - 53:4, 55:3, 56:12, 72:1
**driving** [28] - 34:6, 34:10, 35:8, 36:9, 38:1, 43:9, 43:13, 48:14, 49:2, 49:3, 50:20, 51:14, 51:23, 52:21, 53:3, 55:18, 55:19, 56:7, 56:8, 61:16, 76:18, 79:12, 80:7, 80:11, 80:14, 91:15, 91:22, 98:13
**drove** [11] - 43:23, 48:9, 49:16, 54:14, 54:22, 55:7, 56:5, 59:15, 82:16, 82:19, 82:21
**duly** [2] - 7:3, 111:13
**during** [16] - 14:5, 15:1, 15:14, 41:20, 48:23, 54:5, 69:2, 69:6, 71:18, 81:4, 83:9, 97:13, 97:17, 97:21, 101:1, 101:9

## E

**easily** [1] - 9:19
**East** [15] - 22:10, 25:13, 28:4, 28:5, 63:12, 63:15, 63:18, 63:21, 64:1, 70:16, 70:20, 71:7, 71:13, 104:1
**east** [1] - 27:2
**easy** [1] - 8:22
**EBONY** [6] - 1:2, 1:8, 2:7, 3:4, 110:11, 111:7
**Ebony** [2] - 18:9, 96:13
**ECC** [1] - 19:13
**ECONOMIC** [1] - 6:6
**education** [3] - 29:18, 29:21, 31:17
**eighth** [2] - 28:15, 28:17
**either** [9] - 18:1, 25:16, 26:1, 36:4, 43:11, 45:11, 50:21, 71:21, 78:23
**eleventh** [3] - 29:9, 29:13, 29:16

**employed** [14] - 19:15, 33:2, 33:3, 36:10, 37:9, 38:6, 39:14, 41:2, 41:19, 42:22, 43:8, 43:21, 44:18, 44:20
**employment** [7] - 36:23, 38:2, 38:7, 40:12, 41:4, 48:8, 58:2
**end** [2] - 51:8, 56:15
**ended** [1] - 76:21
**entail** [1] - 40:5
**entered** [3] - 6:15, 58:5, 96:21
**entire** [1] - 82:1
**entirety** [3] - 28:6, 41:14, 54:16
**entitled** [2] - 110:5, 111:12
**envelope** [10] - 76:23, 77:1, 77:12, 77:14, 77:18, 77:20, 77:21, 78:1, 78:7, 84:19
**Erie** [1] - 111:6
**ERIE** [1] - 111:3
**errata** [1] - 110:3
**ESQ** [3] - 6:2, 6:6, 6:10
**essentially** [2] - 35:8, 59:12
**establishment** [1] - 79:21
**estate** [2] - 31:16, 31:18
**Estate** [1] - 32:3
**estimate** [7] - 10:14, 10:18, 11:18, 12:2, 39:4, 39:6, 48:2
**estimating** [1] - 12:4
**events** [1] - 86:14
**eventually** [1] - 55:17
**exact** [2] - 56:10, 60:18
**exactly** [5] - 24:6, 26:8, 39:3, 40:16, 82:14
**exam** [5] - 32:13, 32:18, 32:20, 34:6
**Examination** [2] - 2:6, 3:5
**EXAMINATION** [3] - 7:6, 105:16, 109:9
**examination** [1] - 111:13
**except** [2] - 6:21, 110:2
**exhibit** [2] - 88:2,

89:22
**Exhibit** [22] - 73:9, 73:13, 73:18, 85:18, 86:5, 87:7, 87:11, 87:17, 89:10, 93:5, 93:14, 94:3, 94:11, 94:15, 94:20, 95:10, 95:21, 96:8, 96:12, 98:8, 105:19, 107:18
**EXHIBITS** [1] - 4:1
**Exhibits** [1] - 4:4
**exist** [1] - 67:5
**explain** [3] - 8:15, 50:19, 53:16
**explained** [1] - 47:21
**explaining** [1] - 101:18
**extent** [2] - 5:7, 102:15

## F

**facility** [7] - 38:11, 38:18, 39:2, 40:3, 45:7, 48:13, 48:19
**fact** [11] - 5:5, 13:15, 66:16, 66:23, 88:20, 89:5, 89:14, 90:12, 94:4, 98:9, 102:11
**failed** [1] - 106:20
**fair** [29] - 10:5, 11:18, 16:8, 17:22, 23:6, 26:4, 37:15, 37:19, 43:4, 48:4, 48:10, 48:23, 49:4, 56:8, 61:4, 68:23, 69:5, 74:9, 76:5, 86:7, 88:14, 89:8, 89:12, 92:21, 95:14, 95:19, 96:13, 98:8, 98:19
**familiar** [1] - 73:22
**Family** [20] - 36:14, 36:15, 36:20, 36:23, 37:6, 37:12, 37:14, 37:17, 37:22, 38:3, 38:6, 39:22, 40:2, 40:7, 40:11, 40:14, 41:1, 41:4, 41:12, 46:21
**family** [8] - 8:6, 8:12
**far** [20] - 8:12, 10:21, 11:2, 11:18, 29:8, 31:15, 55:6, 56:14, 56:15, 56:21, 57:7, 58:6, 62:8, 64:1, 70:23, 85:12, 97:23, 98:2, 99:9, 105:6
**father** [4] - 21:13, 21:16, 21:19, 21:21
**fathers** [1] - 23:16
**Federal** [1] - 2:7

Ebony Yeldon

4

feet [1] - 11:3
female [1] - 57:5
Ferry [9] - 36:17,
36:19, 63:15, 63:18,
63:21, 64:1, 70:20,
71:7, 104:1
few [2] - 7:13, 81:20
██████ [1] - 20:15
██████ [1] - 21:4
fifteen [1] - 11:4
figure [1] - 98:23
filed [6] - 17:16,
73:19, 74:20, 74:23,
75:5, 96:14
filing [1] - 6:19
fine [5] - 16:6, 16:8,
99:13, 106:10, 106:11
finger [2] - 77:4,
86:10
finish [4] - 9:11,
9:14, 29:11, 56:17
finished [2] - 28:16
Fiorella [3] - 4:7,
87:10, 88:5
firm [2] - 17:21,
17:23
First [3] - 43:11,
43:20, 44:7
first [17] - 7:13, 8:17,
28:22, 32:15, 52:12,
55:9, 70:12, 71:7,
73:21, 74:8, 75:4,
85:6, 85:9, 85:10,
88:4, 96:12, 105:20
fit [1] - 46:12
five [16] - 24:12,
30:5, 30:12, 48:3,
50:1, 50:2, 51:7, 51:8,
51:9, 51:20, 52:8,
54:5, 56:3, 60:1,
103:12, 105:22
five-minute [1] - 60:1
focused [1] - 15:19
follow [1] - 109:11
follow-up [1] -
109:11
following [1] - 6:15
follows [1] - 7:4
FOR [1] - 6:6
foregoing [1] - 110:2
foreseeable [1] -
31:13
forget [1] - 32:3
forgot [1] - 47:16
form [6] - 6:21,
101:15, 106:4, 107:7,
107:13, 108:6
form(s [1] - 110:3
former [1] - 1:15
forth [1] - 110:3

forty [1] - 86:4
forty-nine [1] - 86:4
forward [1] - 31:16
four [12] - 18:22,
35:5, 35:6, 36:4,
68:20, 68:22, 77:7,
88:13, 94:6, 94:8,
96:11
frame [3] - 23:20,
56:1, 56:10
Franklin [1] - 6:3
FRANKLIN [1] - 1:7
free [2] - 12:8, 23:23
frequently [1] -
71:14
front [8] - 90:4,
90:10, 90:14, 90:23,
91:2, 91:4, 92:4, 92:7
full [7] - 8:18, 9:4,
21:22, 21:23, 46:10,
48:8, 88:15
full-time [4] - 21:22,
21:23, 46:10, 48:8
fully [1] - 13:8
future [1] - 31:13

