# Exhibit 31

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------------------
BLACK LOVE RESISTS IN THE RUST by and through
MARIELLE SHAVONNE SMITH and CHARIS HUMPHREY
on behalf of its members, SHAKETA REDDEN,
DORETHEA FRANKLIN, TANIQUA SIMMONS, DE'JON HALL,
JOSEPH BONDS, CHARLES PALMER, SHIRLEY SARMIENTO,
EBONY YELDON, and JANE DOE,
individually and on behalf of a class of all
others similarly situated,

                              Plaintiffs,

        -vs-


CITY OF BUFFALO, N.Y., BYRON B. BROWN,
Mayor of the City of Buffalo, in his individual and official
capacities,
BYRON C. LOCKWOOD, Commissioner of the
Buffalo Police Department, in his individual
and official capacities,
DANIEL DERENDA, former Commissioner of the
Buffalo Police Department, in his individual capacity, AARON
YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI,
ROBBIN THOMAS,
UNKNOWN SUPERVISORY PERSONNEL 1-10,
UNKNOWN OFFICERS 1-20, each officers of the
Buffalo Police Department,
in their individual capacities,

                              Defendants.
----------------------------------------------------

2

Examination Before Trial of

TANIQUA SIMMONS, Plaintiff, taken pursuant to the Federal

Rules of Civil Procedure, in the law offices of HODGSON RUSS

LLP, The Guaranty Building, 140 Pearl Street, Suite 100,

Buffalo, New York, taken on May 16, 2023, commencing at

10:35 A.M., before NICHOLE WINANS, Notary Public.

3

1                          <u>INDEX TO EXHIBITS</u>

2

3

4    Defendant's Exhibits                    For Identification

5    P        Facebook Post Bates Simmons 1            5

6    Q        Facebook Post Bates Simmons 5            5

7    R        Facebook Post Bates Simmons 14           5

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

4

1        APPEARANCES:

2        WESTERN NEW YORK LAW CENTER,
         By KEISHA A. WILLIAMS, ESQ.,
3        Cathedral Park Tower,
         37 Franklin Street,
4        Suite 210,
         Buffalo, New York 14202,
5        Appearing for the Plaintiffs.

6        NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE,
         By KARINA K. TEFFT, ESQ.,
7        50 Broadway,
         Suite 1500,
8        New York, New York 10004,
         Appearing for the Plaintiffs.

9
         HODGSON RUSS LLP,
10       By PETER A. SAHASRABUDHE, ESQ.,
         The Guaranty Building,
11       140 Pearl Street,
         Suite 100,
12       Buffalo,New York 14202-4040,
         Appearing for the Defendants.

13

14

15           (The following stipulations were entered

16       into by all parties.)

17           It is hereby stipulated by and between counsel

18       for the respective parties that the oath of the

19       Referee is waived, that signing, filing and

20       certification of the transcript are waived, and

21       that all objections, except as to the form of the

22       questions, are reserved until the time of trial.

23

5

```
 1          (Whereupon, a Facebook Post Bates Simmons 1
 2     was then received and marked as Defendant's
 3     Exhibit P,
 4          a Facebook Post Bates Simmons 5 was then
 5     received and marked as Defendant's Exhibit Q, and
 6          a Facebook Post Bates Simmons 14 was then
 7     received and marked as Defendant's Exhibit R, for
 8     identification.)
 9
10              T A N I Q U A   S I M M O N S,
11        800 Humboldt Parkway, Buffalo, New York 14211,
12             after being duly called and sworn,
13                  testified as follows:
14
15     EXAMINATION BY MR. SAHASRABUDHE:
16
17     Q.  Good morning, Miss Simmons.  We met off the
18         record, my name is Peter Sahasrabudhe, I'm a
19         lawyer for the City of Buffalo and the Defendants
20         in a lawsuit you filed along with some other
21         Plaintiffs.  My first question for you today is
22         have you ever given deposition testimony?
23     A.  Yes.
```

6

1   Q.  In what capacity?

2   A.  A civil matter.

3   Q.  Were you a party to that matter?

4   A.  Yes.

5   Q.  Were you a Plaintiff or Defendant?

6   A.  I've been both actually.

7   Q.  Okay.  And have you given testimony in your

8       capacity as both?

9   A.  Yes.

10  Q.  How many times have you been a party to a civil

11      lawsuit?

12  A.  A handful of times maybe.

13  Q.  When was the last lawsuit you were involved in?

14      Actually, withdrawn.  I'll ask, are you currently

15      a party to any ongoing or pending litigation?

16  A.  No.

17  Q.  Okay.  So all the litigation you've been involved

18      with has resolved in one way, shape or form?

19  A.  Correct.

20  Q.  Okay.  When was the last lawsuit that you were

21      involved with resolved?

22  A.  Maybe 20 -- maybe 2018, 2019, somewhere up in

23      there.

7

1  Q.  A few years ago, fair to say?

2  A.  Yes.

3  Q.  Have any of your lawsuits involved claims made

4      against the City of Buffalo or the Buffalo Police

5      Department?

6  A.  No.

7  Q.  Okay.  So fair to say this is the first time

8      you've been a Plaintiff in a lawsuit involving

9      either the City of Buffalo or the Buffalo Police?

10 A.  Yes.

11 Q.  Okay.  While we're on the topic, what kinds of

12     lawsuits have you been involved in?

13 A.  Motor vehicle.

14 Q.  Anything else?

15 A.  A Plaintiff in a lawsuit, no.

16 Q.  So you mentioned you've been a Plaintiff in

17     lawsuits before, and that's motor vehicle

18     lawsuits?

19 A.  Yeah.

20 Q.  I just want to make sure, the lawsuits you've

21     been a Defendant in, have those also been motor

22     vehicle cases?

23 A.  Yes.

8

1   Q.   Okay.  And you've given testimony in your

2        capacity as a party in those motor vehicle cases?

3   A.   Correct.

4   Q.   So I'm going to go over some ground rules, I'm

5        going to do it kind of quickly because I think

6        you've been through this process before, but I'm

7        going to do it just so the record is clear and so

8        we're on the same page.  Okay?

9   A.   (Indicating yes.)

10  Q.   To the best of your ability, can you wait for me

11       to finish my question before you give an answer?

12  A.   Yes.

13  Q.   Okay.  It's important that my full question gets

14       transcribed by the court reporter, and that your

15       full answer is transcribed, so even if you know

16       what I'm going to ask and you're anticipating

17       what my next words will be, try to let me finish

18       to the best of your ability.  Okay?

19  A.   Yeah.

20  Q.   Okay.  And we need to give, we need a full verbal

21       response to all my questions, so I can't have a

22       shake of the head or a nod of the head because

23       that doesn't get transcribed in the record.  So

9

```
 1      to the best of your ability, will you give a full
 2      verbal response to all of my questions?
 3   A. Yes.
 4   Q. Okay.  And that includes -- we can't have an
 5      uh-uh or an um-hum, we need the full verbal
 6      response so that the record is accurate.  Do you
 7      understand that?
 8   A. Yes.
 9   Q. All right.  You're under oath today, do you
10      understand what that means?
11   A. Yes.
12   Q. Okay.  If you need a break at any time, you're
13      entitled to take a break, I would just ask that
14      if there's a question pending, you answer the
15      question fully, and then we can take the break.
16      Do you understand that?
17   A. Yes.
18   Q. Okay.  From time to time your lawyer may object
19      to my questions, but unless you're instructed not
20      to answer the question, you have to answer my
21      questions truthfully and accurately to the best
22      of your ability.  Do you understand that?
23   A. Yes.
```

10

1   Q.  Anything I should know about this morning that
2       might affect your ability to give truthful and
3       accurate testimony today?
4   A.  No.
5   Q.  You didn't take any medications or drugs or
6       substances of any kind that would affect your
7       ability to give truthful and accurate testimony?
8   A.  No.
9   Q.  Okay.  What, if anything, did you review to
10      prepare for your testimony today?  And I'll
11      clarify this, I don't want to know the substance
12      of any conversations you had with your lawyers, I
13      just want to know documents you reviewed in
14      preparation for today.
15  A.  No.  Today?
16  Q.  In preparation for today.
17  A.  Oh, yes.
18  Q.  What documents did you review?
19  A.  Some documents with my attorney.
20  Q.  Do you recall what those documents were?
21  A.  I don't know what that means.
22  Q.  So do you recall the documents that you looked
23      at?

11

1  A.  Yes.

2  Q.  Okay.  What were the documents that you looked

3      at?

4  A.  Paperwork.

5  Q.  Did you review the amended complaint filed in

6      this action to prepare for your testimony?

7  A.  Yes.

8  Q.  Okay.  Did you review any other documents?

9  A.  No.

10 Q.  Okay.  To the best of your recollection, the only

11     document you reviewed was the amended complaint?

12 A.  Correct.

13 Q.  And I take it you did, in fact, meet with your

14     attorneys in preparation for today?

15 A.  Correct.

16 Q.  And I don't want to know anything that you said

17     or anything they said to you, but how many times

18     did you meet with them?

19 A.  Once.

20 Q.  About how long was that meeting?

21 A.  An hour.

22 Q.  Did you do anything else on your own time to

23     prepare for your testimony today?

12

1   A.   No.

2   Q.   How are you currently employed, Miss Simmons?

3   A.   Self-employed.

4   Q.   Can you describe how you are self-employed?

5   A.   What do you mean?

6   MS. WILLIAMS:  Objection.

7   BY MR. SAHASRABUDHE:

8   Q.   What kind of work do you do?

9   A.   Different types of work, lawn care, cleaning.

10  Q.   Anything else besides lawn care and cleaning?

11  A.   Child care.

12  Q.   Anything else?

13  A.   (Indicating no.)

14  Q.   Is that a no?

15  A.   No.

16  Q.   Is there a company or organizational name that

17       you operate under or is it just you in your

18       personal capacity?

19  A.   I have a business name.

20  Q.   What is the business name?

21  A.   MRS Cleaning Services.

22  Q.   How long has MRS Cleaning Services been

23       operational?

13

1    A.   Since October of 2021 -- no.  2022.

2    Q.   Okay.  Does MRS Cleaning Services also do lawn

3         care and child care or is it just cleaning?

4    A.   Just cleaning.

5    Q.   Okay.  When you do lawn care and child care, do

6         you just do that in your personal capacity?

7    A.   Yes.

8    Q.   In the past five years, have you had any other

9         forms of employment?

10   A.   No.

11   Q.   How about prior to that, in the past ten years?

12   A.   Yes.

13   Q.   Can you tell me how you were employed?

14   A.   I worked for -- I was a federal employee.

15   Q.   What kind of work did you do as a federal

16        employee?

17   A.   Worked for the department of treasury.

18   Q.   How long did you hold that position?

19   A.   Fifteen years.

20   Q.   What was your job title?

21   A.   A customer contact representative.

22   Q.   Why did you leave the department of treasury?

23   A.   To pursue other job opportunities.

14

1    Q.   Was it your decision to leave?

2    A.   Yes.

3    Q.   Okay.  You weren't terminated?

4    A.   No.

5    Q.   What's your highest level of education?

6    A.   College.

7    Q.   Where did you go to college?

8    A.   Erie Community College, Buff State, and Empire

9         State University.

10   Q.   Did you ultimately receive a Bachelor's degree?

11   A.   No.

12   Q.   When was the last time you attended undergraduate

13        school?

14   A.   2008.

15   Q.   Any plans to complete a Bachelor's degree?

16   A.   No.

17   Q.   Where do you currently live?

18   A.   800 Humboldt Parkway, Buffalo, New York 14211.

19   Q.   How long have you lived there?

20   A.   Twenty years.

21   Q.   Same address for twenty years?

22   A.   Same address for twenty years.

23   Q.   Haven't lived anywhere else?

1    A.   Haven't lived anywhere else.

2    Q.   Do you own or rent the property you live at?

3    A.   I own it.

4    Q.   And you've owned it for twenty years?

5    A.   Yes.

6    Q.   Have you ever been a member of an organization

7         known as Black Love Resists In The Rust?

