# Exhibit 33

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-----------------------------------------------------
BLACK LOVE RESISTS IN THE RUST by and through
MARIELLE SHAVONNE SMITH and CHARIS HUMPHREY
on behalf of its members, SHAKETA REDDEN,
DORETHEA FRANKLIN, TANIQUA SIMMONS, DE'JON HALL,
JOSEPH BONDS, CHARLES PALMER, SHIRLEY SARMIENTO,
EBONY YELDON, and JANE DOE,
individually and on behalf of a class of all
others similarly situated,

                              Plaintiffs,


      -vs-


CITY OF BUFFALO, N.Y., BYRON B. BROWN,
Mayor of the City of Buffalo, in his individual and
official capacities,
BYRON C. LOCKWOOD, Commissioner of the
Buffalo Police Department, in his individual
and official capacities,
DANIEL DERENDA, former Commissioner of the
Buffalo Police Department, in his individual capacity,
AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI,
ROBBIN THOMAS,
UNKNOWN SUPERVISORY PERSONNEL 1-10,
UNKNOWN OFFICERS 1-20, each officers of the
Buffalo Police Department,
in their individual capacities,

                              Defendants.
-----------------------------------------------------

2

                    Remote Examination Before

Trial of SHAKETA REDDEN, Plaintiff, taken pursuant to the

Federal Rules of Civil Procedure, at SUE ANN SIMONIN COURT

REPORTING, 421 Franklin Street, Buffalo, New York, taken on

September 6, 2023, commencing at 12:35 P.M., before NICHOLE

WINANS, Notary Public.

3

INDEX TO WITNESSES

Witness:  SHAKETA REDDEN                                    Page

Examination By:

   Ms. Freely                                            5

   Ms. Ezie                                             96

   Ms. Freely                                          105

4

1      APPEARANCES:

2      CENTER FOR CONSTITUTIONAL RIGHTS,
       By CHINYERE EZIE, ESQ.,
3      666 Broadway,
       7th Floor,
4      New York, New York 10012,
       Appearing for the Plaintiffs.
5
       HODGSON RUSS LLP,
6      By CHEYENNE N. FREELY, ESQ.,
       The Guaranty Building,
7      140 Pearl Street, Suite 100,
       Buffalo, New York 14202-4040,
8      Appearing for the Defendants.

9      PRESENT:  Mikaila Hernandez

10

11          (The following stipulations were entered

12     into by both parties.)

13          It is hereby stipulated by and between counsel

14     for the respective parties that the oath of the

15     Referee is waived, that filing and certification

16     of the transcript are waived, and that all

17     objections, except as to the form of the

18     questions, are reserved until the time of trial.

19

20   THE REPORTER:  Do all parties involved agree to this

21     deposition being conducted by remote video and to

22     the witness being sworn in remotely?

23   MS. EZIE:  Yes.

1   MS. FREELY:  Yes.

2   SHAKETA REDDEN:  Yes.

3

4                 S H A K E T A   R E D D E N,

5                 1410 34th Avenue, Suite 203,

6                 Oakland, California 94601,

7             after being duly called and sworn,

8           testified via videoconference as follows:

9

10  EXAMINATION BY MS. FREELY:

11

12  Q.  Good afternoon, Ms. Redden.  My name is Cheyenne

13      Freely, like you heard before, and I am with

14      Hodgson Russ, and I represent the Defendants

15      today.  Before we get into the deposition, I just

16      want to go over some ground rules with you.  And

17      first and foremost, have you ever been deposed

18      before?

19  A.  No.

20  Q.  Okay.  Have you ever given any type of sworn

21      testimony before?

22  A.  Not that I can recall, no.

23  Q.  Okay.  So going over a couple rules, for the sake

6

```
 1        of the court reporter, when we're speaking in
 2        normal conversation it'll be normal to say um-hum
 3        or um-um, and do head shakes or any kind of like
 4        head nods, for the sake of the deposition today,
 5        I'm just going to ask that you avoid those and
 6        give verbal answers where you can.  So yes or no,
 7        or explaining the question -- explaining your
 8        answer.  Can we agree that you will give full
 9        verbal answers today?
10   A.   Yes.
11   Q.   And then, another weird little rule because of
12        the Zoom format of this deposition, it can be
13        easy to talk over one another, but to keep the
14        record clear, let's just agree that we will try
15        not to talk over each other.  Can we agree to
16        that?
17   A.   Yes.
18   Q.   And then if you don't understand a question, just
19        let me know and I will rephrase.  Sometimes I can
20        ask questions that can be phrased in a better
21        way, so if you do answer a question without
22        asking me to clarify, I'm going to interpret that
23        as you understanding my question.  Can we agree
```

7

```
 1      to that?
 2   A.  Yes.
 3   Q.  And then, do you understand the difference
 4      between a guess and an estimate?
 5   A.  Can you elaborate on that?
 6   Q.  Yes.  Sure.  So a guess is something that you
 7      don't really have a point of reference for,
 8      right, so, for example, if I were to ask you when
 9      is my birthday, you have no point of reference
10      for that, that would be a guess.  If I were to
11      ask you how far you're sitting away from your
12      computer right now, you don't have a tape
13      measure, I assume, but you can use your point of
14      reference being that the computer is right in
15      front of you, and that would be an estimate.
16      Does that make sense?
17   A.  Yes.  That makes sense.
18   Q.  Okay.  So for throughout the course of this
19      deposition, I might ask you to estimate
20      something, but I never want you to guess.  If you
21      have to guess, just feel free to say that you
22      don't know or you don't recall.  Can we agree to
23      that?
```

8

1    A.   Yes.

2    Q.   And then a logistical thing, if you have to take

3         a break at any point in this deposition, just let

4         me know, we can take that break.  I just ask that

5         if there's a question pending, you answer first

6         and then we can take that break, however long you

7         might need.  Does that make sense?

8    A.   Yes.

9    Q.   Okay.  So today your attorney might object to

10        questions that I ask, however, I still need you

11        to answer my question unless your attorney

12        specifically instructs you not to respond.  Can

13        we agree to that?

14   A.   Yes.

15   Q.   And do you have anything in front of you right

16        now relating to this case or anything around you?

17   A.   No.

18   Q.   Okay.  Last couple of preliminary ground rules.

19        Are you currently taking any medications that

20        would affect your ability to give truthful and

21        accurate testimony today?

22   A.   No.

23   Q.   And is there any other reason why you would

ATTORNEYS' EYES ONLY

9

1     believe that you can't give truthful and accurate

2     testimony today?

3  A.  No.

4  Q.  Okay.  Ms. Redden, what's your date of birth?

5  A.  ███████

6  Q.  And --

7  A.  ███████    Sorry.

8  Q.  Thank you.  No.  Thank you.  And have you ever

9     gone by any other names?

10 A.  No.

11 Q.  Okay.  Have you ever been married?

12 A.  No.

13 Q.  And do you have any children?

14 A.  No.

15 MS. EZIE:  Object to the form.

16 BY MS. FREELY:

17 Q.  Okay.  As for your current address, I know

18    earlier you said you live in Oakland -- or,

19    actually the complaint says you reside in

20    Oakland.  What's your current address?

21 MS. EZIE:  Object to form.  Is this part of the

22    record that Ms. Redden -- or, that counsel could

23    mutually agree designate as confidential to the

-ATTORNEYS' EYES ONLY-

10

1    extent that Ms. Redden has any sensitivity about

2    her home address being known to law enforcement,

3    for instance?

4    MS. FREELY:  Yes.  I can completely understand that.

5    Yes, we can agree to that.

6    MS. EZIE:  Okay.  So, Nikki, can you please designate

7    the question in the transcript confidential as

8    well as Ms. Redden's response.

9    MS. FREELY:  I'm going to be asking about her prior

10    residences too, would you like the same

11    stipulation for all of them?

12    MS. EZIE:  Yes.  Actually, I should clarify, I think

13    we'd like that to be attorneys' eyes only, not

14    confidential, please.

15    MS. FREELY:  Okay.  That's fine.

16    BY MS. FREELY:

17    Q.  Okay.  So, Ms. Redden, what is your current

18    residential address?

19    A.  421 Van Dyke Avenue, apartment 4, Oakland,

20    California 94606.

21    Q.  And how long have you resided there?

22    A.  I actually don't know, maybe two years I think.

23    Q.  Okay.  Do you remember, did you move straight

-ATTORNEYS' EYES ONLY-

11

```
 1      from Buffalo to that residence?
 2  A.  No, I did not.
 3  Q.  Okay.  Where did you live before you lived at
 4      your current address?
 5  A.  I lived in West Oakland.  Do you need that
 6      address as well?
 7  Q.  Yes, please.
 8  A.  I think it was 1510 8th Street, 94607.
 9  Q.  And then how long did you live there for, if you
10      could estimate?
11  A.  I think a little over a year.
12  Q.  And for your current residence, do you own or do
13      you rent?
14  A.  I rent.
15  Q.  For the West Oakland residence, did you also
16      rent?
17  A.  Yes.
18  Q.  And then prior to your West Oakland residence,
19      what was your address then?
20  A.  50 Greenwood Place, Buffalo, New York 14213.
21  Q.  And how long did you live there for?
22  A.  Maybe close to four years I think.
23  Q.  Okay.  And what neighborhood is that in?
```

-ATTORNEYS' EYES ONLY-

12

1   A.  I guess it would be considered the lower West

2       Side.

3   Q.  Okay.  And did you rent there as well?

4   A.  Yes.

5   Q.  Okay.  So did you grow up in the City of Buffalo?

6   A.  Yes.  So I grew up in the City of Buffalo, born

7       and raised.  I grew up in the East Side of

8       Buffalo, in the like Delavan/Grider area, was

9       where I first lived, and then in the Fruit Belt,

10      which is on the East Side of Buffalo, and then my

11      aunts lived in like, and friends, a lot of my

12      friends lived in the 14215 area, which is like

13      Kensington/Suffolk/Bailey area.

14  Q.  And did you regularly visit your aunts and your

15      friends in that area as well?

16  A.  Yeah.  I mean, I spent the majority of my time in

17      Buffalo on the East Side, because that's where

18      all of my folks are.  I worked on the East Side.

19      So yeah, most of my time was spent on -- and my

20      permanent address, my parents' address is on the

21      East Side of Buffalo, so I spent multiple days a

22      week on the East Side.

23  Q.  Okay.  And that's your current permanent address?

—ATTORNEYS' EYES ONLY—

13

1   A.  No.

2   Q.  Okay.  Your current, is your current permanent

3       address your Oakland address?

4   A.  Yes.

5   Q.  Okay.  So going back to growing up in the City of

6       Buffalo, what high school did you attend?

7   A.  I went to Bennett High School.

8   Q.  And remind me of what street that's located on.

9   A.  Bennett High School is in like the Central Park

10      neighborhood, although it's on Main Street.

11  Q.  And did you graduate from Bennett?

12  A.  Yes, I graduated from Bennett.

13  Q.  What year did you graduate?

14  A.  2000.

15  Q.  Did you attend college after that or work after

16      that?

17  A.  I went to UB.

18  Q.  And what did you study at UB?

19  A.  Studio art, photography, and English.

20  Q.  So did you earn a Bachelor's of art?

21  A.  Not technically, no.

22  Q.  Okay.  What did you graduate with, if you

23      graduated?

14

1    A.   I sort of graduated, I mean, I technically I

2         guess I didn't graduate, but like I did my

3         ceremony and stuff, but then I had like an

4         incomplete or something and I never finished, so

5         technically --

6    Q.   I see.  Okay.

7    A.   Yeah.

8    Q.   So technically you walked the stage, but you

9         didn't earn your degree, is that correct?

10   A.   Yeah.  Basically.

11   Q.   Or complete it.  Okay.  So are you pursuing any

12        degrees at the moment?

13   A.   No.

14   Q.   Do you have any plans to complete your UB

15        education?

16   A.   No.

17   Q.   Okay.  And any plans to do any other higher

18        education in the future?

19   A.   No.

20   Q.   Okay.  And then last question related to your

21        education.  Do you have any professional

22        certificates or licenses or credentials?

23   A.   No.

15

1  Q.  Okay.  So are you currently employed?

2  A.  I am.

3  Q.  And what is your position?

4  A.  Executive director.

5  Q.  Where are you an executive director?

6  A.  It's an organization called Causa Justa Just

7      Cause, C-A-U-S-A, J-U-S-T-A, and then Just Cause.

8  Q.  And where is Just Cause located or where do you

9      work for them?

10 A.  In Oakland and in San Francisco.

11 Q.  Okay.  And do you recall your start date as

12     executive director?

13 A.  I became interim executive director May 1st of

14     2021 I believe.  And then executive director

15     November of 2021.  Yeah.

16 Q.  Did you work for the same organization prior to

17     becoming executive director?

18 A.  Yes.

19 Q.  What was the capacity you worked for them in?

20 A.  I had a range of positions.  I started as senior

21     lead organizer, then associate director, then

22     deputy director of programs.

23 Q.  And with each role, did that come with a pay

16

1      raise as well?

2   MS. EZIE:  Object to form.

3   THE WITNESS:  Yes.

4   BY MS. FREELY:

5   Q.  Okay.  And when you became interim executive

6       director, did you have a pay raise with that new

7       position?

8   A.  Yes.

9   MS. EZIE:  Object to form.

10  BY MS. FREELY:

11  Q.  And with permanent executive director, was there

12      a raise from interim or no?

13  MS. EZIE:  Object to form.

14  THE WITNESS:  Yes.

15  BY MS. FREELY:

16  Q.  Okay.  So approximately when did you begin with

17      Just Cause, around what year?

18  A.  2020.

19  Q.  Okay.  And prior to Just Cause, where did you

20      work?

21  A.  Black Love Resists In The Rust.

22  Q.  And just doubling back for a second.  What year

23      did you walk the stage for UB?

17

1  A.  2004.

2  Q.  Okay.  Can we agree to refer to Black Love

3      Resists In The Rust as B-L-R-R for today's

4      deposition as an acronym?

5  A.  It's BLRR, so I will refer to it as BLRR.

6  Q.  Sure.  Okay.  I will refer to it the same way.

7      Thank you for that.  So when did you start

8      working for BLRR?

9  A.  Well, so I am the co-founder and one of the

10     co-executive directors initially at BLRR, and we

11     started out as a caucus called Just Resisting,

12     and we started that approximately like 2013

13     maybe.  And so we started -- yeah.  Just

14     Resisting as a caucus I think in 2013, and then

15     we didn't formalize BLRR into an organization

16     that spun off from Just Resisting until I believe

17     it was 2016.

18 Q.  Okay.  And so BLRR, is that based in Buffalo then

19     obviously?

20 A.  Yes.  It is a Buffalo based organization.

21 Q.  And you mentioned you were a co-founder, who else

22     helped found BLRR, helped you found BLRR?  Excuse

23     me, sorry.

18

1    A.   Natasha Soto.

2    Q.   And do you have any current obligations or duties

3         to BLRR even though you're in Oakland?

4    A.   I would say not officially, but I am in contact

5         with BLRR.  I also am a contributor to the

6         organization.  Yeah.  And I recently have been

7         asked to be on the board.

8    Q.   And when you say a contributor, what does that

9         entail?

10   A.   I give a monthly donation.

11   Q.   Okay.  A financial contributor then, yes?

12   A.   Yes.

13   Q.   Okay.  So Just Resisting, that was founded in

14        2013.  Prior to 2013, what did you do for

15        employment?

16   A.   I was the community organizer.

17   Q.   Was that for a specific group?

18   A.   Yeah.  An organization called Voice Buffalo,

19        which is a faith based organizing group, that

20        organized -- I primarily organized on the East

21        Side.

22   Q.   And approximately what year did you begin as a

23        community organizer for them?

19

1    A.   I started interning I think in 2012, and then

2         officially started working for them in 2013, so

3         maybe JR started at -- yeah.  The end of 2013,

4         2014.  So yeah.  I started working for Voice in

5         2013 officially.  Yeah, I interned for them in

6         2012, and started working for them in 2013.

7    Q.   And so did you leave Voice Buffalo to join Just

8         Resisting?

9    A.   No.  I didn't leave Voice Buffalo to start Just

10        Resisting.  Just Resisting started as a caucus

11        space, so we were doing it simultaneously, and it

12        started as a caucus for like black and brown

13        folks to really engage and talk about like things

14        that were happening in the City of Buffalo, like

15        a safe space for folks, and then once we started

16        gaining momentum around that, folks really wanted

17        to like start actually like taking action, and so

18        then that's when we turned it into BLRR, but I

19        didn't stop working at Voice to start Just

20        Resisting.  It happened naturally.

21   Q.   After you graduated -- well, after you, we're

22        going to say walk the stage, after you walked the

23        stage in 2004, what did you do for employment

20

```
 1      immediately after school?
 2  A.  I did a lot of things, I worked for a day care,
 3      and then I started working in non-profit work.  I
 4      worked in an arts organization, an after school
 5      arts program.  Yeah.
 6  Q.  Okay.  So did you do anything to prepare for
 7      today's testimony, and actually before you answer
 8      that question, I should have said this earlier.
 9      I'll ask you questions like the question I just
10      asked you or did you speak with anyone, questions
11      along those lines, when I ask things like that, I
12      don't want you to talk about contents of your
13      conversations with your attorneys, those are
14      privileged.  So I might ask you did you speak to
15      your attorney, and you can say yes or no, but I
16      don't want to know about any of the substance of
17      that conversation.  Can we agree to that?
18  A.  Yes.
19  Q.  Okay.  So what did you do to prepare for your
20      testimony today, obviously excluding the content
21      of any conversations with your attorney?
22  A.  I reviewed the complaint, as well as reviewed
23      some articles, and had a conversation with my
```

21

```
 1       attorney.
 2  Q.  Yes.  Do you recall what articles those were?
 3  A.  I do not.  They were news articles, but I don't
 4       recall.
 5  Q.  Okay.  News articles related to this litigation?
 6  A.  News articles related to our organizing, not
 7       specifically related to this deposition or this
 8       like complaint specifically.
 9  Q.  So just BLRR generally?
10  A.  Yes.
11  Q.  Okay.  And then did you speak with anyone about
12       your deposition today other than counsel?
13  A.  No.
14  Q.  Have you ever spoken with any of the other
15       Plaintiffs in this lawsuit about this lawsuit?
16  A.  No.
17  Q.  Okay.  So I know we talked about before you
18       co-founded BLRR, and you are a contributor, and
19       you might be asked to be on the board.  Have you
20       ever been -- when you were co-founder and when
21       you had more of an active role, have you ever
22       been involved in any other lawsuits on behalf of
23       BLRR?
```

22

1    A.   No.

2    Q.   And what were your goals in co-founding BLRR?

3    A.   So when we started BLRR, it was the first

4         organization of its type in Buffalo, it still

5         basically is the only organization of its type in

6         Buffalo, and when we started it, like we said we

7         wanted it to be a space for folks of color,

8         specifically black and brown folks, to have space

9         to organize, and I think we were very intentional

10        about how we set up our organizing and

11        organization.  One, by who we chose as a fiscal

12        sponsor, but then two, how we intentionally set

13        up our relationship with SURJ Buffalo, basically

14        as a partner organization in the city, and so we

15        basically wanted to set up an organization and a

16        space that folks collectively understood that

17        racism and white supremacy affected us all as a

18        whole, but also be able to organize around, you

19        know, all of the like conservative, racist, white

20        supremacy practices that we saw happening in the

21        City of Buffalo, but also that we heard about and

22        witnessed and experienced personally in the city,

23        and so basically, when we started, our goal was

23

1        to have an organizing space for black folks, and

2        then soon after that is when we really started

3        talking to folks and folks really started talking

4        to us and telling us about like strike force, and

5        just lots of conversation about harassment from

6        the Buffalo Police Department, and then from

7        then, we knew that like that was the space that

8        we needed to show up in, and really like be

9        organizing around policing and police

10       accountability in the city.

11  Q.   So would it be fair to say that the main focus of

12       BLRR is police accountability in the City of

13       Buffalo?

14  MS. EZIE:  Object to form.

15  THE WITNESS:  No.  I don't think it would be fair to

16       say that.  BLRR, as a whole, is an organization

17       that is focused on the liberation of black and

18       brown folks in the city.  And one of the

19       organizing slash campaign areas in the past and

20       currently has been policing and the

21       criminalization of black and brown folks, but

22       that is not solely the organization's purpose.

23  BY MS. FREELY:

24

1  Q.  Okay.  Can you give some other examples of some

2      of those other causes that BLRR organizes around?

3  A.  So I would say, right, like -- and this is -- but

4      after the massacre happened in Buffalo, BLRR did

5      a lot of canvassing, door knocking, mutual aid

6      support for families who had been affected by the

7      massacre, right, and so everything -- we had

8      initially organized, we were talking and

9      organizing, bringing light to like Donald Trump

10     coming into the City of Buffalo and how that

11     highlighted racist practices and like our city

12     being hella conservative and right wing in the

13     City of Buffalo.  We -- yeah.  And there are a

14     bunch of different things, those are just a few

15     to name, but --

16 Q.  Yes.  And I appreciate the examples.  Let's see.

17     Oh, and just for the sake of the record, I know

18     what you're talking about when you referred to

19     the massacre, but when you were just previously

20     testifying about it, are you referring to the May

21     14th Tops massacre?

22 A.  Yes.

23 Q.  Thank you.  Did you have any role in bringing

25

1      this current litigation?

2  A.   Yes, I did.  So when we decided to bring this

3      complaint, file a complaint, I was still a

4      co-director and member of BLRR when we decided to

5      do that.

6  Q.   And when you say we, was that a board decision,

7      was that something the members voted on, how did

8      that decision play out?

9  A.   It was a collective member decision, based off of

10     the fact that we were gathering information also

11     around checkpoints prior.  We thought, that being

12     me, Natasha, our members, decided that we should

13     definitely take this on.

14 Q.   And when you were gathering that information

15     about the checkpoints, was that by word of mouth,

16     was that going out and looking for them

17     yourselves, how did you gather that information?

18 A.   We did -- yeah.  Just like we went, we door

19     knocked, went to people in like 14215 area, and

20     yeah.  Basically that.  Just like canvassing,

21     talking to folks, folks telling us and sharing

22     their stories around their interactions with the

23     BPD, specifically strike force most folks would

26

```
 1        reference.
 2   Q.   Can you tell me a little bit about what the
 3        mission of Just Cause is?
 4   A.   Sure.  Causa Justa Just Cause is a political
 5        project that organizes working class black and
 6        brown folks around housing rights, immigrant
 7        rights, and racial justice issues in the Bay
 8        area.
 9   Q.   And do you find that your role within Just Cause
10        informs the way you may conduct yourself as a
11        board member, the way you converse with BLRR
12        current board members?
13   A.   Can you elaborate or --
14   Q.   Yes.
15   A.   -- ask it a different way?
16   Q.   I can ask it a different way.  Do you find that
17        your experience within Just Cause at all helps
18        inform the way that you might contribute to
19        BLRR's efforts?
20   MS. EZIE:  Object to form.
21   THE WITNESS:  I mean, I think -- so I don't see, I
22        don't see it that like linear.  I think that
23        we -- like I have a role to play in a larger
```

27

1      movement, and Just Resisting, BLRR, is a part of

2      that, in the same way that CJJC -- I'm going to

3      refer to Causa Justa Just Cause is CJJC just to

4      make it easier.  In the same way that CJJC also

5      is a part of the larger movement, and I think I,

6      we, the movement, have specific parts and aspects

7      to play, and I think that BLRR and CJJC are part

8      of the same movement.  So I don't necessarily

9      think that, that they're different in that way or

10     that they -- like that what I do here is

11     informing necessarily what I do there, I think

12     that they're connected in a lot of ways.

13  BY MS. FREELY:

14  Q.  Understood.  And then do you have any other

15      involvement with any other activist

16      organizations, do you have any current

17      involvement with any other activist

18      organizations?

19  A.  What do you mean by involvement?

20  Q.  Whether it's anything from attending meetings or

21      being a contributor or on the board, any type of

22      involvement.

23  A.  Yes.  I am a member of Black Feminist Future.

28

```
 1        Yeah.  That's currently it I guess, yeah.
 2   Q.   And can you describe the mission of that group?
 3   A.   Black Feminist Future is an organization, it's a
 4        national organization that organizes black
 5        feminists, whether they are cisgender or
 6        transgender, gender expansive folks organizing
 7        around issues that face black women locally,
 8        nationally, globally.
 9   Q.   Now since this lawsuit has been filed, have you
10        spoken to anyone, aside from counsel, about the
11        allegations in the lawsuit?
12   A.   No.
13   Q.   Have you spoken to any media outlets then about
14        the lawsuit?
15   MS. EZIE:  Object to form.
16   THE WITNESS:  I think the only time I've spoken to
17        media about the lawsuit was the day that we
18        announced it.
19   BY MS. FREELY:
20   Q.   And --
21   A.   And that was --
22   Q.   Sorry.  Go ahead.
23   A.   I actually don't think I -- I don't actually
```

29

```
 1      recall, let me correct that.  I can't recall if I
 2      spoke to media that day.  I remember we had a
 3      press conference and I spoke at the press
 4      conference, but I don't recall if media
 5      specifically asked me questions following that
 6      press conference.
 7   Q.  And so was that press conference the same day
 8      that the initial complaint was filed?
 9   A.  Yes.
10   Q.  Now switching gears a little bit.  Do you
11      currently have a valid driver's license?
12   A.  Yes.
13   MS. EZIE:  Object to form.
14   BY MS. FREELY:
15   Q.  And is that -- what state is that driver's
16      license issued from?
17   A.  So I don't know if you've ever lived in different
18      cities or states, but when you move to a
19      different place, they make you change your
20      license.  So I reluctantly now have a California
21      driver's license.
22   Q.  Did you receive your first license in New York?
23   A.  Yes.
```

30

1  Q.  And then since receiving your first license, have

2      you always had a valid driver's license?

