# Exhibit 36

DORETHEA FRANKLIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------------------
BLACK LOVE RESISTS IN THE RUST by and through
MARIELLE SHAVONNE SMITH and CHARIS HUMPHREY
on behalf of its members, SHAKETA REDDEN,
DORETHEA FRANKLIN, TANIQUA SIMMONS, DE'JON HALL,
JOSEPH BONDS, CHARLES PALMER, SHIRLEY SARMIENTO,
EBONY YELDON, and JANE DOE,
individually and on behalf of a class of all
others similarly situated,

                              Plaintiffs,

     -vs-


CITY OF BUFFALO, N.Y., BYRON B. BROWN,
Mayor of the City of Buffalo, in his individual and official
capacities,
BYRON C. LOCKWOOD, Commissioner of the
Buffalo Police Department, in his individual
and official capacities,
DANIEL DERENDA, former Commissioner of the
Buffalo Police Department, in his individual capacity, AARON
YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI,
ROBBIN THOMAS,
UNKNOWN SUPERVISORY PERSONNEL 1-10,
UNKNOWN OFFICERS 1-20, each officers of the
Buffalo Police Department,
in their individual capacities,

                              Defendants.
----------------------------------------------------

2

Examination Before Trial of

DORETHEA FRANKLIN, Plaintiff, taken pursuant to the Federal

Rules of Civil Procedure, in the law offices of HODGSON RUSS

LLP, The Guaranty Building, 140 Pearl Street, Suite 100,

Buffalo, New York, taken on May 15, 2023, commencing at

11:35 A.M., before NICHOLE WINANS, Notary Public.

3

1                         INDEX TO WITNESSES

2

3

4    Witness:  DORETHEA FRANKLIN                        Page

5    Examination By:

6        Mr. Sahasrabudhe                               7

7        Ms. Tefft                                      49

8        Mr. Sahasrabudhe                               53

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

4

1                          INDEX TO EXHIBITS

2

3

4    Defendant's Exhibits                    For Identification

5    K        Four Summons of Dorethea              7
              Franklin
6
     L        Dorethea Franklin Uniform            7
7             Traffic Ticket for Front
              Windshield
8
     M        Dorethea Franklin Uniform            7
9             Traffic Ticket for Side
              Windshield
10
     N        Dorethea Franklin Citizen's          7
11            Complaint Form

12   O        Doctor's Note                        45

13

14

15

16

17

18

19

20

21

22

23

5

1                    INDEX TO DOCUMENT REQUESTS

2

3

4    Page, Line              Description

5     14     10     Copy of Dorethea Franklin's prior
                    transcript of deposition testimony
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

6

1      APPEARANCES:

2      WESTERN NEW YORK LAW CENTER,
       By KEISHA A. WILLIAMS, ESQ.,
3      Cathedral Park Tower,
       37 Franklin Street,
4      Suite 210,
       Buffalo, New York 14202,
5      Appearing for the Plaintiffs.

6      NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE,
       By KARINA K. TEFFT, ESQ.,
7      50 Broadway,
       Suite 1500,
8      New York, New York 10004,
       Appearing for the Plaintiffs.

9
       HODGSON RUSS LLP,
10     By PETER A. SAHASRABUDHE, ESQ.,
       The Guaranty Building,
11     140 Pearl Street,
       Suite 100,
12     Buffalo,New York 14202-4040,
       Appearing for the Defendants.

13

14

15          (The following stipulations were entered

16     into by all parties.)

17          It is hereby stipulated by and between counsel

18     for the respective parties that the oath of the

19     Referee is waived, that signing, filing and

20     certification of the transcript are waived, and

21     that all objections, except as to the form of the

22     questions, are reserved until the time of trial.

23

7

1              (Whereupon, Four Summons of Dorethea

2         Franklin were then received and marked as

3         Defendant's Exhibit K,

4              a Dorethea Franklin Uniform Traffic Ticket

5         for Front Windshield was then received and marked

6         as Defendant's Exhibit L,

7              a Dorethea Franklin Uniform Traffic Ticket

8         for Side Windshield was then received and marked

9         as Defendant's Exhibit M, and

10             Dorethea Franklin Citizen's Complaint Form

11        was then received and marked as Defendant's

12        Exhibit N, for identification.)

13

14             D O R E T H E A    F R A N K L I N,

15        49 Easton Avenue, Buffalo, New York 14215,

16             after being duly called and sworn,

17                  testified as follows:

18

19   EXAMINATION BY MR. SAHASRABUDHE:

20

21   Q.  Good morning, Miss Franklin.  My name is Peter

22        Sahasrabudhe, I represent the City of Buffalo and

23        a collection of individuals in connection with a

8

```
1        lawsuit that you and some other Plaintiffs have
2        brought.  So my first question to you is have you
3        ever given a deposition -- or, withdrawn.  Have
4        you ever given deposition testimony before?
5    A.  Yes.
6    Q.  In what capacity?
7    A.  The same capacity, about the checkpoints, about
8        tickets.
9    Q.  So you've given a deposition in connection with a
10       traffic ticket you've received?
11   A.  Um-hum.  Yes.
12   Q.  Was that a lawsuit that you filed?
13   A.  Yes.
14   Q.  A lawsuit separate from this one?
15   A.  Yes.
16   Q.  Is that lawsuit still ongoing?
17   A.  No.
18   Q.  Do you recall the outcome of that lawsuit?
19   A.  Yes.
20   Q.  What was the outcome of the lawsuit?
21   A.  I lost.
22   Q.  The claims were in some way, shape or form
23       dismissed?
```

9

1   A.   I don't know.  I just lost.

2   Q.   Do you recall when you filed that lawsuit?

3   A.   No.

4   Q.   Do you recall who you were suing?

5   A.   Buffalo Police Department.  I believe it was

6        Buffalo Police Department.

7   Q.   Do you recall if you were suing any specific

8        officers?

9   A.   The Strike Force.

10  Q.   Okay.  And we're talking again about a lawsuit

11       separate and apart from the lawsuit that you're

12       here to testify today for?

13  A.   Yeah.  Separate.

14  Q.   Okay.  Were you represented by the same counsel

15       in that lawsuit?

16  A.   No.  No.

17  Q.   Who was your counsel in that lawsuit?

18  A.   I forgot his name.

19  Q.   About when did you bring those claims?

20  A.   When they gave me the ticket on my property

21       while they were doing checkpoints.

22  Q.   Understood.  So, and we're going to get to that

23       in a little bit, but if I were to represent to

10

1    you that that -- the events you just described
2    happened in July of 2017, would that sound about
3    right to you?
4  A.  Yes.
5  Q.  Okay.  And so after the events in July of 2017,
6    you filed a lawsuit?
7  A.  Yes.
8  Q.  All right.  And your understanding is that that
9    lawsuit was dismissed?
10 A.  Yes.
11 Q.  Do you recall when it was dismissed?
12 A.  No.
13 Q.  Other than in connection with that lawsuit that
14    you filed, have you ever given deposition
15    testimony before?
16 A.  No.
17 Q.  Ever given sworn testimony of any kind?
18 A.  No.
19 Q.  So just the one deposition?
20 A.  Yes.
21 Q.  So a lot of the same ground rules are going to
22    apply with respect to the deposition you've
23    already given, but I'm going to probably repeat

11

| | | |
|---|---|---|
| 1 | | them just so we're on the same page and just so |
| 2 | | the record is clear.  Okay? |
| 3 | A. | Okay. |
| 4 | Q. | So the first thing, and you're already doing a |
| 5 | | very good job of this, is you need to let me |
| 6 | | finish my question before you give an answer. |
| 7 | | Sometimes it can be tough, sometimes you can know |
| 8 | | what I'm going to ask, but just so the record is |
| 9 | | clear and my full question gets transcribed, to |
| 10 | | the best of your ability, can you try to let me |
| 11 | | finish my question before you begin your answer? |
| 12 | A. | Yes. |
| 13 | Q. | And I'll do the same for you, to the best of my |
| 14 | | ability.  I'll try to let you finish an answer |
| 15 | | before I jump in with another question.  Again, |
| 16 | | the most important thing that happens today is |
| 17 | | that what you say and what I say gets transcribed |
| 18 | | accurately, so in connection with that, I need |
| 19 | | you to give a full verbal response to my |
| 20 | | questions.  So I can't have a shake of the head |
| 21 | | or a nod of the head or an uh-huh or uh-uh, |
| 22 | | because that doesn't get transcribed, so to the |
| 23 | | best of your ability, could you give a full |

12

1      verbal response to each of my questions?

2  A.  Yes.

3  Q.  Okay.  Whether there's a yes or a no or a one

4      word answer, just try to give a full verbal

5      response.

6  A.  Okay.

7  Q.  Okay.  If you don't understand a question, ask me

8      to rephrase it.  Anything that isn't clear to you

9      or that doesn't really make sense, you're totally

10     entitled to ask me to rephrase, and I'll do the

11     best I can to rephrase it in a manner that is

12     more understandable.  Does that sound good?

13 A.  It sounds good.

14 Q.  Okay.  Conversely though, if you don't ask me to

15     rephrase a question and you go ahead and answer

16     it, I'm going to assume that means you understood

17     what I asked you.  Is that fair?

18 A.  Fair.

19 Q.  All right.  You're under oath, do you understand

20     what that means?

21 A.  Yes.

22 Q.  Okay.  If you need a break at any point, that's

23     totally fine, you're entitled to take a break.

```
 1        The only thing that I would ask is that if a
 2        question is pending, you give a full verbal
 3        response to the question that's been asked, and
 4        then we can take a break.  Do you understand
 5        that?
 6   A.   Yes.
 7   Q.   Your lawyer may object from time to time, but
 8        unless you're instructed not to answer a
 9        question, answer the question to the best of your
10        ability.  Do you understand that?
11   A.   Yes.
12   Q.   Anything I should know about this morning that
13        would affect your ability to give truthful and
14        accurate testimony?
15   A.   No.
16   Q.   All right.  You're not under the influence of any
17        medications that would affect your ability to
18        give truthful and accurate testimony?
19   A.   No.
20   Q.   Okay.  What, if anything, did you review to
21        prepare for your testimony today?
22   A.   Nothing really.
23   Q.   You don't recall any documents that you looked at
```

14

1       or reviewed to prepare for testifying?

2   A.  I reviewed like how I spoke in the last

3       deposition, but that was it.

4   Q.  You reviewed a transcript of your prior

5       testimony?

6   A.  Yes.

7   Q.  Is that a document that you reviewed with your

8       attorneys?

9   A.  Yes.

10  MR. SAHASRABUDHE:  Okay.  I don't know that I've been

11      given a transcript of that deposition testimony,

12      and to the extent I haven't asked for it, I'm

13      going to index a request.

14  BY MR. SAHASRABUDHE:

15  Q.  Anything else you reviewed besides your

16      transcript?

17  A.  No.

18  Q.  No.  So I take it you did meet with your

19      attorneys to prepare for testifying today,

20      correct?

21  A.  Yes.

22  Q.  How many times?

23  A.  Once.

15

1    Q.   How long was that meeting?

2    A.   I don't know.

3    Q.   Was it over an hour?

4    A.   Probably, yes.

5    Q.   Over two hours?

6    A.   I don't think so.

7    Q.   Okay.  So between one and two hours, fair

8         estimate?

9    A.   Yes.

10   Q.   Okay.  How are you currently employed?

11   A.   Self-employed.

12   Q.   In what way are you self-employed?

13   A.   Elaborate what you mean by that.

14   Q.   It's a bad question.  What kind of work do you

15        do?

16   A.   I have a home care business, a transportation

17        business, and I am a mental health counselor.

18   Q.   So your home care business, are you an owner of

19        that business?

20   A.   Yes.

21   Q.   Do you have people working for you?

22   A.   Yes.

23   Q.   What's the name of your home care business?

16

1   A.   Benton Property Management Company LLC.

2   Q.   How long has that been in operation?

3   A.   Sixteen years.

4   Q.   And are you the founder?

5   A.   I'm the restarter.

6   Q.   When did you restart the business?

7   A.   2007.

8   Q.   What does Benson Property -- sorry.  What's the

9       name of the business again, I apologize?

