# Exhibit 38

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------------------
BLACK LOVE RESISTS IN THE RUST by and through
MARIELLE SHAVONNE SMITH and CHARIS HUMPHREY
on behalf of its members, SHAKETA REDDEN,
DORETHEA FRANKLIN, TANIQUA SIMMONS, DE'JON HALL,
JOSEPH BONDS, CHARLES PALMER, SHIRLEY SARMIENTO,
EBONY YELDON, and JANE DOE,
individually and on behalf of a class of all
others similarly situated,


                              Plaintiffs,

      -vs-


CITY OF BUFFALO, N.Y., BYRON B. BROWN,
Mayor of the City of Buffalo, in his individual and
official capacities,
BYRON C. LOCKWOOD, Commissioner of the
Buffalo Police Department, in his individual
and official capacities,
DANIEL DERENDA, former Commissioner of the
Buffalo Police Department, in his individual capacity,
AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI,
ROBBIN THOMAS,
UNKNOWN SUPERVISORY PERSONNEL 1-10,
UNKNOWN OFFICERS 1-20, each officers of the
Buffalo Police Department,
in their individual capacities,

                              Defendants.
----------------------------------------------------

2

Examination Before Trial of

JOSEPH BONDS, Plaintiff, taken pursuant to the Federal Rules

of Civil Procedure, in the law offices of HODGSON RUSS LLP,

The Guaranty Building, 140 Pearl Street, Suite 100, Buffalo,

New York, taken on December 15, 2022, commencing at 10:07

A.M., before NICHOLE WINANS, Notary Public.

3

1                    INDEX TO WITNESSES

2

3

4    Witness:  JOSEPH BONDS                        Page

5    Examination By:

6       Mr. Sahasrabudhe                             7

7       Ms. Tefft                                  100

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

4

<u>INDEX TO EXHIBITS</u>

Defendant's Exhibits                              For Identification

E        Bonds' Receipts                              90

5

1                     <u>INDEX TO DOCUMENT REQUESTS</u>

2

3

4   Page, Line              Description

5    27      1      Any leases for former BMHA or current
                    BMHA residents are available
6
     77      5      Any transcript or documentation with
7                   respect to the court appearance with
                    regard to any tickets received
8
     83     22      Any records with respect to selling the
9                   vehicle

10

11

12

13

14

15

16

17

18

19

20

21

22

23

6

1      APPEARANCES:

2      NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE,
       By KARINA K. TEFFT, ESQ.,
3      50 Broadway,
       Suite 1500,
4      New York, New York 10004,
       Appearing for the Plaintiffs.
5
       HODGSON RUSS LLP,
6      By PETER A. SAHASRABUDHE, ESQ.,
       The Guaranty Building,
7      140 Pearl Street,
       Suite 100,
8      Buffalo,New York 14202-4040,
       Appearing for the Defendants.
9

10

11          (The following stipulations were entered

12     into by both parties.)

13          It is hereby stipulated by and between counsel

14     for the respective parties that the oath of the

15     Referee is waived, that signing, filing and

16     certification of the transcript are waived, and

17     that all objections, except as to the form of the

18     questions, are reserved until the time of trial.

19

20              J O S E P H   B O N D S,

21         79 Adams Street, Buffalo, New York 14206,

22            after being duly called and sworn,

23                testified as follows:

7

```
 1    EXAMINATION BY MR. SAHASRABUDHE:

 2

 3    Q.   Good morning, Mr. Bonds.  We met off the record,

 4         my name is Peter Sahasrabudhe, I'm an associate

 5         here at Hodgson Russ, and I represent the City of

 6         Buffalo and multiple individual Defendants in a

 7         lawsuit that you and some other Plaintiffs have

 8         filed.  My first question to you, sir, is have

 9         you ever given deposition testimony before?

10    A.   Yes, I have.

11    Q.   Okay.  In what type of case or proceeding did you

12         give deposition testimony before?

13    A.   I can't really remember, but it would have had to

14         be -- it was something to do with housing I think

15         it was, years ago.

16    Q.   Do you recall if it was a civil lawsuit?

17    A.   It might have been.

18    Q.   Were you a party?

19    A.   No.

20    Q.   Were you a witness?

21    A.   Probably a witness.

22    Q.   All right.  Do you recall who the parties were?

23    A.   I can't remember.  It's been like almost probably
```

8

```
 1        -- almost fifty years ago.
 2   Q.   That was going to be my next question, was it
 3        more than ten years ago that this happened?
 4   A.   Long time ago.
 5   Q.   All right.  So there's a couple ground rules that
 6        I'm sure even applied to your deposition fifty
 7        years ago, but they apply here today, and I want
 8        to go over them with you so that we're all on the
 9        same page.  Okay?  So my first thing that I want
10        to talk about is that we need full verbal answers
11        to my questions.  Very often you can nod your
12        head or shake your head or say uh-huh or uh-uh,
13        and in everyday conversation I know exactly what
14        you're saying, but what's important is that your
15        testimony and my questions get transcribed
16        accurately, so I need a full verbal response to
17        each and every one of my questions.  Do you
18        understand that?
19   A.   Yes, sir.
20   Q.   And whether that's a yes or a no?
21   A.   Yes, sir.
22   Q.   Okay.  So to the best of your ability, will you
23        try to give full verbal responses to my
```

9

```
 1      questions?
 2   A.  Yes, sir.
 3   Q.  All right.  Another really important rule, so
 4      that everything gets transcribed accurately, is
 5      that you let me finish my question before you
 6      give an answer.
 7   A.  Yes.
 8   Q.  Very often you'll be able to tell what I'm going
 9      to ask, but just so my complete question can get
10      transcribed by our court reporter, and so that
11      your complete answer can get transcribed by the
12      court reporter, can we do our best to try not to
13      talk over each other and let each other finish
14      our questions and answers?
15   A.  Yes, sir.
16   Q.  All right.  If you don't understand a question
17      that I ask, just ask me to rephrase it.  Don't
18      guess or speculate at what I mean.  Will you
19      promise going forward that you will not -- sorry.
20      Will you promise going forward that if you do not
21      understand my question you will ask me to
22      rephrase?
23   A.  Yes, sir.
```

10

1   Q.  And conversely, if you don't tell me you didn't

2       understand my question, I'm going to assume you

3       did understand it, if you go ahead and answer it.

4       Is that fair?

5   A.  Yes, sir.

6   Q.  You're under oath today, do you understand what

7       that means?

8   A.  Yes, I do.

9   Q.  Is there any reason you can think of why you'd be

10      unable to give truthful and accurate testimony

11      today?

12  A.  No.

13  Q.  Are you under -- are you currently taking any

14      medications that would affect your faculties or

15      your ability to remember things accurately?

16  A.  No.

17  Q.  Today I don't want you to guess or speculate when

18      you give an answer, I only want to know what you

19      know and what you remember.  But the caveat to

20      that is sometimes I'm going to ask you to give me

21      estimates.  Do you understand the difference

22      between a guess and an estimate?

23  A.  I do.

11

1  Q.  Can you tell me what your understanding of the

2      difference between a guess and an estimate is?

3  A.  An estimate is probability, and guessing is just

4      you just come off the top of your head with some

5      kind of answer.

6  Q.  I think that's a great definition.  So from time

7      to time your attorney may object to my question,

8      this isn't like a courtroom proceeding though

9      where a Judge would rule on the objection, that's

10     for later on in these proceedings.  So if an

11     objection is stated, you still have to answer my

12     question.  Do you understand that?

13  A.  I understand.

14  Q.  The only time you don't answer a question is if

15     you're specifically instructed by your attorney

16     not to answer the question.  Do you understand

17     that?

18  A.  I understand.

19  Q.  If you need to take a break at any time, that's

20     totally fine, we can take a break whenever you

21     want.  The only thing I would ask is that if

22     there's a question pending, please answer the

23     question first and then we'll go ahead and take

12

1          the break.  Is that okay?

2     A.   Yes, sir.

3     Q.   Mr. Bonds, what did you do to prepare for your

4          deposition testimony today?

5     A.   You have to explain that to me a little bit more.

6     Q.   So I don't want to know about the contents of any

7          conversations you had with your attorney, but I

8          do want to know whether or not you met with your

9          attorney to prepare for today?

10    A.   Yes, I did.

11    Q.   How many times did you meet with your attorney?

12    A.   Twice.

13    Q.   Can you tell me when the first meeting was?

14    A.   Right before the snowstorm, it was right before

15         the snowstorm.

16    Q.   Do you recall how long that meeting lasted?

17    A.   Probably about an hour.

18    Q.   Did you review any documents at that meeting?

19    A.   Yes, I did.

20    Q.   What documents did you review?

21    A.   The things that were -- about what I did -- what

22         happened during the time that I -- I'm trying to

23         remember.  You know, the documents as for the

13

1      time, the things that happened for me to be in

2      this case right now.

3   Q.  I understand.  What were the titles or the names

4      of the documents you reviewed?

5   A.  It was just some things about myself and what

6      happened during the time of whenever I was

7      stopped.

8   Q.  Do you know whether or not you reviewed the

9      Complaint?

10  A.  Yes.

11  Q.  Did you review any other documents besides the

12     Complaint?

13  A.  No.

14  Q.  So other than the Complaint, you didn't review

15     any other documents?

16  A.  No.

17  Q.  When was the second meeting you had with your

18     attorneys to prepare --

19  A.  Yesterday.

20  Q.  -- for today?

21  A.  Yesterday.

22  Q.  How long was that meeting?

23  A.  Probably about an hour.

14

1   Q.  Did you review any documents in that meeting

2       besides the Complaint?

3   A.  Just the Complaint.

4   Q.  Other than your attorneys, have you spoken with

5       anyone at all about giving deposition testimony

6       today?

7   A.  No.

8   Q.  Have you spoken with any other Plaintiff in this

9       case about this lawsuit generally?

10   A.  No.

11   Q.  Do you know any other Plaintiff --

12   A.  No.

13   Q.  -- in this lawsuit?  So try to let me finish the

14       question first.

15   A.  I'm sorry.

16   Q.  That's okay.  That's okay.  Do you know any other

17       Plaintiff in this lawsuit?

18   A.  No.

19   Q.  Have you ever heard of the organization Black

20       Love Resists In The Rust?

21   A.  No.

22   Q.  Do you know what that organization is?

23   A.  I have no idea.

15

1   Q.  So certainly you are not a member of that

2       organization?

3   A.  No.

4   Q.  Okay.  Have you ever been convicted of a felony?

5   A.  No.

6   Q.  What is your date of birth?

7   A.  ███████████████

8   Q.  Have you ever gone by any other names besides

9       Joseph Bonds?

10   A.  No.

11   Q.  Are you currently married?

12   A.  Yes, I am.

13   Q.  What is the name of your spouse?

14   A.  Linda.

15   Q.  Is Linda's last name Bonds?

16   A.  Yes.

17   Q.  How long have you been married to Linda?

18   A.  Twenty-seven years.

19   Q.  Prior to your marriage with Linda, have you been

20       married to anyone else?

21   A.  Yes.

22   Q.  Who were you married to before Linda?

23   A.  Deborah Brown.

16

1    Q.   How long were you married to Deborah Brown for?

2    A.   Probably nine years.

3    Q.   Any marriages before Deborah Brown?

4    A.   No.

5    Q.   Do you and Linda have any children together?

6    A.   Yes.

7    Q.   How many?

8    A.   One.

9    Q.   Do you have a son or a daughter?

10   A.   Son.

11   Q.   What is your son's name?

12   A.   ██████

13   Q.   How old is ██████

14   A.   Twenty-five.

15   Q.   Where does ██████ live?

16   A.   Richmond, Virginia.

17   Q.   How long has ██████ lived in Richmond, Virginia

18        for?

19   A.   Four years.

20   Q.   Prior to his living in Richmond, Virginia, where

21        did ██████ live?

22   A.   Buffalo, New York.

23   Q.   Is that where ██████ grew up?

```
 1   A.   Yes.
 2   Q.   So prior to 2018 ███████ lived in Buffalo, New
 3        York?
 4   A.   Correct.
 5   Q.   Did he live with you and Linda at the time?
 6   A.   Yes.
 7   Q.   Do you have any children with Deborah?
 8   A.   Yes.
 9   Q.   How many?
10   A.   One.
11   Q.   Do you have a son or a daughter with Deborah?
12   A.   Son.
13   Q.   What's your son with Deborah's name?
14   A.   ██████████  ██████████████.
15   Q.   What's ███████ last name?
16   A.   Bonds.
17   Q.   By the way, is ███████ last name Bonds as well?
18   A.   Yes.
19   Q.   How old is ████████?
20   A.   Forty-five.
21   Q.   Where does ███████ live?
22   A.   In Amherst, New York.
23   Q.   Here in the Buffalo area?
```

18

```
 1   A.  Yes.
 2   Q.  What, if anything, does your son ███████ do for a
 3       living?
 4   A.  He works for VCU, something for little kids or
 5       something, on the campus.
 6   Q.  Virginia Commonwealth University?
 7   A.  Yes.
 8   Q.  Is he studying at Virginia Commonwealth
 9       University?
10   A.  No.  He just, he works where they take care of
11       some kind of children, he's like an aide or
12       something like that.
13   Q.  Understood.  How about ███████ what, if anything,
14       does he --
15   A.  He's --
16   Q.  Let me finish the question.  You know what I'm
17       going to ask, but we have to get the question on
18       the record.
19   A.  All right.
20   Q.  What, if anything, does he do for a living, and
21       I'm talking about ███████
22   A.  ███████ he works for General Motors.
23   Q.  Here in Buffalo?
```

19

1   A.   Lockport.

2   Q.   How long has he worked for General Motors?

3   A.   Ten years.

4   Q.   Do you have any grandchildren?

5   A.   Yes.

6   Q.   How many?

7   A.   I'm trying to think.  Well, my -- I have six --

8        seven, seven.

9   Q.   How many of your grandchildren are -- sorry.

10       Besides ████████ and ████████ do you have any other

11       kids?

12  A.   Not by my wife, but she had children when I first

13       met her.

14  Q.   I understand.  Are you speaking about Linda or

15       Deborah?

16  A.   Linda.

17  Q.   So did Linda have children from a prior marriage

18       or relationship?

19  A.   Right.

20  Q.   Yes?

21  A.   Yes.

22  Q.   When you and Linda were married, were her

23       biological children still below the age of

20

1      eighteen?

2   A.   Two of them were.

3   Q.   Do you consider Linda's kids your kids?

4   A.   One.

5   Q.   Who is that?

6   A.   ███████████.

7   Q.   How old is ███████

8   A.   Thirty-four.

9   Q.   Where does she live?

10  A.   In Towne Gardens Apartments, Buffalo, New York.

11  Q.   What, if anything, does ███████ do for a living?

12  A.   She works for Child and Family Services.

13  Q.   All right.  You said earlier you had seven

14       grandchildren?

15  A.   Yes.

16  Q.   How many of your grandchildren are the son or

17       daughter of ███████

18  A.   Six.

19  Q.   What is the age range of your grandchildren, if

20       you know?

21  A.   Twenty-one to nine -- twenty-one to eight, excuse

22       me.

23  Q.   So a few young adults, and a lot of kids?

21

```
 1   A.   Three kids, three little kids, and three big

 2        ones.

 3   Q.   Do your grandchildren, do those six grandchildren

 4        live in the City of Buffalo?

 5   A.   Six, no.  They live in Amherst.

 6   Q.   With ████████

 7   A.   Right.

 8   Q.   How about the seventh grandchild?

 9   A.   She actually lives with me.

10   Q.   Understood.  And Linda?

11   A.   Yes.

12   Q.   Is she the son or daughter of ██████

13   A.   No.

14   Q.   Is she the son or daughter of ██████

15   A.   ██████

16   Q.   How old is she?

17   A.   Ten.

18   Q.   What's her name?

19   A.   ██████  ██████████

20   Q.   Does she attend school in the City of Buffalo?

21   A.   Yes, she does.

22   Q.   What school does she attend?

23   A.   School for Performing Arts on Masten.
```

22

```
1   Q.   What grade is she in?

2   A.   Fifth.

3   Q.   And she currently lives with you and Linda?

4   A.   Well, she stays there ninety percent of the time.

5   Q.   The other ten percent does she live with ██████

6   A.   She be with her mother because her mother works

7        constantly, so she stays with us.  I pick her up

8        from school so, you know, she has a room there in

9        our house.

10  Q.   Where do you live currently?

11  A.   79 Adams Street, Buffalo, New York 14206.

12  Q.   And do you live there with Linda and ninety

13       percent of the time ██████

14  A.   ██████    yes.

15  Q.   ██████    I'm sorry.

16  A.   Yes.

17  Q.   Anyone else live there with you?

18  A.   No.

19  Q.   Where is the nearest cross street to your home

20       currently?

21  A.   Clinton.

22  Q.   Do you own or rent?

23  A.   Rent.
```

23

1   Q.   Is it a single-family unit or is it multiple

2        unit?

3   A.   Single-family unit.

4   Q.   How long have you lived at the 79 Adams Street

5        address?

6   A.   Since April of this year.

7   Q.   Prior to living at the 79 Adams Street address,

8        where did you live?

9   A.   31 Marine Drive, apartment 3-D, Buffalo, New

10       York.

11  Q.   Is that part of BMHA Housing?

12  A.   Yes, it is.

13  Q.   How long did you live at that address?

14  A.   Fifteen years.

15  Q.   Did you own or rent?

16  A.   Rent.

17  Q.   During the time period that you lived at 39

18       Marine Drive, did you live with Linda

19       continuously?

20  A.   Yes.

21  Q.   Were there times where you lived there with

22       ███████

23  A.   Yes.

24

```
 1   Q.   Is that the home where ██████ was primarily
 2        raised?
 3   A.   Yes.
 4   Q.   In the fifteen years that you lived there, did
 5        anyone else live with you?
 6   A.   No.
 7   Q.   Primarily Linda and ██████
 8   A.   Right.
 9   Q.   Where did you live before you lived at 39 Marine
10        Drive?
11   A.   I don't know the exact address, but I know the
12        street, South Division.  I think it was 390,
13        391 -- 397 South Division, excuse me.
14   Q.   How long did you live there?
15   A.   Maybe about two years.
16   Q.   How about before the South Division address,
17        where did you live?
18   A.   26 Sussex Court.
19   Q.   Is that in the City of Buffalo?
20   A.   Yes, sir.
21   Q.   How long did you live there?
22   A.   Probably until '90 -- until 2000, from 1996 to
23        2000, four years.
```

25

1    Q.   Okay.  At any point in your adult life have you

2         lived outside of the City of Buffalo?

3    A.   I was in the military, so I had to live out,

4         eleven years.

5    Q.   All right.  Where did you serve?

6    A.   I was stationed in California, Oakland, and I was

7         stationed in Virginia, Little Creek, and also

8         Chicago, Illinois, boot camp, and I was in

9         Groton, Connecticut.

10   Q.   Any active duty overseas?

11   A.   Yes.

12   Q.   Where?

13   A.   I was in the Westpac, so we was over there for

14        about a year and a half.

15   Q.   And forgive my ignorance, where is the Westpac?

16   A.   Westpac is everything from Hawaii to Africa.

17   Q.   Okay.  And when were you serving in the Westpac?

18   A.   1980 to '82.

19   Q.   Why did you move from 39 Marine Drive to the 79

20        Adams Street address?

21   A.   Western New York Veterans Association offered me

22        an apartment.

23   Q.   Is it an apartment that Western New York Veterans

26

| | |
|---|---|
| 1 | Association owns? |
| 2 | A.   Yes. |
| 3 | Q.   Do you pay rent to Western New York Veterans |
| 4 | Association? |
| 5 | A.   Yes. |
| 6 | Q.   How much is your rent approximately? |
| 7 | A.   Seven hundred seventy-five dollars. |
| 8 | Q.   When you lived at 39 Marine Drive, who did you |
| 9 | pay rent to? |
| 10 | A.   BMHA. |
| 11 | Q.   At the time you moved out, I understand it |
| 12 | probably changed during the fifteen years you |
| 13 | lived there, but at the time you moved out, how |
| 14 | much did you pay for rent there? |
| 15 | A.   Six hundred and twenty dollars I think it was. |
| 16 | Q.   When you lived at the Marine Drive Apartments, |
| 17 | did you have a year-to-year lease? |
| 18 | A.   Year-to-year, yes, sir. |
| 19 | Q.   In other words, you were required to sign a new |
| 20 | lease at the end of each year? |
| 21 | A.   Yes, sir. |
| 22 | Q.   Do you have any copies of those leases? |
| 23 | A.   I don't think so. |

27

1    MR. SAHASRABUDHE:  Okay.  I'm going to index a

2        request, to the extent any leases for former BMHA

3        or current BMHA residents are available, we're

4        going to request those.

5    BY MR. SAHASRABUDHE:

6    Q.  Do you recall, in addition, when you lived at the

7        39 Marine Drive address, in addition to the

8        lease, were there any other documents or

9        agreements between you and BMHA that you had to

10       sign?

11   A.  Not to my knowledge.

12   Q.  There were no cooperative housing agreements or

13       homeowner's agreements or anything like that?

14   A.  No, sir.

15   Q.  As far as you know, it was just the lease?

16   A.  Yes, sir.

17   Q.  You parked at the BMHA housing facility, correct,

18       in its parking lot?

