# Exhibit 41

# Buffalo Police Department
# Roadblock Directive

Date: 11/21/13    Command: SF    Roadblock#

Location: GRANT / HAMPSHIRE
Time: 1630
Commanding Officer: Chief Brinkworth

**The purpose of this roadblock is to ensure "roadway safety".
Officers assigned to this roadblock must:**

- Make the roadblock obvious. Overhead flashing lights must be activated on all vehicles taking part in the roadblock.
- The roadblock must not be unreasonably intrusive to motorists.
- Set the roadblock up in a way that minimizes the possibility of avoiding it.
- Conduct a traffic stop on any vehicle that attempts to avoid the roadblock. (Officers can ask driver for license and registration and why he/she attempted to avoid the roadblock.
- Check all drivers and passengers for seatbelts.
- Check all vehicles for valid registration stickers.
- Check all vehicles for valid inspection stickers.
- Act on any and all probable cause resulting from information obtained from the mobile plate reader or from "plain view" observations.
- Write summons for all who are in violation of any of the above or other NYS Vehicle & Traffic Laws.
- The above roadblock must begin at the above stated times.
- All Officers assigned to the roadblock must be given a copy of this directive prior to the setup of said roadblock.

Directive issued by:

Signed __[signature]__    Date 11/21/13

EXHIBIT 26
01-23-2024

COB001970