# Exhibit 42

# HOW TO APPEAL A **TRAFFIC** MATTER
# FROM BUFFALO TRAFFIC VIOLATIONS AGENCY TO THE ERIE COUNTY COURT

These guidelines are intended to help you understand the process through which your case can be reviewed on appeal.

If you believe that the Traffic Violations Agency has erred in your case after trial, you may appeal the Conviction of a Traffic matter from the Traffic Violations Agency. **An Appeal is not a new trial. It is a review of the court proceedings and documents from the Agency Court.** You may only submit evidence that was presented at the trial or proceedings held in the Agency Court.

The next page is a general checklist which will guide you through the process, step-by-step. However, please be sure to read the entire packet as you complete each task.

If, after reading these instructions, you have any questions regarding the appeal process, you may contact the New York State Court Help Center, (716) 845-1816. The staff of the Help Center may not provide legal advice or provide opinions about your case. The staff can only provide you with appeal procedures and processes.

Please note that the Court has the option to extend timelines as indicated in this document. Requests for extensions should be provided to the County Court Judge assigned to your Appeal, in writing.

If you still wish to proceed with the appeal, complete and file the following paperwork:

**STEP I:**     **FILE NOTICE OF APPEAL**

- ☐ Complete two (2) original copies of the Notice of Appeal form (attached) within 30 days of the judgment.

- ☐ Complete Affidavit of Service (attached) (To be completed by a person over 18 not a party to the action).

- ☐ File an original Notice of Appeal and Affidavit of Service with the Erie County Clerk.

- ☐ Serve an original and one copy of the Notice of Appeal on the Buffalo Traffic Violations Agency. The original is retained by the Agency and the copy is served on the Traffic Prosecutor.

**STEP II:**         **PERFECTING YOUR APPEAL**

- ☐ Complete Affidavit of Errors and Request to Prepare Record on Appeal form (attached).

- ☐ Complete Affidavit of Service (attached).

- ☐ Serve **original** Affidavit of Errors and **original** Affidavit of Service with the Erie County Court.

- ☐ Serve two (2) copies of Affidavit of Errors on the Traffic Violations Agency.

- ☐ Contact a certified court reporter to request your transcript (instructions attached). You are responsible for the payment of two transcripts; one of which will be sent to you and the other will be filed with the Buffalo Traffic Violations Agency. You must serve a copy of your transcript to the County Court Judge assigned to your Appeal.

*The Buffalo Traffic Violation Agency will file the Record on Appeal with the County Court.

**STEP III:**         **NOTICE OF ARGUMENT and FILING DEADLINES**

The Erie County Court will advise, in writing, of the specific filing deadlines.

If Oral Argument has been requested, County Court will advise both parties of the court date.

Throughout the appellate process, all documents which you file with the County Clerk, and the County Court must also be served upon the Buffalo Traffic Violation Agency.

STATE OF NEW YORK:		COUNTY OF ERIE
CITY OF BUFFALO:		BUFFALO TRAFFIC VIOLATIONS AGENCY
_____

The People of the State of New York				NOTICE OF APPEAL

					Case No. _____

				Vs.

					APP no. _____


_____,
				Defendant

_____

    TAKE NOTICE that the Appellant hereby appeals to the County Court of Erie County

from the conviction rendered on _____ finding the defendant guilty
                                  (Date of Conviction)

of _____and
                                  (Charge[s] convicted)

sentence rendered on _____ and from every intermediate Order therein made
                          (Date of Sentence)

in the Buffalo Traffic Violations Agency.


Dated: _____

To:   Erie County Clerk				_____
       92 Franklin St					(Name of Appellant)
       Buffalo, New York 14202

       							_____
       Buffalo Traffic Violations Agency		(Address of Appellant)
       65 Niagara Square, Room 115			_____
       Buffalo, New York 14202

       							_____

       							_____
       							(Telephone Number)

STATE OF NEW YORK:        COUNTY OF ERIE
CITY OF BUFFALO:          BUFFALO TRAFFIC VIOLATIONS AGENCY

_____

The People of the State of New York

AFFIDAVIT OF SERVICE
OF NOTICE OF APPEAL

Case No. _____

Vs.

APP no. _____

_____,
                            Defendant.
_____

_____, being duly sworn, deposes and says:
(Name of person serving document)

    1. I am not a party to this action, am over the age of 18 years and reside at the following

address: _____

    2. On _____, 20 ____, I served the within NOTICE OF APPEAL

upon the Erie County Clerk, 92 Franklin Street, Buffalo, NY 14202 by:

☐ (FIRST CLASS MAIL) depositing a true copy of the same in a post-paid properly addressed envelope at a post office under the exclusive care and custody of the United States Postal Service within the State of New York.

