UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST by and through MARIELLE SHAVONNE SMITH and CHARIS HUMPHREY on behalf of its members; SHAKETA REDDEN; DORETHEA FRANKLIN; TANIQUA SIMMONS; DE'JON HALL; JOSEPH BONDS; CHARLES PALMER; SHIRLEY SARMIENTO; EBONY YELDON; and JASMINE EVANS, individually and on behalf of a class of all others similarly situated, | Case No.: 1:18-cv-00719-CCR |
| Plaintiffs, | |
| v. | ECF Case |
| CITY OF BUFFALO, NY; BYRON B. BROWN, Mayor of the City of Buffalo, in his individual and official capacities; BYRON C. LOCKWOOD, Commissioner of the Buffalo Police Department, in his individual and official capacities; DANIEL DERENDA, former Commissioner of the Buffalo Police Department, in his individual capacity; AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI, ROBBIN THOMAS, UNKNOWN SUPERVISORY PERSONNEL 1-10, UNKNOWN OFFICERS 1-20, each officers of the Buffalo Police Department, in their individual capacities, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLAINTIFFS' APPENDIX TO LOCAL RULE 56 STATEMENT OF MATERIAL FACTS**

Plaintiffs Black Love Resists in the Rust, Shaketa Redden, Dorothea Franklin, Taniqua Simmons, De'Jon Hall, Joseph Bonds, Charles Palmer, Shirley Sarmiento, Ebony Yeldon, and

Jasmine Evans provide the following Appendix to their Local Rule 56 Statement of Material Facts in support of their Motion for Partial Summary Judgment:

| APPENDIX OF DOCUMENTS ||
|---|---|
| Declaration | Declaration of Philip Irwin, dated February 7, 2025 |
| Exhibit 1 | Excerpted Transcript of March 16, 2022 Deposition of Kevin Brinkworth |
| Exhibit 2 | Excerpted Transcript of November 6, 2023 Deposition of Byron Brown |
| Exhibit 3 | Excerpted Transcript of November 10, 2021 Deposition of Daniel Derenda |
| Exhibit 4 | Excerpted Transcript of December 23, 2021 Deposition of Daniel Derenda |
| Exhibit 5 | Excerpted Transcript of January 23, 2024 Deposition of the City of Buffalo's Fed. R. Civ. P. 30(b)(6) designee Daniel Derenda |
| Exhibit 6 | Excerpted Transcript of September 22, 2023 Deposition of Joseph Gramaglia |
| Exhibit 7 | Excerpted Transcript of March 14, 2024 Deposition of the City of Buffalo's Fed. R. Civ. P. 30(b)(6) designee Joseph Gramaglia |
| Exhibit 8 | Excerpted Transcript of August 10, 2023 Deposition of Byron Lockwood |
| Exhibit 9 | Excerpted Transcript of August 17, 2023 Deposition of Byron Lockwood |
| Exhibit 10 | Excerpted Transcript of December 27, 2021 Deposition of Philip Serafini |
| Exhibit 11 | Excerpted Transcript of October 26, 2022 Deposition of Aaron Young |
| Exhibit 12 | Excerpted Transcript of December 13, 2022 Deposition of Shirley Sarmiento |
| Exhibit 13 | Defendants' Amended Responses to Plaintiffs' Fifth Set of Interrogatories and Sixth Request for Production of Documents |

