# EXHIBIT 2

1          UNITED STATES DISTRICT COURT

2     WESTERN DISTRICT OF NEW YORK

3     ------------------------------------------------

4     **BLACK LOVE RESISTS IN THE RUST, ET AL.,**
      **INDIVIDUALLY AND ON BEHALF OF A CLASS OF**
5     **ALL OTHERS SIMILARLY SITUATED,**

6               Plaintiffs,

7      -vs-                        1:18-cv-00719-CCR

8     **CITY OF BUFFALO, N.Y., ET AL.,**

9               Defendants.
10    ------------------------------------------------

11

12            **EXAMINATION BEFORE TRIAL**

13             **OF MAYOR BYRON BROWN**

14            **APPEARING REMOTELY FROM**

15             **ERIE COUNTY, NEW YORK**

16

17               November 6th, 2023

18               At 9:00 a.m.

19               Pursuant to notice

20

21

22     REPORTED BY:

23     Rebecca L. DiBello, RPR, CSR(NY)

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

MAYOR BYRON BROWN

1           approximately a half an hour.

2      Q.  Okay.  And when did that meeting take place?

3      A.  Last week.

4      Q.  Have you reviewed any documents or materials

5           to prepare for this deposition?

6      A.  I read the complaint.

7      Q.  By complaint you mean the complaint in this

8           matter, captioned Franklin v Buffalo, New

9           York?

10     A.  Yes.

11     Q.  And did you discuss today's deposition with

12          anybody other than your attorney?

13     A.  No, I did not.

14     Q.  You're currently the Mayor of the City of

15          Buffalo?

16     A.  Yes, I am.

17     Q.  You first took office in 2006 I believe?

18     A.  Yes, I did.

19     Q.  What term is this as far as your service as

20          mayor?

21     A.  This is the fifth four-year term.

22     Q.  Okay.  Are you planning to seek another?

23               MR. SAHASRABUDHE:  Objection to form.

---

**MAYOR BYRON BROWN**

1       majority White neighborhood.

2    Q. And would you agree that the East Side of

3       Buffalo is a majority Black neighborhood?

4          MR. SAHASRABUDHE:  Objection to form.

5    A. I would agree that the East Side of Buffalo is

6       a majority Black neighborhood.

7    Q. What forces have contributed to racial

8       segregation in Buffalo during your time as

9       mayor?

10         MR. SAHASRABUDHE:  Objection to form.

11      You can answer.

12   A. I don't know if the forces that have

13      contributed to racial segregation occurred

14      during my time as mayor.  As I indicated,

15      those forces are decades old.  Bank redlining,

16      objections to desegregation of schools back in

17      the 70s, so a number of things that

18      contributed to segregation, decades and

19      decades before I came mayor.

20   Q. Would you agree that the trend of segregation

21      nonetheless persists to this day?

22         MR. SAHASRABUDHE:  Objection to form.

23   A. What is the last part of your question?  That

---

**DEPAOLO CROSBY REPORTING SERVICES, INC.**

135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

---

MAYOR BYRON BROWN

1            the trends what?

2       Q.  Persist to this day?

3               MR. SAHASRABUDHE:  Objection to form.

4       A.  There is still a presence of segregation in

5            the City to this day.

6       Q.  Buffalo also has public housing, correct?

7       A.  Yes, it does.

8       Q.  And that's housing that administered by the

9            Buffalo Municipal Housing Authority or BMHA?

10      A.  That's correct.

11      Q.  And BMHA housing is income restricted?

12      A.  Yes, it is.

13      Q.  So you have to be living in poverty to be

14           eligible?

15              MR. SAHASRABUDHE:  Objection to form.

16      A.  You have to be low income generally to live in

17           Buffalo municipal housing.

18      Q.  Okay.  And residents of BMHA properties are

19           predominantly racial minorities in Buffalo,

20           correct?

21              MR. SAHASRABUDHE:  Objection to form.

22      A.  That's correct.

23      Q.  I'd like to turn to your duties as mayor.  How

---

─ **MAYOR BYRON BROWN** ─

1          would you describe your chief

2          responsibilities?

