# EXHIBIT 3

```
 1        UNITED STATES DISTRICT COURT

 2        FOR THE WESTERN DISTRICT OF NEW YORK

 3        ----------------------------------------------

 4        BLACK LOVE RESISTS IN THE RUST, et al.,
          individually and on behalf of a class of
 5        all others similarly situated,

 6                              Plaintiffs,

 7         -vs-                        1:18-cv-00719-CCR

 8        CITY OF BUFFALO, N.Y., et al.,

 9                              Defendants.
          ----------------------------------------------
10

11

12            ORAL EXAMINATION OF DANIEL DERENDA

13                APPEARING REMOTELY FROM

14                  BUFFALO, NEW YORK

15

16

17                  November 10, 2021

18                  At 9:00 a.m.

19                  Pursuant to notice

20

21        REPORTED BY:

22        Rebecca L. DiBello, RPR, CSR(NY)

23        APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

**DANIEL DERENDA**

1        entire time you were employed there?

2    A. It held that name up until October 8th when it

3        became Allied Universal.  They purchased the

4        stock maybe six, seven months prior.  As I

5        said, I agreed to stay on until October 22nd

6        so I believe technically I was under Allied

7        Universal for the two-week period and now with

8        severance pay I'm being paid out by Allied

9        Universal.

10   Q. And what was your -- what did your job consist

11       of?

12   A. I had a couple of positions.  I started out as

13       a general manager Buffalo/Rochester area,

14       became director of operations of all New

15       England which included Upstate New York and

16       about a year ago I came back just to the

17       Buffalo/Rochester area as a district manager.

18   Q. Okay.  And that was a private security

19       company?

20   A. Yes.

21   Q. And was your employment prior to that as

22       Commissioner of the Buffalo Police Department?

23   A. I was with the Buffalo Police Department for

─── **DANIEL DERENDA** ───

1          32 years.  Commissioner of police since 2010.

2     Q. Okay.  So you were commissioner from 2010

3          through 2018 when you left?

4     A. To January 18.

5     Q. Okay.  And then after January 18th you had the

6          employment we discussed?

7     A. Correct.

8     Q. What was the BPD Strike Force?

9               MR. QUINN:  Object to the form.  You can

10         answer.

11    A. Strike Force was a unit that we put together

12         to go and basically supplement other districts

13         so they can go in.  They weren't tied to a

14         radio.  They were in there to be proactive

15         going after areas where we had spikes in

16         crime.

17    Q. And I'm sorry, Mr. Derenda.  You froze for a

18         minute so I couldn't hear your answer.

19    A. Strike Force was the unit we put together --

20              MR. QUINN:  Did you get the answer,

21         Rebecca?  I want to make sure we're not missing

22         things.

23              (Record read back by reporter)

DANIEL DERENDA

1          MR. QUINN:  I think that was the whole

2     answer.

3  Q. Okay.  Thank you.  What was the main mission

4     of the Strike Force?

5          MR. QUINN:  Object to the form.  You can

6     answer.

7  A. The main mission was to -- they would go after

8     guns, drugs, intelligence gathering and again

9     to supplement the districts in areas where we

10     had problems.  Again, they were not tied to

11     the radio.  They were to be proactive and they

12     were out to be on the street depending on

13     circumstances that were going on throughout

14     the city.

15  Q. And the document that I would like to show you

16     -- just one second.  I'm going to mark as

17     Exhibit 1 a document that was produced to us

18     with Bates number COB060319.  It says at the

19     top Strike Force Mission.

20          Mr. Derenda, do you recognize this

21     document?

22  A. I do.

23  Q. Did you author it?

**DANIEL DERENDA**

1      A. I did.

2      Q. And does this document accurately describe the

3         mission of the Strike Force?

4      A. Yes, it does.

5      Q. And you were directly involved in the creation

6         of the Strike Force, right?

7      A. Correct.

8      Q. Why did you create the Strike Force?

9            MR. QUINN:  Object to the form.

10     A. Actually, before the Strike Force we had a

11        unit called the MRU which was basically the

12        same mission.  Very successful.  It had a

13        shelf life.  The officers assigned there were

14        very proactive and they started to not work as

15        hard so we got rid of the unit and we reformed

16        the Strike Force Unit maybe -- I don't know

17        how much time in between.

18            But again, we did it to target areas of

19        high crime and, again, to supplement the

20        districts and to concentrate on problems.

21     Q. Okay.  And when you say very successful, how

22        was that success measured?

23            MR. QUINN:  Object to the form.  You can

DANIEL DERENDA

 1          make sure that drivers are licensed and
 2          registrations are valid and inspections are
 3          valid?
 4     A.  Because why would I want people to have
 5          driver's license?  Is that the question?  So
 6          that the vehicles are legally registered,
 7          they're legally inspected.  Improperly
 8          inspected vehicles could be a traffic hazard.
 9          Vehicles should be registered and insured and
10          people with seatbelts on -- should have their
11          seatbelts on.  That's the law.
12     Q.  Why should the roadblocks be setup to minimize
13          the possibility of avoiding it?
14     A.  So if you set it up in a way that will give
15          somebody or make somebody think that they can
16          just drive through it or around it, you set it
17          up in a way to make it safe for vehicles to
18          pass through.
19     Q.  And why did you direct your officers to
20          conduct a traffic stop on any vehicle that
21          attempts to avoid the roadblock?
22     A.  If they're avoiding the roadblock, again, it
23          was part of the directive.  They're avoiding

DANIEL DERENDA

