# EXHIBIT 4

```
1      UNITED STATES DISTRICT COURT

2      FOR THE WESTERN DISTRICT OF NEW YORK

3      -------------------------------------------

4      BLACK LOVE RESISTS IN THE RUST, et al.,
       individually and on behalf of a class of
5      all others similarly situated,

6                                    Plaintiffs,

7       -vs-                          1:18-cv-00719-CCR

8      CITY OF BUFFALO, N.Y., et al.,

9                                    Defendants.
       -------------------------------------------
10

11                    CONTINUED

12        ORAL EXAMINATION OF DANIEL DERENDA

13             APPEARING REMOTELY FROM

14                 BUFFALO, NEW YORK

15

16

17             December 23rd, 2021

18             At 9:20 a.m.

19             Pursuant to notice

20

21     REPORTED BY:

22     Rebecca L. DiBello, RPR, CSR(NY)

23     APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
 1            My question is asking about the fact
 2       that more than 80 percent of the checkpoints
 3       were in black neighborhoods.
 4            MR. QUINN:  Object to the form.
 5    A. If that's what your stats show, then that's
 6       what they were.
 7    Q. Did you specifically place checkpoints in
 8       places where you wanted to have a highly
 9       visible presence?
10    A. Again, going back to two reasons for the
11       checkpoints.  Traffic safety and high
12       visibility.  You wanted people to see them.
13       You wanted them to be there or wherever there
14       was or wherever we had issues with crime, so
15       if you had a checkpoint somewhere where you
16       had issues with shootings or burglaries,
17       again, with the police standing there it's
18       highly unlikely that these crimes would be
19       committed.
20    Q. You didn't set checkpoints in places where
21       there were a lot of accidents, right?
22    A. I don't believe I used accidents as a
23       criteria.  It's possible we did, but I don't
```

```
 1        Lockwood about changing checkpoint locations?
 2    A.  I don't recall, but probably.
 3    Q.  To your knowledge, did Mayor Brown direct this
 4        change in checkpoint location?
 5    A.  Mayor Brown didn't direct anything with
 6        policing.  He always wanted to know what we
 7        were doing.  He never told me to do anything.
 8    Q.  At the bottom of the email Captain Serafini
 9        says we are going to come under a lot of
10        scrutiny in the next couple of months due to
11        the upcoming mayoral election and I want to
12        reinforce to the public the good work that you
13        and the officers of the Strike Force and
14        housing units perform on a daily basis.
15             Do you think that the change in
16        checkpoint locations was related to the
17        upcoming mayoral election?
18        MR. QUINN:  Form.
19    A.  I don't know what it was related to.  Again, I
20        don't recall.  Maybe the issues the council
21        had.  I don't recall exactly what took place.
22    Q.  Do you recall back in July of 2017 the city
23        council passed a resolution pertaining to the
```

```
 1      STATE OF NEW YORK)

 2      COUNTY OF ERIE    )

 3

 4
          I, Rebecca Lynne DiBello, CSR, RPR, Notary
 5      Public, in and for the County of Erie, State of
        New York, do hereby certify:
 6

 7        That the witness whose testimony appears
        hereinbefore was, before the commencement of
 8      their testimony, duly sworn to testify the
        truth, the whole truth and nothing but the
 9      truth; that said testimony was taken pursuant
        to notice at the time and place as herein set
10      forth; that said testimony was taken down by me
        and thereafter transcribed into typewriting,
11      and I hereby certify the foregoing testimony is
        a full, true and correct transcription of my
12      shorthand notes so taken.

13
          I further certify that I am neither counsel
14      for nor related to any party to said action,
        nor in anyway interested in the outcome
15      thereof.

16
          IN WITNESS WHEREOF, I have hereunto
17      subscribed my name and affixed my seal this
        8th of January, 2022.
18

19              *Rebecca L. DiBello* (signature)

20      _____ _____

21      Rebecca Lynne DiBello, CSR, RPR
        Notary Public - State of New York
22      No. 01D14897420
        Qualified in Erie County
23      My commission expires 5/11/2023
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544