# EXHIBIT 5

```
 1        UNITED STATES DISTRICT COURT

 2    FOR THE WESTERN DISTRICT OF NEW YORK

 3    ---------------------------------------------

 4    BLACK LOVE RESISTS IN THE RUST, et al.,
      individually and on behalf of a class of
 5    all others similarly situated,

 6                          Plaintiffs,

 7     -vs-                        1:18-cv-00719-CCR

 8    CITY OF BUFFALO, N.Y., et al.,

 9                          Defendants.
      ---------------------------------------------
10            DEPOSITION OF DANIEL DERENDA

11        Taken pursuant to Rule 30(b)(6)

12      of the Federal Rules of Civil Procedure

13            APPEARING REMOTELY FROM

14              BUFFALO, NEW YORK

15

16      (ATTORNEYS' EYES ONLY PAGES 138 - 142)

17

18              January 23rd, 2024

19              At 9:30 a.m.

20              Pursuant to notice

21

22    REPORTED BY:

23    Rebecca L. DiBello, RPR, CSR(NY)
```

**DANIEL DERENDA**

1          matter in details of conversations that

2          happened with counsel.  So you can answer that

3          limited question.

4     A.  I don't recall exactly what he would have

5          educated me on the section.

6     Q.  Okay.  So let's turn to the Strike Force.  The

7          Strike Force was created during your time as

8          BPD commissioner, correct?

9     A.  Correct.

10    Q.  With your approval?

11    A.  Yes.

12    Q.  What year was the Strike Force created, to

13         your recollection?

14    A.  2013.

15    Q.  And the Strike Force began as a detail and

16         then became a permanent unit of the BPD,

17         correct?

18    A.  It became -- I don't recall if it started as a

19         detail or not, but it was posted for a

20         permanent unit I believe in March of 2013.

21    Q.  Okay.

22    A.  Again, I might be off on the date.

23    Q.  And the mission of the Strike Force was to

DANIEL DERENDA

1        target guns, drugs and crime, correct?

2              MR. SAHASRABUDHE:  Objection as to form.

3        You may answer.

4    A. The mission of the Strike Force was to target

5        violent crime in crime hot spots.  It's listed

6        on the posting.

7    Q. Okay.  And also gangs?

8              MR. SAHASRABUDHE:  Objection as to form.

9    A. It would target violent crime, period.  It

10        could include gang members, yes, and all

11        crimes, all violent crime and crime hot spots.

12    Q. Okay.  There was also an explicit mission to

13        remove illegal guns from the streets, correct?

14    A. That is part of the function of all patrol

15        officers and officers out there, to remove

16        guns, yes, correct.

17    Q. But that was also a stated objective of the

18        Strike Force per its mission statement?

19    A. I don't believe that was in the posting.

20    Q. I'd like to mark as the third exhibit for this

21        deposition a document that was produced in

22        discovery as COB 060319.  It was also the

23        first exhibit in your non 30(b)(6) deposition.

DANIEL DERENDA

1          Are you able to see that on your screen,
2     Mr. Derenda?
3   A.  Yes.
4   Q.  Okay.  Do you recognize this document?
5   A.  I do.
6   Q.  Is this the official mission statement of the
7     Strike Force?
8   A.  I believe -- yeah, there was a posting.  I
9     believe that was the mission statement,
10     correct.
11  Q.  It's actually a mission statement that you
12     helped prepare?
13  A.  I probably prepared it.
14  Q.  And it accurately describes the mission of the
15     Strike Force?
16  A.  Target and eliminate criminal hot spots
17     throughout the city.  Yes.  Guns, zero
18     tolerance crime policy.  Yes.
19  Q.  So to ask my question again, one of the stated
20     purposes of the Strike Force was to remove
21     illegal guns from the streets of Buffalo,
22     correct?
23  A.  Under the mission statement, correct.

─────────────────────────── DANIEL DERENDA ───────────────────────────

 1    Q.  Now, traffic safety was not listed as one of
 2        the four missions of the Strike Force on the
 3        mission statement, correct?
 4    A.  It's not listed on this mission statement.
 5    Q.  Okay.  Now, let's turn to the activities the
 6        Strike Force engaged in while it was in
 7        existence.  Once established the Strike Force
 8        was designed to target patrol areas, correct?
 9            MR. SAHASRABUDHE:  Objection to form.
10        Can you restate?
11    Q.  Once established the Strike Force had assigned
12        patrol areas, correct?
13    A.  They had assigned areas, correct.
14    Q.  Areas that were referred to as patrols?
15            MR. SAHASRABUDHE:  Objection as to form.
16    A.  I'm not understanding.
17    Q.  Did you call the areas that the Strike Force
18        was assigned to patrol locations or patrol
19        areas?
20    A.  Areas.  Like they were by number.
21    Q.  Okay.  And the majority of the patrol areas
22        were on the East Side?
23    A.  I believe it broke down the city by different

─────────────── DEPAOLO CROSBY REPORTING SERVICES, INC. ───────────────

DANIEL DERENDA

1   A. I would be copied on a daily Strike Force

2      report so, yes, I would review those reports

3      periodically, so I would have been made aware

4      of.

5   Q. Okay.  And if you had concerns or objections

6      to the patrol locations you could have voiced

7      those concerns, correct?

8           MR. SAHASRABUDHE:  Objection to form.

9   A. Yes.

10  Q. Did you ever?

11  A. I don't recall.

12  Q. And there were others in the BPD who received

13     Strike Force daily reports, correct?

14  A. It would be -- yes, that's correct.

15  Q. Who were those individuals by job title?

16  A. I don't remember the total who would be on it,

17     but it would be district chiefs at the time.

18     The deputy commissioners would receive it.  I

19     would receive it.  Strike Force lieutenants

20     would receive it.  Captains, all chiefs.  That

21     would probably be the chain.  I don't recall

22     exactly who would be on that chain.

