# EXHIBIT 6

```
1        UNITED STATES DISTRICT COURT

2        FOR THE WESTERN DISTRICT OF NEW YORK

3        ------------------------------------------------

4        BLACK LOVE RESISTS IN THE RUST, et al.,
         individually and on behalf of a class of
5        all others similarly situated,

6                              Plaintiffs,

7         -vs-                          1:18-cv-00719-CCR

8        CITY OF BUFFALO, N.Y., et al.,

9                              Defendants.

10       ------------------------------------------------

11         EXAMINATION BEFORE TRIAL OF JOSEPH GRAMAGLIA

12                  APPEARING REMOTELY FROM

13                  ERIE COUNTY, NEW YORK

14

15

16                  September 22, 2023

17                  9:05 a.m. - 5:15 p.m.

18                  pursuant to notice

19

20

21       REPORTED BY:

22       Carrie A. Fisher, Notary Public

23       APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

**JOSEPH GRAMAGLIA**

1    A.  No.

2    Q.  Did the Housing Unit use traffic enforcement

3        to deter crime?

4            MS. FREELY:  Objection to form.

5    A.  The Housing Unit would conduct traffic stops

6        for obvious vehicle and traffic violations

7        within and around the developments.

8    Q.  And was that part of their proactive policing

9        model?

10           MS. FREELY:  Objection to form.

11   A.  It was part of their daily job duties like any

12       other police officer.

13   Q.  Do you consider traffic enforcement part of

14       the above and beyond baseline services that

15       the Housing Unit was contracted to perform?

16           MS. FREELY:  Objection to form.

17   A.  So if I recall, that was one of the several

18       concerns from the BMHA hierarchy that was

19       responsive to complaints from their residents

20       that they wanted traffic enforcement.  If you

21       look at some of the developments, particularly

22       some of the larger developments, there are a

23       lot of -- there's a high population, high

1        STATE OF NEW YORK)

2        COUNTY OF ERIE    )

3

4
            I, Carrie A. Fisher, Notary Public, in and
5       for the County of Erie, State of New York, do
        hereby certify:
6

7            That the witness whose testimony appears
        hereinbefore was, before the commencement of
8       their testimony, duly sworn to testify the
        truth, the whole truth and nothing but the
9       truth; that said testimony was taken remotely
        pursuant to notice at the time and place as
10      herein set forth; that said testimony was
        taken down by me and thereafter transcribed
11      into typewriting, and I hereby certify the
        foregoing testimony is a full, true and
12      correct transcription of my shorthand notes so
        taken.
13

14           I further certify that I am neither counsel
        for nor related to any party to said action,
15      nor in anyway interested in the outcome
        thereof.
16

17           IN WITNESS WHEREOF, I have hereunto
        subscribed my name and affixed my seal this
18      11th day of October, 2023.

19

20      _____

21      Carrie A. Fisher
        Notary Public - State of New York
22      No. 01FI6240227
        Qualified in Erie County
23      My commission expires 5/02/27