# EXHIBIT 7

```
 1      UNITED STATES DISTRICT COURT

 2      FOR THE WESTERN DISTRICT OF NEW YORK

 3      ------------------------------------------

 4      BLACK LOVE RESISTS IN THE RUST, et al.,
        individually and on behalf of a class of
 5      all others similarly situated,

 6                            Plaintiffs,

 7       -vs-                      1:18-cv-00719-CCR

 8      CITY OF BUFFALO, N.Y., et al.,

 9                            Defendants.

10      ------------------------------------------

11        EXAMINATION BEFORE TRIAL OF JOSEPH GRAMAGLIA

12               APPEARING REMOTELY FROM

13                  BUFFALO, NEW YORK

14

15

16              March 14, 2024

17            12:04 p.m. - 2:50 p.m.

18          pursuant to Rule 30(b)(6)

19      of the Federal Rules of Civil Procedure

20

21

22      REPORTED BY:

23      Carrie A. Fisher, Notary Public
```

DEPAOLO CROSBY REPORTING SERVICES, INC.

135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

|    |    |                                                            |
|----|----|------------------------------------------------------------|
| 1  |    | driving violent crime and property crime in                |
| 2  |    | the city, and it's our duty to know who is                 |
| 3  |    | doing that and to be able to keep up-to-date               |
| 4  |    | information on that.                                       |
| 5  | Q. | Mm-hmm, mm-hmm.  And you said at this time                 |
| 6  |    | you're not aware if vehicle information is                 |
| 7  |    | of -- of those individuals are included on                 |
| 8  |    | that list?                                                 |
| 9  | A. | No, not as a general rule.  Have vehicles                  |
| 10 |    | appeared with people on specific BOLOs?                    |
| 11 |    | Absolutely, but those vehicles would appear if             |
| 12 |    | they are -- if they are attached to -- you                 |
| 13 |    | know, most likely attached to a specific                   |
| 14 |    | crime, something that recently occurred, then              |
| 15 |    | of course we're going to be looking for a                  |
| 16 |    | vehicle.                                                   |
| 17 |    | But in order for us to stop a vehicle,                     |
| 18 |    | we either have to have probable cause or we                |
| 19 |    | have to have reasonable suspicion that a                   |
| 20 |    | specific crime occurred.  But in order to stop             |
| 21 |    | a vehicle, you've got to have, again, I said               |
| 22 |    | probable cause.  You've got to have, you know,             |
| 23 |    | a vehicle and traffic violation.  If you don't             |

```
 1            have that, then you need some other reasonable
 2            suspicion or probable cause that must be
 3            documented as to why you pulled a car over so
 4            why you're looking for a vehicle.  Was that
 5            vehicle used in a shooting and our detectives
 6            are looking to hold that vehicle?  That's a
 7            reason to stop the car absent a vehicle and
 8            traffic violation.
 9       Q.   If an individual is a witness to a shooting,
10            is that a reason to stop a car?
11       A.   If information comes from our -- from
12            detectives that a vehicle was involved and
13            they want it -- they want it held, they're
14            going to get a warrant for it, then, yes, we
15            will stop that vehicle.  We will hold it.
16            Just because you're a witness to something,
17            that does not make that vehicle involved in a
18            crime so, no, we would not have the requisite
19            cause to stop that vehicle and/or detain that
20            vehicle.
21       Q.   Mm-hmm.  All right.  And is there any check to
22            ensure that the individuals included on this
23            list including gang members and associates is
```

```
 1            driving violence through vehicle stops; is
 2            that right?
 3         A. Well, that certainly is a way of -- of the
 4            work that we're doing.  It's vehicle and
 5            traffic; guns that are getting from point A to
 6            point B.  They're not always walking them, so
 7            they're certainly driving them.  But, you
 8            know, there's -- it's not that simple of a --
 9            you know, we're not just out there randomly,
10            you know, pulling cars over for no reason.
11            You have to have probable cause or demonstrate
12            reasonable suspicion why you're stopping a
13            car.
14         Q. Yeah, no, again my question -- I understand
15            that.  My question is to confirm, the BPD uses
16            traffic and vehicle stops as part of its
17            strategy to address gun violence and crime,
18            correct?
19         A. I wouldn't say it in those terms.  We don't
20            have any written policy in our GIVE format
21            that says you will stop cars to stop gun
22            violence.  We stop cars when we have evidence
23            to stop cars and we have probable cause, but
```

```
 1      STATE OF NEW YORK)

 2      COUNTY OF ERIE    )

 3


 4
            I, Carrie A. Fisher, Notary Public, in and
 5      for the County of Erie, State of New York, do
        hereby certify:
 6

 7          That the witness whose testimony appears
        hereinbefore was, before the commencement of
 8      their testimony, duly sworn to testify the
        truth, the whole truth and nothing but the
 9      truth; that said testimony was taken remotely
        pursuant to notice at the time and place as
10      herein set forth; that said testimony was taken
        down by me and thereafter transcribed into
11      typewriting, and I hereby certify the foregoing
        testimony is a full, true and correct
12      transcription of my shorthand notes so taken.

13
          I further certify that I am neither counsel
14      for nor related to any party to said action,
        nor in anyway interested in the outcome
15      thereof.

16
            IN WITNESS WHEREOF, I have hereunto
17      subscribed my name and affixed my seal this
        4th day of April, 2024.
18

19
                   _____
20
                   Carrie A. Fisher
21                 Notary Public - State of New York
                   No. 01FI6240227
22                 Qualified in Erie County
                   My commission expires 5/02/27
23
```