# EXHIBIT 8

```
 1      UNITED STATES DISTRICT COURT

 2      WESTERN DISTRICT OF NEW YORK

 3      -------------------------------------------

 4      BLACK LOVE RESISTS IN THE RUST, ET AL.,
        INDIVIDUALLY AND ON BEHALF OF A CLASS OF
 5      ALL OTHERS SIMILARLY SITUATED,

 6
                    Plaintiffs,
 7
         -vs-                        1:18-cv-00719-CCR
 8
        CITY OF BUFFALO, N.Y., ET AL.,
 9
                    Defendants.
10      -------------------------------------------

11

12              EXAMINATION BEFORE TRIAL

13                 OF BYRON LOCKWOOD

14              APPEARING REMOTELY FROM

15                  BUFFALO, NEW YORK

16

17                  August 10, 2023

18                  At 11:00 a.m.

19                  Pursuant to notice

20

21      REPORTED BY:

22      Rebecca L. DiBello, RPR, CSR(NY)

23      APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York 14202
716-853-5544

─ BYRON LOCKWOOD ─

1   A.  No.  They all went back to patrol, answering
2       calls.
3   Q.  How did you handle traffic enforcement after
4       the Strike Force was disbanded?
5           MR. SAHASRABUDHE:  Objection to form.
6   A.  Well, it was still -- Traffic Unit was still
7       there and the district officers that work in
8       the district as always, you see a V&T traffic
9       infraction and you enforce it.
10  Q.  Did the Traffic Unit work all over the city?
11  A.  Yes.
12  Q.  Did you decide where the Traffic Unit would
13      patrol?
14  A.  No.  They they had a captain down there.  Some
15      days the captain -- some days the Traffic Unit
16      would be assigned to the Key Center if there's
17      Sabres games or whatever there.  If there's a
18      race they would be assigned to a race.
19      Different details that they would have been
20      assigned to.
21  Q.  Did the Traffic Unit run traffic safety
22      checkpoints?
23          MR. SAHASRABUDHE:  Object to the form.

─ DEPAOLO CROSBY REPORTING SERVICES, INC. ─
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
1      STATE OF NEW YORK)

2      COUNTY OF ERIE    )

3


4
         I, Rebecca Lynne DiBello, CSR, RPR, Notary
5      Public, in and for the County of Erie, State of
       New York, do hereby certify:
6

7        That the witness whose testimony appears
       hereinbefore was, before the commencement of
8      their testimony, duly sworn to testify the
       truth, the whole truth and nothing but the
9      truth; that said testimony was taken pursuant
       to notice at the time and place as herein set
10     forth; that said testimony was taken down by me
       and thereafter transcribed into typewriting,
11     and I hereby certify the foregoing testimony is
       a full, true and correct transcription of my
12     shorthand notes so taken.

13
         I further certify that I am neither counsel
14     for nor related to any party to said action,
       nor in anyway interested in the outcome
15     thereof.

16
         IN WITNESS WHEREOF, I have hereunto
17     subscribed my name and affixed my seal this
       26th day of August, 2023.
18

19                    [signature: Rebecca L. DiBello]

20     _____

21        Rebecca Lynne DiBello, CSR, RPR
          Notary Public - State of New York
22        No. 01D14897420
          Qualified in Erie County
23        My commission expires 5/11/2027
```