# EXHIBIT 9

```
 1      UNITED STATES DISTRICT COURT

 2      WESTERN DISTRICT OF NEW YORK

 3      -------------------------------------------

 4      BLACK LOVE RESISTS IN THE RUST, ET AL.,
        INDIVIDUALLY AND ON BEHALF OF A CLASS OF
 5      ALL OTHERS SIMILARLY SITUATED,

 6
                  Plaintiffs,
 7
         -vs-                      1:18-cv-00719-CCR
 8
        CITY OF BUFFALO, N.Y., ET AL.,
 9
                  Defendants.
10      -------------------------------------------

11

12         CONTINUED EXAMINATION BEFORE TRIAL

13                OF BYRON LOCKWOOD

14             APPEARING REMOTELY FROM

15                 BUFFALO, NEW YORK

16

17                 August 17, 2023

18                 At 1:00 p.m.

19                 Pursuant to notice

20

21      REPORTED BY:

22      Rebecca L. DiBello, RPR, CSR(NY)

23      APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
 1    Q.  Okay.  So this will be Lockwood 32.  I hope
 2        it's the correct number.  And you're looking
 3        at a copy of the article and you were actually
 4        interviewed for this article.  Do you remember
 5        that?
 6    A.  No.
 7    Q.  And did you read the article when it came out?
 8    A.  I'm not sure.  I don't remember this article.
 9    Q.  Okay.  Well, in this article you -- let me see
10        if I can find the part where you said it.
11              Here we are.  Do you see this right
12        here?
13    A.  Yes.
14    Q.  Okay.  So you told the reporter that tinted
15        windows were a safety issue.
16              What is the safety issue that's involved
17        with tinted windows?
18              MR. SAHASRABUDHE:  Object to the form.
19    A.  Some windows are so dark you can't see, you
20        can't see the person that's in the vehicle.
21    Q.  So are you saying it's a safety issue for the
22        officer?
23    A.  Yes.
```

1  Q. According to DMV data that was cited in this
2     article, very few accidents are caused by
3     tinted windows as opposed to distracted
4     driving and speeding.  Do you have any basis
5     to believe that the DMV data cited in the
6     article is incorrect?
7         MR. SAHASRABUDHE:  Objection to form.
8  A. No.
9  Q. So then being concerned with tinted windows is
10    a potential safety issue for the officer
11    should the officer pull over the vehicle?
12        MR. SAHASRABUDHE:  Objection to form.
13 A. Yes.
14 Q. According to the article, the City of Buffalo
15    wrote far more tinted windows tickets than
16    other comparable municipalities.  So for
17    example, from 2014 to 2017 Buffalo issued more
18    than 34,000 tinted windows violations whereas
19    Syracuse issued around 6,000 and Rochester
20    issued just less than 3,000.
21        Did you know prior to this article that
22    Buffalo issued far more tinted windows tickets
23    than other comparable municipalities?

```
 1      STATE OF NEW YORK)

 2      COUNTY OF ERIE    )

 3

 4
          I, Rebecca Lynne DiBello, CSR, RPR, Notary
 5      Public, in and for the County of Erie, State of
        New York, do hereby certify:
 6

 7        That the witness whose testimony appears
        hereinbefore was, before the commencement of
 8      their testimony, duly sworn to testify the
        truth, the whole truth and nothing but the
 9      truth; that said testimony was taken pursuant
        to notice at the time and place as herein set
10      forth; that said testimony was taken down by me
        and thereafter transcribed into typewriting,
11      and I hereby certify the foregoing testimony is
        a full, true and correct transcription of my
12      shorthand notes so taken.

13
          I further certify that I am neither counsel
14      for nor related to any party to said action,
        nor in anyway interested in the outcome
15      thereof.

16
          IN WITNESS WHEREOF, I have hereunto
17      subscribed my name and affixed my seal this
        31st day of August, 2023.
18
                    [signature: Rebecca L. DiBello]
19

20      _____

21      Rebecca Lynne DiBello, CSR, RPR
        Notary Public - State of New York
22      No. 01D14897420
        Qualified in Erie County
23      My commission expires 5/11/2027
```