# EXHIBIT 10

```
 1    UNITED STATES DISTRICT COURT
 2    FOR THE WESTERN DISTRICT OF NEW YORK
 3    -------------------------------------------
 4    BLACK LOVE RESISTS IN THE RUST, et al.,
      individually and on behalf of a class of
 5    all others similarly situated,
 6                             Plaintiffs,
 7     -vs-                    1:18-cv-00719-CCR
 8    CITY OF BUFFALO, N.Y., et al.,
 9                             Defendants.
10    -------------------------------------------
11           ORAL EXAMINATION OF PHILIP SERAFINI
12                 APPEARING REMOTELY FROM
13                   ERIE COUNTY, NEW YORK
14
15              Monday, December 27, 2021
16                 9:03 a.m. - 5:15 p.m.
17                    pursuant to notice
18
19       PAGES 324 & 325 DESIGNATED CONFIDENTIAL
20
21    REPORTED BY:
22    Carrie A. Fisher, Notary Public
23    APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

PHILIP SERAFINI - BY MS. EZIE - 12/27/21

1  Q. Did you take any steps to ensure that your
2     officers and lieutenants were not engaging in
3     racial profiling?
4        MR. QUINN:  Form.
5  A. No.
6  Q. Okay.  Now, am I correct that the Housing Unit
7     also had an involvement in traffic
8     checkpoints?
9  A. Sometimes they would conduct traffic safety
10    checkpoints in or around the Buffalo Municipal
11    Housing properties.
12 Q. Okay.  How often was that the Housing Unit's
13    practice?
14 A. It was rare.
15 Q. In instances where the Housing Unit did
16    conduct checkpoints around BMHA properties,
17    what was the reasoning?
18       MR. QUINN:  Form.
19 A. To enforce vehicle and traffic law and penal
20    law.
21 Q. Since it was rare, what, if anything, would
22    warrant the creation of a checkpoint to your
23    understanding?

PHILIP SERAFINI - BY MS. EZIE - 12/27/21

1      MR. QUINN:  Form.
2  A.  If we -- if we received a complaint that cars
3      were speeding through Buffalo Municipal
4      Housing property, we would conduct a traffic
5      safety checkpoint to try to curtail that
6      activity.
7  Q.  Are there any other instances you can think of
8      where -- any other reasons why the Housing
9      Unit in particular engaged in checkpoints?
10 A.  Well, as I said, just in response to
11     complaints we received from the Housing
12     residents.
13 Q.  Okay.  That's different than the Strike Force
14     checkpoints, correct?  Those were not
15     complaint driven?
16     MR. QUINN:  Form.
17 A.  No, those -- those the Strike Force conducted
18     them on a daily basis.
19 Q.  Okay.  And am I correct that Housing Unit
20     officers would sometimes assist the Strike
21     Force in conducting those checkpoints?
22 A.  Sometimes.
23 Q.  What was the circumstance where the Housing

PHILIP SERAFINI - BY MS. EZIE - 12/27/21

1   Unit would assist?
2   A. They required a minimum amount of officers to
3      conduct a traffic safety checkpoint. For the
4      safety of the officers it was a minimum amount
5      of officers. You couldn't conduct it with
6      just two officers. So sometimes if the Strike
7      Force was shorthanded, meaning they didn't
8      have enough personnel, a couple of the Housing
9      officers would assist them.
10  Q. Were those overtime details for the Housing
11     Unit?
12  A. Sometimes they -- sometimes -- no but
13     sometimes they were on overtime and they would
14     work it, but it wasn't specifically for the
15     traffic safety checkpoint as far as the
16     Housing officers are concerned.
17  Q. Got it. Now, you described earlier that you
18     would receive instructions from higher-ups at
19     the BPD about the operation of the Strike
20     Force checkpoints from time to time, correct?
21  A. Yes.
22         MR. QUINN: Form.
23  Q. I'd like to turn to what has been marked as

PHILIP SERAFINI - BY MS. EZIE - 12/27/21

1    MS. EZIE: Unless you're objecting for
2    privilege, Mr. Quinn, he may answer.
3    MR. QUINN: Inappropriate question to
4    ask him to guess.
5  Q. What's your understanding of why -- I will
6    rephrase.
7    What's your understanding of why Deputy
8    Commissioner Lockwood was a supporter of the
9    Housing Unit?
10   MR. QUINN: Form.
11 A. He saw a need. He saw a need for more
12   personnel specifically assigned to the Buffalo
13   Municipal Housing Authority properties.
14 Q. And so Deputy Commissioner Lockwood,
15   Commissioner Derenda, the Chiefs Brinkworth
16   and Young, they all approved and signed off on
17   your activities during the time that you were
18   Housing Unit captain?
19   MR. QUINN: Form.
20 A. Yes.
21 Q. Okay. Now, I'd like to switch to the topic of
22   checkpoints.
23   Mr. Serafini, how often would you say

PHILIP SERAFINI - BY MS. EZIE - 12/27/21

