# EXHIBIT 11

```
                UNITED STATES DISTRICT COURT

             FOR THE WESTERN DISTRICT OF NEW YORK

  - - - - - - - - - - - - - - - - - - - - - - - - - -

  BLACK LOVE RESISTS IN THE RUST, et al.,

  individually and on behalf of a class of

  all others similarly situated,

                                Plaintiffs,

  vs.                                        1:18-cv-00719-CCR

  CITY OF BUFFALO, N.Y.,  et al.,

                                Defendants.

  - - - - - - - - - - - - - - - - - - - - - - - - - -

                 ORAL EXAMINATION OF AARON YOUNG

                    APPEARING REMOTELY FROM

                       BUFFALO, NEW YORK


                 Wednesday, October 26, 2022

                    9:00 a.m. - 2:15 p.m.

                      pursuant to notice



  REPORTED BY:

  Luanne K. Howe

  APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO


           DEPAOLO CROSBY REPORTING SERVICES, INC.
                      716-853-5544
```

1  A  I believe they assisted in the housing areas, yes.
2  Q  To your knowledge, did the Housing Unit run
3     checkpoints on its own without the Strike Force?
4  A  I'm not sure.  I wasn't --
5  Q  Did the Housing Unit checkpoints have the same
6     programmatic purpose as the Strike Force checkpoints?
7              MR. SAHASRABUDHE:  Form.
8  A  I can't answer that.  I don't know.
9  Q  Did the Housing Unit issue directives when it ran
10    checkpoints without the Strike Force?
11             MR. SAHASRABUDHE:  Form.
12 A  I'm unaware of that.
13 Q  Did you as chief ever direct the housing unit to
14    issue checkpoint directives when it ran checkpoints?
15 A  No.
16 Q  And the goal of the checkpoints was to enforce
17    provisions of the vehicle and traffic law, right?
18             MR. SAHASRABUDHE:  Form.
19 A  That is correct.
20 Q  Did you ever take any steps to ensure that officers
21    were making roadblocks obvious with overhead flashing
22    lights?
23 A  No, I did not personally.

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1    A    Yeah, if you'd just give me a moment.
 2    Q    Sure.
 3    A    Okay.
 4    Q    Okay.  And just so you know, we're going to look at a
 5         few of these, and in most cases -- really in all
 6         cases, I'm just going to be asking you about parts
 7         that pertain to the Strike Force and Housing Unit.
 8         I'm not going to ask you for information related to
 9         the Schools part of the report.
10    A    Okay.
11    Q    So this first page is identified as COB228535.  And
12         sorry I have to move it around a little bit just to
13         fit it on the screen.  So the date is June 20, 2016,
14         and it's from you.
15             And do you recall drafting and sending these
16         reports?
17    A    Uh-huh.
18    Q    So in this report, you are reporting that the Strike
19         Force is focusing on the hotspots of C and E
20         Districts, right?
21    A    Correct.
22    Q    And those are on the east side of Buffalo, right?
23    A    Correct.
```

| | | |
|---|---|---|
| 1 | Q | And you list nine different locations where |
| 2 | | checkpoints took place, and those would all be at C |
| 3 | | and E District hotspots? |
| 4 | | MR. SAHASRABUDHE:  Form. |
| 5 | A | C and E locations.  I don't know if they were |
| 6 | | hotspots.  I can't say at this time if they were |
| 7 | | hotspots then.  I don't have that information. |
| 8 | Q | Do you have any memory if those intersections were |
| 9 | | hotspots? |
| 10 | A | I don't. |
| 11 | Q | So what would be the purpose of running a checkpoint |
| 12 | | in a crime hotspot? |
| 13 | | MR. SAHASRABUDHE:  Form. |
| 14 | A | It would just -- to deter illegal activity, shots -- |
| 15 | | prevent shots fired or any, you know, loitering in |
| 16 | | front of stores or, you know, numerous reasons. |
| 17 | Q | And how would the checkpoints do that? |
| 18 | A | Well, from -- |
| 19 | | MR. SAHASRABUDHE:  Form. |
| 20 | A | Well, for visibility of officers being in the area. |
| 21 | Q | In this report, you also mentioned that the Strike |
| 22 | | Force cars had been focusing around a boys and girls |
| 23 | | club due to increased complaints of gang activity, |

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

| | | |
|---|---|---|
| 1 | | and you mentioned that a handgun had been recovered |
| 2 | | at a previous checkpoint at that location? |
| 3 | A | Correct. |
| 4 | Q | Did you report on any traffic safety benefits of the |
| 5 | | checkpoints? |
| 6 | A | Not in this report. |
| 7 | Q | So I'm going to scroll down to the next report.  This |
| 8 | | one is from July 2016, and the identification is |
| 9 | | COB245589.  And I will let you take a minute to read |
| 10 | | it. |
| 11 | A | Okay.  Okay. |
| 12 | Q | Okay.  So you stated, "Checkpoints and patrols are |
| 13 | | being implemented in areas with increased calls for |
| 14 | | service for priority 1 and 2 calls and areas with |
| 15 | | increased gang activity." |
| 16 | | What are priority 1 and 2 calls? |
| 17 | A | Priority 1 calls would be shots fired, shootings, |
| 18 | | robbery, type 911 calls for services from citizens. |
| 19 | Q | And priority 2? |
| 20 | A | Same -- well, same thing, robberies, burglaries of |
| 21 | | homes. |
| 22 | Q | So what's the difference between priority 1 and |
| 23 | | priority 2? |

