# EXHIBIT 16

# CHAPTER 1: ORGANIZATION

## CONTENTS

1.0 **MISSION**

2.0 **AUTHORITY**
2.1 Powers of the Buffalo Police Department
2.2 Geographical Area of Jurisdiction

3.0 **JOB CLASSIFICATIONS - SWORN MEMBERS**
3.1 Duties Not All Inclusive
3.2 Commissioner of Police
3.3 Deputy Police Commissioner
3.4 Chief of Police
3.5 Police Inspector
3.6 Duty Inspector
3.7 Police Captain - General
3.8 Police Captain - District
3.9 Police Lieutenant
3.10 Detective Sergeant
3.11 Detective
3.12 Police Officer

4.0 **JOB CLASSIFICATIONS - CIVILIAN MEMBERS**
4.1 Assistant Accountant
4.2 Camera Systems Administrator
4.3 Cellblock Attendant
4.4 Community Grant Coordinator
4.5 Crime Analyst
4.6 Crime Scene Technician
4.7 Head Janitor
4.8 Laborer I
4.9 Laborer II
4.10 Motor Equipment Maintenance Supervisor I
4.11 Motor Equipment Mechanic
4.12 Police Surveillance Camera Monitor
4.13 Public Safety Dispatcher
4.14 Report Technician
4.15 Report Technician (Spanish Speaking)
4.16 Secretary to the Commissioner
4.17 Senior Budget Examiner
4.18 Senior Cellblock Attendant
4.19 Senior Public Safety Dispatcher
4.20 Superintendent of Fleet Maintenance
4.21 Tow Truck Operator

| | | |
|---|---|---|
| **5.0** | **ORGANIZATIONAL STRUCTURE** | |
| 5.1 | Division of Work | |
| 5.2 | Organizational Chart | |
| 5.3 | Chain of Command | |
| 5.4 | Unity of Command | |
| 5.5 | Span of Control | |
| 5.6 | Authority and Responsibility | |
| 5.7 | Position Management System | |
| 5.8 | Annual Workload Assessment | |
| 5.9 | Specialized Assignments to be Reviewed Annually | |
| 5.10 | Major Organizational Components | |

**6.0  POLICE COMMISSIONER**
6.1   Police Commissioner

**7.0  OPERATIONS**
7.1   First Deputy Police Commissioner
7.2   Chief of Detectives
7.3   Division of Administration and Communications

**8.0  PATROL SERVICES**
8.1   Deputy Commissioner
8.2   Patrol Districts
8.3   Traffic Bureau
         A.  Accident Investigation Unit
8.4   Tactical Services
         A.  Crisis Management Team (CMT)
         B.  Special Weapons and Tactics Team (SWAT)
         C.  Underwater Rescue and Recovery Team (URRT)
8.5   Housing Unit
8.6   Strike Force Task Force

**9.0  LEGAL AFFAIRS**
9.1   Legal Advisor

**10.0  DIRECTION**
10.1   Direction Defined
10.2   Commissioner's Responsibility to Direct the Department
10.3   Succession of Command

**11.0  WRITTEN ORDERS**
11.1   Policy
11.2   Structuring Written Orders
11.3   General Orders
11.4   Special Orders
11.5   Training Bulletins
11.6   Master File
11.7   Responsibility of Commanding Officers

11.8   Other Written Orders
11.9   Monthly Reminders

**12.0   RECRUITING AND SELECTING POLICE OFFICER CANDIDATES**
12.1   Policy
12.2   Recruitment
12.3   Responsibility of the Police Academy for Recruitment
12.4   Recruiters
12.5   Equal Employment Opportunity Plan
12.6   Determining Eligibility for Appointment
12.7   Process for Determining Eligibility
12.8   Appeals to the Department of Human Resources -Civil Service Commission
12.9   Appointment to the Police Department
12.10  Probationary Status

**13.0   TRAINING**
13.1   Policy
13.2   The Buffalo Police Academy
13.3   Administration and Operation of the Academy
13.4   Training Instructors
13.5   Training Records
13.6   Basic Recruit Training
13.7   In Service Training
13.8   Roll Call Training
13.9   Specialized Training
13.10  Firearms Training

1.0 **MISSION**

**THE BUFFALO POLICE DEPARTMENT MISSION STATEMENT**

The primary mission of the Buffalo Police Department is to improve the quality of life in the City of Buffalo.

