# EXHIBIT 17

# CHAPTER 1: ORGANIZATION

CONTENTS

1.0 **MISSION**

2.0 **AUTHORITY**
2.1 Powers of the Buffalo Police Department
2.2 Geographical Area of Jurisdiction

3.0 **JOB CLASSIFICATIONS - SWORN MEMBERS**
3.1 Duties Not All Inclusive
3.2 Commissioner of Police
3.3 Deputy Police Commissioner
3.4 Chief of Police
3.5 Police Inspector
3.6 Duty Inspector
3.7 Police Captain - General
3.8 Police Captain - District
3.9 Police Lieutenant
3.10 Detective Sergeant
3.11 Detective
3.12 Police Officer

4.0 **JOB CLASSIFICATIONS - CIVILIAN MEMBERS**
4.1 Assistant Accountant
4.2 Camera Systems Administrator
4.3 Cellblock Attendant
4.4 Community Grant Coordinator
4.5 Crime Analyst
4.6 Crime Scene Technician
4.7 Head Janitor
4.8 Laborer I
4.9 Laborer II
4.10 Motor Equipment Maintenance Supervisor I
4.11 Motor Equipment Mechanic
4.12 Police Surveillance Camera Monitor
4.13 Public Safety Dispatcher
4.14 Report Technician
4.15 Report Technician (Spanish Speaking)
4.16 Secretary to the Commissioner
4.17 Senior Budget Examiner
4.18 Senior Cellblock Attendant
4.19 Senior Public Safety Dispatcher
4.20 Superintendent of Fleet Maintenance
4.21 Tow Truck Operator

**5.0 ORGANIZATIONAL STRUCTURE**
5.1 Division of Work
5.2 Organizational Chart
5.3 Chain of Command
5.4 Unity of Command
5.5 Span of Control
5.6 Authority and Responsibility
5.7 Position Management System
5.8 Annual Workload Assessment
5.9 Specialized Assignments to be Reviewed Annually
5.10 Major Organizational Components

**6.0 POLICE COMMISSIONER**
6.1 Police Commissioner

**7.0 OPERATIONS**
7.1 First Deputy Police Commissioner
7.2 Chief of Detectives
7.3 Division of Administration and Communications

**8.0 PATROL SERVICES**
8.1 Deputy Commissioner
8.2 Patrol Districts
8.3 Traffic Bureau
A. Accident Investigation Unit
8.4 Tactical Services
A. Crisis Management Team (CMT)
B. Special Weapons and Tactics Team (SWAT)
C. Underwater Rescue and Recovery Team (URRT)
8.5 Housing Unit
8.6 Strike Force Task Force

**9.0 LEGAL AFFAIRS**
9.1 Legal Advisor

**10.0 DIRECTION**
10.1 Direction Defined
10.2 Commissioner's Responsibility to Direct the Department
10.3 Succession of Command

**11.0 WRITTEN ORDERS**
11.1 Policy
11.2 Structuring Written Orders
11.3 General Orders
11.4 Special Orders
11.5 Training Bulletins
11.6 Master File
11.7 Responsibility of Commanding Officers

11.8   Other Written Orders
11.9   Monthly Reminders

**12.0   RECRUITING AND SELECTING POLICE OFFICER CANDIDATES**
12.1   Policy
12.2   Recruitment
12.3   Responsibility of the Police Academy for Recruitment
12.4   Recruiters
12.5   Equal Employment Opportunity Plan
12.6   Determining Eligibility for Appointment
12.7   Process for Determining Eligibility
12.8   Appeals to the Department of Human Resources -Civil Service Commission
12.9   Appointment to the Police Department
12.10  Probationary Status

**13.0   TRAINING**
13.1   Policy
13.2   The Buffalo Police Academy
13.3   Administration and Operation of the Academy
13.4   Training Instructors
13.5   Training Records
13.6   Basic Recruit Training
13.7   In Service Training
13.8   Roll Call Training
13.9   Specialized Training
13.10  Firearms Training

**6.0    POLICE COMMISSIONER**

6.1   POLICE COMMISSIONER'S OFFICE
A. The Police Commissioner is the head of the Police Department and as such has ultimate authority and responsibility for all facets of Department operations. The following shall all report directly to the Police Commissioner:

1. The Deputy Police Commissioners
2. The Internal Affairs Division
3. The Public Safety Communications Director
4. Video Surveillance Room
5. Citizen's Advisory Committee
6. Legal Advisor

**7.0    ADMINISTRATIVE**

7.1   FIRST DEPUTY POLICE COMMISSIONER
The First Deputy Commissioner shall be in charge of the administrative functions for the Buffalo Police Department.

7.2   CHIEF OF DETECTIVES (refer to MOP Chapter 17)
The Chief of Detectives shall be responsible for the operation of the Detective Bureau and reports directly to the Deputy Commissioner of Operations.

7.3   DIVISION OF ADMINISTRATION AND COMMUNICATIONS
The Division of Administration and Communications is headed by a Police Inspector, who reports to the 1st Deputy Police Commissioner, and has general responsibility for the fiscal operations including the budget, liaison with courts; for maintaining required records; for computer operations; for dispatch; for Communications; for planning; responsible for updating the Manual of Procedures and for special projects.

**8.0    PATROL SERVICES**

8.1   DEPUTY COMMISSIONER OF OPERATIONS
The Deputy Police Commissioner shall be in charge of operations for the Buffalo Police Department.

