# EXHIBIT 18

# CHAPTER 8: PATROL

## CONTENTS

**1.0 THE PATROL DIVISION**
1.1 Policy
1.2 Chain of Command
1.3 District Chief
1.4 Duty Inspector
1.5 District Captains
1.6 District Lieutenants
1.7 Handling Special Events
1.8 Care of Police Buildings

**2.0 DISTRICT LIEUTENANTS**
2.1 Policy
2.2 Lieutenant's Command Responsibilities
2.3 Lieutenant's Duties
2.4 Relieving Prior Platoon
2.5 Lieutenant's Car Assignments
2.6 Expiration of Tour of Duty
2.7 Coordination and Control
2.8 Reports and Electronic Mail Messages

**3.0 DUTIES OF PATROL OFFICERS - GENERALLY**
3.1 Policy
3.2 Performance and Attention to Duty
3.3 Work Schedule
3.4 Uniform and Equipment to be Worn While on Duty
3.5 Investigating Complaints
3.6 Crime Scenes
3.7 Responsibility for Initial Investigation
3.8 Field Interviews
3.9 Entering Buildings
3.10 Discoverable/Preventable Burglary
3.11 Schools and Playgrounds
3.12 Taverns, Places of Amusement
3.13 Road Hazards
3.14 Stranded Motorists
3.15 Escorts

**4.0 PRELIMINARY INVESTIGATION**
4.1 Policy
4.2 Scope of Preliminary Investigation
4.3 Victim/Witness Assistance
4.4 Responsibility of Superior Officers

| | | |
|---|---|---|
| 4.5 | Requesting the Presence of District Detectives | |

**5.0** **TYPES OF PATROL**
5.1  Policy
5.2  Purpose of Patrol
5.3  Motorized Patrol
5.4  Foot Patrol
5.5  K-9 Patrol
5.6  Bicycle Patrol
5.7  Motorcycle Patrol
5.8  Gem/Golf Cart/Segway Patrol
5.9  Helicopter Patrol

**6.0** **MOTORIZED PATROL**
6.1  Policy
6.2  Establishing Mobile Patrol Posts
6.3  Driver's License Required
6.4  Responsibility of Senior Officer
6.5  Equipment in Mobile Patrol Units
6.6  Mobile Patrol Duty
6.7  Use of Seat Belts in Department Vehicles
6.8  Transporting Civilians in Police Vehicles
6.9  Ride along Program
6.10 Lunch Periods
6.11 Vehicle Maintenance

**7.0** **RESPONDING TO CALLS**
7.1  Policy
7.2  Types of Response
7.3  Routine Response
7.4  Rapid Response
7.5  Emergency Response
7.6  Caution Required
7.7  General Procedures for Responding with Emergency Lights or Siren Activated

**8.0** **BANK ALARM RESPONSE PLAN**
8.1  Policy
8.2  Objectives
8.3  Alarm Activation
8.4  Responsibility of Responding Officers
8.5  False/Accidental Bank Alarm
8.6  Alarm Tests

**9.0** **POLICE PURSUIT**
9.1  Policy
9.2  Pursuit Defined

9.3   Decision to Initiate Pursuit
9.4   Department Guidelines: Pursuit Tactics
9.5   Abandoning Pursuit
9.6   Reporting Requirements
9.7   Pursuits into the City by Outside Agencies

**10.0  CAR STOPS**
10.1  Policy
10.2  Initial Stop
10.3  Approaching the Vehicle
10.4  Controlling the Driver and Occupants
10.5  Traffic Checkpoints

**11.0  EXCESSIVE AVOIDABLE ALARMS**
11.1  Policy
11.2  Avoidable Alarm Defined
11.3  Avoidable Alarms – Reporting Dispositions
11.4  Department Reports to Housing and Inspections

9.6 REPORTING REQUIREMENTS

    A. In all pursuits, the Senior on duty Supervisor will cause an investigation to be made and will report the results of the investigation, together with his/her recommendations, to the Commissioner of Police.

    B. Members initiating a pursuit will file a pursuit form prior to the end of the tour of duty.

9.7 PURSUITS INTO THE CITY BY OUTSIDE AGENCIES
When an outside law enforcement agency pursues a vehicle into the City of Buffalo:

    A. The Buffalo Police Radio Dispatcher may assign <u>one</u> unit to assist the outside agency;

    B. The Supervisor on duty in the locale where the pursuit terminates will respond to the site of termination;

    C. The Buffalo Police Department members involved in the chase shall be responsible for complying with all existing pursuit procedures.

