# EXHIBIT 22

| | | | |
|---|---|---|---|
| **Philip M Serafini/BPD** | | To | George P McLean/BPD@BuffaloPoliceDept, Michael P Quinn/BPD@BuffaloPoliceDept, Thomas R Whelan/BPD@BuffaloPoliceDept, Brian S |
| 05/10/2017 04:20 PM | | cc | |
| | | bcc | |
| | | Subject | New Hot Spots |

Strike Force Lieutenants,

Attached are the maps with new hot spots. We should target our patrols and traffic safety checkpoints in these areas. I will print some copies out and hand deliver them to all of you. Thank you.

Captain Serafini

----- Forwarded by Philip M Serafini/BPD on 05/10/2017 04:19 PM -----

| | | | |
|---|---|---|---|
| **Byron C Lockwood/BPD** | | To | Aaron V Young/BPD@BuffaloPoliceDept, Philip M Serafini/BPD@BuffaloPoliceDept, |
| 05/10/2017 12:02 PM | | cc | |
| | | Subject | Fw: Shooting Map |

New Hot Spots

Byron C. Lockwood
1st Deputy Commissioner of Police
Buffalo Police Department
74 Franklin Street
Buffalo, New York   14202
(716)851-4040

----- Forwarded by Byron C Lockwood/BPD on 05/10/2017 12:00 PM -----



| | | | |
|---|---|---|---|
| **Matthew M Wrona/BPD** | | To | Byron C Lockwood/BPD@BuffaloPoliceDept, |
| 05/10/2017 10:02 AM | | cc | jamie.giammaresi@dcjs.state.ny.us, Kevin J Schellinger/BPD@BuffaloPoliceDept |
| | | Subject | Shooting Map |

Deputy,
    Here is the shooting hot spot map for April 17 - May 10, 2017.



Shooting-April17toMay10_2017.pdf

Matthew Wrona
Crime / GIS Analyst
Erie Crime Analysis Center
Buffalo Police Department



EXHIBIT
**20**
01-23-2024

74 Franklin St. Buffalo, NY 14202
(716) 851-4452 - Office
(716) 851-4963 - Fax

****CONFIDENTIALITY NOTICE****

Information contained in this e-mail is confidential and may be privileged and exempt from disclosure. If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, or copying is strictly prohibited. All information contained within should be considered law enforcement sensitive unless otherwise noted. If the reader has received this in error, please immediately destroy all copies and attachments and notify this office by replying to this e-mail or by calling (716) 851-4452

COB041713