# EXHIBIT 25

# Police Checkpoints - Buffalo, NY
## January 2013 - June 2017



**Number of police checkpoints, by census tract**
- 0 - 10
- 10 - 20
- 20 - 65
- 65 - 150
- More than 150*
- No Data Provided
- /// Population > 50% black or Latino

91.4% of all checkpoints were in majority black or Latino census tracts.

*The three tracts in this category account for 38.3% of all checkpoints reported. Each of these tracts has a population that is more than 85% black or Latino.



© 2018
www.neweconomynyc.org

**EXHIBIT 17**
11-06-2023

*Sources: Checkpoint and U.S. Census demographic data, provided by National Center for Law and Economic Justice (2018)*