# EXHIBIT 27

| | |
|---|---|
| **From:** | Kevin J Brinkworth/BPD |
| **Sent:** | 12/12/2012 10:16:49 PM |
| **To:** | Daniel Derenda/BPD |
| **Subject:** | Re: Dec SF locations |

Roadblock at Bailey and Berkshire tonight. In response to recent homicides.

----- Original Message -----

**From:** Daniel Derenda
**Sent:** 12/12/2012 05:13 PM
**To:** Dennis Richards; Anthony Barba; Byron Lockwood; Kevin Brinkworth; Brian Patterson; Patrick Pascall; Michelle Kubala; Charles Tomaszewski; Kimberly Beaty; Michael Degeorge; Jeffrey Giallella; George McLean; James ODonnell; Carmen Menza; Patrick Roberts; btaylor@ch.ci.buffalo.ny.us; James Giammaresi; Maureen Oakley; John Stanchak; Kevin Brinkworth
**Subject:** Dec SF locations

*December SF locations*

**11-30-12 SF Area 4 Roadblock Walden & Sycamore**
**12-01-12 SF Area 16 Roadblock Forest & Niagara**
**12-02-12 SF Area 3 Roadblock Fillmore & Kensington**
**12-03-12 SF Area 1 Roadblock Amherst & Berkshire**
**12-04-12 SF Area 15 Roadblock Niagara & Fargo**
**12-05-12 SF Area 4 Roadblock Genesee & Humason**
**12-06-12 SF Area 18 Roadblock Tonawanda & Military**
**12-07-12 SF Area 2 Roadblock Kensington & Comstock**
**12-08-12 SF Area 8 Roadblock Broadway Mohr**
**12-09-12 SF Area 9 Roadblock William & Jefferson**
**12-10-12 SF Area 20 Roadblock to be determined by Capt**
**12-11-12 SF Area 7 Roadblock to be determined by Capt**
**12-12-12 SF Area & Roadblock to be determined by Capt**
**12-13-12 SF Area 1 Roadblock to be determined by Capt**
**12-14-12 SF Area 2 Roadblock to be determined by Capt**
**12-15-12 SF Area 4 Roadblock to be determined by Capt**
**12-16-12 SF Area 16 Roadblock to be determined by Capt**
**12-17-12 SF Area 15 Roadblock to be determined by Capt**

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

BRINKWORTH
8
03-16-2022

COB591045
COB591045