# EXHIBIT 28

**From:**  Aaron V Young/BPD
**Sent:**  6/20/2016 6:01:46 PM
**To:**  Daniel Derenda/BPD
**CC:**  Kimberly L Beaty/BPD; Byron C Lockwood/BPD
**Subject:**  Weekly Chief's Report 6/13 - 6/20
**WORK SCHEDULE:** Monday - Friday 0800 - 1600hrs

**Schools:**
SRO'S responded to various issues during the week at several schools. Burgard HS continues to be a major hotspot for gang activity at dismissal, the two main gangs that are causing disruptions are
Central Park and TTK (trained to kill). Both school resource and E district continues to assign a detail car to Fillmore/Kensington, where the majority of the gang activity takes place. Speaking with
Asst Principal Jamie St John regarding this gang situation, she did inform me that Zaire Abernathy seems to be the "shot caller" for the younger members of Central Park. The issues at MST in
particular at the intersection of E. Delavan/Grider have seemed to decrease, this may be due to last week being exam week and a number of students were not in attendance at the same time.
School resource continues to operate a detail at this location with assistance from the Buffalo Peacemakers.

**Strike Force/Housing:**
Srikeforce has continued to be directed to assist within the hotspots of C and E districts. During the week checkpoints were conducted at the following locations in both of these Districts.

- Suffolk/Proctor
- Goodyear/Empire
- Parkridge/Hutchinson
- Hagan/Kerns
- Miller/Empire
- Leslie/Scajaquada
- Bailey/Cloverdale
- Doat/Peace
- Theodore/Genesee

Srikeforce cars have also been focusing patrols in the area of the Butler/Mitchel Boys and Girls club due to increased complaints of gang activity. During a previous checkpoint at this location one handgun was
recovered in close proximity to the Boys/Girls club. Several weapons were recovered from individuals during the week. Highlighting these arrest was an incident at 92 Stewart in which the suspect Andre Fuller,
did struggle with Officers and did pull the trigger of his weapon while pointing it an Officers chest.

Housing units continue to maintain around the clock visibility in both the Langfield/Kenfield and Jasper Parrish housing units. One gun arrest was made in the Langfield/Kenfield unit at 151 Hempstead involving persons by the name of Antonio Anderson, arrested for possession of a loaded .22 cal revolver.

Respectfully Forwarded
Chief Aaron Young



YOUNG
5
10-26-2022

**From:**    Aaron V Young/BPD
**Sent:**    7/5/2016 3:11:29 PM
**To:**    Daniel Derenda/BPD
**CC:**    Byron C Lockwood/BPD; Kimberly L Beaty/BPD
**Subject:**    Chiefs Weekly Report 6/28/16 - 7/5/16
**WORK SCHEDULE:** Monday - Friday 0800 -1600hrs (Thursday,Friday AV)

**Schools:**
With the conclusion of the regular school year SRO's have begin to implement the summer School plan. Summer School will be held at various schools throughout the district and SRO's will be assigned accordingly.
The priority during the summer will be to continue to focus on the persistent trouble schools, such as Burgard and MST, both of which are holding summer school sessions. July also marked the opening of all City
pools and splash pads. SRO's will be responsible for the monitoring of these facilities during the summer months as previously ordered.

**Strikeforce/Housing:**
Strikeforce has been continuing to target the hot spot and shooting locations in all five Districts. Checkpoints and patrols are being implemented in areas with increased calls for service for priority 1 and 2 calls
and areas with increased gang activity. Over the last reporting week the Strikeforce Unit has recovered a total of 3 handguns at various locations, and did make several arrest for these weapons. The most active area
for Strikeforce patrols and checkpoints have been the C District GIVE area and in E District the Central Park area. Checkpoints have been conducted at the following locations.

Moselle/McKibbin
Box/Kehr
Genesee/Crossman
Theodore/Block
Zelmer/Block
Peace/Doat
Goodyear/Empire - Gun arrest

- 261 Carl - Gun arrest

Housing has continued to maintain a consistent presence in the Langfield/Kenfield housing complex. During the week no calls of shots fired were reported in these units, however over the last few weeks there has been an
increase in gangs loitering at different locations. The deli located at Edison/Weston continued to act as a meeting spot for various gang members.

CPO C. Macy did attend the annual Family Fishing Day with various youth from BMHA complexes.

