UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST by and through MARIELLE SHAVONNE SMITH and CHARIS HUMPHREY on behalf of its members; SHAKETA REDDEN; DORETHEA FRANKLIN; TANIQUA SIMMONS; DE'JON HALL; JOSEPH BONDS; CHARLES PALMER; SHIRLEY SARMIENTO; EBONY YELDON; and JANE DOE, individually and on behalf of a class of all others similarly situated;

                                Plaintiffs,

     v.                                                  Civil No.: 1:18-cv-00719-CCR

CITY OF BUFFALO, NY; BYRON B. BROWN, Mayor of the City of Buffalo, in his individual and official capacities; BYRON C. LOCKWOOD, Commissioner of the Buffalo Police Department, in his individual and official capacities; DANIEL DERENDA, former Commissioner of the Buffalo Police Department, in his individual capacity; AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI, ROBBIN THOMAS, UNKNOWN SUPERVISORY PERSONNEL 1-10, UNKNOWN OFFICERS 1-20, each officers of the Buffalo Police Department, in their individual capacities.

                                Defendants.

---

## STIPULATED MOTION FOR ADJOURNMENT OF DEADLINES IN CASE MANAGEMENT ORDER

      The Parties respectfully move to amend certain deadlines in the case management order. In support of the motion, the Parties state as follows:

      1.      The Parties respectfully request that the Court grant an extension to the deadlines for opposition and reply papers for their respective Motions for Summary Judgment. The Parties

1

require additional time to complete their oppositions to account for the Court's April 22, 2025 Opinion and Order granting in part and denying in part Plaintiffs' Motion to Certify Class.

2. Under the current scheduling order, the Parties' oppositions to motions for summary judgment are due on April 30, 2025, and replies in support of such motions are due on May 30, 2025.

3. On April 22, 2025, the Court issued its Opinion and Order granting in part and denying in part Plaintiffs' Motion to Certify Class. ECF 261. In the Opinion, the Court granted Plaintiffs' motion to certify the Checkpoint Class and the Tinted Window Class, but denied certification as to the Traffic Enforcement Class.

4. The Court's decision on class certification has a material impact on the Parties' respective arguments at summary judgment. To fully assess and account for the impact of the Court's decision and to make appropriate changes to their oppositions, as well as the extensive factual record supporting that briefing, the Parties require additional time to complete their opposition papers.

5. The Parties therefore request an extension of the remaining deadlines in the summary judgment briefing schedule set by the Court. The Parties request that the deadline for oppositions to summary judgment motions be adjourned from April 30, 2025, to May 30, 2025. The Parties further request that the deadline for replies in further support of motions for summary judgment be adjourned from May 30, 2025, to June 30, 2025.

6. The Parties thank the Court in advance for its consideration of this request.

Dated:  April 25, 2025

| | |
|---|---|
| */s/ Jordan S. Joachim* | |
| Jordan S. Joachim (*admitted pro hac vice*) | Claudia Wilner |
| Philip Irwin (*admitted pro hac vice*) | Edward Krugman |
| Christine A. Nelson (*admitted pro hac vice*) | Anjana Malhotra |
| Andrew J. Timmick (*admitted pro hac vice*) | NATIONAL CENTER FOR LAW |
| COVINGTON & BURLING LLP | AND ECONOMIC JUSTICE |
| 620 Eighth Avenue, Suite 4029 | 275 Seventh Avenue, Suite 1506 |
| New York, New York  10018 | New York, New York  10001 |
| Telephone:  (212) 841-1000 | Telephone:  (212) 633-6967 |
| jjoachim@cov.com | wilner@nclej.org |
| pirwin@cov.com | krugman@nclej.org |
| cnelson@cov.com | malhotra@ncleg.org |
| atimmick@cov.com | |
| | |
| Andrea Chinyere Ezie | Matthew Alan Parham |
| Baher Azmy | WESTERN NEW YORK LAW CENTER |
| CENTER FOR CONSTITUTIONAL RIGHTS | Cathedral Park Tower |
| 666 Broadway, 7th Floor | 37 Franklin Street, Suite 210 |
| New York, New York  10012 | Buffalo, New York  14202 |
| Telephone:  (212) 614-6475 | Telephone:  (716) 828-8415 |
| cezie@ccrjustice.org | mparham@wnylc.com |
| bazmy@ccrjustice.org | |
| | *Attorneys for Plaintiffs* |

*/s/ Peter A. Sahasrabudhe*
Hugh M. Russ III
Peter A. Sahasrabudhe
Cheyenne N. Freely
HODGSON RUSS LLP
The Guaranty Building
140 Pearl Street – Suite 100
Buffalo, New York  14202
Telephone:  (716) 856-4000
hruss@hodgsonruss.com
pshasra@hodgsonruss.com
cfreely@hodgsonruss.com

*Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 25, 2025, the above Stipulation Motion for Adjournment of Court-Ordered Deadlines was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

                                                */s/ Jordan S. Joachim*
                                                Jordan S. Joachim