UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST by and through its Co-Directors Natasha Soto and Shaketa Redden and on behalf of its members; DORETHEA FRANKLIN; TANIQUA SIMMONS; DE'JON HALL; JOSEPH BONDS; CHARLES PALMER; SHIRLEY SARMIENTO; EBONY YELDON; and JANE DOE, individually and on behalf of a class of all others similarly situated;

                        Plaintiffs,

v.                                                      Civil No.: 1:18-cv-00719-CCR

CITY OF BUFFALO, NY; BYRON B. BROWN, Mayor of the City of Buffalo, in his individual and official capacities; BYRON C. LOCKWOOD, Commissioner of the Buffalo Police Department, in his individual and official capacities; DANIEL DERENDA, former Commissioner of the Buffalo Police Department, in his individual capacity; AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI, ROBBIN THOMAS, UNKNOWN SUPERVISORY PERSONNEL 1-10, UNKNOWN OFFICERS 1-20, each officers of the Buffalo Police Department, in their individual capacities.

                        Defendants.

---

## NOTICE OF PETITION FOR APPEAL

Notice is hereby given that Defendants the City of Buffalo, NY, Byron B. Brown, Byron C. Lockwood, Daniel Derenda, Aaron Young, Kevin Brinkworth, Philip Serafini, Robbin Thomas, Unknown Supervisory Personnel 1-10, and Unknown Officers 1-20 (collectively the "City") seek to appeal to the United States Court of Appeals for the Second Circuit the Order dated and filed on April 22, 2025, 2025 (ECF No. 261), which granted, in part, and denied, in

part, the motion for class certification by Plaintiffs Black Love Resists in the Rust by and Through its Co-Directors Natasha Soto and Shaketa Redden and on Behalf of its Members; Dorethea Franklin; Taniqua Simmons; De'Jon Hall; Joseph Bonds; Charles Palmer; Shirley Sarmiento; Ebony Yeldon; and Jane Doe, individually and on behalf of a class of all others similarly situated made on May 29, 2024, 2025 (ECF Nos. 202-212), and from each and every part thereof. The City has filed a notice of petition for appeal with the Second Circuit pursuant to Federal Rule of Civil Procedure 23(f).

Dated: May 6, 2025
       Buffalo, New York

          **HODGSON RUSS LLP**
          *Attorneys for Defendants City of Buffalo, NY, Byron B. Brown, Byron C. Lockwood, Daniel Derenda, Aaron Young, Kevin Brinkworth, Philip Serafini, Robbin Thomas, Unknown Supervisory Personnel 1-10, and Unknown Officers 1-20*

          By: __/s/ Peter A. Sahasrabudhe__
              Hugh M. Russ III, Esq.
              Peter Sahasrabudhe, Esq.
              Cheyenne N. Freely, Esq.
          The Guaranty Building
          140 Pearl Street, Suite 100
          Buffalo, NY  14202-4040
          716.856.4000
          hruss@hodgsonruss.com
          psahasra@hodgsonruss.com
          cfreely@hodgsonruss.com