UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BLACK LOVE RESISTS IN THE RUST            :
by and through MARIELLE SHAVONNE          :
SMITH and CHARIS HUMPHREY on              :
behalf of its members; SHAKETA            :
REDDEN; DORETHEA FRANKLIN;                :
TANIQUA SIMMONS; DE'JON HALL;             :
JOSEPH BONDS; CHARLES PALMER;             :
SHIRLEY SARMIENTO; EBONY                  :
YELDON; and JASMINE EVANS,                :
individually and on behalf of a class of all   :    Case No.: 1:18-cv-00719-CCR
others similarly situated,                :
                                          :
            Plaintiffs,                   :
                                          :
                                          :
      v.                                  :    ECF Case
                                          :
CITY OF BUFFALO, NY; BYRON B.             :
BROWN, Mayor of the City of Buffalo, in   :
his individual and official capacities;   :
BYRON C. LOCKWOOD, Commissioner           :
of the Buffalo Police Department, in his  :
individual and official capacities; DANIEL :
DERENDA, former Commissioner of the       :
Buffalo Police Department, in his individual :
capacity; AARON YOUNG, KEVIN              :
BRINKWORTH, PHILIP SERAFINI,              :
ROBBIN THOMAS, UNKNOWN                    :
SUPERVISORY PERSONNEL 1-10,               :
UNKNOWN OFFICERS 1-20, each               :
officers of the Buffalo Police Department, in :
their individual capacities,              :
                                          :
            Defendants.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## FIRST DECLARATION OF ANDREW J. TIMMICK IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Andrew J. Timmick, declare as follows:

1.      I am an attorney at the law firm Covington & Burling LLP, counsel for Plaintiffs in this matter.  Unless otherwise stated, the facts set forth below are based on my own personal knowledge, and if called upon to testify, I could and would testify competently thereto.

2.      I submit this Declaration in support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment.

3.      I attach as **Exhibit 1** a true and correct copy of excerpts of the transcript from the September 5, 2023 deposition of Michael Acquino.

4.      I attach as **Exhibit 2** a true and correct copy of excerpts of the transcript from the September 27, 2024 deposition of David L. Banks.

5.      I attach as **Exhibit 3** a true and correct copy of the document produced as COB086916.

6.      I attach as **Exhibit 4** a true and correct copy of excerpts of the transcript from the March 16, 2022 deposition of Kevin Brinkworth.

7.      I attach as **Exhibit 5** a true and correct copy of the document produced as COB209694.

8.      I attach as **Exhibit 6** a true and correct copy of excerpts of the transcript from the November 5, 2023 deposition of Mayor Byron Brown.

9.      I attach as **Exhibit 7** a true and correct copy of excerpts of the transcript from the November 10, 2021 deposition of Daniel Derenda.

10.     I attach as **Exhibit 8** a true and correct copy of excerpts of the transcript from the December 23, 2021 continued deposition of Daniel Derenda.

11.     I attach as **Exhibit 9** a true and correct copy of excerpts of the transcript from the January 23, 2024 deposition of the City of Buffalo's Rule 30(b)(6) designee Daniel Derenda.

12.     I attach as **Exhibit 10** a true and correct copy of excerpts of the transcript from the July 18, 2023 deposition of Jared Domaracki.

13.     I attach as **Exhibit 11** a true and correct copy of excerpts of the transcript from the July 12, 2023 deposition of Donna Estrich.

14.     I attach as **Exhibit 12** a true and correct copy of Supplemental Expert Report of Professor David Bjerk served on July 29, 2024.

15.     I attach as **Exhibit 13** a true and correct copy of Expert Report of Dr. David Banks served on July 31, 2024.

16.     I attach as **Exhibit 14** a true and correct copy of excerpts of the transcript from the October 4, 2024 deposition of Michael J. Gennaco.

17.     I attach as **Exhibit 15** a true and correct copy of excerpts of the transcript from the September 22, 2023 deposition of Joseph Gramaglia.

18.     I attach as **Exhibit 16** a true and correct copy of excerpts of the transcript from the January 24, 2024 deposition of the City of Buffalo's Rule 30(b)(6) designee Joseph Gramaglia.

19.     I attach as **Exhibit 17** a true and correct copy of excerpts of the transcript from the March 14, 2024 deposition of Joseph Gramaglia.

20.     I attach as **Exhibit 18** a true and correct copy of Brown 2020 Menino Survey of Mayors Responses.

21.     I attach as **Exhibit 19** a true and correct copy of excerpts of the transcript from the June 22, 2022 deposition of Kevin Helfer.

22.     I attach as **Exhibit 20** a true and correct copy of excerpts of the transcript from the June 29, 2022 continued deposition of Kevin Helfer.

23.     I attach as **Exhibit 21** a true and correct copy of excerpts of the transcript from the July 19, 2023 deposition of Richard Hy.

24.     I attach as **Exhibit 22** a true and correct copy of excerpts of the transcript from the August 10, 2023 deposition of Byron Lockwood.

