# EXHIBIT 1

```
 1        UNITED STATES DISTRICT COURT

 2        WESTERN DISTRICT OF NEW YORK

 3        ------------------------------------------

 4        BLACK LOVE RESISTS IN THE RUST, ET AL.,
          INDIVIDUALLY AND ON BEHALF OF A CLASS OF
 5        ALL OTHERS SIMILARLY SITUATED,

 6
                    Plaintiffs,
 7
           -vs-                    1:18-cv-00719-CCR
 8
          CITY OF BUFFALO, N.Y., ET AL.,
 9
                    Defendants.
10        ------------------------------------------

11

12         EXAMINATION BEFORE TRIAL OF MICHAEL ACQUINO

13                 APPEARING REMOTELY FROM

14                    BUFFALO, NEW YORK

15

16                 September 5th, 2023

17                 At 10:00 a.m.

18                 Pursuant to notice

19

20        REPORTED BY:

21        Rebecca L. DiBello, RPR, CSR(NY) (Pages 1-205)

22        Brooklyn Morton, Notary Public (Pages 206-256)

23        APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

**R E M O T E   A P P E A R A N C E S**

APPEARING FOR THE PLAINTIFFS, BLACK LOVE RESISTS IN THE RUST, ET AL., INDIVIDUALLY AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED:

    **COVINGTON & BURLING LLP**
    **BY: ANDREW TIMMICK, ESQ.**
    The New York Times Building
    620 Eighth Avenue
    New York, New York 10018
    (212) 841-1277

APPEARING FOR THE DEFENDANTS, CITY OF BUFFALO, N.Y., et al.:

    **HODGSON RUSS LLP**
    **BY: CHEYENNE FREELEY, ESQ.,**
    140 Pearl Street
    Buffalo, New York 14202
    (716) 848-1508

ALSO PRESENT: EVA LILIENFELD, Law Clerk
    Covington & Burling LLP

MICHAEL ACQUINO

1  Q. Were you ever disciplined for your use of
2     discretion while on the Strike Force?
3        MS. FREELEY:  Objection to form.
4  A. No.  I mean, my supervisors knew the kind of
5     person I was.  They knew if I wasn't giving a
6     ticket there would be a reason.
7  Q. Where did the Strike Force conduct its
8     operations?
9        MS. FREELEY:  Objection to form.
10 A. Are you talking about on a daily basis?
11 Q. Yes.  Where did the Strike Force conduct its
12    daily operations?
13 A. Throughout the city.  Like I said, we're not
14    tied to the radio so we would have discretion
15    to go out through the whole city.
16 Q. In your time on the Strike Force did the
17    Strike Force conduct the majority of its
18    operations on Buffalo's East Side?
19       MS. FREELEY:  Objection to form.
20 A. It was conducted where the most violent crime
21    was.
22 Q. And was the most violent crime in Buffalo on
23    Buffalo's East Side?

MICHAEL ACQUINO

1        MS. FREELEY: Objection to form.
2    A.  Yes. Data shows that.
3    Q.  And what data is that?
4    A.  Shootings, violent incidents.
5    Q.  Is Buffalo's East Side also where the majority
6        of Buffalo's gang violence is located?
7        MS. FREELEY: Objection to form.
8    A.  It is. I have seen a lot of uptick. I mean,
9        the Lower West Side is violent, but it's -- I
10       mean, there's violent pockets throughout the
11       city also. We have an issue right now with
12       younger gangs, a lot of young kid violence.
13   Q.  I'm going to pull up our first document here
14       so just give me one second to pull it up and
15       I'll share the screen. Are you able to see the
16       PDF here?
17   A.  Yes.
18   Q.  You're looking at a PDF of this court
19       transcript titled Tab 3. Is that correct? I
20       just want to make sure we're all looking at
21       the right window here.
22           Okay. So this will be Exhibit 1. This
23       is an evidentiary hearing transcript from a

MICHAEL ACQUINO

1  to an incident no matter where you were
2  patrolling in Buffalo due to its small size?
3  A. Yes.  I mean, like I said, you could get from
4  the East Side to the West Side, I mean, pretty
5  quickly.
6  Q. And while not responding to incidents were you
7  routinely patrolling on Buffalo's East Side?
8        MS. FREELEY:  Objection to form.
9  A. Yes, I was.
10 Q. Let me go ahead and stop sharing the screen
11 now.
12       Is Buffalo's East Side an area that is a
13 majority minority area?
14       MS. FREELEY:  Objection to form.
15 A. Yes, sir.
16 Q. And did you know that while on Strike Force?
17       MS. FREELEY:  Objection to form.
18 A. No.  I mean, I started, like I said, in E
19 District which is Upper East Side and then C
20 District which is middle to Lower East Side.
21 Q. And is your experience as an officer in the C
22 District and the E District where you became
23 familiar with the demographics of Buffalo's

MICHAEL ACQUINO

1    want these done over here.  I would just know
2    literally in a briefing lieutenants would
3    brief us patrol officers on where the
4    checkpoints were going to be.
5  Q. Are the majority of the checkpoints that
6    Strike Force operated located on the East Side
7    of Buffalo?
8         MS. FREELEY:  Objection to form.
9  A. I don't know.  I'd have to look to see exactly
10    where they were.  I don't know.  I mean, I
11    remember doing them throughout the city.  Were
12    they more on the East Side?  I would say yes.
13  Q. Did any superior officer ever tell you that
14    checkpoints were to be concentrated in
15    Buffalo's East Side?
16  A. No.  I never heard anyone say that
17    specifically.  They would come up with them so
18    I didn't -- it wouldn't be like just go out
19    there and do a checkpoint on the East Side. It
20    would be, for example, use Genesee and
21    Fillmore.  It would be in briefing checkpoint
22    is at Genesee and Fillmore at such and such
23    hours.

MICHAEL ACQUINO

