# EXHIBIT 3

**From:** Brown,Byron W
**Sent:** 7/25/2017 2:00:52 AM
**To:** Derenda,Daniel; Lockwood,Byron C; Beaty,Kimberly L; Rinaldo,Jeffery D; DeGeorge,Michael J.; Schultz,Lorey; Mestre,Oswaldo; Estrich,Donna; Rodriguez,Crystal J; Ball,Betsey
**Subject:** Fwd: police check points

This is from a woman who lives in the Elmwood Avenue area and worked for the city's Department of Finance just a few years ago.
BWB
Sent from my iPhone
Begin forwarded message:
From: Heather Leaderstorf <hleaderstorf@gmail.com<mailto:hleaderstorf@gmail.com>>
Date: July 24, 2017 at 9:24:02 PM EDT
To: bbrown@city-buffalo.com<mailto:bbrown@city-buffalo.com>
Subject: police check points
Dear Mayor Brown,
On June 6th, 2017- I was stopped at a Buffalo Police checkpoint at East Delavan & Cambridge streets. This stop occurred at roughly 3PM as I was coming home from the East Delavan library. It was brief and the officer said they were "checking registrations". In my 8 years of living off Elmwood Ave. (at Fordham Dr.) I have not once encountered a police check point on either Elmwood or Delaware avenues. This is not a statistical anomaly.
I know (and have video evidence) that the BPD has checkpoints on the East side of Buffalo on a regular basis. Why are these check points NOT located downtown, in the Elmwood Village, or on Hertel? Is there data compiled by the City to dispute my (and others) claim? If so, I'd be interested to see that information. Also, what is the purpose of these stops? Are they supposed to make the City safer? Don't the police have better things to do?
This is racist policing and it is just one more example of the police state that exists in certain neighborhoods. This is not a good use of our police force and I do wish they would do the job they were hired to do. So please- put an end to these pointless check points. They are akin to "show me your papers" and security theatre.
I do hope you will look into this matter, as well as the senseless killings of Jose Hernandez-Rossy and Wardel Davis. The lies the police tell about their murders only magnifies how little confidence I have in the Buffalo Police Department.
Thank you,
Heather Leaderstorf

COB086916