# EXHIBIT 4

1                  UNITED STATES DISTRICT COURT

2              FOR THE WESTERN DISTRICT OF NEW YORK

3      - - - - - - - - - - - - - - - - - - - - - - - - - - -

4      **BLACK LOVE RESISTS IN THE RUST, et al.,**

5      **individually and on behalf of a class of**

6      **all others similarly situated,**

7                                  Plaintiffs,

8      vs.                                   1:18-cv-00719-CCR

9      **CITY OF BUFFALO, N.Y.,  et al.,**

10                                 Defendants.

11     - - - - - - - - - - - - - - - - - - - - - - - - - - -

12            **ORAL EXAMINATION OF KEVIN BRINKWORTH**

13                 **APPEARING REMOTELY FROM**

14                   **BUFFALO, NEW YORK**

15

16               Wednesday, March 16, 2022

17               9:08 a.m. - 4:43 p.m.

18               pursuant to notice

19

20

21     REPORTED BY:

22     Luanne K. Howe

23     APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO

1                    R E M O T E   A P P E A R A N C E S

2

3    APPEARING FOR THE PLAINTIFFS:

4        **NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
         **BY:   CLAUDIA WILNER, ESQ.**
5        275 Seventh Avenue, Suite 1506
         New York, New York   10001
6        212-633-6967

7    APPEARING FOR THE DEFENDANTS:

8        **CITY OF BUFFALO LAW DEPARTMENT**
         **BY:   CHRIS POOLE, ESQ.**
9        **ASSISTANT CORPORATION COUNSEL**
         1100 City Hall
10       65 Niagara Square
         Buffalo, New York   14202
11       716-851-4343

12   ALSO PRESENT:

13       **CHRISTINE NELSON, ESQ.**
         Covington & Burling LLP

14

15

16

17

18

19

20

21

22

23

1    Q    And how long was that?

2    A    Two years approximately, about two years.

3    Q    Okay.  And before that?

4    A    I was a detective in the Special Frauds Division.

5    Q    And how long was that?

6    A    A year.

7    Q    And what caused you to go from detective to patrol

8         officer?

9    A    There was -- they got a budget crunch and several of

10        us were reverted back to that position.

11   Q    Prior to being detective, were you a patrol officer?

12   A    Yes.

13   Q    And what district were you in?

14   A    B District.

15   Q    Okay.  And how long did you hold that position?

16   A    Thirteen years approximately.

17   Q    And was that your first position within the BPD?

18   A    Initially I was in B District -- Precinct 3.  And

19        then they went to the district system, so it was

20        subsumed into B District, so it was the same place.

