# EXHIBIT 5

| | |
|---|---|
| From: | DeGeorge,Michael J. |
| Sent: | 9/5/2017 1:45:07 PM |
| To: | dderenda@bpdny.org; jdrinaldo@bpdny.org |
| Subject: | Fwd: Press Advisory: BLM-Buffalo Press Conf. Today, 4:00: Request for AG Investigation into the BPD, Lawsuit |

COB209694

0001                                                                 COB209694

```
Sent via the Samsung GALAXY S® 5, an AT&T 4G LTE smartphone
-------- Original message --------
From: mjdegeorge@bpdny.org
Date: 09/05/2017 9:44 AM (GMT-05:00)
To: "DeGeorge,Michael J." <mdegeorge@ch.ci.buffalo.ny.us>
Subject: FW: Press Advisory: BLM-Buffalo Press Conf. Today, 4:00: Request for AG
Investigation into the BPD, Lawsuit
Sent from IBM Verse
Becker, Maki --- FW: Press Advisory: BLM-Buffalo Press Conf. Today, 4:00:
Request for AG Investigation into the BPD, Lawsuit ---
From: "Becker, Maki" <MBecker@buffnews.com>
To: mjdegeorge@bpdny.org
Date: Tue, Sep 5, 2017 9:35 AM
Subject: FW: Press Advisory: BLM-Buffalo Press Conf. Today, 4:00: Request for AG
Investigation into the BPD, Lawsuit
_____
Hi Mike. This group has announced its filing a lawsuit against the BPD. Wanted
to give City Hall a chance to comment.
From: Anjana Malhotra [mailto:anjana.malhotra@gmail.com]
Sent: Tuesday, September 05, 2017 8:15 AM
To: Anjana Malhotra; Parker MacKay; Claudia W; John Washington; Acour Dour;
Brenda Miller
Subject: Press Advisory: BLM-Buffalo Press Conf. Today, 4:00: Request for AG
Investigation into the BPD, Lawsuit
PRESS ADVISORY
September 5, 2017
Civil rights and Community Coalition to Hold Press Conference To Announce
Lawsuit and Request that the NYS Attorney General Investigate the Buffalo Police
Department for Systematic Unconstitutional Searches and Seizures Based on Joint
SUNY Buffalo and Cornell Law School Study
BUFFALO: Black Lives Matter-Buffalo will be joined by attorneys and a community
coalition today, Tuesday, September 5 at 4:00 p.m. outside of City Hall in
Buffalo to announce the filing of a lawsuit and a letter requesting that the
Attorney General investigate the Buffalo Police Department, based on a two year
study by faculty and students at SUNY Buffalo and Cornell Law Schools finding a
widespread pattern of unconstitutional policing disproportionately targeting
Buffalo's minority residents. The coalition will release the findings from the
study, Authority Without Accountability, and also announce a related federal
lawsuit against the City of Buffalo and a BPD officer challenging
unconstitutional retaliation.
The letter, sent to the Attorney General on August 31, 2017 states: "the Buffalo
Police Department ("BPD") has engaged in a repeated, persistent and widespread
pattern of unconstitutional policing, one which has specifically and
disproportionately targeted people of color. These tactics, directed in
predominantly minority areas, have unnecessarily funneled thousands into the
criminal justice system." The letter further states "the City and all oversight
agencies have abdicated their responsibilities to hold individual officers
accountable for systematic misconduct, thereby allowing habitual offenders to
stay on the police force without sanction." The report, based on two years of
research by faculty and students at SUNY Buffalo and Cornell Law Schools, will
reveal the startling patterns of the BPD's systematic illegal policing tactics
in minority communities since the City adopted a racially targeted "Zero
Tolerance" Campaign in 2006, which the City intensified in 2012-2013 following
the announcement of the Buffalo Billion. The report documents the heavy economic
and social costs of these illegal policing tactics, and how they have critically
undermined trust in and compromised the legitimacy of the BPD, while endangering
the lives of Buffalo's residents of color.
The coalition, the plaintiff, and their attorneys will also be announcing a
lawsuit against the City of Buffalo and a John Doe individual police officers
for illegally retaliating against a woman of color who gave a TV interview
critiquing the BPD's checkpoints. The civil rights lawsuit is being filed today
in the Western District of New York District Court and seeks money damages for
violating the plaintiffs' First Amendment rights. The BPD's illegal retaliatory
conduct, which will be described in full at today's press conference by the
plaintiff and her attorneys, is unfortunately not isolated, and has created a
chilling effect on political speech critical of these BPD policies during an
election season.
WHAT: Press conference to announce the filing of a complaint with the New York
Attorney General Civil Rights Division to exercise its authority to investigate
the BPD and report by SUNY Buffalo and Cornell Law School faculty and students
documenting widespread unconstitutional policing tactics targeting minority
communities; and a related federal civil rights law suit challenging the BPD's
retaliation for protected speech critical of the BPD's suspicionless checkpoint
program.
WHERE: Buffalo City Hall, 65 Niagara Square, Buffalo, New York
WHO: Anjana Malhotra, co-author of the SUNY Buffalo and Cornell Law study and
Parker MacKay, Civil Rights attorney representing Black Lives Matter-Buffalo,
John Washington, Acour Dour, Brenda Miller and other representatives from Black
Lives Matter-Buffalo.
CONTACT: Anjana Malhotra, 917-583-5849;
anjana.malhotra@gmail.com<mailto:anjana.malhotra@gmail.com>
--
Anjana Malhotra
Associate Professor of Law
```

Associate Professor of Law
SUNY Buffalo Law School
518 O'Brian Hall, North Campus
Buffalo, NY 14260-1100
email: anjana.malhotra@gmail.com<mailto:anjana.malhotra@gmail.com>
Phone: 917-583-5849
**
This message and its contents are confidential. If you received this message in error, do not use or rely upon it. Instead, please inform the sender and then delete it. Thank you.



- Press Advisory.BPD AG Complaint and Lawsuit.pdf