# EXHIBIT 6

```
 1        UNITED STATES DISTRICT COURT

 2        WESTERN DISTRICT OF NEW YORK

 3        ----------------------------------------------

 4        BLACK LOVE RESISTS IN THE RUST, ET AL.,
          INDIVIDUALLY AND ON BEHALF OF A CLASS OF
 5        ALL OTHERS SIMILARLY SITUATED,

 6              Plaintiffs,

 7         -vs-                    1:18-cv-00719-CCR

 8        CITY OF BUFFALO, N.Y., ET AL.,

 9              Defendants.
10        ----------------------------------------------

11

12              EXAMINATION BEFORE TRIAL

13               OF MAYOR BYRON BROWN

14              APPEARING REMOTELY FROM

15               ERIE COUNTY, NEW YORK

16

17                November 6th, 2023

18                At 9:00 a.m.

19                Pursuant to notice

20

21

22        REPORTED BY:

23        Rebecca L. DiBello, RPR, CSR(NY)
```

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
1        R E M O T E    A P P E A R A N C E S

2

         APPEARING FOR THE PLAINTIFFS, BLACK LOVE
3        RESISTS IN THE RUST, ET AL., INDIVIDUALLY AND
         ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY
4        SITUATED:

5                    CENTER FOR CONSTITUTIONAL RIGHTS
                     BY: A. CHINYERE EZIE, ESQ.
6                    666 Broadway, 7th Floor
                     New York, New York 10012
7                    (212) 614-6464

8        APPEARING FOR THE DEFENDANTS, CITY OF BUFFALO,
         N.Y., et al.:
9

                     HODGSON RUSS LLP
10                   BY: PETER SAHASRABUDE, ESQ.,
                     140 Pearl Street
11                   Buffalo, New York 14202
                     (716) 848-1508
12

13

14       ALSO PRESENT:

15                   National Center for Law
                     and Economic Justice
16                       CLAUDIA WILNER, ESQ.
                         MAYA GOLDMAN, ESQ.
17                       ANJANA MOLHOTRA, ESQ.
                         SHYENNE MEDINA, ESQ.
18
                     Covington & Burling, LLP
19                       CHRISTINE NELSON, ESQ.

20                   Center for Constitional
                     Rights
21                       MIKAILA HERNANDEZ, ESQ.

22

23
```

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

------ MAYOR BYRON BROWN ------

```
 1           approximately a half an hour.
 2    Q.  Okay.  And when did that meeting take place?
 3    A.  Last week.
 4    Q.  Have you reviewed any documents or materials
 5           to prepare for this deposition?
 6    A.  I read the complaint.
 7    Q.  By complaint you mean the complaint in this
 8           matter, captioned Franklin v Buffalo, New
 9           York?
10    A.  Yes.
11    Q.  And did you discuss today's deposition with
12           anybody other than your attorney?
13    A.  No, I did not.
14    Q.  You're currently the Mayor of the City of
15           Buffalo?
16    A.  Yes, I am.
17    Q.  You first took office in 2006 I believe?
18    A.  Yes, I did.
19    Q.  What term is this as far as your service as
20           mayor?
21    A.  This is the fifth four-year term.
22    Q.  Okay.  Are you planning to seek another?
23           MR. SAHASRABUDHE:  Objection to form.
```

─ **MAYOR BYRON BROWN** ─

1    A. I was born and raised in New York City, came

2       to Buffalo at 17 to attend college.

3    Q. Okay.  Have you resided in Buffalo since the

4       age of 17?

5    A. I have resided in Buffalo since the age of 17.

6    Q. As far as Buffalo is concerned, would you

7       agree that it's a racially designated city?

8           MR. SAHASRABUDHE:  Object to the form.

9       You can answer.

10   A. I think there is segregation in the City of

11      Buffalo.

12   Q. How would you describe the patterns of

13      segregation that you've observed?

14          MR. SAHASRABUDHE:  Objection to form.

15      You can answer.

16   A. Well, the segregation that is evident in

17      Buffalo is decades and decades old.

18   Q. Would you agree that as a result of that

19      segregation South Buffalo is a majority White

20      neighborhood?

21          MR. SAHASRABUDHE:  Objection to form.

22      You can answer.

23   A. Yes.  I would agree that South Buffalo is a

─ **DEPAOLO CROSBY REPORTING SERVICES, INC.** ─

─────────────── MAYOR BYRON BROWN ───────────────

1        majority White neighborhood.

2    Q.  And would you agree that the East Side of

3        Buffalo is a majority Black neighborhood?

4            MR. SAHASRABUDHE:  Objection to form.

5    A.  I would agree that the East Side of Buffalo is

6        a majority Black neighborhood.

7    Q.  What forces have contributed to racial

8        segregation in Buffalo during your time as

9        mayor?

10           MR. SAHASRABUDHE:  Objection to form.

11       You can answer.

12   A.  I don't know if the forces that have

13       contributed to racial segregation occurred

14       during my time as mayor.  As I indicated,

15       those forces are decades old.  Bank redlining,

16       objections to desegregation of schools back in

17       the 70s, so a number of things that

18       contributed to segregation, decades and

19       decades before I came mayor.

20   Q.  Would you agree that the trend of segregation

21       nonetheless persists to this day?

22           MR. SAHASRABUDHE:  Objection to form.

23   A.  What is the last part of your question?  That

─────────── **DEPAOLO CROSBY REPORTING SERVICES, INC.** ───────────

---
MAYOR BYRON BROWN
---

1        the trends what?

2   Q.  Persist to this day?

3            MR. SAHASRABUDHE:  Objection to form.

4   A.  There is still a presence of segregation in

5        the City to this day.

6   Q.  Buffalo also has public housing, correct?

7   A.  Yes, it does.

8   Q.  And that's housing that administered by the

9        Buffalo Municipal Housing Authority or BMHA?

10  A.  That's correct.

11  Q.  And BMHA housing is income restricted?

12  A.  Yes, it is.

13  Q.  So you have to be living in poverty to be

14       eligible?

15           MR. SAHASRABUDHE:  Objection to form.

16  A.  You have to be low income generally to live in

17       Buffalo municipal housing.

18  Q.  Okay.  And residents of BMHA properties are

19       predominantly racial minorities in Buffalo,

20       correct?

21           MR. SAHASRABUDHE:  Objection to form.

22  A.  That's correct.

23  Q.  I'd like to turn to your duties as mayor.  How

─────────────── **MAYOR BYRON BROWN** ───────────────

1          would you describe your chief

2          responsibilities?

3     A.   My chief responsibilities are to prepare the

4          City budget, to manage the various departments

5          of the City of Buffalo and to deliver city

6          services to the residents of the community.

7     Q.   Okay.  Now, we'll get into that momentarily,

8          but as mayor is it fair to say that you're

9          also a policymaking official for Buffalo?

10              MR. SAHASRABUDHE:  Objection to form.

11    A.   It's fair to say that I am a policymaking

12         official.

13    Q.   And what does that mean in your eyes?

14              MR. SAHASRABUDHE:  Objection to form.

15    A.   What that means is developing programs and

16         initiatives that help to deliver services to

17         the residents of the community and to

18         introduce legislation that can be reviewed and

19         approved, passed by the City Council.

20    Q.   Got it.  As mayor are you also able to issue

21         executive orders?

22    A.   Yes, I am.

23    Q.   Are you able to propose new policy?

─────── **DEPAOLO CROSBY REPORTING SERVICES, INC.** ───────
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

MAYOR BYRON BROWN

1    A. Yes, I am.

2    Q. Are you able to approve or veto the City

3       budget?

4    A. Yes, I am.

5    Q. Are you able to defend the City in litigation

6       when the City is sued or officials are sued?

7          MR. SAHASRABUDHE:  Objection to form.

8       Go ahead.

9    A. The City Corporation Counsel is the attorney

10      for the municipal corporation.

11   Q. Do you have a role in lawsuits that are filed

12      against the City as far as, for instance,

13      determining whether a settlement should be

14      approved?

15         MR. SAHASRABUDHE:  Objection to form.

16   A. I do not.

17   Q. Okay.  And in areas like executive orders is

18      there anyone who can veto your decision?

19   A. I have not proposed a lot of executive orders.

20      The executive orders that I have proposed have

21      not been objected to.

22   Q. Okay.  Now, as mayor do you have any

23      responsibilities related to municipal

---MAYOR BYRON BROWN---

1          agencies?

2                MR. SAHASRABUDHE:  Form.

3     A.  I have management responsibilities with

4          municipal agencies.

5     Q.  When you say management authorities what do

6          you mean?

7     A.  So ultimately the mayor is the chief executive

8          officer of the administration of City

9          government and I manage the work of the

10          commissioners that manage the various

11          departments of City government.

12     Q.  Okay.  Does that include the Buffalo Police

13          Department?

14     A.  Yes, it does.

15     Q.  Does it include the Buffalo Traffic Violations

16          Authority or BTVA?

17     A.  Yes, it does.

18     Q.  Does that include the Commission on Citizens

19          Rights and Community Relations?

20     A.  Yes, it does.

21     Q.  Does it include the Buffalo Municipal Housing

22          Authority Commission?

23     A.  No, not directly.  I appoint commissioners to

---DEPAOLO CROSBY REPORTING SERVICES, INC.---

─ MAYOR BYRON BROWN ─

