# EXHIBIT 7

```
 1        UNITED STATES DISTRICT COURT

 2        FOR THE WESTERN DISTRICT OF NEW YORK

 3        ----------------------------------------------

 4        BLACK LOVE RESISTS IN THE RUST, et al.,
          individually and on behalf of a class of
 5        all others similarly situated,

 6                                Plaintiffs,

 7         -vs-                        1:18-cv-00719-CCR

 8        CITY OF BUFFALO, N.Y., et al.,

 9                                Defendants.
          ----------------------------------------------

10

11

12           ORAL EXAMINATION OF DANIEL DERENDA

13               APPEARING REMOTELY FROM

14                  BUFFALO, NEW YORK

15

16

17                  November 10, 2021

18                  At 9:00 a.m.

19                  Pursuant to notice

20

21        REPORTED BY:

22        Rebecca L. DiBello, RPR, CSR(NY)

23        APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

0001

1      **R E M O T E    A P P E A R A N C E S**

2      APPEARING FOR THE PLAINTIFFS:

3                      **NATIONAL CENTER FOR LAW AND**
                       **ECONOMIC JUSTICE**
4                      **BY:  CLAUDIA WILNER, ESQ.,**
                       275 Seventh Avenue, Suite 1506
5                      New York, New York 10001
                       (212) 633-6967
6
                       **CENTER FOR CONSTITUTIONAL RIGHTS**
7                      **BY: A. CHINYERE EZIE, ESQ.**
                       666 Broadway, 7th Floor
8                      New York, New York 10012
                       (212) 614-6475
9
10     APPEARING FOR THE DEFENDANTS:

11                     **CITY OF BUFFALO LAW**
                       **DEPARTMENT**
11                     **BY: ROBERT E. QUINN,**
12                     **ASSISTANT CORPORATION COUNSEL**
                       1100 City Hall
13                     65 Niagara Square
                       Buffalo, New York 14202
14                     (716) 851-4326

15

16     ALSO PRESENT:

17                  **KARINA TEFFT, ESQ.,**
                    **ANJANA  MALHOTRA, ESQ.,**
18                  **RANIT PATEL**
                    National Center for Law and Economic
19                  Justice

20

21

22

23

**DANIEL DERENDA**

```
 1          entire time you were employed there?

 2     A.  It held that name up until October 8th when it

 3          became Allied Universal.  They purchased the

 4          stock maybe six, seven months prior.  As I

 5          said, I agreed to stay on until October 22nd

 6          so I believe technically I was under Allied

 7          Universal for the two-week period and now with

 8          severance pay I'm being paid out by Allied

 9          Universal.

10     Q.  And what was your -- what did your job consist

11          of?

12     A.  I had a couple of positions.  I started out as

13          a general manager Buffalo/Rochester area,

14          became director of operations of all New

15          England which included Upstate New York and

16          about a year ago I came back just to the

17          Buffalo/Rochester area as a district manager.

18     Q.  Okay.  And that was a private security

19          company?

20     A.  Yes.

21     Q.  And was your employment prior to that as

22          Commissioner of the Buffalo Police Department?

23     A.  I was with the Buffalo Police Department for
```

**DANIEL DERENDA**

1          32 years.  Commissioner of police since 2010.

2     Q. Okay.  So you were commissioner from 2010

3          through 2018 when you left?

4     A. To January 18.

5     Q. Okay.  And then after January 18th you had the

6          employment we discussed?

7     A. Correct.

8     Q. What was the BPD Strike Force?

9               MR. QUINN:  Object to the form.  You can

10         answer.

11    A. Strike Force was a unit that we put together

12         to go and basically supplement other districts

13         so they can go in.  They weren't tied to a

14         radio.  They were in there to be proactive

15         going after areas where we had spikes in

16         crime.

17    Q. And I'm sorry, Mr. Derenda.  You froze for a

18         minute so I couldn't hear your answer.

19    A. Strike Force was the unit we put together --

20              MR. QUINN:  Did you get the answer,

21         Rebecca?  I want to make sure we're not missing

22         things.

23              (Record read back by reporter)

───── **DANIEL DERENDA** ─────

1          MR. QUINN:  I think that was the whole

2     answer.

3   Q. Okay.  Thank you.  What was the main mission

4     of the Strike Force?

5          MR. QUINN:  Object to the form.  You can

6     answer.

7   A. The main mission was to -- they would go after

8     guns, drugs, intelligence gathering and again

9     to supplement the districts in areas where we

10     had problems.  Again, they were not tied to

11     the radio.  They were to be proactive and they

12     were out to be on the street depending on

13     circumstances that were going on throughout

14     the city.

15   Q. And the document that I would like to show you

16     -- just one second.  I'm going to mark as

17     Exhibit 1 a document that was produced to us

18     with Bates number COB060319.  It says at the

19     top Strike Force Mission.

20          Mr. Derenda, do you recognize this

21     document?

22   A. I do.

23   Q. Did you author it?

───── **DEPAOLO CROSBY REPORTING SERVICES, INC.** ─────
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

**DANIEL DERENDA**

1      A. I did.

2      Q. And does this document accurately describe the

3         mission of the Strike Force?

4      A. Yes, it does.

5      Q. And you were directly involved in the creation

6         of the Strike Force, right?

7      A. Correct.

8      Q. Why did you create the Strike Force?

9             MR. QUINN:  Object to the form.

10     A. Actually, before the Strike Force we had a

11        unit called the MRU which was basically the

12        same mission.  Very successful.  It had a

13        shelf life.  The officers assigned there were

14        very proactive and they started to not work as

15        hard so we got rid of the unit and we reformed

16        the Strike Force Unit maybe -- I don't know

17        how much time in between.

18             But again, we did it to target areas of

19        high crime and, again, to supplement the

20        districts and to concentrate on problems.

21     Q. Okay.  And when you say very successful, how

22        was that success measured?

23             MR. QUINN:  Object to the form.  You can

---

DANIEL DERENDA

