# EXHIBIT 8

1        UNITED STATES DISTRICT COURT

2        FOR THE WESTERN DISTRICT OF NEW YORK

3        ------------------------------------------

4        **BLACK LOVE RESISTS IN THE RUST, et al.,**
         **individually and on behalf of a class of**
5        **all others similarly situated,**

6                               Plaintiffs,

7         -vs-                           1:18-cv-00719-CCR

8        **CITY OF BUFFALO, N.Y., et al.,**

9                               Defendants.
         ------------------------------------------

10

11                         **CONTINUED**

12            **ORAL EXAMINATION OF DANIEL DERENDA**

13                **APPEARING REMOTELY FROM**

14                     **BUFFALO, NEW YORK**

15

16

17                  December 23rd, 2021

18                  At 9:20 a.m.

19                  Pursuant to notice

20

21        REPORTED BY:

22        Rebecca L. DiBello, RPR, CSR(NY)

23        APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

1          **R E M O T E      A P P E A R A N C E S**

2      APPEARING FOR THE PLAINTIFFS:

3                      **NATIONAL CENTER FOR LAW AND**
                       **ECONOMIC JUSTICE**
4                      **BY:  CLAUDIA WILNER, ESQ.,**
                       275 Seventh Avenue, Suite 1506
5                      New York, New York 10001
                       (212) 633-6967
6
                       **CENTER FOR CONSTITUTIONAL RIGHTS**
7                      **BY: A. CHINYERE EZIE, ESQ.**
                       666 Broadway, 7th Floor
8                      New York, New York 10012
                       (212) 614-6475
9
10     APPEARING FOR THE DEFENDANTS:

11                     **CITY OF BUFFALO LAW**
                       **DEPARTMENT**
12                     **BY: ROBERT E. QUINN,**
                       **ASSISTANT CORPORATION COUNSEL**
13                     1100 City Hall
                       65 Niagara Square
14                     Buffalo, New York 14202
                       (716) 851-4326

15

16     ALSO PRESENT:

17                     **KARINA TEFFT, ESQ.,**
                       **ANJANA  MALHOTRA, ESQ.,**
18                     National Center for Law and Economic
                       Justice

19

20

21

22

23

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
 1            recall having a conversation with him about
 2            it.
 3                 Can we take a break about 11:00?
 4                 MS. WILNER:  Sure.
 5       Q. I'm marking as Derenda 35 a document that's
 6            identified as COB040297.  It's an email from
 7            David Wilcox to Patrick Roberts and also Chief
 8            Brinkworth.  It's dated March 17th, 2014.
 9                 That's the first email and it's part of
10            a chain between Captain Roberts and Lieutenant
11            Wilcox.
12                 So moving down to the original email,
13            and you can take a moment to read it.
14       A. (Reading.)  Okay.
15       Q. There's nothing on the second page, just
16            "respectfully".
17       A. Okay.
18       Q. So here in this email Lieutenant Wilcox is
19            requesting additional plate readers, right?
20       A. Correct.
21       Q. He says, our unit impounds more cars and
22            writes more summonses by a wide margin than
23            any district or unit in the city.  Our single
```

```
 1        know what year that was.  I believe it's
 2        called TraCS.
 3    Q.  And I understand the testimony that during the
 4        year that you converted to TraCS there would
 5        have been an increase in tickets because it
 6        was -- because the ticket writing became
 7        automated; is that right?
 8    A.  Yes.  I believe it would have been increased
 9        because of that.
10    Q.  And let's assume that the conversion to TraCS
11        happened before the time period that is
12        reflected on this chart.  I believe that it
13        happened in 2011.
14             But setting aside the conversion to
15        TraCS and automation, what other reason would
16        you have for the jump in tickets between 2014
17        and 2015 and then again in 2016?
18             MR. QUINN:  Form.
19    A.  Obviously, more enforcement.  Again, I believe
20        it was the TraCS system making it easier.  I'm
21        not sure when the system came in or when it
22        was given to the Strike Force or Housing.  I
23        believe that would be the jump for the
```

1          Strike Force, when you have a Housing, they're

2          out there.  They're out in their areas that

3          they're assigned to.  Again, they're expected

4          to be proactive.

5               I probably repeat myself a million times

6          but, again, I believe what gets measured gets

7          done and I think they all knew that.  They can

8          equate it any way they want to.

9     Q.  After the Buffalo News article came out in

10         February, 2016 did you undertake any

11         investigation to learn more about the

12         increased ticketing pattern?

13    A.  I don't recall reading the article and I don't

14         recall looking into anything in the article.

15    Q.  So when you were the commissioner of police it

16         wasn't your practice to read major articles in

17         the Buffalo News that concerned operations of

18         the police department?

19              MR. QUINN:  Form.

20    A.  I continue to this day to read the paper

21         daily.  I pick up my newspaper, my cup of

22         coffee.  I pull over in my vehicle everyday

23         for the last 40 years and read the paper, so

