# EXHIBIT 10

```
 1      UNITED STATES DISTRICT COURT

 2      WESTERN DISTRICT OF NEW YORK

 3      ------------------------------------------------

 4      BLACK LOVE RESISTS IN THE RUST, et al.,
        individually and on behalf of a class of
 5      all others similarly situated,

 6              Plaintiffs,

 7       -vs-                             1:18-cv-00719-CCR

 8      CITY OF BUFFALO, N.Y., et al.,

 9              Defendants.
        ------------------------------------------------
10

11

12      EXAMINATION BEFORE TRIAL OF JARED DOMARACKI

13               APPEARING REMOTELY FROM

14                   BUFFALO, NEW YORK

15

16

17                   July 18, 2023

18                   At 9:30 a.m.

19                   Pursuant to notice

20

21      REPORTED BY:

22      Rebecca L. DiBello, RPR, CSR(NY)

23      APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

1        **R E M O T E    A P P E A R A N C E S**

2        APPEARING FOR THE PLAINTIFFS:

3                 **WESTERN NEW YORK LAW CENTER**
                  **BY: KEISHA WILLIAMS, ESQ.,**
4                 Cathedral Park Tower
                  37 Franklin Street, Suite 210
5                 Buffalo, New York 14202
                  (716) 828-8415
6
         APPEARING FOR THE DEFENDANTS:
7
                  **HODGSON RUSS LLP**
8                 **BY: PETER SAHASRABUDHE, ESQ.**
                  140 Pearl Street
9                 Buffalo, New York 14202
                  (716) 848-1508
10
         ALSO PRESENT: **KARINA TEFFT, ESQ.**
11

12

13

14

15

16

17

18

19

20

21

22

23

```
 1         there anything you would say to the motorists
 2         or driver?
 3                MR. SAHASRABUDHE:  Objection to form.
 4      A. I would say how's it going?  How was your day?
 5         Safety checkpoint making sure everything is
 6         all good and then send them on their way if
 7         there was no infraction.  I mean, if there was
 8         -- it was just a safety checkpoint.
 9      Q. Did every patrol vehicle -- was every vehicle
10         equipped with a license plate reader?
11      A. No, not every single vehicle that the Buffalo
12         Police Department had had a plate reader.
13      Q. Can you estimate how long that initial visual
14         inspection would last?
15                MR. SAHASRABUDHE:  Objection to form.
16      A. I didn't have a stopwatch on me clicking every
17         time.  Average at least with me, I don't know,
18         10 seconds, 15 seconds.  It was just doing a
19         visual inspection.  Hey, how's it going, where
20         are you off to?  Sounds good.  On your way.
21      Q. When you would pull a motorist over or any
22         officer would pull a motorist over for that
23         secondary stop, do you know how long that
```

```
 1        secondary -- well, can you I guess sort of
 2        estimate how long that secondary stop would
 3        last?
 4             MR. SAHASRABUDHE:  Objection to form.
 5   A.   Each stop is different.  There's no universal
 6        time.  It all depends on that individual.  If
 7        they have a license.  If they don't have a
 8        license, then that takes more time gathering
 9        their information, writing it down, so like
10        again, each stop is -- can vary.
11   Q.   Okay.  Did officers have discretion in
12        determining which cars they would pull over
13        for the secondary stop?
14             MR. SAHASRABUDHE:  Objection to form.
15   A.   We had the discretion as to how we wanted to
16        handle that.  Discretion was used a lot of
17        times.
18   Q.   Was it your experience that officers were
19        advised to use less discretion at safety
20        checkpoints?
21             MR. SAHASRABUDHE:  Objection to form.
22   A.   I used my discretion at the safety checkpoints
23        and even if I pulled a car over on the street.
```

```
 1        correct based on your experience?
 2             MR. SAHASRABUDHE:  Objection to form.
 3   A.   What do you mean by based on my experience?
 4   Q.   Based on your experience meaning did you
 5        generally write more tickets to Black people
 6        as opposed to white people?
 7             MR. SAHASRABUDHE:  Objection to form.
 8   A.   My main area of patrol was the east side of
 9        Buffalo and that is more demographically Black
10        individuals, so that could be that.
11   Q.   Okay.  And of the tinted window tickets with
12        coded race you wrote nearly 15 times as many
13        tinted window tickets to Black people as you
14        did to White people.  Is it your experience
15        that Black people have more tinted vehicles
16        than White?
17             MR. SAHASRABUDHE:  Objection to form.
18   A.   I don't understand the question as to why one
19        individual would have tinted windows over
20        another.  People drive around with tinted
21        windows that are all races, so I don't really
22        understand the question.
23   Q.   That's fine.  I'm going to stop sharing now.
```

```
 1      STATE OF NEW YORK)

 2      COUNTY OF ERIE    )

 3

 4
          I, Rebecca Lynne DiBello, CSR, RPR, Notary
 5     Public, in and for the County of Erie, State of
       New York, do hereby certify:
 6

 7       That the witness whose testimony appears
       hereinbefore was, before the commencement of
 8     their testimony, duly sworn to testify the
       truth, the whole truth and nothing but the
 9     truth; that said testimony was taken pursuant
       to notice at the time and place as herein set
10     forth; that said testimony was taken down by me
       and thereafter transcribed into typewriting,
11     and I hereby certify the foregoing testimony is
       a full, true and correct transcription of my
12     shorthand notes so taken.

13
         I further certify that I am neither counsel
14     for nor related to any party to said action,
       nor in anyway interested in the outcome
15     thereof.

16
         IN WITNESS WHEREOF, I have hereunto
17     subscribed my name and affixed my seal this
       2nd day of August, 2023.
18

19                   [signature: Rebecca L. DiBello]

20     _____

21          Rebecca Lynne DiBello, CSR, RPR
            Notary Public - State of New York
22          No. 01D14897420
            Qualified in Erie County
23          My commission expires 5/11/2027
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

0006