# EXHIBIT 11

1        UNITED STATES DISTRICT COURT

2        FOR THE WESTERN DISTRICT OF NEW YORK

3        ------------------------------------------------

4        **BLACK LOVE RESISTS IN THE RUST, et al.,**
         **individually and on behalf of a class of**
5        **all others similarly situated,**

6                              Plaintiffs,

7         -vs-                      1:18-cv-00719-CCR

8        **CITY OF BUFFALO, N.Y., et al.,**

9                              Defendants.

10       ------------------------------------------------

11           **EXAMINATION BEFORE TRIAL OF DONNA ESTRICH**

12                  **APPEARING REMOTELY FROM**

13                  **ERIE COUNTY, NEW YORK**

14

15

16                     July 12, 2023

17               11:02 a.m. - 3:43 p.m.

18                  pursuant to notice

19

20

21       REPORTED BY:

22       Carrie A. Fisher, Notary Public

23       APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

2

1              **R E M O T E    A P P E A R A N C E S**

2          APPEARING FOR THE PLAINTIFFS:

3                  **COVINGTON & BURLING LLP**
                   **BY: JORDAN S. JOACHIM, ESQ.**
4                  The New York Times Building
                   620 Eighth Avenue
5                  New York, New York 10018
                   (212) 841-1086

6
           APPEARING FOR THE DEFENDANTS:
7
                   **HODGSON RUSS LLP**
8                  **BY: PETER SAHASRABUDHE, ESQ.**
                   140 Pearl Street
9                  Buffalo, New York 14202
                   (716) 848-1508

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

0002

DONNA ESTRICH

1    Q. Was it Danielle Morgera?

2    A. Danielle Morgera, yeah, right, right.  Thank

3       you.

4    Q. And was it your goal or your department's goal

5       to balance the budget?

6    A. Yes, we had to have a balanced budget by

7       charter.

8    Q. Okay.  And by "balanced budget," does that

9       mean that revenues equal or exceed

10       expenditures?

11    A. Revenues equal expenditures.

12    Q. Okay.  And how did you go about balancing the

13       budget?

14          MR. SAHASRABUDHE:  Form.

15    A. If we -- the revenues were not large enough,

16       we would cut expenditures.  We'd cut

17       positions, we'd cut supplies or services.

18    Q. Would you ever seek out ways to increase

19       revenue?

20    A. We would ask departments if they had any, you

21       know, anticipation of anything new coming in,

22       permits, you know, we had fees and fines on

23       those things.  And the permits department they

23

DONNA ESTRICH

1    were doing inspections so sometimes they would

2    have some new ideas, mm-hmm, so yes.

3  Q.  Would -- would you ever propose new ideas to

4    increase revenues?

5  A.  I did not do that, no.

6  Q.  Okay.  Would the mayor's office ever propose

7    ideas to increase revenues?

8  A.  Not directly to me.  They might have worked

9    with the departments and put in

10    recommendations for them to look at different

11    things, but I don't know.  I never got one

12    from them.

13  Q.  Did the mayor's office ever express to you a

14    goal to increase revenues?

15  A.  Well, the only time we would -- you would want

16    to increase revenues is because he was very

17    insistent on keeping our property taxes level.

18    And I would say, "we're going to have to raise

19    taxes to cover the budget," and he would say,

20    "well, then I have to find some more revenues.

21    We need to do something else."  And --

22  Q.  Okay.  Do you know what else he would do to

23    find revenues?

0004

24

DONNA ESTRICH

1          MR. SAHASRABUDHE:  Form.

2      A. No.

3      Q. So you mentioned that he wanted to keep

4          property taxes.  Why was that?

5      A. Well, he thought it was important to keep the

6          property tax at a level amount so people knew

7          what they were going to be paying.  You know,

8          people were just starting to invest in the

9          city, both commercial and residential, so he

10          wanted more and more investment into the city.

11      Q. Do you know if the mayor ever tried to

12          increase revenues through traffic tickets or

13          fines?

