# EXHIBIT 19

```
 1                  UNITED STATES DISTRICT COURT

 2              FOR THE WESTERN DISTRICT OF NEW YORK

 3    - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 4    BLACK LOVE RESISTS IN THE RUST, et al.,

 5    individually and on behalf of a class of

 6    all others similarly situated,

 7                              Plaintiffs,

 8    vs.                                       1:18-cv-00719-CCR

 9    CITY OF BUFFALO, N.Y., et al.,

10                              Defendants.

11    - - - - - - - - - - - - - - - - - - - - - - - - - - - -

12               ORAL EXAMINATION OF KEVIN HELFER

13                    APPEARING REMOTELY FROM

14                       BUFFALO, NEW YORK

15

16                       June 22, 2022

17                    12:00 p.m. - 5:01 p.m.

18                       pursuant to notice

19

20

21    REPORTED BY:

22    Luanne K. Howe

23    APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO


              DEPAOLO CROSBY REPORTING SERVICES, INC.
                           716-853-5544
```

```
 1            R E M O T E   A P P E A R A N C E S

 2

 3   APPEARING FOR THE PLAINTIFFS:

 4       COVINGTON & BURLING LLP
         BY:  JORDAN JOACHIM, ESQ.
 5       620 Eighth Avenue
         New York, New York  10018
 6       212-841-1000

 7   APPEARING FOR THE DEFENDANTS:

 8       HODGSON RUSS LLP
         BY:  KATELYN RAUH, ESQ.
 9       605 Third Avenue, Suite 2300
         New York, New York  10158
10       646-218-7528

11   ALSO PRESENT:

12       CHRISTINE NELSON, Law Clerk, Covington & Burling, LLP

13       DAVIS HOUGH, Director of Parking, City of Buffalo

14

15

16

17

18

19

20

21

22

23


            DEPAOLO CROSBY REPORTING SERVICES, INC.
                       716-853-5544
```

| | | |
|---|---|---|
| 1 | A | Rob Quinn from the City of Buffalo; Katelyn, who's |
| 2 | | present today, and Adam Perry. |
| 3 | Q | And about how long did you meet with them? |
| 4 | A | Forty-five minutes to an hour. |
| 5 | Q | Did you review any documents with them? |
| 6 | A | No. |
| 7 | Q | Did you discuss this deposition with anyone else |
| 8 | | besides your counsel? |
| 9 | A | No. |
| 10 | Q | Have you had any discussions with Danielle Morgera |
| 11 | | about her deposition? |
| 12 | A | No. |
| 13 | Q | Okay. And are you currently employed? |
| 14 | A | Yes. |
| 15 | Q | Where are you employed? |
| 16 | A | Lamparelli Construction. |
| 17 | Q | What is your job title? |
| 18 | A | Supervisor. |
| 19 | Q | When did you start that position? |
| 20 | A | Late April. |
| 21 | Q | That's April 2022? |
| 22 | A | Yes. |
| 23 | Q | And where did you work before April 2022? |

| | | |
|---|---|---|
| 1 | A | City of Buffalo. |
| 2 | Q | Okay. And what position or positions did you have at |
| 3 | | the City of Buffalo? |
| 4 | A | I was the commissioner of parking for the City of |
| 5 | | Buffalo parking and the executive director of the |
| 6 | | Buffalo Traffic Violations Agency. |
| 7 | Q | And how long did you have each of those titles? |
| 8 | A | Approximately ten years for commissioner of parking |
| 9 | | and approximately seven -- six, seven years for BTVA. |
| 10 | Q | Let's start with the commissioner of parking job. So |
| 11 | | what department is that position within? |
| 12 | A | Department of Parking. |
| 13 | Q | And is that the same as the Parking Enforcement |
| 14 | | Division? |
| 15 | A | No. |
| 16 | Q | Okay. So how are they different? |
| 17 | A | I oversee the Parking Enforcement Division. |
| 18 | Q | So the Parking Enforcement Division is within the |
| 19 | | Department of Parking; is that correct? |
| 20 | A | Yes. |
| 21 | Q | Okay. And is the Parking Violations Bureau -- what |
| 22 | | is that? |
| 23 | A | Very similar. That's one of the divisions within the |

