# EXHIBIT 20

```
 1                 UNITED STATES DISTRICT COURT
 2              FOR THE WESTERN DISTRICT OF NEW YORK
 3    - - - - - - - - - - - - - - - - - - - - - - - - - - -
 4    BLACK LOVE RESISTS IN THE RUST, et al.,
 5    individually and on behalf of a class of
 6    all others similarly situated,
 7                                Plaintiffs,
 8    vs.                                     1:18-cv-00719-CCR
 9    CITY OF BUFFALO, N.Y.,  et al.,
10                                Defendants.
11    - - - - - - - - - - - - - - - - - - - - - - - - - - -
12           CONTINUED ORAL EXAMINATION OF KEVIN HELFER
13                    APPEARING REMOTELY FROM
14                       BUFFALO, NEW YORK
15
16                       June 29, 2022
17                    3:40 p.m. - 6:17 p.m.
18                       pursuant to notice
19
20
21    REPORTED BY:
22    Luanne K. Howe
23    APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO


              DEPAOLO CROSBY REPORTING SERVICES, INC.
                        716-853-5544
```

0001

```
 1            R E M O T E   A P P E A R A N C E S

 2

 3  APPEARING FOR THE PLAINTIFFS:

 4      COVINGTON & BURLING LLP
        BY:  JORDAN JOACHIM, ESQ.
 5      620 Eighth Avenue
        New York, New York  10018
 6      212-841-1000

 7  APPEARING FOR THE DEFENDANTS:

 8      HODGSON RUSS LLP
        BY:  KATELYN RAUH, ESQ.
 9      605 Third Avenue, Suite 2300
        New York, New York  10158
10      646-218-7528

11  ALSO PRESENT:

12      CHRISTINE NELSON, Law Clerk, Covington & Burling, LLP

13      PETER CALLERI, Summer Associate, Hodgson Russ

14

15

16

17

18

19

20

21

22

23


            DEPAOLO CROSBY REPORTING SERVICES, INC.
                       716-853-5544
```

| | | |
|---|---|---|
| 1 | Q | Okay.  Let me ask the same thing for parking.  Are |
| 2 | | you aware of any policies or programs the Department |
| 3 | | of Parking had to assist low income people besides |
| 4 | | the payment plan program? |
| 5 | A | No. |
| 6 | Q | Have you ever heard of financial hardship hearings? |
| 7 | A | Yes. |
| 8 | Q | Okay.  What are financial hardship hearings? |
| 9 | A | That's what I think I was just referring to.  If |
| 10 | | people said they didn't have the ability to pay, they |
| 11 | | would fill out a form, and that form would be |
| 12 | | submitted to the prosecutor who presented it to the |
| 13 | | JHO. |
| 14 | Q | So is that a different program than the payment plan |
| 15 | | program or the same in your mind? |
| 16 | A | That's a different program. |
| 17 | Q | What was the origin of the financial hardship |
| 18 | | program? |
| 19 | A | I don't know. |
| 20 | Q | Do you know who created the program? |
| 21 | A | It would be BTVA, and it would be something that -- I |
| 22 | | guess to answer your question of the origin, I |
| 23 | | imagine the origin would have been a discussion |

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

0003

```
 1           between Danielle, myself and the prosecutor.
 2     Q     Do you know if the JHOs were involved in the creation
 3           of the financial hardship hearing program?
 4     A     I don't know that.
 5     Q     Do you know if the program was required by New York
 6           State law?
 7                    MS. RAUH:  Form.
 8     A     At the time that we created it, I do not believe it
 9           was required.
10     Q     Did it become required by law at a later point in
11           time?
12                    MS. RAUH:  Form.
13     A     I don't think it was a financial hardship form that
14           was filled out later on.  I think it was mandated by
15           law that anybody who requested that could get it.
16     Q     And just so we're clear, you do believe that a
17           payment plan program is mandated by law, correct?
18                    MS. RAUH:  Form.
19     A     Yes, I do believe that.
20     Q     Do you recall any opposition to the financial
21           hardship hearing program while you were at BTVA?
22     A     No.
23     Q     Did you ever discuss the financial hardship program
```

```
1    STATE OF OHIO         )
2    COUNTY OF CUYAHOGA    )
3              I, Luanne K. Howe, Notary Public, in and for the
4    County of Cuyahoga, State of Ohio, do hereby certify:
5              That the witness whose testimony appears
6    hereinbefore was, before the commencement of his testimony,
7    duly sworn to testify the truth, the whole truth and nothing
8    but the truth; that said testimony was taken remotely
9    pursuant to notice at the time and place as herein set
10   forth; that said testimony was taken down by me and
11   thereafter transcribed into typewriting, and I hereby
12   certify the foregoing transcript is a full, true and correct
13   transcription of my shorthand notes so taken.
14             I further certify that I am neither counsel for
15   nor related to any party to said action, nor in any way
16   interested in the outcome thereof.
17             IN WITNESS WHEREOF, I have hereunto subscribed my
18   name and affixed my seal this 7th day of July, 2022.
19
20                              _____
                                Luanne K. Howe
21                              Notary Public - State of Ohio
22                              My commission expires 10-07-24
23
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544