# EXHIBIT 25

```
 1     UNITED STATES DISTRICT COURT

 2     FOR THE WESTERN DISTRICT OF NEW YORK

 3     ------------------------------------------------

 4     BLACK LOVE RESISTS IN THE RUST, et al.,
       individually and on behalf of a class of
 5     all others similarly situated,

 6                              Plaintiffs,

 7      -vs-                            1:18-cv-00719-CCR

 8     CITY OF BUFFALO, N.Y., et al.,

 9                              Defendants.

10     ------------------------------------------------

11        EXAMINATION BEFORE TRIAL OF HAROLD MCLELLAN

12                  APPEARING REMOTELY FROM

13                NIAGARA COUNTY, NEW YORK

14

15

16                   September 8, 2023

17     10:15 a.m. - 1:00 p.m. & 2:32 p.m. - 3:31 p.m.

18                     pursuant to notice

19

20

21     REPORTED BY:

22     Carrie A. Fisher, Notary Public

23     APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

DEPAOLO CROSBY REPORTING SERVICES, INC.

135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

2

**R E M O T E   A P P E A R A N C E S**

APPEARING FOR THE PLAINTIFFS:

    **NATIONAL CENTER FOR LAW**
    **AND ECONOMIC JUSTICE**
    **BY: ANJANA MALHOTRA, ESQ.**
    50 Broadway, Suite 1500
    New York, New York 10004
    (212) 633-6967

APPEARING FOR THE DEFENDANTS:

    **HODGSON RUSS LLP**
    **BY: PETER SAHASRABUDHE, ESQ.**
    140 Pearl Street
    Buffalo, New York 14202
    (716) 848-1508

ALSO PRESENT:

    **CLAUDIA WILNER, ESQ.**
    National Center for Law
    and Economic Justice

HOWARD MCLELLAN

| | | |
|---|---|---|
| 1 | | including refresher training for your job as |
| 2 | | an inspector? |
| 3 | A. | No. |
| 4 | Q. | Okay.  So I'm going to pull up -- you |
| 5 | | mentioned that you had taken some courses when |
| 6 | | we talked about your education.  What were |
| 7 | | those courses? |
| 8 | A. | Within the department or outside the |
| 9 | | department? |
| 10 | Q. | Within the department.  Either. |
| 11 | A. | Okay.  Well, I already told you that I had |
| 12 | | four years of college.  And then within the |
| 13 | | department, I mean, oh my God, over 33 years |
| 14 | | there were -- I couldn't tell you all the |
| 15 | | different in-service trainings that I was -- |
| 16 | | that I attended.  I mean, there were a lot. |
| 17 | Q. | Okay.  And were you -- do you recall whether |
| 18 | | any of the trainings were on racial |
| 19 | | discrimination? |
| 20 | A. | I don't recall.  I don't recall. |
| 21 | Q. | Do you recall receiving any trainings on |
| 22 | | investigating racial discrimination |
| 23 | | complaints? |

HOWARD MCLELLAN

1    A. Specific training on that, I don't believe.  I
2       mean, you know, we had Internal Affairs
3       training.  You know, I can't remember what the
4       training was exactly, but I'm thinking it
5       probably included something regarding racial
6       discrimination or racial profiling, that kind
7       of thing.
8    Q. Okay.  When did that training occur?
9    A. When I went to the training, it was probably
10      shortly after I was assigned up there as a
11      captain.
12   Q. So that would have been before 2010, around
13      2008?
14   A. You're right, yes.
15   Q. Okay.  And after that you never received any
16      training on racial discrimination?
17   A. Personally myself, I did not, no.
18   Q. Okay.  I'm now going to turn back to McLellan
19      2 which is the Complaint Investigation Manual.
20      Can you see this?
21   A. Yes.
22   Q. Okay.  And if you look at the second
23      paragraph, it says, "PSD members need to keep

```
 1        STATE OF NEW YORK)

 2        COUNTY OF ERIE    )

 3

 4

 5            I, Carrie A. Fisher, Notary Public, in and
          for the County of Erie, State of New York, do
 6        hereby certify:

 7            That the witness whose testimony appears
          hereinbefore was, before the commencement of
 8        their testimony, duly sworn to testify the
          truth, the whole truth and nothing but the
 9        truth; that said testimony was taken remotely
          pursuant to notice at the time and place as
10        herein set forth; that said testimony was
          taken down by me and thereafter transcribed
11        into typewriting, and I hereby certify the
          foregoing testimony is a full, true and
12        correct transcription of my shorthand notes so
          taken.
13

14            I further certify that I am neither counsel
          for nor related to any party to said action,
15        nor in anyway interested in the outcome
          thereof.
16

17            IN WITNESS WHEREOF, I have hereunto
          subscribed my name and affixed my seal this
18        26th day of September, 2023.

19

20        _____

21        Carrie A. Fisher
          Notary Public - State of New York
22        No. 01FI6240227
          Qualified in Erie County
23        My commission expires 5/02/27
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544