# EXHIBIT 26

```
 1      UNITED STATES DISTRICT COURT
 2      WESTERN DISTRICT OF NEW YORK
 3      -------------------------------------------
 4      BLACK LOVE RESISTS IN THE RUST, ET AL.,
        INDIVIDUALLY AND ON BEHALF OF A CLASS OF
 5      ALL OTHERS SIMILARLY SITUATED,
 6
                Plaintiffs,
 7
         -vs-                       1:18-cv-00719-CCR
 8
        CITY OF BUFFALO, N.Y., ET AL.,
 9
                Defendants.
10      -------------------------------------------
11
12         CONTINUED EXAMINATION BEFORE TRIAL
13              OF HAROLD MCLELLAN
14           APPEARING REMOTELY FROM
15              BUFFALO, NEW YORK
16
17              September 11, 2023
18              At 9:00 a.m.
19              Pursuant to notice
20
21      REPORTED BY:
22      Rebecca L. DiBello, RPR, CSR(NY)
23      APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
 1            R E M O T E   A P P E A R A N C E S

 2

      APPEARING FOR THE PLAINTIFFS, BLACK LOVE
 3    RESISTS IN THE RUST, ET AL., INDIVIDUALLY AND
      ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY
 4    SITUATED:

 5                    NATIONAL CENTER FOR LAW AND
                      ECONOMIC JUSTICE
 6                    BY:ANJANA MALHOTRA, ESQ.,
                      AND CLAUDIA WILNER, ESQ.,
 7                    50 BROADWAY, SUITE 1500
                      NEW YORK, NEW YORK 10004
 8                    (917) 583-5849

 9    APPEARING FOR THE DEFENDANTS, CITY OF BUFFALO,
      N.Y., ET AL.:
10
                      HODGSON RUSS LLP
11                    BY: PETER SAHASRABUDHE, ESQ.
                      AND HUGH RUSS, ESQ.,
12                    140 PEARL STREET
                      BUFFALO, NEW YORK 14202
13                    (716) 848-1508

14

15

16

17

18

19

20

21

22

23
```

```
 1       situation, sure.  Depending on what the
 2       circumstances are, yeah, I would say it could.
 3   Q.  Okay.  How?
 4   A.  Well --
 5           MR. SAHASRABUDHE:  Form.
 6   A.  Well, if he's not given a complete picture and
 7       all the information to make a determination.
 8   Q.  Okay.  I'm now going to turn to McLellan 24.
 9       Do you see this exhibit?
10   A.  Yes.
11   Q.  This is an email you sent Patrick Mann, Dennis
12       Richards, Joseph Strano and Mark Makowski.
13       Who is Patrick Mann?
14   A.  That was a training captain.
15   Q.  And who was Dennis Richards?  What position
16       did he work?
17   A.  That was chief of detectives.
18   Q.  Who is Joseph Strano?
19   A.  He was an inspector in headquarters that was
20       -- he was in charge of like administration and
21       finance I believe.
22   Q.  Okay.  And who is Mark Makowski?
23   A.  He was a captain in headquarters that was --
```

```
 1            he worked under Inspector Strano.
 2       Q.   Okay.  This email begins -- was sent by you on
 3            October 1st, 2013 to these four BPD officials
 4            and as you can see it starts here with "What I
 5            Have Learned From Being a Cop For 25 Years, by
 6            K.E. Johnson (LAPD)", right?
 7       A.   Yes.
 8       Q.   If we turn to page 3 of this exhibit, it's a
 9            lot of things.  On number 38 it states no
10            matter how fair you are cops will always be
11            viewed as racist, right?
12       A.   Yes.  I see that.
13       Q.   Do you agree with this statement?
14                  MR. SAHASRABUDHE:  Form.
15       A.   No.
16       Q.   By sending out this email with this statement
17            to these BPD officials didn't you endorse this
18            view?
19       A.   No.  That wasn't me endorsing it.  That was
20            sent out for discussion.  Just a paper of
21            discussion, that's all.  It wasn't like I was
22            endorsing this.  We always -- we had lunch
23            together many times and we would talk about
```

```
 1            things like this.  That's all it was.
 2       Q.  What kind of discussion did you hope to prompt
 3            by sending out an email with a statement like
 4            this?
 5                   MR. SAHASRABUDHE:  Objection to form.
 6       A.  Just how cops view things sometimes.  How
 7            different cops view things.
 8       Q.  Uh-huh.
 9       A.  This wasn't like an endorsement of mine.  It
10            was something I sent out just like something
11            you would send out to discuss later at lunch,
12            talk about it.
13       Q.  Do you have any concerns that you sent this
14            out to these officials that they might assume
15            that you believed this statement?
16       A.  No.  They know me well enough to know that
17            that's not true.
18       Q.  Do you think this was an appropriate email
19            statement for you to send to other members of
20            the BPD while you were inspector of the IAD?
21       A.  Well, it's the way I explained it, why I sent
22            it out.  I don't see anything wrong with it,
23            no.
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
 1    Q.  Do you recall whether you had any discussions
 2        as a result of -- based on this statement in
 3        this email that you sent no matter --
 4    A.  No.  I don't even recall sending this out so I
 5        don't recall what the conversations were.
 6    Q.  And on 56 it states, most thugs will answer
 7        "where do you live" with "up da street",
 8        right?
 9    A.  I see that, yes.
10    Q.  Doesn't this statement reflect a racial
11        stereotype?
12    A.  Sure it does.  Sure it does.
13    Q.  Do you think it's appropriate for you or other
14        BPD employees to send out an email with a
15        stereotype like this?
16    A.  For the reason it was sent out, yes.
17    Q.  Do you think it's fine for BPD employees to
18        send out emails with racial stereotypes?
19            MR. SAHASRABUDHE:  Objection to form.
20    A.  You're making it sound like I sent this out as
21        if I were endorsing it saying wow, this is
22        great.  Isn't this great?  This is correct.
23            No.  This was sent out because an
```

