# EXHIBIT 28

```
 1                UNITED STATES DISTRICT COURT
 2            FOR THE WESTERN DISTRICT OF NEW YORK
 3   - - - - - - - - - - - - - - - - - - - - - - - - - - -
 4   BLACK LOVE RESISTS IN THE RUST, et al.,
 5   individually and on behalf of a class of
 6   all others similarly situated,
 7                            Plaintiffs,
 8   vs.                                   1:18-cv-00719-CCR
 9   CITY OF BUFFALO, N.Y.,  et al.,
10                            Defendants.
11   - - - - - - - - - - - - - - - - - - - - - - - - - - -
12            ORAL EXAMINATION OF DANIELLE MORGERA
13                  APPEARING REMOTELY FROM
14                     BUFFALO, NEW YORK
15
16                 Thursday, May 26, 2022
17                  9:40 a.m. - 5:31 p.m.
18                    pursuant to notice
19
20
21   REPORTED BY:
22   Luanne K. Howe
23   APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO
```

```
 1              R E M O T E   A P P E A R A N C E S

 2

 3   APPEARING FOR THE PLAINTIFFS:

 4       COVINGTON & BURLING LLP
         BY:  JORDAN JOACHIM, ESQ.
 5       BY:  ANDREW TIMMICK, ESQ.
         620 Eighth Avenue
 6       New York, New York  10018
         212-841-1000
 7
     APPEARING FOR THE DEFENDANTS:
 8
         HODGSON RUSS LLP
 9       BY:  DAVID SHORT, ESQ.
         The Guaranty Building
10       140 Pearl Street, Suite 100
         Buffalo, New York  14202
11       716-848-1609

12

13

14

15

16

17

18

19

20

21

22

23
```

1  A    "High level" meaning?
2  Q    Just generally, what is BTVA's role?
3  A    We are by state law tasked with assisting the Buffalo
4       City Court in adjudicating noncriminal traffic
5       infractions.
6  Q    Okay.
7  A    We intake tickets.  We process them.  We schedule
8       traffic court.
9  Q    And so what types of tickets does BTVA administer
10      specifically?
11 A    Traffic infractions.
12 Q    Okay.  Does it handle any nonmoving violations?
13 A    No.
14 Q    What about jaywalking?
15 A    What about jaywalking?
16 Q    Does BTVA handle jaywalking tickets?
17 A    No.
18 Q    Okay.  And are there any traffic tickets that BTVA
19      does not handle?
20 A    Yes.  Anything that is stated by law that is not in
21      our purview, for example, DUIs.
22 Q    Okay.  And what geographic area does BTVA cover?
23 A    It would be the city of Buffalo.

| | | |
|---|---|---|
| 1 | Q | Okay.  So I believe you mentioned earlier that BTVA |
| 2 | | is under the oversight of the mayor's office; is that |
| 3 | | right? |
| 4 | A | That's correct, by state legislation. |
| 5 | Q | Okay.  And what role does the mayor's office have in |
| 6 | | overseeing the BTVA? |
| 7 | | MR. SHORT:  Form. |
| 8 | Q | You can answer. |
| 9 | A | I don't know. |
| 10 | Q | Okay.  So what -- on a day-to-day basis, what role |
| 11 | | does the mayor's office have with respect to the |
| 12 | | BTVA? |
| 13 | | MR. SHORT:  Form. |
| 14 | A | The mayor's office doesn't -- I don't talk to the |
| 15 | | mayor on a day-to-day basis. |
| 16 | Q | Okay.  Do you -- do you or the executive director |
| 17 | | report up to the mayor's office regularly about the |
| 18 | | BTVA? |
| 19 | A | I do not.  I cannot opine on what his actions are. |
| 20 | Q | Okay.  When was the BTVA created? |
| 21 | A | I'm not quite sure when the legislation passed, but I |
| 22 | | know that the office was opened July 1, 2015. |
| 23 | Q | Okay.  So BTVA was created by legislation; is that |

```
 1            correct?
 2                      MR. SHORT:  Form.
 3     A      Yes.
 4     Q      Do you remember who was involved in getting that
 5            legislation passed?
 6     A      I believe it was Crystal People-Stokes and Tim
 7            Kennedy.
 8     Q      And who are they?
 9     A      They are our state representatives.
10     Q      Do you remember if the mayor's office had -- was
11            involved in passing that legislation?
12     A      I don't know.
13     Q      Does BTVA have a set of written policies?
14     A      I don't understand if you mean BTVA itself or --
15     Q      Yes.
16     A      Policies that are written -- as a civil servant,
17            we're subject to union policies.  Is that what you
18            mean?
19     Q      No.  I mean internal to the agency, how you do
20            things, how you do your job at the agency.
21     A      I understand.  Thank you.  Yes, there are internal
22            policies in the agency.
23     Q      Okay.  And are there written policies for traffic
```

```
 1            prosecutors?
 2                      MR. SHORT:  Form.
 3   A   Our traffic prosecutors write their own prosecution
 4       policies.
 5   Q   Okay.  Do you know if those are recorded somewhere?
 6   A   I'm sorry.  I didn't understand what you said.
 7       Recorded?
 8   Q   Yeah, if they're written down somewhere.
 9                      MR. SHORT:  Form.
10   A   Yes.
11   Q   Okay.  Where do revenues from BTVA go?
12                      MR. SHORT:  Form.
13   A   I believe they go into the general city fund.
14   Q   Is there a percentage that go to the State of New
15       York?
16   A   There is --
17                      MR. SHORT:  Form.
18   A   There's a portion that goes to -- that's distributed
19       to the State of New York.  There's not a percentage.
20       There is a portion.  They tell us what we owe them.
21   Q   Thank you for that correction.  So what -- how is
22       that portion determined?
23   A   By state law.
```

