# EXHIBIT 29

```
 1    UNITED STATES DISTRICT COURT

 2    FOR THE WESTERN DISTRICT OF NEW YORK

 3    --------------------------------------------------

 4    BLACK LOVE RESISTS IN THE RUST, et al.,
      individually and on behalf of a class of
 5    all others similarly situated,

 6                             Plaintiffs,

 7        -vs-                        1:18-cv-00719-CCR

 8    CITY OF BUFFALO, N.Y., et al.,

 9                             Defendants.

10    --------------------------------------------------

11            EXAMINATION BEFORE TRIAL OF

12             STEVEN ANTHONY NIGRELLI

13            APPEARING REMOTELY FROM

14             ERIE COUNTY, NEW YORK

15

16

17              October 11, 2024

18            8:05 a.m. - 3:51 p.m.

19             pursuant to notice

20

21

22    REPORTED BY:

23    Carrie A. Fisher, Notary Public
```

1       **R E M O T E   A P P E A R A N C E S**

2       APPEARING FOR THE PLAINTIFFS:

3               **COVINGTON & BURLING LLP**
                **BY: JORDAN S. JOACHIM, ESQ.**
4               The New York Times Building
                620 Eighth Avenue
5               New York, New York 10018
                (212) 841-1086

6

7       APPEARING FOR THE DEFENDANTS:

                **HODGSON RUSS LLP**
8               **BY: HUGH M. RUSS, III, ESQ.**
                **and CHEYENNE N. FREELY, ESQ.,**
9               The Guaranty Building
                140 Pearl Street, Suite 100
10              Buffalo, New York 14202
                (716) 856-4000

11

12      ALSO PRESENT:

                **CHRISTINE NELSON, ESQ.**
13              Covington & Burling LLP

14              **BAHER AZMY,** Legal Director
                Center for Constitutional Rights
15
                **ANJANA MALHOTRA, ESQ.**
16              National Center for Law and Economic
                Justice
17
                **SHYENNE MEDINA,ESQ.**
18              National Center for Law and Economic
                Justice
19
                **BASSEL EL-REWINI,** IILJ Scholar
20              Institute for International Law and
                Justice
21
                **YOUSSEF AZIZ,** Legal Intern
22              Institute for International Law and
                Justice
23
                **MICHAEL GENNACO,** Expert

1   Q. Yeah, that's maybe helpful.  Maybe I will just

2       re-ask the question if that's all right.

3           In the section labeled "Multiple

4       Ticketing" of your report, Mr. Nigrelli, is

5       there any portion of Mr. Gennaco's report that

6       you are disagreeing with?

7   A. I'm not necessarily disagreeing with him.  I

8       think it's this line, "there is no public

9       safety benefit to issuing multiple tickets" --

10      "tinted window tickets to the same driver in a

11      single stop when one ticket would suffice."

12          My challenge to this is what happens if

13      the one ticket gets dismissed?  Multiple

14      tickets if you -- if they're all violations

15      and if you are issued multiple tickets, that

16      person was in violation of the law and I agree

17      with him that it -- in this regard.  Do I

18      disagree with anything?  No, but I just pick

19      at that like it's still violations of the law

20      for which -- whether it's his opinion or not

21      whether or not that there is no public safety

22      benefit.

23  Q. So you're not really disagreeing that there is

```
 1            no public safety benefit to issuing multiple
 2            tickets beyond the first one, correct?
 3       A.   Yeah, it's just is there a public safety
 4            benefit to issuing any tickets?  It's a cause
 5            and effect.  You curb behavior.  So if they
 6            issued tickets, two tickets for this, maybe it
 7            would curb behavior because they are true
 8            violations.  They're not stretches.  The
 9            officers aren't violating the law; they're
10            enforcing the law.  So whether it's a public
11            safety benefit, I just don't necessarily agree
12            with Mr. Gennaco but I'm also not disagreeing
13            with him.
14       Q.   Okay.  And here you just point out -- in your
15            report all you do is point out that it is
16            permissible under the Vehicle and Traffic Law
17            to issue multiple tickets for the same
18            violation, right?
19       A.   On separate parts of the car, yes.
20       Q.   Yes.  And you agree it would not be
21            permissible to issue multiple tickets for
22            every violation for Black or Brown drivers but
23            not for White drivers, correct?
```

```
 1      A. Yes.
 2      Q. Now, Mr. Gennaco in his report, the report
 3         also says that issuing multiple tickets for
 4         the same violation can lead to over-policing
 5         of minor violations, unequal treatment, and
 6         loss of trust.  Do you disagree with that in
 7         any way?
 8      A. Is it on this report?
 9      Q. No.  And if you want to look at what he says,
10         I can pull it up.
11      A. Yeah.  Could you, please?
12      Q. It's on page 102, and I just have to find the
13         right place.
14            So he says here:  "There is no public
15         safety benefit to issuing multiple ticketed
16         windows" -- "tinted window tickets to the same
17         driver in a single stop when one would
18         suffice," which is -- I think you quoted at
19         least part of that line in your report, right?
20      A. Yes.
21      Q. And then he goes on to say:  "To the contrary,
22         such aggressive over-policing of minor
23         violations and the unequal imposition of
```

1          tickets, fines, and fees can result in a loss

2          of legitimacy and trust in law enforcement."

3          Do you disagree with that?

4    A.   I agree with, you know, almost all of it.

5          Trust, I don't know about.  I would say it

6          could create issues, contention.  I don't know

7          about trust if the officers were just

8          performing their duties, not violating the law

9          but just performing their duties.  I don't

10         know about how that hurts trust in police.

11         Faith maybe, goodwill, but I don't agree with

12         trust because they didn't do anything in

13         violation of the law not to trust them.

14   Q.   Okay.  So you would just use a different word

15         there?

16   A.   That's correct.

17   Q.   Okay.  So are you familiar with any other

18         jurisdictions or police departments' policies

19         regarding multiple tickets for the same

20         violation?

21   A.   No, sir.

22   Q.   Let's go back to Exhibit 1, and this is a

23         paragraph Advising Complainants.  Does New

```
1      STATE OF NEW YORK)

2      COUNTY OF ERIE    )

3

4
            I, Carrie A. Fisher, Notary Public, in and
5      for the County of Erie, State of New York, do
       hereby certify:
6

7            That the witness whose testimony appears
       hereinbefore was, before the commencement of their
8      testimony, duly sworn to testify the truth, the
       whole truth and nothing but the truth; that said
9      testimony was taken remotely pursuant to notice at
       the time and place as herein set forth; that said
10     testimony was taken down by me and thereafter
       transcribed into typewriting, and I hereby certify
11     the foregoing testimony is a full, true and
       correct transcription of my shorthand notes so
12     taken.

13
            I further certify that I am neither counsel
14     for nor related to any party to said action, nor
       in anyway interested in the outcome thereof.
15

16           IN WITNESS WHEREOF, I have hereunto
       subscribed my name and affixed my seal this
17     3rd day of December, 2024.

18

19     _____
20     Carrie A. Fisher
       Notary Public - State of New York
21     No. 01FI6240227
       Qualified in Erie County
22     My commission expires 5/02/27

23
```