# EXHIBIT 32

```
1       UNITED STATES DISTRICT COURT
2       WESTERN DISTRICT OF NEW YORK
3       ------------------------------------------------
4       BLACK LOVE RESISTS IN THE RUST, ET AL.,
        INDIVIDUALLY AND ON BEHALF OF A CLASS OF
5       ALL OTHERS SIMILARLY SITUATED,
6
                Plaintiffs,
7
         -vs-                          1:18-cv-00719-CCR
8
        CITY OF BUFFALO, N.Y., ET AL.,
9
                Defendants.
10      ------------------------------------------------
11
12          CONTINUED EXAMINATION BEFORE TRIAL
13                 OF CHARLES MILLER
14              APPEARING REMOTELY FROM
15                ERIE COUNTY, NEW YORK
16
17                November 8th, 2023
18                At 9:30 a.m.
19                Pursuant to notice
20
21
22      REPORTED BY:
23      Rebecca L. DiBello, RPR, CSR(NY)
```

**DEPAOLO CROSBY REPORTING SERVICES, INC.**
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

1      **R E M O T E   A P P E A R A N C E S**

2

3      APPEARING FOR THE PLAINTIFFS, BLACK LOVE
       RESISTS IN THE RUST, ET AL., INDIVIDUALLY AND
       ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY
4      SITUATED:

5                        **NATIONAL CENTER FOR LAW AND**
                         **ECONOMIC JUSTICE**
6                        **BY:ANJANA MALHOTRA, ESQ.,**
                         50 Broadway, Suite 1500
7                        New York, New York 10004
                         (917) 583-5849
8
       APPEARING FOR THE DEFENDANTS, CITY OF BUFFALO,
9      N.Y., et al.:

10                       **HODGSON RUSS LLP**
                         **BY: CHEYENNE A. FREELY, ESQ.,**
11                       140 Pearl Street
                         Buffalo, New York 14202
12                       (716) 848-1508

13

14
       ALSO PRESENT: CLAUDIA WILNER, ESQ.
15                   National Center for Law
                     and Economic Justice
16
                     AMANDI PERERA, Paralegal
17                   National Center for Law
                     and Economic Justice
18

19

20

21

22

23

CHARLES MILLER

1   A. I would agree it makes allegations, yes.
2   Q. And so as I asked you earlier, you've been the
3      target of at least one complaint alleging
4      racial profiling; is that right?
5   A. That is correct.
6   Q. Are you aware that most of the 19 citizen
7      complaints against you including the
8      complaints we've discussed today have been
9      filed by Black or Latino individuals?
10  A. To be honest with you, I don't keep count.
11  Q. Okay.
12  A. I don't know how many I had.
13  Q. You've been subjected to five conferences; is
14     that right?
15  A. I thought it was three.  I could be wrong
16     about that, though.
17  Q. Okay.  So you've never been subjected to any
18     kind of formal discipline by the BPD for
19     engaging in racially discriminatory policing,
20     right?
21  A. No.
22  Q. And you've never been subjected to any formal
23     negative discipline resulting from citizen

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

0003

CHARLES MILLER

```
1         complaints against you, right?
2    A.   No.
3    Q.   And you don't consider conferences formal
4         discipline, right?
5    A.   I would consider that a form of discipline.
6    Q.   Okay.
7    A.   Training.
8    Q.   But that's not considered formal discipline
9         under the MOP; is that right?
10   A.   That is correct.
11   Q.   Okay.  During the course of any investigation
12        into a citizen complaint against you did any
13        of your superiors at the BPD ever ask you
14        whether racial bias affected the way you
15        behaved in an incident?
16             MS. FREELY:  Objection to form.
17   A.   Not that I recall, no.
18   Q.   And during any of the conferences did any of
19        the officials who had conferenced with you
20        discuss racial bias with you?
21   A.   Not that I recall, no.
22   Q.   During any of these conferences did the
23        official providing the conference provide any
```

CHARLES MILLER

1    instruction or recommendations for how to
2    prevent racial bias in the field in the
3    context of a conference?
4  A. Not that I recall, no.
5  Q. Outside of disciplinary process, has a
6    supervisor ever spoken to you about the number
7    of complaints lodged against you?
8  A. No, not that I recall.
9  Q. Have you ever been the subject of an IA Pro or
10   an early warning conference?
11 A. I don't know what that is.
12 Q. Have you ever been told by a supervisor that
13   you've been flagged for a meeting or a
14   conference because you had multiple complaints
15   against you in a certain period of time?
16 A. No.
17 Q. Have you been subjected to any other
18   monitoring due to the number of complaints
19   lodged against you?
20 A. Not to my knowledge, no.
21 Q. Have any of your superiors ever discussed with
22   you how racial bias may effect the way that
23   you police at the BPD in any other context?

