# EXHIBIT 35

```
 1                UNITED STATES DISTRICT COURT
 2             FOR THE WESTERN DISTRICT OF NEW YORK
 3    - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 4    BLACK LOVE RESISTS IN THE RUST, et al.,
 5    individually and on behalf of a class of
 6    all others similarly situated,
 7                              Plaintiffs,
 8    vs.                                    1:18-cv-00719-CCR
 9    CITY OF BUFFALO, N.Y.,  et al.,
10                              Defendants.
11    - - - - - - - - - - - - - - - - - - - - - - - - - - - -
12             ORAL EXAMINATION OF PATRICK ROBERTS
13                   APPEARING REMOTELY FROM
14                   ORCHARD PARK, NEW YORK
15
16                Wednesday, April 20, 2022
17                   9:15 a.m. - 4:28 p.m.
18                     pursuant to notice
19
20
21   REPORTED BY:
22   Luanne K. Howe
23   APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO
```

```
 1                R E M O T E   A P P E A R A N C E S

 2

 3   APPEARING FOR THE PLAINTIFFS:

 4       NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
         BY:  ANJANA MALHOTRA, ESQ.
 5       BY:  RANIT PATEL, ESQ.
         50 Broadway, Suite 1500
 6       New York, New York  10004
         212-633-6967
 7
     APPEARING FOR THE DEFENDANTS:
 8
         CITY OF BUFFALO LAW DEPARTMENT
 9       BY:  DAVID LEE, ESQ.
         ASSISTANT CORPORATION COUNSEL
10       1100 City Hall
         65 Niagara Square
11       Buffalo, New York  14202
         716-851-4343
12

13

14

15

16

17

18

19

20

21

22

23
```

| | | |
|---|---|---|
| 1 | A | Okay. So there would be weeks where I would have |
| 2 | | zero hours overtime. There would be weeks where I |
| 3 | | had ten or twelve hours. There would be weeks when I |
| 4 | | had twenty. |
| 5 | Q | All right. And let's discuss -- we'll come back to |
| 6 | | that amount when we are talking about your duties as |
| 7 | | Housing Unit. |
| 8 | | So is your pension based on your -- is your |
| 9 | | pension based both on your salary, overtime, court |
| 10 | | time? |
| 11 | A | Yes. So my pension is based on the average of the |
| 12 | | highest earning three years of my career. And I |
| 13 | | should note that at no time in my career, including |
| 14 | | patrol and lieutenant and captain, had my salary ever |
| 15 | | decreased whether or not there was, you know, |
| 16 | | overtime or court pay or whatever. |
| 17 | | It was a steady increase, so there was never |
| 18 | | like a time where I was -- I would have said, oh, I'm |
| 19 | | going to retire, I'm going to work hard and make lots |
| 20 | | of money. You know, I'm sure you have access to my |
| 21 | | earnings or if you don't, it was a steady increase |
| 22 | | throughout the years. |
| 23 | Q | Okay. Why did you leave the Buffalo Police |

1            it might have their reasons for selling it.
2                 And so I tried not to be judgmental of
3            individuals.  I just know it's a major problem, and
4            it fuels just about all crime other than DWI maybe.
5   Q        Okay.  So that was -- so it sounds like that was one
6            of the drivers of crime in the A District.  And were
7            there gangs in the A District that were active?
8   A        Well, so there was a motorcycle gang that had a house
9            right on -- off of like South Division or Fillmore,
10           Lord, over that way.  You know, it was clearly known
11           that they were there.
12                And then like in the -- you know, there would be
13           like -- to say someone's a gang, you know, you might
14           see a group of males always together.  You know,
15           whether they're affiliated with any type of a gang, I
16           couldn't say, you know.
17  Q        And were there any shootings?
18  A        Yes, sure.
19  Q        And were -- was there violence, like violent crime?
20  A        Yes.
21  Q        In the A District?
22  A        Yes.
23  Q        And were there traffic safety issues in the A

```
 1            District?
 2    A       Well, there's traffic safety issues everywhere, yes.
 3            So yes, it would be fair to say that there were.
 4    Q       So seat belt violations?
 5    A       Yeah.  You know, a big problem, as you might see in
 6            any city, is failure to exercise any type of due care
 7            at intersections, you know, stop signs, red lights.
 8            You know, just someone driving down the street
 9            without a seat belt on, you probably wouldn't
10            necessarily notice that, although you might.
11                 But it's more about, you know, people hitting
12            the gas when they see the yellow light.  That's where
13            a lot of accidents happen.
14    Q       And so if your officers saw someone who was not
15            wearing a seat belt, would they generally pull them
16            over, or would they focus more on red lights and
17            traffic -- I'm sorry -- skipping red -- passing red
18            lights at intersections?
19    A       I would say if you had to choose between the two, the
20            red lights would be a more -- the red lights, the
21            speeding, the failure to exercise any type of due
22            care, but then you might notice that they're not
23            wearing a seat belt when you make a stop.  And
```

```
 1              Force -- the checkpoints really hamper the criminal
 2              element.  "This is a very aggressive operation going
 3              after guns, drugs and even minor crime," correct?
 4    A         Well, if you're asking me if he said that, you know,
 5              that's what it appears he said.  So you know, I guess
 6              during the ten-hour shift, a lot of things went on,
 7              so I guess there's some context that needs to be
 8              explored further, so if you want to know -- if you
 9              want to know specifically --
10    Q         I'm more interested right now --
11    A         I'm not trying to be -- I'm not trying to be
12              argumentative.  I just want to give you a good
13              answer.
14    Q         Yeah.  No, no, I'll get to that, and we can talk
15              about that.  But I just want to finish this article
16              and we can get back to that.
17                  But it said, according this article, that as
18              part of this, you conducted checkpoints.  And you are
19              quoted, you're made famous, and it says that you
20              directed the unit.
21                  Okay.  So this is in line with the --
22    A         I'm sorry.  Where was I quoted?  Let me --let me --
23    Q         I don't think you were quoted.  You were just
```

