# EXHIBIT 36

```
 1                  UNITED STATES DISTRICT COURT
 2              FOR THE WESTERN DISTRICT OF NEW YORK
 3   - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 4   BLACK LOVE RESISTS IN THE RUST, et al.,
 5   individually and on behalf of a class of
 6   all others similarly situated,
 7                              Plaintiffs,
 8   vs.                                       1:18-cv-00719-CCR
 9   CITY OF BUFFALO, N.Y.,  et al.,
10                              Defendants.
11   - - - - - - - - - - - - - - - - - - - - - - - - - - - -
12         CONTINUED ORAL EXAMINATION OF PATRICK ROBERTS
13                   APPEARING REMOTELY FROM
14                     ORCHARD PARK, NEW YORK
15
16                 Friday, September 24, 2022
17                   9:00 a.m. - 11:53 a.m.
18                      pursuant to notice
19
20
21   REPORTED BY:
22   Luanne K. Howe
23   APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO


              DePAOLO CROSBY REPORTING SERVICES, INC.
                          716-853-5544
```

0001

```
 1                R E M O T E   A P P E A R A N C E S

 2

 3    APPEARING FOR THE PLAINTIFFS:

 4        NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
          BY:  ANJANA MALHOTRA, ESQ.
 5        50 Broadway, Suite 1500
          New York, New York  10004
 6        212-633-6967

 7                and

 8        WESTERN NEW YORK LAW CENTER
          BY:  KEISHA WILLIAMS, ESQ.
 9        37 Franklin Street, Second Floor
          Buffalo, New York  14202
10        712-855-0203

11    APPEARING FOR THE DEFENDANTS:

12        HODGSON RUSS
          BY:  PETER SAHASRABUDHE, ESQ.
13        The Guaranty Building
          140 Pearl Street, Suite 100
14        Buffalo, New York  14202
          716-848-1508
15

16

17

18

19

20

21

22

23


              DePAOLO CROSBY REPORTING SERVICES, INC.
                          716-853-5544
```

```
 1              It's -- geographically, in some cases, it could
 2        be viewed as almost half the residents, half the
 3        city.  But you know, we were not -- we were not, as
 4        the Strike Force, requested as greatly in South
 5        Buffalo to my recollection.  And the crime rate,
 6        violent crime rate, and I believe crime rate overall
 7        is lower in South Buffalo.
 8              So somebody higher up in command than I am would
 9        make the decision to move police resources to areas
10        where there was a greater need and more requests for
11        assistance.
12   Q    So you would say that you spent significantly less
13        time in South Buffalo compared to the rest of the
14        city?
15                    MR. SAHASRABUDHE:  Form.
16   A    I think that's fair to say.
17   Q    Okay.  And you said the crime rate was lower in South
18        Buffalo, and I'm just trying to reconcile that with
19        your testimony in your last deposition that there was
20        a big opioid problem that you saw that was very
21        harmful and drove crime in South Buffalo.  Can you
22        explain how --
23   A    I may have characterized it as violent crime rate was
```

```
 1   STATE OF OHIO          )
 2   COUNTY OF CUYAHOGA     )
 3              I, Luanne K. Howe, Notary Public, in and for the
 4   County of Cuyahoga, State of Ohio, do hereby certify:
 5              That the witness whose testimony appears
 6   hereinbefore was, before the commencement of his testimony,
 7   duly sworn to testify the truth, the whole truth and nothing
 8   but the truth; that said testimony was taken remotely
 9   pursuant to notice at the time and place as herein set
10   forth; that said testimony was taken down by me and
11   thereafter transcribed into typewriting, and I hereby
12   certify the foregoing transcript is a full, true and correct
13   transcription of my shorthand notes so taken.
14              I further certify that I am neither counsel for
15   nor related to any party to said action, nor in any way
16   interested in the outcome thereof.
17              IN WITNESS WHEREOF, I have hereunto subscribed my
18   name and affixed my seal this 28th day of September, 2022.
19
20                              _____
                                Luanne K. Howe
21                              Notary Public - State of Ohio
22                              My commission expires 10-07-24
23
```

DePAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544