# EXHIBIT 42

```
 1      UNITED STATES DISTRICT COURT

 2      FOR THE WESTERN DISTRICT OF NEW YORK

 3      -------------------------------------------

 4      BLACK LOVE RESISTS IN THE RUST, et al.,
        individually and on behalf of a class of
 5      all others similarly situated,

 6                              Plaintiffs,

 7       -vs-                        1:18-cv-00719-CCR

 8      CITY OF BUFFALO, N.Y., et al.,

 9                              Defendants.

10      -------------------------------------------

11           ORAL EXAMINATION OF CHARLES SKIPPER

12                 APPEARING REMOTELY FROM

13                  ERIE COUNTY, NEW YORK

14

15

16              Friday, March 5, 2021

17              10:05 a.m. - 2:02 p.m.

18                 pursuant to notice

19

20

21      REPORTED BY:

22      Carrie A. Fisher, Notary Public

23      APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York 14202
716-853-5544

```
 1              R E M O T E   A P P E A R A N C E S

 2


 3      APPEARING FOR THE PLAINTIFFS:

 4          CENTER FOR CONSTITUTIONAL RIGHTS
            BY: DARIUS CHARNEY, ESQ.
 5          666 Broadway, 7th Floor
            New York, New York 10012
 6          (212) 614-6475

 7      APPEARING FOR THE DEFENDANTS:

 8          CITY OF BUFFALO LAW DEPARTMENT
            BY: ROBERT E. QUINN,
 9          ASSISTANT CORPORATION COUNSEL
            1100 City Hall
10          65 Niagara Square
            Buffalo, New York 14202
11          (716) 851-4326

12      ALSO PRESENT:

13          KARINA TEFFT, ESQ.
            National Center for Law and Economic
14          Justice

15          RAFAELA URIBE, BERTHA JUSTICE FELLOW
            Center for Constitutional Rights
16

17

18

19

20

21

22

23
```

48

CHARLES SKIPPER - BY MR. CHARNEY - 03/05/21

1      there was going to be a checkpoint, how did
2      you learn of the location and the time where
3      the checkpoint would take place?
4   A. The acting lieutenant would let us know at a
5      briefing.
6   Q. Got it.
7           And that would be at the beginning of
8      the shift?
9   A. Yes.
10  Q. All right.  Scrolling down, you see there is a
11     signature there --
12  A. Yes.
13  Q. -- at the end.  Do you by any chance recognize
14     that signature?
15  A. I do.  I believe it's David Wilcox.
16  Q. Okay.  And this is -- David Wilcox was your
17     lieutenant when you were in the Strike Force,
18     correct?
19  A. Yes, sir.
20  Q. Okay.  So was -- if you were working a shift
21     with Lieutenant Wilcox on a day that there was
22     going to be a checkpoint, would Lieutenant
23     Wilcox typically be the one who would inform

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

CHARLES SKIPPER - BY MR. CHARNEY - 03/05/21

1     Q.  Why -- I guess the purpose of the checkpoints.
2             MR. QUINN:  Object to form.  You can
3     answer.
4     A.  No, that was lieutenant information.
5     Q.  Okay.  And I think you already answered this
6     but I will just ask to confirm, did they ever
7     discuss with you generally why checkpoints --
8     I am sorry, withdrawn.
9             Did they ever discuss with you the
10    reasons why they had chosen particular
11    locations for the checkpoints?
12    A.  No.
13            MR. QUINN:  Object to form.  You can
14    answer.
15    A.  No, sir.
16    Q.  Okay.  Based on your experience in the Strike
17    Force and your own knowledge of crime patterns
18    in the city at various times, is it your
19    recollection that the checkpoints that you
20    worked were typically located in locations
21    where there had been recent criminal activity
22    or violence?
23            MR. QUINN:  Object to form.  You can

CHARLES SKIPPER - BY MR. CHARNEY - 03/05/21

1        answer.
2     A. That would be a good indicator where we were.
3     Q. What do you mean by that?
4     A. If we were watching the news and there was a
5        triple shooting on a specific street, I was
6        for sure -- I didn't ask but I would gather
7        that's why we were in that area.
8     Q. Got it, okay.
9            Do you recall any other -- or, I am
10       sorry, not recall.  Withdrawn.
11           To your recollection, do you remember
12       doing checkpoints in certain parts of the city
13       where you were aware of another reason why
14       that checkpoint location was chosen besides
15       just criminal activity or recent violence?
16           MR. QUINN:  Object to form.  You can
17       answer.
18    A. No, sir.
19    Q. Okay.  Do you agree with -- I am sorry,
20       withdrawn.
21           Would it be fair to say that the Strike
22       Force used checkpoints as a tactic to deter
23       future crime or violence by providing a highly

CHARLES SKIPPER - BY MR. CHARNEY - 03/05/21

1    visible police presence in a particular
2    location where there had been recent crime or
3    violence?
4        MR. QUINN:  Object to form.  You can
5    answer.
6  A. You're asking my opinion?
7  Q. Yeah.  Do you agree with my statement?
8        MR. QUINN:  Object to form.
9  A. Yes.
10 Q. Okay.  Now we, meaning the plaintiffs in this
11   lawsuit, have received data from the City on
12   the checkpoint locations and based on our
13   review of that data, we see -- we have seen
14   that prior to 2017 virtually all of the
15   checkpoints that were conducted by the Strike
16   Force were conducted on the east side of the
17   city.  Do you know why that was?
18       MR. QUINN:  Object to form.  You can
19   answer.
20 A. No, sir.
21 Q. Did you or any of your fellow -- I am sorry,
22   withdrawn.
23       Did you and any of your fellow Strike

63

CHARLES SKIPPER - BY MR. CHARNEY - 03/05/21

1  Force officers typically do?
2  A. Sometimes the other officers would pursue the
3     vehicle.
4  Q. And so during this initial phase when the cars
5     would slow down, Officer, you would check
6     every one of those cars, you would check their
7     registration stickers?
8  A. The dates, yes.
9  Q. Okay. So you check the registration dates.
10    Would you check the inspection sticker date?
11 A. Yes.
12 Q. You would check for seat belts you said,
13    right?
14 A. Yes, at a glance.
15 Q. What about window tints, did you check that
16    when the car is moving?
17 A. Yes, sir.
18 Q. Okay. And did you use window tint readers to
19    do that check?
20        MR. QUINN: Object to form. You can
21    answer.
22 A. Visually. The first inspection would be by
23    eye, anything aftermarket is obvious, and then

64

CHARLES SKIPPER - BY MR. CHARNEY - 03/05/21

