# EXHIBIT 44

```
 1                 UNITED STATES DISTRICT COURT

 2             FOR THE WESTERN DISTRICT OF NEW YORK

 3  - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 4  BLACK LOVE RESISTS IN THE RUST, et al.,

 5  individually and on behalf of a class of

 6  all others similarly situated,

 7                              Plaintiffs,

 8  vs.                                  1:18-cv-00719-CCR

 9  CITY OF BUFFALO, N.Y.,  et al.,

10                              Defendants.

11  - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

12            ORAL EXAMINATION OF ROBBIN THOMAS

13               APPEARING REMOTELY FROM

14               BUFFALO, NEW YORK

15

16               Thursday, March 23, 2023

17               10:07 a.m. - 5:26 p.m.

18               pursuant to notice

19

20

21  REPORTED BY:

22  Luanne K. Howe

23  APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO


            DEPAOLO CROSBY REPORTING SERVICES, INC.
                       716-853-5544
```

2

```
 1              R E M O T E   A P P E A R A N C E S

 2

 3   APPEARING FOR THE PLAINTIFFS:

 4        COVINGTON & BURLING LLP
          BY:  ANDREW TIMMICK, ESQ.
 5        BY:  JORDAN JOACHIM, ESQ.
          BY:  PHILIP IRWIN, ESQ.
 6        The New York Times Building
          620 Eighth Avenue
 7        New York, New York  10018
          212-841-1000
 8
     APPEARING FOR THE DEFENDANTS:
 9
          HODGSON RUSS LLP
10        BY:  PETER SAHASRABUDHE, ESQ.
          140 Pearl Street, Suite 100
11        Buffalo, New York  14202
          716-848-1508
12

13

14

15

16

17

18

19

20

21

22

23
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1              to a summons being issued for that being a violation
 2              for each individual occurrence.
 3    Q    So to make sure I understand correctly, for example,
 4         if four windows were tinted on the vehicle, the law
 5         required you to write four summonses?
 6                   MR. SAHASRABUDHE:   Form.
 7    A    It's not a requirement, but the law stipulates that
 8         each window is supposed to be in compliance.
 9    Q    And in -- while you were on the Strike Force, was
10         there a policy related to tinted window violations?
11    A    I don't remember what year there was -- when there
12         was a focus on -- a focus became on tinted windows
13         for some officer safety issues.  I don't remember
14         when it was, but I know that we received instruction
15         from the Buffalo Police Training Academy about
16         vehicle and traffic stops on vehicles that were
17         heavily tinted.
18    Q    Did you ever receive any separate instruction from
19         your Strike Force leadership about vehicle and
20         traffic stops on vehicles that were heavily tinted?
21    A    I don't remember that being the case.
22    Q    And did Strike Force have any policy stating whether
23         it was appropriate to write one citation per vehicle
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

1          a response until the following day when we came in

2          for our next tour.

3     Q    Did the supervisor ever express to you it was an

4          issue that you had trouble writing a summons because

5          of some equipment problem?

6     A    No.

7     Q    I'd like to talk a little bit more about overtime,

8          which we touched on before.  Did a supervisor while

9          on Strike Force ever tell you that overtime shifts

10         were being scheduled in order to generate revenue for

11         the BPD?

12    A    No.

13    Q    Did you ever hear that while you were on the Strike

14         Force?

15    A    No.

16    Q    And did a supervisor ever tell you that overtime

17         shifts were scheduled in order to increase the number

18         of tickets being issued by Strike Force?

19    A    No.

20    Q    And did you ever hear that while you were on the

21         Strike Force?

22    A    That overtime was being --

23    Q    Did you ever hear that overtime shifts were being

                    DEPAOLO CROSBY REPORTING SERVICES, INC.
                              716-853-5544

1          scheduled in order to increase the number of tickets

2          that were issued by Strike Force?

3    A     No.

4    Q     And did a supervising officer ever tell you that more

5          overtime shifts would be available if Strike Force

6          officers issued a higher number of summonses?

7    A     Never.

8    Q     And did a supervising officer ever tell you that

9          overtime shifts might be available if Strike Force

10         officers impounded a higher number of vehicles?

11   A     I apologize for laughing, but I kind of find these

12         questions comical.  I'm sorry, but no, no.

13   Q     I'm going to go ahead and bring up a document.  It's

14         a document we've already looked at.  This is an email

15         from Philip Serafini.  We've seen this before.  Can

16         you see that on my screen?

17   A     Yes.

18   Q     This is Exhibit 2.  In it, we have an area where --

19         I'll point it out to you for a second.  "DPC Lockwood

20         wants results with this increased Daytime Detail."

21         In the second paragraph right here, this first

22         sentence, do you see this?  (Indicating.)

23   A     Yes.


                 DEPAOLO CROSBY REPORTING SERVICES, INC.
                            716-853-5544

