# EXHIBIT 45

1                 UNITED STATES DISTRICT COURT

2            FOR THE WESTERN DISTRICT OF NEW YORK

3       - - - - - - - - - - - - - - - - - - - - - - - - -

4    **BLACK LOVE RESISTS IN THE RUST, et al.,**

5    **individually and on behalf of a class of**

6    **all others similarly situated,**

7                               Plaintiffs,

8    vs.                                    1:18-cv-00719-CCR

9    **CITY OF BUFFALO, N.Y.,  et al.,**

10                              Defendants.

11      - - - - - - - - - - - - - - - - - - - - - - - - -

12            **ORAL EXAMINATION OF THOMAS WHELAN**

13                 **APPEARING REMOTELY FROM**

14                   **BUFFALO, NEW YORK**

15

16               Tuesday, April 26, 2022

17               9:00 a.m. - 5:53 p.m.

18                pursuant to notice

19

20

21   REPORTED BY:

22   Luanne K. Howe

23   APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO

```
1              R E M O T E   A P P E A R A N C E S

2

3    APPEARING FOR THE PLAINTIFFS:

4         NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
          BY:  ANJANA MALHOTRA, ESQ.
5         50 Broadway, Suite 1500
          New York, New York  10004
6         212-633-6967

7    APPEARING FOR THE DEFENDANTS:

8         HODGSON ROSS LLP
          BY:  DAVID SHORT, ESQ.
9         140 Pearl Street, Suite 100
          Buffalo, New York  14202
10        716-848-1609

11   ALSO PRESENT:

12        KARLI WURPEL, Intern
          National Center for Law and Economic Justice
13
          ANDREW TIMMICK, ESQ.
14        Covington & Burling LLP

15

16

17

18

19

20

21

22

23
```

```
 1    A    I worked nights, midnights.
 2    Q    All right.  And you said when you were at the A
 3         District, you observed violent crime; is that
 4         correct?
 5    A    Yes.
 6    Q    Were there shootings?
 7    A    Yes.
 8    Q    And were there gangs?
 9    A    Yes.
10    Q    And as you testified earlier, you observed traffic
11         violations and infractions in the A District?
12    A    Yes.
13    Q    Okay.  And then when did you become a lieutenant --
14         what was your next position following your position
15         as lieutenant on the A District?
16    A    I left the A District to be a lieutenant in the
17         Strike Force Unit.
18    Q    Okay.  And when was that?
19    A    2013.
20    Q    Does April 2013 sound right to you?
21    A    Yes, it does.  It was springtime.
22    Q    And how did you come to be a lieutenant on the Strike
23         Force?
```

```
 1            different things that you weren't otherwise able to
 2            do, what do you mean by that?
 3     A      Well, a couple things.  First you're free -- as a
 4            district lieutenant, every DOA, you're going to it.
 5            I don't have to do that as a Strike Force lieutenant.
 6            I didn't have to do a lot of the menial tasks that a
 7            district lieutenant would have to do.
 8                 And on the other side, when you work in a
 9            district, if you're being dispatched calls, you're
10            expected to clear that up in 15, 20 minutes.  If I
11            feel like standing there and talking to a shop owner
12            and he wants to address his problems in his area, I'm
13            free to stand there and take notes, you know, things
14            like that.
15     Q      Okay.  And what were your primary duties as a Strike
16            Force officer?
17     A      As a lieutenant, it was the supervision of a platoon
18            of officers, ten different officers in my platoon.
19            And it was to again investigate crimes, enforce
20            vehicle and traffic law.  We did do some different
21            type things as -- like the road safety, roadblock
22            safety initiative.
23                 Additionally, we worked a couple times a summer
```

