# EXHIBIT 47

```
 1                UNITED STATES DISTRICT COURT
 2             FOR THE WESTERN DISTRICT OF NEW YORK
 3   - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 4   BLACK LOVE RESISTS IN THE RUST, et al.,
 5   individually and on behalf of a class of
 6   all others similarly situated,
 7                              Plaintiffs,
 8   vs.                                     1:18-cv-00719-CCR
 9   CITY OF BUFFALO, N.Y.,  et al.,
10                              Defendants.
11   - - - - - - - - - - - - - - - - - - - - - - - - - - - -
12              ORAL EXAMINATION OF ADAM WIGDORSKI
13                    APPEARING REMOTELY FROM
14                       BUFFALO, NEW YORK
15
16                  Wednesday, May 24, 2023
17                   9:30 a.m. - 1:52 p.m.
18                      pursuant to notice
19
20
21   REPORTED BY:
22   Luanne K. Howe
23   APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO


            DEPAOLO CROSBY REPORTING SERVICES, INC.
                       716-853-5544
```

```
 1              R E M O T E   A P P E A R A N C E S

 2


 3   APPEARING FOR THE PLAINTIFFS:

 4       COVINGTON & BURLING LLP
         BY:  CHRISTINE NELSON, ESQ.
 5       The New York Times Building
         620 Eighth Avenue
 6       New York, New York  10018
         212-841-1000
 7
     APPEARING FOR THE DEFENDANTS:
 8
         HODGSON RUSS LLP
 9       BY:  PETER SAHASRABUDHE, ESQ.
         140 Pearl Street, Suite 100
10       Buffalo, New York  14202
         716-848-1508
11
     ALSO PRESENT:
12
         ELIAS RIVAS, COVINGTON & BURLING LLP
13
         GIOVANNI SCARCELLA, COVINGTON & BURLING LLP
14

15

16

17

18

19

20

21

22

23


              DEPAOLO CROSBY REPORTING SERVICES, INC.
                        716-853-5544
```

```
 1            That's why our legislators in the state made it an
 2            illegal offense according to New York State Vehicle
 3            and Traffic Law.
 4    Q       Do you recall receiving any instruction to issue
 5            multiple tickets per window?
 6    A       No, ma'am.
 7                       MR. SAHASRABUDHE:  Form.  Go ahead.
 8    A       No, ma'am.
 9    Q       Did you receive any instruction about how many
10            tickets to issue per tinted window violation, so
11            whether to issue one ticket for a vehicle having
12            multiple windows or whether to issue multiple
13            tickets?
14    A       No, ma'am.
15    Q       Was there any discussion among Strike Force members
16            about issuing multiple tickets?
17    A       No, ma'am.
18    Q       Was issuing multiple tickets brought up by your
19            supervisors in any way?
20    A       No, ma'am.
21    Q       And you hardly issued any tinted window tickets to
22            white people, correct?
23                       MR. SAHASRABUDHE:  Form.
```

| | | |
|---|---|---|
| 1 | A | I don't know the racial statistics on my ticket |
| 2 | | issuance. |
| 3 | Q | Right.  We can go back to Exhibit 9, I believe, which |
| 4 | | has the total numbers of tinted windows tickets you |
| 5 | | issued broken down by race.  And that document does |
| 6 | | show that you tended to issue more tinted windows |
| 7 | | tickets -- not issue tinted windows tickets to white |
| 8 | | people; is that correct? |
| 9 | | MR. SAHASRABUDHE:  Objection to the form |
| 10 | | of the question. |
| 11 | A | Yes.  Based on this chart, it shows -- which is also |
| 12 | | presumed because of the area that I was patrolling. |
| 13 | Q | Can you explain what you mean by that? |
| 14 | A | The areas that I patrolled was predominantly like the |
| 15 | | east side of Buffalo, which is predominantly an |
| 16 | | African-American and Middle Eastern descent |
| 17 | | neighborhood. |
| 18 | Q | Okay.  So we can move on.  I would like to talk now |
| 19 | | about traffic enforcement policies.  And so as a |
| 20 | | Strike Force officer, you mentioned that you had |
| 21 | | duties outside of implementing checkpoints.  So can |
| 22 | | you just go over some of those duties? |
| 23 | A | Yes.  Proactive policing, again vehicle and traffic |

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

1         a tint meter, correct?
2    A    That is correct.
3    Q    Okay.  So during your time at Strike Force, what was
4         the policy regarding using the window tint meter?
5                   MR. SAHASRABUDHE:  Form.
6    A    There was no policy.
7    Q    Okay.  And why did you use the tint meter only
8         sometimes?
9    A    Because sometimes I would forget it.
10   Q    Okay.  And if you didn't have your tint meter, how
11        were you able to determine that a vehicle complied
12        with tinted window requirements?
13   A    Because you would be able to see the edge of the film
14        on the window.  And also from going to court, just
15        visually with your eye, you can't see through the
16        window.
17   Q    Okay.  So now I want to turn back to Exhibit 5, which
18        is the Manual of Procedures.
19            And while I'm pulling that up, I just wanted to
20        confirm, so you're able to tell by eyeing whether a
21        window is within the legal parameters of tintedness?
22                  MR. SAHASRABUDHE:  Did you hear the
23            question?

                DEPAOLO CROSBY REPORTING SERVICES, INC.
                            716-853-5544

**0005**

```
1    STATE OF OHIO        )
2    COUNTY OF CUYAHOGA   )
3              I, Luanne K. Howe, Notary Public, in and for the
4    County of Cuyahoga, State of Ohio, do hereby certify:
5              That the witness whose testimony appears
6    hereinbefore was, before the commencement of her testimony,
7    duly sworn to testify the truth, the whole truth and nothing
8    but the truth; that said testimony was taken remotely
9    pursuant to notice at the time and place as herein set
10   forth; that said testimony was taken down by me and
11   thereafter transcribed into typewriting, and I hereby
12   certify the foregoing transcript is a full, true and correct
13   transcription of my shorthand notes so taken.
14             I further certify that I am neither counsel for
15   nor related to any party to said action, nor in any way
16   interested in the outcome thereof.
17             IN WITNESS WHEREOF, I have hereunto subscribed my
18   name and affixed my seal this 30th day of May, 2023.
19
20                           _____
21                           Luanne K. Howe
                             Notary Public - State of Ohio
22                           My commission expires 10-07-24
23
```