# EXHIBIT 48

```
 1          UNITED STATES DISTRICT COURT

 2     FOR THE WESTERN DISTRICT OF NEW YORK

 3     ------------------------------------------------

 4     BLACK LOVE RESISTS IN THE RUST, et al.,
       individually and on behalf of a class of
 5     all others similarly situated,

 6                              Plaintiffs,

 7      -vs-                        1:18-cv-00719-CCR

 8     CITY OF BUFFALO, N.Y., et al.,

 9                              Defendants.

10     ------------------------------------------------

11             ORAL EXAMINATION OF DAVID WILCOX

12                APPEARING REMOTELY FROM

13               SARASOTA COUNTY, FLORIDA

14

15

16             Thursday, November 4, 2021

17                9:02 a.m. - 2:47 p.m.

18                pursuant to notice

19

20

21     REPORTED BY:

22     Carrie A. Fisher, Notary Public

23     APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

1       **R E M O T E   A P P E A R A N C E S**

2

3       APPEARING FOR THE PLAINTIFFS:

4               **WESTERN NEW YORK LAW CENTER**
                **BY: KEISHA WILLIAMS, ESQ.**
5               Cathedral Park Tower
                37 Franklin Street, Suite 210
                Buffalo, New York 14202
6               (716) 828-8415

7               **NATIONAL CENTER FOR LAW AND ECONOMIC**
                **JUSTICE**
8               **BY: ANJANA MALHOTRA, ESQ.**
                275 Seventh Avenue, Suite 1506
9               New York, New York 10001
                (212) 633-6967
10

11      APPEARING FOR THE DEFENDANTS:

12              **CITY OF BUFFALO LAW DEPARTMENT**
                **BY: ROBERT E. QUINN,**
                **ASSISTANT CORPORATION COUNSEL**
13              1100 City Hall
                65 Niagara Square
14              Buffalo, New York 14202
                (716) 851-4326
15

16      ALSO PRESENT:

17              **CHINYERE EZIE, ESQ.**
                Center for Constitutional Rights
18
                **CHRISTINE NELSON, ESQ.**
                Covington & Burling LLP
19

20

21

22

23

————DAVID WILCOX - BY MS. WILLIAMS - 11/04/21————

1       any given day.

2   Q.  And what did supervision of the Strike Force

3       entail?

4   A.  You know, assignment of -- we were a small

5       unit for the most part so I believe we had

6       like five car crews when we were full and just

7       assigning people to what areas of the city we

8       were going to patrol and stuff like that,

9       whether we were doing checkpoints on any given

10      day and where and what time and maintaining --

11      making sure the payroll was processed and

12      given to the report technician, things like

13      that, disseminating information from whatever

14      agencies might have been putting out

15      information and stuff like that.

16  Q.  You retired in December 2016.  Was there any

17      other reason that you left the Strike Force

18      Unit or was it just because you were tired,

19      wanted to retire?

20  A.  Yeah, I had had enough and I was tired, you

21      know.  I was not getting any younger and it's

22      a young man's -- young person's profession.

23  Q.  Did you receive a pension when you left the

————DEPAOLO CROSBY REPORTING SERVICES, INC.————
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

0003

---DAVID WILCOX - BY MS. WILLIAMS - 11/04/21---

1          please.  You can screen to the next page,

2          please.  Okay.

3      Q. Thank you.  Hopefully that will be the longest

4          email.

5              You agree with me, do you not, that

6          Captain Roberts was proposing that the Strike

7          Force detail would use checkpoints as a way to

8          combat gang activity and violence in certain

9          areas of the city?

10             MR. QUINN:  Object to form.

11     A. Correct.

12     Q. And he did that because this was the general

13         policy and procedure, right?

14             MR. QUINN:  Object to form.

15     A. You would have to ask him.  I would assume so.

16     Q. Was that the way it was done?  Were

17         checkpoints used to target high crime areas?

18             MR. QUINN:  Object to form.

19     A. Yes.

20             MS. MALHOTRA:  Can you repeat the

21         answer?

22             THE WITNESS:  Yes.  I believe you're

23         asking pretty much the same question multiple

---DEPAOLO CROSBY REPORTING SERVICES, INC.---

DAVID WILCOX - BY MS. WILLIAMS - 11/04/21

1       times so the answer would be yes.

2   Q.  I will just show the screen again.

3           Captain Roberts explained that the

4       detail would "provide greater presence through

5       high visibility checkpoints" and that

6       "officers would continue to develop the

7       valuable intelligence which has led to search

8       warrants by both Narcotics and the

9       Intelligence Squad."  Do you remember reading

10      that or do you want me to highlight it?

11  A.  No, I see it.

12  Q.  Okay.  You would agree then that checkpoints

13      were used to increase police presence,

14      correct?

15          MR. QUINN:  Object to form.

16  A.  Our presence definitely made a difference.

17  Q.  And would you also agree that checkpoints were

18      used to gather intelligence?

