# EXHIBIT 50

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE WESTERN DISTRICT OF NEW YORK

 3    - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 4    BLACK LOVE RESISTS IN THE RUST, et al.,

 5    individually and on behalf of a class of

 6    all others similarly situated,

 7                              Plaintiffs,

 8    vs.                              1:18-cv-00719-CCR

 9    CITY OF BUFFALO, N.Y.,  et al.,

10                              Defendants.

11    - - - - - - - - - - - - - - - - - - - - - - - - - - - -

12             ORAL EXAMINATION OF AARON YOUNG

13                 APPEARING REMOTELY FROM

14                   BUFFALO, NEW YORK

15

16             Wednesday, October 26, 2022

17              9:00 a.m. - 2:15 p.m.

18               pursuant to notice

19

20

21    REPORTED BY:

22    Luanne K. Howe

23    APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO


           DEPAOLO CROSBY REPORTING SERVICES, INC.
                       716-853-5544
```

```
1              R E M O T E   A P P E A R A N C E S

2


3    APPEARING FOR THE PLAINTIFFS:

4         NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
          BY:  CLAUDIA WILNER, ESQ.
5         50 Broadway, Suite 1500
          New York, New York  10004
6         212-633-6967

7    APPEARING FOR THE DEFENDANTS:

8         HODGSON RUSS
          BY:  PETER SAHASRABUDHE, ESQ.
9         The Guaranty Building
          140 Pearl Street, Suite 100
10        Buffalo, New York  14202
          716-848-1508
11
     ALSO PRESENT:
12
          CHRISTINE NELSON, ESQ.
13        Covington & Burling LLP

14        SARA LUNDEN
          National Center for Law and Economic Justice
15

16

17

18

19

20

21

22

23


          DEPAOLO CROSBY REPORTING SERVICES, INC.
                      716-853-5544
```

```
1   Q    So you did not view enforcing zero tolerance crime
2        policy as part of your job as chief?
3   A    No, I did not.
4   Q    Did you have any involvement in setting Strike Force
5        patrol locations?
6   A    No, I did not.
7   Q    Do you know who did set the Strike Force patrol
8        locations?
9   A    That's -- that direction came from the deputy of
10       operations to the captains and lieutenants of Strike
11       Force.
12  Q    And would -- and that was --
13  A    Lockwood, Lieutenant Lockwood.
14  Q    And he communicated directly with the captain or
15       through you?
16            MR. SAHASRABUDHE:  Form.
17  A    It was through the captains.
18  Q    And just to clarify, Lockwood spoke directly to the
19       captains?
20  A    Yes.
21  Q    And you were not involved in the conversation?
22  A    Not usually, no.
23  Q    And was that the case throughout the time that you
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

