# EXHIBIT 53

| | |
|---|---|
| From: | Kevin J Brinkworth/BPD |
| Sent: | 2/28/2016 3:33:07 PM |
| To: | Kimberly L Beaty/BPD |
| Subject: | Re: Fwd: police oversight |

Deputy,

1. Since September of 2012 the Housing captain has filed monthly reports. Presently, Captain Serafini compiles stats and generates a report at the end of each month. These reports are sent through the chain-of-command and to BMHA executives. I do not know if they have been released to the public.

2. Captain Serafini and CPO William Macy meet with tenants to discuss issues. Officer Macy is very active with tenant councils. He meets with BMHA staff nearly daily to discuss issues. He meets with tenant groups once or twice a month to attend events He meets with residents 3 to 4 times a month. We have participated in walk-throughs at various sites. As CPO, Officer Macy has been involved in several community events and has worked closely with some of the youth residing on BMHA sites.

3. I do not have a hard number. However, we are always available to attend when notified.

4. We do not have plans for each site. The 6 main properties are our main focus. The 6 are: Ken-Lang, Perry, Shaffer Village, LaSalle, Ferry-Grider and Jasper Parish. Officers primarily focus their patrols there and will move to other properties based on information regarding issues that may arise. We have been primarily focused on Shaffer Village and Langfield, on orders of the Commissioner, as of late. The officers proactively, and when when needed, conduct roadblocks, do hall and stairwell sweeps, monitor activity through the BMHA camera system and engage bike patrols. We also provide continual patrol, collect information regarding criminal activity and assist property managers when requested.

5. During the past 3 years the housing captain and I, when available, averaged 4 meetings per year.

6. BMHA officers respond to calls for service in BMHA properties when working and available. If officers are not working ir available, all calls are dispatched to the patrol district officers where the BMHA property is located. The housing officers are the primary officers and should take reports when needed.

Kevin Brinkworth

> **Kimberly L Beaty/BPD**
> 02/27/2016 12:48 PM
>
> To    Kevin J Brinkworth/BPD,
> cc
> Subject    Fwd: police oversight

Chief Brinkworth,
See item 12 related to bmha contract. Please respond via email. Thanks.
>
>
> DPC BEATY

BRINKWORTH
**12**
03-16-2022

COB590997
0001                                                                                                       COB590997