# EXHIBIT 54

**From:**    Kevin J Brinkworth/BPD
**Sent:**    5/12/2016 12:43:25 PM
**To:**    William C Macy/BPD
**Subject:**    Re: Langfield

Craig,

The guys have been in the area for months. I sent a note to the Captain and Lieutenants to reiterate that we need to be in the area.

**William C Macy/BPD**
05/12/2016 08:37 AM

| | |
|---|---|
| To | Kevin J Brinkworth/BPD@BuffaloPoliceDept, |
| cc | Lance R Russo/BPD@BuffaloPoliceDept, Brian S Strobele/BPD@BuffaloPoliceDept, Philip M Serafini/BPD@BuffaloPoliceDept |
| Subject | Langfield |

Sir,

The two previous emails were from the manager of Ken- Lang. Along with that I was speaking with the crime analyst and he stated that there has been at least 10 shootings in langfield since the start of the year. They have all taken place from Sun court going East to the First few row houses to the east of Edison. This does not include the murder at Edison and Weston. The Lts are aware of this and have had the guys spending more time up there as well check points at locations in the area that fit the amount of guys they have to be able to man them.

Also the social media report has guys from Alma with guns... this is important to us b/c these are some of the people shooting in projects. Joy put out a BOLO with a plate of I think a jeep Driven by the Millers from Alma that may have a gun in it.

This email is so you know what has been done about the issues there, and so your tracking in case its gets brought up to you. I was told Chief Young had to come in to HQ about his guys not doing something about information his guys got and it ended up on a shooting and murder.

The guys have also gotten lists of complaints from the residents and things to look into, only one on that list was in the langfields. Which was a edison address.To date no arrests have been made there.

Respectfully,
PO Macy

BRINKWORTH
**13**
03-16-2022

COB591098

COB591098