# EXHIBIT 57









# Strike Force - Target Area 4



COB001617



# Strike Force - Target Area 6

Map Produced by: Matthew Wrona - June 7, 2012

COB001618





Strike Force - Target Area 8



# Strike Force - Target Area 9



# Strike Force - Target Area 10



Strike Force - Target Area 11



Strike Force - Target Area 12



Strike Force - Target Area 13



# Strike Force - Target Area 14

Map Produced by: Matthew Wrona - June 7, 2012

0014

COB001626



# Strike Force - Target Area 15

Map Produced by: Matthew Wrona - June 7, 2012

COB001627



# Strike Force - Target Area 16

Map Produced by: Matthew Wrona - June 7, 2012

COB001628



# Strike Force - Target Area 17



# Strike Force - Target Area 18

Map Produced by: Matthew Wrona - June 7, 2012

COB001630

# Strike Force - Target Area 19



Map Produced by: Matthew Wrona - June 7, 2012

0019

COB001631



Strike Force - Target Area 20



COB001633

0021



Strike Force - Target Area 22

Map Produced by: Matthew Wrona - June 7, 2012

0022

COB001634



Strike Force - Target Area 23

Map Produced by: Matthew Wrona - June 7, 2012

COB001635



# Strike Force - Target Area 24

Map Produced by: Matthew Wrona - June 7, 2012

0024

COB001636