# EXHIBIT 59

| | |
|---|---|
| **From:** | Daniel Derenda/BPD |
| **Sent:** | 6/29/2012 7:26:05 PM |
| **To:** | Patrick A Roberts/BPD |
| **Subject:** | a couple of things |

**key point to address with Lts and Officers**

- Remember to issue roadblock directives at all roadblocks
- impound as many vehicles as legally possible
- Zero tolerance, make arrests and write traffic summons as many as possible

- For the most part stay with in assigned target area
- Lts should remember to add ECSD and State Police stats to daily report
- Lts should give details of good arrests or seizures on nightly report.

Also for tonight run two roadblocks one at the assigned location and the other one around 2330hrs on Pearl St between Chippawa and Tupper. Setup just south of Sheas. At Club Social the are having a Birthday party for Kennenth Petway Jr. leader of the Bailey boys.

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

DERENDA
**8**
11-10-2021

0001

COB279173