# EXHIBIT 63

**Philip M Serafini/BPD**
01/06/2018 09:03 PM

To   George P McLean/BPD@BuffaloPoliceDept, Michael P
     Quinn/BPD@BuffaloPoliceDept, Lance R
     Russo/BPD@BuffaloPoliceDept, Thomas R
cc   Sandra Zachery/BPD@BuffaloPoliceDept

bcc

Subject   2017 STATS

Lieutenants,

I have compiled the combined stats for the Housing and Strike Force units and attached them below. Overall, most categories were down from the previous year except the arrests. Of course this may have been a result of less overtime this year than in years past. Please note these are unofficial stats because I have tabulated them from each daily report throughout the year. If there are any questions please let me know.



SF,HSstatYRcomp.xlsx



COB042316

## ANNUAL STATISTICS
## STRIKE FORCE AND HOUSING

|  | 2013 | 2014 | 2015 | *2016 | *2017 | 2018 |
|---|---|---|---|---|---|---|
| ARRESTS | 5,092 | 7,854 | 9,293 | 10,644 | 12,625 | |
| TRAFFIC SUMMONSES | 20,579 | 25,502 | 39,757 | 42,930 | 42,788 | |
| VEHICLE IMPOUNDS | 2,864 | 2,668 | 2,813 | 1,873 | 1,118 | |
| CITY ORDINANCES | 291 | 509 | 717 | 9,916 | 3,410 | |
| PARKING TAGS | 839 | 1,543 | 1,993 | 8,895 | 6,734 | |
| GUNS SEIZED | 70 | 116 | 166 | 131 | 75 | |
| CASH SEIZED | $68,401.00 | $104,533.00 | $112,727.00 | $70,320.00 | $91,525.46 | |

* UNOFFICIAL STATS COMPILED BY CAPTAIN SERAFINI

COB042317