# EXHIBIT 65

**From:**     Kimberly L Beaty/BPD
**Sent:**     1/5/2015 4:24:09 PM
**To:**       Daniel Derenda/BPD
**CC:**       crodriguez@ch.ci.buffalo.ny.us
**Subject:**  Answers Comm Forum

Kimberly L. Beaty
Deputy Police Commissioner (Operations)
Phone: 716.851.4526



- Answers Comm Forum.docx

DERENDA
**53**
**12-23-2021**

COB266951

**Commission on Citizens Rights and Community Relations**
**Police- Community Forum QUESTIONS/COMMENTS**
**December 16, 2014 6-8pm**
**Mt. Olive Baptist Church**

**Hello All:**
**Below are the questions from the Community\Police Forum. I have crossed out questions that cannot be answered (for various reasons) and have assigned answering questions based upon the area of focus. I know it's holiday time but collectively, if we could have the answers to these questions completed NO LATER THAN January 6, 2015, we can proceed with sending them to through the proper channels to be placed on the website for the community to access. If you have any questions, please feel free to contact me.**

1. Q: Is Restorative Justice Conferencing being considered as an option to address the conflict between the African-American community and the police? (Dina Thompson – Eric County Restorative Justice Coalition)
   **Crystal Rodriguez will find and answer.**

2. Q: Under what grounds/standards do you allow officers to stop individuals and ask for ID?
   **Commissioner Derenda will answer.**

   An officer may stop a person with reasonable suspicion that the person has committed or about to commit a crime.

   Many times, the street encounter may be in response to a citizen complaint of suspicion of illegal activity.

   Also while driving, there are different reasons why you might be stopped by the police. Whatever the reason, the officer needs your cooperation.

   - You may have committed a traffic violation.

   - You may fit the description of a suspect.

   - The officer might think you are in trouble and need help.

   - You may have witnessed a crime.

3. Q: Is the PD willing to undergo restorative justice practices/training along with anti-guns training

COB266952

for officers?
**Crystal Rodriguez will find and answer.**

4. Q: What sort of Restorative Justice Practices has the BPD put in place to ensure that justice is actually served? (Kirk Laubensetin)
**Crystal Rodriguez will find and answer.**

5. Q: Who is directing and informing the youth on their rights if placed under arrest? Is there a more productive way of doing so to prevent arrest in the first place?
**Crystal Rodriguez will find and answer.**

6. Q: Why aren't officers living in our neighborhoods and walking the beat and familiarizing themselves with people like they did in the 60's?
**Commissioner Derenda/Tim Ball will find answer.  RESIDENCY**

New York State law mandates that police officers, who work for a City, may reside outside of the City in which they are employed.

During appropriate weather conditions, officers are directed to perform park and walk patrols in all neighborhoods of the City.  The time, location and duration of these foot patrols vary depending on the number of calls for service that may be pending on any given day.

Additionally, there are two Community Police Officers assigned to each district. These officers are available to answer any citizen concerns and attend block club meetings as needed.

7. Q: Why aren't there more mounted officers throughout the city?
The Buffalo Police Department is working on developing a new mounted unit.

8. Q: How can we easily get in contact with our representatives? I live on the west side and I have a complaint and I don't know who to turn to. (George Toledo)
**Crystal Rodriguez will find and answer.**

9. Q: Will cameras be worn now or in the future to monitor police suspect/behavior?
**Commissioner Derenda will answer.**

The Buffalo Police Department is conducting research into body camera use.

COB266953

10. Q: Who is being held responsible for police officers/FBI Agents who are mistreating/bothering innocent people and/or breaking the law themselves?
**Commissioner Derenda/IAD to answer**

The Buffalo Police Department is responsible for investigating complaints against their officers. You may contact the Internal Affairs Division of the Buffalo Police Department at 851-4557, or through our website at [ HYPERLINK "http://www.bpdny.org" ].

11. Q: How many unsolved homicides/cold case files are there in Buffalo and what are you doing about solving them?
**Commissioner Derenda will answer.**

Homicide crimes do not have a statue of limitations. These cases are never closed. Each case is thoroughly investigated. As new evidence and information is gathered, these cases are presented to the District Attorney's Office for prosecution. Anyone with information relevant to a homicide or crime related matter is encouraged to contact the Buffalo Police Department. Information can be taken via the Buffalo Police Department's Confidential TipCall line at 716-847-2255 or by calling the Buffalo Police Homicide Squad at 716-851-4466.

