# EXHIBIT 67



Daniel Derenda/BPD
05/05/2017 02:36 PM

To   Byron C Lockwood/BPD@BuffaloPoliceDept,
cc
bcc
Subject   Fw: Unanswered Questions from Budget Public Hearings

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 05/05/2017 02:36 PM -----



"Ertha,Malcolm A."
<mertha@ch.ci.buffalo.ny.us>

05/05/2017 02:21 PM

To   "Derenda,Daniel" <dderenda@bpd.ci.buffalo.ny.us>,
cc
Subject   Unanswered Questions from Budget Public Hearings

Commissioner Derenda,

At yesterday's public hearing on the FY18 budget, council members had several requests for information that they would like to discuss at next week's budget workshops.

The requests include:

-   A log of all traffic checkpoints from last year, with locations, dates, and times.

-   What criteria was used for establishing check points.

-   A summary of strike force overtime pay.

-   What is BPD's policy regarding stop-and-frisk? Provide a record of arrests initiated by use of stop-and-frisk.

Respectfully,

DERENDA
**58**
12-23-2021

COB060322

0001

**Malcolm A. Ertha**

Senior Legislative Assistant

COB060323