# EXHIBIT 68

| | | |
|---|---|---|
| Philip M Serafini/BPD | To | Daniel Derenda/BPD@BuffaloPoliceDept, |
| 05/08/2017 12:39 AM | cc | Byron C Lockwood/BPD@BuffaloPoliceDept, Aaron V Young/BPD@BuffaloPoliceDept, George P McLean/BPD@BuffaloPoliceDept, Michael P |
| | bcc | |
| | Subject | Traffic Safety Checkpoint locations |

Commissioner,

Attached are the Traffic Safety Checkpoint locations from Jan. 1st, 2017 through May 7th, 2017. If you need any more information please let me know.


CheckLocJAN-MAY2017.xlsx

Respectfully,

Captain Philip M. Serafini
Housing/ Strike Force

**DERENDA**
**59**
**12-23-2021**

COB041705

0001

## JAN 2017 - MAY 2017 TRAFFIC SAFETY CHECKPOINT LOCATIONS

| DATE | CHECKPOINT LOCATION | CHECKPOINT LOCATION | CHECKPOINT LOCATION | CHECKPOINT LOCATION |
|---|---|---|---|---|
| Jan 1 | **LACK OF MANPOWER** | | | |
| Jan 2 | **LACK OF MANPOWER** | | | |
| Jan 3 | **LACK OF MANPOWER** | | | |
| Jan 4 | MOSELLE /MCKIBBEN | | | |
| Jan 5 | LANGFIELD/EDISON | | | |
| Jan 6 | **LACK OF MANPOWER** | | | |
| Jan 7 | MICHIGAN/WILLIAM | | | |
| Jan 8 | MCKINLEY/DORRANCE | | | |
| Jan 9 | **INCLEMENT WEATHER** | | | |
| Jan 10 | GENESEE/SWEENEY | | | |
| Jan 11 | LESLIE/SCAJAQUADA | | | |
| Jan 12 | HAGEN/KERNS | | | |
| Jan 13 | WENDE/ SCAJAQUADA | | | |
| Jan 14 | MASS/ 15TH | | | |
| Jan 15 | BOX/MOSELLE | | | |
| Jan 16 | GENESEE/ELLER | | | |
| Jan 17 | ONTARIO/PHILADELPHIA | | | |
| Jan 18 | HOPKINS/PEMBINA | | | |
| Jan 19 | COMSTOCK/MIDWAY | | | |
| Jan 20 | GRANT/HAMPSHIRE | | | |
| Jan 21 | FILLMORE/PECKHAM | | | |
| Jan 22 | BLOCK/THEODORE | | | |
| Jan 23 | TOWNE GARDENS | | | |
| Jan 24 | HOPKINS/PEMBINA | | | |
| Jan 25 | MASS/15TH | | | |
| Jan 26 | ONTARIO/PHILADELPHIA | | | |
| Jan 27 | **LACK OF MANPOWER** | | | |
| Jan 28 | **LACK OF MANPOWER** | | | |
| Jan 29 | **LACK OF MANPOWER** | | | |
| Jan 30 | **NO CHECKPOINT DUE TO** | PROTEST | | |
| Jan 31 | LISBON/CORDOVA | | | |
| Feb1 | BOX/MOSELLE | | | |
| Feb2 | GOODYEAR/EMPIRE | | | |
| Feb3 | COMSTOCK/MIDWAY | | | |
| Feb4 | GENESEE/ELLER | | | |
| Feb5 | **LACK OF MANPOWER** | | | |
| Feb6 | TOWNE GARDENS | | | |
| Feb7 | CORNWALL/SCAJAQUADA | | | |
| Feb8 | **NO CHECKPOINT DUE TO** | PROTESTS | | |

