# EXHIBIT 69



**The City of Buffalo Common Council**
1413 City Hall
Buffalo, NY 14202

**ADOPTED**

**AGENDA ITEM 17-1332**

Meeting: 07/25/17 02:00 PM
Department: Common Council
Category: Resolution
Prepared By: Malcolm Ertha
Initiator: Malcolm Ertha
Sponsors: Council President, Ellicott Dist. Council Member Darius G. Pridgen
DOC ID: 4605 B

# Pridgen - Buffalo Police Department Check Point Policy

Whereas  police forces have been known to increase traffic enforcement as a response to increased crime;

Whereas  such a response occasionally takes the form of "check points," where police use high visibility road blocks to uniformly scan all passing traffic for expired licenses, lapsed insurance, or outstanding warrants, and detain any motorists flagged during the process;

Whereas  BPD leadership, the administration, and The Council concur that there is a responsibility to ensure that check points do not disproportionately target certain neighborhoods and that they are not conducted with discretionary and non-uniform procedures;

Whereas  although the development of police protocols can be considered sensitive information, The Council still has a duty to ensure fair and equitable protection of its constituents; and

Whereas  in order to effectively execute its duty on behalf of the people, The Council requires certain information provided by various commissioners and deputies: Now, Therefore Be It

*Resolved that The City of Buffalo Common Council-*

   1) Directs the commissioner of BPD to produce a report on BPD use of check points and deliver such report to The Council within one (1) week of the adoption of this resolution;
   2) Requests that the aforementioned report contains data on the location, frequency, and results of BPD checkpoints covering a period of three (3) years to date; and
   3) Directs City Clerk to forward this resolution to the commissioner and deputy commissioners of BPD upon the resolution's adoption.

**RESULT:     ADOPTED**

**DERENDA**
**61**
**12-23-2021**

Updated: 7/25/2017 11:34 AM by Malcolm Ertha B

Page 1