# EXHIBIT 72

|  |  |
|---|---|
| **Philip M Serafini/BPD**<br>08/04/2017 10:11 PM | To  Daniel Derenda/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept,<br>cc  Kimberly L Beaty/BPD@BuffaloPoliceDept, Aaron V Young/BPD@BuffaloPoliceDept<br>bcc<br>Subject  Traffic Safety Checkpoint Tally Sheet |

Commissioner, Deputy Commissioners, and Chief,

As you requested, I have created a form which tracks the amount and type of traffic summonses issued on each of our traffic safety checkpoints. This form also identifies the locations, times, impounds. cash and drug seizures, and each type of arrest, including warrants. If I have forgotten something, or if you want me to make any alterations or adjustments to this form please let me know. Our Lieutenants will complete, and email all of you one of these forms for each traffic safety checkpoint we conduct . We usually run three checkpoints a day and all three forms will be emailed to you after the last checkpoint is completed. I will also print and keep a hard copy of each of these forms on file here at our station house. If I can be of any other assistance please contact me.


CheckpointTallySheet.xlsx


Respectfully.

Captain Philip M. Serafini
BPD Housing/ Strike Force
 570-4984

EXHIBIT 24
01-23-2024

COB041731

0001