# **EXHIBIT 73**

Message

| | |
|---|---|
| **From**: | Estrich,Donna [AU94@ch.ci.buffalo.ny.us] |
| **Sent**: | 9/15/2020 9:22:31 PM |
| **To**: | Rick Ganci [rGanci@capmark.org]; Brown,Byron W [bbrown@ch.ci.buffalo.ny.us]; Miller-Williams,Barbara A. [bmw@ch.ci.buffalo.ny.us] |
| **CC**: | Ball,Betsey [bball@ch.ci.buffalo.ny.us]; Dowell,Delano D. [ddowell@ch.ci.buffalo.ny.us] |
| **Subject**: | Mayor Brown's response to Fitch |
| **Attachments**: | Fitch Ratings Response 2020_City of Buffalo.pdf |

Rick,

Attached is the Mayor's response to the most recent Fitch overview.

Donna J. Estrich
Commissioner of Administration, Finance, Policy & Urban Affairs
City of Buffalo
Room 203
Buffalo, New York 14202

716-851-5922

# CITY OF BUFFALO
## BYRON W. BROWN
## MAYOR

September 15, 2020

Ms. Shannon McCue, Director
Primary Rating Analyst
Fitch Ratings, Inc.
Hearst Tower 300 W. 57th Street
New York, NY 10019

Dear Ms. McCue,

     I write to express my disappointment in Fitch Ratings recent decision to downgrade the City of Buffalo's credit ratings from A+ Stable to A Negative. This downgrade does not reflect the City's fiscal position prior to the economic downturn caused by the global COVID-19 health pandemic, the fiscal actions the City has taken to ensure continued revenue growth and operational efficiencies once the pandemic ends, and the overall strength and resilience of the City and regional economy. Without further considering these factors, which I will outline in detail below, I do not believe that Fitch can accurately rate the City's credit worthiness.

     Prior to the outbreak of the COVID-19 pandemic in North America, the City of Buffalo's fiscal position was strong. Revenues in almost every department were at or above projections, new revenue generators—including the City's school speed zone camera program that will produce approximately $3 million in revenue this year, parking ramp rate increases, and the completion of a full City-wide property revaluation—had been initiated or completed, and operational efficiencies were continuing to be identified. Had the pandemic not occurred the City of Buffalo would have run a $5 million surplus at the close of the 2019-2020 fiscal year, a portion of which would have gone to replenish our City's fund balance, been invested to generate other cost efficiencies or help fuel additional economic activity.

     This clearly demonstrates that the City's fiscal position and regional economy are fundamentally sound and poised for steady, continuous growth. Many of the fundamental conditions which made this growth in revenues possible will remain in place into the future. Private investment in Buffalo's downtown core remains strong, the City's real estate market is stable and has even grown in some neighborhoods, online sales tax revenue projections are indicative of a sustainable level of consumer demand, and property tax and user fee collections during the current fiscal year have remained consistent with last year's positive collection rates. And contrary to your analysis, Tesla's hiring commitment has been achieved, though the commitment was never for the 5,000 positions your analysis indicates. This commitment was achieved before the pandemic arrived here and their hiring has continued.

65 NIAGARA SQUARE / 201 CITY HALL / BUFFALO, NY 14202-3392 / (716) 851-4841 / FAX: (716) 851-4360 / www.city-buffalo.com

COB130305

0002

The City's response to the economic strains every municipality in the country is facing as a result of the COVID-19 pandemic have been both prudent and fiscally sound. Both Police and Fire Departments have secured federal grants totaling over $1.1 million to offset COVID-19 related costs. This is in addition to the City's submission for over $2 million in FEMA related reimbursement costs associated with equipment purchases, overtime costs, and contractual services necessary to reopen City facilities and maintain vital services. The City is also significantly reducing operational costs by taking advantage of technology solutions that have enabled more staff to work remotely. This investment has reduced energy costs and normal maintenance costs. The City's recent conclusion of negotiations with its largest white collar union to allow 60% of the workforce's to work remotely, even after the pandemic ends, will result in continued cost savings to the City without the loss of worker productivity. Additionally, the City is also imposing a spending freeze across several departments that will result in approximately $10 million in savings. The City has also issued a Request for Proposals from collections agencies that will help generate additional revenue by pursuing funds the City was previously willing to write-off. It is estimated that this will generate an additional $3.9 million in revenue once a vendor has been selected and they commence operations.

In addition to these critically important fiscal steps, my Administration has taken extraordinary steps to preserve the local economy and position the City for a strong economic resurgence once the public health crisis subsides. In June, the Small Business Social Distancing Initiative was launched. This program, in conjunction with my Administration's Reopen Buffalo private sector assistance program, has enabled small businesses and restaurants to utilize outdoor spaces so they can continue to operate during indoor seating restrictions. This program will continue into October. A portion of the nearly $15 million the City has received through the CARES Act will also go to support microenterprises and other small businesses. These are critical factors in maintaining a strong local economy and also support our region's largest employers.

Additional CARES Act funding has been used to house members of the homeless population and the City has issued a Request for Proposals to manage a rental assistance and foreclosure prevention program. These actions will help ensure the housing market remains strong and rental supply does not exceed demand. These activities are complementing the workforce maintenance efforts my Administration took when developing the 2020-2021 City budget. The 2008 Recession's negative impact on the public workforce, which represents a significant segment of Buffalo's working population, constrained the recovery and provided additional drag on the overall job market for several years after the recession technically ended. By choosing to maintain the City's municipal workforce for the longest period possible, my Administration is preserving an important sector of the job market and consumer spending while also positioning itself to rapidly recover from the job losses the region is currently experiencing. At the same time, we are likely to face lower costs than our Four-Year Plan projected for personnel costs. A

COB130306

tightening job market and constrained capacity to invest in the workforce in the immediate future will generate out-year savings for the City.

      My Administration is also taking steps to ease the potential fiscal burden it may face in future years as a result of the borrowing it has already done and may continue to do if direct and flexible aid to state and local governments is not forthcoming from Congress. I have already begun meeting with my other partners in regional government to discuss a legislative strategy that will ease many of the conditions that City would be constrained by as a result of any deficit borrowing. Several legislative proposals to amortize the City's debt over a longer period of time that is currently allowed are being considered and my Administration will work with all of our inter-governmental partners at the local and state levels to advocate for quick and timely passage of this legislation when the New York State Legislature reconvenes. I am confident that our State's legislative leaders will be supportive of these fiscal remedies that every local government across New York will need.

      I am confident that you will consider the conditions and action steps which I have outlined as strong indicators of Buffalo's future fiscal soundness. The economic challenges facing every state and local government across the country cannot be solved solely through spending reductions. Federal aid must be made available so that cities can recover quickly and continue to be the centers of regional economies. Once that federal aid becomes available, Buffalo will be well situated to continue expanding our economy, make critical investments in infrastructure, improve City operations, and resume the revenue generating activities we were engaged in before the pandemic temporarily disrupted our efforts. For these reasons, I believe the City of Buffalo should maintain its current A+ rating and stable outlook.

      If you have any questions or would like to discuss this matter with my office further I would be happy to speak with you or your team. Thank you for your consideration of this additional information.

Sincerely,

Byron W. Brown
Mayor