# EXHIBIT 76

Message

| | |
|---|---|
| From: | Joseph A Gramaglia [jagramaglia@bpdny.org] |
| Sent: | 6/15/2018 3:48:25 PM |
| To: | Barbara A Lark [balark@bpdny.org] |
| Subject: | Gang detail |

Chief,
I don't think the officers understand the mission of the gang car (80 car) detail.   They seem to be responding to calls for service instead of gathering gang intel, stopping cars and people.   The traffic stop listed says they had issues with the MCT that lost the plate info that could easily have been obtained by radio.
Can you provide the LT's with a more detailed description of the mission of the gang car and slot the best and active people for this.   This is to include traffic stops and traffic enforcement which, as you know, is one of the best ways to gather info and also issue summons. The officers are good workers, they just aren't doing what is needed (or at least not documenting what is needed).


Joseph A. Gramaglia, MPA
Deputy Police Commissioner
Administration and Finance
Buffalo Police Department
74 Franklin St
Buffalo, NY 14202
716.851.4526 Office
716.553.9072 Cell
716.851.5179 Fax
 jagramaglia@bpdny.org
----- Forwarded by Joseph A Gramaglia/BPD on 06/15/2018 11:44 AM -----

### Chief's Car Report

| Date: | 06/15/2018 | District: | B | Shift: | | MP5 | Radio Call # | B580 |
|---|---|---|---|---|---|---|---|---|
| Officers: | PO Jordan Burke, PO Morgan Haettich | | | Supervisor: | | Lt Baker | | |
| Details Purpose: | Chief's Car | | | | | | | |

**Arrests**

| Felony | Misdemeanor | Violation | VTL Misd | VTL Summons | PVB Tags | CO Summons | Guns Seized |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Summary: | While on patrol from 2000 until 0600hrs:<br><br>*18-1650945<br>785 Niagara St - Agency Assist<br>Cheektowaga PD was looking for assistance locating NY HYL3941, veh was believed to be in the area of 785 Niagara St.   Officer searched the area but were unable to locate the vehicle.<br><br>*18-1650987<br>Plymouth @ Hampshire- Soliciting<br>Officers spoke with a male who was outside the convienient store on the corner asking people coming in and out of the store for money.    Officer's advised the male.<br><br>*18-1651001<br>Niagara St @ Connecticut - Traffic Stop<br>Lost Driver/ Plate info due to issues with MCT<br><br>*18-1651007 |
|---|---|

EXHIBIT 2
03-14-2024

COB461365

0001

137 Maple St- Shooting
Officers did respond to a call of a shooting at 137 Maple St where a male was shot in the leg. Officers while responding to the call did pull over a 4D Grey Sedan, vehicle checked OK(Information lost due to MCT issues).   Officers while on the shooting did assist with crowd control.

*18-1651097
Prospect@ Maryland- Traffic Stop
Lost Driver/Plate Information

*18-1651104
273 Georgia St Apt 401- Violent Domestic
Officers did respond to a call of a violent domestic, upon Officer arrival Officers were unable to make contact with the caller or anyone inside the appartment after making multiple attempts to do so.

*18-1660094
322 Fargo Av- Criminal Mischief
NY HMH4964 Owner: Soto-Williams Anyurisa DOB 2/2/95, 322 Fargo Av
Officers discovered NY HMH4964 with multiple windows smashed and tires slashed parked outside of owners residence.   Upon speaking witht he owner Officers did do a report for the owner.   Owner believes that sister might have been the one to cause the damage. Sister: Rodriguez, Anjonic DOB 10/6/93.

Respectfully Submitted,
Jordan Burke

0002

COB461366