# EXHIBIT 80

| | |
|---|---|
| From: | Byron C Lockwood/BPD |
| Sent: | 7/17/2017 9:54:53 PM |
| To: | Daniel Derenda/BPD |
| Subject: | Fw: FOIL REQUEST |

Byron C. Lockwood
1st Deputy Commissioner of Police
Buffalo Police Department
74 Franklin Street
Buffalo, New York 14202
(716)851-4040

----- Forwarded by Byron C Lockwood/BPD on 07/17/2017 05:56 PM -----

**Philip M Serafini/BPD**
07/17/2017 03:55 PM

To: Aaron V Young/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept,
cc: George P McLean/BPD@BuffaloPoliceDept, Michael P Quinn/BPD@BuffaloPoliceDept, Lance R Russo/BPD@BuffaloPoliceDept, Brian S Strobele/BPD@BuffaloPoliceDept, Thomas R Whelan/BPD@BuffaloPoliceDept, Joseph F Lynch/BPD@BuffaloPoliceDept, Sandra Zachery/BPD@BuffaloPoliceDept
Subject: FOIL REQUEST

Commissioner Lockwood and Chief Young,

Below is a FOIL request from Captain Antonio. The information being requested concerns the Housing and Strike Force units Traffic Safety Checkpoints and their statistics. They are requesting a lot of information that we do not keep or track. But some of the information they are requesting we do in fact keep track of, such as our Monthly Reports and Checkpoint locations. I have spoken with Captain Antonio concerning this and I wanted to make sure that both of you were aware of this FOIL request. It will take me quite some time to accumulate all of this information and then transport it to HQ. I will keep both of you posted as this progresses. If you have any questions and/or comments please feel free to contact me.

Respectfully,

Captain Philip M. Serafini
Housing/ Strike Force
personal cell 570-4984

----- Forwarded by Philip M Serafini/BPD on 07/17/2017 03:44 PM -----

**Brian S Strobele/BPD**
07/13/2017 07:22 PM

To: Philip M Serafini/BPD@BuffaloPoliceDept,
cc:
Subject: Fw: help locate

He sent it Junior Capt !!!

----- Forwarded by Brian S Strobele/BPD on 07/13/2017 07:21 PM -----

**Mark S Antonio/BPD**
07/12/2017 10:59 AM

To: Matthew M Wrona/BPD@BuffaloPoliceDept, Philip Serafini Jr./BPD@BuffaloPoliceDept, Brian S Strobele/BPD@BuffaloPoliceDept, Margaret G Overdorf/BPD@BuffaloPoliceDept,
cc:
Subject: help locate

Where would I find the information request in the attached request.

I need same for a Freedom of Information request

Capt. Antonio

0001

COB251775


- DOC071217foil-07122017095505.pdf

**0002**

COB251776