# EXHIBIT 87

Message

| | |
|---|---|
| From: | Harold M McLellan [hmmclellan@bpdny.org] |
| Sent: | 10/1/2013 3:16:25 PM |
| To: | Patrick G Mann; Dennis J Richards [djrichards@bpdny.org]; Joseph F Strano; Mark Makowski [mmakowski@bpdny.org] |
| Subject: | Fw: What I've Learned From Being A Cop For 25 Years: By K.E. Johnson |

----- Forwarded by Harold M McLellan/BPD on 10/01/2013 11:14 AM -----

To hmmclellan@bpdny.org,
cc
Subject What I've Learned From Being A Cop For 25 Years: By K.E. Johnson

## What I've Learned From Being A Cop For 25 Years: By K.E. Johnson (LAPD)

1) Many Mothers would lie to Jesus Christ himself to keep their sons out of jail.
2) Thugs will always use their momma's address no matter where they live. (See above)
3) A thug will always be a thug unless they have some divine intervention.
4) Spouses are proud of their cop spouse but they don't like the fact that they have to work nights,
     weekends, and holidays. I guess they think we do.
5) Marijuana is the drug of choice for the majority of drug users.
6) Many indigent people have no problem raising bail money.
7) Women that are receiving government assistance are very fertile.
8) A cop in uniform can make the most innocent person nervous.
9) The worst drivers are the ones whose license is already suspended for failing to pay traffic tickets.
10) Kids want attention and they need a daddy.
11) Bad kids normally don't have a daddy in their life.
12) People tie dogs up to a tree in the backyard and forget about them.
13) You can find out just about anything about somebody if you just ask them.

EXHIBIT 24 09-11-2023

0001

COB422405

14) Young cops use their physical skills to solve problems.
15) Seasoned cops use their knowledge and wisdom to solve problems.
16) Just about anybody will cooperate if you just treat them with respect.
17) Some people refuse to let you treat them with respect.
18) Cops are some of the most interesting people I know.
19) Criminals are more interesting.
20) Cops are injured more playing church softball than on duty.
21) Knees are the first thing to go.
22) Many people will marry a cop and then try to talk them into getting out of law enforcement.
23) Most cops who leave the job eventually come back, but without the spouse that talked them into
    getting out of law enforcement.
24) Hamburgers are awesome when you haven't had anything to eat for most of your shift.
25) Fast food puts on the pounds quick…and cause heartburn…but it tastes awesome.
26) Riding in a patrol car with all that gear on wreaks havoc on your lower back.
27) Chiropractors really do help back pain…and headaches.
28) Female cops do not get the respect they deserve.
29) Cops really do want to make a difference when they become a cop but soon become jaded and
    cynical.
30) Judges will start court when they get damn well ready to.
31) People don't mind staring at a cop.
32) People will walk up to a cop that's eating lunch and say "I don't mean to interrupt your lunch, but can
    I ask you a question?"
33) Most cops don't mind being interrupted while they are eating lunch if the person asking the question
    is good looking.
34) It's easy for sorry people to get disability benefits.
35) Genuinely disabled people have a tough time getting benefits.
36) You cannot reason with a drunk person.
37) Drunk people will ask you repeatedly, "What are you charging me with?"

38) No matter how fair you are, cops will always be viewed as racist.
39) Some people hate cops simply because they wear a uniform.
40) Some people love cops simply because they wear a uniform.
41) Detectives think patrol officers are stupid.
42) Patrol officers think detectives are (expletive deleted).
43) People will leave anything in their car while it's running parked at a convenience store, including
   babies.
44) People that leave their cars running while they go inside convenience stores are always shocked
   when their cars get stolen.
45) Men will beat their wives and when they are being hauled off to jail they'll say, "I would never do
   anything to hurt you, baby."
46) Abused women often feel like they did something wrong.
47) Controlling men seek out women that always feel like they did something wrong.
48) People don't mind coming to a cop's house to ask them question.
49) Cop's kids love the fact that their Dad/Mom is a cop until they reach their teen years.
50) Sometimes, parents do everything right when raising their kids, but their kids turn out bad anyway.
51) You can show someone a video of them committing a crime, match their prints and DNA to the
   scene, and they will still deny it.
52) Pepper spray works on just about everybody.
53) If you have used pepper spray on somebody and it didn't work, be ready for one helluva fight.
54) If you just tell somebody that you have a Taser, they will usually comply.
55) When the fight is on, all of the techniques you learned with a PR-24 go out the window and you use
   it like the old fashion billy club anyway.
56) Most thugs will answer "Where do you live?" with "Up da skreet."
57) A mad woman will tell you where their baby's daddy's weed/guns/stolen stuff is to get them arrested
    and then will bail them out the next day.

0003

COB422407

58) When some cops make sergeant they feel that they shouldn't have to do anymore police work
    because they need to "be ready" if something big happens that requires their supervision.
59) Police agencies don't communicate enough with each other to solve crime.
60) A very small percentage of people take up a large percentage of the police's time.
61) Cops and nurses like each other.
62) Husbands of women cops normally can't handle the fact that their wife is a cop, so a woman cop
    would be better off to just marry another cop.
63) People will ask a cop for his/her opinion on a legal issue and then want to argue with them about
    their opinion.
64) People will call 911 for ANYTHING.
65) I never bothered to learn how much time a suspect could get for a certain crime because they almost
    never get sentenced to the full amount anyway.
66) I'm always suspicious of a stranger that suddenly wants to be my friend.
67) Your average person is extremely complacent and very vulnerable to being victimized.
68) Law enforcement has one of the highest rates of divorce, but that's who people call to handle their
    domestic disputes. IRONIC!
69) Nothing brings production in the investigator cubicle area to a screeching halt quicker than the
    mention of last night's sporting event.
70) You shouldn't make light of another man's misfortune.
71) I've asked every parent of good kids what they did to keep them out of trouble and got the same
    answer every time: "Keep them busy."
72) A cop that writes a ticket to everybody he stops usually has some self-esteem issues.
73) Fear keeps people from doing the right thing.
74) The "mob mentality" will make otherwise law-abiding people behave as thugs.

0004

COB422408

75) Apathy is way too common in our society.
76) If cops only knew what other cops know, we could reduce crime better than what we are doing. We
    DO NOT communicate well with each other, and some believe that knowledge is power if it's
    withheld. Knowledge is only powerful when disseminated.
77) There is nothing more exciting than hunting for a fugitive on the run.
78) There are THREE sides to every story. One side, then the other side, then there's the whole truth.
79) The only thing that shocks me anymore is ELECTRICITY!

0005

COB422409