# EXHIBIT 94

| | Quinn Signed Roadblock Directives 2015-2017 | | |
| --- | --- | --- | --- |
| | 2015 | 2016 | 2017 |
| East Buffalo | 240 | 104 | 121 |
| North Buffalo | 4 | 0 | 18 |
| South Buffalo | 1 | 2 | 18 |
| West Buffalo | 2 | 15 | 17 |

QUINN
**43**
04-01-2022

0001