# **EXHIBIT 95**

| | | |
|---|---|---|
| **Patrick A Roberts/BPD**<br>04/16/2015 10:00 PM | To | Daniel A Burke/BPD@BuffaloPoliceDept, Thomas R Whelan/BPD@BuffaloPoliceDept, David E Wilcox/BPD@BuffaloPoliceDept, George P |
| | cc | |
| | bcc | |
| | Subject | Fw: Proposed SF/Housing Details |

----- Forwarded by Patrick A Roberts/BPD on 04/16/2015 09:59 PM -----

### P-73 BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO: Daniel Derenda<br>Commissioner of Police | DATE: 04/16/2015 09:28:17 PM |
|---|---|
| FROM: Patrick A Roberts<br>Captain Patrick Roberts | SUBJECT: Proposed SF/Housing Details |

Attn: Byron Lockwood, DPC
    Kimberly Beaty, DPC
    Kevin Brinkworth, Chief Strike Force/Housing

Sir:

    In response to the order from Deputy Police Commissioner Beaty with regard to the details currently in effect with the Housing Unit and Strike Force I submit the following. The purpose of the proposed assignments would be two fold. With respect to the Strike Force the purpose of the details would be to supplement the regular manpower in an effort to saturate an area with a focus on suppressing the gang activity which leads to violent acts affecting the citizens of Buffalo. In addition some of the alotted overtime would be used during daytime hours in an effort to switch tactics to keep the most violent criminals guessing as to where our officers would be conducting police business.
    In the past, and when fiscal shortfalls have necessitated, the Strike Force has used discretionary overtime to acheive these goals in the following manner: One Lt and five officers for four hour segments a total of (6) times per pay period. Four of the details would be run during the MP-2 shift to provide visibility through V/T checkpoints and area saturation, especially during early afternoon hours. With the approaching warm weather we typically see an increase of daytime violence, especially as the school year draws to a close.
    The other two would run during later evening hours to supplement regular MP-4 officers to provide greater presence through high visibility checkpoints. Officers would continue to develop the valuable intelligence which has led to search warrants generated by both Narcotics and the Intelligence Squad. These warrants continue to produce recoveries of narcotics and handguns in great quantities. The officers would use the balance of time to focus on car stops and street corners as well.
    With respect to the Housing Unit, the officers continue to make in-roads with both BMHA residents and staff. In particular, and through the efforts of C.P.O. William (Craig) Macy, the residents and staff of the Ken/Langfield and Shaffer Village have really began to work with the members of the Housing Unit and a bond and trust is forming. The residents really appreciate seeing the officers during the day time hours, and during this period the Housing officers would focus entirely on the larger BMHA properties. I would propose that one Lt and four officers be detailed from 1030-1530hrs a total of four times per pay period. This tactic has worked well in the past I believe would continue to do so. Officers would focus on specific complaints about illegal activities which are daytime specific, often resulting in arrest on complaints provided by residents and staff.
    I realize that some or all of this may not be possible but I continue to respectfully request that this

ROBERTS
8
04-20-2022

COB027452

0001    COB027452

proposal be granted as the officers are truly dedicated and would continue to make the best use possible of the alotted hours in an effort to reach the goals that the Commissioner of Police has set forth for the two units.

Respectfully submitted,
Captain Patrick Roberts

COB027453

0002                                                                                                                          COB027452