# EXHIBIT 97



| | | | |
|---|---|---|---|
| **Daniel Derenda/BPD** | To | Patrick A Roberts/BPD@BuffaloPoliceDept, | |
| 05/29/2014 04:19 PM | cc | Kevin J Brinkworth/BPD@BuffaloPoliceDept | |
| | bcc | | |
| | Subject | Re: Plan for enforcement | |

ok

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

---

Patrick A Roberts    Patrick A Roberts/BPD                                              05/28/2014 06:52:52 PM

**Patrick A Roberts/BPD**
05/28/2014 06:52 PM

To  Daniel Derenda/BPD@BuffaloPoliceDept,
cc  Kevin J Brinkworth/BPD@BuffaloPoliceDept
Subject  Plan for enforcement

Sir, as you are aware, last summer you increased manpower within the Housing and Strike Force Units at certain times, in response to heightened crime occurrences in our city. As you are also aware, the past few weekends have been witness to increased shootings/shots fired and armed robberies. With that in mind, I propose the following in an attempt to "get out in front of" what will assuredly be increased instances of violent crimes as the weather warms. I would like to have to have the ability, with your permission, to call in officers on an overtime basis to supplement the on-duty officers this weekend. The dates effected would be Thursday 5/29, Friday 5/30, and Saturday 5/31. I realize that it is the end of the fiscal year and that the number officers used last year may not be feasible at this time, but I believe that if an additional supervisor and ten (10) patrol officers were allowed to come in from 1900-2400 hrs. on each of the listed dates, we would be able to show a strong, visible presence in selected areas where some of the more violent crimes have occurred. I would be willing to speak with the District Chiefs to see where we could be most useful, and use that as a guide as to where to conduct multiple checkpoints as well as an overall saturation of the effected areas. In addition, and only if possible, some daytime hours on Saturday 5/31 in the area of Riverside could be particularly useful, as that area is receiving a great deal of crime and could use some additional attention. The officers called in would perform at a high level, as they have in the past, and show those who would mean to do our city harm, that we are being pro-active rather than re-active. Please consider this sir and let me know your thoughts. Respectfully, Capt Patrick Roberts

ROBERTS
42
04-20-2022