# EXHIBIT 98

| | | |
|---|---|---|
| **Philip M Serafini/BPD** | To | George P McLean/BPD@BuffaloPoliceDept, Michael P Quinn/BPD@BuffaloPoliceDept, Lance R Russo/BPD@BuffaloPoliceDept, Brian S Aaron V Young/BPD@BuffaloPoliceDept |
| 05/31/2017 03:36 PM | cc | |
| | bcc | |
| | Subject | Checkpoints resumed |

Lieutenants,

The Strike Force traffic safety checkpoints have resumed. Keep in mind there will be 3 checkpoints on the MP4 shift daily. Two of the checkpoints will be conducted in the hot spot areas and the other one will be located in either North Buffalo or South Buffalo. I made up new traffic safety checkpoint sheets and now you can include all three checkpoint locations on the same sheet. These sheets need to be made out every day. If one day we do not run a checkpoint for some reason (lack of manpower, inclement weather, etc) a sheet still needs to be filled out. Additionally, please remember to email the DPC, Chief and myself of the checkpoint locations daily. Thank you for your cooperation.

Captain Serafini

**SERAFINI 11 12-27-2021**

COB016315

0001