# EXHIBIT 104

# The Buffalo Common Council

**CHRISTOPHER P. SCANLON**
**SOUTH DISTRICT COUNCIL MEMBER**
65 NIAGARA SQUARE, 1401 CITY HALL
BUFFALO, NY 14202-3318
PHONE: (716) 851-5169 ♦ FAX: (716) 851-4294
E-mail: cscanlon@city-buffalo.com

**CHAIRMAN**
FINANCE
TRANSPORTATION
WATERFRONT DEVELOPMENT
**COMMITTEES**
BUDGET
CIVIL SERVICE
**LEGISLATIVE ASSISTANTS**
PEGGY SHEA
JUSTIN STEINWANDEL

November 6, 2015

Daniel Derenda, Commissioner
Buffalo Police Department
74 Franklin Street
Buffalo, NY 14202

Commissioner Derenda:

The attached document is a photo of an email sent by Deputy Commissioner Kimberly Beaty on October 19, 2015. It is my understanding that the email was sent to supervisors in every police district. As you can imagine, I find it alarming that overtime has been eliminated in A District, especially given the recent spike in crime.

Beginning in the late spring/early summer of 2015, South Buffalo began experiencing a startling increase in home break-ins. I held numerous community meetings, many of which received media coverage, where residents repeatedly expressed their fears. Many of our residents, including myself, are life-long and none of us ever recall a time when this volume of break-ins have occurred. On November 4th, the crime spike South Buffalo has been experiencing took a violent turn when a student at Trocaire College was raped in broad daylight at Hillery Park. As you know, the location of the rape is in close proximity to multiple elementary schools. Yet again, I am faced with residents who are fearful to walk in a community that has always been widely considered "safe."

There are multiple groups on Facebook (i.e. *South Buffalo Neighbourhood Watch, You know you're from South Buffalo when...*) that South Buffalo residents use to stay up to date on criminal activity while also brainstorming ideas of how to keep our neighborhood safe. As their city representative, the members of these groups, totaling more than 7,000, expect me to give them regular updates on what measures the BPD is taking to prevent further criminal activity. In the past few months, I was able to explain that A District had been given a special detail and overtime to combat the spike in crime. After a violent rape occurred, it is going to be extremely difficult for me to explain that we no longer have said detail or overtime. The taxpayers of South Buffalo will find this unacceptable, and quite frankly, so do I.

I would certainly hope that the attached memo sent by Deputy Commissioner Beaty was only a temporarily order, but nevertheless, I respectfully request more information as to how it was determined that A District required no additional manpower given the unprecedented volume of break-ins occurring in South Buffalo. If this order has not yet been reversed, I request that you immediately do so and supply A District with the tools necessary to end this crime wave.

The people I was elected to represent expect answers from me, so I respectfully ask that you respond to my requests immediately. I can be reached by phone at 716-851-5169 or by email at cscanlon@city-buffalo.com.

Thank you for your time, I look forward to your response.

Sincerely,

Christopher P. Scanlon, South District Councilmember



**Kimberly L Beaty/BPD**
10/19/2015 07:26 PM

To Chiefs,
cc
Subject Overtime

All city wide overtime details have ended. This includes high visibility, traffic enforcement and district detectives caseload.
A-District - no details.
B-District - Chippewa Dtl and Town Gardens (GIVE)
C-District - GIVE
D-District - No details
E-District UB/Canisius and GIVE

DPC Beaty

COB263557
COB263556
0002