# Exhibit 106

# Intentionally Left Blank