# EXHIBIT 108

Questions for Buffalo Police Committee Meeting March 1st.

**1. Mayor Brown acknowledged that the recommendations in the Report of the President's Task Force on Policing in the 21st Century influenced the decision to implement the BPD21C scholarship and training program. What other steps are Buffalo Police taking to implement recommendations made in the report? (Specifically, with respect to any of the 6 pillars identified in the report?**

(1)  **building trust and legitimacy**

 - Procedural Justice (treating people right and fair)

- Mission Statement – Values (respect, integrity, excellence)

- Participate in Building Communities of Trust conference annually

(2)  **policy and oversight -**

IAD, Complaint process

(3)  **technology and social media** -

iPads, NextDoor, FaceBook,Twitter

(4)  **community policing and crime reduction –**

 training and use of the principles, OTV, problem solving, safety workshops in community, neighborhood watch training

(5)  **training and education –**

increased to 24hrs per officer and enhanced to follow current trends based on research of what is occurring in other communities nationwide, additional supervisor assigned to the academy, change in work hours, training calendar

ERT- newly developed (mass demonstration and protests, riots)

(6)    **officer wellness and safety** –

Encourage safety, bullet proof vests, evoc, safety belt use

EAP, Peer counselors

proposed fitness program

## 2. What other steps are being taken to expand community policing?

- All supervisors and line officers are currently trained in the concepts and principles of community policing

- Chief's cars are instrumental in the problem solving process to address crime and disorder

- Quality of life details in each district

- Sector cars - work in same area daily, familiarization - neighborhood problems (people and places)

- Problem properties being addressed by Chiefs, Captains and CPO's - Orders to Vacate – working with Housing Court

    - Bawdy House law enforcement

- GIVE grant - violent crime initiative/impacting neighborhoods

3. **What are BPD's current policies regarding foot and bike patrols?**

- weather permitting

- manpower permitting (enhanced overtime details)

- park and walks daily (time permitting, based on CFS)

**a. To what extent have these patrols been used in policing of BMHA properties?**

Substation at Shafer Village is open and active, CPO provides attendance at Tenant council meetings, regular foot patrols due to property design and upon property managers request. The CPO has a good relationship with all of the property managers.

**4. What records are kept of police interactions with residents that do not result in arrest?**

Field interview cards, incident reports (if applicable), Chief's Reports

IAD - if complaints are filed

CPO's – records for follow up on complaints (problem properties)

Case Management (expanded to include community policing)

COB252513

0003

5. **What percent of officers live in the city?**

332 live in the city out of 705

6. **The Niagara Falls Police Departments makes a number of department policies available on its website, including disciplinary policy, annual evaluations, use of force, use of force reporting, and its community policing strategy—does BPD make these available to the public?** Rinaldo (policy)?

Crime Prevention information is on the site

**TRAINING:**

Included in the 689 sworn members of the department are officers who are on military leave, IOD, light duty officers, etc

7. **What training (if any) have patrol officers received over the past year in the following areas:**

**A. Community Policing**

   Community Policing (2 hours) (410 Trained Members)

   Community Policing training covers the role of the CPO, non-criminal neighbor disputes, community groups and neighborhood watch, problem properties, eviction process.

## B. Mental Health

Law Enforcement and the Mentally Ill (3 hours)

Law Enforcement and the Mentally Ill training session will provide experienced officers with information and techniques that enhance the effective and safe management and resolution of situations involving emotionally disturbed people. The overall objectives of this training is to provide officers with facts about mental illness, legal issues that are covered by the Mental Hygiene Law, assessing and intervening in situations that promote safety and providing information strategies. This training will be conducted with the assistance of Crisis intervention strategies. This training will be conducted with the assistance of Crisis Services with an emphasis on options and outside resources that are available to officers.

**PILOT PROJECT -** 30 B-District officers have had Crisis **Intervention** Training which trains them in identifying a person in crisis and locate the services they need.

## C. Use of Force and De-Escalation

Firearms/Use of Force (2 hours)

Firearms/Use of Force- Every sworn member authorized to carry a firearm is required to qualify at the Firearms Unit at least once each year with their department issued firearm, equipment and any

COB252515

0005

additional weapon that they have been authorized to carry on duty. All members will additionally be updated on the NYS penal law Article 35- Defense of Justification.

## D. Cultural Competency

### Cultural Diversity and Awareness (3 hours) (291 Trained Members)

Cultural Diversity and Awareness training covers the City of Buffalo ethnic demographics and diversity, including the New Americans and Use of the Language Line. Encounters with law enforcement, mutual respect in policing, What to do when stopped by the police.

