# EXHIBIT 116

# City of Buffalo – Department of Police
# Police Commissioner's Office

To:      Honorable Mayor Byron Brown

From:    Daniel Derenda, Commissioner of Police

Subject: Plan to address Gang & Gun violence

Date:    January 23, 2015

Mayor Brown,

Listed below is our updated 2015 plan to deal with Gang and gun violence.

- Working with our Federal and State partners we have developed a target list of Buffalos most violent offenders.
- US Attorneys office has agreed in increase gang, gun and homicide prosecutions.
- FBI is searching files from recent narcotics investigations looking for suspects that can still be charges who were not originally indicted.
- BPD Homicide cold case is in process of review files for accelerated prosecution.
- District Patrols are saturating areas of recent violence.
- BPD Narcotics will target drug houses tied to gangs, shooters and list of violent offenders.
- Strike Force has and will be deployed into hot spot areas with a mission of zero tolerance. They will preform multiple check points everyday at different times in defined gang areas. So far in the first 22 days in 2015 they have recovered just under 20 guns.
- We will continue to work with the ECAC to update suspects and hot spots.

COB226142