# EXHIBIT 117

| | |
|---|---|
| **From:** | Amber Small |
| **Sent:** | 7/3/2015 3:06:27 PM |
| **To:** | Mayor Brown; bball@city-buffalo.com |
| **CC:** | Anthony Barba; dderenda@bpdny.org; Monica Cichon; Michael DeLuca |
| **Subject:** | Parkside traffic & safety concerns |

Good morning Mayor Brown & Deputy Mayor Ball,

I wanted to follow up with you both regarding recent letters sent by the PCA pertaining to our traffic and safety concerns within the Parkside neighborhood. As we are entering the planning phase of the Florence intersection redesign, as well as the completion of our Parkside Neighborhood Traffic Study, it is imperative that we have all interested parties and stakeholders aligned in order to accomplish our goals. In addition to these neighborhood concerns, efforts have increased dramatically with regard to improve our Scajaquada Expressway, which runs through Parkside and Delaware Park. The PCA has partnered with several other community stakeholders and local organizations in an effort to see the roadway returned to a parkway, which will significantly improve the safety and quality of life for drivers, residents and visitors to the area. As we have collectively been working to ensure the entire length of the roadway remains at 30 mph, it was very disappointing for us to learn of your administration's efforts to ask the DOT for a higher speed limit along part of the roadway.

Similarly, at Wednesday's D District community meeting I was very disappointed to hear D District Chief Anthony Barba's doubts that the city's new adjudication capability would lead to increased enforcement, and that the speed reduction on the 198 was too severe. We are all working on a common goal of serving this community, and we must work together if we hope to achieve this goal. As these issues are too important for our community representatives to be divided on, I would like to request that your administration reconsider your stance on the speed limit of the 198. I would also like to request detailed information on enforcement efforts in the Parkside neighborhood. At our meeting on May 20th, Chief Barba and Deputy Commissioner Lockwood assured us that police enforcement would increase on Parkside Avenue for the summer season. However, we have yet to see a noticeable increase in that enforcement, and continue to see speeding, aggressive driving, and failure to obey traffic lights and signs throughout our residential neighborhood.

As these issues continue to be of great concern in our community, the PCA hopes to work with your administration to implement the changes needed to increase safety for not only our residents, but visitors and motorists as well. If your office could respond to our concerns outlined in the attached letters, it would be sincerely appreciated and helpful to our efforts as we continue to work together.

Thank you so much, and I hope you both have a lovely holiday weekend.
Amber

--
**Amber A. Small**
Executive Director
Parkside Community Association
P: (716) 838-1240
E: PCADirector@gmail.com


- COB 6.25.2015.pdf


- COB 6.9.2015.pdf