# EXHIBIT 118

| | |
|---|---|
| **From:** | Aaron V Young/BPD |
| **Sent:** | 4/4/2017 4:23:57 AM |
| **To:** | Daniel Derenda/BPD |
| **CC:** | Byron C Lockwood/BPD |
| **Subject:** | SRO/Housing/Strikeforce Weekly Chief's Report |

Commissioner's

**Weekly Schedule:**
**Monday - Friday**
**0800 - 1600Hrs**
**School Resource:**
School resource continued to respond to CFS within the BPS and proactively address issues at the most problematic Schools. This week Burgard once again did experience an increased level of CFS for violent incidents. During one incident a group of students representing both Central Park and TCL did attempt to engage in an altercation at the corner of Kensington/Fillmore, this was prevented due to the presence of the SRO on the Burgard detail at this location. This situation continues to be a major concern for businesses in the immediate area and a special meeting with School administration, community members and business owners is being planned.
E. Delavan/Grider also was a problem area this past week with a large number of MST students.
Students are begining to circumvent the NFTA "specials" in front of the school at dismissal in order to meet at this location to fight.
**Housing/Strikeforce Units:**
The Housing Unit continues to operate target details in both the Lanfield/Schafer housing units. A heavy concentration of patrol were placed in the area along 37 Congressional Walk. This is due to repeated complaints about the tenants who reside at this address, In speaking with the Vice President of the tenant council I was informed that loud parties and drug use is occuring here. The BMHA manager did schedule a walk thru with housing at this residence and Officers have been told to continue to monitor. SRO's and Housing Officers did address a previous complaint of drug use and sales by students at 279 Perry. During frequent checks Officers reported no activity at this building and will continue to monitor. Strikeforce focused patrols and checkpoints continue to operate within the hotspot areas of all five districts. Locations of shots fired and recent shootings
were heavily emphasized.