# EXHIBIT 120

| | |
|---|---|
| **From:** | Daniel Derenda/BPD |
| **Sent:** | 10/2/2014 2:24:21 PM |
| **To:** | Councilmember Golombek - North |
| **CC:** | Kimberly L Beaty/BPD |
| **Subject:** | Re: FW: Traffic on North Lincoln Parkway |

DPC address this problem asap

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

> **Councilmember Golombek - North**
> **<NORTH2@ch.ci.buffalo.ny.us>**
> 10/02/2014 08:47 AM
>
> To "Derenda,Daniel" <dderenda@bpd.ci.buffalo.ny.us>,
>
> cc
>
> Subject FW: Traffic on North Lincoln Parkway

0001

COB263608

Commissioner,
Can we get traffic on North Lincoln Parkway to give out some tickets? There are some problems developing and I believe it is because of the new Charter School down the street. Any help would be appreciated.
Thanks,
Joseph Golombek, Jr.
City of Buffalo
Councilmember North District
Room 1502 City Hall
Buffalo, NY 14202
716-851-5116
Fax-716-851-5648

---

From: Katherine Woodard [mkrwoodard@gmail.com]
Sent: Thursday, October 02, 2014 8:13 AM
To: Councilmember Golombek - North
Subject: Traffic on North Lincoln Parkway
Dear Councilman Golombek:
I would like to make you aware of a serious concern which Roger and I have regarding the traffic on Lincoln Parkway between Amherst Street and Nottingham Terrace. Yesterday, I reported this concern to the Mayor's Hotline (Claim #
As we drive on the street and as we walk our dogs, we have noticed increasing problems with drivers not stopping at the streets which intersect with Lincoln Parkway between Amherst Street and Nottingham Terrace (i.e., Middlesex, Chatham, Fordham, and Bedford), as well as at all 3 stop signs at the intersection of Lincoln Parkway and Nottingham Terrace. In a 24 hour period, from Tuesday morning, September 30th, to Wednesday morning, October 1, we observed 12 drivers not stopping at stop signs while we were out walking the dogs or driving in our car. On 2 occasions, once at Bedford and once at Middlesex, this occurred just as we were approaching the intersections in our car. These occurrences happened at all times of the day and were not necessarily associated with rush hours.
We also have a concern about the speed of drivers on Lincoln Parkway, some who will even pass drivers, such as us, who abide by the speed limit. That the Parkway feeds into the Scajaquada Expressway surely contributes to this problem. It is not uncommon for drivers to speed down the street and never stop at the intersection at Nottingham Terrace as they access the entry ramp to the Expressway. (Were the Delaware Avenue entrance to the Expressway be closed, as has been proposed, this would undoubtedly become an even greater problem: even more reason to address this issue now.
On Friday afternoon, I was the victim of an auto accident as a result of a driver pulling out in front of me at the Bedford intersection while I was returning home on Lincoln Parkway. The trauma this has caused me is bad enough; but what frightens me even more is to think that children, parents, or other pedestrians who frequent the streets could have been in the path of this accident. In fact, Monday prior to my accident, while walking our dogs, we observed a near miss at the intersection of Middlesex and the Parkway as a result of a driver not stopping at the stop sign on Middlesex, one in which we and our dogs could have easily been victims.
I am keeping a log of such occurrences and will certainly follow-up with the hotline on this reported concern. If you have any suggestions on how I might follow-up further, I would certainly welcome your feedback. I would also appreciate any help you might be able to give in regards to making our neighborhood a safer place for travel by foot, bike, and auto.