# EXHIBIT 121

| | | |
|---|---|---|
| **Carmen J Menza/BPD** | To | E District Supervisors, |
| 07/20/2015 01:04 PM | cc | Kimberly L Beaty/BPD@BuffaloPoliceDept |
| | bcc | |
| | Subject | Fw: Traffic Enforcement Details |

Can the day Lieutenants please fill this detail daily. 5 hours one Officer, the hours can be flexible. The Officers will be held accountable and traffic summons will be expected with a detail report reflecting daily stats. Please let the Officers what will be expected when calling in the overtime. Thanks Carmen
----- Forwarded by Carmen J Menza/BPD on 07/20/2015 12:58 PM -----



| | | |
|---|---|---|
| **Kimberly L Beaty/BPD** | | |
| 07/20/2015 12:13 PM | To | Thomas J Moran/BPD@BuffaloPoliceDept, Brian K Patterson/BPD@BuffaloPoliceDept, Aaron V Young/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Carmen J Menza/BPD@BuffaloPoliceDept, |
| | cc | Daniel Derenda/BPD@BuffaloPoliceDept |
| | Subject | Fw: Traffic Enforcement Details |

Chiefs'

Effective immediately, each district will conduct a traffic enforcement detail, 7 days a week to address numerous enforcement complaints throughout the city.

The detail will operate five (5) hours per day, each day of the week.

Total of 35 hours per week.

This detail will be scheduled everyday until the end of September 2015.

Officers are required to file a detail car report, with stats and list the enforcement location/action on each.

The code for these details will be 710.

DPC Beaty

COB022527

0001