# EXHIBIT 122

| | |
|---|---|
| **From:** | Aaron V Young/BPD |
| **Sent:** | 3/27/2017 3:22:13 PM |
| **To:** | Daniel Derenda/BPD |
| **CC:** | Byron C Lockwood/BPD |
| **Subject:** | SRO/Housing/Strikeforce Weekly Chief's Report |

Commissioners:

**Weekly Schedule:**

**Monday - Friday 0800 - 1600hrs**

**School Resource Unit:**

School resource Officers reported an increase in fights in violent behavior at a large number of Schools, police assistance was needed at several schools that normally don't have
issues related to violence. The Principal at school 45 did file a CPS report in relation to possible child endangerment incident. According to the Principal, the Assistant Principal
did intervene with a student having behavioral issues, during this encounter the Assistant Principal did restrain the student to prevent harm to others. As the student was being evaluated
by the school nurse a small bruise was discovered on the students arm which initiated the Principal to contact CPS. School Resource did respond to investigate and review video of
this incident. No police action was taken due to this being in the performance of his duties as administrator to prevent injuries to other student and ensure the safety of his school
building. Burgard High School did report a large gang fight in the Schools cafeteria possibly between members of Central Park and OTC. Upon an investigation by Burgard security and
School Resource it was determined that the fight was in response to facebook comments over a group of female students. No arrest were made from this incident, however, the school did
issue formal suspensions to all involved. SRO's have been advised to monitor this situation along with school security for any possible retaliation. MST will be having a new Principal assigned to the school as the former administrator has resigned his position. The SR unit will be working with this new Principal to bring him up to date on the gang situation currently in
MST and the problems at dismissal.

**Housing/Strikeforce Unit:**

Strikeforce continues to conduct targeted patrols in the hotspot crime areas throughout the five Districts. The primary areas are locations were the latest shootings and shots fired have been taking place. Safety checkpoints continue to be
implemented within the five Districts as a proactive violence prevention strategy. During several checkpoints SF Officers have
been able to conduct field interviews of several gang members who were occupants of vehicles. SF has also been assisting with patrols in the Towne Gardens apartments where the
BFL gang has a major footprint in this area. Housing continues to operate daily details in both the Langfield and Schaefer Village Housing units. The resident tenant council has reported
an issue at 279 Perry with students from the BPS Alternative school loitering inside the building smoking marijuana and drinking alcohol, before and after school. SRO's have began doing
routine checks at this location and also school security has been asked to assist with making sure students are leaving the area around the school at dismissal. Housing CPO C. Macy
is in the process of planning the Housing units annual bicycle giveaway which will take place at both the Langfield and Perry Housing units.

Respectfully Forwarded

Chief Aaron Young