# EXHIBIT 123

| | |
|---|---|
| **From:** | Aaron V Young/BPD |
| **Sent:** | 12/13/2016 3:46:52 PM |
| **To:** | Daniel Derenda/BPD |
| **CC:** | Byron C Lockwood/BPD |
| **Subject:** | Weekly Chief's Report |

**Work Schedule:**
Monday - Friday: 0800 -1600hrs

**School Resource:**
School Resource officers continued to schedule and conduct school look-down safety drills at the various schools throughout the BPS district. There were also several incidents in which SRO's conducted arrest for
assaults and violation drug possession at two of the High Schools. Principals have also reported an increase in students/non-students attempting to trespass at their buildings. Officers have increased visibility where
reports of this have been occurring. Officers have also continued to monitor with stationary details the problem corners at Kensington/Fillmore and E. Delavan/Grider. With the addition of two more "specials" being placed
at MST, most of the major gang incidents have decreased. I'm in the process of starting a mentoring group with the AP of Burgard HS due to the incidents involving younger CP gang members. SRO's will be involved in
having weekly mediation sessions with students the school deems as being at-risk, these sessions may also involve members of the Stop The Violence Coalition.

**Strikeforce/Housing:**
The Strikeforce Unit continues to target the areas where most of the recent shootings have taken place and areas where intelligence states there are ongoing gang feuds. Targeted patrols and checkpoints to gather
intelligence are being implemented in both the C/E GIVE hotspots. Strikeforce Officers assisted Amherst PD with a robbery arrest at Berkshire/Bailey and did recover an AK-47 from a vehicle involved. Housing continues to maintain the daily detail in the
Langfield/Kenfield Housing units. Officers reported no serious incidents within these units over this reporting week.

Respectfully Submitted
Chief Aaron Young