# EXHIBIT 125

| | |
|---|---|
| **From:** | Aaron V Young/BPD |
| **Sent:** | 4/25/2017 12:33:24 PM |
| **To:** | Daniel Derenda/BPD |
| **CC:** | Byron C Lockwood/BPD |
| **Subject:** | SRO/Housing/SF Weekly Chief's Report |

Commissioners

**Weekly Schedule:**

**Monday - Friday: 0800 - 1600**

**School Resource Unit:**

School Resource Officers continued to focus on the most problematic and 911 service requested Schools. This week MST seemed to experience the most incidents of gang and normal student
vs student issues. There were also several incidents of female students reporting being approached and inappropriately addressed and harassed by people in vehicles. An Olmstead student did report to school officials and Police that while at E. Ferry/Jefferson, an unknown male did expose himself to her as she was at the NFTA bus stop. SRO"s did immediately put out a description of
this individual and BPS officials did put out a stranger danger alert to parents of BPS students. There were no serious issues reported at this months Buffalo School Board Meeting. Some Elementary School Principals have reported an increase of irate parents showing up at
different schools causing issues with staff due to student issues.

**Housing/Strikeforce:**

The Housing Unit continued to focus on the BMHA properties experiencing the highest increase of violence and issues, which are Langfield and Schafer Village. The unit continues to run daily fixed details at both of these units as well as when manpower permits extra patrols within these developments. LBJ tenants have reported an increase in trespassing within the units, of family members
of legal tenants, who are causing problems in the towers due to drug sales and some incidents of violence. Strikeforce details have patrolled the most violent hotspots citywide with patrols and safety checkpoints at various areas. The C and E GIVE areas have demanded the most attention due to the recent shootings and homicides within these areas. Several weapons were recovered from individuals and vehicles during traffic stop and field interviews.

Respectfully Submitted

Chief Aaron Young