# EXHIBIT 126

Philip M Serafini/BPD

07/05/2016 09:09 PM

To   George P McLean/BPD@BuffaloPoliceDept, Michael P Quinn/BPD@BuffaloPoliceDept, David E Wilcox/BPD@BuffaloPoliceDept, Thomas R

cc   Aaron V Young/BPD@BuffaloPoliceDept

bcc

Subject   Strike Froce Daytime Detail

Lieutenants,

Effective immediately, the manpower has increased for the Strike Force Daytime Detail. It will now comprise of 6 P.O.'s and 2 Lieutenants from 1130-1530hrs, daily. If we can only fill it with 1 Lieutenant, then another P.O. can be called in. Below are a few things to keep in mind:

DPC Lockwood wants results with this increased Daytime Detail. All officers should be made aware of this, and of what is expected of them. In the past the officers assigned to the Daytime Detail have always yielded good results and we all expect this to continue into the future.

DPC Lockwood also wants 2 traffic checkpoints run during the Daytime Detail, one of them at approximately 12;00 noon. As you all have done in the past, the checkpoint locations should be conducted in and around recent areas of violence. For example, if there was a shooting during the previous night at Broadway/ Filmore, then a traffic checkpoint should be conducted in that vicinity.

A separate Strike Force Daytime Detail report shall be filed every day by the Lieutenant who works the Detail. This report will include the stats from the Strike Force Daytime Detail car crews only. It should also include the names of person(s) arrested and their charges. You will still compile all of the stats for the entire day (daytime detail and regular shift) on the nightly report.

If there are any questions or comments please let me know. Thank you all for your good work and cooperation.

Captain Serafini

COB040949

COB040949