# EXHIBIT 127

**From:**    Philip M Serafini/BPD
**Sent:**    5/10/2017 8:18:50 PM
**To:**    Byron C Lockwood/BPD
**CC:**    Aaron V Young/BPD@BuffaloPoliceDept
**Subject:**    Re: Fw: Shooting Map

Commissioner,

We will target our patrol and traffic safety checkpoints to the hot spot areas.

Respectfully,

Captain Serafini

COB237180