# EXHIBIT 131

**From:**      Patrick A Roberts/BPD
**Sent:**      4/12/2014 7:27:54 PM
**To:**        Daniel Derenda/BPD
**Subject:**   Saturday checkpoint

Sir, due to extremely limited manpower on today's SF unit, I am electing to move the checkpoint area to Perry St later on tonight. My thinking is that some individuals who mean to do others harm and generally run afoul of the law, go to the Casino just down the street. I will utilize Housing Unit officers to assist in this capacity and will command over the checkpoint personally. Respectfully, Capt Patrick Roberts

**0001**

COB634845