# EXHIBIT 132

Message

| | |
|---|---|
| **From:** | Matthew M Wrona [mmwrona@bpdny.org] |
| **Sent:** | 9/3/2015 2:40:43 PM |
| **To:** | Joseph A Gramaglia [jagramaglia@bpdny.org] |
| **CC:** | Daniel Derenda [dderenda@bpdny.org]; Anthony J Barba [ajbarba@bpdny.org]; jamie.giammaresi@dcjs.state.ny.us |
| **Subject:** | Re: Fw: robberies in the 2 sector of D district |
| **Attachments:** | ATTEG2RH.pdf; HertelAveViolentCrime.pdf |

Captain
    My apologies.....apparently I didn't look at the title before sending.   Here is the corrected version.


ATTEG2RH.pdf

Matthew Wrona
Crime / GIS Analyst
Erie Crime Analysis Center
Buffalo Police Department
74 Franklin St.   Buffalo, NY 14202
(716) 851-4452 - Office
(716) 851-4963 - Fax


**Joseph A Gramaglia/BPD**
09/03/2015 10:34 AM

To Matthew M Wrona/BPD@BuffaloPoliceDept,
cc
Subject Re: Fw: robberies in the 2 sector of D district


That's good.   Thanks. Your form says "Broadway/ Playter area violent crime though.   In case you were wondering.


Captain Joseph A. Gramaglia
Investigative Services-
Homicide/ Sex Offense Squad
Buffalo Police Department
74 Franklin St
Buffalo, NY 14202
716-851-4137 Office
716-553-9072 Cell
716-851-4090 Fax
jagramaglia@bpdny.org

**0001**

**Matthew M Wrona/BPD**

09/03/2015 10:09 AM

To Joseph A Gramaglia/BPD@BuffaloPoliceDept,

cc jamie.giammaresi@dcjs.state.ny.us

Subject Fw: robberies in the 2 sector of D district

Captain,
    The attached PDF is what I gave the Commissioner yesterday.   Do you need anything else?


HertelAveViolent...

Matthew Wrona
Crime / GIS Analyst
Erie Crime Analysis Center
Buffalo Police Department
74 Franklin St.   Buffalo, NY 14202
(716) 851-4452 - Office
(716) 851-4963 - Fax

----- Forwarded by Matthew M Wrona/BPD on 09/03/2015 10:08 AM -----

**James P Giammaresi/BPD**

09/03/2015 09:32 AM

To Matthew M Wrona/BPD@BuffaloPoliceDept,

cc

Subject Fw: robberies in the 2 sector of D district

----- Forwarded by James P Giammaresi/BPD on 09/03/2015 09:31 AM -----

**Joseph A Gramaglia/BPD**

09/02/2015 09:33 AM

To James P Giammaresi/BPD@BuffaloPoliceDept,

cc

Subject robberies in the 2 sector of D district

Jamie,
I was told that you are plotting out the robberies in the 2 sector of D district.   Can you please forward that to me when you complete it.   Thanks.

Captain Joseph A. Gramaglia
Investigative Services-
Homicide/ Sex Offense Squad
Buffalo Police Department
74 Franklin St
Buffalo, NY 14202

**0002**

716-851-4137 Office
716-553-9072 Cell
716-851-4090 Fax
jagramaglia@bpdny.org

0003

COB459969