# EXHIBIT 133

| Patrick A Roberts/BPD | To | David E Wilcox/BPD@BuffaloPoliceDept, Thomas R Whelan/BPD@BuffaloPoliceDept, George P McLean/BPD@BuffaloPoliceDept, Daniel A |
|---|---|---|
| 07/02/2013 11:55 PM | cc | |
| | bcc | |
| | Subject | Fw: Discretionary O.T. |

----- Forwarded by Patrick A Roberts/BPD on 07/02/2013 11:54 PM -----

## P-73  BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO: Daniel Derenda<br>Commissioner of Police | DATE: 07/02/2013 11:41:17 PM |
|---|---|
| FROM: Patrick A Roberts<br>Captain Housing Unit | SUBJECT: Discretionary O.T. |

Attn:   Kevin Brinkworth, Chief Housing Unit/Strike Force

Sir:

   It is my wish that you please consider the following.  Last year during the Strike Force that I commanded over, you allotted (112) hours of discretionary o.t. per pay to be utilized as I best saw fit to.  This was in addition to the twice per pay period full platoon road checks.  It is my request that you reinstitute this a.s.a.p.  It was hugely successful in terms of addressing many of the problems that face the citizens of Buffalo.  The bulk of the overtime was spent during the daytime hours of 1200-1600.  It was particularly effective in that it disrupted the traffic patterns and movements of many of the city's most dangerous individuals and caused them to re-think their next criminal move.  The use of roadblocks with the zero tolerance has greatly effected the way actions are performed by these individuals and it is my belief that bringing back the additional overtime funds would assist the Strike Force in even further dampening the efforts of these would-be criminals.
   It should further be noted that the State Police are historically not as available in the summer and that ECSD is contributing one two officer car.  Although appreciated, the numbers of officers are down from last year's of up to (3) ECSD cars along with a Sgt. and as many NYSP.  The officers are highly motivated and have patiently waited for the new fiscal year in the hope that help (in the form of O.T,) would be on the way.  Thank you for your consideration.

Respectfully submitted,

Captain Patrick Roberts

COB040392

0001

COB040393

0002