# Exhibit 134

# Filed Under Seal

# Exhibit 134

# Filed Under Seal