# EXHIBIT 135

| | | | |
|---|---|---|---|
| Thomas R Whelan/BPD<br>06/24/2014 10:29 PM | | To | Patrick A Roberts/BPD@BuffaloPoliceDept, |
| | | cc | Daniel A Burke/BPD@BuffaloPoliceDept, David E Wilcox/BPD@BuffaloPoliceDept, George P McLean/BPD@BuffaloPoliceDept |
| | | bcc | |
| | | Subject | Re: Fw: A new Strike Force Daily Report has been submitted. |

Sir,

As I was out of the country when your original email regarding overtime issues was sent I did not have an opportunity to provide any input until now. I do not think your efforts to secure the overtime details that we have executed in the past has gone unnoticed or unappreciated as your email implies. The core of supervision understands the immense task and undertaking that these efforts consume. This is not to say that there doesn't exist some of lesser experience that do not understand the efforts being put forth by you to secure these overtime details.

Additionally it has been made public the dissatisfaction of our failure to fill recent overtime details. Unfortunately the officers eligible to work the overtime were unable to fill the vacancies due to prior personal commitments. Since we only utilize the Strike Force & Housing manpower this leaves a very limited pool of officers to draw from especially when taking into consideration the fact that there are 4 less officers assigned to Strike Force than there was a year ago and 2 less housing officers, vacancies that were never filled. We were very successful last year running the long details from 1200-2200, this not only provided a larger pool of officers to fill some of the earlier hours but also provided additional hours to run a second checkpoint, surprise the criminal element when they were not expecting aggressive patrol and allowed us to best utilize all our available equipment.

If the Commissioner is concerned with the numbers as stated below then he needs only to look at the man hours utilized to deliver last years results versus the man hours being currently utilized. Last year we had full platoons and we were supplemented by the continuous support of the NYSP and ECSO from our inception, I have yet to see a Sheriff's Dept car and the Troopers are intermittent at best. We also were able to utilize 200 hours of detail overtime each pay period to great effect with regards to mission accomplishment. This number was greatly magnified with the introduction of an additional 800 hours of overtime each pay period utilized from Thur-Sunday during the summer months, this additional manpower enabled us to greatly boost our operational numbers.

I do not see overtime as having anything to do with morale. Instead it is a tool to expand the units capabilities being performed by Officers that have proven to be efficient in their duties. I think everyone here appreciates the efforts and is willing to work the hours to deliver the results but that doesn't mean that every officer wants to be here for every overtime tour.

Respectfully,
Lt Whelan

| Patrick A Roberts | Patrick A Roberts/BPD | | 06/23/2014 10:11:38 AM |
|---|---|---|---|
| **Patrick A Roberts/BPD**<br>06/23/2014 10:11 AM | | To | Daniel A Burke/BPD, Thomas R Whelan/BPD, David E Wilcox/BPD, George P McLean/BPD, |
| | | cc | |
| | | Subject | Fw: A new Strike Force Daily Report has been submitted. |

Just fyi....do with info what you wish...I cannot control morale with endless o.t. and none

COB040616

0001

of u have responded to my email about same.

Sent from Lotus Traveler

Daniel Derenda --- Fw: A new Strike Force Daily Report has been submitted. ---

| | |
|---|---|
| From: | "Daniel Derenda" <dderenda@bpdny.org> |
| To: | "Patrick A Roberts" <paroberts@bpdny.org> |
| Date: | Mon, Jun 23, 2014 9:33 AM |
| Subject: | Fw: A new Strike Force Daily Report has been submitted. |

numbers have not been good . Are we doing road blocks ?I need Officers to stay in target area. If they leave I need to know why

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 06/23/2014 09:32 AM -----

| | | |
|---|---|---|
| **BPD Administrator/BPD** | | |
| | To | Brian S Strobele/BPD@BuffaloPoliceDept, Daniel Derenda/BPD@BuffaloPoliceDept, Dennis J Richards/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Charles H Tomaszewski/BPD@BuffaloPoliceDept, Brenda M Callahan/BPD@BuffaloPoliceDept, Carl A Lundin/BPD@BuffaloPoliceDept, Cedric R Holloway/BPD@BuffaloPoliceDept, Daniel A Barrett/BPD@BuffaloPoliceDept, Daniel F Rinaldo/BPD@BuffaloPoliceDept, David M Lillis/BPD@BuffaloPoliceDept, Gary E Teague/BPD@BuffaloPoliceDept, Harvey M Frankel/BPD@BuffaloPoliceDept, James P Dunham/BPD@BuffaloPoliceDept, John F McGrath/BPD@BuffaloPoliceDept, Nicholas A Mourgas/BPD@BuffaloPoliceDept, Steven M Turner/BPD@BuffaloPoliceDept, Timothy Mulhern/BPD@BuffaloPoliceDept, James P Giammaresi/BPD@BuffaloPoliceDept, Jeffrey M Giallella/BPD@BuffaloPoliceDept, Joseph A Gramaglia/BPD@BuffaloPoliceDept, Kevin J Brinkworth/BPD@BuffaloPoliceDept, Margaret G |
| 06/23/2014 01:23 AM | | |

COB040617

0002

|    |                                                                          |
|----|--------------------------------------------------------------------------|
| cc | Overdorf/BPD@BuffaloPoliceDept, Patrick A Roberts/BPD@BuffaloPoliceDept, |
| Subject | A new Strike Force Daily Report has been submitted.                  |

Please, do not reply to this document. If you need to forward this to someone, use the "Forward" action button.

Click on the link below to review the document.

( Link | Notes Link )

0003

COB040618