# EXHIBIT 136

|  |  |
|---|---|
| Patrick A Roberts/BPD | To  Daniel Derenda/BPD@BuffaloPoliceDept, |
| 06/03/2014 04:43 PM | cc |
|  | bcc |
|  | Subject  Re: Fw: A new Strike Force Daily Report has been submitted. |

No excuses. I will speak with Lt. I worked this past weekend as part of some of the increased patrols which you authorized. I believe they were very effective in suppressing crime. There was no shots fired, persons shot, nor armed robberies reported during the times that we worked. Better staffing at checkpoints was the key, I believe. Let me know if you agree and would recommend that we duplicate the efforts (with increased manpower) this weekend or any other time. Respectfully, Capt Patrick Roberts

| Daniel Derenda | Daniel Derenda/BPD | 06/03/2014 09:40:05 AM |
|---|---|---|



Daniel Derenda/BPD
06/03/2014 09:40 AM

To  Patrick A Roberts/BPD@BuffaloPoliceDept,
cc

Subject  Fw: A new Strike Force Daily Report has been submitted.

very low numbers

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 06/03/2014 09:39 AM -----



BPD Administrator/BPD
06/03/2014 01:02 AM

To  Brian S Strobele/BPD@BuffaloPoliceDept, Daniel Derenda/BPD@BuffaloPoliceDept, Dennis J Richards/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Charles H Tomaszewski/BPD@BuffaloPoliceDept, Brenda M Callahan/BPD@BuffaloPoliceDept, Carl A Lundin/BPD@BuffaloPoliceDept, Cedric R Holloway/BPD@BuffaloPoliceDept, Daniel A Barrett/BPD@BuffaloPoliceDept, Daniel F Rinaldo/BPD@BuffaloPoliceDept, David M Lillis/BPD@BuffaloPoliceDept, Gary E Teague/BPD@BuffaloPoliceDept, Harvey M Frankel/BPD@BuffaloPoliceDept, James P Dunham/BPD@BuffaloPoliceDept, John F McGrath/BPD@BuffaloPoliceDept, Nicholas A Mourgas/BPD@BuffaloPoliceDept, Steven M Turner/BPD@BuffaloPoliceDept, Timothy Mulhern/BPD@BuffaloPoliceDept, James P Giammaresi/BPD@BuffaloPoliceDept, Jeffrey M Giallella/BPD@BuffaloPoliceDept, Joseph A Gramaglia/BPD@BuffaloPoliceDept, Kevin J Brinkworth/BPD@BuffaloPoliceDept, Margaret G Overdorf/BPD@BuffaloPoliceDept, Patrick A Roberts/BPD@BuffaloPoliceDept,

cc

COB056123

0001



Subject   A new Strike Force Daily Report has been submitted.

Please, do not reply to this document. If you need to forward this to someone, use the "Forward" action button.

Click on the link below to review the document.



COB056124

0002