# EXHIBIT 137

| | | |
|---|---|---|
| **Philip M Serafini/BPD** | To | Byron C Lockwood/BPD@BuffaloPoliceDept, |
| 06/06/2017 03:53 PM | cc | Aaron V Young/BPD@BuffaloPoliceDept |
| | bcc | |
| | Subject | Re: Fw: Shooting Map - Revised |

Commissioner and Chief,

Thank you Sir. We will address the new hot spots and tailor our traffic safety checkpoint to those areas.


Respectfully,

Captain Serafini
Housing/ Strike Force

COB041717

0001