# EXHIBIT 138

| | |
|---|---|
| **From:** | Aaron V Young/BPD |
| **Sent:** | 11/8/2016 7:19:05 PM |
| **To:** | Daniel Derenda/BPD |
| **CC:** | Byron C Lockwood/BPD |
| **Subject:** | Chief's Weekly Report |

**Work Schedule:**
Monday - Friday: 0800 - 1600hrs

**School Resource:**
School Resource officers have continued to maintain a constant presence at the most problematic schools within the BPS district. During this weeks reporting period SRO's did respond to several schools for narcotics complaints involving found drugs and students under the influence of drugs. School #37 did request school resource after finding a large amount of suspected narcotics in the auditorium area of the school, Staff
reported that the drugs may have been left during the after-school program period of the day. Due to this incident the BPD K-9 unit was requested and a search of the entire building was performed at a later date, this subsequent search uncovered no additional drugs in the building. SRO's did also respond to Hutch Tech HS, after receiving information that a student had been approached while enroute to school. The Hutch Tech
student reported to school administration that a middle aged gentleman did make obscene comments to her while walking with a group of other students. This student had no additional information for officers about this
individual and was advised to call 911 if this occurs again, School resource and B-District have ordered officers to monitor the area this incident occurred.

**Housing/Strikeforce:**
The Housing unit continued to run daily fixed details and patrols in the Langfield/Kenfield and Schaffer Village housing units. Officers did conduct numerous traffic stops and field interviews within these units in order to
gather any pertinent gang intelligence from individuals frequenting these units. Strikeforce units have focused patrols and checkpoints within the shooting hotspots of C and E Districts. One weapon was recovered during
this reporting period. The targeted patrol areas have been the 31 gang territory and Central Park due to recent shootings within these areas and the on going gang feud between these two groups. Strikeforce also assisted at JBW stadium for the LL football championships, which in the past have been known to have numerous gang fights within the crowd,

Respectfully Submitted
Chief Aaron Young