# EXHIBIT 141

| | | |
|---|---|---|
| **Philip M Serafini/BPD**<br>08/24/2016 03:25 PM | To<br>cc<br>bcc<br>Subject | George P McLean/BPD@BuffaloPoliceDept, Michael P Quinn/BPD@BuffaloPoliceDept, David E Wilcox/BPD@BuffaloPoliceDept, Thomas R<br><br><br>Fw: 311 Police Issue Service Request 1000593829 |

Lieutenants,

FYI

----- Forwarded by Philip M Serafini/BPD on 08/24/2016 03:24 PM -----



| | | |
|---|---|---|
| **Joseph A Gramaglia/BPD**<br>08/23/2016 05:04 PM | To<br><br><br><br><br><br><br>cc<br>Subject | Christopher S Kochersberger/BPD, Douglas H Kopp/BPD, Amber Beyer/BPD, Robert S Joyce/BPD, David K Daniels/BPD, Michael A Delong/BPD, Steve P Schulz/BPD, Shawn M Dowell/BPD, Michael R Walker/BPD, Scott A Blesy/BPD, Jeffrey M Giallella/BPD, Jeanan A Sharpe/BPD, Joseph J Szafranski/BPD, Michael J Farley/BPD, Mark A Swaggard/BPD,<br>William D Cusella/BPD, Philip M Serafini/BPD<br>Fwd: 311 Police Issue Service Request 1000593829 |

This 311 request was also sent to traffic and strike force for radar patrols if they have the manpower.

Chief Joseph A. Gramaglia
B District
Buffalo Police Department
695 Main St
Buffalo, NY 14202
716.851.4518 Office
716.553.9072 Cell
716.851.5139 fax
Jagramaglia@bpdny.org

Begin forwarded message:

**From:** "Karen C Thomas" <kcthomas@bpdny.org>
**Date:** August 23, 2016 at 17:01:16 EDT
**To:** "Joseph A Gramaglia" <jagramaglia@bpdny.org>,"Robert S Joyce" <rsjoyce@bpdny.org>, "Joseph J Szafranski" <jjszafranski@bpdny.org>,"Jeanan A Sharpe" <jasharpe@bpdny.org>, "C District Supervisors" <QyBEaXN0cmljdCBTdXBlcnZpc29ycw==@lnt.noninternet.sub>, "Leonetta M Russell" <lmrussell@bpdny.org>,"Andrew J Shea" <AJShea@bpdny.org>
**Subject: Fw: 311 Police Issue Service Request 1000593829**

B/C Districts - Patrol requested.

COB018645

0001

Karen C. Thomas
Secretary to the Police Commissioner
Buffalo Police Department
74 Franklin Street, Room 216
Buffalo, NY 14202
716-851-4571 (Phone)
716-851-4081 (Facsimile)

----- Forwarded by Karen C Thomas/BPD on 08/23/2016 05:00 PM -----

<311@city-buffalo.com>
08/23/2016 02:20 PM

To <kcthomas@bpdny.org>,
cc
Subject 311 Police Issue Service Request 1000593829

```
Associated Property's Details:
-------------------------------
INTERSECTION E North St, Jefferson Ave
, USA

Case Details:
-------------
Case ID: 1000593829
Classification: Buffalo Police Department>>Police>>Police Issue
(Req_Serv)
Title: BPD Police Issue
Associated With: Intersection of E North St and Jefferson Ave,
Buffalo, NY
SLA: 9/6/16
Allocation: Buffalo Police Department
Status: Opened
Priority: 3
Severity: 3
Created: 8/23/16 [qmcclain]
Mayor's Tour of Block Clubs Request?: No
Clean Sweep Request?: No
Notification Letters Required?: No
Further Description: on Jefferson between North and High cars are
constantly speeding. please patrol the area

Case was reported by:
---------------------
```

COB018646

0002

```
(case's associated party details unavailable)
By: Telephone on 8/23/16

Inquiries come from the telephone, walk-ins, Council, or the web.
 If after reviewing this inquiry,
you believe that it does not pertain to your Department you need
to forward it to rkreutinger@city-buffalo.com immediately.
```

COB018647

**0003**