# EXHIBIT 144

| | | |
|---|---|---|
| Thomas R Whelan/BPD<br>05/10/2016 12:48 AM | To | Daniel Derenda/BPD@BuffaloPoliceDept, |
| | cc | Kevin J Brinkworth/BPD@BuffaloPoliceDept, Philip M Serafini/BPD@BuffaloPoliceDept |
| | bcc | |
| | Subject | Proposed Strike Force Detail |

Sir,
    In recent weeks there has been an up swing in violent crime through out the city with over 20 shootings some of them fatal. With warmer weather patterns forecast for the coming weeks I would propose the reinstatement of the Strike Force details to supplement the regular manpower in an effort to saturate an area with a focus on suppressing the gang activity which leads to violent acts affecting the citizens of Buffalo. In addition some of the allotted overtime would be used during daytime hours in an effort to switch tactics to keep the most violent criminals guessing as to where our officers would be conducting police business through the implementation of multiple daily checkpoints. We have used this tactic with great success in the past intercepting the movement of illegal narcotics and guns.

    In the past, and when fiscal shortfalls have necessitated, the Strike Force has used discretionary overtime to achieve these goals in the following manner: One Lt and six officers for five hour segments a total of (6) times per pay period. Four of the details would be run during the MP-2 shift to provide visibility through V/T checkpoints and area saturation, especially during early afternoon hours. With the approaching warm weather we typically see an increase of daytime violence, especially as the school year draws to a close.

    The other two would run during later evening hours to supplement regular MP-4 officers to provide greater presence through high visibility checkpoints. Officers would continue to develop the valuable intelligence which has led to search warrants generated by both Narcotics and the Intelligence Squad. These warrants continue to produce recoveries of narcotics and handguns in great quantities. The officers would use the balance of time to focus on car stops and street corners as well.

    I realize that some or all of this may not be possible but I continue request that this proposal be given consideration as the officers would continue to make the best use possible of the allotted hours in an effort to reach the goals that the Commissioner of Police has set forth.

Respectfully submitted,
Lieutenant Thomas Whelan