# EXHIBIT 145

| | | |
|---|---|---|
| **Philip M Serafini/BPD** | To | George P McLean/BPD@BuffaloPoliceDept, Michael P Quinn/BPD@BuffaloPoliceDept, Thomas R Whelan/BPD@BuffaloPoliceDept, |
| 02/07/2017 03:26 PM | cc | Aaron V Young/BPD@BuffaloPoliceDept |
| | bcc | |
| | Subject | Town Gardens |

Strike Force Lieutenants,

The Mayor and DPC Lockwood had a meeting yesterday with the people from Town Gardens in relation to all of the criminal activity that is taking place there. Subsequently, the Chief and DPC want the Stike Force officers to concentrate on this area. This includes enforcing V & T, conducting traffic checkpoints in this area, and a general disrupting of criminal activity. We should also be gathering intelligence and this should be noted on the daily report. Please stress the importance of this to your officers and gain their support. This could benefit all of us. I anticipate the problems within this area may lead to us setting up a detail wheareas we may receive some overtime in the future. Thank you for your cooperation and if there are any questions or comments please let me know.

Captain Serafini

COB041693

0001