# EXHIBIT 146

| | |
|---|---|
| **From:** | Aaron V Young/BPD |
| **Sent:** | 7/24/2017 3:13:56 PM |
| **To:** | Daniel Derenda/BPD |
| **CC:** | Byron C Lockwood/BPD |
| **Subject:** | SRO/Housing/SF Weekly Chief's Report |

Commissioner's
Weekly Schedule:
Monday - Friday: 0800 - 1600hrs
School Resource Unit:
School Resource Officers focused this week on BPS High Schools that were holding Summer School sessions, which begin this week. Each of the following
schools Burgard, McKinley, Bennett, East and MST will have students attending at each for the Summer. The largest population of students will be attending
McKinley HS due to this being the site for out of district students to attend. SRO's have been assigned to McKinley for arrival and dismissals but also to monitor
the halls when available. On the first day of instruction Officers did do a walk through with School administration to speak with each class and address school rules
and expectations. The Burgard HS summer session is being held at School #59 which is located near MLK Park. With the different gang issues in this area one SRO
is being assigned to the building any issues that may arise. Due to the weather affecting attendance at some of the splash pads and pools, no major issues have been
reported at any of the locations.
Housing/Strikeforce:
The Housing Unit continued to run focused patrols in both the Langfield/Schafer Housing units to address both violent crime and quality of life issues in each. No major
issues have been reported from either, however officers have noticed an influx of youth and potential gang members from Weston/Easton congregating in the common
areas of the Langfields. These individuals are being interviewed for any gang pedigree then dispersed when appropriate.
Housing Officers did have to respond for
several incidents within the Donovan Drive apartments stemming from weekend long parties at this location. Strikeforce continued to address hotspot crime areas in
all five districts conducting periodic safety checks in each along with joint patrols.
Respectfully Submitted
Chief Aaron Young