# EXHIBIT 148

**From:** Aaron V Young/BPD
**Sent:** 2/20/2017 3:59:20 PM
**To:** Daniel Derenda/BPD
**CC:** Byron C Lockwood/BPD
**Subject:** Weekly Chief's Report

**Weekly Schedule:**
Monday - Friday
0800 - 1600hrs

**School Resource:**
SRO's responded to several violent fight calls throughout the week at numerous schools. One of the most consistent schools for calls for service is MST, this school is becoming a major gang hub for some of the
well known and organized gangs. Although there are two off-duty Officers in the building on a daily basis, students continue to fight amongst each other during school hours and at times continue at dismissal with
non students from within the community. I will be setting up a meeting with school administration in regards to these issues of violence to come up with a strategy to address. With the addition of extra E District cars
in the area surrounding Burgard HS, there were no reported fights at dismissal during this reporting week. This was the last week of the regular season for BPS basketball, beginning Tuesday 2/21, sectional playoffs
start for participating schools. Games will be played at various sites within the BPS, school resource has no concerns leading up to the games, however an Officer will be placed at different sites to assist security
personnel. BPD K-9 did conduct a building search this week at Maritime Charter School and Olmstead. Following the mid-winter break, several more schools have been scheduled for lockdowns and searches.

**Strikeforce/Housing:**
The Housing Unit has continued with targeted patrols in the Langfield and Schaefer Housing units. Officers targeted known units in these developments where residents have complained about crime and quality of life
issues. E District and Housing did respond to a non- life threatening shooting at the intersection of Langfield/Suffolk. The victim states while at this intersection an unknown male did fire several shots at victim striking
victim in lower leg. Housing unit Officers in the area did not hear any shots fired near this location. Housing officers continued with walk-ups at 279 Perry, where there have been numerous complaints of drug dealers
hanging in the stairwells and laundry room at this building. Strikeforce continued to deploy units to the Towne Gardens housing complex to target the various criminal complaints in these units. Due to several shootings
over the weekend Strikeforce will target the known gang members in these areas while conducting safety checkpoints and increased patrols.

Respectfully Forwarded
Chief Aaron Young