# EXHIBIT 151

**Philip M Serafini/BPD**
06/15/2017 04:08 PM

To George P McLean/BPD@BuffaloPoliceDept, Michael P Quinn/BPD@BuffaloPoliceDept, Lance R Russo/BPD@BuffaloPoliceDept, Brian S
cc Joseph A Gramaglia/BPD@BuffaloPoliceDept, Aaron V Young/BPD@BuffaloPoliceDept
bcc
Subject Fw: Seniot builidng at Trenton and Hudson area

Lieutenants,

Can we have the Strike Force occasionally conduct one of their traffic safety checkpoints in this area? Our Housing officers make daily arrests in this area and I think an occasional SF checkpoint would be very successful. Thank you for your cooperation.

Captain Serafini

----- Forwarded by Philip M Serafini/BPD on 06/15/2017 04:05 PM -----

**Joseph A Gramaglia/BPD**
06/15/2017 03:35 PM

To B District Supervisors, Philip M Serafini/BPD@BuffaloPoliceDept,
cc Douglas H Kopp/BPD@BuffaloPoliceDept, Sean T Obrien/BPD@BuffaloPoliceDept
Subject Seniot builidng at Trenton and Hudson area

I received a call from the manager of the senior building on Trenton regarding the drug dealing on the lower west side, Busti/ Hudson/ Tranton area. She says that it has gotten much worse and the security guards (work for retired BPD Ben Crespo) have been threatened as well. Please add this area to your patrols and have the 80 cars spend some time down there. Strike Force and Housing have been added to this along with Narcotics. The store is also an issue. She is asking for some help for her senior residents.

Thank you for your help.


Chief Joseph A. Gramaglia, MPA
B District
Buffalo Police Department
695 Main St
Buffalo, NY 14202
716-851-4518 Office
716-553-9072 Cell
716-851-5139 Fax
jagramaglia@bpdny.org

COB018380

0001