# EXHIBIT 154

# Buffalo Police Department
## Roadblock Directive

| Date: | Command | Roadblock # |
|---|---|---|
| | | |

**Roadblock:**

| Location | |
|---|---|
| Time | |
| Commanding Officer | |

## The purpose of this roadblock is to ensure "roadway safety". Officers assigned to this roadblock must:

- Make the roadblock obvious. Overhead flashing lights must be activated on all vehicles taking part in the roadblock.
- The roadblock must not be unreasonably intrusive to the motorists.
- Set the roadblock up in a way that minimizes the possibility of avoiding it.
- Conduct a traffic stop on any vehicle that attempts to avoid the roadblock (Officers may ask the driver for a license and registration and why he or she attempted to avoid the roadblock).
- Check all drivers and passengers for seatbelts.
- Check all vehicles for valid registration stickers.
- Check all vehicles for valid inspection stickers.
- Act on any and all probable cause resulting from information obtained from the mobile plate reader or from "plain view" observations.
- Write summons for all who are in violation of any of the above or other NYS Vehicle & Traffic laws.
- The roadblock must begin and end at the above stated times.
- All Officers assigned to the roadblock must be given a copy of this directive prior to the setup of said roadblock.

**Directive issued by:**

Signed _____ Date_____

COB060320

0001