# EXHIBIT 155

| | | |
|---|---|---|
| **David E Wilcox/BPD**<br>05/30/2014 05:33 PM | To<br>cc<br>bcc<br>Subject | Patrick A Roberts/BPD@BuffaloPoliceDept, Daniel A Burke/BPD@BuffaloPoliceDept, Thomas R Whelan/BPD@BuffaloPoliceDept, Brian S<br><br><br>P-31 |

Sir:

     After a quick perusing of the new P-31, I am of the opinion that this was made by someone who doesn't work the streets or impound vehicles.  The "mandatory" vehicle inventory that mandates listing "ALL" items in a vehicle is not reasonable.  Strike Force impounds more cars than any unit in the city.  Officers would be spending an inordinate amount of time listing ALL items that are contained in some of these vehicles.  The wording on this form needs to be reviewed.  As it stands, I would understand how officers would allow the vehicle to be taken by the owner or family member rather than itemize a mobile living center.  This form is a deterrent for any officer that would have cause to impound a vehicle.  Further, the idea that a supervisor would be needed at each impound to sign off on the impound is irrational.  I would not sign a P-31 that opens myself to any liability unless I did the inventory myself.
     This form will greatly reduce the impound numbers that everyone has come to expect.  Less impounds equates to less revenue.  This isn't something I am advocating, but common sense suggests that officers are not going to spend their tour filling out this form. (My unit impounds multiple cars every shift)  I understand the need for an updated P-31, but believe the officers on the street  should have had some input before this was implemented.
     Thank you for your time and consideration in this matter.  I would hope that the leadership might consider these concerns and take a moment to revise the form and the responsibility of the officer filling out the form and that of the supervisor signing said form.


Respectfully,
                                                                                                                Lt. David Wilcox

COB027566

0001                                        COB027566