# EXHIBIT 156

48°

BUFFALO (CHANGE)  >  | MAY 8, 2025



# Buffalo Police Strike Force being disbanded

BY SPECTRUM NEWS STAFF | BUFFALO
PUBLISHED 9:27 PM ET FEB. 09, 2018

In the midst of an investigation by the Attorney General's Office, the Buffalo Police Strike force is being disbanded.

The fifteen members of the division will be reallocated to the traffic division and be put to work throughout the city.

Lieutenant Jeff Rinaldo did not comment on whether the move is related to the Attorney General's investigation but said the change is tied to ongoing changes under new Commissioner Byron Lockwood.

0001

48°

BUFFALO (CHANGE)  >  |  MAY 8, 2025

and allow them to engage more with the community in their day-to-day roles.

According to Rinaldo, police checkpoints throughout the city are expected to continue.

---

YOU MIGHT ALSO LIKE



2:10

EDUCATION

### Some New Yorkers concerned as involuntary collection of student loan payments in default resumes

WESTERN NEW YORK | 3 DAYS AGO