# EXHIBIT 161

| | |
|---|---|
| **From:** | Brian K Patterson |
| **Sent:** | Tuesday, February 14, 2012 10:51 AM |
| **To:** | James T Dee; Thomas R Whelan; Sean T Obrien; John D Rieman; Timothy D Ring; Timothy S Downs; Robert V Rosenswie; Christopher S Kochersberger; Barbara A Lark; Marilyn C Wisniewski; Douglas H Kopp; Michael P Quinn |
| **Subject:** | detail reports and activity |

Lieutenants,

Instruct officers working OT details and chiefs cars to show some activity in the boxes marked VTL Summons, PVB Tags etc.  All our hard work is lost  when I cannot show activity.  A parking tag shows that an officer was there and did something.  We must be able to show that to keep our OT levels where they are.  Its more about working smart to show activity.

0001

COB406079