# EXHIBIT 162

| | | | |
|---|---|---|---|
| **Patrick A Roberts/BPD**<br>04/12/2013 10:34 PM | | To | David E Wilcox/BPD@BuffaloPoliceDept, |
| | | cc | Daniel A Burke/BPD@BuffaloPoliceDept, George P McLean/BPD@BuffaloPoliceDept, Thomas R Whelan/BPD@BuffaloPoliceDept |
| | | bcc | |
| | | Subject | Re: Updates on some stuff |

Sounds very good.  I asked Commish for items that schools could not provide.  Hopefullly there are some on reserve.  You are all doing great and morale seems high.  It can only get better with additional manpower and equipment.  Make sure O.T. details generate good numbers and do separate checkpoint sheets for each location.  Add all numbers to report at the end of the night.  Sheriff's started today and will be here Tues through Sat. (2) officers in the S411 car.  I did procure additional fobs and the 64 keys will be here Monday.  Please keep track of them.  Capt Roberts
David E Wilcox/BPD

| | | | |
|---|---|---|---|
| **David E Wilcox/BPD**<br>04/12/2013 05:25 PM | | To | Patrick A Roberts/BPD@BuffaloPoliceDept, Thomas R Whelan/BPD@BuffaloPoliceDept, Daniel A Burke/BPD@BuffaloPoliceDept, George P McLean/BPD@BuffaloPoliceDept |
| | | cc | |
| | | Subject | Updates on some stuff |

Guys,

   Just a few things for the coming week.

1)  I emailed John Sheedy at the garage and asked if he could get our cars updated with the new gas system.  Asked him to contact the Captain with a response.  This avoids having gas keys made for the cars that are missing them.

2) Talked to James Vogel at Time Warner.  He is going to come in after 3:30 one day next week and run cable to the back offices.  I left him Dan and Tom's info.  His number is 558-8453.

3)  The Housing IT guy (Ken) 855-6711  EXT 210 is coming buy to finish some work in the back hall and our offices.  He is going to connect a color printer in our back hall between the two offices.  He will label is Strike Force Lt.'s in your print drop down box.  He is also going to try to have some outlets added in the hall(s) so we can connect a few other items. (I am bringing in a water cooler I'll leave between the offices)

4) We put together a couple new Court Books for the Strike Force.  They are labeled and cover the next two months.  Each has 31 labeled dividers for the days of the month.  This should make filing a bit easier.  It would be nice if this was done by Monica.

5) I would like to see at LEAST one other car fitted with a plate reader.  These are great tools for the troops and allows for them to work in teams.

Any suggestions or ideas to make this the best place in the department are welcome........

                                                                                                                              Be Safe,

COB053652

0001

Dave

**0002**

COB053653