# EXHIBIT 163

| | | |
|---|---|---|
| Aaron V Young/BPD | To | C District Supervisors, |
| 07/20/2015 12:51 PM | cc | Robert V Rosenswie/BPD@BuffaloPoliceDept |
| | bcc | |
| | Subject | 80/81 Cars |

Lt's

The 80 cars have been doing a better with their detail reports, however, can you just remind them to hit the SEND button upon completion of the reports. Also, make sure to let them know that within their tours, tags, summonses and City ordinances should be written as well. Constant zero's in these categories are not acceptable. Thanks.

COB052637

0001