# EXHIBIT 164

| | | |
|---|---|---|
| **Aaron V Young/BPD** | To | Kimberly L Beaty/BPD@BuffaloPoliceDept, |
| 09/18/2015 09:45 AM | cc | |
| | bcc | |
| | Subject | Fw: Various OT Details in C-district |

----- Forwarded by Aaron V Young/BPD on 09/18/2015 09:45 AM -----

| | | |
|---|---|---|
| **Randall W Ammerman/BPD** | To | C District Supervisors, |
| 09/17/2015 03:34 PM | cc | |
| | Subject | Various OT Details in C-district |

Lt's

Just to clarify and hopefully make your lives easier, the following is a list of current overtime details in the District and the expectations of each:

**Traffic Detail #1** from 1400-1900- 1 officer **Daily -** Covers the area of **Broadway between Bailey and Fillmore** including the side streets off Broadway. Officers are expected to write numerous summonses. They have been doing a great job up to this point, just want that production to continue.

**Traffic Detail #2** from 1700-2200 -1 officer **Daily -** Covers the area of **Broadway between Jefferson and Fillmore** including the side streets off Broadway. Officers are expected to write numerous summonses. They have been doing a great job up to this point, just want that production to continue.

**High Visibility Detail** From 1700-2200 - 2 officers **Daily -** Covers the area of the East Ferry corridor, defined as the area bordered by Ferry to the North, Genesee to the South, Bailey to the East and Grider to the West. The mission of this detail is to deter the recent spike in violent crime in this area. We ask that officers conduct vehicle stops and issue summonses justifying the stop as well as gather any gang intelligence from interactions with subjects in the area. A detail report is required and we ask that officers document as many names, DOB's and addresses of contacts made.

**GIVE Grant Detail** From 1800-2200 - 2 officer detail **Fridays and Saturdays** only. - Covers the area bordered by Genesee to the North, West Shore to the South, Bailey to the West and the city line to the East. The Officers have been doing a fantastic job to date. I just ask for continued diligence. A few notes though, I ask that officers try to gather more names DOB's and addresses from the people they contact. I also ask that they give us some numbers as far as writing paper (summonses.tags.city ordinances) I don't expect a ton of paper but a few each shift will keep the higher ups happy. Please let the officers know that the decrease in the frequency of this detail has nothing to do with their efforts. This grant is a year long project and we need to budget our monies appropriately. As the weather gets colder the frequency will decrease. Going forward I would like to document all the abandoned houses in the GIVE area with a notation of whether they need to be secured. I will then enlist the City's clean and seal team to board them up. Each day of the grant I will forward the detail LT. a list of 3-4 streets that I will ask the officers to note the addresses of the abandoned buildings.

Thank you all for the great work you do.


Captain. Randall Ammerman
Buffalo Police Dept.

C-District
693 E. Ferry Buffalo NY 14211
(716 )851-4412

COB052710

**0002**