# EXHIBIT 167

| | | | |
|---|---|---|---|
| Patrick A Roberts/BPD | | To | Daniel Derenda/BPD@BuffaloPoliceDept, |
| 05/01/2013 04:31 PM | | cc | |
| | | bcc | |
| | | Subject | Re: Fw: A new Strike Force Daily Report has been submitted. |

This was a call in by Chief to address daytime concerns on Goodyear.  Somebody tried to sell him weed the other day.  No S.P. or E.C.S.D. were on detail.
Daniel Derenda/BPD



| | | | |
|---|---|---|---|
| Daniel Derenda/BPD | | To | Patrick A Roberts/BPD@BuffaloPoliceDept |
| 05/01/2013 11:00 AM | | cc | |
| | | Subject | Fw: A new Strike Force Daily Report has been submitted. |

numbers are not very good. State Police and Sheriffs are they not showing up ?

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 05/01/2013 10:59 AM -----



| | | | |
|---|---|---|---|
| BPD Administrator/BPD | | To | Brian S Strobele/BPD@BuffaloPoliceDept, Daniel Derenda/BPD@BuffaloPoliceDept, Dennis J Richards/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Charles H Tomaszewski/BPD@BuffaloPoliceDept, Brenda M Callahan/BPD@BuffaloPoliceDept, Daniel A Barrett/BPD@BuffaloPoliceDept, Daniel F Rinaldo/BPD@BuffaloPoliceDept, David M Lillis/BPD@BuffaloPoliceDept, Harvey M Frankel/BPD@BuffaloPoliceDept, James P Lonergan/BPD@BuffaloPoliceDept, John F McGrath/BPD@BuffaloPoliceDept, Steven M Turner/BPD@BuffaloPoliceDept, Timothy Mulhern/BPD@BuffaloPoliceDept, James P Giammaresi/BPD@BuffaloPoliceDept, Jeffrey M Giallella/BPD@BuffaloPoliceDept, Kevin J Brinkworth/BPD@BuffaloPoliceDept, Margaret G Overdorf/BPD@BuffaloPoliceDept, Michael J McCarthy/BPD@BuffaloPoliceDept, Patrick A Roberts/BPD@BuffaloPoliceDept, |
| 04/30/2013 03:42 PM | | cc | |
| | | Subject | A new Strike Force Daily Report has been submitted. |

COB056243

0001

Please, do not reply to this document. If you need to forward this to someone, use the "Forward" action button.

Click on the link below to review the document.



COB056244

0002