# EXHIBIT 168

 **Daniel Derenda/BPD**
04/23/2013 09:08 AM

To   Patrick A Roberts/BPD@BuffaloPoliceDept,
cc
bcc
Subject   Fw: A new Strike Force Daily Report has been submitted.

low numbers, all zeros for LT ????

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 04/23/2013 09:08 AM -----

 **BPD Administrator/BPD**
04/23/2013 02:21 AM

To   Brian S Strobele/BPD@BuffaloPoliceDept, Daniel Derenda/BPD@BuffaloPoliceDept, Dennis J Richards/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Charles H Tomaszewski/BPD@BuffaloPoliceDept, Brenda M Callahan/BPD@BuffaloPoliceDept, Daniel A Barrett/BPD@BuffaloPoliceDept, Daniel F Rinaldo/BPD@BuffaloPoliceDept, David M Lillis/BPD@BuffaloPoliceDept, Harvey M Frankel/BPD@BuffaloPoliceDept, James P Lonergan/BPD@BuffaloPoliceDept, John F McGrath/BPD@BuffaloPoliceDept, Steven M Turner/BPD@BuffaloPoliceDept, Timothy Mulhern/BPD@BuffaloPoliceDept, James P Giammaresi/BPD@BuffaloPoliceDept, Jeffrey M Giallella/BPD@BuffaloPoliceDept, Kevin J Brinkworth/BPD@BuffaloPoliceDept, Margaret G Overdorf/BPD@BuffaloPoliceDept, Michael J McCarthy/BPD@BuffaloPoliceDept, Patrick A Roberts/BPD@BuffaloPoliceDept,
cc
Subject   A new Strike Force Daily Report has been submitted.

Please, do not reply to this document. If you need to forward this to someone, use the "Forward" action button.

Click on the link below to review the document.



COB056484

0001