# EXHIBIT 169

**From:** Daniel Derenda/BPD
**Sent:** 12/13/2016 6:05:29 PM
**To:** Thomas J Moran/BPD
**Subject:** Fw: A District Traffic Detail

2 V&T unacceptable

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 12/13/2016 01:05 PM -----

**Maureen M Wojtanik/BPD**
12/13/2016 12:57 PM

To    Daniel Derenda/BPD@BuffaloPoliceDept,

cc

Subject    A District Traffic Detail


ad traff dtl 121316-12132016125605.pdf

Respectfully forwarded