# EXHIBIT 170

| | | |
|---|---|---|
| **Patrick A Roberts/BPD** <br> 07/09/2013 12:26 AM | To <br> cc <br> bcc <br> Subject | Charles H Tomaszewski/BPD@BuffaloPoliceDept, <br> <br> <br> Housing schedule |

Sir, I realize that I have not posted a schedule for patrols and did wish to speak to you further on the matter. I am aware that Chief Barba was displeased with our performance in his district and we have really stepped our presence in his main (3) units. They are Shaffer VIllage, Jasper Parish, and Lasalle. They honestly take up the bulk of our time and our numbers generated within are there for all to see on the reports. The only remaining projects of any size are Donovan Drive (performed checkpoint there today), Ken/Langfield(neglected recently due to efforts on behalf of Chief Barba) Perry (A District) and Lakeview. I will send out a schedule if necessary but it would be the same everyday. We have (4) cars most days to patrol the (7) main units and we do move around if one or more are slow. Thanks for your consideration sir. Capt Roberts