# EXHIBIT 171

| | | |
|---|---|---|
| **David E Wilcox/BPD**<br>03/10/2016 03:44 PM | To | Daniel Derenda/BPD@BuffaloPoliceDept, |
| | cc | Thomas R Whelan/BPD@BuffaloPoliceDept, Michael P Quinn/BPD@BuffaloPoliceDept, George P McLean/BPD@BuffaloPoliceDept, Kevin J |
| | bcc | |
| | Subject | Re: 2015 Strike Force totals |

Sir:

    I have just reviewed the stats and will share with the officers of Strike Force.  I am proud of the numbers produced by our unit and believe we will continue to respond to every challenge.  I hope you and the rest of the administration feel we have maintained a high standard.  The supervisors assigned to Strike Force have strived to keep our unit focused and productive.  As we complete our third year, I believe our numbers speak for themselves.  Thank you for your continued support and confidence.

    Respectfully,
Lt. Dave Wilcox

COB041081

0001