# EXHIBIT 172

| | | |
|---|---|---|
| Philip M Serafini/BPD | To | Aaron V Young/BPD@BuffaloPoliceDept, |
| 03/07/2017 04:36 PM | cc | George P McLean/BPD@BuffaloPoliceDept, Michael P Quinn/BPD@BuffaloPoliceDept, Lance R Russo/BPD@BuffaloPoliceDept, Brian S |
| | bcc | |
| | Subject | Housing/Strike Force Stats/ change in form |

Chief,

I wanted to let you know that I have been in contact with people at HQ concerning the 2016 yearly statistical totals of both the Strike Force and Housing Units. In the past I have received an email from the Commissioners office with the yearly statistical totals. When I recently requested the 2016 stats I was told that they have not been compiling them for the year 2016. So after much discussion with Tracy Dean from MIS, she is going to request that the Strike Force Daily Reports contain a running year to date total for the calendar year. This would consist of adding an extra column on the far right of the Strike Force Daily Report. Of course, this still leaves us without any totals for 2016. The only way to compile these stats for 2016 is for me to go through all 365 Daily Reports from 2016 and to add up all of the categories. I will start this next week, but it will take me a long time to complete. I will do it a little at a time until completed.

These yearly statistics are an important barometer to help the department understand the amount of good work both the Housing and Strike Force Units are performing. As you know, our yearly statistics for both units have increased in every category since 2013. This is due to the dedication and hard work of our Lieutenants and officers.

Additionally, when we print the Housing and Strike Force Daily Reports, the 3 columns on the right are cut off and do not print. I have discussed fixing this with Tracy Dean and a George Sibert from City Hall (PCI Support Services) in 2015, but neither of them could figure out a way to print the entire sheet including all of the columns.

Respectfully,

Captain Serafini

COB042199

0001