# EXHIBIT 173

| | | | |
|---|---|---|---|
| Joseph A Gramaglia/BPD | | To | Aaron V Young/BPD@BuffaloPoliceDept, |
| 06/15/2018 11:51 AM | | cc | |
| | | bcc | |
| | | Subject | Great work |

Chief,
Outstanding work by PO Walters.  Thank you.


Joseph A. Gramaglia, MPA
Deputy Police Commissioner
Administration and Finance
Buffalo Police Department
74 Franklin St
Buffalo, NY 14202
716.851.4526 Office
716.553.9072 Cell
716.851.5179 Fax
 jagramaglia@bpdny.org
----- Forwarded by Joseph A Gramaglia/BPD on 06/15/2018 11:51 AM -----

# Supervisor Duty Report
## Buffalo Police Department

To: Commissioner
    Deputy Commissioners
    Chiefs

From: Captain/Lieutenant: Richard Bonarek/BPD

| District | Tour | # of Lieutenants on Duty | # of Lieutenants on OT. |
|---|---|---|---|
| TR | 1530-0130 | 2 | 1 |
| Day | Date | Vehicle # | Radio Call # |
| FRI | 06/14/2018 | 148/MC | T-104/T-105 |
| # Of Cars in Service | # Of Officers On Duty | # of Officers On Overtime | # Of Officers On Post |
| 20.5 | 20.5 | 15 | 20.5 |
| Personnel Reported Sick | | | |
| Name | Time | MP# | |
| | | | |
| Personnel Returned From Sick | | | |
| Name | Time | MP# | |

0001

| Duties |
|---|
| ☒ 1 Informed on coming personnel of all pertinent E-Mail messages and other information needed to perform their duties. |
| ☒ 2 Checked and inspected platoon for proper appearance and equipment. |
| ☒ 3 Ensure that officers inspect assigned departmental vehicles for damages and cleanliness before and after shift. |
| ☒ 4 Monitored cad system and ensure that all car crews comply with department policy and voiceless dispatch. |
| ☒ 5 Responded to all serious crimes or incidents. |

**Major Crime Scenes Responded to:**

**Major Accidents:**

| Request Made for Call Out Notification For Special Units |
|---|
| Unit: |
| Purpose: |
| Injured Officer's) |
|  |
| Remarks: |
| 1 PO ON 1/2 PL. 1600 HRS. 2 PO'S TO CANAL SIDE CONCERT. 1600 HRS. 2 PO'S TO CRITERIUM BIKE RACES. 1800 HRS 4 PO'S TO C.C.F. - BISONS GAME. 1700 HRS. 1730 HRS 2 PO'S TO K.M.H. - BPO CONCERT. 1700 HRS. 8 PO'S & 2 LT'S TO CORPORATE CHALLENGE.  PO J. WALTER ISSUED 38 SUMMONS ON THE WEST SIDE; NIAGARA ST AREA. |
|  |
| * This is not an all-inclusive list of responsibilities of a District Lieutenant |