# EXHIBIT 174

| | | |
|---|---|---|
| **Joseph A Gramaglia/BPD** | To | Aaron V Young/BPD@BuffaloPoliceDept, |
| 11/09/2018 11:55 AM | cc | |
| | bcc | |
| | Subject | Traffic |

History:  🔁 This message has been forwarded.

Chief,
All of these officers detailed throughout the city and 3 tickets written. They are a traffic unit that enforces traffic laws, they are not city ordinance enforcers. Officers can and should certainly enforce city ordinance violations however, that is not the primary focus of the Traffic Division nor is Parking tickets. Again, within their duties but not their primary focus. They are to enforce Vehicle and Traffic laws focusing on moving violation enforcement (speeding, red lights, stop signs, etc) through the issuance of tickets. PO Obrien had no activity in CAD meaning he started his shift and ended his shift with nothing logged. I also searched TRACS and don't see any tickets issued by Traffic. I also cant find any tickets in Tracs that were written.


Joseph A. Gramaglia, MPA
Deputy Police Commissioner
Operations/ Homeland Security
Buffalo Police Department
68 Court St
Buffalo, NY 14202
716.851.4526 Office
716.553.9072 Cell
716.851.5179 Fax
jagramaglia@bpdny.org

*****************************************
Confidentiality Notice:
This electronic mail transmission is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents or this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message. Thank you for your cooperation.
----- Forwarded by Joseph A Gramaglia/BPD on 11/09/2018 10:23 AM -----

## Supervisor Duty Report
### Buffalo Police Department

**To: Commissioner**
    **Deputy Commissioners**
    **Chiefs**

**From: Captain/Lieutenant:** Jeffrey M Giallella/BPD

COB052690

0001

| District | Tour | # of Lieutenants on Duty | # of Lieutenants on OT. |
|---|---|---|---|
| TR | 1530-0130 | 2 | 0 |
| Day | Date | Vehicle # | Radio Call # |
| Thursday | 11/08/2018 | 644 | T105 |
| # Of Cars in Service | # Of Officers On Duty | # of Officers On Overtime | # Of Officers On Post |
| 6 | 6 | 0 | 0 |
| Personnel Reported Sick ||||

| Name | Time | MP# | |
|---|---|---|---|
|  |  |  |  |

Personnel Returned From Sick

| Name | Time | MP# | |
|---|---|---|---|
|  |  |  |  |

Duties

☒ 1  Informed on coming personnel of all pertinent E-Mail messages and other information needed to perform their duties.
☒ 2  Checked and inspected platoon for proper appearance and equipment.
☒ 3  Ensure that officers inspect assigned departmental vehicles for damages and cleanliness before and after shift.
☒ 4  Monitored cad system and ensure that all car crews comply with department policy and voiceless dispatch.
☒ 5  Responded to all serious crimes or incidents.

Major Crime Scenes Responded to:

Major Accidents:

Request Made for Call Out Notification For Special Units

Unit:

Purpose:

Injured Officer's)

Remarks:

Briefing Training; Manual of Procedures chapter 2; 2.1 Powers of the Buffalo Police Department
  Traffic had no special details or assignments this tour
   Officers were assigned to Traffic enforcement patrols throughout city and also assigned designated areas for enfocement
 Officers Brautlacht and Clemons Monitor Hoyt and Parkdale detail , 198/Parkside area , and A-District
 Officers Paolucci and Harrington Monitor Niagara and Crowley detail , Notified Radio of Signal outage, investigated an accident
 Colvin between Tacoma and Hertel, speed complaint and enforcement (1600-1700) during bus drop off hours and Monitor D-District including Hertel Business District
 Officers OBrien and Kaska  monitor canal side , C-District, and E-District, Deerfield from Sussex to Litchfield
  3 V&T summons issued and 16 City Ordinances and 1 parking tag this tour

COB052691

* This is not an all-inclusive list of responsibilities of a District Lieutenant

0003

COB052692