# EXHIBIT 175

| | | |
|---|---|---|
| Aaron V Young/BPD | To | Jeffrey M Giallella/BPD@BuffaloPoliceDept, |
| 11/07/2018 02:46 PM | cc | William D Cusella/BPD@BuffaloPoliceDept |
| | bcc | |
| | Subject | Fw: Supervisor report |

Lieutenant,

Please see the email below and complete a P-73 as directed. Thank you.
----- Forwarded by Aaron V Young/BPD on 11/07/2018 02:41 PM -----

| | | |
|---|---|---|
| Joseph A Gramaglia/BPD | | |
| 11/07/2018 02:19 PM | To | Aaron V Young/BPD@BuffaloPoliceDept |
| | cc | |
| | Subject | Supervisor report |

Chief,

Report lays out what everyone did and where they were placed but only 1 officer, Lopez, did any traffic enforcement. I looked at the CAD from yesterday afternoon and for some reason, Lopez and Barkor were assigned to the midnight platoon, Walters and Skipper, Dave Rodriguez were the only ones logged into CAD for the afternoon shift.  No one else was logged in the CAD.  Every officer is expected to be logged into the CAD and logged in for service.  Out of the above officers, only Walters/ Skipper and Lopez had any activity or called out on activity.  Barkor and Rodriguez had ZERO activity, stops or anything.

PO Oneill / PO Quinn-Higgins Monitor Canal side ,& A-District
PO Rodriguez Monitor Hoyt and Parkdale & Grant and Amherst Business District, B& D-District
PO Barker, Monitor Outer Harbor &, E-District

What did the above officers do on their shift?  They were not logged into the CAD and therefore couldn't have called out on anything.  The LT should complete a P73 as to where these officers were and why they weren't logged into the CAD completed any activity.  The P73 should be sent to Capt. Cusella, you and up to me and Commissioner.

Every officer in Traffic is to be properly logged into the CAD for their respective shift (Lopez and Barkor were logged in on MP1 0000-1000 hrs) incorrectly.  Every officer is to call out on every location that they are (race, standing post, car stop, etc).  All activity is to be monitored by the LT's, Captain and yourself.


Joseph A. Gramaglia, MPA
Deputy Police Commissioner
Operations/ Homeland Security
Buffalo Police Department
68 Court St
Buffalo, NY 14202
716.851.4526 Office
716.553.9072 Cell
716.851.5179 Fax
 jagramaglia@bpdny.org

***************************************

Confidentiality Notice:
This electronic mail transmission is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents or this information is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message. Thank you for your cooperation.
----- Forwarded by Joseph A Gramaglia/BPD on 11/07/2018 02:05 PM -----

# Supervisor Duty Report
## Buffalo Police Department

**To: Commissioner**
     **Deputy Commissioners**
     **Chiefs**

**From: Captain/Lieutenant:** Jeffrey M Giallella/BPD

| District | Tour | # of Lieutenants on Duty | # of Lieutenants on OT. |
|---|---|---|---|
| TR | 1530-0130 | 1 | 1 |
| Day | Date | Vehicle # | Radio Call # |
| Tuesday | 11/06/2018 | 644 | T105 |
| # Of Cars in Service | # Of Officers On Duty | # of Officers On Overtime | # Of Officers On Post |
| 7 | 7 | 0 | 2 Teachers desk |

| Personnel Reported Sick ||||
|---|---|---|---|
| Name | Time | MP# | |
|  |  |  |  |

| Personnel Returned From Sick ||||
|---|---|---|---|
| Name | Time | MP# | |
|  |  |  |  |

**Duties**

☒ 1 Informed on coming personnel of all pertinent E-Mail messages and other information needed to perform their duties.
☒ 2 Checked and inspected platoon for proper appearance and equipment.
☒ 3 Ensure that officers inspect assigned departmental vehicles for damages and cleanliness before and after shift.
☒ 4 Monitored cad system and ensure that all car crews comply with department policy and voiceless dispatch.
☒ 5 Responded to all serious crimes or incidents.

**Major Crime Scenes Responded to:**

**Major Accidents:**

**Request Made for Call Out Notification For Special Units**

COB052662

0002

| |
|---|
| Unit: |
| Purpose: |
| Injured Officer's) |
| |
| Remarks: |
| Briefing Training; Manual of Procedures Chapter 1 Section 9.1 Legal affairs<br> Traffic was assigned to Teachers desk detail 1430-1700 MP4 Officers Lopez and Barker releaved MP2<br> Traffic was assigned to enforcment and patrol and assigned areas of concentration to focus on during tour<br>PO Lopez Monitor Hoyt & Parkdale between Forest and W.Ferry , Cdistrict<br>PO Walters/Skipper Monitor Niagara between Crowley and Ontario near George Washington Park, 198/Parkside area D-District<br>PO Oneill / PO Quinn-Higgins Monitor Canal side ,& A-District<br>PO Rodriguez Monitor Hoyt and Parkdale & Grant and Amherst Business District, B& D-District<br>PO Barker, Monitor Outer Harbor &, E-District<br><br>POs Walters and Skipper did come across a pedestrian struck by a car, A female was pinned under vehicle trapped when Officers arrived, Officers radioed for assistance and with assistance of civilians in area freed woman from under vehicle by lifting car . Woman was given CPR at scene by ADI and transported in critical condition. Officers assidted investigation by Amherst PD. Oustanding job by Officers Walters and Skipper possibly saving womans life.<br>9 V&T Summons during tour<br><br>PO Rick Lopez operating plate reader identified a stolen vehicle NY REG HKG9569 , 1 arrest , vehicle was wanted for larceny of construction equipment in A-District and Lackawanna<br> 1 felony arrest 1 misdemeanor , 23 VTM, 16 V&T 2 City Ordinance, 2 tags 3 Impounds |
| |
| * This is not an all-inclusive list of responsibilities of a District Lieutenant |

COB052663