# EXHIBIT 176

William D Cusella/BPD

08/06/2019 08:18 PM

To  Darren D Exum/BPD@BuffaloPoliceDept, Michael R
Sullivan/BPD@BuffaloPoliceDept, Kenneth
Agee/BPD@BuffaloPoliceDept, Peter C

cc  Aaron V Young/BPD@BuffaloPoliceDept

bcc

Subject  Fw: Lt. Sullivan/ Giallella

Lieutenants,
    Please advise all Officers under your command regarding the necessity of adhering to all departmental
regulations relating to radio procedure and calling out for traffic stops, assistance to citizens and any and
all other required activity, Please take extra time with the newly assigned Officers and note this activity on
the Supervisor's reports.
    Please make every effort to acclimate newly assigned Officers to the duties required in the Traffic
Bureau and record all such training on the Supervisor Report.
    Please be diligent in checking that the Officers are monitoring traffic violations in their assigned areas
and at the appropriate times.
    Please make contact with event organizers well in advance of every event, and allot an appropriate
amount of time for yourselves and the Officers, to determine the appropriate method for ensuring public
safety and directing well run and orderly events. Please note the time spent in preparing for future events
by both Lieutenants, motorcycle operators and Officers on the Supervisor Report.
    Please make a complete description of all activity during each tour of duty on the Supervisor's Report.
    Thank you.

William D. Cusella
Captain, Traffic Bureau
Buffalo Police Department
1345 Bailey Avenue
Buffalo,N.Y.14206
716-866-0032
----- Forwarded by William D Cusella/BPD on 08/06/2019 08:04 PM -----

Aaron V Young/BPD

08/06/2019 03:02 PM

To  Jeffrey M Giallella/BPD@BuffaloPoliceDept, Michael R
Sullivan/BPD@BuffaloPoliceDept

cc  William D Cusella/BPD@BuffaloPoliceDept

Subject  Fw: Lt. Sullivan/ Giallella

Lieutenant's,
Please address with your Officer's.
----- Forwarded by Aaron V Young/BPD on 08/06/2019 03:00 PM -----

Joseph A Gramaglia/BPD

08/06/2019 09:59 AM

To  Aaron V Young/BPD@BuffaloPoliceDept

cc

Subject  Lt. Sullivan/ Giallella

Chief,
Lt. Sullivan/ Giallella platoon hasn't had anyone write a ticket that I have found in quite some time.  This
needs to be addressed with them.  They have areas of responsibility they are assigned to and not a single
amount of activity. This shift, not a single traffic stop was called out by anyone except the radar members.

COB051545

This is unacceptable and must be addressed immediately.

Joseph A. Gramaglia, MPA
Deputy Police Commissioner
Operations/ Homeland Security
Buffalo Police Department
68 Court St
Buffalo, NY 14202
716.851.4526 Office
716.553.9072 Cell
716.851.5179 Fax
jagramaglia@bpdny.org

*****************************************
Confidentiality Notice:
This electronic mail transmission is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents or this information is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message. Thank you for your cooperation.
----- Forwarded by Joseph A Gramaglia/BPD on 08/06/2019 09:29 AM -----

# Supervisor Duty Report
## Buffalo Police Department

To: Commissioner
    Deputy Commissioners
    Chiefs

From: Captain/Lieutenant: Michael R Sullivan/BPD

| District | Tour | # of Lieutenants on Duty | # of Lieutenants on OT. |
|---|---|---|---|
| TR | 1530-0130 | 2 | |
| **Day** | **Date** | **Vehicle #** | **Radio Call #** |
| MONDAY | 08/05/2019 | 817 | T103 |
| **# Of Cars in Service** | **# Of Officers On Duty** | **# of Officers On Overtime** | **# Of Officers On Post** |
| 8 | 8 | 4 POs MOTORCYCLE SLOW ROLL 1730-2130 | 7 POs ( 6 MOTORCYCLE 1 CAR) SLOW ROLL 1730-2130 |
| Personnel Reported Sick | | | |
| Name | Time | MP# | |
| | | | |
| Personnel Returned From Sick | | | |
| | | | |

COB051546

| Name | Time | MP# | |
|------|------|-----|--|
| | | | |

| Duties |
|--------|
| ☒ 1  Informed on coming personnel of all pertinent **E-Mail messages** and other information needed to perform their duties. |
| ☒ 2  Checked and inspected platoon for proper appearance and equipment. |
| ☒ 3  Ensure that officers inspect assigned departmental vehicles for damages and cleanliness before and after shift. |
| ☒ 4  Monitored **cad system** and ensure that all car crews comply with department policy and voiceless dispatch. |
| ☒ 5  Responded to all serious crimes or incidents. |

**Major Crime Scenes Responded to:**

**Major Accidents:**

| Request Made for Call Out Notification For Special Units |
|--|

**Unit:**

**Purpose:**

| Injured Officer's) |
|--|

**Remarks:**

EASON,MICHAEL
T117

Slow Roll Carlton & Locust 1830
Monitor Niagara St between Peace Bridge and 198 overpass for V&T -Speed: T/E & T
Monitor Elmwood Ave between W Ferry & Allen for speed & V&T: T/E and T/C


BRAUTLACHT,KEVIN
T124

Monitor A-District Traffic Enforcement
Slow Roll Carlton & Locust 1830
Monitor Bailey Ave between Southside and Dingens for Speed; V&T ; T/E & T/C
Monitor Mckinely/Abbott for  V&T - Speed : T/E and T/C

PAOLUCCI,JOE
T128

Monitor D District Traffic Enforcement
Slow Roll Carlton & Locust 1830
Monitor 198/Parkside area for V&T : T/E and T/C
Monitor Grant and Amherst Business District for Speeders : T/E and T/C


KASKA,JOHN
T111

COB051547

Monitor A-District Traffic Enforcement
Monitor Warren Spahn Way (Cazenovia Park) for V&T- Speed : T/E and T/C
Monitor Clinton St between Bailey and City Line for Speed; V&T ; T/E & T/C


HARRINGTON,RAY
T110

Monitor C District Traffic Enforcement including GIVE Area
Slow Roll Carlton & Locust 1830
Monitor Howard between Fillmore & Jeffrson for V&T: T/E & T/C
Monitor Genesee St between Bailey and City Line for speed and other V&T


SCHERER,JAMES
T131

Monitor E District Traffic Enforcement including GIVE Area
Monitor Main St between Kensington and Hertel for Speed & V&T ; T/E and T/C
Monitor Mapleridge/Wyoming for Speed & Stop Sign violations : T/E and T/C

RADAR ENFORCEMENT

WALTERS, JOSEPH
T169
4 SUMMONS (2 SPEED)

SKIPPER, CHARLIE
T168
4 SUMMONS (1 SPEED)

**\* This is not an all-inclusive list of responsibilities of a District Lieutenant**

COB051548