# EXHIBIT 177



**Patrick A Roberts/BPD**
04/07/2014 11:08 AM

To Daniel Derenda/BPD,
cc
bcc
Subject Re: Fw: A new Strike Force Daily Report has been submitted.

No plate readers that work a huge problem. 7 guns since last Sunday. Can see violence picking up. Would love to meet on some issues.

Sent from Lotus Traveler

Daniel Derenda --- Re: Fw: A new Strike Force Daily Report has been submitted. ---

From: "Daniel Derenda" <dderenda@bpdny.org>
To: "Patrick A Roberts" <paroberts@bpdny.org>
Date: Mon, Apr 7, 2014 9:23 AM
Subject: Re: Fw: A new Strike Force Daily Report has been submitted.

one impound

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

Patrick A Roberts---04/04/2014 03:55:23 PM---Patrick A Roberts/BPD

**Patrick A Roberts/BPD**
04/04/2014 03:55 PM

To Daniel Derenda/BPD@BuffaloPoliceDept,
cc
Subject Re: Fw: A new Strike Force Daily Report has been submitted.(Link | Notes Link)

This seems to show 14 arrests and 69 vtl's. Let me know if this is the correct one Boss. Pat

Daniel Derenda---04/03/2014 09:40:51 AM---Daniel Derenda/BPD

**Daniel Derenda/BPD**
04/03/2014 09:40 AM

To Patrick A Roberts/BPD@BuffaloPoliceDept,
cc
Subject Fw: A new Strike Force Daily Report has been submitted.

low numbers

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St

COB056134

0001

Buffalo, NY 14202
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 04/03/2014 09:40 AM -----

**BPD Administrator/BPD**

To: Brian S Strobele/BPD@BuffaloPoliceDept, Daniel Derenda/BPD@BuffaloPoliceDept, Dennis J Richards/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Charles H Tomaszewski/BPD@BuffaloPoliceDept, Brenda M Callahan/BPD@BuffaloPoliceDept, Carl A Lundin/BPD@BuffaloPolice-Your data has been truncated.

04/03/2014 04:13 AM

COB056135

0002