# EXHIBIT 178



| | |
|---|---|
| **Daniel Derenda/BPD** | To  Patrick A Roberts/BPD@BuffaloPoliceDept, |
| 06/23/2014 09:33 AM | cc |
| | bcc |
| | Subject  Fw: A new Strike Force Daily Report has been submitted. |

History:  🔄 This message has been replied to and forwarded.

numbers have not been good . Are we doing road blocks ?I need Officers to stay in target area. If they leave I need to know why

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 06/23/2014 09:32 AM -----



| | |
|---|---|
| **BPD Administrator/BPD** | To  Brian S Strobele/BPD@BuffaloPoliceDept, Daniel Derenda/BPD@BuffaloPoliceDept, Dennis J Richards/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Charles H Tomaszewski/BPD@BuffaloPoliceDept, Brenda M Callahan/BPD@BuffaloPoliceDept, Carl A Lundin/BPD@BuffaloPoliceDept, Cedric R Holloway/BPD@BuffaloPoliceDept, Daniel A Barrett/BPD@BuffaloPoliceDept, Daniel F Rinaldo/BPD@BuffaloPoliceDept, David M Lillis/BPD@BuffaloPoliceDept, Gary E Teague/BPD@BuffaloPoliceDept, Harvey M Frankel/BPD@BuffaloPoliceDept, James P Dunham/BPD@BuffaloPoliceDept, John F McGrath/BPD@BuffaloPoliceDept, Nicholas A Mourgas/BPD@BuffaloPoliceDept, Steven M Turner/BPD@BuffaloPoliceDept, Timothy Mulhern/BPD@BuffaloPoliceDept, James P Giammaresi/BPD@BuffaloPoliceDept, Jeffrey M Giallella/BPD@BuffaloPoliceDept, Joseph A Gramaglia/BPD@BuffaloPoliceDept, Kevin J Brinkworth/BPD@BuffaloPoliceDept, Margaret G Overdorf/BPD@BuffaloPoliceDept, Patrick A Roberts/BPD@BuffaloPoliceDept, |
| 06/23/2014 01:23 AM | cc |
| | Subject  A new Strike Force Daily Report has been submitted. |

Please, do not reply to this document. If you need to forward this to someone, use the "Forward" action button.

Click on the link below to review the document.



0001