# EXHIBIT 179

| | | |
|---|---|---|
| **Patrick A Roberts/BPD** | To | Daniel Derenda/BPD@BuffaloPoliceDept, |
| 01/30/2013 10:35 PM | cc | Kevin J Brinkworth/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept |
| | bcc | |
| | Subject | Roadblock |

Sir, could you order and approve a Housing Unit Roadblock for Sat. 2/2/13? It is a double day and a good opportunity to generate numbers. I think it will be Langfield. Pat

COB063330

0001