# EXHIBIT 180

| | | |
|---|---|---|
| **Joseph M Panus/BPD** | To | Patrick A Roberts/BPD@BuffaloPoliceDept, |
| 10/09/2014 01:02 PM | cc | |
| | bcc | |
| | Subject | Re:Fw: Housing vehicles |

| History: | 🔁 This message has been replied to. |
|---|---|

Capt,
    I sent that email to others, I Copied you to keep you in the loop...

| Patrick A Roberts | **Patrick A Roberts/BPD** | 10/09/2014 12:54:54 PM |
|---|---|---|

| **Patrick A Roberts/BPD** | | |
|---|---|---|
| 10/09/2014 12:54 PM | To | Joseph M Panus/BPD, |
| | cc | |
| | Subject | Re:Fw: Housing vehicles |

Not aware.   Cars are useless without items though.   Officers need to write tickets each day.

Sent from Lotus Traveler

Joseph M Panus --- Fw: Housing vehicles ---

| From: | "Joseph M Panus" <jmpanus@bpdny.org> |
|---|---|
| To | "David D Alba" <ddalba@bpdny.org>, "Tracy A Dean" <tadean@bpdny.org>, "" <RAndrycha@bfdny.org> |
| Cc | "Mark Makowski" <mmakowski@bpdny.org>, "Patrick A Roberts" <paroberts@bpdny.org>, "Greg M Danieu" <GMDanieu@bpdny.org>, "Laurie A Fitzgerald" <lafitzgerald@bpdny.org>, "John W Stanchak" <jwstanchak@bpdny.org> |
| Date: | Thu, Oct 9, 2014 11:44 AM |
| Subject | Fw: Housing vehicles |

Any idea if this equipment available?
----- Forwarded by Joseph M Panus/BPD on 10/09/2014 11:41 AM -----

| **Patrick A Roberts/BPD** | | |
|---|---|---|
| 10/08/2014 10:36 PM | To | Joseph M Panus/BPD@BuffaloPoliceDept, |
| | cc | |
| | Subject | Housing vehicles |

COB056535

0001

Joe, the following vehicles assigned to the Housing Unit require some upgrades:

631 needs a printer installed.

634 needs a computer and a printer installed.

How do we get authorization to have this accomplished? Capt Roberts

COB056536

0002