# EXHIBIT 181

**Philip M Serafini/BPD**
01/01/2016 06:43 PM

To: Thomas R Whelan/BPD@BuffaloPoliceDept,
cc:
bcc:
Subject: Re: Strike Force training 1/10/16

Tom,

If you all want to go to the training that's fine as long as your people still get some stats. If you feel the stats will be adversely effected then only one platoon should attend.

COB042029

0001