# EXHIBIT 182

**Philip M Serafini/BPD**
03/12/2016 04:05 PM

To: George P McLean/BPD@BuffaloPoliceDept, Michael P Quinn/BPD@BuffaloPoliceDept, Lance R Russo/BPD@BuffaloPoliceDept, Brian S
cc: Kevin J Brinkworth/BPD@BuffaloPoliceDept
bcc:
Subject: Yearly comparison

Lieutenants,

I made up a spread sheet for the combined Housing and Strike Force yearly statistics. I have attached it below. It includes the 2013, 2014, and 2015 yearly totals. You can see that our stats have increased from year to year due to the fine work of you and your officers. The Chief and I thank you for all of your efforts.


HS SFAnnualStats.xlsx


Captain Serafini

COB042046

0001