# EXHIBIT 184

**David E Wilcox/BPD**
03/30/2015 10:50 AM

To: Patrick A Roberts/BPD@BuffaloPoliceDept, Kevin J Brinkworth/BPD@BuffaloPoliceDept, Daniel A Burke/BPD@BuffaloPoliceDept, Thomas R
cc:
bcc:
Subject: Traffic Violations

History: This message has been replied to.

Sir:

    Officers read the Sunday Buffalo News article detailing the city taking over the Traffic Violations Bureau. The article clearly states the financial benefits the city will reap from handling such matters. The question on everyone's mind is - "Will officers still be called to testify/appear?" As you know, the two units (Housing and Strike Force) write a great deal of traffic summons and many officers appear weekly to testify. I realize that there are many questions to be addressed in the next few weeks, but would ask that you inquire as to how officers will be impacted by the new TVB. Keeping the officers informed will allow for an easier transition should there be substantive changes.
    Thank you for your attention in this matter. Rest assured that the officers assigned here will continue to be diligent in their traffic enforcement. We have taken a great deal of pride in the numbers that the units have generated. This will not change. Housing and Strike Force will continue to deliver what is asked of us.

Respectfully,

David Wilcox

Force

Lt.

Strike

COB018251

0001