# **EXHIBIT 185**

| | | |
|---|---|---|
| **Philip M Serafini/BPD** | To | Aaron V Young/BPD@BuffaloPoliceDept, |
| 11/14/2016 03:58 PM | cc | George P McLean/BPD@BuffaloPoliceDept, Michael P Quinn/BPD@BuffaloPoliceDept, Lance R Russo/BPD@BuffaloPoliceDept, Brian S |
| | bcc | |
| | Subject | Annual Christmas Party |

Chief,

We are setting up our annual Strike Force/ Housing Christmas party for Dec. 5th. This is double up training day for the Strike Force and in the past years the Commissioner has allowed us (Strike Force and Housing officers) to change our shifts to 1000-2000hrs for this day. We will be having a training lecture for both units here at our station and then both units will be conducting traffic checkpoints in addition to their regular patrols. This will ensure that our statistics will not be negatively effected by the shift change. In fact, by conducting these checkpoints during the 1000-2000hrs tour we are sure to discover crimes and violations that would normally go unchecked and unnoticed. You can assure the Commissioner that our numbers will not suffer as a result. Therefore I would respectfully ask that my request be granted. Thank you for your consideration in this matter.

Of course, you are also invited to the party and we welcome your appearance. I will fill you in on the details after the Commissioner approves or disapproves of our request.

Respectfully,

Captain Serafini

COB018355