# EXHIBIT 188

| | | | |
|---|---|---|---|
| Philip M Serafini/BPD | | To | Kevin J Brinkworth/BPD@BuffaloPoliceDept, |
| 10/08/2015 03:42 PM | | cc | |
| | | bcc | |
| | | Subject | Fw: A new Strike Force Daily Report has been submitted. |

Chief,

FYI. This is the email sent to the Commissioner from Lt. Whelan concerning the recent days low production. As you can see Lt. Whelan explains it very well.

Respectfully,

Phil

----- Forwarded by Philip M Serafini/BPD on 10/08/2015 03:39 PM -----

| | | | |
|---|---|---|---|
| Thomas R Whelan/BPD | | To | David E Wilcox/BPD@BuffaloPoliceDept, George P McLean/BPD@BuffaloPoliceDept, Michael P Quinn/BPD@BuffaloPoliceDept, Philip M Serafini/BPD@BuffaloPoliceDept, |
| 10/07/2015 03:25 PM | | cc | |
| | | Subject | Fw: A new Strike Force Daily Report has been submitted. |

----- Forwarded by Thomas R Whelan/BPD on 10/07/2015 03:24 PM -----

| | | | |
|---|---|---|---|
| Thomas R Whelan/BPD | | To | Daniel Derenda/BPD, |
| 10/07/2015 03:23 PM | | cc | |
| | | Subject | Re: Fw: A new Strike Force Daily Report has been submitted. |

Sir,
The numbers represented are not indicative of unit performance. On the night in question we operated only 3 Officers or 1.5 car crews. The platoon in question has 2 vacancies and one Officer on Military Leave until January, 3 coppers have the flu. In addition because of the high level of interest from the Officers of both Strike Force and Housing units a large percentage were attending the FEMA ERT training last week further depleting our manpower and thus production. Since we have no minimum manpower when these absences occur there is little we can do to provide coverage accept to go out and do our jobs to the best of our ability, as we have a long history of doing.

Respectfully,
Lt Thomas Whelan

| Daniel Derenda | Daniel Derenda/BPD | | 10/06/2015 09:12:50 AM |
|---|---|---|---|
|  Daniel Derenda/BPD | | | |
| 10/06/2015 09:12 AM | | To | Thomas R Whelan/BPD@BuffaloPoliceDept, |
| | | cc | |

COB042018

0001



Subject: Fw: A new Strike Force Daily Report has been submitted.

not much production

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 10/06/2015 09:12 AM -----



BPD Administrator/BPD
10/06/2015 01:07 AM

To: Brian S Strobele/BPD@BuffaloPoliceDept, Daniel Derenda/BPD@BuffaloPoliceDept, Dennis J Richards/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kimberly L Beaty/BPD@BuffaloPoliceDept, Brenda M Callahan/BPD@BuffaloPoliceDept, Carl A Lundin/BPD@BuffaloPoliceDept, Cedric R Holloway/BPD@BuffaloPoliceDept, Daniel A Barrett/BPD@BuffaloPoliceDept, David M Lillis/BPD@BuffaloPoliceDept, Gary E Teague/BPD@BuffaloPoliceDept, Harvey M Frankel/BPD@BuffaloPoliceDept, James P Dunham/BPD@BuffaloPoliceDept, John F McGrath/BPD@BuffaloPoliceDept, Nicholas A Mourgas/BPD@BuffaloPoliceDept, Steven M Turner/BPD@BuffaloPoliceDept, Timothy Mulhern/BPD@BuffaloPoliceDept, James P Giammaresi/BPD@BuffaloPoliceDept, Jeffrey M Giallella/BPD@BuffaloPoliceDept, Joseph A Gramaglia/BPD@BuffaloPoliceDept, Kevin J Brinkworth/BPD@BuffaloPoliceDept, Margaret G Overdorf/BPD@BuffaloPoliceDept, Philip M Serafini/BPD@BuffaloPoliceDept,

cc

Subject: A new Strike Force Daily Report has been submitted.

Please, do not reply to this document. If you need to forward this to someone, use the "Forward" action button.

Click on the link below to review the document.



COB042019

0002