# EXHIBIT 189

**From:**      Kimberly L Beaty/BPD
**Sent:**      4/19/2012 6:04:30 PM
**To:**        Patrick A Roberts/BPD
**Subject:**   Fw: 80 and 90 Cars

Lieutenants,

With the recent transfers and shift changes in the District, Our stats cannot suffer. We need to keep pace. The Officers assigned to the 80 (Chief's) and 90 (QOL) cars should be concentrating their efforts primarily in SECTOR 2, from Bailey Avenue to the City Line.

High visibility in targeting this area will hopefully reduce the number of Part 1 crimes in this neighborhood. Many shots fired calls, shooting incidents, car break ins, burglaries, robberies have occurred in this quarter of our district. More specifically, the area of concern is from Bailey Avenue covering E. Delavan, Genesee Street to the City Line, along the border of C-District.

Per Officer, the following is what I'm looking for from each minimally during their tour of duty: 80/90: (at the least). More in any category is better.
6 parking tags
2 VTL summons
6 city ordinance citations

CPO's
Community Police Officers are also required to be active on the streets in their daily duties. Patrol SECTOR 2 and check the vicinity of our problem area in SECTOR 1, Comstock/ Dartmouth/ Berkshire/ Bailey Ave.
5 tags per day in the Sector 1.

Please reply by 04/20 of your assignments/ adjustments to the 80 and 90 Cars, if any. Either we have increased productivity or put a plan in place to change officers.

MP2A 280/281 Thomas/ Boone
290 - Tabitha Pitts
MP2B 280/281 Ruffin/ McKnight
290 - Ed Malcolm
MP4A 480/481 Stroehlein/ Kaska
MP4B 480/481 Champion/ Lehner (unmarked)
MP5A 580/581 Szafranski/ McAndrews
MP5A 570 _____
MP5B 580/ 581 _____
MP5B 570 Fera

PO Champion and Lehner are the only authorized unmarked Chief's Car (80/81). The guidelines for these two officers have already been outlined.

Kimberly L. Beaty, Chief
Commanding, E-District

COB345889