# EXHIBIT 190

| | | | |
|---|---|---|---|
| **Aaron V Young/BPD** | | To | C District Supervisors, |
| 07/10/2014 01:04 PM | | cc | |
| | | bcc | |
| | | Subject | Fw: training/cars |

LT's

Regarding the mandatory detail reports, remind officers to also **send** the OT detail reports, after completion via Lotus Notes!!!!
----- Forwarded by Aaron V Young/BPD on 07/10/2014 12:54 PM -----

| | | | |
|---|---|---|---|
| **Ronald E Jentz/BPD** | | To | C District Supervisors, |
| 07/10/2014 03:04 AM | | cc | Aaron V Young/BPD@BuffaloPoliceDept |
| | | Subject | training/cars |

LTs:

**Training July 16th:** Rachel Newton from Da's office will be coming in at 9am for domestic violence training. Mp4 and Mp5 will be switching their shifts for this training. It will be for Lts Alberti/Sheridan/Jones/Barts side. I am working on getting her to come in for other side as well. She can't do the 31st so I'm trying to get her in for August or September. Can I get a head count from all the Lts on how many from their platoons will be attending the training. Rachel has material she needs to bring, and wants to make sure she has enough. Please ensure there will be enough officers from the working side to cover minimum manpower. If not the junior po's will not be able to attend the training and will have to work the cars. We cannot authorize any OT when we are changing shifts for training.

**Cars:** The Chief wanted me to let everyone know that we now have 3 reserve cars for us to use. They are 858, 871, 872. Hopefully this will ease some of the car shortage problems we've been having. Also, can the Mp4 Lts make sure there are a few Tahoes for Mp5 to use when they start their shift.

**Dispo's:** Can you remind the officers to call back their dispo's so the Rt's can update the station log book.

**OT:** There will be numerous details that will take place over the summer. These details will be results oriented (arrests, weapons/drugs, tags/summons, etc), so a detail report should be completed at the end of each tour and submitted to myself and the Chief. Any activity should be listed on the report (gang members interviewed, suspicious activity, etc....). The more thorough the reports are, the better. We want to be able to justify these OT details so that they continue. On the days there is no Lt on OT to supervise the detail, the detail officers will report to the on-duty Lt and he/she will be responsible for assigning them to an area and monitoring them to make sure they are performing their duties. When there is a Lt working OT on the detail, the officers will report to that Lt and be under his/her command for their tour of duty. It shall also be up to the discretion of the Lt on duty where to assign the detail officers (depending on hot spots, recent gang activity, etc....). There may be certain instances where the Chief or myself request that certain spots be hit, but for the most part that will be up to you. To start off the Genesee/Walden/Sumner/Theodore area should be a focal point. There will also be a bike detail every Saturday in addition to the other details. Again, the detail area for the bikes will be determined by the on-duty Lt unless otherwise noted. The following days/hours should be followed for the next few weeks, and I will update the schedule as the summer progresses. If you have any questions, don't hesitate to ask. Thanks.

COB052633

0001

Thurs 7/10:  2 Po  (1500-1900)

Fri 7/11:  2 Po  (2000-2400)

Sat 7/12:  2 Po  1 Lt  (2000-2400)     plus 2 Po Bike Detail (1130-1530)

Mon 7/14:  2 Po  1 Lt  (1600-2000)

Thurs 7/17:  2 Po  (1500-1900)

Fri 7/18:  2 Po  (2000-2400)

Sat 7/19:  2 Po  1 LT  (2000-2400)   plus 2 Po Bike Detail (1300-1700)

Tues 7/22:  2 Po  1 Lt  (1600-2000)

Thurs 7/24:  2 Po  (1500-1900)

Fri 7/25:  2 Po  (2000-2400)

Sat 7/26:  2 Po  1 Lt  (2000-2400)     plus 2 Po Bike Detail (1130-1530)

COB052634