# EXHIBIT 191

</br>
| | Daniel Derenda/BPD | To | Patrick A Roberts/BPD@BuffaloPoliceDept, |
| | 06/23/2014 12:02 PM | cc | |
| | | bcc | |
| | | Subject | Re:Fw: A new Strike Force Daily Report has been submitted.  |

ok stop in wednesday

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

| | Patrick A Roberts | Patrick A Roberts/BPD | | 06/23/2014 10:08:14 AM |
|  | Patrick A Roberts/BPD | | | |
| | 06/23/2014 10:08 AM | To | Daniel Derenda/BPD, | |
| | | cc | | |
| | | Subject | Re:Fw: A new Strike Force Daily Report has been submitted. | |

Roadblocks yes.....limited officers...I will addres concerns with Lts on Wed when I return...could meet with you re: patrol morale overall if u wish.  Entire dept I mean not us.

Sent from Lotus Traveler

Daniel Derenda --- Fw: A new Strike Force Daily Report has been submitted. ---

| From: | "Daniel Derenda" <dderenda@bpdny.org> |
| To | "Patrick A Roberts" <paroberts@bpdny.org> |
| Date: | Mon, Jun 23, 2014 9:33 AM |
| Subject | Fw: A new Strike Force Daily Report has been submitted. |

numbers have not been good . Are we doing road blocks ?I need Officers to stay in target area. If they leave I need to know why

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St

COB016235

0001

Buffalo, NY 14202
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 06/23/2014 09:32 AM -----

| | | |
|---|---|---|
| **BPD Administrator/BPD**<br><br>06/23/2014 01:23 AM | To | Brian S Strobele/BPD@BuffaloPoliceDept, Daniel Derenda/BPD@BuffaloPoliceDept, Dennis J Richards/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Charles H Tomaszewski/BPD@BuffaloPoliceDept, Brenda M Callahan/BPD@BuffaloPoliceDept, Carl A Lundin/BPD@BuffaloPoliceDept, Cedric R Holloway/BPD@BuffaloPoliceDept, Daniel A Barrett/BPD@BuffaloPoliceDept, Daniel F Rinaldo/BPD@BuffaloPoliceDept, David M Lillis/BPD@BuffaloPoliceDept, Gary E Teague/BPD@BuffaloPoliceDept, Harvey M Frankel/BPD@BuffaloPoliceDept, James P Dunham/BPD@BuffaloPoliceDept, John F McGrath/BPD@BuffaloPoliceDept, Nicholas A Mourgas/BPD@BuffaloPoliceDept, Steven M Turner/BPD@BuffaloPoliceDept, Timothy Mulhern/BPD@BuffaloPoliceDept, James P Giammaresi/BPD@BuffaloPoliceDept, Jeffrey M Giallella/BPD@BuffaloPoliceDept, Joseph A Gramaglia/BPD@BuffaloPoliceDept, Kevin J Brinkworth/BPD@BuffaloPoliceDept, Margaret G Overdorf/BPD@BuffaloPoliceDept, Patrick A Roberts/BPD@BuffaloPoliceDept, |
| | cc | |
| | Subject | A new Strike Force Daily Report has been submitted. |

Please, do not reply to this document. If you need to forward this to someone, use the "Forward" action button.

Click on the link below to review the document.

( Link | Notes Link )

0002

COB016236