# EXHIBIT 192

| | | |
|---|---|---|
| **David M Cieply/BPD**<br>11/10/2018 12:33 AM | To | Aaron V Young/BPD@BuffaloPoliceDept, Robert E Lee/BPD@BuffaloPoliceDept, David K Daniels/BPD@BuffaloPoliceDept, William D |
| | cc | |
| | bcc | |
| | Subject | VETERAN'S DAY PARADE - CANCELED DUE TO WEATHER |

    THE WESTERN NEW YORK VETERANS DAY PARADE HAS BEEN CANCELED ON NOVEMBER 10TH, 2018 : DUE TO THE WINTER WEATHER THAT IS EXPECTED FOR THIS UPCOMING WEEKEND. THE PARADE WAS SUPPOSED TO TAKE PLACE ON SATURDAY, NOVEMBER 10, ON MCKINLEY PARKWAY IN SOUTH BUFALO AND END IN LACKAWANA. THE PARADE WAS TO POST AT 1000 HRS AND START AT 1100 HRS, (6) P.O.'S WERE ALREADY CALLED IN FOR OVERTIME FOR THIS EVENT.
    THE P.O.'S FOR THIS EVENT WERE INFORMED OF THE CANCELLATION.  IN LIEU OF THE PARADE THE OFFICERS WILL DO TRAFFIC ENFORCEMENT FROM 1000 HRS TO 1400 HRS FOR (4) HOURS. OFFICERS WILL BE REQUIRED TO WRITE V&T SUMMONSES, PARKING TAGS, IMPOUNDS AND CITY ORDINANCES. NUMBERS WILL BE EXPECTED TO JUSTIFY THE OVERTIME!

  TRAFFIC OFFICERS STILL COMING IN ARE AS FOLLOWS:
  - P.O. ED TORRES
  - P.O. JOE WALTERS

RESPECTFULLY FORWARDED,

LT. DAVID M. CIEPLY - TRAFFIC