# EXHIBIT 193

# CITY OF BUFFALO
## TRAFFIC VIOLATIONS AGENCY



BYRON W. BROWN
Mayor

KEVIN J. HELFER
Executive Director

## Division# 03-1033
## 2016-2016 Work Program Report

### Goals

1. To assist the Buffalo City Court in the disposition of violations of the New York State Vehicle & Traffic Law that occur in the City of Buffalo.
2. To administer punitive punishment that is reasonable, but not more than necessary, to:
   a. Generate revenue; and,
   b. Achieve rehabilitation of offender-motorists.

### Activities

- Receive, review, and research, uniform traffic tickets issued in violation of the Vehicle & Traffic Law within the City of Buffalo.
- Maintain a status quo of prosecutorial actions that effectively and equitably set fines and penalties in compliance with the New York State Vehicle & Traffic Law, New York State Criminal Procedure Law, and regulations of the New York State Department of Motor Vehicles.
- Regular prosecutorial review, research, and monitor of relevant case law and legislation.
- Prosecutorial review of cases, offer, and acceptance of plea bargain to resolve matters in lieu of court.
- Process guilty, not-guilty, and no-response pleas entered.
- Transfer appropriate cases to Buffalo City Court upon request and/or pursuant to legislation.
- Maintain methods for public contact during regular office hours for inquiry by person, telephone, or mail.
- Schedule, notify, and arrange defendants and law enforcement officers for appearance at court hearings.
- Maintain complete and accurate records relating to all charges, dispositions and associated activities.
- Monitor cases that have failed to respond and/or failed to pay and take appropriate action.
- Reconcile receivables by tracking payment amounts, forms of payment, dishonored payments, and outstanding receivables.
- Prepare payments received by mail for treasury deposit.
- Monitor and respond to the Mayor's complaint line.
- Transmit daily disposition reports to the Department of Motor Vehicles.
- File monthly Justice Court Fund audit reports to the New York State Comptroller's Office.
- Perform daily download of electronic uniform traffic tickets from the Department of Motor Vehicles.
- Communicate with other city departments to enhance cross-procedures and resolve common matters.

COB095635

0001

| **WORK PROGRAM STATISTICS** | **Historic 2015-2016** | **To date 2016-2017** | **Projected 2017-2018** |
|---|---|---|---|
| **Total Uniform Traffic Tickets** | 37,788 | 27,545 | 32,000 |
| **Total Cases** | 23,060 | 16,259 | 19,500 |
| Transferred to Buffalo City Court | n/r | 144 | 120 |
| **License Suspensions** | | | |
| Released Suspensions | 937 | 9,905 | 10,000 |
| **Public Contact** | | | |
| In Person (approx.) | 30,000 | 35,568 | 35,000 |
| By Telephone (approx.) | n/r | 19,760 | 20,000 |
| By Mail (approx.) | 15,500 | 24,700 | 25,000 |
| **Number of Mayor's 311 matters** | 172 | 40 | < 30 |
| **Default Judgments** | | | |
| Rendered in Court | n/r | 36 | 500 |
| Converted From Fines Owed | n/r | 924 | < 200 |
| | | | |
| **FINANCIAL STATISTICS** | **Historic 2015-2016** | **To date 2016-2017** | **Projected 2017-2018** |
| **Total Dollars Collected** | $1,822,819 | $3,144,324 | $4,200,000 |
| Cash | $904,055 | $1,794,903 | $2,350,000 |
| Check/Money Order | $483,662 | $658,310 | $850,000 |
| Checks Returned | ($1,570) | ($1,975) | ($2,000) |
| Credit Card (POS) | $260,021 | $353,093 | $500,000 |
| Electronic Payment | $175,082 | $338,017 | $500,000 |
| **Total Dollars Outstanding** (unpaid cases) | n/r | $173,457 | $130,000 |
| **Total Manpower Dollars Spent** | | | |
| Regular | $228,381 | $285,945 | $436,700 |
| Overtime | $58,523 | $64,566 | $87,000 |
| | | | |

n/r = Not Reportable for the Period

COB095636