# EXHIBIT 195

Message

| | |
|---|---|
| **From:** | Morgera,Danielle S. [/O=BUFFALO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2574ABF5FD964909ACC73EDE4A11D493-MORGERA,DANIELLE] |
| **Sent:** | 4/18/2018 3:08:26 PM |
| **To:** | Benitez,Amanda A. [abenitez@ch.ci.buffalo.ny.us] |
| **CC:** | Helfer,Kevin J [khelfer@ch.ci.buffalo.ny.us] |
| **Subject:** | RE: Work Program Statistics |
| **Attachments:** | WORK PROGRAM STATS 18-19.pdf; WORK PROGRAM STATS 18-19.docx |

Dear Amanda:

Attached please find Work Program Stats for Traffic Violations.
Have a great day!

Very truly yours,

Danielle S Morgera
dmorgera@city-buffalo.com
Administrator Traffic Violations Agency
115 City Hall
65 Niagara Square
Buffalo, New York 14202
T: (main)716-851-5883
(direct) 716-851-5410
F: 716-851-9695



*CONFIDENTIALITY NOTICE: This email transmission is confidential and only intended for the person(s) named above. Its contents may also be protected by privilege, and all rights to privilege are expressly claimed and not waived. If you received this email in error, please call us immediately and DESTROY the entire email. If this email is not intended for you, any reading, distribution, copying or disclosure of this email is strictly prohibited.*
Please consider the environment before printing this email.

---

**From:** Benitez,Amanda A.
**Sent:** Monday, April 16, 2018 9:15 AM
**To:** Marcy,Michael <mmarcy@ch.ci.buffalo.ny.us>; Breen,Michael W. <mbreen@ch.ci.buffalo.ny.us>; Kennedy,Martin <AM62@ch.ci.buffalo.ny.us>; Robinson,Moses <mrobinson@ch.ci.buffalo.ny.us>; Barker,Otis T <obarker@ch.ci.buffalo.ny.us>; Gonzalez,Lizbeth <lgonzalez@ch.ci.buffalo.ny.us>; Morgera,Danielle S. <dmorgera@ch.ci.buffalo.ny.us>; Muscarella,Vincent V <vmuscarella@bfdny.org>; EATON,JOHNATHAN T <JTEATON@bfdny.org>; Barnes,Ken <kbarnes@ch.ci.buffalo.ny.us>; Ball,Timothy <tball@ch.ci.buffalo.ny.us>; Scott,Linda <lscott@city-buffalo.com>; Helfer,Kevin J <khelfer@ch.ci.buffalo.ny.us>; Kirker,Heidi <hkirker@city-buffalo.com>; Hough,Davis W. <dhough@ch.ci.buffalo.ny.us>; Stepniak,Steve <ARA2@ch.ci.buffalo.ny.us>; Shell,Jason <jshell@ch.ci.buffalo.ny.us>; Sonubi,Rishawn T. <rsonubi@ch.ci.buffalo.ny.us>; Attridge,Susan C. <sattridge@ch.ci.buffalo.ny.us>; Jackson,Henry <hjackson@ch.ci.buffalo.ny.us>; Sullivan,Paul V <pvsullivan@ch.ci.buffalo.ny.us>; Schroeder,Mark J. F. <markjfschroeder@ch.ci.buffalo.ny.us>; Forti-Sciarrino,Anne <afs@ch.ci.buffalo.ny.us>; Herndon,Gladys <CS15@ch.ci.buffalo.ny.us>
**Cc:** Estrich,Donna <AU94@ch.ci.buffalo.ny.us>; Nosworthy,Raymour P <rnosworthy@ch.ci.buffalo.ny.us>
**Subject:** Work Program Statistics

Good Morning!!

Just wanted to send a follow up reminder that the Work Programs Stats including each departments Goals and Activities are needed **no later than the end of April!** (the sooner the better ☺)

Any one that needs a reference of last year's WPS's or has any questions or concerns, please feel free to *email me separately*, I have everything saved.

Thank you in advance for your cooperation during our busy budget season!!! ☺

Amanda
(716) 851-5922


*Amanda Benitez*
Secretary to Commissioner
City of Buffalo, Administration & Finance
716-851-5922

COB094963

0002