# EXHIBIT 196

**CITY OF BUFFALO**
TRAFFIC VIOLATIONS AGENCY



BYRON W. BROWN
Mayor

KEVIN J. HELFER
Executive Director

## Division# 03-1033
## 2018-2019 Work Program Report

### Goals

1. To assist the Buffalo City Court in the disposition of violations of the New York State Vehicle & Traffic Law that occur in the City of Buffalo.
2. To administer punitive punishment that is reasonable, but not more than necessary, to:
    a. Generate revenue; and,
    b. Achieve rehabilitation of offender-motorists.

### Activities

- Receive, review, and research, uniform traffic tickets issued in violation of the Vehicle & Traffic Law within the City of Buffalo.
- Maintain a status quo of prosecutorial actions that effectively and equitably set fines and penalties in compliance with the New York State Vehicle & Traffic Law, New York State Criminal Procedure Law, and regulations of the New York State Department of Motor Vehicles.
- Regular prosecutorial review, research, and monitor of relevant case law and legislation.
- Prosecutorial review of cases, offer, and acceptance of plea bargain to resolve matters in lieu of court.
- Process guilty, not-guilty, and no-response pleas entered.
- Transfer appropriate cases to Buffalo City Court upon request and/or pursuant to legislation.
- Maintain methods for public contact during regular office hours for inquiry by person, telephone, or mail.
- Schedule, notify, and arrange defendants and law enforcement officers for appearance at court hearings.
- Maintain complete and accurate records relating to all charges, dispositions and associated activities.
- Monitor cases that have failed to respond and/or failed to pay and take appropriate action.
- Reconcile receivables by tracking payment amounts, forms of payment, dishonored payments, and outstanding receivables.
- Prepare payments received by mail for treasury deposit.
- Monitor and respond to the Mayor's complaint line.
- Transmit daily disposition reports to the Department of Motor Vehicles.
- File monthly Justice Court Fund audit reports to the New York State Comptroller's Office.
- Perform daily download of electronic uniform traffic tickets from the Department of Motor Vehicles.
- Communicate with other city departments to enhance cross-procedures and resolve common matters.

| WORK PROGRAM STATISTICS | Actual 2016-2017 | Projection 2017-2018 | Estimate 2018-2019 |
|---|---|---|---|
| Total Uniform Traffic Tickets | 35,832 | 30,200 | 32,000 |
| Total Cases | 20,017 | 16,860 | 19,500 |
| Transferred to Buffalo City Court | 682 | 1,224 | 1,000 |
| License Suspensions | | | |
| Released Suspensions | 11,952 | 8,500 | 10,000 |
| Public Contact | | | |
| In Person (approx.) | 25,568 | 24,000 | 25,000 |
| By Telephone (approx.) | 19,610 | 16,000 | 20,000 |
| By Mail (approx.) | 4,600 | 50,000 | 50,000 |
| Number of Mayor's 311 matters | 34 | 18 | 15 |
| Default Judgments | 114 | 500 | 500 |
| Civil Judgments Filed | n/r | 3,941 | 4,000 |
| | | | |
| **FINANCIAL STATISTICS** | Actual 2016-2017 | Projection 2017-2018 | Estimate 2018-2019 |
| Total Dollars Collected | $3,918,636 | $3,500,000 | $4,200,000 |
| Cash | $2,256,048 | $2,250,000 | $2,700,000 |
| Check/Money Order | $826,186 | $700,000 | $850,000 |
| Checks Returned | ($1,300) | ($2,500) | ($2,000) |
| Credit Card | $836,402 | $550,000 | $650,000 |
| Total Dollars Outstanding (unpaid cases) | $258,613 | $600,000 | $300,000 |
| Total Manpower Dollars Spent | | | |
| Regular | $372,321 | $376,000 | $530,000 |
| Overtime | $85,978 | $57,000 | $30,000 |

n/r = Not Reportable for the Period

COB094965
COB094964