# EXHIBIT 198

Message

| | |
|---|---|
| **From:** | Helfer,Kevin J. [/O=BUFFALO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KHELFER] |
| **Sent:** | 4/2/2013 5:52:52 PM |
| **To:** | Estrich,Donna [AU94@ch.ci.buffalo.ny.us] |
| **Attachments:** | Downtown parking ordinance and rate changes.xlsx; budget inc 13-14.xlsx |

Donna- here is additional detail on the restructuring of parking meters, towing and storage.
1.) Increase parking rates from $0.50-$0.75 for hourly, $1.00-$1.50 for hourly, and $2.00-$3.00 for all day. We have 1705 single head meters and 1200 pay and display parking spots. This increase would net $850,000 annually. The rates have not increased in at least ten years. Most of these meters are in the CBD, Elmwood, and Hertel.
2.) Increase BCAR nested reserve and designated reserve monthlies by $10/month. These parkers pay extra for preferred parking. There are about 1000 of them. If they don't like the increase they have the ability to just take regular monthly parking instead of preferred. This would take place on 7/1/13.
3.) Increase BCAR rates system-wide. This would take effect on 1/1/13 and increase rates by approximately 5%.
4.) Additional all day spots. Currently, we charge $2 for all day on street spots in certain locations. They are all FULL by 7:30 a.m. There is a huge demand because the rate is so low. BCAR and private lots charge $7-10.00 for this type of parking. I am proposing to add almost 400 of these new parking spaces in 'low demand' areas. These areas are hourly and there is no demand. By changing them to $2 all day, there will be huge demand. Additional revenue is based on 65% occupancy. The locations I am proposing to do this are attached.
5.) Increase towing from $90-$120, and storage from $25 to $30. The average car stays in Dart for 4 days, so the impact equals an additional $50/car. The additional income is $400,000 and it is based on towing 8,000 cars annually. I am confident we will meet this goal with Strike Force being permanent.
6.) Increase tickets by $5. Based on approximately 180,000 tickets (low estimate), revenue would increase by $900,000.
7.) Sale of Dart
8.) Charge a $5 event night rate around Arena. Currently, after 5:00 p.m. parkers can park for free. I am proposing that on event nights only, and around the arena only, that we install meters and charge $5 for on street parking. Most parkers pay $10-$20 to park in private lots. I am confident that there are 200 parking spots that could be metered.

Let me know if you need anything else.
Kevin

COB075236

0001