# EXHIBIT 199

Message

| | |
|---|---|
| **From:** | Estrich,Donna [AU94@ch.ci.buffalo.ny.us] |
| **Sent**: | 9/4/2013 6:35:03 PM |
| **To:** | Weiss,Alyssa K. [aweiss@ch.ci.buffalo.ny.us] |
| **CC:** | Helfer,Kevin J. [khelfer@ch.ci.buffalo.ny.us] |
| **Subject:** | RE: Traffic Adjudication Bill |

We would need to prepare a salary ordinance and create the positions and be able to show how we would pay for the positions.

If a state employee moved to the city, they would be considered a new (most likely 650) employee. It doesn't mean we wouldn't or couldn't come to some sort of an agreement to transfer state employees, but that they would work under city union regulations and salary structure.

Thank you for the article, no one wants to lose their job, so if it does pass , it would be great if we could bring them to the city.
They have the experience to help train other employees.

**From:** Weiss,Alyssa K.
**Sent:** Wednesday, September 04, 2013 1:24 PM
**To:** Estrich,Donna
**Cc:** Helfer,Kevin J.
**Subject:** RE: Traffic Adjudication Bill

Thanks, Donna! I do know that this has been something you guys have been fighting far too long. As an aside, did you know that I had to catch the fact that they had been trying to pass this legislation that would, in effect, have absolutely no impact on Buffalo because- for some odd reason- even though all the sponsors were Buffalo and WNY reps, it included language that said the bill would only affect municipalities with populations below 220,000 and above 1 million?? Thus leaving Buffalo square out of that equation. I had to call both sponsors and make sure that they amended it and neither Grisanti nor Peoples would properly explain why they would do that in the first place. Ridiculous.

Anyway, that is all good information. Out of curiosity, does the city have room in existing civil service positions to hire those additional people or would it have to be something created and funded for later on? Also, and this is purely hypothetical since I doubt it could be done due to civil service laws; but could the city negotiate to hire the state workers that would lose their jobs when this was passed? The union has already declared their objection (not sure if you saw this so ill attach it here if you're interested): https://cseany.org/wp-content/uploads/2013/02/Opposition-to-Buffalo-Traffic-Infraction-Adjudication.pdf  and I just wonder if any agreement could ever be reached since I imagine this will be heavily considered by the legislature and will no doubt be a roadblock for us...

Thanks again for your input.

Alyssa


Alyssa K. Weiss
Senior Legislative Assistant
Michael J. LoCurto
Delaware District Councilmember
1405 City Hall
Buffalo NY, 14202
Phone: 716.851.5155

COB067689

Fax: 716.851.4553

**From:** Estrich,Donna
**Sent:** Wednesday, September 04, 2013 12:43 PM
**To:** Weiss,Alyssa K.
**Cc:** Helfer,Kevin J.
**Subject:** RE: Traffic Adjudication Bill

Good morning Alyssa,

We have asked for this legislation for a number of years.

We spoke to NYS Traffic Court almost six years ago when we thought we were going to get the adjudication. Their concern was the unions at that time also.

Our plan at that time was to include it with the Department of Parking and utilize the existing judges and the hearing space on the first floor. We were going to expand the hours to include evenings and had discussed Saturdays, but were not sure if we could afford to pay the OT. The assumption was that we would need additional employees, which would be hired if and when it came to be.

I have included Kevin Helfer , Commissioner of Parking , if he has anything to add.
This is the quick version, let me know if you need more information.
Donna


**From:** Weiss,Alyssa K.
**Sent:** Wednesday, September 04, 2013 11:23 AM
**To:** Estrich,Donna
**Subject:** Traffic Adjudication Bill

Donna,

I'm not sure if you are the right person to ask this but I really couldn't think of anyone else who may know the answer:

Over the years, we've been working with our state representatives to help get legislation passed that would finally allow the City of Buffalo to adjudicate its own traffic violations (currently handled by the state). It was supposed to be passed last session but was stalled once again. It looks like it may finally happen in the new session next year (although there's some opposition brewing from the civil service union for the state employees who currently work there-but we will see). Anyway, we also work with the Parkside Traffic Committee who's been heavily invested in getting this legislation passed as well. We were discussing at last night's meeting what the process would actually look like if the bill were to pass. For example, what kind of time frame would the transition look like? Would it have to be put in the following year's budget and wait for hiring etc, and what dept. would they be housed through (would it be in City court for instance, or somewhere in City hall?) I know these are all speculative questions and probably ones we may not be prepared to answer, but I thought it was worth a shot to see if there was any type of contingency plan in the event that it does pass. I read a policy paper written out of your office that mentioned the administration's desire for this legislation so I thought it may be something the city had thought about in terms of logistics. If there's anything you can tell me, even just your hypothetical thoughts about how this would work, I would sincerely appreciate it. Thanks for your time.

Best,
Alyssa

Alyssa K. Weiss
Senior Legislative Assistant

COB067690

0002

Michael J. LoCurto
Delaware District Councilmember
1405 City Hall
Buffalo NY, 14202
Phone: 716.851.5155
Fax: 716.851.4553

COB067691

**0003**