# EXHIBIT 202

# City of Buffalo
# Traffic Violations Agency



Annual Report 2017



65 Niagara Square
Room 115
Buffalo, NY 14202

COB095030
0001                                COB095030





0002

COB095031
COB095030

# TABLE OF CONTENTS

Executive Summary ..... 4

Historical Overview ..... 5

Operations ..... 6

   Public Access ..... 6

   Plea Process ..... 7

   Judicial Hearings ..... 7

   Default Judgments ..... 8

   Enforcement/Consequences ..... 8

   Interpretation Services ..... 8

   Databases and Programs ..... 9

   Points Reduction/Driver Improvement ..... 9

Staff ..... 10

   Executive Director ..... 10

   Judicial Hearing Officers ..... 10

   Administrator ..... 10

   Traffic Prosecutors ..... 11

   Support Staff ..... 11

Development & Progress ..... 12

Financial Report ..... 13

# EXECUTIVE SUMMARY

To the Governor of the State of New York, the President Pro Tem of the New York State Senate, the Speaker of the New York State Assembly, the Mayor of the City of Buffalo, the Buffalo Common Council, the Supervising Judge of the Buffalo City Court, and the Erie County District Attorney:

Pursuant to Part CC of Chapter 58 of the Laws of 2015, I am pleased to submit this report as to the progress, development and operations of the Buffalo Traffic Violations Agency. Since my last report submitted in 2017, the Buffalo Traffic Violations Agency has undergone significant organizational improvements in staffing, court administration, and standards and goals. This report provides statistical data and an examination of the operations and ongoing development of the Agency from November 1, 2016, through December 31, 2017 ("The Reporting Period").



**KEVIN J. HELFER**
Executive Director
Buffalo Traffic Violations Agency

# HISTORICAL OVERVIEW

In 2015, the New York State Legislature amended the New York State Vehicle & Traffic Law, Criminal Procedure Law, State Finance Law, and General Municipal Law, authorizing the creation of the Buffalo Traffic Violations Agency (NYS General Municipal Law, Chapter 58, Part C). On April 12, 2015, Governor Andrew M. Cuomo signed the bill into law. On June 4, 2015, the City of Buffalo Common Council amended the City Charter to establish the Buffalo Traffic Violations Agency (City of Buffalo Local Law 1-2015). After public hearing, Mayor Byron W. Brown approved the amendment and the Buffalo Traffic Violations Agency became effective upon filing with the New York Secretary of State on June 15, 2015.

The Buffalo Traffic Violations Agency commenced operations on July 1, 2015. Prosecution and adjudication of non-misdemeanor traffic violations within Buffalo city limits transferred from the New York State Department of Motor Vehicles to the agency. The Buffalo Traffic Violations Agency assists the Buffalo City Court in the disposition and administration of specific traffic infractions that occur in the City of Buffalo in violation of the Vehicle & Traffic Law, Transportation Law, and Thruway Regulations of the State of New York. Uniform Traffic Tickets are prosecuted pursuant to the Criminal Procedure Law of the State of New York. The agency has no authority with respect to matters constituting misdemeanors or felonies, and has no jurisdiction over violations constituting parking, standing, or pedestrian offenses.

COB095034
COB095030
0005

# OPERATIONS

Moving violations in the City of Buffalo that result in the issuance of a non-misdemeanor Uniform Traffic Ticket are answerable to the Buffalo Traffic Violations Agency (with certain enumerated exceptions). All traffic violations are prosecuted in conformance with the New York State Vehicle and Traffic and Criminal Procedure Laws. The agency handled approximately 41,000 new tickets within the reporting period.



