# EXHIBIT 203

Message

| | |
|---|---|
| **From:** | Helfer,Kevin J. [/O=BUFFALO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KHELFER] |
| **Sent:** | 1/27/2014 2:20:49 PM |
| **To:** | Estrich,Donna [AU94@ch.ci.buffalo.ny.us] |
| **Subject:** | RE: traffic adjudication |

Donna- That would be difficult to estimate without knowing how many moving violations were issued. I will call you.

**From:** Estrich,Donna
**Sent:** Friday, January 24, 2014 3:19 PM
**To:** Helfer,Kevin J.; Kaczmarz,Geri
**Subject:** traffic adjudication

Do either of you have a ball park of the revenue we would receive if Buffalo adjudicated its own moving violations? The mayor is going to Albany Monday morning and we need an approximation.
Thanks

Donna J. Estrich
Commissioner of Administration, Finance, Policy & Urban Affairs
City Hall, Room 203
Buffalo, New York 14201

716-851-5922

0001

COB121555