# EXHIBIT 204

| | | |
|---|---|---|
| Philip M Serafini/BPD | To | William C Macy/BPD@BuffaloPoliceDept, |
| 07/26/2016 03:54 PM | cc | |
| | bcc | |
| | Subject | Monthly Chief's Meeting |

Craig,

I will probably be attending these meetings also. I will be out of town on the Monday the 8th, so could you try not to set it up on that date. And a time before my regular tour, or in the morning is better for me. Hopefully you can set it up for a date that is convenient for you too. Thanks.

Captain Serafini

----- Forwarded by Philip M Serafini/BPD on 07/26/2016 03:50 PM -----

| | | |
|---|---|---|
| Aaron V Young/BPD | | |
| 07/26/2016 03:37 PM | To | William C Macy/BPD, |
| | cc | Philip M Serafini/BPD, Byron C Lockwood/BPD |
| | Subject | Monthly Chief's Meeting |

Craig,

Beginning in August with a date and time to still be determined, I will be holding a monthly Chief's meeting with representatives from the respective BMHA properties. The goal of these meetings will be to supplement the currently dialogue established by yourself and other members of the BPD. In order to facilitate this I will need you to contact a representative of each tenant council and advise them on this objective. I will be open to conducting these meetings in the morning or afternoon, whichever works best for the majority of the representatives. However, due to scheduled meetings on my end, the days of these Chief's meetings will have to be either on a Monday or a Wednesday. Since I want to begin in August, obviously time is of the essence, therefore please keep me advised as to your progress in contacting each stakeholder about these plans, as well as their feedback. Any questions give me a call.

Chief Young

Sent from my iPhone

COB047699

0001