# EXHIBIT 205

Message

| | |
|---|---|
| **From:** | Helfer,Kevin J. [/O=BUFFALO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KHELFER] |
| **Sent:** | 1/18/2013 7:34:50 PM |
| **To:** | Mayor [Mayor@ch.ci.buffalo.ny.us] |
| **CC:** | Estrich,Donna [AU94@ch.ci.buffalo.ny.us] |
| **Subject:** | FW: |
| **Attachments:** | PVB_Strike Force Statistics 01152013.pdf |

Mayor- here is the electronic version of what we discussed today regarding Strike Force.
Kevin

**From:** Barnes, Ken
**Sent:** Friday, January 18, 2013 2:20 PM
**To:** Helfer,Kevin J.
**Subject:** RE:

Kevin,

Attached are the Strike Force statistics in pdf format, as requested.

Ken

**From:** Helfer,Kevin J.
**Sent:** Friday, January 18, 2013 1:03 PM
**To:** Barnes, Ken
**Subject:**

If you get a chance can you send me the Strike Force Stats in pdf format?
Kevin

0001

COB123717