# EXHIBIT 210



**CITY OF BUFFALO**
BYRON W. BROWN
MAYOR



# MEMORANDUM

To:            Dan Derenda, Commissioner,
               Police Department

From:          Mayor Byron Brown

Date:          January 15th, 2013

Re:            CitiStat Data Request

---

Per your department's last CitiStat meeting, below is a list of tasks to be completed and information to be provided by your next CitiStat meeting, scheduled for Friday, February 1st @ 11 AM.

**Please provide the following data/information by Wednesday, January 23rd:**

1. Provide current IOD numbers by district. Distinguish between short- and long-term IODs. Provide number of officers currently on light duty.

2. Provide an update on Strike Force. Provide information on # of arrests, # of tickets issued by type, # of guns, drugs, and cash seized, and vehicles impounded. Provide information on funding for the operation. Provide information on whether or not Strike Force will continue, or if resources will be shifted to another operation.

3. Provide updated homicide information (including case resolution) through YTD.

4. Provide Part One Crime data by district by month for 2012 YTD (broken down by crime type).

5. Provide status update on contract between BMHA and Police.

6. Provide information on new police recruits.

7. Provide progress report on downtown crime around night clubs and night club closings. Include any new trends in type of customers frequenting downtown clubs.

COB223189