# EXHIBIT 211

Message

| | |
|---|---|
| **From:** | Hough,Davis W. [dhough@ch.ci.buffalo.ny.us] |
| **Sent:** | 3/2/2018 1:33:57 PM |
| **To:** | Helfer,Kevin J [khelfer@ch.ci.buffalo.ny.us] |
| **Subject:** | FW: Buffalo [officercc] - Scheduled Report : Daily Ticket Written By Each Officer |
| **Attachments:** | Daily_Tickets_Written_Per_Officer.pdf |

-----Original Message-----
From: noreply@gtechna.com [mailto:noreply@gtechna.com]
Sent: Thursday, March 01, 2018 11:58 PM
To: Hough,Davis W. <dhough@ch.ci.buffalo.ny.us>
Subject: Buffalo [officercc] - Scheduled Report : Daily Ticket Written By Each Officer

2018-03-01 11:57 PM | Daily

Scheduled Task ID : 3
Dynamic Report ID : 10
File Type : pdf
Min Records to trigger the Email: 0

0001

COB112220