# EXHIBIT 212

**Daily Tickets Written Per Officer**

| Badge# | Officer Name | Count | Total | Server |
|---|---|---|---|---|
| 396 | FLYNN | 67 | 2800.00 | 67 |
| Sub-total: 396 | | **67** | **2800.00** | **67** |
| 725 | Clyburn | 62 | 2520.00 | 57 |
| Sub-total: 725 | | **62** | **2520.00** | **57** |
| B20 | BOBO-TAYLOR | 20 | 960.00 | 20 |
| Sub-total: B20 | | **20** | **960.00** | **20** |
| D76 | Knightner | 29 | 1160.00 | 29 |
| Sub-total: D76 | | **29** | **1160.00** | **29** |
| E31 | Payne | 71 | 2910.00 | 71 |
| Sub-total: E31 | | **71** | **2910.00** | **71** |
| F10 | Schaefer | 76 | 3110.00 | 76 |
| Sub-total: F10 | | **76** | **3110.00** | **76** |
| H52 | ANGELO | 109 | 4360.00 | 109 |
| Sub-total: H52 | | **109** | **4360.00** | **109** |
| J89 | Miller | 80 | 3200.00 | 80 |
| Sub-total: J89 | | **80** | **3200.00** | **80** |
| K90 | Gunn | 80 | 3270.00 | 80 |
| Sub-total: K90 | | **80** | **3270.00** | **80** |
| M69 | GOSPODARDKI | 79 | 3160.00 | 79 |
| Sub-total: M69 | | **79** | **3160.00** | **79** |
| P15 | PITTS | 55 | 2200.00 | 55 |
| Sub-total: P15 | | **55** | **2200.00** | **55** |
| S73 | MIELCAREK | 56 | 2240.00 | 56 |
| Sub-total: S73 | | **56** | **2240.00** | **56** |
| T59 | CAMPBELL | 48 | 1920.00 | 48 |
| Sub-total: T59 | | **48** | **1920.00** | **48** |
| V13 | Smith | 24 | 960.00 | |
| Sub-total: V13 | | **24** | **960.00** | **0** |

0001

COB112221

COB112221

| Badge# | Officer Name | Count | Total | Server |
|---|---|---|---|---|
| W25 | MCNAMARA | 6 | 260.00 | 6 |
| Sub-total: W25 | | **6** | **260.00** | **6** |
| Grand-total | | 862 | 35030.00 | 833 |

Filtering criteria:

• Infract. Date: TODAY

0002

COB112222

COB112221