# EXHIBIT 213

Message

**From:** Helfer,Kevin J [khelfer@ch.ci.buffalo.ny.us]
**Sent:** 10/11/2017 1:14:09 PM
**To:** Morgera,Danielle S. [dmorgera@ch.ci.buffalo.ny.us]
**Subject:** RE: Tuesday October 10, 2017

Perfect explanation.
Thank you

---

**From:** Morgera,Danielle S.
**Sent:** Wednesday, October 11, 2017 9:06 AM
**To:** Helfer,Kevin J <khelfer@ch.ci.buffalo.ny.us>
**Subject:** RE: Tuesday October 10, 2017

Please also consider of the 2016 recommendation of the Dept. of Justice in regards to socio economic sensitivity. Further, the past practice of suspending licenses has not been in compliance with VTL 510(4-a) (Scofflaw). "Once the person has appeared in court, the court is obligated to notify the Dept. of Motor Vehicles of such appearance and at that time, the motorist is entitled to have the FAIL TO ANSWER suspension against his license terminated."
We simply can't "hold hostage" licenses when people actually *do* appear. We have been attempting to get away from this practice. Instead, we have been generating invoices immediately and scheduling suspensions for non-payment. Again, however, we can only suspend after the bill is late 60 days.
By transitioning to less-threatening and legally compliant procedures, we would expect to see a delay in remittance of fines. While the Traffic Violations Agency is certainly cognizant of the importance of revenue, it is equally important to be in legal compliance with the Vehicle & Traffic Law.
Bottom line: we have been giving people longer to pay.


Very truly yours,

Danielle S Morgera
dmorgera@city-buffalo.com
Administrator Traffic Violations Agency
115 City Hall
65 Niagara Square
Buffalo, New York 14202
T: (main)716-851-5883
(direct) 716-851-5410
F: 716-851-9695



*CONFIDENTIALITY NOTICE: This email transmission is confidential and only intended for the person(s) named above. Its contents may also be protected by privilege, and all rights to privilege are expressly claimed and not waived. If you received this email in error, please call us immediately and DESTROY the entire email. If this email is not intended for you, any reading, distribution, copying or disclosure of this email is strictly prohibited.*
Please consider the environment before printing this email.

---

**From:** Helfer,Kevin J
**Sent:** Wednesday, October 11, 2017 8:32 AM

0001

**To:** Morgera,Danielle S. <dmorgera@ch.ci.buffalo.ny.us>
**Subject:** RE: Tuesday October 10, 2017

Sooner or later I will be asked about the drop in revenue for last month and we are trending lower this month as well.
Obviously, I think it is less tickets.
Anyway that you can look at that and let me know if that is the reason?
Thanks, Kevin

---

**From:** Morgera,Danielle S.
**Sent:** Tuesday, October 10, 2017 5:43 PM
**To:** Helfer,Kevin J <khelfer@ch.ci.buffalo.ny.us>
**Subject:** Tuesday October 10, 2017

Dear Kevin:

Revenue so far for Oct is $92,792.
Calls on Friday were at a 2% drop rate.
Today, we were very busy on the phones and at the window, and only dropped 3% of calls.
Have a great night.

Very truly yours,

Danielle S Morgera
dmorgera@city-buffalo.com
Administrator Traffic Violations Agency
115 City Hall
65 Niagara Square
Buffalo, New York 14202
T: (main)716-851-5883
(direct) 716-851-5410
F: 716-851-9695



*CONFIDENTIALITY NOTICE: This email transmission is confidential and only intended for the person(s) named above. Its contents may also be protected by privilege, and all rights to privilege are expressly claimed and not waived. If you received this email in error, please call us immediately and DESTROY the entire email. If this email is not intended for you, any reading, distribution, copying or disclosure of this email is strictly prohibited.*
*Please consider the environment before printing this email.*

0002