# EXHIBIT 214

Message
---

**From:** Helfer,Kevin J. [/O=BUFFALO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KHELFER]
**Sent:** 2/8/2013 7:23:57 PM
**To:** Estrich,Donna [AU94@ch.ci.buffalo.ny.us]
**Subject:** FW:
**Attachments:** PVB_Strike Force Statistics 01152013.pdf


Donna- Here is what I gave the Mayor two weeks ago.
This was as of 01/15/13.
I am getting it updated now, but I doubt it will change substantially since Strike Force has taken a break.
We netted about $150,000 from this initiative.
Kevin

---

**From:** Barnes, Ken
**Sent:** Friday, January 18, 2013 2:20 PM
**To:** Helfer,Kevin J.
**Subject:** RE:

Kevin,

Attached are the Strike Force statistics in pdf format, as requested.

Ken

---

**From:** Helfer,Kevin J.
**Sent:** Friday, January 18, 2013 1:03 PM
**To:** Barnes, Ken
**Subject:**

If you get a chance can you send me the Strike Force Stats in pdf format?
Kevin

**0001**