# EXHIBIT 215

## PVB Strike Force Statistics

Strike Force Tows:   1,115

| Month | No. of Tows | Released | | | | Unreleased | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Owner/Lienholder | | Sold at Auction | | | | | |
| | | Count | Total Paid | Count | Total Auction Price | Count | Towing Cost | Storage Cost (Increases Daily) | Potential Revenue |
| Jul | 162 | 144 | 23,225 | 17 | 7,700 | 1 | 90 | - | 90 |
| Aug | 219 | 203 | 32,597 | 14 | 6,525 | 2 | 180 | 6,450 | 6,630 |
| Sep | 97 | 90 | 14,552 | 6 | 4,100 | 1 | 90 | 3,050 | 3,140 |
| Oct | 116 | 114 | 16,210 | 2 | 700 | | | | |
| Nov | 234 | 219 | 36,990 | 12 | 8,350 | 3 | 270 | 4,350 | 4,620 |
| Dec | 182 | 172 | 25,615 | 2 | 750 | 8 | 630 | 5,425 | 6,055 |
| Jan, 2013 | 105 | 85 | 11,125 | | | 20 | 1,530 | 1,725 | 3,255 |
| Total: | 1,115 | 1,027 | $ 160,314 | 53 | $ 28,125 | 35 | $ 2,790 | $ 21,000 | $ 23,790 |

| Month | No. of Tows | Tow Agencies | | |
| --- | --- | --- | --- | --- |
| | | DPE | RIV | SBA |
| Jul | 162 | 43 | 72 | 47 |
| Aug | 219 | 37 | 115 | 67 |
| Sep | 97 | 23 | 45 | 29 |
| Oct | 116 | 25 | 56 | 35 |
| Nov | 234 | 44 | 84 | 106 |
| Dec | 182 | 18 | 85 | 79 |
| Jan, 2013 | 105 | 20 | 28 | 57 |
| Total: | 1,115 | 210 | 485 | 420 |
| | | 19% | 43% | 38% |

Print Date: 01/18/2013

COB067740

0001