# EXHIBIT 216

Message

**From:** Estrich,Donna [AU94@ch.ci.buffalo.ny.us]
**Sent:** 10/7/2019 1:56:45 PM
**To:** Helfer,Kevin J [khelfer@ch.ci.buffalo.ny.us]
**Subject:** RE: Traffic stats

WOW!! Go Joe!

**From:** Helfer,Kevin J
**Sent:** Monday, October 07, 2019 9:31 AM
**To:** Estrich,Donna <AU94@ch.ci.buffalo.ny.us>
**Subject:** Fwd: Traffic stats


Sent from my iPhone

Begin forwarded message:

> **From:** "Morgera,Danielle S." <dmorgera@ch.ci.buffalo.ny.us>
> **Date:** October 7, 2019 at 7:29:15 AM CDT
> **To:** "Helfer,Kevin J" <khelfer@ch.ci.buffalo.ny.us>
> **Subject: RE: Traffic stats**
>
> Good morning, Kevin:
>
> I compared these stats to TVA records. They appear to be accurate. BPD certainly has stepped up speeding enforcement this year!
> In Joe's chart, I added **red** numbers represent BTVA records only. The difference would be tickets that are connected to criminal charges that were in the jurisdiction of Buffalo City Court. Most of these three kinds of tickets come to BTVA.
>
> # Traffic enforcement data
>
> | Jan 1 –Sept 30 | 2016 | 2017 | 2018 | 2019 |
> |---|---|---|---|---|
> | Speeding | 913 (759) | 670 (538) | 768 (575) | 2450 (2209) |
> | Red light/ lights | 828 (626) | 1244 (1015) | 710 (507) | 888 (756) |
> | Stop signs | 1563 (1201) | 2771 (2289) | 1589 (1234) | 1800 (1546) |
>
> These are all tickets issued in the City of Buffalo through the first 9 months of each year for comparison.
>
> **From:** Helfer,Kevin J <khelfer@ch.ci.buffalo.ny.us>
> **Sent:** Saturday, October 5, 2019 12:05 PM
> **To:** Morgera,Danielle S. <dmorgera@ch.ci.buffalo.ny.us>
> **Subject:** Re: Traffic stats

Joe have to Byron. I want to verify it's accuracy.

Sent from my iPhone

On Oct 4, 2019, at 4:28 PM, Morgera,Danielle S. <dmorgera@ch.ci.buffalo.ny.us> wrote:

> I'd have to run them.
> What is this for?
> You know I have done vast research and have lots of graphs and charts!!!

**From:** Helfer,Kevin J <khelfer@ch.ci.buffalo.ny.us>
**Sent:** Friday, October 4, 2019 3:44 PM
**To:** Morgera,Danielle S. <dmorgera@ch.ci.buffalo.ny.us>
**Subject:** Fwd: Traffic stats


Do these numbers look correct to you?
Kevin
Sent from my iPhone

Begin forwarded message:

> **From:** <jagramaglia@bpdny.org>
> **Date:** October 4, 2019 at 3:29:34 PM EDT
> **To:** <bbrown@ch.ci.buffalo.ny.us>
> **Cc:** <khelfer@ch.ci.buffalo.ny.us>, <bclockwood@bpdny.org>, <bball@ch.ci.buffalo.ny.us>
> **Subject: Traffic stats**
>
> ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown unexpected emails.
>
> Mayor,
> I looked up the traffic data through the first 9 months of each of the years from 2016 to present. Please see the numbers in the attachment.
>
> Joseph A. Gramaglia, MPA
> Deputy Police Commissioner
> Operations/ Homeland Security
> Buffalo Police Department
> 68 Court St
> Buffalo, NY 14202
> 716.851.4526 Office
> 716.553.9072 Cell
> 716.851.5179 Fax
> jagramaglia@bpdny.org

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Confidentiality Notice:

This electronic mail transmission is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents or this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message. Thank you for your cooperation.

0003

COB098944