# EXHIBIT 217

Message

| | |
|---|---|
| **From**: | Helfer,Kevin J [/O=BUFFALO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KHELFER] |
| **Sent**: | 3/20/2019 7:09:05 PM |
| **To**: | Estrich,Donna [AU94@ch.ci.buffalo.ny.us] |
| **Subject**: | FW: daily lpr report 03/20/2019 14:03 |
| **Attachments**: | DOC032019-03202019140258.pdf |

Not a bad days work.

-----Original Message-----
From: Impound <impound@city-buffalo.com>
Sent: Wednesday, March 20, 2019 2:03 PM
To: Helfer,Kevin J <khelfer@ch.ci.buffalo.ny.us>
Subject: daily lpr report 03/20/2019 14:03

Scanned from MFP11494981
Date:03/20/2019 14:03
Pages:1
Resolution:300x300 DPI
--------------------------------------

COB073331