# EXHIBIT 218

Date: Wednesday 3-20-19

# DAILY LPR LOG

| PLATE | $$ Owed on Plate | $$ Owed by Owner | # of Max Tickets | Booted for 2 hours/Time | Booted for Immidate Tow/Time | Towed/Time | NOTES |
|---|---|---|---|---|---|---|---|
| JAG2484 | 320.00 | 320.00 | 2 | 8:50 | | paid in full 10:37 | L2247055 - PERSISTAT 17 Rees Volkswagen 4DR Booted released 10:3 |
| HMB7223 | 815.00 | 815.00 | 2 | | 9:40 | | Hyundai SUbN  L2247058 - A4 52 Richmond |
| JDH7839 | 525.00 | 525.00 | 0 | | | | left before booted |
| HRD4781 | 405.00 | 405.00 | 3 | | 9:06 | | 397 Parkdale @ Bird |
| JDH7837 | 340.00 | | 0 | | | | |
| APP5247 | 290.00 | 290.00 | 0 | | | | |
| HRS8146 | 525.00 | 721.60 | 1/2 collect | | 10:17 | | 115 Anderson |
| HYL3795 | 255.00 | 1065.00 | 3/(5) TOTAL | | 11:03 | | 250 Seneca |
| FSK7189 | 450.00 | 450.00 | 0 | 11:39 | removed | | Silver Jeep 234 Franklin |
| JCN9817 | 290.00 | 290.00 | 0 | | | | |
| WQM989 | 320.00 | — | 3 | | 11:56 | | Georgia Plate 170 W. Huron |
| JDT2328 | 300.00 | 300.00 | 0 | | | | |
| JAT6072 | 385.00 | 470.00 | 1/(2) TOTAL | | 12:41 | | 515 Washington |
| BNT6324 | 375.00 | 670.00 | 1/(2) TOTAL | | 1:15 | | 298 Ellicott |
| HPR6689 | 490.00 | 490.00 | 2 | | | | ~~Reggie~~ new Hearing 5-9-18 |

COB073332

0001