# EXHIBIT 220

| | |
|---|---|
| **From:** | Estrich,Donna |
| **Sent:** | 12/13/2018 8:41:11 PM |
| **To:** | Lockwood,Byron C; Gramaglia,Joseph A |
| **Subject:** | FW: 1st quarter report |

Any change in the enforcement /tickets ? The news is asking about it.


**From:** DeGeorge,Michael J.
**Sent:** Thursday, December 13, 2018 3:11 PM
**To:** Estrich,Donna
**Subject:** Fwd: 1st quarter report




Sent via the Samsung Galaxy S7, an AT&T 4G LTE smartphone



-------- Original message --------

From: "Williams, Deidre" <DSWilliams@buffnews.com>

Date: 12/13/18 10:12 AM (GMT-05:00)

To: "Estrich,Donna" <AU94@ch.ci.buffalo.ny.us>, "DeGeorge,Michael J." <mdegeorge@ch.ci.buffalo.ny.us>

Subject: 1st quarter report


Hi Donna.

Is the $440,00 budget surplus from the 1st quarter? I just want to be sure before I put it in the story. I'd appreciate it if you would let me know.

Also, in terms of the traffic violations revenue: The administration budgeted $6 million, but only $711,000 has come in so far as of Nov. 30. Is that correct?

And has any of the $8 million in projected revenue from the sale of Capital Assets come in yet? I believe there's a pending sale is in the Law Department waiting for finalization.

Please let me know. Thanks. Deidre

COB231866

0001