# EXHIBIT 222

| | |
|---|---|
| **From:** | Estrich,Donna |
| **Sent:** | 5/16/2018 12:44:51 PM |
| **To:** | Helfer,Kevin J; Lockwood,Byron C; Gramaglia,Joseph A |
| **Subject:** | RE: Matrixes of BTVA tickets by BPD April 2018 |

How can the officers only write one ticket in a month?


**From:** Helfer,Kevin J
**Sent:** Tuesday, May 15, 2018 1:41 PM
**To:** Lockwood,Byron C; Gramaglia,Joseph A
**Cc:** Estrich,Donna
**Subject:** FW: Matrixes of BTVA tickets by BPD April 2018


Gentlemen- for your information.

Kevin


**From:** Morgera,Danielle S.
**Sent:** Tuesday, May 15, 2018 1:37 PM
**To:** Helfer,Kevin J <khelfer@ch.ci.buffalo.ny.us>
**Subject:** Matrixes of BTVA tickets by BPD April 2018




Very truly yours,


Danielle S Morgera

dmorgera@city-buffalo.com

Administrator Traffic Violations Agency

115 City Hall

65 Niagara Square

Buffalo, New York 14202

T: (main)716-851-5883

(direct) 716-851-5410

F: 716-851-9695



*CONFIDENTIALITY NOTICE: This email transmission is confidential and only intended for the person(s) named above. Its contents may also be protected by privilege, and all rights to privilege are expressly claimed and not waived. If you received this email in error, please call us immediately and DESTROY the entire email. If this email is not intended for you, any reading, distribution, copying or disclosure of this email is strictly prohibited.*

Please consider the environment before printing this email.

**0002**

COB239573