# EXHIBIT 225

Message

| | |
|---|---|
| From: | Morgera,Danielle S. [/O=BUFFALO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2574ABF5FD964909ACC73EDE4A11D493-MORGERA,DANIELLE] |
| Sent: | 5/11/2017 9:33:03 PM |
| To: | Helfer,Kevin J. [khelfer@ch.ci.buffalo.ny.us] |
| Subject: | Thursday May 11, 2017 |

Dear Kevin:

Today wasn't terribly busy, we collected $10,835. Calls were answered but for one, which is darn near perfect.
We are at $139,087 for the month (on track for $350,000 but I think we're going to see a surge).
My preliminary review reveals that our revenue directly reflects the # of tickets issued on a 2-month delay.
The police issued 3832 tickets in March, therefore, I expect this month to reflect the return of most of those tickets. Historically, it's the most tickets issued in *any* month.
Last June and July were big ticket months so I suspect that despite current events, the summertime will result in more tickets. This hypothesis projects larger revenues in October and November.



I'm sending to everyone owing us money that we will file a civil judgment in 10 days. It's about 1500 cases and $220,000.00.
Once judgments are filed, we can discuss our options of using a collections agency if you think that's feasible.
Have a great night!

Very truly yours,

Danielle S Morgera
dmorgera@city-buffalo.com
Administrator Traffic Violations Agency
115 City Hall
65 Niagara Square
Buffalo, New York 14202
T: (main)716-851-5883
(direct) 716-851-5410
F: 716-851-9695



COB091749

0001

*CONFIDENTIALITY NOTICE: This email transmission is confidential and only intended for the person(s) named above. Its contents may also be protected by privilege, and all rights to privilege are expressly claimed and not waived. If you received this email in error, please call us immediately and DESTROY the entire email. If this email is not intended for you, any reading, distribution, copying or disclosure of this email is strictly prohibited.*
Please consider the environment before printing this email.

COB091750

0002