# EXHIBIT 226

Message
___

**From:** Estrich,Donna [AU94@ch.ci.buffalo.ny.us]
**Sent:** 3/23/2018 6:25:12 PM
**To:** Morgera,Danielle S. [dmorgera@ch.ci.buffalo.ny.us]; Helfer,Kevin J [khelfer@ch.ci.buffalo.ny.us]
**Subject:** RE: TVA revenue

I love it , thank you !

**From:** Morgera,Danielle S.
**Sent:** Friday, March 23, 2018 2:25 PM
**To:** Estrich,Donna; Helfer,Kevin J
**Subject:** RE: TVA revenue

$298,404

**From:** Estrich,Donna
**Sent:** Friday, March 23, 2018 2:21 PM
**To:** Morgera,Danielle S. <dmorgera@ch.ci.buffalo.ny.us>; Helfer,Kevin J <khelfer@ch.ci.buffalo.ny.us>
**Subject:** RE: TVA revenue

How about February?

**From:** Morgera,Danielle S.
**Sent:** Friday, March 23, 2018 2:17 PM
**To:** Helfer,Kevin J; Estrich,Donna
**Subject:** RE: TVA revenue

Dear Donna:

We have been trending at 10K per day. Based on that I would conservatively project $300K for March 2018.

**From:** Helfer,Kevin J
**Sent:** Friday, March 23, 2018 2:13 PM
**To:** Estrich,Donna <AU94@ch.ci.buffalo.ny.us>; Morgera,Danielle S. <dmorgera@ch.ci.buffalo.ny.us>
**Subject:** RE: TVA revenue

She is at Court now. Will be a little bit until she gets back to you.
Kevin

**From:** Estrich,Donna
**Sent:** Friday, March 23, 2018 2:12 PM
**To:** Morgera,Danielle S. <dmorgera@ch.ci.buffalo.ny.us>
**Cc:** Helfer,Kevin J <khelfer@ch.ci.buffalo.ny.us>
**Subject:** TVA revenue

Danielle,

Kevin stated that the revenues have started to be a little stronger for February.

The numbers don't show up in MUNIS yet, what do you project February's revenues to be ?

Thanks

Donna J. Estrich
Commissioner of Administration, Finance, Policy & Urban Affairs
City Hall, Room 203
Buffalo, New York 14201

716-851-5922

COB088498