# EXHIBIT 227

Message

| | |
|---|---|
| From: | Morgera,Danielle S. [/O=BUFFALO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2574ABF5FD964909ACC73EDE4A11D493-MORGERA,DANIELLE] |
| Sent: | 5/3/2018 9:17:26 PM |
| To: | Helfer,Kevin J [khelfer@ch.ci.buffalo.ny.us] |
| Subject: | Thursday, May 3, 2018 |

Dear Kevin:

Call drop rate 5%.
Revenue month to date $27,342
We'll be at six million in no time!
Have a great night.


Very truly yours,

Danielle S Morgera
dmorgera@city-buffalo.com
Administrator Traffic Violations Agency
115 City Hall
65 Niagara Square
Buffalo, New York 14202
T: (main)716-851-5883
(direct) 716-851-5410
F: 716-851-9695



*CONFIDENTIALITY NOTICE: This email transmission is confidential and only intended for the person(s) named above. Its contents may also be protected by privilege, and all rights to privilege are expressly claimed and not waived. If you received this email in error, please call us immediately and DESTROY the entire email. If this email is not intended for you, any reading, distribution, copying or disclosure of this email is strictly prohibited.*
Please consider the environment before printing this email.

COB094904

0001