# EXHIBIT 228

Message

| | |
|---|---|
| From: | Morgera,Danielle S. [/O=BUFFALO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2574ABF5FD964909ACC73EDE4A11D493-MORGERA,DANIELLE] |
| Sent: | 10/18/2018 8:43:19 PM |
| To: | Helfer,Kevin J [khelfer@ch.ci.buffalo.ny.us] |
| Subject: | Thursday, October 18, 2018 |

Dear Kevin:

Revenue in SEI month to date is $151,369. That's trending $8,410/day.
However, if we only count working days that puts us at $11,642/day.
Fun with numbers.
Have a good night!


Very truly yours,

Danielle S Morgera
dmorgera@city-buffalo.com
Administrator Traffic Violations Agency
115 City Hall
65 Niagara Square
Buffalo, New York 14202
T: (main)716-851-5883
(direct) 716-851-5410
F: 716-851-9695



*CONFIDENTIALITY NOTICE: This email transmission is confidential and only intended for the person(s) named above. Its contents may also be protected by privilege, and all rights to privilege are expressly claimed and not waived. If you received this email in error, please call us immediately and DESTROY the entire email. If this email is not intended for you, any reading, distribution, copying or disclosure of this email is strictly prohibited.*
Please consider the environment before printing this email.

COB094352

0001