# EXHIBIT 229

## *City of Buffalo*
## *Meeting Minutes*

June , 2019

2:00pm

**Meeting Purpose:** Billing and Collections/Centralized Billing Initiative

**Invitees:**

| Name | Department | | Name | Department | |
|------|-----------|---|------|-----------|---|
| Anthony Bernecki | DPW - Engineering | X | Judy Porto | Permits and Inspections | X |
| Chad Houston | MIS | X | Kathryn Mann | DPW | X |
| Charlene Bucino | DPW | X | Kirk McLean | MIS | |
| Chrystal Jones | OSP - RE | | Latifa Mack-Hedgepeth | Assessment | |
| Danielle Morgera | Traffic Violations Agency | | Linda Scott | Law Adjudication | X |
| Danielle Rizzo | DPW - Special Events | X | Luis Taveras | MIS | X |
| Daryl Springer | MIS | X | Michael Ramos | Admin & Finance | X |
| Diane Boyce | DPW - Sanitation | | Mike Seaman | Treasury | |
| Diane Scott | Admin & Finance | | Paul Springer | MIS | |
| Halimah Madyun | Admin & Finance | X | Sam Fanara | Permits and Inspections | |
| Heidi Kirker | Parking | X | Susan Attridge | DPW – Sanitation | X |
| Jason Shell | DPW - Administration | | Vincent Lopez | DPW | X |
| Holly McNamara | Permits and Inspections | X | Kevin Helfer | Parking | X |
| Jessica Brown | Admin & Finance | X | William Mathewson | Law | X |
| Joe LoTempio | Collections | X | Wilmer Olivencia | DPW – MIT | X |
| Joelle Spencer | Permits and Inspections | | Lou Petrucci | Permits and Inspections | X |

**Note:** All action items are highlighted

### Project Overview

- **Halimah Madyun** gave a broad overview of the Billing and Collections project and emphasized that this is all about increasing cash flow
- There were no questions from the group

COB091719

0001

## Project Governance

- **Halimah Madyun** described the role and function of the Executive Committee, Steering Committee, Working Group, and Project Team. **Halimah** highlighted that the Project Team is aware and sensitive to the fact that most members of the Working Group have many day-to-day responsibilities. **Halimah** also emphasized the importance of communicating any resource constraints or other issues that could result in missed due dates.
- There were no questions from the group.

## Project Scope

- **Halimah** outlined the action plan, stating that we are now working towards establishing the project's timeline and setting priorities of focus.
- **Lou** mentioned the importance of a comprehensive billing and collections web page similar to what other cities have. **Chad** asked **Lou** to send him examples of these web pages so that he can start designing ours.
- **Lou** asked **Halimah** if we will be able to run aging reports with the new Billing and Collections process. **Halimah** said that they could.

## Issue List

### Uncollected Balances

- **Daryl** had no update on if the data had been pulled from the outstanding programs such as Crywolf. **Daryl** will follow up with **Dana Glantz**. Since the meeting, **Halimah** has met with **Dana**.
- **Helfer** explained that it there is a complicated manual process to pull data from Crywolf and that there should be a separate meeting to discuss the reporting options. The meeting should consist of **Halimah, Karen, Judy, Lou,** and **Kirk**
- A meeting needs to be scheduled to discuss the Courtroom software program. The meeting should consist of **Danielle, Helfer, Daryl, Halimah, Dana, Jessica, Kirk, Jason,** and **Mike Seaman**

### Automate Pull

- **Halimah** mentioned that she will be setting up meetings with each contact person for each software program.
- **Joe** said that User Fee should not be considered out of scope and that a meeting should be set up between **Halimah, Peter Z, Daryl, Ramos,** and **Diane.**
- The Crywolf Program meeting should consist of **Halimah, Karen, Judy, Lou,** and **Kirk**. This meeting will address uncollected balances and automated pull.
- The Hansen Program meeting should consist of **Joe, Judy, Lou, Sam, Mike Donovan,** and **Wilmer**.

COB091720

**Adjudication Billing**
- **Halimah** will set up a follow-up meeting with **Lou** and **Ramos**

**Abatements**
- Need to establish a reporting system with processes for quality control and modifying bills.
- **Deputy Mayor Ball, Joe, Judy, Jessica, Halimah, Max, Linda,** and **Danielle Rizzo** were identified as the Abatements sub-committee.
- **Susan** mentioned re-establishing the Public Collection Board of Appeals. Need to establish an oversight appeals body.

**Late Charge Committee**
- **Jessica, Will, Helfer, Halimah, Kirk,** and **Ramos** were identified as the Late Charge sub-committee.

**Administrative Adjudication**
- Administrative Adjudication is not separate from regular adjudication

**<u>Next Steps</u>**
- After clarifying with Permits & Inspections, the inventory list was finalized.
- Meeting of the Executive and Steering Committees will be scheduled shortly.
- Need to establish a process for One-Time Billings.
- **Halimah** expressed the importance of bringing all reference materials to any upcoming meetings.

COB091721