# EXHIBIT 230

Message
_____

**From:** Morgera,Danielle S. [/O=BUFFALO/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2574ABF5FD964909ACC73EDE4A11D493-MORGERA,DANIELLE]
**Sent:** 12/9/2019 9:41:19 PM
**To:** Brown,Jessica R. [jrbrown@ch.ci.buffalo.ny.us]
**CC:** Helfer,Kevin J [khelfer@ch.ci.buffalo.ny.us]; Estrich,Donna [AU94@ch.ci.buffalo.ny.us]
**Subject:** RE: TVA numbers through Nov 2019

Hello all:

The numbers I have are reflected below for July through October. I do not yet have the November Distribution report but the gross revenue is $234,858.
We average $250K/month gross. Currently we are averaging $283 FY-to-date gross, which is above average.
Please keep in mind this figure does not consider administrative fees collected, or city court fines received.

| | Gross | Net |
|---|---|---|
| Jul-19 | $275,165.74 | $238,191.00 |
| Aug-19 | $311,250.70 | $272,163.00 |
| Sep-19 | $250,565.00 | $224,427.00 |
| Oct-19 | $258,969.00 | $230,156.00 |
| Nov-19 | $320,144.00 | |

**From:** Brown,Jessica R. <jrbrown@ch.ci.buffalo.ny.us>
**Sent:** Monday, December 9, 2019 3:09 PM
**To:** Helfer,Kevin J <khelfer@ch.ci.buffalo.ny.us>
**Cc:** Morgera,Danielle S. <dmorgera@ch.ci.buffalo.ny.us>; Estrich,Donna <AU94@ch.ci.buffalo.ny.us>
**Subject:** TVA numbers through Nov 2019

Good morning,

Attached are the TVA income amounts through the end of November 2019. Please let me know if you have any changes. It appears that we are running a little under budget for the first five months of the year.

**Jessica R. Brown, CPA, Esq.**
Director of Administration & Finance
Administration, Finance, Policy & Urban Affairs
City of Buffalo
(716) 851-5684
jrbrown@city-buffalo.com

COB093060

0001