# EXHIBIT 232

Message

| | |
|---|---|
| **From:** | Morgera,Danielle S. [/O=BUFFALO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2574ABF5FD964909ACC73EDE4A11D493-MORGERA,DANIELLE] |
| **Sent:** | 10/25/2019 1:46:30 PM |
| **To:** | Helfer,Kevin J [khelfer@ch.ci.buffalo.ny.us] |
| **Subject:** | BTVA Revenue |

| Month -- Year | Gross | State | Net | % |
|---|---|---|---|---|
| June 2019 | $275,165.74 | $36,974.74 | $238,191.00 | 13.44% |
| July 2019 | $311,250.70 | $39,087.00 | $272,163.70 | 12.56% |
| August 2019 | $250,565.00 | | $250,565.00 | 0.00% |
| September 2019 | $258,969.00 | $28,813.00 | $230,156.00 | 11.13% |

I do not have a state distribution report yet for August because we had to resubmit it


Very truly yours,

Danielle S Morgera
dmorgera@city-buffalo.com
Administrator Traffic Violations Agency
115 City Hall
65 Niagara Square
Buffalo, New York 14202
T: (main)716-851-5883
(direct) 716-851-5410
F: 716-851-9695



CONFIDENTIALITY NOTICE: This email transmission is confidential and only intended for the person(s) named above. Its contents may also be protected by privilege, and all rights to privilege are expressly claimed and not waived. If you received this email in error, please call us immediately and DESTROY the entire email. If this email is not intended for you, any reading, distribution, copying or disclosure of this email is strictly prohibited.
Please consider the environment before printing this email.