# EXHIBIT 234

# Path of a Traffic Violations Agency Case



COB091753

0001