# EXHIBIT 236



Jerry Schoenle
Director of Training



Developing a Program to Address Biased Policing: A Collaborative Approach

- Biased Policing is probably a better term to work with as it is broader in scope
- Biased Policing- is the exercise of police authority to seize or detain an individual <u>solely</u> upon an individual's race, ethnic origin, gender, age, sexual orientation, or income status

0002

## George W. Bush, 2/01

- It's wrong and we will end it in America"
- "I have long believed that to treat people solely on the basis of their race was a violation of the 14th Amendment of the United States Constitution"
  - Attorney General John Ashcroft, 2/01

0003

# The Problem

- Cynthia Wiggins a b/f, 17 yrs., killed crossing a busy intersection in 1995

- Increase in racial tensions

- In 2000 accusations of Racial Profiling surfaced in Erie County

0004

# LEAD TEAM

- The Law Enforcement & Diversity Team was formed in 1996. The members included representatives from law enforcement, The National Conference for Community and Justice, and various community representatives.

- Mission- organized to enhance communication and understanding between suburban law enforcement agencies and the diverse citizenry of Buffalo & Erie County.

0005

# What to do When Stopped by the Police

- This unique 3-hour program puts cops and citizens in the same room to promote mutual respect & understanding
- The intent is for citizens to understand the police perspective in police/citizen encounters and for officers to understand the citizens perspective
- Thousands of police officers & citizens have attended this educational program in Erie County
- This program was not developed to address racial profiling, however, it is clearly beneficial in this regard

0006

# Accusations of Racial Profiling

- ✓ In 2000 & 2001 accusations of racial profiling surfaced in Erie County, particularly in the first ring suburbs
- ✓ 2001- The Erie County Chiefs requested that the county training academy examine the issue of "Racial Profiling" as a training need (this was the result of training needs assessment distributed by the academy.

0007

# Problem Oriented Policing Project (POP)

- Scanning- the academy staff compiled information both nationally and locally (news paper articles, journal articles, officer & community group interviews, examined training programs, attended seminars, workshops and conferences).
- Analysis- after scanning & analyzing available information it became apparent that several issues could be addressed through training.
- Response- the training academy staff decided to facilitate a problem-solving seminar to further define the problem and to develop training objectives for an educational program.
- Assessment- we are currently in this phase

0008

# Planning a Problem-Solving Seminar

- Goal(s)- the intent was to define the problem and develop training objectives for an educational program

- Attendees- law enforcement managers & trainers, representatives from various organizations within the community, and representative from state university

- Conference Itinerary- this was developed after compiling the information in the scanning phase and during the assessment process. We examined the programs we already had in place, what was currently being done throughout the country, and

0009

# DAY-1, Racial Profiling/Biased Policing from a Constitutional Perspective- Mr. Bill Healy

- Definitions- Biased Policing is a broader term that addresses more than just the stop and may involve factors besides race. When developing policy agencies may wish to include: gender, sexual orientation, religion, ethnicity, and age.
- Case law on racial profiling accusations
- Legal actions officers can take in stops including legitimate seizures based on probable cause and reasonable articulable suspicion
- Consent degrees
- The issue of Racial Profiling based on the 5th and 14th Amendments
- Policy implications & suggestions

0010

# Results of the Seminar

- A Broad list of Training Objectives
- Curriculum Development Sub-committee
- This committee worked with the Academy Staff to fine tune the objectives & design the curriculum for a train-the-trainer program.
- Course Title- "Professional Stops & Seizures"

0011

# Professional Stops & Seizures Course Goals

- Improve officer & citizen safety through training and education
- Reduce the numbers of police citizen conflicts
- Improve police community relations
- Involve the community in the training process
- Make professionalism of the police apparent in stops & seizures
- Ensure officers perform their duties without bias

0012

# Seminar DAY-2

- The National Highway Traffic Safety Association's "Professional Traffic Stops Model"
- Strategic Communications
- LEAD TEAM
- Break out sessions to develop training objectives

0013

# General Training Objectives

- Officers will understand the community's perspective on citizen stops and citizens will understand the officers perspective

- Officers will understand and be aware of constitutional issues as they relate to stops and seizures

- Officers will be able to define racial profiling and understand agency policies in this regard

0014

# General Training Objectives Continued

- Officers will be able to demonstrate the steps in a professional traffic stop, in which they will maintain officer & citizen safety while decreasing the anxiety levels for all parties

- Officers will recognize they have the ability (and responsibility) to keep citizen encounters professional and will be able to demonstrate appropriate conflict resolution skills for dealing with uncooperative individuals.

0015

# Suggestions for Addressing Racial Profiling

- Develop a policy that prohibits, defines, and specifies punishment for any officer who engages in racial profiling
- Develop a standardized procedure and policy for professional traffic stops
- Initiate a training program for all personnel that includes clear cut guidelines for supervisors
- Initiate an educational program for citizens so that they understand agency policies and commitment to professionalism in law enforcement
- Consider methods to provide an early warning system

0016

# General Considerations

- It is recommended that this program be much more than a diversity/sensitivity training seminar
- Focus on the positive (what police can do)
- Course title should be positive
- In our train-the-trainer we included a segment on the need for an educational program to address racial profiling

0017

# The Collaborative Approach

- Law enforcement
- The collaborative approach is appropriate whenever there are community issues that might be addressed through training
- This creates a greater likelihood that the stakeholders will buy-in to the program and improve the success
- Using this approach we will have more highly trained officers and community members, while improving both officer and citizen safety.

0018