# EXHIBIT 238

# *CITY OF BUFFALO*

## *2013 JUSTICE ASSISTANCE AWARD GRANT*
## *GMS APPLICATION NUMBER 2013 – H3987-NY-DJ*

### *GRANT NARRATIVE:*

The City of Buffalo, New York has engaged in a partnership with the County of Erie through its Office of Central Police Services, which works closely with the City of Buffalo therefore, a strong relationship and alliance is already in place.

The transition from the Local Law Enforcement Grant to the Justice Assistance Grant (JAG) Program over the last eight (8) years has brought representatives together from various Erie County agencies for the application process, dependent on entities deemed eligible for funding by the U.S. Department of Justice under this program, which has been based on a funding disparity between the City of Buffalo and towns within the County of Erie.     A cooperative meeting brought representatives together from these agencies for a joint application committee meeting. The meeting was held on June 11, 2013, and for those partners not in attendance, they were contacted by both email and telephone.  It was mutually agreed upon that the City of Buffalo, once again, would serve as the lead applicant and fiscal agent.  During this meeting, each attendee discussed the purpose areas that could be supported with these grant dollars, and the benefit to each of their agencies.  In addition, as a group, the distribution of the funding as allocated by the Bureau of Justice Assistance, was discussed and mutually agreed upon by the certified disparate jurisdiction(s).

The total grant award of $308,062 will be distributed as follows:

*City of Buffalo: (Police/Dept. of Community Services/Office of Citizen Services): $297,749*
*County of Erie: (Central Police Services): $10,313*

COB_INC_00000044

**GMS APPLICATION NUMBER: 2013 3987-NY-DJ**

Please note that because of the disparate certification and the fact that a joint application must be submitted, and in order to maximize the viability of both City and County programs to be funded under this JAG award that support criminal justice and community initiatives, the City of Buffalo has agreed not to take any administrative funds allowed under the JAG 2013 Grant (10% maximum). This, then, served as a cost savings to the other participating collaborators, which was then part of the discussion among all of the partner s when deciding the actual distribution and acceptance of the total JAG 2013 funds.

The City of Buffalo is capable of handling the implementation of this project as we have a solid track record with the Department of Justice that has been built up over the years, as the City has been the fortunate recipient of other Federal grants (JAG Stimulus, COPS Grants, Local Law Enforcement Block Grants, Office of Juvenile Justice Program Grants, direct Justice Assistance Grants, Violence Against Women Grants, GREAT Grants, etc.). The City has a series of internal checks and balances set up by the Comptroller's Office, and all City Departments who receive grants must not only comply with this internal process, but they must also work directly with the Accounts Payable and Grants Section under the Comptroller's Office on all fiscally-related matters. The City of Buffalo Comptroller's Office will be responsible for the actual drawdown of JAG funding. Upon the City's receipt of funds, those funds will immediately be transferred into a separate Trust and Agency Account set-up for the sole purpose of tracking and reconciling any funding received by the City of Buffalo under the 2013 Edward Byrne Memorial Justice Assistance Grant. Any drawdown of funding will be monitored by both the City's Division of Accounting and the Buffalo Police Department, who normally handles the distribution of JAG grant funding to other partners. These two (2) City Departments also provide fiscal monitoring oversight, grant close-out processes, coordination of all grant reporting, both fiscal and programmatic, and provide guidance for following grant

2

COB_INC_00000044

GMS APPLICATION NUMBER: 2013 3987-NY-DJ

guidelines, rules and regulations to ensure that proper program activities and mandatory reporting requirements are completed.

As a result of the June 11, 2013 meeting, a Memorandum of Understanding was proposed, discussed, and drafted, and was then executed on June 28, 2013 with the signature of the City of Buffalo Mayor.  This document has been downloaded and attached as part of this application (Attachment 3-1- JAG 2013-Yr 9 MOU).  Each partnering entity was advised of the "application review and public comment process," and plans were made to follow through with the same. Also submitted as an attachment is a copy of the legal notice that the City of Buffalo placed in the *Buffalo News*, and also copies of postings on both their City and Police Department's web sites, along with the information posted by the County of Erie on their web pages  (Attachment 3-2- Govt Review-Public Comment).

The following is an individual overview of each participating JAG partner as well as a description of the proposed program activities to be funded with JAG 2013 funds:

<u>*CITY OF BUFFALO INITIATIVES ($265,749)* *</u>
<u>*\*Does not include $32,000 for DA Office – See County of Erie*</u>

<u>Community Description:</u>

The Buffalo Police Department is sworn to serve the City of Buffalo, which is located on Lake Erie at the base of the Niagara River. It is the second largest City in New York State and is located in Western New York, about 400 miles from New York City.   Buffalo, a metropolitan area of 261,310 residents (per 2010 census), covers a city land area of 41.7 square miles; with the City's water rights, Buffalo is 50.0 square miles.

