# EXHIBIT 239

# CITY OF BUFFALO

## 2015 JUSTICE ASSISTANCE AWARD GRANT
## GMS APPLICATION NUMBER 2015-H2905-NY-DJ

### GRANT NARRATIVE:

The City of Buffalo, New York has engaged in a partnership with the County of Erie through its Office of Central Police Services, along with the County's District Attorney's Office, in addition to the Town of Cheektowaga through their police department, and all participating entities work closely with the City of Buffalo, thus strong relationships and alliances are already in place.

The transition from the Local Law Enforcement Grant to the Justice Assistance Grant (JAG) Program over these many years has brought representatives together from various Erie County agencies for the application process, dependent on the entities deemed eligible for funding by the U.S. Department of Justice under this program, which has been based on a funding disparity between the City of Buffalo and towns within the County of Erie. A cooperative meeting brought representatives together from various agencies for a joint application committee meeting. The meeting was held on May 28, 2015, and for those partners not in attendance, they were contacted by both email and telephone. It was mutually agreed upon that the City of Buffalo, once again, would serve as the lead applicant and fiscal agent. During this meeting, each attendee discussed the purpose areas that could be supported with these grant dollars, and the benefit to each of their agencies. In addition, as a group, the distribution of the funding as allocated by the Bureau of Justice Assistance, was discussed and mutually agreed upon by the certified disparate jurisdiction(s).

The total grant award of $265,936 will be distributed as follows:

*City of Buffalo: (Police/Dept. of Community Services/Division of Citizen Services; this year, will now include County of Erie's Central Police Services; also continues to include the CountyDistrict Attorney's Office): $252,932*
*Town of Cheektowaga: (Police Department): $13,004*

Please note that because of the disparate certification and the fact that a joint application must be submitted, and in order to maximize the viability of both City and County programs to be funded under this JAG award that support law enforcement and crime prevention initiatives, the City of Buffalo has agreed not to take any administrative funds allowed under the JAG 2015 Grant (10% maximum). This, then, served as a cost savings to the other participating collaborators, which was then part of the discussion among all of the partners when deciding the actual distribution and acceptance of the total JAG 2015 funds.

The City of Buffalo is capable of handling the implementation of this project as we have a solid track record with the Department of Justice that has been built up over the years, as the City has been the fortunate recipient of other Federal grants (JAG Stimulus, COPS Grants, Local Law Enforcement Block Grants, Office of Juvenile Justice Program Grants, direct Justice Assistance Grants, Violence Against Women Grants, GREAT Grants, etc.). The City has a series of internal

checks and balances set up by the Comptroller's Office, and all City Departments who receive grants must not only comply with this internal process, but they must also work directly with the Accounts Payable and Grants Section under the Comptroller's Office on all fiscally-related matters. The City of Buffalo Comptroller's Office will be responsible for the actual drawdown of JAG funding. Upon the City's receipt of funds, those funds will immediately be transferred into a separate Trust and Agency Account set-up for the sole purpose of tracking and reconciling any funding received by the City of Buffalo under the 2015 Edward Byrne Memorial Justice Assistance Grant. Any drawdown of funding will be monitored by both the City's Division of Accounting and the Buffalo Police Department, who normally handles the distribution of JAG grant funding to other partners. These two (2) City Departments also provide fiscal monitoring oversight, grant close-out processes, coordination of all grant reporting, both fiscal and programmatic, and provide guidance for following grant guidelines, rules and regulations to ensure that proper program activities and mandatory reporting requirements are completed. In compliance with the grant solicitation this year, Buffalo has completed the "Accounting System and Financial Capability Questionnaire" and has downloaded and attached it as part of our application (Attachment 8: JAG 2015 Fin Mngt-System Internal Control Info)

As a result of the May 28, 2015 meeting, a Memorandum of Understanding was proposed, discussed, and drafted, and was then executed on June 17, 2015 with the signature of the City of Buffalo Mayor. This document has been downloaded and attached as part of this application (Attachment 4: JAG 11 2015 MOU). Each partnering entity was advised of the "application review and public comment process," and plans were made to follow through with the same. As part of the 2015 solicitation, also being submitted as an attachment is a copy of the legal notice that the City of Buffalo placed in the *Buffalo New (on behalf of all partners)*, and also copies of postings on both the City and Police Department's web sites, along with the information posted by the County of Erie and Town of Cheektowaga on their web pages (UPDATE: Attachment 5: Gov't Review-Public Comment).

The following is an individual overview of each participating JAG partner as well as a description of the proposed program activities to be funded with JAG 2015 funds:

## CITY OF BUFFALO INITIATIVES ($214,932)*
*Does not include $31,500 for DA Office or $6,500 for Central Police Services – See County of Erie

Community Description:

The Buffalo Police Department is sworn to serve the City of Buffalo, which is located on Lake Erie at the base of the Niagara River. It is the second largest City in New York State and is located in Western New York, about 400 miles from New York City. Buffalo, a metropolitan area of 259, 400 residents (per 2014 City estimate), covers a city land area of 41.7 square miles; with the City's water rights, Buffalo is 50.0 square miles.