## G

gears [1] - 69:8
GED [3] - 19:12,
29:17, 29:18
general [2] - 22:7,
25:11
generally [1] - 75:22
gentleman [12] -
55:4, 57:7, 58:11,
58:13, 58:14, 59:15,
80:8, 82:13, 83:3,
83:11, 84:20, 85:7
gentleman's [5] -
55:7, 55:19, 56:7,
56:18, 58:19
geographic [1] -
22:8
girl [6] - 19:1, 19:17,
19:18, 20:11, 20:12,
20:22
given [7] - 7:14,
7:18, 7:21, 64:4, 64:8,
105:2, 110:5
global [2] - 20:3,
20:4, 20:5
glove [2] - 81:11,
81:18
gonna [1] - 99:10
grade [5] - 28:15,
28:17, 29:9, 29:14,
29:16
grades [1] - 29:13
graduate [1] - 29:6

graduated [1] -
28:15
grammar [2] - 28:9,
28:10
Grant [5] - 23:5,
24:8, 24:14, 24:16,
36:19
granted [1] - 100:8
great [1] - 48:18
Grider [3] - 70:20,
71:7, 71:17
grow [2] - 27:23,
28:2
Guaranty [2] - 2:9,
6:10
guess [14] - 10:7,
10:14, 10:18, 10:19,
10:23, 11:15, 11:20,
12:4, 25:6, 33:21,
39:7, 48:1, 83:16
guessing [2] - 10:9,
10:10
guilty [2] - 95:15,
97:2
guy [1] - 54:23

## H

hacker's [3] - 58:22,
59:2, 59:6
HACKERS [1] - 59:4
half [8] - 23:10,
34:12, 35:19, 35:22,
61:13, 67:19, 67:20,
68:8
HALL [1] - 1:7
hand [1] - 77:3
handed [6] - 73:17,
77:12, 84:18, 94:19,
95:9
handwritten [2] -
101:21, 101:22
hanging [1] - 85:6
hard [1] - 55:13
head [3] - 8:23,
103:23
health [1] - 46:4
Healy [14] - 76:10,
86:8, 87:19, 88:14,
88:19, 93:16, 100:12,
100:23, 102:20,
103:1, 104:4, 104:8,
104:16, 105:1
heard [3] - 17:5,
17:8, 70:7
Hearing [2] - 4:6,
87:9
hearing [12] - 5:7,
87:18, 95:17, 95:20,
96:4, 96:7, 97:9,

97:13, 97:21, 100:4,
101:11, 108:9
held [2] - 65:5,
87:18, 97:9
help [2] - 45:13,
94:12
helps [1] - 45:14
hereby [1] - 6:17
HEREBY [2] - 110:1,
111:7
High [4] - 20:3, 20:5,
28:22
high [5] - 20:6,
28:19, 28:21, 29:2,
29:4
highest [4] - 29:18,
29:20, 35:1, 35:5
hired [2] - 37:1, 38:3
HODGSON [2] - 2:8,
6:9
home [5] - 45:8,
46:4, 61:18, 61:19
Homes [4] - 63:15,
63:19, 63:22, 64:1
Honorable [2] - 4:6,
87:9
hopes [1] - 31:12
hour [10] - 34:13,
34:14, 34:15, 34:17,
35:6, 36:7, 38:17,
38:23, 39:5, 46:15
hours [3] - 13:23,
34:21, 35:2
hum [1] - 44:10,
51:19, 83:18, 83:20,
87:21
HUMPHREY [1] - 1:6
hundred [7] - 75:11,
75:12, 75:17, 76:6,
76:7, 86:7
hung [3] - 83:11,
84:22, 85:15

## I

Identification [1] -
4:4
identification [3] -
73:14, 87:12, 94:16
identified [1] - 76:6
ill [2] - 45:11, 45:13
immediate [1] -
37:16
immediately [3] -
37:13, 39:17, 77:9
important [1] - 9:7
impounded [1] -
86:1
IN [1] - 1:5
inches [1] - 11:3

incident [9] - 76:8,
76:12, 76:15, 78:6,
102:19, 102:23,
105:1, 105:2, 105:6
included [1] - 72:9
income [2] - 49:1,
49:4
increase [2] - 36:6,
40:5
increases [1] - 35:21
independent [1] -
76:14
INDEX [3] - 3:1, 4:1,
5:1
index [2] - 67:3,
102:15
individual [7] - 1:13,
1:14, 1:16, 1:19,
53:11, 54:3, 98:2
individually [2] - 1:8,
69:19
individuals [1] - 18:2
initial [3] - 92:22,
95:17, 95:20
instance [16] - 63:3,
67:8, 67:15, 71:2,
71:3, 71:7, 71:12,
71:18, 71:21, 72:20,
74:10, 74:16, 92:22,
104:4, 104:8, 104:15
instances [5] - 71:4,
72:14, 74:7, 75:7,
103:23
instead [1] - 77:7
insurance [38] -
58:9, 58:11, 58:15,
69:17, 71:1, 77:1,
77:14, 77:15, 77:17,
77:20, 77:23, 78:4,
78:5, 78:12, 78:20,
78:21, 78:23, 79:5,
79:6, 79:7, 80:22,
81:9, 81:10, 82:4,
84:4, 84:11, 93:4,
93:8, 93:9, 93:16,
93:22, 96:20, 98:10,
98:13, 98:14, 99:3,
99:5
interval [1] - 69:6
introduce [1] - 94:11
issue [2] - 106:2,
106:9
issued [9] - 71:2,
71:18, 72:11, 87:19,
94:4, 100:1, 106:14,
107:3, 107:6
itself [1] - 89:21

## J

J-A-M-A-R-I [1] -

Ebony Yeldon

5

21:2

■■■ [3] - 21:2, 21:5, 21:18

■■■ [1] - 21:3

**JANE** [1] - 1:8
**job** [5] - 41:17, 46:11, 48:5, 48:15, 67:19
**jobs** [3] - 40:9, 47:18, 47:20

■■■ [3] - 20:15, 20:16, 21:18

**Joseph** [2] - 4:7, 87:10
**JOSEPH** [1] - 1:7
**Judge** [19] - 4:7, 12:17, 87:10, 88:5, 89:4, 89:14, 96:23, 97:20, 98:1, 100:5, 100:9, 100:10, 101:2, 101:7, 101:10, 106:2, 106:9, 106:17, 108:9
**judge** [2] - 5:7, 89:20
**Judge's** [1] - 108:17
**Junior** [2] - 19:4, 19:5
**JUSTICE** [1] - 6:6

## K

**KARINA** [1] - 6:6
**KEISHA** [1] - 6:2
**kept** [1] - 77:7
**KEVIN** [1] - 1:16
**Kia** [1] - 60:17
**kids** [2] - 23:12, 25:9
**kind** [8] - 7:19, 7:22, 58:5, 60:16, 67:8, 72:12, 79:23, 87:15
**knowledge** [1] - 17:12
**known** [1] - 16:23

## L

**Lackawanna** [8] - 20:9, 33:15, 35:9, 35:15, 61:3, 61:7, 61:14, 61:20
**last** [17] - 5:5, 21:3, 21:12, 27:18, 36:2, 36:5, 37:4, 46:22, 52:13, 54:23, 61:22, 61:23, 62:4, 70:8, 83:3, 94:7, 104:14
**lasted** [2] - 41:9, 51:20
**law** [3] - 2:8, 17:21, 17:23
**Law** [3] - 95:16, 96:9, 96:21