8    A.   No.

9    Q.   Ever been to any of their meetings?

10   A.   No.

11   Q.   Ever been recruited by Black Love Resists In The

12        Rust?

13   A.   No.

14   Q.   Do you know anyone who is a member of Black Love

15        Resists In The Rust?

16   A.   No.

17   Q.   Do you know any other Plaintiffs in this matter?

18   A.   In what capacity?

19   Q.   Personally.

20   A.   No.  Oh, yes.  Dorethea Franklin.

21   Q.   Okay.  How do you know Dorethea Franklin?

22   A.   We grew up together.

23   Q.   Do you talk to Dorethea Franklin often?

16

1   A.   Yes.

2   Q.   When was the last time you spoke to her?

3   A.   Yesterday.

4   Q.   Did you talk about her deposition?

5   A.   In what capacity?

6   Q.   Did you talk about the questions that were asked

7        and the answers she gave at her deposition?

8   A.   No.

9   Q.   What did you talk about?

10  A.   I asked her if she made it to the deposition.

11  Q.   Anything else?

12  A.   No.

13  Q.   Have you ever spoken to her about the allegations

14       that have been made in this lawsuit?

15  A.   In what capacity?

16  Q.   At all.  I guess withdrawn.  Since this lawsuit

17       was filed, have you spoken to her about the

18       lawsuit generally?

19  A.   Yes.

20  Q.   All right.  What did you speak about?

21  A.   Like when?  I mean, I don't understand.  It's too

22       broad for me.

23  Q.   Fair.  How many conversations have you had with

17

```
 1      her about the lawsuit since it was filed?
 2  A.  Multiple.
 3  Q.  When was the last conversation you had with her
 4      about the lawsuit after the lawsuit was filed?
 5  A.  Yesterday.
 6  Q.  Okay.  But the only substance of that
 7      conversation was asking her if she made it to the
 8      deposition on time, correct?
 9  A.  Correct.
10  Q.  The conversation really didn't go any further
11      than that?
12  MS. WILLIAMS:  Objection.
13  THE WITNESS:  No.
14  BY MR. SAHASRABUDHE:
15  Q.  Okay.  Before that conversation yesterday, when
16      was the last time you spoke to her about the
17      lawsuit?
18  MS. WILLIAMS:  Objection.
19  THE WITNESS:  Last week.
20  BY MR. SAHASRABUDHE:
21  Q.  What did you talk about?
22  A.  If she made it to, if she made it in to speak
23      with the attorneys.
```

18

1    Q.   Have you spoken to her about the substance of the
2         lawsuit in the last year or have you just kind of
3         talked to her about scheduling and making it to
4         depositions and things along those lines?
5    MS. WILLIAMS:   Objection.
6    THE WITNESS:   When you say substance, what do you
7         mean?
8    BY MR. SAHASRABUDHE:
9    Q.   The allegations in the complaint, the things that
10        are raised in the complaint, that kind of thing.
11   A.   We talked about the nature of the lawsuit, you
12        know, about the checkpoints being racist and
13        discriminatory, generally speaking, yes.
14   Q.   Okay.
15   A.   But that's about it.
16   Q.   Can you recall any other details of the
17        conversation other than what you just testified
18        to?
19   MS. WILLIAMS:   Objection.
20   THE WITNESS:   No.
21   BY MR. SAHASRABUDHE:
22   Q.   Have you spoken with any other Plaintiff about
23        the allegations in the lawsuit?

19

1  A.  No.

2  Q.  Do you know any other Plaintiff?

3  A.  No.

4  Q.  Only person you know personally is Miss Franklin?

5  MS. WILLIAMS:  Objection.

6  THE WITNESS:  Correct.

7  BY MR. SAHASRABUDHE:

8  Q.  I'm going to hand you what we've previously

9     marked as Defendant's Deposition Exhibit A, and

10    I'll represent to you this is a copy of the

11    amended complaint in this action, and you've

12    already testified this is something you reviewed

13    with your attorneys, correct?

14  A.  Correct.

15  Q.  Okay.  And I want to draw your attention

16    specifically to paragraphs two thirty-seven

17    through two fifty-four.  And I guess while you're

18    looking, did you review paragraphs two

19    thirty-seven through two fifty-four in

20    preparation for your testimony today?

21  A.  Briefly.

22  Q.  Okay.  Do you want a second to look over those

23    paragraphs again?

20

```
 1   A.  Sure.
 2   Q.  All right.  After you've had a second to look
 3       them over and you feel you've reviewed them, let
 4       me know.  Okay?
 5   A.  Yes.  I reviewed them.
 6   Q.  Okay.  Fair to say that those paragraphs,
 7       paragraphs two thirty-seven through two
 8       fifty-four describe your experiences with vehicle
 9       and traffic safety checkpoints in the City of
10       Buffalo between 2014 and 2017?
11   A.  Kinda, yes.
12   Q.  When you say kinda, is there anything inaccurate
13       about the description given in paragraphs two
14       thirty-seven through two fifty-four?
15   A.  Well, yeah.  Right here, Fox and Moselle, That's
16       Box and Moselle.  And I went through way more
17       checkpoints, and the times are a little off, but
18       generally speaking, it's pretty fair.
19   Q.  Okay.  It's generally accurate, you've seen a few
20       places where there are slight inaccuracies, fair
21       to say?
22   A.  Yes.
23   Q.  And the first thing you pointed out is that
```

21

```
 1        subparagraph C of paragraph two thirty-nine, the
 2        street intersection should be Box and Moselle
 3        instead of Fox and Moselle?
 4   A.   Correct.
 5   Q.   And you mentioned another point where you said
 6        that it inaccurately states the amount of
 7        checkpoints that you went through?
 8   A.   Yeah.
 9   Q.   Can you tell me where that is, where you found
10        that inaccuracy?
11   A.   Paragraph two thirty-eight.  Yeah.
12   Q.   So paragraph two thirty-eight says between 2014
13        and '17 you went through at least forty vehicle
14        checkpoints operated by BPD, correct?
15   A.   Correct.
16   Q.   And it's your testimony here today it was
17        probably more than forty, according to your
18        recollection?
19   A.   Oh, absolutely.
20   Q.   How many would you say it was?
21   A.   I would probably say it was about forty, at least
22        forty checkpoints -- it's more than forty, in
23        terms of I couldn't cap it, because I, you know,
```

22

1      where I lived, there were -- they were daily.
2      And they were moving, so I mean, I recall a time
3      where I went through three checkpoints just to go
4      get some bread from around the corner from my
5      house, and that was three going and three coming,
6      so this is -- that number is just not accurate.
7  Q.  All right.  So it's higher than forty?
8  A.  Correct.
9  Q.  You couldn't put an exact number on it, but as
10      you sit here today, you know it's higher than
11      forty?
12  A.  Correct.
13  Q.  Okay.  Any other inaccuracies that you can see in
14      the paragraphs you reviewed?
15  A.  Now when I read this first paragraph, it says I
16      work full-time in the health care industry.  I
17      recall I did do a short time period where I was
18      working health care, I forgot about that.  And in
19      paragraph two forty-three, it said something
20      about waiting five to fifteen minutes, the range,
21      I just recall it just being on average at minimum
22      twenty minutes going through the checkpoints,
23      because you had to go through two access points

23

1          through the checkpoints, so that was -- that

2          doesn't seem -- it's just, the average time is

3          just more than five to fifteen minutes.

4     Q.   Okay.  So the average interval given for the

5          length of wait times at a checkpoint stated in

6          paragraph two forty-three, your testimony today

7          is that that's understated?

8     A.   Correct.

9     Q.   And you remember that on the low end, you would

10         have waited for twenty minutes?

11    A.   Correct.

12    Q.   Okay.  Did you ever -- did you actually time the

13         amount of time you were waiting at the

14         checkpoints or is that just based on your general

15         recollection?

16    MS. WILLIAMS:  Objection.

17    THE WITNESS:  That's just based upon my general

18         recollection.

19    BY MR. SAHASRABUDHE:

20    Q.   All right.  If I could direct your attention to

21         paragraphs two forty-four through two forty-five.

22    A.   Yes.

23    Q.   Do paragraphs two forty-four and two forty-five

24

1          accurately describe, at least in general, the way
2          that vehicle and traffic safety checkpoints were
3          operated?
4    A.    No.  I mean, it does, but it doesn't, because
5          generally there would be police officer cars that
6          would be on side streets, as well as line the
7          street, so that any cars that would see the
8          checkpoints and attempt to avoid them, a police
9          officer would immediately go pull them over.
10   Q.    So that's a detail that's not contained in
11         paragraphs two forty-four through two forty-five?
12   A.    Correct.
13   Q.    But the details that are contained in it are
14         accurate?
15   A.    Yes.
16   Q.    Okay.  All right.  Let's go to paragraph two
17         forty-six.  And so is it fair to say, Miss
18         Simmons, that paragraph two forty-six describes
19         that in all the times you went through a
20         checkpoint, there were five instances where you
21         were pulled over for a prolonged stop?
22   A.    That may be generally correct.
23   Q.    Do you agree that there were five instances where

25

1      you were pulled over for a prolonged stop?

2   A.  There may have been.

3   Q.  Do you agree that there were only two instances

4      where either you or someone you were driving with

5      received a traffic ticket at a checkpoint?

6   A.  Can you repeat that?

7   Q.  So paragraph two forty-six alleges that there

8      were two instances where you or someone you were

9      driving with received a traffic ticket after

10     having gone through a checkpoint, correct?

11  A.  Correct.

12  Q.  Is that accurate?

13  A.  I believe so.

14  Q.  Okay.  And in one instance, it was for an expired

15     inspection sticker, correct?

16  A.  Correct.

17  Q.  And that was a ticket you received?

18  A.  Correct.

19  Q.  All right.  Was your inspection sticker, in fact,

20     expired when you received that ticket?

21  A.  As I -- I do -- I don't know.  I don't recall.

22  Q.  Do you recall if you went to court and appeared

23     in connection with that traffic ticket?

26

1    A.   I don't know how that ticket was resolved.  I

2         don't, I don't recall.  I don't recall if I

3         objected to it.  I don't, I just don't recall how

4         that was resolved.

5    Q.   And you don't recall one way or the other whether

6         your inspection sticker was, in fact, expired at

7         the time you got the ticket?

8    A.   Right.

9    Q.   Okay.  And the other instance is your husband

10        received a ticket for not wearing a seat belt?

11   A.   Yes.

12   Q.   Do you recall that instance specifically?

13   A.   I do.

14   Q.   Okay.  Were you driving or was your husband

15        driving?

16   A.   I was driving.

17   Q.   All right.  Was he in the passenger's seat?

18   A.   Yes.

19   Q.   All right.  Was he, in fact, not wearing a seat

20        belt?

21   A.   He was, he was -- I don't know.  I really don't

22        know.  I just recall that we were pulled over,

23        and we were there for a very long time, because I

27

```
 1         was upset, I had just came from shopping and I

 2         had perishable items in my car, and it was

 3         extremely hot.

 4    Q.   Okay.  But you don't know one way or -- you don't

 5         have any specific recollection one way or the

 6         other whether he was wearing a seat belt or not?

 7    A.   Right.

 8    Q.   Okay.  Is it fair to say that neither you nor any

 9         of your passengers were ever cited or arrested

10         for a non-traffic related offense at a

11         checkpoint?

12    A.   Correct.

13    Q.   Okay.  And you were never detained, put in

14         custody as a result of a vehicle and traffic

15         safety checkpoint, correct?

16    A.   Correct.

17    Q.   Okay.  When was the last time you went through a

18         checkpoint in the City of Buffalo?

19    A.   An official checkpoint or an unofficial

20         checkpoint?

21    Q.   I guess anything that you -- so what we've been

22         talking about today are the times that you went

23         through what you recognize to be checkpoints in
```

28

```
 1        the City of Buffalo, correct?
 2   A.   Wait.  Can you repeat that?
 3   Q.   Yes.  So is there a distinction in your mind
 4        between an official and an unofficial checkpoint?
 5   A.   Yes.  There's a difference.
 6   Q.   Okay.  What is the difference between an official
 7        and an unofficial checkpoint according to your
 8        understanding?
 9   A.   One is overt and one is covert.
10   Q.   What is a covert checkpoint?
11   A.   A covert checkpoint is the police sitting on side
12        streets of main streets and pulling people over.
13   Q.   Okay.  Pulling every car over or some cars over?
14   A.   I've seen both.
15   Q.   Okay.  You've seen cars, police cars pulling
16        every car that drives by over in what you
17        describe to be a covert checkpoint?
18   A.   Correct.
19   Q.   All right.  And when was the last time you saw
20        what you described to be a covert checkpoint?
21   A.   You can see it daily on Broadway.
22   Q.   Okay.
23   A.   And other streets.
```

29

1   Q.   So it's your testimony that every single car

2        that's driving down those streets gets pulled

3        over?