3  A.  Yes.

4  MS. EZIE:  Object to form.

5  BY MS. FREELY:

6  Q.  Do you own your own car currently?

7  MS. EZIE:  Object to form.

8  THE WITNESS:  Yes.

9  BY MS. FREELY:

10  Q.  How long have you owned that car?

11  A.  Since 2014.

12  Q.  Okay.  And what's the make?

13  A.  It's a Volkswagen.

14  Q.  And the model?

15  A.  Jetta.

16  Q.  Do you also recall the year?

17  A.  It's a 2012.

18  Q.  And when you purchased that, did you purchase it

19      from a dealership or like a used car

20      establishment?

21  MS. EZIE:  Object to form.

22  THE WITNESS:  I bought it from a dealership.

23  BY MS. FREELY:

31

1    Q.   Okay.  Is this the same car that you -- rephrase.

2         Did you used to drive that car in Buffalo when

3         you lived here?

4    A.   I did.

5    Q.   And then did you own a car prior to the

6         Volkswagen Jetta?

7    A.   I did.

8    Q.   And how long did you own that car for?

9    A.   I think like six years maybe.

10   Q.   And what car was that?

11   A.   It was a Saab.

12   Q.   I'm sorry.  You broke up for a second for me.

13        Can you repeat that?

14   A.   It was a Saab.

15   Q.   Okay.  How often have you visited the City of

16        Buffalo in the past year?

17   MS. EZIE:  Object to form.

18   THE WITNESS:  In the past year, I think just, I don't

19        know, once or twice.

20   BY MS. FREELY:

21   Q.   Okay.  And then since moving to Oakland three

22        years ago, approximately how many times have you

23        visited the City of Buffalo?

32

1    A.   Oh, my gosh, a lot.  Maybe like eight or nine.

2         Quite a bit.  I come back to -- I come back at

3         least once or twice a year every year to Buffalo.

4         So yeah.  I've been back quite frequently since

5         moving, yeah.

6    Q.   During the times that you have visited Buffalo,

7         do you drive from California to Buffalo?

8    A.   No.

9    Q.   Do you fly?

10   A.   Yes.

11   Q.   So when you have visited Buffalo, do you drive

12        while you're in the city?

13   A.   Yes.

14   Q.   And what do you normally drive when you have

15        visited Buffalo?

16   MS. EZIE:  Object to form.

17   THE WITNESS:  I usually drive my dad's car.

18   BY MS. FREELY:

19   Q.   And since moving out of Buffalo, have you been

20        pulled over driving in the City of Buffalo?

21   MS. EZIE:  Object to form.

22   THE WITNESS:  I don't, I don't -- I actually don't

23        know.  I don't recall.

33

1    BY MS. FREELY:

2    Q.  Have you ever -- go ahead.  Sorry.

3    A.  It's okay.

4    Q.  Have you ever received a traffic ticket since

5        moving out of Buffalo in the City of Buffalo --

6        let me rephrase.  Since moving out of Buffalo,

7        during your visits, have you ever received a

8        traffic ticket?

9    A.  I have not.  And can we take a quick break, can I

10       talk to my counsel for a second, is that cool?

11   Q.  Yes.  Do you want to take like five minutes?

12   A.  Yes.

13   MS. EZIE:  We can do five, that would be great.

14   MS. FREELY:  Okay.  So we'll come back here at

15       one-twenty-three, one-twenty-four.

16   THE WITNESS:  Okay.  Thanks.

17          (Whereupon, a short recess was then taken.)

18   BY MS. FREELY:

19   Q.  So we're just coming back from a break, and

20       recognizing that I don't want to know the

21       specific contents of your conversation, did you

22       speak with counsel about your testimony today

23       during that break?

34

```
1   MS. EZIE:  Cheyenne, respectfully, it's too close to
2       asking about the contents of our conversation.
3       So I'm going to direct Ms. Redden not to answer.
4   MS. FREELY:  I am just trying to establish a record.
5       Earlier I asked did she speak with anyone to
6       prepare for this and she did say that she spoke
7       with counsel, that's fine.  I'm just asking did
8       she do any further preparation during this
9       deposition to prepare for her testimony.  I don't
10      see the difference between the questions.
11  MS. EZIE:  That wasn't the question you asked, and
12      maybe ask that question, and I'll see if it
13      sounds less like it's intruding into privilege.
14  BY MS. FREELY:
15  Q.  Ms. Redden, did you do any further preparation
16      during this deposition to prepare for your
17      testimony today?
18  MS. EZIE:  You may answer.
19  THE WITNESS:  Yes.
20  BY MS. FREELY:
21  Q.  What did you do to prepare for the deposition
22      during the deposition?
23  A.  Spoke with my counsel.
```

35

1    MS. EZIE:  You may answer without disclosing the

2       contents of any conversations.

3    BY MS. FREELY:

4    Q.  Okay.  So moving on.  Actually, I'm going to

5       backtrack for a second.  Have you ever been

6       convicted of any crime?

7    MS. EZIE:  Object to form.

8    THE WITNESS:  No.

9    BY MS. FREELY:

10   Q.  And have you ever been charged with a crime?

11   A.  Can you elaborate the question?

12   Q.  Yes.  So do you understand the difference between

13      being charged with and being convicted of a

14      crime?

15   A.  Not -- I'm not sure.  Like not specifically, so

16      that's what I'm asking.

17   Q.  That's fine.  So being charged with a crime is

18      being, in other words, brought up on formal

19      charges or being formally accused of a crime, so

20      you would have been likely detained by police

21      officers, placed in custody awaiting some sort of

22      adjudication of your matters, versus being

23      convicted of a crime, being convicted of a crime

36

1        is you've been found guilty of that crime or

2        you've taken a plea deal on that crime and you've

3        received some sort of sentence.  So have you ever

4        been formally accused of a crime?

5    MS. EZIE:  And we're not referring to traffic

6        infractions, is that correct?

7    MS. FREELY:  No.  Thank you for that distinction.

8        We're not referring to traffic infractions now.

9    THE WITNESS:  Yes.  I think.

10   BY MS. FREELY:

11   Q.  Okay.  And do you recall what crime that was?

12   A.  I do.  So in 2016, I believe a group of BLRR

13       folks and SURJ folks disrupted the mayor's state

14       of the city, and then sat in and then blocked an

15       intersection, and -- yeah.  So we took an

16       intersection, and then we were taken into custody

17       and later released, and -- yeah.

18   Q.  So we'll come back to this in a second.  You

19       mentioned SURJ, am I correct?

20   A.  Yes.

21   Q.  That BLRR --

22   A.  Yes.

23   Q.  Okay.  What is SURJ, what is that group?

37

| | | |
|---|---|---|
| 1 | A. | SURJ is Showing Up For Racial Justice.  And I |
| 2 | | should say SURJ Buffalo, because SURJ is a |
| 3 | | national organization that, it's white folks |
| 4 | | organizing white folks around racial justice |
| 5 | | issues. |
| 6 | Q. | Okay.  And would it be -- rephrase.  In your |
| 7 | | experience, was it common for BLRR to organize |
| 8 | | with SURJ? |
| 9 | A. | BLRR and SURJ had an intentional organizing |
| 10 | | relationship, so we intentionally met leadership |
| 11 | | team to leadership team monthly to discuss |
| 12 | | organizing strategies, tactics, campaigns, and so |
| 13 | | we were very intentional about what made sense |
| 14 | | collectively for folks to be organizing around. |
| 15 | Q. | And, to your knowledge, did SURJ Buffalo have any |
| 16 | | involvement in this lawsuit? |
| 17 | A. | SURJ Buffalo did not have any involvement in this |
| 18 | | lawsuit. |
| 19 | Q. | Switching gears back to you being taken into |
| 20 | | custody.  So were you ever told why you were |
| 21 | | being taken into custody during this 2016 |
| 22 | | incident? |
| 23 | A. | They just said that we had to move. |

38

1  Q.  Okay.  And then have you ever been arrested

2      outside of that incident?

3  A.  No.

4  Q.  Okay.  So if I refer to a traffic safety

5      checkpoint in the City of Buffalo, do you know

6      what I'm referring to?

7  A.  I don't -- I don't know what a traffic safety

8      checkpoint is, but I do know what a checkpoint

9      is.

10 Q.  Okay.  So for the sake of this deposition, I'm

11     going to use the phrase traffic safety

12     checkpoint, and that is going to define the

13     checkpoints discussed in the allegations in the

14     complaint.  Can we agree to that?

15 A.  I would say that I agree to you calling them

16     safety checkpoints, I don't agree that they

17     actually are traffic safety checkpoints or were

18     traffic safety checkpoints by any means, but yes.

19 Q.  Okay.  So can you describe your understanding of

20     what these checkpoints were?

21 A.  Yes.  So these checkpoints basically were, to me,

22     would, you know, the city would call, quote

23     unquote, proactive policing, which basically is

```
 1        racially profiling black folks in the City of
 2        Buffalo.  So they would set up checkpoints on the
 3        East Side, predominantly 14215 area, which is
 4        Bailey/Kensington area or set them up close to
 5        public housing areas where we know primarily
 6        black folks, poor black folks live, and what they
 7        would do is they would set up these checkpoints
 8        and they would ticket, not only ticket folks but
 9        they also would illegally search people's
10        vehicles and try to find like weapons, and then
11        folks would be arrested and potentially convicted
12        because of these checkpoints, and so yeah.  They
13        set them up in poor black neighborhoods, and then
14        also used them as like revenue stream for the
15        city.  So I wouldn't say by any means that they
16        were for safety, I think they were racially
17        profiled like and set up in communities, black
18        communities in the city.
19   Q.   And so do you know if they set up these
20        checkpoints anywhere outside of the East Side of
21        Buffalo?
22   A.   So the checkpoints initially, when they started,
23        were set up all over the East Side, all of the --
```

40

```
1        the most of the tickets that were given out

2        through checkpoints were given out on the East

3        Side, were given out on the East Side of Buffalo.

4    Q.  So you just said that initially they were all

5        throughout Buffalo, is it your understanding

6        that --

7    A.  No.

8    Q.  Sorry?

9    A.  No.  I said -- sorry.

10   Q.  No, go ahead.  I'm just trying to make sure I'm

11       understanding you correctly.

12   A.  Yeah.  I didn't say they were throughout Buffalo,

13       I said that checkpoints started in the East Side,

14       and were primarily conducted on the East Side of

15       Buffalo.  Majority of the tickets that were given

16       were on the East Side of Buffalo.  What I will

17       say is that post community uproar, post BLRR

18       organizing, post interviews and news interviews

19       and articles, I think the BPD tried to maybe

20       sprinkle a few checkpoints throughout the city so

21       they could say that they weren't actually being

22       racist and targeted, and targeting black folks in

23       the city, but I think the data that I'm sure you
```

41

```
 1        have shows that checkpoints were happening in the

 2        East Side and primarily to black folks, and

 3        primarily near BMHA housing.

 4   Q.   Okay.  So just to make sure again that I'm

 5        understanding you correctly.  It's your -- is it

 6        your testimony that the checkpoints began on the

 7        East Side of Buffalo and it wasn't until there

 8        was more of a community uproar, as you put it,

 9        about the checkpoints that they then spread out

10        across the City of Buffalo in other areas besides

11        the East Side?

12   A.   I would say that it's not just my testimony, but

13        it is true.  And also, I would say that yes.

14        There was a sprinkle, not even more, but like one

15        here, one there, to try to say and justify that

16        they were not racially motivated checkpoints.

17   Q.   And everything that you've just testified to

18        about your understanding of what these

19        checkpoints were, is that informed by your own

20        personal experience, experiences you've heard

21        about in the community or anything else?

22   MS. EZIE:  Object to form.

23   THE WITNESS:  So everything that I have just
```

42

```
 1        testified to are, one, from my lived experience
 2        as a black woman in the City of Buffalo, who grew
 3        up on the East Side, who frequented the East
 4        Side, who also was in a checkpoint, but also who
 5        has been followed and subsequently harassed by
 6        BPD, but also through conversations with
 7        community members, BLRR members, through our
 8        canvassing activities in our community outreach,
 9        how we also heard and/or seen folks actually
10        being pulled over and being harassed by BPD.
11   BY MS. FREELY:
12   Q.   Seeing other people being harassed by BPD, is
13        that what -- that's you personally?
14   A.   Me.  And also, I'm saying we have been in contact
15        and/or seen folks being harassed by BPD, yes.
16   Q.   Okay.  I just wanted to clarify that point.  So
17        on that point, and outside of the allegations in
18        the complaint, can you talk about instances when
19        you've been followed and harassed by BPD, and for
20        the sake of the record, when we refer to BPD can
21        we agree that that stands for Buffalo Police
22        Department?
23   A.   Yes.
```

43

1   Q.   Okay.  So let me just repeat my question.
2        Outside of the allegations in the complaint, can
3        you detail instances when you've been followed
4        and harassed by BPD officers?
5   A.   Yes.  So when I -- in maybe 2013 or somewhere
6        around there, I used to come from the East Side
7        to the West Side often, a few times a week, and
8        literally every time I crossed from East Ferry to
9        West Ferry, right across Main Street, there was
10       literally a cop sitting there and would follow me
11       basically until I got to my street, like and
12       parked my car, and this happened multiple times a
13       week, coming from the East Side to the West Side.
14           Sometimes they would pull me over and just
15       ask me questions about where I was going.  One
16       time I like changed a song and they pulled me
17       over and was like you shouldn't be touching your
18       phone while driving.  Yeah.  So that had happened
19       to me multiple times in the city.  There are
20       times just driving through neighborhoods that I
21       would be followed.  Yeah.
22  Q.   For the 2013 West Ferry to East incidents, do you
23       recall how many times you were pulled over by

44

1    police in that route?

2  A.  I don't recall exactly how many times, but it

3    literally felt like every single day because it

4    happened so frequently to me.  And frankly, it

5    was very stressful, because like I would just be

6    trying to drive home, and then would be feeling

7    super anxious that if I did any almost little

8    thing wrong that I would be pulled over or

9    harassed for, yeah, anything.

10  Q.  Do you recall if it was the same officer who was

11    pulling you over or the same couple of officers

12    pulling you over?

13  A.  I don't recall, no.

14  Q.  And did you ever file any complaints with the BPD

15    related to these 2013 West Ferry to East

16    incidents?

17  A.  No.  I, I would have never thought to file a

18    complaint without honestly the collective unity

19    and force and backing of folks that I'm in the

20    complaint with now, and specifically BLRR,

21    because, you know, I know slash heard of

22    instances of retaliation and I would never want

23    to be subject to that, and so no, I didn't.

45

1    Q.  So is it fair to say that you've never made a

2         complaint to the Buffalo Police Department --

3    MS. EZIE:  Object to form.

4    BY MS. FREELY:

5    Q.  -- about anything?

6    MS. EZIE:  Object to form.

7    THE WITNESS:  I don't know that it's fair to say that

8         I've never made a complaint to the Buffalo Police

9         Department, especially considering that we, as in

10        BLRR, took a rack of -- a bunch of people, excuse

11        me, down to police headquarters to actually speak

12        to Commissioner Lockwood, and he would not see

13        us.

14   BY MS. FREELY:

15   Q.  So I'll come back to that in a second.  Have you

16        ever filed a formal complaint with the Buffalo

17        Police Department on behalf of yourself related

18        to any officer's behavior or any experiences

19        you've had?

20   MS. EZIE:  Object to form.

21   THE WITNESS:  For a fear of retaliation, I did not

22        file a singular complaint.

23   BY MS. FREELY:

46

1    Q.   Okay.  And so moving back to when BLRR organized

2         to go speak to Commissioner Lockwood, when was

3         that?

4    A.   I don't recall the exact date, but I believe it

5         was the same day that -- maybe it was 2018.  '17

6         or '18, I don't recall.

7    Q.   And I know you just mentioned a bit about it, but

8         can you describe what the purpose of that was?

9    A.   Yeah.  So we wanted to speak to Commissioner

10        Lockwood, we wanted to talk to him about

11        harassment of the BPD, specifically strike force

12        and housing units, and how they were doing

13        hop-outs in the community, and as I referenced

14        before, the so-called proactive policing tactics,

15        and so we wanted to meet with him to talk with

16        him about this and tell him that we wanted it to

17        be shut down.

18   Q.   And can you just clarify, did you just say

19        hop-outs or pop-outs?  I just couldn't hear that

20        part.

21   A.   Yeah.  I said hop-outs.

22   Q.   And what do you mean when you say that?

23   A.   So I think in other cities they would call it

47

```
 1        like stop and frisk, but basically strike force
 2        would just drive around communities,
 3        neighborhoods, and if they would see people
 4        either walking and/or hanging out, they would, as
 5        I said, hop out, like jump out of their cars and
 6        like check them, harass them, sometimes, you
 7        know, take them downtown.
 8   Q.   And I just want to ensure that I'm following what
 9        you're saying.  When you say check them, what do
10        you mean?
11   A.   Pat them down, check their pockets, illegally
12        search them.
13   Q.   And is any of that based on personal experience
14        or is that again what you've heard your members,
15        what the BLRR's members have gone through?
16   A.   It's based off of testimony of community members
17        and also I have seen it happen.
18   Q.   And when you say testimony, is that sworn
19        testimony in another case or something else?
20   A.   No.  I just mean conversations or stories
21        collected slash outreach.
22   Q.   Okay.  Going back to going to see Commissioner
23        Lockwood specifically, what were you told when
```

48

```
 1        you walked into the BPD headquarters?
 2   A.   They, first they asked us to wait, then they said
 3        that he wasn't there, and we told them we would
 4        wait until he got back.
 5   Q.   And so did you wait?
 6   A.   We did.  Until some officers came out and
 7        basically started harassing us and told us that
 8        we had to leave or we would be arrested.
 9   Q.   And when you say harassing you, can you give me a
10        little bit more detail on that?
11   A.   So we were standing in the lobby, and slash
12        sitting in the lobby, some police officers came
13        out from the back, wherever they were, and
14        started telling us that we had to leave, and, you
15        know, we said that we were waiting to meet with
16        Commissioner Lockwood and that we didn't have to
17        leave, and then basically they started walking
18        towards us and told us that we needed to leave,
19        and if we didn't, they would arrest us, and we
20        said that we didn't have to because it's the
21        headquarters, and we can stay there if we wanted
22        and we were waiting.  And then they just seemed
23        like they got a little bit more -- you know, they
```

49

1    were angrier, and basically kind of like since we

2    were not listening to them, they really were

3    going to arrest us, and we hadn't planned for

4    that, so we left.

5  Q.  Prior to going to BPD headquarters, did you ever

6    call BPD headquarters or write any type of --

7    have any kind of communication with BPD to

8    complain about BPD treatment?

9  A.  So we released a statement saying what we wanted

10   to happen, but as I said before, as it pertains

11   to me personally, because I fear retaliation, I

12   did not personally submit or file a complaint to

13   BPD.

14 Q.  Right.  And I'm not talking about complaints

15   specifically to BPD like formally, but statements

16   along the lines like you were talking about, so

17   was that statement issued by BLRR generally?

18 A.  Yes.

19 Q.  And how was that publicized?

20 A.  The news.  And also it was printed and it was

21   sent over to BPD.

22 Q.  Okay.  And you also mentioned that you have been

23   followed driving I believe, correct?

50

```
 1   A.   Yes.

 2   Q.   Okay.  Can you recall instances when you've been

 3        followed by BPD?

 4   A.   So I think on top of what I've already told you,

 5        there was one other time that I was followed, and

 6        it was raining, and basically two officers

 7        followed me all the way to -- I was parking, and

 8        it was raining, and I was parking my car, I

 9        couldn't really see that well in the rain, and I

10        like -- they were like -- I was trying to park

11        and they literally were sitting next to where I

12        was trying to park, and staring at me, and I felt

13        super anxious and intimidated, because they were

14        just there, like kind of lurking, and then I

15        started to back into a parking spot, and -- yeah.

16        Like I said, I was anxious, and I like tapped the

17        car behind, like behind where I was parking, and

18        then the officer like was staring at me, and told

19        me to roll down the window, and then started

20        questioning me, asked me where I was going, I

21        said home, asked me where I lived, if that was my

22        car.  Did I see that I had tapped the person

23        behind me, did I know whose car that was, like
```

51

1          just questioning me all of these questions.

2          Yeah.  And it was -- yeah.  It was ridiculous and

3          scary, and a lot.

4     Q.   And so how did that resolve?

5     A.   Then they just drove away, and then circled the

6          block again to see if I was still there or

7          sitting there and then like drove off again, and

8          then I was like hella nervous so I just went in

9          the house.

10    Q.   And so you were parking -- were you parking on

11         the street outside of your house?

12    A.   I was parking on the street like across the --

13         parking on the public street across the street

14         from where I lived.

15    Q.   Okay.  And you said that they were --

16    A.   They followed me a ways.

17    Q.   Okay.  Before you had parked?

18    A.   Before I had parked.

19    Q.   And then after you parked, did they pull up next

20         to you?

21    A.   They were already lurking, sitting next to where

22         I was, like watching me park.

23    Q.   Okay.  Shifting gears a little bit back to our

52

```
 1        checkpoints that we were talking about.  So how
 2        many times in total have you been through a
 3        checkpoint in the City of Buffalo?
 4   A.   Once.
 5   Q.   And is that the instance that you detail in your
 6        complaint?
 7   A.   Yes.
 8   Q.   Okay.  Let's see.  Just give me a minute here
 9        while I try to share my screen.  Do you see a
10        court document in front of you, BLRR amended
11        complaint?
12   A.   Yes.  Can you make it bigger?
13   Q.   Yes.  Of course.
14   MS. EZIE:  Cheyenne, for the record, are you going to
15        mark this as Exhibit 1 for this deposition?
16   MS. FREELY:  Yes.
17   BY MS. FREELY:
18   Q.   Okay.  So, Ms. Redden, if you just want to read
19        the lines to yourself that I have pulled up here,
20        I'm going to scroll a little bit, so let me know
21        when you're done with paragraph three
22        forty-seven.
23   A.   Okay.
```

53

1    Q.   And then if you just want to read for me through

2         the end of the page.  Three forty-eight through

3         three fifty-one as well.

4    A.   Okay.

5    Q.   Okay.  So is this an accurate representation of

6         the checkpoint incident that you just mentioned

7         to me previously?

8    A.   Yes.

9    Q.   And do you remember the name of the officer who

10        -- or, the officers who wrote you a ticket during

11        the checkpoint?

12   A.   I do not recall.

13   Q.   Was anyone else in the car with you when you went

14        through that checkpoint?

15   A.   No.

16   Q.   And can you describe for me in your own words

17        what happened here, can you set up the scene for

18        me, for lack of a better phrase?

19   A.   Sure.  So I was on the 33, I was going like

20        north, getting off at the Suffolk exit, and

21        usually there isn't like that much traffic, so it

22        felt like unusual for it to be backed up, and I

23        actually really didn't know what was happening,

54

1       but the exit was backed up, and then I was trying

2       to like see what was going on, and that's when I

3       saw that there was a checkpoint.  And at that

4       point I had like seen them, and like I have heard

5       about them but I hadn't experienced one, so it

6       made me hella anxious to like go through it, and

7       I just remember seeing people, a lot of people,

8       being pulled over, the cops like looking into

9       people's cars, and then they got -- when they got

10      to me, they asked me where I was going, I told

11      them I was going to get my hair done, and they

12      looked at my inspection sticker, as I stated, and

13      then they also like looked in the back of my car,

14      and then they wrote me a ticket, and then they

15      said I could go.

16  Q.  And what was that ticket for?

17  A.  Inspired (sic) registration I believe -- or,

18      inspection.

19  Q.  Okay.  And so --

20  A.  Inspection.

21  Q.  I'm sorry.  In the complaint, it alleges that

22      there were a long line of cars ahead of yours.

23      Do you remember approximately how many cars there

55

```
 1      were?
 2   A.  I don't recall.
 3   Q.  Okay.
 4   A.  I just remember it being like backed up.
 5   Q.  Okay.  And then paragraph three forty-seven
 6       states that the officers had stopped
 7       approximately four cars in front of yourself, and
 8       there were several behind you.  Do you know, do
 9       you recall if it was four cars at first that were
10       ahead of yours or had that line dissipated by the
11       time it got to four cars?
12   A.  No -- wait.  Can you say that one more time?
13   Q.  Yes.  Yes.  So the complaint alleges that there
14       were four cars ahead of yours and that there were
15       several behind you.  Do you recall, when you
16       pulled up to the checkpoint at first, were there
17       four cars ahead of you or were there more cars
18       ahead of you and they got through the checkpoint?
19   A.  I don't recall.
20   Q.  Okay.  And I know you set the scene for me a
21       little bit, but can you describe, was the
22       checkpoint line a straight line or was it curved
23       at all?
```

56

1    A.    It was, it was straight.  Well, it was -- I can't

2          really say it was straight.  It was kind of

3          straight and curved, because the way that the

4          exit is, so it was like you're coming and it's

5          straight, but then it's going to veer off because

6          you're trying to, you're trying to go out of, to

7          the exit, trying to get off of the expressway.

8    Q.    Okay.  I get what you're saying.  So with the

9          four cars that were ahead of you at a certain

10         point in time, could you see inside those cars at

11         all, into the windows?