10   A.   Benton Property Management Company.

11   Q.   What does Benton Property Management Company do?

12   A.   Rephrase that.  I don't understand.  What do you

13       mean?

14   Q.   So you said it's a home health care business,

15       correct?

16   A.   Um-hum.  Yes.

17   Q.   Can you describe exactly what kind of home health

18       care business it is?

19   A.   Consumer directed.

20   Q.   What does consumer directed mean?

21   A.   You get an aide to come into your home.

22   Q.   Are the aides employed by your business?

23   A.   Yes.

17

1    Q.   How many aides does your business employ?

2    A.   Ten.

3    Q.   And you mentioned there's a transportation

4         business that you own?

5    A.   Yes.

6    Q.   What's the name of that?

7    A.   It all falls up under Benton.

8    Q.   Okay.  So Benton Property Management oversees or

9         underneath Benton Property Management there's a

10        couple different businesses?

11   A.   Right.

12   Q.   What kind of transportation business do you run?

13   A.   Medical, non-medical.

14   Q.   What do you mean by non-medical?

15   A.   Take them to doctors' appointments, grocery

16        shopping.

17   Q.   I see.  So someone will request to be taken to a

18        doctor's appointment or to be taken grocery

19        shopping, and your transportation service will

20        pick them up and take them?

21   A.   Yes.

22   Q.   How long has that been in operation for?

23   A.   Two years.

18

1    Q.   And you mentioned you're a mental health
2         counselor?
3    A.   Yes.
4    Q.   Do you personally see people who are seeking
5         mental health treatment and care?
6    A.   Yes.
7    Q.   Are you certified in being a mental health
8         counselor?
9    A.   I have my license.
10   Q.   What's the name of the license?
11   A.   My name.
12   Q.   Is there a particular -- so is there a particular
13        name that the certification is given, so for
14        example --
15   A.   Mental health counselor.
16   Q.   Okay.  That's just it.  What did you have to do
17        to obtain the license?
18   A.   Graduate with a Master's.
19   Q.   When did you graduate with a Master's?
20   A.   2012.
21   Q.   And from what program did you graduate?
22   A.   University of Phoenix.
23   Q.   Is that your highest level of education?

19

1    A.    Master's, yes.

2    Q.    Where did you receive your undergrad education?

3    A.    Buffalo State.

4    Q.    When did you graduate from there?

5    A.    Maybe 2008.

6    Q.    What was your degree in?

7    A.    Sociology.

8    Q.    How long -- so have you been a mental health

9          counselor then ever since 2012?

10   A.    Working towards, I was working towards being a

11         mental health counselor.

12   Q.    Okay.  Well, I thought you told me you got your

13         license in 2012?

14   A.    I didn't say that.

15   Q.    Okay.  When did you get your license?

16   A.    I got my license maybe like six months ago.

17   Q.    Okay.  And so at that time, six months ago when

18         you got your license, that's when you started --

19   A.    Yes.

20   Q.    -- seeing people and providing care for people

21         seeking mental health treatment?

22   A.    Yes.

23   Q.    Does anyone else work with you providing mental

20

1     health counseling?

2  A.  No.

3  Q.  Before you had these various businesses with

4     Benton Property Management, how were you

5     employed?

6  A.  I worked at various places, everything in the

7     field of community, sociology, stuff like that.

8  Q.  Before you started Benton Property Management,

9     can you tell me where specifically you were

10     employed?

11  A.  Hillside.  You want to know before that too,

12     before Hillside?

13  Q.  What's Hillside?

14  A.  It's like Hillside Children's Center, they do

15     foster care and adoption.

16  Q.  Okay.  How long were you employed by Hillside?

17  A.  Five years.

18  Q.  Were you only employed by Hillside or did you

19     have other forms of work in that five years?

20  A.  I was only employed at Hillside.

21  Q.  Okay.  Then that's fine.  That's all I really

22     need to know about.

23  A.  Okay.

1  Q.  So where do you currently live?

2  A.  49 Easton Avenue, Buffalo 14215.

3  Q.  How long have you lived there for?

4  A.  This time, I've been over there for seven, eight

5      years.

6  Q.  Okay.  When you say this time, does that mean you

7      had previously lived there?

8  A.  Yeah.  I move back and forth when I feel like it.

9  Q.  Okay.  And what years or about how long ago did

10      you previously live there?

11  A.  So let's see -- I don't know.  I can't remember

12      the dates, just too many dates to be trying to

13      remember.

14  Q.  Okay.  Prior to living at the Easton Avenue

15      address, where did you live?

16  A.  90 Cloverdale.

17  Q.  How long did you live there?

18  A.  Probably like three years.

19  Q.  Why did you move?

20  A.  Checkpoints.

21  Q.  You specifically moved because of the vehicle and

22      traffic safety checkpoints being conducted near

23      your home?

22

1    A.   Yes.

2    Q.   Any other reason?

3    A.   No.

4    Q.   Where did you live prior to the Cloverdale

5         address?

6    A.   Before Cloverdale?

7    Q.   Yes.

8    A.   Easton.

9    Q.   Okay.  Fair to say that in the past ten years,

10        those are the two places you've mainly resided,

11        the Cloverdale address and the Easton address?

12   A.   Yes.

13   Q.   Have you ever been a member of an organization

14        known as Black Love Resists In The Rust?

15   A.   No.

16   Q.   Have you ever attended any of their meetings?

17   A.   No.

18   Q.   Do you personally know any other of the named

19        Plaintiffs in this matter?

20   A.   Yes.

21   Q.   Who do you know?

22   A.   Taniqua Simmons.

23   Q.   How do you know her?

23

1   A.   We do community stuff together.

2   Q.   How long have you known her?

3   A.   All my life.

4   Q.   Did you go to school together?

5   A.   No.

6   Q.   Did you grow up near each other?

7   A.   Yes.

8   Q.   What community events have you participated in

9       with Taniqua Simmons?

10   A.   We've been to meetings, I don't know, a lot of

11       events.

12   Q.   What kind of meetings were you just describing?

13   A.   Community meetings.

14   Q.   Have you spoken to Taniqua Simmons about the

15       allegations in the complaint in this lawsuit?

16   A.   Have I spoken to her about it?

17   Q.   Yes.

18   A.   I don't understand the question.

19   Q.   Have you discussed this lawsuit with Taniqua

20       Simmons?

21   A.   No.

22   Q.   You've never even discussed that you're both

23       Plaintiffs in the same lawsuit?

24

A.  We both already knew we were both complainants in
    the same lawsuit.

Q.  So you've never had any substantive conversations
    with her about the allegations in the complaint?

A.  Nothing to talk about.

Q.  Any other Plaintiffs that you know personally?

A.  No.

Q.  Okay.  Miss Franklin, I'm going to hand you
    what's already been marked as Defendant's
    Deposition Exhibit A, I'll represent to you that
    this is the amended complaint filed by your
    attorneys on behalf of you and some other
    Plaintiffs.  Is this a document you've seen
    before?  And you can take a second to flip
    through it if you need.

A.  I think so.

MS. TEFFT:  Can you direct us to the page of her
    specific --

MR. SAHASRABUDHE:  Yes.  I will.

MS. TEFFT:  I think that will be easier for her
    recollection.

BY MR. SAHASRABUDHE:

Q.  Okay.  So why don't we, you can go to paragraph

1    two hundred six through two hundred thirty-six.

2  MS. TEFFT:  Are you asking her to review it?

3  BY MR. SAHASRABUDHE:

4  Q.  Yes.  Why don't you review it.

5  MS. TEFFT:  Take your time.

6  BY MR. SAHASRABUDHE:

7  Q.  And I think I already said this, but just to be

8      clear, stop at paragraph two thirty-six, and when

9      you're done with that, just let me know.

10         (Discussion off the record.)

11  BY MR. SAHASRABUDHE:

12  Q.  So, Miss Franklin, you just reviewed paragraphs

13      two hundred six through two thirty-six of the

14      amended complaint in this action, correct?

15  A.  Correct.

16  Q.  Are those paragraphs something you've ever

17      reviewed before today?

18  A.  Yeah.  I browsed through them.

19  Q.  Okay.  When did you browse though them?

20  A.  I don't know.  When we were discussing the

21      checkpoints, the review or something.

22  Q.  Did you review those allegations in preparation

23      for today?

1  A.  Yes.

2  Q.  Okay.  So that's a document you reviewed in the

3      one to two hour meeting you had with your

4      attorneys?

5  A.  Yes.

6  Q.  All right.  Are there any other documents you've

7      reviewed that you now remember that you didn't

8      tell me about earlier or would it have just been

9      your deposition testimony and the complaint?

10  MS.  TEFFT:  I'm going to object, only insofar as

11      there's privileged information in something that

12      we reviewed, so don't talk about the contents.

13  BY MR. SAHASRABUDHE:

14  Q.  Just the documents you looked at.

15  A.  Oh, I don't know the name of the documents, but I

16      was -- that was it I think.

17  Q.  Okay.  To the best of your recollection, those

18      are the only two documents you remember?

19  A.  Um-hum.  Yes.

20  Q.  In having reviewed paragraphs two hundred six

21      through two thirty-six, did you notice anything

22      that was inaccurate or that doesn't accurately

23      portray your experiences with vehicle and traffic

27

```
 1        safety checkpoints in the City of Buffalo?
 2   A.   No.  It described it.
 3   Q.   Can you tell me what your understanding of a
 4        vehicle and traffic safety checkpoint is?
 5   A.   If you're doing a safety checkpoint, you are
 6        supposed to be doing it for a couple of reasons.
 7        One is alcohol, to make sure there's no drunk
 8        driving.  That's not what these checkpoints were.
 9   Q.   Well, can you describe the checkpoints that you
10        encountered when you were living at the
11        Cloverdale address?
12   A.   Intrusive, racist, discriminatory, meaningless,
13        money grab.
14   Q.   Okay.  Well, let me ask you this.  When you went
15        through a vehicle and safety checkpoint in the
16        City of Buffalo, would officers look at the
17        vehicle and registration tag on your car?
18   A.   Would they look at it, yeah.  I believe they did
19        one time.
20   Q.   And would it be fair to say that you never once
21        received a traffic ticket after having gone
22        through a checkpoint in the City of Buffalo?
23   A.   Would it be fair to say that, I don't recall.  I
```

28

1      don't know.

2  Q.  As you sit here today, you can't recall a

3      specific instance where you got a traffic ticket

4      after going through a checkpoint?

5  A.  I didn't.  I didn't receive one.  I don't

6      remember really, but I didn't receive one.

7  Q.  And you were never arrested for any non-traffic

8      related offense --

9  A.  No.

10 Q.  -- as a result of having gone through a

11     checkpoint, correct?

12 A.  Correct.

13 Q.  Okay.  When was the last time you encountered a

14     checkpoint within the City of Buffalo?

15 A.  Last time I encountered one, I think they stopped

16     in like '19.

17 Q.  So fair to say you haven't been through a

18     checkpoint in over three years?

19 A.  Yeah.  When they stopped, whatever year they

20     stopped, that was the last time I ever went

21     through one.

22 Q.  So you're not going through them regularly

23     anymore?

29

1    A.   There is none right now.

2    Q.   Okay.  Can you go to paragraph two thirteen,

3         please.  So paragraph two thirteen of the amended

4         complaint says that Miss Franklin, referring to

5         you, observed that to the extent white people

6         went through the Bailey Avenue checkpoint, they

7         tended to pass through without being pulled over

8         for a secondary stop.  Most of the drivers pulled

9         over for secondary inspections were black.  Did I

10        read that correctly?

11   A.   Sure.

12   Q.   Okay.  And my understanding, correct me if I'm

13        wrong.  Is the secondary stop is referring to

14        after the initial stop, the car is asked to pull

15        to the side of the road for further questioning

16        or for a traffic citation, would that be

17        consistent with your understanding?

18   A.   There was no further questioning, there was

19        taking of the vehicles.