19   A.  Yes, sir.

20   Q.  Do you know one way or the other whether your

21       agreement to park there or your ability to park

22       there was set out in your lease?

23   A.  Yes.

28

```
 1   Q.  Was the additional payments you made to park
 2       there set out in your lease?
 3   A.  Yes.
 4   Q.  During the time that you lived at the 39 Marine
 5       Drive --
 6   A.  31, sir.
 7   Q.  Okay.  I wrote down 39.  Okay.  If I've been
 8       saying 39, I just mean the place you lived at the
 9       Marine Drive for fifteen years, I apologize.  At
10       the 31 Marine Drive address, were there any
11       points where you did not have the ability to park
12       in the BMHA parking lot?
13   A.  No.
14   Q.  In other words, you had a parking pass to park in
15       the BMHA parking lot for the entirety of the
16       fifteen years that you lived there?
17   A.  Yes, sir.
18   Q.  Where were you born, Mr. Bonds?
19   A.  Buffalo, New York.
20   Q.  Did you attend school in Buffalo, New York?
21   A.  Yes, I did.
22   Q.  Can you tell me what schools you attended here?
23   A.  Yes, I can.
```

29

1   Q.  What schools did you attend here?

2   A.  School 37, School 15, School 76, Fillmore Middle

3       School, Kensington High School.

4   Q.  Did you graduate from Kensington High School?

5   A.  Yes, I did.

6   Q.  What year did you graduate?

7   A.  1974.

8   Q.  After going to Kensington High School, is that --

9       sorry, withdrawn.  After graduating from

10      Kensington High School, is that when you joined

11      the Armed Forces?

12  A.  No.

13  Q.  What did you do after you graduated from --

14  A.  I went to Hilbert --

15  Q.  Just let me finish the question.  What did you do

16      after you graduated from Kensington High School?

17  A.  I went to Hilbert Junior College.

18  Q.  At that point Hilbert was a two-year school?

19  A.  Yes.

20  Q.  Did you finish there?

21  A.  No.

22  Q.  Do you recall how many -- how far you got in your

23      education at Hilbert Junior College?

30

1   A.  I went for a year and a half.

2   Q.  Do you recall why you ended up leaving?

3   A.  I didn't want to go out there no more, it's too

4       cold catching the bus.

5   Q.  Did you ever finish -- were you working towards

6       an Associate's degree at Hilbert?

7   A.  At the time, yes.

8   Q.  Have you ever finished your Associate's degree --

9   A.  Yes, I did.

10  Q.  -- anywhere else?

11  A.  Yes.

12  Q.  Just let me finish.

13  A.  I'm sorry.

14  Q.  It's okay.  Did you ever finish your Associate's

15      degree anywhere else?

16  A.  Yes.

17  Q.  When was that?

18  A.  1979.

19  Q.  Where was that?

20  A.  Bryant and Stratton.

21  Q.  What did you get your Associate's degree in?

22  A.  Business management.

23  Q.  After you got your Associate's degree, did you go

31

```
1       onto any further levels of education?
2   A.  Not at that time.
3   Q.  Do you have any higher levels of education than
4       your Associate's degree currently?
5   A.  I didn't graduate, but I did go further.
6   Q.  When was that?
7   A.  When I got out of the Navy.
8   Q.  Approximately what year was that?
9   A.  1990.
10  Q.  Where did you go?
11  A.  Daemen College.
12  Q.  What did you study at Daemen College?
13  A.  History.
14  Q.  And how far did you get?
15  A.  About a year and a half, two years.
16  Q.  Do you recall why you left?
17  A.  Lack of money.
18  Q.  Did you pass all your courses?
19  A.  Yes.
20  Q.  Any plans to go back to school?
21  A.  Maybe.
22  Q.  When you say maybe, is it something you might
23      want to do someday, but there's no concrete plan
```

32

```
 1       in place currently?
 2   A.  No concrete plan.
 3   Q.  Any other educational certifications or just
 4       trainings you've taken besides going to Daemen
 5       College?
 6   A.  Well, in the military, I went to Corps School in
 7       Great Lakes.
 8   Q.  What did you learn at Corps School?
 9   A.  Corps School is fast-paced RN class that you
10       gotta learn right away within -- it takes about a
11       year.
12   Q.  When you say RN, do you mean registered --
13   A.  Not RN, like an LPN, like a LPN.
14   Q.  What does LPN stand for?
15   A.  Licensed practical nurse.
16   Q.  Understood.  So you learned somewhat quickly how
17       to give medical care and attention?
18   A.  Exactly.
19   Q.  Have you ever used that training professionally
20       since leaving the military?
21   A.  No.  No.
22   Q.  Any other trainings or certifications you can
23       think of?
```

33

```
 1   A.   I went to administrative school in Meridian,
 2        Mississippi.
 3   Q.   When was that?
 4   A.   1980.
 5   Q.   Was that during your military service?
 6   A.   Yes.
 7   Q.   What did you learn at administrative school?
 8   A.   I was learning how to be a supply, we worked in
 9        supply.
10   Q.   What do you mean by supply?
11   A.   Well, we had to order material, and what I
12        learned then we had to do automatic reordering
13        and, you know, you go from part numbers to I
14        forgot part numbers to where you can change the
15        numbers and find out where the material come from
16        and where it was made.
17   Q.   Was it goods being sent around to various
18        military bases?
19   A.   I was on a ship at the time, so what we did was
20        send stuff over across the ship and then also on
21        the helo over.
22   Q.   Any other trainings or certifications you can
23        think of right now?
```

34

1    A.   I had to go to anti-terrorist school.

2    Q.   When was that?

3    A.   1986 I think.

4    Q.   Do you recall why you had to go to anti-terrorist

5         school?

6    A.   They was training us in case we were captured in

7         the Middle East, so we could learn how to escape

8         if we had to.

9    Q.   I'm sure that was intense.

10   A.   Intense, scary.

11   Q.   Did you ever go to the Middle East?

12   A.   Yes.

13   Q.   When did you go to the Middle East?

14   A.   19 -- well, while on Westpac, we were -- we had

15        to be stationed in Diego Garcia in the Indian

16        Ocean in the Persian Gulf, it's an island.

17   Q.   What country is that a part of?

18   A.   It's not a country, it's not a country.  It's

19        run -- it's British Indian Ocean Territory, so

20        the British control it.

21   Q.   I see.  Was there active combat going on when you

22        were there?

23   A.   It wasn't combat there, but it was combat in

35

```
 1        Beirut, Lebanon at the time.
 2   Q.   And did you ever serve in Beirut, Lebanon?
 3   A.   We went there -- well, serve mean stay there for
 4        a long time?  I don't understand the question.
 5   Q.   I mean during your time in the Armed Forces, did
 6        you ever spend any time in Beirut, Lebanon?
 7   A.   Yes, we were there.
 8   Q.   During combat?
 9   A.   Combat, yes.
10   Q.   How long were you in Beirut, Lebanon?
11   A.   We were just there for a month.
12   Q.   Did you see active combat?
13   A.   What do you mean, did I do any firing -- on the
14        ship we don't fire out at people.
15   Q.   Right.  I guess, were you or people you were with
16        involved in any active combat while you were over
17        there?
18   A.   Yes, we were.
19   Q.   During the month you were there?
20   A.   Yes.
21   Q.   Any other countries or places where you saw
22        active combat in your time in the Armed Forces?
23   A.   No.
```

36

1    Q.    When was it that you joined the Armed Forces?

2    A.    I joined right after school, 1979, August 27th.

3    Q.    When you say right after school, do you mean

4          Hilbert or Bryant and Stratton?

5    A.    Bryant and Stratton.

6    Q.    Did you enlist as a member of the Navy?

7    A.    The Navy, yes.

8    Q.    Did you have to go to any school or do any

9          training to be inducted in the Navy?

10   A.    To be inducted, no.  But once I got there I had

11         to go to school, yes.

12   Q.    Something like basic training?

13   A.    Basic training, yes.

14   Q.    Did you have any jobs before you enlisted in the

15         Navy?

16   A.    Mayor summer youth program, and I worked at

17         Sattler's Department Store, and I worked for the

18         public -- parks department for just a summer.

19   Q.    Jobs that you had when you were in school --

20   A.    Right.

21   Q.    -- to earn some money?

22   A.    Right.  Yes, sir.

23   Q.    Not necessarily full-time employment --

37

```
 1   A.   No.

 2   Q.   -- or careers?  No?

 3   A.   No.

 4   Q.   And so you served in the Navy for about how many

 5        years?

 6   A.   From 1979 to 1989.

 7   Q.   During that ten-year span did you have any other

 8        sources of income or employment?

 9   A.   No.

10   Q.   All right.  Do you recall how much you were

11        compensated during your time in the Navy?

12   A.   How much do -- how much did I make in the Navy?

13   Q.   Yes.

14   A.   Well, I started out as an E-3, so I don't

15        really -- I think I was making six hundred

16        dollars a month, something like that.

17   Q.   Did that change throughout your time there?

18   A.   Yeah.  I went up in rank.

19   Q.   Do you recall about how much you went up?

20   A.   Trying to remember.  Maybe about -- I was making

21        six hundred, I probably ended up making probably

22        about thirteen hundred dollars a month, so it

23        went up pretty high.
```

38

1   Q.   Why did you end up leaving the Navy after ten

2        years?

3   A.   I really got tired of -- I didn't really -- for

4        real, I didn't want to go back overseas.

5   Q.   Understood.  Before I go any further, what ranks

6        did you hold in the Navy?

7   A.   I went from E-3 to E-5.

8   Q.   Could you tell me a little bit more about what

9        E-3 and E-5 means?

10  A.   E-3 is just, I was a seaman, and then I was a

11       petty officer, second class, well, E-5 is -- I

12       don't know, it's like a sergeant.

13  Q.   Okay.  Other than those two ranks, you didn't

14       hold any other ranks?

15  A.   You want to know -- no, I haven't, no.

16  Q.   Were you honorably discharged from the Navy?

17  A.   Yes.  I have three.  Three honorables, because

18       you have to re-enlist.

19  Q.   I see.  So during that ten-year span you

20       re-enlisted a few times?

21  A.   Right.

22  Q.   And then each time that you left -- or, I don't

23       know what the right term is, but you were

39

```
 1      honorably discharged?
 2  A.  Discharged, yes.
 3  Q.  Do you currently receive any compensation or
 4      benefits stemming from your service?
 5  A.  No.
 6  Q.  Okay.  After you left the Navy, what year was it?
 7  A.  1989, December 1989.
 8  Q.  What did you do for work after you left the Navy?
 9  A.  I worked, I can't even remember.  I know I was a
10      security guard at first, and then I worked a lot
11      of places, I can't remember all of them.  There
12      was a lot, there's a lot of places I worked in
13      the beginning, but I was a security guard at
14      first and then I worked, I think I worked in a
15      store, I worked in the Galleria Mall, and I
16      worked at a child's -- I think a child's toy
17      store, Kids Are Us, something like that, a toy
18      store.
19  Q.  Did there come a time when you began working
20      construction?
21  A.  Yes.
22  Q.  When was that?
23  A.  That was later on.  That was in 19 -- had to be
```

40

1           in the '90s, had to be like '96.

2    Q.    So in between leaving the Navy and 1996, when you

3           began working in construction, did you have any

4           employment that you considered to be long-term?

5    A.    Yes.

6    Q.    What was that?

7    A.    I worked for the City of Buffalo -- excuse me.

8           Construction was -- I had the dates wrong.  It

9           had to be like 2001 for construction.  I worked

10          for the City of Buffalo Public Works in 1996

11          until 2001.

12   Q.    Okay.  So your first full-time employment -- or,

13          withdrawn.  Your first long-term employment after

14          leaving the Navy was with the public works

15          department?

16   A.    Correct.

17   Q.    And that was in 1996?

18   A.    Yes.

19   Q.    What did you do for the public works department?

20   A.    Sanitation department.

21   Q.    What did you do for the sanitation department?

22   A.    Oh, pick up garbage.

23   Q.    Did your role ever change?

41

```
1   A.  Nope.

2   Q.  How much were you compensated when you worked for

3       the sanitation department?

4   A.  How much did I make a year?

5   Q.  Yes.

6   A.  Probably about, had to be somewhere about twenty

7       thousand a year, because I was a seasonal

8       employee.

9   Q.  Meaning you only worked during a particular

10      season?

11  A.  Well, not really, what they call seasonal

12      employee is like you're not permanent, but, you

13      know, you can be laid off.  That's a seasonal

14      worker.

15  Q.  I see.  So it's not as though you work only one

16      season versus another, but contractually they're

17      allowed to not have you come to work some days?

18  A.  Yes.  Just for a week or something, so that you

19      don't become full-time, so they lay you off for a

20      week.

21  Q.  Were you always a seasonal employee?

22  A.  For the city, no, I wasn't.

23  Q.  When did you become a non-seasonal or full-time
```

42

```
 1        employee?
 2   A.   I never worked for public works, but I became, I
 3        worked for Buffalo Youth Opportunity Movement,
 4        and that was full-time.
 5   Q.   When was that?
 6   A.   2000.
 7   Q.   And Buffalo Youth Opportunity Movement, that's
 8        not a job for the city, is it?
 9   A.   It was controlled by the city, but the federal
10        government sponsored the money.
11   Q.   I understand.  What department of the city
12        government controlled it?
13   A.   Citizen, because it's controlled by -- I don't
14        know who the commissioner was, but the citizen
15        something, I forgot the last name of it.  21st
16        floor, I know that.
17   Q.   That's okay.  If you can't remember, you can't
18        remember.  And so would it be fair to say you
19        went from working in sanitation to doing the role
20        we just talked about?
21   A.   Yes.
22   Q.   Did you hold any other positions for the city?
23   A.   No.
```

43

1   Q.   Did your compensation remain the same when you

2        left the sanitation department?

3   A.   No.  I probably was making like thirty-five

4        thousand, forty thousand a year.

5   Q.   Any other positions you held with the city?

6   A.   As far as physical working positions, no.

7   Q.   Well, working positions of any kind where you

8        were paid.

9   A.   No.  Just that.

10  Q.   All right.  And after leaving the city, that's

11       when you became involved in construction?

12  A.   I worked in construction and I also at the same

13       time I worked at Erie County Highway Authority.

14  Q.   What did you do there?

15  A.   Well, we plowed snow, that's one, and the second

16       one that we tore the streets up and redid the

17       streets, but only in outside of Buffalo.

18  Q.   In the suburbs essentially?

19  A.   Suburbs, yes.

20  Q.   How long did you work for the Erie County Highway

21       Authority?

22  A.   For a year.

23  Q.   Just one year?

44

1   A.   Well, we got laid off because of some political
2        reasons.
3   Q.   Okay.  And that was the year you left your
4        employment with the city?
5   A.   Right.  Or the county and the city, yeah.
6   Q.   And the year you left your employment with the
7        city, you also worked construction?
8   A.   At the same time, yes, I did.
9   Q.   Okay.  So there was a time where you were working
10       for the Erie County Highway Department and
11       working construction at the same time?
12  A.   Correct.
13  Q.   Who did you work for when you worked
14       construction?
15  A.   Lamparelli Construction.
16  Q.   Were you part of a union?
17  A.   No.
18  Q.   How long did you work for Lamparelli
19       Construction?
20  A.   Only for a couple of months, probably two months.
21  Q.   What does Lamparelli Construction do?
22  A.   Build houses, but what I was doing, I was
23       building houses.

45

1   Q.   What did you do -- how much were you paid when

2        you worked for Lamparelli Construction?

3   A.   Not that much.  I think I was making probably

4        four hundred dollars a week or something like

5        that.  I was just a laborer.

6   Q.   Where did you go when you left Lamparelli?

7   A.   I didn't work.

8   Q.   For how long?

9   A.   Probably I took about two, three years.  Because

10       I got -- then I worked in a security company.

11  Q.   During that two or three years in between working

12       at Lamparelli and working at the security

13       company, were you unemployed?

14  A.   I was unemployed.

15  Q.   Did you receive any welfare benefits or

16       unemployment benefits at that time?

17  A.   No.

18  Q.   And you said after about two years of

19       unemployment you worked for a security company?

20  A.   Yes.

21  Q.   What security company was that?

22  A.   Securitas Security.

23  Q.   Say that one more time, I'm sorry.

46

1    A.  Securitas Security.

2    Q.  Securitas Security?

3    A.  Yes.

4    Q.  What did you do there?

5    A.  Security guard.

6    Q.  Were you a security guard at a particular

7        building or were you kind of all over?

8    A.  No.  I worked at the Larkin Building.

9    Q.  How long did you do that for?

10   A.  A year.

11   Q.  Do you recall how much you were paid?

12   A.  No, I don't.

13   Q.  After Securitas, what work did you do?

14   A.  I didn't.  I didn't work.

15   Q.  For how long?

16   A.  Probably until like four years ago.

17   Q.  So what year was it when you joined Securitas?

18   A.  Probably about 2002 or '3, something like that.

19   Q.  And you worked there until around 2004, 2005?

20   A.  No.  I only worked there for a year or so,

21       because an injury happened on the job, so I

22       couldn't work at all.

23   Q.  You were injured on the job?

47

1   A.  Not on that job, but for Lamparelli Construction.

2   Q.  Okay.  So in the few months you were employed by

3       Lamparelli, you got injured?

4   A.  Yes.

5   Q.  What kind of injury did you --

6   A.  Back injury.

7   Q.  How did you sustain a back injury?

8   A.  I fell through a basement.

9   Q.  Did you require surgery?

10  A.  No.

11  Q.  Did you get injections?

12  A.  No.

13  Q.  Did you file a lawsuit in connection with the

14      injury?

15  A.  Yes.

16  Q.  Do you recall what happened as a result of your

17      lawsuit?

18  A.  The only thing I end up getting Social Security

19      disability, and but after it happened they told

20      me to sign something to say they wouldn't go no

21      further with the case.  I forgot what it was

22      called.

23  Q.  Did you have a lawyer?

48

1   A.  Yes.

2   Q.  Who was your lawyer?

3   A.  Morris Law Firm, in the Liberty Building.  Kevin,

4       I can't remember his last name.

5   Q.  What year would this have been?

6   A.  Had to be -- it lasted a long time.  Had to be

7       like 2003 until -- it lasted for some years.  I

8       can't remember, I can't remember when it was

9       over, but whatever it was, it didn't -- I didn't

10      win.  But I did get Social Security disability

11      though.

12  Q.  So other than the Social Security disability, you

13      didn't obtain any settlement payment?

14  A.  No.

15  Q.  Do you recall what, about what year it completed,

16      the lawsuit?

17  A.  Had to be around 2006 or 2007, somewhere around

18      there.

19  Q.  So you stopped working at Securitas because of

20      your back injury?

21  A.  Right.  Well, they wouldn't let me work no longer

22      because I was -- I had a doctor's excuse, and

23      they wouldn't let me work because I had a back

49

```
 1        injury, and they didn't want to say it was part
 2        of their company, I guess.
 3   Q.   Okay.  So you were told you couldn't work there
 4        anymore?
 5   A.   Correct.
 6   Q.   Were you fired?
 7   A.   No.
 8   Q.   Okay.  How long did you remain unemployed after
 9        you stopped working at Securitas?
10   A.   Until 2020.
11   Q.   So that would have been over fifteen years?
12   A.   Correct.
13   Q.   During that period of time, did you receive any
14        welfare payments?
15   A.   I was on food stamps, I got that, that's about
16        it.
17   Q.   Okay.  Did your wife Linda work during this time?
18   A.   Yes.
19   Q.   What does Linda do?
20   A.   Right now or -- well, she at the time, I think --
21        right now she works at a retail store.
22   Q.   At the time or right now?
23   A.   Right now.
```

50

```
1   Q.  Okay.  What about during the time you were

2       unemployed?

3   A.  She had a lot of jobs.  Well, she worked at M and

4       T Bank for the longest.

5   Q.  How long did she work there?

6   A.  For seven years.

7   Q.  Do you remember what her position was?

8   A.  She worked in commercial banking.

9   Q.  Did you, you never gave a deposition in

10      connection with your lawsuit?

11  A.  I don't know.  I know I went to Comp, the Comp

12      Court, that's as far as I went.

13  Q.  Okay.  But you were never in a setting like this

14      where a court reporter was present and a lawyer

15      was asking you questions?

16  A.  Oh, no.  No, sir.

17  Q.  So in 2020, you obtained other employment?

18  A.  Yes, sir.

19  Q.  What employment did you obtain?

20  A.  I work at Allied Security.

21  Q.  What do you do there?

22  A.  Security guard.

23  Q.  Do you still work there?
```

51

1    A.    Yes, I do.

2    Q.    Do you work at a particular facility or location?

3    A.    Yes.

4    Q.    What facility or location do you work at?

5    A.    Unicell on 571 Howard Street.

6    Q.    Have you worked at that building the whole time?

7    A.    No.

8    Q.    What other buildings have you worked at?

9    A.    God City Senior Citizen Apartments.

10   Q.    Anywhere else?

11   A.    That's it.

12   Q.    How long did you work at God City Senior Citizen

13         Apartments?

14   A.    From '20 until September of this year.

15   Q.    Why did you change locations?

16   A.    They changed me.

17   Q.    Any particular reason or --

18   A.    No.

19   Q.    What are you currently -- do you have an hourly

20         pay rate at Allied Security?