☐ (PERSONAL SERVICE) personally delivering a true copy of the same.

☐ (CERTIFIED MAIL, RETURN RECEIPT REQUESTED) depositing a true copy of the same in a post-paid properly addressed envelope at a post office under the exclusive care and custody of the United States Postal Service within the State of New York by certified mail, return receipt requested.

and upon the Buffalo Traffic Violations Agency, 65 Niagara Square, Room 115, Buffalo, NY 14202 by:

☐ (FIRST CLASS MAIL) depositing a true copy of the same in a post-paid properly addressed envelope at a post office under the exclusive care and custody of the United States Postal Service within the State of New York.

☐ (PERSONAL SERVICE) personally delivering a true copy of the same.

☐ (CERTIFIED MAIL, RETURN RECEIPT REQUESTED) depositing a true copy of the same in a post-paid properly addressed envelope at a post office under the exclusive care and custody of the United States Postal Service within the State of New York by certified mail, return receipt requested.

Dated: _____        _____
                                                    (Signature of Person Providing Service)

Sworn to before me this _____
day of _____, 20___

_____
          Notary Public

(File this completed form with the Erie County Clerk, 92 Franklin Street, Buffalo, NY 14202)

**AFFIDAVIT OF ERRORS and BUFFALO TRAFFIC VIOLATIONS AGENCY RECORD ON APPEAL:**

Following the filing of the Notice of Appeal, the County Court will notify you how many days you have to perfect your Appeal. Your Appeal is perfected by filing the transcript of proceedings and Affidavit of Errors (form attached) with the County Court. The Affidavit of Errors must be mailed or personally served on the County Court and the Buffalo Traffic Violations Agency.

The appellant should complete an **Affidavit of Service** (form attached) and file the original **Affidavit of Errors** and **Affidavit of Service** with the County Court.

An **Affidavit of Errors** is your statement outlining the errors that you believe were made by the Buffalo Traffic Violations Agency.

The **Affidavit of Errors** also notifies the Buffalo Traffic Violations Agency to prepare the **Record on Appeal**. The **Record on Appeal** is the Agency's summary of the facts, evidence, and responses to the alleged errors as listed in the Affidavit of Errors. The **Record** will also include all pleadings and relevant documents within the Agency's case file.

STATE OF NEW YORK:        COUNTY OF ERIE
CITY OF BUFFALO:          BUFFALO TRAFFIC VIOLATIONS AGENCY

_____

The People of the State of New York          AFFIDAVIT OF ERRORS and
                                             REQUEST TO PREPARE RECORD ON APPEAL

                                             Case No. _____

                  Vs.
                                             APP no. _____

_____,
                  Defendant.
_____


TO: BUFFALO TRAFFIC VIOLATIONS AGENCY

I, _____, being duly sworn, depose and say:

1. I am the Defendant / Appellant and I am appealing my judgment of conviction rendered by the Buffalo Traffic Violations Agency on _____.
                                          (Date of Conviction)

2. I have attached a general outline of the errors which I believe occurred in the Buffalo Traffic Violations Agency relative to my conviction.

3. I believe these errors warrant a reversal of my conviction and/or remand of this matter to the Buffalo Traffic Violations Agency for further proceedings.

4. I hereby request that the Record on Appeal be prepared and forwarded to the County Court

5. I understand that the matter was audio recorded and a transcript of the proceedings will need to be prepared. **I understand that I will be responsible for the payment of two transcripts**; one of which will be sent to me and the other will be filed with the Justice Court for inclusion in the Record on Appeal. **I understand that I will select a transcriber from the approved list.**


Dated: _____         _____
                                                         (Defendant's Signature)
Sworn to before me this _____
day of _____, 20 ____

_____
          Notary Public

To:    Erie County Court
       25 Delaware Ave.
       Buffalo, New York 14202

       Buffalo Traffic Violations Agency
       65 Niagara Square, Room 115
       Buffalo, New York 14202

       (After service, file this completed form with the. Erie County Clerk, 95 Franklin St., Buffalo, NY 14202)

STATE OF NEW YORK:         COUNTY OF ERIE
CITY OF BUFFALO:           BUFFALO TRAFFIC VIOLATIONS AGENCY

_____

The People of the State of New York

AFFIDAVIT OF SERVICE
AFFIDAVIT OF ERRORS and
REQUEST TO PREPARE RECORD ON APPEAL

Case No. _____

Vs.