| APPENDIX OF DOCUMENTS ||
|---|---|
| Exhibit 14 | Defendants' Amended Response to Plaintiffs' First Set of Requests for Admission |
| Exhibit 15 | Expert Report of Professor David Bjerk, dated May 29, 2024 |
| Exhibit 16 | Chapter 1, Sections 1 through 3 of the Buffalo Police Department's Manual of Procedures, bearing Bates numbers COB000247-61 |
| Exhibit 17 | Chapter 1, Section 8 of the Buffalo Police Department's Manual of Procedures, bearing Bates numbers COB000247-49, COB000289-91 |
| Exhibit 18 | Chapter 8, Section 10 of the Buffalo Police Department's Manual of Procedures, bearing Bates numbers COB000539-41, COB000574-76 |
| Exhibit 19 | June 29, 2012 Email from Daniel Derenda, bearing Bates number COB279173 |
| Exhibit 20 | July 5, 2016 Email from Philip M. Serafini, bearing Bates number COB040949 |
| Exhibit 21 | Exhibit 3 to the January 23, 2024 deposition of the City of Buffalo's Fed. R. Civ. P. 30(b)(6) designee Daniel Derenda, bearing Bates number COB060319 |
| Exhibit 22 | Exhibit 20 to the January 23, 2024 deposition of the City of Buffalo's Fed. R. Civ. P. 30(b)(6) designee Daniel Derenda, bearing Bates numbers COB041712-13 |
| Exhibit 23 | Exhibit 22 to the January 23, 2024 deposition of the City of Buffalo's Fed. R. Civ. P. 30(b)(6) designee Daniel Derenda, bearing Bates numbers COB041705-09 |
| Exhibit 24 | Exhibit 16 to the November 6, 2023 deposition of Byron Brown, bearing Bates number COB082897 |
| Exhibit 25 | Exhibit 17 to the November 6, 2023 deposition of Byron Brown, New Economy Project, Police Checkpoints – Buffalo, NY |
| Exhibit 26 | Exhibit 32 to the August 17, 2023 deposition of Byron Lockwood, Aaron Besecker, *Buffalo's most issued traffic ticket is for tinted windows,* Buffalo News, May 13, 2019 |
| Exhibit 27 | Exhibit 8 to the March 16, 2022 deposition of Kevin Brinkworth, bearing Bates number COB591045 |

| APPENDIX OF DOCUMENTS ||
|---|---|
| Exhibit 28 | Exhibit 5 to the October 26, 2022 deposition of Aaron Young, bearing Bates numbers COB228535, COB245589, COB224759, COB232166, COB215625, COB215219, COB236452, COB221057, COB234488 |
| Exhibit 29 | Strike Force and Housing Unit Daily Reports, bearing Bates numbers COB029724-25, COB029730-31 |
| Exhibit 30 | Buffalo Police Department Roadblock Directive, bearing Bates number COB060320 |
| Exhibit 31 | Buffalo Police Department emails from 2013-2015, bearing Bates numbers COB042018-19, COB056123-24, COB056235-36, COB056243-44, COB056326-27, COB056348, COB056484 |
| Exhibit 32 | November 1, 2017 Email from Philip M. Serafini, bearing Bates number COB041743 |
| Declaration | Declaration of Edward P. Krugman, dated May 29, 2024 |
| Declaration | Declaration of Plaintiff Joseph Bonds, dated May 31, 2024 |
| Declaration | Declaration of Plaintiff Jasmine Evans, dated May 21, 2024 |
| Declaration | Declaration of Plaintiff Dorethea Franklin, dated May 13, 2024 |
| Declaration | Declaration of Plaintiff De'Jon Hall, dated May 13, 2024 |
| Declaration | Declaration of Plaintiff Charles Palmer, dated May 24, 2024 |
| Declaration | Declaration of Plaintiff Shaketa Redden, dated May 13, 2024 |
| Declaration | Declaration of Plaintiff Shirley Sarmiento, dated May 16, 2024 |
| Declaration | Declaration of Plaintiff Taniqua Simmons, dated May 13, 2024 |
| Declaration | Declaration of Plaintiff Ebony Yeldon, dated May 28, 2024 |

Dated: February 7, 2025

*s/ Philip Irwin*
Philip Irwin (*pro hac vice*)
Jordan S. Joachim (*pro hac vice*)
Christine Nelson (*pro hac vice*)
Andrew Timmick (*pro hac vice*)
COVINGTON & BURLING, LLP
620 Eighth Ave., Suite 4029
New York, NY 10018
212-841-1000
pirwin@cov.com
jjoachim@cov.com
cnelson@cov.com
atimmick@cov.com

Matthew A. Parham
WESTERN NEW YORK LAW CENTER
37 Franklin Street, 2nd Floor
Buffalo, NY 14202
(716) 828-8422
mparham@wnylc.net

Baher Azmy
A. Chinyere Ezie
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464
bazmy@ccrjustice.org
cezie@ccrjustice.org

Claudia Wilner
Anjana Malhotra
Edward Krugman
NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967
wilner@nclej.net
malhotra@nclej.net
krugman@nclej.net

*Counsel for Plaintiffs*