3     A.   My chief responsibilities are to prepare the

4          City budget, to manage the various departments

5          of the City of Buffalo and to deliver city

6          services to the residents of the community.

7     Q.   Okay.  Now, we'll get into that momentarily,

8          but as mayor is it fair to say that you're

9          also a policymaking official for Buffalo?

10              MR. SAHASRABUDHE:  Objection to form.

11    A.   It's fair to say that I am a policymaking

12         official.

13    Q.   And what does that mean in your eyes?

14              MR. SAHASRABUDHE:  Objection to form.

15    A.   What that means is developing programs and

16         initiatives that help to deliver services to

17         the residents of the community and to

18         introduce legislation that can be reviewed and

19         approved, passed by the City Council.

20    Q.   Got it.  As mayor are you also able to issue

21         executive orders?

22    A.   Yes, I am.

23    Q.   Are you able to propose new policy?

—MAYOR BYRON BROWN—

1    A. Yes, I am.

2    Q. Are you able to approve or veto the City

3       budget?

4    A. Yes, I am.

5    Q. Are you able to defend the City in litigation

6       when the City is sued or officials are sued?

7           MR. SAHASRABUDHE:  Objection to form.

8       Go ahead.

9    A. The City Corporation Counsel is the attorney

10      for the municipal corporation.

11   Q. Do you have a role in lawsuits that are filed

12      against the City as far as, for instance,

13      determining whether a settlement should be

14      approved?

15          MR. SAHASRABUDHE:  Objection to form.

16   A. I do not.

17   Q. Okay.  And in areas like executive orders is

18      there anyone who can veto your decision?

19   A. I have not proposed a lot of executive orders.

20      The executive orders that I have proposed have

21      not been objected to.

22   Q. Okay.  Now, as mayor do you have any

23      responsibilities related to municipal

---
MAYOR BYRON BROWN
---

1          agencies?

2              MR. SAHASRABUDHE:   Form.

3     A.  I have management responsibilities with

4          municipal agencies.

5     Q.  When you say management authorities what do

6          you mean?

7     A.  So ultimately the mayor is the chief executive

8          officer of the administration of City

9          government and I manage the work of the

10         commissioners that manage the various

11         departments of City government.

12    Q.  Okay.  Does that include the Buffalo Police

13         Department?

14    A.  Yes, it does.

15    Q.  Does it include the Buffalo Traffic Violations

16         Authority or BTVA?

17    A.  Yes, it does.

18    Q.  Does that include the Commission on Citizens

19         Rights and Community Relations?

20    A.  Yes, it does.

21    Q.  Does it include the Buffalo Municipal Housing

22         Authority Commission?

23    A.  No, not directly.  I appoint commissioners to

─── MAYOR BYRON BROWN ───

1          the Buffalo Municipal Housing Authority.

2      Q. Okay.  So for the BMHA you have the authority

3          to appoint commissioners, correct?

4      A. Yes, that's correct.

5      Q. But with respect to the other agencies you

6          just described, you have broader managerial

7          powers?

8              MR. SAHASRABUDHE:  Form.

9      A. Yes.  I have management authority over other

10         City departments.

11     Q. Okay.  And in the case of the Buffalo Police

12         Department, your authority extends beyond

13         merely appointing commissioners?

14             MR. SAHASRABUDHE:  Form.

15     A. Well, we work to set policy.  I review

16         recommendations from the commissioners.

17     Q. And that includes the commissioner for the

18         Buffalo Police Department or BPD?

19     A. That's correct.

20     Q. Okay.  And does that also include -- do you

21         also have the ability to review policies

22         related to the BTVA?

23     A. I do.

--- MAYOR BYRON BROWN ---

1    Q. And is there someone from -- to the extent

2       that the BPD does receive overtime year in and

3       year out, is there anyone from your office

4       involved in approving those requests?

5    A. That would be reviewed by the police

6       commissioner and the police commissioner's

7       management staff and there would be review by

8       the finance commissioner and the Department of

9       Finance.

10   Q. Okay.  So the mayor's office is not involved

11      in administering overtime requests?