```
 1          it for whatever reason, for whatever traffic

 2          safety violations they may incur.

 3     Q.   How would an officer know whether a vehicle

 4          was attempting to avoid the roadblock?

 5     A.   If they're going around the officers as

 6          they're doing a roadblock.  We've had vehicles

 7          just take off speeding up on the sidewalk.

 8          All kinds of things have taken place.

 9     Q.   So what if a person is just making a normal

10          turn?  Is that attempting to avoid a

11          roadblock?

12               MR. QUINN:  Form.

13     A.   I don't know what you characterize as a normal

14          turn.  If you see somebody try to go around

15          it, start backing up to get away from it or

16          what have you, they're trying to avoid the

17          roadblock.

18     Q.   Why did you instruct officers to act on any

19          and all probable cause resulting from mobile

20          plate readers and plain view observations?

21               MR. QUINN:  Form.

22     A.   Because that's part of their job to enforce

23          the law.
```

**DANIEL DERENDA**

1    Q. Why did you instruct officers to write

2        summonses for all who are in violation of V&T

3        laws?

4    A. So they couldn't pick and choose who they

5        wrote tickets to.  If somebody is coming

6        through without a driver's license, you treat

7        everybody the same.  If somebody doesn't have

8        an inspection sticker, you don't let one go

9        and not the other.

10            You don't pick and choose who you

11        enforce the laws on and that situation is for

12        a defined period of time and place and people

13        coming through there should all be treated the

14        same.

15    Q. So your goal was to enforce the provisions of

16        the vehicle and traffic law, correct?

17    A. Correct.

18            MR. QUINN:  Form.

19    Q. And the idea is that by enforcing the Vehicle

20        and Traffic Law through the issuance of

21        traffic signs, you encourage drivers to come

22        into compliance?

23            MR. QUINN:  Form.

DANIEL DERENDA