23  Q. Okay.

1    A.  I didn't educate myself on that prior to.

2    Q.  But in any event, members of BPD's leadership

3        including the commissioner received the daily

4        reports?

5    A.  Yes.

6    Q.  What was the function of the Strike Force

7        daily reports?

8    A.  Of the daily reports?

9    Q.  Yes.

10   A.  To know what was being done.  My philosophy is

11       what gets measured gets done.

12   Q.  So as commissioner you were briefed on a daily

13       basis about the Strike Force's activities in

14       the City of Buffalo, correct?

15   A.  I was sent a daily report.  Whether I read it

16       daily or not, sometimes, sometimes not.

17   Q.  Okay.  But you were nonetheless given notice

18       about the activities the Strike Force was

19       engaged in in the City of Buffalo?

20           MR. SAHASRABUDHE:  Objection as to form.

21   A.  I was sent the daily report.

22   Q.  Okay.  And that was a practice that was

23       instituted during your time as commissioner of

—— DANIEL DERENDA ——

1              MS. EZIE:   Okay.   I'm just making a
2       record.
3    Q.  Now, the primary focus of the Housing Unit was
4        crime prevention, correct?
5    A.  In and around the housing complexes.
6    Q.  So the primary focus of the Housing Unit was
7        crime prevention in and around BMHA housing
8        units?
9    A.  In and around the complexes.   They were to
10       patrol those areas.
11   Q.  And by housing complexes you mean Buffalo
12       Municipal Housing Authority complexes or BMHA
13       property?
14   A.  Right.
15   Q.  Their patrol zone was not just limited to the
16       units, but included the surrounding areas?
17   A.  They would be patrolling the units and the
18       surrounding areas, correct.
19   Q.  Up to about half a mile circumference around
20       the properties?
21              MR. SAHASRABUDHE:   Objection as to form.
22   A.  I don't think we ever put a limit on how far
23       away they could patrol.   Again, they would go

DANIEL DERENDA

```
 1            to and from so, again, I don't ever remember a
 2            number being placed on that.
 3       Q.   Okay.  So during the time that you were
 4            commissioner they were authorized to patrol
 5            the housing complexes as well as any of the
 6            neighborhoods that they passed through on
 7            their way to the housing complexes?
 8       A.   They would have city-wide jurisdiction,
 9            correct.
10       Q.   Okay.  And in addition to crime prevention
11            their focus was drug interdiction, correct?
12       A.   Their focus was being police officers and
13            enforcing all laws.
14       Q.   Okay.  But they still were subject to a
15            contract with the BMHA, correct?
16       A.   There was a contract with BMHA, correct.
17       Q.   And that contract indicated that their primary
18            focuses would be criminal investigations and
19            drug interdiction, correct?
20       A.   Their primary focus would be crime.  I don't
21            have the contract.  I did not review the
22            contract prior to this meeting.  It wasn't one
23            of the stated topics, but their objective
```

DANIEL DERENDA

```
 1         whether it was Housing, whether it was
 2         individual district details, they were all
 3         made to do daily reports that I would have
 4         been copied on.
 5    Q.  Okay.  And so as commissioner you were made
 6         aware of the Housing Unit's patrol location?
 7    A.  I would have been sent a copy of the report
 8         which would have made me aware had I read the
 9         report.
10    Q.  Okay.  Why was that a practice of the BPD?
11    A.  I don't understand.  Why was it a practice to
12         have the reports?
13    Q.  Yes.
14    A.  What gets measured gets done.  I want to know
15         people are out there working doing what
16         they're supposed to be doing.  I always liked
17         to keep a handle on what was going on
18         throughout the city.
19             Again, I had numerous reports just about
20         for every detail.  Every unit would send
21         reports and, again, did I read all of them?
22         No.  Did I go through them?  Yes.
23    Q.  What else was contained on these daily reports
```

DANIEL DERENDA

1          besides patrol locations?

2     A.   Probably would be the number of arrests, the

3          number of summonses, any parking tickets, any

4          city ordinance tickets.  Just numbers in

5          general.  Anything that happened that night of

6          interest, special interest, guns recovered,

7          whatever.  It would be a report to know what

8          happened that night within the unit or detail.

9     Q.   Okay.  And as you testified, BPD commissioner

10          -- the BPD commissioner received these

11          reports, correct?

12     A.   Yes.

13     Q.   Who else in BPD leadership received these

14          reports?

15     A.   It would be the same chain of command, whether

16          it was detail reports, Strike Force reports,

17          the deputy commissioners, the commissioners,

18          the chiefs received the reports because

19          whether it was Strike Force or Housing, it

20          could have been something taking place in

21          their district, the district chiefs, and then

22          the leadership of the units.

23     Q.   Okay.  Now, the Strike Force was disbanded in

DANIEL DERENDA

 1          quote unquote.  In speaking to Gramaglia and
 2          the other individuals, they didn't recall the
 3          term either.
 4     Q.   Okay.  We'll get to that momentarily, but is
 5          your indication that you are more or less
 6          relying on personal knowledge for Topic 3
 7          because the person you contacted did not have
 8          information pertinent?
 9     A.   No.  I'm not saying they didn't have
10          information for that, but the use of traffic
11          enforcement is general.  Like I can answer
12          that from personal knowledge on what I believe
13          why we did traffic enforcement.
14     Q.   Okay.  Okay.  So let's again -- so once the
15          Strike Force was established it began
16          operating checkpoints, correct?
17     A.   At some point it operated checkpoints,
18          correct.
19     Q.   The Strike Force after establishment also
20          began engaging in traffic enforcement?
21     A.   No.  The Strike Force would -- traffic
22          enforcement would be part of their job just
23          like any other patrol units that do patrol.

DANIEL DERENDA

1           Whether district patrols, housing patrols,

2           Strike Force patrols, traffic enforcement is

3           part of their patrols and in general as to

4           Topic 3, traffic enforcement to me is part of

5           proactive policing, part of the mayor's zero

6           tolerance crime policy and part of high

7           visibility and I believe being out there

8           enforcing all laws, be it traffic, be it Penal

9           Law, whatever, is part of their job.

10      Q.  Okay.  And Mr. Derenda, are you reading from

11          something in front of you?