```
 1            that Housing Unit officials were involved in
 2            the operation of Strike Force checkpoints?
 3       A.   When we had the daytime details which were
 4            intermittent, we would have them for a few
 5            weeks and then we wouldn't have them.  They
 6            were involved because one of the duties during
 7            the checkpoints -- or during the daytime
 8            details was to conduct one checkpoint,
 9            usually.
10       Q.   At least one checkpoint?
11       A.   Usually.  I say that manpower permitting,
12            weather conditions permitting.
13       Q.   So weather conditions and manpower permitting,
14            checkpoints -- Strike Force checkpoints were
15            supposed to occur on a daily basis?
16       A.   When we had it -- sorry.  When we had a
17            detail, the daily detail, the five-hour daily
18            detail was not on a regular daily basis.  It
19            was intermittent.
20       Q.   Okay.  It's true, however, that there was a
21            program within the BPD of running daily
22            checkpoints weather and manpower permitting
23            for several years, correct?
```

PHILIP SERAFINI - BY MS. EZIE - 12/27/21

1            MR. QUINN:  Form.
2       A.   That was the Strike Force, not the Housing
3            Unit.
4       Q.   Okay.  Are you familiar with the Strike
5            Force -- the Strike Force's daily checkpoints?
6            MR. QUINN:  Form.
7       A.   Yes.
8       Q.   Okay.  So the Strike Force had a practice of
9            running daily checkpoints for a period of
10           several years?
11      A.   During the time that I was there, yes, weather
12           and manpower provided.
13      Q.   Okay.  And the Housing Unit would join those
14           checkpoints if or when there was a daytime
15           detail approved?
16           MR. QUINN:  Form.
17      A.   The Housing performed their own checkpoints if
18           there was manpower and if the weather was
19           permitting during the daytime details, the
20           five hour -- I believe it was five hours a
21           day.
22      Q.   Those were the checkpoints you described as
23           occurring at BMHA -- at or near BMHA

PHILIP SERAFINI - BY MS. EZIE - 12/27/21

1        properties?
2     A. That's correct, yes.
3     Q. Were those checkpoints run in conjunction with
4        the Strike Force or solely with Housing Unit
5        personnel?
6           MR. QUINN: Form.
7     A. Again, if there weren't enough Housing
8        manpower to run that on their own, sometimes
9        Strike Force would assist them. Sometimes --
10    Q. Okay.
11    A. -- if there wasn't enough manpower, they
12       wouldn't run it.
13    Q. What's your estimate of how many checkpoints
14       the Housing Unit ran pursuant to those
15       overtime details during your time as captain?
16          MR. QUINN: Form.
17    A. That's hard because we would have the detail
18       for a month or two and then it would stop and
19       then two months later they would start it
20       again. Then they would only start it on
21       Fridays or Saturdays. And then in the summer
22       it would be all week long. It's hard to
23       predict. If you look back on all the reports,

PHILIP SERAFINI - BY MS. EZIE - 12/27/21

1   should be conducted in that vicinity."
2   Correct, that's what it states?
3   A. Yes, I see that.
4   Q. Okay. What was the source of this guidance
5      that you were providing the Strike Force
6      lieutenants?
7      MR. QUINN: Form.
8   A. Well, as I mentioned before, the Strike Force
9      lieutenants a lot of times determined the
10     locations of the traffic safety checkpoints.
11     And if there was a shooting, for example, the
12     night before or if they had problems while
13     they were working the night before, if they
14     heard violence going on in a certain area,
15     then the next day they were expected to set up
16     the traffic safety checkpoint in that area or
17     around that area.
18  Q. Why?
19  A. Because it's been proven where we set up the
20     traffic safety checkpoint crime would be
21     curtailed.
22  Q. Got it. So following that strategy allowed
23     for the checkpoints to be a crime prevention

PHILIP SERAFINI - BY MS. EZIE - 12/27/21

1       it.  All right?
2 A. Thank you.
3 Q. Do you want to take 10 minutes this time?
4 A. That's fine.  Thanks.
5 Q. Thanks.
6       (A recess was taken.)
7
8       BY MS. EZIE:
9 Q. Okay.  Mr. Serafini, earlier we were speaking
10    about TraCS and ENTCAD and I think it's fair