```
 1    A      Priority 1 calls are, like I mentioned, the shootings
 2           or the shots fired.  They would receive -- we
 3           can't -- so dispatch has to put those calls out
 4           immediately.  And district patrol would have to
 5           respond and who's ever in the area or the Strike
 6           Force or district patrols would have to respond for
 7           those type calls.
 8    Q      So what would be the reason to implement checkpoints
 9           in areas with increased calls for service for
10           priority 1 and 2 calls?
11                  MR. SAHASRABUDHE:  Form.
12    A      To prevent further shootings, retaliations from
13           shootings and shots fired and to prevent homicides.
14    Q      So that's not related to traffic safety, is it?
15                  MR. SAHASRABUDHE:  Form.
16    A      I can't answer that.
17    Q      Why would checkpoints be implemented in areas with
18           increased gang activity?
19    A      In the hopes of preventing the shootings and shots
20           fired and any type of gang violence within that area.
21    Q      Were you also hoping to be able to stop and search
22           gang members who would pass through the checkpoint?
23                  MR. SAHASRABUDHE:  Form.
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

1  A   I can't answer that.
2  Q   Were you hoping to find people with outstanding
3      warrants at checkpoints?
4              MR. SAHASRABUDHE:  Form.
5  A   I can't answer that.
6  Q   So you also stated that the most active area for
7      Strike Force patrols and checkpoints were the C
8      District GIVE area and the Central Park area of E
9      District.  So what was the C District GIVE area?
10 A   The GIVE area is a -- it was a grant -- so GIVE is a
11     state grant from the New York State Division of
12     Criminal Justice Services that focuses on preventing
13     shootings and shots fired within a given district in
14     the City of Buffalo.
15 Q   And what does GIVE stand for?
16 A   Gun Involved Violence Elimination, I believe.
17 Q   And was it the case that the GIVE funding was
18     targeted to certain identified hotspots?
19 A   I can't answer that.
20 Q   And what was the Central Park area of E District?
21 A   It would -- Central Park would encompass -- it's
22     huge.  I'm from Central Park, so I should know.  I
23     still live -- north or south of Main to, say,

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1            Humboldt -- I don't know if you're familiar with the
 2            City of Buffalo, but it's -- being from there, it's
 3            easy, but telling someone it's -- so it's numerous
 4            streets.  We are going south of Main and like east of
 5            Humboldt Parkway in the City of Buffalo.
 6    Q       So with this, you intended to refer to the Central
 7            Park neighborhood?
 8    A       Yes.
 9    Q       And you weren't referring to the part of the E
10            District that's controlled by the Central Park Gang?
11    A       No.
12    Q       Okay.  In this email, you identified seven locations
13            where checkpoints were run, and all of these are on
14            the east side of Buffalo, right?
15    A       Yes.
16    Q       And you pointed out there was a gun arrest at one
17            location, right?
18    A       Yes.
19    Q       Did you report on any traffic safety benefits of the
20            checkpoints?
21                    MR. SAHASRABUDHE:  Form.
22    A       Not in this email, no, I did not.
23    Q       So the next report is dated September 13, 2016.  You
```