This goal will only be accomplished through the cooperative effort of the Police Department and the community. By working together we can maintain the peace, provide safety and security for our citizens, reduce the fear of crime and solve problems.

To be successful in our mission requires the commitment of the Administration, every employee of this Department and the citizens of our City, all working together to maintain the Buffalo Police tradition as a trusted source of help.

To accomplish this mission the following values must be the basis for all of our actions:

**RESPECT**

The Buffalo Police Department recognizes that its members are its greatest asset, and our actions shall reflect this belief. The members will respect the citizens and recognize their ethnic and cultural diversity. We will respect each other as professionals and fellow human beings.

**INTEGRITY**

We believe in the principles embodied in the Constitution. We recognize the authority of federal, state and local laws. Honesty and truth must be the standards in all our interactions with the community and with our members.

**EXCELLENCE**

We will strive for personal and professional excellence, dedication to duty and the delivery of quality service to the public. We are part of a team dedicated to the safety and protection of our community. Our actions will reflect intelligent, sincere, efficient and courteous service.

2.0 **AUTHORITY**

2.1  **POWERS OF THE BUFFALO POLICE DEPARTMENT**
1. "Members of the police force shall possess all the powers conferred by law upon peace officers, and any search warrant or warrant of arrest issued by a magistrate of the state may be executed in any part of the state by members of the police force. Every criminal process issuing out of the city court of Buffalo shall be served and executed only by members of the police force. Each member of the police force shall have authority to arrest without process any person committing, threatening, or attempting to commit any violation of an ordinance of the city".

    2. A "Police Officer" is any "sworn Officer of an authorized Police Department or force of a City, Town, Village or Police District".

2.2    GEOGRAPHICAL AREA OF JURISDICTION
The geographical area of employment for the Buffalo Police Department means all that area encompassed within the boundaries of the City of Buffalo.

The boundaries of the City of Buffalo shall be as specified in Article 1, Section 3 of the City Charter.

**3.0 JOB CLASSIFICATIONS - SWORN MEMBERS**

3.1    DUTIES NOT ALL INCLUSIVE    The duties specified for sworn personnel in this section are not all inclusive.

3.2    COMMISSIONER OF POLICE
    A. The Commissioner of Police shall be the head of the Department of Police (Article 12 section 220 of the City Charter).

    B. The Commissioner of Police shall be appointed by the Mayor, subject to confirmation by the Council, and shall be removable at the pleasure of the Mayor. On the removal without cause of a Commissioner of Police, who at the time of his/her appointment as Commissioner of Police was a member of the Department of Police, (s)he shall be restored at his/her request to the rank and duty which (s)he held at the time of his/her appointment. In the event of the death of the Commissioner of Police, or a vacancy in that office for any other cause whatsoever, the Mayor shall appoint a Commissioner of Police to serve for a period not to exceed six months, which temporary appointment shall not be subject to confirmation by the Council (Article 12 Section 221 of the City Charter).

    C. The Commissioner of Police shall be charged with the power and duty of governing and disciplining the Department and the members of the Police Force and all subordinates and employees of the Department, and to that end may, from time to time, make and enforce orders, rules, regulations not inconsistent with the City Charter or any general law, which orders, rule or regulations shall have the same force and effect as if specially enacted in the City Charter. Existing rules and regulations shall continue until changed (Article 12 Section 224 of the City Charter).

3.3    DEPUTY POLICE COMMISSIONER
There shall be two Deputy Commissioners of Police in the exempt class of the civil service, with power to act generally for and in place of the Commissioner of Police, who shall be appointed and removed at the pleasure of the Commissioner and shall perform such other and additional duties as may, from time to time, be assigned to them by the Commissioner. On removal of a Deputy Commissioner of Police, who at the time of his/her appointment as a Deputy Commissioner of Police, was a member of the Department of Police, (s)he shall, before such removal becomes effective, be restored at his/her request to the rank and duty which was held at the time of his/her appointment. (City Charter Article 12 section 222).