8.2   PATROL DISTRICTS
For organizational purposes the City is geographically divided into five patrol districts. Each district is an organizational unit commanded by a District Chief. District personnel are distributed over several different work shifts with each shift being supervised by an on duty Lieutenant. Patrol District personnel are primarily responsible for providing patrol services within their respective Districts. District
Detectives and Detective Sergeants are responsible for conducting the follow-up investigation of certain crimes, serving subpoenas and arrest warrants, and conducting investigations as required by their commanding officers, within the Patrol District. The boundaries of each Patrol District change over time as the needs of the Department change. District Chiefs are responsible to inform their subordinates of current boundaries

affecting their respective Patrol Districts.

8.3   TRAFFIC BUREAU
The principle objective of the Traffic Unit is to execute traffic-related responsibilities and services within the City of Buffalo. The activities of the Traffic Unit are specifically directed toward reducing traffic violations and accidents through preventative patrol and active enforcement. In addition, the unit provides a variety of diverse traffic related services including escorts, reporting roadway hazards, emergency assistance, public information, and traffic direction and control, with the aim of expediting the smooth movement of vehicular and pedestrian traffic.

The Inspector of Administration and Communication exercises control over the Civilian School Crossing Guards. Civilian School Crossing Guards assist young children to safely cross busy intersections near grammar schools during the school year.

Also contained within the Traffic Unit are K-9 Officers.

A.   The Accident Investigation Unit
The primary function of the Accident Investigation Unit is to investigate traffic incidents involving fatalities, serious physical injuries, city involved accidents, and drug/alcohol traffic related arrests. The activities of the unit include providing emergency assistance to the injured, protecting accident scenes, conducting on scene and follow-up investigations, preparing reports and taking proper enforcement action relative to such incidents.

8.4   TACTICAL SERVICES

A.   Crisis Management Team (also referred to as the Diginitary Protection Unit)
The Crisis Management Team (CMT) is a group of highly trained officers who, in addition to their regular duties, can respond to and resolve crisis situations through negotiations. The mission of the CMT is to preserve life through the use of trained negotiators. Its goal is to resolve crisis situations through dialogue, using current negotiating techniques. It also has responsibility for coordinating dignitary protection. Refer to M.O.P. Chapter 11.

B.   Special Weapons and Tactics Team
The Special Weapons and Tactics Team (SWAT) is a group of highly trained officers who, in addition to their regular duties, can respond to and resolve armed crisis situations. They are called out for sniper situations, hostage situations, barricaded subjects, armed and suicidal suspects, the execution of warrants where suspects may be heavily armed, VIP protection, and whenever special weapons are needed. Refer to M.O.P. Chapter 11.

C.   Underwater Rescue and Recovery Team (URRT)
The Underwater Rescue and Recovery Team (URRT) is a group of specially trained and equipped officers who, in addition to their regular assignments, shall respond to all water related incidents in which underwater recovery is necessary. The URRT is responsible for any and all water related incidents including but not limited to

drowning victim rescue, stolen cars, evidence collection and underwater and surface related police protection. Refer to M.O.P. Chapter 11.

8.5 **HOUSING UNIT (BPD HU)**
The Housing Unit (BPD HU) will be housed at the former BMHA Police Station located in the Perry Complex and shall be under the command of the Deputy Commissioner of Operations. The unit will be responsible for all policing and security issues in the BMHA Housing Complexes located throughout the City and will work closely with the BMHA Staff, Council, outside agencies, as well as other units in the BPD to maintain strict enforcement of the Mayor's zero tolerance crime policy. Officers assigned to the Housing Unit would be assigned to work in a combination of one and two Officer levels.

8.6 **STRIKE FORCE TASK FORCE**
The purpose of the Strike Force Task Force is to target and eliminate high crime areas throughout the city. The unit is housed at the Traffic station house and will work jointly with the ECSD and the NYSP. This force is under the command of the Chief of Schools and will target violent crime areas as well as other crime hotspots throughout the City.

9.0 **LEGAL AFFAIRS**
The Legal Affairs component of the Department is headed by the 1st Deputy Police Commissioner and has general responsibility for legal matters involving the Department.

9.1 **LEGAL ADVISOR**
The Legal Advisor maintains a police related Federal and State Court civil litigation caseload and responds to Article 78 petitions and Freedom of Information appeals. (S)he acts as a liaison with the Corporation Counsel assisting with informational needs, document production and Buffalo Police Department interviews. The legal Advisor drafts and reviews grant and personal services, contracts, policy and procedure statements, and police related pending legislation.

10.0 **DIRECTION**

10.1 **DIRECTION DEFINED**
For purposes of this section <u>direction</u> means the continuous process of making decisions and then relating those decisions to members of the Department through oral and written orders, general orders, special orders, and training bulletins.

10.2 **COMMISSIONER'S RESPONSIBILITY TO DIRECT THE DEPARTMENT**
Refer to M.O.P. Chapter 1.

10.3 **SUCCESSION OF COMMAND**

A. In those instances in which the Police Commissioner is unavailable or incapacitated, the First Deputy Police Commissioner shall be in command of the Department. If for any reason the First Deputy Commissioner is unable to assume command, the Deputy Commissioner shall be in command.

B. The District Chiefs shall be responsible for all police operations within their