**10.0 CAR STOPS**

10.1 POLICY
It is the policy of the Buffalo Police Department that when members stop vehicles for any police related purpose they shall do so in a manner that protects the safety of the member, the motorist, and the general public.

10.2 INITIAL STOP
Car stops are inherently dangerous police actions and should be undertaken with extreme caution. Members shall:

    A. Decide where there is a safe location to stop the vehicle;

    B. Activate the emergency lights and direct the vehicle's driver to pull over;

    C. Inform the Radio Dispatcher of his/her location, the license plate number, the number of occupants, and the reason for the stop;

    D. Position the police vehicle so that it is approximately three feet to the left and one car length behind the suspect vehicle with the spotlight or other lighting equipment illuminating the suspects;

    E. If necessary, order the suspects to remain inside the vehicle until directed otherwise.

10.3 APPROACHING THE VEHICLE

    A. The member's attention shall be focused on the occupants while approaching the vehicle, being alert for any suspicious or sudden movement;

    B. The member who was driving the police vehicle shall approach the suspect vehicle from the left and shall stop slightly behind the front door;

    C. In a two member police vehicle, the member riding on the passenger side shall approach the vehicle from the right and shall position himself/herself behind the suspect vehicle and slightly to its right, at all times closely monitoring back seat occupants and being aware of any suspicious or sudden movements by any of the occupants.

10.4 CONTROLLING THE DRIVER AND OCCUPANTS

    A. Department members shall immediately establish control over the driver and occupants of the suspect vehicle in a way that ensures the safety of the Officers, the vehicle's occupants, and the public.

    B. While members must always be courteous and polite, in this circumstance they must also be authoritative so that their commands to the occupants of the suspect vehicle are promptly obeyed.

    C. If it is necessary to remove occupants from the suspect vehicle, the Officer shall do so only when (s)he knows it can be done safely. If it cannot be done safely, the Officer shall request and await the arrival of assistance.

    D. Occupants who have been removed from a suspect vehicle shall be kept under control and shall not be allowed to wander.

10.5 TRAFFIC CHECKPOINTS
Members of the Department may establish traffic checkpoints but only with the express permission of a Inspector, a Chief, a Deputy Police Commissioner, or the Police Commissioner. The purpose of a checkpoint is to stop motorists and to methodically evaluate their compliance with the law. The superior officer shall document any such activity in his/her activity report, and shall also prepare a "Buffalo Police Department Traffic Checkpoint Form" (also referred to as a Roadblock Form), as directed by the DPC. The purpose of the directive is to ensure roadway safety. Officers shall:

    A. Make the traffic checkpoint (roadblock) obvious. Overhead flashing lights must be activated on all vehicles taking part in the roadblock.

    B. The traffic checkpoint (roadblock) must not be unreasonably intrusive to the motorists.

C. Set the traffic checkpoint (roadblock) in a way that minimizes the possibility of avoiding it.

D. Conduct a traffic stop on any vehicle that attempts to avoid the traffic checkpoint (roadblock). Officers are permitted to check the motorist for valid license, registration, and insurance documentation and also to make inquiry as to why the motorist avoided the roadblock.

E. During the traffic checkpoint (roadblock), check all drivers and passengers for proper wearing of seatbelts.

F. During the traffic checkpoint (roadblock), check all vehicles for proper registration and vehicle inspection stickers affixed to the windshield.

G. Act upon any and all "probable cause" situations arising from information obtained from the "mobile plate reader" and/or from "officer initiated plain view" observations.

H. Prepare and issue traffic summonses for any violations of law observed during the traffic checkpoint (roadblock).

I. The traffic checkpoint (roadblock) must begin and end at the predetermined times listed on the form.

J. All officers involved in the traffic checkpoint (roadblock) shall be given a copy of the form prior to the actual roadblock taking place.

Also to be considered and followed:

K. The site selected shall be an area where the risk to the Officers and the public can be minimized.

L. Check points (roadblocks) shall be established during those times of day when interference with traffic flow will be minimized.

M. Flares, checkpoint warning signs, police vehicles with emergency lights in operation, and/or traffic cones, will be used to alert traffic of the existence of the checkpoint (roadblock) and to direct traffic to the checkpoint (roadblock) area in a safe manner.

**11.0   EXCESSIVE AVOIDABLE ALARMS**

11.1   POLICY
Avoidable alarms, including intrusion alarms, hold-up alarms, and other types of alarms, contribute to the ineffective utilization of Department personnel. They require an emergency response which jeopardizes the safety of the responding