Respectfully Submitted
Chief Aaron Young

COB245589

COB245589

**From:**     Aaron V Young/BPD
**Sent:**     9/13/2016 7:34:09 PM
**To:**       Daniel Derenda/BPD
**CC:**       Byron C Lockwood/BPD; Kimberly L Beaty/BPD
**Subject:**  Weekly Chief's Report 9/6 - 9/13
**Weekly Schedule:** 0800 - 1600hrs

**School Resource:**
BPS begin the 2016-17 school year on 9/6. SRO's have been focusing on each of their respective schools in their assigned zones and meeting with administrators to discuss the different issues
they face in their buildings. During a meeting with the security team at Burgard HS the most pressing concern was the ongoing issue involving the Central Park boys and TTK. Information from them
is that the new freshman class is populated by a large number of Central Park affiliated students. There has already been an altercation between several freshman and juniors which stems from the
feud involving these two factions. Riverside HS school security is also reporting a large number of possible Riverdale associated students registered at the school this year. This information has not been vetted
and is coming from other students who have had altercations with this group.

**Strikeforce/Housing:**
The Housing unit has been targeting the Langfield/Kenfield housing units with regular and patrol details. This past week during a V/T stop, a housing unit did recover a weapon from CP gang member Theodore Reid
(brother of Raquan Reid), this was conducted as officers were enroute to Shaffer Village. Information from the tenant council of Shaffer Village is that the dealers from Ontario st are starting to stash large amounts of drugs
inside of certain units within Shaffer. CPO Macy has spoken with the unit manager and when possible, evictions will be conducted of suspected units involved in this trade. Strikeforce has resumed conducting checkpoints
in various areas throughout the City. Several of the checkpoints have been conducted along the Genesee/Theodore area due to the rash of shots fired in this vicinity. Targeted patrols have also been focused in the areas of the recent shootings, along the E.Delavan/E. Ferry corridors of E District as well as the Grant/Breckenridge sector in D District.

Respectfully Submitted
Chief Aaron Young

COB224759

COB224759

**From:**    Aaron V Young/BPD
**Sent:**    11/8/2016 7:19:05 PM
**To:**    Daniel Derenda/BPD
**CC:**    Byron C Lockwood/BPD
**Subject:**    Chief's Weekly Report

**Work Schedule:**
Monday - Friday: 0800 - 1600hrs

**School Resource:**
School Resource officers have continued to maintain a constant presence at the most problematic schools within the BPS district. During this weeks reporting period SRO's did respond to several schools for narcotics complaints involving found drugs and students under the influence of drugs. School #37 did request school resource after finding a large amount of suspected narcotics in the auditorium area of the school, Staff
reported that the drugs may have been left during the after-school program period of the day. Due to this incident the BPD K-9 unit was requested and a search of the entire building was performed at a later date, this subsequent search uncovered no additional drugs in the building. SRO's did also respond to Hutch Tech HS, after receiving information that a student had been approached while enroute to school. The Hutch Tech
student reported to school administration that a middle aged gentleman did make obscene comments to her while walking with a group of other students. This student had no additional information for officers about this
individual and was advised to call 911 if this occurs again, School resource and B-District have ordered officers to monitor the area this incident occurred.

**Housing/Strikeforce:**
The Housing unit continued to run daily fixed details and patrols in the Langfield/Kenfield and Schaffer Village housing units. Officers did conduct numerous traffic stops and field interviews within these units in order to
gather any pertinent gang intelligence from individuals frequenting these units. Strikeforce units have focused patrols and checkpoints within the shooting hotspots of C and E Districts. One weapon was recovered during
this reporting period. The targeted patrol areas have been the 31 gang territory and Central Park due to recent shootings within these areas and the on going gang feud between these two groups. Strikeforce also assisted at JBW stadium for the LL football championships, which in the past have been known to have numerous gang fights within the crowd,

Respectfully Submitted
Chief Aaron Young

COB232166

COB232166

**From:**     Aaron V Young/BPD
**Sent:**     2/20/2017 3:59:20 PM
**To:**       Daniel Derenda/BPD
**CC:**       Byron C Lockwood/BPD
**Subject:**  Weekly Chief's Report

**Weekly Schedule:**
Monday - Friday
0800 - 1600hrs


**School Resource:**
SRO's responded to several violent fight calls throughout the week at numerous schools. One of the most consistent schools for calls for service is MST, this school is becoming a major gang hub for some of the
well known and organized gangs. Although there are two off-duty Officers in the building on a daily basis, students continue to fight amongst each other during school hours and at times continue at dismissal with
non students from within the community. I will be setting up a meeting with school administration in regards to these issues of violence to come up with a strategy to address. With the addition of extra E District cars
in the area surrounding Burgard HS, there were no reported fights at dismissal during this reporting week. This was the last week of the regular season for BPS basketball, beginning Tuesday 2/21, sectional playoffs
start for participating schools. Games will be played at various sites within the BPS, school resource has no concerns leading up to the games, however an Officer will be placed at different sites to assist security
personnel. BPD K-9 did conduct a building search this week at Maritime Charter School and Olmstead. Following the mid-winter break, several more schools have been scheduled for lockdowns and searches.