25.     I attach as **Exhibit 23** a true and correct copy of excerpts of the transcript from the August 17, 2023 continued deposition of Byron Lockwood.

26.     I attach as **Exhibit 24** a true and correct copy of excerpts of the transcript from the August 16, 2024 deposition of William Macy.

27.     I attach as **Exhibit 25** a true and correct copy of excerpts of the transcript from the September 8, 2023 deposition of Harold McLellan.

28.     I attach as **Exhibit 26** a true and correct copy of excerpts of the transcript from the September 11, 2023 continued deposition of Harold McLellan.

29.     I attach as **Exhibit 27** a true and correct copy of excerpts of the transcript from the June 2, 2023 deposition of Charles Miller.

30.     I attach as **Exhibit 28** a true and correct copy of excerpts of the transcript from the May 26, 2022 deposition of Danielle Morgera.

31.     I attach as **Exhibit 29** a true and correct copy of excerpts of the transcript from the October 11, 2024 deposition of Steven Anthony Nigrelli.

32.     I attach as **Exhibit 30** a true and correct copy of excerpts of the transcript from the January 24, 2024 deposition of the City of Buffalo's Rule 30(b)(6) designee Patrick Overdorf.

33.     I attach as **Exhibit 31** a true and correct copy of excerpts of the transcript from the September 6, 2024 deposition of Michael Palizay.

34.     I attach as **Exhibit 32** a true and correct copy of excerpts of the transcript from the November 8, 2023 deposition of Charles Miller.

35.     I attach as **Exhibit 33** a true and correct copy of excerpts of the transcript from the April 1, 2022 deposition of Michael Quinn.

36.     I attach as **Exhibit 34** a true and correct copy of the document produced as COB_Hodgson_0013506.

37.     I attach as **Exhibit 35** a true and correct copy of excerpts of the transcript from the April 20, 2022 deposition of Patrick Roberts.

38.     I attach as **Exhibit 36** a true and correct copy of excerpts of the transcript from the September 24, 2022 continued deposition of Patrick Roberts.

39.     I attach as **Exhibit 37** a true and correct copy of excerpts of the transcript from the October 2, 2023 deposition of Rob Rosenswie.

40.     I attach as **Exhibit 38** a true and correct copy of excerpts of the transcript from the April 29, 2022 deposition of Lance Russo.

41.     I attach as **Exhibit 39** a true and correct copy of the document produced as COB_Hodgson_01246-4424.

42.     I attach as **Exhibit 40** a true and correct copy of excerpts of the transcript from the December 27, 2021 deposition of Philip Serafini.

43.     I attach as **Exhibit 41** a true and correct copy of A. Lowinger, *The Arthur Jordan Case: Free Speech, Privacy, and the Police* (Dec. 13, 2016).

44.     I attach as **Exhibit 42** a true and correct copy of excerpts of the transcript from the March 5, 2021 deposition of Charles Skipper.

45.     I attach as **Exhibit 43** a true and correct copy of excerpts of the transcript from the July 11, 2023 deposition of Justin Tedesco.

46.     I attach as **Exhibit 44** a true and correct copy of excerpts of the transcript from the March 23, 2023 deposition of Thomas March.

47.     I attach as **Exhibit 45** a true and correct copy of excerpts of the transcript from the April 26, 2022 deposition of Thomas Whelan.

48.     I attach as **Exhibit 46** a true and correct copy of excerpts of the transcript from the June 8, 2022 continued deposition of Thomas Whelan.

49.     I attach as **Exhibit 47** a true and correct copy of excerpts of the transcript from the May 24, 2023 deposition of Adam Wigdorski.

50.     I attach as **Exhibit 48** a true and correct copy of excerpts of the transcript from the November 4, 2021 deposition of David Wilcox.

51.     I attach as **Exhibit 49** a true and correct copy of the document produced as COB052805.

52.     I attach as **Exhibit 50** a true and correct copy of excerpts of the transcript from the October 26, 2022 deposition of Aaron Young.