```
 1      was formal written down.  I wasn't there for
 2      that.
 3   Q. Okay.  And do you know what that policy
 4      stated?
 5   A. No.
 6   Q. While you were on Strike Force did you issue
 7      multiple tickets for tinted window violations?
 8   A. Yes.
 9   Q. Was it your practice to do that regularly?
10   A. Yes.
11   Q. Did you ever receive any guidance from a
12      superior as to whether to issue multiple
13      tickets for tinted window violations?
14   A. No.  It's just in violation of vehicle and
15      traffic.
16   Q. Were you ever instructed by a superior that it
17      was inappropriate --
18   A. No.
19   Q. -- to write multiple tickets for tinted window
20      violations?
21   A. No.
22   Q. Did you ever discuss the issue of writing
23      multiple tickets for tinted window violations
```

MICHAEL ACQUINO

1      it but, unfortunately, I'm not in that
2      category in life, so --
3   Q. Did you ever discuss pension benefits with
4      other officers on the Strike Force while you
5      were in the unit?
6   A. I wouldn't discuss it.  Obviously the older
7      guys would, but --
8   Q. How could you increase your earnings as a
9      patrol officer?
10  A. Overtime.
11  Q. Was there any other way to increase your
12     earnings as a patrol officer?
13  A. Yes.  Court time.
14  Q. And what is court time?
15  A. Court time is you get called for any hearing,
16     felony hearings, conferences before you would
17     go to these hearings, so I guess a court
18     appearance to make it short.
19  Q. And did you often attend court appearances
20     while on Strike Force?
21  A. I did.
22  Q. How often would you say you attended court
23     appearances while on Strike Force?

MICHAEL ACQUINO

1   one month and then two times in the next is it
2   true you would have increased salary in that
3   first month due to the increased court time?
4  A. Hard question to answer because you could
5   actually make more money in overtime.
6  Q. Why is that the case?
7  A. So if I mean, court generally -- okay. So
8   9:30 court you'll get paid for four hours. If
9   you have overtime the other dates, I mean, the
10  overtime shift on your days off could be ten
11  hours overtime.
12 Q. And did you prefer -- on a day when you didn't
13  have a scheduled shift would you have
14  preferred to take an overtime shift rather
15  than attending court?
16 A. No. It didn't matter either way.
17 Q. Were you interested in maximizing your salary
18  while on Strike Force?
19 A. I mean, I think anyone wants an excessive
20  salary anywhere they're at. Wherever I'm at,
21  I mean, if you're doing it the right way,
22  yeah, if overtime is available and I can take
23  it I'll take it.

0009

MICHAEL ACQUINO

1        MS. FREELEY: Objection to form.
2  Q. Do you believe an officer of color using that
3     term is exhibiting a racial stereotype?
4        MS. FREELEY: Objection to form.
5  A. I don't know. Not for me to decide.
6  Q. Can you recall any training on whether or not
7     the use of that word would be an incident
8     exhibiting a racial stereotype?
9  A. I don't think so, no.
10  Q. Have you ever heard an officer use the term
11     ghetto while at the BPD?
12        MS. FREELEY: Objection to form.
13  A. The word ghetto?
14  Q. Yes.
15  A. I'm sure I heard the word, yes.
16  Q. Do you recall an incident when you heard that
17     word used by an officer at the BPD?
18  A. I don't.
19  Q. Do you recall an incident where that word was
20     used and the use of that word was reported to
21     a supervisor?
22        MS. FREELEY: Objection to form.
23  A. I mean, I hear the word on TV. I don't think