21   Q    Okay.  Now, when you were working as a lieutenant in

22        the A District, did you and officers under your

23        command respond to traffic accidents?

```
 1    A    Yes.

 2    Q    Did you respond to DUIs?

 3    A    Yes.

 4    Q    Were you aware of drug trafficking that was occurring

 5         in the A District?

 6    A    Yes.

 7    Q    And were you aware of illegal weapons possession that

 8         occurred in the A District?

 9    A    There were -- I can't say with any certainty

10         regarding guns.

11    Q    And what about gang activity in the A District?

12    A    Yes.

13    Q    When you were chief, how much of your time was spent

14         on the Schools versus the Strike Force and the

15         Housing Unit?

16    A    I would say probably 95 percent.

17    Q    95 percent was?

18    A    With the Schools.  That was my primary focus.

19                    MS. WILNER:  And I just want to look at

20              a quick exhibit to test this out.  I hope

21              that it works.  And I'm -- can we go off the

22              record for a second?

23              (Discussion held off the record.)
```

```
 1   A    My role as chief was limited.

 2   Q    Looking at the bullet points, about halfway down the

 3        list, it says, "Strike Force will perform daily

 4        Traffic interdictions."

 5   A    Yes.

 6   Q    What does "interdictions" mean?

 7   A    It means making -- essentially making contact with

 8        people.

 9   Q    And how did performing traffic interdictions help the

10        Strike Force to fulfill its mission?

11   A    Well, they would set up the roadblocks, and

12        hopefully, they would run the traffic corners and

13        check cars as they went through.  Occasionally, they

14        would write a summons.

15            And sometimes from the information they got from

16        the licenses, they might be able to make a warrant

17        arrest.  You know, there might be some outstanding

18        warrants out there for people.

19   Q    And so how did running the roadblocks in particular

20        help the Strike Force to fulfill its mission?

21   A    By sometimes making arrests that resulted from the

22        traffic stops.

23   Q    Moving a little further down in the document, it
```

```
 1                 And my question for you, Mr. Brinkworth, was
 2          whether you're familiar with these maps.
 3    A     I have seen them, yes.
 4    Q     Were these maps that you worked with regularly in
 5          your role as chief?
 6    A     No.
 7    Q     Were you personally involved in directing Strike
 8          Force patrol locations?
 9    A     No.
10    Q     Do you know what went into setting Strike Force
11          patrol locations?
12    A     I don't.
13    Q     Were you aware on a daily basis of where the Strike
14          Force was patrolling?
15    A     No.
16    Q     Were you aware that the Strike Force patrolled mostly
17          in Black neighborhoods on the east side of Buffalo?
18    A     I knew there was a concentration on the east side,
19          yes.
20    Q     And how did you know that there was a concentration
21          on the east side?
22    A     I would receive reports at the end -- maybe I was
23          told they were there.  I'm not certain, but I knew
```

```
 1           that there was a concentration.
 2   Q   Would you say that it was common knowledge within the
 3       BPD that the Strike Force was concentrated on the
 4       east side of Buffalo?
 5                    MR. POOLE:  Form.
 6   A   Yes.
 7   Q   Was that something that concerned you?
 8   A   No, because there was some high crime areas.
 9   Q   Are you familiar with COMPSTAT?
10   A   Yes.
11   Q   What was COMPSTAT?
12   A   It was a monthly reporting.  We would meet monthly;
13       all the chiefs and division heads would meet monthly.
14       It was kind of an information sharing process to talk
15       about trends that might be happening in districts or
16       throughout the city.
17   Q   You would typically attend COMPSTAT meetings?
18   A   Yes.
19   Q   Along with the other chiefs?
20   A   Yes.
21   Q   Did anybody below the level of chief attend COMPSTAT
22       meetings?
23   A   There would be captains there.  There would be
```

```
 1    A    I have seen it.

 2    Q    Have you read it?

 3    A    I don't recall.  If I did, it was years ago.

 4    Q    Have you heard that the Housing Unit was contracted

 5         to provide above baseline services to the Housing --

 6    A    Yes.

 7    Q    Can you explain what "above baseline" means?

 8    A    Baseline would be regular patrol services.

 9         Baseline -- above baseline would be essentially a

10         detail, the way I understand it, the detail in the

11         specific areas.  So you're specifically detailed --

12         rather than generalized patrol in an area, that's

13         your specific detail to those sites.

14    Q    Would you agree that the primary mission of the

15         Housing Unit was drug interdiction and preventing

16         crime within the MHA housing?

17                        MR. POOLE:  Form.

18    A    I would say create a presence and to hopefully

19         prevent crime, yeah.

20    Q    Was another primary mission to communicate with

21         residents and respond to resident calls for service?

22    A    Resident groups would provide information, or if they

23         had issues or complaints, they would direct them to
```

```
 1    Q    Does writing traffic violations further the mission
 2         of preventing criminal activity within the MHA
 3         buildings?
 4    A    Well, if you make a car stop and you're creating a
 5         presence out there, people are seeing you, but you're
 6         also making these stops.  And again, if there's
 7         somebody with a warrant in there, you make a
 8         presence, you make your presence, and maybe people
 9         avoid the area.  Maybe the bad guys avoid the area.
10    Q    How about actually issuing the tickets as opposed to
11         just making the stop, does actually issuing the
12         tickets assist with the law enforcement mission?
13    A    Sure, yes.
14    Q    And can you explain why?
15    A    Well, you're enforcing the vehicle and traffic law,
16         which is law enforcement.
17    Q    And how about impounding vehicles, does that further
18         the goal of preventing criminal activity in and
19         around Housing Authority buildings?
20    A    Well, it can also be a safety issue.  But again,
21         they're enforcing vehicle and traffic laws.  If
22         you're taking those vehicles off, the person's not --
23         if the car is not registered, he shouldn't be
```

```
 1   Q    So this is an email that you sent to Commissioner
 2        Derenda on December 12, 2012?
 3   A    I guess, yes.
 4   Q    And the text of the email says, "Roadblock at Bailey
 5        and Berkshire tonight.  In response to recent
 6        homicides"?
 7   A    Yes.
 8   Q    Why did you choose to run a roadblock in response to
 9        recent homicides?
10              MR. POOLE:  Form.
11   A    I don't recall.
12   Q    In what way would a roadblock address recent
13        homicides?
14   A    It might be a presence, police presence in the area.
15   Q    The vast majority of people passing through the
16        roadblock would have nothing to do with the
17        homicides, right?
18              MR. POOLE:  Form.
19   A    Yes.
20   Q    It could be that not a single person passing through
21        the roadblock would have been involved in a homicide,
22        correct?
23              MR. POOLE:  Form, as we're speculating.
```

```
 1    A     Yes.

 2    Q     Did you think it was appropriate to subject those

 3          citizens to suspicionless stops as a response to

 4          recent homicides?

 5    A     I'm not sure.  Could you repeat that, please?

 6                    MS. WILNER:  Actually, could I ask you

 7              to read back the question?

 8              (Record read by reporter.)

 9    A     I don't think the intent was to cause anybody any

10          issues with that.  It was created -- I don't know why

11          it was there.  I don't know why it was there.

12    Q     But you said that the roadblock would be run there in

13          response to homicides.  Wasn't that a decision that

14          you made?

15                    MR. POOLE:  Form.

16    A     I don't necessarily know that I made that.  I might

17          have been told that.  I had very little input into

18          the actual locations.

19    Q     Do you believe that the Fourth Amendment permits the

20          BPD to subject ordinary citizens of Buffalo to

21          suspicionless stops in response to recent homicides?

22                    MR. POOLE:  Form.  It's a legal

23              conclusion.
```