```
 1          the Buffalo Municipal Housing Authority.
 2     Q.  Okay.  So for the BMHA you have the authority
 3          to appoint commissioners, correct?
 4     A.  Yes, that's correct.
 5     Q.  But with respect to the other agencies you
 6          just described, you have broader managerial
 7          powers?
 8               MR. SAHASRABUDHE:  Form.
 9     A.  Yes.  I have management authority over other
10          City departments.
11     Q.  Okay.  And in the case of the Buffalo Police
12          Department, your authority extends beyond
13          merely appointing commissioners?
14               MR. SAHASRABUDHE:  Form.
15     A.  Well, we work to set policy.  I review
16          recommendations from the commissioners.
17     Q.  And that includes the commissioner for the
18          Buffalo Police Department or BPD?
19     A.  That's correct.
20     Q.  Okay.  And does that also include -- do you
21          also have the ability to review policies
22          related to the BTVA?
23     A.  I do.
```

─ **DEPAOLO CROSBY REPORTING SERVICES, INC.** ─
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

---MAYOR BYRON BROWN---

```
 1      Q.  And is there someone from -- to the extent
 2          that the BPD does receive overtime year in and
 3          year out, is there anyone from your office
 4          involved in approving those requests?
 5      A.  That would be reviewed by the police
 6          commissioner and the police commissioner's
 7          management staff and there would be review by
 8          the finance commissioner and the Department of
 9          Finance.
10      Q.  Okay.  So the mayor's office is not involved
11          in administering overtime requests?
12      A.  No.
13      Q.  Do you have the ability to veto or disapprove
14          overtime requests by the Department?
15      A.  I do not.
16      Q.  Are you able to issue executive orders to the
17          Buffalo Police Department?
18              MR. SAHASRABUDHE:  Form.
19      A.  I could issue executive orders for the police
20          department.
21      Q.  Okay.  Are there any instances where you have?
22              MR. SAHASRABUDHE:  Form.
23      A.  Not that I recall at this time.
```

---DEPAOLO CROSBY REPORTING SERVICES, INC.---

—MAYOR BYRON BROWN—

1    Q. Are you able to issue directives short of

2       executive orders?

3    A. Am I able to issue directives?

4    Q. Yes.

5    A. Well, I certainly am able to speak to the

6       police commissioner and share concerns with

7       the commissioner, absolutely.

8    Q. Okay.  Can you instruct the commissioner to

9       engage in certain police activities?

10          MR. SAHASRABUDHE:  Form.

11   A. I generally do not direct the police

12      commissioner to engage in different police

13      activities.

14   Q. Is that an ability that you have, however?

15          MR. SAHASRABUDHE:  Form.

16   A. It is not the way I manage, so I would say no.

17   Q. Is there anything that restricts you from

18      issuing directives to the Department

19      commissioners?

20          MR. SAHASRABUDHE:  Form.

21   A. So the police commissioner and the management

22      staff of the police commissioners are public

23      safety professionals trained in providing

─────────────── **MAYOR BYRON BROWN** ───────────────

1          public safety, so I do not issue directives to

2          the police commissioner in that way.

3      Q.  So you referred to a managerial style just a

4          minute ago with respect to the BPD.  Do you

5          recall that?

6      A.  Yes, I do.

7      Q.  So is your managerial style to defer to the

8          BPD commissioner when it comes to the

9          decisions about police activity?

10             MR. SAHASRABUDHE:  Form.

11     A.  I, of course, listen to the recommendations of

12         the police commissioner and the commissioner's

13         management staff.

14     Q.  Can you think of an instance where you have

15         disapproved any decisions that a police

16         commissioner has made?

17             MR. SAHASRABUDHE:  Form.

18     A.  I would not take the position of disapproving.

19         I would look over proposals, I would go over

20         situations, offer my concerns or

21         recommendations for the concerns of the

22         community and then the commissioner and the

23         commissioner's management team would make

─────────── **DEPAOLO CROSBY REPORTING SERVICES, INC.** ───────────

---MAYOR BYRON BROWN---

1      decisions.

2   Q.  How many police commissioners have there been

3       over the BPD during your time as mayor?

4   A.  I believe that answer would be four.

5   Q.  Can you remind us of their names?

6   A.  H. McCarthy Gibson, Daniel Derenda, Byron

7       Lockwood and Joseph Gramaglia.

8   Q.  Were you responsible for appointing each of

9       those individuals to their position as

10      commissioner?

11  A.  Yes.

12  Q.  And how did you determine each of those

13      individuals qualified to serve as commissioner

14      for the BPD?

15          MR. SAHASRABUDHE:  Objection to form.

16  A.  Interviews, reviewing resumes, reviewing

17      experience and training in law enforcement.

18  Q.  In the case of Commissioner Derenda, Lockwood

19      and Gramaglia, did you perform reference

20      checks?

21          MR. SAHASRABUDHE:  Objection to form.

22  A.  All of those individuals had long tenures in

23      the police department spanning several

---

---

**MAYOR BYRON BROWN**

1           Diversity, Equity and Inclusion.  We have

2           bulletins that go out to officers.  Officers

3           go through trainings.  It is clear in this

4           administration and in this department that

5           racially derogatory language, racial slurs,

6           racial discrimination is not tolerated.

7     Q.  So since it's not tolerated, what steps did