```
 1    Q.  Okay.  And how did performing traffic

 2        interdictions or roadblocks help the Strike

 3        Force to fulfill its mission?

 4            MR. QUINN:  Object to the form.  You can

 5        answer.

 6    A.  Well, the roadblocks were primarily for

 7        traffic safety, but what they also

 8        accomplished is high visibility.  When they're

 9        out there they're being seen and that's part

10        of their mission.  It isn't written down.

11        It's the high visibility of the Strike Force

12        because in my opinion I'd rather stop a crime

13        from ever happening than investigate one

14        later, so the more visible officers are, less

15        likely that a crime will be occurring in front

16        of them, but I always thought traffic

17        roadblocks, again traffic safety with the

18        positive benefit of high visibility.

19    Q.  If you notice a bit further down it says that

20        the chiefs will develop a weekly list of top

21        five district hotspots to be targeted by the

22        Strike Force.  ECAC will develop analysis

23        based on target areas.  Sorry.  ECAC will
```

---

**DEPAOLO CROSBY REPORTING SERVICES, INC.**

DANIEL DERENDA

```
 1    A.  All the chiefs, sometimes different detectives
 2        from different units.  Again, I did not
 3        attend.  I think I attended maybe one or two.
 4        Even as deputy -- when I was deputy
 5        commissioner Byron Lockwood also ran it then.
 6              Again, every chief would be there.
 7        Maybe a representative from homicide or
 8        narcotics or from the intelligence.  Maybe
 9        some outside agencies at times, different
10        people.
11    Q.  And was CompStat something that happened
12        before you were the commissioner?
13    A.  It happened -- yes.  It happened probably
14        right after -- I was deputy commissioner of
15        operations from 2006 to 2010 and it went on
16        then, yes.
17    Q.  And what was the role of the CompStat meeting?
18              MR. QUINN:  Object to the form.  You can
19        answer.
20    A.  Again, information and to find out and make
21        sure everybody was aware of what was going on,
22        particularly the district chiefs and again to
23        find a solution to the problems at hand.
```

**DANIEL DERENDA**

1      property, didn't it?

2          MR. QUINN:  Object to the form.  You can

3      answer.

4   A.  I don't recall numbers of what they did or

5      didn't do.

6   Q.  Would it surprise you to learn that the ticket

7      data in this case shows that the housing unit

8      issued 20 percent of all the tickets issued by

9      the BPD?

10   A.  It wouldn't surprise me for the reason that

11      they're not tied to the radio like other

12      officers are.  The housing unit, the Strike

13      Force, the MRU prior to them, their main

14      mission was to be proactive, to be out doing

15      policing and they were expected to again be

16      very proactive so I guess, no, it wouldn't

17      surprise me.

18   Q.  Would you say that vehicle and traffic

19      enforcement was one of the primary job duties

20      of the housing unit?

21          MR. QUINN:  Object to the form.  You can

22      answer.

23   A.  Would it be a primary job?  Again, they're out

**DEPAOLO CROSBY REPORTING SERVICES, INC.**

DANIEL DERENDA

```
1     Q.  One of the tools the Strike Force used to
2          achieve its mission was traffic checkpoints,
3          correct?
4              MR. QUINN:  Object to the form.  You can
5          answer.
6     A.  Part of their job function was to do traffic
7          checkpoints for traffic safety and high
8          visibility.
9     Q.  And the checkpoints were located in crime
10         hotspots?
11             MR. QUINN:  Object to the form.  You can
12         answer.
13    A.  They were located in areas where the officers
14         were assigned.
15    Q.  And what first gave you the idea to have the
16         Strike Force do random checkpoints?
17    A.  We used to do the roadblocks with the MRU.
18         Again, high visibility, traffic safety and so
19         we had the Strike Force do it, too.
20    Q.  And then before the Strike Force officially
21         started did you have conversations with Mayor
22         Brown specifically around the idea that the
23         Strike Force would run roadblocks?
```

**DANIEL DERENDA**

1        Patrick Roberts?

2    A.  I think he was a lieutenant.  I believe he's a

3        captain also.

4    Q.  And at the time was he the captain of the

5        Strike Force?

6    A.  I would believe so.  I'm not -- again, I don't

7        recall his position at the time.  This was

8        2012.  I'm assuming he was the captain at the

9        time.

10   Q.  And with this email were you giving Captain

11       Roberts instruction on how to run Operation

12       Strike Force?

13   A.  If it was -- if he was with the Strike Force,

14       it was key points to address with his

15       lieutenants and officers, correct.

16   Q.  Read through the email and let me know whether

17       you believe that it would have been related to

18       the Strike Force.

19   A.  I believe it would have been.  I don't recall

20       -- I believe he was with the Strike Force at

21       the time, but not 100 percent sure.  I'm not

22       even sure the Strike Force was around in 2012

23       or when it was started.  So I don't know where

——DANIEL DERENDA——