```
 1     A.  Those aren't my words.
 2     Q.  No, but I'm asking you as the former
 3         commissioner of police do you think that
 4         there's a difference between a quota and
 5         reasonable standards?
 6             MR. QUINN:  Form.  This isn't a grammar
 7         test.  He said it's not his words.
 8     A.  As commissioner of police I didn't set quotas
 9         or, quote, reasonable standards as used in
10         those words.  I expected the officers to be
11         out there proactive, aggressive, doing their
12         job.
13     Q.  And at the bottom of the email Menza says I
14         appreciate the resources afforded to us from
15         these grants and I am happy to see our
16         officers financially rewarded.
17     A.  Correct.
18     Q.  Did you view overtime details as an
19         opportunity to provide a financial reward to
20         officers?
21             MR. QUINN:  Object to the form.
22     A.  I believe that's what he was referring to.
23         Did I view it as a financial reward?  They did
```

1      make more money by working overtime and some

2      officers liked to work overtime.  So you can

3      call it they did receive more pay for working

4      overtime.

5   Q. Does the email reflect a quid pro quo in which

6      officers are expected to produce results in

7      order to continue receiving overtime

8      opportunities?

9           MR. QUINN:  Form.

10  A. Officers were always expected to produce

11     results whether it was on overtime details or

12     on straight time details, whether it was

13     Housing or Strike Force.  Again, I expected

14     them to be out there doing their job.

15  Q. Was availability of overtime contingent on

16     producing results?

17          MR. QUINN:  Form.

18  A. There were certain details on overtime that

19     were expected results.  Again, if we wanted

20     people out there and to be proactive, if we

21     were paying for extra details on overtime, I

22     certainly expect them to be out there doing

23     their job.

```
 1      Q.  I'm marking as Derenda 43 a document
 2          identified as COB053722.  And this is an email
 3          that Captain Roberts sent to you and chief
 4          Brinkworth on May 3rd, 2013.
 5              You received this email, right?
 6      A.  Yes.
 7      Q.  You would have --
 8      A.  It was sent to me, correct.
 9      Q.  And Captain Roberts is reporting on the
10          statistics which he thinks are very good.
11          This refers to them as off the charts?
12      A.  Right.
13      Q.  He says guys are highly motivated and I think
14          a great reward would be at least a limited
15          daytime OT detail.
16      A.  Those were his words, correct.
17      Q.  Why would OT opportunities or overtime
18          opportunities be viewed as a reward?
19      A.  Again, you'd have to ask Pat Roberts.  Those
20          are his words.
21      Q.  Did officers get paid time and a half during
22          overtime?
23      A.  Overtime is time and a half, correct.
```

```
 1     Q.  And some officers increased their salaries
 2         considerably with overtime, didn't they?
 3              MR. QUINN:  Form.
 4     A.  Throughout the department, correct.  I used
 5         overtime whenever I needed and had to do it to
 6         achieve my objectives.
 7     Q.  And working overtime also gave officers the
 8         opportunity to increase their pensions, right?
 9     A.  Yes.
10     Q.  Do you or did you as commissioner believe that
11         overtime is a reward for production?
12              MR. QUINN:  Form.
13     A.  I believed that when overtime was utilized
14         that they needed to produce, but I believed
15         they needed to produce whether it was on
16         straight time or overtime, whether it was the
17         homicide unit working overtime hours, whether
18         it was the narcotics unit, whether it was
19         traffic, Strike Force, overtime was utilized
20         across the board with the objective of
21         lowering crime throughout the city.
22              So again, we used a lot of overtime over
23         the years, but still maintained our budget.
```

```
 1     Q.  Your testimony last time was if you're going
 2         to write tinted window tickets it should be
 3         one ticket.
 4     A.  That's my opinion.
 5     Q.  Were you aware that Captain Serafini was
 6         instructing officers to issue two tickets?
 7     A.  I don't recall seeing this email, but if he
 8         instructed them to issue two tickets I still
 9         believe when they went to the adjudication
10         bureau they would be knocked down to one or
11         something else.
12     Q.  Why was Captain Serafini instructing officers
13         to write two tickets per incident if you said
14         that they should write one ticket per
15         incident?
16     A.  I don't recall specific language to Captain
17         Serafini or anyone else.  What I believe I
18         said in the context of multiple tickets should
19         not be written for tinted windows; you should
20         write one ticket.  Now, I passed that on.  So
21         why he's writing what he did, I guess you'd
22         have to ask him that.
23     Q.  Did you ever take any specific steps to ensure
```

1          that your instructions about not issuing
2          multiple tinted windows tickets in a single
3          stop were being followed?
4     A.  I don't recall.
5     Q.  If you had taken any steps would that be
6          documented in some way?
7     A.  Again, I don't recall what I did, who I spoke
8          to.  Might have been a conversation.  I don't
9          recall, but it did come to me at some point
10         that they were running multiple tickets for
11         tinted windows and I probably addressed it at
12         a chief's meeting when they were all there,
13         what should be done and if they need to stop
14         whether it was Housing, Strike Force or
15         districts, that they needed to write just one
16         ticket based on -- probably based on a
17         complaint coming from traffic adjudication.
18    Q.  You don't recall doing anything specific after
19         that to check to see if your instructions were
20         being followed?
21    A.  I don't recall.
22              MS. WILNER:  Okay.  So it's 12:00 now.
23         I certainly have a full afternoon of materials

**DEPAOLO CROSBY REPORTING SERVICES, INC.**

1          whether it's not even the person in the car,

2          it's the situation around you where you pull

3          the car over because of traffic and you see

4          how many troopers every year get killed or hit

5          by police cars, so it's a very -- the officer

6          has to be alert and paying attention for

7          everything around them and, again, they can

8          lead to bigger charges other than minor

9          offenses that they start out to be because

10         that's a part of the nature of the stop.  It

11         just happens.

12    Q.   The Strike Force did most of its traffic

13         enforcement on the inside of Buffalo, right?

14              MR. QUINN:  Form.

15    A.   I don't know where the numbers breakdown.

16         Wherever they were assigned.  They did a lot

17         of traffic enforcement obviously whatever area

18         they were assigned to and they were usually

19         assigned in areas based on current events,

20         what was going on.

21    Q.   Would you agree that the vast majority of

22         people who live on the East Side of Buffalo

23         are law-abiding citizens?