14          MR. SAHASRABUDHE:  Form.

15      A. I'm not sure what I understand you're asking.

16      Q. Okay.  You mentioned that the mayor had

17          expressed to you that he would look for other

18          ways to increase revenue.  Do you know if one

19          of those ways was through traffic fines?

20          MR. SAHASRABUDHE:  Form.

21      A. I don't think that was the mayor's idea, no.

22      Q. Okay.  Did someone else have that idea?

23          MR. SAHASRABUDHE:  Form.

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

0005

25

DONNA ESTRICH

1    A.  I think -- and this is not a hundred percent

2        clear in my mind so I don't want to, you know,

3        put this but I believe we had read articles,

4        we had seen an article -- I think the parking

5        commissioner had seen an article about Amherst

6        and how the parking comes back into the town

7        of Amherst so he had started looking into that

8        I think, maybe the City could do that as

9        opposed to all the money going to the State.

10   Q.  Okay.  And you mentioned the parking

11       commissioner.  Was that Kevin Helfer?

12   A.  Yes, it was.

13   Q.  Okay.  And did that idea lead to the BTVA?

14   A.  Yes, I believe it did.

15   Q.  Okay.

16           MR. SAHASRABUDHE:  Note my -- I object

17       to the form of the last question, just want to

18       note that.

19   Q.  Okay.  Do you recall any years while you were

20       commissioner where expenditures exceeded

21       revenues?

22   A.  Yes.

23   Q.  Okay.  Do you -- are you able to say which

0006

DONNA ESTRICH

1      explanation?

2   A.  Well, that's what we would do during -- when

3      we're preparing the quarterly gaps, the

4      question would come up and they would reply at

5      that time.

6   Q.  Okay.  Are there any other consequences if a

7      department does not meet its adopted budget or

8      is not on track to meet its adopted budget?

9   A.  Depending on how many departments are under

10      budget in their revenues, we would put a

11      freeze on expenditures throughout the whole

12      city.

13   Q.  Okay.  Would you ever put a freeze on just a

14      particular department?

15   A.  We have.

16   Q.  Okay.  Do you recall ever doing that to the

17      Buffalo Police Department?

18   A.  To just them or -- I know their department has

19      had a freeze on.  I could not -- I do not

20      remember which individual departments only we

21      did.

22   Q.  Okay.  I want to move to kind of some specific

23      questions about the numbers in here, and I'm

64

DONNA ESTRICH

```
1   Q.  And do all of these revenues go into the

2       City's general fund?

3   A.  Yes.

4   Q.  Okay.  One more sort of general comment about

5       this, this document.  It lists a number of

6       categories, and then you'll see on page 5 of

7       the document there's a grand total.  Do you

8       see that?

9   A.  Yes.

10  Q.  And then after that it lists at least some of

11      the categories again for the next three pages

12      and then the grand total again.  Why are some

13      of the categories listed multiple times in the

14      document?

15  A.  There's different ways of sorting revenues.

16  Q.  Okay.

17  A.  There's things for accounting purposes and

18      then other people look at it by department,

19      other people look at it by specific revenue

20      source.

21  Q.  Okay.  I want to just also ask about some of

22      these other categories.  So the first category

23      is "Taxes," and these are the taxes the City
```

0008

DONNA ESTRICH

1          of Buffalo collects?

2     A.  Yes.

3     Q.  And to what extent can the City control what

4          revenues it gets from taxes?

5     A.  On the first line is your property tax, and

6          that's the -- really the only one we have

7          control about, complete control.

8     Q.  And you testified earlier that Mayor Brown did

9          not want to change the property tax rate?

10    A.  Correct.

11    Q.  Okay.  "Total Non-Property Tax," did the City

12         have any control over these taxes?

13    A.  No.

14    Q.  Okay.  "License and Permits," did the City

15         have any control over revenues from license

16         and permits?

17    A.  They would have control over the rate was

18         charged.

19    Q.  Okay.  The next category is

20         "Intergovernmental."  What does that mean?