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

0004

```
 1            were issued?
 2    A       I imagine I did, but I don't recall it.
 3    Q       Do you -- do you know if you ultimately provided an
 4            estimate to Commissioner Estrich?
 5    A       I don't recall.
 6    Q       If you knew the number of moving violations, could
 7            you have provided a moving estimate?
 8    A       I could -- I could absolutely provide a revenue
 9            estimate.  How accurate or not accurate it would be
10            is a different question.
11    Q       So do you remember if you took any actions after --
12            related to this after you sent the email on
13            January 27th?
14    A       I don't recall any actions.
15    Q       Do you -- did you ever discuss this revenue estimate
16            with Mayor Brown?
17    A       Not to my recollection.
18    Q       Just stepping back a little bit, so BTVA revenues
19            go -- after the creation of the BTVA, BTVA revenues
20            went into the city's general fund, correct?
21    A       Correct.
22    Q       BTVA's operating costs were also paid from the
23            general fund, correct?
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

0003

| | | |
|---|---|---|
| 1 | A | Correct. |
| 2 | Q | So BTVA staff was paid from the general fund? |
| 3 | A | Yes. |
| 4 | Q | Were traffic prosecutors also paid from the general fund? |
| 6 | A | Yes. |
| 7 | Q | Were JHOs also paid from the general fund? |
| 8 | A | Yes. |
| 9 | Q | Did BTVA have a set of written policies? |
| 10 | A | They were developed over time, yes. |
| 11 | Q | And who had a role in developing those policies? |
| 12 | A | John Hannibal, who was the initial prosecutor, myself. And ultimately, most of them were drafted by Danielle Morgera, who was the administrator of the BTVA. |
| 16 | Q | Is it pronounced Morgera or Morgera? |
| 17 | A | It's pronounced probably Morgera. |
| 18 | Q | I've been mispronouncing it. |
| 19 | A | I do too. I just call her Danielle. |
| 20 | Q | You mentioned that some of the policies were developed by John Hannibal. Do you know what policies he developed? |
| 23 | A | We had to obviously work on our plea policy, and we |

```
 1   Q    Okay.  So yeah, you jumped to the next one, I think.
 2             So the motion to vacate is something -- would
 3        have given motorists an option to do something that
 4        they could not do before, correct?
 5   A    Correct.
 6   Q    So skipping ahead a little bit, these fees were
 7        ultimately repealed, right?
 8   A    Yes.
 9   Q    Okay.  Do you know if after the fact, an option to
10        vacate disposition was ever introduced for BTVA?
11   A    I don't know that.
12   Q    Do you know -- at the time you left, was this option
13        available?
14   A    I do not think so.
15   Q    Okay.  Okay.  I want to ask you about the boot and
16        tow fee for BTVA.  So could you explain to me what
17        that fee was about?
18   A    I don't see the fee associated with it, though.
19   Q    Yeah.  So all I have for this document is -- do you
20        see boot and tow fee for BTVA?  Do you see that?
21   A    Yeah.
22   Q    You know, understanding --
23   A    Yeah, yeah, yeah.  I'm sorry.  Go ahead.
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

0005

```
1  STATE OF OHIO        )
2  COUNTY OF CUYAHOGA   )
3            I, Luanne K. Howe, Notary Public, in and for the
4  County of Cuyahoga, State of Ohio, do hereby certify:
5            That the witness whose testimony appears
6  hereinbefore was, before the commencement of his testimony,
7  duly sworn to testify the truth, the whole truth and nothing
8  but the truth; that said testimony was taken remotely
9  pursuant to notice at the time and place as herein set
10 forth; that said testimony was taken down by me and
11 thereafter transcribed into typewriting, and I hereby
12 certify the foregoing transcript is a full, true and correct
13 transcription of my shorthand notes so taken.
14           I further certify that I am neither counsel for
15 nor related to any party to said action, nor in any way
16 interested in the outcome thereof.
17           IN WITNESS WHEREOF, I have hereunto subscribed my
18 name and affixed my seal this 29th day of June, 2022.
19
20                          _____
                            Luanne K. Howe
21                          Notary Public - State of Ohio
22                          My commission expires 10-07-24
23

              DEPAOLO CROSBY REPORTING SERVICES, INC.
                          716-853-5544
```