1  officer from Los Angeles sent this out and it
2  was interesting to see his take on different
3  things, so it was more like something -- a
4  discussion thing.  That's all it was.
5         It's just when you look at some of this
6  stuff it's, you know, interesting his take on
7  all these things and how different cops see
8  things.
9         That's all it is.  It's not like I was
10 sending this out saying this is true.  I'm a
11 big believer in this.  No.  Nothing like that
12 at all.
13 Q. Is it appropriate for BPD employees to send
14    emails with racial stereotypes?
15         MR. SAHASRABUDHE:  Objection to form.
16 A. Again, you're making it sound like this was
17    sent out with the intention of being racist
18    and no, it was not sent out in that manner.
19 Q. Okay.  Let's take a look at McLellan 25.  If
20    we turn to page 4 of this exhibit, this is
21    Acquino 01551, page 4 and this is a document
22    in a complaint file against Officer Acquino
23    and here on page 4 there is a sheet entitled

```
 1      STATE OF NEW YORK)

 2      COUNTY OF ERIE    )

 3

 4
           I, Rebecca Lynne DiBello, CSR, RPR, Notary
 5      Public, in and for the County of Erie, State of
        New York, do hereby certify:
 6

 7        That the witness whose testimony appears
        hereinbefore was, before the commencement of
 8      their testimony, duly sworn to testify the
        truth, the whole truth and nothing but the
 9      truth; that said testimony was taken pursuant
        to notice at the time and place as herein set
10      forth; that said testimony was taken down by me
        and thereafter transcribed into typewriting,
11      and I hereby certify the foregoing testimony is
        a full, true and correct transcription of my
12      shorthand notes so taken.

13
          I further certify that I am neither counsel
14      for nor related to any party to said action,
        nor in anyway interested in the outcome
15      thereof.

16
          IN WITNESS WHEREOF, I have hereunto
17      subscribed my name and affixed my seal this
        25th day of September, 2023.
18

19           [signature: Rebecca L. DiBello]

20      _____

21           Rebecca Lynne DiBello, CSR, RPR
             Notary Public - State of New York
22           No. 01D14897420
             Qualified in Erie County
23           My commission expires 5/11/2027
```

DEPAOLO CROSBY REPORTING SERVICES, INC.

135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544