| | | |
|---|---|---|
| 1 | Q | Okay.  And do you know, is it a set calculation, a |
| 2 | | set number? |
| 3 | A | Unfortunately, it is not.  It's indicative to each |
| 4 | | violation in itself. |
| 5 | Q | I see.  So depending on the violation, a certain |
| 6 | | portion goes to the state; is that correct? |
| 7 | A | Correct. |
| 8 | Q | Before the BTVA, do you know what percentage or |
| 9 | | portion of revenues from traffic violations went to |
| 10 | | the state versus the City of Buffalo? |
| 11 | | MR. SHORT:  Form. |
| 12 | A | My understanding is that it all went to the state. |
| 13 | Q | Okay.  So BTVA allowed Buffalo to keep a higher |
| 14 | | portion of revenue from traffic tickets issued in the |
| 15 | | city, correct? |
| 16 | | MR. SHORT:  Form. |
| 17 | A | I don't understand that question. |
| 18 | Q | Sure.  So let me try that again.  After the creation |
| 19 | | of BTVA, Buffalo was able to keep a higher percentage |
| 20 | | of revenue from traffic tickets issued within the |
| 21 | | city, correct? |
| 22 | | MR. SHORT:  Form. |
| 23 | A | That's too generalized for me to answer. |

| | | |
|---|---|---|
| 1 | Q | Okay. So I want to talk a little more concretely |
| 2 | | about how BTVA operates. So let's say I'm driving |
| 3 | | through the city of Buffalo. A police officer pulls |
| 4 | | me over and writes me a ticket for speeding. What |
| 5 | | happens next as far as the BTVA is involved? |
| 6 | A | The instructions on your ticket would indicate when |
| 7 | | you needed to return it to the agency. Upon receipt, |
| 8 | | the clerks will intake the tickets, screen the |
| 9 | | license, refer to our prosecutor's policy. If he has |
| 10 | | preapproved a reduced plea to a nonmoving based on |
| 11 | | their license history and the nature of the charge, a |
| 12 | | reduced offer to a non-points violation is usually |
| 13 | | tendered. |
| 14 | | If it is something that the prosecutor has |
| 15 | | flagged as a serious violation or habitual offender, |
| 16 | | the clerks are not authorized to put forward his |
| 17 | | offer on his behalf. And instead they must come in |
| 18 | | for a pretrial conference. |
| 19 | | If someone does not wish to take the plea, they |
| 20 | | are scheduled for traffic court, where the officer is |
| 21 | | called in, and the trial is held in front of a |
| 22 | | judicial hearing officer, who makes the final |
| 23 | | determination. |