CHARLES MILLER

1    A. Not to my knowledge, no.

2    Q. You testified earlier you had racial bias

3       training. Was there ever any -- did any

4       official ever provide any testing to ensure

5       that the principles around -- that were taught

6       in the racial bias training class were

7       implemented for you?

8          MS. FREELY: Objection to form.

9    A. What do you mean implemented? If you're

10      actually doing it on the street?

11    Q. That's right.

12    A. Yeah. I don't know how they would do that,

13      but no.

14    Q. And you previously testified in your

15      deposition that you have been rude at traffic

16      stops and told people to get the "F" out of

17      the car when they have been rude to you,

18      right?

19         MS. FREELY: Objection to form.

20    Q. I can pull up the testimony if you don't

21      recall that.

22    A. If people are argumentative, and there has

23      been situations where people have been

— CHARLES MILLER —

```
1        argumentative with me.
2    Q.  Right.
3    A.  When I ask for simple things there have been
4        situations where they swear at me and I swear
5        back, yeah.
6    Q.  Did anyone at BPD ever counsel you that
7        profane language was prohibited under the MOP?
8    A.  I was told by a lieutenant a long time ago
9        like you got to -- people get under your skin.
10       It is what it is, but be professional.
11   Q.  And was that -- when were you told that?
12   A.  I was newer.  2014 maybe.
13   Q.  Since 2014 has anyone informed you or
14       counseled you on that rule since then?
15   A.  No.
16   Q.  And in 2014 was that in the context of a
17       training or a conference?
18   A.  It was a briefing.
19   Q.  Briefing.  So not in the context of a specific
20       complaint against you; is that right?
21   A.  Yes.
22   Q.  Has anyone at the BPD advised or counseled you
23       that as a police officer you're required to
```

CHARLES MILLER

```
1        treat people with respect and dignity at all
2        times regardless of their conduct?
3             MS. FREELY:  Objection to form.
4    A.  Yes.
5    Q.  In what context?
6    A.  Taught that in the academy.
7    Q.  Since the academy has anyone counseled you on
8        that rule?
9    A.  No.
10   Q.  And has anyone at the BPD ever provided
11       counsel or told you that to reduce racial bias
12       it's important that you treat people with
13       color with respect and dignity?
14            MS. FREELY:  Objection to form.
15   A.  In the implicit bias class, yeah, you're
16       taught that.
17            MS. FREELY:  By my count we're at a
18       little over an hour ten.
19            MS. MALHOTRA:  I'm just about to finish.
20            MS. FREELY:  Okay.
21   Q.  At the implicit bias class, but in the context
22       of a conference related to a disciplinary --
23       I'm sorry.  In a conference related to a
```

CHARLES MILLER

1    complaint has anyone ever counseled you that
2    it's important to treat people of color with
3    respect and dignity to reduce racial bias?
4         MS. FREELY:  Objection to form.
5  A. In a conference?  Not that I recall.
6  Q. Okay.  And last question.  After the Housing
7    Unit was eliminated did you receive any
8    training before joining the D District?  And I
9    have one follow-up.
10 A. No.
11 Q. Okay.  After you were -- after you were
12   promoted did you receive any additional
13   training with regard to carrying out your
14   duties as a lieutenant?
15 A. You receive a week of training in the Buffalo
16   Police headquarters, yes.
17 Q. And is racial bias covered in that training?
18 A. Yes, it is.
19 Q. And what was included in that training around
20   racial bias?
21 A. The implicit bias.  It's the same implicit
22   bias training I already discussed and amongst
23   other trainings.

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

0009

```
 1      STATE OF NEW YORK)

 2      COUNTY OF ERIE    )

 3

 4
          I, Rebecca Lynne DiBello, CSR, RPR, Notary
 5      Public, in and for the County of Erie, State of
        New York, do hereby certify:
 6

 7        That the witness whose testimony appears
        hereinbefore was, before the commencement of
 8      their testimony, duly sworn to testify the
        truth, the whole truth and nothing but the
 9      truth; that said testimony was taken pursuant
        to notice at the time and place as herein set
10      forth; that said testimony was taken down by me
        and thereafter transcribed into typewriting,
11      and I hereby certify the foregoing testimony is
        a full, true and correct transcription of my
12      shorthand notes so taken.

13
          I further certify that I am neither counsel
14      for nor related to any party to said action,
        nor in anyway interested in the outcome
15      thereof.

16
          IN WITNESS WHEREOF, I have hereunto
17      subscribed my name and affixed my seal this
        12th day of November, 2023.
18

19
                    [signature: Rebecca L. DiBello]
20      _____

21          Rebecca Lynne DiBello, CSR (NY)
            Notary Public - State of New York
22          No. 01D14897420
            Qualified in Erie County
23          My commission expires 5/11/2027
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

0010