|   |   |   |
|---|---|---|
| 1 |   | referenced. |
| 2 | A | Okay.  That's what I thought I heard you say.  I'm |
| 3 |   | sorry. |
| 4 | Q | Okay.  And then going back to the MOP -- did it |
| 5 |   | switch back to the MOP? |
| 6 | A | It did. |
| 7 | Q | Okay.  Going back to the MOP, so Derenda and Mayor |
| 8 |   | Brown's comments are in line with the MOP description |
| 9 |   | of the Strike Force Task Force as to target and |
| 10 |   | eliminate high crime areas throughout the city, |
| 11 |   | correct? |
| 12 | A | Yeah, it would seem so. |
| 13 | Q | Okay.  So as part of -- so as part of the Strike |
| 14 |   | Force mission, your goals were to target and |
| 15 |   | eliminate crime hotspots in the city? |
| 16 | A | That would be in part, yes. |
| 17 | Q | Okay.  And remove guns? |
| 18 | A | Well, as an offshoot of police work, sometimes you |
| 19 |   | remove guns, yes, and we did. |
| 20 | Q | Okay.  I'm going to share one more document.  And |
| 21 |   | this is the document that Commissioner Derenda |
| 22 |   | testified to drafting and informing his captains, |
| 23 |   | commissioners and lieutenants of. |

1    work, you don't have to be so specific when you want
2    something, but like in -- when you're dealing with a
3    bureaucracy like the City of Buffalo, a phone call is
4    not going to do it.  You have to put, you know, pen
5    to paper and explain what you're going to attempt to
6    do.
7         So there's no question I was told every time
8    that we work, there would be a checkpoint.  So if my
9    wording or whatever is cumbersome or whatever, it's
10   basically we're going to come in, we're going to do
11   the checkpoint because we're ordered to do those, and
12   we're going to -- but largely, when you're going in
13   that area, you're not like going there to saturate it
14   through a checkpoint.  You're just going to do the
15   checkpoint while you're there saturating the area.
16 Q Well, I mean, here you specifically say that the
17   details are designed to suppress gang activity.  And
18   I know that you did not necessarily define the
19   mandate of Strike Force or the checkpoints, but
20   you're more articulating it there.  I understand
21   that.
22        So my question is how did checkpoints suppress
23   gang activity?

```
 1   A   Well, there was a high visibility component to it.  I
 2       mean, I could give you anecdotal stories that I can't
 3       prove, speaking to individuals who attempted to avoid
 4       checkpoints and explained to me why they did.  But
 5       it's all anecdotal.  I can't -- you know, I can't
 6       show you here's this interview I had with this
 7       individual.
 8           But the high visibility nature of the
 9       checkpoints did, at least for that period of time,
10       slow any obvious activity, obvious criminal activity.
11   Q   And here in this P-73, you acknowledge that
12       checkpoints were the purpose in requesting funding.
13       You acknowledge that the purpose of the checkpoints
14       were to suppress gang activity and violent acts
15       affecting the citizens of Buffalo, correct?
16   A   Well, let me reread it to see if -- you know, how
17       I -- if my wording was cumbersome.  I want to try to
18       answer your question to your satisfaction.
19   Q   It's the third sentence of the third paragraph.
20   A   Okay.
21   Q   It's just those first two lines.
22   A   I'm just trying -- I'm just trying to --
23   Q   Let me repeat the question.  In this email you -- in
```

```
 1              this P-73, you explicitly say the purpose of the
 2              details are to suppress gang activity, correct?
 3    A         I do see that.
 4    Q         And the gang activity leads to violent acts, right?
 5              So the purpose of your request for these details to
 6              run checkpoints were to suppress gang activity and
 7              crime in Buffalo; is that correct?
 8    A         Yes.
 9    Q         Okay.
10    A         But --
11    Q         All right.
12    A         No, no, that's fine.  What I tried to say before, and
13              perhaps I didn't, that as in a lot of government
14              agencies, you have to justify what you're requesting,
15              okay?  So you know, I was told -- I was told to put
16              in writing what I want.
17    Q         Yeah.  I understand that completely.
18                   Okay.  So let's move to the -- we'll come back
19              to checkpoints.  I have a few more questions, but for
20              now, just in terms of the structure of the
21              checkpoints -- structure of the Strike Force, so who
22              did you report to?
23    A         Well, on a daily basis -- on a daily basis, you know,
```

```
 1            when I was in districts and I was a captain in the
 2            units and there was a level of supervision between me
 3            and these officers.  So in other words, there were
 4            lieutenants, so I was probably more seen as -- I
 5            don't want to say like a big wig, but I was -- there
 6            was a layer of supervision between me and them that
 7            there was not when I was in the districts.
 8    Q       Okay.  Did you conduct performance evaluations of
 9            your officers?
10    A       Our department did not require that.
11    Q       Oh, okay.  So did -- so no one conducted evaluations
12            of your officers?
13    A       I can't say that no one did, but I didn't.  It would
14            be more informal.
15    Q       How did you know whether your officers were
16            adequately performing their job?
17    A       I was present.  I could see it.
18    Q       Uh-huh.
19    A       And they were -- they were a highly motivated group.
20            They were on patrol.
21    Q       What do you mean by "highly motivated"?
22    A       Well, you know, there's -- maybe in your office as
23            well, where some people, they get their job done.
```