```
 1       they would use a tint meter.
 2    Q. Okay.  So let me unpack that a little bit.
 3            So the first inspection of the window
 4       tints you said would just be with your eyes
 5       and you said anything aftermarket would be
 6       flagged for a secondary look; is that right?
 7    A. Maybe.
 8            MR. QUINN:  The testimony was "obvious".
 9    Q. Okay.  So, I am sorry, any window tint that
10       appeared to the eye to be obviously too dark
11       would be sent for a secondary inspection?
12            MR. QUINN:  Object to form.  You can
13       answer.
14    A. It could be.  It was up to the officers.
15    Q. So if you didn't send it to a secondary
16       inspection, what would you do instead?
17    A. Wave them through.
18    Q. Okay.  So just to make sure I have this right,
19       so in your recollection when you were working
20       a checkpoint, there were situations where you
21       or another officer may have visually
22       determined that the tint was too dark but you
23       use your discretion not to issue them a
```

CHARLES SKIPPER - BY MR. CHARNEY - 03/05/21

1  Q. So you don't recall anybody in the Strike
2     Force indicating that one of the reasons why
3     this location was chosen so frequently was
4     because of criminal activity in the area?
5  A. Correct.
6        MR. QUINN: Object to form. You can
7     answer.
8  Q. Do you recall anybody in the BPD ever
9     expressing any other reason why this
10    particular checkpoint location was chosen so
11    frequently?
12 A. No, sir.
13 Q. Okay. During your time in the Strike Force,
14    there were Strike Force overtime details that
15    were held in addition to the regular shifts,
16    correct?
17 A. Correct.
18 Q. Did you ever work any of those Strike Force
19    overtime details?
20 A. Yes, sir.
21 Q. Was that something that you did voluntarily or
22    were you ordered to do it?
23 A. Voluntarily.

CHARLES SKIPPER - BY MR. CHARNEY - 03/05/21

1    Q.  And why did you choose to work those overtime
2        details?
3            MR. QUINN:  Object to form.  You can
4        answer.
5    A.  The overtime revenue.
6    Q.  The money; is that right?
7    A.  I won't lie to you.
8    Q.  Okay.  I am going to show you another exhibit.
9            This is -- I will scroll to the bottom.
10       This is marked as Skipper Exhibit 6 and it's
11       an email from Philip Serafini to who looks
12       like the Strike Force lieutenants CCing Chief
13       Young and it's from July 5th, 2016.  If you
14       want to take a moment, Officer Skipper, and
15       you can read through the email.  The subject
16       of the email is Strike Force Daytime Detail
17       but if you want to read through it starting
18       from lieutenants down to the signature block,
19       just let me know when you're done.
20           MR. QUINN:  Do you want him to read it,
21       Darius?
22   Q.  Read it to yourself and then I am going to ask
23       you a couple questions about it.

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

0010

CHARLES SKIPPER - BY MR. CHARNEY - 03/05/21

1    Q. Okay.
2    A. That was my -- it didn't have to be written
3       out.  When they said results, I understood
4       that as either you're making arrests, you're
5       doing city ordinances, you're doing parking
6       tickets, or you're writing summonses to
7       justify my existence.
8    Q. Got it.
9             But that message "you better come back
10      with results at the end of your shift" was
11      something that Lieutenant Wilcox and the
12      other -- your other supervisors communicated
13      to you?
14   A. Well, they --
15            MR. QUINN:  Object to form.
16   A. I am sure they read this to us and we
17      understood it.  I didn't need to have it -- I
18      understood it as they want results.  They
19      expected me to be doing something.
20   Q. Yeah, I am just trying to understand how you
21      came to understand that.  Was that message
22      ever communicated to you in any way by your
23      superiors in the Strike Force?

CHARLES SKIPPER - BY MR. CHARNEY - 03/05/21