```
 1    Q     What do you understand "results" to mean in this
 2          context?
 3    A     Well, looking at the date, I can't tell you now what
 4          the climate was within the city to know what we would
 5          have been looking at because if it was a high number
 6          of shootings or if there was -- if there was a high
 7          number of homicides or what specific activity we were
 8          looking at, but any overtime, as I'm looking here for
 9          these hours, those would have been four-hour blocks
10          of overtime prior to the start of the actual tour of
11          duty where officers were, I guess, called in to try
12          and address some of these -- some of these activities
13          of criminal situations that were kind of just getting
14          out of hand in the city.
15    Q     And while you were on the Strike Force, did you often
16          hear of this phrase "results" from your supervisors?
17    A     It doesn't sound familiar to me, no.
18    Q     Did you hear the term "productivity" from your
19          supervisors?
20    A     No.
21    Q     Were you ever asked by your supervisors for increased
22          results?
23    A     No, not at all.
```

0006

```
 1   Q    Or for increased productivity?

 2   A    No.

 3   Q    Were you ever -- strike that.

 4        How was your performance measured while on

 5        Strike Force?

 6   A    When you say my performance, you mean --

 7   Q    Sure.  At the end of a shift, how did your

 8        supervisors determine if you had a successful shift?

 9   A    I came back alive and unharmed.

10   Q    And were there any other considerations in terms of

11        whether a shift was successful?

12   A    Perhaps if we caught, you know, a major wanted

13        suspect, but no, nothing other than that.

14   Q    How did you understand if the unit was having its

15        intended effect in the city?

16   A    No.  Because there was just so much in the city that

17        we were not able to address and there was -- there

18        weren't enough hours in the day to be able to prevent

19        all of the criminal activity that was occurring.

20   Q    And we talked earlier about how that criminal

21        activity included guns, crime and gangs?

22   A    That is correct.

23   Q    So how did the supervisors determine if you were
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
1    STATE OF OHIO          )

2    COUNTY OF CUYAHOGA     )

3              I, Luanne K. Howe, Notary Public, in and for the

4    County of Cuyahoga, State of Ohio, do hereby certify:

5              That the witness whose testimony appears

6    hereinbefore was, before the commencement of his testimony,

7    duly sworn to testify the truth, the whole truth and nothing

8    but the truth; that said testimony was taken remotely

9    pursuant to notice at the time and place as herein set

10   forth; that said testimony was taken down by me and

11   thereafter transcribed into typewriting, and I hereby

12   certify the foregoing transcript is a full, true and correct

13   transcription of my shorthand notes so taken.

14             I further certify that I am neither counsel for

15   nor related to any party to said action, nor in any way

16   interested in the outcome thereof.

17             IN WITNESS WHEREOF, I have hereunto subscribed my

18   name and affixed my seal this 29th day of March, 2023.

19

20                          Luanne K. Howe
                            Luanne K. Howe
21                          Notary Public - State of Ohio

22                          My commission expires 10-07-24

23
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544