45

```
 1    Q    Okay.  And so did you get paid additional money to
 2         run the Emergency Response Team?
 3    A    Did I get paid money?  If there was a call out of the
 4         Emergency Response Team, yes, I got paid, if I wasn't
 5         already on duty.
 6    Q    Would that be overtime?
 7    A    Yes.
 8    Q    All right.  And how did you juggle your
 9         responsibilities at the Strike Force and the
10         Emergency Response Team?
11    A    I'm pretty good.
12    Q    Okay.  Was it a lot of additional work in addition to
13         your work at the Strike Force?
14    A    Yes.  That was developing a unit that's never existed
15         before.  Yeah, that's a lot of work.
16    Q    Okay.  And what was your last day at the Buffalo
17         Police Department?
18    A    December 18, 2016.  My actual retirement date is I
19         think September 28, 2018.
20    Q    So after December -- I'm sorry.  That was December
21         8th or 18th?
22    A    18th.
23    Q    December 18, 2016, you no longer worked at the
```

```
1    Q    So was there anyone who was giving direct orders and
2         managing your work as Strike Force captain -- as a
3         captain?
4    A    Was he managing our work, the captain?
5    Q    Yes.
6    A    No.  Not really, no.  I mean he was just a rank.  He
7         was a captain in the same building, and if he saw
8         something, I'm sure he made suggestions.  And he's a
9         captain.  Of course, I'll take those suggestions to
10        heart.
11   Q    So there was no Strike Force captain.  There was only
12        a Housing Unit captain and that was -- and that was
13        first Patrick Roberts, correct?
14   A    That's correct.
15   Q    And would you meet with him on a regular basis?
16   A    I saw him every day that we both worked.
17   Q    Okay.  And did you --
18   A    I would walk through his office to get to mine.
19   Q    Okay.  Did you have a formal meeting with him on a
20        regular basis?
21   A    No, I don't think so.
22   Q    Did he evaluate your performance?
23   A    No.
```

```
 1    Q    Did anyone evaluate your performance?

 2    A    I'm sure unofficially we were evaluated, but in the

 3         Buffalo Police Department, in compliance with the

 4         collective bargaining agreement, we do not have

 5         personal evaluations.

 6    Q    Okay.  And so you never evaluated your officers; is

 7         that correct?

 8              MR. SHORT:  Form.

 9    A    No.  Did I have opinions?  Of course, they're my

10         opinions, but there was no formal evaluation.

11    Q    Okay.  So if any of your officers ever had a problem,

12         there was no formal way to address that problem; is

13         that correct?

14              MR. SHORT:  Form.

15    A    You could address it.  You could bring charges

16         against an officer, yes.

17              MR. SHORT:  Form.

18    Q    And did you ever bring charges against an officer?

19    A    No -- wait.  When I was an A District lieutenant, I

20         did bring charges against an officer.

21    Q    Under what circumstances?

22    A    We were in a -- we'll call it a street huddle, a

23         street -- a big brawl.  And all my officers, myself
```

```
 1   Q    Okay.  So in this P-73 that you forwarded from
 2        Captain Roberts to Commissioner Derenda, dated
 3        April 16, 2015, Captain Roberts proposed that the
 4        Strike Force -- requested overtime for a Strike Force
 5        detail that would use checkpoints as a way to combat
 6        gang activity which led to violence in certain areas
 7        of the city, correct?
 8                    MR. SHORT:  Form.
 9   A    Correct.
10   Q    And that was a general policy and procedure, correct?
11   A    Yes.
12                    MR. SHORT:  Form.
13   Q    That checkpoints were used to help suppress --
14        checkpoints were used to help suppress gang activity,
15        correct?
16   A    As I said, the checkpoints -- a byproduct of the
17        checkpoints, yes.  They did help us in high gang
18        areas.  They would give us a lot of visibility, and I
19        don't know how effective it was.  But yes, that was
20        probably the intent.
21   Q    What are high gang areas?
22   A    Places where there's a history of a lot of illegal
23        narcotics dealing, shootings, robberies.
```

87

```
 1   Q    Okay.  And would you say that high gang areas were in

 2        a particular part of Buffalo?

 3                  MR. SHORT:  Form.

 4   A    Yes.

 5   Q    What part of Buffalo was that?

 6   A    I would say the majority of the crime is committed on

 7        the east side of Buffalo.

 8   Q    So the high gang areas that the Strike Force would

 9        target would be on the east side of Buffalo?

10                  MR. SHORT:  Form.

11   A    Not always.  But as a matter of practice, we did

12        spend the majority of our time on the east side of

13        Buffalo.

14   Q    And you testified earlier that there were gangs in

15        the A District, correct?

16   A    Yes, I did.

17   Q    And would the Strike Force ever target gangs in the A

18        District?

19   A    Yes.

20   Q    And how much of its -- how frequently would the

21        Strike Force target the A District?

22                  MR. SHORT:  Form.

23   A    Was the question how frequently?  A few times a
```

```
 1              summer.
 2    Q    Okay.  And the rest of the time the Strike Force
 3         would generally focus in the -- on the east side of
 4         Buffalo; is that correct?
 5                        MR. SHORT:  Form.
 6    A    We went all across the city.  We did checkpoints in
 7         North Buffalo and on the west side also.
 8    Q    Would you say the majority of the checkpoints were on
 9         the east side of Buffalo?
10    A    Yes, they were.
11                        MR. SHORT:  Form.
12    Q    And all right.  Further down in this email, Captain
13         Roberts also explained that the evening details
14         provide greater presence through high visibility
15         checkpoints and officers would continue to develop
16         valuable intelligence, which led to search warrants
17         generated by both narcotics and the intelligence
18         squads, correct?
19                        MR. SHORT:  Form.
20    A    That's what it says.
21    Q    So you would agree that checkpoints were used to
22         gather intelligence?
23                        MR. SHORT:  Form.
```

```
 1   Q    Okay.  And the light yellow is 10 to 20.  The orange

 2        is 20 to 65.  The brown is 65 to 150 and the dark

 3        brown is more than 150, correct?

 4   A    That's what I see, yes.

 5   Q    And the populations that are greater than 50 percent

 6        Black or Latino are shaded here -- are shaded with

 7        stripes.  You see that, right?

 8                 MR. SHORT:  Form.

 9   A    I see it.

10   Q    So where were the majority of the checkpoints taking

11        place between January 2013 and June 2017 according to

12        this map?

13                 MR. SHORT:  Form.

14   A    In the vicinity of Delavan, East Ferry, Kensington

15        Avenue, up and down Bailey Avenue.

16   Q    Uh-huh.  And would you say the majority of the

17        checkpoints here were on the east side of Buffalo?

18   A    I do.

19   Q    Okay.

20                 MR. SHORT:  Form.

21   Q    East side of Buffalo is predominantly Black, correct?

22                 MR. SHORT:  Form.

23   A    Yes, it is.  But I don't control where people live.
```

```
 1            I just go where the crime is.
 2    Q   And the lower west side, you testified earlier, has a
 3        large Latino population; is that right?
 4                    MR. SHORT:  Form.
 5    A   Yeah, that's correct.
 6    Q   And South Buffalo has a predominantly white
 7        population, correct?
 8                    MR. SHORT:  Form.
 9    A   That's correct.
10    Q   And North Buffalo is a predominantly white
11        population, right?
12    A   That's correct.
13    Q   Okay.  And as you can see from this map, there are
14        very few checkpoints in South Buffalo, right?
15    A   That's correct.
16                    MR. SHORT:  Form.
17    Q   And very few checkpoints in North Buffalo, correct?
18                    MR. SHORT:  Form.
19    A   That's correct.
20    Q   And would you be surprised to learn that from 2013 to
21        2016, 88 to 93 percent of all checkpoints that the
22        BPD ran were in majority minority areas?
23                    MR. SHORT:  Form.
```

```
 1    A    I wouldn't be surprised to hear that, but
 2         demographics don't have anything to do with where the
 3         crime is.  I mean, it's -- I told you I could go do a
 4         checkpoint in ten minutes.  Every officer would be
 5         out of service because they have arrests.  I would go
 6         down to South Buffalo and do a checkpoint for 45
 7         minutes, and we wouldn't do anything.
 8    Q    Uh-huh.  What do you mean by that?
 9    A    The cars coming through all met the vehicle and
10         traffic law.  There was nothing to cite them for
11         there.  There was nothing to pull them over.  We're
12         just standing there waving cars through.  They're all
13         inspected.  They all pass.  They're all registered.
14         I don't control that.
15    Q    So earlier you testified that when you were a
16         lieutenant and worked in the A District that you saw
17         cars with tinted windows; is that right?
18    A    Yeah, that's correct.  And we pulled them over and we
19         wrote them summonses for it.
20    Q    Uh-huh.  And there were sometimes cars where people
21         were not wearing seat belts; is that right?
22    A    That's correct.
23    Q    Or that had other equipment violations; is that
```

```
 1            where we did the bulk of our roadway safety
 2            checkpoints.
 3                        MR. SHORT:  Form.
 4     Q      And what's your basis for knowing that?
 5     A      Common sense.
 6     Q      What do you mean by that?
 7     A      Of course I believe there's unregistered, uninsured
 8            drivers in A District.  But I did do -- I personally,
 9            we did checkpoints in South Buffalo, and we didn't
10            yield any of the results that you would get at other
11            locations in the city.
12     Q      Uh-huh.
13     A      So now it becomes what is the -- how is the success
14            of the unit measured when we just stood there for 45
15            minutes and wrote three people for an expired
16            inspection sticker.
17     Q      According to this map, you didn't conduct very many
18            checkpoints in South Buffalo; is that correct?
19                        MR. SHORT:  Form.
20     A      It's called live and learn.  But we did do the
21            checkpoints in South Buffalo.
22     Q      But very frequently; is that correct?
23     A      Infrequently, yes.  Infrequently, yes.
```