19          MR. QUINN:  Object to form.

20  A.  At some points, yes.

21  Q.  And that the -- and do you also agree that the

22      intelligence -- and this was intelligence that

23      was used by Narcotics and the Intelligence

DAVID WILCOX - BY MS. WILLIAMS - 11/04/21

1      Squad to gain search warrants; is that

2      correct?

3           MR. QUINN:  Object to form.

4   A.  I believe it was used by multiple other units

5      whether it was Homicide, Narcotics,

6      Intelligence.

7   Q.  I am going to stop sharing this document.  I

8      am going to show you what has been marked as

9      Exhibit 4, Wilcox Exhibit 4.

10          MR. QUINN:  Could I ask who is Christine

11     Nelson?

12          MS. MALHOTRA:  Apologies, she is our

13     co-counsel at Covington.

14          MR. QUINN:  Okay.  She is on now?

15          MS. MALHOTRA:  Yes.

16          MS. WILLIAMS:  I think there are going

17     to be attorneys joining as we -- throughout

18     the day.

19          MR. QUINN:  Okay.

20

21     BY MS. WILLIAMS:

22   Q.  So I am going to show you what has been marked

23     as Wilcox Exhibit 4.  Can you see the screen?

DAVID WILCOX - BY MS. WILLIAMS - 11/04/21

1          How did you determine the locations of

2      the checkpoints?

3          MR. QUINN:  Object to form.  You can

4      answer.

5   A. On any given day it could be anywhere, to be

6      honest, unless there was some high priority

7      situation that led us to a certain area.

8   Q. Did you use any specific documentation,

9      criteria in determining the location?

10  A. No.

11  Q. Did you rely on crime reports?

12  A. I am sorry.  I couldn't hear you, Keisha.

13  Q. Did you rely on crime reports?

14         MR. QUINN:  Object to form.  You can

15      answer.

16  A. On occasions, yes.

17  Q. Did you rely on information about gang

18      activity or have you ever relied on

19      information about gang activity?

20         MR. QUINN:  Form.

21  A. Probably, yes.

22  Q. And what kind of information would you rely

23      on?

DAVID WILCOX - BY MS. WILLIAMS - 11/04/21

1          MR. QUINN:  Form.

2      A.  I -- whether something was some type of intel

3          might have been gathered by one of the

4          officers in my unit or another unit and say,

5          okay, we will set up over in that area

6          wherever the blue-green gang was at.

7      Q.  Okay.  Did you ever -- have you ever relied on

8          traffic reports --

9              MR. QUINN:  Object to form.

10     Q.  -- in order to determine the location of a

11         checkpoint?

12     A.  Traffic reports?  I don't think we had traffic

13         reports.

14     Q.  Okay.

15     A.  Other than WBEN.

16     Q.  Have you ever relied on accident reports or

17         reports of accidents or anything related to

18         traffic?

19              MR. QUINN:  Form.

20     A.  Not to my knowledge, no, I don't recall that.

21     Q.  Okay.  When a location was chosen by your --

22         by a higher --

23              THE REPORTER:  I am sorry.  You cut out.

DAVID WILCOX - BY MS. WILLIAMS - 11/04/21

1          MR. QUINN:  Object to form.

2     A. On some occasions, yes.

3     Q. And could you explain what intel is or what

4        form or how you would get intel?

5     A. Police work is very fluid.  I mean, I may get

6        information right now that we're needed on --

7        you know, down by the waterfront and, you

8        know, that intelligence just came in so that

9        is intelligence that wherever it came from, it

10       could be a 911 call, it could be a call to

11       Narcotics, it could be a call to Homicide and

12       passed along to us.

13    Q. Thank you.

14          Would it be fair to say that the Strike

15       Force used checkpoints as a tactic to deter

16       future crime or violence by providing, you

17       know, just high visibility in certain areas?

18          MR. QUINN:  Object to form.  Compound.

19       You can answer.

20    A. I believe our presence hopefully deterred

21       crime, present and future.

22    Q. And also deterred gang activity, correct?

23          MR. QUINN:  Form.

DAVID WILCOX - BY MS. WILLIAMS - 11/04/21

1     A.  I would hope so, yes.

2     Q.  I am going to show you what has been marked as

3         Wilcox Exhibit -- I am going to show you what

4         has been marked as Wilcox Exhibit 5.

5              This is another email from you to

6         Patrick Roberts.  It's dated March 17, 2014.

7         I will give you a second to just read the

8         email.

9     A.  Okay.

10    Q.  So this is an email from you to Captain

11        Roberts and Kevin Brinkworth, correct?

12    A.  Yep.

13    Q.  And this email states that the traffic -- that

14        the Strike Force used checkpoints on a daily

15        basis; is that correct?

16    A.  For the most part.  There is days that we

17        didn't.

18             MR. QUINN:  Object to form.  There is a

19        portion being highlighted.  I don't know if

20        that's what you're referring to but note my

21        objection.

22    Q.  I am referring to you acknowledge that the

23        number of people -- police officers was not