31

```
 1   Q      Is this an example of the roadblock directives that
 2          were routinely used at Strike Force checkpoints?
 3                     MR. SAHASRABUDHE:  Form.
 4   A      I believe so, yes.
 5   Q      And if I use a term "checkpoint," you'll understand
 6          that I'm talking about the roadblocks that are
 7          described in this directive?
 8   A      Yes.
 9   Q      And these directives were supposed to be issued for
10          every checkpoint, correct?
11                     MR. SAHASRABUDHE:  Form.
12   A      I believe they were.
13   Q      Did you ever take any steps to check to see whether
14          officers were, in fact, issuing directives for every
15          checkpoint?
16   A      No, I did not.
17   Q      Is it possible that officers could have run
18          roadblocks without directives and you would not have
19          known?
20                     MR. SAHASRABUDHE:  Form.
21   A      That is correct.
22   Q      The Housing Unit also ran checkpoints, correct?
23                     MR. SAHASRABUDHE:  Form.
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1    A    I believe they assisted in the housing areas, yes.
 2    Q    To your knowledge, did the Housing Unit run
 3         checkpoints on its own without the Strike Force?
 4    A    I'm not sure.  I wasn't --
 5    Q    Did the Housing Unit checkpoints have the same
 6         programmatic purpose as the Strike Force checkpoints?
 7                   MR. SAHASRABUDHE:  Form.
 8    A    I can't answer that.  I don't know.
 9    Q    Did the Housing Unit issue directives when it ran
10         checkpoints without the Strike Force?
11                   MR. SAHASRABUDHE:  Form.
12    A    I'm unaware of that.
13    Q    Did you as chief ever direct the housing unit to
14         issue checkpoint directives when it ran checkpoints?
15    A    No.
16    Q    And the goal of the checkpoints was to enforce
17         provisions of the vehicle and traffic law, right?
18                   MR. SAHASRABUDHE:  Form.
19    A    That is correct.
20    Q    Did you ever take any steps to ensure that officers
21         were making roadblocks obvious with overhead flashing
22         lights?
23    A    No, I did not personally.
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1    A    Yeah, if you'd just give me a moment.

 2    Q    Sure.

 3    A    Okay.

 4    Q    Okay.  And just so you know, we're going to look at a

 5         few of these, and in most cases -- really in all

 6         cases, I'm just going to be asking you about parts

 7         that pertain to the Strike Force and Housing Unit.

 8         I'm not going to ask you for information related to

 9         the Schools part of the report.

10    A    Okay.

11    Q    So this first page is identified as COB228535.  And

12         sorry I have to move it around a little bit just to

13         fit it on the screen.  So the date is June 20, 2016,

14         and it's from you.

15             And do you recall drafting and sending these

16         reports?

17    A    Uh-huh.

18    Q    So in this report, you are reporting that the Strike

19         Force is focusing on the hotspots of C and E

20         Districts, right?

21    A    Correct.

22    Q    And those are on the east side of Buffalo, right?

23    A    Correct.
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1   Q    And you list nine different locations where
 2        checkpoints took place, and those would all be at C
 3        and E District hotspots?
 4                  MR. SAHASRABUDHE:  Form.
 5   A    C and E locations.  I don't know if they were
 6        hotspots.  I can't say at this time if they were
 7        hotspots then.  I don't have that information.
 8   Q    Do you have any memory if those intersections were
 9        hotspots?
10   A    I don't.
11   Q    So what would be the purpose of running a checkpoint
12        in a crime hotspot?
13                  MR. SAHASRABUDHE:  Form.
14   A    It would just -- to deter illegal activity, shots --
15        prevent shots fired or any, you know, loitering in
16        front of stores or, you know, numerous reasons.
17   Q    And how would the checkpoints do that?
18   A    Well, from --
19                  MR. SAHASRABUDHE:  Form.
20   A    Well, for visibility of officers being in the area.
21   Q    In this report, you also mentioned that the Strike
22        Force cars had been focusing around a boys and girls
23        club due to increased complaints of gang activity,
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1            and you mentioned that a handgun had been recovered

 2            at a previous checkpoint at that location?

 3    A      Correct.

 4    Q      Did you report on any traffic safety benefits of the

 5            checkpoints?

 6    A      Not in this report.

 7    Q      So I'm going to scroll down to the next report.  This

 8            one is from July 2016, and the identification is

 9            COB245589.  And I will let you take a minute to read

10            it.

11    A      Okay.  Okay.

12    Q      Okay.  So you stated, "Checkpoints and patrols are

13            being implemented in areas with increased calls for

14            service for priority 1 and 2 calls and areas with

15            increased gang activity."

16                 What are priority 1 and 2 calls?

17    A      Priority 1 calls would be shots fired, shootings,

18            robbery, type 911 calls for services from citizens.

19    Q      And priority 2?

20    A      Same -- well, same thing, robberies, burglaries of

21            homes.

22    Q      So what's the difference between priority 1 and

23            priority 2?
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1   A    Priority 1 calls are, like I mentioned, the shootings

 2        or the shots fired.  They would receive -- we

 3        can't -- so dispatch has to put those calls out

 4        immediately.  And district patrol would have to

 5        respond and who's ever in the area or the Strike

 6        Force or district patrols would have to respond for

 7        those type calls.

 8   Q    So what would be the reason to implement checkpoints

 9        in areas with increased calls for service for

10        priority 1 and 2 calls?

11                  MR. SAHASRABUDHE:  Form.

12   A    To prevent further shootings, retaliations from

13        shootings and shots fired and to prevent homicides.

14   Q    So that's not related to traffic safety, is it?