12. Q: Is there currently Diversity & Sensitivity Training for ALL members of the PD (including Suburban)? If not...why? If so...what more can be done to make it effective? (Pastor Payne)
**Commissioner Derenda will answer FOR BPD ONLY**

The Buffalo Police Department has cultural diversity and sensitivity training that all officers attend. Additionally, this training will be updated and reviewed annually.

13. Q: How can we better educate officials on cultural differences so that ALL citizens are treated fairly when they are walking/driving? (Pastor Payne)
**Can be incorporated in answer for #12**

14. Q: Why are more white crimes/ arrests overlooked by officials in certain areas than in others? Why aren't "rules" enforced equally amongst ALL races/ethnicities when it comes to law enforcement? (Rev. Loretta Brooks)
**Commissioner Derenda/Tim Ball can answer.**

The Buffalo Police Department objectively investigates reported crimes. We do not overlook crimes based on race. Our Police Department does not condone

0004

COB266954

racial profiling and biased policing. Allegations of unfair treatment should be reported to the Internal Affairs Division. 716-851-4557

15. Q:  Why weren't the suburban police representatives/officers present at the forum?
**Crystal Rodriguez will answer.**

16. Q: Why does it seem that there is an on-going issue of police oversight in the white community
vs. the black community? (George Baba Eng; 716 834-8438)
**Crystal Rodriguez will answer.**

17. Q: Why is Kevin Blankworth(?) addressing this forum when he helped beat up a citizen, specifically Neal Mack?

18. Q: Why do "WE" (people) need to learn how to conduct ourselves with the police? Why aren't "THEY" (police) being taught how to conduct themselves with "US" (community)?
**Crystal Rodriguez/Commissioner Derenda will answer.**

In order to help create a safe community for everyone to live in, both the community and the police need to cooperate with one another and act in a responsible and professional manner. Diversity training, community forums and civilian police academies can address cultural differences and understanding.

19. Q: Is it lawful for a male officer to frisk a female civilian? What are the rights when it comes to stop and frisk re: police towards opposite sex?
**Commissioner Derenda will answer.**

A male officer may frisk a female civilian when they have reasonable suspicion that crime is afoot. Officers may conduct a pat down search for weapons.  Male officers receive training on how to properly conduct a frisk/ search of a female upon taking her into custody.  Additionally, if a female is placed under arrest, a complete search is done at Central Booking and is always completed by another female officer or cell block attendant.

20. Q: What jurisdiction does the NFTA have in regards to a police chase/pursuit?
**Awaiting answer from NFTA.**

21. Q: Can Governor Cuomo (NYS) assist in funding cameras for police officers?
**Crystal Rodriguez will list State officials that can be contacted.**

22. Q:  Why don't city police officers live in the city? Why isn't this a rule like it is for city firefighters?

COB266955

New York State law mandates that police officers, who work for a City, may reside outside of the City in which they are employed.

**Commission New York State law mandates that police officers, who work for a City, may reside outside of the City in which they are employed.  er Derenda/Tim Ball will find answer.**

23. Q: What is the percentage of non-white police officers in Buffalo?
**Crystal Rodriguez will answer with statistics provided by Commissioner Derenda. Aproximately** 29%.

24. Q: Can you consider an intentional recruiting program for non-white police officers in the City of Buffalo?
**Commissioner Derenda will answer.**

Buffalo Police Department recruitment efforts will continue to undertake various recruiting efforts to specifically target and match the demographic makeup of the communities within the City of Buffalo.

25. Q: What is being done in order to educate youth about police interactions?
**Will be consolidated with #5**

26. Q: Mayor Brown, you said on Saturday (12/13) that you wanted to create the "Safest City in America," If your statement was true, will you and the common council arm ALL city police officers with body cameras ASAP...DO SOMETHING RIGHT NOW. (Nate Boyd)
**Will be consolidated in #9**

27. Q: What should I do when my civil rights are being violated by police officers constantly? I am frequently being stopped and harassed by officers pulling me over for traffic tickets. I have 10 years of tickets that the police are constantly making up excuses for and now my license is marked. When will the abuse of power and racism stop? I have filed complaints to various precincts...most recently in W. Seneca when they stopped me from walking to my grandmother's house and searched my pockets and pulled out my phone and said a racist remark. I NEED HELP! (Kenny Johnson; 716 823-4063)
**Will be contacted directly by Crystal Rodriguez.**