COB041706

0002

## JAN 2017 - MAY 2017 TRAFFIC SAFETY CHECKPOINT LOCATIONS

| | | | | |
|---|---|---|---|---|
| Feb 9 | **NO CHECKPOINT DUE TO** | **PROTESTS** | | |
| Feb 10 | **DETAILED TO "B" DISTRICT** | **DUE TO PROTESTS** | | |
| Feb 11 | DOAT/PEACE | | | |
| Feb 12 | KERNS/HAGEN | | | |
| Feb 13 | GENESEE/ELLER | | | |
| Feb 14 | LESLIE/SCAJAQUADA | | | |
| Feb 15 | LEROY/HOLDEN | | | |
| Feb 16 | **LACK OF MANPOWER** | | | |
| Feb 17 | **NO CHECKPOINT DUE TO** | **PROTESTS** | | |
| Feb 18 | JEFFERSON/CLINTON | | | |
| Feb 19 | JEFFERSON/WILLIAM | | | |
| Feb 20 | **LACK OF MANPOWER** | | | |
| Feb 21 | **NO CHECKPOINT DUE TO** | **PROTESTS-695 MAIN** | | |
| Feb 22 | LATHROP/STANISLAUS | | | |
| Feb 23 | DOAT/MAY | | | |
| Feb 24 | HAGEN/KERNS | | | |
| Feb 25 | LISBON/CORDOVA | | | |
| Feb 26 | FRENCH/FILLMORE | | | |
| Feb 27 | COMSTOCK/MIDWAY | | | |
| Feb 28 | LATHROP/STANISLAUS | | | |
| Mar 1 | LEROY/HOLDEN | | | |
| Mar 2 | PARKDALE/BRECKENRIDGE | | | |
| Mar 3 | COMSTOCK/MIDWAY | | | |
| Mar 4 | LESLIE/SCAJAQUADA | | | |
| Mar 5 | FILLMORE/PECKHAM | | | |
| Mar 6 | LESLIE/SCAJAQUADA | | | |
| Mar 7 | TOWNE GARDENS | | | |
| Mar 8 | **NO CHECKPOINT DUE TO** | **PROTESTS** | | |
| Mar 9 | **NO CHECKPOINT DUE TO** | **PROTESTS** | | |
| Mar 10 | MILLS/STANISLAUS | SPRENGER/HEMMINGWAY | HOPKINS/PEMBINA | |
| Mar 11 | E. DELEVAN/TEXAS | SWEET/STANISLAUS | HERTEL/RIVER ROCK | |
| Mar 12 | HOPKINS/PEMBINA | | | |
| Mar 13 | HAMPSHIRE/GRANT | | | |
| Mar 14 | E.FERRY/WHOLERS | | | |
| Mar 15 | TOWNE GARDENS | | | |
| Mar 16 | **INCLEMENT WEATHER** | | | |
| Mar 17 | LATHROP/STANISLAUS | GENESEE/ELLER | HOPKINS/PEMBINA | |
| Mar 18 | E. DELEVAN/COURTLAND | LESLIE/SCAJAQUADA | GRANT/AUBURN | |
| Mar 19 | THEODORE/BLOCK | DOAT/PEACE | ONTARIO/PHILADELPHIA | |
| Mar 20 | THEODORE/BLOCK | FILLMORE/PECKHAM | MCKINLEY/TIFFT | |