## E. Language Access

Cultural Diversity and Awareness covers the use of the language line.

## Over the past year, the following trainings have been implemented by the Training Academy:

- Crisis Intervention Training was implemented to 30 B-District officers. PILOT Program

- The Article 35 quiz has been added to the annual firearm qualification process (158 Members have qualified so far since January 1, 2016)

- Active Shooter (8 hours) (411 Trained Members)

- Blue Team (2 hours) (590 Trained Members)

- Domestic Violence/Lethality (1 hour) (423 Trained Members)

- EAP (1 hour) (165 Trained Members)

- NARCAN (2 hours) (481 Trained Members)

- PESH (1 hour) (290 Trained Members)

- Police and dog encounters (1 hour) (365 Trained Members)

## 8. Regarding training, please provide the following:

a. How many hours is dedicated to each training?

- Community Policing (2 hours) (410 Trained Members)

COB252517

0007

- Cultural Diversity and Awareness (3 hours) (291 Trained Members)

- Ethics (4 hours) (505 Trained Members)

- Blood-borne Pathogens (2 hours) (198 Trained Members)

- ERT Familiarization (5 hours)

- Firearms/Use of Force (2 hours)

- Law Enforcement and the Mentally Ill (3 hours)

- Sexual Harassment and Discrimination Policy (1 hour) (506 trained Members)

- First Aid Qualifiers (CPR, Life Sling, Narcan, Tourniquet) (1 hour) (290 Trained Members)

- Search and Seizure (2 hours)


b. **How many officers participate in these trainings?**

- **The following are mandatory trainings for ALL sworn members on the department for 2016:**


- Community Policing (2 hours) (410 Trained Members)

- Cultural Diversity and Awareness (3 hours) (291 Trained Members)

- Ethics (4 hours) (505 Trained Members)

COB252518

0008

- Blood-borne Pathogens (2 hours) (198 Trained Members)
- ERT Familiarization (5 hours)
- Firearms/Use of Force (2 hours)
- Law Enforcement and the Mentally Ill (3 hours)
- Sexual Harassment and Discrimination Policy (1 hour) (506 trained Members)
- First Aid Qualifiers (1 hour) (290 Trained Members)
- Search and Seizure (2 hours)

c. **What is the curriculum?**

**Community Policing** training covers the role of the CPO, non-criminal neighbor disputes, community groups and neighborhood watch, problem properties, eviction process.

**Cultural Diversity and Awareness** training covers the City of Buffalo ethnic demographics and diversity, including the New Americans and Use of the Language Line. Encounters with law enforcement , mutual respect in policing, What to do when stopped by the police.

**Ethics** training covers integrity training, ethical awareness issues, form of police misconduct in which law enforcement officers seek personal gain, such as money or career advancement through the abuse of power, for example by accepting bribes in exchange for not pursuing, or

selectively pursuing, an investigation or arrest. A practical introduction to ethical issues affecting police officers of all ranks. Exploring the stark, sometimes shocking reality of real-life policing situations, using them as the basis for detailed analysis of key ethical issues.

**Blood borne pathogens** training is the mandatory annual update. It provides participants with the knowledge required to identify blood borne pathogens and to protect against exposure. These pathogens include, but are not limited to, Hepatitis B (HBV), Hepatitis C (HCV). The course meets requirements established by OSHA, exposure and health effects, controls and post exposure actions.

**ERT Familiarization** training will cover the mission statement of the BPD, civil rights and the color of law abuses, patrol response to civil unrest, protests and mass arrest situations, the purpose and role of Buffalo ERT, Buffalo Peacemakers, and Riot Formations.

**Firearms/Use of Force**- Every sworn member authorized to carry a firearm is required to qualify at the Firearms Unit at least once each year with their department issued firearm, equipment and any additional weapon that they have been authorized to carry on duty. All members will additionally be updated on the NYS penal law Article 35- Defense of Justification.

**Law Enforcement and the Mentally Ill** training session will provide experienced officers with information and techniques that enhance the effective and safe management and resolution of situations involving emotionally disturbed people. The overall objectives of this training is to provide officers with facts about mental illness, legal issues that are covered by the Mental Hygiene Law, assessing and intervening in situations that promote safety and providing information strategies. This training will be conducted with the assistance of Crisis intervention strategies. This training will be conducted with the assistance of Crisis Services with an emphasis on options and outside resources that are available to officers.