## PUBLIC ACCESS

The agency serves the City of Buffalo, a municipality having a population of 257,000. The agency office is located at 65 Niagara Square, Buffalo, NY, in room 115. Upon the issuance of a Uniform Traffic Ticket, motorists may answer to the agency in person or by mail. The agency is open to the public Monday through Friday except for recognized holidays. Walk-in hours are from 8:30 am until 4:00 pm. Motorists may also contact the agency by telephone from 10:00 am until 3:00 pm. General information is available to the public by visiting the agency's webpage. The office is accessible to the physically disabled. During the reporting period, the Buffalo Traffic Violations Agency served approximately 25,000 members of the public in person, 21,000 inbound telephone calls, and handled 56,000 pieces of mail. Approximately 18,000 visitors viewed the agency's webpage.



# OPERATIONS Cont.



## PLEA PROCESS

City Traffic Prosecutors offer answering defendant-motorists an opportunity to plea to reduced charges when warranted and within the Traffic Prosecutors' established plea recommendations. Notwithstanding the same, the traffic prosecutors maintain discretion to deviate from the established plea recommendations. The prosecutors may either craft plea agreements on a case-by-case basis; or, otherwise offer no plea and set a matter for judicial hearing. Upon the entry of a reduced plea agreement, fines and surcharges are assessed.

## JUDICIAL HEARINGS

Motorists may enter a plea in person or by mail. Motorists pleading not guilty are offered a reduced plea (if qualified). If a plea offer is declined, a motorist is scheduled for a court hearing before a Judicial Hearing Officer, who renders a verdict on the matter. During the reporting period, judicial hearings were held two days per month. Each court day consisted of a 9:30 am and 2:00 pm session. Agency staff assists the traffic prosecutors in requesting law enforcement officers to testify at judicial hearings. Of approximately 3,000 tickets that went to hearing during the reporting period, 7% were found guilty; 1% were found not guilty; 66% accepted a reduced plea offer prior to court; 1% were dismissed; and, 24% were covered by other charges as part of a plea or court decision. Records of all court hearings are maintained by the Traffic Violations Agency.



# OPERATIONS Cont.

## DEFAULT JUDGMENTS

Motorists who fail to appear at a scheduled judicial hearing are subject to default judgment. Likewise, motorists who fail to answer a Uniform Traffic Ticket, (subsequently failing to enter a plea), are subject to default judgment. Upon the entry of a default judgment, a motorist is found guilty of all charges and is assessed the maximum statutory fines and surcharges. The Buffalo Traffic Violations Agency adjudicated 272 tickets as default judgments during the reporting period.

## ENFORCEMENT/CONSEQUENCES

Upon the failure to timely answer a ticket, the Buffalo Traffic Violations Agency may commence suspension of a motorist's license. Failure to appear at an adjourned date, hearing, or failure pay a fine may also result in license suspension. The agency initiated suspension proceedings for 11,885 tickets during the reporting period. Delinquent fines sixty (60) days or older are subject to the filing of a civil money judgment in the Erie County Clerk's Office. During the reporting period, 767 civil judgments were filed.



## INTERPRETATION SERVICES

The Buffalo Traffic Violations Agency utilizes a subscription to Language Line, a telephone language interpretation service to assist foreign language speakers over the telephone and in person. If interpretation services are required during judicial hearings, a court-certified interpreter is requested through the Buffalo City Court.



# OPERATIONS Cont.

## DATABASES AND PROGRAMS

The Buffalo Traffic Violations Agency utilizes multiple information databases to process each case. Staff are trained to use The Courtroom Program (case management software), Department of Motor Vehicles databases, and commonly used word processing and spreadsheet programs.

Tickets issued by law enforcement are transmitted to the agency in one of two ways. Traditionally, a hand-written ticket is completed in duplicate form. The conformed copy is issued to the defendant-motorist and the original ticket is filed with the Court. The agency received 370 hand-written tickets during the reporting period. The majority of Uniform Traffic tickets are transmitted electronically via Traffic and Criminal Software (TraCS). The ticket information is then transmitted to the DMV Traffic Safety Law Enforcement and Disposition (TSLE&D) system, then catalogued and distributed to the Court through the New York State Office of Court Administration. The agency electronically received 39,924 tickets during the reporting period. Likewise, adjudicated tickets are transmitted through TSLE&D to the Department of Motor Vehicles for adjudication. The agency electronically transmitted 121,879 tickets during the reporting period.