The City of Buffalo, established in 1832, has been described as a "melting pot" due to the mixture of races and ethnic backgrounds that comprise the various neighborhoods. Over 50% of Buffalo's population is considered minority.  In addition, the Buffalo Public School System, one of the largest in the State, has approximately 56 public schools and 17 charter schools, and 18

3

COB_INC_00000044

**GMS APPLICATION NUMBER: 2013 3987-NY-DJ**

private/parochial schools serving approximately 41,879 students.  Buffalo by national and local standards is a poor city, and recently was identified as a City where almost half of Buffalo's children live in impoverished households, at 46.8%, which is third nationally.  Buffalo is also in the top ten percent of the nation's poorest cities, because 30% of the City's population lives below the poverty line. The economic growth experienced by almost the entire country, over the last thirteen (13), has eluded the City of Buffalo because of a decline in well-paying jobs in manufacturing.  Nationally, Buffalo is near the top in the percentages of households receiving public assistance and the unemployment rate is still over 7%.  Based on an analysis of crime within Buffalo's jurisdiction, the overall index of Part One Crimes (violent/property crimes) decreased by 5.66%, however, there was an increase in violent crime of 5.15% from 2011 versus 2012.  In June 2013, based on 2012 crime figure statistics released by the FBI, Buffalo was categorized as having the 11th highest violent crime rate among the nation's big cities, with 1,288 violent crimes per 100,000 people. Thus, the need for dedicated patrols and targeted enforcement continues.  Selective enforcement opportunities supported by funding under the Justice Assistance Grant, have helped to increase the number of firearms arrests (up 6.75%), and in doing so, have led to a decrease in the number of shootings with injury (down by 5.24%).  In addition, targeted curfew patrols and other juvenile intervention initiatives under JAG have resulted in a 9.5% decrease of those arrested under 18 years of age, while juveniles referred to juvenile court or probation are down 19.3% and this year, only (2) juveniles were referred to Criminal or Adult Court (versus 7 last year), impacted by the fact we have a JAG-sponsored juvenile prosecutor.  Because our sworn personnel has decreased, it demonstrates the need for JAG funds for selective overtime enforcement so that we do not experience significant spikes in crime.

COB_INC_00000044

GMS APPLICATION NUMBER: 2013 3987-NY-DJ

Addressing violent crime activity in Buffalo is a priority since as previously mentioned it has increased 5.15% as compared to last year. Buffalo will focus on bringing down the number of homicides since they have increased 38.89% over last year and 86% involved some kind of a firearm.  The majority of shootings have been retaliatory and Buffalo's Intelligence Unit continues to gather information from citizens, witnesses, victims and by working with other law enforcement partners. One of the major goals of the Buffalo Police Department is to continue with the reduction of homicides and other firearms-related violence through dedicated patrols leading to the investigation, analysis, identification, arrest and prosecution of those responsible for violent crime in each of Buffalo's (5) Police Districts.

Buffalo's youth gangs are on the rise and more unabashed over the last several years because members are joining at much younger ages.  While Buffalo Police have made significant arrests (during 2012 approximately 770 gang members were arrested) assisted by JAG overtime funds for selective enforcement of hotspots by Buffalo Police, which helps our Department to impede retaliatory crime sprees.  Younger members are becoming more violent as they try to upgrade their status in the gang, and they will commit adult crimes to prove their loyalty or as part of their initiation into a particular gang.  Young people who are joining gangs are not being educated as to the harmful and destructive side of gang involvement. This contributes to an increase in juvenile delinquent activity, (1,197 juveniles were arrested in 2012) demonstrating Buffalo's continued need for prevention and intervention assistance for this escalating problem. The increase in violent crime in Buffalo has been attributed to a multitude of reasons, of which, the most significant is attributed to the grave economic deterioration in Buffalo.  In May, unemployment was at 7.3%, which is only a 6th of tenth point drop over last year, and Buffalo metro's unemployment rate among minority groups is among the nation's highest, over 50%. Also, an alarming  53% of Buffalo's students drop out before completing their high school

5

COB_INC_00000044

GMS APPLICATION NUMBER: 2013 3987-NY-DJ

education. Buffalo's limited job market acts as a catalyst for a number of socio-economic and crime problems city-wide.  The City is divided into 90 census tracts, which are covered by five (5) police districts. Sixteen (16) areas within the census tracts are 16 which have been classified as neighborhoods of "extreme poverty," since over 40% of the residents within these tracts live below the poverty line; Buffalo has its share of working poor and according to the 2012 Homeless Alliance Poverty Report, there was a 15.5% increase in the number of people in families who experience homelessness last year and 68% of of the children who experience homelessness are school-aged.   Buffalo's property tax base continues to fall along with our declining industrial base and loss of population, thus the damaging effects of poverty continue to plague the well being of the City's underprivileged.

   The Buffalo Police Department, founded in 1871, is a reflection of the values of the community and the people we serve.  Presently, the Buffalo Police Department consists of 902 members, both sworn (727), which has decreased by 3% and civilian (175), which has slightly increased due to the recent hiring of cellblock attendants and Report Technicians because Buffalo Police has now taken over the arrest booking process formerly conducted by the Erie County Sheriff's Office.  Over the years, the Department has undergone significant changes, both physically and philosophically, by consolidating precincts through a re-organizational plan consisting of five major districts.  A partnership exists between this Department and effective forces within the community working towards maintaining peace, providing safety, and reducing the fear of crime.   In addition, as a border community, homeland protection is a priority as we strive to prevent, protect against, respond to, and recover from acts of terrorism and other all-hazard events. Our primary mission is to work together to enhance the quality of life for residents of and visitors to the City of Buffalo, and we accomplish this by being highly visible,

6

COB_INC_00000044

**GMS APPLICATION NUMBER: 2013 3987-NY-DJ**

interacting with the community, and focusing on strategies that create and sustain healthy and vital neighborhoods.

Continued advances in technology along with the transformation of our style of policing, has moved our agency into the 21st century as we have shifted from call driven, incident based methods to a shared responsibility that involves prevention and intervention, and enforcement as we address crime and community issues, concentrating on cyclical violence.

As we give our officers the technology and the tools to make their jobs more effective, we continue the Department's mission of creating working partnerships to improve the effectiveness and capability of our criminal justice system.

Solving crimes, answering calls, making arrests, and seizing drugs will always be an essential part of the Buffalo Police Department's mission.  However, preventing crime is a more effective means in creating a safer environment and with both the police and the community working together, this shared responsibility provides a more secure, more productive, and less fearful place to live.