2

The City of Buffalo, established in 1832, has been described as a "melting pot" due to the mixture of races and ethnic backgrounds that comprise the various neighborhoods. Over 50% of Buffalo's population is considered minority.  In addition, the Buffalo Public School System, one of the largest in the State, has approximately public schools, 15 charter schools, and 21 private/parochial schools serving approximately 48,363 students.  Buffalo by national and local standards is a poor city, and in 2014, was identified as a City where 30.1% of the residents are living below the federal poverty level, making it one of America's poorest cities (fluctuating between 3rd and 4th).  In addition, almost half of Buffalo's children live in impoverished households, at 46.6%, which put Buffalo in fourth place nationally, over the last two years.  The economic growth experienced by almost the entire country, over the last thirteen (13), has eluded the City of Buffalo because of a decline in well-paying jobs in manufacturing, however, in 2013 an investment was made by NY State's Governor who has committed a $1 billion investment in the Buffalo area economy to create thousands of jobs and spur billions in new investment and economic activity over the next several years, focusing on solar energy, bio-medic technology, clean energy research and manufacturing, as well as medical genomics research through the Niagara Medical Corridor. Nationally, Buffalo is near the top in the percentages of households receiving public assistance and at the end of last year, the food bank set a record for pounds of food distributed in Buffalo.  Unfortunately, the Buffalo-Niagara Region's poverty is highly segregated and racialized and has been categorized in a report from March of 2014 as one of the ten largest metros (one million or more people) where the poor are most segregated, and 29th out of all the metros. The overall unemployment rate is close to 7%, though it has dipped a bit from last year.  Based on an analysis of crime within Buffalo's jurisdiction, the overall index of Part One Crimes (violent/property crimes) decreased by 3.89% from 2013 to 2014.  In addition, Buffalo's current Part One Crime from January to May 2015 has also seen a decrease in violent crime by 14.85%. Buffalo has been focusing on shootings and gun crime, and our shooting incidents with homicides decreased by 60% when comparing May of last year to May of this year, however, the total number of shootings did increase by 4%. Unfortunately, in December of 2014, (62) people met a violent death, thus while we have made some meaningful progress, the need for dedicated patrols and targeted enforcement continues.  Selective enforcement opportunities supported by funding under the Justice Assistance Grant, has helped to decrease the overall number of shootings with injury in Buffalo, a decrease of 0.24% when compared to our last three years.  Buffalo's juvenile intervention initiatives under JAG are vital as the number of juvenile arrests from 2013 versus 2014 have increased by 14.71%. In addition, the number of weapons cases for juveniles tripled in 2014 as compared to 2013 and were handled by our JAG-sponsored juvenile prosecutor, who continues to focus on felony-level crimes committed by 14-19 year olds.  The persistent partnership between Buffalo Police and the Juvenile Prosecutor is a needed strategy for juvenile case investigation and prosecution. Juvenile crime in Erie County, which includes Buffalo, has only decreased slightly over the last year (1.4%).

Because of manpower constraints due to a decrease in Buffalo's sworn personnel again this year, there is a continued need for JAG funds for selective overtime enforcement so that we do not experience significant spikes in crime.

Buffalo's priority for addressing violent crime activity remains a priority as we must continue to improve the safety of Buffalo's residents, and focus on violent crime reduction in Buffalo's poorest neighborhoods because of the impact that growing up in a high-risk community has on the young people in those neighborhoods. Buffalo will continue its focus on gun crime, as we attempt to bring down the number of gun homicides since they represent 79% of the murders committed in Buffalo last year and 57.14% of the shooting incidents with homicides, year to date. The majority of shootings continue to be retaliatory among young gang members and Buffalo's Intelligence Unit continues to gather information from citizens, witnesses, victims and by working with other law enforcement partners. One of the major goals of the Buffalo Police Department is to continue with the reduction of homicides and other firearms-related violence through dedicated patrols leading to the investigation, analysis, identification, arrest and prosecution of those responsible for violent crime in each of Buffalo's (5) Police Districts.

Membership in Buffalo's youth gangs continue to rise and are more brazen over the last several years because members are joining at much younger ages and also, the impact of social media. While Buffalo Police have made significant arrests (during 2014 approximately 646 gang members were arrested) assisted by JAG overtime funds for hotspot enforcement by Buffalo Police, in addition to roving patrols at venues during the better weather months attended by scores of young people, it is essential for our JAG funds to continue funding selective enforcement activities, which will not only assist us in monitoring the activity of Buffalo's (90) identified gangs, it will assist our Department to impede retaliatory crime sprees. Younger members are becoming more violent as they try to upgrade their status in the gang, and they will commit adult crimes to prove their loyalty or as part of their initiation into a particular gang, bragging about their crimes on Facebook and other social media outlets.