**LAW** [2] - 6:2, 6:6
**lawsuit** [7] - 7:11, 7:18, 16:18, 16:20, 17:15, 17:17
**lawyer** [3] - 18:2, 97:12, 97:17
**least** [5] - 89:13, 89:15, 92:22, 96:23, 99:17
**leave** [3] - 40:2, 81:21, 83:7
**left** [3] - 32:20, 40:7, 83:13
**length** [2] - 47:9, 47:11
**less** [7] - 24:10, 30:7, 30:9, 38:20, 38:22, 42:23, 43:4
**letter** [2] - 101:16, 101:19, 102:1
**level** [3] - 29:18, 29:20, 87:4
**liable** [2] - 96:8, 98:12
**license** [39] - 33:16, 33:19, 33:22, 34:5, 34:8, 39:20, 58:22, 59:7, 60:6, 62:7, 62:9, 62:12, 62:14, 62:15, 62:20, 63:4, 67:11, 67:17, 67:18, 67:21, 68:5, 68:8, 68:14, 68:23, 69:17, 76:22, 77:2, 81:18, 82:4, 83:15, 83:23, 84:3, 84:10, 84:23, 85:8, 85:16, 104:3, 104:5
**light** [3] - 76:20, 76:21, 80:20
**line** [6] - 40:19, 81:22, 83:7, 83:13, 105:20, 105:22
**Line** [1] - 5:4
**lines** [1] - 75:16
**Lisa** [5] - 52:12, 52:16, 54:23, 55:3, 55:10
**Lisa's** [5] - 52:13, 55:7, 55:11, 55:18, 56:5
**listed** [1] - 64:5
**live** [19] - 18:16, 19:7, 19:23, 20:18, 21:9, 21:22, 21:23, 22:1, 23:2, 23:9, 23:11, 23:14, 24:21, 25:7, 25:15, 26:20, 27:15, 28:5, 63:18
**lived** [13] - 22:19, 23:1, 23:11, 23:17,

23:20, 24:3, 24:8, 24:20, 26:5, 26:13, 26:16, 27:12, 27:17
**living** [3] - 21:15, 21:21, 45:12
**LLP** [2] - 2:8, 6:9
**located** [2] - 20:8, 38:13
**location** [2] - 70:17, 71:15
**LOCKWOOD** [1] - 1:14
**look** [17] - 14:10, 16:5, 73:22, 79:7, 85:18, 86:3, 87:23, 88:13, 91:13, 91:18, 91:23, 92:5, 92:6, 93:2, 93:8, 94:20, 105:20
**looked** [8] - 14:23, 15:5, 15:13, 15:20, 16:3, 69:20, 74:5, 74:10
**looking** [9] - 14:4, 15:7, 16:9, 31:16, 32:22, 40:17, 50:16, 69:16, 81:11
**lose** [1] - 68:5
**lost** [4] - 40:9, 40:13, 62:6, 104:4
**Love** [1] - 16:23
**LOVE** [1] - 1:5
**lowest** [2] - 35:1, 35:5
**lucky** [1] - 77:6

## M

**Machine** [1] - 111:9
**main** [1] - 49:1
**Main** [8] - 25:16, 26:1, 26:2, 26:3, 26:5, 26:13, 26:16, 27:13
**male** [2] - 57:5, 57:6
**man** [1] - 57:19
**manner** [1] - 111:8
**MARIELLE** [1] - 1:6
**mark** [1] - 87:6
**marked** [11] - 73:8, 73:13, 73:17, 87:11, 87:16, 89:10, 94:15, 94:19, 95:10, 105:19, 107:18
**married** [2] - 18:12, 18:14
**Maryvale** [2] - 27:3, 27:6
**matter** [1] - 97:23
**matters** [1] - 8:12
**Mayor** [1] - 1:13

**mean** [7] - 10:4, 14:15, 53:16, 71:23, 89:16, 106:22
**meaning** [1] - 9:11
**means** [1] - 111:9
**measure** [3] - 11:6, 86:11, 89:5
**measured** [1] - 86:16
**medical** [9] - 30:1, 30:2, 30:10, 30:21, 30:22, 31:1, 31:2, 45:7
**medications** [1] - 12:23
**meet** [1] - 13:15
**meeting** [4] - 13:22, 14:2, 14:9, 15:1
**meetings** [1] - 13:18
**member** [2] - 16:22, 16:23
**members** [1] - 1:6
**memory** [1] - 100:16
**met** [2] - 7:8, 14:6
**Michael** [1] - 76:10
**middle** [1] - 28:13
**might** [7] - 9:2, 9:17, 12:2, 42:19, 69:20, 90:10, 92:18
**Millicent** [10] - 26:1, 26:3, 26:6, 26:14, 26:16, 26:21, 27:1, 27:3, 27:12, 27:15
**minimum** [2] - 46:17, 46:18
**minute** [1] - 60:1
**minutes** [5] - 61:12, 81:3, 81:4, 81:20, 83:5
**mirror** [3] - 91:14, 91:17, 91:18
**Miss** [3] - 7:8, 33:2, 95:10
**miss** [4] - 60:5, 73:17, 102:19, 105:18
**missed** [1] - 42:7
**mistaken** [1] - 78:19
**mixed** [1] - 78:20
**MLK** [2] - 28:12, 28:16
**model** [1] - 60:18
**money** [4] - 49:3, 49:6, 49:9, 50:13
**month** [7] - 36:21, 39:16, 77:17, 77:18, 77:20
**month's** [1] - 78:7
**month-to-month** [1] - 77:17
**months** [6] - 25:8, 26:2, 34:9, 36:21,

39:16, 39:22
**morning** [3] - 7:8, 51:7, 51:8
**most** [3] - 15:6, 50:14, 74:9
**mostly** [2] - 51:7, 71:17
**moved** [1] - 53:4
**moving** [4] - 67:9, 103:5, 104:7, 104:14
**MR** [47] - 7:6, 15:10, 15:22, 53:15, 57:2, 57:15, 59:20, 60:1, 60:4, 67:3, 67:7, 69:23, 72:5, 73:8, 73:16, 79:3, 81:1, 81:15, 84:9, 84:16, 85:5, 87:6, 87:14, 90:17, 91:8, 91:10, 94:8, 94:18, 95:2, 95:7, 97:16, 98:7, 99:12, 99:16, 100:22, 101:8, 102:14, 102:18, 104:19, 105:11, 105:14, 106:4, 107:7, 107:13, 108:6, 109:9, 109:17
**MS** [34] - 15:9, 15:21, 53:13, 56:23, 57:14, 59:18, 69:21, 72:3, 79:2, 80:23, 81:13, 84:8, 84:13, 85:2, 90:16, 91:6, 94:6, 94:23, 97:14, 98:6, 99:11, 99:14, 100:18, 101:6, 104:17, 105:13, 105:16, 106:6, 107:9, 107:14, 108:7, 108:8, 109:7, 109:18
**multiple** [7] - 55:14, 55:15, 55:21, 56:9, 73:4, 105:3, 105:7

## N

**N.Y** [1] - 1:12
**name** [32] - 7:9, 19:3, 19:19, 20:10, 20:14, 21:1, 21:3, 21:12, 25:2, 25:23, 30:20, 32:3, 33:22, 36:13, 38:9, 42:7, 44:6, 45:15, 45:18, 46:2, 49:16, 52:5, 52:6, 52:10, 52:12, 52:13, 52:17, 54:2, 54:23, 57:3, 59:2, 76:9
**named** [1] - 7:11
**names** [1] - 18:10
**NATIONAL** [1] - 6:6