4   A.   When they set up to do so, yes.

5   Q.   Without exception?

6   A.   I've seen it with and without.

7   Q.   And when was the last time you saw a covert

8        checkpoint?

9   A.   A covert?

10  Q.   Yes.

11  A.   I haven't seen those.  I can't recall the last

12       time I seen a covert -- wait.  I'm sorry.  I'm

13       getting my words confused.  Covert, I've seen --

14       when was the last time I was on -- I want to say

15       within the last couple of weeks I've seen the

16       Buffalo Police in action.

17  Q.   Okay.  So my question to you is -- well, let's do

18       this.  What is your understanding of an overt

19       checkpoint?

20  A.   An overt checkpoint is, you know, when you have

21       the police lining the streets with tow cars, and

22       police personnel in the middle of the street.

23  Q.   Okay.  When was the last time you went through an

30

```
 1       overt checkpoint?
 2    A.  I can't -- it's been a while.
 3    Q.  Would you say it's been multiple years?
 4    A.  What's multiple?
 5    Q.  Has it been more than two years?
 6    A.  Yes.
 7    Q.  All right.  How about three?
 8    A.  Three, I don't know.  I don't know.  I recall
 9        seeing one, and it may have -- it wasn't the last
10        two years, but it was -- I've seen one prior to
11        that.
12    Q.  Okay.  So it's been at least two years since
13        you've seen what you describe as an overt
14        checkpoint being operated in the City of Buffalo?
15    A.  Yes.
16    Q.  All right.  So back to covert checkpoints.  How
17        many police vehicles are involved in what you
18        would describe as a covert checkpoint?
19    A.  I've seen -- I mean, I've seen multiple cars,
20        like I can't really put a number on it, because
21        generally speaking, you don't, you don't see them
22        until they, you know, they pop out of one of
23        those side streets.
```

31

1   Q.   Okay.  I guess my question to you is this.  On

2       the streets where you say that covert checkpoints

3       are being operated, is it fair to say that some

4       cars are pulled over, and some cars drive freely

5       down the street without being stopped?

6   A.   I've seen, like I said, I've seen both.  Like

7       I've seen where you have Caucasian people riding

8       down Broadway, they don't get pulled over, but

9       any car that contains someone who is not

10      Caucasian, I've seen them get pulled over.

11  Q.   Okay.  So how many cars at once have you seen

12      been pulled over?

13  A.   I've seen, at one time I've seen maybe two or

14      three cars.

15  Q.   Okay.  So no more than two or three though?

16  A.   No more than two or three that I've seen, you

17      know, during my duration while I was there.

18  Q.   Okay.  And there are no officers -- other than

19      the cars that have pulled the cars over, there

20      are no other police cars present on the street

21      blocking traffic or forming what you call an

22      overt checkpoint?

23  A.   Correct.

32

1   Q.   Okay.  Have you ever been pulled over in the last
2        two years in what you describe to be a covert
3        checkpoint?
4   A.   I don't believe so, no.
5   Q.   Do you recall one way or the other, did your
6        husband or you challenge the ticket he got for
7        not wearing a seat belt or appear in court in
8        connection with it even?
9   A.   No.
10  Q.   Meaning you don't recall one way or the other?
11  A.   I believe we just paid the ticket.
12  Q.   Okay.  When was the last time you got a traffic
13       ticket in the City of Buffalo?
14  A.   Wait.  Can you repeat that?
15  Q.   Yes.  When was the last time you received a
16       ticket for a traffic related offense or violation
17       in the City of Buffalo?
18  A.   I can't recall.
19  Q.   Do you recall ever receiving a ticket after the
20       expired inspection ticket you got in 2012, which
21       is described in paragraph two forty-six of the
22       amended complaint?
23  A.   Wait.  Can you repeat the question?

33

```
 1   Q.   Yes.  I'll break it up, because that was --
 2        paragraph two forty-six describes a time where
 3        you got a ticket for having an expired inspection
 4        sticker, correct?
 5   A.   Correct.
 6   Q.   Okay.  Do you recall a time after that incident
 7        where you received a traffic ticket for anything?
 8   A.   I do.
 9   Q.   When?
10   A.   But I can't remember when.
11   Q.   What was it for, if you remember?
12   A.   I think it might have been a ticket about a stop
13        sign.  I can't -- and I can't remember if it was
14        when it was unofficial --
15   Q.   Let me ask you this.  Were you pulled over?
16   A.   Yes.
17   Q.   By a police officer?
18   A.   Yes.
19   Q.   Okay.  And you were given a ticket?
20   A.   Yes.
21   Q.   Do you recall the outcome or disposition of the
22        ticket?
23   A.   Yes.  I ended up having to pay the ticket, I
```

34

1          recall that.  I went to traffic court.

2    Q.    Okay.  Was this more than two years ago?

3    A.    Yes.

4    Q.    Was it more than five years ago?

5    A.    That I'm not really sure on.

6    Q.    Okay.  Was it at what you would describe as an

7          overt vehicle and traffic safety checkpoint?

8    A.    Yes.

9    Q.    It was?

10   A.    Yes.

11   Q.    So it was at a checkpoint where police cars lined

12         the street?

13   A.    Where they sit in the cut, and they on the side

14         streets, and they pull people over.

15   Q.    So that's what you previously described as a

16         covert checkpoint?

17   A.    Correct.

18   Q.    So my question, it wasn't at an overt checkpoint?

19   A.    No.

20   Q.    Okay.  Where there's multiple police cars that

21         are lining the street, and every car that goes

22         through passes a checkpoint, it wasn't at one of

23         those?

35

1   A.   Correct.

2   Q.   Okay.  Do you remember one way or the other

3        whether you did, in fact, run the stop sign?

4   A.   I did not.

5   Q.   Okay.  And what was the disposition of the

6        ticket?

7   A.   I ended up having to pay the ticket.

8   Q.   Did the officer appear in court?

9   A.   No.  The City of Buffalo allowed another

10       officer -- they just allowed the officer of the

11       day to appear on behalf of the city.

12  Q.   In that instance, other than receiving the

13       ticket, were you apprehended or taken into

14       custody at all?

15  A.   No.

16  Q.   You were allowed to drive away from the scene?

17  A.   Yes.

18  Q.   Do you recall how long you were stopped for in

19       that incident?

20  A.   No.

21  Q.   Other than the ticket for running a stop sign,

22       any other traffic tickets you've received besides

23       the one described in paragraph two forty-six of

36

```
 1        the amended complaint?

 2   A.   I do have a recollection, but I'm just not sure

 3        of another ticket, another time I got pulled

 4        over.  But I can't remember when that one was.

 5   Q.   So there was another ticket you received that you

 6        can't specifically recall what it was for?

 7   A.   It was another stop sign ticket.

 8   Q.   Okay.  And how, was that before or after the stop

 9        sign ticket you just described?

10   A.   They were close, but I can't recall.  I can't

11        recall when, but I recall that I received another

12        stop sign ticket.

13   Q.   And that was not at an overt checkpoint, was it?

14   A.   No.

15   Q.   Okay.  Do you recall the disposition or outcome

16        of that?

17   A.   I remember I had to pay the ticket.

18   Q.   Okay.  Did you show up in court?

19   A.   Yes.

20   Q.   Did the officer who wrote you the ticket show up

21        in court?

22   A.   No.

23   Q.   But you were found to have violated the Vehicle
```

37

```
 1        and Traffic Law and you paid a fine?
 2   A.   Yes.
 3   Q.   And you weren't arrested, apprehended or placed
 4        into custody as a result of that incident,
 5        correct?
 6   A.   No.
 7   Q.   Anything else in the last ten years besides
 8        what's described in paragraph two forty-six and
 9        the two stop sign infractions you've testified
10        to?
11   A.   I don't believe so.
12   Q.   I want to talk a little bit more about covert
13        checkpoints.  You've described them as times
14        where officers are waiting on the side streets or
15        on the sides of streets and then drive up to
16        vehicles and pull them over, correct?
17   A.   Correct.
18   Q.   Okay.  So would it be fair to say that when a car
19        is pulled over in that instance, an officer puts
20        his lights on and drives behind the car they're
21        stopping, indicating that they need to pull over
22        to the side of the road?
23   MS. WILLIAMS:  Objection.
```

38

1   THE WITNESS:  Correct.

2   MR. SAHASRABUDHE:  Okay.  Can we go off the record?

3   MS. WILLIAMS:  Yes.

4          (Whereupon, a short recess was then taken.)

5   BY MR. SAHASRABUDHE:

6   Q.  I'm going to hand you what's been marked as

7       Defendant's Exhibit P.  Defendant's Exhibit P is

8       a copy of a social media post that was produced

9       by your attorneys.  And it's Bates stamped in the

10      bottom right-hand corner Simmons 1.  Do you

11      recognize this document, Miss Simmons?

12  A.  Okay.

13  Q.  So this is a social media post of some kind,

14      correct?

15  A.  Correct.

16  Q.  Do you know if it was posted to Facebook?

17  A.  I'm going to say I guess.

18  Q.  And who is Davina L. Blackcloud Jackson?

19  A.  She is one of my friends.

20  Q.  Okay.  And this is her post?

21  A.  It appears to be.

22  Q.  And you're tagged in it?

23  A.  That's my -- it appears to be that way.

39

1    Q.  And it encourages people to vote for you for
2        mayor as a write-in candidate?
3    A.  Correct.
4    Q.  Did you run for mayor?
5    A.  I did.
6    Q.  Okay.  As a write-in candidate?
7    A.  Correct.
8    Q.  And you are critical of the current mayor,
9        correct?
10   MS. WILLIAMS:  Objection.
11   THE WITNESS:  Yes.
12   BY MR. SAHASRABUDHE:
13   Q.  And your post was actually -- this post is
14       actually somewhat critical of the mayor's
15       opponent in the most recent election, correct?
16   MS. WILLIAMS:  Objection.
17   THE WITNESS:  It appears to be.
18   BY MR. SAHASRABUDHE:
19   Q.  Saying that India Walton, the mayor's opponent in
20       the most recent mayoral election, didn't speak
21       out against checkpoints, correct?
22   A.  Yes, I guess.  I don't know.
23   Q.  And it's advocating for you as mayor because you

40

```
 1      are a Plaintiff in this lawsuit and have spoken
 2      out against checkpoints, correct?
 3   A.   I mean, that's what it appears to be.
 4   MS. WILLIAMS:  Objection.
 5   THE WITNESS:  I didn't write it, so I'm just trying
 6      to understand what was being said.
 7   BY MR. SAHASRABUDHE:
 8   Q.   Well, let me ask you this.  Did you approve of
 9      this message before it was posted?
10   MS. WILLIAMS:  Objection.
11   THE WITNESS:  No.
12   BY MR. SAHASRABUDHE:
13   Q.   Okay.  Do you agree with the representations that
14      are made in the message?
15   A.   It's kind of confusing, but --
16   MS. WILLIAMS:  Objection.
17   THE WITNESS:  I don't, I don't fully understand it,
18      so I'm confused.  I'm just really confused.
19   BY MR. SAHASRABUDHE:
20   Q.   Okay.
21   A.   By the post.
22   Q.   Have you seen it before today?
23   A.   No.
```

41

```
 1   Q.   Okay.  And you didn't see it on October 10, 2021
 2        when it purports to have been posted?
 3   A.   I don't know.  I mean, I don't know.  That was
 4        then, and reading it now, I just don't recall
 5        this post.
 6   Q.   Okay.  How long did you campaign for mayor?
 7   A.   How long did I campaign, I don't know.
 8   Q.   What did you do to campaign as a write-in
 9        candidate for mayor?
10   MS. WILLIAMS:  Objection.
11   THE WITNESS:  I let people know that I was an option
12        to be written in if they did not like the current
13        candidates.
14   BY MR. SAHASRABUDHE:
15   Q.   What did you do to let people know that?
16   A.   Social media, and just being out in the
17        community.
18   Q.   Did you speak at any events or any -- did you
19        give any public speeches in connection with your
20        campaign?
21   A.   I don't know.  I may have.  I may have.
22   Q.   Did you ever announce that you were running for
23        mayor, did you make an official announcement?
```

42

```
 1   MS. WILLIAMS:  Objection.

 2   THE WITNESS:  I'm not sure if I did.  I mean, I ran

 3        for mayor twice, so I don't -- it's all kind of

 4        jumbled together.

 5   BY MR. SAHASRABUDHE:

 6   Q.   So you ran for mayor in the most recent mayoral

 7        election cycle, correct?

 8   A.   Correct.  And I believe that would be -- that's

 9        maybe where this post is from, the time period.

10   Q.   Okay.  When did you run for mayor previously?

11   A.   2017.

12   Q.   And again, that was the incumbent at the time was

13        the current mayor, Byron Brown?

14   A.   Correct.

15   Q.   Okay.  Handing you what's been pre-marked as

16        Defendant's Exhibit Q, this is a social media

17        post Bates stamped Simmons 5.  Take a second to

18        look that over.  Do you recognize what we've

19        marked as Defendant's Exhibit Q?

20   A.   What do you mean do I recognize it?

21   Q.   Is Defendant's Exhibit Q a reflection of a social

22        media post that you made?

23   A.   It appears to be.
```

43

1    Q.   And would that have been on Facebook?

2    A.   It may have been.

3    Q.   Do you recall making this particular post?

4    A.   Roughly.

5    Q.   Okay.  Fair to say that in this post you describe

6         the BPD as domestic terrorists?