12   A.    I could see the cops talking to folks, and I

13         believe the car ahead of me I could see, but --

14         yeah.

15   Q.    Okay.  So fair to say you could see the cops

16         ahead of you, and then you could see the person

17         in front of you?

18   A.    Yes.

19   Q.    Okay.  Could you tell if any of the drivers of

20         the four cars in front of you were white drivers?

21   A.    I recall that they weren't.

22   Q.    Okay.  So could you see through the windows of

23         all four cars in front of you?

57

```
 1  MS. EZIE:  Object to form.
 2  THE WITNESS:  I couldn't see through all four cars in
 3      front of me, but I do recall in some instances
 4      like the way that I was able to like go, some
 5      people were even pulled over.
 6  BY MS. FREELY:
 7  Q.  Can you elaborate on that a little bit more, so
 8      are you saying --
 9  A.  Like I was stopped, I was stopped in a lane, and
10      like stopped towards the exit, but then some
11      people were told that they needed to pull over,
12      so like they weren't allowed off of the exit.
13      They had to pull over near like the -- what is
14      that thing called.
15  Q.  Like the shoulder of the road?
16  A.  Yeah.  There you go, the shoulder.
17  Q.  Okay.
18  A.  And so yeah.
19  Q.  Okay.  And so when you got up to the checkpoint,
20      and when I say up to the checkpoint, I mean when
21      you got up to the officers, could you see inside
22      the cars that had been pulled over to the
23      shoulder of the road?
```

58

1   A.  Yes.

2   Q.  Okay.  And at that point in time were you able to

3       identify the races of the people who had been

4       pulled over?

5   A.  Yes.

6   Q.  Okay.  And what race were they, what races?

7   A.  They were black.

8   Q.  Okay.  But while you were waiting in that line

9       and you had the four cars ahead of you, could you

10      tell if there were any drivers of any other races

11      in those four cars ahead of you?

12  MS. EZIE:  Object to form.

13  THE WITNESS:  I don't recall, like I don't know.

14  BY MS. FREELY:

15  Q.  So rephrasing a bit.  Do you remember if you

16      could identify the race of the first car in line

17      when you came to the checkpoint line?

18  MS. EZIE:  Object to form.

19  THE WITNESS:  What I'm saying is I don't remember

20      like -- I don't remember crystal clear if I could

21      see that the person in the fourth car in front of

22      me was --

23  BY MS. FREELY:

59

1   Q.   You can finish your answer.

2   A.   Okay.  Was a black person, but what I do recall

3        is, one, feeling hella terrified, and two, I

4        recall a lot of black people, a lot of black

5        folks being pulled over.  And then also just

6        feeling like -- I also remember feeling hella

7        sad, because, one, I had just gotten a ticket and

8        I didn't know how I was going to pay for if, so I

9        could only imagine, you know, other folks, and

10       then also seeing that folks were like actually

11       pulled over, made me like even more afraid, and

12       like anxious for folks.

13  Q.   So is it fair to say that you couldn't tell

14       whether or not there were drivers of any other

15       race besides black in all of the cars in front of

16       you?

17  MS. EZIE:  Object to form.

18  THE WITNESS:  Can you repeat the question?

19  BY MS. FREELY:

20  Q.   Yes.  So is it fair to say that in the four cars

21       ahead of you, you could not tell whether those

22       individuals -- you could not tell the races of

23       those drivers in those four cars ahead of you?

60

1   MS. EZIE:  Object to form.

2   THE WITNESS:  Yeah.  So, like I said, I couldn't -- I

3       don't recall actually like seeing through all

4       four cars, but I do remember seeing that like a

5       bunch of black folks were pulled over.

6   BY MS. FREELY:

7   Q.  Yes.  So as for those pulled over cars, do you

8       remember if you saw any of them step out of the

9       car?

10  A.  I believe so.

11  Q.  So did anyone step out of their cars when they

12      were pulled over?

13  A.  Yes.  I believe so.  But this was -- yeah.  A

14      really long time ago, but based off of my

15      recollection, yes.

16  Q.  Okay.  And acknowledging that this was a long

17      time ago, and I appreciate you giving thoughtful

18      answers, do you remember how many, approximately

19      how many people you saw who had stepped out of

20      their car?

21  A.  I don't.

22  Q.  Okay.

23  A.  I'm thinking at least, at least two cars, but,

61

1        like I said, it was a very long time ago, and I

2        don't want to like lie or you know --

3    Q.  Right.  I don't want you to lie, I don't want you

4        to guess, as we talked about before.

5    A.  Yeah.

6    Q.  But based on your memory, what you can recall is

7        what I'm asking of you.

8    A.  Um-hum.

9    Q.  So you can recall that two individuals had

10       stepped, two drivers had stepped out of their

11       cars?

12   A.  Yes.

13   Q.  Okay.  Understood.  So as for the ticket that you

14       were issued during that checkpoint, were you

15       aware that your inspection had lapsed?

16   A.  No.  I was not aware that my inspection had

17       lapsed.  I wouldn't have been driving had I known

18       or I would have gone to get it inspected.

19   Q.  And did you have any kind of normal custom or

20       normal practice to make sure that your inspection

21       and your registration and your vehicle upkeep was

22       done, did you calendar anything?

23   MS. EZIE:  Object to form.

62

1    THE WITNESS:  No.  I didn't really calendar anything,
2        but I, you know, generally would just make sure
3        that I would get it done annually.
4    BY MS. FREELY:
5    Q.  And do you --
6    A.  And as far as registration -- sorry.  And as far
7        as registration, you get an e-mail when it's
8        going to go up.
9    Q.  When it's about to expire?
10   A.  Yeah.  For your registration you get an e-mail a
11       few months before.  So generally for me, I mean,
12       a registration is every two years, but it's just
13       like I generally know, usually would know what
14       time of year that I would have to reinspect or,
15       you know, or reregister.
16   Q.  And do you think it's, regardless of notification
17       e-mails, do you think it's your responsibility as
18       a driver to keep track of those dates?
19   MS. EZIE:  Object to form.
20   THE WITNESS:  I mean, I think, yeah.  I think it's
21       every driver's responsibility to keep up-to-date
22       with when they, you know, their inspection and
23       registration is up, but I also think that because

63

1        we are humans and things happen, that we should

2        also be able to be allotted a grace period for

3        potential mishaps.

4   BY MS. FREELY:

5   Q.   So do you think in the instance of the ticket you

6        were issued for the checkpoint, that there should

7        be some sort of grace period?

8   A.   Yes.  I think had the city not been using tickets

9        as revenue, revenue income, then potentially

10       there would have been a grace period.

11  Q.   And do you think that grace period should be

12       implemented by the state or be implemented by the

13       Buffalo Police Department themselves?

14  MS. EZIE:  Object to form.

15  THE WITNESS:  I don't, I don't know that I understand

16       the question.

17  BY MS. FREELY:

18  Q.   Yes.  So by law, a car is required to have their

19       inspection and their registration up-to-date.  Do

20       you think that New York State should change the

21       law to allow for a grace period or do you think

22       that the Buffalo Police Department should just

23       turn a blind eye and practice some sort of grace

64

1    period?

2    MS. EZIE:  Object to form.

3    THE WITNESS:  Yeah.  I mean, that's an interesting

4        question, right, I don't necessarily think that,

5        that the BPD should be trying to change all of

6        these laws, per se, but what I do know is that

7        because BPD and their practices are instructed to

8        use tickets as a revenue stream for the city,

9        then there is no sort of grace period that would

10       even be allotted in general, so I don't know

11       whether it should be a state ruling, but I also

12       know that if you are told that you have to do a

13       certain thing, and that this is going to impact

14       revenue, also if you know that you have to, when

15       you give a ticket, you have to show up to court,

16       that also impacts overtime and inflates your

17       salary, then you're not going to necessarily just

18       say like, oh, I understand, and, you know,

19       something may have happened, you're going to

20       actually inflict, right, this ticket onto a

21       person, because it impacts not only just the

22       bottom line of city revenue, but also the bottom

23       line of your income.

65

1    BY MS. FREELY:

2    Q.   And so you mentioned that BPD officers are being

3         told to write tickets in order to help the city's

4         bottom line and generate revenue, how do you know

5         they're being told that?

6    MS. EZIE:  Object to form.

7    THE WITNESS:  How do I know that they are being told

8         that, I read something somewhere that posted, I

9         believe 2012, that the money for tickets was no

10        longer going to the state and it was coming to

11        the city.

12   BY MS. FREELY:

13   Q.   So are you inferring that because that change was

14        made, higher-ups at BPD have told officers to

15        issue more tickets?

16   A.   I am saying that it is the city practice, whether

17        it was higher-ups at BPD, whether it was the

18        mayor, whether, whomever it was, it was a city

19        practice.

20   Q.   So I just want to make sure that I'm

21        understanding.  You read an article or something

22        that said revenue from tickets was now being

23        directed to the City of Buffalo, and not New York

66

1     State, correct?

2   A.   Yes.

3   Q.   And so what specifically from that, that thing

4        that you read, led you to believe that it was now

5        a policy or a directive that BPD officers should

6        issue tickets?

7   A.   Well, post that is when checkpoints started, it's

8        when there was an increase in tickets, it was

9        when folks started getting multiple tickets at a

10       time, so there was a shift in what was happening

11       in the city.

12  Q.   So is it an inference based on this shift you

13       noticed in the city, and what you read, that this

14       was the policy coming from the BPD, to issue more

15       tickets to generate more revenue?

16  MS. EZIE:  Object to form.

17  THE WITNESS:  I also think that there is somewhere,

18       and I can't recall from where, that there was an

19       admittance that this is actually true, that the

20       city was counting on this money for the budget.

21       And I actually don't recall if that was through

22       like our budget work, but I do recall that being

23       true.

67

1    BY MS. FREELY:

2    Q.   Okay.  Do you think it's unconstitutional for

3         officers to write tickets for violations that

4         they see if it's going to the city's revenue?

5    MS. EZIE:  Object to form.  And I'm avoiding speaking

6         objections, Cheyenne, but I'm not sure it's

7         appropriate to ask this witness like legal theory

8         questions, but --

9    MS. FREELY:  I wouldn't define that as a legal theory

10        question, but I can rephrase.

11   BY MS. FREELY:

12   Q.   Do you think that it's unjust for officers to

13        write tickets for traffic infractions

14        specifically, if they go to the city's revenue?

15   A.   I don't, I don't necessarily think that I would

16        say that it is unjust for officers to potentially

17        give tickets if they see something.  What I do

18        think is unjust is for officers to create that

19        scenario, I think it's unjust to create

20        checkpoints that people have to drive through in

21        order to increase said revenue, or if someone is

22        pulled over for something, adding additional

23        tickets to a person to increase revenue.

68

1  Q.  Okay.  So just so that I'm understanding.  If

2      someone was pulled over because their inspection

3      was expired --

4  A.  Sorry, go ahead.

5  Q.  If someone was pulled over for their inspection

6      being expired or say they were missing a license

7      plate, something like that, is it your position

8      that the officer should not ticket any other

9      violations they see or no?

10 A.  Well, I would say, number one, it is highly

11     unlikely for an officer to see a person's

12     inspection sticker is expired just randomly,

13     right, like, an officer would have to have an

14     actual reason to pull a person over to even see

15     that their inspection sticker is expired.  So

16     what I'm saying is it is unjust to set up a

17     scenario for people to be given tickets.  Like it

18     is unjust to set up checkpoints and have people

19     go through them, so that you can identify what

20     someone is doing wrong prior to someone even

21     doing it.  So if like based off of what you just

22     said, if I am driving, there's no real way for an

23     officer to see if my inspection sticker is

1          expired, so there would be no reason for an

2          officer to pull me over, so I'm saying it's

3          unjust to creat a scenario where you have to pull

4          all these folks over.

5      Q.  Okay.  I understand that part of your testimony,

6          thank you for clarifying.  But in the instance

7          of, say, a person was missing license plates and

8          they were pulled over, is it your position that

9          the officer should not issue any other traffic

10         tickets for any other violations they see on the

11         car?

12     A.  What I'm saying is I think that folks were adding

13         additional tickets to increase revenue.  So if

14         someone is pulled over for a particular

15         violation, but then you give a ticket because a

16         license plate bracket is broken, I think that

17         that, to me, is like inappropriate or unjust.

18         Like I just don't -- I can't understand a way

19         that that would actually be just when you are

20         actively pulling over folks in poor neighborhoods

21         and increasing revenue.  I just can't see that.

22     Q.  And I should have clarified this from the

23         beginning.  But when we use the term unjust, when

70

1        it was used in the complaint and when you're

2        using it today, how would you define the term

3        unjust?

4    A.  To me, it is something that, it's something that

5        is generally unfair, routed in some level of

6        prejudice or discriminatory practice or in some

7        regard -- yeah.  Just something that is done

8        unfairly, I guess.

9    Q.  Okay.  So in your opinion, if something is

10       unjust, can it still be legal?

11   MS. EZIE:  Object to form.

12   THE WITNESS:  I mean, I think that that is a hard

13       question, right, there are lots of things that

14       are hella legal that are unjust, so -- and I

15       wouldn't want to -- yeah.  I just, I can't agree

16       with that.  You know -- sorry, I just got a text

17       message on my screen.

18            Yeah.  Lots of things are legal I think that

19       are unjust, right.  So I can't, I can't say that,

20       right, like -- yeah.  Like once, once folks could

21       no longer be owned, right, they could be picked

22       up if they were vagrants or like didn't have a

23       license and could be arrested, like that is very

71

1       unjust but still legal.  So I can't really

2       reconcile the two of those things, I think in the

3       way that you would like me to answer it.

4    BY MS. FREELY:

5    Q.  No.  I definitely don't want you to answer in any

6       particular way, and I don't want you to answer

7       based on what you think I want.  Answer

8       truthfully, answer to what you think your truth

9       is, and that's why we're here today.  All that

10      being said, I have a portion left, but is

11      everyone amenable to another five-minute break

12      and then we'll get through the rest of what we

13      have to get through?

14   MS. EZIE:  Can we make it a ten-minute break?

15   MS. FREELY:  Yes.  Sure.

16          (Whereupon, a short recess was then taken.)

17   BY MS. FREELY:

18   Q.  Ms. Redden, were you on this -- during this

19      September 9th checkpoint incident, were you ever

20      arrested?

21   A.  No.

22   Q.  Were you ever asked to step out of the car?

23   A.  I don't believe so, no.

72

1    Q.   And can you describe your interaction with the
2         officer who pulled you over to the shoulder of
3         the road?
4    A.   Yeah.  He asked me where I was going, I told him.
5         He asked me for my license and registration, I
6         gave it to him.  And then he, like I said, looked
7         in my window, the front window, and then he
8         looked like in the back seat of my car, which I
9         don't know why, but that's what he did, and then
10        he I guess like ran my stuff, and then he came
11        back and gave me a ticket and said that my
12        inspection sticker was expired, and he gave me a
13        ticket.
14   Q.   Okay.  And was he ever unprofessional during that
15        interaction or rude?
16   MS. EZIE:  Object to form.
17   THE WITNESS:  I don't recall if he was rude or, quote
18        unquote, unprofessional.  Yeah.
19   BY MS. FREELY:
20   Q.   Okay.  And I am going to bring back up Exhibit A,
21        which is the operative amended complaint in this
22        action.  Okay.  Can we all see, starting with
23        paragraph three fifty-two, Ms. Redden, I'll

73

```
 1      scroll down, can you read from three fifty-two

 2      through three fifty-eight to yourself.  I'll

 3      scroll down when you need me to.

 4   A.  Okay.  Okay.  You can scroll up.

 5   Q.  Okay.

 6   A.  Okay.

 7   Q.  Okay.  So is this an accurate account of what

 8      we'll call the September 13th incident in 2018?

 9   A.  Yes.

10   Q.  Okay.  And paragraph three fifty-seven discusses

11      how the judge dismissed all the tickets because

12      Ms. Redden had already renewed her vehicle

13      registration.  Do you see that?

14   A.  Yes.

15   Q.  And do you see in paragraph three fifty-four

16      discussing how you were issued a ticket for

17      having a dirty license plate?

18   A.  Yes.

19   Q.  Did the judge dismiss that ticket as well?

20   A.  No.  And also, the judge didn't dismiss all of my

21      tickets, because I had to pay like twelve hundred

22      dollars to get everything taken care of.

23   Q.  Okay.
```

74

1  A.  I had to borrow the money from my brother.

2  MS. EZIE:  Cheyenne, just to make a record of this.

3      I think I learned for the first time maybe last

4      week that we had misstated the number of tickets

5      that had been dismissed, so I want to own up to

6      the fact that I believe three fifty-seven was

7      written in error, and that only a portion of the

8      tickets were dismissed.

9  MS. FREELY:  Okay.  Well, we can clarify right now.

10 BY MS. FREELY:

11 Q.  So which tickets from your recollection were

12     dismissed?  Sorry.  I'm talking to Ms. Redden.

13 A.  I believe the registration tickets, but yeah.  I

14     believe the registration ones were dismissed.

15     But I also will say that I know that like I would

16     just randomly get tickets a lot in general.  So,

17     you know, the twelve hundred dollar -- yeah.

18     I'll stop there, but the registration ones were

19     just dismissed.

20 Q.  Okay.  We'll come back to the point you just

21     made.  But just to clarify, so we're talking

22     about the two tickets for driving while

23     registration was suspended, and expired

75

```
 1        registration, so three tickets in total were
 2        dismissed, correct?
 3   A.   Yes.
 4   Q.   Okay.  And then the two tickets for failure to
 5        notify the DMV of a change of address, and the
 6        dirty license plate remained, and those were the
 7        ones that you had to pay the fines on, correct?
 8   A.   Yes.
 9   Q.   Okay.
10   A.   I believe so, yes.
11   Q.   So what, related to the September 13th incident,
12        what led you to believe that you were racially
13        profiled on that day when you were pulled over?
14   A.   So we were leaving, Natasha and I were leaving,
15        as it says in the thing, a vigil for Pito Rivera
16        on the lower West Side, and literally we were
17        leaving the vigil and all of the press was
18        talking about how this guy was murdered by BPD
19        strike force, and driving home, driving to drop
20        Natasha off, literally as soon as I dropped her
21        off at the stop sign, I saw a cop following me
22        like behind me, and I knew, I just knew that I
23        was going to be pulled over, because he was
```

76

1    following me, and also because of where we had

2    come from, coming from a vigil and like press

3    conference that was literally saying that BPD and

4    strike force were racist and had murdered

5    multiple people.  We had already been organizing

6    and talking about the fact that this was like BPD

7    had killed two other young men of color prior to

8    this incident, and so, to me, it made me a target

9    for retaliation in general, and so I felt like

10   nervous and anxious I was going to be pulled

11   over.

12   Q.  And so just so that I -- well, one thing to

13       clarify.  When you say Natasha, are you referring

14       to Natasha Soto?

15   A.  Yes.

16   Q.  Okay.  Thank you.  So do you think that the

17       officer followed you from the vigil, what makes

18       you think that the officer knew you were coming

19       from the vigil?

20   A.  I do think the officer followed me from there.

21   Q.  Okay.  Did you see him following you from the

22       vigil to Natasha's house?

23   A.  I didn't realize him until I got to Natasha's

77

1          house.

2     Q.   Until after you dropped her off, correct?

3     A.   Yeah.

4     Q.   Okay.  And did, so just as a reminder, it was,

5          according to the complaint, BPD Officer Charles

6          Skipper who pulled you over, can you recall if

7          Officer Skipper said anything racist or rude that

8          led you to believe that he was racially profiling

9          you?

10    MS. EZIE:  Object to form.

11    THE WITNESS:  So I don't believe that he said

12         anything racist to me in particular, but I don't

13         think it's far off to assume that there was

14         racial intent.  I don't think you'd necessarily

15         have to say a racist thing to be racially

16         profiling someone.  And also, I do recall him

17         being rude and dismissive in general.

18    BY MS. FREELY:

19    Q.   Can you describe a little bit more of that in

20         terms of what he said that you thought was rude

21         and dismissive?

22    A.   Yeah.  Every time I tried to ask him a question

23         or explain something to him, he kind of like

78

1      would cut me off or shut me down.  I asked him

2      questions, and he sort of chuckled and was like

3      well, that's not how any of this works or that's

4      not how this works.  Yeah.  And I would try to

5      ask him questions and he would just be like short

6      with me and kind of like you should know, like I

7      was just supposed to have this information

8      intuitively kind of.

9   Q.  And is the information you're referring to the

10      reasons for his -- for those tickets?

11  MS. EZIE:  Object to the form.

12  THE WITNESS:  No.  Like he said well, your car is

13      going to be towed, and I was just like well, what

14      does that mean, where is it going, like how do I

15      get my car back, and he kind of just was like

16      well, it's going to the tow lot, and I was like I

17      don't, I don't know what, you know, I don't know

18      what that means, you know, like I was just trying

19      to ask him questions about the whole thing, and

20      he sort of was really like dismissive.

21  BY MS. FREELY:

22  Q.  So would you say you were asking him questions,

23      more logistical questions about next steps from

79

```
 1        here and what happens?
 2   A.   Logistical questions, I tried to tell him that my
 3        registration wasn't suspended, that I didn't get
 4        any notice of my registration being suspended.
 5        He asked me -- he said something about my
 6        address, I told him what my address was, and he
 7        said well, that's not the address that we have,
 8        you need to go change your address at the DMV,
 9        and I said this is the only address that I have
10        filed with the DMV, is the address that's on my
11        license, and he said well, that's not the
12        information that we have here, and I said well,
13        if that is the case, like what, I asked what
14        address did he have, and he said we have some
15        like Elmwood address, and I was like that is
16        not -- like that hasn't been my address for
17        multiple years.  I also have never put that on
18        any of my DMV documentation because that's not my
19        permanent address, and he sort of was just like,
20        you know, kind of like whatever, that's what we
21        have here, so you need to go to the DMV to change
22        it.
23   Q.   And so just so that I understand, was there only
```

80

```
 1        one address on your license, and by that I mean,
 2        sometimes when people move they can write the new
 3        address on the back of their current license
 4        before they go change it with the DMV, did you
 5        only have the one printed, pre-printed address on
 6        your license?
 7   A.   Yeah.  I never changed my address because my
 8        parents' address is my -- was my permanent
 9        address the whole time I lived in Buffalo, for
10        this particular reason.  Just so like if anything
11        official or like, you know, from the city or
12        whatever, would go there, so I never had any
13        other address on my license.
14   Q.   And so the Elmwood address that he was
15        referencing, was that a previous address that you
16        had lived at?
17   A.   It is, but I don't even know how he got that
18        address, and I tried to ask him that and he just
19        was like well, that's what I see right here.
20   Q.   Okay.  And you didn't live there at the time you
21        were being pulled over, correct?
22   A.   No.  I hadn't lived there in multiple years.
23   Q.   Okay.  Just wanted to clarify that point.  So
```

81

```
 1       then according to the complaint, you went to the
 2       DMV and the DMV confirmed that they had the
 3       correct address on file for you, is that correct?
 4   A.  Yes.
 5   Q.  So did you bring this up to the judge when you
 6       went for your hearing on these tickets?
 7   A.  Yes.
 8   Q.  Do you remember what judge you were in front of,
 9       by the way?
10   A.  I don't.
11   Q.  It's okay.  Did the judge -- what was the judge's
12       response to the DMV having the correct address?
13   A.  Nothing really.
14   Q.  And so when you say nothing, that's because that
15       ticket --
16   A.  No.  I think just because -- I don't think that
17       they, I don't think that they care.
18   Q.  And by they, you mean the judge?
19   A.  Yeah.
20   Q.  Okay.
21   A.  I think, you know, it was like sort of like a
22       non-thing, like oh, well, that didn't matter, and
23       you paid your registration, so it's fine sort of
```

82

```
 1        a thing, like kind of like a non-issue or like an
 2        afterthought sort of a thing.
 3   Q.   So do you feel that the judge should have
 4        dismissed your change of address tickets, the two
 5        tickets that were issued for the change of
 6        address?
 7   A.   I, I don't know.  Like I don't want to, you know,
 8        I don't want to say that, you know, the judge
 9        should have done this or the judge should have
10        done that, I feel like -- I feel like, right,
11        there was no real reason for the cop to pull me
12        over unless he was following me and then randomly
13        ran my tags for whatever reason, no reason I
14        would say, and then I was pulled over and
15        ticketed, so I don't -- you know, I don't know.
16        I don't want to say that the judge should have
17        done this or should have done that, but I feel
18        like the whole thing was really messed up, and
19        just hella emotional, and like it felt
20        retaliatory and, you know, just exhausting.
21   Q.   And I appreciate you recounting these events for
22        me, I'm sure it's not easy, so I do appreciate
23        you taking the time to be thoughtful about this.
```

83

```
 1   A.   Yeah.
 2   Q.   When Officer Skipper walked up to your car after
 3        pulling you over, did he give you a reason why he
 4        pulled you over, did he state a specific reason?
 5   A.   No.  And I asked him, and he just said -- oh, he
 6        did say that my registration was expired or
 7        something, and I was like well, how would you
 8        know that, and he just sort of was like -- he
 9        didn't answer the question.  And I was just like
10        okay.  Like he didn't really answer anything.
11        Yeah.  And I remember being hella, hella like
12        nervous, and the only reason why I felt a tiny
13        bit of relief is because when I was -- while I
14        was pulled over, Natasha happened to walk past
15        because she was walking her dog, and she like
16        stood there and like watched what was happening.
17   Q.   And then after you were issued the six tickets,
18        did you speak to Natasha about it or did you
19        drive away?
20   A.   Well, I couldn't drive away, he told me my car
21        was being impounded, and I said well, can I just
22        take it home and like park it in my driveway and
23        I won't drive it, and he's like that's not how
```

84

1      this works, and I was like well, we were like

2      right in front of where my church is, and I was

3      like well, I could just put it in this parking

4      lot because this is my church and I could leave

5      it here, and he was like no.  And so I said

6      well -- I said okay, but I have to like get some

7      stuff out of my car, and so my friend Erin, who

8      lives like kind of around the corner, drove over,

9      and we took all of the stuff out of the car

10     because we were nervous.  I was nervous that they

11     were going to like search my car, so we took out

12     all of our like signs, everything that we had

13     from the vigil, all of our BLRR stuff, and put it

14     in Erin's car, and then when I did get back to my

15     car, like two days later or I don't remember, I

16     think it was two days later, it did, in fact,

17     look like someone had searched, like went through

18     my car.  Like I had some -- like a book in the

19     back that had been like taken out the back pocket

20     and like thrown in the back seat and you know.