20   Q.   Okay.  But so my question is a little bit

21        different.  What I want to confirm, do you recall

22        any specific instances, as you sit here today, of

23        white people going through vehicle and traffic

30

```
 1      safety checkpoints?
 2  A.  Yes.
 3  Q.  Okay.  Were they stopped initially the same way
 4      that other cars were?
 5  A.  No.
 6  Q.  So it's your testimony that they were allowed to
 7      drive right through without being stopped at all?
 8  A.  Yes.
 9  Q.  Okay.  And only black people were stopped at the
10      checkpoints?
11  A.  Yes.
12  Q.  Okay.  Can you recall a specific instance when
13      that happened?
14  A.  You're asking me for specific dates, and you want
15      me to go all the way back to 2017 for a specific
16      date in my head, I can't give you that.
17  Q.  Okay.  You have a general recollection of that
18      happening, but you can't recall a specific
19      instance, as you sit here today?
20  A.  I can't recall specific dates.  I can describe to
21      you anything else but a specific date.
22  Q.  Okay.  But it is your testimony that white people
23      were not stopped at all at the vehicle and
```

1     traffic safety checkpoints, they got to go right

2     through?

3   MS. TEFFT:  Objection.  Can you clarify, are you

4     talking about secondary stops or are you talking

5     about primary stops?

6   MR. SAHASRABUDHE:  Right.  Well, that's what I'm

7     trying to clarify.

8   MS. TEFFT:  Can you clarify your question with that

9     distinction?

10  MR. SAHASRABUDHE:  Yes.

11  BY MR. SAHASRABUDHE:

12  Q.  Okay.  Do you understand -- okay.  When I refer

13     to a primary stop at a checkpoint, I'm just

14     referring to cars are in a line, and they

15     approach an officer, they're stopped momentarily,

16     and they're allowed to proceed.  A secondary stop

17     would be after they're stopped, they have to pull

18     to the side of the road, and then something

19     further happens, for instance, they're issued a

20     traffic ticket, there could be a towing of a

21     vehicle or there's some further questioning done.

22     Do you understand the difference between the

23     primary stop and the secondary stop?

1  A.  Yes.

2  Q.  Okay.  So with respect to primary stops, is it

3      your testimony that when a white person went

4      through a vehicle and traffic safety checkpoint,

5      they were not subjected to a primary stop?

6  A.  My testimony is this, I think you're under the

7      assumption that when you are driving through the

8      checkpoint, that everybody was stopped initially

9      and spoken to, and then they went to the next

10     stop.  That is not what occurred for everybody.

11     So when a white person came through, they were

12     not stopped initially, they were allowed to go

13     straight through.

14 Q.  Okay.  So when going through a checkpoint,

15     certain drivers were allowed to pass through, and

16     other drivers were not?

17 A.  Yes.

18 Q.  Okay.  But all drivers were made to slow down and

19     pass through the checkpoint, correct?

20 A.  You had no choice but to slow down.

21 Q.  Okay.  Regardless of your race?

22 A.  Right.

23 Q.  Okay.  And each driver would go through that

33

```
 1       initial checkpoint, correct?
 2  A.   You had no choice but to go through that, the
 3       Strike Force was right there, and traffic was
 4       backed up from the expressway, so you had no
 5       choice but to be slow going down.
 6  Q.   Okay.
 7  MS. TEFFT:  Objection.  Can you be clearer in your
 8       questions about -- you're saying going through a
 9       checkpoint, just being distinct about just
10       driving on through versus going through the
11       actual primary stop.
12  BY MR. SAHASRABUDHE:
13  Q.   Right.  I guess that's what I'm asking.  Is it
14       your testimony that at certain checkpoints, there
15       was -- there were certain drivers who didn't have
16       to stop at all?
17  A.   Yes.
18  Q.   Okay.  And only some drivers were stopped
19       momentarily?
20  A.   Black drivers was, yes.
21  Q.   Okay.  And it's your testimony that if a white
22       person went through a vehicle and traffic safety
23       checkpoint, they were not stopped at all?
```

34

1    A.    Yes.

2    Q.    Okay.  And is it your testimony that that

3          happened in every instance you saw a white person

4          go through or approach a checkpoint?

5    A.    From what I can recall, yes.

6    Q.    Do you recall how often you saw white people go

7          through checkpoints?

8    A.    You ask me a question that -- I did not count as

9          many white people, I didn't count them so I don't

10          know.

11    Q.    I understand that you don't have a specific

12          number, but was it a regular occurrence that you

13          saw white people going through checkpoints?

14    A.    I mean, I can't answer that question for you.

15          Because it still makes me feel like I have to

16          give you a number, and I don't -- I can't.  I

17          can't give you that.  It was a lot of white

18          people that went through, but I don't know how

19          many.

20    Q.    Okay.  So it happened on more than one occasion

21          that you saw white people go through checkpoints?

22    A.    For the past -- yes.  From the time it started to

23          the time it ended, yes.

35

1    Q.   Okay.  And in every instance that you observed,
2         it's your testimony that they weren't stopped at
3         all?
4    A.   Yes.
5    Q.   Okay.  Can you go to paragraph two eighteen,
6         please -- I apologize.  Two nineteen, sorry.  Two
7         nineteen through two twenty.
8              So fair to say paragraph two nineteen says
9         that you were only, in the times that you went
10        through a checkpoint, there were three occasions
11        where you were subjected to what we've been
12        describing as a secondary stop, would that be
13        accurate?
14   A.   Yes.
15   Q.   And on two of the occasions, after you were
16        subjected to the secondary stop, you weren't
17        issued a ticket, and you were allowed to drive
18        away, correct?
19   A.   Correct.
20   Q.   Okay.  Now let's -- paragraph two twenty-one
21        through two -- actually, just paragraph two
22        twenty-one, that describes the third secondary
23        stop you were subjected to, right?

36

1    A.   Yes.

2    Q.   Fair to say that you were allowed to drive away

3         without any tickets in that incidence as well?

4    A.   No.  I wasn't allowed to drive away.  I was

5         pulled over until I was able to get the

6         registration thing current.

7    Q.   Well, you weren't issued any tickets, right?

8    A.   No, I was not.

9    Q.   And you eventually did drive away from that spot,

10        correct?

11   A.   Yes.

12   Q.   After having been pulled over and waiting?

13   A.   For hours, yes.

14   Q.   Okay.  But no court appearance or summons

15        required?

16   A.   No.

17   Q.   No fines?

18   A.   No.

19   Q.   Okay.  No arrest of any kind?

20   A.   No.

21   Q.   Okay.  Was your inspection sticker, in fact,

22        expired, the one that was on the car?

23   A.   I believe it said it had expired the day before

37

```
 1        or something.
 2   Q.   Okay.
 3   A.   Um-hum.
 4   Q.   And you renewed it and got it updated while you
 5        were waiting?
 6   A.   Yes.
 7   MS. TEFFT:  I'm sorry, Peter.  You said inspection, I
 8        believe this paragraph says registration.
 9   BY MR. SAHASRABUDHE:
10   Q.   Okay.  I apologize.  Registration sticker
11        expired?
12   A.   Correct.
13   Q.   Okay.  And you renewed it while you were waiting?
14   A.   Yes.
15   Q.   And as you sit here today, you believe the
16        officers informed you that the registration
17        sticker had expired, either the day prior or a
18        few days prior?
19   A.   Yes.
20   Q.   Okay.  I'm going to show you what we've marked as
21        Defendant's Exhibit K.  So Defendant's Exhibit K
22        is two ordinance tickets issued to you in July of
23        2017, correct?
```

38

1   A.   Correct.

2   Q.   All right.  And are these the tickets that you

3        brought your lawsuit for?

4   A.   Yes.

5   Q.   Okay.

6   MS. TEFFT:  Objecting.  Can you clarify, you're

7        talking about the other lawsuit that is not this

8        lawsuit?

9   MR. SAHASRABUDHE:  Yes.

10  BY MR. SAHASRABUDHE:

11  Q.   These are the tickets you brought your lawsuit

12       for separate and apart from this lawsuit?

13  A.   Yes.

14  Q.   The one that you gave deposition testimony for

15       prior to being here today?

16  A.   Yes.

17  Q.   Okay.  So my understanding is you were cited for

18       violating some city ordinances, one being that

19       your grass was over ten inches tall, correct?

20  A.   That's what they put on the ticket.

21  Q.   And it says garbage tote in front yard, was that

22       what the other ticket was for?

23  A.   Yes.

39

1    Q.   Okay.  Did you challenge these citations in
2         court?
3    A.   Yes.
4    Q.   Can you tell me what the outcome was?
5    A.   They were dismissed.
6    Q.   Do you recall, did you go to court and give
7         testimony in front of a judge?
8    A.   Yeah.  A little bit, like -- yeah.  Yes.
9    Q.   And ultimately, you didn't have to pay a fine?
10   A.   Ultimately.
11   Q.   And of course, these tickets were not issued to
12        you while you were driving your vehicle, correct?
13   A.   Correct.
14   Q.   How did you find out that you had been ticketed?
15   A.   They went on my property and put the tickets in
16        the mailbox.
17   Q.   Okay.  Do you remember what your allegations were
18        for the lawsuit that you filed in connection with
19        these tickets?
20   A.   No.  I don't remember.  I know that they
21        illegally went on my property and looked at my
22        vehicle, and lied about the grass.
23   Q.   Okay.  Do you remember whether your case was

40

1      brought in state or federal court?

2   A.  No.  I don't remember.

3   Q.  And you don't remember your lawyer's name?

4   A.  I cannot remember his name.

5   Q.  I'm going to show you at the same time -- well,

6      let me actually back up for a second.  No.  I'll

7      show you these.  I'll show you these right now.

8   MS. TEFFT:  And, Peter, I'm sorry.  This Exhibit K,

9      you were only speaking as to the two tickets that

10     are on the front page, but there are two tickets

11     on the second page, is this all part of the same

12     exhibit or were you meaning to mark them as

13     separate exhibits?

14  MR. SAHASRABUDHE:  Separate exhibits.

15  MS. TEFFT:  Okay.  Because you did not ask, correct,

16     about the two tickets on the second page?

17  MR. SAHASRABUDHE:  No.  No.

18  MS. TEFFT:  Okay.

19  MR. SAHASRABUDHE:  Well, why don't we do it all as

20     one exhibit, and I'll ask about the second page.

21  MS. TEFFT:  Okay.

22  BY MR. SAHASRABUDHE:

23  Q.  Can you flip to the second page of what we've

41

| | |
|---|---|
| 1 | marked as Defendant's Exhibit K.  So these are |
| 2 | also, in addition to the two city ordinance |
| 3 | citations we already talked about, two additional |
| 4 | citations you received, correct? |
| 5 | A.  Yes. |
| 6 | Q.  All right.  And they were issued on the same day, |
| 7 | July 17? |
| 8 | A.  Yes. |
| 9 | Q.  Of 2017? |
| 10 | A.  Um-hum.  Yes. |
| 11 | Q.  All right.  And again, were these charges |
| 12 | dismissed? |
| 13 | A.  Yes. |
| 14 | Q.  Okay.  And these charges were not for anything |
| 15 | you did while you were driving or operating a |
| 16 | vehicle, correct? |
| 17 | A.  Correct. |
| 18 | Q.  Okay.  And you weren't arrested or put in custody |
| 19 | as a result of these charges, correct? |
| 20 | A.  Correct. |
| 21 | Q.  You found these citations in your mailbox the way |
| 22 | you did with the other two? |
| 23 | A.  They put them in the mailbox, they were still |

42

1    standing outside my home blocking my house while
2    they were going on my property.
3  Q.  So these were put in your mailbox the way the
4    other two were?
5  A.  They were put in the mailbox.
6  Q.  Okay.  I'll hand you that, L and M.  So I just
7    handed you Defendant's Deposition Exhibit M and
8    L.  Do you need a second to look those over?  Are
9    you familiar with these documents?
10 A.  Yes.
11 Q.  Fair to say that these are two tickets you
12    received on the same date, which is March -- it
13    was March of this year, March of 2023?
14 A.  Yes.
15 Q.  Can you tell me where you received these two
16    tickets?
17 A.  I was near -- I was driving down Bailey, I was
18    pulled over just before Delavan.
19 Q.  Fair to say that this was not at a vehicle and
20    traffic safety checkpoint when you were pulled
21    over?
22 A.  Fair to say.
23 Q.  Okay.  And so how were you pulled over?