21   A.    Yes.

22   Q.    What is it?

23   A.    Sixteen dollars an hour.

52

1    Q.   Has that changed since 2020?

2    A.   No.

3    Q.   It's remained the same?

4    A.   Yes.

5    Q.   No increase whatsoever?

6    A.   No.

7    Q.   Any other forms of employment?

8    A.   No.

9    Q.   Are you currently a minister at a church?

10   A.   Yes.

11   Q.   Are you compensated at all in your capacity as a

12        minister?

13   A.   No.

14   Q.   What church are you a minister at?

15   A.   United House of Prayer for All People, 60 Howard

16        Street.

17   Q.   How long have you been a minister there?

18   A.   Twenty-six years.

19   Q.   United House of Prayer for All People?

20   A.   Yes, sir.

21   Q.   Is that a particular denomination?

22   A.   I don't think so.

23   Q.   It's a Christian church though?

53

1   A.   Right.  Yes, sir.

2   Q.   How big is the congregation there?

3   A.   Here in Buffalo, it's probably about a hundred

4        and fifty.

5   Q.   When you say here in Buffalo, you mean that

6        there's other churches in other locations?

7   A.   Yes, there are.

8   Q.   In the Buffalo area or --

9   A.   No.

10  Q.   Not even in the suburbs?

11  A.   No.

12  Q.   How many different churches are there in the

13       United States?

14  A.   Hundred and thirty-two.

15  Q.   Did you have to receive any certifications or go

16       through any training to become a minister?

17  A.   Yes.

18  Q.   What did you have to do?

19  A.   We had to go to the seminary in Richmond,

20       Virginia.

21  Q.   What did you learn at the seminary?

22  A.   We learned the rules and regulations, and we had

23       to take -- it's just like going to school.  We

54

```
1        had to take a lot of different courses.
2   Q.   How long did you have to go to the seminary for?
3   A.   Since we were already ministers, we just had to
4        go for two weeks to get refreshed what we were
5        learning.  You had to become a minister first,
6        and then you have to go to seminary for two
7        weeks.
8   Q.   How do you become a minister?
9   A.   Well, they have to -- you have to go through, you
10       gotta go through a board and they question you,
11       and then they ask the pastor if you're capable of
12       going forward.
13  Q.   Is there a difference between a pastor and a
14       minister?
15  A.   No.
16  Q.   Okay.
17  A.   Not to my knowledge.
18  Q.   Do you have to get nominated by a pastor of the
19       church?
20  A.   Yes.
21  Q.   And then once you're nominated, a board will
22       interview you?
23  A.   Correct.
```

55

1    Q.   And if they approve of you, you become a minister

2         or a pastor?

3    A.   Not a pastor.  A minister.

4    Q.   Okay.  And then after they approve you to become

5         a minister, you go to seminary?

6    A.   Correct.

7    Q.   Understood.  What year did you become approved to

8         be a minister?

9    A.   1997, January 1st.

10   Q.   What year did you go to seminary?

11   A.   2001.

12   Q.   How many other ministers are there at your

13        church?

14   A.   We have a few now.  One, two, three -- five.

15   Q.   Five.  How often does your church hold services?

16   A.   Every day.

17   Q.   Do you attend church every day?

18   A.   Not every day.

19   Q.   How often do you attend church?

20   A.   At least five times a week.

21   Q.   And each time you go, do you do it in your

22        capacity as a minister or do you ever just do it

23        as part of the congregation?

56

1   A.   Minister.

2   Q.   Do you preach?

3   A.   Yes.

4   Q.   How often do you preach?

5   A.   Every now and then.  We make it like real long,

6        it could be a pastor, it's up to him whether he

7        let's you preach or not.

8   Q.   I see.  So the pastor is sort of like the head of

9        the church?

10  A.   In Buffalo, yes.

11  Q.   In Buffalo.  And then the ministers are kind of

12       below him?

13  A.   Yes.

14  Q.   Okay.  Would you say you preach once a week?

15  A.   No.  Maybe once a month maybe.

16  Q.   Okay.  Do you like to preach?

17  A.   Oh, yes.

18  Q.   Have you been preaching since you became a

19       minister in 1997?

20  A.   Oh, yes.

21  Q.   Could you tell me a little bit about the

22       congregation of your church, where primarily do

23       the people who attend your church come from?

57

| | | |
|---|---|---|
| 1 | A. | Buffalo. |
| 2 | Q. | Any particular part of Buffalo? |
| 3 | A. | No. |
| 4 | Q. | All over the city? |
| 5 | A. | Right. |
| 6 | Q. | Is the majority of your church black? |
| 7 | A. | In Buffalo, yes. |
| 8 | Q. | Do you have any white members of your |
| 9 | | congregation? |
| 10 | A. | No. |
| 11 | Q. | Other churches throughout the country though |
| 12 | | might have white members? |
| 13 | A. | They got all kinds of members outside of Buffalo. |
| 14 | Q. | Is your church on the East Side of Buffalo? |
| 15 | A. | Yes. |
| 16 | Q. | Does your congregation primarily reside on the |
| 17 | | East Side of Buffalo? |
| 18 | A. | I don't think so. |
| 19 | Q. | Do you ever have to go back to seminary to get |
| 20 | | re-certified? |
| 21 | A. | I went once. |
| 22 | Q. | The time you told us about in 2001? |
| 23 | A. | I went -- 2001 was the first time.  The second |

58

```
 1        time I went was 2010, because I wanted to.  They
 2        told us we had to go every ten years, so I just
 3        did it.  I don't have to do it any longer because
 4        of my age.
 5   Q.   Okay.  What kind of things did you learn --
 6        sorry.  I already asked that, but can you tell me
 7        specific classes you took in seminary?
 8   A.   We take Bible, doctrine of our organization, and
 9        finance and preaching.
10   Q.   Do you have to take any tests?
11   A.   All the time.
12   Q.   At seminary?
13   A.   At the seminary.
14   Q.   Are those tests graded?
15   A.   Yes.
16   Q.   Have you passed all those tests?
17   A.   Yes.
18   Q.   Do you get like a percentage grade, like a ninety
19        or an eighty?
20   A.   Yes.
21   Q.   Can you tell me generally what your grades are,
22        what the level of grades you get on the tests
23        are?
```

59

1    A.   Probably about an eighty-three, eighty-four.

2    Q.   Is that above average?

3    A.   Above average.

4    MR. SAHASRABUDHE:  Let's take a quick break.

5    THE WITNESS:  All right.

6              (Whereupon, a short recess was then taken.)

7    BY MR. SAHASRABUDHE:

8    Q.   Back on the record after a short break, Mr.

9         Bonds.  Do you currently have a valid driver's

10        license?

11   A.   Yes, I do.

12   Q.   How long have you had a valid driver's license

13        for?

14   A.   Man, I've had it for a long time, but I had to

15        get it again because I let it get expired in --

16        probably in '79, and then I had to get it again,

17        so I've had it since I was probably in my

18        thirties, so -- I had it since my thirties,

19        probably about thirty-eight, and now I'm

20        sixty-six.

21   Q.   In other words, you've had a valid driver's

22        license for at least twenty years --

23   A.   Oh, yeah.

60

1   Q.   -- continuously?

2   A.   Um-hum.

3   Q.   Do you own your own car?

4   A.   My daughter's selling us her car.

5   Q.   So currently you don't own a car?

6   A.   No.

7   Q.   When was the last time you owned a car?

8   A.   Let me see.  Probably about 2018 or '19.

9   Q.   Since 2018 or '19, have you had occasion to drive

10       regularly even though you don't own a car?

11  A.   I owned the car in 2018 and '19, then I had to

12       get rid of the last car I got in 2019.

13  Q.   So my question is, after you got rid of the car,

14       have you still had occasion to drive regularly?

15  A.   I drove sometimes, you know, but it wasn't my car

16       though.

17  Q.   Right.  Driving other people's cars?

18  A.   Right.

19  Q.   About how often would you say you drove?

20  A.   Very rarely.

21  Q.   So since getting rid of your car in around 2019,

22       and in between then and now, you've driven very

23       rarely?

61

1    A.   Well, now since -- when did she let us have the

2         car, about three years ago, so it's about 2020,

3         2020 I had a car.

4    Q.   Okay.

5    A.   Maybe 2020.

6    Q.   And have you since had to get rid of that car?

7    A.   No.  I still have it.  It's actually my

8         daughter's car, but we paying, we paying, she

9         owns it, but she telling us she wants -- instead

10        of like giving it to us, she told us we had to

11        buy it from her, so I'm paying her for it.

12   Q.   Okay.  Since 2020, have you driven that car on a

13        daily basis?

14   A.   Every day.

15   Q.   Every day.  Okay.  Do you take it to go to your

16        church?

17   A.   No.  I live across the street.

18   Q.   Okay.  Do you take it to go to work?

19   A.   Yes.

20   Q.   All right.  And that's been the case since 2020?

21   A.   I take my wife to work, I pick up my

22        granddaughter from school, and I take it to work,

23        that's about it.  Go to the grocery store

62

```
 1        sometimes.
 2   Q.   So for the last two years you've driven every
 3        single day?
 4   A.   Every single day.
 5   Q.   Okay.  In the last two years have you gotten any
 6        ticket for any traffic violation?
 7   A.   No.
 8   Q.   In the last two years have you encountered a
 9        vehicle and traffic safety checkpoint?
10   A.   Last two years, no.
11   Q.   In the last two years have you been pulled over
12        at all in the City of Buffalo?
13   A.   No.
14   Q.   In the last two years have you been stopped by a
15        police officer at all?
16   A.   No.
17   Q.   When was the last time you encountered a vehicle
18        and safety checkpoint?
19   A.   It had to be around probably 2017 or '18 --
20        around 2016, '17 or '18 they stopped me a couple
21        times.
22   Q.   Okay.  So it's been around four to five years
23        since you saw a vehicle and traffic --
```

63

1   A.   Yes.

2   Q.   -- safety checkpoint?

3   A.   Um-hum.

4   Q.   Just let me finish the question.

5   A.   I'm sorry.

6   Q.   That's okay.  Been around four years since you

7        encountered a vehicle and traffic safety

8        checkpoint?

9   A.   Yes.

10  Q.   How many times can you recall have you

11       encountered a vehicle and traffic safety

12       checkpoint in the City of Buffalo?

13  A.   Twice.

14  Q.   Only two times?

15  A.   For myself, only two, yes.

16  Q.   I'm going to show you what we marked previously

17       as -- Mr. Bonds, I'm going to show you what we

18       marked as Defendant's Exhibit A.

19  A.   On this page right here?

20  Q.   Well --

21  MS. TEFFT:  He'll direct you.

22  BY MR. SAHASRABUDHE:

23  Q.   I think you already told me you reviewed this in

64

```
 1        preparation for today.
 2   A.   Right.  Right.
 3   Q.   Prior to preparing for your deposition testimony,
 4        have you ever seen Defendant's Exhibit A before?
 5   A.   Yes.
 6   Q.   How many times before preparing for your
 7        deposition testimony?
 8   A.   Maybe twice.
 9   Q.   Do you recall about how long ago that was?
10   A.   Well, the first time I ever went to see them, and
11        maybe three times, but I probably don't remember,
12        because it was so far in between.
13   Q.   Was it around the time when this lawsuit was
14        filed?
15   A.   Around then, yes.
16   Q.   I want to direct your attention to paragraphs
17        three fifteen through three forty-two.  And you
18        can just take your time and review those
19        allegations.  Let me know when you've had
20        sufficient time to review.
21   A.   So you want me to read it?
22   Q.   Well, let me ask you.  Have you read those
23        paragraphs before?
```

65

1   A.  Yes.

2   Q.  Okay.  Are you familiar with them?

3   A.  Yes.

4   Q.  All right.  I'm going to ask a couple specific

5       questions about some of the paragraphs.

6   A.  Okay.

7   MS. TEFFT:  Can we take a minute to review?

8   MR. SAHASRABUDHE:  Yes.  Of course.  Take as much

9       time as you need.

10  THE WITNESS:  Okay.

11  BY MR. SAHASRABUDHE:

12  Q.  So you just reviewed paragraphs three fifteen to

13      three forty-two --

14  A.  Yes.

15  Q.  -- of Defendant's Exhibit A, correct?

16  A.  Yes, sir.

17  Q.  You feel like you've had enough time to review

18      them?

19  A.  I remember it now.  I just had to look over it, I

20      remember everything.

21  Q.  I want to direct your attention to paragraph

22      three seventeen.  Paragraph three seventeen says

23      that in October or November 2016, while you were

66

```
 1        on your way to Walmart with your son and two

 2        friends after church, you went through a

 3        checkpoint on William Street and South Ogden

 4        Street on the East Side of Buffalo, correct?

 5   A.   That's correct, sir.

 6   Q.   Do you recall that instance?

 7   A.   Yes, I do.

 8   Q.   Any reason to dispute that it happened in the

 9        fall of 2016?

10   A.   No.

11   Q.   And when it says you were with your son, which

12        son were you with?

13   A.   ███████

14   Q.   And at this time was ██████ still in school?

15   A.   He was getting ready -- he graduated, he had

16        graduated from high school.

17   Q.   He still lived in Buffalo at the time though?

18   A.   Yes.

19   Q.   Who were the two friends you were with?

20   A.   It really was my wife and my granddaughter.

21   Q.   Okay.  So it was your family members, not your

22        friends?

23   A.   Right.  Yeah.
```

67

1    Q.   It says you were on your way to Walmart, correct?

2    A.   Correct.

3    Q.   And it says it was after church?

4    A.   Yes, sir.

5    Q.   Do you recall what time of day it was?

6    A.   Had to be around about nine o'clock at night.

7    Q.   Okay.  And can you describe for me what you

8         observed when you came to what is called a

9         checkpoint in paragraph three seventeen?

10   A.   Well, I was riding down the street, and I wasn't

11        really paying attention what was going on, but I

12        was just going done the street.  At the time, I

13        had a Cadillac at the time, and I was riding

14        down, and I know the police seen me, but then

15        they -- something happened, and next thing I know

16        they put their sirens on behind me.  One of them

17        came on the side, and one of them came up behind

18        me, and they stopped me, and looked and said that

19        my insurance had -- my tag for as far as my

20        insurance and my registration was expired, but it

21        wasn't I didn't pay my insurance, but then I

22        showed them, as he put the lights in there, but I

23        think -- what I really think what happened is

68

1      that he stopped me because he seen how big my son

2      -- my son's a big guy, he's about six two, about

3      two hundred eighty-some pounds, and they probably

4      thought that, you know, something else different,

5      because I didn't see them stopping nobody else

6      until afterwards.

7  Q.  Okay.  Well, so my question was a little

8      different.  And I guess I'll ask a different

9      question.  Where were the cops -- withdrawn.  Did

10     you see cops set up on the actual street itself?

11 A.  No.  They were across the street.  We was going

12     that way, they was on the other side.

13 Q.  Were they parked in a parking lot?

14 A.  No.  They were parked on the street.

15 Q.  What street were they parked on?

16 A.  William.

17 Q.  And you were driving down William?

18 A.  Right.

19 Q.  Were they parked on the curb of William?

20 A.  They were just parked in the street.

21 Q.  In the middle of the street?

22 A.  Right.  Um-hum.

23 Q.  Okay.  So were they, according to your memory,

69

1       blocking traffic going the other way on William?

2   A.  Well, you have to go around them.

3   Q.  In other words, did you have to go around them?

4   A.  No.  I was on the other side of the street.

5   Q.  Okay.  So the direction you were traveling in you

6       didn't have to go around them?

7   A.  No.

8   Q.  But if you were traveling in the --

9   A.  Going downtown, yes.

10  Q.  If you were traveling south?

11  A.  Right.

12  Q.  You would have had to maneuver around them?

13  A.  Right.

14  Q.  Were they stopping traffic?

15  A.  Yes.  Some, not all.

16  Q.  Were they stopping traffic coming south?

17  A.  Going toward -- would south be going towards

18      Downtown Buffalo?

19  Q.  Yes.  I assume.  I assume.

20  A.  Yes.  South.

21  Q.  Well, let's not assume.

22  A.  South is which way -- I guess that's east, but

23      west, I'll say west.

70

1  Q.  Okay.

2  A.  Because that's going east, and going downtown

3      would be west, inbound.

4  Q.  Okay.  Let's call it inbound.  They were blocking

5      the inbound lane?

6  A.  Right.

7  Q.  And you were going in the outbound lane?

8  A.  Yes.

9  Q.  Okay.  Was every car that was driving in the

10      inbound lane being stopped?

11  A.  No.  Just randomly I guess.

12  Q.  Well, let me ask you this.  How many cars did you

13      see get stopped?

14  A.  It was only a couple, maybe two.

15  Q.  And you saw this just as you were driving by?

16  A.  Right.  As I was driving, because I said well,

17      they not stopping me, so I'm keeping going.

18  Q.  Did you stop at all?

19  A.  No.

20  Q.  How fast were you going?

21  A.  Probably about thirty-five, something like that.

22  Q.  And you recall seeing some cars be allowed to

23      maneuver around them?

71

1   A.  Right.

2   Q.  But other cars were stopped?

3   A.  Right.  Yes, sir.

4   Q.  How many cop cars were there?

5   A.  Two.

6   Q.  When you maneuvered around them -- or, you didn't

7       maneuver around them, correct?

8   A.  No.

9   Q.  You just kept going?

10  A.  Yes.

11  Q.  Do you know one way or the other whether an

12      officer directed you to stop?

13  A.  Well, they said that they had a thing on the back

14      of their car, they said it turned on and said

15      that I was -- they could tell that my insurance

16      had -- I guess when your registration, it said

17      that your registration is no longer valid.

18  Q.  Okay.  So you were told by an officer that

19      technology that they used alerted them that your

20      sticker, a sticker on your car had expired?

21  A.  No.  It hadn't expired.  They said they could

22      tell whether you paid your insurance or not.

23  Q.  I understand.  Okay.  And so how -- I guess my

72

```
 1      question is, how far past them did you drive
 2      before you were stopped?
 3   A. Not that far.
 4   Q. Okay.  Did they turn their lights on and drive
 5      behind you?
 6   A. They were right on the side of me and behind me.
 7   Q. So both cars followed you?
 8   A. Um-hum.
 9   Q. Did both officers -- how many officers were
10      there?
11   A. Four.
12   Q. Did they all get out of the car?
13   A. Two of them did.
14   Q. Okay.  As far as you know, two remained in the
15      car?
16   A. Right.
17   Q. And two got out of the car?
18   A. Um-hum.
19   Q. Do you recall these officers' physical
20      appearances?
21   A. They were about my size -- maybe your size.
22   Q. Were they males?
23   A. Males, both.
```

73

```
 1   Q.   Were they white?

 2   A.   Yes.

 3   Q.   Do you recall how old they were?

 4   A.   I think probably, they weren't as old as I was,

 5        they probably thought I was younger, but they

 6        probably were in their forties.

 7   Q.   Do you recall any of their names?

 8   A.   No.

 9   Q.   So after you were stopped, they got out of -- two

10        officers got out of the car, did they check your

11        stickers on the front windshield of your car?

12   A.   No.  They just said that the alarm went off in

13        their car saying that my insurance had expired,

14        and that's as far as they went.  And they had the

15        lights on me and my son, because I guess -- I

16        don't know what the reason for that was.

17   Q.   So they weren't checking stickers on your car

18        then, right?

19   A.   No, they didn't.

20   Q.   Because stickers are -- as far as I'm aware, for

21        inspection --

22   A.   Inspection and registration.

23   Q.   -- and registration, right?  Correct?
```

74

1    A.   Right.

2    Q.   Okay.  And so the reason that they gave you was

3         for the insurance card?

4    A.   Insurance card, right, exactly.

5    Q.   Okay.  Did they ask you for proof of insurance?

6    A.   I showed them that, and I showed them that I had

7         paid it and everything, and everything was all

8         right, but he still said that I'm gonna give you

9         a ticket, you know, and they said well, you just

10        go downtown, and just argue to the Judge about

11        it.

12   Q.   So let me ask you this.  Was your insurance card

13        that you gave the officers, had that actual card

14        expired?

15   A.   No.

16   Q.   Okay.  So the card was new and up-to-date?

17   A.   Right.

18   Q.   And you showed that to them?

19   A.   Exactly.

20   Q.   Do you have that card currently?

21   A.   Now, no.

22   Q.   Okay.  Do you know for a fact you don't have it?

23   A.   I'm pretty sure I don't have it, it's been --

75

```
 1        because we moved, and a lot of stuff was thrown
 2        away and it wasn't needed, and --
 3    Q.  Okay.
 4    A.  -- but I know that I didn't have -- I did show
 5        them the insurance card, and I showed them a
 6        receipt that I did pay my insurance, because I
 7        had just paid it.
 8    Q.  Okay.  So that's my next question to you.  I want
 9        to direct your attention to paragraph three
10        twenty.  So it says, the second sentence of
11        paragraph three twenty says Mr. Bonds told the
12        officers that it, meaning your insurance, had not
13        expired because you had paid it the same day?
14    A.  Correct.
15    Q.  And then the next paragraph down says you showed
16        the officers receipts of payment.
17    A.  Yes.
18    Q.  Where did you pay for, where did you pay to
19        update your insurance?
20    A.  On Walden, I can't remember, if they didn't
21        change the name of that insurance company so many
22        times, it was on Walden across the street from --
23        between Harlem and next to that where the car
```

76

1       place is, Basil Ford is there, I can't think of

2       the name, because they have changed the name a

3       couple of times.  I can't remember the name.