APP no. _____

_____,

Defendant.

_____

_____, being duly sworn, deposes and says:
(Name of person serving document)

1. I am not a party to this action, am over the age of 18 years and reside at the following

address: _____

On _____, 20 ____, I served the within REQUEST TO PREPARE THE RECORDON APPEAL and AFFIDAVIT OF ERRORS upon the Erie County Court, 25 Delaware Ave., Buffalo, NY 14202 by:

☐ (FIRST CLASS MAIL) depositing a true copy of the same in a post-paid properly addressed envelope at a post office under the exclusive care and custody of the United States Postal Service within the State of New York.

☐ (PERSONAL SERVICE) personally delivering a true copy of the same.

☐ (CERTIFIED MAIL, RETURN RECEIPT REQUESTED) depositing a true copy of the same in a post-paid properly addressed envelope at a post office under the exclusive care and custody of the United States Postal Service within the State of New York by certified mail, return receipt requested.

and upon the Buffalo Traffic Violations Agency, 65 Niagara Square, Room 115, Buffalo, NY 14202 by:

☐ (FIRST CLASS MAIL) depositing a true copy of the same in a post-paid properly addressed envelope at a post office under the exclusive care and custody of the United States Postal Service within the State of New York.

☐ (PERSONAL SERVICE) personally delivering a true copy of the same.

☐ (CERTIFIED MAIL, RETURN RECEIPT REQUESTED) depositing a true copy of the same in a post-paid properly addressed envelope at a post office under the exclusive care and custody of the United States Postal Service within the State of New York by certified mail, return receipt requested.

Dated: _____   _____
(Signature of Person Providing Service)

Sworn to before me this _____
day of _____, 20 ____

_____
Notary Public

(After service, file this completed form with the. Erie County Clerk, 95 Franklin St., Buffalo, NY 14202)

**III. NOTICE OF ARGUMENT AND BRIEF**

After the **Record** is filed with the Erie County Clerk, you must complete the following steps:

< Complete the **Notice of Argument** form (attached) and indicate if you are or are not requesting Oral Argument before the Court. Leave the date and time blank on the Notice of Argument form. Even if you request Oral Argument, the County Court may determine that Oral Argument is not necessary and may decide the appeal on the submitted papers.

< Prepare a **Brief and Memorandum of Law**. The Brief and Memorandum of Law is your detailed statement listing the specific errors you believe were made in the Justice Court. Include or attach any legal authority which you believe supports your argument.

< Serve a copy of the **Notice of Argument** and the **Brief and Memorandum of Law** on the Buffalo Traffic Violations Agency and complete an Affidavit of Service.

< File the **Notice of Argument** (original and two copies), the **Brief and Memorandum of Law**, and **Affidavit of Service** with the County Court.

If the Court sets a date for oral argument, you will be notified by mail of that date. The Court will also notify the Buffalo Traffic Violations Agency of the date of oral argument.

STATE OF NEW YORK:        COUNTY OF ERIE
CITY OF BUFFALO:          BUFFALO TRAFFIC VIOLATIONS AGENCY

_____
The People of the State of New York                NOTICE OF ARGUMENT

                                                   Case No. _____

                    Vs.                            APP no. _____


_____,
                    Defendant.
_____

    (Select one box):

    ☐ **I DO REQUEST ORAL ARGUMENT**.
    I understand that if my request for oral argument is not granted, the appeal will be decided on the papers that I and the responding party have submitted.
    I further understand that if my request for oral argument is granted, this is not an opportunity for a re-trial and that I can not produce new evidence.

    ☐ **I DO NOT REQUEST ORAL ARGUMENT**
    I understand that the appeal will be decided on the papers which I and the responding party have submitted.