12   A. No.

13   Q. Do you have the ability to veto or disapprove

14      overtime requests by the Department?

15   A. I do not.

16   Q. Are you able to issue executive orders to the

17      Buffalo Police Department?

18          MR. SAHASRABUDHE:  Form.

19   A. I could issue executive orders for the police

20      department.

21   Q. Okay.  Are there any instances where you have?

22          MR. SAHASRABUDHE:  Form.

23   A. Not that I recall at this time.

─────────────── MAYOR BYRON BROWN ───────────────

1    Q. Are you able to issue directives short of

2       executive orders?

3    A. Am I able to issue directives?

4    Q. Yes.

5    A. Well, I certainly am able to speak to the

6       police commissioner and share concerns with

7       the commissioner, absolutely.

8    Q. Okay.  Can you instruct the commissioner to

9       engage in certain police activities?

10            MR. SAHASRABUDHE:  Form.

11   A. I generally do not direct the police

12      commissioner to engage in different police

13      activities.

14   Q. Is that an ability that you have, however?

15            MR. SAHASRABUDHE:  Form.

16   A. It is not the way I manage, so I would say no.

17   Q. Is there anything that restricts you from

18      issuing directives to the Department

19      commissioners?

20            MR. SAHASRABUDHE:  Form.

21   A. So the police commissioner and the management

22      staff of the police commissioners are public

23      safety professionals trained in providing

─────── **DEPAOLO CROSBY REPORTING SERVICES, INC.** ───────

—MAYOR BYRON BROWN—

1         public safety, so I do not issue directives to

2         the police commissioner in that way.

3   Q.  So you referred to a managerial style just a

4         minute ago with respect to the BPD.  Do you

5         recall that?

6   A.  Yes, I do.

7   Q.  So is your managerial style to defer to the

8         BPD commissioner when it comes to the

9         decisions about police activity?

10              MR. SAHASRABUDHE:  Form.

11  A.  I, of course, listen to the recommendations of

12        the police commissioner and the commissioner's

13        management staff.

14  Q.  Can you think of an instance where you have

15        disapproved any decisions that a police

16        commissioner has made?

17              MR. SAHASRABUDHE:  Form.

18  A.  I would not take the position of disapproving.

19        I would look over proposals, I would go over

20        situations, offer my concerns or

21        recommendations for the concerns of the

22        community and then the commissioner and the

23        commissioner's management team would make

─── **MAYOR BYRON BROWN** ───

 1          decisions.

 2    Q.  How many police commissioners have there been

 3          over the BPD during your time as mayor?

 4    A.  I believe that answer would be four.

 5    Q.  Can you remind us of their names?

 6    A.  H. McCarthy Gibson, Daniel Derenda, Byron

 7          Lockwood and Joseph Gramaglia.

 8    Q.  Were you responsible for appointing each of

 9          those individuals to their position as

10          commissioner?

11    A.  Yes.

12    Q.  And how did you determine each of those

13          individuals qualified to serve as commissioner

14          for the BPD?

15          MR. SAHASRABUDHE:  Objection to form.

16    A.  Interviews, reviewing resumes, reviewing

17          experience and training in law enforcement.

18    Q.  In the case of Commissioner Derenda, Lockwood

19          and Gramaglia, did you perform reference

20          checks?

21          MR. SAHASRABUDHE:  Objection to form.

22    A.  All of those individuals had long tenures in

23          the police department spanning several

---
**MAYOR BYRON BROWN**
---

1        being taken completely off guard about

2        something that Commissioner Derenda, Lockwood

3        or Gramaglia were doing that affected the BPD

4        because you were never informed?

5            MR. SAHASRABUDHE:  Objection to form.

6   A. I would say that there were not those

7        instances.

8   Q. So generally speaking, Commissioners Derenda,

9        Lockwood and Gramaglia kept you well-informed

10       about the BPD's activities?