```
 1              Once I became commissioner MRU
 2       disappeared and we disbanded the unit and we
 3       re-formed the Strike Force.  I don't know how
 4       many years in between.  I didn't have -- it
 5       was no longer my job to be assigning them to
 6       different locations.  You have deputy
 7       commissioner of operations.  Lockwood overseen
 8       the housing.  We put him in charge of housing,
 9       Strike Force and the schools because we put
10       him all together so he overseen those units
11       and, generally speaking, he would assign them
12       where they would be.
13              Occasionally maybe I would chime in
14       based on something, based on somebody
15       requesting that I knew about, but the
16       day-to-day stuff I didn't handle.  I had too
17       many other things on my plate that I didn't
18       have years before.
19    Q.  Now, you expected Strike Force officers to
20        issue a lot of traffic tickets, right?
21    A.  I expected Strike Force officers to be
22        proactive and out doing their job making
23        arrests, writing summonses, writing parking
```

DANIEL DERENDA

1          tickets, writing city ordinances to be visible

2          and out doing their job proactive, correct.

3                MR. QUINN:  Form to the last question.

4     Q. And you mentioned a number of kinds of things

5          you expected them to do; summonses, parking

6          tickets, city ordinances.

7                What are city ordinances?

8     A. City ordinance could be anything from whether

9          -- high grass was one of them.  We used to

10         have specific details and walk through

11         neighborhoods writing summonses based on city

12         ordinances.  Loud music, high grass, whatever

13         it may be, and the purpose for that was to get

14         officers out of their cars walking down the

15         streets, getting back to what we talked about,

16         high visibility.

17               So when they're out doing something,

18         when they're out walking, when they're out

19         stopping vehicles for traffic violations,

20         they're highly visible and I believe that has

21         a major effect in reducing overall crime and

22         other things.

23    Q. When you felt that Strike Force officers had

**DANIEL DERENDA**

1          low production you let them know, didn't you?

2               MR. QUINN:  Object to the form.

3    A.  If I seen a report and I seen that they

4          weren't doing anything, so if you have ten

5          officers working on a shift and you don't see

6          any arrests and there's no summonses, then

7          they're telling me they're not out doing what

8          they need to be doing, so yes, I would let

9          somebody know if I didn't think they were

10         being out there.

11              Again, when you're not tied to the radio

12         and you're not answering calls you have a lot

13         of time to be proactive and enforce traffic

14         laws, do other things and when you're not --

15         again, I always had the philosophy of what

16         gets measured gets done, so they were forced

17         to do reports every shift and you can see if

18         they're doing things or they're not doing

19         things and there's times depending on holidays

20         or whatever you'd see low numbers because of a

21         couple of reasons.

22              Probably low manpower and people are

23         home and not driving and nobody is out and

1       about and things aren't happening.  Crime is

2       not happening.  So there's reasons sometimes

3       why they're not, but there's other times that

4       you see low numbers in general and you start

5       to wonder if they're out on the street being

6       visible doing what they're supposed to be

7       doing.

8   Q.  So the traffic summonses, the tickets, parking

9       tags, the city ordinances, all of that is a

10      way for you to tell whether the Strike Force

11      officers are out there in the street?

12  A.  If they're out there zero tolerance enforcing

13      laws, violations, if they're out there about

14      on the street at times walking, at times

15      driving, whatever, that tells me they're out

16      working.

17         MR. QUINN:  Form of the last question.

18  Q.  And you also had to report those numbers up to

19      the mayor, correct?

20  A.  I didn't have to report the numbers up to the

21      mayor.  Did I report numbers up to the mayor?

22      I'm sure I did.  But no, I didn't have to

23      report numbers to the mayor.

1          STATE OF NEW YORK)

2          COUNTY OF ERIE    )

3

4

5           I, Rebecca Lynne DiBello, CSR, RPR, Notary
           Public, in and for the County of Erie, State of
6          New York, do hereby certify:

7           That the witness whose testimony appears
           hereinbefore was, before the commencement of
8          their testimony, duly sworn to testify the
           truth, the whole truth and nothing but the
9          truth; that said testimony was taken pursuant
           to notice at the time and place as herein set
10         forth; that said testimony was taken down by me
           and thereafter transcribed into typewriting,
11         and I hereby certify the foregoing testimony is
           a full, true and correct transcription of my
12         shorthand notes so taken.

13

14          I further certify that I am neither counsel
           for nor related to any party to said action,
           nor in anyway interested in the outcome
15         thereof.

16

17          IN WITNESS WHEREOF, I have hereunto
           subscribed my name and affixed my seal this
           14th of November, 2021.

18

19

20         _____
21          Rebecca Lynne DiBello, CSR, RPR

22

23