12      A.  I am not.  The only thing I have in front of

13          me are the topics that you have.

14      Q.  Okay.  So you said a lot there, but I just

15          want to confirm that we have agreement that

16          the Strike Force during its period of

17          operation engaged in traffic enforcement,

18          correct?

19      A.  Yes.

20      Q.  And it also operated checkpoints, correct?

21      A.  Correct.

22      Q.  Now, the Strike Force operated checkpoints as

23          part of the mayor's plan to deal with gang and

DANIEL DERENDA

1    chief and/or the captains, but most likely

2    communicated to the chiefs.

3  Q.  And when the Strike Force operated checkpoints

4    it was part of the mayor's plan to deal with

5    gang and gun violence, correct?

6        MR. SAHASRABUDHE:  Objection as to form.

7    Asked and answered.  Go ahead.

8  A.  The mayor's zero tolerance crime policy was to

9    go after all crime, period, separate from the

10   Strike Force.  Part of the Strike Force in my

11   opinion was implementing zero tolerance crime

12   policy on all, whether it's traffic tickets,

13   whether it's city ordinances, whether it's any

14   crime it's part of the zero tolerance crime

15   policy.

16 Q.  Okay.  And during your time as commissioner

17   there was such a thing as the plan to address

18   gang and gun violence, correct?

19       MR. SAHASRABUDHE:  Object to the form of

20   the question.  Go ahead.

21 A.  Possibly, but I don't recall any specifics at

22   this point, but yes, we did want to address

23   gang and gun violence, yes.

—DANIEL DERENDA—

1          this grant which the officers would have

2          performed.

3     Q.  Thank you.

4              Now, moving on, when the Strike Force

5          operated checkpoints they received assistance

6          at times from the Housing Unit, correct?

7     A.  Correct.

8     Q.  The Strike Force and Housing Unit also engaged

9          in traffic enforcement outside of checkpoints,

10         correct?

11    A.  It would be part of their duties on patrol to

12         enforce traffic, correct.

13    Q.  So they engaged in these activities with your

14         knowledge and permission?

15    A.  Yes.

16    Q.  Including on the East Side?

17    A.  Including all parts of the City of Buffalo.

18    Q.  And that includes the East Side?

19    A.  Correct.

20    Q.  Now, as BPD commissioner you participated in

21         the decision to deploy the Strike Force for

22         use in traffic enforcement, correct?

23             MR. SAHASRABUDHE:  Objection as to form.

DANIEL DERENDA

1    A. As I stated, traffic enforcement was a
2       function of all patrol units including the
3       Strike Force, housing district patrols,
4       traffic patrols, whatever.  It's part of their
5       daily job for any officer out doing patrol.
6    Q. So they engage in these activities with your
7       knowledge and approval, correct?
8    A. Correct.
9    Q. The checkpoints -- the Strike Force and
10      Housing Unit also participated in checkpoints
11      with your knowledge and approval?
12           MR. SAHASRABUDHE:  Objection to form.  I
13      think he's already told you they did.  Go
14      ahead.
15   A. Yes.
16   Q. Now, did the mayor play any role in the
17      decision to deploy the Strike Force and
18      Housing Unit to engage in checkpoint?
19           MR. SAHASRABUDHE:  Objection as to form.
20      I'm also going to state again I don't see what
21      topic this relates to, but you can answer.
22   A. The mayor didn't play a role in our plans.  He
23      was always made aware of what we were doing.

DANIEL DERENDA

```
 1          Again, the plans usually came from myself
 2          through my command staff, whatever we did.
 3     Q.  But you notified the mayor of the decision to
 4          use -- to operate checkpoints in the City of
 5          Buffalo, correct?
 6     A.  I'm positive he knew we were running
 7          checkpoints in the City of Buffalo and I'm
 8          sure I told him we were doing so.
 9     Q.  Did the mayor ever object to your decision to
10          operate checkpoints in the City of Buffalo?
11               MR. SAHASRABUDHE:  Objection to form.
12     A.  I have no recollection of that.
13     Q.  Now, as part of their work the Housing Unit
14          engaged in traffic enforcement at or near BMHA
15          properties, correct?
16     A.  That would be correct.
17     Q.  And as part of that work they stopped and
18          questioned motorists?
19               MR. SAHASRABUDHE:  Motorists?
20     Q.  Correct.
21     A.  As part of their job it would be to enforce
22          Vehicle and Traffic Law which in fact would
23          stop motorists for whatever violation,
```

DANIEL DERENDA

```
 1        correct.
 2    Q. Housing Unit officers were also instructed to
 3        stop anyone they believed to be a gang member,
 4        correct?
 5            MR. SAHASRABUDHE:  Objection as to form.
 6    A. I don't recall that to be correct.
 7    Q. But you're aware that the Housing Unit had a
 8        Captain Serafini?
 9    A. There was a Captain Serafini, correct.
10    Q. Was Captain Serafini authorized to provide
11        instructions to Housing Unit officers during
12        their patrols?
13    A. He was the captain in that unit.  He would
14        have the right to instruct them, correct.
15    Q. Okay.  I'd like to mark as Exhibit 7 a
16        document that was produced in discovery as COB
17        044624.
18            MR. SAHASRABUDHE:  What topic are we on
19        right now?
20            MS. EZIE:  We're on Topic 2 and 3.
21    Q. Mr. Derenda, this is a three-page memorandum
22        that was authored by -- it's two pages and a
23        blank page -- Captain Phillip M. Serafini of
```

─────DANIEL DERENDA─────

1          authorize this plan, correct?

2     A.  Apparently, correct.

3     Q.  And you gave her authorization with the

4          exception of a request for overtime, correct?