11    to say you didn't really engage those systems
12    much.  Are you aware that TraCS allows --
13    sorry, that these systems allow for the race
14    of motorists to be recorded alongside ticket
15    information?
16 A. I wasn't aware of that, no.
17 Q. Did you ever -- so fair to say that you never
18    instructed your officers to try and record the
19    race of motorists who they stopped?
20 A. No.
21      MR. QUINN:  Form.
22 Q. Okay.  And now there were, however, a number
23    of paperwork practices that you engaged in on

PHILIP SERAFINI - BY MS. EZIE - 12/27/21

1        one hand as chief of the Housing Unit and on
2        the other hand as someone that helped with
3        administration of the Strike Force, correct?
4    A.  Yes, as captain of the Housing Unit, right.
5    Q.  Correct, okay.  And so that included creating
6        reports that officers could fill out regarding
7        the number of arrests they made, for instance?
8    A.  Yes.
9    Q.  The number of traffic summonses they issued?
10   A.  Yes.
11   Q.  The number of vehicles they impounded?
12   A.  Yes.
13   Q.  Among other police functions.  And you
14       documented this both for the Housing Unit as
15       well as the Strike Force, correct?
16   A.  Yes.
17           MR. QUINN:  Form.
18   Q.  Okay.  And it was your practice to review this
19       information as well as to report it out to
20       higher-ups at the BPD?
21   A.  Yes.
22   Q.  That includes the commissioner of the BPD,
23       Commissioner Derenda?

PHILIP SERAFINI - BY MS. EZIE - 12/27/21

1  A. Yes.
2  Q. As well as Deputy Commissioner Lockwood?
3  A. Yes.
4  Q. Deputy Commissioner Beaty when she -- it's a
5     she, I believe, when she joined --
6  A. Yes, when she was in that position.
7  Q. Okay.  Also Chief Young?
8  A. Yes.
9  Q. And Chief Brinkworth before Chief Young?
10 A. Yes.
11 Q. Okay.  Why was it your practice to provide
12    information of the nature we just discussed to
13    all of those individuals?
14       MR. QUINN:  Form.
15 A. It was my responsibility.  It was part of my
16    duties.
17 Q. And what was the importance of those numbers
18    as you understood it?
19       MR. QUINN:  Form.
20 A. Did you say what was the importance?
21 Q. Yes.
22 A. It's a certain measure of production for
23    police officers.

PHILIP SERAFINI - BY MS. EZIE - 12/27/21

1  Q. It was important for your officers to be
2     productive and to have high production?
3  A. To show the work they were doing.
4  Q. And that work included, you know, making
5     arrests and issuing summonses, impounding
6     cars?
7  A. Yes.
8  Q. Okay. And am I correct that there were times
9     where -- am I correct that you were expected
10    to have high production when it came to those
11    metrics?
12       MR. QUINN: Form.
13 A. Well, I don't know what you mean by "high
14    production" but you're expected to do some
15    work during the tour unless there were
16    extenuating circumstances where you weren't on
17    patrol.
18 Q. Okay. But work, again, as we're describing it
19    here is producing arrests, summonses,
20    impounds, etcetera?
21       MR. QUINN: Form.
22 A. That's a part of it, a part of it.
23 Q. And am I correct that there were times where

```
 1        STATE OF NEW YORK)

 2        COUNTY OF ERIE    )

 3

 4

 5           I, Carrie A. Fisher, Notary Public, in and
          for the County of Erie, State of New York, do
 6        hereby certify:

 7           That the witness whose testimony appears
          hereinbefore was, before the commencement of
 8        their testimony, duly sworn to testify the
          truth, the whole truth and nothing but the
 9        truth; that said testimony was taken remotely
          pursuant to notice at the time and place as
10        herein set forth; that said testimony was taken
          down by me and thereafter transcribed into
11        typewriting, and I hereby certify the foregoing
          testimony is a full, true and correct
12        transcription of my shorthand notes so taken.

13
             I further certify that I am neither counsel
14        for nor related to any party to said action,
          nor in anyway interested in the outcome
15        thereof.

16
             IN WITNESS WHEREOF, I have hereunto
17        subscribed my name and affixed my seal this
          12th day of January, 2022.
18

19
                   _____
20
                   Carrie A. Fisher
21                 Notary Public - State of New York
                   No. 01FI6240227
22                 Qualified in Erie County
                   My commission expires 5/02/23
23
```