```
 1            can take a minute to read it.
 2    A       Okay.  Okay.
 3    Q       So near the bottom, you stated, "Strike Force has
 4            resumed conducting checkpoints in various areas
 5            throughout the city.  Several of the checkpoints have
 6            been conducted along the Genesee/Theodore area due to
 7            the rash of shots fired in this vicinity."
 8                   So this would be another example of running
 9            checkpoints in order to address gun violence, right?
10                       MR. SAHASRABUDHE:  Form.
11    A       High visibility patrols.
12    Q       I'm not sure that I -- that was an answer to my
13            question.
14    A       Oh, no, I was expanding on my answer.  Also as part
15            of high visibility patrols in this area.
16    Q       I see.  So your testimony is that these checkpoints
17            would have been run to address gun violence and to
18            provide high visibility patrols?
19    A       Yes.
20                       MR. SAHASRABUDHE:  Form.
21    Q       And Genesee/Theodore is also on the east side of
22            Buffalo, right?
23    A       Yes.
```

| | | |
|---|---|---|
| 1 | Q | I'm going to look at the next report, which is |
| 2 | | November 8, 2016.  And you can look just at the part |
| 3 | | that says "Housing/Strike Force." |
| 4 | A | Okay.  Okay. |
| 5 | Q | And you wrote, "Strike Force units have focused |
| 6 | | patrols and checkpoints within the shooting hotspots |
| 7 | | of C and E Districts"? |
| 8 | A | Correct. |
| 9 | Q | So would this be another instance where the purpose |
| 10 | | of the checkpoints was to reduce gun violence and for |
| 11 | | high visibility? |
| 12 | | MR. SAHASRABUDHE:  Form. |
| 13 | A | Yes. |
| 14 | Q | And the C and E Districts are on the east side of |
| 15 | | Buffalo, right? |
| 16 | A | Yes. |
| 17 | Q | So we will go to the next one.  It's dated |
| 18 | | February 20, 2017, and I will give you a minute to |
| 19 | | read it. |
| 20 | A | Okay.  Okay. |
| 21 | Q | Okay.  And you wrote, "Due to several shootings over |
| 22 | | the weekend Strike Force will target known gang |
| 23 | | members in these areas while conducting safety |

| | | |
|---|---|---|
| 1 | | checkpoints and increased patrols." |
| 2 | | So how would -- how would the Strike Force use |
| 3 | | checkpoints to target known gang members? |
| 4 | | MR. SAHASRABUDHE:  Form. |
| 5 | A | Well, by assisting patrol, like I said, with high |
| 6 | | visibility, and if known gang members were observed |
| 7 | | by officers, we would hope that they would not engage |
| 8 | | in gang activities. |
| 9 | Q | And how specifically would the checkpoints be |
| 10 | | involved in that? |
| 11 | | MR. SAHASRABUDHE:  Form. |
| 12 | A | Just high visibility in the area where gang members |
| 13 | | may frequent. |
| 14 | Q | So the idea would be that you would run a checkpoint |
| 15 | | in an area that was a known gang area? |
| 16 | | MR. SAHASRABUDHE:  Form. |
| 17 | A | Throughout the -- if the officers felt that it was |
| 18 | | necessary due to the shots fired or shootings in that |
| 19 | | area. |
| 20 | Q | Okay.  So I'll move to the next report which is dated |
| 21 | | March 27, 2017.  Let me scroll down a little bit. |
| 22 | A | Okay. |
| 23 | Q | You wrote, "Safety checkpoints continue to be |