3.4 CHIEFS OF POLICE
There shall be seven Chiefs of Police in the non-competitive class of the civil service, who shall be appointed and removed at the pleasure of the Commissioner of Police and shall perform such other and additional duties as may, from time to time, be assigned to them by the Commissioner of Police or a Deputy Commissioner of Police. On the removal, as hereinbefore provided, of a Chief of Police, who, at the time of his appointment as Chief of Police was a member of the Department of Police, (s)he shall, before such removal becomes effective, be restored at his/her request to the rank and duty which (s)he held at the time of his appointment.(City Charter Article 12 section 222.1). The Chiefs of Police shall be selected from the ranks of Police Inspector, Police Captain, or Police Lieutenant.

3.5 POLICE INSPECTOR

A. Distinguishing Features

Police Inspector is an administrative and supervisory position which has responsibility for a division of the Police Department and/or may also be responsible for directing all phases of the city wide service on an assigned shift. This position is subordinate in command only to the Police Commissioner, the Deputy Police Commissioners and the Chiefs and is responsible for directing, managing, and evaluating assigned law enforcement activities. Work is performed in accordance with established procedures and policies and may require the application of advanced police skill and knowledge to analyze problems in the field of criminal investigation; however, decisive action is required in this position, where no guidelines exist. Supervision is exercised over all functions during an assigned shift and Inspectors must work independently in carrying out police functions.

B. Duties

May be responsible charge for the proper performance of police activities of a division or function under their command;

1. May plan, supervise, coordinate, and evaluate activities of subordinate personnel;

2. May conduct frequent inspection of police personnel and equipment for conformance with rules and regulations of the Department;

3. May instruct and train subordinate officers in proper procedures through in-service and on-the-job training;

4. May review work schedules and makes necessary changes to ensure adequate personnel;
5. May participate in the personnel process regarding appointments, promotions, and assignments;

6. May investigate, review and report allegations of misconduct made against

members of the Department and makes recommendations in relation thereto;

7. May initiate or approve disciplinary action;

8. May recommend/approve resolution to grievances;

9. May take command of police activities when serious situations arise requiring their presence;

10. May Provide adequate police service at large fires and other special details or emergencies;

11. May study problems and take appropriate action to improve police effectiveness and efficiency;

12. May serve on committees to study police problems;

13. May elicit and provide input for development and implementation of policy;

14. May establish and maintain contact with community organizations;

15. May address adverse socio-economic groups to explain police operations;

16. May work with the Police Department and other groups to organize and develop new enforcement, crime prevention, and police service delivery programs.

3.6   <u>DUTY INSPECTORS</u>   Effective 06/09/10
Listed below are duties and expectations for Inspectors while acting as Duty Officers. These duties are not all inclusive, but are a minimum of what must be done:

1. Duty Officers are required to be in full uniform unless otherwise directed by the Commissioner or Deputy Police Commissioner.

2. Duty Officers must fill out an activity report at the end of each tour of duty. A copy must be forwarded via e-mail to the Commissioner and DPC of Operations.

3. When reporting for duty, Inspectors acting as Duty Officers will be responsible to apprise appropriate personnel of any activity from the previous shift or actions that will carry-over into the upcoming shift.

4. At the start of each tour of duty, Duty Officers must contact the 911 Lieutenant to obtain copies of citywide manpower. These manpower reports must be reviewed to insure proper staffing levels. Knowledge of the manpower is also necessary if any major incidents take place during said tour of duty.

5. The Duty Officer will inform the 911 Lieutenant as to what radio channel they will monitor. Also, the Duty Officer will provide the 911 Lieutenant with a cell phone and pager number.

6. Duty Officers must inspect all major events taking place in the City during their tour of duty. This will include "The Chippewa Entertainment District" on Friday and Saturday nights.