**Strikeforce/Housing:**
The Housing Unit has continued with targeted patrols in the Langfield and Schaefer Housing units. Officers targeted known units in these developments where residents have complained about crime and quality of life
issues. E District and Housing did respond to a non- life threatening shooting at the intersection of Langfield/Suffolk. The victim states while at this intersection an unknown male did fire several shots at victim striking
victim in lower leg. Housing unit Officers in the area did not hear any shots fired near this location. Housing officers continued with walk-ups at 279 Perry, where there have been numerous complaints of drug dealers
hanging in the stairwells and laundry room at this building. Strikeforce continued to deploy units to the Towne Gardens housing complex to target the various criminal complaints in these units. Due to several shootings
over the weekend Strikeforce will target the known gang members in these areas while conducting safety checkpoints and increased patrols.


Respectfully Forwarded
Chief Aaron Young

COB215625

COB215625

**From:** Aaron V Young/BPD
**Sent:** 3/27/2017 3:22:13 PM
**To:** Daniel Derenda/BPD
**CC:** Byron C Lockwood/BPD
**Subject:** SRO/Housing/Strikeforce Weekly Chief's Report

**Commissioners:**
**Weekly Schedule:**
**Monday - Friday 0800 - 1600hrs**
**School Resource Unit:**
**School resource Officers reported an increase in fights in violent behavior at a large number of Schools, police assistance was needed at several schools that normally don't have**
**issues related to violence. The Principal at school 45 did file a CPS report in relation to possible child endangerment incident. According to the Principal, the Assistant Principal**
**did intervene with a student having behavioral issues, during this encounter the Assistant Principal did restrain the student to prevent harm to others. As the student was being evaluated**
**by the school nurse a small bruise was discovered on the students arm which initiated the Principal to contact CPS. School Resource did respond to investigate and review video of**
**this incident. No police action was taken due to this being in the performance of his duties as administrator to prevent injuries to other student and ensure the safety of his school**
**building. Burgard High School did report a large gang fight in the Schools cafeteria possibly between members of Central Park and OTC. Upon an investigation by Burgard security and**
**School Resource it was determined that the fight was in response to facebook comments over a group of female students. No arrest were made from this incident, however, the school did**
**issue formal suspensions to all involved. SRO's have been advised to monitor this situation along with school security for any possible retaliation. MST will be having a new Principal assigned to the school as the former administrator has resigned his position. The SR unit will be working with this new Principal to bring him up to date on the gang situation currently in**
**MST and the problems at dismissal.**
**Housing/Strikeforce Unit:**
**Strikeforce continues to conduct targeted patrols in the hotspot crime areas throughout the five Districts. The primary areas are locations were the latest shootings and shots fired have been taking place. Safety checkpoints continue to be implemented within the five Districts as a proactive violence prevention strategy. During several checkpoints SF Officers have**
**been able to conduct field interviews of several gang members who were occupants of vehicles. SF has also been assisting with patrols in the Towne Gardens apartments where the**
**BFL gang has a major footprint in this area. Housing continues to operate daily details in both the Langfield and Schaefer Village Housing units. The resident tenant council has reported**
**an issue at 279 Perry with students from the BPS Alternative school loitering inside the building smoking marijuana and drinking alcohol, before and after school. SRO's have began doing**
**routine checks at this location and also school security has been asked to assist with making sure students are leaving the area around the school at dismissal. Housing CPO C. Macy**
**is in the process of planning the Housing units annual bicycle giveaway which will take place at both the Langfield and Perry Housing units.**
**Respectfully Forwarded**
**Chief Aaron Young**

COB215219

COB215219

**From:**       Aaron V Young/BPD
**Sent:**       3/21/2017 2:15:38 PM
**To:**         Daniel Derenda/BPD
**CC:**         Byron C Lockwood/BPD
**Subject:**    SRO/Housing/SF Weekly Chiefs Report

**Commissioners:**

**Weekly Schedule:**

**Monday - Friday: 0800 - 1600hrs**

**School Resource Unit:**

**School resource offers continued to focus on the most problematic schools this week, due to persistent issues arising from various neighborhood and gang issues. South Park**

**High School reports an ongoing gang situation involving factions from O-block and Central Park. According to School security tensions have been high as a result of the recent**

**shooting of a 14yr old IPrep student, committed by South Park student Jamel. SRO's have been monitoring arrivals and dismissals due to suspicious vehicles being reported at**

**the school occupied by unknown males during various times of the day. Burgard High School has resumed having issues with students fighting after school at the intersections of**

**Kensington/Fillmore, as well as Fillmore/Gesl. Large groups of students with a majority being possible Central Park gang members, are meeting up at these locations jumping non**

**gang members who stand at the bus stops located here. SRO's as well as Buffalo Peacekeepers are preventing most of the violence but there are still small pockets of fights taking**