53.     I attach as **Exhibit 51** a true and correct copy of Exhibit 8 to the deposition of Kevin Brinkworth.

54.     I attach as **Exhibit 52** a true and correct copy of Exhibit 9 to the deposition of Kevin Brinkworth.

55.     I attach as **Exhibit 53** a true and correct copy of Exhibit 12 to the deposition of Kevin Brinkworth.

56.     I attach as **Exhibit 54** a true and correct copy of Exhibit 13 to the deposition of Kevin Brinkworth.

57.     I attach as **Exhibit 55** a true and correct copy of Exhibit 16 to the deposition of Byron Brown.

58.     I attach as **Exhibit 56** a true and correct copy of Exhibit 17 to the deposition of Byron Brown.

59.     I attach as **Exhibit 57** a true and correct copy of Exhibit 2 to the deposition of Daniel Derenda.

60.     I attach as **Exhibit 58** a true and correct copy of Exhibit 4 to the deposition of Daniel Derenda.

61.     I attach as **Exhibit 59** a true and correct copy of Exhibit 8 to the deposition of Daniel Derenda.

62.     I attach as **Exhibit 60** a true and correct copy of Exhibit 10 to the deposition of Daniel Derenda.

63.     I attach as **Exhibit 61** a true and correct copy of Exhibit 13 to the deposition of Daniel Derenda.

64.     I attach as **Exhibit 62** a true and correct copy of Exhibit 18 to the deposition of Daniel Derenda.

65.     I attach as **Exhibit 63** a true and correct copy of Exhibit 40 to the deposition of Daniel Derenda.

66.     I attach as **Exhibit 64** a true and correct copy of Exhibit 47 to the deposition of Daniel Derenda.

67.     I attach as **Exhibit 65** a true and correct copy of Exhibit 53 to the deposition of Daniel Derenda.

68.     I attach as **Exhibit 66** a true and correct copy of Exhibit 57 to the deposition of Daniel Derenda.

69.     I attach as **Exhibit 67** a true and correct copy of Exhibit 58 to the deposition of Daniel Derenda.

70.     I attach as **Exhibit 68** a true and correct copy of Exhibit 59 to the deposition of Daniel Derenda.

71.     I attach as **Exhibit 69** a true and correct copy of Exhibit 61 to the deposition of Daniel Derenda.

72.     I attach as **Exhibit 70** a true and correct copy of Exhibit 3 to the 30(b)(6) deposition of Daniel Derenda.

73.     I attach as **Exhibit 71** a true and correct copy of Exhibit 20 to the 30(b)(6) deposition of Daniel Derenda.

74.     I attach as **Exhibit 72** a true and correct copy of Exhibit 24 to the 30(b)(6) deposition of Daniel Derenda.

75.     I attach as **Exhibit 73** a true and correct copy of Exhibit 34 to the deposition of Donna Estrich.

76.     I attach as **Exhibit 74** a true and correct copy of Exhibit 20 to the 30(b)(6) deposition of Joseph Gramaglia.

77.    I attach as **Exhibit 75** a true and correct copy of Exhibit 1 to the deposition of Joseph Gramaglia.

78.    I attach as **Exhibit 76** a true and correct copy of Exhibit 2 to the deposition of Joseph Gramaglia.

79.    I attach as **Exhibit 77** a true and correct copy of Exhibit 4 to the deposition of Joseph Gramaglia.

80.    I attach as **Exhibit 78** a true and correct copy of Exhibit 53 to the 30(b)(6) deposition of Joseph Gramaglia.

81.    I attach as **Exhibit 79** a true and correct copy of Exhibit 21 to the deposition of Byron Lockwood.

82.    I attach as **Exhibit 80** a true and correct copy of Exhibit 23 to the deposition of Byron Lockwood.

83.    I attach as **Exhibit 81** a true and correct copy of Exhibit 25 to the deposition of Byron Lockwood.

84.    I attach as **Exhibit 82** a true and correct copy of Exhibit 32 to the deposition of Byron Lockwood.

85.    I attach as **Exhibit 83** a true and correct copy of excerpts of Exhibit 1 to the deposition of William Macy.

86.    I attach as **Exhibit 84** a true and correct copy of excerpts of the document produced as COB-Hodgson_0038359.

87.    I attach as **Exhibit 85** a true and correct copy of Exhibit 13 to the deposition of William Macy.

88.     I attach as **Exhibit 86** a true and correct copy of Exhibit 14 to the deposition of William Macy.

89.     I attach as **Exhibit 87** a true and correct copy of Exhibit 24 to the deposition of Harold McLellan.

90.     I attach as **Exhibit 88** a true and correct copy of Exhibit 4 to the deposition of Danielle Morgera.

91.     I attach as **Exhibit 89** a true and correct copy of Exhibit 1 to the deposition of Michael Palizay.

92.     I attach as **Exhibit 90** a true and correct copy of Exhibit 4 to the deposition of Michael Palizay.

93.     I attach as **Exhibit 91** a true and correct copy of Exhibit 6 to the deposition of Michael Palizay.

94.     I attach as **Exhibit 92** a true and correct copy of Exhibit 8 to the deposition of Michael Palizay.

95.     I attach as **Exhibit 93** a true and correct copy of Exhibit 9 to the deposition of Michael Palizay.

96.     I attach as **Exhibit 94** a true and correct copy of Exhibit 43 to the deposition of Michael Quinn.

97.     I attach as **Exhibit 95** a true and correct copy of Exhibit 8 to the deposition of Patrick Roberts.

98.     I attach as **Exhibit 96** a true and correct copy of Exhibit 11 to the deposition of Patrick Roberts.

99.     I attach as **Exhibit 97** a true and correct copy of Exhibit 42 to the deposition of Patrick Roberts.

100.    I attach as **Exhibit 98** a true and correct copy of Exhibit 11 to the deposition of Philip Serafini.

101.    I attach as **Exhibit 99** a true and correct copy of Exhibit 12 to the deposition of Philip Serafini.

102.    I attach as **Exhibit 100** a true and correct copy of Exhibit 5 to the deposition of Aaron Young.

103.    I attach as **Exhibit 101** a true and correct copy of the Expert Report of Professor David Bjerk served on May 29, 2024.