```
1      STATE OF NEW YORK)

2                       )  ss.

3      COUNTY OF ERIE   )

4


5
         I, Brooklyn Morton, Notary Public, in and for
6      the County of Erie, State of New York, do
       hereby certify:
7

8        That the witness whose testimony appears
       hereinbefore was, before the commencement of
9      their testimony, duly sworn to testify the
       truth, the whole truth and nothing but the
10     truth; that said testimony was taken pursuant
       to notice at the time and place as herein set
11     forth; that said testimony was taken down by me
       and thereafter transcribed into typewriting,
12     and I hereby certify the foregoing testimony is
       a full, true and correct transcription of my
13     shorthand notes so taken.

14
         I further certify that I am neither counsel
15     for nor related to any party to said action,
       nor in anyway interested in the outcome
16     thereof.

17
         IN WITNESS WHEREOF, I have hereunto
18     subscribed my name and affixed my seal on this
       18th day of September, 2023.
19
              Brooklyn Morton
20            ---------------------
21            Brooklyn Morton

22

23
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
1        STATE OF NEW YORK)
         COUNTY OF ERIE    )
2


3         I, Rebecca Lynne DiBello, CSR, RPR, Notary
         Public, in and for the County of Erie, State of
4        New York, do hereby certify:


5
          That the witness whose testimony appears
6        hereinbefore was, before the commencement of
         their testimony, duly sworn to testify the
7        truth, the whole truth and nothing but the
         truth; that said testimony was taken pursuant
8        to notice at the time and place as herein set
         forth; that said testimony was taken down by me
9        and thereafter transcribed into typewriting,
         and I hereby certify the foregoing testimony is
10       a full, true and correct transcription of my
         shorthand notes so taken.
11

12        I further certify that I am neither counsel
         for nor related to any party to said action,
13       nor in anyway interested in the outcome
         thereof.
14

15        IN WITNESS WHEREOF, I have hereunto
         subscribed my name and affixed my seal this
16       19th day of September, 2023.

17
                    [signature: Rebecca L. DiBello]
18
                    _____
19
             Rebecca Lynne DiBello, CSR, RPR
20           Notary Public - State of New York
             No. 01D14897420
21           Qualified in Erie County
             My commission expires 5/11/2027
22

23
```

**DEPAOLO CROSBY REPORTING SERVICES, INC.**

135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

0012