 1    Q    I will introduce as Brinkworth 9 an email chain

 2         between Patrick Roberts, Commissioner Derenda, and

 3         you were involved further down in the chain.  The

 4         document is identified as COB039610.  And I'm going

 5         to start with the email at the bottom of the chain.

 6         I'll blow it up a little bit.  Is it true that

 7         Patrick Roberts was the captain of the Housing Unit

 8         and Strike Force at this time?

 9    A    Yeah, he was the captain of the Strike Force.

10    Q    And the email is dated May 28, 2014, and it's titled

11         "Plan for Enforcement."  Go ahead and read it and let

12         me know when you're ready for the next page.

13    A    Okay.  Okay.

14    Q    So in this email, Captain Roberts is referencing

15         several acts of recent violence, and he says that he

16         wants to get out in front of increased instances of

17         violent crimes as the weather warms, right?

18    A    Yes.

19    Q    And he's requesting a Strike Force overtime detail.

20         He says "we would be able to show a strong, visible

21         presence in selected areas where some of the more

22         violent crimes have occurred.  I would be willing to

23         speak with the District Chiefs to see where we could

1      be most useful, and use that as a guide as to where

2      to conduct multiple checkpoints as well as an overall

3      saturation of the effected areas."

4              So what would be the purpose of conducting

5      multiple checkpoints?

6  A   Again, presence in the area, to see that Strike Force

7      is out in the area.

8  Q   Isn't it specifically to address violent crime?

9  A   That -- yeah, that seems to be the purpose from this.

10 Q   And the locations are going to be based on law

11     enforcement information provided by district chiefs,

12     right?