8           you take after November, 2022 when this

9           reporting came out to verify whether the use

10          of the "N" word was widespread within the BPD?

11               MR. SAHASRABUDHE:  Objection to form.

12    Q.  If any.

13    A.  So steps would be taken well before 2022,

14          during 2022, after 2023 to investigate any

15          complaint that was brought to Internal Affairs

16          of racially derogatory language.  If someone

17          actually formally filed a complaint it would

18          be investigated.

19    Q.  So absent a complaint being filed by a

20          civilian, your office doesn't undertake

21          investigations of the BPD?

22               MR. SAHASRABUDHE:  Objection to form.

23    A.  Yes.  My office is not in the routine practice

---

**DEPAOLO CROSBY REPORTING SERVICES, INC.**

─────MAYOR BYRON BROWN─────

1          of investigating BPD.  We have increased the

2          places, the ways that the public can file

3          complaints to feel comfortable.  I understand

4          it can be very intimidating for someone to

5          file a complaint against a police officer.

6               We have increased the number of ways

7          that complaints can be filed and we have on

8          numerous occasions urged the community that if

9          there are problems, if there are complaints,

10         to formally file a complaint, so this is -- so

11         changes in the process are not new.  The

12         training for officers is not new.  The

13         language by commissioners and management that

14         this behavior will not be tolerated is not

15         new, so a variety of different things have

16         been done on an ongoing basis and are still

17         being done to this day.

18    Q.  Okay.  Now, is your testimony that as mayor

19         you have no responsibility to ensure that BPD

20         personnel obey the law?

21               MR. SAHASRABUDHE:  Objection to form.

22    A.  I want BPD personnel and all personnel in the

23         City of Buffalo to obey the law.

─────**DEPAOLO CROSBY REPORTING SERVICES, INC.**─────

135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

---

MAYOR BYRON BROWN

1    Q. Okay.  And I'm sorry.  As for the meetings
2       themselves, are they -- do they have a
3       particular title or subject like City Stat,
4       something else?
5    A. No.  That wouldn't be City Stat.  That would
6       be a departmental meeting with the Buffalo
7       Police Department.
8    Q. When those meetings take place are there notes
9       taken?
10          MR. SAHASRABUDHE:  Objection to form.
11   A. Generally there are not notes that are taken,
12      no.
13   Q. In your communications with Commissioners
14      Derenda, Lockwood and Gramaglia as mayor, are
15      you informed about police initiatives that the
16      BPD are engaged in?
17   A. Yes, I am.
18   Q. Are you informed about the BPD's strategies
19      for fighting crime?
20   A. Yes, I am.
21   Q. Are there any recurring topics of discussion?
22   A. Crime statistics.  Sometimes complaints.
23   Q. Complaints by members of the community?

---

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

─────MAYOR BYRON BROWN─────

1              being taken completely off guard about

2              something that Commissioner Derenda, Lockwood

3              or Gramaglia were doing that affected the BPD

4              because you were never informed?

5                   MR. SAHASRABUDHE:  Objection to form.

6       A.  I would say that there were not those

7              instances.

8       Q.  So generally speaking, Commissioners Derenda,

9              Lockwood and Gramaglia kept you well-informed

10             about the BPD's activities?

11      A.  That is correct.

12      Q.  During their tenure as commissioners was there

13             anything that Commissioners Derenda, Lockwood

14             or Gramaglia did with respect to the BPD that

15             you strongly disagreed with?

16                  MR. SAHASRABUDHE:  Objection to form.

17      A.  No.  There were not instances of the

18             management of Commissioners Derenda, Lockwood

19             and Gramaglia that I strongly disagreed with.

20      Q.  As mayor have you approved of the policing

21             decisions that Commissioners Derenda, Lockwood

22             and Gramaglia have made in the City of

23             Buffalo?

─────DEPAOLO CROSBY REPORTING SERVICES, INC.─────
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

─────── MAYOR BYRON BROWN ───────

1              MR. SAHASRABUDHE:  Objection to form.

2     A. I think those commissioners have made good

3        policing decisions based on the needs of this

4        community.

5     Q. There's nothing that you've instructed them to

6        discontinue, for instance?

7              MR. SAHASRABUDHE:  Form.

8     A. Again, the commissioners would talk about

9        police strategies and tactics.  I'd give my

10       recommendations, my insight, but those

11       decisions would be made by the commissioners.

12    Q. So there's nothing with respect to police

13       initiatives under Commissioners Derenda,

14       Lockwood or Gramaglia that you had recommended

15       be discontinued or concerns you have?

16             MR. SAHASRABUDHE:  Objection to form.

17    A. Again, I would look at police initiatives,

18       strategy, tactics.  I would give my thoughts,

19       my ideas, my concerns, my praise and in some

20       instances, but certainly would leave it to the

21       commissioners to make the final determination,

22       recommendation on the discontinuance of any

23       policing initiative knowing that periodically

─────── **DEPAOLO CROSBY REPORTING SERVICES, INC.** ───────
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

──────────── MAYOR BYRON BROWN ────────────