```
 1         he was assigned at the time.  I don't recall.
 2    Q.  Okay.  You instructed Captain Roberts to
 3         impound as many vehicles as legally possible?
 4              MR. QUINN:  Object to the.  You can
 5         answer.
 6    Q.  And to make arrests and write traffic
 7         summonses, as many as possible?
 8    A.  Correct.
 9    Q.  Does that instruction apply to his work
10         running the roadblocks?
11              MR. QUINN:  Object to the form.
12    A.  It says remember to issue the roadblock
13         directive at all roadblocks.  It says impound
14         as many vehicles as legally possible.  Zero
15         tolerance.  Make arrests and write traffic
16         summonses, as many as possible.
17              I don't know if that specifically
18         applies to the roadblock.  I think it applies
19         to wherever they are and whatever they're
20         doing, again proactive policing.
21    Q.  If it applies to wherever they are and
22         whatever they are doing, was that including
23         their work efforts?
```

——DEPAOLO CROSBY REPORTING SERVICES, INC.——
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

—DANIEL DERENDA—

1    A.  I don't recall the study, period.

2    Q.  Do you have any reason to believe that the

3        roadblocks that are described in this study

4        were special or unique in any way?

5            MR. QUINN:  Object to the form.

6    A.  I'd have to read the whole study but, again, I

7        don't recall the study.  I don't recall if I

8        have ever seen this before.

9    Q.  I am now moving to Page 3 of the study which

10        describes the program.  I'm looking down here

11        at this paragraph of the study that I

12        highlighted for you.  The Buffalo Police

13        worked with Erie County sheriffs deputies and

14        New York State troopers, and specifically

15        aimed to make the roadblocks high visibility,

16        with the primary goal of deterring crime and

17        disorder.

18    A.  Yes.

19    Q.  Do you agree with the characterization of the

20        roadblocks as being designed to deter crime

21        and disorder?

22            MR. QUINN:  Object to the form.

23    A.  Roadblocks are for traffic safety, high

1          visibility.  High visibility deters crime and

2          disorder in my opinion.

3     Q.  It does not say anything here about traffic

4          safety, does it?

5     A.  It does not.

6               MR. QUINN:  Just so I'm clear, you have

7          a section highlighted and it's the section that

8          you just read.  We have not read this entire

9          study.  When you ask that question you are just

10          referring to the highlighted section that you

11          just read, correct?

12               MS. WILNER:  Correct.

13     Q.  I am going to mark as Derenda 10 an article

14          that ran in the Buffalo News on the date of

15          January 2nd, 2014.  The headline is, Despite

16          Improved Law Enforcement, Plenty of Heartbreak

17          and Bloodshed.

18               And this document is seven pages.  I'm

19          on Page 2 of the document.  There is a

20          heading, Element of Surprise.  I'm

21          highlighting a quote from you.  You stated to

22          the Buffalo News, "Our Strike Force officers

23          are conducting daily roadblocks at multiple

**DANIEL DERENDA**

1        locations and surprising the criminal element.
2        Because of that, people are now less likely to
3        carry guns knowing that they may be stopped at
4        a safety checkpoint."
5             This does not say anything about traffic
6        safety, does it?
7             MR. QUINN:  Object to the form.
8    A.  Obviously, I don't recall the article.  I
9        don't know what context it was said but,
10       again, if you read the highlighted paragraph,
11       it appears to be speaking about high
12       visibility and when people are out at
13       checkpoints and people are less likely to be
14       carrying guns through checkpoints if they know
15       they're out there on a daily basis in multiple
16       locations.
17            If we could break about 11:00 I'd
18       appreciate it so I can check my phone.
19   Q.  Sure.
20   A.  Now I know how kids with Zoom classes are.
21       Oh, my god.
22   Q.  I'm going to mark as Derenda 11 -- Derenda 12.
23       Excuse me.  A document labeled COB040715.  It

```
 1      Q.  And in this case the checkpoints were part of
 2          your plan to deal with gang and gun violence,
 3          correct?
 4      A.  They were -- a part of the Strike Force
 5          mission is to form checkpoints wherever they
 6          are and if they're assigned to hotspots or
 7          gang areas, that's where they would perform
 8          them.
 9      Q.  And my question was whether the Strike Force
10          was performing checkpoints as part of your
11          plan to deal with gang and gun violence?
12              MR. QUINN:  Form.
13      A.  It was part of Strike Force's overall mission
14          to perform checkpoints.
15      Q.  You're not answering --
16      A.  I'm stating in my memo they will perform
17          multiple checkpoints everyday at different
18          times in defined gang areas.
19      Q.  The purpose of that is to deal with gang and
20          gun violence, correct?
21              MR. QUINN:  Form.
22      A.  To deal -- again, Strike Force's whole purpose
23          was to deal with gang and gun violence.  Part
```

DANIEL DERENDA