```
 1      A. Yes.
 2      Q. And that people in North and South Buffalo
 3         also commit traffic violations?
 4      A. Yes.
 5      Q. Including seat belt violations?
 6      A. I'm sure people commit offenses all over the
 7         city, suburbs, no matter where they are.
 8      Q. For tinted windows?
 9      A. I'm sure they're everywhere.
10      Q. And people in North and South Buffalo may
11         possess drugs?
12      A. Yes.
13      Q. And they may have weapons?
14      A. Again, criminals are all over the place.
15      Q. And people in North and South Buffalo may be
16         involved with gangs?
17      A. It's possible, yes.
18      Q. Would it be unlawful to pull somebody over for
19         a traffic stop because they were black and
20         driving on the East Side and failed to signal?
21            MR. QUINN:  Object to the form.
22      A. Would it be unlawful to pull somebody over for
23         not signaling?  No.  They should not be
```

```
 1              MR. QUINN:  Object to the form.
 2    A. You're biased against a certain race because
 3       of their race.
 4    Q. Do you see a difference between racial
 5       profiling and racial bias?
 6              MR. QUINN:  Form.
 7    A. As far as racial bias or racial profiling,
 8       nobody should be pulled over because of their
 9       race or where they live or what type of car
10       they're driving.  It should be based on what
11       they did or didn't do.  If they didn't signal,
12       if they ran a red light, that's when you pull
13       somebody over.  Race should have nothing about
14       that whatsoever.
15    Q. If the officer had probable cause for a
16       traffic stop can that stop be the result of
17       racial profiling?
18              MR. QUINN:  Object to the form.
19    A. I don't understand the question.
20    Q. The question is if the officer -- if an
21       officer pulls somebody over and they had
22       probable cause for the stop, does that mean
23       that they could not have been engaging in
```

```
 1              This is just an excerpt from it that
 2          deals with law enforcement profiling and this
 3          is the entire piece that you should be able to
 4          see on the screen at once.
 5              Have you seen this document before?
 6     A.  Not that I recall.
 7     Q.  Do you have any reason to dispute that these
 8          were the materials that were used to train
 9          police officers during the time you were
10          commissioner?
11     A.  I have no knowledge either way.
12     Q.  Do you think that the definition of biased
13          policing that's discussed here is correct?
14              MR. QUINN:  Are you referring to certain
15          language on the Page 7 that's --
16     Q.  Yes.  C.2, biased policing.
17     A.  I would say that would be biased policing,
18          correct.
19     Q.  Okay.  Biased policing is the exercise of
20          police authority to seize or detain an
21          individual solely upon an individual's race,
22          ethnic origin, religion, gender, age, sexual
23          orientation or income status?
```

```
 1      A.  That's what it says, correct.

 2      Q.  And do you think that's a good definition?

 3      A.  I think it is a definition, yes.

 4      Q.  Would you make changes to the definition?

 5      A.  I don't know.  I'd have to do a little more

 6          reading and figure out what a better way of

 7          stating that is, but I don't write the

 8          training material for the academy and/or did I

 9          write it for the Buffalo Police Department.

10      Q.  And in number three, the materials say that

11          it's important to distinguish that there are

12          significant and important differences between

13          the two.  It's referring to profiling versus

14          biased policing.

15      A.  That's what it says, correct.

16      Q.  Do you agree that profiling is not the same

17          thing as biased policing?

18      A.  Well, according to this, it states the public

19          may often perceive profiling as biased

20          policing.  It's important to distinguish that

21          there are significant and important

22          differences.

23              Again, this is what they're teaching.
```

0016

```
 1    A. Correct.
 2    Q. Does the BPD have any written policies to
 3       guide the officer's discretion in this area?
 4    A. I don't recall if there was or there wasn't.
 5    Q. So in the amended complaint that was filed in
 6       this lawsuit it would be alleged that from
 7       2012 to 2019 drivers from predominantly black
 8       zip codes were eight times as likely to be
 9       issued multiple tickets in a single stop than
10       drivers from predominantly white zip codes.
11            Do you have any reason to believe that
12       that allegation is incorrect?
13            MR. QUINN:  Object to the form.
14    A. I don't have any reason to believe it's
15       correct or not correct.  I haven't looked at
16       the numbers that I recall.
17    Q. What is your explanation for the racial
18       disparity in the issuance of multiple tickets?
19            MR. QUINN:  Object to the form.
20    A. Again, each individual writes tickets for
21       whatever reason based on what is going on.
22       Were there roadblocks that they went through?
23       I don't know.  I don't have an explanation.
```

1    Q. Was it something you ever looked into?

2    A. Not that I recall.

3    Q. The amended complaint that was filed in this

4        action also alleges that from 2012 to 2019

5        61 percent of tinted windows tickets which is

6        just over half of all tinted windows tickets

7        were issued to drivers from the four most

8        heavily non white zip codes in Buffalo.

9            Do you have any reason to believe that

10       that allegation is incorrect?

11   A. Again, I don't know that to be true or not.

12           MR. QUINN:  Object to the form.

13   Q. Do you have an explanation for the racial

14       disparity issuance of tinted windows tickets?

15           MR. QUINN:  Object to the form.

16   A. I do not.

17   Q. I'm marking as Derenda 45 a document that's

18       COB263554.  This is an email that

19       Councilmember Scanlon from South Buffalo sent

20       to you and copied Kimberly Beaty.  I'll let

21       you take a look at it.

22   A. (Reading.)  Can you scroll down please.  Okay.

23   Q. So in the email Councilmember Scanlon who