21    A.  Money from either the County, the State, or

22         Federal.

23    Q.  Okay.  And did the City have any control over

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

0009

DONNA ESTRICH

1      the amount of revenue it received from

2      intergovernmental?

3   A. I don't remember.  No.  Some of the -- no,

4      that was a sale of property.  No.

5   Q. And then there's a number of service charges.

6      Did the City have any control over the amount

7      it collected from service charges?

8   A. Some they did; some they did not.

9   Q. We talked about "Fines" a little bit.  After

10     that is "Interest."  Did the City have any

11     control over the amount you collected through

12     interest?

13  A. I'm sorry, collecting the interest?  We did

14     not have -- that was just money in the bank.

15     We did not have control over what the bank was

16     paying us.  I mean, we had a -- Audit had a

17     money person who picked the best interest, but

18     that was it.

19  Q. Got it.  And then "Miscellaneous Revenues,"

20     did the City have any control over the amount

21     it got through this miscellaneous revenues?

22  A. Some of them they did, yes.

23  Q. The next category is "Operating Transfers In."

0010

DONNA ESTRICH

1         What does that mean?

2    A.  That would be monies that were transferred

3         into the City's general fund from other

4         authorities.

5    Q.  Okay.  And did the City have any control over

6         those revenue streams?

7    A.  Not -- well, like -- no, from Parking you

8         could and Solid Waste but we kept -- tried to

9         keep that pretty level also.

10   Q.  Okay.  And then "Other Financing Sources,"

11        what does that mean?

12   A.  That's when we would use fund balance to

13        balance the budget.

14   Q.  And the City can control how much it withdrew

15        from the fund balance?

16   A.  Correct.

17   Q.  Okay.  Let's go to the next exhibit which is

18        10.

19             Okay.  And this is -- it's not marked

20        clearly, but it is the Executive Department

21        details from the 2017-2018 budget, so the same

22        budget we just looked at but the Executive

23        Department details.  Do you understand what

DONNA ESTRICH

1    A.  Yes.

2    Q.  Okay.  And it says, "The projected growth is

3        largely driven by the administration's ability

4        to adjudicate traffic violations locally which

5        allows the City to retain revenue from fines

6        as City revenue as opposed to remitting the

7        collections to the State."  Do you see that?

8    A.  Yes.

9    Q.  And that's referring to the creation of the

10       BTVA?

11   A.  Yes.

12   Q.  And the BTVA drove an increase in revenue for

13       the City, right?

14   A.  Yes.

15   Q.  Then it says, "The estimated revenue from the

16       traffic adjudication process is 6.2 million

17       for 2018 which increases to 7.3 million in

18       2019 and 2020 and further increases to 9.4 in

19       2021.  This represents an increase of 3.2

20       million or 51.6 percent over the financial

21       plan."  Do you see that sentence?

22   A.  I do.

23   Q.  How did you make these projections in the

```
 1        STATE OF NEW YORK)

 2        COUNTY OF ERIE    )

 3


 4

 5          I, Carrie A. Fisher, Notary Public, in and
          for the County of Erie, State of New York, do
 6        hereby certify:


 7          That the witness whose testimony appears
          hereinbefore was, before the commencement of
 8        their testimony, duly sworn to testify the
          truth, the whole truth and nothing but the
 9        truth; that said testimony was taken remotely
          pursuant to notice at the time and place as
10        herein set forth; that said testimony was taken
          down by me and thereafter transcribed into
11        typewriting, and I hereby certify the foregoing
          testimony is a full, true and correct
12        transcription of my shorthand notes so taken.

13
           I further certify that I am neither counsel
14        for nor related to any party to said action,
          nor in anyway interested in the outcome
15        thereof.

16
            IN WITNESS WHEREOF, I have hereunto
17        subscribed my name and affixed my seal this
          26th day of July, 2023.
18

19
                  _____
20
                  Carrie A. Fisher
21                Notary Public - State of New York
                  No. 01FI6240227
22                Qualified in Erie County
                  My commission expires 5/02/27
23
```