1             is no longer accurate?
2    A    The only difference -- and I don't even think it's on
3         here.  The only difference between now and then is
4         then licenses were suspended for failure to pay
5         money.  Now licenses are no longer suspended for
6         failure to pay money.  But that's not even on here.
7         That's the only difference.
8    Q    And why was that change made?
9    A    That was done by --
10                    MR. SHORT:  Form.
11   A    That was done by state legislation.
12   Q    Okay.  So I just want to spend a few minutes walking
13        through this.  So, you know, is it fair to say that
14        basically a motorist can do three things in response
15        to a ticket, enter a plea, request a hearing or fail
16        to respond?  Is that correct?
17   A    I would say motorists could do one of two things to
18        start.  They can either respond or not respond.
19        That's where it starts.
20   Q    Okay.  If they do choose to respond, what options do
21        they have?
22   A    If they do respond, then they may be eligible for a
23        plea.  They may not if the prosecutor doesn't let

```
 1              them.  And as I said before, if they do not wish to
 2              take the plea, they request a hearing.
 3    Q         Okay.  And so we spoke earlier about pleas.  So I
 4              believe you said there's a list of preapproved pleas;
 5              is that correct?
 6    A         No.
 7    Q         Okay.  You said some people are preapproved for a
 8              plea.  Is that fair?
 9    A         The prosecutor has provided a criteria to preapprove
10              pleas.
11    Q         Okay.  And what factors are in that criteria?
12    A         It's considered the charge that they're charged with,
13              the nature of the violation as well as the motorist's
14              record.
15    Q         Okay.  And so if you meet that criteria, then how is
16              the plea offered to the motorist?
17    A         If the prosecutor's criteria is met and he authorizes
18              our clerks to offer a plea offer, a document is
19              prepared, which explains to the motorist what the
20              offer is, what they're pleading to.  It's signed for
21              commissioner of deeds or a notary public.  And then
22              they are provided with a fine notice.
23    Q         Is the traffic prosecutor at all involved in that
```

```
 1             process, or does it all happen without their
 2             involvement?
 3                      MR. SHORT:  Form.
 4   A         If it's an easy one that meets all the criteria, it
 5             works without their involvement.
 6   Q         Thank you.
 7   A         You're welcome.
 8   Q         So if the motorist pleads guilty, they don't need to
 9             appear in court, correct?
10   A         If the motorist pleads guilty on their ticket, our
11             prosecutor's policy is to give them a chance to
12             rescind their guilty plea and enter a not guilty to
13             have the opportunity to plea down to no points.
14                  If that motorist does not respond within a
15             certain amount of time, usually 30 days, we will
16             forward that plea of guilty to a judicial hearing
17             officer, who will accept the guilty plea and then
18             assess the fines.
19   Q         Okay.  And that happens without the motorist having
20             to appear in court?
21   A         Correct.
22   Q         So moving on, another option the motorist has is to
23             request a hearing, correct?
```

```
 1    A    The prosecutor has all the powers of a district
 2         attorney, if that falls in that purview.
 3    Q    Okay.  And do BTVA staff have the power to dismiss a
 4         case entirely?
 5    A    If it falls under the prosecutor's preapproved
 6         policy, yes.
 7    Q    Okay.  Can BTVA staff offer a more favorable plea
 8         deal than what's provided in the preapproved policy?
 9    A    No.
10    Q    What about prosecutors, can they offer a more
11         favorable plea deal than what's in the preapproved
12         policy?
13    A    That's what the prosecutor does, yes.
14    Q    Do you know how often that happens?
15    A    I don't.
16    Q    All right.  Let's move on to Exhibit 3, which is --
17         it's titled Report of the City of Buffalo Traffic
18         Violation Agency.  Do you see that?
19    A    Yes.
20    Q    Okay.  And have you seen this report before?
21    A    Yes, I have.
22    Q    Is this one of the documents you reviewed with
23         Mr. Quinn yesterday?
```

```
1   STATE OF OHIO        )
2   COUNTY OF CUYAHOGA   )
3           I, Luanne K. Howe, Notary Public, in and for the
4   County of Cuyahoga, State of Ohio, do hereby certify:
5           That the witness whose testimony appears
6   hereinbefore was, before the commencement of his testimony,
7   duly sworn to testify the truth, the whole truth and nothing
8   but the truth; that said testimony was taken remotely
9   pursuant to notice at the time and place as herein set
10  forth; that said testimony was taken down by me and
11  thereafter transcribed into typewriting, and I hereby
12  certify the foregoing transcript is a full, true and correct
13  transcription of my shorthand notes so taken.
14          I further certify that I am neither counsel for
15  nor related to any party to said action, nor in any way
16  interested in the outcome thereof.
17          IN WITNESS WHEREOF, I have hereunto subscribed my
18  name and affixed my seal this 2nd day of June, 2022.
19
20                          _____
21                          Luanne K. Howe
                            Notary Public - State of Ohio
22
                            My commission expires 10-07-24
23
```

0013