1    because each other do not know what each other does
2    for a living.
3         And I came to understand that Inspector McLellan
4    was simply doing his job and he was not like sitting
5    at home thinking of ways to get Pat Roberts. You
6    know, he just got complaints, and he had to respond
7    to them.
8         And because I felt that the veracity of the
9    complaints in many areas were very weak by very
10   uninformed individuals, some of whom lacked a great
11   deal of personal responsibility, that I felt that
12   their complaints should be taken less seriously.
13        However, I came to understand that it was not
14   his job to say because somebody was, you know, a
15   career criminal, smoking crack that their complaints
16   shouldn't be taken seriously. It still should be.
17   And I came to understand that. Does that help
18   explain at all?
19 Q  Yeah. What do you mean by a lack of personal
20   responsibility?
21 A  Well, some people lead their lives in such a way that
22   they have a complete lack of personal responsibility.
23   They don't educate themselves. They don't free their

0012

```
 1              would be great if you could just answer the question
 2              that I ask but I --
 3     A        I can move to a more yes and no mentality.  That's
 4              fine.
 5     Q        No, that's okay.  I just -- yeah, when I ask a
 6              question about why or how, I definitely want an
 7              explanation, but I definitely want to get through
 8              this --
 9     A        I'll try to be as brief as possible.
10     Q        Okay.  That's all right.  It's just when I ask --
11              yeah, a question.
12                   Okay.  So like every -- like every neighborhood,
13              the east side has residents who are law-abiding,
14              correct?
15     A        Absolutely, the overwhelming majority.
16     Q        Yeah.  And there was no differentiation of who went
17              through the checkpoints in terms of whether they were
18              law-abiding or not, correct?
19     A        Oftentimes I would never know.
20     Q        Okay.  And there are residents who are not
21              law-abiding, correct?
22     A        I presume.
23     Q        And the same can be said for North Buffalo?
```

```
 1    A    Sure.
 2    Q    And South Buffalo as well?
 3    A    Sure.
 4    Q    And when you were in the A District, you already
 5         testified that you observed vehicle and traffic
 6         violations, correct?
 7    A    Sure.
 8    Q    Seat belt violations?
 9    A    Yes.
10    Q    Tinted window violations?
11    A    Yes.
12    Q    Child restraint violations?
13    A    Yes.
14    Q    But according to this data, there were very few to no
15         checkpoints in South Buffalo that were conducted; is
16         that correct?
17    A    Correct.
18    Q    Okay.  Traffic safety was -- traffic violations were
19         present in South Buffalo.  Why were there no
20         checkpoints there?
21    A    That would require me to explain what I'm thinking,
22         so I can just tell you it wasn't my -- it wasn't
23         my -- the commissioner told us where to go.
```

```
1   STATE OF OHIO       )
2   COUNTY OF CUYAHOGA  )
3              I, Luanne K. Howe, Notary Public, in and for the
4   County of Cuyahoga, State of Ohio, do hereby certify:
5              That the witness whose testimony appears
6   hereinbefore was, before the commencement of his testimony,
7   duly sworn to testify the truth, the whole truth and nothing
8   but the truth; that said testimony was taken remotely
9   pursuant to notice at the time and place as herein set
10  forth; that said testimony was taken down by me and
11  thereafter transcribed into typewriting, and I hereby
12  certify the foregoing transcript is a full, true and correct
13  transcription of my shorthand notes so taken.
14             I further certify that I am neither counsel for
15  nor related to any party to said action, nor in any way
16  interested in the outcome thereof.
17             IN WITNESS WHEREOF, I have hereunto subscribed my
18  name and affixed my seal this 29th day of April, 2022.
19
20                              _____
21                              Luanne K. Howe
                                Notary Public - State of Ohio
22                              My commission expires 10-07-24
23
```

0015