```
 1        MR. QUINN:  Object to form.  You can
 2   answer.
 3  A. Not say, "hey, Charlie, you better go out and
 4   write 50 tickets."  It was "they expect
 5   results, do your job, they're paying you
 6   overtime."
 7  Q. Got it.
 8        And by results, you understood that for
 9   you to mean "I better come back with some
10   traffic summonses"?
11  A. Yeah.
12        MR. QUINN:  Object to form.
13  A. Walters and I were the senior guys on that
14   shift.  We had the nicest car with the LPR so
15   we knew if you want to use the LPR then use
16   what it's made for so we did.
17  Q. And use what it paid for meaning?
18  A. Use what it's made for, for writing -- for
19   traffic.
20  Q. So you understood that to mean that you needed
21   to come back with traffic summonses?
22        MR. QUINN:  Object to form.
23  A. I knew deep down inside I better or I would
```

CHARLES SKIPPER - BY MR. CHARNEY - 03/05/21

1   Q. In this email, the part I just read,
2       Officer -- I am sorry, Lieutenant Wilcox, you
3       know, says that "the plate reader has been
4       paid for many times over," which do you
5       understand that to mean that that has to do
6       with the money that is brought in by tickets
7       that are issued?
8   A. What it costs for a plate reader, I don't
9       know. I am not privy to that.
10  Q. I guess --
11  A. I am assuming he means that they generated
12      revenue from writing tickets that paid for
13      that machine.
14  Q. Got it.
15          And was that something -- generating
16      revenue, was that something that any of your
17      supervisors in the Strike Force ever discussed
18      with you as it came to why they wanted you to
19      write tickets?
20  A. No.
21          MR. QUINN: Object to form. You can
22      answer.
23  A. No, sir.

CHARLES SKIPPER - BY MR. CHARNEY - 03/05/21

```
 1    Q. Got it.
 2             Did anyone in the BPD ever discuss with
 3       you raising revenue as a reason why they
 4       wanted you to write traffic tickets?
 5             MR. QUINN:  Object to form.  You can
 6       answer.
 7    A. No, sir.  No, sir.
 8    Q. Now at any point when you were in the Strike
 9       Force, did you ever receive a performance
10       evaluation from any of your supervisors?
11    A. Did they do evaluations?  I am not sure.  Did
12       I sit down and do a one-on-one evaluation?  I
13       don't think so.
14    Q. Did they ever communicate -- I am sorry, did
15       they ever give you anything in writing that
16       evaluated your performance as a Strike Force
17       officer?
18    A. I don't believe so.
19    Q. Did you ever have -- did you ever discuss with
20       any of your supervisors the quality of your
21       performance as a Strike Force officer?
22    A. No, I knew I was --
23             MR. QUINN:  Object to form.  You can
```

CHARLES SKIPPER - BY MR. CHARNEY - 03/05/21

1    Q.  Okay.  But when he gave it to you, did he say
2        "I am giving this to you because I want you,"
3        you know -- did he explain why he was giving
4        it to you?
5    A.  No, there was no "go write tint tickets."  He
6        just asked me if I wanted it.
7    Q.  Now prior to 2016 when you got the tint meter,
8        when you did write tinted window tickets, was
9        that -- were those tickets based on your
10       visual inspections of tinted windows in a car?
11            MR. QUINN:  Object to form.  You can
12       answer.
13   A.  Yes, or borrowing somebody else's that was on
14       a traffic stop with me.  If you go by the
15       dates, you go from July to December, you could
16       be going into winter months, that may be why
17       more tinted windows were written looking at --
18       looking for violations on snow covered cars.
19   Q.  Got it.
20            And do you have any sense of why the
21       numbers then started to go down between the
22       first and second half of 2017?
23   A.  Was the end of Strike Force coming?  What was

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

0015

```
 1      STATE OF NEW YORK)

 2      COUNTY OF ERIE   )

 3

 4
           I, Carrie A. Fisher, Notary Public, in and
 5      for the County of Erie, State of New York, do
        hereby certify:
 6

 7         That the witness whose testimony appears
        hereinbefore was, before the commencement of
 8      their testimony, duly sworn to testify the
        truth, the whole truth and nothing but the
 9      truth; that said testimony was taken remotely
        pursuant to notice at the time and place as
10      herein set forth; that said testimony was
        taken down by me and thereafter transcribed
11      into typewriting, and I hereby certify the
        foregoing testimony is a full, true and
12      correct transcription of my shorthand notes so
        taken.
13

14         I further certify that I am neither counsel
        for nor related to any party to said action,
15      nor in anyway interested in the outcome
        thereof.
16

17         IN WITNESS WHEREOF, I have hereunto
        subscribed my name and affixed my seal this
18      26th day of March, 2021.

19

20      _____

21      Carrie A. Fisher
        Notary Public - State of New York
22      No. 01FI6240227
        Qualified in Erie County
23      My commission expires 5/02/23
```