126

```
 1    Q    So -- but you've seen drivers in South Buffalo with
 2         tinted windows, correct?
 3    A    Yes.
 4    Q    And you've seen drivers in South Buffalo who have not
 5         worn their seat belts, correct?
 6    A    Yes.
 7    Q    And you've seen DWIs occur in South Buffalo, correct?
 8    A    Yes.
 9    Q    And you've seen drivers not fasten their children
10         into their cars appropriately in South Buffalo,
11         correct, child safety violations?
12    A    Yes.
13    Q    So there were traffic safety violations in South
14         Buffalo; is that right?
15    A    That's correct.
16    Q    Okay.  So your testimony -- okay.  All right.  I'm
17         going to strike that.
18              So you testified that there was a point where
19         you were choosing checkpoint locations, right?
20    A    I didn't hear you.
21    Q    You testified that -- strike that.  You testified
22         that you chose checkpoint locations for most of the
23         time that you worked with Strike Force; is that
```

```
 1   Q    Okay.  What other materials did you rely on in
 2        setting up a checkpoint location?
 3   A    I didn't rely on any other materials.
 4   Q    Okay.  So you didn't rely on traffic safety reports?
 5   A    No.
 6   Q    Or accident reports?
 7   A    No.  Accidents are sporadic.  There's no way to
 8        identify where an accident is going to happen.
 9   Q    Okay.  All right.  So were you aware that there were
10        members of the Black community in Buffalo who were
11        angry about checkpoint locations?
12                      MR. SHORT:  Form.
13   A    I'm sure I heard rumblings, yes.
14   Q    What kind of rumblings?
15   A    Just hearsay.
16   Q    What did you hear?
17   A    I think some of the loudest people were the people
18        who ended up going to jail or their family members
19        were upset that we were doing these checkpoints in
20        their neighborhood.
21            As I already stated, the citizens that lived in
22        these communities, they liked us.  They loved
23        watching from their porches and bringing us water.
```

```
 1    Q    And what basis do you have to say that it was only
 2         people who were criminals that were -- or that were
 3         going to jail that were concerned about checkpoints?
 4    A    I didn't say that.
 5                   MR. SHORT:  Form.
 6    Q    Can you repeat --
 7    A    I said the squeaky wheel gets oiled.
 8                   MS. MALHOTRA:  Luanne, can you repeat
 9              what Mr. Whelan said?
10                 (Record read by reporter.)
11    Q    So my question was what was your basis for your
12         understanding, your statement?
13                   MR. SHORT:  Form.
14    A    I said it was hearsay, and my statement I said, "I
15         think," which means it's my opinion.
16    Q    Uh-huh.  Did you hear --
17    A    I don't have a basis to form my opinion.
18    Q    No.  Did you ever have to -- did you ever receive
19         complaints about checkpoints while you were a
20         lieutenant?
21    A    Not formal, not a formal complaint, no.
22    Q    Informal complaints?
23    A    I refereed plenty of complaints on the street with
```