```
                    ┌─DAVID WILCOX - BY MS. WILLIAMS - 11/04/21─┐
```

1          safe when you did daily roadblocks.  That is

2          what's stated in your letter -- in your email,

3          correct?

4     A.  Correct.

5     Q.  I am going to stop sharing this.

6              Would you be surprised to learn that

7          from 2013 to 2016 88 to 93 percent of all

8          checkpoints were in majority minority areas?

9              MR. QUINN:  Object to form.  You can

10         answer.

11    A.  Would I be surprised?  Not surprised.

12         Minority area in the city of Buffalo could

13         mean a lot.  I don't know if you're trying to

14         identify a certain area, but there is minority

15         areas throughout the city of Buffalo.

16    Q.  Would you be surprised to learn that the

17         majority of the checkpoints were in -- on the

18         east side of Buffalo?

19             MR. QUINN:  Object to form.  You can

20         answer.

21    A.  I am not surprised, no.

22    Q.  And do you know why that was?

23             MR. QUINN:  Object to form.  You can

DAVID WILCOX - BY MS. WILLIAMS - 11/04/21

```
1            answer.
2        A.  I believe because of the amount of crime that
3            occurs in that area.
4        Q.  Okay.  I'd like to show you what has been
5            marked as Wilcox Exhibit 8.
6                On the screen I am sharing what has been
7            marked as Wilcox Exhibit 8.  If you want to
8            take a second to read it.
9        A.  Okay.  I am good.
10       Q.  Okay.  That was a short one.  I am sorry, this
11           email Captain Serafini is requesting that
12           checkpoints be set up in the vicinity -- the
13           vicinity of the latest shooting on Sherman and
14           in Broadway area; is that correct?
15       A.  That's what it says, yes.
16       Q.  And what area of Buffalo is Sherman and
17           Broadway?  Sherman, what area -- what part of
18           Buffalo is Sherman?
19       A.  That would be the east side.
20               MR. QUINN:  Object to form.
21       A.  East side of Buffalo.
22       Q.  Okay.  And I am assuming that you -- when I
23           say "east side of Buffalo," you know what part
```

DAVID WILCOX - BY MS. WILLIAMS - 11/04/21

1        side compared to the other sides of Buffalo?

2            MR. QUINN:  Object to form.

3    A.  I don't have the statistics, but we did a lot

4        on the east side.  It warranted it.

5    Q.  Thank you.

6            And you think that -- just to confirm,

7        you thought that it warranted more checkpoints

8        on the east side because there was a lot more

9        crime on the east side, correct?

10            MR. QUINN:  Object to form.

11    A.  A lot more violent crime on the east side,

12        yes.

13    Q.  Thank you.

14            And while you were with the Strike

15        Force, did your superiors ever demand that,

16        you know, that there be checkpoints on the

17        other sides equally -- I am sorry, let me

18        rephrase, I am sorry.

19            While you were with the Strike Force,

20        did your superiors ever demand or request that

21        checkpoints be operated on the other sides of

22        Buffalo with the same frequency as they were

23        on the east side?

DAVID WILCOX - BY MS. WILLIAMS - 11/04/21

1           MR. QUINN:  Object to form.

2    A.  Not that I recall.

3    Q.  Was it of concern to you that the

4        checkpoints -- that the majority of the

5        checkpoints were being operated on the east

6        side?

7           MR. QUINN:  Object to form.

8    A.  Did it bother me that the checkpoints were on

9        the east side?  No.

10   Q.  Did every -- I am sorry.  While you were with

11       the Strike Force, did you discuss the

12       disparity in checkpoint locations with anyone?

13          MR. QUINN:  Object to form.

14   A.  Not that I recall.

15   Q.  Did you think you had to put checkpoints in

16       the areas that -- did you feel that you had to

17       put checkpoints on the east side?

18          MR. QUINN:  Object to form.

19   A.  Did I feel like --

20   Q.  During your time with the Strike Force, did

21       you think that you were -- do you think it was

22       required that the checkpoints be established

23       on the east side?

DAVID WILCOX - BY MS. WILLIAMS - 11/04/21

1             MR. QUINN:  Object to form.