15                  MR. SAHASRABUDHE:  Form.

16   A    I can't answer that.

17   Q    Why would checkpoints be implemented in areas with

18        increased gang activity?

19   A    In the hopes of preventing the shootings and shots

20        fired and any type of gang violence within that area.

21   Q    Were you also hoping to be able to stop and search

22        gang members who would pass through the checkpoint?

23                  MR. SAHASRABUDHE:  Form.
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1    A    I can't answer that.
 2    Q    Were you hoping to find people with outstanding
 3         warrants at checkpoints?
 4                   MR. SAHASRABUDHE:  Form.
 5    A    I can't answer that.
 6    Q    So you also stated that the most active area for
 7         Strike Force patrols and checkpoints were the C
 8         District GIVE area and the Central Park area of E
 9         District.  So what was the C District GIVE area?
10    A    The GIVE area is a -- it was a grant -- so GIVE is a
11         state grant from the New York State Division of
12         Criminal Justice Services that focuses on preventing
13         shootings and shots fired within a given district in
14         the City of Buffalo.
15    Q    And what does GIVE stand for?
16    A    Gun Involved Violence Elimination, I believe.
17    Q    And was it the case that the GIVE funding was
18         targeted to certain identified hotspots?
19    A    I can't answer that.
20    Q    And what was the Central Park area of E District?
21    A    It would -- Central Park would encompass -- it's
22         huge.  I'm from Central Park, so I should know.  I
23         still live -- north or south of Main to, say,
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1              Humboldt -- I don't know if you're familiar with the
 2              City of Buffalo, but it's -- being from there, it's
 3              easy, but telling someone it's -- so it's numerous
 4              streets.  We are going south of Main and like east of
 5              Humboldt Parkway in the City of Buffalo.
 6    Q    So with this, you intended to refer to the Central
 7         Park neighborhood?
 8    A    Yes.
 9    Q    And you weren't referring to the part of the E
10         District that's controlled by the Central Park Gang?
11    A    No.
12    Q    Okay.  In this email, you identified seven locations
13         where checkpoints were run, and all of these are on
14         the east side of Buffalo, right?
15    A    Yes.
16    Q    And you pointed out there was a gun arrest at one
17         location, right?
18    A    Yes.
19    Q    Did you report on any traffic safety benefits of the
20         checkpoints?
21                   MR. SAHASRABUDHE:  Form.
22    A    Not in this email, no, I did not.
23    Q    So the next report is dated September 13, 2016.  You
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1            can take a minute to read it.

 2   A       Okay.  Okay.

 3   Q       So near the bottom, you stated, "Strike Force has

 4            resumed conducting checkpoints in various areas

 5            throughout the city.  Several of the checkpoints have

 6            been conducted along the Genesee/Theodore area due to

 7            the rash of shots fired in this vicinity."

 8                So this would be another example of running

 9            checkpoints in order to address gun violence, right?

10                      MR. SAHASRABUDHE:  Form.

11   A       High visibility patrols.

12   Q       I'm not sure that I -- that was an answer to my

13            question.

14   A       Oh, no, I was expanding on my answer.  Also as part

15            of high visibility patrols in this area.

16   Q       I see.  So your testimony is that these checkpoints

17            would have been run to address gun violence and to

18            provide high visibility patrols?

19   A       Yes.

20                      MR. SAHASRABUDHE:  Form.

21   Q       And Genesee/Theodore is also on the east side of

22            Buffalo, right?

23   A       Yes.
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1   Q    I'm going to look at the next report, which is

 2        November 8, 2016.  And you can look just at the part

 3        that says "Housing/Strike Force."

 4   A    Okay.  Okay.

 5   Q    And you wrote, "Strike Force units have focused

 6        patrols and checkpoints within the shooting hotspots

 7        of C and E Districts"?

 8   A    Correct.

 9   Q    So would this be another instance where the purpose

10        of the checkpoints was to reduce gun violence and for

11        high visibility?

12                      MR. SAHASRABUDHE:  Form.

13   A    Yes.

14   Q    And the C and E Districts are on the east side of

15        Buffalo, right?

16   A    Yes.

17   Q    So we will go to the next one.  It's dated

18        February 20, 2017, and I will give you a minute to

19        read it.

20   A    Okay.  Okay.

21   Q    Okay.  And you wrote, "Due to several shootings over

22        the weekend Strike Force will target known gang

23        members in these areas while conducting safety
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

1          checkpoints and increased patrols."

2               So how would -- how would the Strike Force use

3          checkpoints to target known gang members?

4                    MR. SAHASRABUDHE:  Form.

5    A     Well, by assisting patrol, like I said, with high

6          visibility, and if known gang members were observed

7          by officers, we would hope that they would not engage

8          in gang activities.

9    Q     And how specifically would the checkpoints be

10         involved in that?

11                   MR. SAHASRABUDHE:  Form.

12   A     Just high visibility in the area where gang members

13         may frequent.

14   Q     So the idea would be that you would run a checkpoint

15         in an area that was a known gang area?

16                   MR. SAHASRABUDHE:  Form.

17   A     Throughout the -- if the officers felt that it was

18         necessary due to the shots fired or shootings in that

19         area.

20   Q     Okay.  So I'll move to the next report which is dated

21         March 27, 2017.  Let me scroll down a little bit.

22   A     Okay.

23   Q     You wrote, "Safety checkpoints continue to be

                    DEPAOLO CROSBY REPORTING SERVICES, INC.
                         716-853-5544