COB266956

28. Q: What is the process for people to report bad behavior by police? What is the follow-up? How will the community evaluate the integrity of the process?
    **Commissioner Derenda/IAD will answer**

    If a citizen feels that they were not dealt with professionally by a member of the Buffalo Police Department they can file a complaint with the department's Internal Affairs Division by calling 716-851-4557 for a convenient appointment. You can also file a complaint on the Buffalo Police website at [ HYPERLINK "http://www.bpdny.org" ],

    Complainants can also report incidents of misconduct at any of the police district located throughout the city of Buffalo by visiting and requesting to speak to a supervisor.

    Every compliant is thoroughly investigated by the Internal Affairs Division. Upon completion of the investigation, the complainant is contacted by a member of Internal Affairs to inform them of the disposition of their case.

29. Q: Why is it that even with cameras around the city cases aren't solved?
    **Commissioner Derenda will answer how cameras help solve crimes.**
    The City of Buffalo's surveillance cameras are only a tool that is used to help report and assist in solving crimes. Based on the cameras scan and pan function, some incidents may not be recorded. Additional evidence, victim and witness statements are required for prosecution. Community participation is needed to assist to bring closure and solving more crimes.

30. Q: The community centers need to be open later to accommodate our youth who need positive places to go in the evenings...Why aren't they open later? Will you involve the schools? What are you plans? (Eva M. Doyle, Criterion; 716 847 6010)
    **Crystal Rodriguez/Kenny Simmons will answer**

31. Q: Will officers provide transportation for youth to get to community centers to keep them out of trouble and safe?
    **Crystal Rodriguez/Kenny Simmons will answer**

32. Q: Why don't the good officers come out and condemn the officers who are misbehaving? (Kaman Fields; 716 602-1674)
    **Commissioner Derenda will address policy on Officers reporting wrong-doing of others officers.**

    Any officer who is involved in an incident that is being investigated by the Internal Affairs Division is questioned in relation to their actions. Officers are always held accountable and are required by law to report police misconduct.

COB266957

33. Q: Why are patrons of color and businesses that cater to the minority community targeted inside and outside, particularly on Chippewa and in the entertainment district? (Romunda; [ HYPERLINK "mailto:Sgrho1@gmail.com" ])
**Will be contacted directly by Crystal Rodriguez after getting information from B. Mehaffy.**

34. We have serious problems involving police conduct. I personally suffered from this on 12/12/14. I have never been in any trouble and was mistreated poorly and unfairly by the PD and was arrested for sitting and waiting for my emergency to pass. They said I lied about a conversation that never happened and that I refused to identify myself and give registration. I am haunted daily. (Greg; 716 464 4122)
**Will be contacted directly by Crystal Rodriguez**

35. Q: Why are police officers fired for stopping police brutality, i.e Carol Horne?

36. Q: Why don't officers visit youth detention facilities as part of their training and track some of their youth arrests?
**Commissioner Derenda???**

Youth detention facilities are responsible for the programs that they institute and facilitate.

37. Q: Why was the school lighthouse program discontinued?
**NOT SURE WHO SHOULD ANSWER THIS????**

38. Q: What is offered to enhance community social interaction in our neighborhood to counteract the division caused by busing?
**Need BOE input –Deputy Mayor Grant??**

39. Q: Who can I get in contact with regarding cold cases? (Carmen Swans; [ HYPERLINK "mailto:CSWANSONG3@aol.com" ])
**Crystal Rodriguez/Commissioner Derenda will answer**

You may call the Detective Division's cold case unit at 851-4511.

40. Q: Why does it take so long for an officer to respond to a call but you constantly see them parked and just sitting in their car when there isn't an emergency?
**Commissioner Derenda – explain priority call procedure.**
All police calls for service are dispatched through the local 911 call center. A computer program assigns a priority level to each call for service, based on the information obtained by the call taker from the person(s) calling 911 for

COB266958

assistance. The 911 call for service is then dispatched according priority level. Officers are assigned calls for service from the dispatcher, based on priority.