COB041707

0003

# JAN 2017 - MAY 2017 TRAFFIC SAFETY CHECKPOINT LOCATIONS

| | | | | |
|---|---|---|---|---|
| Mar 21 | E.FERRY/GOODYEAR | GENESEE/CROSSMAN | COLVIN/TACOMA | |
| Mar 22 | WALDEN/SYCAMORE | E.NORTH/JEFFERSON | MCKINLEY/DOWNING | |
| Mar 23 | GENESEE/THEODORE | DOAT/MAY | HOPKINS/S.P. LAKE | |
| Mar 24 | COMSTOCK/MIDWAY | LATHROP/STANISLAUS | RICHMOND/SUMMER | |
| Mar 25 | BRINKMAN/ROHE | MILLER/EMPIRE | HERTEL/BEARD | |
| Mar 26 | GENESEE/ELLER | FILLMORE/PECKHAM | BIRD/ELMWOOD | |
| Mar 27 | E.DELEVAN/SUFFOLK | GENESEE/THEODORE | CLINTON/NEW BABCOCK | |
| Mar 28 | **LACK OF MANPOWER** | | | |
| Mar 29 | TOWNE GARDENS | | | |
| Mar 30 | GENESEE/THEODORE | | | |
| Apr 1 | THEODORE/BLOCK | | | |
| Apr 2 | LESLIE/SCAJAQUADA | | | |
| Apr 3 | MILLS/STANISLAUS | | | |
| Apr 4 | KERNS/HAGEN | | | |
| Apr 5 | TOWNE GARDENS | | | |
| Apr 6 | TOWNE GARDENS | | | |
| Apr 7 | GENESEE/THEODORE | | | |
| Apr 8 | LATHROP/STANISLAUS | | | |
| Apr 9 | FILLMORE/PECKHAM | | | |
| Apr 10 | MILLS/STANISLAUS | | | |
| Apr 11 | CORNWALL/SCAJAQUADA | | | |
| Apr 12 | MASSACHUSETTS/15TH | | | |
| Apr 13 | SPRENGER/HEMMINGWAY | | | |
| Apr 14 | BOX/KEHR | | | |
| Apr 15 | TOWNE GARDENS | | | |
| Apr 16 | **LACK OF MANPOWER** | | | |
| Apr 17 | LESLIE/SCAJAQUADA | E.DELEVAN/TEXAS | MCKINLEY/TIFFT | |
| Apr 18 | LANGFIELD/EDISON | HAGEN/KERNS | E.FERRY/WOHLERS | COLVIN/TACOMA |
| Apr 19 | E.FERRY/WHOLERS | E.DELEVAN/WILKES | JEWETT/PARKSIDE | |
| Apr 20 | EDISON/WESTON | E.FERRY/WHOLERS | E.DELEVAN/WILKE | PARKSIDE/JEWETT |
| Apr 21 | E.FERRY GRIDER | GENESEE/SPRENGER | ABBOTT/WOODSIDE | |
| Apr 22 | E.DELEVAN/WILKES | LANGFIELD/EDISON | PARKSIDE/JEWETT | PULLMAN/BAILEY |
| Apr 23 | LESLIE/SCAJAQUADA | CLOVERDALE/BAILEY | BERWYN/BURLINGTON | ABBOTT/WARREN SPAHN |
| Apr 24 | E.DELEVAN/COURTLAND | GENESEE/HAGEN | E.DELEVAN/FLOSS | COLVIN/TACOMA |
| Apr 25 | THEODORE/BLOCK | JEFFERSON/CLINTON | E.DELEVAN/TEXAS | STANISLAUS/TAUNTON |
| Apr 26 | COMSTOCK/MIDWAY | LATHROP/STANISLAUS | GENESEE/THEODORE | GRANT/HAMPSHIRE |
| Apr 27 | GOODELL/E.FERRY | JEFFERSON/RILEY | E.DELEVAN/TEXAS | W.UTICA/15TH |
| Apr 28 | E.DELEVAN/WILKES | E.FERRY/WOHLERS | GOODYEAR/FERRY | LEROY/HOLDEN |
| Apr 29 | S.PARK/DORRANCE | GENESEE/SPRENGER | E.DELEVAN/SUFFOLK | W.UTICA/15TH |
| Apr 30 | MILITARY/HERTEL | ORLEANS/WESTMINSTER | CORNWAL/SCAJAQUADA | LESLIE/SCAJAQUADA |

## JAN 2017 - MAY 2017 TRAFFIC SAFETY CHECKPOINT LOCATIONS

| | | | | |
|---|---|---|---|---|
| May 1 | E.FERRY/WHOLERS | HERTEL/MILITARY | WESTON/EDISON | LESLIE/SCAJAQUADA |
| May 2 | E.DELEVAN/EDISON | DOAT/SPRENGER | E.FERRY/GRIDER | MCKINLEY/LORRAINE |
| May 3 | GENESEE/THEODORE | DELEVAN/FLOSS | FERRY/MOSELLE | MASSACHUSETTS/15TH |
| May 4 | **INCLEMENT WEATHER** | | | |
| May 5 | TOWNE GARDENS | DOAT/PEACE | HAGEN/KERNS | ONTARIO/TONAWANDA |
| May 6 | HEMMINGWAY/SPRENGER | HAMPSHIRE/14TH | SUFFOLK/EDISON | BRINKMAN/RORH |
| May 7 | LANGFIELD/EDISON | GENESEE/MAY | MASS/15TH | JEWETT/PARKSIDE |

COB041709

0005