**Sexual harassment and discrimination policy** training session will cover the policy of the BPD regarding discrimination to or by its employees that is based upon race, color, religion, sex or national origin. Additionally the training will review the policy of the CoB and the BPD to provide a business and employment environment free of unwelcome sexual advances, requests for sexual favors and other verbal or physical conduct or communications. Topics to be covered include but are not limited to definitions, the complaint procedure, timeliness of complaints and the role of supervisors.

**First Aid Qualifiers** updates officers on CPR, Narcan, Turniquet, and Lifesling use.

**Search and Seizure training** covers the NYS rules of custody regarding search and seizure of property, vehicles, premises and people. Chain of custody of evidence, BPD Policy and Forms will be highlighted.

**d. How is information communicated? Via presentation? Using scenario-based role-play?**

The information is presented using all of the above mentioned techniques. We utilize the projector, show videos, use hand outs, present the information using classroom style, etc.

**e. What is the evidence base for this training? (e.g. are there studies to show there trainings are effective? Have other cities used these trainings successfully?)**

\*\*\*\* follows or exceeds current national trends, exceeds state requirements

COB252522

****Additionally, training bulletins are released periodically by the Training Academy to inform patrol of new policies or enforce policies that are pertinent to the current societal situations.

43 training bulletins were sent out in 2015

3 training bulletins have been sent in 2016

### 9. What trainings in these areas are planned for the future?

Along with the previously mentioned trainings currently the Academy has planned to train the department on ERT Familiarization, Search and Seizure, and Law Enforcement and the Mentally Ill.

---

CPO's are assigned based on seniority and work ethic

    1.    Questions related to Buffalo's Community Policing unit:

a. What is the process for becoming a community police officer? Due to contractual obligations assigned by seniority, obligations are overview and outlined

b. Can any officer volunteer? yes

COB252523

0013

c.   What are the criteria for becoming a community police officer?

d.   Is there a cap of 2 officers per district?

e.   How does BPD incentivize officers to become community police officers?

Theses questions were answered verbally in the meeting.


11. **In what ways is community policing made a part of performance assessments and promotion decision-making? What criteria does BPD use to determine promotions**


First Line Supervisors training (New) 30 hrs

COB252524

0014

## 12. Question related to the BMHA contract:

### a.    How many monthly and annual reports has Captain Brinkworth completed

pursuant to the contract with BMHA? Are these publically available?

From Chief Brinkworth

Since September of 2012 the Housing captain has filed monthly reports. Presently, Captain Serafini compiles stats and generates a report at the end of each month. These reports are sent through the chain-of-command and to BMHA executives. I do not know if they have been released to the public.

### b.    Does Captain Brinkworth or his representatives meet with residents to assess

ongoing public safety needs? How often?

Captain Serafini and CPO William Macy meet with tenants to discuss issues. Officer Macy is very active with tenant councils. He meets with BMHA staff nearly daily to discuss issues. He meets with tenant groups once or twice a month to attend events  He meets with residents 3 to 4

times a month. We have participated in walk-throughs at various sites. As CPO, Officer Macy has been involved in several community events and has worked closely with some of the youth residing on BMHA sites.

He has taken youth on several field trips

### c. How many tenant council meetings have the captain and patrol officers attended?

I do not have a hard number. However, we are always available to attend when notified.

### d. How many resident security plans have officers completed pursuant to the contract with BMHA?

The 6 main properties are our main

focus. **The SIX are**:

Ken-Lang,

Perry,

Shaffer Village,

LaSalle,

Ferry-Grider

and Jasper Parish.

COB252526

0016

Officers primarily focus their patrols there and will move to other properties based on information regarding issues that may arise. We have been primarily focused on Shaffer Village and Langfield, on orders of the Commissioner, as of late. The officers proactively, and when needed, conduct roadblocks, do hall and stairwell sweeps, monitor activity through the BMHA camera system and engage bike patrols. We also provide continual patrol, collect information regarding criminal activity and assist property managers when requested.

**e.   How many times has Captain Brinkworth met with the BMHA Executive Director pursuant to the BMHA contract?**

During the past 3 years the housing captain and I, when available, averaged 4 meetings per year.

**f.   What protocols have been developed to address conflict/overlap between patrol officers and BMHA officers in responding to calls?**

BMHA officers respond to calls for service in BMHA properties when working and available. If officers are not working ir available, all calls are dispatched to the patrol district officers where the BMHA property is located. The housing officers are the primary officers and should take reports when needed.