## POINTS REDUCTION/DRIVER IMPROVEMENT

Traffic prosecutors may require a motorist to complete a driver improvement course as part of a reduced plea agreement. Motorists are referred to Department of Motor Vehicles approved classroom or online courses. Course topics include accident prevention, defensive driving, aggressive driving deterrence, and alcohol & drug use avoidance. This course promotes safe driving, and may offer the benefit of possible insurance discounts and points reduction. Erie Community College (ECC) offers classroom driver safety courses. ECC's Driving Programs Division is the largest provider of safety training in New York State with more than 30 years of experience in delivering services to the community. Course content discusses defensive driving techniques and updates class participants on New York State laws to help the traffic violator improve his/her attitude toward driving. The agency may refer motorists to ECC's iDrive Program or Risk Intervention Program. iDrive Traffic School is a three hour dynamic course specifically tailored to 16-25 year old traffic violators. The design of the course is to engage and motivate participates to be responsible, caring and knowledgeable drivers. The Risk Intervention Program is a unique four-week traffic safety course for persistent or severe violators.

COB095038
0009                                                                                                                                                       COB095030

# STAFF

### EXECUTIVE DIRECTOR

General Municipal Law Sec. 374-a and Section 6-24(1) authorizes the Mayor of the City of Buffalo to appoint an Agency Executive Director, subject to confirmation by the Buffalo Common Council. The Executive Director is responsible for the oversight and administration of the Agency and to establish rules, regulations, procedures and forms as deemed necessary to carry out the functions of the Agency and the collection of delinquent fines.

The Agency is headed by Kevin J. Helfer, Executive Director. Mr. Helfer also serves as the City Commissioner of Parking. Mr. Helfer previously served as Councilmember on the Buffalo Common Council, Director of Erie County Contract Compliance, Commissioner of the Erie County Department of Social Services, and board member of the Buffalo Urban Renewal Agency.

### JUDICIAL HEARING OFFICER

Upon recommendation of the Mayor of the City of Buffalo, the Eighth Judicial District Administrative Judge shall appoint any Judicial Hearing Officers to preside over matters at the Buffalo Traffic Violations Agency. Judicial Hearing Officers have the same powers as a judge of the Buffalo City Court [Vehicle and Traffic Law Sec. 1690(1-a)].

The Hon. Rose H. Sconiers was reappointed as Judicial Hearing Officer effective January 1, 2017. Justice Sconiers is a former judge of the Buffalo City Court, Justice of New York State Supreme Court for Erie County, and Justice of the Appellate Division for the Fourth Department. Justice Sconiers holds a J.D. from SUNY at Buffalo.

### ADMINISTRATOR

The position of Administrator Traffic Violations Agency is a competitive civil service position. The position was adopted in February 2016 and was filled on a temporary basis. In August 2016, an open competitive examination was held for permanency in this position and a civil service eligible list was created. In March 2017, the permanent position was filled by current Administrator, Danielle S. Morgera.

Ms. Morgera is responsible for supervision of subordinate staff, operational management, and court coordination. Ms. Morgera's experience includes work as a paralegal, call center manager, and office manager. She holds an M.S. in Multidisciplinary Studies from Buffalo State College and a B.S. in Legal Studies from Hilbert College. She volunteers for and serves on various community organizations.

COB095039
0010    COB095030

# STAFF Cont.

## TRAFFIC PROSECUTORS

General Municipal Law Sec. 370-a(2) defines "Traffic Prosecutor" as an attorney duly admitted to practice law in the State of New York, who is responsible to prosecute traffic infractions returnable before the Buffalo City Court, within jurisdictional and statutory limitations. The Traffic Prosecutors are granted the same powers as a District Attorney. The Buffalo Traffic Violations Agency employs two part-time traffic prosecutors, Alan P. Gerstman and Cindy T. Cooper.