**Program Goal:** To reduce crime and promote public safety

*Project Objectives:*
*Provide increased directed/tactical patrols targeting high risk crime areas

*Provide extra protective police coverage at special events and/or extra patrols at large venues within the City due to the loss of homeland security elevated risk funding as Buffalo lost 2012 and 2013 UASI funds and hosts many international events as we are a border community

*Increase prevention and intervention opportunities for juveniles

*Continue providing comprehensive community services for residents within Buffalo's community

**Buffalo Police Department Initiative: $96,249**

**Buffalo Police Tactical Enforcement Operations: Directed Patrol Overtime Efforts and Enhanced Protective Security Measures at Selected Large Special Events: $96,249**

COB_INC_00000044

GMS APPLICATION NUMBER: 2013 3987-NY-DJ

The Buffalo Police Department will be utilizing the 2013 funding to address security issues at large venues, violent crime (homicides, gun crime, gang activity, drugs, robberies and burglaries) and also, quality of life issues (loitering youth, curfew, loud music, and violations of City ordinances).  This will be accomplished by assigning officers on overtime to directed patrol activities in identified "hot spot" and high crime areas to investigate not only suspicious activities, but to spotlight enforcement strategies on guns, drugs, gangs, and other violent crime. Through the assistance of Buffalo's Erie Crime Analysis Center, housed in Buffalo Police Headquarters, analysts will outline daily reports from serious and violent crimes to quality of life crimes in order to determine similarities or trends and patterns, which will then lead command to develop a tactical plan to deploy manpower and resources to address the targeted and identified problems in a timely manner. Hot spot analysis addresses what is happening, where, possible why's and finally, who will take the lead on developing a response to this issue.   Both Patrol Officers within our five (5) Police Districts, Detectives from specialized Units (Narcotics, Sex Offense, etc.), and Officers from the Department's  Strike Force/Housing and Intelligence Units, which are not housed within one policing district, but rather have City-wide jurisdiction, may also be involved with these "crackdown" interventions in hot spot cluster areas.

In addition, an overtime priority of the Buffalo Police Department will be to utilize 2013 JAG funding as a means for the Department's continuance of providing extra protective police coverage and/or extra patrols at special or selected large events hosted within the City of Buffalo. The Buffalo Police Department did not receive 2012 or 2013 UASI funding as they cut Tier 2 cities, and also has exhausted its "yellow" elevated risk funding as the grant guidance for UASI homeland security has changed its heightened alert warning risk process.

As an international border community with Canada, the City of Buffalo hosts many special events, some of which are the largest in the country, bringing in flocks of attendees and vendors.

0008

COB_INC_00000044

**GMS APPLICATION NUMBER: 2013 3987-NY-DJ**

Events such as First Night (New Year's Eve Ball Drop), the St. Patrick's Day Parade, a multitude of large summer events (Allentown Arts Festival, Taste of Buffalo, Juneteenth, Gus Macker, to mention a few) are held downtown, less than a mile away from our international border, thus attracting a diverse cross section of spectators. Buffalo Police will provide perimeter security, sweep for weapons in and around these events, as well as mitigate any type of terrorist threat. Our focus on added security thwarts any opportunity for dissidents to incite fear and racism as thousands gather to participate in these cultural, culinary, and confined venues.  A great many of these events are televised and the JAG funding will provide a means for our Department to continue with its astute security planning for the prevention of any type of major disaster. Buffalo has regular contact with Immigration and Customs Enforcement Agents, as well as a collaborative partnership with the US Coast Guard and Border Patrol Agents, as we not only participate in various joint operations connected to these events, but other prevention activities initiated by our Federal/State/Local law enforcement partners.  Maximizing our resources through collaborative operations helps to strengthen the public's perception of our efforts for addressing both domestic and international public safety issues.

By dedicating officers to tactical/selective patrols, including homeland security as described above, this saturation strategy serves as a means for proactively and aggressively targeting high crime neighborhoods and/or specific crime and disorder problems at large venues by providing a highly visible police presence.

JAG funds are critical for enhancing the reduction of violent crime and other quality of life issues within Buffalo's neighborhoods by the Buffalo Police Department.  The State of New York continues to face another catastrophic budget year, deepened by the devastation caused by Hurricane Sandy, and in addition, our City continues to be under the "soft" authority of a financial control board appointed by the Governor, thus grant funds are critical for

9

COB_INC_00000044

**GMS APPLICATION NUMBER: 2013 3987-NY-DJ**

supplementing directed and extra law enforcement activities in order to strengthen the services provided to the citizens of Buffalo.

**City of Buffalo Department of Community Services: $63,000**

**Juvenile Delinquency Prevention Programs:**

*Anti-Crime: $28,000*

*PROJECT OBJECTIVE*:  To provide the Buffalo and Erie County residents with a program to divert youth who have been identified as at risk for or involved in juvenile delinquency.

The Anti-Crime program features education, referral services and community mobilization as strategies in positively addressing youth crime prevention.  The Anti-Crime program features a three-hour educational program component that includes a video presentation focusing on topics such as possession of a control substance, criminal mischief, larceny, trespassing, involvement of weapons, unauthorized use of a motor vehicle and assault.  The presentation offers a comprehensive discussion about the probation intake system concluded by a discussion on alternatives.   The educational program is designed to assist youth in recognizing which activity constitutes a crime and the consequences, which may follow.  At present we encourage one parent/guardian to attended the workshop with the youth and welcome other family members. City of Buffalo Division for Youth, Program Director of Youth Counseling and one Buffalo Police Detective from the Sex Offense/Family Violence Unit continue to host these sessions.