Young people who are joining gangs are not being educated as to the harmful and destructive side of gang involvement. This contributes to an increase in juvenile delinquent activity, (1,010) juveniles were arrested in 2014) demonstrating Buffalo's continued need for prevention and intervention assistance for this escalating problem. Violent crime in Buffalo has been attributed to a multitude of reasons, of which, the most significant is attributed to the grave economic deterioration in Buffalo. As mentioned, while the unemployment rate has decreased slightly, Buffalo metro's unemployment rate among minority groups is among the nation's highest, close to 50%. Buffalo is tackling its alarming graduation rate, which dropped from 53.4% to 52.8% at the end of 2014, as students continue to drop out before completing their high school education. Buffalo's limited job market acts as a catalyst for a number of socio-economic and crime problems city-wide. The City is divided into 90 census tracts, which are covered by five (5) police districts. Sixteen (16) areas within the census tracts are (16) which have been classified as neighborhoods of "extreme poverty," since over 40% of the residents within these tracts live below the poverty line; Buffalo has its share of working poor and according to the 2012 Homeless Alliance Poverty Report, there was a 15.5% increase in the number of people in families who experience homelessness last year and 68% of the children who experience homelessness are school-aged. Buffalo's property

tax base continues to fall along with our declining industrial base and loss of population, thus the damaging effects of poverty continue to plague the well being of the City's underprivileged.

The Buffalo Police Department, founded in 1871, is a reflection of the values of the community and the people we serve.  Presently, the Buffalo Police Department consists of 901 members, both sworn (723 as opposed to 744 last year, a decrease of almost 3%), and 178 civilians. Over the years, the Department has undergone significant changes, both physically and philosophically, by consolidating precincts through a re-organizational plan consisting of five major districts.  A partnership exists between this Department and effective forces within the community working towards maintaining peace, providing safety, and reducing the fear of crime.   In addition, as a border community, homeland protection is a priority as we strive to prevent, protect against, respond to, and recover from acts of terrorism and other all-hazard events. Our primary mission is to work together to enhance the quality of life for residents of and visitors to the City of Buffalo, and we accomplish this by being highly visible, interacting with the community, and focusing on strategies that create and sustain healthy and vital neighborhoods.

Continued advances in technology along with the transformation of our style of policing, has moved our agency into the 21st century as we have shifted from call driven, incident based methods to a shared responsibility that involves prevention and intervention, and enforcement as we address crime and community issues, concentrating on cyclical violence. Currently, as with the many challenges facing law enforcement agencies across the nation, we are looking at ways, including the possible use of body-worn video cameras to improve conflicts between the police and minority communities fueled by high crime, poverty, the re-entry of residents who have been incarcerated and acute unemployment.

As we give our officers the technology and the tools to make their jobs more effective, we continue the Department's mission of creating working partnerships to improve the effectiveness and capability of our criminal justice system. Answering calls, seizing drugs, making arrests and solving crimes will always be an essential part of the Buffalo Police Department's mission.  However, preventing crime is a more effective means in creating a safer environment and with both the police and the community working together, this shared responsibility provides a more secure, more productive, and less fearful place to live.

**Program Goal:** To reduce crime and promote public safety

<u>Project Objectives:</u>
*Provide increased directed and selective tactical patrols targeting high risk, hotspot crime areas

*Provide extra protective police coverage at special events and/or extra patrols at large venues within the City due to the loss of homeland security elevated risk funding due to Buffalo's loss of

UASI funding over the last (3) years since Buffalo hosts many international events as we are a border community

*Increase prevention and intervention opportunities for juveniles

*Continue providing comprehensive community services for residents within Buffalo's community

<u>Buffalo Police Department Initiative: $106,482</u>
*Buffalo Police Tactical Enforcement Operations: Directed Patrol Overtime Efforts and Enhanced Protective Security Measures at Selected Large Special Events: $106,482*

The Buffalo Police Department will be utilizing the 2015 funding to address security issues at large venues, will focus selected enforcement activities on violent crime (homicides, gun crime, gang activity, drugs, robberies and burglaries) and also, respond to quality of life issues (loitering youth, curfew, loud music, and violations of City ordinances). This will be accomplished by assigning officers on overtime to directed patrol activities in identified "hot spot" and high crime areas to investigate not only suspicious activities, but to spotlight enforcement strategies on guns, drugs, gangs, especially youth-involved retaliatory violence, and other violent crime. Through the assistance of Buffalo's Erie Crime Analysis Center, housed in Buffalo Police Headquarters, analysts will outline daily reports from serious and violent crimes to quality of life crimes in order to determine similarities or trends and patterns, which will then lead command to develop a tactical plan to deploy manpower and resources to address the targeted and identified problems in a timely manner. Hot spot analysis addresses what is happening, where, possible why and finally, who will take the lead on developing a response to this issue. Both Patrol Officers within our five (5) Police Districts, Detectives from specialized Units (Narcotics, Sex Offense, Homicide, Intel, etc.), and Officers from the Department's Strike Force/Housing Units, which are not housed within one policing district, but rather have City-wide jurisdiction, may also be involved with these "crackdown" interventions in hot spot cluster areas.