Ebony Yeldon

6

**near** [1] - 27:2
**nearest** [1] - 38:15
**need** [9] - 8:18, 12:7, 12:10, 12:19, 23:21, 25:20, 33:23, 35:9, 95:12
**needed** [2] - 45:13, 50:13
**needs** [1] - 9:8
**neighborhood** [2] - 22:17, 28:2
**neighborhoods** [1] - 28:2
**never** [5] - 54:9, 57:22, 58:5, 86:19, 86:22
**NEW** [1] - 1:4, 6:2, 111:1
**New** [8] - 2:10, 6:4, 6:8, 7:2, 33:7, 34:10, 111:6
**next** [2] - 9:12, 85:12
**Nichole** [1] - 111:5
**NICHOLE** [2] - 2:11, 111:21
**night** [2] - 49:13, 51:2
**nine** [1] - 86:4
**nineteen** [2] - 43:3, 44:16
**ninety** [4] - 75:12, 75:18, 75:19, 76:7
**ninety-six** [4] - 75:12, 75:18, 75:19, 76:7
**non** [1] - 18:2
**non-lawyer** [1] - 18:2
**none** [2] - 17:10, 54:8
**nonetheless** [1] - 80:4
**normal** [1] - 34:19
**Notary** [4] - 2:11, 110:20, 111:5, 111:22
**nothing** [2] - 13:7, 111:15
**notice** [1] - 96:14
**noticed** [1] - 80:16
**notified** [2] - 88:16, 89:14
**notify** [2] - 89:4, 89:18
**nowhere** [1] - 89:14

**O**

**o'clock** [1] - 51:9
**oath** [1] - 6:18
**object** [1] - 12:15
**objection** [22] -

12:18, 53:13, 56:23, 57:14, 59:18, 69:21, 72:3, 79:2, 80:23, 81:13, 84:8, 84:13, 85:2, 90:16, 91:6, 94:6, 97:14, 98:6, 100:18, 101:6, 104:17
**objections** [1] - 6:21
**observations** [1] - 11:9
**observed** [1] - 57:22
**observing** [1] - 81:6
**obtain** [1] - 34:7
**obtained** [1] - 67:21
**obtaining** [3] - 41:4, 62:14, 62:15
**obviously** [1] - 60:5
**occasion** [1] - 83:12
**occasions** [1] - 70:5
**October** [1] - 107:20
**OF** [4] - 1:4, 1:12, 111:1, 111:3
**office** [1] - 97:13
**Officer** [13] - 86:8, 87:19, 88:14, 88:19, 93:16, 100:12, 100:23, 102:19, 103:1, 104:4, 104:8, 104:15, 105:1
**officer** [23] - 61:15, 61:19, 66:5, 66:7, 76:9, 76:20, 77:8, 79:7, 79:10, 81:6, 81:21, 82:19, 83:6, 83:12, 84:23, 85:8, 85:11, 86:9, 89:20, 100:20, 106:20, 107:12, 109:3
**OFFICERS** [1] - 1:18
**officers** [2] - 1:18, 69:20
**offices** [1] - 2:8
**official** [2] - 1:13, 1:15
**officially** [1] - 54:3
**often** [2] - 44:19, 54:5
**old** [4] - 19:5, 19:21, 20:16, 21:5
**oldest** [1] - 18:23
**one** [40] - 9:7, 11:3, 13:21, 17:20, 22:21, 26:12, 28:22, 30:21, 30:23, 32:15, 40:13, 43:17, 44:13, 53:3, 55:4, 57:18, 58:1, 59:14, 59:16, 64:14, 74:19, 74:23, 78:22, 79:4, 83:5, 89:3, 89:17, 90:2, 90:20,

91:3, 92:10, 92:13, 92:14, 94:1, 96:20, 100:4, 104:1, 104:12, 108:2, 109:11
**ones** [1] - 47:21
**online** [2] - 32:3, 32:5
**operate** [6] - 33:14, 33:16, 33:23, 35:11, 56:12, 69:2
**operated** [1] - 54:9
**operating** [2] - 56:13, 56:22
**opportunity** [2] - 89:9, 93:13
**oral** [1] - 107:20
**Order** [2] - 4:8, 94:14
**order** [2] - 14:22, 26:9
**organization** [7] - 16:23, 17:3, 17:9, 17:12, 45:16, 45:18
**original** [1] - 102:5
**outside** [2] - 7:16, 27:17
**overall** [1] - 14:19
**overseeing** [1] - 89:4
**own** [9] - 14:12, 22:22, 24:15, 53:10, 60:10, 60:12, 61:3, 106:19
**owned** [15] - 53:22, 54:3, 54:6, 54:9, 57:7, 57:20, 58:14, 59:15, 60:12, 80:8, 82:13, 83:4, 83:11, 84:20, 85:7
**owner** [6] - 53:6, 54:15, 77:9, 78:8, 78:14, 107:8
**owners** [6] - 50:22, 53:11, 53:18, 54:14, 54:22, 55:2
**owns** [1] - 59:17

**P**

**p.m** [1] - 50:21
**page** [6] - 86:4, 87:22, 88:13, 92:9, 94:6, 105:22
**Page** [2] - 3:4, 5:4
**pages** [1] - 110:2
**paid** [9] - 34:13, 34:15, 38:23, 43:1, 44:4, 44:14, 46:13, 64:19, 99:13
**PALMER** [1] - 1:7
**paper** [4] - 14:5,

15:13, 15:19, 16:2
**paperwork** [3] - 14:14, 14:16, 77:2
**paragraph** [10] - 75:21, 85:19, 86:3, 86:7, 88:15, 88:17, 94:7, 96:12, 105:20, 107:19
**paragraphs** [5] - 75:11, 75:23, 76:3, 76:5, 76:6
**Park** [4] - 6:3, 28:22, 28:23, 76:19
**park** [1] - 61:6, 64:2
**parked** [6] - 63:14, 79:11, 79:13, 79:16, 79:18, 79:23
**parking** [23] - 61:6, 63:9, 63:10, 63:16, 64:2, 64:5, 64:16, 64:20, 64:23, 65:5, 65:9, 67:10, 79:19, 79:20, 79:23, 80:2, 80:4, 103:4, 103:5, 103:15, 103:17, 103:19
**part** [3] - 74:14, 99:17, 100:7
**particular** [4] - 26:12, 29:10, 79:20, 86:23
**parties** [2] - 6:16, 6:18
**pass** [4] - 29:13, 29:16, 32:13, 64:2
**passed** [1] - 76:21
**passenger** [2] - 91:22, 92:5
**passenger's** [2] - 81:12, 92:6
**passengers** [3] - 35:8, 57:19, 59:1
**passing** [1] - 76:19
**past** [3] - 61:13, 66:11, 78:7
**pauses** [1] - 25:19
**pay** [7] - 35:21, 36:6, 40:5, 44:15, 59:8, 99:11, 99:20
**paying** [1] - 59:11
**payments** [1] - 100:2
**Pearl** [2] - 2:9, 6:11
**penalty** [1] - 99:20
**pendency** [1] - 101:9
**pending** [2] - 12:11, 95:3
**people** [2] - 45:11, 97:22
**per** [6] - 34:13, 34:14, 34:15, 36:7,