7    A.   That's what it says.

8    Q.   Do you believe that to be true?

9    A.   I do.

10   Q.   Okay.  I can take that back.  Handing you what's

11        been pre-marked as Defendant's Exhibit R.

12        Defendant's Exhibit R is Bates stamped Simmons

13        14, and this is something we got in discovery

14        from your attorneys.  Miss Simmons, do you

15        recognize Defendant's Exhibit R?

16   A.   I don't know what you mean.

17   Q.   Is Defendant's Exhibit R a social media post that

18        you made?

19   A.   It looks like it.

20   Q.   Do you recall posting, do you recall posting a

21        message with similar content to Facebook on

22        January 13 of 2019?

23   MS. WILLIAMS:  Objection.

44

1    THE WITNESS:  I don't know.  I may have.

2    BY MR. SAHASRABUDHE:

3    Q.  So do you have any reason to dispute that this

4        is, in fact, a post that you made?

5    A.  I don't, I don't know.  This is on a piece of

6        paper, so I don't know.

7    Q.  Well, it's produced by your counsel in --

8    A.  Okay.

9    Q.  -- response to a discovery demand that we made

10       for your social media posts.

11   A.  Okay.

12   Q.  But you don't recall, as you sit here today, one

13       way or the other whether you made this post?

14   A.  I may have.

15   Q.  Fair to say that in this post you refer to Byron

16       Brown as a thug?

17   A.  That appears to be a typo.  It says is this the

18       same Byron Brown, it should say that instituted

19       the predatory and discriminatory checkpoints, so

20       that would appear to be a typo.

21   Q.  So it's your testimony that whoever made this

22       post accidentally typed U-G instead of A-T after

23       the T-H in the third line down?

45

1   A.   That's what it appears.

2   Q.   Okay.  So if it was you who made this post, it's

3        your testimony that you did not intend to use the

4        word thug?

5   A.   Correct.

6   Q.   Do you believe Byron Brown to be a thug?

7   MS. WILLIAMS:  Objection.

8   THE WITNESS:  In what capacity?

9   BY MR. SAHASRABUDHE:

10  Q.   In any capacity.

11  MS. WILLIAMS:  Objection.

12  THE WITNESS:  One way, I may consider him to be a

13       political thug that uses his authority to create

14       legislation that is both predatory and

15       discriminatory, as with the checkpoints.  In

16       those terms he may be construed as a political

17       thug.

18  BY MR. SAHASRABUDHE:

19  Q.   As a politician you view him as a thug?

20  A.   He may be viewed as a political thug.  No.  I

21       don't know if that would -- you know, how anybody

22       else would receive that.

23  Q.   Okay.  And then the post ends, it says black

46

1      oppression requires black faces.  Do you recall
2      writing that ever?
3  A.  I have written that.
4  Q.  Okay.  And do you dispute that those are your
5      words?
6  A.  I don't say that -- I don't know if I -- I don't
7      know if this is a post that I created, but black
8      oppression does require black faces, so that
9      statement would be correct and accurate.
10 Q.  And have you ever used that expression in
11     reference to Mayor Brown?
12 A.  I've used it in reference to the black faces
13     that --
14 MS. WILLIAMS:  Objection.
15 THE WITNESS:  -- that help oppress black people.
16 BY MR. SAHASRABUDHE:
17 Q.  Do you view Mayor Brown as a black face who helps
18     to oppress black people?
19 A.  He may be considered that, depending on if he
20     does quid pro quo for your black face.
21 Q.  Do you consider him to be a black face that helps
22     oppress black people?
23 A.  In the context of his legislation and his

47

1     allowance of the checkpoints, I would say the

2     checkpoints were oppressive, and that he

3     instituted them or he allowed them to be

4     instituted as the mayor, and he did not intercede

5     on behalf of the people, who requested that they

6     stop the checkpoints because they found them both

7     oppressive and discriminatory.

8  Q.  So is that a yes?

9  A.  I don't know.  It may be.

10 Q.  But you do not dispute that you used those words

11    to describe Mayor Brown?

12 MS. WILLIAMS:  Objection.

13 THE WITNESS:  I have used those words to describe

14    black people who help oppress other black people.

15    If Byron Brown happens to be oppressing black

16    people, then it may be applicable.

17 BY MR. SAHASRABUDHE:

18 Q.  Okay.  So you can't tell me one way or the other

19    whether you've ever used that expression to

20    describe Mayor Brown?

21 MS. WILLIAMS:  Objection.

22 THE WITNESS:  I may have.

23 BY MR. SAHASRABUDHE:

48

1    Q.   And, in fact, if you made this post, you'd agree

2         with me that you did use that expression --

3    MS. WILLIAMS:   Objection.

4    BY MR. SAHASRABUDHE:

5    Q.   -- to describe Mayor Brown?

6    MS. WILLIAMS:   Objection.

7    THE WITNESS:   I'm not sure if that's how it reads.   I

8         think it's subject to interpretation.   It's just

9         stating that black oppression requires black

10        faces, I suggest you start taking notes.

11   BY MR. SAHASRABUDHE:

12   Q.   Okay.

13   A.   So I'm not sure if that was in reference to Byron

14        Brown or if that is just a statement used to

15        raise people's level of awareness.

16   Q.   Well, the post as a whole is critical of the fact

17        that Byron Brown received an award, correct?

18   MS. WILLIAMS:   Objection.

19   THE WITNESS:   I don't, I don't know if he received an

20        award.   Where does it say he received an award?

21   BY MR. SAHASRABUDHE:

22   Q.   So do you see at the bottom, it says it's a

23        YouTube dot com link, City of Buffalo Mayor Byron

49

1      Brown CAO excellence in partnership award

2      honoree?

3  A.   CAO excellence in partnership award.  I don't

4      know.  I don't know what that means.  CAO, was

5      the CAO giving him an award?  I don't know.

6      During the -- Community Action Organization.  Oh,

7      he was honored.  Was this attached?

8  Q.   Yes.  So this is the way it was produced by your

9      attorneys, but the way -- this is a post from

10     your social media account, and the top purports

11     to be a post that your account made in reference

12     to an article or YouTube video discussing Byron

13     Brown receiving an award in 2019.

14 A.   Well, in reading it, I don't know.  I don't know

15     if that -- it just doesn't seem clear to me.  Oh,

16     he's being praised.

17 Q.   So the beginning of the post is critical of the

18     fact that Mayor Brown is being praised, correct?

19 A.   That's what it says.

20 Q.   Okay.  And then it refers to Mayor Brown as a

21     thug?

22 MS. WILLIAMS:  Objection.

23 THE WITNESS:  No.  Again, we -- that sentence

50

1          grammatically doesn't make sense when you use the

2          term thug.  It does when you replace thug with

3          that.

4     BY MR. SAHASRABUDHE:

5     Q.   So you would acknowledge that the letters T-H-U-G

6          appear on the post, correct?

7     A.   Correct.

8     Q.   Okay.  But it's your testimony that that's just

9          an accident, a typo?

10    A.   In reading the sentence, it's a typo.

11         Contextually, it's a typo.

12    Q.   Okay.  Complete accident that thug appears after

13         Byron Brown?

14    MS. WILLIAMS:  Objection.

15    THE WITNESS:  It appears so.

16    BY MR. SAHASRABUDHE:

17    Q.   Okay.  Fair to say you're not a fan of Byron

18         Brown?

19    MS. WILLIAMS:  Objection.

20    THE WITNESS:  In what context?

21    BY MR. SAHASRABUDHE:

22    Q.   Fair to say that you don't agree with some of the

23         steps Byron Brown has taken as mayor?

51

1    A.   I don't agree with some of the policies, correct.

2    Q.   You've been critical of him as mayor?

3    A.   I've been critical of his policies.

4    Q.   That you claim he's instituted or implemented as

5         the mayor?

6    A.   That he has implemented and instituted.

7    Q.   As the mayor?

8    A.   As the mayor.

9    Q.   Okay.  And, in fact, you've tried to run against

10        him twice --

11   A.   Correct.

12   Q.   -- for mayor?

13   MR. SAHASRABUDHE:  Okay.  I have nothing further.

14   MS. WILLIAMS:  I don't have anything.

15

16                    *    *    *    *    *

17

18

19

20

21

22

23

52

1        I HEREBY CERTIFY that I have read the

2    foregoing 51 pages and that, except as to those

3    changes set forth in the attached errata form(s),

4    they are a true and accurate transcript of the

5    testimony given by me in the above-entitled

6    action on May 16, 2023.

7

8

9

10                    _____

11                        TANIQUA SIMMONS

12

13

14   Sworn to before me this

15

16   _____ day of _____ 2023.

17

18

19   _____

20       Notary Public.

21

22

23

53

1      STATE OF NEW YORK)

2                      SS:

3      COUNTY OF ERIE)

4

5          I, Nichole Winans, a Notary Public in and

6      for the State of New York, County of Erie, DO

7      HEREBY CERTIFY that the testimony of TANIQUA

8      SIMMONS was taken down by me in a verbatim manner

9      by means of Machine Shorthand, on May 16, 2023.

10     That the testimony was then reduced into writing

11     under my direction.  That the testimony was taken

12     to be used in the above-entitled action.  That

13     the said deponent, before examination, was duly

14     sworn by me to testify to the truth, the whole

15     truth and nothing but the truth, relative to said

16     action.

17          I further CERTIFY that the above-described

18     transcript constitutes a true and accurate and

19     complete transcript of the testimony.