21  Q.  So do you believe that BPD officers or a BPD

22      officer went through your car?

23  A.  Whether it was BPD, whether it was some city

85

```
 1        official that worked at the impound, someone did.
 2        I was afraid that yes, BPD would go through my
 3        car because of the work that we were doing and
 4        who we were.  Yes.
 5   Q.   So after your car was towed, did you speak to
 6        Natasha about what she witnessed and what you had
 7        just gone through?
 8   A.   After my car was towed, the three of us, Natasha
 9        me, and Erin went to dinner.
10   Q.   Okay.
11   A.   To like just like kind of alleviate stress, we
12        were hella stressed about what happened.  I was
13        pretty emotional, Natasha was pretty angry.  Erin
14        was just being super supportive, and we didn't
15        really like talk about it or go into any detail
16        about it, we just, you know, were trying to
17        decompress from what had just happened,
18        especially after the weeks and days that we had
19        had, and not even just weeks and days, but like
20        months and years of like organizing against the
21        BPD strike force, the city, like, you know, it
22        all just took a toll, and I think we were just
23        trying to like decompress from the situation that
```

86

```
 1        happened.
 2   Q.   So you mentioned that Officer Skipper referred to
 3        the expired registration when he pulled you over,
 4        correct?
 5   A.   Um-hum -- or, I don't know if he exactly said my
 6        registration was expired or my plates were
 7        expired, which are the same exact thing, but like
 8        you know --
 9   Q.   Okay.  So it could have been plates, it could
10        have been registration.  If it was expired
11        plates, does that change your belief that he
12        couldn't have seen -- let me rephrase.  You were
13        previously confused because he couldn't have seen
14        your registration before pulling you over,
15        correct?
16   MS. EZIE:  Object to form.
17   THE WITNESS:  No.  I'm not saying that I was
18        previously confused because he couldn't see my
19        registration.  What I was saying is he wouldn't
20        have had any reason to like search my plates,
21        like why would he have had any reason to search
22        my plates if I didn't violate any traffic
23        violation or anything, so that leads me to
```

87

1          believe that he was profiling me or whatever for

2          actually even running my plates.

3     BY MS. FREELY:

4     Q.   Okay.  I understand your point, thank you for the

5          clarification.  In your opinion, would it have

6          been just for him to pull you over because of the

7          dirty license plates?

8     MS. EZIE:  Object to form.

9     THE WITNESS:  No.  No one gets pulled over for a

10         dirty license plate, like it wasn't even -- like

11         it looked like a regular driver's license plate.

12         New York State license plates are white, so if

13         you have a license plate and you live in Buffalo

14         and it snows, and like it's dirty, like your

15         license plate is just going to be dirty, so I

16         don't -- I also feel like if the license plate,

17         if there was something actually wrong with the

18         license plate, like you wouldn't have been able

19         to see letters and/or numbers, you know, like I

20         don't, I don't believe that to be true.

21    BY MS. FREELY:

22    Q.   Okay.  So just to clarify, you don't believe that

23         pulling over someone for a dirty license plate is

88

1      a valid reason to pull someone over, correct?

2  A.   No.

3  MS. EZIE:  Object to form.

4  THE WITNESS:  That's not what I'm saying.

5  BY MS. FREELY:

6  Q.   Sorry.

7  A.   What I'm saying is I don't believe that he had a

8       valid reason to pull me over, I also don't think

9       that he pulled me over for having a dirty license

10      plate.  I don't believe that was his intent

11      and/or intention.

12  Q.   Okay.  And I know we're just getting a little

13      bit -- I just want to make sure we're -- I'm

14      clear on what your testimony is, so excuse me if

15      this is a little bit circular.  But so then why

16      do you think -- what led you to believe that he

17      pulled you over strictly to racially profile you?

18  MS. EZIE:  Object to form.

19  THE WITNESS:  I believe that, I believe that he

20      pulled us over -- me over, because of, one, where

21      I was coming from, and two, the work that we were

22      doing in general, and -- yeah.  I don't think

23      that he had a reason -- I'm sure he pulled me

89

```
 1        over because he did say my plates were expired,
 2        but also what I'm saying is he had no reason to
 3        run my plates.  And so given the fact that he ran
 4        my plates, to me, feels like he had already
 5        profiled me.
 6   BY MS. FREELY:
 7   Q.   Okay.  And let me just see.  This was in
 8        September, do you remember if you were driving
 9        with your window down or your window up by
10        chance?
11   A.   I mean, I don't know that I remember, but I
12        probably had my windows up because I never -- I
13        don't really drive with my windows down.
14   Q.   Fair enough.  And then, were you arrested after
15        this incident, following this incident?
16   A.   No.
17   Q.   Were you asked to step out of the car before you
18        were told they planned on towing the car?
19   A.   I don't recall if I was asked before or after.
20   Q.   Okay.  And for both of the incidents, the
21        checkpoint incident and the September 13th
22        incident, were you driving your 2012 Volkswagen I
23        believe?
```

90

1   MS. EZIE:  Object to form.

2   THE WITNESS:  The first incident -- can you say the

3        question again?

4   BY MS. FREELY:

5   Q.  Yes.  Of course.  I'll break it up.  For the

6        checkpoint incident, when you went through the

7        checkpoint, were you driving your 2012

8        Volkswagen?

9   MS. EZIE:  Object to form.

10  THE WITNESS:  I don't recall, like what year was it?

11       I don't remember what year.

12  BY MS. FREELY:

13  Q.  2015.

14  A.  Oh.  Then yes, I was.

15  Q.  Okay.  And then for the September 13th incident,

16       which occurred in 2018, were you also driving

17       your 2012 Volkswagen?

18  A.  Yes.

19  Q.  So prior to 2015, had you ever received a traffic

20       ticket before?

21  MS. EZIE:  Object to form.

22  THE WITNESS:  A traffic ticket, I don't believe so.

23  BY MS. FREELY:

91

1    Q.   Okay.  And just so that we're clear, when I refer

2         to traffic tickets I refer to any kind of

3         violation of the Vehicle and Traffic Law, so

4         whether it's a parking ticket or a moving

5         violation or related to registrations,

6         inspections and the vehicle issues.  After 2018,

7         after the September 13th, 2018 incident, did you

8         receive any traffic tickets?

9    MS. EZIE:  Object to form.

10   THE WITNESS:  Okay.  So I want to go back because

11        like I have gotten parking tickets.

12   BY MS. FREELY:

13   Q.   Okay.

14   A.   In like I'm sure like 2016 or whatever.  And then

15        prior to 2018, I don't recall, but I'm sure I

16        probably did get parking tickets.

17   Q.   Okay.  So without the time reference attached to

18        that question, earlier you mentioned that you've

19        received a lot of parking tickets or a decent

20        amount of parking tickets -- excuse me, traffic

21        tickets.  Do you remember when those traffic

22        tickets were issued?

23   A.   Parking tickets.

92

1    Q.   Parking tickets.

2    A.   And do I remember when, you said?

3    Q.   Yes.

4    A.   I don't remember when, no.

5    Q.   Do you remember approximately how many?

6    A.   I mean, a lot.  Like thousands of dollars of

7         parking tickets.

8    Q.   And were those exclusively in the City of Buffalo

9         or --

10   A.   Yes.

11   Q.   -- any other places as well?

12   A.   Exclusively the City of Buffalo.

13   Q.   Okay.  And can you give a couple examples of

14        reasons for those parking tickets, like wrong

15        side, parked on the wrong side or what were the

16        reasons generally?

17   A.   I don't even -- like I remember one time I parked

18        on my street, and there was a part of my street

19        that you could like park from place to the corner

20        and then apparently randomly the city just

21        changed the sign and decided you couldn't park

22        there anymore, so then I remember getting like --

23        and there wasn't, there actually wasn't a sign,

93

1    but then -- there wasn't a sign when it first

2    started, but then they started handing out

3    tickets, and then maybe like sometime after they

4    put a sign like no parking from here to the

5    corner.  And then -- so that's an example.  Just

6    like random stuff.  My neighborhood, my parents'

7    neighborhood, you -- which is like my permanent,

8    as I said my permanent address, like you couldn't

9    -- started, you couldn't park on the street

10    without having a permit because of the hospital

11    and like hospital employees started parking over

12    there, just like mad random stuff like all the

13    time.

14  Q.  And for those tickets in the past, do you

15    normally challenge in court or do you normally

16    just pay them and call it a day?

17  A.  A little bit of both.

18  Q.  Okay.  And what would you say, what's the

19    deciding factor for you between whether you're

20    going to challenge it or whether you're going to

21    pay it?

22  A.  I don't know.  I think most of it probably is

23    just like time.  But also, I think after you

94

1　　　challenge a ticket and you still get the verdict

2　　　is still guilty, it's kind of like what's the

3　　　point.

4　Q.　Have you ever had counsel to represent you in any

5　　　of the court proceedings where you've challenged

6　　　your traffic tickets, parking tickets?

7　A.　No.

8　Q.　And since moving to California, have you received

9　　　any traffic tickets, parking tickets, any

10　　　violations of their Vehicle and Traffic Law over

11　　　there?

12　MS. EZIE:  Object to form.

13　THE WITNESS:  Since being here I think I got one

14　　　parking ticket for parking on the street on a

15　　　Saturday, but I didn't realize that was a thing

16　　　when I first moved here, so I didn't realize you

17　　　had to pay a meter on a Saturday, because that's

18　　　not a thing back home, so --

19　BY MS. FREELY:

20　Q.　And did you go to court to challenge that or did

21　　　you just pay that?

22　A.　Well, I just paid that, because I actually was

23　　　wrong, because I parked on the street --

95

```
 1        actually, I actually don't know.  Oh, I -- one,
 2        oh, I got another ticket for parking in front of
 3        my house because I was supposed to have a tag,
 4        but I challenged that.
 5   Q.   And how did that --
 6   A.   Because I did live there.
 7   Q.   Sorry.
 8   A.   No.  I was just saying because I obviously did
 9        live there, and like so I --
10   Q.   So for the tag ticket, how did that resolve, did
11        you have to pay or was that thrown out?
12   A.   I didn't have to pay.
13   Q.   Okay.
14   A.   Also in California, you don't -- I just want to
15        say, in Oakland and in the Bay, you don't -- like
16        Oakland PD does not pull folks over for traffic
17        violations.  That's not a thing that is here due
18        to like the organizing that has happened out
19        here.
20   MS. FREELY:  Okay.  That's all the questions I have
21        for today.  Ms. Redden, I just want to thank you
22        again for taking the time to be thoughtful about
23        everything today, and I appreciate the anxiety
```

96

 1       that these events have instilled in you, but I
 2       appreciate your thoughtful testimony today.
 3  THE WITNESS:  Thank you.
 4  MS. EZIE:  Thanks so much.  I don't have a lot, but I
 5       do have a little bit of re-direct.
 6  MS. FREELY:  Go for it.
 7  MS. EZIE:  Okay.
 8
 9  EXAMINATION BY MS. EZIE:
10
11  Q.  So, Ms. Redden, earlier you testified that you
12       visited Buffalo eight or nine times since your
13       2020 move to Oakland.  Do you recall that?
14  A.  Yes.
15  Q.  Approximately how long were your visits to
16       Buffalo typically?
17  A.  Generally when I come to Buffalo, I probably stay
18       -- each time I probably stay at least two weeks
19       because I feel like, I feel like it's too far to
20       come all the way from over here back home to not
21       stay for a long period of time.  So yeah.  Like
22       two to three weeks each visit.
23  Q.  Got it.  So that averages out to spending four to

97

1       six weeks in Buffalo every year?

2   A.  Yeah.  I would say that's right.

3   Q.  Okay.  And earlier you were asked whether you

4       drove during your Buffalo visits.  Do you recall

5       that?

6   A.  Yes.

7   Q.  And what was the answer to that question?

8   A.  When I am in town I do -- I drive my dad's car

9       was the answer.

10  Q.  Okay.  And how did driving in the City of Buffalo

11      make you feel as far as the BPD are concerned?

12  MS. FREELY:  Objection to form.

13  BY MS. EZIE:

14  Q.  You may answer.

15  A.  I would say I think any time I drive at home I

16      get hella anxious and nervous, because I think

17      there's always the potential that I will be

18      pulled over, so I just feel like hella anxiety,

19      you know, and a little fearful.  Buffalo is a

20      small place, you know, so it's just like you -- I

21      don't know.  It just feels like you make a

22      ruckus, people are going to know who you are,

23      people are going to know like what you've done or

98

1    what you do, and so it just makes me nervous

2    anyway, although I feel like, you know, we've

3    done great work in all the things, but I feel, I

4    do feel anxiety.

5  Q.  Now, since moving to Oakland, have you driven in

6    Oakland?

7  A.  Yes.

8  Q.  How do you find driving in Oakland in comparison

9    to driving in Buffalo?

10  MS. FREELY:  Objection to form.

11  THE WITNESS:  I mean, it's interesting, I think

12    although I just testified that Oakland PD does

13    not pull over folks for traffic violations, which

14    is true, like it's not a thing that they do, and

15    I have never been pulled over in Oakland.  I

16    still, I still feel -- it's not funny, but I

17    still feel hella anxious just like when I see

18    cops or like when they're behind me, I just get

19    really nervous.  Because I'm always like, you

20    know, what's happening, why are they behind me,

21    are they going to keep following me, are they

22    going to pull me over, like I have all these

23    questions in my head all the time, which is like,

99

1      you know, which is hard, right, because I
2      actually do like really suffer from anxiety, and
3      so it's just, it is a lot.  I'm trying to like,
4      you know, I know that that's not a thing here,
5      but I still get really anxious about it.
6   BY MS. EZIE:
7   Q.  When do you think -- what prompted you to first,
8      if you can think all the way back to when you
9      first started noticing this feeling, what
10     prompted you to start feeling anxious around law
11     enforcement while driving?
12  A.  I mean, I think initially like when I was like
13     younger and stuff and growing up in Buffalo for
14     real, like I never really felt any sort of way
15     about driving around and like police interactions
16     because it never really felt like it was a thing,
17     but when I moved back in 2012, it just felt like
18     there was just a big -- like a shift, you know
19     what I mean, like there was a higher police
20     presence.  I did feel like I was being followed
21     or that there was the potential for me to be
22     pulled over, so I think once I just started to
23     feel more of the police presence is when like my

100

1       anxiety started.

2  Q.  And how would you describe your interactions with

3       Buffalo Police from 2011 to present --

4  MS. FREELY:  Objection.

5  BY MS. EZIE:

6  Q.  -- how have they made you feel?

7  MS. FREELY:  Sorry.  I didn't mean to interrupt you.

8  THE WITNESS:  I mean, you know, BPD, they -- I mean,

9       they, they can be scary, like they really be

10      acting like, like cowboys or something or like

11      you just can't say no to them or you can't like

12      talk to them or, you know, it's just, it's just

13      hella bizarre, like, you know, it is, it's like

14      law and order to like mini levels of degrees

15      higher than like any other interaction, and yeah,

16      it's just wild.  It's like can't even ask a

17      question, it's like why would you ever think you

18      have the authority to ask me a question, you

19      know, and that's, that's wild.

20 BY MS. EZIE:

21 Q.  Now, I want to turn to some questions you were

22      asked about your checkpoint stop in September

23      2015.  Now, do you recall being asked about the

101

```
 1      race of motorists that were stopped alongside you
 2      at the checkpoint you encountered on September
 3      9th --
 4   A. Yes.
 5   Q. -- 2015?  Okay.  What race were the motorists
 6      that you saw stopped at the checkpoint?
 7   A. They were black.
 8   Q. Did you see any white motorists stopped at the
 9      checkpoint?
10   A. No.
11   Q. Now, how were you able to discern the race of the
12      motorists that -- as in how did you view the race
13      of the motorists who were stopped alongside of
14      you at the checkpoint?
15   A. Yeah.  I think some, like I said, were pulled
16      over and asked to get out.  I think some folks
17      when interacting with the police, you can like
18      see their head and/or their hands, stuff like
19      that.
20   Q. Okay.  And so -- so you were asked about whether
21      you could see through the windows, presumably the
22      front and rear windshields of all the cars
23      stopped at the checkpoints.  Do you remember
```

102

1       that?

2    A.  Yes.

3    Q.  In your opinion, are windshields the only way

4        that you can perceive the race of a motorist?

5    A.  No.

6    Q.  And so remind us what were some of the ways that

7        you were able to perceive the race of the

8        motorists.

9    A.  Yeah.  Like I said, like people's hands, I think

10       like hair, but also, you know, when someone is

11       talking, you can like see them pushing their head

12       like out of the window.

13   MS. EZIE:  Okay.  If I could just briefly confer with

14       my colleague Mikaila in a breakout room, I think

15       we might be done.  We'll be right back.

16           (Whereupon, a short recess was then taken.)

17   BY MS. EZIE:

18   Q.  Back on the record.  I have just a few more

19       questions.  Now, Ms. Redden, during the course of

20       the deposition today, you were asked about stops

21       and tickets that you received as described in the

22       complaint.  Do you recall that?

23   A.  Yes.

103

1  Q. And you were also asked about whether you'd had

2     any police stops or interactions that were not

3     outlined in the complaint.  Do you recall that?

4  A. Yes.

5  Q. And do you recall describing several instances

6     where you were followed by law enforcement?

7  A. Yes.

8  Q. And do you recall describing an instance where as

9     you were parking outside of your then residence,

10    you were questioned by cops from the Buffalo

11    Police Department?

12 A. Yes.

13 Q. Do you believe any of those to be instances of

14    racial discrimination or profiling?

15 A. Yes.

16 Q. Can you describe in your own words why?

17 A. Yeah.  I mean, I would say that they were racial

18    profiling because I, a black woman, was crossing

19    over from a poor black neighborhood into a more

20    affluent predominantly white neighborhood in

21    Buffalo, and, you know, I feel like I was being

22    followed because, you know, why would I be over

23    there or I possibly couldn't like have been over

104

```
 1        there or live over there or, you know, I
 2        shouldn't be over there.
 3   Q.   And in your own words, what is the importance of
 4        this lawsuit for the City of Buffalo and its
 5        residents?
 6   A.   Yeah.  I mean, I think, one, the importance of
 7        the lawsuit is, you know, shifting the immediate
 8        conditions of the folks, black folks in the city,
 9        right, of like they won't be feeling like they
10        are being harassed, profiled by, you know, BPD
11        practicing unconstitutional like practices or
12        unjust practices, and so I think that that is
13        very significantly important.  And then two, I
14        think it'll also stop folks who are also poor,
15        working class folks, from like exacerbating their
16        finances, like I've known folks who have
17        literally been arrested because they couldn't pay
18        parking tickets, so I think that's another aspect
19        of like shifting the material conditions of
20        folks, but then two, you know, I think it just
21        means a lot to actually be shifting the culture
22        of a city that is hella segregated, hella poor,
23        and operates -- you know, operates on a level
```

105

1      that's like racist and capitalistic, and I think

2      that this will also hopefully be a culture shift

3      in the city.  And then also, I think that, you

4      know, there needs to be definitively something

5      said that BPD will actually not be practicing and

6      doing checkpoints, that it is actually illegal,

7      unconstitutional for them to be engaging in this

8      process, so --

9  MS. EZIE:  Thank you so much.  No more questions.

10

11  RE-EXAMINATION BY MS. FREELY:

12

13  Q.  I have one follow-up -- well, one topic to follow

14      up.  Ms. Redden, with respect to the September

15      9th, 2015 checkpoint, I'd like you to clarify

16      something for me.  So we've already established

17      that there were four cars in front of you when

18      you pulled up to the checkpoint, correct?

19  A.  Yes.

20  Q.  So when you pulled up to the checkpoint, was that

21      the point in time where you saw others pulled

22      over to the side of the road?

23  A.  Versus?

106

1    Q.   Versus did you see them when you first pulled up

2         or did you see them when you got to the front of

3         the checkpoint is my question.

4    A.   Well, I saw cars ahead of me when I first pulled

5         up, but then like being able to see people is

6         when I got to the front of the checkpoint.

7    Q.   Okay.  And so you were able to identify the races

8         -- or, the race, excuse me.  Of the individuals

9         who were pulled over on the side of the road when

10        you got to the front of the line, correct?

11   A.   Yeah.  Because there were, there was more than

12        one officer as well, so yeah.

13   Q.   Okay.  And as for the four cars that were in

14        front of you when you pulled up to the

15        checkpoint, did all of them get pulled over or

16        did some of them get through without being pulled

17        over?

18   MS. EZIE:  Object to form.

19   THE WITNESS:  Some of them got pulled over, and then

20        some of them were like talked to.

21   BY MS. FREELY:

22   Q.   And so of those four cars, is it correct that

23        your testimony was that you don't recall being

Sue Ann Simonin Court Reporting

107

```
 1      able to identify the races of the individuals in
 2      all four of those cars in front of you?
 3  MS. EZIE:  Object to form.
 4  THE WITNESS:  I think my testimony was that I wasn't
 5      able to see all the way through the windshield to
 6      the front of the four cars in front of me.
 7  BY MS. FREELY:
 8  Q.  So could you identify the races of the drivers of
 9      those four cars?
10  A.  Are you asking if I could -- I just want to go
11      back, because initially the question was could I
12      identify them by looking through the windshield
13      of the car, through the cars, and now you're
14      asking me was I able to identify the race of the
15      folks in the car in general?
16  Q.  So yes, my question is, could you identify the
17      races of the four cars who were lined up in front
18      of you when you got to the checkpoint?
19  A.  Got it.  I think during the duration of the
20      checkpoint there were moments where I could see
21      and/or identify that the folks that were either
22      pulled over and/or stopped were black, yes.
23  Q.  So --
```

108

1    A.    But not through looking through the windshield,
2          but by like interactions -- sorry.  But by
3          interactions with the police, and/or them being
4          pulled over.
5    Q.    Understood.  So I just want to make a
6          distinction.  Aside from the people who were
7          pulled over, not counting them, could you tell
8          that all four cars in front of you, the races of
9          all four drivers of the cars in front of you,
10         could you tell what races they were?
11   A.    Yes.
12   Q.    And how could you tell that?
13   A.    Through -- and you said, and this is eliminating
14         the folks who were pulled over, but through
15         interactions with police?
16   Q.    Yes.
17   A.    So like a hand and/or a head.
18   Q.    So could you ever see their full faces?
19   MS. EZIE:  Object to form.
20   THE WITNESS:  I don't recall, I don't recall seeing a
21         person's full face, but I recall like potentially
22         like periphery and/or hands.  Does that make
23         sense?

109

1    BY MS. FREELY:

2    Q.   When you say peripheral, do you mean like a side

3         profile?

4    A.   Um-hum.

5    MS. FREELY:  Okay.  That's all the questions I have.

6         I appreciate it.

7    THE WITNESS:  Um-hum.

8    MS. EZIE:  All right.  Thank you, everyone.  We would

9         like to read and sign.

10    MS. FREELY:  Off the record.

11            (Discussion off the record.)

12

13                     *    *    *    *    *

14

15

16

17

18

19

20

21

22

23

110

1        I HEREBY CERTIFY that I have read the

2   foregoing 109 pages and that, except as to those

3   changes set forth in the attached errata form(s),

4   they are a true and accurate transcript of the

5   testimony given by me in the above-entitled

6   action on September 6, 2023.

7

8

9

10                    _____

11                         SHAKETA REDDEN

12

13

14   Sworn to before me this

15

16   _____ day of _____ 2023.

17

18

19   _____

20        Notary Public.

21

22

23

111

1    STATE OF NEW YORK)

2                    SS:

3    COUNTY OF ERIE)

4

5        I, Nichole Winans, a Notary Public in and

6    for the State of New York, County of Erie, DO

7    HEREBY CERTIFY that the testimony of SHAKETA

8    REDDEN was taken down by me in a verbatim manner

9    by means of Machine Shorthand, on September 6,

10   2023.  That the testimony was then reduced into

11   writing under my direction.  That the testimony

12   was taken to be used in the above-entitled

13   action.  That the said deponent, before

14   examination, was duly sworn by me to testify to

15   the truth, the whole truth and nothing but the

16   truth, relative to said action.

17       I further CERTIFY that the above-described

18   transcript constitutes a true and accurate and

19   complete transcript of the testimony.

20

21   _____
                        NICHOLE WINANS,
22                      Notary Public.