43

1   A.   He chased behind me and pulled me over.

2   Q.   The officer who issued the tickets, drove up

3        behind you and put his lights on?

4   A.   Yes.

5   Q.   And you pulled over?

6   A.   Yes.

7   Q.   And could you describe what took place after you

8        pulled over?

9   A.   He asked me who I was, and I asked what was he

10       pulling me over for, didn't have a clear reason

11       why he was pulling me over, then he started

12       searching for reasons to give me a ticket.

13  Q.   When you say searching for reasons to give you a

14       ticket, did he ultimately tell you that your

15       windows were tinted?

16  A.   After.  That wasn't his original reason for

17       pulling me over, so I don't know what the -- but

18       after he started searching.

19  Q.   Okay.  So how long after the original --

20       withdrawn.  How long after pulling you over did

21       he notify you that your windows were tinted?

22  A.   About five, ten minutes.

23  Q.   And at this point he wrote you these two tickets?

44

```
 1   A.   Yes.
 2   Q.   And one of the tickets is for the front
 3        windshield being tinted, correct?
 4   A.   Yes.
 5   Q.   And the other is for the side windshield being
 6        tinted?
 7   A.   Yes.
 8   Q.   Were those windows, in fact, tinted?
 9   A.   Yes.
10   Q.   Okay.  Have you challenged or disputed these
11        traffic tickets in a court of law?
12   A.   Yes.
13   Q.   What was the outcome?
14   A.   Dismissed.
15   Q.   You didn't have to pay any fine or --
16   A.   No.
17   Q.   -- any penalty of any kind?
18   A.   No.
19   Q.   Were you arrested on this occasion?
20   A.   I get -- is an arrest when they give you the
21        summons to go to court?
22   Q.   Well, that's a good question, so I'm going to
23        make a distinction.  No.  Were you taken away
```

45

1      from your car?

2   A.   No.

3   Q.   Were you allowed to leave the scene in your car?

4   A.   Yes.

5   Q.   Okay.  You weren't apprehended or put in custody

6        in any way, shape or form?

7   A.   No.

8   MR. SAHASRABUDHE:   Let's mark this Defendant's O.

9

10           (Whereupon, a Doctor's Note was then

11       received and marked as Defendant's Exhibit O, for

12       identification.)

13

14  BY MR. SAHASRABUDHE:

15  Q.   So I just handed you a copy of a document your

16       lawyer gave to me today, and we've marked it as

17       Defendant's Exhibit O.  It's a note from your

18       doctor, correct?

19  A.   Yes.

20  Q.   When did you receive that doctor's note?

21  A.   I can't even see the date that he gave it --

22       3/12.  So it was written at my next appointment,

23       so it was 3/15.

46

1   Q.   Okay.  So you did not have this doctor's note

2        when you were pulled over in March of 2023?

3   A.   Correct.

4   Q.   Okay.  And you have since received a doctor's

5        note?

6   A.   Yes.

7   Q.   Did you present that at the hearing for your

8        traffic ticket?

9   A.   Yes.

10  Q.   And is that why the charges were dismissed?

11  A.   Yes.

12  Q.   To your understanding?

13  A.   To my understanding, yes.

14  Q.   How many court appearances did you have?

15  A.   One.

16  Q.   Okay.  And you've had no other court appearances

17       in connection with those two traffic tickets,

18       correct?

19  A.   Correct.

20  Q.   All right.  I just handed you what we previously

21       marked as Defendant's Deposition Exhibit N.  Is

22       this something you reviewed in preparation for

23       today?

47

1   A.   No.

2   Q.   Are you familiar with this document?

3   A.   Yes.

4   Q.   Have you seen it before?

5   A.   Yes.

6   Q.   Fair to say that this is a complaint you filed

7        against Officer Miller who wrote you the two

8        traffic tickets?

9   A.   Yes.

10  Q.   Has anything happened since you made this

11       complaint with respect -- withdrawn.  Have you

12       given any statements to the Buffalo Police

13       Department or anyone from the City of Buffalo

14       after you made this complaint?

15  A.   No.

16  Q.   Okay.  So at the top it says it's a description

17       given of your statement, and it says Miss

18       Franklin states that PO Miller unlawfully used

19       his badge to arrest her, correct?

20  A.   Correct.

21  Q.   And again, I want to make a distinction, you were

22       cited for a vehicle and traffic violation,

23       correct?

48

1    A.   Correct.

2    Q.   But you were not placed under arrest?

3    A.   Correct.

4    Q.   Okay.  Was the March 2023 incident the last time

5         you received a traffic ticket in the City of

6         Buffalo?

7    A.   Yes.

8    Q.   Prior to March of 2023, when was the last time

9         you received a traffic ticket?

10   A.   I can't recall.

11   Q.   Had it been more than five years since you

12        received a traffic ticket when you were given

13        these tickets in March of 2023?

14   A.   I can't recall.

15   Q.   You can't recall any specific instances right

16        now?

17   A.   No specific dates, no.

18   Q.   Okay.  Have you ever -- do you remember any

19        specific instances regardless of the date of

20        receiving a traffic ticket in the City of

21        Buffalo?

22   A.   I don't know.  Maybe like when I first started

23        driving.  I don't know.  I can't answer that

49

1      question for you.

2    Q.   Okay.   No specific instances you can recall?

3    A.   I can't recall.

4    MR. SAHASRABUDHE:   Okay.   That's all I have.

5    THE WITNESS:   That's it?

6    MR. SAHASRABUDHE:   That's it.

7    THE WITNESS:   Okay.

8    MS. TEFFT:   Can we actually take a five-minute break

9         at this point?

10   MR. SAHASRABUDHE:   Yes.   Sure.

11            (Whereupon, a short recess was then taken.)

12

13   EXAMINATION BY MS. TEFFT:

14

15   Q.   We can go back on the record.   Miss Franklin, I

16        just have a couple more questions for you.   So

17        where you're currently living, and where you

18        currently drive, have you observed the BPD

19        engaging in traffic enforcement, traffic stops

20        around your neighborhood?

21   A.   Yes.   All the time, on Bailey it's Friday night

22        lights over there on Bailey, they go up and down

23        the street pulling cars over.

50

1    Q.  Do you have an idea of what they're stopping

2        folks for or is it unclear?

3    MR. SAHASRABUDHE:  Objection to form.

4    THE WITNESS:  I can answer that?

5    MR. SAHASRABUDHE:  Yes.

6    BY MS. TEFFT:

7    Q.  You can answer.

8    A.  Well, we know that it's for tickets because

9        that's what they do, they pull them over, then

10       they leave.

11   Q.  Do you know people in your community who have

12       been stopped by the BPD?

13   A.  Yes.

14   Q.  Have they been stopped recently?

15   A.  People are stopped almost every day.

16   Q.  Do you know people who have been ticketed

17       recently?

18   A.  Yes.

19   Q.  Okay.  And on a different subject, a few moments

20       ago Peter showed you a copy of the citizen's

21       complaint form that you filed about your traffic

22       stop that happened on March 12th, 2023.  Do you

23       remember that document?

51

1   A.   Yes.

2   Q.   Can you just take a moment to review the

3        handwritten paragraph towards the bottom

4        explaining the nature of your complaint?

5   A.   Okay.  So this is what the supervisor wrote, but

6        it was some of my words.  My words wasn't

7        unlawfully used -- well, I did say unlawfully

8        used his badge, but he put to arrest her.

9   Q.   Can you explain what you meant by unlawfully used

10       his badge?

11  A.   He was doing -- he wasn't doing this for -- I

12       don't know.  He pulled me over, and how he pulled

13       me over, he just -- he wasn't in the color of the

14       law when he pulled me over.  I should have

15       never --

16  Q.   What did he -- I'm sorry.  Excuse me.  Finish

17       your answer, I apologize.

18  A.   He just wasn't in the color of the law when he

19       pulled me over.

20  Q.   What did the officer tell you was the reason that

21       he stopped you when he pulled you over?

22  A.   He said he was doing an investigation, so he was

23       like -- and wasn't very clear about what he was

1      talking about, he was just trying to get

2      information from me about me and my car.

3  Q.  Can you elaborate on that, what information about

4      your car was he interested in?

5  A.  Like who am I, who I was and why am I driving

6      down Bailey, like it was just stupid.

7  Q.  Did he explain why he was interested in learning

8      that information?

9  A.  He said that my car was identified as being a car

10     to go up and down Bailey.  Somebody identified my

11     car as going up and down Bailey, like my car was

12     following him.

13 Q.  Okay.  And it was identified for what reason, did

14     he tell you?

15 MR. SAHASRABUDHE:  Form.

16 THE WITNESS:  I don't know.

17 BY MS. TEFFT:

18 Q.  Okay.  So then you filed a complaint, right,

19     about this stop?

20 A.  Yes.

21 Q.  Has the BPD or specifically internal affairs at

22     the BPD followed up with you at all about this

23     complaint since you filed it?

53

1   A.   No.

2   Q.   What, aside from when you filed the citizen's

3        complaint form, have you had any other

4        conversations or interactions with the BPD about

5        this complaint?

6   A.   I've called and left messages for them to call me

7        back.  I was told at one point to contact the

8        district, and then I had requested a supervisor

9        from internal affairs to call me, but nobody has

10       called me.

11  Q.   Nobody has called you?

12  A.   Nobody has called me.

13  Q.   So as far as you're aware, there's been no --

14  A.   No movement.

15  MR. SAHASRABUDHE:  Form.

16  BY MS. TEFFT:

17  Q.   There's been no outcome to this complaint?

18  MR. SAHASRABUDHE:  Form.

19  THE WITNESS:  Correct.

20  MS. TEFFT:  Okay.  I don't have anything further.

21

22  RE-EXAMINATION BY MR. SAHASRABUDHE:

23

54

1  Q.  Just very quickly.  Did Officer Miller testify at

2      the court appearance you had for the March 2023

3      traffic tickets?

4  A.  No.

5  Q.  Okay.  You were the only one there?

6  A.  Yes.

7  MR. SAHASRABUDHE:  That's all I have.

8  MS. TEFFT:  Okay.  That's it.

9  THE WITNESS:  Okay.

10

11                    *    *    *    *    *

12

13

14

15

16

17

18

19

20

21

22

23

55

1      I HEREBY CERTIFY that I have read the

2   foregoing 54 pages and that, except as to those

3   changes set forth in the attached errata form(s),

4   they are a true and accurate transcript of the

5   testimony given by me in the above-entitled

6   action on May 15, 2023.

7

8

9

10                      _____

11                           DORETHEA FRANKLIN

12

13

14   Sworn to before me this

15

16   _____ day of _____ 2023.

17

18

19   _____

20       Notary Public.

21

22

23

56

1        STATE OF NEW YORK)

2                    SS:

3        COUNTY OF ERIE)

4

5             I, Nichole Winans, a Notary Public in and

6        for the State of New York, County of Erie, DO

7        HEREBY CERTIFY that the testimony of DORETHEA

8        FRANKLIN was taken down by me in a verbatim

9        manner by means of Machine Shorthand, on May 15,

10       2023.  That the testimony was then reduced into

11       writing under my direction.  That the testimony

12       was taken to be used in the above-entitled

13       action.  That the said deponent, before

14       examination, was duly sworn by me to testify to

15       the truth, the whole truth and nothing but the

16       truth, relative to said action.

17             I further CERTIFY that the above-described

18       transcript constitutes a true and accurate and

19       complete transcript of the testimony.

20

21       _____
                    NICHOLE WINANS,
22                  Notary Public.