4   Q.  So you had both a receipt for the payment and an

5       updated insurance card?

6   A.  Yes, I did.

7   Q.  Okay.  How much did you pay?

8   A.  I can't remember.  It had to be probably about a

9       hundred and something dollars I paid.  I think it

10      was every month I paid, I think it was like one

11      forty or something like that.

12  Q.  Did you ultimately go to court to challenge --

13  A.  Yes.

14  Q.  -- the ticket?  Let me finish the question.

15  A.  Oh, I'm sorry.

16  Q.  Did you ultimately go to court to challenge the

17      ticket?

18  A.  Yes, I did.

19  Q.  Did any of the officers present at the scene show

20      up?

21  A.  No.

22  Q.  Okay.  Was there a judge present?

23  A.  Yes.

77

1   Q.  Do you recall whether there was a court reporter

2      transcribing what was taking place in the

3      courtroom?

4   A.  I'm pretty sure there was.

5   MR. SAHASRABUDHE:  Okay.  I'll index a request for

6      that to the extent that it's available, we might

7      need to get that ourselves, but just putting that

8      on the record.

9   BY MR. SAHASRABUDHE:

10   Q.  And essentially you showed her the receipt, the

11      Judge, was it a male or female judge?

12   A.  Male judge.

13   Q.  And you showed him the receipt and the updated

14      insurance card --

15   A.  Yes, I did.

16   Q.  -- correct?

17   A.  Yes, I did.

18   Q.  Did you show them anything else?

19   A.  That was it.

20   Q.  And your ticket was dismissed?

21   A.  Yes.  He was just telling me, the Judge was

22      telling me how much it would be if you didn't,

23      you know, how much you would have to pay a ticket

78

1      if you didn't have the information that I had.

2  Q.  But you ultimately didn't have to pay any fine?

3  A.  No.

4  Q.  All right.  And no officer showed up?

5  A.  None.

6  Q.  The Walmart that you were headed to, where is

7      that in Buffalo?

8  A.  It was -- at the time it was in what they call

9      the Thruway Plaza area, it was there, Walmart was

10     there.  It wasn't further down Walden where it is

11     at now.

12 Q.  Okay.  How far away from your church is that?

13 A.  From my church, probably about, let me see, from

14     Walmart to my church, probably about two miles

15     maybe, something like that, two or three.

16 Q.  During your interaction with the officers, did

17     you get out of the car at all?

18 A.  No.

19 Q.  Was your son or any other passenger of the car

20     asked any questions?

21 A.  No.

22 Q.  Did every officer who was on the street follow

23     you or did some officers stay back?

79

1    A.   No.  Only two cars followed me, the two cars that

2         were across the street, one was behind me and one

3         was on the side of me.

4    Q.   Okay.  So both police cars present followed you?

5    A.   Right.

6    Q.   Okay.  And I believe you allege somewhere, I'll

7         find it, I'll direct your attention to paragraph

8         three ninety of Defendant's Exhibit A.  Fair to

9         say in that paragraph you allege the stop took

10        about ten minutes?

11   A.   Right.

12   Q.   Is that consistent with your recollection of how

13        long it lasted?

14   A.   That's consistent, yes.

15   Q.   All right.  And then I want to direct your

16        attention to paragraph three twenty-four of

17        Defendant's Exhibit A.  Fair to say, paragraph

18        three twenty-four says in August 2017, Mr. Bonds

19        went through a checkpoint on Jefferson Ave and

20        Carlton Street just off the 33 Expressway in the

21        Fruit Belt area on the East Side.

22   A.   That's correct.

23   Q.   And this would be the second and only other time

80

1       you --
2   A.  Right.
3   Q.  -- went through a checkpoint?
4   A.  Yes.
5   Q.  You did not receive any ticket or citation during
6       this stop, correct?
7   A.  No.
8   Q.  Do you recall approximately how long you were at
9       the checkpoint for?
10  A.  It was just for a few minutes.
11  Q.  And since then, August 2017, you've never been
12      through another checkpoint?
13  A.  No.
14  Q.  And I guess it would have been approximately nine
15      to ten months in between your --
16  A.  Right.
17  Q.  -- first experience going through a checkpoint
18      and your second, correct?
19  A.  Yes, sir.
20  Q.  Does that sound correct to you?
21  A.  That sounds correct.
22  Q.  You've never had to pay any fine or penalty in
23      connection with a traffic ticket issued at a

81

1      checkpoint, correct?

2  A.  No.

3  Q.  How many tickets did you get at the checkpoint in

4      2016?

5  A.  2016, that's -- I only got one.

6  Q.  Okay.

7  A.  The one I had to go to court for.

8  Q.  Not more than one was issued?

9  A.  Just one.

10 Q.  Okay.  I want to direct your attention to

11     paragraph three thirty-seven.  Would it be fair

12     to say that paragraph three thirty-seven alleges

13     that on one, two, three, four occasions you were

14     given a ticket in the BMHA parking lot for having

15     an expired inspection sticker?

16 A.  Yes.  And it also was more than that.  It was

17     almost every day.

18 Q.  Okay.  So let me ask you this.  How many

19     instances can you recall where you received a

20     ticket for an expired inspection sticker in the

21     BMHA parking lot where you lived?

22 A.  I think almost every day until I decided -- I was

23     just praying that they didn't come back, that I

82

```
 1        decided to get rid of the car.  And once I got
 2        rid of it, I was like well, I don't care no more
 3        because they ain't gonna come in here any longer.
 4   Q.   Okay.  When you say every day, when did that
 5        stop?
 6   A.   They were doing it from the wintertime, when I
 7        first parked the car, it cut off on me, and what
 8        happened was that I couldn't drive it no more, I
 9        tried to, and I wasn't -- I didn't have enough
10        money to get it repaired.  And so I figured that
11        well, I live here, and I got a sticker on the
12        car, and you can see the sticker, everybody gotta
13        put it on their windshield, I mean, the front,
14        you know, where your rear-view mirror is at, and
15        they had to see it, and I said well, I can just
16        leave it right here because you gotta have a
17        sticker to park.  You have a sticker to park, and
18        so I figured that since I live here, it shouldn't
19        be no problem.  So every day, even in the
20        wintertime, I mean, it was snowing, and they'd
21        still come, I said how can they see my car, it's
22        impossible.
23   Q.   Well, do you recall what year this was?
```

83

1   A.   When did I get rid of the car, I think it was

2        2019.  I'm not sure.  It was about almost a whole

3        year of tickets.

4   Q.   So in the time that you were getting tickets, did

5        you ever move the car?

6   A.   No.

7   Q.   Okay.  So, and let me go back a little bit.  I

8        think you testified that in or around 2019 there

9        came a time where you had to get rid of your car?

10  A.   Yeah.  It was in the spring I think of 2019.  The

11       weather was warm outside because I had a T-shirt

12       on, and they came and got it.

13  Q.   Who's they?

14  A.   Some company, I can't remember the company.  They

15       came and got it and gave me two hundred dollars

16       for it.

17  Q.   Okay.

18  A.   It probably was worth more than that.

19  Q.   Do you have any records of that transaction?

20  A.   Uh-uh.  I'd have to look, that's something I'd

21       have to look for.

22  MR. SAHASRABUDHE:  All right.  I'll index a request

23       for those to the extent you have them.

84

1  BY MR. SAHASRABUDHE:

2  Q.  Okay.  So would it be fair to say then that from

3      at least the early winter months of 2019, to the

4      spring months of 2019, the car you owned stayed

5      in the same parking space?

6  A.  Same parking space.

7  Q.  Okay.  What kind of car was it?

8  A.  It was a 2003 Cadillac sedan DeVille.

9  Q.  What year?

10 A.  2003.

11 Q.  Oh, sorry.  I apologize.  And you said there came

12     a time where you were receiving a ticket every

13     day for parking?

14 A.  Every day.

15 Q.  For an expired inspection sticker?

16 A.  Every day.

17 Q.  Before it remained parked in that same parking

18     spot for a long continuous period of time, did

19     you take it to get it inspected?

20 A.  I couldn't, I couldn't move it.

21 Q.  Okay.  Was the parking sticker, in fact,

22     expired -- or, sorry.  The inspection sticker, in

23     fact, expired?

85

1   A.   It was expired, yes.

2   Q.   Okay.  Each time you received a ticket?

3   A.   Yes.

4   Q.   Did you ever go to court to challenge any of your

5        parking tickets?

6   A.   Every time.

7   Q.   You went to court every single time?

8   A.   Every time I challenged them, even though it

9        didn't work, but I tried.

10  Q.   So you said it was every day you would get a

11       parking ticket?

12  A.   Right.  I didn't go to court every day, but I got

13       them, you know, I had to go once a week or

14       something.

15  Q.   Did there come a time where the daily ticketing

16       stopped?

17  A.   No.

18  Q.   Okay.  So for approximately three to four months

19       you got a parking ticket every single day?

20  A.   Every day.

21  Q.   So that would be approximately a hundred twenty

22       to a hundred fifty parking tickets?

23  A.   I had a whole lot.  I don't know how many it was,

86

1     but it was a lot, because they kept -- they had

2     got so angry -- I got angry with them, and they

3     sent me to another judge, you know, in city hall,

4     because I was hollering at one of them, saying

5     why do I keep getting tickets, and I live here,

6     and the one got upset with me saying that well,

7     you should get rid of the car.  I said I don't

8     have the money to get rid of it, I said I live

9     there.  And she said well, you should get rid of

10    it, move it somewhere else.

11        So in the beginning before it broke down, I

12    did try to move it somewhere else, in the very

13    beginning, when it was almost running, so I moved

14    it down the street in the parking lot so I

15    wouldn't get no more -- I wouldn't get no ticket,

16    you know, now it's coming back to me.  Then I

17    brung it back, and then when it actually broke

18    down, I just left it there, right by the fence, I

19    said I'll hide it by the fence and maybe the

20    police won't see it, but I think now, since I've

21    been -- before I moved, they had Buffalo Police,

22    but they were called BMHA Police on the side, but

23    it was actually the Buffalo Police Department,

87

```
 1        and I think some kind of way people were getting

 2        angry about it, and they stopped them from coming

 3        in the parking lot, period, but I didn't have no

 4        car back then.  I didn't have a car then.

 5   Q.   Let me ask you this.  Did the judge who was

 6        speaking to you address the point you made that

 7        you lived there and you had a parking sticker?

 8   A.   They said it didn't make any difference.  You

 9        should have a valid parking -- or, you should

10        have a registration, and the other sticker on

11        your car, you're supposed to have that.  And I'm

12        telling them that it's impossible to get it

13        unless somebody come and look at it.  The

14        inspection sticker.  It wasn't the registration,

15        it was the inspection sticker.

16   Q.   Inspection sticker, I apologize.

17   A.   Right.

18   Q.   Did the judge ever tell you that the police

19        officers who were issuing the tickets had a right

20        to look at inspection stickers and registration

21        stickers in BMHA parking lots?

22   A.   They didn't say that, they just told me that I

23        should get an inspection sticker.
```

88

```
 1   Q.   Has anyone ever told you that or argued that to
 2        you?
 3   A.   They never argued it to me that because we
 4        live -- what I believed is that since I lived
 5        there, and I have a car with a sticker on it
 6        saying -- in order to park in the parking lot,
 7        period, you gotta have a sticker.
 8   Q.   Right.
 9   A.   Anybody, even on the side of the building, they
10        have another parking area on the side of the
11        building, once you get around, there's one side
12        of the street belongs to Marine Drive, that's the
13        City of Buffalo.  When you get close to the
14        buildings, that belongs to BMHA, it's weird.
15        It's one part you can park with the sticker, and
16        there's another side you can park without a
17        sticker.  So I only parked where you can park at
18        with a sticker, but because I had my registration
19        was -- my inspection sticker was expired, they
20        kept coming and coming and coming, and I said
21        well, I mean, don't they got any other cars they
22        can come to.  And even I put it in the wintertime
23        where it cut off at, it cut off right by the
```

89

```
 1        fence, I can't think of the name of the street,
 2        but it's a hill on the other side, and I parked
 3        it right by that fence and I just left it there,
 4        and some times I would look out my window and I
 5        said they ran out there again, I said man, so I
 6        run out there --
 7   Q.   Did you ever talk to any of the officers who had
 8        given you a ticket?
 9   A.   Every time I got there they were gone.  I wanted
10        to ask them, why do you keep messing with me.
11   Q.   Did any officers ever show up to the multiple
12        court appearances you had?
13   A.   Never.
14   Q.   Do you recall the name of any of the officers?
15   A.   No.
16   Q.   Do you recall if the name of the officers issuing
17        the ticket was the same?
18   A.   It probably was.
19   Q.   Okay.
20   A.   Same officer.
21   Q.   The exact same name?
22   A.   The same name.
23   MS. TEFFT:  Object to form.
```

90

```
 1   BY MR. SAHASRABUDHE:

 2   Q.  Do you recall the name?

 3   A.  I can't remember.

 4   Q.  As far as you remember, it was the same name on

 5       every ticket?

 6   MS. TEFFT:  Object to form.

 7   THE WITNESS:  Yes.

 8   MR. SAHASRABUDHE:  Can we have this marked, please?

 9

10          (Whereupon, Bonds' Receipts were then

11       received and marked as Defendant's Exhibit E, for

12       identification.)

13

14   BY MR. SAHASRABUDHE:

15   Q.  All right.  Mr. Bonds, I just handed you what we

16       had marked as Defendant's Exhibit E.  Do you

17       recognize this document?

18   A.  Yes.

19   Q.  Can you tell me what it is?

20   A.  This is to show how many tickets, summons that

21       they gave me, and that I went there and I paid

22       the summons.

23   Q.  Fair to say that the first summons that you got
```

91

```
 1       was in October of 2018?
 2   A.  Right.
 3   Q.  Is that consistent with your recollection as to
 4       when the ticketing started?
 5   A.  Right.  Um-hum.
 6   Q.  And so would it be fair to say that you didn't
 7       move the car from the parking lot from October of
 8       2018 to the spring of 2019 when you finally got
 9       rid of the car?
10   A.  That's correct.
11   Q.  All right.  Do you know where this document came
12       from?
13   A.  Probably the City of Buffalo, probably take it
14       from the City of Buffalo DMV -- not DMV.  Where
15       they -- I think it's on the first floor, where
16       the tickets, where you gotta pay your tickets at.
17   Q.  Is this a document that you found and gave to
18       your lawyers?
19   A.  No.
20   Q.  Okay.  Is this the first time you're seeing this
21       document?
22   A.  No.
23   Q.  When have you seen this document before?
```

92

1   A.   When I seen the lawyers.  I seen this twice.

2   Q.   Okay.  When you were preparing for your

3        deposition testimony?

4   A.   Right.  Yes.

5   Q.   In looking at the records of payments you've

6        made, does this, what's reflected in Defendant's

7        Exhibit E, appear to be comprehensive in terms of

8        parking tickets that you paid to the City of

9        Buffalo?

10  A.   These are some of them that I paid, but they

11       don't have all of them that I paid.

12  Q.   Can you tell me when you would have made other

13       payments that are not reflected on Defendant's

14       Exhibit E?

15  A.   I made payments in 2018, and these are, I think

16       these were summons because they were -- the

17       tickets I had were just parking tickets, the

18       other ones.  These were summons because I guess I

19       didn't pay them or something, I don't know, but

20       some of them I paid right away, you know --

21  Q.   I understand.  So you would only get a summons if

22       you didn't pay the parking ticket right away?

23  A.   Right.

93

1  Q.  Let me ask you this.  Does this look to be a
2      comprehensive list of payments you made in
3      connection with summons?
4  A.  Right.  Yes, sir.
5  Q.  Okay.  So you've made other payments for parking
6      tickets where no summons was issued?
7  A.  Right.  Exactly.
8  Q.  Do you have proof of payment for those payments?
9  A.  The only time I had proof, I was used to going --
10     I tried to go in there yesterday, but they don't
11     even have it no more.
12 Q.  How did you make the payments?
13 A.  I would go down there and pay it.
14 Q.  Would you pay in cash?
15 A.  Cash, yes.
16 Q.  Okay.  How many times did you make a payment in
17     connection with a parking ticket for which no
18     summons was issued?
19 A.  It had to be -- I can't remember how many, it was
20     a lot.
21 Q.  Was it more than ten?
22 A.  More than ten.
23 Q.  Was it the same amount that you paid every time?

94

1    A.   Same amount.

2    Q.   How much was it?

3    A.   Forty-five dollars.

4    Q.   Every time?

5    A.   Every time.

6    Q.   Was it more than twenty?

7    A.   More than twenty tickets, it might have been

8         twenty, but no more than twenty.

9    Q.   Okay.  So it wasn't fifty?

10   A.   No.

11   Q.   And it wasn't thirty?

12   A.   No.

13   Q.   All right.  Somewhere between ten and twenty?

14   A.   Right.

15   Q.   Would you get a ticket -- withdrawn.  Would you

16        get one ticket each day?

17   A.   Sometimes two.  They gave me -- one time they

18        gave me a ticket saying I didn't have a parking

19        ticket, parking violation, you can park with my

20        sticker in the window, they said I didn't have

21        it, so I took it down to city hall, and they said

22        okay, you have one, so they dismissed that.

23        Because that was like sixty-five dollars for not

95

```
 1        having one of them in the window.
 2   Q.   Any other times where you got more than one
 3        ticket?
 4   A.   It might have been, I didn't go outside because
 5        it was snowing, they had one on the door, they
 6        stuck it in the door, and one was on the
 7        windshield.
 8   Q.   Do you know that those were issued in the same
 9        day?
10   A.   I don't know.
11   Q.   Okay.
12   A.   They might not have been because I wasn't going
13        outside to look.  I would go outside every day,
14        but I wouldn't go outside like every hour to
15        look, because they would come a lot, I
16        wouldn't -- I had no understanding why they would
17        come when it was snowing so hard to look in
18        somebody's car.
19   Q.   The time you got the ticket for your parking
20        sticker, was your parking sticker in your car?
21   A.   Yes.
22   Q.   Was it visible?
23   A.   Yes.  I mean, it couldn't have been visible
```

96

1      because it was snowing outside, you know, they

2      had to wipe the snow off to see it.

3   Q.  I see.  Each time you went to court to challenge

4      your parking tickets, was there a court reporter

5      present?

6   A.  I don't think so.

7   Q.  And no police officer ever appeared?

8   A.  No.

9   Q.  How about an attorney for the district attorney's

10      office?

11  A.  I didn't -- I don't think I went that far into

12      this.  It was just going to, you know, they have

13      the Traffic Court in city hall in the first

14      floor, they don't have lawyers in there.

15  Q.  Okay.  So there was no one arguing that the

16      ticket should be sustained?

17  A.  No.

18  Q.  It was just you?

19  A.  Me and the Judge, yeah.  I don't think they're a

20      real judge, because I think they're just

21      appointed actually.

22  Q.  Did you ever appeal any of those decisions?

23  A.  No.  I just paid them.  I argued with them about

97

```
 1        why should I have to, and I guess sometime it got
 2        out of hand, and one guy just didn't feel like
 3        talking to me no more because I was arguing with
 4        him, you know, just pay the ticket, and I said
 5        no, why should I just keep paying tickets, I live
 6        there.  My whole point was that I live there, why
 7        should I have to pay tickets for a place I live
 8        at.  We don't have garages, we have open parking
 9        lot, if it was like in a parking garage, maybe
10        they probably would have never came in there, but
11        in a parking, where we was open, so evidently
12        they could go in there then.  Years later, you
13        know, they started locking the gates and you
14        ain't gonna come in one way, but by then I think
15        BMHA, as far as the police go, was dismantled.
16   Q.   Since you got rid of your old car --
17   A.   Right.
18   Q.   -- have you gotten any new parking tickets?
19   A.   No.
20   Q.   Is the car that you currently drive, does it have
21        a valid --
22   A.   Yes.
23   Q.   -- up-to-date inspection sticker?
```

98

1    A.  Yes, it does.

2    Q.  And since that time you haven't gotten any

3        parking tickets?

4    A.  I don't drive too much but going to work.  I

5        don't like driving at night because I don't want

6        to get stopped by no police for no reason, but

7        going to work, I live down the street from where

8        I work at.

9    Q.  So you haven't gotten any parking tickets --

10   A.  Um-um.

11   Q.  -- since you got the new car?

12   A.  Plus where I live at, we don't have a parking

13       lot, I have a driveway.

14   Q.  Okay.  How about when you still lived at the --

15   A.  I didn't have a car then.

16   Q.  Well, I thought you said --

17   A.  I mean, I was using my daughter's car, but it

18       wasn't in my name.  But she never got any

19       tickets, not from what I was doing, no.