    TAKE NOTICE that the Appeal in the above entitled action will be brought for argument

before this Court at the next term thereof, to be held at:

        Erie County Courthouse
        25 Delaware Ave.
        Buffalo, New York  14202

on the _____ day of _____, 20 _____ at _____ a.m. / p.m. of that day.
        **(Do not complete this section - this will be completed by the court if needed)**


Dated: _____

To:   Erie County Court
      25 Delaware Ave.
      Buffalo, New York  14202

      Buffalo Traffic Violations Agency
      65 Niagara Square, Room 115
      Buffalo, New York  14202

      (After service, file this completed form with the. Erie County Clerk, 95 Franklin St., Buffalo, NY 14202)

STATE OF NEW YORK:         COUNTY OF ERIE
CITY OF BUFFALO:           BUFFALO TRAFFIC VIOLATIONS AGENCY
_____

    The People of the State of New York         BRIEF AND
                                                                 MEMORANDUM OF LAW

                                                                   Case No. _____

             Vs.
                                                                      APP no. _____

_____,
                 Defendant.
_____

        I, _____, being duly sworn, depose and say:

         1.     I am the Defendant / Appellant and I am appealing my judgment of conviction rendered by the Buffalo Traffic Violations Agency on _____.
                                                          (Date of Conviction)

         2.     **I have attached a detailed statement concerning the specific errors I believe were made in the Buffalo Traffic Violations Agency, my specific arguments and the legal authority (if any) which support my statement.**

         3.     I believe these errors warrant a reversal of my conviction and/or remand of this matter to the Buffalo Traffic Violations Agency for further proceedings.


Dated: _____            _____
                                                                        (Defendant's Signature)

Sworn to before me this _____
day of _____, 20 ____

_____
           Notary Public


To:     Erie County Court
         25 Delaware Ave.
         Buffalo, New York  14202

         Buffalo Traffic Violations Agency
         65 Niagara Square, Room 115
         Buffalo, New York  14202

         (After service, file this completed form with the Erie County Clerk, 95 Franklin St., Buffalo, NY 14202)

STATE OF NEW YORK:           COUNTY OF ERIE
CITY OF BUFFALO:             BUFFALO TRAFFIC VIOLATIONS AGENCY
_____

The People of the State of New York

              AFFIDAVIT OF SERVICE
              (NOTICE OF ARGUMENT,
              BRIEF, and MEMOGRANDUM OF LAW
              Case No. _____

        Vs.

              APP no. _____

_____,
              Defendant.
_____

_____, being duly sworn, deposes and says:
(Name of person serving document)

1. I am not a party to this action, am over the age of 18 years and reside at the following

address: _____

2. On _____, 20 ____, I served the within (Select all that apply)

    ☐ NOTICE OF ARGUMENT
    ☐ BRIEF
    ☐ MEMORANDUM OF LAW
    ☐ OTHER _____
                       (Name[s] of documents)

upon the Erie County Court, 25 Delaware Ave., Buffalo, NY 14202 by:

☐ (FIRST CLASS MAIL) depositing a true copy of the same in a post-paid properly addressed envelope at a post office under the exclusive care and custody of the United States Postal Service within the State of New York.

☐ (PERSONAL SERVICE) personally delivering a true copy of the same.

☐ (CERTIFIED MAIL, RETURN RECEIPT REQUESTED) depositing a true copy of the same in a post-paid properly addressed envelope at a post office under the exclusive care and custody of the United States Postal Service within the State of New York by certified mail, return receipt requested.

and upon the Buffalo Traffic Violations Agency, 65 Niagara Square, Room 115, Buffalo, NY 14202 by:

☐ (FIRST CLASS MAIL) depositing a true copy of the same in a post-paid properly addressed envelope at a post office under the exclusive care and custody of the United States Postal Service within the State of New York.

☐ (PERSONAL SERVICE) personally delivering a true copy of the same.

☐ (CERTIFIED MAIL, RETURN RECEIPT REQUESTED) depositing a true copy of the same in a post-paid properly addressed envelope at a post office under the exclusive care and custody of the United States Postal Service within the State of New York by certified mail, return receipt requested.

Dated: _____    _____
                                  (Signature of Person Providing Service)

Sworn to before me this _____ day of     _____
_____, 20 ___.                         Notary Public

(File this completed form with the Erie County Clerk, 95 Franklin St., Buffalo, NY 14202)

## IV. DECISION AND ORDER ON APPEAL

After all of the documents have been received by the Court, the time to submit a Reply has expired, and oral argument, if granted, has taken place, the County Court Judge is ready to decide the appeal. A copy of the Decision will be mailed to all parties or attorneys.

## V. IMPORTANT INFORMATION

< If you fail to comply with these guidelines, the County Court may dismiss the appeal.

< The following references may be helpful when preparing your appeal:

- **Criminal Procedure Law 460.10 and 460.70**
- **Uniform Justice Court Act, Article 17 - Appeals**
- **Uniform Rules of the State of New York - Trial Courts, Section 200.33**

< Unless the County Court issues a Stay of the sentence, the defendant will be subject to sanctions imposed by the Department of Motor Vehicles including, but not limited to driver's license suspension or revocation and the defendant will be required to pay any fines and surcharges imposed by the Buffalo Traffic Violations Agency.