11  A. That is correct.

12  Q. During their tenure as commissioners was there

13       anything that Commissioners Derenda, Lockwood

14       or Gramaglia did with respect to the BPD that

15       you strongly disagreed with?

16          MR. SAHASRABUDHE:  Objection to form.

17  A. No.  There were not instances of the

18       management of Commissioners Derenda, Lockwood

19       and Gramaglia that I strongly disagreed with.

20  Q. As mayor have you approved of the policing

21       decisions that Commissioners Derenda, Lockwood

22       and Gramaglia have made in the City of

23       Buffalo?

─────────── **MAYOR BYRON BROWN** ───────────

1          MR. SAHASRABUDHE:  Objection to form.

2    A.  I think those commissioners have made good

3        policing decisions based on the needs of this

4        community.

5    Q.  There's nothing that you've instructed them to

6        discontinue, for instance?

7          MR. SAHASRABUDHE:  Form.

8    A.  Again, the commissioners would talk about

9        police strategies and tactics.  I'd give my

10       recommendations, my insight, but those

11       decisions would be made by the commissioners.

12   Q.  So there's nothing with respect to police

13       initiatives under Commissioners Derenda,

14       Lockwood or Gramaglia that you had recommended

15       be discontinued or concerns you have?

16         MR. SAHASRABUDHE:  Objection to form.

17   A.  Again, I would look at police initiatives,

18       strategy, tactics.  I would give my thoughts,

19       my ideas, my concerns, my praise and in some

20       instances, but certainly would leave it to the

21       commissioners to make the final determination,

22       recommendation on the discontinuance of any

23       policing initiative knowing that periodically

---

**MAYOR BYRON BROWN**

1          policing strategy and tactics are varied in

2          our department.

3     Q.  Okay.  But with respect to initiatives,

4          policing initiatives that Commissioners

5          Derenda, Lockwood and Gramaglia engaged in as

6          commissioner, you reviewed and approved their

7          decisions ultimately?

8              MR. SAHASRABUDHE:  Form.

9     A.  The commissioners manage the Department.  And

10         I don't try to insert myself into the

11         decisions of the various commissioners.  We

12         talk about those decisions.  They explain

13         those decisions to me.  I give feedbacks,

14         concerns and recommendations, but ultimately

15         the management of our various departments is

16         the responsibility of the commissioners.

17    Q.  How do you reconcile that approach with your

18         duty as mayor to ensure that city officials

19         follow the law?

20             MR. SAHASRABUDHE:  Objection to form.

21    A.  I think that by meeting frequently with

22         commissioners and discussing the goals,

23         mission and objectives of our government that

---

────── MAYOR BYRON BROWN ──────

1              is a way of doing that.  By them reporting out

2              the activities of their departments and the

3              priorities of their departments in line with

4              the goals, mission and objectives of the

5              government overall, that is a way of providing

6              oversight, of providing guidance and to some

7              degree monitoring the actions and activities

8              of our commissioners.

9      Q.  You agree that as mayor you have a role to

10             monitor the activities of the BPD

11             commissioners?

12             MR. SAHASRABUDHE:  Objection to form.

13     A.  Again, my management role extends to every

14             commissioner including the BPD commissioner

15             and I take that role very seriously and meet

16             frequently with our commissioners.

17     Q.  And so when -- given the extent to which you

18             collaborate when the BPD commissioners ask

19             it's with the approval of your office.  Is

20             that fair?

21             MR. SAHASRABUDHE:  Objection to form.

22     A.  Major policy decisions that BPD commissioners

23             are making, I am aware of those decisions.

────── **DEPAOLO CROSBY REPORTING SERVICES, INC.** ──────

—MAYOR BYRON BROWN—

1   Q. Daniel Derenda, commissioner of police,

2      informed you that the BPD intended to use

3      checkpoints as part of a plan to address gang

4      violence, correct?

5          MR. SAHASRABUDHE:  Objection to form.

6   A. The primary purpose of checkpoints was vehicle

7      and traffic interdiction.  The Strike Force

8      was a unit that was a proactive unit that was

9      designed to reduce crime in the City and the

10     traffic checkpoint moved from place to place

11     in the City as did the Strike Force.