5     A.  It says okay for plan except the lieutenant on

6          overtime.  You have two lieutenants working

7          assigned shifts, one to the detail, but not

8          bringing one in, correct.

9     Q.  For clarity, this is not describing the use of

10         roadblocks for traffic safety, is it?

11    A.  It's what she wrote.  Utilize traffic and AIU

12         to perform roadblocks for safety checks on

13         highly travelled areas in the districts.  Then

14         she says vehicles are involved in the majority

15         of shootings with subjects firing from moving

16         cars.  The use of roadblocks may lead to

17         interdiction of the subjects and their

18         weapons.

19              As I stated earlier, the purpose of

20         roadblocks are traffic safety and high

21         visibility and at times those roadblocks did

22         lead to other crimes and in the directive I

23         believe it says look for any and all

```
 1          violations of V&T and other laws, so at times
 2          they could have been -- you know, they could
 3          have gotten different results other than the
 4          traffic stop.
 5     Q.   But for clarity, during your time as
 6          commissioner you expressly approved the use of
 7          roadblocks whose primary purpose was crime
 8          interdiction, correct?
 9               MR. SAHASRABUDHE:  I object to the form
10          of the question.  Go ahead.
11     A.   Roadblocks are for the express purpose of
12          traffic safety and high visibility.  As I
13          stated, high visibility has an effect and the
14          authorization of roadblocks for traffic safety
15          and a high visibility effect has the
16          deterrence on violent crime and other crimes
17          in the area so, again, if they're setting up
18          in an area -- highly traveled area with
19          roadblocks and where there's issues of
20          shootings going on, when they're setting up
21          these shootings will not likely happen so,
22          again, it's about traffic safety, secondary
23          high visibility.
```

---

**DANIEL DERENDA**

1      are the clubhouses and their clubhouses are

2      ones -- that doesn't mean they hang out in

3      that area, but they do go to their clubhouses.

4      Those are the only ones I can think of that

5      were predominantly White.

6   Q.  Thank you.  Okay.

7          So now I would like to turn back to the

8      subject of checkpoints.  You testified earlier

9      that during your time as commissioner you

10     aspired to have the checkpoints conducted

11     daily in the City of Buffalo, correct?

12  A.  With the Strike Force or Housing, correct.

13  Q.  Okay.  And that was policy that was rolled out

14     when initially?

15  A.  Probably right after the formation of the

16     Strike Force.  Whenever the Strike Force

17     started that is when they started doing

18     checkpoints.

19  Q.  Okay.  So the checkpoint program as -- the

20     daily checkpoint program as described dates

21     back as far as 2013 in the City of Buffalo?

22  A.  Again, I'm sure there were checkpoints before

23     that, but Strike Force used to conduct them

---

1        daily or they were requested to do them daily.

2        Didn't always happen for whatever reasons.

3     Q. And so Strike Force -- the Strike Force was

4        involved in the operation of checkpoints in

5        2013, correct?

6     A. Yes.  I believe so.

7     Q. They were involved in the operation of

8        checkpoints in 2014?

9     A. Yes.

10    Q. 2015?

11    A. Yes.

12    Q. 2016?

13    A. Yes.

14    Q. 2017?

15    A. Yes.

16    Q. Any times after 2017?

17    A. I don't believe so.

18    Q. Okay.  Was the Housing Unit involved in the

19       operation of checkpoints in the 2013 to 2017

20       period?

21    A. I'll make the assumption, yes.

22    Q. Has the BPD conducted any checkpoints since

23       the Strike Force's dissolution?

---

**DANIEL DERENDA**

1            MR. SAHASRABUDHE:  Form.

2    A.  When it was necessary when it should be done,

3         yes.

4    Q.  While operating checkpoints, correct?

5    A.  While operating checkpoints they should

6         enforce all the V&T rules, all laws and it

7         should be done on every vehicle that comes

8         through so everybody is treated equally.

9    Q.  Okay.  So conducting impounds was part of the

10        expected role of officers operating at Strike

11        Force checkpoints?

12            MR. SAHASRABUDHE:  Objection to form.

13   A.  It wasn't expected, but if they impound the

14        vehicle it would be part of what they did for

15        various reasons through the checkpoint.

16   Q.  It's something that you tracked as far as data

17        is concerned?

18   A.  I believe they might have put down the number

19        of impounds on the report.  I don't recall

20        exactly, but they would track all the numbers

21        whether it was traffic summonses, number of

22        misdemeanor arrests, felony arrests, guns

23        recovered.  There might have been impounds on

---

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

1    and every car you see is going over 30 miles

2    an hour.  So if they were out there eight

3    hours and they wrote no tickets they weren't

4    trying very hard and I would address

5    situations like that with the chief.

6  Q. And so it was your practice to give feedback

7    on the production of the Strike Force and

8    Housing Unit?

9  A. Correct.

10  Q. And it was your practice to complain if

11    production was ever too low, correct?

12       MR. SAHASRABUDHE:  Objection as to form.

13    Go ahead.

14  A. I would want to know -- there would be reasons

15    at times why they weren't -- maybe they didn't

16    have the manpower.  Maybe they were doing

17    something different than their normal duties

18    so, again, we keep track and make sure people

19    were doing what they were being paid to do.

20  Q. But you would notify the command if you

21    thought the numbers were not good, correct?

22  A. I'm positive I did that on probably more than

23    one occasion.

—— DANIEL DERENDA ——

1           proceed on all of the above.

2    Q. Would you expect that BPD chiefs would be

3        aware of those legal requirements?

4    A. Yes, I do.  I would expect they would be.

5    Q. Does it concern you that chiefs gave

6        instructions to officers contrary to those

7        legal requirements?

8           MR. SAHASRABUDHE:  Objection to form.

9    A. I'd have to see when it happened.  Again, I

10       don't kn,ow.  I don't know what you're talking

11       about so I really can't answer on that.

12   Q. Okay.  You also during your time as

13       commissioner instructed BPD officers engaged

14       in traffic enforcement to make arrests and

15       write traffic summonses as much as possible,

16       correct?