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1          implemented within the five Districts as a proactive
 2          violence prevention strategy.  During several
 3          checkpoints Strike Force officers have been able to
 4          conduct field interviews of several gang members who
 5          were occupants of vehicles."
 6              So my first question is what is a proactive
 7          violence prevention strategy?
 8   A      It's increased patrols within the neighborhood which
 9          prevents crime and criminal activity, so it was just
10          officers being visible and basically, you know,
11          addressing even foot patrols in the area as part of
12          high visibility, so that's what that entails.
13   Q      Is the idea to prevent violence before it happens?
14              MR. SAHASRABUDHE:  Form.
15   A      Yes.
16   Q      And in this case, you're saying that the checkpoints
17          were used as part of that strategy.
18              MR. SAHASRABUDHE:  Form.
19   Q      So I'm just confirming that the goal of these
20          checkpoints was to be visible, to reduce crime,
21          prevent it from happening?
22              MR. SAHASRABUDHE:  Form.
23   A      And for vehicle safety, yes.
```

```
 1   Q    Okay.  And you also mentioned that the Strike Force
 2        officers were able to conduct field interviews of
 3        gang members who were occupants of vehicles.  Can you
 4        tell me more about how that would happen?
 5                   MR. SAHASRABUDHE:  Form.
 6   A    During their routine traffic stop, if a gang member
 7        which was known to those officers were an occupant of
 8        that vehicle, this would include that.
 9   Q    Okay.  And in this case, this was not happening at a
10        routine traffic stop but at a checkpoint, right?
11                   MR. SAHASRABUDHE:  Form.
12   A    I would have to read it again.  Give me one second.
13   Q    Uh-huh.
14   A    According to this email, it was during a safety
15        checkpoint, yes.
16   Q    Do you think that checkpoints were successful in
17        proactively preventing violence?
18                   MR. SAHASRABUDHE:  Form.
19   A    It has its -- I think it prevented crime, yes.
20   Q    You didn't mention any traffic safety benefits of the
21        checkpoints in this report, did you?
22   A    I don't see it, no.
23   Q    The next report is dated March 21, 2017.
```

```
 1    A     Okay.
 2    Q     And you wrote that the Strike Force conducted
 3          checkpoints with an emphasis on visibility and gang
 4          intervention in the most problematic locations.
 5    A     Okay.
 6    Q     What did you mean by "the most problematic
 7          locations"?
 8                    MR. SAHASRABUDHE:  Form.
 9    A     Well, the areas where the city at that time had been
10          seeing increase in shootings and shots fired
11          specifically in those areas.
12    Q     I'm going to go to the next weekly report, which is
13          dated April 4, 2017.
14    A     Okay.
15    Q     And here you reported running checkpoints within
16          hotspot areas focusing on areas with recent gun
17          violence, right?
18    A     Correct.
19    Q     And you did not report on running checkpoints for
20          traffic safety purposes --
21                    MR. SAHASRABUDHE:  Form.
22    Q     -- did you?
23    A     I did not.
```