7. Duty Officers must respond to all major crime scenes and incidents. Duty Officers are required to ensure all proper notifications are made including authorizing OT call outs. The list for call outs and notifications include but are not limited to; Evidence, Photo, Homicide, Narcotics, SWAT, CMT, URRT, District Detectives, Chiefs, Deputy Commissioners, Commissioner, Sheriff's Bomb Squad, ATF, FBI and others.

8. When at the scene of a SWAT/CMT incident, Duty Officers will control the outer perimeter. The SWAT Commander will be responsible for all activity in the inner perimeter. Major decisions at the scene of these call-outs will be made by the SWAT Commander in concert with the Duty Officer.

9. Duty Officers will respond when any Supervisor requests their services.

10. Duty Officers assigned on the afternoon or night shifts will visit each District station-house at least once during their ten hour tour of duty. Time of said visits must be documented on the Inspectors activity report. If any problems are encountered concerning any major or minor violation of Department procedure the Duty Officer must take immediate action. All said actions must be documented on the Inspectors activity report and if need be, the Duty Officer shall contact the Inspector of IAD, the DPC of Operations or the Commissioner of Police. If for any reason the Duty Officer fails to visit each District-house it must be noted and explained on the Duty Officers activity report.

11. The Duty Officer shall respond to all instances of Injured Officers. The Duty Officer will ensure proper notification of Officers families and the Commissioners when necessary. The same applies should an Officer loses his life while on duty.

12. The Duty Officers must work in concert with the 911 Lieutenant or designee in setting up details for injured prisoners.

13. Duty Officers are required to periodically, during each tour of duty, monitor CAD for pending calls.

14. Duty Officers must monitor the radio for car chases and call off said chases if it is considered too dangerous. Decisions shall be made on the basis of safety considerations balanced with the reasons for the chase.

On those days and/or times when there will be no Duty Officer on duty, it will remain the responsibility of the most senior on-duty Captain. In the event there is no Captain on duty, it will be the responsibility of the most senior on-duty Lieutenant assigned to the District in which an incident occurs to direct police activities at the scene until relieved by a superior Officer.

3.7  POLICE CAPTAIN - GENERALLY (amended effective 1-15-2007)

   A. Distinguishing Features

   Police Captain is a management position involving responsibility for directing and managing activities of a command and/or staff assignment. Duties are performed in accordance with established procedures and policies, subject to any directives from a Superior Officer, however, often times decisions must be made based upon knowledge of sound police practices, including those practices that have been modified as a result of research. Supervision is exercised over assigned sworn and support rank subordinates. The distinguishing features of POLICE CAPTAIN – GENERALLY shall be applied in addition to the distinguishing features of POLICE CAPTAIN – DISTRICT.

   B. Duties

   Duties are inclusive of, but not limited to, the following:

   1. Has charge of or assists in command of a police district or other major organizational component;

   2. Visits operating units within the command and discusses problems with supervisory personnel;

   3. Assigns tasks to personnel and ensures timely, accurate and thorough completion of same;

   4. Trains, advises and evaluates personnel as to accepted methods and procedures;

   5. Recommends or initiates actions to improve police effectiveness;

   6. Analyzes police and public safety problems and recommends or initiates appropriate action;

   7. Develops and initiates appropriate crime prevention measures;

   8. Conducts or reviews investigations of employee misconduct;

   9. Recommends disciplinary actions up to an including demotion and termination.

   10. Reviews progress reports on criminal investigations

11. Prepares and/or reviews work schedules taking into account adequate staffing levels, vacation, injured on duty, sick leave, etc;

12. Prepares correspondence within the scope of authority and signs same;

13. Maintains records in compliance with Department regulations;

14. Prepares and submits reports as requested;

15. Establishes and maintains contact with community organizations;

16. Is responsible for the maintenance and cleanliness of buildings or offices under his/her command. This maintenance includes, but is not limited to, plowing, lighting etc.;

17. Maintains orderly and conducive work atmosphere;

18. Participates in establishing and developing goals and objectives for the improvement or enhancement of his/her respective assignment in line with Departmental policy.

3.8   POLICE CAPTAIN – DISTRICT  (added effective 01-15-2007)

   A. Distinguishing Features

   (In addition to the distinguishing features of a POLICE CAPTAIN – GENERALLY 3.15A) Captains assigned to any of the five districts will act in an administrative capacity.