**place. School Administration have attempted to make as many students at board the NFTA specials that are dispatched to the School for dismissals. This week I will be attending the**

**Safe Schools seminar at the University of Buffalo conducted by the FBI. This seminar is a one day training on School safety issues.**

**Strikeforce/Housing Unit:**

**The Housing unit continues to focus targeted patrols in the Langfield/Schaffer Housing Developments. E District did respond to a possible shots fired call in the area of Easton/Edison**

**which is located just outside of the Langfield/Kenfield units. Officers have been assisting Langfield management with periodic apartment checks of problematic tenants. This allows**

**Officers to meet and greet numerous tenants within the units but also advise on various law enforcement and community related issues. The BPD narcotics unit did conduct a raid**

**in Schaffer Village at 7 South Lane which resulted in one arrest, BMHA has begin the eviction process of all involved tenants at this location. Strikeforce focus areas have been the**

**shooting and violent crime hot spots of C and E Districts. Several daily safety checkpoints are also being conducted in various parts of the City by Strikeforce with the emphasis being**

**visibility and gang intervention in the most problematic locations.**

**Respectfully Submitted,**

**Chief Aaron Young**

COB236452

COB236452

**From:** Aaron V Young/BPD
**Sent:** 4/4/2017 4:23:57 AM
**To:** Daniel Derenda/BPD
**CC:** Byron C Lockwood/BPD
**Subject:** SRO/Housing/Strikeforce Weekly Chief's Report

Commissioner's

**Weekly Schedule:**
**Monday - Friday**
**0800 - 1600Hrs**
**School Resource:**
School resource continued to respond to CFS within the BPS and proactively address issues at the most problematic Schools. This week Burgard once again did experience an increased level of CFS for violent incidents. During one incident a group of students representing both Central Park and TCL did attempt to engage in an altercation at the corner of Kensington/Fillmore, this was prevented due to the presence of the SRO on the Burgard detail at this location. This situation continues to be a major concern for businesses in the immediate area and a special meeting with School administration, community members and business owners is being planned.
E. Delavan/Grider also was a problem area this past week with a large number of MST students.
Students are begining to circumvent the NFTA "specials" in front of the school at dismissal in order to meet at this location to fight.
**Housing/Strikeforce Units:**
The Housing Unit continues to operate target details in both the Lanfield/Schafer housing units. A heavy concentration of patrol were placed in the area along 37 Congressional Walk. This is due to repeated complaints about the tenants who reside at this address, In speaking with the Vice President of the tenant council I was informed that loud parties and drug use is occuring here. The BMHA manager did schedule a walk thru with housing at this residence and Officers have been told to continue to monitor. SRO's and Housing Officers did address a previous complaint of drug use and sales by students at 279 Perry. During frequent checks Officers reported no activity at this building and will continue to monitor.
Strikeforce focused patrols and checkpoints continue to operate within the hotspot areas of all five districts. Locations of shots fired and recent shootings
were heavily emphasized.

COB221057

COB221057

**From:**     Aaron V Young/BPD
**Sent:**     4/25/2017 12:33:24 PM
**To:**      Daniel Derenda/BPD
**CC:**      Byron C Lockwood/BPD
**Subject:**   SRO/Housing/SF Weekly Chief's Report

**Commissioners**
**Weekly Schedule:**
**Monday - Friday: 0800 - 1600**
**School Resource Unit:**

School Resource Officers continued to focus on the most problematic and 911 service requested Schools. This week MST seemed to experience the most incidents of gang and normal student
vs student issues. There were also several incidents of female students reporting being approached and inappropriately addressed and harassed by people in vehicles. An Olmstead student did report to school officials and Police that while at E. Ferry/Jefferson, an unknown male did expose himself to her as she was at the NFTA bus stop. SRO's did immediately put out a description of
this individual and BPS officials did put out a stranger danger alert to parents of BPS students. There were no serious issues reported at this months Buffalo School Board Meeting. Some Elementary School Principals have reported an increase of irate parents showing up at different schools causing issues with staff due to student issues.

**Housing/Strikeforce:**

The Housing Unit continued to focus on the BMHA properties experiencing the highest increase of violence and issues, which are Langfield and Schafer Village. The unit continues to run daily fixed details at both of these units as well as when manpower permits extra patrols within these developments. LBJ tenants have reported an increase in trespassing within the units, of family members
of legal tenants, who are causing problems in the towers due to drug sales and some incidents of violence. Strikeforce details have patrolled the most violent hotspots citywide with patrols and safety checkpoints at various areas. The C and E GIVE areas have demanded the most attention due to the recent shootings and homicides within these areas. Several weapons were recovered from individuals and vehicles during traffic stop and field interviews.

Respectfully Submitted

Chief Aaron Young

COB234488

COB234488