104.    I attach as **Exhibit 102** a true and correct copy of the Expert Report of Professor Michael Gennaco served on May 29, 2024.

105.    I attach as **Exhibit 103** a true and correct copy of the Amended Expert Report of Professor Robert Silverman served on May 30, 2024.

106.    I attach as **Exhibit 104** a true and correct copy of the document produced as COB263556.

107.    I attach as **Exhibit 105** a true and correct copy of  the Buffalo Police Department Manual of Procedures dated August 14, 2013, produced as COB0000247.

108.    **Exhibit 106** is intentionally left blank.

109.    I attach as **Exhibit 107** a true and correct copy of the document produced as PLAINTIFFS_GENERIC-00001309.

110.    I attach as **Exhibit 108** a true and correct copy of the document produced as COB252511.

111.    I attach as **Exhibit 109** a true and correct copy of the document produced as COB256275.

112.    I attach as **Exhibit 110** a true and correct copy of August 30, 2017 letter to New York State Attorney General.

113.    I attach as **Exhibit 111** a true and correct copy of Rod Watson's article, *Buffalo Municipal Housing Authority needs to hire its own police force* (Dec. 17, 2014).

114.    I attach as **Exhibit 112** a true and correct copy of S. Schulman and M. Gryta, *Kenfield-Langfield residents as for more police presence* (Mar. 14, 2015).

115.    I attach as **Exhibit 113** a true and correct copy of Justin Sondel, *Buffalo's public housing tenants bear the brunt of police crackdown* (July 27, 2016).

116.    I attach as **Exhibit 114** a true and correct copy of *Another Voice: Buffalo police must address concerns of BMHA residents before agreement is renewed* (Jan. 29, 2015).

117.    I attach as **Exhibit 115** a true and correct copy of the document produced as COB053666.

118.    I attach as **Exhibit 116** a true and correct copy of the document produced as COB226142.

119.    I attach as **Exhibit 117** a true and correct copy of the document produced as COB276276.

120.    I attach as **Exhibit 118** a true and correct copy of the document produced as COB221057.

121.    I attach as **Exhibit 119** a true and correct copy of the document produced as COB256354.

122.    I attach as **Exhibit 120** a true and correct copy of the document produced as COB263608.

123.    I attach as **Exhibit 121** a true and correct copy of the document produced as COB022527.

124.    I attach as **Exhibit 122** a true and correct copy of the document produced as COB215219.

125.    I attach as **Exhibit 123** a true and correct copy of the document produced as COB222673.

126.    I attach as **Exhibit 124** a true and correct copy of the document produced as COB224759.

127.    I attach as **Exhibit 125** a true and correct copy of the document produced as COB234488.

128.    I attach as **Exhibit 126** a true and correct copy of the document produced as COB040949.

129.    I attach as **Exhibit 127** a true and correct copy of the document produced as COB237180.

130.    I attach as **Exhibit 128** a true and correct copy of the document produced as COB246427.

131.    I attach as **Exhibit 129** a true and correct copy of the document produced as COB222550.

132.    I attach as **Exhibit 130** a true and correct copy of the document produced as COB592436.

133.    I attach as **Exhibit 131** a true and correct copy of the document produced as COB634845.

134.    I attach as **Exhibit 132** a true and correct copy of the document produced as COB459967.

135.    I attach as **Exhibit 133** a true and correct copy of the document produced as COB040392.

136.    I attach as **Exhibit 134** a true and correct copy of the document produced as COB213729.

137.    I attach as **Exhibit 135** a true and correct copy of the document produced as COB040616.

138.    I attach as **Exhibit 136** a true and correct copy of the document produced as COB056123.

139.    I attach as **Exhibit 137** a true and correct copy of the document produced as COB041717.

140.    I attach as **Exhibit 138** a true and correct copy of the document produced as COB232166.

141.    I attach as **Exhibit 139** a true and correct copy of the document produced as COB038698.

142.    I attach as **Exhibit 140** a true and correct copy of the document produced as COB236452.

143.    I attach as **Exhibit 141** a true and correct copy of the document produced as COB018645.

144.    I attach as **Exhibit 142** a true and correct copy of the document produced as COB235272.

145.    I attach as **Exhibit 143** a true and correct copy of the document produced as COB018352.

146.    I attach as **Exhibit 144** a true and correct copy of the document produced as COB017671.

147.    I attach as **Exhibit 145** a true and correct copy of the document produced as COB041693.

148.    I attach as **Exhibit 146** a true and correct copy of the document produced as COB221203.

149.    I attach as **Exhibit 147** a true and correct copy of the document produced as COB053632.

150.    I attach as **Exhibit 148** a true and correct copy of the document produced as COB215625.

151.    I attach as **Exhibit 149** a true and correct copy of the document produced as COB459487.

152.    I attach as **Exhibit 150** a true and correct copy of the document produced as COB253727.

153.    I attach as **Exhibit 151** a true and correct copy of the document produced as COB018380.

154.    I attach as **Exhibit 152** a true and correct copy Plaintiffs' First set of Requests for Admission to Defendants.