13 A   Some of it, yes.

14 Q   And it's part of an overall proactive policing

15     strategy?

16 A   Yes.

17 Q   Looking up to the email from the commissioner, he

18     approved this plan, right?

19 A   Yes.

20 Q   And Captain Roberts didn't mention anything about

21     traffic safety in this email, did he?

22 A   It appears not.

23 Q   I'll introduce as Brinkworth 10 a document that says

```
 1                         I apologize, but I have to take a call

 2                    from a court very quickly.  We're very low

 3                    staffed right now, so I'll be back in a

 4                    minute or two.  I apologize.

 5                         MS. WILNER:  Okay.  We can go off the

 6                    record.

 7               (Discussion held off the record.)

 8          BY MS. WILNER:

 9     Q    So I believe we're on Brinkworth 12, and it's an

10          email exchange between you and Kimberly Beaty.  Was

11          she the DPC for administration at this time?

12     A    I'm not sure which position she was in.

13     Q    Okay.  The subject line of the email is "police

14          oversight."  Would this have been related to the

15          Common Council's Police Oversight Committee?

16     A    I'm not sure.

17     Q    I'll direct your attention to paragraph four, and you

18          seem to be providing some information or description

19          of the role of -- or the activities of the Housing

20          Unit.  Would you agree with that?

21                         MR. POOLE:  Form.

22     A    Yes.

23     Q    And you explained that on orders of the commissioner,
```

```
 1              the Housing Unit had been primarily focused on

 2              Shaffer Village and Langfield as of late.  Why was

 3              that?

 4    A         I don't know.

 5    Q         You stated, "The officers proactively, and when

 6              needed, conduct roadblocks, do hall and stairway

 7              sweeps, monitor activity throughout the BMHA camera

 8              system and engage bike patrols.  We also provide

 9              continual patrol, collect information regarding

10              criminal activity and assist property managers when

11              requested," correct?

12    A         Yes.

13    Q         And all these activities are meant to reduce crime in

14              and around BMHA buildings, right?

15    A         Yes.

16    Q         Including the roadblocks?

17    A         Yes.

18    Q         And this email doesn't mention traffic safety, does

19              it?

20    A         No.

21    Q         Now, something that I've heard you talk about today

22              is police presence.  Can you tell me what police

23              presence is?
```

```
 1    A     It's being --

 2                    MR. POOLE:  Form.  Go ahead.

 3    A     It's being visible in designated areas.  It's simply

 4          being there -- the people in the areas know that

 5          we're there.

 6    Q     And what is the benefit of police presence?

 7    A     In the moment, it hopefully reduces crime.

 8    Q     And how would police presence reduce crime?

 9    A     Presumably a person intent on committing a crime

10          wouldn't do it in the presence of a police officer or

11          with the knowledge that a police officer is nearby.

12    Q     And I will introduce as Brinkworth 13 a series of

13          emails between you and Officer Macy.  And they're

14          identified as COB591098.

15    A     Okay.

16    Q     So this is a series of emails dated May 12, 2016.

17          And in this email, Officer Macy is referring to

18          recent shootings at Langfield, correct?

19    A     Yes.

20    Q     And Langfield was a BMHA property?

21    A     Yes.

22    Q     And he is speaking about the specific locations of

23          the shootings, right?
```

1    A    He did refer to them, yes.

2    Q    And then he says, "The lieutenants are aware of this

3         and have had the guys spending more time up there as

4         well check points at locations in the area," correct?

5    A    Yes.

6    Q    So in this case, the Housing Unit was running

7         checkpoints at Langfield in response to shootings,

8         right?

9    A    Yes, yes.

10   Q    And there was a law enforcement purpose for running

11        these checkpoints?

12   A    Yes.

13   Q    And what was that purpose?

14   A    Well, there were ten shootings in the area including

15        a homicide.  Part of it is to -- again, presence,

16        hopefully to prevent more shootings.

17   Q    The email doesn't say anything about traffic safety,

18        does it?