```
 1          policing strategy and tactics are varied in

 2          our department.

 3     Q.   Okay.  But with respect to initiatives,

 4          policing initiatives that Commissioners

 5          Derenda, Lockwood and Gramaglia engaged in as

 6          commissioner, you reviewed and approved their

 7          decisions ultimately?

 8               MR. SAHASRABUDHE:  Form.

 9     A.   The commissioners manage the Department.  And

10          I don't try to insert myself into the

11          decisions of the various commissioners.  We

12          talk about those decisions.  They explain

13          those decisions to me.  I give feedbacks,

14          concerns and recommendations, but ultimately

15          the management of our various departments is

16          the responsibility of the commissioners.

17     Q.   How do you reconcile that approach with your

18          duty as mayor to ensure that city officials

19          follow the law?

20               MR. SAHASRABUDHE:  Objection to form.

21     A.   I think that by meeting frequently with

22          commissioners and discussing the goals,

23          mission and objectives of our government that
```

**DEPAOLO CROSBY REPORTING SERVICES, INC.**

─────────── MAYOR BYRON BROWN ───────────

1           is a way of doing that.  By them reporting out

2           the activities of their departments and the

3           priorities of their departments in line with

4           the goals, mission and objectives of the

5           government overall, that is a way of providing

6           oversight, of providing guidance and to some

7           degree monitoring the actions and activities

8           of our commissioners.

9    Q.  You agree that as mayor you have a role to

10          monitor the activities of the BPD

11          commissioners?

12               MR. SAHASRABUDHE:  Objection to form.

13   A.  Again, my management role extends to every

14          commissioner including the BPD commissioner

15          and I take that role very seriously and meet

16          frequently with our commissioners.

17   Q.  And so when -- given the extent to which you

18          collaborate when the BPD commissioners ask

19          it's with the approval of your office.  Is

20          that fair?

21               MR. SAHASRABUDHE:  Objection to form.

22   A.  Major policy decisions that BPD commissioners

23          are making, I am aware of those decisions.

─────────── DEPAOLO CROSBY REPORTING SERVICES, INC. ───────────
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

─────────────────── MAYOR BYRON BROWN ───────────────────

1    Q. Okay.  Mayor Brown, are you familiar with a
2       BPD unit that was called the Strike Force?
3    A. Yes, I am.
4    Q. Was that a major policy decision of the BPD,
5       the creation of the Strike Force?
6    A. Yes, it was.  I think clearly the police
7       department was trying to respond to vehicle
8       and traffic complaints of residents and that
9       was the impetus for the establishment of that
10      unit.
11   Q. Your testimony today is that the impetus for
12      the establishment of the Strike Force was
13      traffic safety concerns?
14          MR. SAHASRABUDHE:  Form.
15   Q. Please respond verbally.
16          MR. SAHASRABUDHE:  He's thinking about
17      his response.
18   A. Yes.  There have been major traffic safety
19      concerns in the City of Buffalo.  Residents
20      very concerned about people going through stop
21      signs, going through traffic signals, speeding
22      in their neighborhoods, endangering children
23      and seniors and concerns about the playing of

─────────── DEPAOLO CROSBY REPORTING SERVICES, INC. ───────────
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

─────────────── MAYOR BYRON BROWN ───────────────