```
 1    Q.  And so the checkpoints directive encapsulates
 2        your understanding of what your legal
 3        obligations are when running traffic
 4        checkpoints?
 5    A.  Correct.
 6            MR. QUINN:  Form.
 7    Q.  And so for example, when you instructed
 8        Captain Roberts to issue directives at all
 9        roadblocks was that because you believed that
10        was required?
11            MR. QUINN:  Form.
12    A.  I believe the directive -- that they issued
13        the directive at all roadblocks I believe,
14        yes.  I believe that was what they needed to
15        do, correct.  Required.
16    Q.  And did you ever take any steps to check to
17        see whether officers in fact issued roadblock
18        directives at every roadblock?
19            MR. QUINN:  Form.
20    A.  I don't recall if I did or I didn't.
21    Q.  It's possible that officers could have run
22        roadblocks without directives and you would
23        not have known, correct?
```

**DANIEL DERENDA**

1    A.  I was not at every roadblock, so I would not

2        know.  I'll make the assumption they were

3        ordered to do so.

4              MR. QUINN:  Form of the question.

5    Q.  But you don't recall, for example, any

6        particular effort to go back and assess

7        whether they had been distributing directives

8        for each roadblock?

9              MR. QUINN:  Form.

10   A.  I don't recall.

11   Q.  I'm going to mark as Derenda 15 a document

12       Bates stamped COB060320.  And is this an

13       example of the roadblock directive that we

14       were discussing?

15   A.  It is the roadblock directive, correct.

16   Q.  And what do you mean by roadway safety?

17             MR. QUINN:  Object to the form.

18   A.  Traffic safety.

19   Q.  And what does that mean?

20   A.  Traffic safety.  Just what it means.  To

21       ensure traffic safety, roadway safety.

22   Q.  Can you be more specific?

23   A.  To ensure traffic safety meaning that drivers

**DEPAOLO CROSBY REPORTING SERVICES, INC.**

DANIEL DERENDA

```
 1        make sure that drivers are licensed and
 2        registrations are valid and inspections are
 3        valid?
 4    A.  Because why would I want people to have
 5        driver's license?  Is that the question?  So
 6        that the vehicles are legally registered,
 7        they're legally inspected.  Improperly
 8        inspected vehicles could be a traffic hazard.
 9        Vehicles should be registered and insured and
10        people with seatbelts on -- should have their
11        seatbelts on.  That's the law.
12    Q.  Why should the roadblocks be setup to minimize
13        the possibility of avoiding it?
14    A.  So if you set it up in a way that will give
15        somebody or make somebody think that they can
16        just drive through it or around it, you set it
17        up in a way to make it safe for vehicles to
18        pass through.
19    Q.  And why did you direct your officers to
20        conduct a traffic stop on any vehicle that
21        attempts to avoid the roadblock?
22    A.  If they're avoiding the roadblock, again, it
23        was part of the directive.  They're avoiding
```

**DANIEL DERENDA**

```
 1        it for whatever reason, for whatever traffic

 2        safety violations they may incur.

 3   Q.  How would an officer know whether a vehicle

 4        was attempting to avoid the roadblock?

 5   A.  If they're going around the officers as

 6        they're doing a roadblock.  We've had vehicles

 7        just take off speeding up on the sidewalk.

 8        All kinds of things have taken place.

 9   Q.  So what if a person is just making a normal

10        turn?  Is that attempting to avoid a

11        roadblock?

12             MR. QUINN:  Form.

13   A.  I don't know what you characterize as a normal

14        turn.  If you see somebody try to go around

15        it, start backing up to get away from it or

16        what have you, they're trying to avoid the

17        roadblock.

18   Q.  Why did you instruct officers to act on any

19        and all probable cause resulting from mobile

20        plate readers and plain view observations?

21             MR. QUINN:  Form.

22   A.  Because that's part of their job to enforce

23        the law.
```

DANIEL DERENDA

1    Q. Why did you instruct officers to write

2       summonses for all who are in violation of V&T

3       laws?

4    A. So they couldn't pick and choose who they

5       wrote tickets to.  If somebody is coming

6       through without a driver's license, you treat

7       everybody the same.  If somebody doesn't have

8       an inspection sticker, you don't let one go

9       and not the other.

10           You don't pick and choose who you

11       enforce the laws on and that situation is for

12       a defined period of time and place and people

13       coming through there should all be treated the

14       same.

15    Q. So your goal was to enforce the provisions of

16       the vehicle and traffic law, correct?

17    A. Correct.

18           MR. QUINN:  Form.

19    Q. And the idea is that by enforcing the Vehicle

20       and Traffic Law through the issuance of

21       traffic signs, you encourage drivers to come

22       into compliance?

23           MR. QUINN:  Form.

DANIEL DERENDA

```
 1        what the level of unlicensed drivers was in an

 2        area?