```
 1          There it is, 15.  Never mind. Juneteenth. Yes.
 2     Q.  And Juneteenth is the anniversary of the end
 3          of slavery in the United States, correct?
 4     A.  Correct.
 5     Q.  And it's a very important day in the black
 6          community and has been for years, right?
 7     A.  Yes.
 8     Q.  And it basically became a national holiday,
 9          didn't it?
10     A.  Yes.
11     Q.  And Buffalo has an annual Juneteenth Festival,
12          doesn't it?
13     A.  Yes, they do.
14     Q.  And at the Juneteenth Festival large numbers
15          of black people gather in one place on the
16          East Side of Buffalo, right?
17     A.  Correct.
18     Q.  And you directed that roadblocks be set at the
19          Juneteenth Festival for two days, didn't you?
20     A.  You're misreading that.  They were assigned to
21          the Juneteenth Festival from 1530 to
22          2100 hours and then at Area 2 to do a
23          roadblock at that location, wherever Area 2
```

1          was, roadblock 33 and Suffolk.

2               If you look down, Gus Macker, 1500 to

3          1900.  They were assigned to the Gus Macker

4          Festival.  It was downtown by City Hall

5          between those hours and then they were

6          assigned roadblocks area after that.

7     Q. Okay.  So the roadblocks were in different

8          places?

9     A. So you're looking at Juneteenth is Humboldt

10         Park/Fillmore.  They were assigned 33 and

11         Suffolk and they were also assigned on

12         Juneteenth on the 16th at Box and Moselle.

13         That's not where the festival was.  The

14         festival was always at Humboldt Park at Best

15         and Fillmore area.

16    Q. Okay.  I'll mark as Derenda 48 an exhibit.

17         This is a table that we created from the email

18         that we just looked at and it looks that all

19         of the places where you assigned the Strike

20         Force from this period of June 2012 to

21         July 2014, so the months are on the left side

22         of the chart, the months are at the top and

23         the box contains the number of checkpoints

```
 1    Q. Would it surprise you that Areas 2, 3, 5 and 6
 2       are all more than 90 percent black?
 3    A. I don't know.  Again, I don't know what areas
 4       you're speaking of.
 5    Q. Maybe we should go back and look at these
 6       maps.
 7    A. We can take your word for it.
 8    Q. Okay.  Does it surprise you that Areas 1 and 4
 9       are more than 80 percent black?
10    A. Certain areas have different demographics than
11       others.  It doesn't surprise me that an area
12       would be 80 percent African-American or not.
13    Q. So you ordered more than 80 percent of
14       checkpoints to take place in Areas 1
15       through 9?
16    A. What I would order the Strike Force to be in a
17       certain area and perform those checkpoints in
18       that area is what they would usually do based
19       on current events, based on crime trends,
20       based on what was going on that particular
21       moment in time.
22    Q. But the fact is that based -- the fact is that
23       more than 80 percent of the time this was
```

1          occurring in Areas 1 through 9 which are

2          heavily majority black neighborhoods, right?

3               MR. QUINN:  Form.

4     A.  They were mostly assigned to areas where

5          things were going on so, again, I can't speak

6          to the demographics of the population but,

7          again, wherever the crime was, whatever

8          reason, crime pattern, whatever, whatever it

9          was, whether it was a series of shootings or

10         burglaries or what have you, that's where

11         Strike Force was assigned for those reasons

12         and they would predominantly do the

13         checkpoints within those areas that they were

14         assigned.

15              At times there would be other areas they

16         would go do checkpoints, too, but I can't tell

17         you exactly why they were in a specific area

18         at a given point 10 years later.

19    Q.  According to the numbers that are reflected on

20         this chart, more than 60 percent of the

21         checkpoints were just in Areas 1 through 4.

22    A.  Then they were there for a reason.

23    Q.  But you don't dispute that during this time

```
 1              My question is asking about the fact
 2         that more than 80 percent of the checkpoints
 3         were in black neighborhoods.
 4              MR. QUINN:  Object to the form.
 5    A. If that's what your stats show, then that's
 6         what they were.
 7    Q. Did you specifically place checkpoints in
 8         places where you wanted to have a highly
 9         visible presence?
10    A. Again, going back to two reasons for the
11         checkpoints.  Traffic safety and high
12         visibility.  You wanted people to see them.
13         You wanted them to be there or wherever there
14         was or wherever we had issues with crime, so
15         if you had a checkpoint somewhere where you
16         had issues with shootings or burglaries,
17         again, with the police standing there it's
18         highly unlikely that these crimes would be
19         committed.
20    Q. You didn't set checkpoints in places where
21         there were a lot of accidents, right?
22    A. I don't believe I used accidents as a
23         criteria.  It's possible we did, but I don't
```

1         recall if I did or I didn't.

2    Q.  You didn't set checkpoints in places where

3         people were complaining about speeding or stop

4         signs or red light violations, right?

5    A.  Well, we may not have set checkpoints, but we

6         would have sent details for different areas

7         based on a complaint maybe from a councilman,

8         maybe from citizens or numerous complaints

9         about stop signs are constantly being run or

10        speeding.

11             Example, the 198.  We setup specific

12        details, not the Strike Force.  Sometimes

13        maybe the Strike Force.  With complaints of

14        speeding over 30 miles an hour and there would

15        be specific details run and I think most of

16        those were run out of D District, but Strike

17        Force could have assisted, but based on facts

18        Strike Force wasn't the only option.

19             Setting up details in the districts were

20        also an option based on manpower and sometimes

21        on overtime.

22   Q.  Did you set checkpoints in places where you

23        thought that you could write a lot of tickets