133

```
 1            lot.
 2                    They don't like hearing that, and they're just
 3            stuck in circumstances.  And many times, not
 4            exclusively but many times, when you ask did you know
 5            he doesn't have a license, their answer is yes.
 6            Those are circumstances that they're creating.
 7     Q      Okay.
 8     A      They're angry.  They're very angry, and I don't blame
 9            them, but I can't help them at that point.
10     Q      And were the people that made complaints about
11            checkpoints of a particular race?
12                            MR. SHORT:  Form.
13     A      I wouldn't know.  On the street, no.  It's anybody.
14            It's anybody.  Listen --
15     Q      You were primarily in Black neighborhoods, correct?
16     A      That's correct, yes.
17     Q      And so would the people who would lodge complaints to
18            you on the street generally be Black?
19                            MR. SHORT:  Form.
20     A      Sometimes, yes.
21     Q      The majority of them?
22     A      So since the demographic is it's predominantly an
23            African-American community, well, I'm going to say
```

```
 1            yes, historically they would -- most of the
 2            complaints would be by them.  Now, as far as formal
 3            complaints that went to the department, I don't know
 4            anything about that.  It's above my pay grade.
 5       Q    Okay.  And would you say any of the complaints that
 6            were raised to you during the checkpoints had to do
 7            with your officers engaging in any misconduct?
 8       A    No.
 9                      MR. SHORT:  Form.
10       Q    So you never received any complaints about Strike
11            Force officers engaging in misconduct when conducting
12            checkpoints?
13       A    I had complaints about officers.  I don't know the
14            specifics as far as during the checkpoint.
15       Q    Did you ever observe any of your officers engaging in
16            misconduct or violating the procedure during the
17            checkpoints when you were out in the streets?
18       A    The question is did I witness officers engaging in
19            misconduct?  No, I never witnessed officers engaging
20            in misconduct.
21                 I witnessed some officers whose dialogue might
22            have been a little bit too strong with the person.
23            As I already stated, not everybody is a criminal
```

1      sometimes, the Internal Affairs would ask the captain

2      to get a statement from that officer.  And if that

3      officer was on my platoon, the captain would say,

4      hey, Lieutenant get so-and-so to fill out a P-73 and

5      send it to Internal Affairs and CC me.  As far as

6      investigating inappropriate behavior by officers,

7      it's not my job.

8   Q  Okay.  And did you ever hear any officers use any

9      language that you would consider racially biased?

10                  MR. SHORT:  Form.

11  A  Listen, I was a cop for 22 years.  The only answer to

12     that is yes.  Obviously, I heard people say things

13     they shouldn't have been saying.

14  Q  What kind of things would you hear people say that

15     they shouldn't?

16  A  Come on.

17                  MR. SHORT:  Form.

18  Q  This is a deposition, Mr. Whelan.  You have to answer

19     the question.

20  A  Using the N word, degrading people.  That's it.

21  Q  Okay.

22  A  You know what, I'll just answer your next question.

23     Have I ever said it?  Yes, I have, obviously.  I'm a

138

```
1              human being.
2    Q    Okay.  Have you said it towards other individuals --
3         towards individuals during checkpoints or traffic
4         stops?
5    A    Have I, no.  It's beneath me.
6    Q    In what circumstance -- okay.  In what circumstances
7         have you heard officers use those terms?
8    A    I couldn't even tell you.  Situations where there's a
9         ton of street commotion and there's been a shooting
10        and there's people running, screaming and cops are
11        yelling foul language and we're getting it right back
12        in our faces too.
13   Q    And how would you respond when you heard an officer
14        use that kind of language?
15   A    Probably not strongly enough.
16   Q    What do you mean by that?
17   A    Well, first off, it was mostly when I was a police
18        officer, and you know, I'm not in a position of
19        authority so to speak.  But we all have regrets in
20        life, I guess.
21   Q    What do you mean by that?
22   A    I probably should have spoken up, but I didn't when I
23        heard other officers using this kind of language.
```

139

```
 1          But once I became a lieutenant, everybody knows the
 2          standard which I hold my people to.  People flocked
 3          to get on my platoon whether it was A District or the
 4          Strike Force Unit.  I like to say that that was a
 5          credit to myself.
 6     Q    Uh-huh.  Okay.  Okay.  So have you ever heard of
 7          anyone within the BPD being reprimanded for using
 8          that kind of language?
 9     A    Probably.  But I can't name specifics, and it
10          probably did occur a lot above my pay grade.
11     Q    And did you ever reprimand anyone for using that kind
12          of language?
13     A    No.  Because the people who worked for me knew
14          better.  First off, half my platoon were
15          African-Americans, and they were great police
16          officers.  So no.  And the rest of my platoon treated
17          them with the same respect they knew they deserved.
18     Q    Okay.  Is it your position that officers who are
19          African-American can't have racial bias --
20                    MR. SHORT:  Form.
21     Q    -- or make racially derogatory --
22     A    We won't drag anybody else into this, but one of my
23          very good friends, a Black lieutenant, he was really
```