2        A. I think it was -- I was -- we were doing our

3           due diligence because of the amount of crime

4           on the east side and the violence that

5           occurred on the east side.

6        Q. At some point did you become aware that

7           members of the community were angry about the

8           checkpoint locations?

9             MR. QUINN:  Object to form.

10       A. Specifically, you know, people would complain

11          on different -- you know, during the --

12          whatever we did.  On the checkpoints, you

13          know, somebody would, you know, get upset but

14          other people would say thank you, you know,

15          and we tried to explain it on -- you know, if

16          we could explain it or, you know, they were

17          rational, we could talk to them.

18       Q. And do you remember what those complaints

19          were?

20             MR. QUINN:  Object to form.

21       A. They varied, you know, from, you know,

22          belligerent complaints to, you know, people

23          talking to us on a rational level.  I mean,

—DAVID WILCOX - BY MS. WILLIAMS - 11/04/21—

1           MR. QUINN:  Object to form.

2      A. I don't believe so.  I don't recall anybody

3         saying don't do checkpoints there or anything

4         along that lines.

5      Q. I am sorry.  Do you recall -- do you recall

6         any of your superiors explaining why

7         checkpoints were heavily focused on the east

8         side?

9           MR. QUINN:  Object to form.

10     A. I don't recall, you know.  It's been years,

11        you know, since I have been gone.  Do we have

12        conversations?  Probably, yeah, but everybody

13        knew that the east side of Buffalo was a hot

14        bed, you know.  That's where things occurred

15        that, yeah, the city and the surrounding areas

16        were concerned about, the east side of

17        Buffalo.  That's where violence occurred.

18        People died on the street on a regular basis

19        for years and years.  That's why we were

20        there.

21           I mean, if it was up to me, I'd much

22        rather not do checkpoints, to be honest,

23        because they weren't fun.  We didn't enjoy

—DAVID WILCOX - BY MS. WILLIAMS - 11/04/21—

1    Q. And was the practice to issue for all

2        violations observed?

3    A. All violations?  Well, I would say there is

4        discretion involved there.  I mean, maybe

5        there is a valid reason like somebody just

6        struck my headlight an hour ago and I haven't

7        been able to get it fixed.  There is no reason

8        to write that person for that because the

9        light just got broken.  Or somebody just got a

10       ticket yesterday for the taillight that was

11       out and they haven't been able to get it fixed

12       yet but they want to.

13   Q. Okay.  So the decision whether or not to issue

14       tickets was based on the officer's discretion,

15       correct?

16            MR. QUINN:  Form.

17   A. I would say discretion and common sense.

18   Q. Did you communicate that officers should issue

19       as many tickets as possible?

20            MR. QUINN:  Form.

21   A. Communicate?  No, I have no reason to.  The

22       officers wrote plenty of tickets, trust me.

23   Q. Was there any policy or practice on issuing a

DAVID WILCOX - BY MS. WILLIAMS - 11/04/21

1          ticket?

2                MR. QUINN:  Form.

3     A. No, there was no quotas ever.  There was no

4          administrative pressure to go out and write

5          tickets, you know.  They were plentiful

6          because there was so many traffic violations.

7     Q. Was issuing tickets considered productive?

8                MR. QUINN:  Object to form.

9     A. Productive?

10    Q. Yeah.

11    A. Well, productive in the sense that it brought

12         compliance with the V&T laws hopefully.

13    Q. Were officers required to get yours or any

14         supervisor's approval before issuing a traffic

15         summons at a checkpoint?

16    A. You faded at the end.

17    Q. I am sorry.  Were officers required to get a

18         supervisor's approval before issuing tickets

19         or summonses at a checkpoint?

20                MR. QUINN:  Form.

21    A. No.

22    Q. What factors did officers consider in deciding

23         whether or not to write a ticket?

DAVID WILCOX - BY MS. WILLIAMS - 11/04/21