```
 1              implemented within the five Districts as a proactive
 2              violence prevention strategy.  During several
 3              checkpoints Strike Force officers have been able to
 4              conduct field interviews of several gang members who
 5              were occupants of vehicles."
 6                   So my first question is what is a proactive
 7              violence prevention strategy?
 8    A    It's increased patrols within the neighborhood which
 9              prevents crime and criminal activity, so it was just
10              officers being visible and basically, you know,
11              addressing even foot patrols in the area as part of
12              high visibility, so that's what that entails.
13    Q    Is the idea to prevent violence before it happens?
14                        MR. SAHASRABUDHE:  Form.
15    A    Yes.
16    Q    And in this case, you're saying that the checkpoints
17              were used as part of that strategy.
18                        MR. SAHASRABUDHE:  Form.
19    Q    So I'm just confirming that the goal of these
20              checkpoints was to be visible, to reduce crime,
21              prevent it from happening?
22                        MR. SAHASRABUDHE:  Form.
23    A    And for vehicle safety, yes.
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1   Q   Okay.  And you also mentioned that the Strike Force

 2       officers were able to conduct field interviews of

 3       gang members who were occupants of vehicles.  Can you

 4       tell me more about how that would happen?

 5                   MR. SAHASRABUDHE:  Form.

 6   A   During their routine traffic stop, if a gang member

 7       which was known to those officers were an occupant of

 8       that vehicle, this would include that.

 9   Q   Okay.  And in this case, this was not happening at a

10       routine traffic stop but at a checkpoint, right?

11                   MR. SAHASRABUDHE:  Form.

12   A   I would have to read it again.  Give me one second.

13   Q   Uh-huh.

14   A   According to this email, it was during a safety

15       checkpoint, yes.

16   Q   Do you think that checkpoints were successful in

17       proactively preventing violence?

18                   MR. SAHASRABUDHE:  Form.

19   A   It has its -- I think it prevented crime, yes.

20   Q   You didn't mention any traffic safety benefits of the

21       checkpoints in this report, did you?