41. Q: Why doesn't the Dorothy J. Collier Center allow youth in their center? (TEENS IN PROGRESS)
**NOT SURE WHO SHOULD ANSWER THIS????**

42. Q: When police officers re involved in incidents or have a history of misconduct what does internal affairs do about it or what have they done about it...especially when there is evidence?
**Commissioner Derenda/IAD will answer**

Any and all complaints that are received by the Buffalo Police Department regarding possible misconduct are thoroughly investigated by the Internal Affairs Division. Internal Affairs utilizes a computer program that tracks officer's behavior and types of complaints received. When a particular officer receives repeated complaints, that information is brought to the attention of Internal Affairs staff. There is an established discipline process for addressing misconduct of an officer.

43. Q: Why is media coverage not equal for minorities and whites when dealing with murders/cases? (Sean)

44. Q: Why are you punishing "good cops" for doing their jobs and rewarding "bad cops" when they fail to do theirs?

45. Q: What is the policy for officers when dealing with the deaf/mentally-ill/ people with communication disabilities?
**Commissioner Derenda will answer this.**

The Buffalo Police Department provides training to officers on dealing specifically with people who have emotional disabilities or mental health issues.

Additional resources are also utilized such as the language line, International Institute, to help bridge any communication issues that may arise.

Some officers also have bilingual skills.

46. Q: Why are they passing a bill to make it a federal offence to record the police and if it is passed how will you prove those allegations?
**Crystal Rodriguez will refer to federal law makers.**

47. Community Police Officers in E District do an OUTSTANDING Job! Thank You!
**Will post.**

COB266959

48. Q: Will you commit to issuing a special prosecutor every time a Buffalo Police Officer is accused of a crime? How will we prevent a repetition of the injustice done by the DA's in Ferguson and New York? (Drew Ledwig; 716 510 7086)
**Awaiting answer from Erie County DA**

49. Q: Why is there no civilian oversight of police policies conduct?
**Crystal Rodriguez will answer.**

50. Q: Why is the BPD's mission, "to serve and protect" not the same as their mission on their website "to enhance the quality of life" – these do not seem like the same thing/mission?
**Commissioner Derenda will answer – mission vs. general motto.**

The Mission Statement of the Buffalo Police Department is as follows:

The primary mission of the Buffalo Police Department is to improve the quality of life in the City of Buffalo.

This goal will only be accomplished through the cooperative effort of the Police Department and the community. By working together we can maintain the peace, provide safety and security for our citizens, reduce the fear of crime and solve problems.

To be successful in our mission requires the commitment of the Administration, every employee of this Department and the citizens of our City, all working together to maintain the Buffalo Police tradition as a trusted source of help.

To accomplish this mission, the following core values must be the basis for all of our actions:

**Respect, Integrity and Excellence** To serve and protect is part of the overall mission.

51. Q: Can you make an effort to educate officers to help inform citizens of their rights when they are being approached and or stopped to avoid unnecessary arrests/injuries?
**Commissioner Derenda will answer**

Officers are trained to maintain their professionalism when dealing with members of the community. Police officers and the public are expected to treat each other with dignity and respect. Ultimately, the police have a responsibility to keep the encounter civil.

Community Educational resources are available On "What to Do when Stopped by the Police".

COB266960

52. Q: Under what standards/grounds/circumstances do you allow your officers to stop an individual and ask for identifications – answers from all BPD please.
**Commissioner Derenda will answer**
Previously answered

53. Q: Would you consider including the book "Criminalization of A Race" by Charles McIntyre as part of BPD training so that all officers have a better understanding of what unjust treatment has existed against the AA Community? (Eva Doyle, Criterion)
**Crystal Rodriguez will answer directly.**

54. Q: Why is the city paying for facelift projects in the Elmwood Village and Allentown instead of using that money to help relieve the poverty on the east and west sides of Buffalo?
**Will be contacted directly by Crystal Rodriguez after getting information from B. Mehaffy.**

55. Q: What constitutes resisting arrest?
**Commissioner Derenda will answer.**
New York State Penal Law 205.30 is a class A misdemeanor and defines resisting arrest as the following: *A person is guilty of resisting arrest when he intentionally prevents or attempts to prevent a police officer or peace officer from effecting an authorized arrest of himself or another person.* This includes both physical and verbal resistance.