Alan P. Gerstman has served as traffic prosecutor since July 2016. He previously served as Assistant Corporation Counsel for the City of Buffalo Law Department, Confidential Law Clerk in Erie County Supreme Court, and First Assistant Erie County Attorney. Mr. Gerstman holds a J.D. from SUNY Buffalo and a B.A. in History from SUNY Albany.

In October 2017, Cindy T. Cooper joined the Buffalo Traffic Violations Agency as a second part-time traffic prosecutor. The addition of Ms. Cooper has allowed the agency to provide full-time coverage as recommended in the authorizing legislation. Ms. Cooper previously served as Assistant Corporation Counsel for the City of Buffalo Law Department and the Executive Director for the Buffalo Housing Court Reform Project. Ms. Cooper holds a J.D. from SUNY Buffalo and a Ph.D. in Sociology from SUNY Buffalo.

## SUPPORT STAFF

### Traffic Agency Representatives

The Buffalo Traffic Violations Agency employs two Traffic Agency Representatives, competitive civil service positions. Traffic Agency Representatives are tasked with the duties of bench court clerk, managing and coordinating judicial hearing schedules, and may serve in a supervisory capacity in the absence of the Administrator.

### Traffic Agency Clerks

At the beginning of the reporting period, the Buffalo Traffic Violations Agency employed four (4) Traffic Violations Agency Clerks and one Administrative Secretary, all competitive civil service positions. Two of the clerks positions were filled on a temporary basis. In October 2016, an open competitive examination was held for permanency in these positions and a civil service eligible list was created. In July 2017, the position of Administrative Secretary was eliminated and two (2) additional Traffic Agency Clerk position were added. These four (4) vacancies were filled from the eligible list in May, June, July, and August 2017.

COB095040
0011   COB095030

# DEVELOPMENT AND PROGRESS

At the end of 2017, the Agency contracted with a second Judicial Hearing Officer, who is a retired Buffalo City Court Judge. The Honorable Joseph A. Fiorella served as a Buffalo City Court Judge from 2001 to 2017. He previously served as a hearing officer for the City of Buffalo Parking Violations Bureau and the Niagara Frontier Transportation Authority. With two Judicial Hearing Officers, the Agency expects to increase the frequency of court sessions and expedite the disposition of pending cases.



| COMPARATIVE STATISTICS | 2016 (7/2015-10/2016) | 2017 (11/2016-12/2017) |
|---|---|---|
| **Total Uniform Traffic Tickets** | 49,611 | 40,294 |
| Electronically Received | N/R | 39,924 |
| Manually Entered | N/R | 370 |
| Disposed | 31,903 | 45,592 |
| Transferred to Buffalo City Court | N/R | 296 |
| Electronically Transmitted | N/R | 121,879 |
| Remain Pending | 17,708 | 995 |
| **License Suspensions Released** | 3,501 | 13,524 |
| **Public Contact** | 50,000 | 120,000 |
| In Person (approx.) | N/R | 25,000 |
| Via Telephone (approx.) | N/R | 21,000 |
| Via Mail (approx.) | N/R | 56,000 |
| Via Webpage | N/R | 18,000 |
| **Plea Bargains completed** | 25,808 | 25,830 |
| **Judicial Hearing Results** | N/R | 3,028 |
| Guilty | | 226 |
| Not Guilty | | 17 |
| Dismissed/Covered By | | 742 |
| Default Judgment | | 38 |
| Reduced Plea at Court | | 2,005 |
| **Total Dollars Collected** | $3,113,750 | $4,201,552 |
| **Civil Judgments filed** | N/R | 767 |
| Dollars owed | N/R | $203,008 |

N/R = Not Reportable for this Period

COB095041
0012　　COB095030

# FINANCIAL REPORT





COB095042

0013                                                          COB095030

# City of Buffalo
# Traffic Violations Agency



February 2018

0014

COB095043
COB095030