The Anti-Crime Seminar utilizes video clips to depict various crime situations young people may find themselves involved with on the road to adulthood.  The officers give an overview of terminology used by law enforcement and the court system and discuss consequences of criminal and at-risk behavior.  There are many opportunities for questions and discussion by participants.  The discussion facilitated by the staff is designed to give accurate information to the youth and their parent/guardian.  The information given assists the youth in making positive

0010

COB_INC_00000044

**GMS APPLICATION NUMBER: 2013 3987-NY-DJ**

decisions in the future based on accurate facts.  Youths are also better able to recognize how their actions no only affect themselves but the people who care about them and their community.

Parents are able to understand that they are not alone in their task of raising their child to be a law-abiding citizen.  Referral services are made available for parents and youth as well to assist with given situations.

The seminars are scheduled twice a month for a 3-hour session.  Juveniles are required to be accompanied by a parents/guardian; other family members are welcome to attend.  In addition to the seminars for the Erie County Probation referrals, the staff made hosted seminars in local high schools and community groups.  Since January 1, 2012 through December 31, , fifty-one (51) sessions were presented: 789 youth attended, which is doubled in number from last year's youth attendees, and 272 family members and other adults. Therefore, a total of 1,061 people attended these workshops.

This program is an excellent example of "Smart Policing"- The collaboration from Buffalo Police, Erie County Probation and the City of Buffalo Division for Youth Departments working together on an evidenced –based program to maximize their resources and more efficiently target emerging and chronic juvenile crime problems, hopefully preventing crimes before they occur and ultimately lessening the burden on the courts and the justice system overall.

*Code of Conduct: Violence Prevention Youth Program: $28,000*

The primary goal of the Code of Conduct Program is to address those risk factors that are prevalent among youth associated with violent crime by offering education, an integration of services, and follow-up for youth, ages 7-17. The program addresses the needs of youth by:

 *Promoting empathy toward victims and non-violent conflict resolution

 *Reviewing effective communication techniques

 *Utilizing activities designed to foster norms against violence and aggression

11

COB_INC_00000044

GMS APPLICATION NUMBER: 2013 3987-NY-DJ

*Encouraging alternative behaviors and the promotion of a healthy lifestyle

*Providing a positive re-connection to the community for at-risk juveniles

This program is also a collaborative effort among the City of Buffalo's Department of Community Services, Buffalo Police, and Erie County Probation Department. This initiative addresses the needs of youth identified as high-risk or involved in violent juvenile behavior. The workshop and discussions facilitated by staff are designed to give accurate information about the law, and includes information about assault, felony gang assault, weapons charges and so on. Also discussed, in very real terms, are the consequences of criminal behavior and in such a way that the participants understand.  This information assists youth in making positive decisions in the future based on accurate facts since the emphasis is that "You are accountable for your behavior." Youths are better able to recognize how their actions not only affect the victim, but themselves as a young person, and also, all of the people around them.

The seminars are scheduled twice a month for a 3-hour session. Juveniles are referred from Erie County Probation Department as well as the Buffalo Board of Education.  Additionally, other sessions are scheduled for community organization groups, and various school programs also request this presentation.

Fifty-two (52) sessions were presented during 2012, and increase of 20 sessions over last year, and as a result, the program reached out to a total of 652 program participants: 529 youths and 123 parents/guardians, and other family members.

_City of Buffalo's Drug Court: $7,000_

Contracted Services: Lakeshore Behavioral Health: $7,000

The Department of Community Services will continue with the contracted services provided by Lakeshore Behavioral Health, Inc., a local substance abuse treatment, non-profit agency. This

0012

COB_INC_00000044

**GMS APPLICATION NUMBER: 2013 3987-NY-DJ**

agency has provided service to Buffalo's Drug Court Program (Court Outreach Unit: Referral and Treatment Services/C.O.U.R.T.S.) for almost ten (10) years.

Funding will support the salary of an individual employed by Lakeshore and who is placed in service to the City of Buffalo's Drug Court Program for case management services, in addition to providing a small percentage of the funding to cover training supplies for staff. Case management services play a significant role in assisting clients referred by the court with assessment, referrals, and the monitoring of participants whose compliance conditions are set by the court.  Currently there are 272 active cases under the judicial diversion COURTS Program and case managers have screened 589 individuals.

*Drug Court Mission:*

*Improve court and community outcomes and reduce recidivism

*Engage the community in identifying local concerns

*Expand pretrial screening, assessment, and supervision of offenders

*Create effective links between the criminal justice system and community social service organizations, allowing court officials more sentencing options and access to community resources

Buffalo's program has earned many outstanding national and statewide distinctions.  Over the last five (5) years, 1,404 clients have successfully have completed the Drug Court Program. These individuals need to be in school full time or gainfully employed for at least (3) months prior to completion, unless they have a disability. Approximately 73% of the drug court defendants are gainfully employed at the time of their graduation.  The C.O.U.R.T.S. Program monitored the completion of 287,385 community services hours. In addition, the C.O.U.R.T.S. Program has reported 6,533 violations for defendants with a Conditional Discharge and who has failed to comply with the conditions stipulated by the Judge.  Clients who have graduated from the C.O.U.R.T.S. Program have a chance at sobriety and to live a drug and crime free life.

COB_INC_00000044

**GMS APPLICATION NUMBER: 2013 3987-NY-DJ**

Key to the success of Buffalo's Drug Court/C.O.U.R.T.S. Program is case management activities. Research on the effectiveness of case management have been linked to improved retention in treatment, greater use of primary care, medical services, and the ability to effectively manage the coordination of care for non-violent offenders who have needs that cannot be met by a single agency. The continued success of Buffalo's Drug Court in providing intensive case management is founded on our city, court and community partnerships.