In addition, an overtime priority of the Buffalo Police Department will be to utilize 2015 JAG funding as a means for the Department's continuance of providing extra protective police coverage and/or extra patrols at special or selected large events hosted within the City of Buffalo. The Buffalo Police Department has not received UASI funding over the last (3) years because Buffalo was eliminated when the Department of Homeland Security cut the funding of Tier 2 cities, and Buffalo has not been added back on the list this year.

As an international border community with Canada, the City of Buffalo hosts many special events, some of which are the largest in the country, bringing in flocks of attendees and vendors. Events such as First Night (New Year's Eve Ball Drop), the St. Patrick's Day Parade, and a multitude of large summer events (Allentown Arts Festival, Taste of Buffalo, Juneteenth, Italian Festival to mention a few) are held downtown, less than a mile away from our international border, thus attracting a diverse cross section of spectators. Buffalo Police will provide perimeter security, sweep

for weapons in and around these events, as well as mitigate any type of terrorist threat. Our focus on added security thwarts any opportunity for dissidents to incite fear and racism as thousands gather to participate in these cultural, culinary, and confined venues. A great many of these events are televised and the JAG funding will provide a means for our Department to continue with its astute security planning for the prevention of any type of major disaster. Buffalo has regular contact with Immigration and Customs Enforcement Agents, as well as a collaborative partnership with the US Coast Guard and Border Patrol Agents, as we not only participate in various joint operations connected to these events, but other prevention activities initiated by our Federal/State/Local law enforcement partners. Maximizing our resources through collaborative operations helps to strengthen the public's perception of our efforts for addressing both domestic and international public safety issues.

By dedicating officers to tactical/selective patrols, including homeland security as described above, this saturation strategy serves as a means for proactively and aggressively targeting high crime neighborhoods and/or specific crime and disorder problems at large venues by providing a highly visible police presence.

JAG funds are critical for enhancing the reduction of violent crime and other quality of life issues within Buffalo's neighborhoods by the Buffalo Police Department. The State of New York continues to face another stark budget year, marked by various economic hardships that have affected the taxpayers of New York very deeply. The City of Buffalo continues to be under the "soft" authority of a financial control board appointed by our Governor, thus grant funds are critical for supplementing directed and extra law enforcement activities that would not take place if the JAG grant funding was not available and therefore, our ability to strengthen the services provided to the citizens of Buffalo would be diminished.

**City of Buffalo Department of Community Services: $36,000**
**Juvenile Delinquency Prevention Programs:**

*Anti-Crime: $18,000*

PROJECT OBJECTIVE: To provide the Buffalo and Erie County residents with a program to divert youth who have been identified as at risk for or involved in juvenile delinquency.

The Anti-Crime program features education, referral services and community mobilization as strategies in positively addressing youth crime prevention. The Anti-Crime program features a three-hour educational program component that includes a video presentation focusing on topics such as possession of a control substance, criminal mischief, larceny, trespassing, involvement of weapons, unauthorized use of a motor vehicle and assault. The presentation offers a comprehensive discussion about the probation intake system concluded by a discussion on alternatives. The educational program is designed to assist youth in recognizing which activity constitutes a crime and the consequences, which may follow. At present we encourage one parent/guardian to attended the workshop with the youth and welcome other family members. City of Buffalo Division for

Youth, Program Director of Youth Counseling and one Buffalo Police Detective from the Sex Offense/Family Violence Unit continue to host these sessions.

The Anti-Crime Seminar utilizes video clips to depict various crime situations young people may find themselves involved with on the road to adulthood.  The officers give an overview of terminology used by law enforcement and the court system and discuss consequences of criminal and at-risk behavior.  There are many opportunities for questions and discussion by participants.  The discussion facilitated by the staff is designed to give accurate information to the youth and their parent/guardian.  The information given assists the youth in making positive decisions in the future based on accurate facts.  Youths are also better able to recognize how their actions no only affect themselves but the people who care about them and their community.

Parents are able to understand that they are not alone in their task of raising their child to be a law-abiding citizen.  Referral services are made available for parents and youth as well to assist with given situations.

The seminars are scheduled twice a month for a 3-hour session.  Juveniles are required to be accompanied by a parents/guardian; other family members are welcome to attend.  In addition to the seminars for the Erie County Probation referrals, the staff made hosted seminars in local high schools and community groups.  Since January 1, 2014 through December 31, 2014, three-hundred ninety-two (392) youths attended this program, which is a significant drop from last year, but program was impacted by the continual decrease in JAG funding.  The Anti-Crime Program serves as an excellent example of "Smart Policing"- The collaboration from Buffalo Police, Erie County Probation, and the City of Buffalo Division for Youth, capitalize the momentum for working together on an evidenced –based program that maximizes their resources for more efficiently targeting emerging and chronic juvenile crime problems, hopefully preventing the crimes before they occur and ultimately lessening the burden on the courts and the justice system overall.