38:17, 39:5
**percentage** [1] - 87:4
**perhaps** [1] - 48:12
**period** [13] - 24:3, 26:15, 31:6, 37:8, 41:5, 41:9, 41:15, 41:20, 46:19, 46:23, 55:17, 62:9, 105:21
**person** [1] - 56:15
**PERSONNEL** [1] - 1:17
**Peter** [1] - 7:9
**PETER** [1] - 6:10
**PHILIP** [1] - 1:16
**phone** [2] - 84:22, 85:15
**phrase** [1] - 9:18
**phrasing** [1] - 9:23
**pick** [2] - 35:14, 42:3
**picked** [1] - 51:8
**picturing** [1] - 55:22
**piece** [2] - 14:4, 15:13
**pieces** [2] - 15:19, 16:2
**place** [2] - 26:12, 100:11
**placed** [6] - 82:22, 83:2, 83:8, 83:9, 87:15, 87:16
**Plaintiff** [4] - 2:7, 7:11, 16:18, 16:20
**Plaintiffs** [1] - 1:10, 6:5, 6:8, 73:21
**plans** [1] - 31:12
**plate** [3] - 84:23, 85:8, 85:16
**podium** [2] - 108:10, 108:17
**point** [8] - 23:22, 40:13, 43:15, 62:23, 63:18, 81:4, 82:9, 84:1
**points** [1] - 26:5
**police** [11] - 61:15, 61:19, 66:5, 66:7, 69:20, 76:20, 77:8, 78:17, 79:6, 89:20, 106:20
**Police** [3] - 1:14, 1:16, 1:18
**position** [2] - 46:1, 46:2
**possible** [2] - 102:8, 109:3
**pre** [1] - 21:7
**pre-school** [1] - 21:7
**preparation** [5] - 14:20, 15:14, 16:4, 74:11, 74:14

Ebony Yeldon

7

**prepare** [4] - 13:11, 13:19, 14:22, 15:20
**present** [6] - 62:15, 64:8, 67:11, 97:13, 97:17, 100:23
**pretty** [2] - 37:16, 50:3
**prevented** [1] - 40:12
**primarily** [1] - 28:3, 51:10
**private** [6] - 33:8, 50:22, 53:18, 54:14, 54:15, 55:2
**Procedure** [1] - 2:8
**proceeding** [7] - 7:17, 12:17, 65:4, 65:5, 88:4, 89:12, 97:18
**proceedings** [2] - 8:14, 89:5
**process** [1] - 101:1
**produced** [2] - 100:1, 102:17
**program** [1] - 19:12
**proof** [14] - 58:11, 58:15, 77:16, 77:17, 77:23, 78:4, 78:12, 93:9, 93:15, 93:22, 98:14, 99:1, 99:3, 99:5
**public** [2] - 33:10, 35:9
**Public** [8] - 2:11, 19:14, 42:12, 42:16, 44:2, 110:20, 111:5, 111:22
**pull** [2] - 71:20, 71:22
**pulled** [10] - 69:19, 72:4, 72:7, 79:11, 82:11, 83:17, 86:9, 87:1, 93:16, 93:23
**pulling** [2] - 76:21, 79:15
**purse** [1] - 81:18
**pursuant** [1] - 2:7
**put** [1] - 67:5

## Q

**questions** [10] - 6:22, 7:13, 8:19, 9:5, 9:17, 9:18, 100:11, 100:17, 105:13, 109:7
**quickly** [2] - 37:17, 88:13
**quiet** [1] - 77:7

## R

**raise** [3] - 36:3,

106:2, 106:9
**raises** [3] - 35:21, 43:2, 43:7
**ran** [2] - 83:14, 84:23
**range** [1] - 34:21
**re** [3] - 62:14, 62:15, 67:21
**RE** [1] - 109:9
**RE-EXAMINATION** [1] - 109:9
**re-obtained** [1] - 67:21
**re-obtaining** [2] - 62:14, 62:15
**REACH** [1] - 20:21
**read** [5] - 88:3, 96:12, 105:21, 106:18, 110:1
**reader** [2] - 106:2, 107:12
**real** [4] - 31:16, 31:18, 32:3, 95:3
**really** [7] - 8:23, 15:19, 39:10, 71:13, 99:22, 100:3, 100:7
**rear** [4] - 90:16, 91:7, 91:14, 91:17
**rear-view** [4] - 90:16, 91:7, 91:14, 91:17
**reason** [4] - 13:4, 29:10, 64:4, 64:6
**receive** [3] - 30:2, 32:23, 33:19
**received** [19] - 30:9, 30:13, 31:3, 32:8, 35:21, 36:3, 61:22, 61:23, 62:3, 62:23, 63:5, 63:10, 67:8, 73:12, 87:10, 92:21, 94:14, 104:15, 105:7
**recent** [1] - 74:9
**recently** [1] - 74:8
**recess** [3] - 60:3, 95:6, 95:8
**recognize** [1] - 109:4
**recollection** [14] - 49:13, 54:11, 76:15, 77:13, 78:11, 82:2, 86:14, 90:1, 93:6, 93:11, 93:14, 93:19, 93:21, 94:4
**record** [4] - 7:9, 67:4, 67:6, 95:8
**recording** [1] - 66:15
**records** [1] - 100:1
**REDDEN** [1] - 1:6
**reduced** [1] - 111:10
**refer** [1] - 69:8
**Referee** [1] - 6:19
**reflect** [1] - 9:2

**reflected** [2] - 96:4, 96:7
**reflects** [2] - 95:15, 98:8
**refresh** [4] - 93:6, 93:11, 93:19, 94:3
**refreshed** [1] - 93:14
**refreshes** [1] - 93:21
**regarding** [2] - 5:5, 14:18
**registration** [11] - 69:17, 71:1, 76:22, 77:15, 78:21, 78:23, 80:22, 81:10, 81:11, 83:23, 84:4
**regular** [1] - 8:4
**relation** [2] - 26:9, 82:11
**relative** [2] - 26:14, 111:15
**relevant** [1] - 84:18
**remember** [64] - 16:5, 16:6, 16:7, 25:1, 25:5, 25:12, 26:8, 27:16, 30:4, 38:19, 39:3, 39:10, 45:2, 46:14, 46:16, 46:18, 47:10, 47:11, 49:21, 52:5, 52:6, 52:10, 52:13, 52:17, 54:23, 55:13, 55:15, 55:23, 57:23, 58:20, 62:8, 67:12, 68:11, 70:14, 71:4, 71:9, 75:7, 77:18, 81:2, 84:14, 85:13, 90:2, 90:19, 92:20, 100:19, 100:21, 101:14, 103:20, 106:3, 106:7, 106:8, 106:10, 106:11, 106:12, 106:13, 107:11, 108:10, 108:14, 108:15, 109:11, 109:15
**removed** [1] - 99:1
**rendered** [1] - 96:4
**rent** [4] - 22:22, 22:23, 24:15, 24:19
**repeat** [2] - 9:21, 59:2
**rephrase** [3] - 9:21, 14:7, 42:17
**reporter** [3] - 9:8, 87:16, 109:12
**represent** [3] - 7:12, 73:18, 87:17
**represented** [3] - 66:1, 88:8, 97:6
**request** [4] - 67:4,

67:5, 102:15, 102:16
**REQUESTS** [1] - 5:1
**require** [1] - 64:2
**reschedule** [2] - 32:15, 32:16
**reserved** [1] - 6:22
**residences** [1] - 27:20
**Resists** [1] - 17:1
**RESISTS** [1] - 1:5
**respective** [2] - 6:18, 23:15
**respiratory** [1] - 45:5
**respite** [2] - 45:4, 46:3
**Respondent** [2] - 107:20, 108:3
**response** [1] - 9:4
**rest** [1] - 56:6
**result** [1] - 98:16
**reversal** [1] - 96:15
**reversed** [6] - 98:10, 98:16, 98:21, 98:22, 99:6, 99:8
**review** [10] - 14:1, 75:13, 75:15, 76:3, 88:1, 89:9, 93:13, 94:22, 95:11, 95:13
**reviewed** [7] - 14:14, 14:17, 74:13, 74:16, 74:20, 74:22, 75:4
**reviewing** [3] - 75:8, 93:5, 94:2
**rid** [6] - 66:21, 66:23, 67:1, 67:2, 102:3, 102:4
**rides** [1] - 49:11
**road** [1] - 71:20
**ROBBIN** [1] - 1:17
**Rock** [2] - 22:16, 22:17
**roughly** [5] - 25:8, 26:23, 34:9, 47:4, 50:1
**rule** [2] - 9:7, 12:17
**Rules** [1] - 2:7
**rules** [2] - 8:15, 8:16
**run** [3] - 42:19, 85:8, 85:16
**RUSS** [2] - 2:8, 6:9
**RUST** [1] - 1:5
**Rust** [1] - 17:1