20

21     _____

22                      NICHOLE WINANS,
                        Notary Public.

23

ERRATA FORM

PAGE _____     LINE _____     CORRECTION: _____

_____

REASON: _____

PAGE _____     LINE _____     CORRECTION: _____

_____

REASON: _____

PAGE _____     LINE _____     CORRECTION: _____

_____

REASON: _____

PAGE _____     LINE _____     CORRECTION: _____

_____

REASON: _____

PAGE _____     LINE _____     CORRECTION: _____

_____

REASON: _____

PAGE _____     LINE _____     CORRECTION: _____

_____

REASON: _____

PAGE _____     LINE _____     CORRECTION: _____

_____

REASON: _____

Taniqua Simmons

**'**

**'17** [1] - 21:13

# 1

**1** [3] - 3:5, 5:1, 38:10
**1-10** [1] - 1:17
**1-20** [1] - 1:18
**10** [1] - 41:1
**100** [2] - 2:9, 4:11
**10004** [1] - 4:8
**10:35** [1] - 2:11
**13** [1] - 43:22
**14** [3] - 3:7, 5:6, 43:13
**140** [2] - 2:9, 4:11
**14202** [1] - 4:4
**14202-4040** [1] - 4:12
**14211** [2] - 5:11, 14:18
**1500** [1] - 4:7
**16** [3] - 2:10, 52:6, 53:9

# 2

**20** [1] - 6:22
**2008** [1] - 14:14
**2012** [1] - 32:20
**2014** [2] - 20:10, 21:12
**2017** [2] - 20:10, 42:11
**2018** [1] - 6:22
**2019** [3] - 6:22, 43:22, 49:13
**2021** [2] - 13:1, 41:1
**2022** [1] - 13:1
**2023** [4] - 2:10, 52:6, 52:16, 53:9
**210** [1] - 4:4

# 3

**37** [1] - 4:3

# 5

**5** [6] - 3:5, 3:6, 3:7, 5:4, 42:17
**50** [1] - 4:7
**51** [1] - 52:2

# 8

**800** [2] - 5:11, 14:18

# A

**A.M** [1] - 2:11
**AARON** [1] - 1:16
**ability** [6] - 8:10,

8:18, 9:1, 9:22, 10:2, 10:7
**above-described** [1] - 53:17
**above-entitled** [2] - 52:5, 53:12
**absolutely** [1] - 21:19
**access** [1] - 22:23
**accident** [2] - 50:9, 50:12
**accidentally** [1] - 44:22
**according** [2] - 21:17, 28:7
**account** [2] - 49:10, 49:11
**accurate** [10] - 9:6, 10:3, 10:7, 20:19, 22:6, 24:14, 25:12, 46:9, 52:4, 53:18
**accurately** [2] - 9:21, 24:1
**acknowledge** [1] - 50:5
**action** [6] - 11:6, 19:11, 29:16, 52:6, 53:12, 53:16
**Action** [1] - 49:6
**address** [2] - 14:21, 14:22
**advocating** [1] - 39:23
**affect** [2] - 10:2, 10:6
**ago** [3] - 7:1, 34:2, 34:4
**agree** [6] - 24:23, 25:3, 40:13, 48:1, 50:22, 51:1
**allegations** [3] - 16:13, 18:9, 18:23
**alleges** [1] - 25:7
**allowance** [1] - 47:1
**allowed** [4] - 35:9, 35:10, 35:16, 47:3
**amended** [5] - 11:5, 11:11, 19:11, 32:22, 36:1
**amount** [2] - 21:6, 23:13
**AND** [1] - 4:6
**announce** [1] - 41:22
**announcement** [1] - 41:23
**answer** [5] - 8:11, 8:15, 9:14, 9:20
**answers** [1] - 16:7
**anticipating** [1] - 8:16
**appear** [5] - 32:7,

35:8, 35:11, 44:20, 50:6
**APPEARANCES** [1] - 4:1
**appeared** [1] - 25:22
**Appearing** [2] - 4:5, 4:12
**appearing** [1] - 4:8
**applicable** [1] - 47:16
**apprehended** [2] - 35:13, 37:3
**approve** [1] - 40:8
**arrested** [2] - 27:9, 37:3
**article** [1] - 49:12
**AT** [1] - 44:22
**attached** [2] - 49:7, 52:3
**attempt** [1] - 24:8
**attended** [1] - 14:12
**attention** [2] - 19:15, 23:20
**attorney** [1] - 10:19
**attorneys** [6] - 11:14, 17:23, 19:13, 38:9, 43:14, 49:9
**authority** [1] - 45:13
**average** [3] - 22:21, 23:2, 23:4
**avoid** [1] - 24:8
**award** [7] - 48:17, 48:20, 49:1, 49:3, 49:5, 49:13
**awareness** [1] - 48:15

# B

**Bachelor's** [2] - 14:10, 14:15
**based** [2] - 23:14, 23:17
**Bates** [9] - 3:5, 3:6, 3:7, 5:1, 5:4, 5:6, 38:9, 42:17, 43:12
**beginning** [1] - 49:17
**behalf** [4] - 1:6, 1:8, 35:11, 47:5
**behind** [1] - 37:20
**belt** [4] - 26:10, 26:20, 27:6, 32:7
**best** [5] - 8:10, 8:18, 9:1, 9:21, 11:10
**between** [5] - 4:17, 20:10, 21:12, 28:4, 28:6
**bit** [1] - 37:12
**Black** [3] - 15:7, 15:11, 15:14

**black** [16] - 45:23, 46:1, 46:7, 46:8, 46:12, 46:15, 46:17, 46:18, 46:20, 46:21, 46:22, 47:14, 47:15, 48:9
**BLACK** [1] - 1:5
**Blackcloud** [1] - 38:18
**blocking** [1] - 31:21
**BONDS** [1] - 1:7
**bottom** [2] - 38:10, 48:22
**Box** [2] - 20:16, 21:2
**BPD** [2] - 21:14, 43:6
**bread** [1] - 22:4
**break** [4] - 9:12, 9:13, 9:15, 33:1
**briefly** [1] - 19:21
**BRINKWORTH** [1] - 1:16
**broad** [1] - 16:22
**Broadway** [3] - 4:7, 28:21, 31:8
**BROWN** [1] - 1:12
**Brown** [19] - 42:13, 44:16, 44:18, 45:6, 46:11, 46:17, 47:11, 47:15, 47:20, 48:5, 48:14, 48:17, 49:1, 49:13, 49:18, 49:20, 50:13, 50:18, 50:23
**Buff** [1] - 14:8
**BUFFALO** [1] - 1:12
**Buffalo** [22] - 1:13, 1:14, 1:16, 1:18, 2:10, 4:4, 5:11, 5:19, 7:4, 7:9, 14:18, 20:10, 27:18, 28:1, 29:16, 30:14, 32:13, 32:17, 35:9, 48:23
**Buffalo,New** [1] - 4:12
**Building** [2] - 2:9, 4:10
**business** [2] - 12:19, 12:20
**BY** [28] - 5:15, 12:7, 17:14, 17:20, 18:8, 18:21, 19:7, 23:19, 38:5, 39:12, 39:18, 40:7, 40:12, 40:19, 41:14, 42:5, 44:2, 45:9, 45:18, 46:16, 47:17, 47:23, 48:4, 48:11, 48:21, 50:4, 50:16, 50:21
**Byron** [12] - 42:13, 44:15, 44:18, 45:6, 47:15, 48:13, 48:17,

48:23, 49:12, 50:13, 50:17, 50:23
**BYRON** [2] - 1:12, 1:14

# C

**campaign** [4] - 41:6, 41:7, 41:8, 41:20
**candidate** [3] - 39:2, 39:6, 41:9
**candidates** [1] - 41:13
**CAO** [4] - 49:1, 49:3, 49:4, 49:5
**cap** [1] - 21:23
**capacities** [3] - 1:13, 1:15, 1:19
**capacity** [11] - 1:16, 6:1, 6:8, 8:2, 12:18, 13:6, 15:18, 16:5, 16:15, 45:8, 45:10
**car** [8] - 27:2, 28:13, 28:16, 29:1, 31:9, 34:21, 37:18, 37:20
**care** [9] - 12:9, 12:10, 12:11, 13:3, 13:5, 22:16, 22:18
**cars** [16] - 24:5, 24:7, 28:13, 28:15, 29:21, 30:19, 31:4, 31:11, 31:14, 31:19, 31:20, 34:11, 34:20
**cases** [2] - 7:22, 8:2
**Cathedral** [1] - 4:3
**Caucasian** [2] - 31:7, 31:10
**CENTER** [2] - 4:2, 4:6
**certification** [1] - 4:20
**CERTIFY** [3] - 52:1, 53:7, 53:17
**challenge** [1] - 32:6
**changes** [1] - 52:3
**CHARIS** [1] - 1:6
**CHARLES** [1] - 1:7
**checkpoint** [29] - 23:5, 24:20, 25:5, 25:10, 27:11, 27:15, 27:18, 27:19, 27:20, 28:4, 28:7, 28:10, 28:11, 28:17, 28:20, 29:8, 29:19, 29:20, 30:1, 30:14, 30:18, 31:22, 32:3, 34:7, 34:11, 34:16, 34:18, 34:22, 36:13
**checkpoints** [23] - 18:12, 20:9, 20:17,

21:7, 21:14, 21:22, 22:3, 22:22, 23:1, 23:14, 24:2, 24:8, 27:23, 30:16, 31:2, 37:13, 39:21, 40:2, 44:19, 45:15, 47:1, 47:2, 47:6
**child** [3] - 12:11, 13:3, 13:5
**cited** [1] - 27:9
**CITY** [1] - 1:12
**city** [1] - 35:11
**City** [12] - 1:13, 5:19, 7:4, 7:9, 20:9, 27:18, 28:1, 30:14, 32:13, 32:17, 35:9, 48:23
**civil** [2] - 6:2, 6:10
**Civil** [1] - 2:8
**claim** [1] - 51:4
**claims** [1] - 7:3
**clarify** [1] - 10:11
**class** [1] - 1:8
**cleaning** [4] - 12:9, 12:10, 13:3, 13:4
**Cleaning** [3] - 12:21, 12:22, 13:2
**clear** [2] - 8:7, 49:15
**close** [1] - 36:10
**college** [2] - 14:6, 14:7
**College** [1] - 14:8
**com** [1] - 48:23
**coming** [1] - 22:5
**commencing** [1] - 2:10
**Commissioner** [2] - 1:14, 1:15
**community** [1] - 41:17
**Community** [2] - 14:8, 49:6
**company** [1] - 12:16
**complaint** [7] - 11:5, 11:11, 18:9, 18:10, 19:11, 32:22, 36:1
**complete** [3] - 14:15, 50:12, 53:19
**confused** [3] - 29:13, 40:18
**confusing** [1] - 40:15
**connection** [3] - 25:23, 32:8, 41:19
**consider** [2] - 45:12, 46:21
**considered** [1] - 46:19
**constitutes** [1] - 53:18
**construed** [1] - 45:16

**contact** [1] - 13:21
**contained** [2] - 24:10, 24:13
**contains** [1] - 31:9
**content** [1] - 43:21
**context** [2] - 46:23, 50:20
**contextually** [1] - 50:11
**conversation** [5] - 17:3, 17:7, 17:10, 17:15, 18:17
**conversations** [2] - 10:12, 16:23
**copy** [2] - 19:10, 38:8
**corner** [2] - 22:4, 38:10
**correct** [56] - 6:19, 8:3, 11:12, 11:15, 17:8, 17:9, 19:6, 19:13, 19:14, 21:4, 21:14, 21:15, 22:8, 22:12, 23:8, 23:11, 24:12, 24:22, 25:10, 25:11, 25:15, 25:16, 25:18, 27:12, 27:15, 27:16, 28:1, 28:18, 31:23, 33:4, 33:5, 34:17, 35:1, 37:5, 37:16, 37:17, 38:1, 38:14, 38:15, 39:3, 39:7, 39:9, 39:15, 39:21, 40:2, 42:7, 42:8, 42:14, 45:5, 46:9, 48:17, 49:18, 50:6, 50:7, 51:1, 51:11
**counsel** [2] - 4:17, 44:7
**COUNTY** [1] - 53:3
**County** [1] - 53:6
**couple** [1] - 29:15
**court** [7] - 8:14, 25:22, 32:7, 34:1, 35:8, 36:18, 36:21
**COURT** [1] - 1:3
**covert** [15] - 28:9, 28:10, 28:11, 28:17, 28:20, 29:7, 29:9, 29:12, 29:13, 30:16, 30:18, 31:2, 32:2, 34:16, 37:12
**create** [1] - 45:13
**created** [1] - 46:7
**critical** [6] - 39:8, 39:14, 48:16, 49:17, 51:2, 51:3
**current** [3] - 39:8, 41:12, 42:13

**custody** [3] - 27:14, 35:14, 37:4
**customer** [1] - 13:21
**cut** [1] - 34:13
**cycle** [1] - 42:7

## D

**daily** [2] - 22:1, 28:21
**DANIEL** [1] - 1:15
**Davina** [1] - 38:18
**DE'JON** [1] - 1:7
**decision** [1] - 14:1
**Defendant** [2] - 6:5, 7:21
**Defendant's** [14] - 3:4, 5:2, 5:5, 5:7, 19:9, 38:7, 42:16, 42:19, 42:21, 43:11, 43:12, 43:15, 43:17
**Defendants** [3] - 1:20, 4:12, 5:19
**degree** [2] - 14:10, 14:15
**demand** [1] - 44:9
**Department** [4] - 1:14, 1:16, 1:18, 7:5
**department** [2] - 13:17, 13:22
**deponent** [1] - 53:13
**Deposition** [1] - 19:9
**deposition** [5] - 5:22, 16:4, 16:7, 16:10, 17:8
**depositions** [1] - 18:4
**DERENDA** [1] - 1:15
**describe** [13] - 12:4, 20:8, 24:1, 28:17, 30:13, 30:18, 32:2, 34:6, 43:5, 47:11, 47:13, 47:20, 48:5
**describes** [2] - 24:18, 33:2
**description** [1] - 20:13
**detail** [1] - 24:10
**details** [2] - 18:16, 24:13
**detained** [1] - 27:13
**difference** [2] - 28:5, 28:6
**different** [1] - 12:9
**direct** [1] - 23:20
**direction** [1] - 53:11
**discovery** [2] -