23

ERRATA FORM

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

ERRATA FORM

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

Shaketa Redden

**'**

**'17** [1] - 46:5
**'18** [1] - 46:6

**1**

**1** [1] - 52:15
**1-10** [1] - 1:17
**1-20** [1] - 1:18
**100** [1] - 4:7
**10012** [1] - 4:4
**105** [1] - 3:8
**109** [1] - 110:2
**12:35** [1] - 2:10
**13th** [5] - 73:8,
75:11, 89:21, 90:15,
91:7
**140** [1] - 4:7
**1410** [1] - 5:5
**14202-4040** [1] - 4:7
**14213** [1] - 11:20
**14215** [3] - 12:12,
25:19, 39:3
**14th** [1] - 24:21
**1510** [1] - 11:8
**1st** [1] - 15:13

**2**

**2000** [1] - 13:14
**2004** [2] - 17:1, 19:23
**2011** [1] - 100:3
**2012** [8] - 19:1, 19:6,
30:17, 65:9, 89:22,
90:7, 90:17, 99:17
**2013** [11] - 17:12,
17:14, 18:14, 19:2,
19:3, 19:5, 19:6, 43:5,
43:22, 44:15
**2014** [2] - 19:4, 30:11
**2015** [5] - 90:13,
90:19, 100:23, 101:5,
105:15
**2016** [4] - 17:17,
36:12, 37:21, 91:14
**2018** [6] - 46:5, 73:8,
90:16, 91:6, 91:7,
91:15
**2020** [2] - 16:18,
96:13
**2021** [2] - 15:14,
15:15
**2023** [4] - 2:10,
110:6, 110:16, 111:10
**203** [1] - 5:5

**3**

**33** [1] - 53:19
**34th** [1] - 5:5

**3rd** [1] - 9:7

**4**

**4** [1] - 10:19
**421** [2] - 2:9, 10:19

**5**

**5** [1] - 3:6
**50** [1] - 11:20

**6**

**6** [3] - 2:10, 110:6,
111:9
**666** [1] - 4:3

**7**

**7/3/82** [1] - 9:5
**7th** [1] - 4:3

**8**

**8th** [1] - 11:8

**9**

**94601** [1] - 5:6
**94606** [1] - 10:20
**94607** [1] - 11:8
**96** [1] - 3:7
**9th** [3] - 71:19,
101:3, 105:15

**A**

**AARON** [1] - 1:16
**ability** [1] - 8:20
**able** [12] - 22:18,
57:4, 58:2, 63:2,
87:18, 101:11, 102:7,
106:5, 106:7, 107:1,
107:5, 107:14
**above-described** [1]
- 111:17
**above-entitled** [2] -
110:5, 111:12
**according** [2] - 77:5,
81:1
**account** [1] - 73:7
**accountability** [2] -
23:10, 23:12
**accurate** [6] - 8:21,
9:1, 53:5, 73:7, 110:4,
111:18
**accused** [2] - 35:19,
36:4
**acknowledging** [1] -
60:16
**acronym** [1] - 17:4
**acting** [1] - 100:10

**action** [5] - 19:17,
72:22, 110:6, 111:13,
111:16
**active** [1] - 21:21
**actively** [1] - 69:20
**activist** [2] - 27:15,
27:17
**activities** [1] - 42:8
**actual** [1] - 68:14
**adding** [2] - 67:22,
69:12
**additional** [2] -
67:22, 69:13
**address** [38] - 9:17,
9:20, 10:2, 10:18,
11:4, 11:6, 11:19,
12:20, 12:23, 13:3,
75:5, 79:6, 79:7, 79:8,
79:9, 79:10, 79:14,
79:15, 79:16, 79:19,
80:1, 80:3, 80:5, 80:7,
80:8, 80:9, 80:13,
80:14, 80:15, 80:18,
81:3, 81:12, 82:4,
82:6, 93:8
**adjudication** [1] -
35:22
**admittance** [1] -
66:19
**affect** [1] - 8:20
**affected** [2] - 22:17,
24:6
**affluent** [1] - 103:20
**afraid** [2] - 59:11,
85:2
**afternoon** [1] - 5:12
**afterthought** [1] -
82:2
**ago** [4] - 31:22,
60:14, 60:17, 61:1
**agree** [16] - 4:20, 6:8,
6:14, 6:15, 6:23, 7:22,
8:13, 9:23, 10:5, 17:2,
20:17, 38:14, 38:15,
38:16, 42:21, 70:15
**ahead** [17] - 28:22,
33:2, 40:10, 54:22,
55:10, 55:14, 55:17,
55:18, 56:9, 56:13,
56:16, 58:9, 58:11,
59:21, 59:23, 68:4,
106:4
**aid** [1] - 24:5
**allegations** [4] -
28:11, 38:13, 42:17,
43:2
**alleges** [2] - 54:21,
55:13
**alleviate** [1] - 85:11
**allotted** [2] - 63:2,

64:10
**allow** [1] - 63:21
**allowed** [1] - 57:12
**almost** [1] - 44:7
**alongside** [2] -
101:1, 101:13
**amenable** [1] - 71:11
**amended** [2] - 52:10,
72:21
**amount** [1] - 91:20
**angrier** [1] - 49:1
**angry** [1] - 85:13
**ANN** [1] - 2:8
**announced** [1] -
28:18
**annually** [1] - 62:3
**answer** [19] - 6:8,
6:21, 8:5, 8:11, 20:7,
34:3, 34:18, 35:1,
59:1, 71:3, 71:5, 71:6,
71:7, 71:8, 83:9,
83:10, 97:7, 97:9,
97:14
**answers** [3] - 6:6,
6:9, 60:18
**anxiety** [5] - 95:23,
97:18, 98:4, 99:2,
100:1
**anxious** [10] - 44:7,
50:13, 50:16, 54:6,
59:12, 76:10, 97:16,
98:17, 99:5, 99:10
**anyway** [1] - 98:2
**apartment** [1] -
10:19
**APPEARANCES** [1] -
4:1
**Appearing** [1] - 4:4
**appearing** [1] - 4:8
**appreciate** [7] -
24:16, 60:17, 82:21,
82:22, 95:23, 96:2,
109:6
**appropriate** [1] -
67:7
**area** [8] - 12:8,
12:12, 12:13, 12:15,
25:19, 26:8, 39:3,
39:4
**areas** [3] - 23:19,
39:5, 41:10
**arrest** [2] - 48:19,
49:3
**arrested** [7] - 38:1,
39:11, 48:8, 70:23,
71:20, 89:14, 104:17
**art** [2] - 13:19, 13:20
**article** [1] - 65:21
**articles** [6] - 20:23,
21:2, 21:3, 21:5, 21:6,

40:19
**arts** [2] - 20:4, 20:5
**aside** [2] - 28:10,
108:6
**aspect** [1] - 104:18
**aspects** [1] - 27:6
**associate** [1] - 15:21
**assume** [2] - 7:13,
77:13
**attached** [2] - 91:17,
110:3
**attend** [2] - 13:6,
13:15
**attending** [1] - 27:20
**attorney** [5] - 8:9,
8:11, 20:15, 20:21,
21:1
**attorneys** [1] - 20:13
**attorneys'** [1] - 10:13
**aunts** [2] - 12:11,
12:14
**authority** [1] -
100:18
**Avenue** [2] - 5:5,
10:19
**averages** [1] - 96:23
**avoid** [1] - 6:5
**avoiding** [1] - 67:5
**awaiting** [1] - 35:21
**aware** [2] - 61:15,
61:16

**B**

**Bachelor's** [1] -
13:20
**backed** [3] - 53:22,
54:1, 55:4
**backing** [1] - 44:19
**backtrack** [1] - 35:5
**Bailey/Kensington**
[1] - 39:4
**based** [11] - 17:18,
17:20, 18:19, 25:9,
47:13, 47:16, 60:14,
61:6, 66:12, 68:21,
71:7
**Bay** [2] - 26:7, 95:15
**became** [2] - 15:13,
16:5
**becoming** [1] - 15:17
**began** [1] - 41:6
**begin** [2] - 16:16,
18:22
**beginning** [1] - 69:23
**behalf** [4] - 1:6, 1:8,
21:22, 45:17
**behavior** [1] - 45:18
**behind** [8] - 50:17,
50:23, 55:8, 55:15,

75:22, 98:18, 98:20
**belief** [1] - 86:11
**Belt** [1] - 12:9
**Bennett** [4] - 13:7,
13:9, 13:11, 13:12
**better** [2] - 6:20,
53:18
**between** [5] - 4:13,
7:4, 34:10, 35:12,
93:19
**big** [1] - 99:18
**bigger** [1] - 52:12
**birth** [1] - 9:4
**birthday** [1] - 7:9
**bit** [17] - 26:2, 29:10,
32:2, 46:7, 48:10,
48:23, 51:23, 52:20,
55:21, 57:7, 58:15,
77:19, 83:13, 88:13,
88:15, 93:17, 96:5
**bizarre** [1] - 100:13
**black** [27] - 19:12,
22:8, 23:1, 23:17,
23:21, 26:5, 28:4,
28:7, 39:1, 39:6,
39:13, 39:17, 40:22,
41:2, 42:2, 58:7, 59:2,
59:4, 59:15, 60:5,
101:7, 103:18,
103:19, 104:8, 107:22
**BLACK** [1] - 1:5
**Black** [4] - 16:21,
17:2, 27:23, 28:3
**blind** [1] - 63:23
**block** [1] - 51:6
**blocked** [1] - 36:14
**BLRR** [37] - 17:3,
17:5, 17:8, 17:10,
17:15, 17:18, 17:22,
18:3, 18:5, 19:18,
21:9, 21:18, 21:23,
22:2, 22:3, 23:12,
23:16, 24:2, 24:4,
25:4, 26:11, 27:1,
27:7, 36:12, 36:21,
37:7, 37:9, 40:17,
42:7, 44:20, 45:10,
46:1, 49:17, 52:10,
84:13
**BLRR's** [2] - 26:19,
47:15
**BMHA** [1] - 41:3
**board** [6] - 18:7,
21:19, 25:6, 26:11,
26:12, 27:21
**BONDS** [1] - 1:7
**book** [1] - 84:18
**born** [1] - 12:6
**borrow** [1] - 74:1
**bottom** [3] - 64:22,

65:4
**bought** [1] - 30:22
**BPD** [40] - 25:23,
40:19, 42:6, 42:10,
42:12, 42:15, 42:19,
42:20, 43:4, 44:14,
46:11, 48:1, 49:5,
49:6, 49:7, 49:8,
49:13, 49:15, 49:21,
50:3, 64:5, 64:7, 65:2,
65:14, 65:17, 66:5,
66:14, 75:18, 76:3,
76:6, 77:5, 84:21,
84:23, 85:2, 85:21,
97:11, 100:8, 104:10,
105:5
**bracket** [1] - 69:16
**break** [9] - 8:3, 8:4,
8:6, 33:9, 33:19,
33:23, 71:11, 71:14,
90:5
**breakout** [1] - 102:14
**briefly** [1] - 102:13
**bring** [3] - 25:2,
72:20, 81:5
**bringing** [2] - 24:9,
24:23
**BRINKWORTH** [1] -
1:16
**Broadway** [1] - 4:3
**broke** [1] - 31:12
**broken** [1] - 69:16
**brother** [1] - 74:1
**brought** [1] - 35:18
**BROWN** [1] - 1:12
**brown** [5] - 19:12,
22:8, 23:18, 23:21,
26:6
**budget** [2] - 66:20,
66:22
**BUFFALO** [1] - 1:12
**Buffalo** [82] - 1:13,
1:14, 1:16, 1:18, 2:9,
4:7, 11:1, 11:20, 12:5,
12:6, 12:8, 12:10,
12:17, 12:21, 13:6,
17:18, 17:20, 18:18,
19:7, 19:9, 19:14,
22:4, 22:6, 22:13,
22:21, 23:6, 23:13,
24:4, 24:10, 24:13,
31:2, 31:16, 31:23,
32:3, 32:6, 32:7,
32:11, 32:15, 32:19,
32:20, 33:5, 33:6,
37:2, 37:15, 37:17,
38:5, 39:2, 39:21,
40:3, 40:5, 40:12,
40:15, 40:16, 41:7,
41:10, 42:2, 42:21,

45:2, 45:8, 45:16,
52:3, 63:13, 63:22,
65:23, 80:9, 87:13,
92:8, 92:12, 96:12,
96:16, 96:17, 97:1,
97:4, 97:10, 97:19,
98:9, 99:13, 100:3,
103:10, 103:21, 104:4
**Building** [1] - 4:6
**bunch** [3] - 24:14,
45:10, 60:5
**BY** [64] - 5:10, 9:16,
10:16, 16:4, 16:10,
16:15, 23:23, 27:13,
28:19, 29:14, 30:5,
30:9, 30:23, 31:20,
32:18, 33:1, 33:18,
34:14, 34:20, 35:3,
35:9, 36:10, 42:11,
45:4, 45:14, 45:23,
52:17, 57:6, 58:14,
58:23, 59:19, 60:6,
62:4, 63:4, 63:17,
65:1, 65:12, 67:1,
67:11, 71:4, 71:17,
72:19, 74:10, 77:18,
78:21, 87:3, 87:21,
88:5, 89:6, 90:4,
90:12, 90:23, 91:12,
94:19, 96:9, 97:13,
99:6, 100:5, 100:20,
102:17, 105:11,
106:21, 107:7, 109:1
**BYRON** [2] - 1:12,
1:14

**C**

**calendar** [2] - 61:22,
62:1
**California** [6] - 5:6,
10:20, 29:20, 32:7,
94:8, 95:14
**campaign** [1] - 23:19
**campaigns** [1] -
37:12
**canvassing** [3] -
24:5, 25:20, 42:8
**capacities** [3] - 1:13,
1:15, 1:19
**capacity** [1] - 1:16,
15:19
**capitalistic** [1] -
105:1
**car** [44] - 30:6, 30:10,
30:19, 31:1, 31:2,
31:5, 31:8, 31:10,
32:17, 43:12, 50:8,
50:17, 50:22, 50:23,
53:13, 54:13, 56:13,
58:16, 58:21, 60:9,

60:20, 63:18, 69:11,
71:22, 72:8, 78:12,
78:15, 83:2, 83:20,
84:7, 84:9, 84:11,
84:14, 84:15, 84:18,
84:22, 85:3, 85:5,
85:8, 89:17, 89:18,
97:8, 107:13, 107:15
**care** [2] - 20:2,
73:22, 81:17
**cars** [38] - 47:5, 54:9,
54:22, 54:23, 55:7,
55:9, 55:11, 55:14,
55:17, 56:9, 56:10,
56:20, 56:23, 57:2,
57:22, 58:9, 58:11,
59:15, 59:20, 59:23,
60:4, 60:7, 60:11,
60:23, 61:11, 101:22,
105:17, 106:4,
106:13, 106:22,
107:2, 107:6, 107:9,
107:13, 107:17,
108:8, 108:9
**case** [8] - 8:16,
47:19, 79:13
**caucus** [4] - 17:11,
17:14, 19:10, 19:12
**Causa** [3] - 15:6,
26:4, 27:3
**CAUSA** [1] - 15:7
**causes** [1] - 24:2
**CENTER** [1] - 4:2
**Central** [1] - 13:9
**ceremony** [1] - 14:3
**certain** [2] - 56:9,
64:13
**certificates** [1] -
14:22
**certification** [1] -
4:15
**CERTIFY** [3] - 110:1,
111:7, 111:17
**challenge** [4] -
93:15, 93:20, 94:1,
94:20
**challenged** [2] -
94:5, 95:4
**chance** [1] - 89:10
**change** [11] - 29:19,
63:20, 64:5, 65:13,
75:5, 79:8, 79:21,
80:4, 82:4, 82:5,
86:11
**changed** [3] - 43:16,
80:7, 92:21
**changes** [1] - 110:3
**charged** [2] - 35:10,
35:13, 35:17
**charges** [1] - 35:19

**CHARIS** [1] - 1:6
**Charles** [1] - 77:5
**CHARLES** [1] - 1:7
**check** [3] - 47:6,
47:9, 47:11
**checkpoint** [35] -
38:5, 38:8, 38:12,
42:4, 52:3, 53:6,
53:11, 53:14, 54:3,
55:16, 55:18, 55:22,
57:19, 57:20, 58:17,
61:14, 63:6, 71:19,
89:21, 90:6, 90:7,
100:22, 101:2, 101:6,
101:9, 101:14,
105:15, 105:18,
105:20, 106:3, 106:6,
106:15, 107:18,
107:20
**checkpoints** [27] -
25:11, 25:15, 38:13,
38:16, 38:17, 38:18,
38:20, 38:21, 39:2,
39:7, 39:12, 39:20,
39:22, 40:2, 40:13,
40:20, 41:1, 41:6,
41:9, 41:16, 41:19,
52:1, 66:7, 67:20,
68:18, 101:23, 105:6
**CHEYENNE** [1] - 4:6
**Cheyenne** [5] - 5:12,
34:1, 52:14, 67:6,
74:2
**children** [1] - 9:13
**CHINYERE** [1] - 4:2
**chose** [1] - 22:11
**chuckled** [1] - 78:2
**church** [2] - 84:2,
84:4
**circled** [1] - 51:5
**circular** [1] - 88:15
**cisgender** [1] - 28:5
**cities** [2] - 29:18,
46:23
**city** [29] - 22:14,
22:22, 23:10, 23:18,
24:11, 32:12, 36:14,
38:22, 39:15, 39:18,
40:20, 40:23, 43:19,
63:8, 64:8, 64:22,
65:11, 65:16, 65:18,
66:11, 66:13, 66:20,
80:11, 84:23, 85:21,
92:20, 104:8, 104:22,
105:3
**CITY** [1] - 1:12
**City** [23] - 1:13, 12:5,
12:6, 13:5, 19:14,
22:21, 23:12, 24:10,
24:13, 31:15, 31:23,

Shaketa Redden

3

32:20, 33:5, 38:5,
39:1, 41:10, 42:2,
52:3, 65:23, 92:8,
92:12, 97:10, 104:4
**city's** [3] - 65:3, 67:4,
67:14
**Civil** [1] - 2:8
**CJJC** [4] - 27:2, 27:3,
27:4, 27:7
**clarification** [1] -
87:5
**clarified** [1] - 69:22
**clarify** [10] - 6:22,
10:12, 42:16, 46:18,
74:9, 74:21, 76:13,
80:23, 87:22, 105:15
**clarifying** [1] - 69:6
**class** [3] - 1:8, 26:5,
104:15
**clear** [4] - 6:14,
58:20, 88:14, 91:1
**close** [3] - 11:22,
34:1, 39:4
**co** [7] - 17:9, 17:10,
17:21, 21:18, 21:20,
22:2, 25:4
**co-director** [1] - 25:4
**co-executive** [1] -
17:10
**co-founded** [1] -
21:18
**co-founder** [3] -
17:9, 17:21, 21:20
**co-founding** [1] -
22:2
**colleague** [1] -
102:14
**collected** [1] - 47:21
**collective** [2] - 25:9,
44:18
**collectively** [2] -
22:16, 37:14
**college** [1] - 13:15
**color** [2] - 22:7, 76:7
**coming** [9] - 24:10,
33:19, 43:13, 56:4,
65:10, 66:14, 76:2,
76:18, 88:21
**commencing** [1] -
2:10
**Commissioner** [7] -
1:14, 1:15, 45:12,
46:2, 46:9, 47:22,
48:16
**common** [1] - 37:7
**communication** [1] -
49:7
**communities** [3] -
39:17, 39:18, 47:2
**community** [9] -

18:16, 18:23, 40:17,
41:8, 41:21, 42:7,
42:8, 46:13, 47:16
**comparison** [1] -
98:8
**complain** [1] - 49:8
**complaint** [26] -
9:19, 20:22, 21:8,
25:3, 29:8, 38:14,
42:18, 43:2, 44:18,
44:20, 45:2, 45:8,
45:16, 45:22, 49:12,
52:6, 52:11, 54:21,
55:13, 70:1, 72:21,
77:5, 81:1, 102:22,
103:3
**complaints** [2] -
44:14, 49:14
**complete** [3] - 14:11,
14:14, 111:19
**completely** [1] - 10:4
**computer** [2] - 7:12,
7:14
**concerned** [1] -
97:11
**conditions** [2] -
104:8, 104:19
**conduct** [1] - 26:10
**conducted** [2] - 4:21,
40:14
**confer** [1] - 102:13
**conference** [5] -
29:3, 29:4, 29:6, 29:7,
76:3
**confidential** [3] -
9:23, 10:7, 10:14
**confirmed** [1] - 81:2
**confused** [2] - 86:13,
86:18
**connected** [1] -
27:12
**conservative** [2] -
22:19, 24:12
**considered** [1] - 12:1
**considering** [1] -
45:9
**constitutes** [1] -
111:18
**CONSTITUTIONAL**
[1] - 4:2
**contact** [1] - 18:4,
42:14
**content** [1] - 20:20
**contents** [4] - 20:12,
33:21, 34:2, 35:2
**contribute** [1] -
26:18
**contributor** [5] -
18:5, 18:8, 18:11,
21:18, 27:21

**conversation** [6] -
6:2, 20:17, 20:23,
23:5, 33:21, 34:2
**conversations** [5] -
20:13, 20:21, 35:2,
42:6, 47:20
**converse** [1] - 26:11
**convicted** [5] - 35:6,
35:13, 35:23, 39:11
**cool** [1] - 33:10
**cop** [3] - 43:10,
75:21, 82:11
**cops** [5] - 54:8,
56:12, 56:15, 98:18,
103:10
**corner** [3] - 84:8,
92:19, 93:5
**correct** [19] - 14:9,
29:1, 36:6, 36:19,
49:23, 66:1, 75:2,
75:7, 77:2, 80:21,
81:3, 81:12, 86:4,
86:15, 88:1, 105:18,
106:10, 106:22
**correctly** [2] - 40:11,
41:5
**counsel** [9] - 4:13,
9:22, 21:12, 28:10,
33:10, 33:22, 34:7,
34:23, 94:4
**counting** [2] - 66:20,
108:7
**COUNTY** [1] - 111:3
**County** [1] - 111:6
**couple** [4] - 5:23,
8:18, 44:11, 92:13
**course** [4] - 7:18,
52:13, 90:5, 102:19
**COURT** [2] - 1:3, 2:8
**court** [6] - 6:1, 52:10,
64:15, 93:15, 94:5,
94:20
**cowboys** [1] -
100:10
**creat** [1] - 69:3
**create** [2] - 67:18,
67:19
**credentials** [1] -
14:22
**crime** [11] - 35:6,
35:10, 35:14, 35:17,
35:19, 35:23, 36:1,
36:2, 36:4, 36:11
**criminalization** [1] -
23:21
**crossed** [1] - 43:8
**crossing** [1] - 103:18
**crystal** [1] - 58:20
**culture** [2] - 104:21,
105:2

**current** [13] - 9:17,
9:20, 10:17, 11:4,
11:12, 12:23, 13:2,
18:2, 25:1, 26:12,
27:16, 80:3
**curved** [2] - 55:22,
56:3
**custody** [4] - 35:21,
36:16, 37:20, 37:21
**custom** [1] - 61:19
**cut** [1] - 78:1

## D

**dad's** [2] - 32:17,
97:8
**DANIEL** [1] - 1:15
**data** [1] - 40:23
**date** [5] - 9:4, 15:11,
46:4, 62:21, 63:19
**dates** [1] - 62:18
**days** [5] - 12:21,
84:15, 84:16, 85:18,
85:19
**DE'JON** [1] - 1:7
**deal** [1] - 36:2
**dealership** [2] -
30:19, 30:22
**decent** [1] - 91:19
**decided** [4] - 25:2,
25:4, 25:12, 92:21
**deciding** [1] - 93:19
**decision** [3] - 25:6,
25:8, 25:9
**decompress** [2] -
85:17, 85:23
**Defendants** [3] -
1:20, 4:8, 5:14
**define** [3] - 38:12,
67:9, 70:2
**definitely** [2] - 25:13,
71:5
**definitively** [1] -
105:4
**degree** [1] - 14:9
**degrees** [2] - 14:12,
100:14
**Delavan/Grider** [1] -
12:8
**Department** [11] -
1:14, 1:16, 1:18, 23:6,
42:22, 45:2, 45:9,
45:17, 63:13, 63:22,
103:11
**deponent** [1] -
111:13
**deposed** [1] - 5:17
**deposition** [16] -
4:21, 5:15, 6:4, 6:12,
7:19, 8:3, 17:4, 21:7,

21:12, 34:9, 34:16,
34:21, 34:22, 38:10,
52:15, 102:20
**deputy** [1] - 15:22
**DERENDA** [1] - 1:15
**describe** [9] - 28:2,
38:19, 46:8, 53:16,
55:21, 72:1, 77:19,
100:2, 103:16
**described** [2] -
102:21, 111:17
**describing** [2] -
103:5, 103:8
**designate** [2] - 9:23,
10:6
**detail** [4] - 43:3,
48:10, 52:5, 85:15
**detained** [1] - 35:20
**difference** [3] - 7:3,
34:10, 35:12
**different** [6] - 24:14,
26:15, 26:16, 27:9,
29:17, 29:19
**dinner** [1] - 85:9
**direct** [2] - 34:3, 96:5
**directed** [1] - 65:23
**direction** [1] - 111:11
**directive** [1] - 66:5
**director** [11] - 15:4,
15:5, 15:12, 15:13,
15:14, 15:17, 15:21,
15:22, 16:6, 16:11,
25:4
**directors** [1] - 17:10
**dirty** [8] - 73:17,
75:6, 87:7, 87:10,
87:14, 87:15, 87:23,
88:9
**discern** [1] - 101:11
**disclosing** [1] - 35:1
**discrimination** [1] -
103:14
**discriminatory** [1] -
70:6
**discuss** [1] - 37:11
**discussed** [1] -
38:13
**discusses** [1] -
73:10
**discussing** [1] -
73:16
**Discussion** [1] -
109:11
**dismiss** [2] - 73:19,
73:20
**dismissed** [8] -
73:11, 74:5, 74:8,
74:12, 74:14, 74:19,
75:2, 82:4
**dismissive** [3] -