23

ERRATA FORM

PAGE _____     LINE _____     CORRECTION: _____

_____

REASON: _____

PAGE _____     LINE _____     CORRECTION: _____

_____

REASON: _____

PAGE _____     LINE _____     CORRECTION: _____

_____

REASON: _____

PAGE _____     LINE _____     CORRECTION: _____

_____

REASON: _____

PAGE _____     LINE _____     CORRECTION: _____

_____

REASON: _____

PAGE _____     LINE _____     CORRECTION: _____

_____

REASON: _____

PAGE _____     LINE _____     CORRECTION: _____

_____

REASON: _____

**'**

**'19** [1] - 28:16

# 9

**90** [1] - 21:16

# 1

**1-10** [1] - 1:17
**1-20** [1] - 1:18
**10** [1] - 5:5
**100** [2] - 2:9, 6:11
**10004** [1] - 6:8
**11:35** [1] - 2:11
**12th** [1] - 50:22
**14** [1] - 5:5
**140** [2] - 2:9, 6:11
**14202** [1] - 6:4
**14202-4040** [1] - 6:12
**14215** [2] - 7:15, 21:2
**15** [3] - 2:10, 55:6, 56:9
**1500** [1] - 6:7
**17** [1] - 41:7

# 2

**2007** [1] - 16:7
**2008** [1] - 19:5
**2012** [3] - 18:20, 19:9, 19:13
**2017** [5] - 10:2, 10:5, 30:15, 37:23, 41:9
**2023** [11] - 2:10, 42:13, 46:2, 48:4, 48:8, 48:13, 50:22, 54:2, 55:6, 55:16, 56:10
**210** [1] - 6:4

# 3

**3/12** [1] - 45:22
**3/15** [1] - 45:23
**37** [1] - 6:3

# 4

**45** [1] - 4:12
**49** [3] - 3:7, 7:15, 21:2

# 5

**50** [1] - 6:7
**53** [1] - 3:8
**54** [1] - 55:2

# 7

**7** [5] - 3:6, 4:5, 4:6, 4:8, 4:10

# A

**A.M** [1] - 2:11
**AARON** [1] - 1:16
**ability** [6] - 11:10, 11:14, 11:23, 13:10, 13:13, 13:17
**able** [1] - 36:5
**above-described** [1] - 56:17
**above-entitled** [2] - 55:5, 56:12
**accurate** [5] - 13:14, 13:18, 35:13, 55:4, 56:18
**accurately** [2] - 11:18, 26:22
**action** [4] - 25:14, 55:6, 56:13, 56:16
**actual** [1] - 33:11
**addition** [1] - 41:2
**additional** [1] - 41:3
**address** [5] - 21:15, 22:5, 22:11, 27:11
**adoption** [1] - 20:15
**affairs** [2] - 52:21, 53:9
**affect** [2] - 13:13, 13:17
**ago** [4] - 19:16, 19:17, 21:9, 50:20
**ahead** [1] - 12:15
**aide** [1] - 16:21
**aides** [2] - 16:22, 17:1
**alcohol** [1] - 27:7
**allegations** [4] - 23:15, 24:4, 25:22, 39:17
**allowed** [8] - 30:6, 31:16, 32:12, 32:15, 35:17, 36:2, 36:4, 45:3
**almost** [1] - 50:15
**amended** [3] - 24:11, 25:14, 29:3
**AND** [1] - 6:6
**answer** [12] - 11:6, 11:11, 11:14, 12:4, 12:15, 13:8, 13:9, 34:14, 48:23, 50:4, 50:7, 51:17
**apart** [2] - 9:11, 38:12
**apologize** [4] - 16:9, 35:6, 37:10, 51:17
**appearance** [2] -

36:14, 54:2
**APPEARANCES** [1] - 6:1
**appearances** [2] - 46:14, 46:16
**Appearing** [2] - 6:5, 6:12
**appearing** [1] - 6:8
**apply** [1] - 10:22
**appointment** [2] - 17:18, 45:22
**appointments** [1] - 17:15
**apprehended** [1] - 45:5
**approach** [2] - 31:15, 34:4
**arrest** [5] - 36:19, 44:20, 47:19, 48:2, 51:8
**arrested** [3] - 28:7, 41:18, 44:19
**aside** [1] - 53:2
**assume** [1] - 12:16
**assumption** [1] - 32:7
**attached** [1] - 55:3
**attended** [1] - 22:16
**attorneys** [4] - 14:8, 14:19, 24:12, 26:4
**Avenue** [4] - 7:15, 21:2, 21:14, 29:6
**aware** [1] - 53:13

# B

**backed** [1] - 33:4
**bad** [1] - 15:14
**badge** [3] - 47:19, 51:8, 51:10
**Bailey** [7] - 29:6, 42:17, 49:21, 49:22, 52:6, 52:10, 52:11
**begin** [1] - 11:11
**behalf** [3] - 1:6, 1:8, 24:12
**behind** [2] - 43:1, 43:3
**Benson** [1] - 16:8
**Benton** [8] - 16:1, 16:10, 16:11, 17:7, 17:8, 17:9, 20:4, 20:8
**best** [6] - 11:10, 11:13, 11:23, 12:11, 13:9, 26:17
**between** [3] - 6:17, 15:7, 31:22
**bit** [3] - 9:23, 29:20, 39:8
**Black** [1] - 22:14

**black** [3] - 29:9, 30:9, 33:20
**BLACK** [1] - 1:5
**blocking** [1] - 42:1
**BONDS** [1] - 1:7
**bottom** [1] - 51:3
**BPD** [5] - 49:18, 50:12, 52:21, 52:22, 53:4
**break** [4] - 12:22, 12:23, 13:4, 49:8
**bring** [1] - 9:19
**BRINKWORTH** [1] - 1:16
**Broadway** [1] - 6:7
**brought** [4] - 8:2, 38:3, 38:11, 40:1
**BROWN** [1] - 1:12
**browse** [1] - 25:19
**browsed** [1] - 25:18
**BUFFALO** [1] - 1:12
**Buffalo** [20] - 1:13, 1:14, 1:16, 1:18, 2:10, 6:4, 7:15, 7:22, 9:5, 9:6, 19:3, 21:2, 27:1, 27:16, 27:22, 28:14, 47:12, 47:13, 48:6, 48:21
**Buffalo,New** [1] - 6:12
**Building** [2] - 2:9, 6:10
**business** [13] - 15:16, 15:17, 15:18, 15:19, 15:23, 16:6, 16:9, 16:14, 16:18, 16:22, 17:1, 17:4, 17:12
**businesses** [2] - 17:10, 20:3
**BY** [18] - 7:19, 14:14, 24:22, 25:3, 25:6, 25:11, 26:13, 31:11, 33:12, 37:9, 38:10, 40:22, 45:14, 49:13, 50:6, 52:17, 53:16, 53:22
**BYRON** [2] - 1:12, 1:14

# C

**cannot** [1] - 40:4
**capacities** [3] - 1:13, 1:15, 1:19
**capacity** [3] - 1:16, 8:6, 8:7
**car** [11] - 27:17, 29:14, 36:22, 45:1, 45:3, 52:2, 52:4, 52:9,

52:11
**care** [8] - 15:16, 15:18, 15:23, 16:14, 16:18, 18:5, 19:20, 20:15
**cars** [3] - 30:4, 31:14, 49:23
**case** [1] - 39:23
**Cathedral** [1] - 6:3
**Center** [1] - 20:14
**CENTER** [2] - 6:2, 6:6
**certain** [2] - 32:15, 33:14, 33:15
**certification** [2] - 6:20, 18:13
**certified** [1] - 18:7
**CERTIFY** [3] - 55:1, 56:7, 56:17
**challenge** [1] - 39:1
**challenged** [1] - 44:10
**changes** [1] - 55:3
**charges** [4] - 41:11, 41:14, 41:19, 46:10
**CHARIS** [1] - 1:6
**CHARLES** [1] - 1:7
**chased** [1] - 43:1
**checkpoint** [20] - 27:4, 27:5, 27:15, 27:22, 28:4, 28:11, 28:14, 28:18, 29:6, 31:13, 32:4, 32:8, 32:14, 32:19, 33:1, 33:9, 33:23, 34:4, 35:10, 42:20
**checkpoints** [15] - 8:7, 9:21, 21:20, 21:22, 25:21, 27:1, 27:8, 27:9, 30:1, 30:10, 31:1, 33:14, 34:7, 34:13, 34:21
**Children's** [1] - 20:14
**choice** [3] - 32:20, 33:2, 33:5
**citation** [1] - 29:16
**citations** [4] - 39:1, 41:3, 41:4, 41:21
**cited** [2] - 38:17, 47:22
**citizen's** [2] - 50:20, 53:2
**Citizen's** [2] - 4:10, 7:10
**city** [2] - 38:18, 41:2
**CITY** [1] - 1:12
**City** [9] - 1:13, 7:22, 27:1, 27:16, 27:22, 28:14, 47:13, 48:5,

48:20
  Civil [1] - 2:8
  claims [2] - 8:22, 9:19
  clarify [4] - 31:3, 31:7, 31:8, 38:6
  class [1] - 1:8
  clear [6] - 11:2, 11:9, 12:8, 25:8, 43:10, 51:23
  clearer [1] - 33:7
  Cloverdale [5] - 21:16, 22:4, 22:6, 22:11, 27:11
  collection [1] - 7:23
  color [2] - 51:13, 51:18
  commencing [1] - 2:10
  Commissioner [2] - 1:14, 1:15
  community [5] - 20:7, 23:1, 23:8, 23:13, 50:11
  Company [3] - 16:1, 16:10, 16:11
  complainants [1] - 24:1
  Complaint [2] - 4:11, 7:10
  complaint [16] - 23:15, 24:4, 24:11, 25:14, 26:9, 29:4, 47:6, 47:11, 47:14, 50:21, 51:4, 52:18, 52:23, 53:3, 53:5, 53:17
  complete [1] - 56:19
  conducted [1] - 21:22
  confirm [1] - 29:21
  connection [6] - 7:23, 8:9, 10:13, 11:18, 39:18, 46:17
  consistent [1] - 29:17
  constitutes [1] - 56:18
  consumer [2] - 16:19, 16:20
  contact [1] - 53:7
  contents [1] - 26:12
  conversations [2] - 24:3, 53:4
  conversely [1] - 12:14
  Copy [1] - 5:5
  copy [2] - 45:15, 50:20
  correct [35] - 14:20,

16:15, 25:14, 25:15, 28:11, 28:12, 29:12, 32:19, 33:1, 35:18, 35:19, 36:10, 37:12, 37:23, 38:1, 38:19, 39:12, 39:13, 40:15, 41:4, 41:16, 41:17, 41:19, 41:20, 44:3, 45:18, 46:3, 46:18, 46:19, 47:19, 47:20, 47:23, 48:1, 48:3, 53:19
  correctly [1] - 29:10
  counsel [3] - 6:17, 9:14, 9:17
  counseling [1] - 20:1
  counselor [6] - 15:17, 18:2, 18:8, 18:15, 19:9, 19:11
  count [2] - 34:8, 34:9
  COUNTY [1] - 56:3
  County [1] - 56:6
  couple [2] - 17:10, 27:6, 49:16
  course [1] - 39:11
  COURT [1] - 1:3
  court [9] - 36:14, 39:2, 39:6, 40:1, 44:11, 44:21, 46:14, 46:16, 54:2
  current [1] - 36:6
  custody [2] - 41:18, 45:5

**D**

  DANIEL [1] - 1:15
  date [5] - 30:16, 30:21, 42:12, 45:21, 48:19
  dates [5] - 21:12, 30:14, 30:20, 48:17
  days [1] - 37:18
  DE'JON [1] - 1:7
  Defendant's [14] - 4:4, 7:3, 7:6, 7:9, 7:11, 24:9, 37:21, 41:1, 42:7, 45:8, 45:11, 45:17, 46:21
  Defendants [2] - 1:20, 6:12
  degree [1] - 19:6
  Delavan [1] - 42:18
  Department [6] - 1:14, 1:16, 1:18, 9:5, 9:6, 47:13
  deponent [1] - 56:13
  Deposition [3] - 24:10, 42:7, 46:21
  deposition [11] - 5:5,