20   Q.  Were there times when it was parked at the Marine

21       Drive address?

22   A.  Um-hum.

23   Q.  And it never got a ticket?

99

| | | |
|---|---|---|
| 1 | A. | They had to go through a lot because the car |
| 2 | | wasn't in my name, but they still gave me a |
| 3 | | ticket, because I had a sticker, I had to go and |
| 4 | | tell them that she was selling me the car, and |
| 5 | | they still gave me a sticker. |
| 6 | Q. | I want to go back to the Complaint real quick. |
| 7 | | You see, I want to direct your attention to |
| 8 | | paragraph three thirty-eight.  It says you began |
| 9 | | parking your car in a garage around January of |
| 10 | | 2019? |
| 11 | A. | I parked it in a garage right before when it |
| 12 | | broke down, before it broke down, I could make it |
| 13 | | down there to the garage down the street.  And |
| 14 | | then after that, I parked -- it was in the winter |
| 15 | | -- this was in, in the garage, it was in January, |
| 16 | | but then after that I parked it in -- because |
| 17 | | this lasted a long time, this was beyond January |
| 18 | | '19, this lasted a long time, the parking |
| 19 | | tickets, they lasted a long, long time. |
| 20 | Q. | So would it be fair to say there were times that |
| 21 | | you parked your car in a garage? |
| 22 | A. | One time. |
| 23 | Q. | Okay.  You didn't continuously park it there? |

100

```
 1   A.  It cost too much, no.

 2   MR. SAHASRABUDHE:  All right.  Mr. Bonds, that's all

 3       I have for you.

 4   THE WITNESS:  Okay.

 5

 6   EXAMINATION BY MS. TEFFT:

 7

 8   Q.  I have a couple additional questions for you.

 9       Mr. Bonds, you testified that in terms of the

10       non-summons tickets that you got, parking

11       tickets, that you got no more than twenty?

12   A.  Right.

13   Q.  Was your estimation, correct?

14   A.  No more than twenty.

15   Q.  Okay.  And you had also said before that you

16       believed you had received tickets every day?

17   A.  Every day.

18   Q.  That was over a several-month period, right?

19   A.  Yes.

20   Q.  Okay.  Is it possible that you didn't get tickets

21       every single day?

22   A.  It was snowing outside, it might not have been

23       every day, but when I did go outside and look, it
```

101

```
1       was tickets on the car and I would take them off
2       and some of them -- reason why I probably got
3       summons because they were -- I just left them,
4       they probably messed up and I said you can't put
5       it back together, you know how they stick to your
6       window and it was all faded and all messed up,
7       and that's why I probably didn't pay no attention
8       to it, and they sent me a summons.
9    Q. And did you check your windshield every day?
10   A. All the time.
11   Q. All the time.
12   A. Because after a while I said, in the winter I
13      said, they doing this -- it seemed like they were
14      doing it purposely, because I didn't hear no one
15      else, it might have been someone else, I never
16      heard of no one else, because I was asking
17      people, did you get any tickets for your car, but
18      I know they were doing mine every day.  And one
19      time I was trying to keep a record of what they
20      were doing, and then once I didn't have the car
21      no more, I would go on the Internet, because they
22      have it on the Internet, how many tickets that
23      you had, and I tried to do it yesterday, and it
```

102

```
 1        didn't come up, I guess it's, you know, it was

 2        paid for, they probably didn't -- they probably

 3        took it off, but they probably do have a record

 4        somewhere.

 5   Q.   If you got no more than twenty tickets though, it

 6        couldn't have been literally every day that you

 7        got a ticket, right, because this is over several

 8        months, is that correct?

 9   A.   That's correct.

10   Q.   Okay.  So not literally every day?

11   A.   Right.  The reason why I was saying that is

12        because when you went out there, it was always

13        tickets on the car, always.  It couldn't have

14        been every day, but it was tickets on the car

15        every time I went out there.  I mean, there was

16        snowstorms, and I didn't go out.  I went out just

17        about every day just to look, because after a

18        while I got interested, I said let me see if

19        these guys do this every day.

20   Q.   But you didn't always go out every single day?

21   A.   No.  If there was a lot of snow outside, I didn't

22        go out there every day.

23   Q.   Okay.  So just to be clear, it wasn't literally
```

103

1        tickets every day?

2   A.   Every day, no.

3   MS. TEFFT:   Okay.   That's all I have.

4   MR. SAHASRABUDHE:   All right.   Thank you.

5   THE WITNESS:   Thank you.

6

7                        *    *    *    *    *

104

1          I HEREBY CERTIFY that I have read the

2     foregoing 103 pages and that, except as to those

3     changes set forth in the attached errata form(s),

4     they are a true and accurate transcript of the

5     testimony given by me in the above-entitled

6     action on December 15, 2022.

7

8

9

10                    _____

11                         JOSEPH BONDS

12

13

14     Sworn to before me this

15

16     _____ day of _____ 2023.

17

18

19     _____

20          Notary Public.

21

22

23

105

```
 1      STATE OF NEW YORK)

 2                      SS:

 3      COUNTY OF ERIE)

 4

 5          I, Nichole Winans, a Notary Public in and

 6      for the State of New York, County of Erie, DO

 7      HEREBY CERTIFY that the testimony of JOSEPH BONDS

 8      was taken down by me in a verbatim manner by

 9      means of Machine Shorthand, on December 15, 2022.

10      That the testimony was then reduced into writing

11      under my direction.  That the testimony was taken

12      to be used in the above-entitled action.  That

13      the said deponent, before examination, was duly

14      sworn by me to testify to the truth, the whole

15      truth and nothing but the truth, relative to said

16      action.

17          I further CERTIFY that the above-described

18      transcript constitutes a true and accurate and

19      complete transcript of the testimony.

20

21      _____
                NICHOLE WINANS,
22              Notary Public.

23
```

ERRATA FORM

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

PAGE _____    LINE _____    CORRECTION: _____

_____

REASON: _____

Joseph Bonds

1

**'**

**'17** [1] - 62:20
**'18** [2] - 62:19, 62:20
**'19** [4] - 60:8, 60:9, 60:11, 99:18
**'20** [1] - 51:14
**'79** [1] - 59:16
**'82** [1] - 25:18
**'90** [1] - 24:22
**'90s** [1] - 40:1
**'96** [1] - 40:1

**1**

**1** [1] - 5:5
**1-10** [1] - 1:17
**1-20** [1] - 1:18
**100** [3] - 2:9, 3:7, 6:7
**10004** [1] - 6:4
**103** [1] - 104:2
**10:07** [1] - 2:10
**140** [2] - 2:9, 6:7
**14202-4040** [1] - 6:8
**14206** [2] - 6:21, 22:11
**15** [4] - 2:10, 29:2, 104:6, 105:9
**1500** [1] - 6:3
**19** [2] - 34:14, 39:23
**1956** [1] - 15:7
**1974** [1] - 29:7
**1979** [3] - 30:18, 36:2, 37:6
**1980** [2] - 25:18, 33:4
**1986** [1] - 34:3
**1989** [3] - 37:6, 39:7
**1990** [1] - 31:9
**1996** [4] - 24:22, 40:2, 40:10, 40:17
**1997** [2] - 55:9, 56:19
**1st** [1] - 55:9

**2**

**2000** [3] - 24:22, 24:23, 42:6
**2001** [5] - 40:9, 40:11, 55:11, 57:22, 57:23
**2002** [1] - 46:18
**2003** [3] - 48:7, 84:8, 84:10
**2004** [1] - 46:19
**2005** [1] - 46:19
**2006** [1] - 48:17
**2007** [1] - 48:17
**2010** [1] - 58:1
**2016** [5] - 62:20, 65:23, 66:9, 81:4, 81:5

**2017** [3] - 62:19, 79:18, 80:11
**2018** [7] - 17:2, 60:8, 60:9, 60:11, 91:1, 91:8, 92:15
**2019** [9] - 60:12, 60:21, 83:2, 83:8, 83:10, 84:3, 84:4, 91:8, 99:10
**2020** [8] - 49:10, 50:17, 52:1, 61:2, 61:3, 61:5, 61:12, 61:20
**2022** [3] - 2:10, 104:6, 105:9
**2023** [1] - 104:16
**21st** [1] - 42:15
**22** [1] - 5:8
**26** [1] - 24:18
**27** [1] - 5:5
**27th** [1] - 36:2

**3**

**3** [1] - 46:18
**3-D** [1] - 23:9
**31** [3] - 23:9, 28:6, 28:10
**33** [1] - 79:20
**37** [1] - 29:2
**39** [8] - 23:17, 24:9, 25:19, 26:8, 27:7, 28:4, 28:7, 28:8
**390** [1] - 24:12
**391** [1] - 24:13
**397** [1] - 24:13
**3rd** [1] - 15:7

**5**

**5** [1] - 5:6
**50** [1] - 6:3
**571** [1] - 51:5

**6**

**60** [1] - 52:15

**7**

**7** [1] - 3:6
**76** [1] - 29:2
**77** [1] - 5:6
**79** [5] - 6:21, 22:11, 23:4, 23:7, 25:19

**8**

**83** [1] - 5:8

**9**

**90** [1] - 4:5

**A**

**A.M** [1] - 2:11
**AARON** [1] - 1:16
**ability** [4] - 8:22, 10:15, 27:21, 28:11
**able** [1] - 9:8
**above-described** [1] - 105:17
**above-entitled** [2] - 104:5, 105:12
**according** [1] - 68:23
**accurate** [2] - 10:10, 104:4, 105:18
**accurately** [3] - 8:16, 9:4, 10:15
**action** [1] - 104:6, 105:12, 105:16
**active** [5] - 25:10, 34:21, 35:12, 35:16, 35:22
**actual** [2] - 68:10, 74:13
**Adams** [6] - 6:21, 20:6, 22:11, 23:4, 23:7, 25:20
**addition** [2] - 27:6, 27:7
**additional** [2] - 28:1, 100:8
**address** [10] - 23:5, 23:7, 23:13, 24:11, 24:16, 25:20, 27:7, 28:10, 87:6, 98:21
**administrative** [2] - 33:1, 33:7
**adult** [1] - 25:1
**adults** [1] - 20:23
**affect** [1] - 10:14
**Africa** [1] - 25:16
**afterwards** [1] - 68:6
**age** [3] - 19:23, 20:19, 58:4
**ago** [8] - 7:15, 8:1, 8:3, 8:4, 8:7, 46:16, 61:2, 64:9
**agreement** [1] - 27:21
**agreements** [3] - 27:9, 27:12, 27:13
**ahead** [2] - 10:3, 11:23
**aide** [1] - 18:11
**ain't** [2] - 82:3, 97:14
**alarm** [1] - 73:12
**alerted** [1] - 71:19
**allegations** [1] - 64:19
**allege** [2] - 79:6, 79:9
**alleges** [1] - 81:12

**Allied** [2] - 50:20, 51:20
**allowed** [2] - 41:17, 70:22
**almost** [6] - 7:23, 8:1, 81:17, 81:22, 83:2, 86:13
**Amherst** [2] - 17:22, 21:5
**amount** [2] - 93:23, 94:1
**AND** [1] - 6:2
**angry** [3] - 86:2, 87:2
**answer** [9] - 9:6, 9:11, 10:3, 10:18, 11:5, 11:11, 11:14, 11:16, 11:22
**answers** [2] - 8:10, 9:14
**anti** [2] - 34:1, 34:4
**anti-terrorist** [2] - 34:1, 34:4
**apartment** [4] - 23:9, 25:22, 25:23
**Apartments** [4] - 20:10, 26:16, 51:9, 51:13
**apologize** [3] - 28:9, 84:11, 87:16
**appeal** [1] - 96:22
**appear** [1] - 92:7
**appearance** [1] - 5:7
**appearances** [2] - 72:20, 89:12
**APPEARANCES** [1] - 6:1
**appeared** [1] - 96:7
**appearing** [1] - 6:4
**Appearing** [1] - 6:8
**applied** [1] - 8:6
**apply** [1] - 8:7
**appointed** [1] - 96:21
**approve** [2] - 55:1, 55:4
**approved** [1] - 55:7
**April** [1] - 23:6
**area** [5] - 17:23, 53:8, 78:9, 79:21, 88:10
**argue** [1] - 74:10
**argued** [3] - 88:1, 88:3, 96:23
**arguing** [2] - 96:15, 97:3
**Armed** [4] - 29:11, 35:5, 35:22, 36:1
**Arts** [1] - 21:23
**associate** [1] - 7:4
**Associate's** [3] - 30:6, 30:8, 30:14,

30:21, 30:23, 31:4
**Association** [3] - 25:21, 26:1, 26:4
**assume** [4] - 10:2, 69:19, 69:21
**attached** [1] - 104:3
**attend** [7] - 21:20, 21:22, 28:20, 29:1, 55:17, 55:19, 56:23
**attended** [1] - 28:22
**attention** [10] - 32:17, 64:16, 65:21, 67:11, 75:9, 79:7, 79:16, 81:10, 99:7, 101:7
**attorney** [6] - 11:7, 11:15, 12:7, 12:9, 12:11, 96:9
**attorney's** [1] - 96:9
**attorneys** [2] - 13:18, 14:4
**August** [3] - 36:2, 79:18, 80:11
**Authority** [2] - 43:13, 43:21
**automatic** [1] - 33:12
**available** [3] - 5:5, 27:3, 77:6
**Ave** [1] - 79:19
**average** [2] - 59:2, 59:3
**aware** [1] - 73:20

**B**

**Bank** [1] - 50:4
**banking** [1] - 50:8
**basement** [1] - 47:8
**bases** [1] - 33:18
**basic** [2] - 36:12, 36:13
**Basil** [1] - 76:1
**basis** [1] - 61:13
**became** [3] - 42:2, 43:11, 56:18
**become** [8] - 41:19, 41:23, 53:16, 54:5, 54:8, 55:1, 55:4, 55:7
**began** [3] - 39:19, 40:3, 99:8
**beginning** [3] - 39:13, 86:11, 86:13
**behalf** [2] - 1:6, 1:8
**behind** [5] - 67:16, 67:17, 72:5, 72:6, 79:2
**Beirut** [4] - 35:1, 35:2, 35:6, 35:10
**belongs** [2] - 88:12, 88:14

**below** [2] - 19:23, 56:12
**Belt** [1] - 79:21
**benefits** [3] - 39:4, 45:15, 45:16
**best** [2] - 8:22, 9:12
**between** [12] - 6:13, 10:22, 11:2, 27:9, 40:2, 45:11, 54:13, 60:22, 64:12, 75:23, 80:15, 94:13
**beyond** [1] - 99:17
**Bible** [1] - 58:8
**big** [4] - 21:1, 53:2, 68:1, 68:2
**biological** [1] - 19:23
**birth** [1] - 15:6
**bit** [4] - 12:5, 38:8, 56:21, 83:7
**BLACK** [1] - 1:5
**black** [1] - 57:6
**Black** [1] - 14:19
**blocking** [2] - 69:1, 70:4
**BMHA** [16] - 5:5, 5:5, 23:11, 26:10, 27:2, 27:3, 27:9, 27:17, 28:12, 28:15, 81:14, 81:21, 86:22, 87:21, 88:14, 97:15
**board** [2] - 54:10, 54:21
**BONDS** [6] - 1:2, 1:7, 2:7, 3:4, 104:11, 105:7
**Bonds** [10] - 7:3, 12:3, 15:9, 15:15, 17:16, 17:17, 75:11, 79:18, 100:2, 100:9
**bonds** [4] - 28:18, 59:9, 63:17, 90:15
**Bonds'** [2] - 4:5, 90:10
**boot** [1] - 25:8
**born** [1] - 28:18
**break** [5] - 11:19, 11:20, 12:1, 59:4, 59:8
**BRINKWORTH** [1] - 1:16
**British** [2] - 34:19, 34:20
**Broadway** [1] - 6:3
**broke** [4] - 86:11, 86:17, 99:12
**Brown** [3] - 15:23, 16:1, 16:3
**BROWN** [1] - 1:12
**brung** [1] - 86:17
**Bryant** [3] - 30:20,

36:4, 36:5
**BUFFALO** [1] - 1:12
**Buffalo** [48] - 1:13, 1:14, 1:16, 1:18, 2:9, 6:21, 7:6, 16:22, 17:2, 17:23, 18:23, 20:10, 21:4, 21:20, 22:11, 23:9, 24:19, 25:2, 28:19, 28:20, 40:7, 40:10, 42:3, 42:7, 43:17, 53:3, 53:5, 53:8, 56:10, 56:11, 57:1, 57:2, 57:7, 57:13, 57:14, 57:17, 62:12, 63:12, 66:4, 66:17, 69:18, 78:7, 86:21, 86:23, 88:13, 91:13, 91:14, 92:9
**Buffalo,New** [1] - 6:8
**build** [1] - 44:22
**Building** [4] - 2:9, 6:6, 46:8, 48:3
**building** [5] - 44:23, 46:7, 51:6, 88:9, 88:11
**buildings** [2] - 51:8, 88:14
**bus** [1] - 30:4
**business** [1] - 30:22
**buy** [1] - 61:11
**BY** [10] - 7:1, 27:5, 59:7, 63:22, 65:11, 77:9, 84:1, 90:1, 90:14, 100:6
**BYRON** [2] - 1:12, 1:14

**C**

**Cadillac** [2] - 67:13, 84:8
**California** [1] - 25:6
**camp** [1] - 25:8
**campus** [1] - 18:5
**capable** [1] - 54:11
**capacities** [3] - 1:13, 1:15, 1:19
**capacity** [3] - 1:16, 52:11, 55:22
**captured** [1] - 34:6
**car** [60] - 60:3, 60:4, 60:5, 60:7, 60:10, 60:11, 60:12, 60:13, 60:15, 60:21, 61:2, 61:3, 61:6, 61:8, 61:12, 70:9, 71:14, 71:20, 72:12, 72:15, 72:17, 73:10, 73:11, 73:13, 73:17, 75:23, 78:17, 78:19, 82:1, 82:7, 82:12, 82:21,

83:1, 83:5, 83:9, 84:4, 84:7, 86:7, 87:4, 87:11, 88:5, 91:7, 91:9, 95:18, 95:20, 97:16, 97:20, 98:11, 98:15, 98:17, 99:1, 99:4, 99:9, 99:21, 101:1, 101:17, 101:20, 102:13, 102:14
**card** [9] - 74:3, 74:4, 74:12, 74:13, 74:16, 74:20, 75:5, 76:5, 77:14
**care** [3] - 18:10, 32:17, 82:2
**careers** [1] - 37:2
**Carlton** [1] - 79:20
**cars** [10] - 60:17, 70:12, 70:22, 71:2, 71:4, 72:7, 79:1, 79:4, 88:21
**case** [6] - 7:11, 13:2, 14:9, 34:6, 47:21, 61:20
**cash** [2] - 93:14, 93:15
**catching** [1] - 30:4
**caveat** [1] - 10:19
**CENTER** [1] - 6:2
**certainly** [1] - 15:1
**certification** [1] - 6:16
**certifications** [4] - 32:3, 32:22, 33:22, 53:15
**certified** [1] - 57:20
**CERTIFY** [3] - 104:1, 105:7, 105:17
**challenge** [4] - 76:12, 76:16, 85:4, 96:3
**challenged** [1] - 85:8
**change** [5] - 33:14, 37:17, 40:23, 51:15, 75:21
**changed** [4] - 26:12, 51:16, 52:1, 76:2
**changes** [1] - 104:3
**CHARIS** [1] - 1:6
**CHARLES** [1] - 1:7
**check** [2] - 73:10, 101:9
**checking** [1] - 73:17
**checkpoint** [14] - 62:9, 62:18, 63:2, 63:8, 63:12, 66:3, 67:9, 79:19, 80:3, 80:9, 80:12, 80:17, 81:1, 81:3

**Chicago** [1] - 25:8
**Child** [1] - 20:12
**child's** [2] - 39:16
**children** [6] - 16:5, 17:7, 18:11, 19:12, 19:17, 19:23
**Christian** [1] - 52:23
**church** [19] - 52:9, 52:14, 52:23, 54:19, 55:13, 55:15, 55:17, 55:19, 56:9, 56:22, 56:23, 57:6, 57:14, 61:16, 66:2, 67:3, 78:12, 78:13, 78:14
**churches** [3] - 53:6, 53:12, 57:11
**citation** [1] - 80:5
**citizen** [2] - 42:13, 42:14
**Citizen** [2] - 51:9, 51:12
**CITY** [1] - 1:12
**city** [14] - 41:22, 42:8, 42:9, 42:11, 42:22, 43:5, 43:10, 44:4, 44:5, 44:7, 57:4, 86:3, 94:21, 96:13
**City** [10] - 1:13, 7:5, 21:4, 21:20, 24:19, 25:2, 40:7, 40:10, 51:9, 51:12, 62:12, 63:12, 88:13, 91:13, 91:14, 92:8
**Civil** [1] - 2:8
**civil** [1] - 7:16
**class** [3] - 1:8, 32:9, 38:11
**classes** [1] - 58:7
**clear** [1] - 102:23
**Clinton** [1] - 22:21
**close** [1] - 88:13
**cold** [1] - 30:4
**College** [5] - 29:17, 29:23, 31:11, 31:12, 32:5
**combat** [8] - 34:21, 34:23, 35:8, 35:9, 35:12, 35:16, 35:22
**coming** [6] - 69:16, 86:16, 87:2, 88:20
**commencing** [1] - 2:10
**commercial** [1] - 50:8
**commissioner** [1] - 42:14
**Commissioner** [2] - 1:14, 1:15
**Commonwealth** [2] - 18:6, 18:8