## BUFFALO TRAFFIC VIOLATIONS AGENCY
## PROCEDURE FOR REQUESTING TRANSCRIPTION PURPOSES

If you wish to obtain a transcript of a digitally recorded proceeding, you <u>must</u> submit a written request and indicate the following:

1. The name of the Plaintiff and Defendant

2. The date(s) of the Court proceeding

3. The name of the Judicial Hearing Officer

4. The Case Number(s) of the proceeding

5. The name, address and daytime telephone number of the party requesting the transcript

6. The name, address and telephone number of the transcription agency where the audio file should be forwarded

The transcription agency must have the appropriate software to transcribe the audio file. A list of approved transcription agencies is attached. You may also find a list of approved transcription agencies on line at www.courts.state.ny.us/howdoi/transcripts.shtml. Questions regarding the cost and deposit involve should be addressed to the transcription agency.

The audio file will be marked "<u>TRANSCRIPTION PURPOSES ONLY</u>." It will be duplicated within seven (7) to ten (10) days and forwarded to the transcription agency. Upon completion, the agency will forward the transcript directly to you. Only a party or their attorney can request a transcript.

Transcript requests must be received *in writing* by the Agency *only* through a certified court reporter via U.S. First-Class mail or email. Have your court reporter contact:

> Buffalo Traffic Violations Agency
> 65 Niagara Square
> Room 115
> Buffalo, NY 14202
> BTVATranscriptRequests@buffalony.gov

Buffalo Traffic Violations Agency
65 Niagara Square
Room 115
Buffalo, NY  14202
BTVATranscriptRequests@buffalony.gov

## TRANSCRIPT INFORMATION SHEET

TRANSCRIPTION AGENCY:                    PARTY REQUESTING TRANSCRIPT:

NAME:                                    NAME:

ADDRESS:                                 ADDRESS:

PHONE NO.:                               DAYTIME PHONE NO.:

PLAINTIFF:                               ATTORNEY FOR PLAINTIFF:

DEFENDANT:                               ATTORNEY FOR DEFENDANT:

CASE NO.:

DATE OF PROCEEDING:                      RECORDING TIME:

JUDICIAL HEARING OFFICER:

Witness(es):

Please note all proceedings contained on the enclosed recording(s) **are confidential**. Upon completion of the transcript, the audio file must be returned to the Buffalo Traffic Violations Agency, 65 Niagara Square, Room 115, Buffalo, NY 14202; or destroyed.

## DIGITALLY RECORDED PROCEEDINGS

I am requesting an audio for transcription purposes of the following digitally recorded proceedings:

Defendant's Name: _____

Name of the Judicial Hearing Officer: _____

Case No.: _____

Date(s) of Proceedings: Person Requesting audio file: _____

Address: _____

Daytime Telephone No.: _____

Please forward completed audio
file to Transcription Agency:

_____

Address: _____

_____

Telephone No.: _____

Dated: _____

_____
Signature

### ELECTRONIC RECORDING TRANSCRIPTION SERVICES – 06/01/19

All services have agreed to comply with the Standard Transcript Specifications (section 108.3 of the Rules of the Chief Administrator) and to have their transcripts subject to random accuracy audits by the Unified Court System (UCS) and/or the Buffalo Traffic Violations Agency. The services on this list are not employed as electronic recording transcribers by the UCS or the Buffalo Traffic Violations Agency and each sets their own rates. The Buffalo Traffic Violations Agency does not recommend particular services.

To have a transcript produced from an electronically recorded matter, please contact one of the transcription services listed below. Please note that these services are not employed as transcribers by the Unified Court System; they are independent contractors and establish their own rates. Services on this list have agreed to have their transcripts subject to random auditing by the court system and to follow the Standard Transcript Specifications set forth in the Rules of the Chief Administrator. These lists are provided merely for convenience and do not constitute a recommendation.

Visit the NYS Courts official site of TRANSCRIPTION SERVICES

Other local approved transcribers:
Karen Swartwood karenglenns@roadrunner.com
Jean Donatone girlredd@optonline.net
Kathy Hume kshume@verizon.net
Tom Baker associatedreporting@live.com
Debra Jennings debraljennings@aol.com
Kelly Forbes kjforbes716@gmail.com
Hannah Allen arii@courtsteno.com