12  Q. I'm sorry, Mayor Brown.  We must be

13     misunderstanding each other because you

14     repeated your previous answer without any

15     consideration of the question I asked.

16         So why don't I pull up a document and

17     we'll mark it as Exhibit 5 for this

18     deposition.  It was produced in discovery as

19     COB 226141.  Let me know if it's large enough

20     for you to see.

21  A. I can see the top of the document.

22  Q. It's two pages.  I'm showing you the first

23     page.  Do you see that this is an email from

─────────────── **MAYOR BYRON BROWN** ───────────────

1      A.  I know that there have been some concerns

2          raised about the checkpoints.

3      Q.  Do you recall attending a forum at Mt. Olive

4          Baptist Church concerning policing in Buffalo?

5      A.  I have attended a lot of forums at Mt. Olive

6          Baptist Church.  I don't recall specifically

7          what format you might be describing.

8      Q.  Do you recall a forum that was held in

9          conjunction with the Commission on Citizens

10         Rights and Community Relations in 2014,

11         December 2014, at the Mount Olive Baptist

12         Church where you were present?

13     A.  I don't recall.

14     Q.  Do you recall there being research completed

15         by the University of Buffalo concerning the

16         checkpoint program in the City of Buffalo?

17              MR. SAHASRABUDHE:  Form.

18     A.  I don't recall.

19     Q.  Mayor Brown, I'd like to direct you to a

20         document.  I think we're up to Exhibit 16.

21         I'm marking as Exhibit 16 the following

22         document that was produced in discovery as COB

23         082897 and it's links to an article in the

─────────────────MAYOR BYRON BROWN─────────────────

1          Daily Public.

2               Mr. Brown, are you able -- Mayor Brown,

3          are you able to see this cover email?

4     A.  Yes.  It's an email from Byron Brown sent to

5          members of the police department.

6     Q.  Including the deputy commissioner at the time?

7     A.  That's correct.

8     Q.  It's sending an article from the Daily Public?

9     A.  Yes.

10    Q.  The Daily Public is a news source that you at

11         least occasionally review?

12               MR. SAHASRABUDHE:  Form.

13    A.  The Daily Public I guess was a news source at

14         that time.  I don't recall it, so I doubt it

15         still even exists.

16    Q.  Okay.  As I proceed you see -- you have the

17         article that was disseminated by you?

18    A.  Right.

19    Q.  On July 13th, 2015 called "Checkpoint, Buffalo

20         Police Practices Questioned"?

21    A.  Yes, I see it.

22    Q.  I'll try to adjust it.  There are

23         advertisements on the right side.

---

**MAYOR BYRON BROWN**

1              some.

2    Q.  Okay.  And you reviewed this map back in 2016

3         when this article first came about?

4              MR. SAHASRABUDHE:  Form.

5    A.  I don't know if I reviewed the map, but

6         obviously I saw the article and I forwarded

7         the article.

8    Q.  This map, what does it indicate regarding

9         checkpoint locations and their geographic

10        distribution?

11             MR. SAHASRABUDHE:  Objection to form.

12   A.  The map shows that there were a good number of

13        checkpoints in the northeast section of the

14        city, some in the west, some in the north,

15        some in the central city, some in the southern

16        portion of the city.

17   Q.  Can you see that right on -- in the article it

18        describes where 60 of the checkpoints took

19        place?

20             MR. SAHASRABUDHE:  Form.

21   A.  I do see that comment in the article that more

22        than 60 checkpoints across 46 locations.  I

23        did just read that, yes.

---

**DEPAOLO CROSBY REPORTING SERVICES, INC.**

135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

─────────── **MAYOR BYRON BROWN** ───────────

1    Q.  And did you see that all but eight of them

2        according to this article occurred on

3        Buffalo's predominantly African-American East

4        Side?

5              MR. SAHASRABUDHE:  Objection to form.

6    A.  I see that comment according to that article.

7    Q.  But Mayor Brown -- and I'll stop sharing now.

8        Data concerning checkpoint locations exists

9        within the BPD, correct?