17          MR. SAHASRABUDHE:  Objection as to form.

18   A. Actually, that's on the directive to write as

19       many tickets and violations as you see.  We'll

20       go back to the checkpoints for a minute.

21       They're supposed to tag every violation that

22       they see and make every arrest for every

23       violation of the criminal, or whatever.

DANIEL DERENDA

1           Again, you can't -- you see one person
2       not wearing a seatbelt, he should get a tag
3       just like every other person coming through
4       that checkpoint.
5           I encouraged them to be proactive,
6       especially on the checkpoint situation that
7       they weren't given a choice but to write as
8       many tickets as possible based on what they
9       see and to treat everybody the same.
10  Q.  Is that departmental policy?
11  A.  That was on a checkpoint directive to tag
12      every violation they see was because I don't
13      want motorist A to be treated any different
14      than motorist B, so I wrote one ticket for
15      motorist A when he had four violations, but on
16      motorist B I wrote five violation tickets, but
17      not the same.
18          I wanted everybody treated the same,
19      tagged for every violation that came through.
20  Q.  So your testimony is that you wanted all
21      motorists in the City of Buffalo to be treated
22      the same with respect to traffic enforcement?
23  A.  Correct.

—DANIEL DERENDA—

1    Q. So during your time as commissioner did you
2       ever have a policy requiring that if the
3       Strike Force performed four checkpoints or
4       five checkpoints that they would be in each of
5       the five police districts in the City of
6       Buffalo?
7    A. I don't believe that was the case at all.  We
8       moved them around.  Again, over the years
9       different people had input on where they went,
10      but there was no keeping track of I did one in
11      A, I did one in B, I did one C, D and E.  I
12      don't believe that took place, no.
13   Q. Why not?
14   A. Again, a lot of the checkpoints were done for
15      convenience of where they were assigned so it
16      made it easier for them to setup where they
17      were as opposed to moving to the other side of
18      the city.
19         Again, it was about traffic safety.  It
20      was about high visibility, but at times it was
21      easier just for them to setup wherever they
22      were assigned.
23   Q. Are there traffic safety issues in A District?

DANIEL DERENDA

```
 1          through.
 2      Q.  But you did not adopt a policy of ensuring
 3          that checkpoints were distributed evenly
 4          across districts in the city, correct?
 5      A.  Checkpoints, no, I did not.  Checkpoints
 6          primarily were with Strike Force and Housing
 7          and, as I said, many times for the sake of
 8          convenience they were done in the areas that
 9          they were assigned.
10      Q.  Am I correct that the Strike Force had
11          city-wide jurisdiction?
12      A.  They did.
13      Q.  Am I correct that the Housing Unit has
14          city-wide jurisdiction?
15      A.  They did.
16      Q.  But you did not instruct the Strike Force or
17          Housing Unit to ensure that checkpoints took
18          place in all neighborhoods across the City of
19          Buffalo, correct?
20              MR. SAHASRABUDHE:  Objection as to form.
21      A.  Checkpoints were part of the daily duties of
22          the Strike Force.  No, I did not tell them to
23          go to every different part.  Again, they were
```

DANIEL DERENDA

1           assigned to target areas based on crime stats,

2           based on crime issues, based on issues and for

3           the sake of convenience I believe they did a

4           lot of their checkpoints in those areas that

5           they were assigned.

6                Rather than packing up, going to the

7           other side of the city for an hour and then

8           coming back to where they were assigned, many

9           times I believe they did it where they were

10          assigned.

11     Q.   Is your testimony that traffic safety

12          violations only occur in certain city

13          neighborhoods?

14     A.   No.  They occur all over the city and county

15          and everywhere else.

16     Q.   So if the goal of the checkpoints is traffic

17          safety why weren't the checkpoints

18          administered by the Strike Force across all

19          city neighborhoods?

20                MR. SAHASRABUDHE:  Objection as to form.

21     A.   They probably at one point were in all

22          different neighborhoods.  Again, breaking it

23          up by the numbers, I don't have the numbers,

—— DANIEL DERENDA ——

1    A. Correct.

2    Q. Is that a policy that was -- was that the

3       policy of the Buffalo Police Department during

4       your time as commissioner?

5    A. Yes.

6    Q. Was it a policy that was enforced?

7            MR. SAHASRABUDHE:  Objection as to form.

8    A. Yes.

9    Q. So were all of the checkpoints operated by the

10      Strike Force during their tenure checkpoints

11      that were approved with the express permission

12      of an inspector, a chief, a deputy police

13      commissioner or the police commissioner?

14           MR. SAHASRABUDHE:  Objection as to form.

15   A. It would have been all approved by me.  It was

16      part of their duties and they were expected to

17      do it.  That was what they were told to do and

18      whether they did it on Monday, Tuesday,

19      Wednesday and didn't do one on Friday because

20      they didn't have the manpower, that was an

21      expectation of what their units were supposed

22      to do, so with the express permission they

23      could set up a checkpoint on any given time.

```
 1          They had my permission to do it as part of
 2          their job duties.
 3     Q.  And when you refer to they you're referring to
 4          the Strike Force as well as the Housing Unit?
 5     A.  Correct.
 6     Q.  They operated checkpoints inclusive of -- they
 7          operated checkpoints with your express
 8          permission, correct?
 9     A.  Correct.
10     Q.  And that was inclusive of the locations where
11          they operated their checkpoints?
12     A.  That would be whatever locations were
13          determined.  As I said, it was done in
14          different ways, but they would have the
15          ability to do that, correct.
16     Q.  You had the authority as commissioner to
17          choose checkpoint locations, correct?
18     A.  Correct.
19     Q.  You indicated that other individuals chose
20          them -- chose locations as well, correct?
21     A.  Correct.
22     Q.  Was that pursuant to a delegation of authority
23          -- of your authority as commissioner?
```