| | | |
|---|---|---|
| 1 | Q | And I will move to the next report, which is dated |
| 2 | | April 25, 2017. |
| 3 | A | Okay. |
| 4 | Q | And in this report, you stated that the Strike Force |
| 5 | | was running checkpoints within the most violent |
| 6 | | hotspots especially the C and E GIVE areas due to |
| 7 | | recent homicides, right? |
| 8 | A | That's correct. |
| 9 | Q | So why would you choose to run a checkpoint in |
| 10 | | response to recent homicides? |
| 11 | | MR. SAHASRABUDHE:  Form.  Are you asking |
| 12 | | about him or just generally? |
| 13 | | MS. WILNER:  I'm asking why would the |
| 14 | | Strike Force run a checkpoint in response to |
| 15 | | recent homicides. |
| 16 | A | As a violence prevention strategy so there would be |
| 17 | | no other shots fired or citizens shot in that area. |
| 18 | Q | I'm going to stop the share now.  That was the last |
| 19 | | report. |
| 20 | | And so is the worry that if there were |
| 21 | | shootings, then those could engender other shootings |
| 22 | | in retaliation or in reaction? |
| 23 | A | Retaliation is a possibility.  So most -- so a lot of |

```
 1            times in police work, being visible will prevent
 2            further shootings.  So that is part of a strategy of
 3            law enforcement, that's correct.
 4      Q     Now, the vast majority of people who pass through the
 5            roadblock would have nothing to do with these
 6            shootings or homicides, right?
 7      A     I can't answer that.
 8      Q     So you think that of the people passing through
 9            roadblocks, they were -- well, strike that.
10                  Wouldn't you agree that the most -- most of the
11            people who pass through the roadblocks are simply the
12            people who live in an area and are driving down the
13            street at the time that the roadblock is being run?
14                        MR. SAHASRABUDHE:  Form.
15      A     In probability, yes.  I don't think everyone that
16            passes through a safety checkpoint are criminals, no,
17            I don't.
18      Q     I mean of the people that pass through the
19            checkpoints, how -- like what percentage would you
20            think are criminals?
21      A     I can't --
22                        MR. SAHASRABUDHE:  Form.
23      A     -- answer that.  I couldn't give you a number.
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

1  Q   It could be anything between zero and a hundred?
2  A   It could be any, yeah.
3  Q   Do you think more than half of people running through
4      checkpoints are criminals?
5          MR. SAHASRABUDHE:  Form.
6  A   I don't think that personally, no.
7  Q   Isn't it possible that not a single person passing
8      through a checkpoint is a criminal?
9          MR. SAHASRABUDHE:  Form.
10 A   It's possible, yes.
11 Q   I mean, hundreds of people would pass through these
12     checkpoints, right?
13         MR. SAHASRABUDHE:  Form.
14 A   I believe so, yes.
15 Q   How many of those hundreds of people do you think
16     were criminals?
17         MR. SAHASRABUDHE:  Form.
18 A   I couldn't guesstimate a number for you.  I can't
19     answer that.
20 Q   Do you think it's appropriate to subject regular
21     citizens to suspicionless stops just in response to
22     recent homicides?
23         MR. SAHASRABUDHE:  Form.

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

1  A    I can't answer that.
2  Q    Well, I'm asking for your opinion.
3            MR. SAHASRABUDHE:  Form.  He answered.
4  Q    What about my question makes it so that you can't
5       answer it?
6  A    I can't -- you're asking opinion on crime, and so
7       when there's crime in an area, officers being
8       proactive in that area, I don't -- I mean, there are
9       regular citizens in the area, and so I don't think
10      there's a number you can put on who's doing criminal
11      activity.  There's no -- there's no number for that.
12 Q    So you agree that every person who passes through a
13      checkpoint is stopped without any individualized
14      suspicion, right?
15           MR. SAHASRABUDHE:  Form.
16 A    Right.
17 Q    And my question is do you think that it's appropriate
18      to subject people, ordinary citizens, to
19      suspicionless stops as a response to recent homicides
20      in an area?
21           MR. SAHASRABUDHE:  Form.
22 A    I can't answer that question.
23 Q    Is there something about the question that you don't

Case 1:18-cv-00719-CCR   Document 254-11   Filed 02/07/25   Page 20 of 20

154

```
1    STATE OF OHIO          )
2    COUNTY OF CUYAHOGA     )
3              I, Luanne K. Howe, Notary Public, in and for the
4    County of Cuyahoga, State of Ohio, do hereby certify:
5              That the witness whose testimony appears
6    hereinbefore was, before the commencement of his testimony,
7    duly sworn to testify the truth, the whole truth and nothing
8    but the truth; that said testimony was taken remotely
9    pursuant to notice at the time and place as herein set
10   forth; that said testimony was taken down by me and
11   thereafter transcribed into typewriting, and I hereby
12   certify the foregoing transcript is a full, true and correct
13   transcription of my shorthand notes so taken.
14             I further certify that I am neither counsel for
15   nor related to any party to said action, nor in any way
16   interested in the outcome thereof.
17             IN WITNESS WHEREOF, I have hereunto subscribed my
18   name and affixed my seal this 2nd day of November, 2022.
19
20                              _____
                                Luanne K. Howe
21                              Notary Public - State of Ohio
22                              My commission expires 10-07-24
23

              DEPAOLO CROSBY REPORTING SERVICES, INC.
                        716-853-5544
```