   B. Duties

   Duties are inclusive of, but not limited to, the following:

   1. Ensures vehicles are properly maintained;

   2. Monitors firearms qualifications and ensures all officers are qualified;

   3. Accounts for all inventory at the District level. Including, but not limited to portable radios, MCT's, radar equipment, tint meters, armory, etc.;

   4. Ensures all members of the command are properly and timely notified of impending court cases;

   5. Tracks and ensures compliance with all in-service training programs. Coordinates training with Training Academy;
   6. Ensures an adequate supply of departmental forms and supplies are available;

   7. Ensures all confiscated property is properly delivered to the Property Office;

8. Maintains accurate, up-to-date business files;

9. Coordinates, inspects, recommends approval/disapproval of City permits/licenses including Street Closures and Block Parties.

10. Attends Community and Block Club meetings at the direction of the District Chief;
11. Responsible for District Detectives activities including, review of progress on criminal investigations and forwarding reports to appropriate Chiefs.

3.9   POLICE LIEUTENANT

A. <u>Distinguishing Features</u>

Police Lieutenant is a first line supervisor who performs important law enforcement functions involving the operation of a police section, function or unit within the Buffalo Police Department. Responsibilities include assigning duties to subordinates, evaluating their work performance and instructing them in new and approved law enforcement methods including community policing, tactical patrol, criminal investigation, crime prevention and community organizing. Work is performed in accordance with established procedures and policies as outlined by the Police Department. Police Lieutenants are responsible for the caliber of police service rendered by the unit or function to which (s)he is assigned and for making decisions concerning important police and administrative problems within the scope of their authority. All work is performed under general Departmental regulations and they directly supervise all subordinate personnel under their command or within their assigned function.

B. <u>Duties</u>

1. Has complete charge of a patrol section and/or geographical area within a police district or of a unit or function within the Department or an assigned shift;

2. Briefs and/or advises Detectives Sergeants, Detectives, Police Officers and civilian employees on general tasks or assignments to ensure that they are informed of current appropriate information and Departmental regulations;

3. Inspects personnel for compliance with the rules and regulations;

4. Supervises the patrol response within assigned areas/ shifts and visits with personnel and inspects equipment and readiness;

5. Supervises and instructs officers and support personnel concerning police activities;

6. Enforces all regulations of the Department and takes action commensurate with authority;

7. When necessary, provides administrative supervision of those subordinates

      not directly under their command, takes action commensurate with authority and ensures that the individual's chain of command is notified when this occurs;

8. May direct police activities at scenes of serious accidents, crimes, fires, civil disturbances or disorders until relieved by a superior officer;

9. Makes recommendations to Commanding Officers or takes action within the scope of his/her authority for more efficient use of police personnel and for improvement of police service;

10. Is responsible for taking action within their scope of authority regarding incidents of misconduct, making sure that superior officers are properly notified and that thorough, accurate and timely reports are completed and forwarded;

11. Prepares work schedules to ensure adequate staffing and approves vacation and other time off taking into account budgetary considerations in those areas;

12. Reviews use of sick time by subordinate personnel and takes action as necessary, commensurate with a Police Lieutenant's authority;

13. Reviews and thoroughly investigates reports of injury by subordinate personnel;

14. Prepares and/or supervises the preparation of records and reports relating to activities of their section, unit or geographical area;

15. Performs related work as required.

3.10 DETECTIVE SERGEANT

    A. Distinguishing Features

Detective Sergeants command and supervise Detectives, Police Officers and subordinate police personnel in the conduct of investigations. Detective Sergeants also conduct preliminary or follow-up investigations on a variety of criminal complaints. They conduct assigned investigations within a specific command and must use considerable discretion in applying specific knowledge and ability. Detective Sergeants conduct protracted investigations and supervise personnel. Casework assignments are received from and are performed under the supervision of a designated superior.