155.    I attach as **Exhibit 153** a true and correct copy of Defendants' Amended Response to Plaintiff's First Set of Requests for Admission dated March 18, 2024.

156.    I attach as **Exhibit 154** a true and correct copy of the document produced as COB060320.

157.    I attach as **Exhibit 155** a true and correct copy of the document produced as COB027566.

158.    I attach as **Exhibit 156** a true and correct copy of *Buffalo Police Strike Force Being Disbanded* (Feb. 9, 2018).

159.    I attach as **Exhibit 157** a true and correct copy of Maki Becker, *Buffalo Police to end Strike Force unit, put focus on community policing* (Feb. 9, 2018).

160.    I attach as **Exhibit 158** a true and correct copy of the document produced as COB-Hodgson_00093.

161.    I attach as **Exhibit 159** a true and correct copy of Exhibit 31 to the deposition of Daniel Derenda.

162.    I attach as **Exhibit 160** a true and correct copy of the document produced as COB016282.

163.    I attach as **Exhibit 161** a true and correct copy of the document produced as COB406079.

164.    I attach as **Exhibit 162** a true and correct copy of the document produced as COB053652.

165.    I attach as **Exhibit 163** a true and correct copy of the document produced as COB052637.

166.    I attach as **Exhibit 164** a true and correct copy of the document produced as COB052709.

167.    I attach as **Exhibit 165** a true and correct copy of the document produced as COB058264.

168.    I attach as **Exhibit 166** a true and correct copy of the document produced as COB056235.

169.    I attach as **Exhibit 167** a true and correct copy of the document produced as COB056243.

170.    I attach as **Exhibit 168** a true and correct copy of the document produced as COB056484.

171.    I attach as **Exhibit 169** a true and correct copy of the document produced as COB275648.

172.    I attach as **Exhibit 170** a true and correct copy of the document produced as COB053677.

173.    I attach as **Exhibit 171** a true and correct copy of the document produced as COB041081.

174.    I attach as **Exhibit 172** a true and correct copy of the document produced as COB042199.

175.    I attach as **Exhibit 173** a true and correct copy of the document produced as COB051485.

176.    I attach as **Exhibit 174** a true and correct copy of the document produced as COB052690.

177.    I attach as **Exhibit 175** a true and correct copy of the document produced as COB052661.

178.    I attach as **Exhibit 176** a true and correct copy of the document produced as COB051545.

179.    I attach as **Exhibit 177** a true and correct copy of the document produced as COB056134.

180.    I attach as **Exhibit 178** a true and correct copy of the document produced as COB056326.

181.    I attach as **Exhibit 179** a true and correct copy of the document produced as COB063330.

182.    I attach as **Exhibit 180** a true and correct copy of the document produced as COB056535.

183.    I attach as **Exhibit 181** a true and correct copy of the document produced as COB042029.

184.    I attach as **Exhibit 182** a true and correct copy of the document produced as COB042046.

185.    I attach as **Exhibit 183** a true and correct copy of the document produced as COB042047.

186.    I attach as **Exhibit 184** a true and correct copy of the document produced as COB018251.

187.    I attach as **Exhibit 185** a true and correct copy of the document produced as COB018355.

188.    I attach as **Exhibit 186** a true and correct copy of the document produced as COB018361.

189.    I attach as **Exhibit 187** a true and correct copy of the document produced as COB018565.

190.    I attach as **Exhibit 188** a true and correct copy of the document produced as COB042018.

191.    I attach as **Exhibit 189** a true and correct copy of the document produced as COB345889.

192.    I attach as **Exhibit 190** a true and correct copy of the document produced as COB052633.

193.    I attach as **Exhibit 191** a true and correct copy of the document produced as COB016235.

194.    I attach as **Exhibit 192** a true and correct copy of the document produced as COB017429.

195.    I attach as **Exhibit 193** a true and correct copy of the document produced as COB095635.

196.    I attach as **Exhibit 194** a true and correct copy of the document produced as COB088494.

197.    I attach as **Exhibit 195** a true and correct copy of the document produced as COB094962.

198.    I attach as **Exhibit 196** a true and correct copy of the document produced as COB094964.

199.    I attach as **Exhibit 197** a true and correct copy of the document produced as COB094966.

200.    I attach as **Exhibit 198** a true and correct copy of the document produced as COB075236.

201.    I attach as **Exhibit 199** a true and correct copy of the document produced as COB067689.

202.    I attach as **Exhibit 200** a true and correct copy of the document produced as COB095082.

203.    I attach as **Exhibit 201** a true and correct copy of the document produced as COB063519.

204.    I attach as **Exhibit 202** a true and correct copy of the document produced as COB095030.