19   A    No.

20   Q    Your response to the email was "to reiterate that we

21        need to be in the area," right?

22   A    Yes.

23   Q    So you approved the running of checkpoints as part of

1          the law enforcement response to these shootings?

2                    MR. POOLE:  Form.

3    A     Apparently, yes.

4    Q     When the Housing Unit ran its own checkpoints without

5          the Strike Force, did it issue directives?

6    A     No.

7    Q     When the Housing Unit and Strike Force officers

8          identified vehicles at checkpoints that were out of

9          compliance with the vehicle traffic law, they issued

10         tickets, right?

11   A     I believe so.

12   Q     And they were directed to issue as many tickets as

13         possible, right?

14                   MR. POOLE:  Form.

15   A     They were directed to issue tickets when necessary.

16   Q     I'm going to go back to Brinkworth 10, which was the

17         Roadblock Directive.

18   A     Okay.

19   Q     And if we look at the instructions for the roadblock,

20         it says, "Act on any and all probable cause resulting

21         from information obtained from the mobile plate

22         reader or from 'plain view' observations."

23   A     Okay.

1   A    I don't recall seeing tow trucks set up there, no.

2   Q    Were K-9 dogs at the roadblocks that you attended?

3   A    Not that I recall.

4   Q    How were the locations for the Strike Force

5        roadblocks determined?

6   A    I don't know.

7                    MR. POOLE:  Pardon me, Claudia.  I

8             apologize.  Can we go off the record for a

9             second?

10                   MS. WILNER:  Sure.

11           (Discussion held off the record.)

12                   MS. WILNER:  Would you be able to just

13            read back the last question and answer so we

14            can remember where we were?

15             (Record read by reporter.)

16       BY MS. WILNER:

17  Q    So who did set the checkpoint locations?

18  A    Originally, it was Derenda.

19  Q    And did there come a time when Derenda stopped

20       setting checkpoint locations?

21  A    There was a point the lieutenants picked up.

22  Q    At the beginning, Derenda would send daily emails

23       with checkpoint locations, right?

```
 1    Q    Would tinted windows ticketing have been related to

 2         gang enforcement priorities?

 3    A    No, not directly, I wouldn't think.

 4    Q    So if it wasn't for gang enforcement, why was it that

 5         so many tinted windows tickets were written?

 6    A    Because it's a violation of the vehicle and traffic

 7         law.

 8    Q    So it was just part of a general focus on issuing

 9         more violations?

10                        MR. POOLE:  Form.

11    A    It was a -- I would -- it was based on writing

12         violations of the V&T law.

13    Q    Do you recall Commissioner Derenda or DPC Lockwood

14         ever asking you to convey to the Strike Force and

15         Housing Unit officers that they should not issue more

16         than one tinted windows ticket per stop?

17    A    I don't recall, no.

18    Q    Did the BPD provide tint meters to Strike Force and

19         Housing Unit officers?

20    A    I don't know if the department issued them.  No, I

21         don't know.

22    Q    I'll mark as Brinkworth 25 a document labeled as

23         COB591650, and this is an email chain between you and
```

```
 1              Captain Serafini from August 21, 2015.
 2    A    Okay.
 3    Q    And does this refresh your memory on whether the BPD
 4         issued tint meters to officers?
 5    A    Well, they're saying -- he's saying that they have
 6         tint meters that were given us by -- he's also saying
 7         that they don't have any.  So it doesn't really
 8         refresh my memory that they had them.
 9    Q    Right.  And just to clarify, he said "we don't have
10         any tint meters that were given to us by the
11         department."
12    A    Right.  So they weren't issued.
13    Q    Right.  A few of the officers had their own tint
14         meters that they purchased themselves?
15    A    Right.
16    Q    How would an officer determine whether the windows on
17         a vehicle are unlawfully tinted without a tint meter?
18    A    I don't know other than just viewing it and making a
19         determination if they're dark, but I don't know.
20    Q    But you would agree that if the law says 70 percent,
21         it could be hard to tell just by looking at it
22         whether it's 70 percent or 69 percent or 71 percent,
23         right?
```

```
 1    A    I would -- yes.

 2    Q    And people in North and South Buffalo also commit

 3         traffic violations?

 4    A    Yes.

 5    Q    And people in North and South Buffalo also possess

 6         drugs?

 7                   MR. POOLE:   Form.

 8    A    I can't say one way or the other that they have drugs

 9         but --

10    Q    Do people in North and South Buffalo possess weapons?

11    A    Again, I can't say with any specificity.

12    Q    Are people in North and South Buffalo also involved

13         with gangs?

14    A    Again, I can't say with any specificity.

15    Q    Well, you were a lieutenant in South Buffalo, right?

16         I mean, you --

17    A    Yes.

18    Q    -- know the A District.  You worked there.

19    A    Yes.

20    Q    Did you see those types of violations with A

21         District?

22    A    I'm sure there were issues with guns, but I can't

23         recall offhand.
```