```
 1          loud music by vehicles in neighborhoods.
 2    Q.  The Strike Force was created during your time
 3          as mayor, correct?
 4    A.  Yes.
 5    Q.  How would you describe your involvement, if
 6          any, in its creation?
 7    A.  I wasn't involved in the creation.  It was a
 8          recommendation of the police department to
 9          address these concerns, primarily traffic
10          related, and the Strike Force was established
11          to address the concerns that residents had.
12    Q.  And is your testimony today that the primary
13          mission of the Strike Force was attending to
14          traffic concerns?
15              MR. SAHASRABUDHE:  Objection to form.
16    A.  The mission of the Strike Force in its
17          creation was to deal with vehicle and traffic
18          concerns related to speeding, dangerous
19          driving, going through stop signs, traffic
20          signals, speeding through neighborhoods,
21          speeding past schools, yes.
22    Q.  Okay.  And I remind you, Mayor, that you're
23          under oath today.
```

─────── **DEPAOLO CROSBY REPORTING SERVICES, INC.** ───────
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

─────────────────────── MAYOR BYRON BROWN ───────────────────────

1          was to respond to resident concerns and

2          residents in the City of Buffalo don't want to

3          see any crime in their neighborhoods.  People

4          feel victimized by crime and people were very

5          upset, very concerned about vehicle and

6          traffic violations so, yes, it was definitely

7          part of the zero tolerance crime policy.

8      Q.  Now, you mentioned Buffalonians being

9          concerned about traffic infractions several

10         times now.  What are you referring to

11         specifically?

12     A.  I'm referring to calls to the police, block

13         club organizations requesting police response

14         to these issues, citizens making calls

15         frequently to the police department about

16         speeding in their neighborhoods, people

17         running through stop signs, people running

18         through traffic lights, people speeding past

19         schools, so those are the complaints that I'm

20         referring to that were quite prevalent from

21         residents of the city.

22     Q.  Are those concerns that effect all

23         neighborhoods within the City of Buffalo?

─────────────── **DEPAOLO CROSBY REPORTING SERVICES, INC.** ───────────────

135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

---

MAYOR BYRON BROWN

```
 1              MR. SAHASRABUDHE:   Form.
 2    A.  They are concerns that effect all
 3        neighborhoods in the city.  Some neighborhoods
 4        are more aggressive and more active than
 5        others in requesting a police response.
 6    Q.  What neighborhoods in your testimony actively
 7        requested a police response related to traffic
 8        related issues?
 9    A.  East Buffalo neighborhoods and the Parkside
10        neighborhood in North Buffalo.
11    Q.  And what data are you referring to or what
12        would evidence these requests for police
13        enforcement related to traffic?
14              MR. SAHASRABUDHE:   Object to the form.
15        Go ahead.
16    A.  What would evidence the request by residents
17        would be calls for service, would be resident
18        meetings, particularly neighborhood
19        associations, block clubs, calls to the 311
20        call and resolution center.  That would be the
21        evidence of resident concern.
22    Q.  So your testimony today is that if you
23        reviewed those data sources we would see
```

---

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

─────────────── **MAYOR BYRON BROWN** ───────────────

1      break?

2              MR. SAHASRABUDHE:  Three minutes.

3              MS. EZIE:  We'll make it five so we can

4         all use the restroom.

5

6                        (Recess taken.)

7           (Discussion held off the record.)

8

9              MR. SAHASRABUDHE:  So we were briefly

10        off the record.  The mayor would like to

11        clarify a portion of his previous testimony

12        from the last line of questioning.

13     Q. Okay.  Mr. Mayor?

14     A. Well, I was misinterpreting the purpose of the

15        traffic stops and the Strike Force.  The

16        purpose of the traffic stops were for vehicle

17        and traffic issues.  The Strike Force was a

18        proactive unit that was designed to address

19        crime overall and in general.

20     Q. Okay.  Thank you, Mr. Mayor.

21              So why don't we quickly turn to a

22        document.  I think we're up to four.  Four.

23        Thank you.

─────────── **DEPAOLO CROSBY REPORTING SERVICES, INC.** ───────────
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

—————————— MAYOR BYRON BROWN ——————————