 3   A.  I don't even know how you calculate that.  I

 4        don't believe we did.  I don't know how you

 5        would find that number if it actually brought

 6        down unregistered.  Again, when you write

 7        tickets for traffic violations, it's in

 8        response to them breaking the law and

 9        hopefully you bring them in compliance next

10        time around.  They won't do it again.

11              MR. QUINN:  Let her finish the question

12        before you answer.  You're doing fine so far,

13        but okay.

14   Q.  Did you look at accident reports in connection

15        with checkpoints?

16              MR. QUINN:  Form.

17   A.  I don't recall looking at accident reports.

18   Q.  Did you look to see where people had reported

19        running a red light?

20   A.  I don't recall.

21   Q.  Meaning you don't recall whether you did or

22        not or you don't recall looking at that

23        information?
```

**DANIEL DERENDA**

1      A.  I don't recall whether I looked at that

2          information or not.

3      Q.  Did you ever ask any third party to conduct

4          any kind of assessment to see whether the

5          checkpoints were improving traffic safety in

6          the City of Buffalo?

7      A.  Not that I recall.

8      Q.  Were traffic checkpoints intended to address

9          moving violations like running a stop sign?

10             MR. QUINN:  Form.

11     A.  I don't know how they could.

12     Q.  What about running a red light?

13     A.  Again, traffic checkpoint is stationary and

14         they wouldn't be running a red light to get to

15         the traffic checkpoint, so no, I don't believe

16         so.  I don't know.  Again, I don't know how it

17         could.

18     Q.  And would a checkpoint address complaints of

19         speeding at a particular location?

20     A.  Can you please repeat that.

21     Q.  Yes.  Would a checkpoint be run to address

22         complaints of speeding?

23             MR. QUINN:  Form.

**DEPAOLO CROSBY REPORTING SERVICES, INC.**

**DANIEL DERENDA**

1    A.  Probably not.

2    Q.  Did you ever take any specific steps to ensure

3        that officers were in fact making roadblocks

4        obvious with overhead flashing lights?

5    A.  I have passed several of them myself and they

6        did have the flashing lights on and did take

7        measures to do it.  Now, did they do it every

8        time?  I'll make the assumption they did

9        because they were ordered to, but can I tell

10       you if they did for a fact?  No.

11   Q.  Did you take any steps to ensure that

12       roadblocks were not unreasonably obtrusive to

13       motorists?

14   A.  Again, they were instructed to do so.  I'll

15       make the assumption they did.

16   Q.  And what would unreasonably obtrusive be?

17            MR. QUINN:  Form.

18   A.  Again, unreasonably intrusive may be the way

19       they are setup.  I don't know, but I'll make

20       the assumption that they didn't make them

21       unreasonable.  Again, specific date, time,

22       place, the determination from what time to

23       what time and the very specific rules that

**DANIEL DERENDA**

1          they were given to follow.  I'll make the

2          assumption they followed their orders.

3     Q.  What would unreasonable be in your mind?

4     A.  What would unreasonable be?

5              MR. QUINN:  Form.

6     A.  I can't think of a situation right now off the

7          top of my head.

8     Q.  Did you ever conduct any analysis of wait

9          times caused by a roadblock?

10    A.  I did not.

11    Q.  Did you ever conduct any analysis of traffic

12         slowdowns caused by a roadblocks?

13    A.  I did not.

14    Q.  Did you keep track of the number of cars that

15         passed through the checkpoints?

16    A.  I don't believe we did.

17    Q.  Did you keep track of the number and kinds of

18         tickets that were issued at checkpoints?

19    A.  They kept track of the number of tickets

20         issued.  I don't believe we kept track of

21         specifics.

22    Q.  And can you explain what you mean by that?

23    A.  So we know that the daily reports would say

**DANIEL DERENDA**

1      they issued X amount of traffic summonses.  I

2      don't believe it was broken down on that

3      report how many were for unregistered, how

4      many for no license, how many for whatever.  I

5      don't believe they broke it down by those

6      categories.  They may have, but I don't

7      recall.

8    Q. The housing unit also ran traffic checkpoints,

9      correct?

10          MR. QUINN:  Form.

11   A. There was traffic checkpoints at times,

12      correct.

13   Q. Isn't it true that sometimes the housing unit

14      ran its own checkpoints without the Strike

15      Force?

16   A. It's possible, but I don't recall any

17      specifics.  Again, if they did they would be

18      running under the same rules.

19   Q. So the same directives that are used for the

20      Strike Force checkpoints would also be used

21      for housing unit checkpoints?

22   A. Correct, if they ran them.  But I would

23      believe they would be more assisting them for

**DANIEL DERENDA**

1       it's in the BMHA area properties around there

2       or other parts of the city.  High visibility

3       is important in all areas of the city so it

4       would be a benefit just like it would be

5       anywhere else.

6    Q. So you would consider the checkpoints

7       themselves to be above and beyond the baseline

8       services?

9            MR. QUINN:  Form.

10   A. I believe it's part of police work or what

11      they're assigned to do.  Again, they're not

12      attached to radio calls.  It's part of what

13      the officers did with those units because they

14      had the time to do it.  They weren't running

15      from call to call.

16           Again, I believe traffic safety is

17      important and I also believe high visibility

18      is important, to go back to what I said

19      earlier.  I'd rather prevent a crime from ever

20      happening than investigate one later on, so we

21      use that high visibility in other areas and

22      I'll give you a perfect example.

23           So in 2006 I'm deputy commissioner.  I

**DANIEL DERENDA**

1            to be so they do the checkpoints within the

2            areas they're assigned or they did.

3       Q. Well, at the beginning you personally selected

4            specific intersections for the checkpoints,

5            correct?

6       A. For MRU I used to select the locations.  Maybe

7            sometimes I asked for specific locations

8            because of complaints from residents.  Block

9            clubs we used to hear a lot about it and,

10           quite honestly, we got positive feedback on

11           the traffic safety points.

12      Q. And so what were the kinds of complaints that

13           you would hear from block clubs?

14      A. We would hear complaints of people driving --

15           they would know certain people didn't have

16           driver's licenses.  They would know of

17           speeding.  They would know of all the loud

18           music blasting, all kinds of other things

19           going on and again part of the traffic safety,

20           although you're checking for licenses and