```
 1      Q. And what about --
 2      A. On the quality of life summons it would be a
 3         lot of times issued to an address so that you
 4         wouldn't know who lived there per se.
 5      Q. Did you look at the distribution of where in
 6         the City of Buffalo the quality of life
 7         summonses were written?
 8      A. At one point we had quality of life details in
 9         every district so they were written in every
10         district, and quite aggressively in a lot of
11         cases.
12      Q. Did the BPD collect data on vehicle impounds
13         by the race of the driver?
14      A. Not that I recall.
15      Q. Or the race of the vehicle owner?
16      A. I don't recall that.  I don't believe so.
17      Q. While you were commissioner did the BPD
18         collect data on misdemeanor arrests by race?
19      A. I'm sure that data could be run, but I don't
20         remember specifically seeing it.
21      Q. Did the BPD collect data on the race of
22         Internal Affairs complainants?
23      A. I'm sure that data could be found very easily
```

1        if they decided to search it.  I don't recall
2        them breaking it down, but it's possible they
3        did.
4    Q.  Did the BPD collect data that looked at the
5        resolution of Internal Affairs complaints by
6        race of the complainant?
7    A.  I know they collected data with the
8        resolution.  I don't remember if they broke it
9        down by race of complainant.
10   Q.  The uniform traffic ticket has a field for
11       entering the race of the person ticketed,
12       correct?
13   A.  I don't know what it has on the computer and I
14       don't recall what it was when I used to
15       handwrite tickets.  Possibly.  Probably.
16       Well, maybe.  I'm not sure.  I'm not
17       100 percent sure.
18   Q.  Okay.  I'm going to mark as Derenda 49 a
19       document.  I'm going to call it traffic ticket
20       quick guide because that's what it says on the
21       top left of the document and there is a big
22       stamp at the bottom, COB_Inc_00000119.
23           And this is a guide that accompanied the

```
1          it was important to be able to identify racial

2          disparities in the BPD's traffic enforcement

3          policy?

4                 MR. QUINN:  Form.

5     A.  You're assuming there were racial disparities.

6          Again, I don't recall seeing those numbers so

7          I don't know how to answer your question.

8     Q.  Did you ever ask to see those numbers?

9     A.  I don't recall if I seen them, asked for them.

10         I just don't have that recollection.

11    Q.  It wasn't something that occurred to you as

12         being important to look at?

13                MR. QUINN:  Form.

14    A.  It was something I don't recall being brought

15         up to me as being an issue.

16    Q.  When you were the commissioner did you take

17         any affirmative steps to find out whether your

18         officers were engaging in racial profiling?

19    A.  The steps that would have been taken would

20         have been based on complaints.  I don't recall

21         what complaints, but that would have been

22         handled through Internal Affairs and at some

23         point I would have seen those complaints, so
```

```
 1        usually an example of something reaching me as
 2        a complaint would have been that somebody is
 3        writing numerous tickets for one car for
 4        tinted windows and we would address the issue
 5        by stopping it or putting out through the
 6        chiefs and putting out through the deputies to
 7        stop it.
 8             Again, if something was brought up as an
 9        issue, we addressed it.
10   Q.   You don't recall taking any affirmative steps
11        to look into the issue?
12             MR. QUINN:  Form.
13   A.   I don't recall if we had complaints and I
14        don't recall looking into it if we did.
15   Q.   I'm going to mark this Derenda 50, a map of
16        checkpoints locations.  This was a map that
17        was attached to the original complaint filed
18        in this case as Exhibit A to that complaint.
19        It shows the number of checkpoints run in the
20        City of Buffalo between January 2013 and
21        June 2017.  It shows the racial composition of
22        neighborhoods and checkpoints.
23             It might be easier to see if I make it a
```

1          years?  Four years.

2              You're telling me there were only zero

3          to ten in North Buffalo?  There had to be more

4          than that because I know they had them in

5          Riverside and different areas, so I'm looking

6          at this going -- I see it as different.

7              I know they were in different areas at

8          times or I believe they were but, again,

9          Strike Force was assigned to certain areas

10         based on crime and things going on and that's

11         where primarily they would do their

12         checkpoints, so I would be interested to see

13         where the crime data lines up with the

14         roadblock area.

15     Q.  Would you expect that crime data would lineup

16         with the road block areas?

17             MR. QUINN:  Form.

18     A.  I believe it probably would.

19     Q.  If I told you that there were areas of Buffalo

20         that experienced crime and had little to no

21         checkpoints activity and there were white

22         areas what would you say to that?

23             MR. QUINN:  Form.

1    A.  All areas of the city experienced some level

2        of crime.  It depends on how much and there

3        were other ways of dealing with crime spikes

4        with details from the districts but, again,

5        primarily the Strike Force was used to

6        supplement high crime areas where we had the

7        most problems.

8            It doesn't mean we didn't address things

9        that happened in South Buffalo with the

10       councilman with that letter.  I don't know.

11       I'm sure I addressed it somehow.  His

12       complaint, it doesn't necessarily -- Strike

13       Force wasn't the only tool in the box.

14   Q.  But Strike Force was the tool in the box for

15       the East Side of Buffalo, right?

16   A.  Strike Force was the tool for high visibility

17       wherever we had major high crime issues.

18       Again, be it shootings, whatever it was,

19       that's where they were directed, to crime

20       hotspots and part of what they did was

21       roadblocks.

22   Q.  I'm marking as Derenda 51 a document

23       identified as COB264846.  This is an email.

1          these, so it might be a little after 2:00.

2     A.  That's fine.

3     Q.  Question 59.  Why does it seem that police

4          checks happen only in black neighborhoods and

5          rarely in white neighborhoods?  What efforts

6          will you make to make sure that police checks

7          happen in all neighborhoods equally?

8     A.  It says time and location of checkpoints are

9          driven by crime stats and also requests from

10         different parts of the community.  Whether

11         they were in white neighborhoods or black

12         neighborhoods, the residents generally wanted

13         us to be there and liked us being there.  The

14         criminal element did not.

15    Q.  Can you point to any specific individuals or

16         instances when you were thanked for running

17         checkpoints in black neighborhoods?

18              MR. QUINN:  Form.

19    A.  I can't recall any specific instance, but I

20         can tell you to this day I still get stopped

21         maybe once -- it used to be weekly.  Now it's

22         probably once every couple of weeks and

23         usually the person coming up to me is over --