140

```
 1             good at dishing it out.  That's all I'll say.
 2    Q    What do you mean by that?
 3    A    He had a unique personality, and he meant no harm,
 4             but he was really good at dishing it out.
 5    Q    Okay.  By "dishing it out," do you mean that he would
 6             use racially offensive language?
 7    A    Sometimes.
 8    Q    And what kind of --
 9    A    And to all involved.  He was an equal opportunity
10             hater.
11    Q    And what kind of racially offensive language would he
12             use?
13    A    He would use racially insensitive language towards
14             both whites and Blacks.
15    Q    Uh-huh.  And what kind of language would he use?
16    A    If we were on the street and there was people who
17             needed a good thrashing verbally, he had no problem
18             calling them the N word and if they were white
19             calling you honkies, you know, whatever.
20                And you know what, getting a good verbal
21             thrashing beats going to jail any day, so I doubt
22             there was very many complaints.
23    Q    And when he would use the N word, would he use it in
```

```
 1            a demeaning way?
 2    A    Is there any other way?
 3    Q    So I take it your answer is yes?
 4    A    So it's -- there's a way to use the word that it's
 5            acceptable?
 6    Q    I'm not asking that.  I'm taking from your testimony
 7            that the use of the N word is always --
 8    A    It was demeaning; it was demeaning.
 9    Q    And why was it demeaning?
10    A    It's not appropriate.  It's something that brings up
11            a tragic past history of our country.
12                      MS. MALHOTRA:  Okay.  Okay.  I think
13                 it's 12:23.  Is everyone okay taking a
14                 15-minute break for lunch?
15                      THE WITNESS:  Sure.
16                      MS. MALHOTRA:  Does that work, 15
17                 minutes?
18                      MR. SHORT:  I'm going to ask for 30
19                 minutes.  I do not work in this building.  It
20                 will take me a little longer.
21                      MS. MALHOTRA:  Okay.  30 minutes.  So
22                 let's circle back at 12:53.
23                      (A recess was taken.)
```

```
 1   Q    How would officers determine whether there were gang
 2        members in the car?
 3   A    Ask their names.  Some of them have tattoos that are
 4        visible on their hands or arms that identify them as
 5        different gang members.
 6   Q    Uh-huh.  And other than tattoos, were there other
 7        identifying characteristics of gangs?
 8                     MR. SHORT:  Form.
 9   A    I -- I'm sure there probably are, but I don't know
10        exactly.  Not that they are --
11   Q    Clothes?
12   A    Yes, sometimes clothes, the blue and the red thing.
13        Sometimes they had the -- more on the west side, they
14        would have the -- I don't want to use the word Latin
15        Kings, but they like their flashy gold attire.
16   Q    What is flashy gold attire?
17   A    You know, the hat, the flashy insignia on it, and
18        these are the Hispanic gang members that were on the
19        west side.
20   Q    So if the officer saw someone with a flashy gold
21        attire who's Hispanic, would they identify them as a
22        gang member?
23                     MR. SHORT:  Form.
```

167

```
 1   A   We would ask them.

 2   Q   Okay.

 3   A   And they don't deny it.  They'll proudly tell you

 4       they are.

 5   Q   Okay.  And what -- you said you -- you would

 6       sometimes identify gang members by name.  Was there a

 7       database of gang members that the BPD maintained or

 8       that you maintained?

 9   A   I can tell you that individual officers kept

10       extensive gang history notebooks.  And probably not

11       in the beginning of the Strike Force Unit's inception

12       there was not a database.  But when I got hurt, it

13       was certainly along the way, I think.  The Intel Unit

14       was developing a database.

15   Q   Okay.  And this is what Mary Evans was requesting,

16       right, like documentation of all traffic stops and

17       information about the cars, where they suspect gang

18       members are involved, correct?

19   A   That's what she's asking for, yes.

20   Q   And so when you -- what other kinds of questions

21       would officers ask to determine if someone was in a

22       gang member -- was in a gang?

23                    MR. SHORT:  Form.
```

```
 1          discuss impounds.
 2                    MS. MALHOTRA:  Would everyone mind if I
 3               took just a two-minute bathroom break?
 4                    THE WITNESS:  No, not at all.
 5                    MS. MALHOTRA:  Okay.  Great.  Does
 6               anyone need longer than that, or is two
 7               minutes okay?
 8                    (A recess was taken.)
 9     BY MS. MALHOTRA:
10     Q    All right.  So Strike Force officers sometimes
11          impounded cars at checkpoints, correct?
12     A    I didn't hear your question.
13     Q    Strike Force officers sometimes impounded cars at
14          checkpoints, right?
15     A    Yes.
16     Q    How often did Strike Force officers impound cars at
17          checkpoints?
18                    MR. SHORT:  Form.
19     A    Every day.
20     Q    And what's the range of cars that would be impounded
21          at checkpoints each day?
22     A    One or two.
23     Q    Okay.  And was it ever more than that?
```

```
 1    A      Yes.
 2    Q      All right.  What's the most cars that would be
 3           impounded?
 4                      MR. SHORT:  Form.
 5    A      I don't have that information, but at the -- just at
 6           the checkpoint, I would say maybe even four or
 7           five --
 8    Q      Okay.
 9    A      -- would probably be the most.
10    Q      Did you have to call a tow truck to come and impound
11           the vehicle?
12    A      Yes.
13    Q      Okay.  Under what circumstances would officers tow or
14           impound a car?
15                      MR. SHORT:  Form.
16    A      If the vehicle had a suspended registration, no
17           insurance, if the vehicle -- the operator is being
18           arrested for either contraband or a warrant or the
19           driver -- the operator of the vehicle's driver's
20           license was suspended, these would all be causes for
21           impounding the vehicle.
22    Q      Did you ever talk about -- or discuss the impound
23           policy with your subordinates?
```