```
1              now, everything pretty much stayed the same.
2       Q.  Did the BPD pay officers for the time they
3              spent at hearings?
4       A.  Unless they were already on duty.
5       Q.  And were officers sometimes paid overtime for
6              appearing?
7       A.  If you were called off duty, yeah.
8       Q.  In that email -- in the last sentence of the
9              email, I will highlight it, you said and I
10             quote, "We have taken a great deal of pride in
11             the numbers that the units have generated.
12             This will not change.  Housing and Strike
13             Force will continue to deliver what is asked
14             of us."  What do you mean by that?
15             MR. QUINN:  Object to form.
16      A.  The numbers we generated in here I am assuming
17             referencing vehicle and traffic law stuff but
18             the numbers overall any time we were asked to
19             do whatever and not specifically to go out and
20             write summonses, we do -- we go where we're
21             told.  We do what we're asked to, and vehicle
22             and traffic law I thought we responded well
23             to.
```

```
1        STATE OF NEW YORK)

2        COUNTY OF ERIE   )

3


4
             I, Carrie A. Fisher, Notary Public, in and
5        for the County of Erie, State of New York, do
         hereby certify:
6

7            That the witness whose testimony appears
         hereinbefore was, before the commencement of
8        their testimony, duly sworn to testify the
         truth, the whole truth and nothing but the
9        truth; that said testimony was taken remotely
         pursuant to notice at the time and place as
10       herein set forth; that said testimony was
         taken down by me and thereafter transcribed
11       into typewriting, and I hereby certify the
         foregoing testimony is a full, true and
12       correct transcription of my shorthand notes so
         taken.
13

14           I further certify that I am neither counsel
         for nor related to any party to said action,
15       nor in anyway interested in the outcome
         thereof.
16

17           IN WITNESS WHEREOF, I have hereunto
         subscribed my name and affixed my seal this
18       1st day of December, 2021.

19

20       _____

21       Carrie A. Fisher
         Notary Public - State of New York
22       No. 01FI6240227
         Qualified in Erie County
23       My commission expires 5/02/23
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

0020