22   A   I don't see it, no.

23   Q   The next report is dated March 21, 2017.
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1   A    Okay.

 2   Q    And you wrote that the Strike Force conducted

 3        checkpoints with an emphasis on visibility and gang

 4        intervention in the most problematic locations.

 5   A    Okay.

 6   Q    What did you mean by "the most problematic

 7        locations"?

 8                   MR. SAHASRABUDHE:  Form.

 9   A    Well, the areas where the city at that time had been

10        seeing increase in shootings and shots fired

11        specifically in those areas.

12   Q    I'm going to go to the next weekly report, which is

13        dated April 4, 2017.

14   A    Okay.

15   Q    And here you reported running checkpoints within

16        hotspot areas focusing on areas with recent gun

17        violence, right?

18   A    Correct.

19   Q    And you did not report on running checkpoints for

20        traffic safety purposes --

21                   MR. SAHASRABUDHE:  Form.

22   Q    -- did you?

23   A    I did not.
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1   Q    And I will move to the next report, which is dated
 2        April 25, 2017.
 3   A    Okay.
 4   Q    And in this report, you stated that the Strike Force
 5        was running checkpoints within the most violent
 6        hotspots especially the C and E GIVE areas due to
 7        recent homicides, right?
 8   A    That's correct.
 9   Q    So why would you choose to run a checkpoint in
10        response to recent homicides?
11              MR. SAHASRABUDHE:  Form.  Are you asking
12           about him or just generally?
13              MS. WILNER:  I'm asking why would the
14           Strike Force run a checkpoint in response to
15           recent homicides.
16   A    As a violence prevention strategy so there would be
17        no other shots fired or citizens shot in that area.
18   Q    I'm going to stop the share now.  That was the last
19        report.
20            And so is the worry that if there were
21        shootings, then those could engender other shootings
22        in retaliation or in reaction?
23   A    Retaliation is a possibility.  So most -- so a lot of
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1              times in police work, being visible will prevent
 2              further shootings.  So that is part of a strategy of
 3              law enforcement, that's correct.
 4    Q    Now, the vast majority of people who pass through the
 5              roadblock would have nothing to do with these
 6              shootings or homicides, right?
 7    A    I can't answer that.
 8    Q    So you think that of the people passing through
 9              roadblocks, they were -- well, strike that.
10              Wouldn't you agree that the most -- most of the
11         people who pass through the roadblocks are simply the
12         people who live in an area and are driving down the
13         street at the time that the roadblock is being run?
14                   MR. SAHASRABUDHE:  Form.
15    A    In probability, yes.  I don't think everyone that
16         passes through a safety checkpoint are criminals, no,
17         I don't.
18    Q    I mean of the people that pass through the
19         checkpoints, how -- like what percentage would you
20         think are criminals?
21    A    I can't --
22                   MR. SAHASRABUDHE:  Form.
23    A    -- answer that.  I couldn't give you a number.
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1    Q      It could be anything between zero and a hundred?

 2    A      It could be any, yeah.

 3    Q      Do you think more than half of people running through

 4           checkpoints are criminals?

 5                      MR. SAHASRABUDHE:  Form.

 6    A      I don't think that personally, no.

 7    Q      Isn't it possible that not a single person passing

 8           through a checkpoint is a criminal?

 9                      MR. SAHASRABUDHE:  Form.

10    A      It's possible, yes.

11    Q      I mean, hundreds of people would pass through these

12           checkpoints, right?

13                      MR. SAHASRABUDHE:  Form.

14    A      I believe so, yes.

15    Q      How many of those hundreds of people do you think

16           were criminals?

17                      MR. SAHASRABUDHE:  Form.

18    A      I couldn't guesstimate a number for you.  I can't

19           answer that.

20    Q      Do you think it's appropriate to subject regular

21           citizens to suspicionless stops just in response to

22           recent homicides?

23                      MR. SAHASRABUDHE:  Form.
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1   A    I can't answer that.

 2   Q    Well, I'm asking for your opinion.

 3              MR. SAHASRABUDHE:  Form.  He answered.

 4   Q    What about my question makes it so that you can't

 5        answer it?