56. Q: What plans are being put in place to deal with officers that are repeatedly accused of exercising excessive force?
**Commissioner Derenda/IAD will answer**

Officers discipline and complaints are tracked by a computer program called IA-Pro. The Internal Affairs Division is tasked with monitoring this Blue Team system that automatically reports officers who show a particular pattern of incidents that may be perceived as inappropriate conduct related to excessive force. If an officer is flagged through the system, they are subjected to remedial training to correct their behavior, a conference or disciplinary action.

57. Q: What measures have you taken to call for a full and thorough evaluation and or review of police procedures with regard to the use of deadly force police training and how to continue to engage the community on a proactive basis?
**Commissioner Derenda/IAD will answer**

COB266961

**Annual training is conducted by the Buffalo Police Academy on Use of Force. Article 35, outlines the Defense of Justification and the most current use of force policy of the Buffalo Police Department is reviewed with officers.**

Every police officer receives training updates on Article 35 of the New York State Penal Law which includes the use of deadly physical force, each year.

Additionally, the Buffalo Common Council is responsible for the police oversight committee. This is a forum for the public to engage the Police Department on a proactive basis.

58. Q: Mayor Brown: Have you considered meeting with ALL local pastors of churches to discuss issues related to police policy and community relations? **BWB will answer this.**

59. Q: Why does it seem that police checks happen only in black neighborhoods and rarely in white neighborhoods? What efforts will you make to make sure that equal police checks happen in ALL neighborhoods equally? **Commissioner Derenda will answer.**
The time and location of police checkpoints are driven by crime statistics as well as request from the community as part of a proactive policing strategy.

60. Q: Can you please set up an easy access number where complaints can be made (similar to 411) recorded and tallied? **Oswaldo Mestre will answer.**

## (SECOND HALF)

1) If the police are not officially placing someone under arrest how can they be charged with resisting arrest if not informed?

   **Commissioner Derenda will answer.**

   A person cannot be charged with resisting arrest, unless they are being charged with some other type of offense first.

2) 7/18/2008 boyfriend chocked me twice while in his car and he put child locks on so I could not leave, he then called the police charmed them and the police arrested me. I have pictures a judge refused to view. I was arrested by Lt. David Filipski and his "buddy" officers all lit cigarettes and blew smoke into the car and I went into an asthma attack. They laughed and allowed my boyfriend to continue abusing and stalking me and refused to enforce anything. Her contact number is 716.602.5795

COB266962

3) Constant police bullying. In August 2013 I was entering my apartment with key, handcuffing me and dragging me in ambulance unwarranted. Now being evicted use to police at my house. Buffalo precinct A Lt. arrested me for sitting in car waiting for boyfriend when his mom died and my sister told me to come over to get things, arrested by Lt. Zangara and he coached my sister's son and dispatcher to write false reports, interrogated and bullied at station. Refused my one phone call, now headquarters calls internal affairs to threaten me or arrest when I ask for a report my sister made. Contact number 602.5795

4) Let's create programs for citizens to become familiar with their rights and how to respond to certain law enforcement situations. Programs should also be created for youth to understand how to respond to those in authority. This is a collaborative effort, it's not just one sided. All lives matter. Aitina, [ HYPERLINK "mailto:aitinaf09@gmail.com" ] 716.597.2663

**Crystal Rodriguez/Kenny Simmons will answer directly.**

5) Senator Mark J Grisanti and Buffalo Sheriff Nestor O Gonzalez took $20,140.00 from me for a house. Our senator Grisanti threatened me and I signed his quit claim deed. He refused for me to involve my lawyer. He sent the sheriff pushed me and threatened me with a gun. He refused to let me go in the house with the order to show cause from a judge. Is it lawful? I been out for seven months is it lawful?  Joseph Paye PO Box 412, Buffalo, NY 14201

6) Powerful Movement. 2405 Harlem Road

7) What happened to the video of 1/20/2014 of Jerome Barber getting assaulted by Lt. Christopher Mendola?

COB266963

8) How can a person hit someone head on traveling east on Genesee and West on Genesee but explained to an officer the car going west on Genesee ran a stop sign on a side street and hit the car going east head on and trying to get access to prove your innocence is impossible

9) Sensitivity training is like teaching a snake to (illegible). Fine them if they have problems with sensitivity.

10) When are we going to press President Obama to executive order a racial profiling bill that will nip most of these tragedies at the bud. This anti profiling national law will be more wide than the one he wrote as a senator in Illinois, and as strict as the truck driver DOT laws.