**City's Department of Strategic Planning/Office of Citizen Services: $106,500**

The Division of Citizen Services promotes programs that are aimed at civic engagement, human services outreach, and connecting with citizens through participation and education. JAG Year 8 funds will support the salaries of personnel described as follows, along with some funds being directed to supplies/professional training opportunities and telecommunications:

*Citizens Participation Academy/Community Information Coordinator Position ($40,000)*
Salary of Citizens Participation Academy/Community Information Coordinator: $40,000

The Coordinator will work with community partners, block clubs and businesses to foster stewardship and increase citizen participation in civic affairs. The Coordinator will also administer the City's Livable Communities Beautification Grant, recruit participants and organize the Buffalo's Citizens' Participation Academy, and serve as a liaison between the City's numerous block clubs and various City Departments. This individual will also provide oversight for a number of community events, including Project SCOPE, open house at various fire houses during National Fire Prevention Month, and will coordinate activities for the City's National Night Out. As a member of the "Cities of Service," this individual will also work to encourage citizen participation and persuade volunteers to commit to community service through the Division of Citizen Services. Under the Director of Citizen Services' guidance, the Coordinator will also perform related work as required in managing

0014

COB_INC_00000044

**GMS APPLICATION NUMBER: 2013 3987-NY-DJ**

sensitive high priority projects and activities, serve as coordinator of the newsletter, participate in resource/grant development.

<u>Description of Citizen Service Programs Above Coordinator Will Manage:</u>

*Citizens Police Academy*

The Citizens Participation Academy was created to engage City of Buffalo residents in their local government by providing an interactive forum, learning firsthand about the structure and management of the City of Buffalo. During the open enrollment period for prospective City of Buffalo residents age 18 and over, applicants may request a paper application via email at: <u>cpa@city-buffalo.com</u> or by phone 716-851-5989; with an option to apply online at <u>www.city-buffalo.com</u>.  Over the span of 9-10 weeks, participants interact with elected and appointed officials in an informal setting, allowing them to learn through presentations, case studies, and site tours during sessions held on a weekly basis.  In addition to the weekly  sessions, Academy participants are afforded a firsthand view of City government by  participating in a police ride-along, attending a Common Council meeting and/or a CitiStat session (a management tracking initiative that fosters greater accountability and efficiency in managing and delivering City services to residents).  Residents also have the opportunity to observe the inner working of the City's Call and Resolution Center or volunteering at a community center. Once citizens have completed the program, they are expected to bring the information back to their block clubs, neighborhoods and businesses.

Once citizens have completed the program, they are expected to bring the information back to their block clubs, neighborhoods and businesses, as well as participate in a class project meant to keep the participants engaged with one another as well as with the City of Buffalo. Also under the umbrella of the Citizens' Participation Academy within the City's Division of Citizen Services, is (2) ancillary programs that the Coordinator will oversee providing pertinent

15

COB_INC_00000044

**GMS APPLICATION NUMBER: 2013 3987-NY-DJ**

and valuable information to citizens, with regard to quality of life, citizen services and crime prevention information. These programs include:

### *Buffalo's Livable Communities Initiative*

In working to build capacity within our city's neighborhoods, the City has worked to implement several programs that bring about tangible results within the community. The Livable Communities Initiative is an example of such a program. The purpose of the Livable Communities Grant Program is to provide funding to block clubs, community organizations and civic/citizens associations for the implementation of innovative projects that will provide measurable, visual and physical improvements in their neighborhoods. Any block club or civic/citizens association located in a low to moderate income area in the City of Buffalo is eligible for funding, however, priority is given to grassroots Community-Based Organizations (CBO) or block clubs whose mission is related to improving the city's neighborhoods. First preference is given to projects located in one of the thirteen (13) targeted Livable Communities neighborhoods. In an effort to improve accessibility of the grant to City of Buffalo residents, citizen input was used in making application revisions (i.e., Citizens' Participation Academy past participants, Board of Block Clubs, etc), decreasing the amount of jargon, and creating an electronic application whereby instructions and attachments are available online for completion. In addition, application revisions were made to reflect national initiatives and local community needs and include additional project examples in the areas of "green initiatives" and public safety. The response from the community has been tremendous. Since the inception of this initiative, the City has awarded over $300,000 to various block clubs and civic associations to paint a community painting or mural, funds are used to provide for signage, money is also given to plant a community garden as well as to provide resources to fund many neighborhood lot maintenance projects.

0016

COB_INC_00000044

**GMS APPLICATION NUMBER: 2013 3987-NY-DJ**

### *Project SCOPE - Smoke and CO Preparedness and Education (FEMA Funding)*

**Project SCOPE is a FEMA grant funded project whose mission in the City of Buffalo is to track fire safety and community prevention. This study is being conducted and tracked through the Division of Citizen Services in conjunction with the City of Buffalo Fire Department in order to provide Smoke Detectors and Carbon Monoxide Detectors to the general public in a coordinated manner. This information will then be tracked by the Division of Citizen Services and compared against fire statistics over the next year to ensure this is an effective fire prevention method by the Buffalo Fire Department. Within the Division of Citizen Services, the Office of Citizen Participation and Information is responsible for the administration of this program, keeping track of the supply inventory, and records management of related information.**

**Close to 600 carbon monoxide detectors and over 1,000 smoke detectors, as well as pamphlets on proper usage, children's fire prevention coloring books and crayons, and Child ID kits have been distributed to City of Buffalo residents over the couple years. Moving forward to build program capacity and increase the effectiveness of comparable and visual data, the City plans to map where the distribution of materials has been taking place across the City of Buffalo. This visual data will allow the program to target areas that have yet to receive materials, and ensure equal distribution, city-wide.**