<u>*Code of Conduct: Violence Prevention Youth Program: $18,000*</u>
The primary goal of the Code of Conduct Program is to address those risk factors that are prevalent among youth associated with violent crime by offering education, an integration of services, and follow-up for youth, ages 7-17. The program addresses the needs of youth by:

 *Promoting empathy toward victims and non-violent conflict resolution

 *Reviewing effective communication techniques

 *Utilizing activities designed to foster norms against violence and aggression

 *Encouraging alternative behaviors and the promotion of a healthy lifestyle

 *Providing a positive re-connection to the community for at-risk juveniles

8

This program is also a collaborative effort among the City of Buffalo's Department of Community Services, Buffalo Police, and Erie County Probation Department. This initiative addresses the needs of youth identified as high-risk or involved in violent juvenile behavior. The workshop and discussions facilitated by staff are designed to give accurate information about the law, and includes information about assault, felony gang assault, weapons charges and so on. Also discussed, in very real terms, are the consequences of criminal behavior and in such a way that the participants understand. This information assists youth in making positive decisions in the future based on accurate facts since the emphasis is that "You are accountable for your behavior." Youths are better able to recognize how their actions not only affect the victim, but themselves as a young person, and also, all of the people around them.

The seminars are scheduled twice a month for a 3-hour session. Juveniles are referred from Erie County Probation Department as well as the Buffalo Board of Education. Additionally, other sessions are scheduled for community organization groups, and various school programs also request this presentation.

The number of sessions held in 2014 as compared to 2013 also decreased under this juvenile intervention initiative and by 31%, again, attributed to the decrease in JAG funding. The program reached out to 395 youth participants from January 1, 2014 through December 31, 2014.

<u>City's Department of Strategic Planning/Division of Citizen Services: $72,000</u>
The Division of Citizen Services, under the City's Department of Strategic Planning, promotes programs that are aimed at civic engagement, human services outreach, and connecting with citizens through participation and education. The Justice Assistance Grant funding has provided resources to this Department to fund initiatives that are aimed at law enforcement and citizens working to improve the quality of life in some of Buffalo's poorest neighborhoods. JAG Year 11 funds will support the Save our Streets Program, which operates the City's "clean sweeps" and this funding will be directed to the salaries of personnel described as follows, along with some funds being directed to supplies/professional training opportunities, equipment and telecommunications.

The City of Buffalo's Save Our Streets (SOS) Task Force is comprised of various law enforcement and government agencies, which include the Office of Citizen Services, City of Buffalo Law Department, Buffalo Police Department, Erie County Probation, Erie County District Attorney's Office, NYS Attorney General's Office, the Department of Housing and Urban Development and the United States Attorney's Office. In addition, solid partnerships have been formed with Federal and State law enforcement agencies such as New York State Police, New York State Parole, the FBI and officers from Immigration/Customs Enforcement-Border Patrol. The charge of the Task Force is to use a coordinated approach among and between member agencies to empower residents in the community, and improve the quality of life in the City of Buffalo. The Task Force accomplishes this

goal primarily by ridding residential properties of drug activity, but it also addresses other issues that neighborhoods affected by blight experience, including vacancies and illegal dumping.

The Task Force attempts to eliminate drug activity on a property in two ways:

*OPTION 1:* **The SOS Landlord Interviewing Committee ("Committee") will meet with the landlord (and block club members, if available) regarding the complaints on the property.  In addition, the 911 and narcotics search warrant histories will be reviewed.  Once it is determined which tenant(s) are involved in the drug activity, the Committee will recommend eviction of the tenant, and will assist the landlord in finding new tenants with suitable backgrounds for either a month-to-month tenancy, or rent-to-own opportunity.  Prior to the Task Force providing this assistance, the Department of Inspections must complete an internal and external inspection of the property.**

*OPTION 2*: **If the landlord is not cooperative with the Committee, then the Task Force's legal team will determine whether to pursue Bawdy House or Nuisance Abatement actions, or seize the property via the Federal Laws of Forfeiture.  In cases where the above legal actions have not been possible, an Order to Vacate has been obtained through the City of Buffalo's Housing Court.**

**Cases investigated and closed: Cases investigated and closed: October 2014: 17; November 2014: 86 (up 44% from last year's cases); December 2014: 12; January 2015: 20; February 2015: 15 and March 2015: 66.**