## S

**safety** [11] - 69:9, 69:13, 69:16, 70:3, 70:9, 70:13, 70:15, 70:22, 71:6, 72:16, 73:5

**Sahasrabudhe** [3] - 3:6, 3:8, 7:10
**SAHASRABUDHE** [48] - 6:10, 7:6, 15:10, 15:22, 53:15, 57:2, 57:15, 59:20, 60:1, 60:4, 67:3, 67:7, 69:23, 72:5, 73:8, 73:16, 79:3, 81:1, 81:15, 84:9, 84:16, 85:5, 87:6, 87:14, 90:17, 91:8, 91:10, 94:8, 94:18, 95:2, 95:7, 97:16, 98:7, 99:12, 99:16, 100:22, 101:8, 102:14, 102:18, 104:19, 105:11, 105:14, 106:4, 107:7, 107:13, 108:6, 109:9, 109:17
**salary** [1] - 34:13
**SARMIENTO** [1] - 1:7
**scene** [1] - 82:17
**school** [52] - 19:9, 19:11, 20:2, 20:6, 20:20, 21:7, 28:9, 28:11, 28:13, 28:19, 28:21, 29:2, 29:4, 31:12, 31:14, 31:15, 31:17, 32:1, 32:3, 32:4, 35:11, 35:14, 35:15, 36:9, 37:1, 37:7, 37:15, 37:18, 37:23, 38:3, 38:7, 38:21, 39:1, 39:5, 39:12, 39:19, 41:21, 41:22, 42:3, 42:6, 42:9, 43:9, 43:13, 43:23, 46:20, 49:2, 49:6, 51:13, 51:15, 51:17, 51:22, 52:1
**School** [6] - 20:3, 20:5, 20:21, 28:22, 35:16
**schools** [2] - 28:8, 42:14
**Schools** [3] - 19:14, 42:12, 42:21
**screen** [1] - 14:11
**search** [1] - 82:9
**searched** [1] - 84:17
**searching** [7] - 80:21, 81:5, 81:9, 81:17, 81:19, 82:7, 84:10
**seat** [2] - 91:22, 108:19
**second** [12] - 19:17, 25:17, 46:11, 48:15,

Ebony Yeldon

67:22, 71:8, 71:12,
71:22, 72:20, 88:15,
94:20, 105:21
 **secondary** [1] - 49:4
 **see** [13] - 11:9,
35:18, 36:11, 37:5,
50:15, 51:16, 56:17,
57:11, 57:13, 57:16,
88:16, 91:18, 100:8
 **seeing** [1] - 77:22
 **seeking** [2] - 40:12,
96:14
 **sense** [4] - 40:9,
40:18, 52:18, 53:8
 **sent** [1] - 14:14
 **sequentially** [1] -
85:3
 **SERAFINI** [1] - 1:16
 **set** [2] - 90:20, 110:3
 **setting** [3] - 8:1,
8:10, 17:8
 **seven** [7] - 45:23,
46:6, 46:8, 75:12,
75:17, 76:7, 87:22
 **seven-page** [1] -
87:22
 **seventeen** [3] - 19:6,
43:3, 44:16
 **seventy** [3] - 85:19,
86:4, 86:8
 **seventy-three** [3] -
85:19, 86:4, 86:8
 **several** [1] - 80:13
 **shake** [1] - 8:23
 **SHAKETA** [1] - 1:6
 **share** [2] - 21:12,
21:18
 **SHAVONNE** [1] - 1:6
 **shelter** [6] - 24:22,
24:23, 25:7, 25:11,
25:14, 26:10
 **shift** [17] - 34:22,
50:20, 50:21, 51:3,
51:5, 51:10, 51:15,
51:17, 52:2, 52:23,
53:1, 56:16, 56:17,
56:19
 **shifts** [3] - 34:19,
50:16, 52:1
 **SHIRLEY** [1] - 1:7
 **short** [3] - 60:3, 95:6,
95:8
 **Shorthand** [1] -
111:9
 **show** [4] - 25:19,
58:11, 58:15, 66:7
 **showed** [2] - 66:4,
77:2
 **Side** [11] - 22:10,
22:12, 23:6, 25:13,

27:2, 28:4, 28:5,
63:12, 63:13, 70:16,
71:13
 **side** [8] - 22:14, 48:5,
48:9, 71:20, 79:14,
79:19, 81:12, 92:6
 **sight** [3] - 81:22,
83:7, 83:13
 **significant** [1] -
18:16
 **signing** [1] - 6:19
 **silently** [1] - 75:13
 **similarly** [1] - 1:9
 **SIMMONS** [1] - 1:7
 **simultaneously** [1] -
105:9
 **single** [2] - 14:4,
75:21
 **sit** [8] - 15:5, 16:9,
62:22, 67:14, 75:3,
78:3, 86:13, 107:10
 **sitting** [1] - 108:15
 **situated** [1] - 1:9
 **situation** [2] - 69:18,
101:18
 **six** [9] - 20:17, 34:16,
34:17, 35:5, 35:6,
75:12, 75:18, 75:19,
76:7
 **six-hour** [1] - 35:6
 **sixteen** [1] - 19:22
 **sixty** [3] - 75:12,
75:17, 76:7
 **sixty-seven** [3] -
75:12, 75:17, 76:7
 **small** [1] - 91:17
 **SMITH** [1] - 1:6
 **someone** [2] - 50:15,
63:21
 **sometime** [1] - 66:11
 **sometimes** [8] -
8:21, 9:1, 9:17, 9:18,
12:3, 46:11, 50:22,
51:21
 **somewhat** [1] -
22:13
 **somewhere** [4] -
24:7, 28:14, 30:12,
79:16
 **Sorento** [1] - 60:19
 **sorry** [9] - 15:18,
20:4, 20:11, 24:15,
24:18, 70:14, 96:11,
102:22, 108:12
 **source** [2] - 49:1,
49:4
 **South** [5] - 28:22,
28:23, 76:18, 76:19,
103:2
 **special** [2] - 33:16,