43:13, 44:9
**discriminatory** [4] - 18:13, 44:19, 45:15, 47:7
**discussing** [1] - 49:12
**disposition** [3] - 33:21, 35:5, 36:15
**dispute** [3] - 44:3, 46:4, 47:10
**distinction** [1] - 28:3
**DISTRICT** [2] - 1:3, 1:4
**DO** [1] - 53:6
**document** [2] - 11:11, 38:11
**documents** [7] - 10:13, 10:18, 10:19, 10:20, 10:22, 11:2, 11:8
**DOE** [1] - 1:8
**domestic** [1] - 43:6
**Dorethea** [3] - 15:20, 15:21, 15:23
**DORETHEA** [1] - 1:7
**dot** [1] - 48:23
**down** [5] - 29:2, 31:5, 31:8, 44:23, 53:8
**draw** [1] - 19:15
**drive** [3] - 31:4, 35:16, 37:15
**drives** [1] - 28:16, 37:20
**driving** [6] - 25:4, 25:9, 26:14, 26:15, 26:16, 29:2
**drugs** [1] - 10:7
**duly** [2] - 5:12, 53:13
**duration** [1] - 31:17
**during** [2] - 31:17, 49:6

## E

**EBONY** [1] - 1:8
**ECONOMIC** [1] - 4:6
**education** [1] - 14:5
**eight** [2] - 21:11, 21:12
**either** [2] - 7:9, 25:4
**election** [3] - 39:15, 39:20, 42:7
**Empire** [1] - 14:8
**employed** [4] - 12:2, 12:3, 12:4, 13:13
**employee** [2] - 13:14, 13:16
**employment** [1] - 13:9

**encourages** [1] - 39:1
**end** [1] - 23:9
**ended** [2] - 33:23, 35:7
**ends** [1] - 45:23
**entered** [1] - 4:15
**entitled** [2] - 9:13, 52:5, 53:12
**ERIE** [1] - 53:3
**Erie** [2] - 14:8, 53:6
**errata** [1] - 52:3
**ESQ** [3] - 4:2, 4:6, 4:10
**events** [1] - 41:18
**exact** [1] - 22:9
**examination** [1] - 53:13
**Examination** [1] - 2:6
**EXAMINATION** [1] - 5:15
**excellence** [2] - 49:1, 49:3
**except** [2] - 4:21, 52:2
**exception** [1] - 29:5
**Exhibit** [13] - 5:3, 5:5, 5:7, 19:9, 38:7, 42:16, 42:19, 42:21, 43:11, 43:12, 43:15, 43:17
**EXHIBITS** [1] - 3:1
**Exhibits** [1] - 3:4
**experiences** [1] - 20:8
**expired** [5] - 25:14, 25:20, 26:6, 32:20, 33:3
**expression** [3] - 46:10, 47:19, 48:2
**extremely** [1] - 27:3

## F

**face** [3] - 46:17, 46:20, 46:21
**Facebook** [9] - 3:5, 3:6, 3:7, 5:1, 5:4, 5:6, 38:16, 43:1, 43:21
**faces** [4] - 46:1, 46:8, 46:12, 48:10
**fact** [10] - 11:13, 25:19, 26:6, 26:19, 35:3, 44:4, 48:1, 48:16, 49:18, 51:9
**fair** [14] - 7:1, 7:7, 16:23, 20:6, 20:18, 20:20, 24:17, 27:8, 31:3, 37:18, 43:5,

**full** [6] - 8:13, 8:15, 8:20, 9:1, 9:5, 22:16
**full-time** [1] - 22:16
**fully** [2] - 9:15, 40:17

**G**

**general** [3] - 23:14, 23:17, 24:1
**generally** [7] - 16:18, 18:13, 20:18, 20:19, 24:5, 24:22, 30:21
**given** [7] - 5:22, 6:7, 8:1, 20:13, 23:4, 33:19, 52:5
**grammatically** [1] - 50:1
**grew** [1] - 15:22
**ground** [1] - 8:4
**Guaranty** [2] - 2:9, 4:10
**guess** [6] - 16:16, 19:17, 27:21, 31:1, 38:17, 39:22

**H**

**HALL** [1] - 1:7
**hand** [3] - 19:8, 38:6, 38:10
**handful** [1] - 6:12
**handing** [2] - 42:15, 43:10
**head** [2] - 8:22
**health** [2] - 22:16, 22:18
**help** [2] - 46:15, 47:14
**helps** [2] - 46:17, 46:21
**HEREBY** [2] - 52:1, 53:7
**hereby** [1] - 4:17
**higher** [2] - 22:7, 22:10
**highest** [1] - 14:5
**HODGSON** [2] - 2:8, 4:9
**hold** [1] - 13:18
**honored** [1] - 49:7
**honoree** [1] - 49:2
**hot** [1] - 27:3
**hour** [1] - 11:21
**house** [1] - 22:5
**hum** [1] - 9:5
**Humboldt** [2] - 5:11, 14:18
**HUMPHREY** [1] - 1:6
**husband** [3] - 26:9, 26:14, 32:6

**44:15, 50:17, 50:22**
**fan** [1] - 50:17
**federal** [2] - 13:14, 13:15
**Federal** [1] - 2:7
**few** [2] - 7:1, 20:19
**fifteen** [3] - 13:19, 22:20, 23:3
**fifty** [4] - 19:17, 19:19, 20:8, 20:14
**fifty-four** [4] - 19:17, 19:19, 20:8, 20:14
**filed** [5] - 5:20, 11:5, 16:17, 17:1, 17:4
**filing** [1] - 4:19
**fine** [1] - 37:1
**finish** [2] - 8:11, 8:17
**first** [4] - 5:21, 7:7, 20:23, 22:15
**five** [9] - 13:8, 22:20, 23:3, 23:21, 23:21, 24:11, 24:20, 24:23, 34:4
**following** [1] - 4:15
**follows** [1] - 5:13
**FOR** [1] - 4:6
**foregoing** [1] - 52:2
**forgot** [1] - 22:18
**form** [2] - 4:21, 6:18
**form(s** [1] - 52:3
**former** [1] - 1:15
**forming** [1] - 31:21
**forms** [1] - 13:9
**forth** [1] - 52:3
**forty** [22] - 21:13, 21:17, 21:21, 21:22, 22:7, 22:11, 22:19, 23:6, 23:21, 23:23, 24:11, 24:17, 24:18, 25:7, 32:21, 33:2, 35:23, 37:8
**forty-five** [3] - 23:21, 23:23, 24:11
**forty-four** [3] - 23:21, 23:23, 24:11
**forty-six** [7] - 24:17, 24:18, 25:7, 32:21, 33:2, 35:23, 37:8
**forty-three** [2] - 22:19, 23:6
**four** [7] - 19:17, 19:19, 20:8, 20:14, 23:21, 23:23, 24:11
**Fox** [2] - 20:15, 21:3
**Franklin** [5] - 4:3, 15:20, 15:21, 15:23, 19:4
**FRANKLIN** [1] - 1:7
**freely** [1] - 31:4
**friends** [1] - 38:19

**I**

**Identification** [1] - 3:4
**identification** [1] - 5:8
**immediately** [1] - 24:9
**implemented** [2] - 51:4, 51:6
**important** [1] - 8:13
**IN** [1] - 1:5
**inaccuracies** [2] - 20:20, 22:13
**inaccuracy** [1] - 21:10
**inaccurate** [1] - 20:12
**inaccurately** [1] - 21:6
**incident** [1] - 33:6, 35:19, 37:4
**includes** [1] - 9:4
**incumbent** [1] - 42:12
**INDEX** [1] - 3:1
**India** [1] - 39:19
**indicating** [3] - 8:9, 12:13, 37:21
**individual** [4] - 1:13, 1:14, 1:16, 1:19
**individually** [1] - 1:8
**industry** [1] - 22:16
**infractions** [1] - 37:9
**inspection** [5] - 25:15, 25:19, 26:6, 32:20, 33:3
**instance** [5] - 25:14, 26:9, 26:12, 35:12, 37:19
**instances** [4] - 24:20, 24:23, 25:3, 25:8
**instead** [2] - 21:3, 44:22
**instituted** [5] - 44:18, 47:3, 47:4, 51:4, 51:6
**instructed** [1] - 9:19
**intend** [1] - 45:3
**intercede** [1] - 47:4
**interpretation** [1] - 48:8
**intersection** [1] - 21:2
**interval** [1] - 23:4
**involved** [6] - 6:13, 6:17, 6:21, 7:3, 7:12, 30:17
**involving** [1] - 7:8
**items** [1] - 27:2

**J**

**Jackson** [1] - 38:18
**JANE** [1] - 1:8
**January** [1] - 43:22
**job** [2] - 13:20, 13:23
**JOSEPH** [1] - 1:7
**jumbled** [1] - 42:4
**JUSTICE** [1] - 4:6

**K**

**KARINA** [1] - 4:6
**KEISHA** [1] - 4:2
**KEVIN** [1] - 1:16
**kind** [9] - 8:5, 10:6, 12:8, 13:15, 18:2, 18:10, 38:13, 40:15, 42:3
**kinda** [2] - 20:11, 20:12
**kinds** [1] - 7:11
**known** [1] - 15:7

**L**

**last** [20] - 6:13, 6:20, 14:12, 16:2, 17:3, 17:16, 17:19, 18:2, 27:17, 28:19, 29:7, 29:11, 29:14, 29:15, 29:23, 30:9, 32:1, 32:12, 32:15, 37:7
**law** [1] - 2:8
**Law** [1] - 37:1
**LAW** [2] - 4:2, 4:6
**lawn** [4] - 12:9, 12:10, 13:2, 13:5
**lawsuit** [17] - 5:20, 6:11, 6:13, 6:20, 7:8, 7:15, 16:14, 16:16, 16:18, 17:1, 17:4, 17:17, 18:2, 18:11, 18:23, 40:1
**lawsuits** [5] - 7:3, 7:12, 7:17, 7:18, 7:20
**lawyer** [2] - 5:19, 9:18
**lawyers** [1] - 10:12
**least** [4] - 21:13, 21:21, 24:1, 30:12
**leave** [2] - 13:22, 14:1
**legislation** [2] - 45:14, 46:23
**length** [1] - 23:5
**letters** [1] - 50:5
**level** [2] - 14:5, 48:15
**lights** [1] - 37:20
**line** [2] - 24:6, 44:23
**lined** [1] - 34:11

**lines** [1] - 18:4
**lining** [1] - 29:21, 34:21
**link** [1] - 48:23
**litigation** [2] - 6:15, 6:17
**live** [2] - 14:17, 15:2
**lived** [4] - 14:19, 14:23, 15:1, 22:1
**LLP** [2] - 2:9, 4:9
**LOCKWOOD** [1] - 1:14
**look** [2] - 19:22, 20:2, 42:18
**looked** [2] - 10:22, 11:2
**looking** [1] - 19:18
**looks** [1] - 43:19
**LOVE** [1] - 1:5
**Love** [3] - 15:7, 15:11, 15:14
**low** [1] - 23:9

**M**

**Machine** [1] - 53:9
**main** [1] - 28:12
**manner** [1] - 53:8
**MARIELLE** [1] - 1:6
**marked** [8] - 5:2, 5:5, 5:7, 19:9, 38:6, 42:15, 42:19, 43:11
**matter** [3] - 6:2, 6:3, 15:17
**mayor** [18] - 39:2, 39:4, 39:8, 39:23, 41:6, 41:9, 41:23, 42:3, 42:6, 42:10, 42:13, 47:4, 50:23, 51:2, 51:5, 51:7, 51:8, 51:12
**Mayor** [9] - 1:13, 46:11, 46:17, 47:11, 47:20, 48:5, 48:23, 49:18, 49:20
**mayor's** [2] - 39:14, 39:19
**mayoral** [2] - 39:20, 42:6
**mean** [11] - 12:5, 16:21, 18:7, 22:2, 24:4, 30:19, 40:3, 41:3, 42:2, 42:20, 43:16
**meaning** [1] - 32:10
**means** [4] - 9:10, 10:21, 49:4, 53:9
**media** [8] - 38:8, 38:13, 41:16, 42:16, 42:22, 43:17, 44:10,