Shaketa Redden

4

77:17, 77:21, 78:20
**disrupted** [1] - 36:13
**dissipated** [1] -
55:10
**distinction** [2] - 36:7,
108:6
**DISTRICT** [2] - 1:3,
1:4
**DMV** [9] - 75:5, 79:8,
79:10, 79:18, 79:21,
80:4, 81:2, 81:12
**DO** [1] - 111:6
**document** [1] - 52:10
**documentation** [1] -
79:18
**DOE** [1] - 1:8
**dog** [1] - 83:15
**dollar** [1] - 74:17
**dollars** [2] - 73:22,
92:6
**Donald** [1] - 24:9
**donation** [1] - 18:10
**done** [12] - 52:21,
54:11, 61:22, 62:3,
70:7, 82:9, 82:10,
82:17, 97:23, 98:3,
102:15
**door** [2] - 24:5, 25:18
**DORETHEA** [1] - 1:7
**doubling** [1] - 16:22
**down** [10] - 45:11,
46:17, 47:11, 50:19,
73:1, 73:3, 78:1, 89:9,
89:13, 111:8
**downtown** [1] - 47:7
**drive** [14] - 31:2,
32:7, 32:11, 32:14,
32:17, 44:6, 47:2,
67:20, 83:19, 83:20,
83:23, 89:13, 97:8,
97:15
**driven** [1] - 98:5
**driver** [1] - 62:18
**driver's** [6] - 29:11,
29:15, 29:21, 30:2,
62:21, 87:11
**drivers** [8] - 56:19,
56:20, 58:10, 59:14,
59:23, 61:10, 107:8,
108:9
**driveway** [1] - 83:22
**driving** [18] - 32:20,
43:18, 43:20, 49:23,
61:17, 68:22, 74:22,
75:19, 89:8, 89:22,
90:7, 90:16, 97:10,
98:8, 98:9, 99:11,
99:15
**drop** [1] - 75:19
**dropped** [2] - 75:20,

77:2
**drove** [4] - 51:5,
51:7, 84:8, 97:4
**due** [1] - 95:17
**duly** [2] - 5:7, 111:14
**duration** [1] - 107:19
**during** [14] - 32:6,
33:7, 33:23, 34:8,
34:16, 34:22, 37:21,
53:10, 61:14, 71:18,
72:14, 97:4, 102:19,
107:19
**duties** [1] - 18:2
**Dyke** [1] - 10:19

## E

**e-mail** [2] - 62:7,
62:10
**e-mails** [1] - 62:17
**earn** [2] - 13:20, 14:9
**easier** [1] - 27:4
**East** [25] - 12:7,
12:10, 12:17, 12:18,
12:21, 12:22, 18:20,
39:3, 39:20, 39:23,
40:2, 40:3, 40:13,
40:14, 40:16, 41:2,
41:7, 41:11, 42:3,
43:6, 43:8, 43:13,
43:22, 44:15
**easy** [2] - 6:13, 82:22
**EBONY** [1] - 1:8
**education** [3] -
14:15, 14:18, 14:21
**efforts** [1] - 26:19
**eight** [4] - 32:1, 53:2,
73:2, 96:12
**either** [2] - 47:4,
107:21
**elaborate** [4] - 7:5,
26:13, 35:11, 57:7
**eliminating** [1] -
108:13
**Elmwood** [2] - 79:15,
80:14
**emotional** [2] -
82:19, 85:13
**employed** [1] - 15:1
**employees** [1] -
93:11
**employment** [2] -
18:15, 19:23
**encountered** [1] -
101:2
**end** [2] - 19:3, 53:2
**enforcement** [3] -
10:2, 99:11, 103:6
**engage** [1] - 19:13
**engaging** [1] - 105:7

**English** [1] - 13:19
**ensure** [1] - 47:8
**entail** [1] - 18:9
**entered** [1] - 4:11
**entitled** [2] - 110:5,
111:12
**ERIE** [1] - 111:3
**Erie** [1] - 111:6
**Erin** [3] - 84:7, 85:9,
85:13
**Erin's** [1] - 84:14
**errata** [1] - 110:3
**error** [1] - 74:7
**ESQ** [2] - 4:2, 4:6
**establish** [1] - 34:4
**established** [1] -
105:16
**establishment** [1] -
30:20
**estimate** [4] - 7:4,
7:15, 7:19, 11:10
**events** [2] - 82:21,
96:1
**exacerbating** [1] -
104:15
**exact** [2] - 46:4, 86:7
**exactly** [2] - 44:2,
86:5
**Examination** [2] -
2:6, 3:5
**EXAMINATION** [3] -
5:10, 96:9, 105:11
**examination** [1] -
111:14
**example** [2] - 7:8,
93:5
**examples** [3] - 24:1,
24:16, 92:13
**except** [2] - 4:17,
110:2
**excluding** [1] - 20:20
**exclusively** [2] -
92:8, 92:12
**excuse** [5] - 17:22,
45:10, 88:14, 91:20,
106:8
**executive** [9] - 15:4,
15:5, 15:12, 15:13,
15:14, 15:17, 16:5,
16:11, 17:10
**exhausting** [1] -
82:20
**Exhibit** [2] - 52:15,
72:20
**exit** [6] - 53:20, 54:1,
56:4, 56:7, 57:10,
57:12
**expansive** [1] - 28:6

**experience** [5] -
26:17, 37:7, 41:20,
42:1, 47:13
**experienced** [2] -
22:22, 54:5
**experiences** [2] -
41:20, 45:18
**expire** [1] - 62:9
**expired** [13] - 68:3,
68:6, 68:12, 68:15,
69:1, 72:12, 74:23,
83:6, 86:3, 86:6, 86:7,
86:10, 89:1
**explain** [1] - 77:23
**explaining** [2] - 6:7
**expressway** [1] -
56:7
**extent** [1] - 10:1
**eye** [1] - 63:23
**eyes** [1] - 10:13
**Ezie** [1] - 3:7
**EZIE** [72] - 4:2, 4:23,
9:15, 9:21, 10:6,
10:12, 16:2, 16:9,
16:13, 23:14, 26:20,
28:15, 29:13, 30:4,
30:7, 30:21, 31:17,
32:16, 32:21, 33:13,
34:1, 34:11, 34:18,
35:1, 35:7, 36:5,
41:22, 45:3, 45:6,
45:20, 52:14, 57:1,
58:12, 58:18, 59:17,
60:1, 61:23, 62:19,
63:14, 64:2, 65:6,
66:16, 67:5, 70:11,
71:14, 72:16, 74:2,
77:10, 78:11, 86:16,
87:8, 88:3, 88:18,
90:1, 90:9, 90:21,
91:9, 94:12, 96:4,
96:7, 96:9, 97:13,
99:6, 100:5, 100:20,
102:13, 102:17,
105:9, 106:18, 107:3,
108:19, 109:8

## F

**face** [2] - 28:7,
108:21
**faces** [1] - 108:18
**fact** [5] - 25:10, 74:6,
76:6, 84:16, 89:3
**factor** [1] - 93:19
**failure** [1] - 75:4
**fair** [8] - 23:11,
23:15, 45:1, 45:7,
56:15, 59:13, 59:20,
89:14
**faith** [1] - 18:19

**families** [1] - 24:6
**far** [6] - 7:11, 62:6,
77:13, 96:19, 97:11
**fear** [2] - 45:21,
49:11
**fearful** [1] - 97:19
**Federal** [1] - 2:8
**felt** [9] - 44:3, 50:12,
53:22, 76:9, 82:19,
83:12, 99:14, 99:16,
99:17
**Feminist** [2] - 27:23,
28:3
**feminists** [1] - 28:5
**Ferry** [4] - 43:8, 43:9,
43:22, 44:15
**few** [5] - 24:14,
40:20, 43:7, 62:11,
102:18
**fifty** [7] - 53:3, 72:23,
73:1, 73:2, 73:10,
73:15, 74:6
**fifty-eight** [1] - 73:2
**fifty-four** [1] - 73:15
**fifty-one** [1] - 53:3
**fifty-seven** [2] -
73:10, 74:6
**fifty-two** [2] - 72:23,
73:1
**file** [6] - 25:3, 44:14,
44:17, 45:22, 49:12,
81:3
**filed** [4] - 28:9, 29:8,
45:16, 79:10
**filing** [1] - 4:15
**finances** [1] - 104:16
**financial** [1] - 18:11
**fine** [4] - 10:15, 34:7,
35:17, 81:23
**fines** [1] - 75:7
**finish** [1] - 59:1
**finished** [1] - 14:4
**first** [18] - 5:17, 8:5,
12:9, 22:3, 29:22,
30:1, 48:2, 55:9,
55:16, 58:16, 74:3,
90:2, 93:1, 94:16,
99:7, 99:9, 106:1,
106:4
**fiscal** [1] - 22:11
**five** [3] - 33:11,
33:13, 71:11
**five-minute** [1] -
71:11
**Floor** [1] - 4:3
**fly** [1] - 32:9
**focus** [1] - 23:11
**focused** [1] - 23:17
**folks** [55] - 12:18,
19:13, 19:15, 19:16,

22:7, 22:8, 22:16, 23:1, 23:3, 23:18, 23:21, 25:21, 25:23, 26:6, 28:6, 36:13, 37:3, 37:4, 37:14, 39:1, 39:6, 39:8, 39:11, 40:22, 41:2, 42:9, 42:15, 44:19, 56:12, 59:5, 59:9, 59:10, 59:12, 60:5, 66:9, 69:4, 69:12, 69:20, 70:20, 95:16, 98:13, 101:16, 104:8, 104:14, 104:15, 104:16, 104:20, 107:15, 107:21, 108:14

**follow** [3] - 43:10, 105:13

**follow-up** [1] - 105:13

**followed** [14] - 42:5, 42:19, 43:3, 43:21, 49:23, 50:3, 50:5, 50:7, 51:16, 76:17, 76:20, 99:20, 103:6, 103:22

**following** [9] - 4:11, 29:5, 47:8, 75:21, 76:1, 76:21, 82:12, 89:15, 98:21

**follows** [1] - 5:8

**FOR** [1] - 4:2

**force** [8] - 23:4, 25:23, 44:19, 46:11, 47:1, 75:19, 76:4, 85:21

**foregoing** [1] - 110:2

**foremost** [1] - 5:17

**form** [51] - 4:17, 9:15, 9:21, 16:2, 16:9, 16:13, 23:14, 26:20, 28:15, 29:13, 30:4, 30:7, 30:21, 31:17, 32:16, 32:21, 35:7, 41:22, 45:3, 45:6, 45:20, 57:1, 58:12, 58:18, 59:17, 60:1, 61:23, 62:19, 63:14, 64:2, 65:6, 66:16, 67:5, 70:11, 72:16, 77:10, 78:11, 86:16, 87:8, 88:3, 88:18, 90:1, 90:9, 90:21, 91:9, 94:12, 97:12, 98:10, 106:18, 107:3, 108:19

**form(s** [1] - 110:3

**formal** [2] - 35:18, 45:16

**formalize** [1] - 17:15

**formally** [3] - 35:19, 36:4, 49:15

**format** [1] - 6:12

**former** [1] - 1:15

**forth** [1] - 110:3

**forty** [3] - 52:22, 53:2, 55:5

**forty-eight** [1] - 53:2

**forty-seven** [2] - 52:22, 55:5

**founded** [2] - 18:13, 21:18

**founder** [3] - 17:9, 17:21, 21:20

**founding** [1] - 22:2

**four** [27] - 11:22, 33:15, 55:7, 55:9, 55:11, 55:14, 55:17, 56:9, 56:20, 56:23, 57:2, 58:9, 58:11, 59:20, 59:23, 60:4, 73:15, 96:23, 105:17, 106:13, 106:22, 107:2, 107:6, 107:9, 107:17, 108:8, 108:9

**fourth** [1] - 58:21

**Francisco** [1] - 15:10

**Franklin** [1] - 2:9

**FRANKLIN** [1] - 1:7

**frankly** [1] - 44:4

**free** [1] - 7:21

**FREELY** [78] - 4:6, 5:1, 5:10, 9:16, 10:4, 10:9, 10:15, 10:16, 16:4, 16:10, 16:15, 23:23, 27:13, 28:19, 29:14, 30:5, 30:9, 30:23, 31:20, 32:18, 33:1, 33:14, 33:18, 34:4, 34:14, 34:20, 35:3, 35:9, 36:7, 36:10, 42:11, 45:4, 45:14, 45:23, 52:16, 52:17, 57:6, 58:14, 58:23, 59:19, 60:6, 62:4, 63:4, 63:17, 65:1, 65:12, 67:1, 67:9, 67:11, 71:4, 71:15, 71:17, 72:19, 74:9, 74:10, 77:18, 78:21, 87:3, 87:21, 88:5, 89:6, 90:4, 90:12, 90:23, 91:12, 94:19, 95:20, 96:6, 97:12, 98:10, 100:4, 100:7, 105:11, 106:21, 107:7, 109:1, 109:5, 109:10

**Freely** [3] - 3:6, 3:8,

5:13

**frequented** [1] - 42:3

**frequently** [2] - 32:4, 44:4

**friend** [1] - 84:7

**friends** [2] - 12:11, 12:12, 12:15

**frisk** [1] - 47:1

**front** [26] - 7:15, 8:15, 52:10, 55:7, 56:17, 56:20, 56:23, 57:3, 58:21, 59:15, 72:7, 81:8, 84:2, 95:2, 101:22, 105:17, 106:2, 106:6, 106:10, 106:14, 107:2, 107:6, 107:17, 108:8, 108:9

**Fruit** [1] - 12:9

**full** [3] - 6:8, 108:18, 108:21

**funny** [1] - 98:16

**future** [1] - 14:18

**Future** [2] - 27:23, 28:3

## G

**gaining** [1] - 19:16

**gather** [1] - 25:17

**gathering** [2] - 25:10, 25:14

**gears** [1] - 29:10, 37:19, 51:23

**gender** [1] - 28:6

**general** [6] - 64:10, 74:16, 76:9, 77:17, 88:22, 107:15

**generally** [8] - 21:9, 49:17, 62:2, 62:11, 62:13, 70:5, 92:16, 96:17

**generate** [2] - 65:4, 66:15

**given** [8] - 5:20, 40:1, 40:2, 40:3, 40:15, 68:17, 89:3, 110:5

**globally** [1] - 28:8

**goal** [1] - 22:23

**goals** [1] - 22:2

**gosh** [1] - 32:1

**grace** [7] - 63:2, 63:7, 63:10, 63:11, 63:21, 63:23, 64:9

**graduate** [4] - 13:11, 13:13, 13:22, 14:2

**graduated** [4] - 13:12, 13:23, 14:1, 19:21

**great** [2] - 33:13,

98:3

**Greenwood** [1] - 11:20

**grew** [3] - 12:6, 12:7, 42:2

**ground** [2] - 5:16, 8:18

**group** [5] - 18:17, 18:19, 28:2, 36:12, 36:23

**grow** [1] - 12:5

**growing** [2] - 13:5, 99:13

**Guaranty** [1] - 4:6

**guess** [11] - 7:4, 7:6, 7:10, 7:20, 7:21, 12:1, 14:2, 28:1, 61:4, 70:8, 72:10

**guilty** [2] - 36:1, 94:2

**guy** [1] - 75:18

## H

**hair** [2] - 54:11, 102:10

**HALL** [1] - 1:7

**hand** [1] - 108:17

**handing** [1] - 93:2

**hands** [3] - 101:18, 102:9, 108:22

**hanging** [1] - 47:4

**harass** [1] - 47:6

**harassed** [8] - 42:5, 42:10, 42:12, 42:15, 42:19, 43:4, 44:9, 104:10

**harassing** [2] - 48:7, 48:9

**harassment** [2] - 23:5, 46:11

**hard** [2] - 70:12, 99:1

**head** [6] - 6:3, 6:4, 98:23, 101:18, 102:11, 108:17

**headquarters** [5] - 45:11, 48:1, 48:21, 49:5, 49:6

**hear** [1] - 46:19

**heard** [7] - 5:13, 22:21, 41:20, 42:9, 44:21, 47:14, 54:4

**hearing** [1] - 81:6

**hella** [16] - 24:12, 51:8, 54:6, 59:3, 59:6, 70:14, 82:19, 83:11, 85:12, 97:16, 97:18, 98:17, 100:13, 104:22

**help** [1] - 65:3

**helped** [2] - 17:22

**helps** [1] - 26:17

**HEREBY** [2] - 110:1, 111:7

**hereby** [1] - 4:13

**Hernandez** [1] - 4:9

**high** [1] - 13:6

**High** [2] - 13:7, 13:9

**higher** [5] - 14:17, 65:14, 65:17, 99:19, 100:15

**higher-ups** [2] - 65:14, 65:17

**highlighted** [1] - 24:11

**highly** [1] - 68:10

**HODGSON** [1] - 4:5

**Hodgson** [1] - 5:14

**home** [8] - 10:2, 44:6, 50:21, 75:19, 83:22, 94:18, 96:20, 97:15

**honestly** [1] - 44:18

**hop** [4] - 46:13, 46:19, 46:21, 47:5

**hop-outs** [3] - 46:13, 46:19, 46:21

**hopefully** [1] - 105:2

**hospital** [2] - 93:10, 93:11

**house** [5] - 51:9, 51:11, 76:22, 77:1, 95:3

**housing** [4] - 26:6, 39:5, 41:3, 46:12

**hum** [5] - 6:2, 61:8, 86:5, 109:4, 109:7

**humans** [1] - 63:1

**HUMPHREY** [1] - 1:6

**hundred** [2] - 73:21, 74:17

## I

**identify** [10] - 58:3, 58:16, 68:19, 106:7, 107:1, 107:8, 107:12, 107:14, 107:16, 107:21

**illegal** [1] - 105:6

**illegally** [2] - 39:9, 47:11

**imagine** [1] - 59:9

**immediate** [1] - 104:7

**immediately** [1] - 20:1

**immigrant** [1] - 26:6

**impact** [1] - 64:13

**impacts** [2] - 64:16, 64:21

**implemented** [2] -

Shaketa Redden

6

63:12
**importance** [2] -
104:3, 104:6
**important** [1] -
104:13
**impound** [1] - 85:1
**impounded** [1] -
83:21
**IN** [1] - 1:5
**inappropriate** [1] -
69:17
**incident** [15] - 37:22,
38:2, 53:6, 71:19,
73:8, 75:11, 76:8,
89:15, 89:21, 89:22,
90:2, 90:6, 90:15,
91:7
**incidents** [3] - 43:22,
44:16, 89:20
**income** [2] - 63:9,
64:23
**incomplete** [1] - 14:4
**increase** [4] - 66:8,
67:21, 67:23, 69:13
**increasing** [1] -
69:21
**INDEX** [1] - 3:1
**individual** [4] - 1:13,
1:14, 1:16, 1:19
**individually** [1] - 1:8
**individuals** [4] -
59:22, 61:9, 106:8,
107:1
**inference** [1] - 66:12
**inferring** [1] - 65:13
**inflates** [1] - 64:16
**inflict** [1] - 64:20
**inform** [1] - 26:18
**information** [6] -
25:10, 25:14, 25:17,
78:7, 78:9, 79:12
**informed** [1] - 41:19
**informing** [1] - 27:11
**informs** [1] - 26:10
**infractions** [3] -
36:6, 36:8, 67:13
**initial** [1] - 29:8
**inside** [2] - 56:10,
57:21
**inspected** [1] - 61:18
**inspection** [14] -
54:12, 54:18, 54:20,
61:15, 61:16, 61:20,
62:22, 63:19, 68:2,
68:5, 68:12, 68:15,
68:23, 72:12
**inspections** [1] -
91:6
**inspired** [1] - 54:17
**instance** [5] - 10:3,

52:5, 63:5, 69:6,
103:8
**instances** [7] -
42:18, 43:3, 44:22,
50:2, 57:3, 103:5,
103:13
**instilled** [1] - 96:1
**instructed** [1] - 64:7
**instructs** [1] - 8:12
**intent** [2] - 77:14,
88:10
**intention** [1] - 88:11
**intentional** [3] - 22:9,
37:9, 37:13
**intentionally** [2] -
22:12, 37:10
**interacting** [1] -
101:17
**interaction** [3] -
72:1, 72:15, 100:15
**interactions** [7] -
25:22, 99:15, 100:2,
103:2, 108:2, 108:3,
108:15
**interesting** [2] -
64:3, 98:11
**interim** [3] - 15:13,
16:5, 16:12
**interned** [1] - 19:5
**interning** [1] - 19:1
**interpret** [1] - 6:22
**interrupt** [1] - 100:7
**intersection** [2] -
36:15, 36:16
**interviews** [2] -
40:18
**intimidated** [1] -
50:13
**intruding** [1] - 34:13
**intuitively** [1] - 78:8
**involved** [2] - 4:20,
21:22
**involvement** [6] -
27:15, 27:17, 27:19,
27:22, 37:16, 37:17
**issue** [5] - 65:15,
66:6, 66:14, 69:9,
82:1
**issued** [8] - 29:16,
49:17, 61:14, 63:6,
73:16, 82:5, 83:17,
91:22
**issues** [4] - 26:7,
28:7, 37:5, 91:6
**it'll** [2] - 6:2, 104:14

## J

**JANE** [1] - 1:8
**Jetta** [2] - 30:15,

31:6
**join** [1] - 19:7
**JOSEPH** [1] - 1:7
**JR** [1] - 19:3
**judge** [11] - 73:11,
73:19, 73:20, 81:5,
81:8, 81:11, 81:18,
82:3, 82:8, 82:9,
82:16
**judge's** [1] - 81:11
**July** [1] - 9:7
**jump** [1] - 47:5
**Justa** [3] - 15:6,
26:4, 27:3
**JUSTA** [1] - 15:7
**Justice** [1] - 37:1
**justice** [2] - 26:7,
37:4
**justify** [1] - 41:15

## K

**keep** [4] - 6:13,
62:18, 62:21, 98:21
**Kensington/Suffolk
/Bailey** [1] - 12:13
**KEVIN** [1] - 1:16
**killed** [1] - 76:7
**kind** [16] - 6:3, 49:1,
49:7, 50:14, 56:2,
61:19, 77:23, 78:6,
78:8, 78:15, 79:20,
82:1, 84:8, 85:11,
91:2, 94:2
**knocked** [1] - 25:19
**knocking** [1] - 24:5
**knowledge** [1] -
37:15
**known** [3] - 10:2,
61:17, 104:16

## L

**lack** [1] - 53:18
**lane** [1] - 57:9
**lapsed** [2] - 61:15,
61:17
**larger** [2] - 26:23,
27:5
**last** [3] - 8:18, 14:20,
74:3
**Law** [2] - 91:3, 94:10
**law** [6] - 10:2, 63:18,
63:21, 99:10, 100:14,
103:6
**laws** [1] - 64:6
**lawsuit** [10] - 21:15,
28:9, 28:11, 28:14,
28:17, 37:16, 37:18,
104:4, 104:7
**lawsuits** [1] - 21:22

**lead** [1] - 15:21
**leadership** [2] -
37:10, 37:11
**leads** [1] - 86:23
**learned** [1] - 74:3
**least** [4] - 32:3,
60:23, 96:18
**leave** [7] - 19:7, 19:9,
48:8, 48:14, 48:17,
48:18, 84:4
**leaving** [1] - 75:14,
75:17
**led** [4] - 66:4, 75:12,
77:8, 88:16
**left** [2] - 49:4, 71:10
**legal** [6] - 67:7, 67:9,
70:10, 70:14, 70:18,
71:1
**less** [1] - 34:13
**letters** [1] - 87:19
**level** [2] - 70:5,
104:23
**levels** [1] - 100:14
**liberation** [1] - 23:17
**license** [29] - 29:11,
29:16, 29:20, 29:21,
29:22, 30:1, 30:2,
68:6, 69:7, 69:16,
70:23, 72:5, 73:17,
75:6, 79:11, 80:1,
80:3, 80:6, 80:13,
87:7, 87:10, 87:11,
87:12, 87:13, 87:15,
87:16, 87:18, 87:23,
88:9
**licenses** [1] - 14:22
**lie** [2] - 61:2, 61:3
**light** [1] - 24:9
**likely** [1] - 35:20
**line** [11] - 54:22,
55:10, 55:22, 58:8,
58:16, 58:17, 64:22,
64:23, 65:4, 106:10
**linear** [1] - 26:22
**lined** [1] - 107:17
**lines** [3] - 20:11,
49:16, 52:19
**listening** [1] - 49:2
**literally** [8] - 43:8,
43:10, 44:3, 50:11,
75:16, 75:20, 76:3,
104:17
**litigation** [2] - 21:5,
25:1
**live** [10] - 9:18, 11:3,
11:9, 11:21, 39:6,
80:20, 87:13, 95:6,
95:9, 104:1
**lived** [13] - 11:3,
11:5, 12:9, 12:11,