8:3, 8:4, 8:9, 10:14, 10:19, 10:22, 14:3, 14:11, 26:9, 38:14
  DERENDA [1] - 1:15
  describe [4] - 16:17, 27:9, 30:20, 43:7
  described [3] - 10:1, 27:2, 56:17
  describes [1] - 35:22
  describing [2] - 23:12, 35:12
  description [1] - 47:16
  Description [1] - 5:4
  difference [1] - 31:22
  different [3] - 17:10, 29:21, 50:19
  direct [2] - 24:17
  directed [2] - 16:19, 16:20
  direction [1] - 56:11
  discriminatory [1] - 27:12
  discussed [2] - 23:19, 23:22
  discussing [1] - 25:20
  Discussion [1] - 25:10
  dismissed [7] - 8:23, 10:9, 10:11, 39:5, 41:12, 44:14, 46:10
  disputed [1] - 44:10
  distinct [1] - 33:9
  distinction [3] - 31:9, 44:23, 47:21
  DISTRICT [2] - 1:3, 1:4
  district [1] - 53:8
  DO [1] - 56:6
  doctor [1] - 45:18
  doctor's [4] - 17:18, 45:20, 46:1, 46:4
  Doctor's [2] - 4:12, 45:10
  doctors' [1] - 17:15
  document [6] - 14:7, 24:13, 26:2, 45:15, 47:2, 50:23
  DOCUMENT [1] - 5:1
  documents [6] - 13:23, 26:6, 26:14, 26:15, 26:18, 42:9
  DOE [1] - 1:8
  done [2] - 25:9, 31:21
  DOROTHEA [6] - 1:2, 1:7, 2:7, 3:4, 55:11, 56:7
  Dorethea [9] - 4:5,

4:6, 4:8, 4:10, 5:5, 7:1, 7:4, 7:7, 7:10
  down [9] - 32:18, 32:20, 33:5, 42:17, 49:22, 52:6, 52:10, 52:11, 56:8
  drive [6] - 30:7, 35:17, 36:2, 36:4, 36:9, 49:18
  driver [1] - 32:23
  drivers [7] - 29:8, 32:15, 32:16, 32:18, 33:15, 33:18, 33:20
  driving [8] - 27:8, 32:7, 33:10, 39:12, 41:15, 42:17, 48:23, 52:5
  drove [1] - 43:2
  drunk [1] - 27:7
  duly [2] - 7:16, 56:14

**E**

  easier [1] - 24:20
  Easton [5] - 7:15, 21:2, 21:14, 22:8, 22:11
  EBONY [1] - 1:8
  ECONOMIC [1] - 6:6
  education [2] - 18:23, 19:2
  eight [1] - 21:4
  eighteen [1] - 35:5
  either [1] - 37:17
  elaborate [2] - 15:13, 52:3
  employ [1] - 17:1
  employed [9] - 15:10, 15:11, 15:12, 16:22, 20:5, 20:10, 20:16, 20:18, 20:20
  encountered [3] - 27:10, 28:13, 28:15
  ended [1] - 34:23
  enforcement [1] - 49:19
  engaging [1] - 49:19
  entered [1] - 6:15
  entitled [4] - 12:10, 12:23, 55:5, 56:12
  ERIE [1] - 56:3
  Erie [1] - 56:6
  errata [1] - 55:3
  ESQ [3] - 6:2, 6:6, 6:10
  estimate [1] - 15:8
  events [4] - 10:1, 10:5, 23:8, 23:11
  eventually [1] - 36:9
  exactly [1] - 16:17

  Examination [2] - 2:6, 3:5
  EXAMINATION [3] - 7:19, 49:13, 53:22
  examination [1] - 56:14
  example [1] - 18:14
  except [2] - 6:21, 55:2
  excuse [1] - 51:16
  Exhibit [13] - 7:3, 7:6, 7:9, 7:12, 24:10, 37:21, 40:8, 41:1, 42:7, 45:11, 45:17, 46:21
  exhibit [2] - 40:12, 40:20
  EXHIBITS [1] - 4:1
  exhibits [2] - 40:13, 40:14
  Exhibits [1] - 4:4
  experiences [1] - 26:23
  expired [4] - 36:22, 36:23, 37:11, 37:17
  explain [2] - 51:9, 52:7
  explaining [1] - 51:4
  expressway [1] - 33:4
  extent [2] - 14:12, 29:5

**F**

  fact [2] - 36:21, 44:8
  fair [13] - 12:17, 12:18, 15:7, 22:9, 27:20, 27:23, 28:17, 35:8, 36:2, 42:11, 42:19, 42:22, 47:6
  falls [1] - 17:7
  familiar [2] - 42:9, 47:2
  far [1] - 53:13
  federal [1] - 40:1
  Federal [1] - 2:7
  few [2] - 37:18, 50:19
  field [1] - 20:7
  filed [11] - 8:12, 9:2, 10:6, 10:14, 24:11, 39:18, 47:6, 50:21, 52:18, 52:23, 53:2
  filing [1] - 6:19
  fine [2] - 12:23, 20:21, 39:9, 44:15
  fines [1] - 36:17
  finish [4] - 11:6, 11:11, 11:14, 51:16
  first [3] - 8:2, 11:4,

Dorethea Franklin

48:22
**five** [5] - 20:17, 20:19, 43:22, 48:11, 49:8
**five-minute** [1] - 49:8
**flip** [2] - 24:14, 40:23
**folks** [1] - 50:2
**followed** [1] - 52:22
**following** [2] - 6:15, 52:12
**follows** [1] - 7:17
**FOR** [1] - 6:6
**Force** [2] - 9:9, 33:3
**foregoing** [1] - 55:2
**forgot** [1] - 9:18
**Form** [2] - 4:11, 7:10
**form** [9] - 6:21, 8:22, 45:6, 50:3, 50:21, 52:15, 53:3, 53:15, 53:18
**form(s** [1] - 55:3
**former** [1] - 1:15
**forms** [1] - 20:19
**forth** [2] - 21:8, 55:3
**foster** [1] - 20:15
**founder** [1] - 16:4
**Four** [2] - 4:5, 7:1
**FRANKLIN** [6] - 1:2, 1:7, 2:7, 3:4, 55:11, 56:8
**Franklin** [15] - 4:5, 4:6, 4:8, 4:10, 6:3, 7:2, 7:4, 7:7, 7:10, 7:21, 24:8, 25:12, 29:4, 47:18, 49:15
**Franklin's** [1] - 5:5
**Friday** [1] - 49:21
**Front** [2] - 4:7, 7:5
**front** [4] - 38:21, 39:7, 40:10, 44:2
**full** [5] - 11:9, 11:19, 11:23, 12:4, 13:2

## G

**garbage** [1] - 38:21
**general** [1] - 30:17
**given** [12] - 8:3, 8:4, 8:9, 10:14, 10:17, 10:23, 14:11, 18:13, 47:12, 47:17, 48:12, 55:5
**grab** [1] - 27:13
**graduate** [4] - 18:18, 18:19, 18:21, 19:4
**grass** [2] - 38:19, 39:22
**grocery** [2] - 17:15, 17:18
**ground** [1] - 10:21

**grow** [1] - 23:6
**Guaranty** [2] - 2:9, 6:10
**guess** [1] - 33:13

## H

**HALL** [1] - 1:7
**hand** [2] - 24:8, 42:6
**handed** [3] - 42:7, 45:15, 46:20
**handwritten** [1] - 51:3
**head** [3] - 11:20, 11:21, 30:16
**health** [11] - 15:17, 16:14, 16:17, 18:1, 18:5, 18:7, 18:15, 19:8, 19:11, 19:21, 20:1
**hearing** [1] - 46:7
**HEREBY** [2] - 55:1, 56:7
**hereby** [1] - 6:17
**highest** [1] - 18:23
**hillside** [1] - 20:11
**Hillside** [6] - 20:12, 20:13, 20:14, 20:16, 20:18, 20:20
**HODGSON** [2] - 2:8, 6:9
**home** [8] - 15:16, 15:18, 15:23, 16:14, 16:17, 16:21, 21:23, 42:1
**hour** [2] - 15:3, 26:3
**hours** [3] - 15:5, 15:7, 36:13
**house** [1] - 42:1
**hum** [5] - 8:11, 16:16, 26:19, 37:3, 41:10
**HUMPHREY** [1] - 1:6
**hundred** [4] - 25:1, 25:13, 26:20

## I

**idea** [1] - 50:1
**identification** [2] - 7:12, 45:12
**Identification** [1] - 4:4
**identified** [3] - 52:9, 52:10, 52:13
**illegally** [1] - 39:21
**important** [1] - 11:16
**IN** [1] - 1:5
**inaccurate** [1] - 26:22
**inches** [1] - 38:19

**incidence** [1] - 36:3
**incident** [1] - 48:4
**INDEX** [3] - 3:1, 4:1, 5:1
**index** [1] - 14:13
**individual** [4] - 1:13, 1:14, 1:16, 1:19
**individually** [1] - 1:8
**individuals** [1] - 7:23
**influence** [1] - 13:16
**information** [4] - 26:11, 52:2, 52:3, 52:8
**informed** [1] - 37:16
**initial** [2] - 29:14, 33:1
**insofar** [1] - 26:10
**inspection** [2] - 36:21, 37:7
**inspections** [1] - 29:9
**instance** [6] - 28:3, 30:12, 30:19, 31:19, 34:3, 35:1
**instances** [4] - 29:22, 48:15, 48:19, 49:2
**instructed** [1] - 13:8
**interactions** [1] - 53:4
**interested** [2] - 52:4, 52:7
**internal** [2] - 52:21, 53:9
**intrusive** [1] - 27:12
**investigation** [1] - 51:22
**issued** [7] - 31:19, 35:17, 36:7, 37:22, 39:11, 41:6, 43:2

## J

**JANE** [1] - 1:8
**job** [1] - 11:5
**JOSEPH** [1] - 1:7
**judge** [1] - 39:7
**July** [4] - 10:2, 10:5, 37:22, 41:7
**jump** [1] - 11:15
**JUSTICE** [1] - 6:6

## K

**KARINA** [1] - 6:6
**KEISHA** [1] - 6:2
**KEVIN** [1] - 1:16
**kind** [7] - 10:17, 15:14, 16:17, 17:12, 23:12, 36:19, 44:17
**known** [2] - 22:14,

23:2

## L

**last** [6] - 14:2, 28:13, 28:15, 28:20, 48:4, 48:8
**law** [4] - 2:8, 44:11, 51:14, 51:18
**LAW** [2] - 6:2, 6:6
**lawsuit** [24] - 8:1, 8:12, 8:14, 8:16, 8:18, 8:20, 9:2, 9:10, 9:11, 9:15, 9:17, 10:6, 10:9, 10:13, 23:15, 23:19, 23:23, 24:2, 38:3, 38:7, 38:8, 38:11, 38:12, 39:18
**lawyer** [2] - 13:7, 45:16
**lawyer's** [1] - 40:3
**learning** [1] - 52:7
**leave** [2] - 45:3, 50:10
**left** [1] - 53:6
**level** [1] - 18:23
**license** [7] - 18:9, 18:10, 18:17, 19:13, 19:15, 19:16, 19:18
**lied** [1] - 39:22
**life** [1] - 23:3
**lights** [2] - 43:3, 49:22
**Line** [1] - 5:4
**line** [1] - 31:14
**live** [5] - 21:1, 21:10, 21:15, 21:17, 22:4
**lived** [2] - 21:3, 21:7
**living** [3] - 21:14, 27:10, 49:17
**LLC** [1] - 16:1
**LLP** [2] - 2:9, 6:9
**LOCKWOOD** [1] - 1:14
**look** [3] - 27:16, 27:18, 42:8
**looked** [3] - 13:23, 26:14, 39:21
**lost** [2] - 8:21, 9:1
**Love** [1] - 22:14
**LOVE** [1] - 1:5

## M

**Machine** [1] - 56:9
**mailbox** [5] - 39:16, 41:21, 41:23, 42:3, 42:5
**Management** [7] - 16:1, 16:10, 16:11, 17:8, 17:9, 20:4, 20:8