**Comp** [2] - 50:11
**company** [8] - 45:10, 45:13, 45:19, 45:21, 49:2, 75:21, 83:14
**compensated** [3] - 37:11, 41:2, 52:11
**compensation** [2] - 39:3, 43:1
**Complaint** [6] - 13:9, 13:12, 13:14, 14:2, 14:3, 99:6
**complete** [3] - 9:9, 9:11, 105:19
**completed** [1] - 48:15
**comprehensive** [2] - 92:7, 93:2
**concrete** [2] - 31:23, 32:2
**congregation** [5] - 53:2, 55:23, 56:22, 57:9, 57:16
**Connecticut** [1] - 25:9
**connection** [5] - 47:13, 50:10, 80:23, 93:3, 93:17
**consider** [1] - 20:3
**considered** [1] - 40:4
**consistent** [3] - 79:12, 79:14, 91:3
**constantly** [1] - 22:7
**constitutes** [1] - 105:18
**Construction** [5] - 44:15, 44:19, 44:21, 45:2, 47:1
**construction** [9] - 39:20, 40:3, 40:8, 40:9, 43:11, 43:12, 44:7, 44:11, 44:14
**contents** [1] - 12:6
**continuous** [1] - 84:18
**continuously** [3] - 23:19, 60:1, 99:23
**contractually** [1] - 41:16
**control** [1] - 34:20
**controlled** [3] - 42:9, 42:12, 42:13
**conversation** [1] - 8:13
**conversations** [1] - 12:7
**conversely** [1] - 10:1
**convicted** [1] - 15:4
**cooperative** [1] - 27:12
**cop** [1] - 71:4

Joseph Bonds

3

copies [1] - 26:22
cops [2] - 68:9,
68:10
Corps [3] - 32:6,
32:8, 32:9
correct [27] - 17:4,
27:17, 40:16, 44:12,
49:5, 49:12, 54:23,
55:6, 65:15, 66:4,
66:5, 67:1, 67:2, 71:7,
73:23, 75:14, 77:16,
79:22, 80:6, 80:18,
80:20, 80:21, 81:1,
91:10, 100:13, 102:8,
102:9
cost [1] - 100:1
counsel [1] - 6:13
countries [1] - 35:21
country [4] - 34:17,
34:18, 57:11
County [4] - 43:13,
43:20, 44:10, 105:6
county [1] - 44:5
COUNTY [1] - 105:3
couple [7] - 8:5,
44:20, 62:20, 65:4,
70:14, 76:3, 100:8
course [1] - 65:8
courses [2] - 31:18,
54:1
court [14] - 5:7, 9:10,
9:12, 50:14, 76:12,
76:16, 77:1, 81:7,
85:4, 85:7, 85:12,
89:12, 96:3, 96:4
Court [3] - 24:18,
50:12, 96:13
COURT [1] - 1:3
courtroom [2] - 11:8,
77:3
Creek [1] - 25:7
cross [1] - 22:19
curb [1] - 68:19
current [2] - 5:5,
27:3
cut [3] - 82:7, 88:23

**D**

Daemen [3] - 31:11,
31:12, 32:4
daily [2] - 61:13,
85:15
DANIEL [1] - 1:15
date [3] - 15:6,
74:16, 97:23
dates [1] - 40:8
daughter [5] - 16:9,
17:11, 20:17, 21:12,
21:14

daughter's [3] - 60:4,
61:8, 98:17
days [1] - 41:17
DE'JON [1] - 1:7
Deborah [6] - 15:23,
16:1, 16:3, 17:7,
17:11, 19:15
Deborah's [1] -
17:13
December [4] - 2:10,
39:7, 104:6, 105:9
decided [2] - 81:22,
82:1
decisions [1] - 96:22
Defendant's [10] -
4:4, 63:18, 64:4,
65:15, 79:8, 79:17,
90:11, 90:16, 92:6,
92:13
Defendants [3] -
1:20, 6:8, 7:6
definition [1] - 11:6
degree [6] - 30:6,
30:8, 30:15, 30:21,
30:23, 31:4
denomination [1] -
52:21
department [8] -
36:18, 40:15, 40:19,
40:20, 40:21, 41:3,
42:11, 43:2
Department [6] -
1:14, 1:16, 1:18,
36:17, 44:10, 86:23
deponent [1] -
105:13
deposition [9] - 7:9,
7:12, 8:6, 12:4, 14:5,
50:9, 64:3, 64:7, 92:3
DERENDA [1] - 1:15
describe [1] - 67:7
described [1] -
105:17
Description [1] - 5:4
DeVille [1] - 84:8
Diego [1] - 34:15
difference [4] -
10:21, 11:2, 54:13,
87:8
different [5] - 53:12,
54:1, 68:4, 68:8
direct [8] - 63:21,
64:16, 65:21, 75:9,
79:7, 79:15, 81:10,
99:7
directed [1] - 71:12
direction [2] - 69:5,
105:11
disability [1] - 47:19,
48:10, 48:12

discharged [3] -
38:16, 39:1, 39:2
dismantled [1] -
97:15
dismissed [2] -
77:20, 94:22
dispute [1] - 66:8
district [1] - 96:9
DISTRICT [2] - 1:3,
1:4
Division [3] - 24:12,
24:13, 24:16
DMV [2] - 91:14
DO [1] - 105:6
doctor's [1] - 48:22
doctrine [1] - 58:8
DOCUMENT [1] - 5:1
document [5] -
90:17, 91:11, 91:17,
91:21, 91:23
documentation [1] -
5:6
documents [8] -
12:18, 12:20, 12:23,
13:4, 13:11, 13:15,
14:1, 27:8
DOE [1] - 1:8
dollars [10] - 26:7,
26:15, 37:16, 37:22,
45:4, 51:23, 76:9,
83:15, 94:3, 94:23
done [1] - 67:12
door [2] - 95:5, 95:6
DORETHEA [1] - 1:7
down [17] - 28:7,
67:10, 67:14, 68:17,
75:15, 78:10, 86:11,
86:14, 86:18, 93:13,
94:21, 98:7, 99:12,
99:13, 105:8
downtown [3] - 69:9,
70:2, 74:10
Downtown [1] -
69:18
Drive [12] - 23:9,
23:18, 24:10, 25:19,
26:8, 26:16, 27:7,
28:5, 28:9, 28:10,
88:12, 98:21
drive [7] - 60:9,
60:14, 72:1, 72:4,
82:8, 97:20, 98:4
driven [3] - 60:22,
61:12, 62:2
driver's [1] - 59:9,
59:12, 59:21
driveway [1] - 98:13
driving [6] - 60:17,
68:17, 70:9, 70:15,
70:16, 98:5

drove [2] - 60:15,
60:19
duly [2] - 6:22,
105:13
during [19] - 12:22,
13:6, 23:17, 26:12,
28:4, 33:5, 35:5, 35:8,
35:19, 37:7, 37:11,
38:19, 41:9, 45:11,
49:13, 49:17, 50:1,
78:16, 80:5
duty [1] - 25:10

**E**

E-3 [4] - 37:14, 38:7,
38:9, 38:10
E-5 [3] - 38:7, 38:9,
38:11
early [1] - 84:3
earn [1] - 36:21
east [2] - 69:22, 70:2
East [7] - 34:7,
34:11, 34:13, 57:14,
57:17, 66:4, 79:21
EBONY [1] - 1:8
ECONOMIC [1] - 6:2
education [3] -
29:23, 31:1, 31:3
educational [1] -
32:3
eight [3] - 20:21,
59:19, 99:8
eighteen [1] - 20:1
eighty [4] - 58:19,
59:1, 68:3
eighty-four [1] - 59:1
eighty-some [1] -
68:3
eighty-three [1] -
59:1
eleven [1] - 25:4
employed [1] - 47:2
employee [4] - 41:8,
41:12, 41:21, 42:1
employment [10] -
36:23, 37:8, 40:4,
40:12, 40:13, 44:4,
44:6, 50:17, 50:19,
52:7
encountered [4] -
62:8, 62:17, 63:7,
63:11
end [3] - 26:20, 38:1,
47:18
ended [2] - 30:2,
37:21
enlist [2] - 36:6,
38:18
enlisted [2] - 36:14,

38:20
entered [1] - 6:11
entirety [1] - 28:15
entitled [2] - 104:5,
105:12
Erie [4] - 43:13,
43:20, 44:10, 105:6
ERIE [1] - 105:3
errata [1] - 104:3
escape [1] - 34:7
ESQ [2] - 6:2, 6:6
essentially [2] -
43:18, 77:10
estimate [3] - 10:22,
11:2, 11:3
estimates [1] - 10:21
estimation [1] -
100:13
everyday [1] - 8:13
evidently [1] - 97:11
exact [2] - 24:11,
89:21
exactly [5] - 8:13,
32:18, 74:4, 74:19,
93:7
examination [1] -
105:13
EXAMINATION [2] -
7:1, 100:6
Examination [2] -
2:6, 3:5
except [2] - 6:17,
104:2
excuse [4] - 20:21,
24:13, 40:7, 48:22
Exhibit [10] - 63:18,
64:4, 65:15, 79:8,
79:17, 90:11, 90:16,
92:7, 92:14
EXHIBITS [1] - 4:1
Exhibits [1] - 4:4
experience [1] -
80:17
expired [14] - 59:15,
67:20, 71:20, 71:21,
73:13, 74:14, 75:13,
81:15, 81:20, 84:15,
84:22, 84:23, 85:1,
88:19
explain [1] - 12:5
Expressway [1] -
79:20
extent [2] - 27:2,
77:6, 83:23

**F**

facility [3] - 27:17,
51:2, 51:4
fact [3] - 74:22,

Sue Ann Simonin Court Reporting

Joseph Bonds

4

84:21, 84:23
**faculties** [1] - 10:14
**faded** [1] - 101:6
**fair** [9] - 10:4, 42:18, 79:8, 79:17, 81:11, 84:2, 90:23, 91:6, 99:20
**fall** [1] - 66:9
**familiar** [1] - 65:2
**Family** [1] - 20:12
**family** [3] - 23:1, 23:3, 66:21
**far** [16] - 27:15, 29:22, 31:14, 43:6, 50:12, 64:12, 67:19, 72:1, 72:3, 72:14, 73:14, 73:20, 78:12, 90:4, 96:11, 97:15
**fast** [2] - 32:9, 70:20
**fast-paced** [1] - 32:9
**federal** [1] - 42:9
**Federal** [1] - 2:7
**fell** [1] - 47:8
**felony** [1] - 15:4
**female** [1] - 77:11
**fence** [4] - 86:18, 86:19, 89:1, 89:3
**few** [5] - 20:23, 38:20, 47:2, 55:14, 80:10
**fifteen** [8] - 23:14, 24:4, 26:12, 28:9, 28:16, 49:11, 64:17, 65:12
**fifth** [1] - 22:2
**fifty** [5] - 8:1, 8:6, 53:4, 85:22, 94:9
**figured** [2] - 82:10, 82:18
**file** [1] - 47:13
**filed** [2] - 7:8, 64:14
**filing** [1] - 6:15
**Fillmore** [1] - 29:2
**finally** [1] - 91:8
**finance** [1] - 58:9
**fine** [3] - 11:20, 78:2, 80:22
**finish** [11] - 9:5, 9:13, 14:13, 18:16, 29:15, 29:20, 30:5, 30:12, 30:14, 63:4, 76:14
**finished** [1] - 30:8
**fire** [1] - 35:14
**fired** [1] - 49:6
**firing** [1] - 35:13
**Firm** [1] - 48:3
**first** [19] - 7:8, 8:9, 11:23, 12:13, 14:14, 19:12, 39:10, 39:14, 40:12, 40:13, 54:5,

57:23, 64:10, 80:17, 82:7, 90:23, 91:15, 91:20, 96:13
**five** [11] - 16:14, 17:20, 26:7, 43:3, 55:14, 55:15, 55:20, 62:22, 70:21, 94:3, 94:23
**floor** [3] - 42:16, 91:15, 96:14
**follow** [1] - 78:22
**followed** [3] - 72:7, 79:1, 79:4
**following** [1] - 6:11
**follows** [1] - 6:23
**food** [1] - 49:15
**FOR** [1] - 6:2
**Forces** [2] - 29:11, 35:5, 35:22, 36:1
**Ford** [1] - 76:1
**foregoing** [1] - 104:2
**forgive** [1] - 25:15
**forgot** [3] - 33:14, 42:15, 47:21
**form** [3] - 6:17, 89:23, 90:6
**form(s** [1] - 104:3
**former** [3] - 1:15, 5:5, 27:2
**forms** [1] - 52:7
**forth** [1] - 104:3
**forties** [1] - 73:6
**forty** [6] - 17:20, 43:4, 64:17, 65:13, 76:11, 94:3
**forty-five** [2] - 17:20, 94:3
**forty-two** [2] - 64:17, 65:13
**forward** [3] - 9:19, 9:20, 54:12
**four** [13] - 16:19, 20:8, 24:23, 45:4, 46:16, 59:1, 62:22, 63:6, 72:11, 79:16, 79:18, 81:13, 85:18
**FRANKLIN** [1] - 1:7
**friends** [3] - 66:2, 66:19, 66:22
**front** [2] - 73:11, 82:13
**Fruit** [1] - 79:21
**full** [8] - 8:10, 8:16, 8:23, 36:23, 40:12, 41:19, 41:23, 42:4
**full-time** [5] - 36:23, 40:12, 41:19, 41:23, 42:4

## G

**Galleria** [1] - 39:15
**garage** [6] - 97:9, 99:9, 99:11, 99:13, 99:15, 99:21
**garages** [1] - 97:8
**garbage** [1] - 40:22
**Garcia** [1] - 34:15
**Gardens** [1] - 20:10
**gates** [1] - 97:13
**General** [2] - 18:22, 19:2
**generally** [2] - 14:9, 58:21
**given** [4] - 7:9, 81:14, 89:8, 104:5
**God** [2] - 51:9, 51:12
**gonna** [3] - 74:8, 82:3, 97:14
**goods** [1] - 33:17
**gotta** [6] - 32:10, 54:10, 82:12, 82:16, 88:7, 91:16
**government** [2] - 42:10, 42:12
**grade** [2] - 22:1, 58:18
**graded** [1] - 58:14
**grades** [2] - 58:21, 58:22
**graduate** [3] - 29:4, 29:6, 31:5
**graduated** [4] - 29:13, 29:16, 66:15, 66:16
**graduating** [1] - 29:9
**grandchild** [1] - 21:8
**grandchildren** [7] - 19:4, 19:9, 20:14, 20:16, 20:19, 21:3
**granddaughter** [2] - 61:22, 66:20
**Great** [2] - 32:7
**great** [1] - 11:6
**grew** [1] - 16:23
**grocery** [1] - 61:23
**Groton** [1] - 25:9
**ground** [1] - 8:5
**Guaranty** [2] - 2:9, 2:16
**guard** [5] - 39:10, 39:13, 46:5, 46:6, 50:22
**guess** [19] - 9:18, 10:17, 10:22, 11:2, 35:15, 49:2, 68:8, 69:22, 70:11, 71:16, 71:23, 73:15, 80:14, 92:18, 97:1, 102:1

**guessing** [1] - 11:3
**Gulf** [1] - 34:16
**guy** [2] - 68:2, 97:2
**guys** [1] - 102:19

## H

**half** [3] - 25:14, 30:1, 31:15
**hall** [3] - 86:3, 94:21, 96:13
**HALL** [1] - 1:7
**hand** [1] - 97:2
**handed** [1] - 90:15
**hard** [1] - 95:17
**Harlem** [1] - 75:23
**Hawaii** [1] - 25:16
**head** [4] - 8:12, 11:4, 56:8
**headed** [1] - 78:6
**hear** [1] - 101:14
**heard** [2] - 14:19, 101:16
**held** [1] - 43:5
**helo** [1] - 33:21
**HEREBY** [2] - 104:1, 105:7
**hereby** [1] - 6:13
**hide** [1] - 86:19
**high** [2] - 37:23, 66:16
**High** [5] - 29:3, 29:4, 29:8, 29:10, 29:16
**higher** [1] - 31:3
**Highway** [3] - 43:13, 43:20, 44:10
**Hilbert** [6] - 29:14, 29:17, 29:18, 29:23, 30:6, 36:4
**hill** [1] - 89:2
**history** [1] - 31:13
**Hodgson** [1] - 7:5
**HODGSON** [2] - 2:8, 6:5
**hold** [4] - 38:6, 38:14, 42:22, 55:15
**hollering** [1] - 86:4
**home** [2] - 22:19, 24:1
**homeowner's** [1] - 27:13
**honorables** [1] - 38:17
**honorably** [2] - 38:16, 39:1
**hour** [4] - 12:17, 13:23, 51:23, 95:14
**hourly** [1] - 51:19
**house** [1] - 22:9
**House** [2] - 52:15,

52:19
**houses** [2] - 44:22, 44:23
**housing** [3] - 7:14, 27:12, 27:17
**Housing** [1] - 23:11
**Howard** [2] - 51:5, 52:15
**hum** [7] - 60:2, 63:3, 68:22, 72:8, 72:18, 91:5, 98:22
**HUMPHREY** [1] - 1:6
**hundred** [13] - 26:7, 26:15, 37:15, 37:21, 37:22, 45:4, 53:3, 53:14, 68:3, 76:9, 83:15, 85:21, 85:22

## I

**idea** [1] - 14:23
**Identification** [1] - 4:4
**identification** [1] - 90:12
**ignorance** [1] - 25:15
**Illinois** [1] - 25:8
**important** [2] - 8:14, 9:3
**impossible** [2] - 82:22, 87:12
**IN** [1] - 1:5
**inbound** [4] - 70:3, 70:4, 70:5, 70:10
**income** [1] - 37:8
**increase** [1] - 52:5
**index** [3] - 27:1, 77:5, 83:22
**INDEX** [3] - 3:1, 4:1, 5:1
**Indian** [2] - 34:15, 34:19
**individual** [5] - 1:13, 1:14, 1:16, 1:19, 7:6
**individually** [1] - 1:8
**inducted** [2] - 36:9, 36:10
**information** [1] - 78:1
**injections** [1] - 47:11
**injured** [2] - 46:23, 47:3
**injury** [7] - 46:21, 47:5, 47:6, 47:7, 47:14, 48:20, 49:1
**inspected** [1] - 84:19
**inspection** [1] - 73:21, 73:22, 81:15, 81:20, 84:15, 84:22, 87:14, 87:15, 87:16,

87:20, 87:23, 88:19, 97:23
**instance** [1] - 66:6
**instances** [1] - 81:19
**instead** [1] - 61:9
**instructed** [1] - 11:15
**insurance** [17] - 67:19, 67:20, 67:21, 71:15, 71:22, 73:13, 74:3, 74:4, 74:5, 74:12, 75:5, 75:6, 75:12, 75:19, 75:21, 76:5, 77:14
**intense** [2] - 34:9, 34:10
**interaction** [1] - 78:16
**interested** [1] - 102:18
**Internet** [2] - 101:21, 101:22
**interview** [1] - 54:22
**involved** [2] - 35:16, 43:11
**island** [1] - 34:16
**issued** [5] - 80:23, 81:8, 93:6, 93:18, 95:8
**issuing** [2] - 87:19, 89:16
**itself** [1] - 68:10

## J

**JANE** [1] - 1:8
**January** [4] - 55:9, 99:9, 99:15, 99:17
**Jefferson** [1] - 79:19
**job** [4] - 42:8, 46:21, 46:23, 47:1
**jobs** [3] - 36:14, 36:19, 50:3
**joined** [4] - 29:10, 36:1, 36:2, 46:17
**Joseph** [1] - 15:9
**JOSEPH** [6] - 1:2, 1:7, 2:7, 3:4, 104:11, 105:7
████ [15] - 16:12, 16:13, 16:15, 16:17, 16:21, 16:23, 17:2, 18:2, 19:10, 21:12, 23:22, 24:1, 24:7, 66:13, 66:14
████ [1] - 17:17
**judge** [7] - 76:22, 77:11, 77:12, 86:3, 87:5, 87:18, 96:20
**Judge** [5] - 11:9,

74:10, 77:11, 77:21, 96:19
**Junior** [2] - 29:17, 29:23
**JUSTICE** [1] - 6:2

## K

**K-A-I-M-A-R-I** [1] - 21:19
**K-A-R-E-E-M** [1] - 17:14
████ [3] - 21:19, 22:14, 22:15
████ [9] - 17:14, 17:19, 17:21, 18:13, 18:21, 18:22, 19:10, 20:17, 21:6
████ [1] - 17:15
**KARINA** [1] - 6:2
**keep** [4] - 86:5, 89:10, 97:5, 101:19
**keeping** [1] - 70:17
**Kensington** [5] - 29:3, 29:4, 29:8, 29:10, 29:16
**kept** [3] - 71:9, 86:1, 88:20
**Kevin** [1] - 48:3
**KEVIN** [1] - 1:16
**kids** [7] - 18:4, 19:11, 20:3, 20:23, 21:1
**Kids** [1] - 39:17
**kind** [9] - 11:5, 18:11, 43:7, 46:7, 47:5, 56:11, 58:5, 84:7, 87:1
**kinds** [1] - 57:13
**knowledge** [2] - 27:11, 54:17

## L

**laborer** [1] - 45:5
**lack** [1] - 31:17
**laid** [2] - 41:13, 44:1
**Lakes** [1] - 32:7
**Lamparelli** [8] - 44:15, 44:18, 44:21, 45:2, 45:6, 45:12, 47:1, 47:3
**lane** [3] - 70:5, 70:7, 70:10
**Larkin** [1] - 46:8
**last** [14] - 15:15, 17:15, 17:17, 42:15, 48:4, 60:7, 60:12, 62:2, 62:5, 62:8, 62:10, 62:11, 62:14, 62:17
**lasted** [7] - 12:16,