10   A.  That's correct.

11             MR. SAHASRABUDHE:  Object to the form.

12   Q.  Have you had the opportunity to review that

13       data?

14             MR. SAHASRABUDHE:  Objection to form.

15   A.  I would assume, yes, I have reviewed the data.

16   Q.  And isn't it true that BPD checkpoint location

17       data confirms the checkpoints were

18       predominantly on the East Side?

19             MR. SAHASRABUDHE:  Objection to form.

20   A.  From the information that I just read it looks

21       like a lot of the checkpoints were on the East

22       Side.

23   Q.  Okay.  Are you aware of any data that

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

---
**MAYOR BYRON BROWN**
---

1           contracts that the East Side was where BPD

2           checkpoints were primarily located?

3                   MR. SAHASRABUDHE:   Object to the form.

4       A. From what I've been presented with today I see

5           no data that contradicts that the East Side

6           was where many of the checkpoints took place.

7       Q. Now, Mayor Brown, since you've had the

8           opportunity to review the complaint in this

9           case, are you familiar with -- and this will

10          be Brown Exhibit 17 I believe, the police

11          checkpoints map that was filed in connection

12          with this case depicting checkpoint locations

13          between January, 2013 and June, 2017.

14      A. Okay.

15      Q. Is this a map that you've seen before?

16      A. I don't recall the map.

17      Q. Okay.  Do you see that it indicates by color

18          how many checkpoints occurred in a given

19          geographic location?

20                  MR. SAHASRABUDHE:   Form.

21      A. Looking at the map, I do see a color coding

22          indicating where checkpoints took place.

23      Q. Is this map, Mayor Brown, consistent with the

—MAYOR BYRON BROWN—

1          prior map indicating that checkpoints were

2          predominantly on the East Side of Buffalo?

3                    MR. SAHASRABUDHE:  Form.

4     A.  This map does look consistent with the other

5          map that you just showed me.

6     Q.  Okay.  Now, Mayor Brown, going back to Brown

7          Exhibit 16, you forwarded the article in the

8          Daily Public to Daniel Derenda, Byron Lockwood

9          and others, correct?

10    A.  Yes, that's correct.

11    Q.  Why did you forward the article to this group

12         of BPD officials?

13                   MR. SAHASRABUDHE:  Object to the form.

14    A.  My view is that I wanted to make sure that

15         what we were doing was being done properly.  I

16         wanted to see if the article was accurate and

17         to get more information.

18    Q.  Did you request any information from the BPD

19         officials that you contacted?

20    A.  I was briefed by BPD officials.

21    Q.  What did they brief you on?

22    A.  Again, the briefing was that there was no

23         targeting of the East Side, that our traffic

---

— **MAYOR BYRON BROWN** —

1          East Side of Buffalo?

2              MR. SAHASRABUDHE:  Objection to form.

3     A.  There was an intersection of different

4          missions, so the response to complaints about

5          vehicle safety and vehicle operation,

6          speeding, loud music, intersected with the

7          operation of the Strike Force to address

8          overall crime concerns and the requests from

9          citizens to address shootings, homicides, gang

10         violence, drug dealing.

11    Q.  How were the checkpoints used to address drug

12         dealers?

13             MR. SAHASRABUDHE:  Objection to form.

14    A.  Well, in the intersection of the vehicle and

15         traffic enforcement when vehicles were stopped

16         individuals were found with illegal guns in

17         vehicles, individuals were found with drugs in

18         vehicles and we did see a pattern of crime

19         going down in parts of the city.

20    Q.  Mayor Brown, were the checkpoints designed to

21         only stop motorists who were suspected of

22         being drug dealers?