DANIEL DERENDA

1    A.  The authority would have been delegated down
2        to -- I believe it was stated in that section
3        of the MOP.  So an inspector who didn't talk
4        to me could authorize a checkpoint and I would
5        find out about it later and find out that,
6        yes, it was authorized by an inspector for
7        whatever reason, but as far as Strike Force
8        and Housing, they had my express authority to
9        setup daily checkpoints and they were expected
10       to do so wherever possible.
11   Q.  Got it.
12           And was that authority, was that an
13       omnibus grant of authority or did the policy
14       require you to individually approve each and
15       every checkpoint that was conducted?
16   A.  I did not have to approve -- again, it was
17       express authority to do checkpoints daily and
18       the locations wasn't part of that.  As I said,
19       locations were picked for some reasons or no
20       reasons.  They were moved around for no other
21       reason than it was convenience.
22   Q.  So is your testimony that the MOP requiring
23       authorization or permission to operate

---

**DANIEL DERENDA**

1          probably would have been in connection with

2          the state police, but other than that I don't

3          believe any checkpoints have been conducted

4          since 2017.

5     Q.  Have concerns related to traffic safety been

6          eradicated in the City of Buffalo since 2017?

7     A.  Traffic safety is always a concern in the City

8          of Buffalo and elsewhere.

9     Q.  So why haven't traffic safety checkpoints,

10         using air quotes, for traffic safety been

11         conducted in the City of Buffalo since 2017?

12    A.  They don't have the units to do them.  Again,

13         if you don't have a unit that's not tied to

14         the radio it's very hard to do.  Within a

15         district when people are going from call to

16         call not likely that they'll be able to put

17         together a checkpoint.

18             No more Traffic Unit, no more Strike

19         Force, no more Housing Unit and I believe even

20         the Traffic Unit was disbanded sometime -- it

21         might have been in 2018, so it would be very

22         difficult to do.

23    Q.  Did the Buffalo Police Department perform any

---

---DANIEL DERENDA---

```
 1        analyses to determine if the checkpoint

 2        program was contributing to traffic safety

 3        during its period of operation?

 4    A.  We did not.  Again, we didn't do evaluations

 5        on effective checkpoints.  Checkpoints were

 6        part of what I wanted them to do everyday for

 7        the reason of traffic safety and high

 8        visibility.  There were no evaluations done on

 9        checkpoints.

10            However, I did do evaluations on the

11        overall effectiveness of the Strike Force and

12        I did that by looking at crime trends and

13        statistics and seeing where they were located

14        and see how the numbers come down from what

15        was going on, so if you had a series of events

16        in an area where they were assigned and the

17        robberies dropped for whatever reason they

18        were there for, if the numbers went down I

19        seen that as being effective and, as I stated

20        earlier, at the time I was deputy commissioner

21        to the time I left overall crime fell 40

22        percent, so I believe we were quite effective.

23    Q.  To the extent that crime fell in the City of
```

—— DANIEL DERENDA ——

1        Buffalo by 40 percent, you attribute that to

2        the Strike Force in part?

3    A.  Yeah.  They're a part of it.  All the

4        different things we did.  Everything from

5        details to surveillance cameras to everything

6        throughout the city.  Every little thing we

7        did was for the purpose of -- even block club

8        meetings, gathering with block clubs,

9        everything we did was for the express purpose

10       of making the city a safer place to live, work

11       and raise a family and I believe we

12       accomplished that.

13   Q.  To the extent that crimes in the City of

14       Buffalo in your testimony or in your words

15       decreased by 40 percent, do you attribute that

16       to the Strike Force checkpoints in part?

17   A.  I attribute part again to the whole --

18       everything we did with the Strike Force.

19       Other initiatives and checkpoints were only a

20       small part of what the Strike Force did.

21   Q.  Did you keep any measure as part of your crime

22       statistics as to reductions in traffic safety

23       issues in the City of Buffalo?

---

DANIEL DERENDA

1    A.  I did not keep metrics on traffic safety

2        issues.

3    Q.  Why not?

4    A.  Because I didn't.

5    Q.  Why did you feel it was important to track

6        traffic safety statistics if you were running

7        a multiyear program that in your words has the

8        focus of improving traffic safety?

9    A.  We had a focus of reducing crime throughout

10       the city which we accomplished.  Traffic

11       safety, if we came across numbers of accidents

12       the chief said, oh, we're having numerous

13       accidents here, we would address it with

14       different issues.

15           We addressed speeding on the 198 when

16       the speed limit went down, so different issues

17       were addressed for traffic safety reasons.  We

18       didn't keep track of numbers as I do with the

19       crime statistics that are mandated to report

20       to the federal authorities and are published

21       by the federal authorities.

22           Crime statistics are one thing.  Traffic

23       statistics are a different thing, but whenever

---

DANIEL DERENDA

1          we seen issues with traffic safety we would
2          work to resolve those issues to different
3          needs.
4     Q.   Has the BPD issued any directives that
5          prohibit the use of BPD checkpoints going
6          forward?
7     A.   There's -- not that I'm aware of that they've
8          issued a directive that prohibits.  It is
9          still in the Manual of Procedure, but they
10         would have to obtain permission to do so as
11         stated in the Manual of Procedure.
12    Q.   So checkpoints -- a daily checkpoint program
13         could be re-established tomorrow provided that
14         the chief, the commissioner, the director or
15         the deputy police commissioner signed off,
16         correct?
17              MR. SAHASRABUDHE:  Objection as to form.
18    A.   A daily checkpoint initiative would more than
19         likely come from the commissioner of police.
20         If he chose to put together a unit, if he
21         wanted to resurrect the Strike Force tomorrow,
22         that is his prerogative.  If he wanted to do
23         daily checkpoints starting tomorrow that is

**DANIEL DERENDA**

1          his prerogative.  But as of now there is no

2          checkpoint.  There is no Strike Force unit at

3          this time.

4                    MR. SAHASRABUDHE:  Can we take a

5          five-minute break?