    B. Duties

1. Commands and supervises Detectives, Police Officers, and subordinate police personnel in conducting an investigation;

2. Conducts investigations of crime in a specific command;

    3. Obtains information and/or secures evidence for the conclusion of an investigation or the arrest of persons alleged to have committed a crime;

    4. Responds to the scene of crimes, conducts searches for those involved, or for witnesses;

    5. Conducts extradition and rendition proceedings;

    6. Interviews and takes statements from suspects and witnesses to obtain information about crimes;

    7. May conduct surveillance as necessary;

    8. Prepares written reports;

    9. Keeps abreast of the latest developments in the field of criminal investigations;

    10. Performs related work as required.

3.11 <u>DETECTIVES</u>

  A. <u>Distinguishing Features</u>

Detectives conduct either preliminary or follow-up investigations within a specific command. They conduct assigned investigations within a specific command and use considerable discretion requiring specialized knowledge and abilities. Casework assignments are received from and performed under the supervision of a Detective Sergeant or a designated superior.

  B. <u>Duties</u>

    1. Conducts investigations of crime scenes in a specific command;

    2. Obtains information and/or secures evidence for the conclusion of an investigation or the arrest of the person alleged to have committed a crime;

    3. Responds to the scene of crimes and conducts searches for those persons involved or for witnesses;

    4. Conducts extradition and rendition proceedings;

    5. Interviews and takes statements from suspects and witnesses in order to obtain information and evidence;

    6. Appears in court to present evidence and to testify against persons accused of crimes;

7. May conduct surveillance as necessary;

8. Participates in the return of fugitives from outside the state or from other towns;

9. Prepares written reports;

10. Keeps abreast of the latest developments in the field of criminal detection;

11. Performs related work as required;

3.12 POLICE OFFICER

A. Distinguishing Feature

Police Officers have personal responsibility for the enforcement of laws and ordinances and for the protection of life and property within the City of Buffalo. Work activities of Police Officers consist primarily of patrol tasks, conducting investigation of criminal offenses and the apprehension of criminals. They receive general supervision, however the duties of Police Officers involve an element of personal danger, and require the exercise of considerable judgment in detecting and preventing crime, arresting offenders and preserving the peace. Work is performed in accordance with established police practices and Departmental rules and regulations.

B. Duties

1. Patrols an assigned area/district on foot, motorcycle, GEM vehicle, golf cart, Segway, bicycle or in a car;

2. Inspects doors and windows of unoccupied businesses and residential property;

3. Responds to calls from the Radio Dispatcher and takes proper action;

4. Identifies and protects evidence at crime scenes;

5. Arrests suspects;

6. Has prisoners booked on charges and escorts them to jail or court;

7. Photographs and fingerprints prisoners as required;

8. Investigates suspicious activities and makes arrests for violations of federal, state and local laws and ordinances;

9. Responds to vehicular accidents; inspects vehicles involved; interviews witnesses at the scene; and identifies individuals involved in the accident;

10. Investigates cases of wanted and missing persons, juveniles, neglected, abused or delinquent children, and stolen cars and property;

11. Interviews families, neighbors, schools and social agencies to gather information concerning the above cases;

12. Directs traffic;

13. Issues traffic and speeding summonses for VTL violations;

14. Tags cars for parking violations;

15. Locates and arrests persons for whom warrants or court orders have been issued;

16. Attends court proceedings and presents evidence in connection with cases investigated;

17. Provides direction and information to the public;

18. Maintains crowd control at parades and public gatherings;

19. Maintains records and reports of investigations;

20. Performs related work as required.

**4.0   JOB CLASSIFICATIONS - CIVILIAN EMPLOYEES**

4.1   ASSISTANT ACCOUNTANT

A. Distinguishing Features

An incumbent to a position in this class performs professional accounting work of more than ordinary difficulty in maintaining financial accounts and records. Work involves the application of advanced accounting techniques to a variety of general accounting assignments. Work not only involves reconciliation and balancing activities but preparation of non-complex financial reports, data and statements. Work is performed under general supervision with independent action contingent on the nature of the assignments. Unusual problems or questions regarding policy and procedures are referred to a supervisor for decision and review. Supervision may be exercised over personnel.

B. Duties

1. Performs general accounting work in the preparation of financial reports and journal entries;