205.    I attach as **Exhibit 203** a true and correct copy of the document produced as COB121555.

206.    I attach as **Exhibit 204** a true and correct copy of the document produced as COB047699.

207.    I attach as **Exhibit 205** a true and correct copy of the document produced as COB123717.

208.    I attach as **Exhibit 206** a true and correct copy of the document produced as COB120438.

209.    I attach as **Exhibit 207** a true and correct copy of the document produced as COB094495.

210.    I attach as **Exhibit 208** a true and correct copy of the document produced as COB261063.

211.    I attach as **Exhibit 209** a true and correct copy of the document produced as COB067730.

212.    I attach as **Exhibit 210** a true and correct copy of the document produced as COB223189.

213.    I attach as **Exhibit 211** a true and correct copy of the document produced as COB112220.

214.    I attach as **Exhibit 212** a true and correct copy of the document produced as COB112221.

215.    I attach as **Exhibit 213** a true and correct copy of the document produced as COB091732.

216.    I attach as **Exhibit 214** a true and correct copy of the document produced as COB067739.

217.    I attach as **Exhibit 215** a true and correct copy of the document produced as COB067740.

218.    I attach as **Exhibit 216** a true and correct copy of the document produced as COB098942.

219.    I attach as **Exhibit 217** a true and correct copy of the document produced as COB073331.

220.    I attach as **Exhibit 218** a true and correct copy of the document produced as COB073332.

221.    I attach as **Exhibit 219** a true and correct copy of Exhibit 11 to the deposition of Donna Estrich.

222.    I attach as **Exhibit 220** a true and correct copy of the document produced as COB231866.

223.    I attach as **Exhibit 221** a true and correct copy of the document produced as COB091747.

224.    I attach as **Exhibit 222** a true and correct copy of the document produced as COB239572.

225.    I attach as **Exhibit 223** a true and correct copy of the document produced as COB091754.

226.    I attach as **Exhibit 224** a true and correct copy of the document produced as COB640015.

227.    I attach as **Exhibit 225** a true and correct copy of the document produced as COB091749.

228.    I attach as **Exhibit 226** a true and correct copy of the document produced as COB088497.

229.    I attach as **Exhibit 227** a true and correct copy of the document produced as COB094904.

230.    I attach as **Exhibit 228** a true and correct copy of the document produced as COB094352.

231.    I attach as **Exhibit 229** a true and correct copy of the document produced as COB091719.

232.    I attach as **Exhibit 230** a true and correct copy of the document produced as COB093060.

233.    I attach as **Exhibit 231** a true and correct copy of the document produced as COB094070.

234.    I attach as **Exhibit 232** a true and correct copy of the document produced as COB093194.

235.    I attach as **Exhibit 233** a true and correct copy of the 2017 BTVA Annual Report, Exhibit 3 to the deposition of Danielle Morgera.

236.    I attach as **Exhibit 234** a true and correct copy of the document produced as COB091753.

237.    I attach as **Exhibit 235** a true and correct copy of the document produced as COB-Hodgson_0031967.

238.    I attach as **Exhibit 236** a true and correct copy of the document produced as COB287615.

239.    I attach as **Exhibit 237** a true and correct copy of Defendants' Amended Response to Plaintiff's First Set of Requests for Admission dated February 14, 2024.

240.    I attach as **Exhibit 238** a true and correct copy of the document produced as COB_INC_0000044.

241.    I attach as **Exhibit 239** a true and correct copy of the document produced as COB_INC_0000041.

242.    I attach as **Exhibit 240** a true and correct copy of the document produced as COB_INC_0000038.

243.    I attach as **Exhibit 241** a true and correct copy of the document produced as COB463302.

244.    I attach as **Exhibit 242** a true and correct copy of the document produced as COB-Hodgson_0043502.

245.    I attach as **Exhibit 243** a true and correct copy of the document produced as COB245089.

246.    I attach as **Exhibit 244** a true and correct copy of the document produced as COB245091.

247.    I attach as **Exhibit 245** a true and correct copy of the document produced as COB261847.

248.    I attach as **Exhibit 246** a true and correct copy of the document produced as COB218966.

249.    I attach as **Exhibit 247** a true and correct copy of the document produced as COB254541.

250.    I attach as **Exhibit 248** a true and correct copy of the document produced as COB261847.

251.    I attach as **Exhibit 249** a true and correct copy of the document produced as COB016038.

252.    I attach as **Exhibit 250** a true and correct copy of Lou Michel, *Buffalo's homicide toll down in 2013 – but still 47 too many* (Jan. 2, 2014).

253.    I attach as **Exhibit 251** a true and correct copy of Matt Gryta, *Officials praise results of strike force* (Aug. 5, 2012).

254.    I attach as **Exhibit 252** a true and correct copy of Lou Michel, *Anti-crime task force back for good* (Apr.1, 2013).