157

```
 1              pattern, you might be able to preempt some of their
 2              behaviors.
 3     Q        I'll mark as Brinkworth 37 a document identified as
 4              COB053645.  And this is a three-page email chain
 5              regarding a complaint by Delwanda Garland.
 6     A        Okay.
 7     Q        And we can scroll down to the complaint.  I'll let
 8              you read it.  The date of the complaint was
 9              August 27, 2014.
10     A        Okay.
11     Q        And I'll let you finish.
12     A        Okay.
13     Q        So looking at this complaint, do you agree that Ms.
14              Garland was initially stopped without any
15              individualized suspicion as part of the process of
16              going through the checkpoint?
17                      MR. POOLE:  Form.
18     A        It sounds like she went through a checkpoint.
19     Q        Correct.  And I'm just -- I'm hoping that this is not
20              a controversial point, but everybody who goes --
21              passes through a checkpoint is stopped, right?
22              They're under the --
23     A        Yes.
```

158

```
 1   Q    Yes.  And they're stopped without any individualized
 2        suspicion of wrongdoing?
 3   A    Correct.
 4   Q    But --
 5                   MR. POOLE:  Form again.  Sorry.
 6   Q    In order to pull a driver over for a secondary stop,
 7        the officer would have to have probable cause that
 8        the driver had committed a crime or a traffic
 9        violation, right?
10   A    Yes.  But in this instance, it appears that she was
11        not cooperating.  She said her vehicle information
12        were all correct, so if I'm reading this correctly,
13        she didn't provide that.
14   Q    Are people driving in vehicles ordinarily required to
15        stop and be stopped and answer questions from
16        officers when they haven't committed any traffic
17        violations?
18                   MR. POOLE:  Form.
19   A    Well, this was a traffic checkpoint, so all the cars,
20        all the officers -- all the motorists were stopped.
21   Q    And so it's your testimony that when people are
22        passing through a checkpoint, if an officer wants to
23        pull them over to ask them more questions, that the
```

```
 1   STATE OF OHIO        )

 2   COUNTY OF CUYAHOGA   )

 3           I, Luanne K. Howe, Notary Public, in and for the

 4   County of Cuyahoga, State of Ohio, do hereby certify:

 5           That the witness whose testimony appears

 6   hereinbefore was, before the commencement of his testimony,

 7   duly sworn to testify the truth, the whole truth and nothing

 8   but the truth; that said testimony was taken remotely

 9   pursuant to notice at the time and place as herein set

10   forth; that said testimony was taken down by me and

11   thereafter transcribed into typewriting, and I hereby

12   certify the foregoing transcript is a full, true and correct

13   transcription of my shorthand notes so taken.

14           I further certify that I am neither counsel for

15   nor related to any party to said action, nor in any way

16   interested in the outcome thereof.

17           IN WITNESS WHEREOF, I have hereunto subscribed my

18   name and affixed my seal this 22nd day of March, 2022.

19

20                     Luanne K. Howe

21                     Luanne K. Howe
                       Notary Public - State of Ohio

22                     My commission expires 10-07-24

23
```