```
 1              MR. SAHASRABUDHE:  Objection to form.
 2     A. The Strike Force was a proactive policing unit
 3        designed to reduce crime in the City of
 4        Buffalo and respond to resident crime
 5        concerns.
 6     Q. One of the ways it sought to fight crime was
 7        through the use of traffic interdictions?
 8              MR. SAHASRABUDHE:  Objection to form.
 9     A. The traffic interdiction was a primary mission
10        of vehicle and traffic enforcement and its
11        work with the Strike Force -- well, it was
12        separate from the Strike Force.
13              The traffic work of the Strike Force
14        dovetailed on the vehicle and traffic
15        enforcement mission.
16     Q. I will confess that I don't think I followed
17        your answer, so I'll ask a better question.
18     A. Okay.
19     Q. But you agree here that under the Strike Force
20        mission you've identified four key missions of
21        the Strike Force?
22     A. Could you repeat that?  I didn't hear that.
23     Q. Sure.  This document that was prepared by
```

─────────────MAYOR BYRON BROWN─────────────

1     Q. Daniel Derenda, commissioner of police,

2        informed you that the BPD intended to use

3        checkpoints as part of a plan to address gang

4        violence, correct?

5             MR. SAHASRABUDHE:  Objection to form.

6     A. The primary purpose of checkpoints was vehicle

7        and traffic interdiction.  The Strike Force

8        was a unit that was a proactive unit that was

9        designed to reduce crime in the City and the

10       traffic checkpoint moved from place to place

11       in the City as did the Strike Force.

12    Q. I'm sorry, Mayor Brown.  We must be

13       misunderstanding each other because you

14       repeated your previous answer without any

15       consideration of the question I asked.

16            So why don't I pull up a document and

17       we'll mark it as Exhibit 5 for this

18       deposition.  It was produced in discovery as

19       COB 226141.  Let me know if it's large enough

20       for you to see.

21    A. I can see the top of the document.

22    Q. It's two pages.  I'm showing you the first

23       page.  Do you see that this is an email from

─────────DEPAOLO CROSBY REPORTING SERVICES, INC.─────────

─ᴹᴬʸᴼᴿ ᴮʸᴿᴼᴺ ᴮᴿᴼᵂᴺ─

1    Q.  And do you see that the memo proceeds to

2        provide the updated plan -- updated 2015 plan

3        to deal with gang and gun violence?

4            MR. SAHASRABUDHE:  Object to the form.

5    A.  It doesn't -- yes, I see the proposed plan.

6    Q.  And so do you see that part of Daniel Derenda

7        BPD commissioner's plan to address gang and

8        gun violence was performing daily checkpoints?

9            MR. SAHASRABUDHE:  Objection to form.

10   Q.  I can make it larger if you like.

11   A.  If you can make it a little larger that would

12       be helpful.

13   Q.  Sure.  How is that?

14   A.  It's fine.  It says they will perform multiple

15       checkpoints.  I don't see language saying

16       daily checkpoints.

17   Q.  Do you see the word after multiple checkpoints

18       is everyday?

19   A.  I do see that, yes.  Language says they will

20       perform multiple checkpoints everyday at

21       different times in defined gang areas.

22   Q.  So as part of a strategy to address gang and

23       gun violence the BPD Strike Force performed

───────────────── MAYOR BYRON BROWN ─────────────────

1          multiple checkpoints everyday?

2                MR. SAHASRABUDHE:  Objection to form.

3     A.  This memo with the proposed plan says that

4          they will be -- they will perform multiple

5          checkpoints everyday at different times.  I

6          don't know if that occurred.

7     Q.  Okay.  But that was the proposal?

8     A.  That was the proposed plan.

9     Q.  And the checkpoints were to be performed under

10         Derenda's plan in defined gang areas?

11               MR. SAHASRABUDHE:  Objection to form.

12    A.  The proposed plan in writing says that Strike

13         Force will perform multiple checkpoints

14         everyday at different times in defined gang

15         areas.

16    Q.  Okay.  And Commissioner Derenda was notifying

17         you of this plan respecting Strike Force

18         checkpoints, correct?

19    A.  That's correct.

20    Q.  Do you recall whether you objected to this

21         plan?

22               MR. SAHASRABUDHE:  Objection to form.

23    A.  I don't believe that I objected to this

─MAYOR BYRON BROWN─

1     proposed plan.  Again, there was great concern

2     from residents in the City of Buffalo about

3     violent crime and so no, I did not object to a

4     plan that also involved federal and state

5     partners to reduce violent crime in the City

6     of Buffalo.

7  Q. Okay.  So the BPD proposed using checkpoints

8     as a tactic to reduce violent crime in

9     Buffalo, correct?

10       MR. SAHASRABUDHE:  Objection to form.

11  A. That was one element of an overall plan that I

12     could see and I think it built on the primary

13     traffic interdiction priority to address

14     vehicle and traffic issues and I think

15     secondarily it was found that from that

16     activity they did identify people driving in

17     vehicles with illegal guns and illegal drugs.

18  Q. You would agree, however, this document does

19     not describe traffic safety as the primary

20     purpose of checkpoints?

21       MR. SAHASRABUDHE:  Object to the form.

22  A. This document does not describe traffic safety

23     as the primary purpose for checkpoints, but it

┌─────────────────────── MAYOR BYRON BROWN ───────────────────────┐

1      A.  I know that there have been some concerns

2          raised about the checkpoints.

3      Q.  Do you recall attending a forum at Mt. Olive

4          Baptist Church concerning policing in Buffalo?

5      A.  I have attended a lot of forums at Mt. Olive

6          Baptist Church.  I don't recall specifically

7          what format you might be describing.

8      Q.  Do you recall a forum that was held in

9          conjunction with the Commission on Citizens

10         Rights and Community Relations in 2014,

11         December 2014, at the Mount Olive Baptist

12         Church where you were present?

13     A.  I don't recall.

14     Q.  Do you recall there being research completed

15         by the University of Buffalo concerning the

16         checkpoint program in the City of Buffalo?

17             MR. SAHASRABUDHE:  Form.

18     A.  I don't recall.

19     Q.  Mayor Brown, I'd like to direct you to a

20         document.  I think we're up to Exhibit 16.

21         I'm marking as Exhibit 16 the following

22         document that was produced in discovery as COB

23         082897 and it's links to an article in the

**DEPAOLO CROSBY REPORTING SERVICES, INC.**

──────────────MAYOR BYRON BROWN──────────────

1          Daily Public.
2               Mr. Brown, are you able -- Mayor Brown,
3          are you able to see this cover email?
4     A.  Yes.  It's an email from Byron Brown sent to
5          members of the police department.
6     Q.  Including the deputy commissioner at the time?
7     A.  That's correct.
8     Q.  It's sending an article from the Daily Public?
9     A.  Yes.
10    Q.  The Daily Public is a news source that you at
11         least occasionally review?
12              MR. SAHASRABUDHE:  Form.
13    A.  The Daily Public I guess was a news source at
14         that time.  I don't recall it, so I doubt it
15         still even exists.
16    Q.  Okay.  As I proceed you see -- you have the
17         article that was disseminated by you?
18    A.  Right.
19    Q.  On July 13th, 2015 called "Checkpoint, Buffalo
20         Police Practices Questioned"?
21    A.  Yes, I see it.
22    Q.  I'll try to adjust it.  There are
23         advertisements on the right side.

─────────DEPAOLO CROSBY REPORTING SERVICES, INC.─────────
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

0033

─── MAYOR BYRON BROWN ───

1            So Mayor Brown, is this an article

2       that's fair to say that you reviewed back in

3       2016?

4   A.  Yes.  That's fair to say.

5   Q.  Okay.  Do you recall the contents of this

6       article or would you have to take a minute to

7       review it?

8   A.  Yes.  I don't recall the contents of the

9       article.  I need some time to review.

10  Q.  Let me know when you'd like me to advance.

11  A.  (Reading.)  Okay.  Can you scroll?

12  Q.  Yes.

13  A.  I read it all.

14  Q.  I have just advanced it an additional page.

15  A.  (Reading.)  I have read it all.

16  Q.  Okay.  I don't know if you read this last

17      paragraph here.  I'll highlight it and if you

18      have let me know and I'll scroll.

19  A.  I see that.

20  Q.  There's a little more.  Let me know when

21      you're ready.

22  A.  I'm ready.

23  Q.  Okay.

—— MAYOR BYRON BROWN ——