21           you're checking for inspection stickers,

22           registration, you're getting people unlicensed

23           off the road and you're providing high

DANIEL DERENDA

1          visibility to curtail a lot of those

2          activities.

3     Q.   So when you were picking specifically

4          intersections for traffic checkpoints what

5          information was going into selecting the

6          specific intersections?

7     A.   I don't recall picking specific intersections.

8          Are you talking about MRU now or Strike Force?

9     Q.   I believe I'm talking about the early days of

10         the Strike Force.

11    A.   So in Strike Force I believe I wasn't -- I

12         would occasionally tell them to be in this

13         certain area, but I don't recall specifically

14         on a day-to-day routine of picking locations

15         and/or places.  I believe Lockwood was doing

16         the locations of the roadblocks.  I did for

17         MRU way back as deputy commissioner and,

18         actually, the lieutenants at times picked the

19         locations specific for roadblocks.

20              We would pick the areas that I wanted

21         them to target, meaning what was going on,

22         based on what was going on, is what I best

23         recall.

DEPAOLO CROSBY REPORTING SERVICES, INC.

─ **DANIEL DERENDA** ─

1          Once I became commissioner MRU

2     disappeared and we disbanded the unit and we

3     re-formed the Strike Force.  I don't know how

4     many years in between.  I didn't have -- it

5     was no longer my job to be assigning them to

6     different locations.  You have deputy

7     commissioner of operations.  Lockwood overseen

8     the housing.  We put him in charge of housing,

9     Strike Force and the schools because we put

10    him all together so he overseen those units

11    and, generally speaking, he would assign them

12    where they would be.

13          Occasionally maybe I would chime in

14    based on something, based on somebody

15    requesting that I knew about, but the

16    day-to-day stuff I didn't handle.  I had too

17    many other things on my plate that I didn't

18    have years before.

19  Q. Now, you expected Strike Force officers to

20     issue a lot of traffic tickets, right?

21  A. I expected Strike Force officers to be

22     proactive and out doing their job making

23     arrests, writing summonses, writing parking

─ **DEPAOLO CROSBY REPORTING SERVICES, INC.** ─

1          tickets, writing city ordinances to be visible

2          and out doing their job proactive, correct.

3               MR. QUINN:  Form to the last question.

4      Q. And you mentioned a number of kinds of things

5          you expected them to do; summonses, parking

6          tickets, city ordinances.

7               What are city ordinances?

8      A. City ordinance could be anything from whether

9          -- high grass was one of them.  We used to

10         have specific details and walk through

11         neighborhoods writing summonses based on city

12         ordinances.  Loud music, high grass, whatever

13         it may be, and the purpose for that was to get

14         officers out of their cars walking down the

15         streets, getting back to what we talked about,

16         high visibility.

17              So when they're out doing something,

18         when they're out walking, when they're out

19         stopping vehicles for traffic violations,

20         they're highly visible and I believe that has

21         a major effect in reducing overall crime and

22         other things.

23     Q. When you felt that Strike Force officers had

DANIEL DERENDA

1        low production you let them know, didn't you?

2              MR. QUINN:  Object to the form.

3   A.  If I seen a report and I seen that they

4        weren't doing anything, so if you have ten

5        officers working on a shift and you don't see

6        any arrests and there's no summonses, then

7        they're telling me they're not out doing what

8        they need to be doing, so yes, I would let

9        somebody know if I didn't think they were

10       being out there.

11             Again, when you're not tied to the radio

12       and you're not answering calls you have a lot

13       of time to be proactive and enforce traffic

14       laws, do other things and when you're not --

15       again, I always had the philosophy of what

16       gets measured gets done, so they were forced

17       to do reports every shift and you can see if

18       they're doing things or they're not doing

19       things and there's times depending on holidays

20       or whatever you'd see low numbers because of a

21       couple of reasons.

22             Probably low manpower and people are

23       home and not driving and nobody is out and

DANIEL DERENDA

1      about and things aren't happening.  Crime is

2      not happening.  So there's reasons sometimes

3      why they're not, but there's other times that

4      you see low numbers in general and you start

5      to wonder if they're out on the street being

6      visible doing what they're supposed to be

7      doing.

8  Q.  So the traffic summonses, the tickets, parking

9      tags, the city ordinances, all of that is a

10      way for you to tell whether the Strike Force

11      officers are out there in the street?

12  A.  If they're out there zero tolerance enforcing

13      laws, violations, if they're out there about

14      on the street at times walking, at times

15      driving, whatever, that tells me they're out

16      working.

17          MR. QUINN:  Form of the last question.

18  Q.  And you also had to report those numbers up to

19      the mayor, correct?

20  A.  I didn't have to report the numbers up to the

21      mayor.  Did I report numbers up to the mayor?

22      I'm sure I did.  But no, I didn't have to

23      report numbers to the mayor.

1   don't recall if I did for Strike Force or not

2   or I might have done it, again, periodically

3   gone through.  I don't recall.

4 Q. And do you see here at the top you sent this

5   email it says to Strike Force.  It doesn't

6   have the names of any individuals.  Who would

7   you have been sending this email to?

8 A. Probably to the captain, chiefs, deputies and

9   the lieutenants more than likely I believe.  I

10   don't know who else I would have included on

11   there.

12    I don't know if I included the mayor.  I

13   don't know who else I might have included.  I

14   don't know how often I would have sent that.

15   I just don't recall.

16 Q. And in this particular case it looks like you

17   -- that you forwarded it after sending it

18   specifically to Captain Roberts?

19 A. Forwarded to -- it looks like.

20 Q. Do you see it says Daniel Derenda to --

21 A. So I forwarded it at 4:01 after it came from

22   3:58.

23 Q. Right.

---

**DANIEL DERENDA**

1          way, but the other thing, when tickets became

2          automated, meaning when I was a patrol officer

3          way back when and I wrote a ticket I would

4          have to physically handwrite a ticket and go

5          through it and so you might write somebody one

6          ticket, you might write them two.

7               However, when it became automated and

8          they take your driver's license and scan it