```
 1          neighborhoods than white neighborhoods.  It's
 2          because of where Strike Force was assigned
 3          based on issues going on in the neighborhoods
 4          and part of what they did were the roadblocks
 5          and if that happened to be in areas where
 6          there were more black residents based on --
 7          again, it was never determined -- checkpoints
 8          and/or any other policing is never determined
 9          by the race of the people living in the
10          neighborhood.
11               It's the events taking place around it
12          or in it that would determine where the extra
13          policing would be and/or roadblocks.
14     Q.  This response doesn't say that checkpoints
15          were run for traffic safety purposes, does it?
16     A.  I don't even know if I wrote this response and
17          I don't think they asked the purpose of -- if
18          you read the question I don't see the person
19          asking the question, well, why were
20          checkpoints run in the first place?
21               I don't think that was the question, so
22          I'm not sure who responded to this or if I
23          did, but I agree with the checkpoints were --
```

1        again, it was driven by where Strike Force was

2        and that was driven by where the crime stats

3        and issues were and that's it.

4    Q.  The BPD had a traffic unit, right?

5    A.  Yes.

6    Q.  And the purpose of the traffic unit was to

7        reduce traffic violations and accidents?

8            MR. QUINN:  Form.

9    A.  The traffic unit did more things like events

10        like HSBC arena -- now it's Key Bank Center --

11        where the Buffalo Sabres play.  They control

12        trafficking around there for events, other

13        events; races, funerals, you name it.  They

14        did more of that type of traffic enforcement

15        and/or helping out with traffic than they did

16        actually enforcing traffic rules.

17            Occasionally they had radar setup, but

18        most of the time they were busy doing a

19        million other things.

20    Q.  So if the purpose of checkpoints is traffic

21        safety, why weren't they conducted by the

22        traffic unit?

23            MR. QUINN:  Form.

```
 1    A.  At times they were, but they were very busy
 2        doing other things that required manpower.
 3        Again, they would direct traffic, block
 4        traffic for numerous events, as I said, and I
 5        keep highlighting the Key Bank Center where
 6        different festivals or whatever, whether it
 7        was Juneteenth Festival the Italian Festival,
 8        whatever it was.  Traffic was always assigned
 9        out and around the perimeter to block traffic.
10    Q.  Did you ever undertake a review of checkpoint
11        locations and look specifically at the race of
12        the neighborhoods where checkpoints were
13        located?
14    A.  We didn't consider the race of where the
15        checkpoints were located.  Again, they were
16        put with the MRU -- not MRU -- the Strike
17        Force based on what was going on and part of
18        their function, as I said, were roadblocks.
19    Q.  Here's another question.  This is 22 from the
20        afternoon of that event.  Why are the police
21        bent on intimidating black people?  Are they
22        screened for mental health before hiring to
23        eliminate those with anger management problems
```

1    A. To what parade?  Excuse me?

2    Q. On July 4th there is a large gathering at

3       Canalside in downtown Buffalo, right?

4    A. They've had different events there, yes.

5    Q. And the size of that gathering is about the

6       same size of the Juneteenth gathering?

7    A. I don't know.  It depends on different years.

8    Q. The July 4th Canalside celebration isn't a

9       predominantly black celebration, is it?

10   A. I think it's just a mix of all the people in

11      the area.

12   Q. You didn't assign the Strike Force to patrol

13      at July 4th, did you?

14   A. Apparently not.

15   Q. And you didn't set any checkpoints near the

16      July 4th at Canalside either, did you?

17   A. Doesn't appear to be.

18   Q. I'm going to look at March, 2014.  And

19      March 17th is St. Patrick's Day, correct?

20   A. Okay.  I believe so.

21   Q. And in Buffalo there is a St. Patrick's Day

22      parade?

23   A. There is a St. Patrick's Day parade on the

1          Sunday.  So whatever date around St. Patrick's
2          Day that is.  They routinely had it on the
3          weekend.
4     Q.   The St. Patrick's Day parade is a large
5          gathering, right?
6     A.   Correct.
7     Q.   And a predominantly white Irish gathering?
8     A.   No.  It's predominantly an all-area event.  We
9          heavily police that area, heavily.  It cost a
10         fortune for all the officers that were
11         assigned down there.
12    Q.   But you didn't assign the Strike Force to go
13         to St. Patrick's Day?
14    A.   Parade?  It doesn't say where I assigned them.
15         It said Area 3, whatever.  I'm not sure where
16         the downtown areas were, but they might have
17         been assigned down -- again, we had numerous
18         issues at that parade; underage kids,
19         drinking, fights, all kinds of things, so we
20         had a heavy police presence, super heavy
21         police presence.
22              Now, if you go back to July 4th that you
23         asked about, I don't think we had a real heavy

1          presence down on 4th of July other than maybe

2          traffic and a few others, but other areas,

3          Juneteenth, we had a heavy police presence due

4          to incidents that took place years before.

5                Again, police requested by the

6          community, so different events have different

7          reactions or different policing strategies,

8          but as far as St. Patrick's Day parade,

9          heavily, heavily policed.

10   Q.  But at the time of the St. Patrick's Day

11        parade you were directing Strike Force

12        roadblocks to be run in Area 1.

13   A.  So I don't know -- well, let's go back to

14        you're saying March 17th, 2014.  Was that

15        Sunday?  I'm not sure what day the parade was

16        on or where they would be.  Was it the Sunday

17        before St. Patrick's Day?  The Sunday after

18        St. Patrick's Day?

19                Apparently there wasn't a roadblock.  It

20        was to be determined by the lieutenant but,

21        again, heavily policed area.  As I said

22        earlier, there's more approaches than, quote,

23        Strike Force.  More details.  It was heavily

1        detailed out of the district and then some.

2        We couldn't even fill the detail with all the

3        officers we wanted.

4    Q. March 17th, 2014 was a Monday.

5    A. So the parade might have been either on the

6        16th or the following, but there were actually

7        two parades every year.  The one parade that

8        would take place in the South Buffalo First

9        Ward we had very few police at.  However, the

10       main parade that took place down Delaware

11       Avenue was always a major, major issue,

12       heavily policed.  One very expensive event for

13       the city.

14   Q. Well, on March 16th you sent the Strike Force

15       to Area 2 which is on the East Side of

16       Buffalo, nowhere near the St. Patrick's Day

17       parade.

18   A. What about the following week?

19   Q. And on the 23rd you sent them to Areas 5 and 7

20       which are also on the East Side of Buffalo.

21   A. Okay.  But again, I don't know if they were

22       part of the parade earlier.  I don't know.  I

23       don't recall, but I can tell you it was one of

1      the most heavily policed events in the city.

2      Some of the issues coming out of the different

3      events out of different areas you had to go to

4      the district officers first through the union

5      rules and bring these people in for overtime

6      and there was a whole bunch of issues involved

7      but, again, super heavily policed event.

8   Q. I'm looking at June, 2014 again and here you

9      are specifically directing that the Strike

10     Force have a presence at the Juneteenth

11     Festival.

12  A. Okay.  They're assigned there for -- again,

13     1530, 3:30 to 9:00.  Overall I would call that

14     being a heavily policed event, also requested

15     by the community.

16  Q. Are you familiar with Dingus Day?

17  A. I didn't hear that.  Can you repeat?

18  Q. Yes.  Are you familiar with Dingus Day?

19  A. Yes.

20  Q. Dingus Day is a Polish heritage festival

21     that's held in Buffalo, correct?

22  A. Correct.

23  Q. And in 2014 Dingus Day was held on April 21st?