257

```
 1   A    She didn't care.  She didn't -- that's not -- it's

 2        not her ball of wax.

 3   Q    So it's the commissioner --

 4   A    She had a lot of other things going on.  But one of

 5        the things was I had to report my specialized unit

 6        and training schedule to the deputy police

 7        commissioner.

 8   Q    And was it routine for Derenda to express concern

 9        about lower production in times when you had depleted

10        manpower?

11                  MR. SHORT:  Form.

12   A    I think so, yes.

13   Q    Okay.  And was the -- so was this the reasoning to

14        increase manpower, to increase production?

15                  MR. SHORT:  Form.

16   A    We never increased manpower.  We started our unit

17        with four lieutenants and 20 officers, ten on each

18        side.  That was the base size of the unit.  As a

19        matter of fact, as the years went on, we actually

20        lost people because -- through promotion.  This guy

21        is getting promoted to detective or lieutenant or

22        they were transferred out.  They wouldn't get

23        replaced.
```

258

```
 1              And I think you showed me an email earlier
 2        written by Lieutenant Wilcox.  There was no -- since
 3        there was no minimum manpower on the Strike Force
 4        Unit, there was no obligation for the department to
 5        backfill those manpower losses.  And we only got
 6        backfilled a couple times, and they sent new people
 7        over.
 8    Q   But you would get additional manpower to run --
 9        through requesting overtime to run checkpoints,
10        correct?
11    A   That's correct because the -- we were only one
12        platoon, so one shift from 3:30 to 1:30 in the
13        morning.  If they were going to bid more officers in,
14        they would have had to initiate another shift.  And
15        that means it would run year-round.  And policing,
16        police work -- crime is sort of a seasonal hobby.
17              There's a need for these additional people,
18        manpower.  There's -- yes, in the summer months,
19        there's a need for this additional manpower, and then
20        in the winter months, it's cold outside.  People
21        aren't outside ticking each other off and shooting
22        each other.  So the man -- the crime slows down in
23        the winter months, so therefore, we don't need all
```

```
 1            these additional manpower details.  I hope I answered

 2            your question.

 3    Q       Yes, you did.  And I apologize.  I am just going

 4            to -- I'm just going to mute so I can blow my nose.

 5                 Thank you for that explanation and for the

 6            minute.

 7                 So here as we were discussing in this exhibit,

 8            COB039366, Derenda indicated on October 6, 2015 that

 9            there wasn't much production.

10                 And then we're going to look at an exhibit that

11            begins with Bates Number COB029956.  And this is a

12            Strike Force Daily Report dated October 5, 2015,

13            correct?

14    A       I don't see anything.

15    Q       Do you now see it?

16    A       I do.

17    Q       So let me make sure -- hold on one second.

18                 So this is marked COB029956, and this is a

19            Strike Force Daily Report dated October 5, 2015,

20            correct?

21    A       Yes, it is.

22    Q       Okay.  And the numbers of V&T summons issued are 28;

23            is that right?
```

```
 1    A    Yes.
 2    Q    And the number of impounds are two, and the number of
 3         VTMs are five, and there are no tags for that day,
 4         correct?
 5    A    Yes.
 6    Q    So let's take a look at 10-6.  On 10-6, this is a
 7         Strike Force report for 10-6, and here the V&T
 8         numbers are 50 tickets, correct?
 9    A    Correct.
10    Q    Three impounds, two tags, and six VTMs, correct?
11    A    Correct.
12    Q    So is this the report that Commissioner Derenda was
13         referring to when he said "not much production"?
14                   MR. SHORT:  Form.
15    A    I would say yeah, he was referring to the report from
16         the 5th.
17    Q    Oh, from the 5th.  Thank you.
18    A    From October 5th because if you look at the time
19         stamps, we haven't even come on duty yet for the 6th.
20    Q    Okay.  Thank you for that clarification.  So he was
21         referring to October 5th where there are 28 tickets
22         issued, correct?
23    A    Yes.
```

```
 1                     MR. SHORT:  Form.

 2    Q    And two impounds and five VTMs, correct?

 3    A    Correct.

 4    Q    And zero tags?

 5    A    Correct.

 6    Q    And then as we noted on the 6th, the numbers

 7         increased to 50, correct?

 8    A    Yep.

 9    Q    And if we go to the October 7th Strike Force Daily

10         Report, it indicates that the Strike Force issued 80

11         vehicle and traffic summons, correct?

12    A    Correct.

13    Q    Six impounds, correct?

14    A    Yes.

15    Q    Two tags?

16    A    Yep.

17    Q    And 25 VTM, correct?

18    A    Yes.

19    Q    All right.  And then if we take a look at October

20         8th -- and you authored this Strike Force Daily

21         Report, correct?

22    A    Yes.

23    Q    And on the day you authored this report, there were a
```

```
 1          hundred V&T summons, correct?
 2    A     Yes.
 3    Q     And 12 impounds?
 4    A     Correct.
 5    Q     Eighteen tags?
 6    A     Yes.
 7    Q     And 26 VTMs; is that right?
 8    A     Correct.
 9    Q     And then on October 9th, the Strike Force Daily
10          Report issued -- indicates that there are 183 V&T
11          issued, correct?
12    A     Yes.
13    Q     Sixteen impounds?
14    A     That's correct.
15    Q     53 VTMs?
16    A     Yes.
17    Q     And 18 tags; is that right?
18    A     Yes.
19    Q     And then on October 10th, the Strike Force Daily
20          Report indicates that the Strike Force produced 202
21          vehicle and traffic summonses, correct?
22    A     Correct.
23    Q     And 14 impounds?
```

```
 1    A    Correct.

 2    Q    And 24 tags?

 3    A    Yes.

 4    Q    Okay.  And 38 VTMs, correct?

 5    A    Yes.

 6    Q    All right.  And on the 11th of October 2015, the

 7         Strike Force Daily Report indicates that the Strike

 8         Force issued 193 vehicle and traffic summons,

 9         correct?

10    A    Correct.

11    Q    And seven impounds?

12    A    That's correct.

13    Q    And 39 vehicle and traffic misdemeanor arrests?

14    A    Yes.

15    Q    Okay.  And then on -- this is 10-11 as well.  It

16         indicates another 83 vehicle and traffic summonses,

17         correct?

18    A    That's correct.

19    Q    And another eight impounds?

20    A    That's correct.

21    Q    Another 13 parking tags?

22    A    Yes.

23    Q    And 23 vehicle and traffic misdemeanor arrests,
```

```
 1        correct?
 2   A    Yes.
 3   Q    So this is a big increase from the day Derenda
 4        commented that the Strike Force had low numbers,
 5        correct?
 6   A    From the manpower.
 7   Q    Yeah.
 8   A    Some of those very high production days, there's a
 9        lot more manpower.
10   Q    Yeah.  So when you received emails from Captain --
11        from Commissioner Derenda that you had low
12        production, was it common for you to try to focus
13        your troops on increasing production?
14   A    Yes.
15   Q    Okay.  And so do you think Commissioner Derenda would
16        have considered these numbers good?
17                       MR. SHORT:  Form.
18   A    Which numbers specifically are you talking about?  Do
19        you mean the numbers as they increased over time?
20   Q    Yes.
21   A    Yes.
22   Q    Okay.  So he conveyed to you a range of -- he
23        conveyed to you that he wanted a high number of
```

```
 1    A    Not under my command.
 2    Q    Okay.  Did you ever fill out use of force reports?
 3    A    Yes.
 4    Q    Related to traffic stops at the Buffalo Police
 5         Department?
 6    A    I don't know if they were related to traffic stops,
 7         but I filled out use of force forms.
 8    Q    Okay.  And did you ever find that any officer had
 9         engaged in excessive force?
10                        MR. SHORT:  Form.
11    A    No, I did not.
12    Q    Okay.  We are going to go to another topic.  So are
13         you aware that at some point the city created the
14         Buffalo Traffic Violations Bureau?
15    A    Yes.
16    Q    Okay.  I have to close a couple windows to open a new
17         one.  I'm going to show an exhibit marked 304 --
18         COB3 -- COB039785.
19             Okay.  This exhibit contains an email from David
20         Wilcox, Lieutenant Wilcox to you and other
21         lieutenants as well as Patrick Roberts and Kevin
22         Brinkworth dated March 30, 2015.  And in this
23         email -- do you want to take a second to read it?
```