 6   A    I can't -- you're asking opinion on crime, and so

 7        when there's crime in an area, officers being

 8        proactive in that area, I don't -- I mean, there are

 9        regular citizens in the area, and so I don't think

10        there's a number you can put on who's doing criminal

11        activity.  There's no -- there's no number for that.

12   Q    So you agree that every person who passes through a

13        checkpoint is stopped without any individualized

14        suspicion, right?

15              MR. SAHASRABUDHE:  Form.

16   A    Right.

17   Q    And my question is do you think that it's appropriate

18        to subject people, ordinary citizens, to

19        suspicionless stops as a response to recent homicides

20        in an area?

21              MR. SAHASRABUDHE:  Form.

22   A    I can't answer that question.

23   Q    Is there something about the question that you don't
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1                        MR. SAHASRABUDHE:  Form.
 2    A    I wouldn't be, no.
 3                        MS. WILNER:  And if it's okay, I think I
 4              need to go off the record for a quick break,
 5              just a few minutes.
 6                        MR. SAHASRABUDHE:  Yeah.
 7                        MS. WILNER:  So we will take a quick
 8              break.
 9                        (A recess was taken.)
10                        MS. WILNER:  We can go back on the
11              record.
12         BY MS. WILNER:
13    Q    So when you first became the Strike Force chief, the
14         Strike Force was already running regular checkpoints,
15         right?
16    A    Yes.
17    Q    How were the checkpoint locations determined at that
18         time?
19    A    When I became chief or prior to or any --
20    Q    When you first became chief during those early days
21         when you were first chief, how were the checkpoint
22         locations determined?
23    A    By hotspots and where there was an increase in 911
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1              calls for service.  That's from what I understand how
 2              they were being planned, which I wasn't part of the
 3              planning process.  They just happened during their
 4              shifts.  And so the lieutenants had already -- they
 5              did all the planning for the locations.
 6    Q    And the lieutenants were setting the locations on
 7              their own?
 8    A    Yes.
 9    Q    And at that time, did you have any personal role in
10              setting checkpoint locations?
11    A    No, I did not.
12    Q    Did you exercise any oversight over the process of
13              setting checkpoint locations?
14    A    No, I did not.
15    Q    And did you give the lieutenants any guidance or
16              instruction in choosing checkpoint locations?
17    A    No.
18    Q    What information would have been available to the
19              lieutenants when they were setting checkpoint
20              locations?
21    A    What information prior to a checkpoint?  They would
22              use the crime stats provided by the Crime Analysis
23              Center and just on any given patrol, they just -- the
```

56

```
 1              calls for service from monitoring the radio that day
 2              or that week and just speaking with different
 3              officers in different, you know, districts where
 4              crime was happening at is my understanding on how
 5              they were set.
 6    Q         And did there come a time when you started taking a
 7              more active role in supervising the selection of
 8              checkpoint locations?
 9    A         No.
10    Q         Were you aware at that time that the vast majority of
11              checkpoints were being run in Black neighborhoods on
12              the east side of Buffalo?
13                        MR. SAHASRABUDHE:  Form.
14    A         I was aware they were in the hotspots which were the
15              east -- a lot of the times were the east side, but
16              also we had some issues on the west side also of the
17              shots fired and hotspots.
18    Q         Were those west side areas also majority minority
19              areas?
20                        MR. SAHASRABUDHE:  Form.
21    A         It's a mix.  West side is a mix of races.
22    Q         You understand the east side of Buffalo as being a
23              primarily Black community, right?
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

1    A    Correct, I do.

2    Q    Okay.  I will introduce as Young 6 an email from

3         Captain Serafini.  It's dated March 9, 2017.  It's

4         identified as COB016263.  And you can go ahead and

5         take a minute to read it.

6    A    Okay.

7    Q    So at the top of the meeting, Captain Serafini says

8         that he met with you and you had a meeting with

9         Lockwood outlining new Strike Force focus and

10        overtime details.  So what was the new Strike Force

11        focus?