11) Do you think that small groups of youth and police should break bread and discuss issues as a way to bond and get to know one another? Maybe Wendy's, Burger King, McDonalds, and KFC could sponsor those meetings.

**Commissioner Derenda will address by describing youth academy and other initiatives.**

The Buffalo Police Department hosts a youth police academy for 7th and 8th graders each year. Several school resource officers are directly assigned to the Buffalo Public Schools to interact and mentor youth. Additionally, through the Mayor's game changers program and many community outreach programs, the Police Department is constantly expanding our involvement with young people.

12) My family and I are constantly being harassed by undercover cops and neighborhood crime watch members. Its been going on for the last five years and we don't understand why we are being targeted. We don't know we can speak to about it. (asked not to have question read aloud) Valdeana 408 Voorhees, Buffalo, NY 14214. [ HYPERLINK "mailto:Svalscd13@aol.com" ]

COB266964

**Crystal Rodriguez will answer directly.**

13. Does this region have similar objective as NYC of the late 70's and early 80's when at the time homelessness and crime were rampant. If NYC can significantly reduce their social welfare problems, poverty rate, and crime do you plan or are we here in Erie County working constructively towards this same progress? Is there a long term plan for this? Mr. Pratt 93 Salem St. Buffalo, NY.

**Will send to DSS and await answer.**

14. We need to address the issue of violence among our young black men in the city. Hosie Arnold. [ HYPERLINK "mailto:Arnoldhosie@yahoo.com" ]

**Otis barker will describe programs that are established in the City**

15. I would like to see more officers in the neighborhood where I live. 656 North Cumberland, Buffalo, NY

**Crystal Rodriguez will write letter for BWB to proof.**

16. We need independent prosecutors, civilian review board with subpoena power, police education and training in cultural sensitivity, community policing made stronger (walk the beat), psychological testing for police officers, residency requirements for all new police hires, increase in minority and female police hiring. Gene Arabinger. 359 Parkside Ave. 716.833.2355

**Crystal Rodriguez will write letter for BWB to proof.**

17. Why would police officers rather have you move than handle citizen complaints? Unprofessional attitudes towards citizens (bad conduct in public). Greg Gauthier. 716.901.2289

COB266965

**IAD to call and take complaint.**

18. I thank God for the great job that commissioner Derenda and the BPD are doing. He has always been appreciative to review and change policy.  Pastor Michael A Robinson. 716.381.0373

   **Will post without name/number.**

19. How would you describe your relationship with African American youth in Buffalo? How can we heal? It's hard to have a conversation with officers when there is no relationship with citizens.

   **Otis barker will describe programs that are established in the City**

20. This is not a question but a concern. I am a father of a son and have two grandsons. I would like emphasis placed on more sensitivity training (having been approached as a you9ng teen myself while trying to go to a friend's house to study, I had my school books in hand) the image of young black males (and black males in general) have been vilified in the media for years. Charles Hooks Jr. 74 Hastings Ave. 716.380.8960

   **Crystal Rodriguez will write a letter for BWB to proof.**

21. Will justice be done for former police officer Carol Horne? After it is addressed maybe as a community we can do restorative justice for healing for Carol, police officer, and community.

22. Why are the police bent on intimidating black people? Are they screened for mental health before hiring to eliminate those with anger management problems and the need to subjugate black people?

COB266966

23. When will police officers return to Shaffer Village to set order? When was the last time you have reached out to the residents and President of Shaffer Village?

**Commissioner Derenda will answer.**

The Buffalo Police Department is in the process of setting up a community meeting for the Schaffer Village. The time, date and location will be published shortly.

24. My mom had her purse snatched in front of my sister and I. she grabbed one who turned out was the block club of the area it occurred, President's son and family members . (this one does not make sense)

25. Juvenile arrest rates are declining in Erie County but disproportionate minority contact are increasing in terms of more minority juvenile being arrested than their white counterparts. What steps are being taken in Buffalo to reduce minority juvenile arrests.

26. Dear Mayor, The police don't respect your position of authority. How will you get the respect of the police?

**?????**

27. Nate Boyd to the pastors of Buffalo: You have come together and we see the power of your members. Imagine what would happen if you called for a rally at the corner of main and high street for jobs for black people. This is the start of the 2nd civil rights movement, will you help the people?