**The second JAG-funded initiative under Department of Citizen Services/Office of Strategic Planning is the Save Our Streets Program.**

### *Save Our Streets Program ($66,500)*
**Save Our Streets Program Personnel Salary Costs: $51,843**
**Save Our Streets Program Fringe Costs: $14,657**

**The City of Buffalo's Save Our Streets (SOS) Task Force is comprised of various law enforcement and government agencies, which include the Office of Citizen Services, City of Buffalo Law Department, Buffalo Police Department, Erie County District Attorney's Office,**

17

COB_INC_00000044

**GMS APPLICATION NUMBER: 2013 3987-NY-DJ**

NYS Attorney General's Office, the Department of Housing and Urban Development and the United States Attorney's Office.  The charge of the Task Force is to empower residents in the community, and improve the quality of life in the City of Buffalo by ridding residential properties of drug activity in a collaborative manner.

The SOS Task Force recognizes that non-traditional techniques of law enforcement must supplement traditional investigative and arrest methods.  Using a coordinated approach between and among the members of the SOS Task Force, each agency is responsible for a particular problem facing that individual property.  These agencies will send a response team to enforce their respective ordinances to ensure that the owners and tenants of the property are properly made accountable for any violations.  For example, if a tenant of a targeted property is on probation or parole, Task Force members from the Erie County Department of Probation and the NYS Division of Parole will quickly respond to any arrests or complaints regarding that individual.  If a tenant is receiving social service benefits, the Director of Investigation for the Erie County Department of Social Services will immediately investigate to determine whether that individual should continue to receive benefits.

The Task Force attempts to eliminate drug activity on a property in two ways:

<u>**OPTION 1:**</u> The SOS Landlord Interviewing Committee ("Committee") will meet with the landlord (and block club members, if available) regarding the complaints on the property.  In addition, the 911 and narcotics search warrant histories will be reviewed.  Once it is determined which tenant(s) are involved in the drug activity, the Committee will recommend eviction of the tenant, and will assist the landlord in finding new tenants with suitable backgrounds for either a month-to-month tenancy, or rent-to-own opportunity.  Prior to the Task Force providing this assistance, the Department of Inspections must complete an internal and external inspection of the property.

<u>**OPTION 2:**</u> If the landlord is not cooperative with the Committee, then the Task Force's legal team will determine whether to pursue Bawdy House or Nuisance Abatement actions, or seize the property via the Federal Laws of Forfeiture.  In cases where the above legal actions have not

18

COB_INC_00000044

**GMS APPLICATION NUMBER: 2013 3987-NY-DJ**

been possible, an Order to Vacate has been obtained through the City of Buffalo's Housing Court.

The Buffalo Police Department Narcotics Division generates a letter to landlords when a search warrant is executed on a property and arrests are made. The SOS Task Force maintains a central database identifying these problem properties, and will follow up with landlords who fail to clean up their properties and take the necessary steps in removing non-compliant tenants.

The SOS Task Force has continued its free Landlord Training Program. To date, close to 1,500 landlords have participated in this program, with another session scheduled for November 1, 2013. The vast majority of the attendees have enrolled voluntarily. However, the Buffalo City Court Housing Judge also mandates individuals to attend when it is felt that they would benefit from the program. In addition, first time, homeowners who are purchasing two-family homes are being referred to this program to qualify for their mortgages.

The SOS Task Force has also continued with sponsoring the free Advanced Landlord Seminar for property owners who have completed the basic Landlord Training Program.

These seminars are conducted twice annually so that these programs can reach as many landlords as possible to keep them up to date on issues that affect them.

The Advanced courses run simultaneously with the Basic Training Program. The Advanced seminar consists of 5 in-depth workshops that elaborate on topics covered in the basic Landlord Training. The landlords are allowed to choose up to 5 workshops to attend. It is apparent from the participants of the workshops that many landlords are interested in educating themselves on their rights and responsibilities as well as finding out ways that would help them become better landlords. The information obtained ultimately helps to improve the housing stock and the quality of life in the City of Buffalo. Therefore, it is the continued intention of the SOS Task Force to provide both the Landlord Training Session and the Advanced Landlord Workshops.

0019

COB_INC_00000044

GMS APPLICATION NUMBER: 2013 3987-NY-DJ

The SOS Task Force is very involved with the community and businesses within the City of Buffalo.  The Coordinator of the Task Force meets regularly with block clubs and also makes presentations at various conferences to spread the word about the SOS Program and the assistance it can provide to community residents.  It is also during these meetings that residents can forward information to the Coordinator regarding problem properties in their neighborhoods.  If necessary, the Coordinator will make site visits to individual properties with a police escort to identify specific problems at a property.

The SOS Task Force also continues with its successful prevention program, Operation Clean Sweep, which began in during the summer of 2002.  During 2012, the Clean Sweep Committee carried out 27 Clean Sweeps performed throughout the City of Buffalo, which resulted in the following actions:

- The Department of Inspections issuing 944 properties with letters for housing code violations; 68 properties were referred for demolition of which, 13 demolitions were executed.
- The Mayor's Impact Team cleaned and cleared trash and debris in vacant lots and properties, boarding 139 vacant homes, mowed 575  lawns, and performed 738 debris removals
- Anti Graffiti Program eradicated 137 homes of unsightly graffiti.
- Forestry Department trimmed 1,152 trees; removed 32 trees
- 44 free smoke detectors being distributed and installed, 524 File of Life Forms for life saving emergency prescription documentations
- Time Warner disconnected 256 locations for illegal cable services and addressed service issues; 1 warrant for arrest regarding repeat offenses.
- Public works removed 1,595 tires; filled 256 potholes (which quadruped last year's numbers)
- NYS Parole visited 12 parolees.
- Rodent Control baited 3,457 properties.
- Animal control rescued 48 dogs (figure doubled)
- Buffalo Employment and Training Center offered 79 referrals.
- Sewer Authority cleaned 1,031 receivers.
- Buffalo Police department opened 48 investigations regarding narcotic activity
- Signal division replaced 356 signs and repaired 49