**LANDLORD TRAINING PROGRAM**
**The SOS Task Force has continued its free Landlord Training Program.  The vast majority of the attendees have enrolled voluntarily.  However, the Buffalo City Court Housing Judge also mandates individuals to attend when it is felt that they would benefit from the program.  In addition, first time, homeowners who are purchasing two-family homes are being referred to this program to qualify for their mortgages.  The SOS Task Force has also continued with sponsoring the free twice annual Advanced Landlord Seminar for property owners who have completed the basic Landlord Training Program.  The Advanced Seminar consists of 5 in-depth workshops that elaborate on topics covered in the basic Landlord Training.  Participating landlords are allowed to attend up to 5 workshops and the attendance in these workshops demonstrates landlords' eagerness to educate themselves on the both tenant and landlord rights. The information obtained ultimately helps to improve the housing stock and the quality of life in the City of Buffalo.  Therefore, it is the continued intention of the SOS Task Force to provide both the Landlord Training Session and the Advanced Landlord Workshops.  Buffalo's Community Police Officers assist residents in educating them about some of the City Ordinance Summonses that can be issued in relation to being a landlord, as well as types of assistance available if they have tenant(s) who are wreaking havoc on their property. The Community Police Officers work with the City's Housing Court Judge, and explains to landlords the eviction process, expectations of being a responsible property owner in the City, etc.**

- In the fourth quarter of 2014, the SOS Program Completed a Landlord Training.
- 49 Residents completed the Fall/Winter 2014 Training Session.

**Landlord Training Seminar** – The next one will be held on Friday, June 26, 2015.

**OPERATION CLEAN SWEEP**
The SOS Task Force also continues with its successful prevention program, Operation Clean Sweep, which began in during the summer of 2002. During October, November and December of 2014, the Clean Sweep Committee carried out (5) Clean Sweeps performed throughout the City of Buffalo, which resulted in a record number grand total of 29 Clean Sweeps for the 2014 season. As a spinoff of Operation Clean Sweep, some of the Police Districts within the City, particularly the City's "A" (South District) have conducted "mini" sweeps on a much smaller scale to address chronic issues on targeted streets.

The SOS Task Force is very committed to its purpose of empowering residents in the community with the knowledge and resources to improve the quality of life in their area. Once the Task Force has cleaned up a street, residents, Block Clubs and Community Police Officers then work together to sustain the intervention and action steps initially taken in that particular area as part of the coordinated approach for changing neighborhoods.

Additionally, it is a current and future goal of Save Our Streets Task Force to continually add new seeding components to help neighborhoods and families stabilize after a sweep. Current seeding components include Buffalo Recycling, Buffalo Federation of Neighborhoods Coalition and the New York State Department of Health/Insurance Outreach Enrollment.

- In January, February and March, Clean Sweep Task force Meetings were held, resulting in new partners joining the Clean Sweeps for the 2015 Season. Those agencies included:

    - American Red Cross
    - Greater Buffalo United Accountable Health Work Network
    - Erie County Department of Social Services Foster Care Recruitment
    - National Grid Community Outreach
    - Matt Urban Housing Outreach
    - Office of New Americans

The following is a list of the most current participating agencies actively participating in the missions of the Save Our Streets Task Force:

**City of Buffalo Agencies**

- 311 Mayor Call & Resolution
- Anti-Graffiti Program

11

- o   Division of Citizen Services
- o   Mayor's Impact Team
- o   Department of Inspections
- o   Department of Law
- o   Buffalo Police Department
- o   Buffalo Fire Marshals Investigation Unit
- o   Public Works
- o   Signal Division
- o   Rodent Control
- o   Department of Taxation and Assessments
- o   Division of Youth
- o   Drug Counseling
- o   Buffalo Employment and Training Center
- o   Department of Senior Services
- o   Housing Division of Neighborhood Development
- o   Buffalo Recycling
- o   Office of New Americans
- o   Mayor's Junior Impact Team

**County of Erie Agencies**
- o   District Attorney's Office
- o   Erie County Health Department/Lead Prevention
- o   Erie County Department of Social Services Foster Care Outreach

**State of New York Agencies**
- o   Division of Parole
- o   New York State Police
- o   NYS Dept Health/Insurance Outreach Enrollment

**Federal Agencies**
- o   United States Attorney's Office
- o   United States Marshals Service
- o   Border Patrol

**Housing Agencies**
- o   West Side Neighborhood Housing Services
- o   Matt Urban Housing

**Private Partners**
- o   Time Warner Cable
- o   National Fuel
- o   Center for Employment Opportunities
- o   National Grid
- o   American Red Cross
- o   Greater Buffalo United Accountable Health Work Network

**Outreach**
- o   AmeriCorps

12

- - o Back to Basic Outreach Ministries (Prisoner Re-Entry)
    - o WNY Homeless Coalition
    - o Border Community Services
    - o Mid-Erie Counseling
    - o University at Buffalo Smile Team
- In April and May, five 5 Clean Sweeps have been conducted throughout the City of Buffalo

## Awards/Recognitions/Articles

The City's 311 Call and Resolution Center continues to gain attention both nationally and now internationally as Buffalo has been invited to go to Australia this summer to explain its strategic use of data to improve efficiency, service delivery, and accountability. The way data has been analyzed to implement the Clean Sweep program is groundbreaking for the public sector and several publications within the last two (2) years have written articles, in addition, to designating it as an award winning initiative.