33:22
 **specific** [5] - 63:3,
78:6, 97:1, 100:11,
103:19
 **specifically** [6] -
14:21, 16:10, 61:15,
72:18, 77:22, 85:19
 **specifics** [1] -
103:22
 **speculate** [3] - 10:7,
11:20, 12:5
 **speculating** [2] -
10:9, 10:10
 **speeding** [2] -
104:20, 104:21
 **spell** [1] - 46:22
 **spend** [2] - 21:15,
21:21
 **split** [2] - 23:15,
51:15
 **spoken** [6] - 16:17,
17:15, 17:16, 18:3,
59:19, 59:21
 **spot** [2] - 64:7, 65:18
 **Spring** [17] - 49:18,
49:19, 49:20, 49:23,
52:4, 52:21, 53:9,
53:22, 54:2, 54:7,
54:10, 54:12, 54:14,
56:3, 58:3, 59:22,
80:9
 **SS** [1] - 111:2
 **stand** [3] - 108:21,
108:23, 109:1
 **standing** [4] - 81:14,
82:1, 82:3, 85:11
 **start** [4] - 28:10,
33:21, 43:20, 56:19
 **started** [6] - 37:7,
37:18, 43:2, 52:12,
62:6, 77:19
 **starting** [1] - 48:11
 **STATE** [1] - 111:1
 **State** [1] - 111:6
 **STATES** [1] - 1:3
 **stay** [2] - 15:7, 40:14
 **step** [4] - 77:11,
77:12, 83:16
 **steps** [3] - 31:20,
32:11, 34:4
 **still** [9] - 12:18,
27:10, 32:5, 59:16,
66:18, 99:11, 101:23,
102:8, 107:15
 **stipulated** [1] - 6:17
 **stipulations** [1] -
6:15
 **stop** [2] - 47:13,
47:15
 **stopped** [10] - 37:6,

37:13, 37:17, 39:17,
47:12, 47:14, 59:22,
61:15, 61:19, 78:18
 **store** [2] - 36:12,
36:13
 **straight** [1] - 53:22
 **Stratton** [1] - 30:16
 **Street** [26] - 2:9, 6:3,
6:11, 7:2, 22:4, 22:5,
22:8, 22:10, 22:12,
22:15, 22:20, 23:1,
23:3, 23:5, 24:8,
24:14, 24:16, 25:16,
26:1, 26:2, 26:3, 26:5,
26:13, 26:16, 27:13,
36:19
 **street** [4] - 23:4,
25:22, 36:18, 38:15
 **streets** [1] - 71:16
 **stuck** [1] - 53:2
 **student** [4] - 42:1,
42:8, 44:8, 44:9
 **Student** [5] - 42:9,
43:11, 43:20, 44:7,
44:11
 **students** [1] - 42:4
 **studying** [1] - 31:9
 **stuff** [2] - 77:1, 81:20
 **submit** [2] - 58:18,
101:10
 **submitted** [1] -
101:13
 **suburb** [1] - 27:3
 **sufficient** [1] - 29:13
 **Suite** [4] - 2:9, 6:4,
6:7, 6:11
 **summer** [1] - 66:14
 **supervisor** [1] -
52:15
 **supervisors** [1] -
52:18
 **SUPERVISORY** [1] -
1:17
 **Supplemental** [2] -
4:5, 73:11
 **switch** [1] - 51:1
 **switched** [1] - 55:18
 **sworn** [5] - 7:3, 7:21,
8:2, 8:3, 111:14
 **Sworn** [1] - 110:14

---

## T

 **TANIQUA** [1] - 1:7
 **tape** [1] - 11:6
 **taxi** [14] - 54:9, 57:9,
57:11, 57:13, 57:16,
57:19, 59:1, 76:19,
83:4, 83:11, 84:20,
85:7, 85:22, 106:21

 **technically** [1] - 27:9
 **TEFFT** [1] - 6:6
 **ten** [7] - 11:4, 27:18,
30:7, 30:9, 30:12,
38:23, 46:22
 **tested** [1] - 88:20
 **testified** [3] - 7:4,
8:7, 106:1
 **testify** [2] - 8:11,
111:14
 **testifying** [1] - 88:19
 **testimony** [20] -
7:15, 7:19, 7:21, 8:2,
8:17, 13:2, 13:5, 13:9,
13:12, 13:20, 14:20,
16:14, 88:23, 107:11,
107:15, 110:5, 111:7,
111:10, 111:11,
111:19
 **tests** [1] - 59:9
 **THE** [19] - 1:5, 53:14,
57:1, 59:19, 60:2,
69:22, 72:4, 81:14,
84:15, 85:4, 95:5,
97:15, 99:15, 100:19,
101:7, 104:18,
105:12, 106:5, 107:8
 **themselves** [1] -
53:10
 **third** [3] - 20:10,
20:12, 107:19
 ████████ [1] - 1:17
 ████ [3] - 19:4,
19:5, 19:20
 **three** [25] - 13:23,
23:10, 24:5, 24:7,
26:23, 36:4, 36:6,
39:16, 68:18, 68:19,
68:21, 68:22, 70:10,
73:2, 85:19, 86:4,
86:8, 92:22, 93:4,
94:4, 94:9, 95:16,
96:9, 97:1
 **threw** [1] - 65:16
 **throw** [1] - 65:17
 **thrown** [2] - 5:6,
66:16
 **ticket** [27] - 5:5,
62:16, 62:23, 63:8,
63:9, 63:11, 64:5,
64:8, 64:12, 64:14,
64:16, 64:20, 64:23,
65:6, 65:9, 65:19,
66:16, 67:9, 71:2,
71:18, 72:12, 77:5,
77:6, 102:20, 104:21,
107:6
 **tickets** [12] - 69:6,
77:7, 82:5, 85:1, 85:9,
85:21, 87:19, 92:23,

---

Sue Ann Simonin Court Reporting

94:5, 99:11, 105:3, 106:14
**tint** [7] - 86:11, 86:16, 87:4, 88:20, 89:6, 106:2, 107:12
**tinted** [22] - 78:18, 80:17, 80:19, 80:20, 84:12, 87:3, 89:23, 90:12, 90:15, 90:20, 91:4, 92:11, 96:17, 98:20, 99:4, 99:8, 99:14, 100:6, 106:15, 107:1, 107:2, 107:5
**TO** [3] - 3:1, 4:1, 5:1
**today** [19] - 7:13, 8:17, 10:8, 12:2, 13:2, 13:5, 13:12, 14:22, 15:5, 16:10, 16:15, 62:22, 67:14, 74:11, 75:3, 78:3, 86:13, 88:23, 107:10
**took** [3] - 37:22, 41:3, 95:9
**top** [2] - 44:15, 103:23
**Tops** [1] - 80:2
**totally** [1] - 12:8
**touched** [1] - 84:11
**touches** [1] - 84:4
**towards** [1] - 53:5
**Tower** [1] - 6:3
**Traditional** [2] - 29:5, 29:6
**traffic** [25] - 61:22, 62:1, 62:4, 62:16, 63:1, 63:5, 67:9, 69:5, 69:9, 69:13, 70:2, 70:9, 70:13, 70:15, 70:22, 71:5, 72:7, 72:16, 73:5, 76:9, 102:20, 103:2, 103:5, 105:3, 105:8
**Traffic** [7] - 87:20, 88:5, 95:16, 96:9, 96:16, 96:21, 108:4
**training** [1] - 34:6
**transcribe** [1] - 9:8
**transcribed** [1] - 9:1
**transcribing** [1] - 109:12
**transcript** [9] - 6:20, 25:19, 87:18, 89:9, 89:13, 94:3, 110:4, 111:18, 111:19
**transcription** [1] - 9:2
**transfer** [1] - 29:2
**Transpo** [4] - 43:11, 44:8, 44:9, 44:11
**transportation** [2] -