49:10
**medications** [1] - 10:5
**meet** [2] - 11:13, 11:18
**meeting** [1] - 11:20
**meetings** [1] - 15:9
**member** [2] - 15:6, 15:14
**members** [1] - 1:6
**mentioned** [2] - 7:16, 21:5
**message** [3] - 40:9, 40:14, 43:21
**met** [1] - 5:17
**middle** [1] - 29:22
**might** [2] - 10:2, 33:12
**mind** [1] - 28:3
**minimum** [1] - 22:21
**minutes** [4] - 22:20, 22:22, 23:3, 23:10
**Miss** [5] - 5:17, 12:2, 19:4, 24:17, 38:11
**miss** [1] - 43:14
**morning** [2] - 5:17, 10:1
**Moselle** [4] - 20:15, 20:16, 21:2, 21:3
**most** [3] - 39:15, 39:20, 42:6
**motor** [4] - 7:13, 7:17, 7:21, 8:2
**moving** [1] - 22:2
**MR** [30] - 5:15, 12:7, 17:14, 17:20, 18:8, 18:21, 19:7, 23:19, 38:2, 38:5, 39:12, 39:18, 40:7, 40:12, 40:19, 41:14, 42:5, 44:2, 45:9, 45:18, 46:16, 47:17, 47:23, 48:4, 48:11, 48:21, 50:4, 50:16, 50:21, 51:13
**MRS** [3] - 12:21, 12:22, 13:2
**MS** [29] - 12:6, 17:12, 17:18, 18:5, 18:19, 19:5, 23:16, 37:23, 38:3, 39:10, 39:16, 40:4, 40:10, 40:16, 41:10, 42:1, 43:23, 45:7, 45:11, 46:14, 47:12, 47:21, 48:3, 48:6, 48:18, 49:22, 50:14, 50:19, 51:14
**multiple** [5] - 17:2, 30:3, 30:4, 30:19, 34:20

## N

**N.Y** [1] - 1:12
**name** [4] - 5:18, 12:16, 12:19, 12:20
**NATIONAL** [1] - 4:6
**nature** [1] - 18:11
**need** [5] - 8:20, 9:5, 9:12, 37:21
**never** [1] - 27:13
**New** [7] - 2:10, 4:4, 4:8, 5:11, 14:18, 53:6
**NEW** [3] - 1:4, 4:2, 53:1
**next** [1] - 8:17
**Nichole** [1] - 53:5
**NICHOLE** [2] - 2:11, 53:21
**nine** [1] - 21:1
**non** [1] - 27:10
**non-traffic** [1] - 27:10
**Notary** [4] - 2:11, 52:20, 53:5, 53:22
**notes** [1] - 48:10
**nothing** [2] - 51:13, 53:15
**number** [3] - 22:6, 22:9, 30:20

## O

**oath** [2] - 4:18, 9:9
**object** [1] - 9:18
**objected** [1] - 26:3
**objection** [27] - 12:6, 17:12, 17:18, 18:5, 18:19, 19:5, 23:16, 37:23, 39:10, 39:16, 40:4, 40:10, 40:16, 41:10, 42:1, 43:23, 45:7, 45:11, 46:14, 47:12, 47:21, 48:3, 48:6, 48:18, 49:22, 50:14, 50:19
**objections** [1] - 4:21
**October** [2] - 13:1, 41:1
**OF** [4] - 1:4, 1:12, 53:1, 53:3
**offense** [2] - 27:10, 32:16
**officer** [8] - 24:5, 24:9, 33:17, 35:8, 35:10, 36:20, 37:19
**OFFICERS** [1] - 1:18
**officers** [3] - 1:18, 31:18, 37:14
**offices** [1] - 2:8
**official** [6] - 1:13, 1:15, 27:19, 28:4,

28:6, 41:23
**often** [1] - 15:23
**once** [2] - 11:19, 31:11
**one** [21] - 6:18, 25:14, 26:5, 27:4, 27:5, 28:9, 30:9, 30:10, 30:22, 31:13, 32:5, 32:10, 34:22, 35:2, 35:23, 36:4, 38:19, 44:12, 45:12, 47:18
**ongoing** [1] - 6:15
**operate** [1] - 12:17
**operated** [4] - 21:14, 24:3, 30:14, 31:3
**operational** [1] - 12:23
**opponent** [2] - 39:15, 39:19
**opportunities** [1] - 13:23
**oppress** [4] - 46:15, 46:18, 46:22, 47:14
**oppressing** [1] - 47:15
**oppression** [3] - 46:1, 46:8, 48:9
**oppressive** [2] - 47:2, 47:7
**option** [1] - 41:11
**organization** [1] - 15:6
**Organization** [1] - 49:6
**organizational** [1] - 12:16
**outcome** [2] - 33:21, 36:15
**overt** [9] - 28:9, 29:18, 29:20, 30:1, 30:13, 31:22, 34:7, 34:18, 36:13
**own** [3] - 11:22, 15:2, 15:3
**owned** [1] - 15:4

## P

**page** [1] - 8:8
**pages** [1] - 52:2
**paid** [2] - 32:11, 37:1
**PALMER** [1] - 1:7
**paper** [1] - 44:6
**paperwork** [1] - 11:4
**paragraph** [13] - 21:1, 21:11, 21:12, 22:15, 22:19, 23:6, 24:16, 24:18, 25:7, 32:21, 33:2, 35:23,

37:8
**paragraphs** [10] - 19:16, 19:18, 19:23, 20:6, 20:7, 20:13, 22:14, 23:21, 23:23, 24:11
**Park** [1] - 4:3
**Parkway** [2] - 5:11, 14:18
**particular** [1] - 43:3
**parties** [2] - 4:16, 4:18
**partnership** [2] - 49:1, 49:3
**party** [4] - 6:3, 6:10, 6:15, 8:2
**passenger's** [1] - 26:17
**passengers** [1] - 27:9
**passes** [1] - 34:22
**past** [2] - 13:8, 13:11
**pay** [3] - 33:23, 35:7, 36:17
**Pearl** [2] - 2:9, 4:11
**pending** [2] - 6:15, 9:14
**people** [13] - 28:12, 31:7, 34:14, 39:1, 41:11, 41:15, 46:15, 46:18, 46:22, 47:5, 47:14, 47:16
**people's** [1] - 48:15
**period** [2] - 22:17, 42:9
**perishable** [1] - 27:2
**person** [1] - 19:4
**personal** [2] - 12:18, 13:6
**personally** [2] - 15:19, 19:4
**PERSONNEL** [1] - 1:17
**personnel** [1] - 29:22
**Peter** [1] - 5:18
**PETER** [1] - 4:10
**PHILIP** [1] - 1:16
**piece** [1] - 44:5
**placed** [1] - 37:3
**places** [1] - 20:20
**Plaintiff** [8] - 2:7, 6:5, 7:8, 7:15, 7:16, 18:22, 19:2, 40:1
**Plaintiffs** [5] - 1:10, 4:5, 4:8, 5:21, 15:17
**plans** [1] - 14:15
**point** [1] - 21:5
**pointed** [1] - 20:23
**points** [1] - 22:23
**police** [11] - 24:5,

24:8, 28:11, 28:15, 29:21, 29:22, 30:17, 31:20, 33:17, 34:11, 34:20
**Police** [6] - 1:14, 1:16, 1:18, 7:4, 7:9, 29:16
**policies** [2] - 51:1, 51:3
**political** [3] - 45:13, 45:16, 45:20
**politician** [1] - 45:19
**pop** [1] - 30:22
**position** [1] - 13:18
**Post** [6] - 3:5, 3:6, 3:7, 5:1, 5:4, 5:6
**post** [26] - 38:8, 38:13, 38:20, 39:13, 40:21, 41:5, 42:9, 42:17, 42:22, 43:3, 43:5, 43:17, 44:4, 44:13, 44:15, 44:22, 45:2, 45:23, 46:7, 48:1, 48:16, 49:9, 49:11, 49:17, 50:6
**posted** [3] - 38:16, 40:9, 41:2
**posting** [2] - 43:20
**posts** [1] - 44:10
**praised** [2] - 49:16, 49:18
**pre** [2] - 42:15, 43:11
**pre-marked** [2] - 42:15, 43:11
**predatory** [2] - 44:19, 45:14
**preparation** [4] - 10:14, 10:16, 11:14, 19:20
**prepare** [3] - 10:10, 11:6, 11:23
**present** [1] - 31:20
**pretty** [1] - 20:18
**previously** [3] - 19:8, 34:15, 42:10
**pro** [1] - 46:20
**Procedure** [1] - 2:8
**process** [1] - 8:6
**produced** [3] - 38:8, 44:7, 49:8
**prolonged** [2] - 24:21, 25:1
**property** [1] - 15:2
**public** [1] - 41:19
**Public** [4] - 2:11, 52:20, 53:5, 53:22
**pull** [4] - 24:9, 34:14, 37:16, 37:21
**pulled** [13] - 24:21, 25:1, 26:22, 29:2,

31:4, 31:8, 31:10, 31:12, 31:19, 32:1, 33:15, 36:3, 37:19
**pulling** [3] - 28:12, 28:13, 28:15
**purports** [2] - 41:2, 49:10
**pursuant** [1] - 2:7
**pursue** [1] - 13:23
**put** [3] - 22:9, 27:13, 30:20
**puts** [1] - 37:19

### Q

**questions** [6] - 4:22, 8:21, 9:2, 9:19, 9:21, 16:6
**quickly** [1] - 8:5
**quid** [1] - 46:20
**quo** [1] - 46:20

### R

**racist** [1] - 18:12
**raise** [1] - 48:15
**raised** [1] - 18:10
**ran** [2] - 42:2, 42:6
**range** [1] - 22:20
**read** [2] - 22:15, 52:1
**reading** [3] - 41:4, 49:14, 50:10
**reads** [1] - 48:7
**really** [5] - 17:10, 26:21, 30:20, 34:5, 40:18
**reason** [1] - 44:3
**receive** [2] - 14:10, 45:22
**received** [16] - 5:2, 5:5, 5:7, 25:5, 25:9, 25:17, 25:20, 26:10, 32:15, 33:7, 35:22, 36:5, 36:11, 48:17, 48:19, 48:20
**receiving** [3] - 32:19, 35:12, 49:13
**recent** [3] - 39:15, 39:20, 42:6
**recess** [1] - 38:4
**recognize** [5] - 27:23, 38:11, 42:18, 42:20, 43:15
**recollection** [6] - 11:10, 21:18, 23:15, 23:18, 27:5, 36:2
**record** [5] - 5:18, 8:7, 8:23, 9:6, 38:2
**recruited** [1] - 15:11
**REDDEN** [1] - 1:6
**reduced** [1] - 53:10

**refer** [1] - 44:15
**Referee** [1] - 4:19
**reference** [4] - 46:11, 46:12, 48:13, 49:11
**refers** [1] - 49:20
**reflection** [1] - 42:21
**related** [2] - 27:10, 32:16
**relative** [1] - 53:15
**remember** [7] - 23:9, 33:10, 33:11, 33:13, 35:2, 36:4, 36:17
**rent** [1] - 15:2
**repeat** [4] - 25:6, 28:2, 32:14, 32:23
**replace** [1] - 50:2
**reporter** [1] - 8:14
**represent** [1] - 19:10
**representations** [1] - 40:13
**representative** [1] - 13:21
**requested** [1] - 47:5
**require** [1] - 46:8
**requires** [2] - 46:1, 48:9
**reserved** [1] - 4:22
**Resists** [3] - 15:7, 15:11, 15:15
**RESISTS** [1] - 1:5
**resolved** [4] - 6:18, 6:21, 26:1, 26:4
**respective** [1] - 4:18
**response** [4] - 8:21, 9:2, 9:6, 44:9
**result** [2] - 27:14, 37:4
**review** [5] - 10:9, 10:18, 11:5, 11:8, 19:18
**reviewed** [6] - 10:13, 11:11, 19:12, 20:3, 20:5, 22:14
**riding** [1] - 31:7
**right-hand** [1] - 38:10
**road** [1] - 37:22
**ROBBIN** [1] - 1:17
**roughly** [1] - 43:4
**rules** [1] - 8:4
**Rules** [1] - 2:8
**run** [4] - 35:3, 39:4, 42:10, 51:9
**running** [2] - 35:21, 41:22
**RUSS** [2] - 2:8, 4:9
**RUST** [1] - 1:5
**Rust** [3] - 15:7, 15:12, 15:15