12:12, 29:17, 31:3,
42:1, 50:21, 51:14,
80:9, 80:16, 80:22
**lives** [1] - 84:8
**LLP** [1] - 4:5
**lobby** [2] - 48:11,
48:12
**locally** [1] - 28:7
**located** [2] - 13:8,
15:8
**Lockwood** [5] -
45:12, 46:2, 46:10,
47:23, 48:16
**LOCKWOOD** [1] -
1:14
**logistical** [3] - 8:2,
78:23, 79:2
**look** [1] - 84:17
**looked** [5] - 54:12,
54:13, 72:6, 72:8,
87:11
**looking** [4] - 25:16,
54:8, 107:12, 108:1
**Love** [2] - 16:21,
17:2
**LOVE** [1] - 1:5
**lower** [2] - 12:1,
75:16
**lurking** [2] - 50:14,
51:21

## M

**Machine** [1] - 111:9
**mad** [1] - 93:12
**mail** [2] - 62:7, 62:10
**mails** [1] - 62:17
**Main** [2] - 13:10, 43:9
**main** [1] - 23:11
**majority** [2] - 12:16,
40:15
**manner** [1] - 111:8
**MARIELLE** [1] - 1:6
**mark** [1] - 52:15
**married** [1] - 9:11
**massacre** [4] - 24:4,
24:7, 24:19, 24:21
**material** [1] - 104:19
**matter** [1] - 81:22
**matters** [1] - 35:22
**mayor** [1] - 65:18
**Mayor** [1] - 1:13
**mayor's** [1] - 36:13
**mean** [26] - 12:16,
14:1, 26:21, 27:19,
46:22, 47:10, 47:20,
57:20, 62:11, 62:20,
64:3, 70:12, 78:14,
80:1, 81:18, 89:11,
92:6, 98:11, 99:12,

99:19, 100:7, 100:8, 103:17, 104:6, 109:2
**means** [5] - 38:18, 39:15, 78:18, 104:21, 111:9
**measure** [1] - 7:13
**media** [4] - 28:13, 28:17, 29:2, 29:4
**medications** [1] - 8:19
**meet** [2] - 46:15, 48:15
**meetings** [1] - 27:20
**member** [4] - 25:4, 25:9, 26:11, 27:23
**members** [9] - 1:6, 25:7, 25:12, 26:12, 42:7, 47:14, 47:15, 47:16
**memory** [1] - 61:6
**men** [1] - 76:7
**mentioned** [8] - 17:21, 36:19, 46:7, 49:22, 53:6, 65:2, 86:2, 91:18
**message** [1] - 70:17
**messed** [1] - 82:18
**met** [1] - 37:10
**meter** [1] - 94:17
**might** [7] - 7:19, 8:7, 8:9, 20:14, 21:19, 26:18, 102:15
**Mikaila** [2] - 4:9, 102:14
**mini** [1] - 100:14
**minute** [3] - 52:8, 71:11, 71:14
**minutes** [1] - 33:11
**mishaps** [1] - 63:3
**missing** [2] - 68:6, 69:7
**mission** [2] - 26:3, 28:2
**misstated** [1] - 74:4
**model** [1] - 30:14
**moment** [1] - 14:12
**moments** [1] - 107:20
**momentum** [1] - 19:16
**money** [3] - 65:9, 66:20, 74:1
**monthly** [2] - 18:10, 37:11
**months** [2] - 62:11, 85:20
**most** [4] - 12:19, 25:23, 40:1, 93:22
**motivated** [1] - 41:16
**motorist** [1] - 102:4

**motorists** [6] - 101:1, 101:5, 101:8, 101:12, 101:13, 102:8
**mouth** [1] - 25:15
**move** [5] - 10:23, 29:18, 37:23, 80:2, 96:13
**moved** [2] - 94:16, 99:17
**movement** [4] - 27:1, 27:5, 27:6, 27:8
**moving** [10] - 31:21, 32:5, 32:19, 33:5, 33:6, 35:4, 46:1, 91:4, 94:8, 98:5
**MS** [148] - 4:23, 5:1, 5:10, 9:15, 9:16, 9:21, 10:4, 10:6, 10:9, 10:12, 10:15, 10:16, 16:2, 16:4, 16:9, 16:10, 16:13, 16:15, 23:14, 23:23, 26:20, 27:13, 28:15, 28:19, 29:13, 29:14, 30:4, 30:5, 30:7, 30:9, 30:21, 30:23, 31:17, 31:20, 32:16, 32:18, 32:21, 33:1, 33:13, 33:14, 33:18, 34:1, 34:4, 34:11, 34:14, 34:18, 34:20, 35:1, 35:3, 35:7, 35:9, 36:5, 36:7, 36:10, 41:22, 42:11, 45:3, 45:4, 45:6, 45:14, 45:20, 45:23, 52:14, 52:16, 52:17, 57:1, 57:6, 58:12, 58:14, 58:18, 58:23, 59:17, 59:19, 60:1, 60:6, 61:23, 62:4, 62:19, 63:4, 63:14, 63:17, 64:2, 65:1, 65:6, 65:12, 66:16, 67:1, 67:5, 67:9, 67:11, 70:11, 71:4, 71:14, 71:15, 71:17, 72:16, 72:19, 74:2, 74:9, 74:10, 77:10, 77:18, 78:11, 78:21, 86:16, 87:3, 87:8, 87:21, 88:3, 88:5, 88:18, 89:6, 90:1, 90:4, 90:9, 90:12, 90:21, 90:23, 91:9, 91:12, 94:12, 94:19, 95:20, 96:4, 96:6, 96:7, 96:9, 97:12, 97:13, 98:10, 99:6, 100:4, 100:5, 100:7, 100:20,

102:13, 102:17, 105:9, 105:11, 106:18, 106:21, 107:3, 107:7, 108:19, 109:1, 109:5, 109:8, 109:10
**multiple** [7] - 12:21, 43:12, 43:19, 66:9, 76:5, 79:17, 80:22
**murdered** [2] - 75:18, 76:4
**mutual** [1] - 24:5
**mutually** [1] - 9:23

## N

**N.Y** [1] - 1:12
**name** [3] - 5:12, 24:15, 53:9
**names** [1] - 9:9
**Natasha** [11] - 18:1, 25:12, 75:14, 75:20, 76:13, 76:14, 83:14, 83:18, 85:6, 85:8, 85:13
**Natasha's** [2] - 76:22, 76:23
**national** [2] - 28:4, 37:3
**nationally** [1] - 28:8
**naturally** [1] - 19:20
**near** [2] - 41:3, 57:13
**necessarily** [6] - 27:8, 27:11, 64:4, 64:17, 67:15, 77:14
**need** [6] - 8:7, 8:10, 11:5, 73:3, 79:8, 79:21
**needed** [3] - 23:8, 48:18, 57:11
**needs** [1] - 105:4
**neighborhood** [6] - 11:23, 13:10, 93:6, 93:7, 103:19, 103:20
**neighborhoods** [4] - 39:13, 43:20, 47:3, 69:20
**nervous** [8] - 51:8, 76:10, 83:12, 84:10, 97:16, 98:1, 98:19
**never** [13] - 7:20, 14:4, 44:17, 44:22, 45:1, 45:8, 79:17, 80:7, 80:12, 89:12, 98:15, 99:14, 99:16
**New** [10] - 2:9, 4:4, 4:7, 11:20, 29:22, 63:20, 65:23, 87:12, 111:6
**new** [2] - 16:6, 80:2

**NEW** [2] - 1:4, 111:1
**news** [5] - 21:3, 21:5, 21:6, 40:18, 49:20
**next** [4] - 50:11, 51:19, 51:21, 78:23
**NICHOLE** [2] - 2:10, 111:21
**Nichole** [1] - 111:5
**Nikki** [1] - 10:6
**nine** [2] - 32:1, 96:12
**non** [2] - 20:3, 81:22, 82:1
**non-issue** [1] - 82:1
**non-profit** [1] - 20:3
**non-thing** [1] - 81:22
**normal** [4] - 6:2, 61:19, 61:20
**normally** [3] - 32:14, 93:15
**north** [1] - 53:20
**Notary** [4] - 2:11, 110:20, 111:5, 111:22
**nothing** [3] - 81:13, 81:14, 111:15
**notice** [1] - 79:4
**noticed** [1] - 66:13
**noticing** [1] - 99:9
**notification** [1] - 62:16
**notify** [1] - 75:5
**November** [1] - 15:15
**number** [2] - 68:10, 74:4
**numbers** [1] - 87:19

## O

**Oakland** [19] - 5:6, 9:18, 9:20, 10:19, 11:5, 11:15, 11:18, 13:3, 15:10, 18:3, 31:21, 95:15, 95:16, 96:13, 98:5, 98:6, 98:8, 98:12, 98:15
**oath** [1] - 4:14
**object** [49] - 8:9, 9:15, 9:21, 16:2, 16:9, 16:13, 23:14, 26:20, 28:15, 29:13, 30:4, 30:7, 30:21, 31:17, 32:16, 32:21, 35:7, 41:22, 45:3, 45:6, 45:20, 57:1, 58:12, 58:18, 59:17, 60:1, 61:23, 62:19, 63:14, 64:2, 65:6, 66:16, 67:5, 70:11, 72:16, 77:10, 78:11, 86:16, 87:8, 88:3, 88:18,

90:1, 90:9, 90:21, 91:9, 94:12, 106:18, 107:3, 108:19
**objection** [3] - 97:12, 98:10, 100:4
**objections** [2] - 4:17, 67:6
**obligations** [1] - 18:2
**obviously** [3] - 17:19, 20:20, 95:8
**occurred** [1] - 90:16
**OF** [4] - 1:4, 1:12, 111:1, 111:3
**Officer** [4] - 77:5, 77:7, 83:2, 86:2
**officer** [15] - 44:10, 50:18, 53:9, 68:8, 68:11, 68:13, 68:23, 69:2, 69:9, 72:2, 76:17, 76:18, 76:20, 84:22, 106:12
**officer's** [1] - 45:18
**OFFICERS** [1] - 1:18
**officers** [18] - 1:18, 35:21, 43:4, 44:11, 48:6, 48:12, 50:6, 53:10, 55:6, 57:21, 65:2, 65:14, 66:5, 67:3, 67:12, 67:16, 67:18, 84:21
**official** [4] - 1:13, 1:15, 80:11, 85:1
**officially** [3] - 18:4, 19:2, 19:5
**often** [2] - 31:15, 43:7
**once** [7] - 19:15, 31:19, 32:3, 52:4, 70:20, 99:22
**one** [29] - 6:13, 17:9, 22:11, 23:18, 33:15, 41:14, 41:15, 42:1, 43:15, 50:5, 53:3, 54:5, 55:12, 59:3, 59:7, 68:10, 76:12, 80:1, 80:5, 87:9, 88:20, 92:17, 94:13, 95:1, 104:6, 105:13, 106:12
**one-twenty-four** [1] - 33:15
**one-twenty-three** [1] - 33:15
**ones** [3] - 74:14, 74:18, 75:7
**operates** [1] - 104:23
**operative** [1] - 72:21
**opinion** [3] - 70:9, 87:5, 102:3
**order** [3] - 65:3,

Shaketa Redden

8

67:21, 100:14
**organization** [16] - 15:6, 15:16, 17:15, 17:20, 18:6, 18:18, 20:4, 22:4, 22:5, 22:11, 22:14, 22:15, 23:16, 28:3, 28:4, 37:3
**organization's** [1] - 23:22
**organizations** [2] - 27:16, 27:18
**organize** [3] - 22:9, 22:18, 37:7
**organized** [4] - 18:20, 24:8, 46:1
**organizer** [3] - 15:21, 18:16, 18:23
**organizes** [3] - 24:2, 26:5, 28:4
**organizing** [16] - 18:19, 21:6, 22:10, 23:1, 23:9, 23:19, 24:9, 28:6, 37:4, 37:9, 37:12, 37:14, 40:18, 76:5, 85:20, 95:18
**outlets** [1] - 28:13
**outlined** [1] - 103:3
**outreach** [2] - 42:8, 47:21
**outs** [4] - 46:13, 46:19, 46:21
**outside** [6] - 38:2, 39:20, 42:17, 43:2, 51:11, 103:9
**overtime** [1] - 64:16
**own** [10] - 11:12, 30:6, 31:5, 31:8, 41:19, 53:16, 74:5, 103:16, 104:3
**owned** [2] - 30:10, 70:21

**P**

**P.M** [1] - 2:10
**page** [1] - 53:2
**Page** [1] - 3:4
**pages** [1] - 110:2
**paid** [2] - 81:23, 94:22
**PALMER** [1] - 1:7
**paragraph** [5] - 52:21, 55:5, 72:23, 73:10, 73:15
**parents'** [3] - 12:20, 80:8, 93:6
**park** [7] - 50:10, 50:12, 51:22, 83:22, 92:19, 92:21, 93:9

**Park** [1] - 13:9
**parked** [7] - 43:12, 51:17, 51:18, 51:19, 92:15, 92:17, 94:23
**parking** [27] - 50:7, 50:8, 50:15, 50:17, 51:10, 51:12, 51:13, 84:3, 91:4, 91:11, 91:16, 91:19, 91:20, 91:23, 92:1, 92:7, 92:14, 93:4, 93:11, 94:6, 94:9, 94:14, 95:2, 103:9, 104:18
**part** [7] - 9:21, 27:1, 27:5, 27:7, 46:20, 69:5, 92:18
**particular** [4] - 69:14, 71:6, 77:12, 80:10
**parties** [3] - 4:12, 4:14, 4:20
**partner** [1] - 22:14
**parts** [1] - 27:6
**past** [5] - 23:19, 31:16, 31:18, 83:14, 93:14
**Pat** [1] - 47:11
**pay** [12] - 15:23, 16:6, 59:8, 73:21, 75:7, 93:16, 93:21, 94:17, 94:21, 95:11, 95:12, 104:17
**PD** [2] - 95:16, 98:12
**Pearl** [1] - 4:7
**pending** [1] - 8:5
**people** [20] - 25:19, 42:12, 45:10, 47:3, 54:7, 57:5, 57:11, 58:3, 59:4, 60:19, 67:20, 68:17, 68:18, 76:5, 80:2, 97:22, 97:23, 106:5, 108:6
**people's** [3] - 39:9, 54:9, 102:9
**per** [1] - 64:6
**perceive** [2] - 102:4, 102:7
**period** [8] - 63:2, 63:7, 63:10, 63:11, 63:21, 64:1, 64:9, 96:21
**peripheral** [1] - 109:2
**periphery** [1] - 108:22
**permanent** [8] - 12:20, 12:23, 13:2, 16:11, 79:19, 80:8, 93:7, 93:8
**permit** [1] - 93:10

**person** [8] - 50:22, 56:16, 58:21, 59:2, 64:21, 67:23, 68:14, 69:7
**person's** [2] - 68:11, 108:21
**personal** [2] - 41:20, 47:13
**personally** [4] - 22:22, 42:13, 49:11, 49:12
**PERSONNEL** [1] - 1:17
**pertains** [1] - 49:10
**PHILIP** [1] - 1:16
**phone** [1] - 47:8
**photography** [1] - 13:19
**phrase** [2] - 38:11, 53:18
**phrased** [1] - 6:20
**picked** [1] - 70:21
**Pito** [1] - 75:15
**Place** [1] - 11:20
**place** [3] - 29:19, 92:19, 97:20
**placed** [1] - 35:21
**places** [1] - 92:11
**Plaintiff** [1] - 2:7
**Plaintiffs** [3] - 1:10, 4:4, 21:15
**planned** [2] - 49:3, 89:18
**plans** [2] - 14:14, 14:17
**plate** [12] - 68:7, 69:16, 73:17, 75:6, 87:10, 87:11, 87:13, 87:15, 87:16, 87:18, 87:23, 88:10
**plates** [12] - 69:7, 86:6, 86:9, 86:11, 86:20, 86:22, 87:2, 87:7, 87:12, 89:1, 89:3, 89:4
**play** [3] - 25:8, 26:23, 27:7
**plea** [1] - 36:2
**pocket** [1] - 84:19
**pockets** [1] - 47:11
**point** [14] - 7:7, 7:9, 7:13, 8:3, 42:16, 42:17, 54:4, 56:10, 58:2, 74:20, 80:23, 87:4, 94:3, 105:21
**police** [13] - 23:9, 23:12, 35:20, 44:1, 45:11, 48:12, 99:15, 99:19, 99:23, 101:17, 103:2, 108:3, 108:15

**Police** [12] - 1:14, 1:16, 1:18, 23:6, 42:21, 45:2, 45:8, 45:17, 63:13, 63:22, 100:3, 103:11
**policing** [4] - 23:9, 23:20, 38:23, 46:14
**policy** [2] - 66:5, 66:14
**political** [1] - 26:4
**poor** [6] - 39:6, 39:13, 69:20, 103:19, 104:14, 104:22
**pop** [1] - 46:19
**pop-outs** [1] - 46:19
**portion** [2] - 71:10, 74:7
**position** [4] - 15:3, 16:7, 68:7, 69:8
**positions** [1] - 15:20
**possibly** [1] - 103:23
**post** [4] - 40:17, 40:18, 66:7
**posted** [1] - 65:8
**potential** [3] - 63:3, 97:17, 99:21
**potentially** [4] - 39:11, 63:9, 67:16, 108:21
**practice** [5] - 61:20, 63:23, 65:16, 65:19, 70:6
**practices** [5] - 22:20, 24:11, 64:7, 104:11, 104:12
**practicing** [2] - 104:11, 105:5
**pre** [1] - 80:5
**pre-printed** [1] - 80:5
**predominantly** [2] - 39:3, 103:20
**prejudice** [1] - 70:6
**preliminary** [1] - 8:18
**preparation** [2] - 34:8, 34:15
**prepare** [6] - 20:6, 20:19, 34:6, 34:9, 34:16, 34:21
**presence** [2] - 99:20, 99:23
**PRESENT** [1] - 4:9
**present** [1] - 100:3
**press** [6] - 29:3, 29:6, 29:7, 75:17, 76:2
**presumably** [1] - 101:21
**pretty** [2] - 85:13
**previous** [1] - 80:15

**previously** [4] - 24:19, 53:7, 86:13, 86:18
**primarily** [5] - 18:20, 39:5, 40:14, 41:2, 41:3
**printed** [3] - 49:20, 80:5
**privilege** [1] - 34:13
**privileged** [1] - 20:14
**proactive** [2] - 38:23, 46:14
**Procedure** [1] - 2:8
**proceedings** [1] - 94:5
**process** [1] - 105:8
**professional** [1] - 14:21
**profile** [2] - 88:17, 109:3
**profiled** [4] - 39:17, 75:13, 89:5, 104:10
**profiling** [9] - 39:1, 77:8, 77:16, 87:1, 103:14, 103:18
**profit** [1] - 20:3
**program** [1] - 20:5
**programs** [1] - 15:22
**project** [1] - 26:5
**prompted** [2] - 99:7, 99:10
**Public** [4] - 2:11, 110:20, 111:5, 111:22
**public** [2] - 39:5, 51:13
**publicized** [1] - 49:19
**pull** [14] - 43:14, 51:19, 57:11, 57:13, 68:14, 69:2, 69:3, 82:11, 87:6, 88:1, 88:8, 95:16, 98:13, 98:22
**pulled** [54] - 32:20, 42:10, 43:16, 43:23, 44:8, 52:19, 54:8, 55:16, 57:5, 57:22, 58:4, 59:5, 59:11, 60:5, 60:7, 60:12, 67:22, 68:2, 68:5, 69:8, 69:14, 72:2, 75:13, 75:23, 76:10, 77:6, 80:21, 82:14, 83:4, 83:14, 86:3, 87:9, 88:9, 88:17, 88:20, 88:23, 97:18, 98:15, 99:22, 101:15, 105:18, 105:20, 105:21, 106:1, 106:4, 106:9, 106:14,

Sue Ann Simonin Court Reporting

106:15, 106:16, 106:19, 107:22, 108:4, 108:7, 108:14
**pulling** [6] - 44:11, 44:12, 69:20, 83:3, 86:14, 87:23
**purchase** [1] - 30:18
**purchased** [1] - 30:18
**purpose** [2] - 23:22, 46:8
**pursuant** [1] - 2:7
**pursuing** [1] - 14:11
**pushing** [1] - 102:11
**put** [5] - 41:8, 79:17, 84:3, 84:13, 93:4

**Q**

**questioned** [1] - 103:10
**questioning** [2] - 50:20, 51:1
**questions** [22] - 4:18, 6:20, 8:10, 20:9, 20:10, 29:5, 34:10, 43:15, 51:1, 67:8, 78:2, 78:5, 78:19, 78:22, 78:23, 79:2, 95:20, 98:23, 100:21, 102:19, 105:9, 109:5
**quick** [1] - 33:9
**quite** [2] - 32:2, 32:4
**quote** [2] - 38:22, 72:17

**R**

**race** [11] - 58:6, 58:16, 59:15, 101:1, 101:5, 101:11, 101:12, 102:4, 102:7, 106:8, 107:14
**races** [10] - 58:3, 58:6, 58:10, 59:22, 106:7, 107:1, 107:8, 107:17, 108:8, 108:10
**racial** [5] - 26:7, 37:4, 77:14, 103:14, 103:17
**Racial** [1] - 37:1
**racially** [7] - 39:1, 39:16, 41:16, 75:12, 77:8, 77:15, 88:17
**racism** [1] - 22:17
**racist** [8] - 22:19, 24:11, 40:22, 76:4, 77:7, 77:12, 77:15, 105:1
**rack** [1] - 45:10
**rain** [1] - 50:9

**raining** [2] - 50:6, 50:8
**raise** [3] - 16:1, 16:6, 16:12
**raised** [1] - 12:7
**ran** [3] - 72:10, 82:13, 89:3
**random** [2] - 93:6, 93:12
**randomly** [4] - 68:12, 74:16, 82:12, 92:20
**range** [1] - 15:20
**RE** [1] - 105:11
**re** [1] - 96:5
**re-direct** [1] - 96:5
**RE-EXAMINATION** [1] - 105:11
**read** [9] - 52:18, 53:1, 65:8, 65:21, 66:4, 66:13, 73:1, 109:9, 110:1
**real** [3] - 68:22, 82:11, 99:14
**realize** [2] - 76:23, 94:15, 94:16
**really** [25] - 7:7, 19:13, 19:16, 23:2, 23:3, 23:8, 49:2, 50:9, 53:23, 56:2, 60:14, 62:1, 71:1, 78:20, 81:13, 82:18, 83:10, 85:15, 89:13, 98:19, 99:2, 99:5, 99:14, 99:16, 100:9
**rear** [1] - 101:22
**reason** [16] - 8:23, 68:14, 69:1, 80:10, 82:11, 82:13, 83:3, 83:4, 83:12, 86:20, 86:21, 88:1, 88:8, 88:23, 89:2
**reasons** [3] - 78:10, 92:14, 92:16
**receive** [2] - 29:22, 91:8
**received** [7] - 33:4, 33:7, 36:3, 90:19, 91:19, 94:8, 102:21
**receiving** [1] - 30:1
**recently** [1] - 18:6
**recess** [3] - 33:17, 71:16, 102:16
**recognizing** [1] - 33:20
**recollection** [2] - 60:15, 74:11
**reconcile** [1] - 71:2
**record** [10] - 6:14, 9:22, 24:17, 34:4, 42:20, 52:14, 74:2,

102:18, 109:10, 109:11
**recounting** [1] - 82:21
**REDDEN** [7] - 1:2, 1:6, 2:7, 3:4, 5:2, 110:11, 111:8
**Redden** [16] - 5:12, 9:4, 9:22, 10:1, 10:17, 34:3, 34:15, 52:18, 71:18, 72:23, 73:12, 74:12, 95:21, 96:11, 102:19, 105:14
**Redden's** [1] - 10:8
**reduced** [1] - 111:10
**refer** [8] - 17:2, 17:5, 17:6, 27:3, 38:4, 42:20, 91:1, 91:2
**Referee** [1] - 4:15
**reference** [5] - 7:7, 7:9, 7:14, 26:1, 91:17
**referenced** [1] - 46:13
**referencing** [1] - 80:15
**referred** [2] - 24:18, 86:2
**referring** [6] - 24:20, 36:5, 36:8, 38:6, 76:13, 78:9
**regard** [1] - 70:7
**regardless** [1] - 62:16
**registration** [24] - 54:17, 61:21, 62:6, 62:7, 62:10, 62:12, 62:23, 63:19, 72:5, 73:13, 74:13, 74:14, 74:18, 74:23, 75:1, 79:3, 79:4, 81:23, 83:6, 86:3, 86:6, 86:10, 86:14, 86:19
**registrations** [1] - 91:5
**regular** [1] - 87:11
**regularly** [1] - 12:14
**reinspect** [1] - 62:14
**related** [8] - 14:20, 21:5, 21:6, 21:7, 44:15, 45:17, 75:11, 91:5
**relating** [1] - 8:16
**relationship** [2] - 22:13, 37:10
**relative** [1] - 111:16
**released** [2] - 36:17, 49:9
**relief** [1] - 83:13
**reluctantly** [1] - 29:20