**manner** [2] - 12:11, 56:9
**March** [9] - 42:12, 42:13, 46:2, 48:4, 48:8, 48:13, 50:22, 54:2
**MARIELLE** [1] - 1:6
**mark** [2] - 40:12, 45:8
**marked** [10] - 7:2, 7:5, 7:8, 7:11, 24:9, 37:20, 41:1, 45:11, 45:16, 46:21
**Master's** [2] - 18:18, 18:19
**master's** [1] - 19:1
**matter** [1] - 22:19
**Mayor** [1] - 1:13
**mean** [6] - 15:13, 16:13, 16:20, 17:14, 21:6, 34:14
**meaning** [1] - 40:12
**meaningless** [1] - 27:12
**means** [3] - 12:16, 12:20, 56:9
**meant** [1] - 51:9
**medical** [3] - 17:13, 17:14
**medications** [1] - 13:17
**meet** [1] - 14:18
**meeting** [2] - 15:1, 26:3
**meetings** [4] - 22:16, 23:10, 23:12, 23:13
**member** [1] - 22:13
**members** [1] - 1:6
**mental** [9] - 15:17, 18:1, 18:5, 18:7, 18:15, 19:8, 19:11, 19:21, 19:23
**mentioned** [2] - 17:3, 18:1
**messages** [1] - 53:6
**Miller** [3] - 47:7, 47:18, 54:1
**minute** [1] - 49:8
**minutes** [1] - 43:22
**Miss** [4] - 7:21, 25:12, 29:4, 47:17
**miss** [2] - 24:8, 49:15
**moment** [1] - 51:2
**momentarily** [1] - 31:15, 33:19
**moments** [1] - 50:19
**money** [1] - 27:13
**months** [2] - 19:16, 19:17
**morning** [2] - 7:21,

13:12
**most** [2] - 11:16, 29:8
**move** [2] - 21:8, 21:19
**moved** [1] - 21:21
**movement** [1] - 53:14
**MR** [32] - 7:19, 14:10, 14:14, 24:19, 24:22, 25:3, 25:6, 25:11, 26:13, 31:6, 31:10, 31:11, 33:12, 37:9, 38:9, 38:10, 40:14, 40:17, 40:19, 40:22, 45:8, 45:14, 49:4, 49:6, 49:10, 50:3, 50:5, 52:15, 53:15, 53:18, 53:22, 54:7
**MS** [21] - 24:17, 24:20, 25:2, 25:5, 26:10, 31:3, 31:8, 33:7, 37:7, 38:6, 40:8, 40:15, 40:18, 40:21, 49:8, 49:13, 50:6, 52:17, 53:16, 53:20, 54:8

## N

**N.Y** [1] - 1:12
**name** [11] - 7:21, 9:18, 15:23, 16:9, 17:6, 18:10, 18:11, 18:13, 26:15, 40:3, 40:4
**named** [1] - 22:18
**NATIONAL** [1] - 6:6
**nature** [1] - 51:4
**near** [3] - 21:22, 23:6, 42:17
**need** [6] - 11:5, 11:18, 12:22, 20:22, 24:15, 42:8
**neighborhood** [1] - 49:20
**never** [5] - 23:22, 24:3, 27:20, 28:7, 51:15
**NEW** [3] - 1:4, 6:2, 56:1
**New** [6] - 2:10, 6:4, 6:8, 7:15, 56:6
**next** [2] - 32:9, 45:22
**Nichole** [1] - 56:5
**NICHOLE** [2] - 2:11, 56:21
**night** [1] - 49:21
**nineteen** [3] - 35:6, 35:7, 35:8

**nobody** [3] - 53:9, 53:11, 53:12
**non** [3] - 17:13, 17:14, 28:7
**non-medical** [2] - 17:13, 17:14
**non-traffic** [1] - 28:7
**none** [1] - 29:1
**Notary** [4] - 2:11, 55:20, 56:5, 56:22
**Note** [2] - 4:12, 45:10
**note** [4] - 45:17, 45:20, 46:1, 46:5
**nothing** [3] - 13:22, 24:5, 56:15
**notice** [1] - 26:21
**notify** [1] - 43:21
**number** [2] - 34:12, 34:16

## O

**oath** [2] - 6:18, 12:19
**object** [2] - 13:7, 26:10
**objecting** [1] - 38:6
**objection** [3] - 31:3, 33:7, 50:3
**objections** [1] - 6:21
**observed** [2] - 29:5, 35:1, 49:18
**obtain** [1] - 18:17
**occasion** [2] - 34:20, 44:19
**occasions** [2] - 35:10, 35:15
**occurred** [1] - 32:10
**occurrence** [1] - 34:12
**OF** [4] - 1:4, 1:12, 56:1, 56:3
**offense** [1] - 28:8
**Officer** [2] - 47:7, 54:1
**officer** [3] - 31:15, 43:2, 51:20
**OFFICERS** [1] - 1:18
**officers** [4] - 1:18, 9:8, 27:16, 37:16
**offices** [1] - 2:8
**official** [2] - 1:13, 1:15
**often** [1] - 34:6
**once** [2] - 14:23, 27:20
**one** [22] - 8:14, 10:19, 12:3, 15:7, 26:3, 27:7, 27:19, 28:5, 28:6, 28:15, 28:21, 34:20, 35:20,

35:22, 36:22, 38:14, 38:18, 40:20, 44:2, 46:15, 53:7, 54:5
**ongoing** [1] - 8:16
**operating** [1] - 41:15
**operation** [2] - 16:2, 17:22
**ordinance** [2] - 37:22, 41:2
**ordinances** [1] - 38:18
**organization** [1] - 22:13
**original** [2] - 43:16, 43:19
**outcome** [5] - 8:18, 8:20, 39:4, 44:13, 53:17
**outside** [1] - 42:1
**oversees** [1] - 17:8
**own** [1] - 17:4
**owner** [1] - 15:18

## P

**Page** [2] - 3:4, 5:4
**page** [7] - 11:1, 24:17, 40:10, 40:11, 40:16, 40:20, 40:23
**pages** [1] - 55:2
**PALMER** [1] - 1:7
**paragraph** [10] - 24:23, 25:8, 29:2, 29:3, 35:5, 35:8, 35:20, 35:21, 37:8, 51:3
**paragraphs** [3] - 25:12, 25:16, 26:20
**Park** [1] - 6:3
**part** [1] - 40:11
**participated** [1] - 23:8
**particular** [2] - 18:12
**parties** [2] - 6:16, 6:18
**pass** [3] - 29:7, 32:15, 32:19
**past** [2] - 22:9, 34:22
**pay** [2] - 39:9, 44:15
**Pearl** [2] - 2:9, 6:11
**penalty** [1] - 44:17
**pending** [1] - 13:2
**people** [16] - 15:21, 18:4, 19:20, 29:5, 29:23, 30:9, 30:22, 34:6, 34:9, 34:13, 34:18, 34:21, 50:11, 50:15, 50:16
**person** [4] - 32:3, 32:11, 33:22, 34:3

**personally** [3] - 18:4, 22:18, 24:6
**PERSONNEL** [1] - 1:17
**Peter** [4] - 7:21, 37:7, 40:8, 50:20
**PETER** [1] - 6:10
**PHILIP** [1] - 1:16
**Phoenix** [1] - 18:22
**pick** [1] - 17:20
**place** [1] - 43:7
**placed** [1] - 48:2
**places** [2] - 20:6, 22:10
**Plaintiff** [1] - 2:7
**Plaintiffs** [8] - 1:10, 6:5, 6:8, 8:1, 22:19, 23:23, 24:6, 24:13
**PO** [1] - 47:18
**point** [4] - 12:22, 43:23, 49:9, 53:7
**Police** [6] - 1:14, 1:16, 1:18, 9:5, 9:6, 47:12
**portray** [1] - 26:23
**preparation** [2] - 25:22, 46:22
**prepare** [3] - 13:21, 14:1, 14:19
**present** [1] - 46:7
**previously** [3] - 21:7, 21:10, 46:20
**primary** [6] - 31:5, 31:13, 31:23, 32:2, 32:5, 33:11
**privileged** [1] - 26:11
**Procedure** [1] - 2:8
**proceed** [1] - 31:16
**program** [1] - 18:21
**Property** [8] - 16:1, 16:8, 16:10, 16:11, 17:8, 17:9, 20:4, 20:8
**property** [4] - 9:20, 39:15, 39:21, 42:2
**providing** [2] - 19:20, 19:23
**Public** [4] - 2:11, 55:20, 56:5, 56:22
**pull** [3] - 29:14, 31:17, 50:9
**pulled** [16] - 29:7, 29:8, 36:5, 36:12, 42:18, 42:20, 42:23, 43:1, 43:5, 43:8, 46:2, 51:12, 51:14, 51:19, 51:21
**pulling** [5] - 43:10, 43:11, 43:17, 43:20, 49:23
**pursuant** [1] - 2:7

**put** [9] - 38:20, 39:15, 41:18, 41:23, 42:3, 42:5, 43:3, 45:5, 51:8

## Q

**questioning** [3] - 29:15, 29:18, 31:21
**questions** [5] - 6:22, 11:20, 12:1, 33:8, 49:16
**quickly** [1] - 54:1

## R

**race** [1] - 32:21
**racist** [1] - 27:12
**RE** [1] - 53:22
**RE-EXAMINATION** [1] - 53:22
**read** [2] - 29:10, 55:1
**really** [4] - 12:9, 13:22, 20:21, 28:6
**reason** [5] - 22:2, 43:10, 43:16, 51:20, 52:13
**reasons** [3] - 27:6, 43:12, 43:13
**receive** [4] - 19:2, 28:5, 28:6, 45:20
**received** [14] - 7:2, 7:5, 7:8, 7:11, 8:10, 27:21, 41:4, 42:12, 42:15, 45:11, 46:4, 48:5, 48:9, 48:12
**receiving** [1] - 48:20
**recently** [2] - 50:14, 50:17
**recess** [1] - 49:11
**recollection** [3] - 24:21, 26:17, 30:17
**record** [4] - 11:2, 11:8, 25:10, 49:15
**REDDEN** [1] - 1:6
**reduced** [1] - 56:10
**refer** [1] - 31:12
**Referee** [1] - 6:19
**referring** [3] - 29:4, 29:13, 31:14
**regardless** [2] - 32:21, 48:19
**registration** [5] - 27:17, 36:6, 37:8, 37:10, 37:16
**regular** [1] - 34:12
**regularly** [1] - 28:22
**related** [1] - 28:8
**relative** [1] - 56:16
**remember** [13] - 21:11, 21:13, 26:7,

Dorethea Franklin

5

26:18, 28:6, 39:17,
39:20, 39:23, 40:2,
40:3, 40:4, 48:18,
50:23
  **renewed** [2] - 37:4,
37:13
  **repeat** [1] - 10:23
  **rephrase** [5] - 12:8,
12:10, 12:11, 12:15,
16:12
  **represent** [3] - 7:22,
9:23, 24:10
  **represented** [1] -
9:14
  **request** [2] - 14:13,
17:17
  **requested** [1] - 53:8
  **REQUESTS** [1] - 5:1
  **required** [1] - 36:15
  **reserved** [1] - 6:22
  **resided** [1] - 22:10
  **RESISTS** [1] - 1:5
  **Resists** [1] - 22:14
  **respect** [3] - 10:22,
32:2, 47:11
  **respective** [1] - 6:18
  **response** [4] - 11:19,
12:1, 12:5, 13:3
  **restart** [1] - 16:6
  **restarter** [1] - 16:5
  **result** [2] - 28:10,
41:19
  **review** [6] - 13:20,
25:2, 25:4, 25:21,
25:22, 51:2
  **reviewed** [12] - 14:1,
14:2, 14:4, 14:7,
14:15, 25:12, 25:17,
26:2, 26:7, 26:12,
26:20, 46:22
  **road** [2] - 29:15,
31:18
  **ROBBIN** [1] - 1:17
  **rules** [1] - 10:21
  **Rules** [1] - 2:8
  **run** [1] - 17:12
  **RUSS** [2] - 2:8, 6:9
  **RUST** [1] - 1:5
  **Rust** [2] - 22:14

## S

  **safety** [10] - 21:22,
27:1, 27:4, 27:5,
27:15, 30:1, 31:1,
32:4, 33:22, 42:20
  **SAHASRABUDHE**
[33] - 6:10, 7:19,
14:10, 14:14, 24:19,
24:22, 25:3, 25:6,