48:6, 48:7, 79:13, 99:17, 99:18, 99:19
**LAW** [1] - 6:2
**Law** [1] - 48:3
**law** [1] - 2:8
**lawsuit** [10] - 7:7, 7:16, 14:9, 14:13, 14:17, 47:13, 47:17, 48:16, 50:10, 64:13
**lawyer** [3] - 47:23, 48:2, 50:14
**lawyers** [3] - 91:18, 92:1, 96:14
**lay** [1] - 41:19
**learn** [6] - 32:8, 32:10, 33:7, 34:7, 53:21, 58:5
**learned** [3] - 32:16, 33:12, 53:22
**learning** [2] - 33:8, 54:5
**lease** [6] - 26:17, 26:20, 27:8, 27:15, 27:22, 28:2
**leases** [3] - 5:5, 26:22, 27:2
**least** [3] - 55:20, 59:22, 84:3
**leave** [1] - 82:16
**leaving** [6] - 30:2, 32:20, 38:1, 40:2, 40:14, 43:10
**Lebanon** [4] - 35:1, 35:2, 35:6, 35:10
**left** [11] - 31:16, 38:22, 39:6, 39:8, 43:2, 44:3, 44:6, 45:6, 86:18, 89:3, 101:3
**level** [1] - 58:22
**levels** [2] - 31:1, 31:3
**Liberty** [1] - 48:3
**license** [3] - 59:10, 59:12, 59:22
**licensed** [1] - 32:15
**life** [1] - 25:1
**lights** [3] - 67:22, 72:4, 73:15
**Linda** [17] - 15:14, 15:17, 15:19, 15:22, 16:5, 17:5, 19:14, 19:19, 19:22, 21:10, 22:3, 22:12, 23:18, 24:7, 49:17, 49:19
**Linda's** [2] - 15:15, 20:3
**Line** [1] - 5:4
**list** [1] - 93:2
**literally** [3] - 102:6, 102:10, 102:23

**live** [31] - 16:15, 16:21, 17:5, 17:21, 20:9, 21:4, 21:5, 22:5, 22:10, 22:12, 22:17, 23:8, 23:13, 23:18, 24:5, 24:9, 24:14, 24:17, 24:21, 25:3, 61:17, 82:11, 82:18, 86:5, 86:8, 88:4, 97:5, 97:6, 97:7, 98:7, 98:12
**lived** [20] - 16:17, 17:2, 23:4, 23:17, 23:21, 24:4, 24:9, 25:2, 26:8, 26:13, 26:16, 27:6, 28:4, 28:8, 28:16, 66:17, 81:21, 87:7, 88:4, 98:14
**lives** [2] - 21:9, 22:3
**living** [5] - 16:20, 18:3, 18:20, 20:11, 23:7
**LLP** [2] - 2:8, 6:5
**location** [2] - 51:2, 51:4
**locations** [2] - 51:15, 53:6
**locking** [1] - 97:13
**Lockport** [1] - 19:1
**LOCKWOOD** [1] - 1:14
**long-term** [2] - 40:4, 40:13
**longest** [1] - 50:4
**look** [12] - 65:19, 83:20, 83:21, 87:13, 87:20, 89:4, 93:1, 95:13, 95:15, 95:17, 100:23, 102:17
**looked** [1] - 67:18
**looking** [1] - 92:5
**LOVE** [1] - 1:5
**Love** [1] - 14:20
**LPN** [3] - 32:13, 32:14

## M

**Machine** [1] - 105:9
**majority** [1] - 57:6
**male** [2] - 77:11, 77:12
**males** [2] - 72:22, 72:23
**Mall** [1] - 39:15
**man** [2] - 59:14, 89:5
**management** [1] - 30:22
**maneuver** [3] -

69:12, 70:23, 71:7
**maneuvered** [1] - 71:6
**manner** [1] - 105:8
**MARIELLE** [1] - 1:6
**Marine** [2] - 23:9, 23:18, 24:9, 25:19, 26:8, 26:16, 27:7, 28:4, 28:9, 28:10, 88:12, 98:20
**marked** [5] - 63:16, 63:18, 90:8, 90:11, 90:16
**marriage** [2] - 15:19, 19:17
**marriages** [1] - 16:3
**married** [6] - 15:11, 15:17, 15:20, 15:22, 16:1, 19:22
**Masten** [1] - 21:23
**material** [2] - 33:11, 33:15
**Mayor** [1] - 1:13, 36:16
**mean** [15] - 9:18, 28:8, 32:12, 33:10, 35:3, 35:5, 35:13, 36:3, 53:5, 82:13, 82:20, 88:21, 95:23, 98:17, 102:15
**meaning** [2] - 41:9, 75:12
**means** [2] - 10:7, 38:9, 105:9
**medical** [1] - 32:17
**medications** [1] - 10:14
**meet** [1] - 12:11
**meeting** [6] - 12:13, 12:16, 12:18, 13:17, 13:22, 14:1
**member** [2] - 15:1, 36:6
**members** [5] - 1:6, 57:8, 57:12, 57:13, 66:21
**memory** [1] - 68:23
**Meridian** [1] - 33:1
**messed** [2] - 101:4, 101:6
**messing** [1] - 89:10
**met** [3] - 7:3, 12:8, 19:13
**Middle** [4] - 29:2, 34:7, 34:11, 34:13
**middle** [1] - 68:21
**might** [9] - 7:17, 31:22, 57:12, 77:6, 94:7, 95:4, 95:12, 100:22, 101:15

Joseph Bonds

6

**miles** [1] - 78:14
**military** [5] - 25:3, 32:6, 32:20, 33:5, 33:18
**mine** [1] - 101:18
**minister** [15] - 52:9, 52:12, 52:14, 52:17, 53:16, 54:5, 54:8, 54:14, 55:1, 55:3, 55:5, 55:8, 55:22, 56:1, 56:19
**ministers** [3] - 54:3, 55:12, 56:11
**minute** [1] - 65:7
**minutes** [2] - 79:10, 80:10
**mirror** [1] - 82:14
**Mississippi** [1] - 33:2
**money** [5] - 31:17, 36:21, 42:10, 82:10, 86:8
**month** [7] - 35:11, 35:19, 37:16, 37:22, 56:15, 76:10, 100:18
**months** [8] - 44:20, 47:2, 80:15, 84:3, 84:4, 85:18, 102:8
**morning** [1] - 7:3
**Morris** [1] - 48:3
**mother** [2] - 22:6
**Motors** [2] - 18:22, 19:2
**move** [6] - 25:19, 83:5, 84:20, 86:10, 86:12, 91:7
**moved** [5] - 26:11, 26:13, 75:1, 86:13, 86:21
**Movement** [2] - 42:3, 42:7
**MR** [17] - 7:1, 27:1, 27:5, 59:4, 59:7, 63:22, 65:8, 65:11, 77:5, 77:9, 83:22, 84:1, 90:1, 90:8, 90:14, 100:2, 103:4
**MS** [6] - 63:21, 65:7, 89:23, 90:6, 100:6, 103:3
**multiple** [3] - 7:6, 23:1, 89:11

## N

**N.Y** [1] - 1:12
**name** [23] - 7:4, 15:13, 15:15, 16:11, 17:13, 17:15, 17:17, 21:18, 42:15, 48:4,

75:21, 76:2, 76:3, 89:1, 89:14, 89:16, 89:21, 89:22, 90:2, 90:4, 98:18, 99:2
**names** [3] - 13:3, 15:8, 73:7
**NATIONAL** [1] - 6:2
**Navy** [15] - 31:7, 36:6, 36:7, 36:9, 36:15, 37:4, 37:11, 37:12, 38:1, 38:6, 38:16, 39:6, 39:8, 40:2, 40:14
**nearest** [1] - 22:19
**necessarily** [1] - 36:23
**need** [5] - 8:10, 8:16, 11:19, 65:9, 77:7
**needed** [1] - 75:2
**never** [11] - 42:2, 50:9, 50:13, 80:11, 80:22, 88:3, 89:13, 97:10, 98:18, 98:23, 101:15
**new** [4] - 26:19, 74:16, 97:18, 98:11
**New** [16] - 2:10, 6:4, 6:21, 16:22, 17:2, 17:22, 20:10, 22:11, 23:9, 25:21, 25:23, 26:3, 28:19, 28:20, 105:6
**NEW** [2] - 1:4, 105:1
**next** [5] - 8:2, 67:15, 75:8, 75:15, 75:23
**Nichole** [1] - 105:5
**NICHOLE** [2] - 2:11, 105:21
**night** [2] - 67:6, 98:5
**nine** [4] - 16:2, 20:21, 67:6, 80:14
**ninety** [4] - 22:4, 22:12, 58:18, 79:8
**nobody** [1] - 68:5
**nominated** [2] - 54:18, 54:21
**non** [2] - 41:23, 100:10
**non-seasonal** [1] - 41:23
**non-summons** [1] - 100:10
**none** [1] - 78:5
**Notary** [4] - 2:11, 104:20, 105:5, 105:22
**nothing** [1] - 105:15
**November** [1] - 65:23
**numbers** [3] - 33:13, 33:14, 33:15

**nurse** [1] - 32:15

## O

**o'clock** [1] - 67:6
**Oakland** [1] - 25:6
**oath** [2] - 6:14, 10:6
**object** [3] - 11:7, 89:23, 90:6
**objection** [2] - 11:9, 11:11
**objections** [1] - 6:17
**observed** [1] - 67:8
**obtain** [2] - 48:13, 50:19
**obtained** [1] - 50:17
**occasion** [2] - 60:9, 60:14
**occasions** [1] - 81:13
**Ocean** [2] - 34:16, 34:19
**October** [3] - 65:23, 91:1, 91:7
**OF** [4] - 1:4, 1:12, 105:1, 105:3
**offered** [1] - 25:21
**office** [1] - 96:10
**officer** [8] - 38:11, 62:15, 71:12, 71:18, 78:4, 78:22, 89:20, 96:7
**OFFICERS** [1] - 1:18
**officers** [15] - 1:18, 72:9, 73:10, 74:13, 75:12, 75:16, 76:19, 78:16, 78:23, 87:19, 89:7, 89:11, 89:14, 89:16
**officers'** [1] - 72:19
**offices** [1] - 2:8
**official** [2] - 1:13, 1:15
**often** [6] - 8:11, 9:8, 55:15, 55:19, 56:4, 60:19
**Ogden** [1] - 66:3
**old** [7] - 16:13, 17:19, 20:7, 21:16, 73:3, 73:4, 97:16
**once** [9] - 36:10, 54:21, 56:14, 56:15, 57:21, 82:1, 85:13, 88:11, 101:20
**one** [42] - 8:17, 16:8, 17:10, 20:4, 20:21, 27:20, 41:15, 43:15, 43:16, 43:23, 45:23, 55:14, 67:16, 67:17, 71:11, 76:10, 79:2,

81:5, 81:7, 81:8, 81:9, 81:13, 86:4, 86:6, 88:11, 88:15, 94:16, 94:17, 94:22, 95:1, 95:2, 95:5, 95:6, 96:15, 97:2, 97:14, 99:22, 101:14, 101:16, 101:18
**ones** [2] - 21:2, 92:18
**open** [2] - 97:8, 97:11
**Opportunity** [2] - 42:3, 42:7
**order** [2] - 33:11, 88:6
**organization** [4] - 14:19, 14:22, 15:2, 58:8
**ourselves** [1] - 77:7
**outbound** [1] - 70:7
**outside** [12] - 25:2, 43:17, 57:13, 83:11, 95:4, 95:13, 95:14, 96:1, 100:22, 100:23, 102:21
**overseas** [2] - 25:10, 38:4
**own** [6] - 22:22, 23:15, 60:3, 60:5, 60:10
**owned** [3] - 60:7, 60:11, 84:4
**owns** [2] - 26:1, 61:9

## P

**paced** [1] - 32:9
**Page** [2] - 3:4, 5:4
**page** [2] - 8:9, 63:19
**pages** [1] - 104:2
**paid** [17] - 43:8, 45:1, 46:11, 71:22, 74:7, 75:7, 75:13, 76:9, 76:10, 90:21, 92:8, 92:10, 92:11, 92:20, 93:23, 96:23, 102:2
**PALMER** [1] - 1:7
**paragraph** [13] - 65:21, 65:22, 67:9, 75:9, 75:11, 75:15, 79:7, 79:9, 79:16, 79:17, 81:11, 81:12, 99:8
**paragraphs** [4] - 64:16, 64:23, 65:5, 65:12
**park** [13] - 27:21, 28:1, 28:11, 28:14, 82:17, 88:6, 88:15, 88:16, 88:17, 94:19,

99:23
**parked** [15] - 27:17, 68:13, 68:14, 68:15, 68:19, 68:20, 82:7, 84:17, 88:17, 89:2, 98:20, 99:11, 99:14, 99:16, 99:21
**parking** [44] - 27:18, 28:12, 28:14, 28:15, 68:13, 81:14, 81:21, 84:5, 84:6, 84:13, 84:17, 84:21, 85:5, 85:11, 85:19, 85:22, 86:14, 87:3, 87:7, 87:9, 87:21, 88:6, 88:10, 91:7, 92:8, 92:17, 92:22, 93:5, 93:17, 94:18, 94:19, 95:19, 95:20, 96:4, 97:8, 97:9, 97:11, 98:3, 98:8, 98:9, 98:12, 99:9, 99:18, 100:10
**parks** [1] - 36:18
**part** [6] - 23:11, 33:13, 33:14, 34:17, 44:16, 49:1, 55:23, 57:2, 88:15
**particular** [6] - 41:9, 46:6, 51:2, 51:17, 52:21, 57:2
**parties** [3] - 6:12, 6:14, 7:22
**party** [1] - 7:18
**pass** [2] - 28:14, 31:18
**passed** [1] - 58:16
**passenger** [1] - 78:19
**past** [1] - 72:1
**pastor** [7] - 54:11, 54:13, 54:18, 55:2, 55:3, 56:6, 56:8
**pay** [20] - 26:3, 26:9, 26:14, 51:20, 67:21, 75:6, 75:18, 76:7, 77:23, 78:2, 80:22, 91:16, 92:19, 92:22, 93:13, 93:14, 97:4, 97:7, 101:7
**paying** [5] - 61:8, 61:11, 67:11, 97:5
**payment** [5] - 48:13, 75:16, 76:4, 93:8, 93:16
**payments** [9] - 28:1, 49:14, 92:5, 92:13, 92:15, 93:2, 93:5, 93:8, 93:12
**Pearl** [2] - 2:9, 6:7

penalty [1] - 80:22
pending [1] - 11:22
People [2] - 52:15, 52:19
people [5] - 35:14, 35:15, 56:23, 87:1, 101:17
people's [1] - 60:17
percent [3] - 22:4, 22:5, 22:13
percentage [1] - 58:18
Performing [1] - 21:23
period [6] - 23:17, 49:13, 84:18, 87:3, 88:7, 100:18
permanent [1] - 41:12
Persian [1] - 34:16
PERSONNEL [1] - 1:17
PETER [1] - 6:6
Peter [1] - 7:4
petty [1] - 38:11
PHILIP [1] - 1:16
physical [2] - 43:6, 72:19
pick [3] - 22:7, 40:22, 61:21
place [5] - 28:8, 32:1, 76:1, 77:2, 97:7
places [3] - 35:21, 39:11, 39:12
Plaintiff [4] - 2:7, 14:8, 14:11, 14:17
Plaintiffs [3] - 1:10, 6:4, 7:7
plan [2] - 31:23, 32:2
plans [1] - 31:20
Plaza [1] - 78:9
plowed [1] - 43:15
plus [1] - 98:12
point [4] - 25:1, 29:18, 87:6, 97:6
points [1] - 28:11
Police [6] - 1:14, 1:16, 1:18, 86:21, 86:22, 86:23
police [8] - 62:15, 67:14, 79:4, 86:20, 87:18, 96:7, 97:15, 98:6
political [1] - 44:1
position [1] - 50:7
positions [4] - 42:22, 43:5, 43:6, 43:7
possible [1] - 100:20
pounds [1] - 68:3
practical [1] - 32:15

Prayer [2] - 52:15, 52:19
praying [1] - 81:23
preach [5] - 56:2, 56:4, 56:7, 56:14, 56:16
preaching [2] - 56:18, 58:9
preparation [1] - 64:1
prepare [3] - 12:3, 12:9, 13:18
preparing [3] - 64:3, 64:6, 92:2
present [5] - 50:14, 76:19, 76:22, 79:4, 96:5
pretty [3] - 37:23, 74:23, 77:4
previously [1] - 63:16
primarily [4] - 24:1, 24:7, 56:22, 57:16
probability [1] - 11:3
problem [1] - 82:19
Procedure [1] - 2:8
proceeding [2] - 7:11, 11:8
proceedings [1] - 11:10
professionally [1] - 32:19
program [1] - 36:16
promise [2] - 9:19, 9:20
proof [3] - 74:5, 93:8, 93:9
public [4] - 36:18, 40:14, 40:19, 42:2
Public [5] - 2:11, 40:10, 104:20, 105:5, 105:22
pulled [1] - 62:11
purposely [1] - 101:14
pursuant [1] - 2:7
put [5] - 67:16, 67:22, 82:13, 88:22, 101:4
putting [1] - 77:7

## Q

questions [10] - 6:18, 8:11, 8:15, 8:17, 9:1, 9:14, 50:15, 65:5, 78:20, 100:8
quick [2] - 59:4, 99:6
quickly [1] - 32:16

## R

raised [1] - 24:2
ran [1] - 89:5
randomly [1] - 70:11
range [1] - 20:19
rank [1] - 37:18
ranks [3] - 38:5, 38:13, 38:14
rarely [2] - 60:20, 60:23
rate [1] - 51:20
re [3] - 38:18, 38:20, 57:20
re-certified [1] - 57:20
re-enlist [1] - 38:18
re-enlisted [1] - 38:20
read [3] - 64:21, 64:22, 104:1
ready [1] - 66:15
real [4] - 38:4, 56:5, 96:20, 99:6
really [9] - 7:13, 9:3, 37:15, 38:3, 41:11, 66:20, 67:11, 67:23
rear [1] - 82:14
rear-view [1] - 82:14
reason [8] - 10:9, 51:17, 66:8, 73:16, 74:2, 98:6, 101:2, 102:11
reasons [1] - 44:2
receipt [4] - 75:6, 76:4, 77:10, 77:13
Receipts [2] - 4:5, 90:10
receipts [1] - 75:16
receive [5] - 39:3, 45:15, 49:13, 53:15, 80:5
received [5] - 5:7, 81:19, 85:2, 90:11, 100:16
receiving [1] - 84:12
recess [1] - 59:6
recognize [1] - 90:17
recollection [2] - 79:12, 91:3
record [6] - 7:3, 18:18, 59:8, 77:8, 101:19, 102:3
records [3] - 5:8, 83:19, 92:5
REDDEN [1] - 1:6
redid [1] - 43:16
reduced [1] - 105:10
Referee [1] - 6:15
reflected [2] - 92:6,

92:13
refreshed [1] - 54:4
regard [1] - 5:7
registered [1] - 32:12
registration [9] - 67:20, 71:16, 71:17, 73:22, 73:23, 87:10, 87:14, 87:20, 88:18
regularly [2] - 60:10, 60:14
regulations [1] - 53:22
relationship [1] - 19:18
relative [1] - 105:15
remain [2] - 43:1, 49:8
remained [3] - 52:3, 72:14, 84:17
remember [24] - 7:13, 7:23, 10:15, 10:19, 12:23, 37:20, 39:9, 39:11, 42:17, 42:18, 48:4, 48:8, 50:7, 64:11, 65:19, 65:20, 75:20, 76:3, 76:8, 83:14, 90:3, 90:4, 93:19
rent [8] - 22:22, 22:23, 23:15, 23:16, 26:3, 26:6, 26:9, 26:14
reordering [1] - 33:12
repaired [1] - 82:10
rephrase [2] - 9:17, 9:22
reporter [5] - 9:10, 9:12, 50:14, 77:1, 96:4
represent [1] - 7:5
request [4] - 27:2, 27:4, 77:5, 83:22
REQUESTS [1] - 5:1
require [1] - 47:9
required [2] - 26:19
reserved [1] - 6:18
reside [1] - 57:16
residents [2] - 5:5, 27:3
Resists [1] - 14:20
RESISTS [1] - 1:5
respect [2] - 5:7, 5:8
respective [1] - 6:14
response [1] - 8:16
responses [1] - 8:23
result [1] - 47:16
retail [1] - 49:21
review [9] - 12:18,

12:20, 13:11, 13:14, 14:1, 64:18, 64:20, 65:7, 65:17
reviewed [4] - 13:4, 13:8, 63:23, 65:12
Richmond [4] - 16:16, 16:17, 16:20, 53:19
rid [13] - 60:12, 60:13, 60:21, 61:6, 82:1, 82:2, 83:1, 83:9, 86:7, 86:8, 86:9, 91:9, 97:16
riding [2] - 67:10, 67:13
RN [3] - 32:9, 32:12, 32:13
ROBBIN [1] - 1:17
role [2] - 40:23, 42:19
room [1] - 22:8
rule [2] - 9:3, 11:9
rules [2] - 8:5, 53:22
Rules [1] - 2:7
run [2] - 34:19, 89:6
running [1] - 86:13
Russ [1] - 7:5
RUSS [2] - 2:8, 6:5
RUST [1] - 1:5
Rust [1] - 14:20