23             MR. SAHASRABUDHE:  Objection to form.

---

—MAYOR BYRON BROWN—

```
 1    A.  No.  The checkpoints as setup were designed
 2        for traffic safety and as motorists went
 3        through the checkpoints all motorists were
 4        stopped.  In fact, I was stopped at a
 5        checkpoint.
 6    Q.  So the way the checkpoints were designed there
 7        was no probable cause required to believe that
 8        someone had committed a crime in order to be
 9        stopped, correct?
10            MR. SAHASRABUDHE:  Objection to form.
11    A.  Well, for the vehicle and traffic safety
12        issues there were license plate readers so
13        officers were able to determine if vehicles
14        were licensed, if they were registered, if
15        there were crime issues associated with the
16        vehicles.
17    Q.  Mayor Brown, it's your testimony that license
18        plate readers were used at every checkpoint
19        that the BPD administered between January,
20        2013 and June, 2017?
21            MR. SAHASRABUDHE:  Objection to form.
22        Go ahead.
23    A.  I don't know if license plate readers were
```

**DEPAOLO CROSBY REPORTING SERVICES, INC.**

———**MAYOR BYRON BROWN**———

```
 1        used at every checkpoint, but I know that they
 2        were used at some of the checkpoints.
 3   Q.  Mayor Brown, is your testimony that only cars
 4        that returned a hit on a license plate reader
 5        were forced to go through the checkpoints that
 6        BPD erected?
 7             MR. SAHASRABUDHE:  Objection to form.
 8   A.  No.  That is not my testimony and I have
 9        testified that even my vehicle was stopped in
10        a checkpoint so, no, not only those vehicles
11        that produced hits on license plate readers.
12   Q.  Got it.  Now, Mayor Brown, earlier you
13        testified, and let me know if I'm mistaken,
14        that -- well, let me ask you this question.
15             So when you were stopped at the
16        checkpoint was there probable cause for your
17        stop?
18             MR. SAHASRABUDHE:  Objection to form.
19   A.  Counselor, I sure hope not.  But when I was
20        stopped I was going through the checkpoint.
21        An officer came to the window and saw that I
22        was driving with a police officer and that I
23        was in the car and as many vehicles in that
```

---

**MAYOR BYRON BROWN**

1        traffic safety, again intersecting with the

2        secondary purpose of community safety that the

3        Strike Force was working on and at this point,

4        as I mentioned, the police department varies

5        tactics periodically and checkpoints are no

6        longer being conducted in the City of Buffalo.

7    Q.  However, you did approve of the checkpoint

8        program as it was administered, correct?

9            MR. SAHASRABUDHE:  Objection to form.

10   A.  The checkpoint program as it was proposed and

11       administered I did support at the time.

12   Q.  You've never issued any directives prohibiting

13       the checkpoint programs from continuing as it

14       previously did?

15   A.  I have not issued any directives prohibiting

16       the checkpoint program from continuing.

17   Q.  And the BPD has not issued any policy that

18       would prohibit the checkpoints from being

19       resumed as previous?

20           MR. SAHASRABUDHE:  Form.

21   A.  Again, BPD and primarily commissioners of the

22       police department vary policing strategies and

23       tactics periodically and the checkpoint

---

1          STATE OF NEW YORK)

2          COUNTY OF ERIE    )

3

4

5           I, Rebecca Lynne DiBello, CSR, RPR, Notary
          Public, in and for the County of Erie, State of
          New York, do hereby certify:

6

7           That the witness whose testimony appears
          hereinbefore was, before the commencement of
8          their testimony, duly sworn to testify the
          truth, the whole truth and nothing but the
9          truth; that said testimony was taken pursuant
          to notice at the time and place as herein set
10         forth; that said testimony was taken down by me
          and thereafter transcribed into typewriting,
11         and I hereby certify the foregoing testimony is
          a full, true and correct transcription of my
12         shorthand notes so taken.

13

14          I further certify that I am neither counsel
          for nor related to any party to said action,
15         nor in anyway interested in the outcome
          thereof.

16

17          IN WITNESS WHEREOF, I have hereunto
          subscribed my name and affixed my seal this
          19th day of November, 2023.

18

19

20         _____

21         Rebecca Lynne DiBello, CSR (NY)
          Notary Public - State of New York
22         No. 01D14897420
          Qualified in Erie County
23         My commission expires 5/11/2027

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544