6                    MS. EZIE:  Sure thing.  Let's come back

7          at 2:40.

8

9                    (Recess taken.)

10

11    Q.  Now, Mr. Derenda, as part of this deposition

12         you were asked to identify or prepare

13         information regarding the criteria used to

14         select checkpoints, correct?

15    A.  Checkpoint locations, correct.

16    Q.  Are you prepared to testify about that today?

17    A.  About checkpoint locations?

18    Q.  And the specific criteria?

19    A.  The criteria, yes.

20    Q.  And Mr. Derenda, we also asked you to prepare

21         for Topic 11, the responses the City gave to

22         the Buffalo Common Council, Police Advisory

23         Board and the Attorney General's office

**DANIEL DERENDA**

1    asking me from '21 if what I said back then is
2    consistent with what I'm saying now.  This
3    time I'm representing the City and I have had
4    conversations with other officers and people
5    we stated.
6         It is possible that maybe some were done
7    for that reason.  I don't know for sure.  I
8    don't recall for sure.  Most of the time, as I
9    said, they were set for convenience.  It
10   appears to be set for convenience by the -- by
11   somebody within the Strike Force supervision
12   of where they were assigned and I believe
13   that's consistent with what you just read.
14        Again, they were put in certain areas.
15   It was easier for them to do it there, but we
16   did assign different places.  Do I
17   specifically remember a reason of why I put a
18   checkpoint in a certain spot?  I do not.
19 Q.  I'll put the transcript away for now.
20        Based on your recollection and the
21   testimony you reviewed just now and based on
22   the preparations you took to -- you undertook
23   to get ready for the deposition today, was it

—— DANIEL DERENDA ——

1          the BPD's policy to require that checkpoint

2          locations be selected based on traffic safety

3          data?

4     A.  No.  It wasn't a policy to be selected.

5          Again, it was selected for, as I said, maybe

6          reasons or no reason other than convenience.

7          There was no policy to setup their Strike

8          Force checkpoint based on traffic data, no.

9     Q.  Was it a policy of the BPD to require that

10         checkpoints be selected based on the location

11         of motor vehicle accidents?

12    A.  No.  It was not a requirement, no.

13    Q.  Was it a policy of the BPD to require that

14         checkpoints are selected based on the location

15         of red light violations?

16    A.  No.

17    Q.  Was it a policy of the BPD to require that

18         checkpoints be selected based on the location

19         of stop sign violations?

20    A.  No.

21    Q.  Was it a policy of the BPD to require that

22         checkpoints be selected on the basis of

23         individuals driving without a license

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

‎—‎ **DANIEL DERENDA** ‎—‎

1      infraction?

2    A.  No.

3    Q.  Was it a policy of the BPD to require that

4        checkpoint locations be selected on the basis

5        of driving without a valid registration

6        violation?

7    A.  No.  That wouldn't make sense.  How would I

8        know where people are driving without valid

9        registrations?

10   Q.  Okay.  And was it a policy of the BPD to

11       select checkpoint locations based on the

12       location of where motorists were stopped for

13       driving without valid inspection stickers?

14   A.  No.

15   Q.  Was it a policy of the BPD to require

16       individuals involved in checkpoint selection

17       to review traffic safety data before making

18       their selection?

19   A.  No.

20   Q.  Was it a policy of the BPD to require

21       individuals involved in checkpoint location

22       selection to review 311 data concerning

23       traffic incidents?

1    A.  Policy, no.

2    Q.  Are you aware sitting here today of any

3        instances where checkpoint locations were

4        selected based on the incidence of driving

5        without a license infraction?

6    A.  Again, driving without a license infraction

7        can occur anywhere, so the answer to that is

8        no.  How would you gather data where people

9        drive without licenses or inspections or

10       others?

11   Q.  Well, wouldn't you have ticketing information

12       concerning where people have been ticketed for

13       those infractions in the past?

14   A.  I don't even think past would reference -- if

15       I was driving without a license in Cheektowaga

16       and got pulled over and got a ticket there,

17       and then I was driving in Lancaster -- I don't

18       how you would correlate that, but no, there

19       was no policy.

20   Q.  And you have no information to suggest that

21       motorists drove without a license in C

22       District more often than A District, for

23       instance?

DANIEL DERENDA

1   A. No.

2   Q. You don't have any information suggesting that

3      motorists were more likely to have an expired

4      registration in E District over A District,

5      for instance?

6   A. I don't know how I would have that

7      information.

8   Q. But the BPD did have a practice of reviewing

9      information concerning violent crime when

10     selecting checkpoint locations, correct?

11          MR. SAHASRABUDHE:  Objection as to form.

12  A. I didn't review violent crime for checkpoint

13     locations.  I reviewed crime and issues for

14     Strike Force locations.

15  Q. And checkpoints would be set in the areas

16     where you had identified there to be crime

17     patterns of concern, correct?

18          MR. SAHASRABUDHE:  Objection as to form.

19  A. Not always, but yes, they could have been and

20     yes, they were at times.

21  Q. And that was in fact a policy of numerous

22     individuals in the supervisory command in the

23     BPD, correct?

**DANIEL DERENDA**

1          to a location where there was concerns about

2          criminal activity?

3     A.   It appears there is a location that seems to

4          be concerned about a lot of activity including

5          V&T issues when it specifically states this

6          includes enforcing V&T, conducting checkpoints

7          in the area and a general disrupting of the

8          criminal activity which means other.

9     Q.   Okay.  And so as to my question, would you

10         agree that this is an instance where the

11         location of checkpoints was derived from

12         reports about criminal activity in this

13         instance taking place in the Towne Gardens

14         area?

15    A.   This is a very brief paragraph.  It doesn't

16         totally layout what was said at that meeting.

17         Were there comments about traffic safety?

18         Were there comments about people violating

19         V&T, speeding, running lights?  I don't know.

20              Again, I can't comment.  I can't give

21         you a full comment on one paragraph from

22         Captain Phil Serafini that I have never seen

23         or have any understanding of what took place

1          at that meeting that night back in 2017.