255.    I attach as **Exhibit 253** a true and correct copy of the document produced as COB016040.

256.    I attach as **Exhibit 254** a true and correct copy of the document produced as COB052638.

257.    I attach as **Exhibit 255** a true and correct copy of Compilation of Checkpoint Locations.

258.    I attach as **Exhibit 256** a true and correct copy of Exhibit 22 to the deposition of Thomas Whelan.

259.    I attach as **Exhibit 257** a true and correct copy of Exhibit 22 to the deposition of Patrick Roberts.

260.    I attach as **Exhibit 258** a true and correct copy of the document produced as COB041743.

261.    I attach as **Exhibit 259** a true and correct copy of A. Lowinger and J. Sondel, *Checkpoint: Buffalo Police Practices Questioned* (July 13, 2016).

262.    I attach as **Exhibit 260** a true and correct copy of May 3, 2016 Decision and Order - *People of the State of New York v. Stephen J. Dzielski*.

263.    I attach as **Exhibit 261** a true and correct copy of the document produced as COB263554.

264.    I attach as **Exhibit 262** a true and correct copy of Exhibit 13 to the 29 May, 2024 Declaration of Edward P. Krugman.

265.    I attach as **Exhibit 263** a true and correct copy of the document produced as BLRR-00000110.

266.    I attach as **Exhibit 264** a true and correct copy of the document produced as COB387121.

267.    I attach as **Exhibit 265** a true and correct copy of the document produced as Plaintiffs_Generic-00025799.

268.    I attach as **Exhibit 266** a true and correct copy of the document produced as COB278415.

269.    I attach as **Exhibit 267** a true and correct copy of the document produced as COB237562.

270.    I attach as **Exhibit 268** a true and correct copy of the document produced as COB237565.

271.    I attach as **Exhibit 269** a true and correct copy of the document produced as COB_INC_00000043.

272.    I attach as **Exhibit 270** a true and correct copy of the document produced as PLAINTIFFS_GENERIC-00002698.

273.    I attach as **Exhibit 271** a true and correct copy of the document produced as COB018294.

274.    I attach as **Exhibit 272** a true and correct copy of the document produced as COB063327.

275.    I attach as **Exhibit 273** a true and correct copy of the document produced as COB040356.

276.    I attach as **Exhibit 274** a true and correct copy of the document produced as COB269541.

277.    I attach as **Exhibit 275** a true and correct copy of the document produced as COB264703.

278.    I attach as **Exhibit 276** a true and correct copy of Buffalo Police Department Budgets.

279.    I attach as **Exhibit 277** a true and correct copy of the document produced as PLAINTIFFS_GENERIC-00000452.

280.    I attach as **Exhibit 278** a true and correct copy of the document produced as COB016776.

281.    I attach as **Exhibit 279** a true and correct copy of the document produced as PLAINTIFFS_GENERIC-00000546.

282.    I attach as **Exhibit 280** a true and correct copy of the document produced as COB016796.

283.    I attach as **Exhibit 281** a true and correct copy of the document produced as COB039082.

284.    I attach as **Exhibit 282** a true and correct copy of the document produced as COB041727.

285.    I attach as **Exhibit 283** a true and correct copy of the document produced as COB042214.

286.    I attach as **Exhibit 284** a true and correct copy of the document produced as COB230548.

287.    I attach as **Exhibit 285** a true and correct copy of the document produced as COB056327.

288.    I attach as **Exhibit 286** a true and correct copy of the document produced as COB040614.

289.    I attach as **Exhibit 287** a true and correct copy of the document produced as COB056348.

290.    I attach as **Exhibit 288** a true and correct copy of the document produced as COB039612.

291.    I attach as **Exhibit 289** a true and correct copy of the document produced as COB054503.

292.    I attach as **Exhibit 290** a true and correct copy of the document produced as COB264510.

293.    I attach as **Exhibit 291** a true and correct copy of the document produced as COB018513.

294.    I attach as **Exhibit 292** a true and correct copy of the document produced as COB114659.

295.    I attach as **Exhibit 293** a true and correct copy of the document produced as COB168947.

296.    I attach as **Exhibit 294** a true and correct copy of the document produced as COB140553.

297.    I attach as **Exhibit 295** a true and correct copy of the document produced as COB372293.

298.    I attach as **Exhibit 296** a true and correct copy of the document produced as COB123536.

299.    I attach as **Exhibit 297** a true and correct copy of the document produced as COB112666.

300.    I attach as **Exhibit 298** a true and correct copy of the document produced as COB120020.

301.    I attach as **Exhibit 299** a true and correct copy of the document produced as COB461200.

302.    I attach as **Exhibit 300** a true and correct copy of the document produced as COB201049.

303.    I attach as **Exhibit 301** a true and correct copy of the document produced as COB201105.

304.    I attach as **Exhibit 302** a true and correct copy of the document produced as COB665427.