```
 1        some.
 2   Q.   Okay.  And you reviewed this map back in 2016
 3        when this article first came about?
 4             MR. SAHASRABUDHE:  Form.
 5   A.   I don't know if I reviewed the map, but
 6        obviously I saw the article and I forwarded
 7        the article.
 8   Q.   This map, what does it indicate regarding
 9        checkpoint locations and their geographic
10        distribution?
11             MR. SAHASRABUDHE:  Objection to form.
12   A.   The map shows that there were a good number of
13        checkpoints in the northeast section of the
14        city, some in the west, some in the north,
15        some in the central city, some in the southern
16        portion of the city.
17   Q.   Can you see that right on -- in the article it
18        describes where 60 of the checkpoints took
19        place?
20             MR. SAHASRABUDHE:  Form.
21   A.   I do see that comment in the article that more
22        than 60 checkpoints across 46 locations.  I
23        did just read that, yes.
```

─────────── MAYOR BYRON BROWN ───────────

1    Q.  And did you see that all but eight of them

2        according to this article occurred on

3        Buffalo's predominantly African-American East

4        Side?

5            MR. SAHASRABUDHE:  Objection to form.

6    A.  I see that comment according to that article.

7    Q.  But Mayor Brown -- and I'll stop sharing now.

8        Data concerning checkpoint locations exists

9        within the BPD, correct?

10   A.  That's correct.

11           MR. SAHASRABUDHE:  Object to the form.

12   Q.  Have you had the opportunity to review that

13       data?

14           MR. SAHASRABUDHE:  Objection to form.

15   A.  I would assume, yes, I have reviewed the data.

16   Q.  And isn't it true that BPD checkpoint location

17       data confirms the checkpoints were

18       predominantly on the East Side?

19           MR. SAHASRABUDHE:  Objection to form.

20   A.  From the information that I just read it looks

21       like a lot of the checkpoints were on the East

22       Side.

23   Q.  Okay.  Are you aware of any data that

━━━━━━━━━ **MAYOR BYRON BROWN** ━━━━━━━━━

1    contradicts that the East Side was where BPD

2    checkpoints were primarily located?

3          MR. SAHASRABUDHE:  Object to the form.

4    A. From what I've been presented with today I see

5       no data that contradicts that the East Side

6       was where many of the checkpoints took place.

7    Q. Now, Mayor Brown, since you've had the

8       opportunity to review the complaint in this

9       case, are you familiar with -- and this will

10      be Brown Exhibit 17 I believe, the police

11      checkpoints map that was filed in connection

12      with this case depicting checkpoint locations

13      between January, 2013 and June, 2017.

14   A. Okay.

15   Q. Is this a map that you've seen before?

16   A. I don't recall the map.

17   Q. Okay.  Do you see that it indicates by color

18      how many checkpoints occurred in a given

19      geographic location?

20          MR. SAHASRABUDHE:  Form.

21   A. Looking at the map, I do see a color coding

22      indicating where checkpoints took place.

23   Q. Is this map, Mayor Brown, consistent with the

━━━━━━━━━ **DEPAOLO CROSBY REPORTING SERVICES, INC.** ━━━━━━━━━
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

---
**MAYOR BYRON BROWN**

1    prior map indicating that checkpoints were

2    predominantly on the East Side of Buffalo?

3         MR. SAHASRABUDHE:  Form.

4    A. This map does look consistent with the other

5       map that you just showed me.

6    Q. Okay.  Now, Mayor Brown, going back to Brown

7       Exhibit 16, you forwarded the article in the

8       Daily Public to Daniel Derenda, Byron Lockwood

9       and others, correct?

10   A. Yes, that's correct.

11   Q. Why did you forward the article to this group

12      of BPD officials?

13        MR. SAHASRABUDHE:  Object to the form.

14   A. My view is that I wanted to make sure that

15      what we were doing was being done properly.  I

16      wanted to see if the article was accurate and

17      to get more information.

18   Q. Did you request any information from the BPD

19      officials that you contacted?

20   A. I was briefed by BPD officials.

21   Q. What did they brief you on?

22   A. Again, the briefing was that there was no

23      targeting of the East Side, that our traffic

---
**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

0038

MAYOR BYRON BROWN