9          and everything gets populated and now a person

10         that might have done five violations at one

11         point, if you had to handwrite them maybe

12         you're not going to write five tickets, but I

13         believe with a press of a button, they're

14         printing out tickets and I believe that was a

15         big reason for the increase in the number of

16         summonses over the years.

17    Q.  Did the BPD have a written policy that covered

18         the issuance of multiple tickets?

19    A.  Can you repeat that?

20    Q.  Was there a written policy that covered

21         issuing multiple tickets in a single stop?

22    A.  I don't believe there was, but I know people

23         did write multiple tickets and I believe

---

**DEPAOLO CROSBY REPORTING SERVICES, INC.**

135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

0035

───── **DANIEL DERENDA** ─────

1    that's what -- again, that's the reason.  If

2    they have to physically handwrite them I don't

3    think they would have wrote as many, but

4    because everything became automated it became

5    so much easier for them to do so --

6  Q. Did you ever communicate to Strike Force that

7    you expected them to write multiple tickets as

8    part of the zero tolerance policy?

9  A. It gets communicated in that directive.  If

10    you go back to the roadblock directive as far

11    as that, that you should write everybody for

12    every violation equally, so that is the

13    directive there, but did I ever put out that I

14    need people to go out and do their job and

15    write summonses and make arrests?  I'm sure

16    all the time.

17  Q. Did you specifically provide direction around

18    multiple ticketing?

19  A. Not that I recall.  I don't remember if I did

20    or I didn't.

21  Q. And you never said anything to discourage them

22    from issuing multiple tickets?

23  A. I think at one point some people were writing

───── **DEPAOLO CROSBY REPORTING SERVICES, INC.** ─────

**DANIEL DERENDA**

1    unit and the Strike Force were engaging in

2    more multiple ticketing than the rest of the

3    Buffalo Police Department?

4         MR. QUINN:  Form.

5  A.  I would expect them to be engaged in more

6    ticketing because, again, they're out there

7    being proactive, not tied to radios and I

8    believe it probably would show -- this graph

9    would probably show a correlation as to when

10    they were -- tickets became automated.

11         I'm not sure what year that was, but I

12    will bet that's a big factor in why you see

13    more tickets being issued.

14  Q.  But when tickets became automated the entire

15    Buffalo Police Department had access to that

16    automated ticket software, correct?

17  A.  Correct.

18  Q.  And from what this graph is showing is that in

19    each stop the Strike Force and the housing

20    units are issuing significantly more tickets

21    at the stop than the other units of the BPD?

22  A.  That's what it appears to show.

23  Q.  Were you aware at the time that the Strike

**DANIEL DERENDA**

1  Force and the housing unit were issuing more

2  tickets in a single stop than other parts of

3  the Buffalo Police Department?

4      MR. QUINN:  Form.

5  A. Was I aware?  I'll make the assumption that,

6  again, the normal officers in patrol never

7  wrote a lot of tickets to begin with.  They

8  have so many other things going on with call

9  after call, whatever.  They're not doing daily

10  activity reports.

11      When you have Strike Force and you have

12  housing who are doing daily activity reports,

13  what gets measured gets done, and they know

14  you're reviewing numbers and now they have an

15  automated system, I would expect that they're

16  going to start writing more multiple tickets

17  and apparently they did.

18  Q. I will mark as Derenda 20 another graph that

19  we created based on BPD ticketing data.

20  Again, this isn't something you would have

21  seen before, so feel free to take a look at

22  it.  Are you able to see it?

23  A. Yes.

—**DANIEL DERENDA**—

1    Q. Where tinted window tickets were issued, yes,

2       so it's not an average -- yeah.  Among the

3       stops where tinted window tickets were issued,

4       the average is a little over three per stop.

5    A. Okay.

6    Q. Were you aware at the time that the tinted

7       window ticketing rate was increasing?

8    A. I was made aware of some point that some

9       officers were writing multiple tickets for

10      same vehicle at the same time which I am told

11      needed to end.  They were just getting thrown

12      out of court anyway.  If you're going to write

13      tinted window tickets it should be one ticket.

14           It didn't make sense to write multiple

15      tickets for different windows in my opinion

16      and I know they were being tossed out.  I

17      don't know what year or what timeframe that

18      was, but I do recall something along those

19      lines.

20   Q. Well, does it look like from this chart that

21      you were successful in reducing the number of

22      tinted window tickets that were issued?

23           MR. QUINN:  Form.

—**DEPAOLO CROSBY REPORTING SERVICES, INC.**—

135 Delaware Avenue, Suite 301, Buffalo, New York  14202

716-853-5544

**DANIEL DERENDA**

1          everybody's time.

2              I believe they were being thrown out of

3          court so, again, I don't know the facts behind

4          it and I don't recall totally.

5     Q. And why did the BPD issue so many tinted

6          window tickets?

7              MR. QUINN:  Form.

8     A. I believe when they're -- okay.  Let's go back

9          to -- and I don't know for a fact, but if the

10         directive says issue tickets, if you go back

11         if they're doing through checkpoints and the

12         directive says issue any and all, that could

13         be part of it or you might have certain

14         officers, specific officers that wrote the

15         majority of those tickets because that's what

16         they did.

17             I don't know.  I don't know what those

18         numbers are.

19    Q. Did you ever look into the tinted windows

20         ticketing numbers when you were commissioner?

21    A. Not that I recall.

22             MR. QUINN:  Form.

23    A. Possible, but I don't recall.

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
1    Q. Did you when you were commissioner of the BPD
2       have any written policy on tinted windows
3       ticketing?
4    A. I don't recall.
5    Q. I will mark as Derenda 21 a document that's
6       been identified as COB202653.  And this is an
7       email sent by Jeff Rinaldo to you and others
8       on January 29th, 2016.  Are you able to read
9       this okay?
10   A. I'm good.  Have to squint a little bit.  There
11      you go.  Better.
12   Q. And is this the incident that you were
13      thinking of where it was mentioned that the
14      BTVA was writing off tickets and is this what
15      caused you to --
16   A. Possible.
17          MR. QUINN:  Form.
18   A. Again, I do recall some incident happening or
19      seeing something.  This could have been when
20      it --
21   Q. So you remember advising officers to only
22      write one ticket?
23   A. I believe if I received this email I would
```