```
 1     A.  Okay.

 2     Q.  So let's look at April 21st.  There you

 3         directed the Strike Force to go to Area 1

 4         which is on the East Side of Buffalo nowhere

 5         near --

 6     A.  Where on the East Side of Buffalo is it, Area

 7         1?

 8     Q.  Well, let's look at the map.

 9             MS. TEFFT:  Are you looking for the same

10         map that you already showed?

11     Q.  I'm looking for the Strike Force area maps

12         that were in exhibits in the last deposition,

13         but I don't have them with the exhibit number.

14         Do you know which of these -- or if I could

15         find the exhibits from the last deposition I

16         can pull it up.

17             MS. TEFFT:  Okay.  I'm looking for that

18         now.

19     Q.  I found them.  These are the Strike Force maps

20         marked as Derenda 2 at the last deposition.

21         This is Strike Force Target Area 1.

22     A.  Scroll down.  One is which one?  The orange?

23     Q.  Yes.  It is the orange.  Well, you tell me.
```

```
 1         They're your maps.
 2    A.  It appears to be orange that that would be the
 3         area.  So what date was the Dingus Day parade
 4         on?  Was that on a Monday?
 5    Q.  April 21st.
 6    A.  21, a Monday?  Has to be right.  They have it
 7         on Easter Monday, the Monday after Easter.
 8    Q.  Yes.
 9    A.  And it's held on the East Side.  It's held in
10         the Broadway/Fillmore area and it goes up
11         Paderewski to Memorial Drive, the old train
12         terminal.  It was kind of a small event.  Not
13         heavily attended.
14    Q.  In any case, you didn't send the Strike Force
15         there to run checkpoints, did you?
16    A.  Probably had a detail setup from the district
17         because of the size of the event.  When I was
18         just thinking about the St. Patrick's Day
19         parade the Strike Force wouldn't have been
20         assigned to the parade because they didn't
21         work till the afternoon.  They would have
22         probably been on overtime work being with the
23         district because of the need for the intensive
```

1           amount of manpower.

2      Q.  I want to go back to the location emails

3           because you said that the Strike Force

4           wouldn't have worked during that timeframe,

5           but here looking at Juneteenth for 1530 to

6           2100 hours, is that the normal Strike Force

7           shift?

8      A.  They would start at 3:30, correct.

9      Q.  That they were detailed for their regular

10          shift to Juneteenth?

11     A.  Correct.  And I'm sure some of them probably

12          -- again, we had issues with getting enough

13          police to work and so some of them might have

14          worked overtime during the day.  They worked

15          afternoons.

16     Q.  Were you aware that starting in 2015 members

17          of the general public setup Facebook groups to

18          publicize the location of checkpoints in

19          realtime so that drivers could avoid them?

20     A.  I think I heard something about it.  I don't

21          recall when I heard it, but I heard something

22          about it.

23     Q.  Did you monitor the checkpoint Facebook