284

```
 1    A    It's not up on the screen.

 2    Q    Oh, it's not?  I apologize.

 3    A    Can I have one second to read it?

 4    Q    Uh-huh.

 5    A    Okay.  Good old Dave.

 6    Q    So this email contains -- this email chain contains

 7         an email from Lieutenant Wilcox to you and the other

 8         Strike Force lieutenants as well as Chief Brinkworth

 9         and Captain Roberts, correct?

10    A    Yes.

11    Q    In this email, Lieutenant Wilcox says that the city

12         was starting the traffic -- it was taking over the

13         Traffic Violations Bureau and that in The Buffalo

14         News article that referenced it, the article that

15         referenced it, the article clearly states the

16         financial benefits the city will reap from handling

17         some matters.  Do you see that?

18                   MR. SHORT:  Form.

19    A    I do.

20    Q    What did you understand Lieutenant Wilcox to mean by

21         that statement?

22                   MR. SHORT:  Form.

23    A    David wanted to know why everybody didn't have a
```

1    million dollars in their deferred comp by the time

2    they were 40.  He was a very money-driven person.

3    Great guy, very money-driven.  He's pointing out the

4    fact that if they take away the Traffic Violations

5    Bureau, every officer used to have a traffic day in

6    court, so you as asked me and I responded, we would

7    get paid four hours pay for going to traffic court.

8        And that's the gist of his email here.  He wants

9    to know if we're still going to get called for the --

10   whatever they're calling it -- Traffic Violations

11   Bureau because he wants to know if he's going to get

12   paid his court time.

13       That's really everything that is behind this

14   email -- this email right here.  And the answer

15   here -- he already knows the answer.  The answer is

16   no.  No, we're not because now the City of Buffalo

17   has gained the privilege that all the towns in the

18   state of New York have that they can plea out their

19   traffic violations for parking tickets and get to

20   keep more of the money than under the old system

21   where the state kept 90 percent of the money.