12                    MR. SAHASRABUDHE:  Form.

13   A    I don't recall this meeting.  I do know that Deputy

14        Lockwood did approve overtime for Strike Force during

15        these hours, and that's what the meeting was

16        primarily about, just added hours for Strike Force.

17   Q    So what did you discuss at the meeting?

18   A    Just the new --

19                    MR. SAHASRABUDHE:  Form.

20   A    Just the new Strike Force overtime detail hours

21        during the day as you see here.

22   Q    Okay.  And Captain Serafini instructs the Strike

23        Force to run three checkpoints daily, two in the

                    DEPAOLO CROSBY REPORTING SERVICES, INC.
                          716-853-5544

```
 1    A    From this list, Richmond and Summer, Hertel and

 2         Beard, Colvin and Tacoma.

 3    Q    Should I scroll down?

 4    A    Yeah, you can.  I would -- McKinley and Tifft,

 5         Abbott/Woodside, Abbott/Warren Spahn.  That's all I

 6         can see from this list.

 7    Q    Thank you.  So Captain Serafini's records showed a

 8         gap in checkpoint activity between May 10th and May

 9         31st of 2017.  Do you recall a reason for that gap?

10    A    No, I don't.

11    Q    Do you recall that the spring of 2017 was a time of

12         sustained protest against the BPD because of the

13         killings of Wardel Davis and Jose Hernandez-Rossy?

14    A    I do recall seeing the news.

15    Q    Do you recall that during that period of time, the

16         checkpoints became a political issue?

17                       MR. SAHASRABUDHE:  Form.

18    A    No, I don't.

19    Q    And specifically there was a criticism that

20         checkpoints were targeting neighborhoods of color?

21    A    I knew that was a concern from the news media.

22    Q    Do you recall having conversations with anybody at

23         the BPD about the criticism that checkpoints unfairly
```

```
 1            that you're stopping could be dangerous?
 2    A       I don't believe so.  I can't speak for all the
 3            officers, you know, because I don't -- there's 600 of
 4            us, so there's different opinions by different
 5            officers, I'm sure.  But officer safety is at the
 6            forefront of any traffic stop because we don't know
 7            who's in that vehicle.
 8    Q       Would you agree that the vast majority of people on
 9            the east side of Buffalo are law abiding citizens?
10    A       Yes, I would.
11    Q       And that people in North and South Buffalo also
12            commit traffic violations?
13    A       Yes.
14    Q       They may have seat belt violations?
15    A       Yes.
16    Q       Or tinted window violations?
17    A       Yes.
18    Q       People in North and South Buffalo possess drugs?
19    A       Yes.
20    Q       And weapons?
21    A       Yes.
22    Q       And people in North and South Buffalo may be involved
23            with gangs?
```