**Send to the Coalition of Concerned Clergy (Please advise)?**

28. I was stopped by the police for making a left turn where I shouldn't have. I am in my seventies and I was told turn my car off and put the key on the dash. I was instructed to place my hands out the window and on the roof. The part that really disturbed me was I was surrounded by police. Was this proper to be treated this way? Doris Cross. 91 Godfrey Street

**Commissioner Derenda/IAD will contact directly OR A letter will be sent from the mayor telling her to contact the Commissioner directly.**

COB266967

29. Why, when a police officer is abusing someone, four or more officers just watch and don't stop the officer who is out of control? Should they be prosecuted also?

30. The program tonight should have been more structured, more people heard, stop overlooking violence on people and nothing being done or small things that don't really count. People with prior records need a second chance. I am one of those people, my life has brought on a tremendous change. Courts wouldn't let it die, which hinders my life now. Ms. Daffney Giles 716.894.2459

   **Letter from BWB will be sent.**

31. Oz, These cards are impersonal and furthering the divide between the representation and the people. The answers provided thus far are pretty rhetoric that does not truly address the issue—the deepening divide between the people and the representatives we entrust our lives to, including the police! Please do what is right! Eric A Maldonado

32. We have approached this discussion from the perspective of problematizing the conduct of our children. But how do we address the concerns of the community with regard to the behavior of officers who are disrespectful to the black community who are culturally insensitive and who are brutal almost to the point of inhumanity?

33. I was accused by an officer Tabitha Pitto of endangering the welfare of my son Ocean Brooks at the library at Jefferson and East Utica on 1/18/2014. I called I.A. and told them she was just using her police officer position to keep me away from my son. All charges were dismissed.

34. Community change happens when there is an exchange between community residents, those in government, and local community organizations. What

COB266968

concrete initiatives are being put in place to formalize a group that would set an agenda for change, implement the change, and monitor the outcome? S. Foster [ HYPERLINK "mailto:truthmatters626@yahoo.com" ]

**How to answer this???**

The Buffalo Common Council has a police oversight committee that is tasked with this.

35. What is the mayor's poverty agenda for the east side of Buffalo? Habib Johason 716.235.9717

36. Are there any procedures /process/evaluations in place to identify police with a propensity to use racial profiling in their line of duty? If so what is the process/ procedure/ evaluation?

**IAD will address.**

If a citizen feels that they were not dealt with professionally by a member of the Buffalo Police Department, they may file a complaint with the department's Internal Affairs Division by calling 716-851-4557, visiting our website at [ HYPERLINK "http://www.bpdny.org" ], or by visiting any police district and asking to speak to a supervisor.

Every compliant is thoroughly investigated by the Internal Affairs Division and once the investigation is completed, the complainant is contacted by a member of Internal Affairs to inform them of the status of their case.

Officers discipline and complaints are tracked by a computer program called IA-Pro. The Internal Affairs Division is tasked with monitoring this program which automatically brings to the attention of their staff, any officers who show a particular pattern of behavior. If an officer is flagged for any particular behavior repeatedly, they are subject to discipline and or training to correct their behavior.

37. What are the most recent statistics of police brutality in the city of Buffalo? How bad is this national problem here in the city of Buffalo?

**Commissioner Derenda/IAD will answer**

38. What happened to the police reorganization commission?

COB266969

39. I appreciate that you do civil right training for the young officers what about the seasoned officers? What ongoing training is in place to teach officers how to work with minority residents?

**Commissioner Derenda will answer**

Police training is updated and reviewed annually for all Buffalo Police officers, including topics on cultural diversity and sensitivity. The police department's community police officers are also available to provide community educational opportunities for youth. The Law and You Program and What to do When Stopped by the Police, Personal Safety and Crime prevention. These programs provide for increased interaction with law enforcement,

previously answered

40. Why are police not mandated to alert people to their right not to be searched?

41. You should set up a mic in the middle of the isle and let the people be heard!

42. Please allow people to ask their own questions not from a piece of paper!

43. Why are officers not educated on how to handle teenagers, as teenagers are rebellious to law enforcement due to lack of understanding?