COB_INC_00000044

GMS APPLICATION NUMBER: 2013 3987-NY-DJ

- **Back to Basics Outreach Ministries referred 19 individuals for counseling services.**
- **U.B. Smile Team linked 769 adults and children to dental services.**
- **Division of Youth offered counseling services, 1,292 youth employment applications and 1,378 reading rules applications**
- **Housing Division of Neighborhood Development offered 403 referrals for repair assistance**
- **Matt Urban/WNY Homeless Coalition investigated 105 homes for squatter assistance**
- **Restoration Mental Health Society gave 17 referrals for counseling**

The SOS Task Force is very committed to its purpose of empowering residents in the community with the knowledge and resources to improve the quality of life in their area.

Additionally, it is a current and future goal of Save Our Streets Task Force to continually add new seeding components to help neighborhoods and families stabilize after a sweep. This year, new seeding components include Buffalo Recycling, Buffalo Federation of Neighborhoods Coalition and the New York State Department of Health/Insurance Outreach Enrollment.

The following is a list of the most current participating agencies actively participating in the missions of the Save Our Streets Task Force:

<u>**City of Buffalo Agencies**</u>
**311**
**Anti-Graffiti Program**
**Division of Citizen Services**
**Mayor's Impact Team**
**Department of Inspections**
**Department of Law**
**Buffalo Police Department**
**Buffalo Police Fire Investigation Unit**
**Public Works**
**Signal Division**
**Rodent Control**
**Department of Taxation and Assessments**
**Division of Youth**
**Drug Counseling**
**Buffalo Employment and Training Center**
**Department of Senior Services**
**Housing Division of Neighborhood Development**
**Buffalo Recycling**

21

COB_INC_00000044

**GMS APPLICATION NUMBER: 2013 3987-NY-DJ**

<u>**County of Erie Agencies**</u>
**District Attorney's Office**
**Erie County Health Department/Lead Prevention**

<u>**State of New York Agencies**</u>
**Division of Parole**
**New York State Police**
**NYS Dept Health/Insurance Outreach Enrollment**

<u>**Federal Agencies**</u>
**United States Attorney's Office**
**United States Marshals Service**
**Border Patrol**

<u>**Housing Agencies**</u>
**West Side Neighborhood Housing Services**

<u>**Private Partners**</u>
**Time Warner Cable**
**National Fuel**
**Center for Employment Opportunities**

<u>**Outreach**</u>
**Ameri Corps**
**Back to Basic Outreach Ministries (Prisoner Re-Entry)**
**WNY Homeless Coalition**
**Restoration Mental Health Society**
**Border Community Services**
**Mid-Erie Counseling**
**Buffalo Federation of Neighborhoods Coalition**

## *COUNTY OF ERIE INITIATIVES ($42,313)*

**$10,313 Direct Funding/$32,000 Through City of Buffalo**

Erie County, located in Western New York, has a population of just over 919,000.  It consists of three (3) cities and forty-nine (49) towns and villages throughout 1,044 square miles. The towns and villages range in size from 275 to over 100,000 in population and are served by (71) separate judges. However, the largest population center remains as the City of Buffalo, with a population of 261,310, thus recognized as the second largest City in New York State.

22

COB_INC_00000044

GMS APPLICATION NUMBER: 2013 3987-NY-DJ

### *District Attorney's Office ($32,000):*

The District Attorney is Erie County's chief prosecutor, responsible for investigating crime, presenting evidence to the Grand Jury, and implementing the just prosecution of persons, both adults and juveniles indicted for criminal offenses.  The District Attorney tries felony cases in Erie County and New York State Supreme Courts; as well as misdemeanors and non-criminal offenses in the city, town and village courts of Erie County. In related duties, the District Attorney also argues appeals and handles other post-conviction matters, initiates forfeiture proceedings, oversees extradition of wanted persons, and litigates habeas corpus petitions brought in both State and Federal court. The work performed by the District Attorney's Office is mandated by New York State law. The Erie County District Attorney's Office handles approximately close to 50,000 misdemeanor and 3,000 felony matters a year.

The Erie County District Attorney's Office is seeking funding that will continue to support the specialized Juvenile prosecutor assigned within the District Attorney's Office.

### Juvenile Prosecutor: $32,000 (Toward Salary/Fringes)**
To be subcontracted through City of Buffalo Department of Police

While most crimes committed by a juvenile are handled in Family Court, the most serious crimes can be prosecuted criminally, thus there is the continued need for an Assistant District Attorney specifically assigned to juvenile prosecution.  Funding under the JAG grant, will enhance the ability of the County District Attorney's Office to continue their focus on significant problems of felony-level crimes committed by 14 to 19 year olds, primarily within Buffalo's urban center, as well as elsewhere within Erie County, including those jurisdictions covered by our suburban partners.