**Gartner & 1to1 Media CRM Excellence Awards 2014**

*Category:      Customer Service Silver Award*

http://www.verint.com/news-events/press-releases/verint-and-kana-to-showcase-customer-engagement-optimization-solutions-at-gartner-customer-360-summit

http://www.esi.pt/esi/cms.aspx?srv=222&stp=1&id=caf08c82-6bb2-4778-a34a-aa8df0715aaf&order=1&attach=No

**Public Technology Institute has, for the third time, has designated Buffalo's 311 for the prestigious Citizen-Engaged Community Award for 2014-2016.**

## *COUNTY OF ERIE INITIATIVES ($38,000)*
*Totally funded through the City of Buffalo*

Erie County, located in Western New York, has a population of over 919,000.  It consists of three (3) cities and forty-nine (49) towns and villages throughout 1,044 square miles. The towns and villages range in size from 275 to over 100,000 in population and are served by (71) separate judges. However, the largest population center remains as the City of Buffalo, with a population of 259,400, thus recognized as the second largest City in New York State.

*District Attorney's Office ($31,500)*

The District Attorney is Erie County's chief prosecutor, responsible for investigating crime, presenting evidence to the Grand Jury, and implementing the just prosecution of persons, both adults and juveniles indicted for criminal offenses.  The District Attorney tries felony cases in Erie County and New York State Supreme Courts; as well as misdemeanors and non-criminal offenses

in the city, town and village courts of Erie County. In related duties, the District Attorney also argues appeals and handles other post-conviction matters, initiates forfeiture proceedings, oversees extradition of wanted persons, and litigates habeas corpus petitions brought in both State and Federal court. The work performed by the District Attorney's Office is mandated by New York State law. The Erie County District Attorney's Office handles approximately 40,000 misdemeanor and 3,000 felony matters a year.

The Erie County District Attorney's Office is seeking funding that will continue to support the specialized Juvenile prosecutor assigned within the District Attorney's Office.

**Juvenile Prosecutor: $31,500 (Toward Salary/Fringes)****
****To be subcontracted through the City of Buffalo Department of Police**

While most crimes committed by a juvenile are handled in Family Court, the most serious crimes can be prosecuted criminally, thus there is the continued need for an Assistant District Attorney (ADA) specifically assigned to juvenile prosecution. Funding under the JAG grant, will enhance the ability of the County District Attorney's Office to continue their focus on significant problems of felony-level crimes committed by 14 to 19 year olds, primarily within Buffalo's urban center, as well as elsewhere within Erie County, including those jurisdictions covered by our suburban partners.

The Juvenile Prosecutor serves as a single point person for the screening, investigation, and prosecution of these serious cases involving juveniles (violent, serial, and gang-related) and depending on the seriousness of the crime, that young person may be charged as a juvenile or an adult. This prosecutor coordinates the sharing of information about offenders to improve prevention, investigation, and prosecution. Having this position within the District Attorney's Office clearly sends a message into the community that violent crimes will be severely punished no matter what the age of the offender. This prosecutor focuses on violent and/or gang-related crimes in addition to other violent felonies including possession of loaded firearms; serial robberies; serial burglaries and other property related felonies, including felonies committed by students against school personnel or property. In a case where a crime is committed on school grounds, the prosecutor will communicate with the Buffalo Police Department's Chief of Schools. The prosecutor is also available to the School Resource Officers within Buffalo Police for any education and training needs in regards to prosecutable offenses for juveniles.

The Juvenile Prosecutor also serves as a liaison to the Buffalo Police Department on related offenses, and coordinates efforts with other, related specialized units within the Erie County District Attorney's Office. A main strength of this position lies with the strong partnership between the District Attorney's Office and the Police Department with respect to juvenile offenders. This includes, but is not necessarily limited to information sharing and strategic planning, along with collaboration on case investigation and preparation.

14

During the 2014 calendar year, the Juvenile Prosecutor closed cases on 36 defendants.  The cases included 20 Robbery Cases; 6 Burglary Cases;  4 Weapons Cases (up 3 times as many compared to last year);  5 Assault Cases,  and 1 Drug Case.  Also, during the year, the ADA had a number of convictions either through plea or trial.

A notable case involved 18 year-old Buffalo defendant "DL."  On April 15, 2014, the New York State Police stopped a vehicle in which the defendant was a passenger. The Troopers found a loaded .22 caliber semi-automatic pistol and a cigarette pack containing another 28 rounds of live ammunition from the area in which DL was seated. Further investigation revealed that another occupant of the vehicle, "LH", had stolen the gun and sold it to DL. DL pleaded guilty as charged to Criminal Possession of a Weapon in the Second Degree, a C Felony.

When appropriate, the Juvenile Prosecutor also facilitates trainings for partner police agencies and is available to make presentations to schools and community groups on topics related to the deterrence and prosecution of juvenile crimes.  The funding under the 2015 JAG Grant will cover the partial salary/fringes for the continuation of this juvenile prosecution position.