33:10, 35:9
**Transportation** [3] - 42:1, 42:8, 42:10
**Trial** [1] - 2:6
**trial** [1] - 6:22
**true** [2] - 110:4, 111:18
**truth** [3] - 111:14, 111:15
**truthful** [3] - 13:1, 13:5, 13:8
**try** [3] - 9:11, 9:13, 51:21
**trying** [12] - 14:18, 25:22, 25:23, 31:18, 38:9, 39:8, 40:8, 62:17, 67:12, 68:11, 98:23
**turned** [1] - 20:17
**twelve** [1] - 46:15
**twenty** [5] - 34:16, 34:17, 36:4, 61:12
**twenty-four** [1] - 36:4
**twenty-six** [2] - 34:16, 34:17
**twenty-three** [1] - 36:4
**twice** [1] - 74:6
**two** [51] - 13:23, 21:6, 24:5, 24:7, 24:10, 26:23, 29:1, 29:22, 36:6, 36:21, 39:22, 41:10, 41:11, 41:15, 41:20, 44:13, 44:17, 46:19, 47:2, 47:4, 54:21, 54:22, 56:21, 68:16, 70:6, 70:10, 71:4, 72:14, 74:6, 74:7, 75:8, 75:11, 75:12, 75:17, 75:19, 76:6, 76:7, 77:7, 83:5, 85:19, 86:4, 86:7, 91:21, 93:1, 93:3, 96:17, 98:20, 103:10, 105:20, 105:22
**two-year** [3] - 41:15, 41:20, 46:19
**typed** [1] - 101:21

## U

**ultimately** [5] - 26:10, 28:13, 29:6, 99:13, 99:20
**um-hum** [4] - 44:10, 51:19, 83:18, 83:20, 87:21
**under** [6] - 53:20, 54:2, 54:12, 54:14,

56:5, 111:11
**understandable** [2] - 9:19, 9:22
**understood** [3] - 10:5, 52:1, 70:2
**unemployed** [5] - 37:2, 41:6, 41:12, 41:20, 46:21
**unemployment** [2] - 41:9, 46:23
**UNITED** [1] - 1:3
**UNKNOWN** [2] - 1:17, 1:18
**unless** [1] - 12:20
**unsure** [2] - 82:14, 82:15
**up** [28] - 12:8, 25:19, 27:23, 28:3, 28:15, 35:14, 42:3, 51:8, 53:22, 66:4, 66:7, 69:17, 76:21, 78:12, 78:20, 79:7, 83:12, 84:22, 85:1, 85:6, 85:15, 108:10, 108:16, 108:17, 108:21, 108:23, 109:1, 109:11
**up-to-date** [2] - 69:17, 78:12
**updated** [1] - 94:1
**upheld** [1] - 99:18

## V

**valid** [3] - 60:6, 78:5, 93:22
**varied** [1] - 51:7
**varies** [1] - 34:20
**variety** [1] - 45:13
**vary** [1] - 49:10
**Vehicle** [3] - 95:16, 96:9, 96:20
**vehicle** [17] - 62:1, 62:4, 63:1, 63:5, 69:2, 70:22, 71:5, 72:7, 72:15, 73:5, 76:23, 85:12, 86:1, 89:21, 105:3, 105:8, 106:21
**verbal** [2] - 8:18, 9:4
**verbatim** [1] - 111:8
**versus** [2] - 50:10, 91:7
**view** [4] - 90:16, 91:7, 91:14, 91:17
**Violation** [1] - 108:4
**violation** [13] - 62:1, 62:5, 63:1, 67:10, 96:20, 98:9, 99:3, 99:5, 102:21, 103:6, 104:8, 104:14, 105:8

**Violations** [2] - 87:20, 96:16
**violations** [13] - 76:9, 95:16, 96:9, 96:18, 97:1, 98:20, 99:4, 99:8, 99:17, 103:15, 103:17, 103:19, 105:4
**visiting** [1] - 63:21
**vs** [1] - 1:11

## W

**wage** [2] - 46:17, 46:18
**wait** [1] - 68:11
**waived** [2] - 6:19, 6:20
**walked** [4] - 82:4, 82:5, 82:6, 83:14
**walking** [1] - 85:8
**week** [1] - 23:14
**weekends** [1] - 51:11
**West** [4] - 22:12, 23:6, 36:17, 36:19
**WESTERN** [2] - 1:4, 6:2
**Western** [2] - 33:7, 34:10
**whole** [3] - 52:21, 85:12, 111:14
**Williams** [1] - 3:7
**WILLIAMS** [35] - 6:2, 15:9, 15:21, 53:13, 56:23, 57:14, 59:18, 69:21, 72:3, 79:2, 80:23, 81:13, 84:8, 84:13, 85:2, 90:16, 91:6, 94:6, 94:23, 97:14, 98:6, 99:11, 99:14, 100:18, 101:6, 104:17, 105:13, 105:16, 106:6, 107:9, 107:14, 108:7, 108:8, 109:7, 109:18
**Winans** [1] - 111:5
**WINANS** [2] - 2:11, 111:21
**window** [11] - 77:3, 84:5, 84:11, 86:11, 88:20, 90:4, 91:2, 91:11, 91:13, 93:3, 96:17
**windows** [27] - 78:18, 80:17, 80:19, 86:10, 86:17, 89:6, 89:21, 89:23, 90:8, 90:20, 90:23, 91:1, 91:4, 91:7, 91:21, 91:22, 92:4, 98:20, 99:4, 99:8, 99:14,

100:6, 106:15, 107:1, 107:2, 107:5
**windshield** [9] - 64:12, 90:5, 90:11, 90:14, 90:15, 91:7, 91:12, 92:10, 92:14
**wipe** [1] - 77:3
**wiped** [1] - 86:9
**withdraw** [3] - 48:17, 50:9, 57:18
**withdrawn** [8] - 20:11, 24:15, 42:6, 50:9, 52:20, 58:10, 61:23, 62:8
**Witness** [1] - 3:4
**WITNESS** [18] - 53:14, 57:1, 59:19, 60:2, 69:22, 72:4, 81:14, 84:15, 85:4, 95:5, 97:15, 99:15, 100:19, 101:7, 104:18, 105:12, 106:5, 107:8
**WITNESSES** [1] - 3:1
**words** [7] - 15:4, 64:11, 67:13, 69:18, 80:19, 98:12, 106:19
**worker** [6] - 39:15, 39:18, 39:21, 46:3, 46:4
**write** [3] - 85:1, 85:9, 101:15
**writing** [3] - 5:7, 101:10, 111:10
**written** [4] - 34:6, 58:2, 58:4, 58:5

## Y

**year** [33] - 5:6, 22:21, 30:4, 34:12, 35:19, 35:22, 36:2, 36:5, 41:15, 41:20, 42:23, 43:22, 44:12, 46:19, 56:5, 56:6, 60:15, 60:20, 61:2, 61:13, 62:2, 62:7, 66:9, 66:11, 66:13, 67:19, 67:20, 68:8, 68:11, 68:13, 71:10, 72:23, 80:14
**years** [46] - 23:10, 24:5, 24:8, 24:10, 24:12, 26:23, 27:18, 28:23, 30:5, 30:7, 30:9, 30:12, 41:10, 41:11, 43:7, 44:13, 45:23, 46:6, 46:8, 46:22, 47:2, 47:4, 47:8, 47:9, 48:3, 50:1, 50:2, 51:20, 52:8,

Ebony Yeldon

54:5, 55:14, 55:15,
55:22, 56:1, 56:3,
56:9, 68:16, 68:18,
68:19, 68:21, 68:22,
70:10, 73:2, 73:4,
80:13
  **YELDON** [6] - 1:2,
1:8, 2:7, 3:4, 110:11,
111:7
  **Yeldon** [9] - 7:8,
18:9, 33:2, 60:5,
73:17, 88:13, 95:10,
102:19, 105:18
  **Yeldon's** [1] - 96:13
  **York** [9] - 2:10, 6:4,
6:8, 6:12, 7:2, 33:7,
34:11, 111:6
  **YORK** [3] - 1:4, 6:2,
111:1
  **YOUNG** [1] - 1:16
  **youngest** [1] - 20:22
  **yourself** [3] - 86:16,
88:11, 105:22

## Z

  **Zoom** [1] - 14:9

Sue Ann Simonin Court Reporting