### S

**safety** [4] - 20:9, 24:2, 27:15, 34:7
**Sahasrabudhe** [1] - 5:18
**SAHASRABUDHE** [31] - 4:10, 5:15, 12:7, 17:14, 17:20, 18:8, 18:21, 19:7, 23:19, 38:2, 38:5, 39:12, 39:18, 40:7, 40:12, 40:19, 41:14, 42:5, 44:2, 45:9, 45:18, 46:16, 47:17, 47:23, 48:4, 48:11, 48:21, 50:4, 50:16, 50:21, 51:13
**SARMIENTO** [1] - 1:7
**saw** [2] - 28:19, 29:7
**scene** [1] - 35:16
**scheduling** [1] - 18:3
**school** [1] - 14:13
**seat** [5] - 26:10, 26:17, 26:19, 27:6, 32:7
**second** [2] - 19:22, 20:2, 42:17
**see** [6] - 22:13, 24:7, 28:21, 30:21, 41:1, 48:22
**seeing** [1] - 30:9
**seem** [2] - 23:2, 49:15
**self** [2] - 12:3, 12:4
**self-employed** [2] - 12:3, 12:4
**sense** [1] - 50:1
**sentence** [2] - 49:23, 50:10
**SERAFINI** [1] - 1:16
**Services** [3] - 12:21, 12:22, 13:2
**set** [2] - 29:4, 52:3
**seven** [4] - 19:16, 19:19, 20:7, 20:14
**shake** [1] - 8:22
**SHAKETA** [1] - 1:6
**shape** [1] - 6:18
**SHAVONNE** [1] - 1:6
**SHIRLEY** [1] - 1:7
**shopping** [1] - 27:1
**short** [2] - 22:17, 38:4
**Shorthand** [1] - 53:9
**show** [2] - 36:18, 36:20
**side** [6] - 24:6, 28:11, 30:23, 34:13, 37:14,

37:22
**sides** [1] - 37:15
**sign** [7] - 33:13, 35:3, 35:21, 36:7, 36:9, 36:12, 37:9
**signing** [1] - 4:19
**similar** [1] - 43:21
**similarly** [1] - 1:9
**Simmons** [14] - 3:5, 3:6, 3:7, 5:1, 5:4, 5:6, 5:17, 12:2, 24:18, 38:10, 38:11, 42:17, 43:12, 43:14
**SIMMONS** [5] - 1:2, 1:7, 2:7, 52:11, 53:8
**single** [1] - 29:1
**sit** [3] - 22:10, 34:13, 44:12
**sitting** [1] - 28:11
**situated** [1] - 1:9
**six** [7] - 24:17, 24:18, 25:7, 32:21, 33:2, 35:23, 37:8
**slight** [1] - 20:20
**SMITH** [1] - 1:6
**social** [8] - 38:8, 38:13, 41:16, 42:16, 42:21, 43:17, 44:10, 49:10
**someone** [3] - 25:4, 25:8, 31:9
**somewhat** [1] - 39:14
**somewhere** [1] - 6:22
**sorry** [1] - 29:12
**speaking** [3] - 18:13, 20:18, 30:21
**specific** [1] - 27:5
**specifically** [3] - 19:16, 26:12, 36:6
**speeches** [1] - 41:19
**spoken** [5] - 16:13, 16:17, 18:1, 18:22, 40:1
**SS** [1] - 53:2
**stamped** [2] - 38:9, 42:17, 43:12
**start** [1] - 48:10
**State** [3] - 14:8, 14:9, 53:6
**STATE** [1] - 53:1
**statement** [2] - 46:9, 48:14
**STATES** [1] - 1:3
**states** [1] - 21:6
**stating** [1] - 48:9
**steps** [1] - 50:23
**sticker** [4] - 25:15, 25:19, 26:6, 33:4

**stipulated** [1] - 4:17
**stipulations** [1] - 4:15
**stop** [10] - 24:21, 25:1, 33:12, 35:3, 35:21, 36:7, 36:8, 36:12, 37:9, 47:6
**stopped** [2] - 31:5, 35:18
**stopping** [1] - 37:21
**Street** [3] - 2:9, 4:3, 4:11
**street** [7] - 21:2, 24:7, 29:22, 31:5, 31:20, 34:12, 34:21
**streets** [11] - 24:6, 28:12, 28:23, 29:2, 29:21, 30:23, 31:2, 34:14, 37:14, 37:15
**subject** [1] - 48:8
**subparagraph** [1] - 21:1
**substance** [4] - 10:11, 17:6, 18:1, 18:6
**substances** [1] - 10:6
**suggest** [1] - 48:10
**Suite** [4] - 2:9, 4:4, 4:7, 4:11
**SUPERVISORY** [1] - 1:17
**Sworn** [1] - 52:14
**sworn** [2] - 5:12, 53:14

### T

**tagged** [1] - 38:22
**TANIQUA** [5] - 1:2, 1:7, 2:7, 52:11, 53:7
**TEFFT** [1] - 4:6
**ten** [2] - 13:11, 37:7
**term** [1] - 50:2
**terminated** [1] - 14:3
**terms** [2] - 21:23, 45:16
**terrorists** [1] - 43:6
**testified** [4] - 5:13, 18:17, 19:12, 37:9
**testify** [1] - 53:14
**testimony** [20] - 5:22, 6:7, 8:1, 10:3, 10:7, 10:10, 11:6, 11:23, 19:20, 21:16, 23:6, 29:1, 44:21, 45:3, 50:8, 52:5, 53:7, 53:10, 53:11, 53:19
**TH** [1] - 44:23
**THE** [26] - 1:5, 17:13,

Taniqua Simmons

6

17:19, 18:6, 18:20,
19:6, 23:17, 38:1,
39:11, 39:17, 40:5,
40:11, 40:17, 41:11,
42:2, 44:1, 45:8,
45:12, 46:15, 47:13,
47:22, 48:7, 48:19,
49:23, 50:15, 50:20
**third** [1] - 44:23
**thirty** [7] - 19:16,
19:19, 20:7, 20:14,
21:1, 21:11, 21:12
**thirty-eight** [2] -
21:11, 21:12
**thirty-nine** [1] - 21:1
**thirty-seven** [4] -
19:16, 19:19, 20:7,
20:14
**THOMAS** [1] - 1:17
**three** [10] - 22:3,
22:5, 22:19, 23:6,
30:7, 30:8, 31:14,
31:15, 31:16
**THUG** [1] - 50:5
**thug** [11] - 44:16,
45:4, 45:6, 45:13,
45:17, 45:19, 45:20,
49:21, 50:2, 50:12
**ticket** [31] - 25:5,
25:9, 25:17, 25:20,
25:23, 26:1, 26:7,
26:10, 32:6, 32:11,
32:13, 32:16, 32:19,
32:20, 33:3, 33:7,
33:12, 33:19, 33:22,
33:23, 35:6, 35:7,
35:13, 35:21, 36:3,
36:5, 36:7, 36:9,
36:12, 36:17, 36:20
**tickets** [1] - 35:22
**title** [1] - 13:20
**TO** [1] - 3:1
**today** [16] - 5:21, 9:9,
10:3, 10:10, 10:14,
10:15, 10:16, 11:14,
11:23, 19:20, 21:16,
22:10, 23:6, 27:22,
40:22, 44:12
**together** [2] - 15:22,
42:4
**top** [1] - 49:10
**topic** [1] - 7:11
**tow** [1] - 29:21
**Tower** [1] - 4:3
**Traffic** [1] - 37:1
**traffic** [14] - 20:9,
24:2, 25:5, 25:9,
25:23, 27:10, 27:14,
31:21, 32:12, 32:16,
33:7, 34:1, 34:7,

35:22
**transcribed** [3] -
8:14, 8:15, 8:23
**transcript** [4] - 4:20,
52:4, 53:18, 53:19
**treasury** [2] - 13:17,
13:22
**Trial** [1] - 2:6
**trial** [1] - 4:22
**tried** [1] - 51:9
**true** [3] - 43:8, 52:4,
53:18
**truth** [1] - 53:14,
53:15
**truthful** [2] - 10:2,
10:7
**truthfully** [1] - 9:21
**try** [1] - 8:17
**trying** [1] - 40:5
**twenty** [6] - 14:20,
14:21, 14:22, 15:4,
22:22, 23:10
**twice** [2] - 42:3,
51:10
**two** [38] - 19:16,
19:17, 19:18, 19:19,
20:7, 20:13, 20:14,
21:1, 21:11, 21:12,
22:19, 22:23, 23:6,
23:21, 23:23, 24:11,
24:16, 24:18, 25:3,
25:7, 25:8, 30:5,
30:10, 30:12, 31:13,
31:15, 31:16, 32:2,
32:21, 33:2, 34:2,
35:23, 37:8, 37:9
**typed** [1] - 44:22
**types** [1] - 12:9
**typo** [5] - 44:17,
44:20, 50:9, 50:10,
50:11

## U

**UG** [1] - 44:22
**ultimately** [1] - 14:10
**um-hum** [1] - 9:5
**under** [3] - 9:9,
12:17, 53:11
**undergraduate** [1] -
14:12
**understated** [1] -
23:7
**UNITED** [1] - 1:3
**University** [1] - 14:9
**UNKNOWN** [2] -
1:17, 1:18
**unless** [1] - 9:19
**unofficial** [4] - 27:19,
28:4, 28:7, 33:14

**up** [9] - 6:22, 15:22,
29:4, 33:1, 33:23,
35:7, 36:18, 36:20,
37:15
**upset** [1] - 27:1
**uses** [1] - 45:13

## V

**vehicle** [9] - 7:13,
7:17, 7:22, 8:2, 20:8,
21:13, 24:2, 27:14,
34:7
**Vehicle** [1] - 36:23
**vehicles** [2] - 30:17,
37:16
**verbal** [3] - 8:20, 9:2,
9:5
**verbatim** [1] - 53:8
**video** [1] - 49:12
**view** [2] - 45:19,
46:17
**viewed** [1] - 45:20
**violated** [1] - 36:23
**violation** [1] - 32:16
**vote** [1] - 39:1
**vs** [1] - 1:11

## W

**wait** [6] - 8:10, 23:5,
28:2, 29:12, 32:14,
32:23
**waited** [1] - 23:10
**waiting** [3] - 22:20,
23:13, 37:14
**waived** [2] - 4:19,
4:20
**Walton** [1] - 39:19
**wearing** [4] - 26:10,
26:19, 27:6, 32:7
**week** [1] - 17:19
**weeks** [1] - 29:15
**WESTERN** [2] - 1:4,
4:2
**whole** [2] - 48:16,
53:14
**WILLIAMS** [30] - 4:2,
12:6, 17:12, 17:18,
18:5, 18:19, 19:5,
23:16, 37:23, 38:3,
39:10, 39:16, 40:4,
40:10, 40:16, 41:10,
42:1, 43:23, 45:7,
45:11, 46:14, 47:12,
47:21, 48:3, 48:6,
48:18, 49:22, 50:14,
50:19, 51:14
**Winans** [1] - 53:5
**WINANS** [2] - 2:11,
53:21

**withdrawn** [2] - 6:14,
16:16
**WITNESS** [25] -
17:13, 17:19, 18:6,
18:20, 19:6, 23:17,
38:1, 39:11, 39:17,
40:5, 40:11, 40:17,
41:11, 42:2, 44:1,
45:8, 45:12, 46:15,
47:13, 47:22, 48:7,
48:19, 49:23, 50:15,
50:20
**word** [1] - 45:4
**words** [5] - 8:17,
29:13, 46:5, 47:10,
47:13
**write** [4] - 39:2, 39:6,
40:5, 41:8
**write-in** [3] - 39:2,
39:6, 41:8
**writing** [2] - 46:2,
53:10
**written** [2] - 41:12,
46:3
**wrote** [1] - 36:20

## Y

**year** [1] - 18:2
**years** [16] - 7:1, 13:8,
13:11, 13:19, 14:20,
14:21, 14:22, 15:4,
30:3, 30:5, 30:10,
30:12, 32:2, 34:2,
34:4, 37:7
**YELDON** [1] - 1:8
**yesterday** [3] - 16:3,
17:5, 17:15
**YORK** [3] - 1:4, 4:2,
53:1
**York** [8] - 2:10, 4:4,
4:8, 4:12, 5:11, 14:18,
53:6
**YOUNG** [1] - 1:16
**YouTube** [2] - 48:23,
49:12