**remained** [1] - 75:6
**remember** [26] - 10:23, 29:2, 53:9, 54:7, 54:23, 55:4, 58:15, 58:19, 58:20, 59:6, 60:4, 60:8, 60:18, 81:8, 83:11, 84:15, 89:8, 89:11, 90:11, 91:21, 92:2, 92:4, 92:5, 92:17, 92:22, 101:23
**remind** [2] - 13:8, 102:6
**reminder** [1] - 77:4
**remote** [1] - 4:21
**Remote** [1] - 2:6
**remotely** [1] - 4:22
**renewed** [1] - 73:12
**rent** [4] - 11:13, 11:14, 11:16, 12:3
**repeat** [3] - 31:13, 43:1, 59:18
**rephrase** [6] - 6:19, 31:1, 33:6, 37:6, 67:10, 86:12
**rephrasing** [1] - 58:15
**REPORTER** [1] - 4:20
**reporter** [1] - 6:1
**REPORTING** [1] - 2:9
**represent** [2] - 5:14, 94:4
**representation** [1] - 53:5
**required** [1] - 63:18
**reregister** [1] - 62:15
**reserved** [1] - 4:18
**reside** [1] - 9:19
**resided** [1] - 10:21
**residence** [5] - 11:1, 11:12, 11:15, 11:18, 103:9
**residences** [1] - 10:10
**residential** [1] - 10:18
**residents** [1] - 104:5
**Resisting** [9] - 17:11, 17:14, 17:16, 18:13, 19:8, 19:10, 19:20, 27:1
**RESISTS** [1] - 1:5
**Resists** [1] - 16:21, 17:3
**resolve** [2] - 51:4, 95:10
**respect** [1] - 105:14
**respectfully** [1] -

34:1
**respective** [1] - 4:14
**respond** [1] - 8:12
**response** [2] - 10:8, 81:12
**responsibility** [2] - 62:17, 62:21
**rest** [1] - 71:12
**retaliation** [4] - 44:22, 45:21, 49:11, 76:9
**retaliatory** [1] - 82:20
**revenue** [15] - 39:14, 63:9, 64:8, 64:14, 64:22, 65:4, 65:22, 66:15, 67:4, 67:14, 67:21, 67:23, 69:13, 69:21
**reviewed** [2] - 20:22
**ridiculous** [1] - 51:2
**RIGHTS** [1] - 4:2
**rights** [2] - 26:6, 26:7
**Rivera** [1] - 75:15
**road** [5] - 57:15, 57:23, 72:3, 105:22, 106:9
**ROBBIN** [1] - 1:17
**role** [5] - 15:23, 21:21, 24:23, 26:9, 26:23
**roll** [1] - 50:19
**room** [1] - 102:14
**route** [1] - 44:1
**routed** [1] - 70:5
**ruckus** [1] - 97:22
**rude** [5] - 72:15, 72:17, 77:7, 77:17, 77:20
**rule** [1] - 6:11
**Rules** [1] - 2:8
**rules** [3] - 5:16, 5:23, 8:18
**ruling** [1] - 64:11
**run** [1] - 89:3
**running** [1] - 87:2
**RUSS** [1] - 4:5
**Russ** [1] - 5:14
**RUST** [1] - 1:5
**Rust** [2] - 16:21, 17:3

**S**

**Saab** [2] - 31:11, 31:14
**sad** [1] - 59:7
**safe** [1] - 19:15
**safety** [7] - 38:4, 38:7, 38:11, 38:16, 38:17, 38:18, 39:16
**sake** [5] - 5:23, 6:4,

Shaketa Redden

24:17, 38:10, 42:20
**salary** [1] - 64:17
**San** [1] - 15:10
**SARMIENTO** [1] - 1:7
**sat** [1] - 36:14
**Saturday** [2] - 94:15, 94:17
**saw** [8] - 22:20, 54:3, 60:8, 60:19, 75:21, 101:6, 105:21, 106:4
**scary** [2] - 51:3, 100:9
**scenario** [3] - 67:19, 68:17, 69:3
**scene** [2] - 53:17, 55:20
**school** [3] - 13:6, 20:1, 20:4
**School** [2] - 13:7, 13:9
**screen** [2] - 52:9, 70:17
**scroll** [4] - 52:20, 73:1, 73:3, 73:4
**se** [1] - 64:6
**search** [5] - 39:9, 47:12, 84:11, 86:20, 86:21
**searched** [1] - 84:17
**seat** [2] - 72:8, 84:20
**second** [6] - 16:22, 31:12, 33:10, 35:5, 36:18, 45:15
**see** [51] - 14:6, 24:16, 26:21, 26:22, 34:10, 34:12, 45:12, 47:3, 47:22, 50:9, 50:22, 51:6, 52:8, 52:9, 54:2, 56:10, 56:12, 56:13, 56:15, 56:16, 56:22, 57:2, 57:21, 58:21, 67:4, 67:17, 68:9, 68:11, 68:14, 68:23, 69:10, 69:21, 72:22, 73:13, 73:15, 76:21, 80:19, 86:18, 87:19, 89:7, 98:17, 101:8, 101:18, 101:21, 102:11, 106:1, 106:2, 106:5, 107:5, 107:20, 108:18
**seeing** [6] - 42:12, 54:7, 59:10, 60:3, 60:4, 108:20
**segregated** [1] - 104:22
**senior** [1] - 15:20
**sense** [5] - 7:16, 7:17, 8:7, 37:13,

108:23
**sensitivity** [1] - 10:1
**sent** [1] - 49:21
**sentence** [1] - 36:3
**September** [13] - 2:10, 71:19, 73:8, 75:11, 89:8, 89:21, 90:15, 91:7, 100:22, 101:2, 105:14, 110:6, 111:9
**SERAFINI** [1] - 1:16
**set** [15] - 22:10, 22:12, 22:15, 39:2, 39:4, 39:7, 39:13, 39:17, 39:19, 39:23, 53:17, 55:20, 68:16, 68:18, 110:3
**seven** [4] - 52:22, 55:5, 73:10, 74:6
**several** [3] - 55:8, 55:15, 103:5
**shakes** [1] - 6:3
**SHAKETA** [7] - 1:2, 1:6, 2:7, 3:4, 5:2, 110:11, 111:7
**share** [1] - 52:9
**sharing** [1] - 25:21
**SHAVONNE** [1] - 1:6
**shift** [4] - 66:10, 66:12, 99:18, 105:2
**shifting** [4] - 51:23, 104:7, 104:19, 104:21
**SHIRLEY** [1] - 1:7
**short** [4] - 33:17, 71:16, 78:5, 102:16
**Shorthand** [1] - 111:9
**shoulder** [4] - 57:15, 57:16, 57:23, 72:2
**show** [2] - 23:8, 64:15
**Showing** [1] - 37:1
**shows** [1] - 41:1
**shut** [2] - 46:17, 78:1
**sic** [1] - 54:17
**side** [5] - 92:15, 105:22, 106:9, 109:2
**Side** [26] - 12:2, 12:7, 12:10, 12:17, 12:18, 12:21, 12:22, 18:21, 39:3, 39:20, 39:23, 40:3, 40:13, 40:14, 40:16, 41:2, 41:7, 41:11, 42:3, 42:4, 43:6, 43:7, 43:13, 75:16
**sign** [6] - 75:21, 92:21, 92:23, 93:1, 93:4, 109:9
**significantly** [1] -

104:13
**signs** [1] - 84:12
**similarly** [1] - 1:9
**SIMMONS** [1] - 1:7
**SIMONIN** [1] - 2:8
**simultaneously** [1] - 19:11
**single** [1] - 44:3
**singular** [1] - 45:22
**sitting** [6] - 7:11, 43:10, 48:12, 50:11, 51:7, 51:21
**situated** [1] - 1:9
**situation** [1] - 85:23
**six** [3] - 31:9, 83:17, 97:1
**Skipper** [4] - 77:6, 77:7, 83:2, 86:2
**slash** [4] - 23:19, 44:21, 47:21, 48:11
**small** [1] - 97:20
**SMITH** [1] - 1:6
**snows** [1] - 87:14
**so-called** [1] - 46:14
**solely** [1] - 23:22
**someone** [12] - 67:21, 68:2, 68:5, 68:20, 69:14, 77:16, 84:17, 85:1, 87:23, 88:1, 102:10
**sometime** [1] - 93:3
**sometimes** [4] - 6:19, 43:14, 47:6, 80:2
**somewhere** [3] - 43:5, 65:8, 66:17
**song** [1] - 43:16
**soon** [2] - 23:2, 75:20
**sorry** [16] - 9:7, 17:23, 28:22, 31:12, 33:2, 40:8, 40:9, 54:21, 62:6, 68:4, 70:16, 74:12, 88:6, 95:7, 100:7, 108:2
**sort** [14] - 14:1, 35:21, 36:3, 63:7, 63:23, 64:9, 78:2, 78:20, 79:19, 81:21, 81:23, 82:2, 83:8, 99:14
**Soto** [2] - 18:1, 76:14
**sounds** [1] - 34:13
**space** [7] - 19:11, 19:15, 22:7, 22:8, 22:16, 23:1, 23:9
**speaking** [2] - 6:1, 67:5
**specific** [4] - 18:17, 27:6, 33:21, 83:4

**specifically** [13] - 8:12, 21:7, 21:8, 22:8, 25:23, 29:5, 35:15, 44:20, 46:11, 47:23, 49:15, 66:3, 67:14
**spending** [1] - 96:23
**spent** [3] - 12:16, 12:19, 12:21
**spoken** [4] - 21:14, 28:10, 28:13, 28:16
**sponsor** [2] - 22:12
**spot** [1] - 50:15
**spread** [1] - 41:9
**sprinkle** [2] - 40:20, 41:14
**spun** [1] - 17:16
**SS** [1] - 111:2
**stage** [4] - 14:8, 16:23, 19:22, 19:23
**standing** [1] - 48:11
**stands** [1] - 42:12
**staring** [2] - 50:12, 50:18
**start** [6] - 15:11, 17:7, 19:9, 19:17, 19:19, 99:10
**started** [34] - 15:20, 17:11, 17:12, 17:13, 19:1, 19:2, 19:3, 19:4, 19:6, 19:10, 19:12, 19:15, 20:3, 22:3, 22:6, 22:23, 23:2, 23:3, 39:22, 40:13, 48:7, 48:14, 48:17, 50:15, 50:19, 66:7, 66:9, 93:2, 93:9, 93:11, 99:9, 99:22, 100:1
**starting** [1] - 72:22
**state** [6] - 29:15, 36:13, 63:12, 64:11, 65:10, 83:4
**STATE** [1] - 111:1
**State** [4] - 63:20, 66:1, 87:12, 111:6
**statement** [2] - 49:9, 49:17
**statements** [1] - 49:15
**states** [2] - 29:18, 55:6
**STATES** [1] - 1:3
**stay** [4] - 48:21, 96:17, 96:18, 96:21
**step** [4] - 60:8, 60:11, 71:22, 89:17
**stepped** [3] - 60:19, 61:10
**steps** [1] - 78:23
**sticker** [5] - 54:12,

68:12, 68:15, 68:23, 72:12
**still** [12] - 8:10, 22:4, 25:3, 51:6, 70:10, 71:1, 94:1, 94:2, 98:16, 98:17, 99:5
**stipulated** [1] - 4:13
**stipulation** [1] - 10:11
**stipulations** [1] - 4:11
**stood** [1] - 83:16
**stop** [6] - 19:19, 47:1, 74:18, 75:21, 100:22, 104:14
**stopped** [10] - 55:6, 57:9, 57:10, 101:1, 101:6, 101:8, 101:13, 101:23, 107:22
**stops** [2] - 102:20, 103:2
**stories** [2] - 25:22, 47:20
**straight** [6] - 10:23, 55:22, 56:1, 56:2, 56:3, 56:5
**strategies** [1] - 37:12
**stream** [2] - 39:14, 64:8
**street** [11] - 13:8, 43:11, 51:11, 51:12, 51:13, 92:18, 93:9, 94:14, 94:23
**Street** [5] - 2:9, 4:7, 11:8, 13:10, 43:9
**stress** [1] - 85:11
**stressed** [1] - 85:12
**stressful** [1] - 44:5
**strictly** [1] - 88:17
**strike** [7] - 23:4, 25:23, 46:11, 47:1, 75:19, 76:4, 85:21
**studio** [1] - 13:19
**study** [1] - 13:18
**stuff** [9] - 14:3, 72:10, 84:7, 84:9, 84:13, 93:6, 93:12, 99:13, 101:18
**subject** [1] - 44:23
**submit** [1] - 49:12
**subsequently** [1] - 42:5
**substance** [1] - 20:16
**SUE** [1] - 2:8
**suffer** [1] - 99:2
**Suffolk** [1] - 53:20
**Suite** [2] - 4:7, 5:5
**super** [3] - 44:7, 50:13, 85:14

Sue Ann Simonin Court Reporting

Shaketa Redden

11

**SUPERVISORY** [1] - 1:17
**support** [1] - 24:6
**supportive** [1] - 85:14
**supposed** [2] - 78:7, 95:3
**supremacy** [2] - 22:17, 22:20
**SURJ** [11] - 22:13, 36:13, 36:19, 36:23, 37:1, 37:2, 37:8, 37:9, 37:15, 37:17
**suspended** [3] - 74:23, 79:3, 79:4
**switching** [2] - 29:10, 37:19
**sworn** [5] - 4:22, 5:7, 5:20, 47:18, 111:14
**Sworn** [1] - 110:14

**T**

**tactics** [2] - 37:12, 46:14
**tag** [2] - 95:3, 95:10
**tags** [1] - 82:13
**TANIQUA** [1] - 1:7
**tape** [1] - 7:12
**tapped** [2] - 50:16, 50:22
**target** [1] - 76:8
**targeted** [1] - 40:22
**targeting** [1] - 40:22
**team** [2] - 37:11
**technically** [4] - 13:21, 14:1, 14:5, 14:8
**ten** [1] - 71:14
**ten-minute** [1] - 71:14
**term** [2] - 69:23, 70:2
**terms** [1] - 77:20
**terrified** [1] - 59:3
**testified** [5] - 5:8, 41:17, 42:1, 96:11, 98:12
**testify** [1] - 111:14
**testifying** [1] - 24:20
**testimony** [23] - 5:21, 8:21, 9:2, 20:7, 20:20, 33:22, 34:9, 34:17, 41:6, 41:12, 47:16, 47:18, 47:19, 69:5, 88:14, 96:2, 106:23, 107:4, 110:5, 111:7, 111:10, 111:11, 111:19
**text** [1] - 70:16
**THE** [50] - 1:5, 4:20,

16:3, 16:14, 23:15, 26:21, 28:16, 30:8, 30:22, 31:18, 32:17, 32:22, 33:16, 34:19, 35:8, 36:9, 41:23, 45:7, 45:21, 57:2, 58:13, 58:19, 59:18, 60:2, 62:1, 62:20, 63:15, 64:3, 65:7, 66:17, 70:12, 72:17, 77:11, 78:12, 86:17, 87:9, 88:4, 88:19, 90:2, 90:10, 90:22, 91:10, 94:13, 96:3, 98:11, 100:8, 106:19, 107:4, 108:20, 109:7
**themselves** [1] - 63:13
**theory** [2] - 67:7, 67:9
**thinking** [1] - 60:23
**THOMAS** [1] - 1:17
**thoughtful** [4] - 60:17, 82:23, 95:22, 96:2
**thousands** [1] - 92:6
**three** [15] - 31:21, 33:15, 52:21, 53:2, 53:3, 55:5, 72:23, 73:1, 73:2, 73:10, 73:15, 74:6, 75:1, 85:8, 96:22
**throughout** [4] - 7:18, 40:5, 40:12, 40:20
**thrown** [2] - 84:20, 95:11
**ticket** [26] - 33:4, 33:8, 39:8, 53:10, 54:14, 54:16, 59:7, 61:13, 63:5, 64:15, 64:20, 68:8, 69:15, 72:11, 72:13, 73:16, 73:19, 81:15, 90:20, 90:22, 91:4, 94:1, 94:14, 95:2, 95:10
**ticketed** [1] - 82:15
**tickets** [54] - 40:1, 40:15, 63:8, 64:8, 65:3, 65:9, 65:15, 65:22, 66:6, 66:8, 66:9, 66:15, 67:3, 67:13, 67:17, 67:23, 68:17, 69:10, 69:13, 73:11, 73:21, 74:4, 74:8, 74:11, 74:13, 74:16, 74:22, 75:1, 75:4, 78:10, 81:6, 82:4, 82:5, 83:17, 91:2, 91:8, 91:11,

91:16, 91:19, 91:20, 91:21, 91:22, 91:23, 92:1, 92:7, 92:14, 93:3, 93:14, 94:6, 94:9, 102:21, 104:18
**tiny** [1] - 83:12
**TO** [1] - 3:1
**today** [16] - 5:15, 6:4, 6:9, 8:9, 8:21, 9:2, 20:20, 21:12, 33:22, 34:17, 70:2, 71:9, 95:21, 95:23, 96:2, 102:20
**today's** [1] - 17:3, 20:7
**toll** [1] - 85:22
**took** [5] - 36:15, 45:10, 84:9, 84:11, 85:22
**top** [1] - 50:4
**topic** [1] - 105:13
**Tops** [1] - 24:21
**total** [2] - 52:2, 75:1
**touching** [1] - 43:17
**tow** [1] - 78:16
**towards** [2] - 48:18, 57:10
**towed** [3] - 78:13, 85:5, 85:8
**towing** [1] - 89:18
**town** [1] - 97:8
**track** [1] - 62:18
**traffic** [23] - 33:4, 33:8, 36:5, 36:8, 38:4, 38:7, 38:11, 38:17, 38:18, 53:21, 67:13, 69:9, 86:22, 90:19, 90:22, 91:2, 91:8, 91:20, 91:21, 94:6, 94:9, 95:16, 98:13
**Traffic** [2] - 91:3, 94:10
**transcript** [5] - 4:16, 10:7, 110:4, 111:18, 111:19
**transgender** [1] - 28:6
**treatment** [1] - 49:8
**Trial** [1] - 2:7
**trial** [1] - 4:18
**tried** [4] - 40:19, 77:22, 79:2, 80:18
**true** [7] - 41:13, 66:19, 66:23, 87:20, 98:14, 110:4, 111:18
**Trump** [1] - 24:9
**truth** [4] - 71:8, 111:15, 111:16
**truthful** [2] - 8:20, 9:1

**truthfully** [1] - 71:8
**try** [5] - 6:14, 39:10, 41:15, 52:9, 78:4
**trying** [14] - 34:4, 40:10, 44:6, 50:10, 50:12, 54:1, 56:6, 56:7, 64:5, 78:18, 85:16, 85:23, 99:3
**turn** [1] - 63:23, 100:21
**turned** [1] - 19:18
**twelve** [2] - 73:21, 74:17
**twenty** [1] - 33:15
**twice** [2] - 31:19, 32:3
**two** [22] - 10:22, 22:12, 50:6, 59:3, 60:23, 61:9, 61:10, 62:12, 71:2, 72:23, 73:1, 74:22, 75:4, 76:7, 82:4, 84:15, 84:16, 88:21, 96:18, 96:22, 104:13, 104:20
**type** [5] - 5:20, 22:4, 22:5, 27:21, 49:6
**typically** [1] - 96:16

**U**

**UB** [4] - 13:17, 13:18, 14:14, 16:23
**um-hum** [5] - 6:2, 61:8, 86:5, 109:4, 109:7
**um-um** [1] - 6:3
**unconstitutional** [3] - 67:2, 104:11, 105:7
**under** [1] - 111:11
**understood** [4] - 22:16, 27:14, 61:13, 108:5
**unfair** [1] - 70:5
**unfairly** [1] - 70:8
**UNITED** [1] - 1:3
**units** [1] - 46:12
**unity** [1] - 44:18
**unjust** [15] - 67:12, 67:16, 67:18, 67:19, 68:16, 68:18, 69:3, 69:17, 69:23, 70:3, 70:10, 70:14, 70:19, 71:1, 104:12
**UNKNOWN** [2] - 1:17, 1:18
**unless** [2] - 8:11, 82:12
**unlikely** [1] - 68:11
**unprofessional** [2] - 72:14, 72:18

**unquote** [2] - 38:23, 72:18
**unusual** [1] - 53:22
**up** [54] - 12:5, 12:6, 12:7, 13:5, 22:10, 22:13, 22:15, 23:8, 31:12, 35:18, 39:2, 39:4, 39:7, 39:13, 39:17, 39:19, 39:23, 42:3, 51:19, 52:19, 53:17, 53:22, 54:1, 55:4, 55:16, 57:19, 57:20, 57:21, 62:8, 62:21, 62:23, 63:19, 64:15, 68:16, 68:18, 70:22, 72:20, 73:4, 74:5, 81:5, 82:18, 83:2, 89:9, 89:12, 90:5, 99:13, 105:13, 105:14, 105:18, 105:20, 106:1, 106:5, 106:14, 107:17
**Up** [1] - 37:1
**up-to-date** [2] - 62:21, 63:19
**upkeep** [1] - 61:21
**uproar** [2] - 40:17, 41:8
**ups** [2] - 65:14, 65:17

**V**

**vagrants** [1] - 70:22
**valid** [4] - 29:11, 30:2, 88:1, 88:8
**Van** [1] - 10:19
**veer** [1] - 56:5
**Vehicle** [2] - 91:3, 94:10
**vehicle** [3] - 61:21, 73:12, 91:6
**vehicles** [1] - 39:10
**verbal** [2] - 6:6, 6:9
**verbatim** [1] - 111:8
**verdict** [1] - 94:1
**versus** [3] - 35:22, 105:23, 106:1
**via** [1] - 5:8
**video** [1] - 4:21
**videoconference** [1] - 5:8
**view** [1] - 101:12
**vigil** [7] - 75:15, 75:17, 76:2, 76:17, 76:19, 76:22, 84:13
**violate** [1] - 86:22
**violation** [4] - 69:15, 86:23, 91:3, 91:5
**violations** [6] - 67:3,

Shaketa Redden

68:9, 69:10, 94:10, 95:17, 98:13
**visit** [2] - 12:14, 96:22
**visited** [6] - 31:15, 31:23, 32:6, 32:11, 32:15, 96:12
**visits** [3] - 33:7, 96:15, 97:4
**Voice** [5] - 18:18, 19:4, 19:7, 19:9, 19:19
**Volkswagen** [5] - 30:13, 31:6, 89:22, 90:8, 90:17
**voted** [1] - 25:7
**vs** [1] - 1:11

## W

**wait** [4] - 48:2, 48:4, 48:5, 55:12
**waiting** [3] - 48:15, 48:22, 58:8
**waived** [2] - 4:15, 4:16
**walk** [3] - 16:23, 19:22, 83:14
**walked** [4] - 14:8, 19:22, 48:1, 83:2
**walking** [3] - 47:4, 48:17, 83:15
**watched** [1] - 83:16
**watching** [1] - 51:22
**ways** [3] - 27:12, 51:16, 102:6
**weapons** [1] - 39:10
**week** [4] - 12:22, 43:7, 43:13, 74:4
**weeks** [5] - 85:18, 85:19, 96:18, 96:22, 97:1
**weird** [1] - 6:11
**West** [10] - 11:5, 11:15, 11:18, 12:1, 43:7, 43:9, 43:13, 43:22, 44:15, 75:16
**WESTERN** [1] - 1:4
**white** [8] - 22:17, 22:19, 37:3, 37:4, 56:20, 87:12, 101:8, 103:20
**whole** [6] - 22:18, 23:16, 78:19, 80:9, 82:18, 111:15
**wild** [2] - 100:16, 100:19
**Winans** [1] - 111:5
**WINANS** [2] - 2:11, 111:21

**window** [6] - 50:19, 72:7, 89:9, 102:12
**windows** [5] - 56:11, 56:22, 89:12, 89:13, 101:21
**windshield** [3] - 107:5, 107:12, 108:1
**windshields** [2] - 101:22, 102:3
**wing** [1] - 24:12
**witness** [2] - 4:22, 67:7
**Witness** [1] - 3:4
**WITNESS** [48] - 16:3, 16:14, 23:15, 26:21, 28:16, 30:8, 30:22, 31:18, 32:17, 32:22, 33:16, 34:19, 35:8, 36:9, 41:23, 45:7, 45:21, 57:2, 58:13, 58:19, 59:18, 60:2, 62:1, 62:20, 63:15, 64:3, 65:7, 66:17, 70:12, 72:17, 77:11, 78:12, 86:17, 87:9, 88:4, 88:19, 90:2, 90:10, 90:22, 91:10, 94:13, 96:3, 98:11, 100:8, 106:19, 107:4, 108:20, 109:7
**witnessed** [2] - 22:22, 85:6
**WITNESSES** [1] - 3:1
**woman** [2] - 42:2, 103:18
**women** [1] - 28:7
**word** [1] - 25:15
**words** [4] - 35:18, 53:16, 103:16, 104:3
**works** [3] - 78:3, 78:4, 84:1
**write** [5] - 49:6, 65:3, 67:3, 67:13, 80:2
**writing** [1] - 111:11
**written** [1] - 74:7
**wrote** [2] - 53:10, 54:14

## Y

**year** [14] - 11:11, 13:13, 16:17, 16:22, 18:22, 30:16, 31:16, 31:18, 32:3, 62:14, 90:10, 90:11, 97:1
**years** [8] - 10:22, 11:22, 31:9, 31:22, 62:12, 79:17, 80:22, 85:20
**YELDON** [1] - 1:8

**York** [10] - 2:9, 4:4, 4:7, 11:20, 29:22, 63:20, 65:23, 87:12, 111:6
**YORK** [2] - 1:4, 111:1
**young** [1] - 76:7
**YOUNG** [1] - 1:16
**younger** [1] - 99:13
**yourself** [5] - 26:10, 45:17, 52:19, 55:7, 73:2
**yourselves** [1] - 25:17

## Z

**Zoom** [1] - 6:12