25:11, 26:13, 31:6,
31:10, 31:11, 33:12,
37:9, 38:9, 38:10,
40:14, 40:17, 40:19,
40:22, 45:8, 45:14,
49:4, 49:6, 49:10,
50:3, 50:5, 52:15,
53:15, 53:18, 53:22,
54:7
  **Sahasrabudhe** [3] -
3:6, 3:8, 7:22
  **SARMIENTO** [1] -
1:7
  **saw** [4] - 34:3, 34:6,
34:13, 34:21
  **scene** [1] - 45:3
  **school** [1] - 23:4
  **searching** [3] -
43:12, 43:13, 43:18
  **second** [7] - 24:14,
40:6, 40:11, 40:16,
40:20, 40:23, 42:8
  **secondary** [9] - 29:8,
29:9, 29:13, 31:4,
31:16, 31:23, 35:12,
35:16, 35:22
  **see** [4] - 17:17, 18:4,
21:11, 45:21
  **seeing** [1] - 19:20
  **seeking** [2] - 18:4,
19:21
  **self** [2] - 15:11, 15:12
  **self-employed** [2] -
15:11, 15:12
  **sense** [1] - 12:9
  **separate** [6] - 8:14,
9:11, 9:13, 38:12,
40:13, 40:14
  **SERAFINI** [1] - 1:16
  **service** [1] - 17:19
  **set** [1] - 55:3
  **seven** [1] - 21:4
  **shake** [1] - 11:20
  **SHAKETA** [1] - 1:6
  **shape** [2] - 8:22,
45:6
  **SHAVONNE** [1] - 1:6
  **SHIRLEY** [1] - 1:7
  **shopping** [2] - 17:16,
17:19
  **short** [1] - 49:11
  **Shorthand** [1] - 56:9
  **show** [4] - 37:20,
40:5, 40:7
  **showed** [1] - 50:20
  **side** [3] - 29:15,
31:18, 44:5
  **Side** [2] - 4:9, 7:8
  **signing** [1] - 6:19
  **similarly** [1] - 1:9

  **Simmons** [4] - 22:22,
23:9, 23:14, 23:20
  **SIMMONS** [1] - 1:7
  **sit** [4] - 28:2, 29:22,
30:19, 37:15
  **situated** [1] - 1:9
  **six** [9] - 19:16, 19:17,
25:1, 25:8, 25:13,
26:20, 26:21
  **sixteen** [1] - 16:3
  **slow** [3] - 32:18,
32:20, 33:5
  **SMITH** [1] - 1:6
  **sociology** [2] - 19:7,
20:7
  **someone** [1] - 17:17
  **sometimes** [2] - 11:7
  **sorry** [5] - 16:8, 35:6,
37:7, 40:8, 51:16
  **sound** [2] - 10:2,
12:12
  **sounds** [1] - 12:13
  **speaking** [1] - 40:9
  **specific** [15] - 9:7,
24:18, 28:3, 29:22,
30:12, 30:14, 30:15,
30:18, 30:20, 30:21,
34:11, 48:15, 48:17,
48:19, 49:2
  **specifically** [3] -
20:9, 21:21, 52:21
  **spoken** [3] - 23:14,
23:16, 32:9
  **spot** [1] - 36:9
  **SS** [1] - 56:2
  **standing** [1] - 42:1
  **started** [6] - 19:18,
20:8, 34:22, 43:11,
43:18, 48:22
  **STATE** [1] - 56:1
  **State** [2] - 19:3, 56:6
  **state** [1] - 40:1
  **statement** [1] - 47:17
  **statements** [1] -
47:12
  **STATES** [1] - 1:3
  **states** [1] - 47:18
  **sticker** [1] - 36:21,
37:10, 37:17
  **still** [3] - 8:16, 34:15,
41:23
  **stipulated** [1] - 6:17
  **stipulations** [1] -
6:15
  **stop** [17] - 25:8, 29:8,
29:13, 29:14, 31:13,
31:16, 31:23, 32:5,
32:10, 33:11, 33:16,
35:12, 35:16, 35:23,
50:22, 52:19

  **stopped** [18] - 28:15,
28:19, 28:20, 30:3,
30:7, 30:9, 30:23,
31:15, 31:17, 32:8,
32:12, 33:18, 33:23,
35:2, 50:12, 50:14,
50:15, 51:21
  **stopping** [1] - 50:1
  **stops** [4] - 31:4,
31:5, 32:2, 49:19
  **straight** [1] - 32:13
  **street** [1] - 49:23
  **Street** [3] - 2:9, 6:3,
6:11
  **Strike** [2] - 9:9, 33:3
  **stuff** [2] - 20:7, 23:1
  **stupid** [1] - 52:6
  **subject** [1] - 50:19
  **subjected** [4] - 32:5,
35:11, 35:16, 35:23
  **substantive** [1] -
24:3
  **suing** [2] - 9:4, 9:7
  **Suite** [4] - 2:9, 6:4,
6:7, 6:11
  **summons** [2] -
36:14, 44:21
  **Summons** [2] - 4:5,
7:1
  **supervisor** [2] -
51:5, 53:8
  **SUPERVISORY** [1] -
1:17
  **supposed** [1] - 27:6
  **Sworn** [1] - 55:14
  **sworn** [3] - 7:16,
10:17, 56:14

## T

  **tag** [1] - 27:17
  **tall** [1] - 38:19
  **TANIQUA** [1] - 1:7
  **Taniqua** [4] - 22:22,
23:9, 23:14, 23:19
  **TEFFT** [22] - 6:6,
24:17, 24:20, 25:2,
25:5, 26:10, 31:3,
31:8, 33:7, 37:7, 38:6,
40:8, 40:15, 40:18,
40:21, 49:8, 49:13,
50:6, 52:17, 53:16,
53:20, 54:8
  **Tefft** [1] - 3:7
  **ten** [4] - 17:2, 22:9,
38:19, 43:22
  **tended** [1] - 29:7
  **testified** [1] - 7:17
  **testify** [3] - 9:12,
54:1, 56:14

  **testifying** [2] - 14:1,
14:19
  **testimony** [25] - 5:5,
8:4, 10:15, 10:17,
13:14, 13:18, 13:21,
14:5, 14:11, 26:9,
30:6, 30:22, 32:3,
32:6, 33:14, 33:21,
34:2, 35:2, 38:14,
39:7, 55:5, 56:7,
56:10, 56:11, 56:19
  **THE** [7] - 1:5, 49:5,
49:7, 50:4, 52:16,
53:19, 54:9
  **third** [1] - 35:22
  **thirteen** [2] - 29:2,
29:3
  **thirty** [4] - 25:1, 25:8,
25:13, 26:21
  **thirty-six** [4] - 25:1,
25:8, 25:13, 26:21
  **THOMAS** [1] - 1:17
  **three** [3] - 21:18,
28:18, 35:10
  **ticket** [9] - 8:10,
9:20, 27:21, 28:3,
31:20, 35:17, 38:20,
38:22, 43:12, 43:14,
46:8, 48:5, 48:9,
48:12, 48:20
  **Ticket** [4] - 4:7, 4:9,
7:4, 7:7
  **ticketed** [2] - 39:14,
50:16
  **tickets** [23] - 8:8,
36:3, 36:7, 37:22,
38:2, 38:11, 39:11,
39:15, 39:19, 40:9,
40:10, 40:16, 42:11,
42:16, 43:2, 43:23,
44:2, 44:11, 46:17,
47:8, 48:13, 50:8,
54:3
  **tinted** [5] - 43:15,
43:21, 44:3, 44:6,
44:8
  **TO** [3] - 3:1, 4:1, 5:1
  **today** [13] - 9:12,
11:16, 13:21, 14:19,
25:17, 25:23, 28:2,
29:22, 30:19, 37:15,
38:15, 45:16, 46:23
  **together** [2] - 23:1,
23:4
  **took** [1] - 43:7
  **top** [1] - 47:16
  **totally** [2] - 12:9,
12:23
  **tote** [1] - 38:21
  **tough** [1] - 11:7

Dorethea Franklin

**towards** [3] - 19:10, 51:3
**Tower** [1] - 6:3
**towing** [1] - 31:20
**traffic** [28] - 8:10, 21:22, 26:23, 27:4, 27:21, 28:3, 28:7, 29:16, 29:23, 31:1, 31:20, 32:4, 33:3, 33:22, 42:20, 44:11, 46:8, 46:17, 47:8, 47:22, 48:5, 48:9, 48:12, 48:20, 49:19, 50:21, 54:3
**Traffic** [4] - 4:7, 4:9, 7:4, 7:7
**transcribed** [3] - 11:9, 11:17, 11:22
**transcript** [8] - 5:5, 6:20, 14:4, 14:11, 14:16, 55:4, 56:18, 56:19
**transportation** [4] - 15:16, 17:3, 17:12, 17:19
**treatment** [2] - 18:5, 19:21
**trial** [1] - 6:22
**Trial** [1] - 2:6
**true** [2] - 55:4, 56:18
**truth** [3] - 56:15, 56:16
**truthful** [2] - 13:13, 13:18
**try** [3] - 11:10, 11:14, 12:4
**trying** [3] - 21:12, 31:7, 52:1
**twenty** [3] - 35:7, 35:20, 35:22
**twenty-one** [2] - 35:20, 35:22
**two** [37] - 15:5, 15:7, 17:23, 22:10, 25:1, 25:8, 25:13, 26:3, 26:18, 26:20, 26:21, 29:2, 29:3, 35:5, 35:6, 35:7, 35:8, 35:15, 35:20, 35:21, 37:22, 40:9, 40:10, 40:16, 41:2, 41:3, 41:22, 42:4, 42:11, 42:15, 43:23, 46:17, 47:7

**U**

**ultimately** [3] - 39:9, 39:10, 43:14
**um-hum** [5] - 8:11, 16:16, 26:19, 37:3, 41:10

**unclear** [1] - 50:2
**under** [6] - 12:19, 13:16, 17:7, 32:6, 48:2, 56:11
**undergrad** [1] - 19:2
**underneath** [1] - 17:9
**understandable** [1] - 12:12
**understood** [2] - 9:22, 12:16
**Uniform** [4] - 4:6, 4:8, 7:4, 7:7
**UNITED** [1] - 1:3
**university** [1] - 18:22
**UNKNOWN** [2] - 1:17, 1:18
**unlawfully** [4] - 47:18, 51:7, 51:9
**unless** [1] - 13:8
**up** [10] - 17:7, 17:20, 23:6, 33:4, 40:6, 43:2, 49:22, 52:10, 52:11, 52:22
**updated** [1] - 37:4

**V**

**various** [2] - 20:3, 20:6
**vehicle** [15] - 21:21, 26:23, 27:4, 27:15, 27:17, 29:23, 30:23, 31:21, 32:4, 33:22, 39:12, 39:22, 41:16, 42:19, 47:22
**vehicles** [1] - 29:19
**verbal** [4] - 11:19, 12:1, 12:4, 13:2
**verbatim** [1] - 56:8
**versus** [1] - 33:10
**violating** [1] - 38:18
**violation** [1] - 47:22
**vs** [1] - 1:11

**W**

**waiting** [3] - 36:12, 37:5, 37:13
**waived** [2] - 6:19, 6:20
**WESTERN** [2] - 1:4, 6:2
**white** [12] - 29:5, 29:23, 30:22, 32:3, 32:11, 33:21, 34:3, 34:6, 34:9, 34:13, 34:17, 34:21
**whole** [1] - 56:15
**WILLIAMS** [1] - 6:2
**WINANS** [2] - 2:11,

56:21
**Winans** [1] - 56:5
**windows** [3] - 43:15, 43:21, 44:8
**Windshield** [4] - 4:7, 4:9, 7:5, 7:8
**windshield** [2] - 44:3, 44:5
**withdrawn** [3] - 8:3, 43:20, 47:11
**WITNESS** [6] - 49:5, 49:7, 50:4, 52:16, 53:19, 54:9
**Witness** [1] - 3:4
**WITNESSES** [1] - 3:1
**word** [1] - 12:4
**words** [2] - 51:6
**writing** [1] - 56:11
**written** [1] - 45:22
**wrote** [3] - 43:23, 47:7, 51:5

**Y**

**yard** [1] - 38:21
**year** [2] - 28:19, 42:13
**years** [10] - 16:3, 17:23, 20:17, 20:19, 21:5, 21:9, 21:18, 22:9, 28:18, 48:11
**YELDON** [1] - 1:8
**York** [7] - 2:10, 6:4, 6:8, 6:12, 7:15, 56:6
**YORK** [3] - 1:4, 6:2, 56:1
**YOUNG** [1] - 1:16