## S

safety [5] - 62:9, 62:18, 63:2, 63:7, 63:11
Sahasrabudhe [2] - 3:6, 7:4
SAHASRABUDHE [18] - 6:6, 7:1, 27:1, 27:5, 59:4, 59:7, 63:22, 65:8, 65:11, 77:5, 77:9, 83:22, 84:1, 90:1, 90:8, 90:14, 100:2, 103:4
sanitation [5] - 40:20, 40:21, 41:3, 42:19, 43:2
SARMIENTO [1] - 1:7
Sattler's [1] - 36:17
saw [3] - 35:21, 62:23, 70:15
scary [1] - 34:10
scene [1] - 76:19
school [20] - 21:20, 21:22, 21:23, 22:8, 28:20, 29:18, 31:20, 33:1, 33:7, 34:1, 34:5, 36:2, 36:3, 36:8,

Joseph Bonds

8

36:11, 36:19, 53:23, 61:22, 66:14, 66:16
**School** [12] - 29:2, 29:3, 29:4, 29:8, 29:10, 29:16, 32:6, 32:8, 32:9
**schools** [2] - 28:22, 29:1
**seaman** [1] - 38:10
**season** [2] - 41:10, 41:16
**seasonal** [5] - 41:7, 41:11, 41:13, 41:21, 41:23
**second** [7] - 13:17, 38:11, 43:15, 57:23, 75:10, 79:23, 80:18
**Securitas** [7] - 45:22, 46:1, 46:2, 46:13, 46:17, 48:19, 49:9
**security** [9] - 39:10, 39:13, 45:10, 45:12, 45:19, 45:21, 46:5, 46:6, 50:22
**Security** [8] - 45:22, 46:1, 46:2, 47:18, 48:10, 48:12, 50:20, 51:20
**sedan** [1] - 84:8
**see** [19] - 34:21, 35:12, 38:19, 41:15, 56:8, 60:8, 64:10, 68:5, 68:10, 70:13, 78:13, 82:12, 82:15, 82:21, 86:20, 96:2, 96:3, 99:7, 102:18
**seeing** [2] - 70:22, 91:20
**selling** [3] - 5:8, 60:4, 99:4
**seminary** [10] - 53:19, 53:21, 54:2, 54:6, 55:5, 55:10, 57:19, 58:7, 58:12, 58:13
**send** [1] - 33:20
**Senior** [2] - 51:9, 51:12
**sent** [3] - 33:17, 86:3, 101:8
**sentence** [1] - 75:10
**September** [1] - 51:14
**SERAFINI** [1] - 1:16
**sergeant** [1] - 38:12
**serve** [3] - 25:5, 35:2, 35:3
**served** [1] - 37:4
**service** [2] - 33:5, 39:4

**Services** - 20:12
**services** [1] - 55:15
**serving** [1] - 25:17
**set** [4] - 27:22, 28:2, 68:10, 104:3
**setting** [1] - 50:13
**settlement** [1] - 48:13
**seven** [8] - 15:18, 19:8, 20:13, 26:7, 50:6, 81:11, 81:12
**seventeen** [1] - 65:22, 67:9
**seventh** [1] - 21:8
**seventy** [1] - 26:7
**seventy-five** [1] - 26:7
**several** [2] - 100:18, 102:7
**several-month** [1] - 100:18
**shake** [1] - 8:12
**SHAKETA** [1] - 1:6
**SHAVONNE** [1] - 1:6
**ship** [3] - 33:19, 33:20, 35:14
**SHIRLEY** [1] - 1:7
**shirt** [1] - 83:11
**short** [2] - 59:6, 59:8
**Shorthand** [1] - 105:9
**show** [7] - 63:16, 63:17, 75:4, 76:19, 77:18, 89:11, 90:20
**showed** [9] - 67:22, 74:6, 74:18, 75:5, 75:15, 77:10, 77:13, 78:4
**Side** [4] - 57:14, 57:17, 66:4, 79:21
**side** [11] - 67:17, 68:12, 69:4, 72:6, 79:3, 86:22, 88:9, 88:10, 88:11, 88:16, 89:2
**▮▮▮** [7] - 20:6, 20:7, 20:11, 21:14, 21:15, 22:5, 22:13
**sign** [2] - 26:19, 27:10, 47:20
**signing** [1] - 6:15
**similarly** [1] - 1:9
**SIMMONS** [1] - 1:7
**single** [8] - 23:1, 23:3, 62:3, 62:4, 85:7, 85:19, 100:21, 102:20
**single-family** [2] - 23:1, 23:3
**sirens** [1] - 67:16
**situated** [1] - 1:9

**six** [10] - 19:7, 20:18, 21:3, 21:5, 26:15, 37:15, 37:21, 52:18, 59:20, 68:2
**sixteen** [1] - 51:23
**sixty** [2] - 59:20, 94:23
**sixty-five** [1] - 94:23
**sixty-six** [1] - 59:20
**size** [2] - 72:21
**SMITH** [1] - 1:6
**snow** [3] - 43:15, 96:2, 102:21
**snowing** [5] - 82:20, 95:5, 95:17, 96:1, 100:22
**snowstorm** [2] - 12:14, 12:15
**snowstorms** [1] - 102:16
**Social** [3] - 47:18, 48:10, 48:12
**someday** [1] - 31:23
**someone** [1] - 101:15
**sometime** [1] - 97:1
**sometimes** [4] - 10:20, 60:15, 62:1, 94:17
**somewhat** [1] - 32:16
**somewhere** [7] - 41:6, 48:17, 79:6, 86:10, 86:12, 94:13, 102:4
**son** [15] - 16:9, 16:10, 17:11, 17:12, 17:13, 18:2, 20:16, 21:12, 21:14, 66:1, 66:11, 66:12, 68:1, 73:15, 78:19
**son's** [2] - 16:11, 68:2
**sorry** [12] - 9:19, 14:15, 19:9, 22:15, 29:9, 30:13, 45:23, 58:6, 63:5, 76:15, 84:11, 84:22
**sort** [1] - 56:8
**sound** [1] - 80:20
**sounds** [1] - 80:21
**sources** [1] - 37:8
**South** [4] - 24:12, 24:13, 24:16, 66:3
**south** [5] - 69:10, 69:16, 69:17, 69:20, 69:22
**space** [2] - 84:5, 84:6
**span** [2] - 37:7, 38:19

**speaking** [2] - 19:14, 87:6
**specific** [2] - 58:7, 65:4
**specifically** [1] - 11:15
**speculate** [2] - 9:18, 10:17
**spend** [1] - 35:6
**spoken** [2] - 14:4, 14:8
**sponsored** [1] - 42:10
**spot** [1] - 84:18
**spouse** [1] - 15:13
**spring** [3] - 83:10, 84:4, 91:8
**SS** [1] - 105:2
**stamps** [1] - 49:15
**stand** [1] - 32:14
**started** [3] - 37:14, 91:4, 97:13
**STATE** [1] - 105:1
**State** [1] - 105:6
**States** [1] - 53:13
**STATES** [1] - 1:3
**stationed** [2] - 25:6, 25:7, 34:15
**stay** [2] - 35:3, 78:23
**stayed** [1] - 84:4
**stays** [2] - 22:4, 22:7
**stemming** [1] - 39:4
**stick** [1] - 101:5
**sticker** [29] - 71:20, 81:15, 81:20, 82:11, 82:12, 82:17, 84:15, 84:21, 84:22, 87:7, 87:10, 87:14, 87:15, 87:16, 87:23, 88:5, 88:7, 88:15, 88:17, 88:18, 88:19, 94:20, 95:20, 97:23, 99:3, 99:5
**stickers** [5] - 73:11, 73:17, 73:20, 87:20, 87:21
**still** [12] - 11:11, 19:23, 50:23, 60:14, 61:7, 66:14, 66:17, 74:8, 82:21, 98:14, 99:2, 99:5
**stipulated** [1] - 6:13
**stipulations** [1] - 6:11
**stop** [5] - 70:18, 71:12, 79:9, 80:6, 82:5
**stopped** [15] - 13:7, 48:19, 49:6, 62:14, 62:20, 67:18, 68:1,

70:10, 70:13, 71:2, 72:2, 73:9, 85:16, 87:2, 98:6
**stopping** [4] - 68:5, 69:14, 69:16, 70:17
**Store** [1] - 36:17
**store** [5] - 39:15, 39:17, 39:18, 49:21, 61:23
**Stratton** [3] - 30:20, 36:4, 36:5
**street** [20] - 22:19, 24:12, 61:17, 67:10, 67:12, 68:10, 68:11, 68:14, 68:15, 68:20, 68:21, 69:4, 75:22, 78:22, 79:2, 86:14, 88:12, 89:1, 98:7, 99:13
**Street** [12] - 2:9, 6:7, 6:21, 22:11, 23:4, 23:7, 25:20, 51:5, 52:16, 66:3, 66:4, 79:20
**streets** [2] - 43:16, 43:17
**stuck** [1] - 95:6
**study** [1] - 31:12
**studying** [1] - 18:8
**stuff** [2] - 33:20, 75:1
**suburbs** [3] - 43:18, 43:19, 53:10
**sufficient** [1] - 64:20
**Suite** [3] - 2:9, 6:3, 6:7
**summer** [2] - 36:16, 36:18
**summons** [12] - 90:20, 90:22, 90:23, 92:16, 92:18, 92:21, 93:3, 93:6, 93:18, 100:10, 101:3, 101:8
**SUPERVISORY** [1] - 1:17
**supply** [2] - 33:8, 33:9, 33:10
**supposed** [1] - 87:11
**surgery** [1] - 47:9
**Sussex** [1] - 24:18
**sustain** [1] - 47:7
**sustained** [1] - 96:16
**Sworn** [1] - 104:14
**sworn** [2] - 6:22, 105:14

### T

**T-shirt** [1] - 83:11
**tag** [1] - 67:19
**TANIQUA** [1] - 1:7

Joseph Bonds

**technology** [1] - 71:19
**Tefft** [1] - 3:7
**TEFFT** [7] - 6:2, 63:21, 65:7, 89:23, 90:6, 100:6, 103:3
**ten** [13] - 8:3, 19:3, 21:17, 22:5, 37:7, 38:1, 38:19, 58:2, 79:10, 80:15, 93:21, 93:22, 94:13
**ten-year** [2] - 37:7, 38:19
**term** [3] - 38:23, 40:4, 40:13
**terms** [2] - 92:7, 100:9
**Territory** [1] - 34:19
**terrorist** [2] - 34:1, 34:4
**testified** [3] - 6:23, 83:8, 100:9
**testify** [1] - 105:14
**testimony** [14] - 7:9, 7:12, 8:15, 10:10, 12:4, 14:5, 64:3, 64:7, 92:3, 104:5, 105:7, 105:10, 105:11, 105:19
**tests** [4] - 58:10, 58:14, 58:16, 58:22
**THE** [6] - 1:5, 59:5, 65:10, 90:7, 100:4, 103:5
**thirteen** [1] - 37:22
**thirties** [2] - 59:18
**thirty** [9] - 20:8, 43:3, 53:14, 59:19, 70:21, 81:11, 81:12, 94:11, 99:8
**thirty-eight** [2] - 59:19, 99:8
**thirty-five** [2] - 43:3, 70:21
**thirty-four** [1] - 20:8
**thirty-seven** [2] - 81:11, 81:12
**thirty-two** [1] - 53:14
**THOMAS** [1] - 1:17
**thousand** [3] - 41:7, 43:4
**three** [29] - 21:1, 38:17, 45:9, 45:11, 55:14, 59:1, 61:2, 64:11, 64:17, 65:12, 65:13, 65:22, 67:9, 75:9, 75:11, 78:15, 79:8, 79:16, 79:18, 81:11, 81:12, 81:13, 85:18, 99:8

**throughout** [2] - 37:17, 57:11
**thrown** [1] - 75:1
**Thruway** [1] - 78:9
**ticket** [31] - 62:6, 74:9, 76:14, 76:17, 77:20, 77:23, 80:5, 80:23, 81:14, 81:20, 84:12, 85:2, 85:11, 85:19, 86:15, 89:8, 89:17, 90:5, 92:22, 93:17, 94:15, 94:16, 94:18, 94:19, 95:3, 95:19, 96:16, 97:4, 98:23, 99:3, 102:7
**ticketing** [2] - 85:15, 91:4
**tickets** [35] - 5:7, 81:3, 83:3, 83:4, 85:5, 85:22, 86:5, 87:19, 90:20, 91:16, 92:8, 92:17, 93:6, 94:7, 96:4, 97:5, 97:7, 97:18, 98:3, 98:9, 98:19, 99:19, 100:10, 100:11, 100:16, 100:20, 101:1, 101:17, 101:22, 102:5, 102:13, 102:14, 103:1
**tired** [1] - 38:3
**titles** [1] - 13:3
**TO** [3] - 3:1, 4:1, 5:1
**today** [9] - 8:7, 10:6, 10:11, 10:17, 12:4, 12:9, 13:20, 14:6, 64:1
**together** [2] - 16:5, 101:5
**took** [5] - 45:9, 58:7, 79:9, 94:21, 102:3
**top** [1] - 11:4
**tore** [1] - 43:16
**totally** [1] - 11:20
**toward** [1] - 69:17
**towards** [2] - 30:5, 69:17
**Towne** [1] - 20:10
**toy** [2] - 39:16, 39:17
**traffic** [9] - 62:6, 62:9, 62:23, 63:7, 63:11, 69:1, 69:14, 69:16, 80:23
**Traffic** [1] - 96:13
**training** [6] - 32:19, 34:6, 36:9, 36:12, 36:13, 53:16
**trainings** [3] - 32:4, 32:22, 33:22
**transaction** [1] -

83:19
**transcribed** [4] - 8:15, 9:4, 9:10, 9:11
**transcribing** [1] - 77:2
**transcript** [5] - 5:6, 6:16, 104:4, 105:18, 105:19
**traveling** [3] - 69:5, 69:8, 69:10
**Trial** [1] - 2:6
**trial** [1] - 6:18
**tried** [4] - 82:9, 85:9, 93:10, 101:23
**true** [2] - 104:4, 105:18
**truth** [3] - 105:14, 105:15
**truthful** [1] - 10:10
**try** [4] - 8:23, 9:12, 14:13, 86:12
**trying** [4] - 12:22, 19:7, 37:20, 101:19
**turn** [1] - 72:4
**turned** [1] - 71:14
**twenty** [21] - 15:18, 16:14, 20:21, 26:15, 41:6, 52:18, 59:22, 75:10, 75:11, 79:16, 79:18, 85:21, 94:6, 94:7, 94:8, 94:13, 100:11, 100:14, 102:5
**twenty-five** [1] - 16:14
**twenty-four** [2] - 79:16, 79:18
**twenty-one** [1] - 20:21
**twenty-seven** [1] - 15:18
**twenty-six** [1] - 52:18
**twice** [4] - 12:12, 63:13, 64:8, 92:1
**two** [40] - 20:2, 24:15, 29:18, 31:15, 38:13, 44:20, 45:9, 45:11, 45:18, 53:14, 54:4, 54:6, 55:14, 62:2, 62:5, 62:8, 62:10, 62:11, 62:14, 63:14, 63:15, 64:17, 65:13, 66:1, 66:19, 68:2, 68:3, 70:14, 71:5, 72:13, 72:14, 72:17, 73:9, 78:14, 78:15, 79:1, 81:13, 83:15, 94:17
**two-year** [1] - 29:18
**type** [1] - 7:11

**U**

**ultimately** [3] - 76:12, 76:16, 78:2
**um-hum** [7] - 60:2, 63:3, 68:22, 72:8, 72:18, 91:5, 98:22
**um-um** [1] - 98:10
**unable** [1] - 10:10
**under** [3] - 10:6, 10:13, 105:11
**understood** [5] - 18:13, 21:10, 32:16, 38:5, 55:7
**unemployed** [4] - 45:13, 45:14, 49:8, 50:2
**unemployment** [2] - 45:16, 45:19
**Unicell** [1] - 51:5
**union** [1] - 44:16
**unit** [3] - 23:1, 23:2, 23:3
**UNITED** [1] - 1:3
**united** [2] - 52:15, 52:19
**United** [1] - 53:13
**University** [2] - 18:6, 18:9
**UNKNOWN** [2] - 1:17, 1:18
**unless** [1] - 87:13
**up** [23] - 16:23, 22:7, 30:2, 37:18, 37:19, 37:21, 37:23, 38:1, 40:22, 43:16, 47:18, 56:6, 61:21, 67:17, 68:14, 74:16, 76:20, 78:4, 89:11, 97:23, 101:4, 101:6, 102:1
**up-to-date** [2] - 74:16, 97:23
**update** [1] - 75:19
**updated** [2] - 76:5, 77:13
**upset** [1] - 86:6

**V**

**valid** [6] - 59:9, 59:12, 59:21, 71:17, 87:9, 97:21
**various** [1] - 33:17
**VCU** [1] - 18:4
**vehicle** [5] - 5:9, 62:9, 62:17, 62:23, 63:7, 63:11
**verbal** [3] - 8:10, 8:16, 8:23
**verbatim** [1] - 105:8
**versus** [1] - 41:16

**Veterans** [3] - 25:21, 25:23, 26:3
**view** [1] - 82:14
**violation** [2] - 62:6, 94:19
**Virginia** [7] - 16:16, 16:17, 16:20, 18:6, 18:8, 25:7, 53:20
**visible** [2] - 95:22, 95:23
**vs** [1] - 1:11

**W**

**waived** [2] - 6:15, 6:16
**Walden** [3] - 75:20, 75:22, 78:10
**Walmart** [5] - 66:1, 67:1, 78:6, 78:9, 78:14
**wants** [1] - 61:9
**warm** [1] - 83:11
**weather** [1] - 83:11
**week** [6] - 41:18, 41:20, 45:4, 55:20, 56:14, 85:13
**weeks** [2] - 54:4, 54:7
**weird** [1] - 88:14
**welfare** [2] - 45:15, 49:14
**west** [3] - 69:23, 70:3
**Western** [3] - 25:21, 25:23, 26:3
**WESTERN** [1] - 1:4
**Westpac** [5] - 25:13, 25:15, 25:16, 25:17, 34:14
**whatsoever** [1] - 52:5
**white** [3] - 57:8, 57:12, 73:1
**whole** [5] - 51:6, 83:2, 85:23, 97:6, 105:14
**wife** [4] - 19:12, 49:17, 61:21, 66:20
**William** [5] - 66:3, 68:16, 68:17, 68:19, 69:1
**win** [1] - 48:10
**WINANS** [2] - 2:11, 105:21
**Winans** [1] - 105:5
**window** [4] - 89:4, 94:20, 95:1, 101:6
**windshield** [4] - 73:11, 82:13, 95:7, 101:9

Joseph Bonds

**winter** [3] - 84:3, 99:14, 101:12
**wintertime** [3] - 82:6, 82:20, 88:22
**wipe** [1] - 96:2
**withdrawn** [4] - 29:9, 40:13, 68:9, 94:15
**witness** [2] - 7:20, 7:21
**WITNESS** [5] - 59:5, 65:10, 90:7, 100:4, 103:5
**Witness** [1] - 3:4
**WITNESSES** [1] - 3:1
**words** [4] - 26:19, 28:14, 59:21, 69:3
**worker** [1] - 41:14
**works** [9] - 18:4, 18:10, 18:22, 20:12, 22:6, 40:14, 40:19, 42:2, 49:21
**Works** [1] - 40:10
**worth** [1] - 83:18
**writing** [1] - 105:10
**wrote** [1] - 28:7

## Y

**year** [34] - 23:6, 25:14, 26:17, 26:18, 26:20, 29:6, 29:18, 30:1, 31:8, 31:15, 32:11, 37:7, 38:19, 39:6, 41:4, 41:7, 43:4, 43:22, 43:23, 44:3, 44:6, 46:10, 46:17, 46:20, 48:5, 48:15, 51:14, 55:7, 55:10, 82:23, 83:3, 84:9
**year-to-year** [2] - 26:17, 26:18
**years** [39] - 7:15, 8:1, 8:3, 8:7, 15:18, 16:2, 16:19, 19:3, 23:14, 24:4, 24:15, 24:23, 25:4, 26:12, 28:9, 28:16, 31:15, 37:5, 38:2, 45:9, 45:11, 45:18, 46:16, 48:7, 49:11, 50:6, 52:18, 58:2, 59:22, 61:2, 62:2, 62:5, 62:8, 62:10, 62:11, 62:14, 62:22, 63:6, 97:12
**YELDON** [1] - 1:8
**yesterday** [4] - 13:19, 13:21, 93:10, 101:23
**York** [17] - 2:10, 6:4, 6:8, 6:21, 16:22, 17:3, 17:22, 20:10, 22:11,

23:10, 25:21, 25:23, 26:3, 28:19, 28:20, 105:6
**YORK** [2] - 1:4, 105:1
**YOUNG** [1] - 1:16
**young** [1] - 20:23
**younger** [1] - 73:5
**Youth** [2] - 42:3, 42:7
**youth** [1] - 36:16