2     Q.  Are you aware that BPD officers used

3          checkpoints -- used hot spot maps to determine

4          the location of checkpoint locations?

5     A.  Checkpoint hot spot maps?

6     Q.  Hot spot maps, yes.

7     A.  Hot spot maps were used for locating the

8          Strike Force.  Again, that's -- Strike Force

9          was assigned to hot spots and violent crime

10         issues or whatever issues.  I'm not aware of

11         any hot spot map or I don't recall any hot

12         spot maps for, quote, checkpoints.

13    Q.  I'm sorry if I misspoke.  As far as the use of

14         hot spot maps, you're aware that hot spot maps

15         were used to at times determine where

16         checkpoints would be located?

17    A.  I have no recollection of that whatsoever.

18    Q.  When Captain Serafini was giving commands to

19         the Strike Force, Strike Force personnel, was

20         it pursuant to authorities that he was

21         delegated within the BPD?

22    A.  He was a captain within the BPD and that was a

23         unit he was assigned to so he would have

─────── **DANIEL DERENDA** ───────

1   Q.  But you agree that prior versions of Strike

2       Force checkpoint reports did not in the manner

3       of Exhibit 23 break down traffic -- the type

4       of traffic summons by category, correct?

5   A.  I don't believe it did.

6   Q.  We have been talking a bit about traffic

7       safety enforcement.  But to confirm, when you

8       refer to the checkpoints furthering the goal

9       of traffic safety, you're referring to the

10      enforcement of the New York State Vehicle and

11      Traffic Laws or VTL, correct?

12  A.  Correct.

13  Q.  And VTL violations, those can be criminal

14      offenses, correct?

15  A.  Aggravated unlicensed operation to some

16      degree, yes.  There could be some criminal

17      misdemeanor charge in there.  It may be --

18      drunk driving could be a felony charge.  Could

19      be a criminal charge, yeah.

20  Q.  But to confirm, the BPD did not study the

21      impact of checkpoints on the commission of

22      traffic safety violations within the City of

23      Buffalo, correct?

1    A.  We did not.

2    Q.  I'd like to mark this as Exhibit 25.  I'd like

3        to walk you through the response to the

4        Buffalo City Council's information request

5        that we received.  I will go ahead and put

6        that on my screen.  This will be Exhibit 25.

7            Can you see my screen, Mr. Derenda?

8    A.  Yes.

9    Q.  And it says BPD checkpoint data August through

10       September, 2017?

11   A.  Yes.

12   Q.  And if I scroll to the next page we see that I

13       guess on your letterhead a dissemination to

14       the Council -- President of the Buffalo City

15       Council, Darius Pridgen, and to Council Member

16       David Rivera, traffic safety checkpoint tally

17       sheets from August 4th, 2017 to

18       September 20th, 2017.

19            Do you see that?

20   A.  I do.

21   Q.  And the transmission date of this message is

22       September 21st, 2017?

23   A.  Okay.

1    Q. But the checkpoints were not administered in a
2       manner where motorists who are not suspected
3       of Vehicle and Traffic Law violations could
4       bypass the checkpoints entirely, correct?
5    A. Correct.  Everybody has to come through the
6       checkpoint when you're in that motion and,
7       again, there's nobody suspected of anything.
8       They're coming through a checkpoint and
9       they're being checked for certain things as
10      stated.
11   Q. Now, Mr. Derenda, you're aware that the
12      complaint in this case alleges that
13      checkpoints were predominantly on the East
14      Side between 2013 and the conclusion of the
15      program in 2017, correct?
16   A. I believe that to be correct.
17   Q. Are you aware of any information that
18      disproves the allegation that checkpoints were
19      predominantly on the East Side during the
20      period of the Strike Force's operation of that
21      checkpoint?
22   A. I'm not aware of the actual breakdown of where
23      the checkpoints were and what percentage, so

DANIEL DERENDA

1        I'm not aware of anything disputing what
2        you're saying.
3    Q.  Okay.  And in preparing for this deposition
4        you did not undertake any review of checkpoint
5        locations?
6    A.  I did not.
7    Q.  But you acknowledge receiving checkpoint
8        locations as part of Strike Force daily
9        reports during the time they were operating,
10       correct?
11   A.  I acknowledge receiving Strike Force reports.
12       I don't remember if they had the locations of
13       the checkpoints on them.  I don't know that to
14       be the case.  We did daily reports and it
15       would have the area the Strike Force was
16       assigned to, but I do know the directives have
17       the location of the checkpoints and I believe,
18       if I'm not mistaken, that's where the
19       information was retrieved on where the
20       locations were.
21   Q.  Did you have access to the checkpoint
22       directives as commissioner?
23   A.  I did not have access.  Could I have had

```
1        STATE OF NEW YORK)

2        COUNTY OF ERIE    )

3


4         I, Rebecca Lynne DiBello, CSR, RPR, Notary
5        Public, in and for the County of Erie, State of
         New York, do hereby certify:
6

7         That the witness whose testimony appears
         hereinbefore was, before the commencement of
8        their testimony, duly sworn to testify the
         truth, the whole truth and nothing but the
9        truth; that said testimony was taken pursuant
         to notice at the time and place as herein set
10       forth; that said testimony was taken down by me
         and thereafter transcribed into typewriting,
11       and I hereby certify the foregoing testimony is
         a full, true and correct transcription of my
12       shorthand notes so taken.

13
          I further certify that I am neither counsel
14       for nor related to any party to said action,
         nor in anyway interested in the outcome
15       thereof.

16
          IN WITNESS WHEREOF, I have hereunto
17       subscribed my name and affixed my seal this
         30th day of January, 2024.
18

19

20       _____

21       Rebecca Lynne DiBello, CSR (NY)
         Notary Public - State of New York
22       No. 01D14897420
         Qualified in Erie County
23       My commission expires 5/11/2027
```

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544