305.    I attach as **Exhibit 303** a true and correct copy of the document produced as COB665511.

306.    I attach as **Exhibit 304** a true and correct copy of the document produced as COB094874.

307.    I attach as **Exhibit 305** a true and correct copy of the document produced as COB109102.

308.    I attach as **Exhibit 306** a true and correct copy of the document produced as COB097507.

309.    I attach as **Exhibit 307** a true and correct copy of Exhibit 39 to the deposition of Kevin Helfer.

310.    I attach as **Exhibit 308** a true and correct copy of the document produced as COB009536.

311.    I attach as **Exhibit 309** a true and correct copy of the document produced as COB094741.

312.    I attach as **Exhibit 310** a true and correct copy of the document produced as PLAINTIFFS_GENERIC-00025966.

313.    I attach as **Exhibit 311** a true and correct copy of the document produced as COB354496.

314.    I attach as **Exhibit 312** a true and correct copy of the document produced as COB352060.

315.    I attach as **Exhibit 313** a true and correct copy of the document produced as COB223195.

316.    I attach as **Exhibit 314** a true and correct copy of the document produced as COB396698.

317.    I attach as **Exhibit 315** a true and correct copy of the November 7, 2018 Buffalo Common Council Committee on Finance Meeting.

318.    I attach as **Exhibit 316** a true and correct copy of the document produced as COB221148.

319.    I attach as **Exhibit 317** a true and correct copy of the document produced as COB047751.

320.    I attach as **Exhibit 318** a true and correct copy of the document produced as COB056249.

321.    I attach as **Exhibit 319** a true and correct copy of the document produced as COB016042.

322.    I attach as **Exhibit 320** a true and correct copy of the document produced as COB029724.

323.    I attach as **Exhibit 321** a true and correct copy of the document produced as COB056309.

324.    I attach as **Exhibit 322** a true and correct copy of  the document produced as BLRR-00000001.

325.    I attach as **Exhibit 323** a true and correct copy of a letter to Commissioner Joseph A. Gramaglia dated December 28, 2023.

326.    I attach as **Exhibit 324** a true and correct copy of  the document produced as COB459664.

327.    I attach as **Exhibit 325** a true and correct copy of  the document produced as COB406111.

328.    I attach as **Exhibit 326** a true and correct copy of  the document produced as COB464814.

329.    I attach as **Exhibit 327** a true and correct copy of  the document produced as COB464816.

330.    I attach as **Exhibit 328** a true and correct copy of  the document produced as COB371356.

331.    I attach as **Exhibit 329** a true and correct copy of the document produced as PLAINTIFFS_GENERIC-00004868.

332.    I attach as **Exhibit 330** a true and correct copy of the document produced as PLAINTIFFS_GENERIC-00004772.

333.    **Exhibit 331** is intentionally left blank..

334.    I attach as **Exhibit 332** a true and correct copy of the document produced as COB-Hodgson_0054048.

335.    I attach as **Exhibit 333** a true and correct copy of the document produced as COB-Hodgson_0054158.

336.    I attach as **Exhibit 334** a true and correct copy of the document produced as COB-Hodgson_0054815.

337.    I attach as **Exhibit 335** a true and correct copy of the document produced as COB-Hodgson_0054821.

338.    I attach as **Exhibit 336** a true and correct copy of the document produced as COB-Hodgson_0052190.

339.    I attach as **Exhibit 337** a true and correct copy of the document produced as COB-Hodgson_0017566.

340.    I attach as **Exhibit 338** a true and correct copy of the document produced as COB559604.

341.    **Exhibit 339** is intentionally left blank.

342.    I attach as **Exhibit 340** a true and correct copy of Exhibit 19 to the deposition of Robert Rosenswie.

343.    I attach as **Exhibit 341** a true and correct copy of the document produced as COB-Hodgson_0030499.

344.    I attach as **Exhibit 342** a true and correct copy of the document produced as COB329949.

345.    I attach as **Exhibit 343** a true and correct copy of the document produced as COB-Hodgson_0030418.

346.    I attach as **Exhibit 344** a true and correct copy of the document produced as COB-Hodgson_0045010.

347.    I attach as **Exhibit 345** a true and correct copy of the document produced as COB-Hodgson_0051712.

348.    I attach as **Exhibit 346** a true and correct copy of the document produced as COB-Hodgson_0051708.

349.    I attach as **Exhibit 347** a true and correct copy of the document produced as COB-Hodgson_0052766.

350.    I attach as **Exhibit 348** a true and correct copy of the document produced as COB-Hodgson_0053135.

351.    I attach as **Exhibit 349** a true and correct copy of the document produced as COB-Hodgson_0053039.

352.    I attach as **Exhibit 350** a true and correct copy of the document produced as COB-Hodgson_0043286.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 30, 2025 in New York, New York.


*s/ Andrew J. Timmick*
Andrew J. Timmick (*pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Ave., Suite 4029
New York, NY  10018
212-841-1000
atimmick@cov.com

*Counsel for Plaintiffs*