```
 1          safety priorities were being followed and that
 2          the secondary mission of the Strike Force for
 3          community safety was overlaying with that.
 4          That was the summary of the briefing.
 5     Q.   Got it.  And was that briefing communicated
 6          verbally to you?
 7     A.   Yes, it was.
 8     Q.   Was there anything that you received in
 9          writing following your discussion about the
10          checkpoints?
11     A.   I'm sure there was data at the time.
12     Q.   Have you ever seen data disputing the
13          conclusions of this report that checkpoints
14          were predominantly on the East Side?
15               MR. SAHASRABUDHE:  Objection to form.
16     A.   I have never seen data disputing that the
17          checkpoints were predominantly on the East
18          Side.  I do reject the motives that were
19          presented in that article and presented by
20          others in terms of the motives of what was
21          being done.
22     Q.   So why were the checkpoints that the BPD
23          operated prior to 2017 concentrated on the
```

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

1          East Side of Buffalo?

2               MR. SAHASRABUDHE:  Objection to form.

3     A.  There was an intersection of different

4          missions, so the response to complaints about

5          vehicle safety and vehicle operation,

6          speeding, loud music, intersected with the

7          operation of the Strike Force to address

8          overall crime concerns and the requests from

9          citizens to address shootings, homicides, gang

10         violence, drug dealing.

11    Q.  How were the checkpoints used to address drug

12         dealers?

13              MR. SAHASRABUDHE:  Objection to form.

14    A.  Well, in the intersection of the vehicle and

15         traffic enforcement when vehicles were stopped

16         individuals were found with illegal guns in

17         vehicles, individuals were found with drugs in

18         vehicles and we did see a pattern of crime

19         going down in parts of the city.

20    Q.  Mayor Brown, were the checkpoints designed to

21         only stop motorists who were suspected of

22         being drug dealers?

23              MR. SAHASRABUDHE:  Objection to form.

─────────── **MAYOR BYRON BROWN** ───────────

 1    A.  No.   The checkpoints as setup were designed
 2        for traffic safety and as motorists went
 3        through the checkpoints all motorists were
 4        stopped.   In fact, I was stopped at a
 5        checkpoint.
 6    Q.  So the way the checkpoints were designed there
 7        was no probable cause required to believe that
 8        someone had committed a crime in order to be
 9        stopped, correct?
10            MR. SAHASRABUDHE:   Objection to form.
11    A.  Well, for the vehicle and traffic safety
12        issues there were license plate readers so
13        officers were able to determine if vehicles
14        were licensed, if they were registered, if
15        there were crime issues associated with the
16        vehicles.
17    Q.  Mayor Brown, it's your testimony that license
18        plate readers were used at every checkpoint
19        that the BPD administered between January,
20        2013 and June, 2017?
21            MR. SAHASRABUDHE:   Objection to form.
22        Go ahead.
23    A.  I don't know if license plate readers were

─────── **DEPAOLO CROSBY REPORTING SERVICES, INC.** ───────
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

--- MAYOR BYRON BROWN ---

1    used at every checkpoint, but I know that they

2    were used at some of the checkpoints.

3  Q. Mayor Brown, is your testimony that only cars

4    that returned a hit on a license plate reader

5    were forced to go through the checkpoints that

6    BPD erected?

7       MR. SAHASRABUDHE:  Objection to form.

8  A. No.  That is not my testimony and I have

9    testified that even my vehicle was stopped in

10   a checkpoint so, no, not only those vehicles

11   that produced hits on license plate readers.

12 Q. Got it.  Now, Mayor Brown, earlier you

13   testified, and let me know if I'm mistaken,

14   that -- well, let me ask you this question.

15      So when you were stopped at the

16   checkpoint was there probable cause for your

17   stop?

18      MR. SAHASRABUDHE:  Objection to form.

19 A. Counselor, I sure hope not.  But when I was

20   stopped I was going through the checkpoint.

21   An officer came to the window and saw that I

22   was driving with a police officer and that I

23   was in the car and as many vehicles in that

--- DEPAOLO CROSBY REPORTING SERVICES, INC. ---

---MAYOR BYRON BROWN---

1    Q.  Because speeding is a problem that impacts
2        South Buffalo?
3            MR. SAHASRABUDHE:  Objection to form.
4    A.  Speeding is a problem that impacts different
5        areas of the city and when speeding intersects
6        with crime in general there is a response to
7        that as well designed to interrupt, prevent,
8        apprehend those individuals who are committing
9        dangerous crime in the community.
10   Q.  So you acknowledge, Mayor Brown, that South
11       Buffalo was not a focus of the checkpoint
12       program?
13           MR. SAHASRABUDHE:  Objection to form.
14   A.  I did not acknowledge that South Buffalo was
15       not a focus of the checkpoint program.  There
16       certainly were times when there were
17       checkpoints in South Buffalo.
18   Q.  Those occasions are relatively infrequent
19       according to the map we reviewed earlier?
20           MR. SAHASRABUDHE:  Objection to form.
21   Q.  That's correct?  Can you respond verbally?
22   A.  According to the information that you
23       presented to me, that appears to be accurate.

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

┌─────────────────────────────────────────┐
MAYOR BYRON BROWN

1       traffic safety, again intersecting with the

2       secondary purpose of community safety that the

3       Strike Force was working on and at this point,

4       as I mentioned, the police department varies

5       tactics periodically and checkpoints are no

6       longer being conducted in the City of Buffalo.

7   Q.  However, you did approve of the checkpoint

8       program as it was administered, correct?

9           MR. SAHASRABUDHE:  Objection to form.

10  A.  The checkpoint program as it was proposed and

11      administered I did support at the time.

12  Q.  You've never issued any directives prohibiting

13      the checkpoint programs from continuing as it

14      previously did?

15  A.  I have not issued any directives prohibiting

16      the checkpoint program from continuing.

17  Q.  And the BPD has not issued any policy that

18      would prohibit the checkpoints from being

19      resumed as previous?

20          MR. SAHASRABUDHE:  Form.

21  A.  Again, BPD and primarily commissioners of the

22      police department vary policing strategies and

23      tactics periodically and the checkpoint

```
1        STATE OF NEW YORK)

2        COUNTY OF ERIE   )

3


4
          I, Rebecca Lynne DiBello, CSR, RPR, Notary
5        Public, in and for the County of Erie, State of
         New York, do hereby certify:
6

7          That the witness whose testimony appears
         hereinbefore was, before the commencement of
8        their testimony, duly sworn to testify the
         truth, the whole truth and nothing but the
9        truth; that said testimony was taken pursuant
         to notice at the time and place as herein set
10       forth; that said testimony was taken down by me
         and thereafter transcribed into typewriting,
11       and I hereby certify the foregoing testimony is
         a full, true and correct transcription of my
12       shorthand notes so taken.

13
           I further certify that I am neither counsel
14       for nor related to any party to said action,
         nor in anyway interested in the outcome
15       thereof.

16
           IN WITNESS WHEREOF, I have hereunto
17       subscribed my name and affixed my seal this
         19th day of November, 2023.
18

19

20       _____

21       Rebecca Lynne DiBello, CSR (NY)
         Notary Public - State of New York
22       No. 01D14897420
         Qualified in Erie County
23       My commission expires 5/11/2027
```

**DEPAOLO CROSBY REPORTING SERVICES, INC.**

135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

0045