**DANIEL DERENDA**

1           have spoken to the chiefs and everybody

2           involved and pointed it out that they're

3           wasting their time because it's all being

4           reduced.  I'm sure I would have pointed it

5           out, but I don't recall specific.

6       Q.  At the same time the officers would have

7           continued to feel an expectation to produce

8           numbers, correct?

9               MR. QUINN:  Form.

10      A.  They would feel an expectation to do their job

11          and be out there and be proactive.

12      Q.  I'm going to mark as Derenda 22 a document

13          identified as COB027693 and this is a memo

14          signed by you at the bottom that went out to

15          chiefs, inspectors, captains, lieutenants and

16          the subject is equipment checkup date.

17              It directs officers to conduct window

18          tint inspections.  Can you explain what that

19          means?

20      A.  I don't recall this.  It's a general order

21          that went out through the inspector's office.

22          Officers to immediately direct to conduct

23          equipment checks on vehicles at the districts

```
1        STATE OF NEW YORK)

2        COUNTY OF ERIE   )

3


4
          I, Rebecca Lynne DiBello, CSR, RPR, Notary
5        Public, in and for the County of Erie, State of
         New York, do hereby certify:
6

7          That the witness whose testimony appears
         hereinbefore was, before the commencement of
8        their testimony, duly sworn to testify the
         truth, the whole truth and nothing but the
9        truth; that said testimony was taken pursuant
         to notice at the time and place as herein set
10       forth; that said testimony was taken down by me
         and thereafter transcribed into typewriting,
11       and I hereby certify the foregoing testimony is
         a full, true and correct transcription of my
12       shorthand notes so taken.

13
           I further certify that I am neither counsel
14       for nor related to any party to said action,
         nor in anyway interested in the outcome
15       thereof.

16
           IN WITNESS WHEREOF, I have hereunto
17       subscribed my name and affixed my seal this
         14th of November, 2021.

18

19

20       _____
21         Rebecca Lynne DiBello, CSR, RPR

22

23
```