```
 1    A.  Obviously sent it to Byron Lockwood who he was
 2        overseeing the Strike Force Housing Unit at
 3        the time, so he probably retrieved the data
 4        and got it to the council at the workshop or
 5        answered the questions at the workshop.
 6    Q.  So you believe that you did provide a log of
 7        checkpoint locations as requested by the
 8        council?
 9    A.  I don't recall if we did or we didn't.  It was
10        sent to Lockwood probably to answer.  I don't
11        know if he did or he didn't, but we would have
12        gone to a workshop after the meeting and they
13        would have had any follow-up questions that we
14        would have provided answers to.
15    Q.  Did you provide the council with information
16        on criteria used to establish checkpoints?
17    A.  I'm sure we did.
18    Q.  Would that have been done verbally in these
19        follow-up meetings?
20    A.  I believe it probably was done verbally, but
21        it might have been -- written stuff might have
22        been sent over, but I believe I would have
23        gave that to Lockwood to send over.
```

1          Lockwood about changing checkpoint locations?

2   A.  I don't recall, but probably.

3   Q.  To your knowledge, did Mayor Brown direct this

4       change in checkpoint location?

5   A.  Mayor Brown didn't direct anything with

6       policing.  He always wanted to know what we

7       were doing.  He never told me to do anything.

8   Q.  At the bottom of the email Captain Serafini

9       says we are going to come under a lot of

10      scrutiny in the next couple of months due to

11      the upcoming mayoral election and I want to

12      reinforce to the public the good work that you

13      and the officers of the Strike Force and

14      housing units perform on a daily basis.

15          Do you think that the change in

16      checkpoint locations was related to the

17      upcoming mayoral election?

18          MR. QUINN:  Form.

19  A.  I don't know what it was related to.  Again, I

20      don't recall.  Maybe the issues the council

21      had.  I don't recall exactly what took place.

22  Q.  Do you recall back in July of 2017 the city

23      council passed a resolution pertaining to the

```
 1      Q.  Well, it says, "To assist in our investigation
 2          of this matter, the OAG requests that you
 3          provide the following documents to the OAG by
 4          December 20th, 2017."
 5      A.  That's what it says, correct.
 6      Q.  Have you seen this document before?
 7      A.  Not that I recall.  More than likely I have.
 8          It went to Tim Ball apparently.
 9      Q.  It's also requesting certain information about
10          checkpoints policy and it asks for documents
11          describing the date, location and rationale
12          for all vehicle checkpoints and roadblocks
13          conducted by the BPD since January 1st, 2015?
14      A.  Correct.
15      Q.  And turning to Page 3 of the PDF, we have a
16          response from the City of Buffalo and I'm
17          going to move to Page 4 to look at the
18          response.  There's a specific part that I
19          wanted to point out to you, the paragraph at
20          the bottom of the page, and it's going to flow
21          onto the next page.
22              In practice the department has indicated
23          that the locations are generally based on a
```

1    nonexclusive combination of police department

2    observations, familiarity with traffic

3    patterns, citizen complaints and other

4    information regarding traffic safety and motor

5    vehicle accidents, all of which are analyzed

6    on a case-by-case basis to determine the

7    chosen checkpoint locations.

8         And then it goes on to say factors such

9    as proximity to manpower, ease of transport

10   and travel and concerns over officer safety

11   may also play a role in evaluating a

12   particular location.  Based on experience,

13   there are occasions when successful locations

14   are used more than once.

15        Now, you testified previously that you

16   did not consult accident data when choosing

17   checkpoint locations, right?

18   A.  I did not.

19   Q.  And you also could not recall consulting any

20   traffic safety information when setting

21   checkpoint locations, right?

22   A.  I do not recall.

23   Q.  Your testimony is that you assigned the Strike

1    Force to patrol in a certain area based on

2    crime control objectives and while they were

3    in the assigned area they also did a

4    checkpoint, right?

5  A. Correct, for the most part.

6  Q. But you did not tell the attorney general that

7    checkpoint locations were primarily driven by

8    Strike Force patrol areas, did you?

9        MR. QUINN:  Form.

10  A. I did not prepare that document, nor do I

11    recall seeing that document.  I don't know

12    what input I had into that document.  I don't

13    recall.

14  Q. So you don't recall being consulted about the

15    response to the attorney general?

16  A. I do not.

17  Q. The Buffalo Police Department has an Internal

18    Affairs division, right?

19  A. Correct.

20  Q. And the Internal Affairs division reports

21    directly to you, right?

22  A. Correct.

23  Q. And it was your ultimate responsibility to

```
 1          determine the appropriate disposition of each
 2          complaint, correct?
 3     A.   Correct.
 4     Q.   So I will mark as Derenda 69 -- this is a
 5          multipage document.  The first page is
 6          COB000795 and this document is Chapter 15 of
 7          the Manual of Procedures.  And this is the
 8          chapter that governs Internal Affairs
 9          procedures, right?
10     A.   It appears to be, correct.
11     Q.   Are you familiar with this document?
12     A.   It appears to be a section of the Manual of
13          Procedure.
14     Q.   Does it look like the version of the Manual of
15          Procedures that was in place when you were the
16          commissioner?  And I'm happy to scroll through
17          it if that will help you answer the question.
18     A.   I believe so.
19     Q.   I want to take a look at Section 3.1.  It
20          states, "It is the policy of the Buffalo
21          Police Department to thoroughly investigate
22          all complaints from whatever source derived
23          and to investigate all allegations of
```

```
 1   STATE OF NEW YORK)

 2   COUNTY OF ERIE    )

 3

 4

 5        I, Rebecca Lynne DiBello, CSR, RPR, Notary
     Public, in and for the County of Erie, State of
 6   New York, do hereby certify:

 7        That the witness whose testimony appears
     hereinbefore was, before the commencement of
 8   their testimony, duly sworn to testify the
     truth, the whole truth and nothing but the
 9   truth; that said testimony was taken pursuant
     to notice at the time and place as herein set
10   forth; that said testimony was taken down by me
     and thereafter transcribed into typewriting,
11   and I hereby certify the foregoing testimony is
     a full, true and correct transcription of my
12   shorthand notes so taken.

13
          I further certify that I am neither counsel
14   for nor related to any party to said action,
     nor in anyway interested in the outcome
15   thereof.

16        IN WITNESS WHEREOF, I have hereunto
17   subscribed my name and affixed my seal this
     8th of January, 2022.

18

19

20   _____

21   Rebecca Lynne DiBello, CSR, RPR
     Notary Public - State of New York
22   No. 01DI6897420
     Qualified in Erie County
23   My commission expires 5/11/2023
```