22       So Dave thinks that by sending this email that

23   Captain Roberts and Chief Brinkworth are going to

```
 1              somehow change all that from happening at the city
 2              government level.
 3    Q    Okay.  Thank you.
 4    A    I'm going to call him when I get done here and thank
 5              him for all this.
 6    Q    Well, he -- so when he says city taking over -- the
 7              city will reap financial benefits from the Traffic
 8              Violations Bureau, he's saying that the city will
 9              keep the money from the Traffic Violations Bureau,
10              correct?
11    A    That's correct.
12    Q    And are you aware that the revenue for the BTVA went
13              into the city's general fund?
14    A    I don't know where the money went.
15                        MR. SHORT:  Form.
16    A    As I stated, I just knew that they had won the same
17              right that the towns had, so they got to keep more of
18              the revenue.  I don't know where it went.
19    Q    Officer Skipper, do you know who he is, Officer
20              Skipper?
21    A    I know who he is.  Charlie Skipper, yes.
22    Q    Okay.  Officer Skipper testified that after the BTVA
23              was created, that he wrote more tickets.  Does this
```

```
 1    A    Well, as much as they want, but we had a fifteen-hour
 2         rule for a daily.  So in combination with your
 3         regularly scheduled shift, which was ten hours,
 4         you -- if you were scheduled to work that day, you
 5         could only work another five hours of overtime.  If
 6         it was your day off, you could come in and work a
 7         full fifteen hours overtime if it was available.
 8    Q    Okay.  And so could you do that seven days a week,
 9         work another five hours a day seven days a week?
10    A    Yeah.  There was some -- during the summer, there was
11         some pretty sick people who just couldn't get enough.
12    Q    So there were some officers that were working 35
13         hours of overtime a week?
14                    MR. SHORT:  Form.
15    A    Let me think about your question for a minute.  Let
16         me think.  I'm not sure that that amount of overtime
17         would have been available to them.  But
18         hypothetically, they could have worked 60 -- they --
19         yes.
20    Q    So 75 hours.
21    A    Yeah, 75 hours a week.
22    Q    And so would overtime be a big part of Strike Force
23         officers' salaries?
```

```
1    A    Absolutely.
2                   MR. SHORT:  Form.
3    Q    All right.  And was that a common reason that people
4         took overtime, to increase their salary?
5                   MR. SHORT:  Form.
6    A    Well, I don't go to work because I have nothing else
7         to do.  I go to work to make money to improve my
8         family's quality of life.
9    Q    Okay.  All right.  So turning back to this email,
10        Captain Serafini -- detail would operate from 11:30
11        to 3:30, correct?  1130 to 1530, correct?
12   A    Correct.
13   Q    I have no military experience.  And then he says
14        so -- so that is four hours a day; is that right?
15   A    That's correct.
16   Q    So every day six police officers and two lieutenants
17        could get four hours of overtime each day; is that
18        right?
19                  MR. SHORT:  Form.
20   A    Yes.  The way I'm reading it, yes, that's what it
21        means, four hours a day, seven days a week.
22   Q    Okay.  And then two -- and then during that overtime
23        detail, officers were expected to run two traffic
```

```
 1         There was a detective.  He handled gang intelligence,
 2         Detective Mahoney.  We would ask him for some gang
 3         stuff.  Being primarily assigned to the east side of
 4         Buffalo, I monitored the gangs within the east side
 5         of Buffalo.
 6             But on Delavan Avenue, there's a predominantly
 7         white motorcycle club called -- and they're not a
 8         club.  It's a gang.  They are associated with the
 9         Outlaws, but they're called something else.  They are
10         pretty dangerous.
11    Q    And so while at the Strike Force, did you ever target
12         members of the Outlaws?
13    A    Not, the outlaws; the members of this other
14         organization that was affiliated with them.
15    Q    Delavan gang?
16    A    What?
17    Q    Did you call it the Delavan gang?
18    A    No.  Their clubhouse was on Delavan Avenue.
19    Q    Okay.
20    A    I'm trying to remember what the name of them was.
21    Q    And while you were on Strike Force, did you ever
22         target members of this gang?
23    A    Yes, we did.
```

316

```
 1        Buffalo?
 2                    MR. SHORT:  Form.
 3   A    I don't have -- I don't know how to answer that.
 4        First off, if the windows are tinted, you can't see
 5        who's driving the car anyway until you pull them over
 6        and ask them to roll down the window.
 7   Q    Uh-huh.  I'm asking about South Buffalo, the region,
 8        not who's in the car.  And my question is are you
 9        aware that white motorists are rarely ticketed for
10        tinted windows violations in South Buffalo?
11                    MR. SHORT:  Form.
12   A    I guess I'm surprised by that.
13   Q    Okay.  And are you surprised that when they are
14        ticketed, they receive about 23 percent fewer tinted
15        window tickets per incident than Black motorists?
16                    MR. SHORT:  Form.
17   A    I guess I do.  I find that surprising.
18   Q    Okay.  Why do you think East Buffalo residents are
19        ticketed more frequently than South Buffalo residents
20        for ticket tinted windows?
21                    MR. SHORT:  Form.
22   A    For the officers who work in both C and D Districts,
23        they're motivated police officers, so they're to do
```

344

```
 1   STATE OF OHIO        )

 2   COUNTY OF CUYAHOGA   )

 3            I, Luanne K. Howe, Notary Public, in and for the

 4   County of Cuyahoga, State of Ohio, do hereby certify:

 5            That the witness whose testimony appears

 6   hereinbefore was, before the commencement of his testimony,

 7   duly sworn to testify the truth, the whole truth and nothing

 8   but the truth; that said testimony was taken remotely

 9   pursuant to notice at the time and place as herein set

10   forth; that said testimony was taken down by me and

11   thereafter transcribed into typewriting, and I hereby

12   certify the foregoing transcript is a full, true and correct

13   transcription of my shorthand notes so taken.

14            I further certify that I am neither counsel for

15   nor related to any party to said action, nor in any way

16   interested in the outcome thereof.

17            IN WITNESS WHEREOF, I have hereunto subscribed my

18   name and affixed my seal this 2nd day of May, 2022.

19

20                        Luanne K. Howe

21                        Luanne K. Howe
                          Notary Public - State of Ohio

22                        My commission expires 10-07-24

23
```