                     DEPAOLO CROSBY REPORTING SERVICES, INC.
                            716-853-5544

```
 1    A    Yes.  Gangs are everywhere.

 2    Q    Would it be unlawful for a BPD officer to pull

 3         somebody over because they were Black and driving on

 4         the east side and failed to signal?

 5              MR. SAHASRABUDHE:  Form.

 6    A    If they failed to signal, that's a violation of the

 7         vehicle and traffic law, so they have all

 8         justification to stop that vehicle, not because of

 9         their color.

10    Q    What if they pulled them over because they failed to

11         signal and because of their race, would that be

12         lawful?

13              MR. SAHASRABUDHE:  Form.

14    A    They shouldn't pull them over because of their race.

15    Q    From your experience, do you believe that people from

16         certain racial groups are more likely to be involved

17         in criminal activity?

18    A    No, I don't believe that.

19    Q    What is your definition of racial profiling?

20              MR. SAHASRABUDHE:  Form.

21    A    Targeting a person because of their color.

22    Q    And what is your definition of racial bias?

23              MR. SAHASRABUDHE:  Form.
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1            have discretion on writing summonses.
 2       Q    There was more discretion when officers were just on
 3            patrol, right?
 4                           MR. SAHASRABUDHE:   Form.
 5       A    I wouldn't -- I wouldn't say that.
 6       Q    Does the BPD have any written policies to guide the
 7            officer's discretion in terms of whether to write a
 8            ticket?
 9       A    No.
10       Q    Does the BPD have any policies to guide the officer's
11            discretion in terms of how many tickets to write in a
12            single stop?
13       A    No.
14       Q    Do you think that Black drivers commit more traffic
15            violations than white drivers?
16       A    No, I don't.
17       Q    According to our data, which we alleged in the
18            Amended Complaint in this action, drivers from
19            predominantly Black Zip codes were eight times as
20            likely to be issued multiple tickets in a single stop
21            than drivers from predominantly white Zip codes.  Do
22            you have any reason to believe that data is
23            incorrect?
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1    Q     Did Commissioner Derenda or Lockwood ever instruct
 2          you to convey to Strike Force and Housing Unit
 3          officers that they should not issue more than one
 4          tinted window ticket per stop?
 5    A     I don't recall ever.
 6    Q     Do you recall ever conveying to Strike Force or
 7          Housing Unit officers or to the captain that officers
 8          should not issue more than one ticket per stop?
 9    A     I can't -- I can't recall if I did.
10    Q     Okay.  All right.  I'm going to go back to Exhibit 6,
11          which is a March 9th email from Captain Serafini.
12          And I'm down here in this part of the email.  Do you
13          see that little highlight, kind of box where I'm
14          pointing?  (Indicating.)
15    A     Yes, I do.
16    Q     Okay.
17    A     Can I get one break?  I have to answer a call from
18          the commissioner, if that's --
19    Q     Yes, that's fine.
20    A     Okay.  Thanks.
21    Q     How long do you need?
22    A     Five minutes.
23                    MS. WILNER:  Okay.  We can go off the
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

96

```
 1                        MR. SAHASRABUDHE:  Form.

 2    A    From what I can gather from seeing this email now, I

 3         would assume he meant that, yes.

 4    Q    Do you -- did you as chief view the continued

 5         availability of overtime details as dependent on

 6         production in the form of arrests and summons?

 7    A    No, I did not.

 8    Q    Did you instruct Captain Serafini that overtime

 9         details were not dependent on arrests and summons?

10    A    I don't recall telling him that.

11    Q    Officers earned time and a half on overtime details,

12         right?

13    A    Yes.

14    Q    And overtime details also gave officers an

15         opportunity to increase their pensions, right?

16    A    Yes.

17    Q    And isn't it the case that some officers

18         significantly increased their salary working overtime

19         shifts?

20                        MR. SAHASRABUDHE:  Form.

21    A    Overtime is based on seniority per the union, so yes.

22    Q    And Strike Force and Housing Unit officers had

23         opportunities -- regular overtime opportunities,
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

```
 1   STATE OF OHIO          )

 2   COUNTY OF CUYAHOGA  )

 3            I, Luanne K. Howe, Notary Public, in and for the

 4   County of Cuyahoga, State of Ohio, do hereby certify:

 5            That the witness whose testimony appears

 6   hereinbefore was, before the commencement of his testimony,

 7   duly sworn to testify the truth, the whole truth and nothing

 8   but the truth; that said testimony was taken remotely

 9   pursuant to notice at the time and place as herein set

10   forth; that said testimony was taken down by me and

11   thereafter transcribed into typewriting, and I hereby

12   certify the foregoing transcript is a full, true and correct

13   transcription of my shorthand notes so taken.

14            I further certify that I am neither counsel for

15   nor related to any party to said action, nor in any way

16   interested in the outcome thereof.

17            IN WITNESS WHEREOF, I have hereunto subscribed my

18   name and affixed my seal this 2nd day of November, 2022.

19

20                              _____
                                Luanne K. Howe
21                              Notary Public - State of Ohio

22                              My commission expires 10-07-24

23
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544