**Commissioner Derenda will address.**

Officers are trained how to relate to people of all ages and races. The Buffalo Police Department is very proactive in their outreach to teenagers through various means such as the School Resource Officers, Community Police Officers, working with community programs, block clubs and youth police academy programs, including Mayor Brown's Game Changers program.

COB266970

44. Moving forward, what specifically will the police be doing to improve the way they work with minorities? I see we are looking at training our youth to work with the, how they be taught to work with us?

**Commissioner Derenda will discuss Youth Academy, etc...**

The police department's community police officers are available to provide community educational opportunities for youth. The Law and You Program and What to Do when Stopped by the Police, Personal Safety and Crime prevention.

45. While in line for HEAP a worker called the sheriff department three times because I sat in line of 50 people. They wanted to arrest me for peacefully sitting in line. The sheriff bullied me, threw doctors letter in my face. I am disabled. 716.602.5795

**Provide contact information for Erie County Sheriff complaints.**

46. When is it lawful for a police officer to arrest someone without hearing their side of the story? When can Miranda rights be used properly by an officer?

47. Mayor said that it is a NYS law that says you don't have to live in the city of Buffalo to be a police officer in the city but that is not the same in the Amherst, Tonawanda, Kenmore. Etc. Mayor Brown and the police are just lying to the people. Derenda says that body cameras cost. They waste money by putting false charges on some people and spend 37,000 to house them

**Commissioner Derenda – Residency (again).**

48. What is the NFTA pursuit policy?

**Awaiting answer from NFTA**

COB266971

49. How do you/the city account for the substantial disparities of arrests by race?

50. This should not be the first and last meeting. Announce that another meeting will take place.

51. One way to build community relations with law enforcement is to make them feel as if you care. With that being said what is being done about all the shooting in langfield/kenfield which seems to be where all the problems are coming from?

52. Will Carol Horne get her job back?

53. Why was former police officer Carol Horne fired under a black mayor and police commissioner for protecting Neal Mack who was being chocked by a white police officer? David Simmons 716.623.1972

54. Why is there a fee to view video from police cameras whenever an incident is within view?

**Commissioner Derenda.**

Requests to view camera footage captured by a City of Buffalo surveillance camera must be made in writing via a F.O.I.L. request. The Freedom of Information Law request must be submitted in writing (BPD or LAW????). There is a administrative fee (cost????) to process this request.

What should be the demonstrable attitude and behavior of a police officer when they approach a student/young person for questioning? What should the community do when we write up "bad behavior" of an officer?

**Commissioner Derenda.**

The Buffalo Police Department expects all of its officers to act professionally when dealing with any member of the community. If a person feels that they have not been treated properly by the police, they

COB266972

may file a complaint with the Internal Affairs Division by calling 851-4557, or through our website at [ HYPERLINK "http://www.bpdny.org" ].

Some youth incidents and crimes require a parent be present when questioned by the police.

56. What do you do when police and other officers surround you, rough you up, handcuff you, and won't let you use a phone to call someone?

# IAD will answer.

57. Based on your knowledge and experience what can we do as members of a community to ensure our community is safe and livable?

**Commissioner Derenda.**

The Buffalo Police Department relies heavily on citizen participation and cooperation to report and help solve crimes. We ask the public to always report crimes by dialing 911 in an emergency, 311 for chronic incidents and non-emergencies. Call the police when they suspect crime is afoot or any suspicious activity. Block clubsand Neighborhood Watch organizations are a great tool for helping to address crime issues in your neighborhoods.

58. Why do youth and others need training on how to act when stopped by police? Are police trained how to properly handle every sort of human? Why do they get away with being unlawful but citizens must be trained to deal with them?

59. How will the city of Buffalo hold the Buffalo Board of Education accountable for creating programs on adopting a curriculum that prepares students not only for college, but also prepares our youth with skills such as trades needed to obtain and maintain gainful employment. Our children need more than recreational facilities; they need jobs so they don't have idle time which leads to confrontation with police or justice system.

**BOE....Can we send, Deputy Mayor Grant?**

COB266973

60. Can the city of Buffalo put together a team of residents who can and will be able to assist and help solve the problems and issues of the community?  And if so how do we sign up?

    **BWB – How do you want to answer this?**

61. What is the procedure when a suspect is being chased and they run into a building, while going inside they turn back appearing to have something in their hand, do you shoot? My mother was shot behind closed doors by police in 1995 and later died. What is the procedure?

COB266974