The Juvenile Prosecutor serves as a single point person for the screening, investigation, and prosecution of these serious cases involving juveniles (violent, serial, and gang-related) and depending on the seriousness of the crime, that young person may be charged as a juvenile or an

COB_INC_00000044

**GMS APPLICATION NUMBER: 2013 3987-NY-DJ**

adult.  This prosecutor coordinates the sharing of information about offenders to improve prevention, investigation, and prosecution.  Having this position within the District Attorney's Office clearly sends a message into the community that violent crimes will be severely punished no matter what the age of the offender.  This prosecutor focuses on violent and/or gang-related crimes in addition to other violent felonies including possession of loaded firearms; serial robberies; serial burglaries and other property related felonies, including felonies committed by students against school personnel or property.  In a case where a crime is committed on school grounds, the prosecutor will communicate with the Chief of Schools.  The prosecutor is also available to the School Resource Officers within the Buffalo Police Department for any education and training needs in regards to prosecutable offenses for juveniles.

The Juvenile Prosecutor also serves as a liaison to the Buffalo Police Department (BPD) on related offenses, and coordinates efforts with other, related specialized units within the Erie County District Attorney's Office (ECDA).  A main strength of this position lies with the strong partnership between the ECDA and the BPD with respect to juvenile offenders.  This includes, but is not necessarily limited to information sharing and strategic planning, along with collaboration on case investigation and preparation.

During the 2012 calendar year the Juvenile Prosecutor opened 83 cases.  The cases included 13 Burglary Cases, 41 Robbery Cases, 18 Weapon Cases, 4 Assault Cases, and 1 Drug Cases.  Also, during the year, the ADA had a number of convictions either through plea or trial.  A notable case involves the investigation and indictment of five (5) 16 through 19 year olds for six (6) gun point robberies and a homicide. The victims were either pizza delivery drivers or cab drivers and one robbery resulted in the murder of a cab driver in March of 2013. The defendants would call for pizza deliveries or call cabs to come to a specific location and then rob them at gun point.  The investigation was a joint effort between the District Attorney's Office, the Buffalo

24

COB_INC_00000044

GMS APPLICATION NUMBER: 2013 3987-NY-DJ

Police Department, and the Erie County Crime Analysis Center using witnesses, phone records, social media, and forensic analysis. Hearings are scheduled for July 2013 with an anticipated trial in the Fall of 2013.

Seventy-one (71) defendants were convicted in calendar year 2012 by the Juvenile Prosecutor. Fifty-five (55) percent of those cases were for robbery.  Additionally, 18 % were for burglary, 14% were weapons charges, and 10% for assault.  Eighteen (18) cases were B felony convictions. When appropriate, the Juvenile Prosecutor also facilitates trainings for partner police agencies and is available to make presentations to schools and community groups on topics related to the deterrence and prosecution of juvenile crimes.  The funding under the 2013 JAG Grant will cover the partial salary/fringes for the continuation of this juvenile prosecutorial position.

### _ERIE COUNTY CENTRAL POLICE SERVICES: $10,313*_
**\*To be subcontracted through City of Buffalo**

**Software Security Programmer/Consultant: $10,313 ($84 per hr)**

As a continuing effort to implement the CJIS (Criminal Justice Information System) Security Policy, this year Erie County Central Police Services will concentrate on adding encryption to all of the core software programs described in the next paragraph.  Although the County has upgraded the routers between remote locations to include encryption, to fully implement the CJIS recommendations, encryption must also be present when the data is accessed within outside police buildings such as the Public Safety Campus and the County Building.
The most thorough way to complete this task is to encrypt the data as it is accessed from the database at the application software level.

All of the local law enforcement agencies within the County of Erie, including the City of Buffalo, utilize a computer-aided dispatch and records management system called the Complaint History and Records Management System (CHARMS).  This system is used for dispatching

25

COB_INC_00000044

**GMS APPLICATION NUMBER: 2013 3987-NY-DJ**

functions, records management, personnel, property management, arrest booking, juvenile information, etc.  It also provides Criminal History inquiries, as well as connectivity to the New York State Police Information Network (NYSPIN) and the National Crime Information Center (NCIC) for inquiries and entries.  This software runs not only in Dispatch Centers and Criminal Justice agencies, but also in patrol cars, the Erie County Sheriff's helicopter, marine units, Mobile Operations Centers and other emergency vehicles.

The City of Buffalo represents the highest concentration of violent crimes committed, accounting for over 80% of those crimes.  The record keeping involved to manage the data has grown expeditiously.  The security features of CHARMS must continue to be able to accommodate security in the changing electronic landscape.

### *NARRATIVE CLOSING:*

Partners from the JAG working group keep in regular contact to discuss the various aspects of JAG's programmatic activities as well as discuss cross jurisdictional problems and strategies. In addition, it is understood by each participating entity that any interest accrued as a result of these grant dollars, will be re-invested back into their various programs supporting law enforcement and/or community policing activities funded under the 2013 Justice Assistance Grant Program.

Each participating partner is aware that they are responsible for reconciling their distribution of funding, is aware that these funds must be tracked separately from other Federal grant funds, and that they are bound by the special conditions as set forth by the Department of Justice as sub-recipient partners.  Also, each partner has been briefed that they must provide to the City of Buffalo any required fiscal and programmatic activity reports outlining the performance measures of their programs, so that Buffalo can then properly report this information to the Bureau of Justice Assistance.

COB_INC_00000044

**GMS APPLICATION NUMBER: 2013 3987-NY-DJ**

During this fiscal year, both the City of Buffalo and the County of Erie are subject to the continuing fiscal authority of state-appointed control boards, which are not the same regulatory bodies.  The fiscal situation in both entities remains constrained, and thus why the Justice Assistance Grant funding is critical to support the described activities because they cannot be supported by their own entities' annual budgeted funds. We are most appreciative that this grant does not mandate a required cash match, however, every participating municipality will incur some type of non-grant expenses due to their commitment toward improving public safety and criminal justice services within the Western New York community.

0027

COB_INC_00000044