*ERIE COUNTY CENTRAL POLICE SERVICES: $6,500\**
\*To be sub-contracted through the City of Buffalo

Software Security Programmer/Consultant: $6,500 (approximately $84-$85 per hr)

Erie County Central Police Services will carry on with its efforts to implement the CJIS (Criminal Justice Information System) Security Policy through the continuation of adding encryption to all of the core software programs described in the next paragraph.  Although the County has upgraded the routers between remote locations to include encryption, to fully implement the CJIS recommendations, encryption must also be present when the data is accessed within outside police buildings such as the Public Safety Campus and the County Rath Building.

Under the 2013 and 2014 JAG Grants, Erie County has made substantial progress in encrypting the data as it is accessed from the database at the application software level.  However, it is not yet completed. With the 2015 funding, the County will be able to wrap up this effort, and also continue the process of adding a series of audit tables that will track users who access (view/print) sensitive records.

All of the local law enforcement agencies within the County of Erie, including the City of Buffalo, utilize a computer-aided dispatch and records management system called the Complaint History and Records Management System (CHARMS).  This system is used for dispatching functions, records management, personnel, property management, arrest booking, juvenile information, etc. It also provides Criminal History inquiries, as well as connectivity to the New York State Police Information Network (NYSPIN) and the National Crime Information Center (NCIC) for inquiries and entries.  This software runs not only in Dispatch Centers and Criminal Justice agencies, but

also in patrol cars, the Erie County Sheriff's helicopter, marine units, Mobile Operations Centers and other emergency vehicles.

The City of Buffalo represents the highest concentration of violent crimes committed, accounting for over 80% of those crimes. The record keeping involved to manage the data has grown expeditiously. The security features of CHARMS must continue to be able to accommodate security in the constantly shifting electronic landscape.

<u>TOWN OF CHEEKTOWAGA ($13,004)</u>

Goal:  The Cheektowaga Police Department will utilize funding to reduce crime and improve public safety.

The Town of Cheektowaga is a suburban community of 88,226 residents (2010 Census). The Town encompasses more than 29 square miles and includes a combination of business and residential areas. The Town is a first ring suburb of Buffalo and borders the east side of the City. The Town contains the region's largest shopping mall which is surrounded by other large shopping districts. Cheektowaga is the transportation crossroads for the region. The New York State Thruway and the Kensington Expressway serve as main traffic arteries within the Town limits. CSX railroad mainline tracks and rail yards are located in the Town as is an Amtrak Train Station. The Greater Buffalo Niagara International Airport is located in Cheektowaga and is near large terminals for Federal Express, United Parcel Service and the United States Post Office. The Town has four (4) school districts and the BOCES Harkness Trade and Technical Center with a total of 9,000 students attending its public schools.

The Cheektowaga Police Department is a progressive, mid-sized law enforcement agency with a strong, publicly stated commitment to quality managed community policing. The Department has been accredited by New York State since 1994 and has a sworn force of 128. The Department is frequently involved with interagency initiatives including work with the DEA, ATF, FBI, Erie County Sheriff, the Buffalo Police Department, and other local law enforcement agencies.

Cheektowaga will utilize $13,004 of the JAG 2015 funds to pay for overtime personnel expenses. The JAG 2015 funds will be used over the next three (3) years for the various initiatives depending on need, crime patterns and current intelligence.

The patrol division will utilize JAG funding for the following projects:

Joint Traffic Checkpoints
Friday After Thanksgiving – Shopping Center Crowds and Traffic
Patrol of Town Park Pools and Extra Park Patrol
Bike and Segway Patrol of Selected and Designated Areas, Including the Bike Path
Targeted/Directed Patrol – Based on Active Intelligence (Hot Spot Areas)

## *NARRATIVE CLOSING:*

**Partners from the JAG working group keep in regular contact to discuss the various aspects of JAG's programmatic activities as well as discuss cross jurisdictional problems and strategies. In addition, it is understood by each participating entity that any interest accrued as a result of these grant dollars, will be re-invested back into their various programs supporting law enforcement and/or community policing activities funded under the 2015 Justice Assistance Grant Program. Per Buffalo's most recent single audit as verified by the City Comptroller's Office, to their knowledge, Buffalo has not been designated as "high risk" by another federal grant making agency.**

**Each participating partner is aware that they are responsible for reconciling their individual distribution of funding, is aware that these funds must be tracked separately from other Federal grant funds, and that they are bound by the special conditions as set forth by the Department of Justice as sub-recipient partners. Also, each partner has been briefed that they must provide to the City of Buffalo any required fiscal and programmatic activity reports outlining the performance measures of their programs, so that Buffalo can then properly report this information to the Bureau of Justice Assistance, through the Performance Measure Tool.**

**During the current fiscal year, both the City of Buffalo and the County of Erie are subject to the continuing fiscal authority of state-appointed control boards, which are not the same regulatory bodies. The fiscal situation in both entities remains constrained, and thus why the Justice Assistance Grant funding is critical to support the described activities because they cannot be supported by their own entities' annual budgeted funds. We are most appreciative that this grant does not mandate a required cash match, however, every participating municipality will incur some type of non-grant expenses due to their commitment toward improving public safety and criminal justice services within the Western New York community.**