# EXHIBIT 240

JUSTICE ASSISTANCE GRANT (JAG) PROGRAM 2019-H3477-NY-DJ

# CITY OF BUFFALO
# 2019 JUSTICE ASSISTANCE AWARD GRANT
# GMS APPLICATION NUMBER 2019-H3477-NY-DJ

*GRANT NARRATIVE:*

The City of Buffalo, New York has engaged in a partnership with the County of Erie through its Department of Central Police Services and the County's District Attorney's Office, and with the Town of Cheektowaga through their police department. Since all participating entities have been working closely together for many years, strong relationships and alliances are already in place.

The Justice Assistance Grant (JAG) Program has, over the past fourteen years, brought together representatives from various Erie County agencies. This year an internal meeting was held with Buffalo Police Executive Command to discuss the current JAG application, its requirements, and any changes and/or updates, following which, all partners were contacted on August 5, 2019. It was mutually agreed that the City of Buffalo would once again serve as the lead applicant and fiscal agent, and that the Town of Cheektowaga would, for the purpose of the application and implementation of the grant, be considered a subrecipient. Moreover, it was also agreed that part of the City's funding would be shared with the Erie County District Attorney's Office and Erie County Department of Central Police Services, as has been the practice in previous years. The partners collectively reviewed this year's purpose areas and discussed the best allocation of funds to benefit each partner agency.

The total grant award of $236,151 will be distributed as follows:

*City of Buffalo: (Buffalo Police Department, which will once again continue to include the County of Erie's Central Police Services and the County District Attorney's Office): $221,340.*

*Town of Cheektowaga: (Police Department): $14,811.*

The City of Buffalo has agreed not to take any administrative funds allowed under the JAG 2019 Grant to maximize the amount of funding available for the selected programs.

1

JUSTICE ASSISTANCE GRANT (JAG) PROGRAM 2019-H3477-NY-DJ

The City of Buffalo is capable of handling the implementation of this project as we have a solid track record with the Department of Justice that has been built up over the years.  The City has been the fortunate recipient of other Federal grants including JAG Stimulus, NCS-X, COPS Grants, Local Law Enforcement Block Grants, Office of Juvenile Justice Program Grants, direct Justice Assistance Grants, Violence Against Women Grants, GREAT Grants, etc.  The City has a series of internal checks and balances set up by the Comptroller's Office, and all City Departments receiving grants must not only comply with this internal process, but must also work directly with the Accounts Payable and Grants Section under the Comptroller's Office on all fiscally-related matters.  The City of Buffalo Comptroller's Office will be responsible for the actual drawdown of JAG funding.  Upon the City's receipt of funds, those funds will immediately be transferred into a separate Trust and Agency Account set up for the sole purpose of  tracking and reconciling any funding received by the City of Buffalo under the 2019 Edward Byrne Memorial Justice Assistance Grant.  Any drawdown of funding will be monitored by both the City's Division of Accounting and the Buffalo Police Department, which typically handles the distribution of JAG grant funding to other partners.  These two city departments provide fiscal and programmatic monitoring and oversight, handle the grant close-out process, coordinate grant reporting (both fiscal and programmatic) and provide guidance for following grant guidelines, rules and regulations. The Police Department's Grants Unit also takes full responsibility for the sub-recipient grant monitoring process.

As a result of the August 5, 2019 meeting, a Memorandum of Understanding was proposed and drafted. The MOU has been attached to demonstrate the participants' understanding of the terms and conditions associated with the FY 2019 JAG award.

As part of the 2019 solicitation, a copy of the official JAG 2019 notification was posted on the City's website as well as the Buffalo Police website.  The County of Erie and Town of Cheektowaga did likewise (see attachments).

The following is an individual overview of each participating JAG partner as well as a description of the proposed program activities to be funded with JAG 2019 funds:

2

JUSTICE ASSISTANCE GRANT (JAG) PROGRAM 2019-H3477-NY-DJ

<u>*CITY OF BUFFALO INITIATIVES ($187,340)\**</u>

*<u>\*Does not include $29,000 for DA Office or $5,000 for Central Police Services – See County of Erie</u>*

Community Description:

  The Buffalo Police Department is sworn to serve the City of Buffalo, which is located on Lake Erie at the base of the Niagara River.  It is the second largest city in New York State and is located in Western New York, about 400 miles from New York City.  Buffalo, a metropolitan area of 256,304 residents (per 2018 US Census Bureau figures), covers a city land area of 41.7 square miles; with the City's water rights, Buffalo is 50.0 square miles.  The Buffalo School System is one of the largest in the state, with 66 public schools serving approximately 31,359 students, 20 charter schools, and 20 private/parochial schools,  serving a sum total of approximately 41,265 students in the City of Buffalo.

The City of Buffalo, established in 1832, has been described as a "melting pot" due to the mixture of races and ethnic backgrounds that comprise the various neighborhoods.  Fifty-six percent (56%) of Buffalo's population are considered 'minority' based on 2018 figures published by https://www.census.gov/quickfacts/.  By national standards, Buffalo still remains an impoverished city; according to Census Bureau figures (based on population figures for 2018), 30.9% of the residents are living below the federal poverty level, which makes Buffalo the fourth poorest city in America.

The City is divided into 90 census tracts, which are covered by five police districts.  The overall poverty rate in Buffalo is 30.9%, while in Erie County it is 14.5% (2017).  Poverty is especially concentrated in three zip codes on the west and east sides of the city; 44.3% in 14213, 42.0% in 14207, and 40.1% in 14201.  These poverty rates are also the highest of any zip codes in Erie and Niagara Counties, including Niagara Falls and Lackawanna.  Poverty is a generational problem in Buffalo; updated figures from the U.S. Census Bureau (released in 2017) show that 47.2% of Buffalo's children are now living in poverty, which is the fourth highest figure out of the country's 100 largest cities.  Further, 34.4% of local households receive supplemental nutrition assistance program benefits.  According to the 2018 Homeless Alliance of Western New York Poverty Report, the Buffalo-Niagara Region's poverty is highly segregated and racialized; despite being just 13.4% of Erie County's population, black people make up 52.8% of the county's homelessness.  Children account for nearly a quarter of all those experiencing homelessness in the county.

Traditionally, Buffalo has lagged behind other parts of the state and nationwide averages for experiencing economic resurgence.  The New York State Governor's $1 billion investment in Buffalo's regional

3

economy sought to address this situation. The planned focus of this economic revitalization included industries such as solar energy, bio-medic technology, clean energy research and manufacturing, as well as medical genomics research through the Buffalo-Niagara Medical Corridor. While jobs are becoming more plentiful in Western New York, the population of Buffalo falls short in meeting the educational requirements needed for many of these emerging careers; only 25.8% of Buffalo residents age 25 and up hold an undergraduate degree, a full seven percentage points fewer than the countywide number.

The high school graduation rate is another on-going cause for concern, though there has been improvement. Juvenile intervention strategies have helped to bring the rate up, and the "Say Yes To Education" program has also been shown to have a positive impact on graduation figures. In 2018, 64.5% of students enrolled in Buffalo public schools graduated, a substantial improvement over the past decade and an increase of 1.5% over last year. Nevertheless, while public school graduation rates can be as high as 99% at the district's "gifted and talented" magnet school, four high schools graduated less than half of those enrolled, with the city's "alternative" school graduating just seven percent.

BUFFALO POLICE DEPARTMENT ($187,340)

The Buffalo Police Department, founded in 1871, is a reflection of the values of the community and the people we serve. Sworn manpower is at 739, down from 783 in 2018; we experienced our anticipated significant spike in retirements at the end of 2018 in response to the up-coming contract negotiations. The 739 includes 29 new recruits who were sworn in this July. Over the years, the Department has undergone significant changes, both physically and philosophically, by consolidating precincts through a re-organizational plan consisting of five major districts (down from 17 precincts). Our primary mission is to work together to enhance the quality of life for residents of and visitors to the City of Buffalo, and we accomplish this by being highly visible, interacting with the community, and focusing on strategies that create and sustain healthy and vital neighborhoods. To that end, partnerships exist between the Department and effective community organizations that are working to maintain peace, provide safety, and reduce the fear of crime.

As an international border community with Canada, homeland security is a priority. In light of the increased incidences of terrorist attacks both world-wide and nationally, the Buffalo Police Department strives to take pro-active, data-driven, measures to prevent, protect against, respond to, and recover from all potential acts of terrorism and other all-hazard events.

JUSTICE ASSISTANCE GRANT (JAG) PROGRAM 2019-H3477-NY-DJ

The index of Part One Crimes shows that overall crime increased slightly by 0.32% in 2018, compared with 2017's figures, but still showed a 6.55% decrease compared with the five year average. Robbery, assault, and burglary all decreased slightly, but these were countered by increases in murder, rape, violent crime, larceny, UUV, and property crime. Year to date figures for 2019, however, are promising, with Part One Crime showing a decrease of 17.73% in the first half of the year as compared to last year. This decrease was across the board on every category of Part One Crime.

Buffalo has been focusing its enforcement efforts on shootings and gun crime, as we continue to have a high incidence of firearm crime, fueled by social media conflicts and retaliation for other shooting incidents. The City has been making significant progress in this area with the 2018 numbers compared to the five year average for injury shootings, shooting victims, and shots fired all decreasing (though unfortunately shooting homicides increased in 2018 versus the five year average). Both shooting victims and shots fired decreased in 2018 as compared to 2017, with injury shootings only increasing a half percent; shooting homicides, however, remain on the increase. That said, data from Erie Crime Analysis Center (ECAC) shows that there have been several similar spikes over the past ten years, and these do not predict an overall uptick in gun violence, but are context specific.

The Buffalo Police are well aware of specific gang members involved in recent activity and are using Hot Spot policing as well as various community-focused initiatives to quell the violence. In recognition of the BJA's identification of the 'reduction of violent crime' as a key area of emphasis, the City of Buffalo will continue to use some of its 2019 JAG funding to address gun crime. Funds will be used to implement a range of evidence-based strategies such as Hot Spot policing and Problem Oriented policing to ensure that the incidence of gun violence in the City continues to fall. The Buffalo Police Department works closely with the Erie County Central Police Services crime laboratory, and receives regular updates on NIBIN hits and leads, which aids investigation through linking shooting incidents across the jurisdiction. Buffalo is also one of the jurisdictions selected to participate with Project Safe Neighborhoods, and makes optimum use of the resources afforded through this federal initiative. Additionally, the Buffalo Police Department works closely with various federal task forces including ATF, DEA, the ICE Border Enforcement Security Task Force, the US Marshals Violent Felony Warrant Squad Task Force, the Safe Streets Task Force, and the Joint Terrorism Task Force.

One of the major goals of the Buffalo Police Department is to reduce the number of homicides and other violent crime through dedicated patrols, leading to the investigation, analysis, identification, arrest and

prosecution of those responsible for violent crime in each of Buffalo's five police districts. Buffalo is committed to reducing the number of firearm crimes and gun-related homicides, and to making our neighborhoods safer for all residents. To better enable us to do so, we have recently launched a Gun Violence Unit, dedicated to responding to non-fatal and non-life threatening gun incidents. This will give us the ability to more fully investigate these incidences and connect gun-related crimes together when applicable. We are working with the Rochester Institute of Technology (RIT) to measure the effectiveness of this new model through the Project Safe Neighborhoods grant. Unfortunately, this objective is currently hampered by manpower constraints. Targeted details in areas of increased gun violence have been shown to be an effective means of deterring continued retaliatory shootings, but these details are expensive, and fall outside the scope of the regular, budgeted manpower coverage for these areas. The additional funding provided under JAG is invaluable in allowing Command to decisively address this serious issue.

The Buffalo Police Department has strong ties with the local community and works collaboratively with many local street outreach groups such as SNUG, the Peacemakers, and Stop the Violence Coalition to bring peace and security to the troubled neighborhoods. The Department employs a 'Neighborhood Engagement Team' which is a special community-oriented, mobile task force charged with going into the neighborhoods with the highest rates of violence and working with the residents to improve the environment (using CPTED principles), and to bring the community together to collectively take a stand against ongoing gang activity and gun violence. The intent is to engage and empower residents and make sure they have the resources to improve their quality of life and neighborhood condition. The City directs the use of police resources to address issues brought to light through the 311 system, which gives all residents the ability to report non-urgent neighborhood issues and learn what actions have been taken to address their issue. The Police Department also partners with multiple City agencies to bring the anti-gun violence message into schools and community centers in an effort to dissuade the next generation from continuing the inter-generational cycle of gang-related violence.

Buffalo's strategies for preventing and deterring violent crime remain a priority as we continue to improve the safety of our neighborhoods and ensure the well-being of all Buffalo's residents. Our focus on reducing violent crime inevitably touches some of Buffalo's poorest neighborhoods; growing up in a high-risk community has a significant impact on the young people in those neighborhoods and our efforts go toward de-escalating gang conflicts, reducing crime and working with communities to keep their streets safe. The majority of shooting incidents are retaliatory in nature – largely by young gang

members.  The young people joining these gangs have not been educated about the harmful and destructive side of gang involvement, nor shown viable alternatives to the gang lifestyle.  As a means of effectively getting this message out, Buffalo has been actively involved with various youth programs that have helped to target this vulnerable population.  These programs have been running for several years, and are an important component in the City's ongoing effort to reduce juvenile crime.

As the second largest city in New York State, in close proximity to the major international tourist destination of Niagara Falls, and on an international border with Canada, Buffalo has to be especially aware of the threat of terrorist attacks.  Buffalo is becoming a national, and international, tourist draw.  Visit Buffalo Niagara reports that tourism generates $1.8 billion per year in Erie County, and in 2018 Buffalo was featured or mentioned as a place to visit in over 230 stories ranging from the New York Times and the Wall Street Journal to the Sunday Times of London and the Washington Post.  These tourists augment what is already an incredibly rich tapestry of heritage, cultural, and community celebrations.  For this reason, the City has chosen to direct a portion of its JAG funds to the provision of roving patrols at the numerous large festivals and events for which Buffalo is famous.

As terrorist attacks increasingly target large gatherings, it is incumbent on BPD to ensure the safety of all visitors and residents while they are enjoying the many open air festivals, concerts, races and other cultural events our city has to offer.  Most of these events occur within our city streetscape or parks, making them especially difficult to secure as they do not have traditional boundaries and entry/exit points.  Further, many of these events and festivals offer free admission, drawing not only the dedicated fan but also those more interested in simply hanging out.  Officers patrol the event areas, searching for potential bomb threats, and guard against vehicle rammings, active shooter incidents, and the like.  As the Erie County Emergency Preparedness Assessment has identified these events as being at particularly high risk for an attack, the JAG partners have determined that this should be a major priority for the 2019 funding.  In addition to mitigating potential terrorist attacks, a visible police presence also helps maintain peace and order – the many and varied festivals and concerts are attended by scores of young people and are prime sites for crime and gang activity.  The Buffalo Police Department works closely with its community stakeholders to make sure that ongoing gang feuding is kept away from these densely attended events.

JUSTICE ASSISTANCE GRANT (JAG) PROGRAM 2019-H3477-NY-DJ

The events selected to receive enhanced, targeted patrols are determined yearly from three major categories, all of which attract thousands of residents and visitors alike. The categories, and some of the events represented within them, are as follows:

<u>Ethnic and Heritage:</u> Buffalo is blessed to be a diverse city both in its history and in the waves of immigrants coming to the city in recent years. The festivals and celebrations of these cultures have been embraced by the city and region at large, and have become reasons to visit the city for tourists. They include:

- Juneteenth – One of the city's Frederick Law Olmsted-designed parks on the east side is the home of this commemoration of the abolition of slavery in America. The free two-day annual Juneteenth festival features a parade, entertainment stage, arts and culture stage, vendors market, historical exhibits, Underground Railroad tours, science fair, children's activities and more. Now in its 44th year, Buffalo's is the third largest Juneteenth celebration in the world.
- St. Patrick's Day Parades – Buffalo features two parades to celebrate the Irish heritage of the City and its residents. The larger of the two parades is more than 80 years old, attracts more than 50,000 people, and features dozens of floats and participants along the 1.2 mile route in the heart of downtown Buffalo. The second parade, located in the city's "Old First Ward" neighborhood, also attracts thousands of people and boasts a more family-friendly atmosphere.
- Grease Pole Festival and Puerto Rican & Hispanic Day Parade – These two separate events are representative of the Latino and Hispanic cultures in Buffalo. The Grease Pole Festival marked its 50th year in July 2019 on the lower west side with 10,000 in attendance for three days of traditional music, ethnic food, and dancing, along with the grease pole contest itself. The Puerto Rican & Hispanic Day Parade is the centerpiece of a three day festival in August, also on the west side of Buffalo, which attracts over 9,000 visitors and participants.
- Italian Festival – Downtown Buffalo is also home to the annual Italian Heritage Festival. This free two-day event showcases Italian-American entertainment, food, and vendors, as well as fireworks. The festival has been paying tribute to Italian heritage for over 90 years and attracts 50,000 annually.
- Taste of Diversity – Now in its 17th year, the Taste of Diversity brings together our recent immigrant communities for a one-day event on the west side of the city; this ever-growing festival celebrates our culturally diverse community from Burma, Ethiopia, Somalia, Bhutan, Cuba, and

8

more through food, dance, music and shopping, and also features the annual Burmese Water Festival.

- Easter Season & Dyngus Day – The Easter season in the historic Polonia neighborhood on the east side of Buffalo attracts tens of thousands over the two weeks prior to Easter to the historic Broadway Market and to the "One Night, Seven Churches" tour on Holy Thursday. On the day after Easter the same neighborhood – as well as other spots around the city – celebrate Dyngus Day, a Polish celebration of spring that is the largest such event in the world. Festivities begin with family-friendly parties and even a mass during the day, and then become an adult event with live music in multiple venues both inside and out following the parade. Over 50,000 lined the parade route and more than 20 venues participated in the most recent celebration.
- Pride – The annual Pride Week is a joyous commemoration of LGBTQ+ history and culture and an annual display of the strengthening power of open-arms diversity that takes place throughout the city in late May and/or early June. The parade features over 150 participating organizations, celebrations in multiple neighborhoods, a 5K, and over 50 events that attract in total more than 20,000.

Arts and Entertainment: The arts, culture, and entertainment industry is strong in Buffalo and Western New York. The region's nonprofit cultural sector alone generates an annual $352 million economic impact. Buffalo boasts the largest theatre community of any midsize city in the nation, and both the Albright Knox Art Gallery and Explore and More Children's Museum are expanding with over $250 million in construction projects. During the summer months, many of our signature arts and entertainment events and festivals occur outdoors, including:

- Allentown Art Festival – Attracting tens of thousands of art patrons to view and buy the arts and crafts on display by the over 400 juried exhibitors; this festival has been running since the 1950s and takes place on the second weekend in June. It has even spawned a companion festival, "Allen West" which together with the main festival occupies an entire neighborhood including multiple main thoroughfares.
- Canalside Concerts & Events – Downtown's Canalside area has gone from being a parking lot and patch of grass in the early 2000s to hosting over 100 events annually. The summer concerts alone feature eight to 10 national acts with attendance ranging from 3,000 to 8,000 each, with several other special events also drawing thousands at a time.

9

- Elmwood Avenue Festival of the Arts – This "small alternative" to the Allentown Art Festival itself occurs over two days in August, attracts over 50,000 attendees, and showcases the work of over 170 artists and craftspeople, over 50 music and dance performances on three stages, a cultural row with 30 local organizations, and kids events both days.
- Music is Art Festival – This one-day, all-day free festival founded by Buffalonian and member of the Goo Goo Dolls Robby Takac celebrates local music, art, dance, DJs, a Kids Village, and assorted other attractions. The annual event that takes place around the Old First Ward and Buffalo River features over 200 performers on 20 stages and attracts well over 20,000 people of all ages throughout the day.
- Cobblestone & Larkinville – Two emerging neighborhoods near downtown illustrate the ever-expanding and changing nature of events in Buffalo. The Cobblestone Live Festival in just three years has grown into a two-day event with five stages on three streets, and Larkinville hosts weekly Food Truck Tuesdays and Wednesday concerts that can attract up to 2,000 people per event.

Community-Wide Events: In addition to the categories listed above, Buffalo is host to hundreds of events, including some signature annual celebrations that bring the community together to mark major holidays or other special occasions:

- First Night Buffalo – Our city's New Year's Eve consists of family-friendly events in the downtown convention center, diners and revelers along several entertainment and restaurant clusters in and around downtown, and a centerpiece outdoor alcohol-free ball drop and fireworks event (benefiting the nonprofit Police Athletic League) from our Electric Tower that attracts over 40,000 in any kind of weather.
- Taste of Buffalo – The largest two-day food festival in the country, the Taste of Buffalo happens annually downtown in July and attracts over 450,000 patrons. The Taste showcases food from close to 60 local restaurants and wineries, and also features two stages with live music and entertainment and a Culinary Stage which provides cooking demonstrations.
- Independence Day – The 4th of July is celebrated on Buffalo's waterfront at both Canalside and across the river at our Outer Harbor with crowds approaching 70,000 collectively. Canalside is a central and developed space with regular large scale events that hosts hours of family activities on

10

the 4th followed by a fireworks display, and the Outer Harbor has multiple smaller gathering spots and limited access points that offer good views of the fireworks in a more natural environment.

- Professional & Amateur Sports – Buffalo and Erie County hosted 82 amateur athletic events in 2018. We are a regular stop for the first two rounds of the NCAA men's basketball tournament and have also recently hosted the Frozen Four and the IIHF world junior hockey championships. These multi-day events see thousands of people entering and exiting the arenas multiple times per day and require substantial traffic and logistical support. Also, our professional teams the Buffalo Sabres, Bisons, and Bandits all play in arenas downtown, and have outdoor events throughout the year as well.

- Charity Events – Whether it be runs, walks, food and beverage festivals, or other creative events, literally hundreds of fundraisers for Buffalo nonprofits occur year-round and especially in the May-September time frame. While many of these are small in scale, events like the Ride for Roswell have nearly 8,000 bicyclists riding 10 route options throughout the city, and the weekly "Slow Rolls" find 2,000 moving through different neighborhoods each week on their 8-10 mile bike ride.

The FY-2019 JAG solicitation mandates that each agency set aside three percent of their funding allocation to be used for NIBRS compliance activities. For the City of Buffalo, this is a total of: $6,640. The Buffalo Police Department received grant funding through the "NCS-X Implementation Assistance Program Grant for small and medium local law enforcement agencies" and anticipates achieving New York State NIBRS certification in 2020. This grant does not fully cover the costs of re-training officers in the collection and submission of IBR data, and this shortfall created a significant difficulty for the department – the aim of the initiative is to improve and enhance the quality of data collected, but if officers lack the proper training required to assist them in understanding the new requirements (and if the civilian staff does not correctly submit the data collected), there will be no benefit to the transition. The Department intends to use JAG 2019 funds to provide comprehensive training in NIBRS protocol and ensure that all department members are fully able to comply with the new reporting protocol.

Program Goal: To reduce crime and promote public safety.

11

*Project Objectives:*

\*Provide increased directed and selective tactical patrols targeting high risk, hotspot crime areas.

\*Provide extra protective police coverage at special events and/or extra patrols at large venues within the city.  Since Buffalo has not been eligible for UASI funding for the past five years, additional grant funds are necessary to adequately cover police protection for the many large international events hosted annually in the city.  As a border community, Buffalo faces additional homeland security challenges and it is imperative that we are able to provide adequate manpower to ensure residents and visitors are safe at these large gatherings.

\*Increase prosecutorial efforts for juveniles.

\*Ensure all BPD personnel are fully trained on the required data collection for the National Incident Based Reporting System.

Buffalo Police Department Initiatives: $187,340

*Buffalo Police Tactical Enforcement Operations: Directed Patrol Overtime Efforts Addressing Violent Crime (especially targeting gun crime); Enhanced Protective Security Measures at Selected Large Special Events; Department-wide training on the New York State Incident Based Reporting System requirements: $187,340*

The Buffalo Police Department will utilize 2019 funding to address security issues at large events, to provide enforcement details concentrating on violent crime (especially homicides/gun crime, gang activity, drugs, robberies and burglaries), and to provide selective enforcement that responds to quality of life issues (loitering youth, curfew, loud music, and violations of City ordinances).  This will be accomplished by assigning officers to overtime details in identified "Hot Spot" and high crime areas to investigate suspicious activities, and to spotlight enforcement strategies on guns, drugs, and gangs – especially youth-involved retaliatory violence and other violent crime.  Buffalo's Erie Crime Analysis Center (ECAB), housed at Buffalo Police Headquarters, provides daily reports on a range of criminal activity, from serious and violent crimes to quality of life crimes, and tracks emerging trends and patterns. This information allows Command to develop data-driven tactical plans for manpower deployment and the effective use of resources, enabling patrol to address the targeted and identified problems in a timely manner.  Hot spot analysis addresses *what* is happening, *where, why* (as far as this is possible), and *who* is

responsible, and better enables Command to determine who should take the lead on developing a response to this issue. Patrol Officers within our five Police Districts, Detectives from specialized Units (Narcotics, Special Victims Unit, Homicide, Intel, Neighborhood Engagement Team, etc.), and Officers from the Department's Housing Unit may all be called in for these "crackdown and high visibility" interventions in the targeted Hot Spot cluster areas.

In addition, a priority of the Buffalo Police Department will be to utilize 2019 JAG funding as a means for the Department to continue providing extra protective police coverage and/or extra patrols at select large-scale events hosted within the City of Buffalo. Ever since the Department of Homeland Security withdrew funding from Tier 2 cities, Buffalo has not been eligible to receive UASI funding to cover these costs. As an international border community with Canada, the homeland security threat risk for the Buffalo area nevertheless remains high, and it is imperative that the many large gatherings and festivals in the region are adequately protected. The City of Buffalo has to be extra watchful at the many special events that occur on its streets and parks, some of which are the largest in the country, attracting flocks of attendees and vendors. Events such as First Night (New Year's Eve Ball Drop), the St. Patrick's Day Parade, and a multitude of large summer events (Allentown Art Festival, Taste of Buffalo, and the Italian Festival, to mention a few) are held downtown, less than a mile away from our international border, thus attracting a diverse cross section of spectators.

Buffalo Police will provide perimeter security, sweep for weapons and explosive devices in and around these events, and mitigate any type of terrorist threat in these confined venues. Our focus on added security aims to prevent an opportunistic attack as thousands gather to participate in these popular cultural events. JAG funding will provide the means for our Department to continue with its security planning for the prevention of any type of major disaster. Buffalo has regular contact with Immigration and Customs Enforcement Agents, as well as a collaborative partnership with the US Coast Guard and Border Patrol Agents. We participate in various joint operations connected to these events, along with other prevention activities initiated by our Federal/State/Local law enforcement partners. Maximizing our resources through collaborative operations helps to strengthen our response to both domestic and international public safety issues, and enhances the public's perception of our efforts, ensuring that residents and visitors feel safe when attending these events. By dedicating officers to tactical/selective patrols, Buffalo's saturation strategy serves as a means of proactively and aggressively targeting potential high risk threats and ensuring the situation remains under control. Whether neighborhood hotspots for gun violence, quality of life patrols during the summer months, or homeland security details at large venues,

13

by providing a highly-visible police presence we are able to ensure that the community is safe and protected.

Buffalo relies on the Erie Crime Analysis Center to track the incidence of firearm crime and gun violence, as well as other Part One crime, to provide statistical analyses of crime trends and patterns in order to determine the efficacy of the Department's evidence-based data driven strategies, and to ensure the optimum allocation of resources. ECAC will provide the data for any required JAG performance metric.

## COUNTY OF ERIE INITIATIVES ($34,000)

*Funded through the City of Buffalo*

Erie County, located in Western New York, has a population of over 919,000. It consists of three cities and 49 towns and villages throughout 1,044 square miles. The towns and villages range in size from 275 to over 100,000 in population and are served by 71 separate judges. The City of Buffalo is the largest population center with a population of 256,304, making it the second largest city in New York State.

## ERIE COUNTY DISTRICT ATTORNEY'S OFFICE ($29,000)

While most crimes committed by a juvenile are handled in Family Court, the most serious crimes can be prosecuted criminally, and therefore there is the continued need for an Assistant District Attorney specifically assigned to juvenile prosecution. Funding under the JAG grant will enhance the ability of the Erie County District Attorney's Office to continue their focus on significant problems of felony-level crimes committed by 14 to 19 year olds, primarily within Buffalo's urban center, as well as elsewhere within Erie County, including those jurisdictions covered by our suburban partners.

The Juvenile Prosecutor is assigned to Youth Part under the Raise the Age Statute (RTA) and has extensive duties in and out of the court room that are ever-expanding. Youth Part handles 14 and 15 year-olds who commit specific enumerated violent felonies. Additionally, any felonies committed by a 16 year-old (and soon to be 17 year-old as of October 1, 2019) are also being handled. More often than not, if an adult is attached as a co-defendant with an Adolescent or Juvenile Offender, the Assistant assigned to Youth Part will also handle the outcome for that co-defendant.

14

The Buffalo Police Department (BPD) and other local police agencies consult with the Juvenile Prosecutor on Adolescent or Juvenile Offender cases. The consulting ranges from the investigation stages of a case all the way through the arraignment process. Questions range anywhere from what to charge, how to charge, the interview process of defendants, how to generate the paperwork, and the process of getting the arraignment processed and completed. This makes the prosecutor available to police agencies 24/7. The prosecutor also trains police agencies on Raise the Age issues that arise. The training usually entails the prosecutor going to the BPD district or the local police station when there is a shift change and speaking with the officers on the policies and procedures of charging and the arraignment process. More in-depth training has occurred ranging from 30-45 minutes including a more comprehensive tutorial on Raise the Age including handouts and a PowerPoint presentation.

The Juvenile Prosecutor is the single point person for the arraignment, investigation, and prosecution of juvenile cases. If the allegation of the felony does not fall within three enumerated offenses to keep the jurisdiction in Youth Part, the People have 30 days (from arraignment) to investigate and file a motion to Prevent Removal to Family Court for Extraordinary Circumstances. The motion has to be on direct knowledge which entails compiling supporting depositions of witnesses, officers on scene, detectives, probation/parole officers, and/or Assistant District Attorneys who prosecuted that particular Adolescent or Juvenile Offender before. The motion also entails case law research and arguments in favor of treating the Adolescent or Juvenile Offender as an adult and that removal to Family Court would not be appropriate because the Adolescent or Juvenile Offender is unable to be rehabilitated and benefit at the services that Family Court has to offer.

The Juvenile Prosecutor also has a relationship with the County Attorney's Office that handles Juvenile Delinquency cases. When a case does not meet the standards to be kept in Youth Part, the County Attorney's Office will then take that case over as a Juvenile Delinquency matter. The prosecutor then shares all of the information, video, photos, and other materials with their office so that they can resolve the matter. The County Attorney's Office and the Assistant are in constant communication with each other on the status of cases in Youth Part.

A notable ongoing case involves defendant "DC." DC is a 15 year-old who was indicted for Assault in the First Degree and Criminal Possession of a Weapon 2nd. He fired a gun at an NFTA bus, and the bullet struck an innocent bystander; the entire incident was captured on high quality NFTA video. DC and his friends got onto the bus, but were soon confronted by a rival gang. DC and his friends ran from

15

the back door of the bus, and DC turned around and fired a shot at the rival gang members. DC missed his target, but the bullet struck a woman who had just gotten onto the bus to go home from work. She suffered significant blood loss, and the bullet remains permanently lodged in her back due to its location near vital organs. DC remains in custody.

The funding under the JAG Grant will cover the partial salary/fringes for the continuation of this juvenile prosecution position.

*District Attorney's Office: $29,000*

*To be subcontracted through City of Buffalo.

Funding will continue to support the partial payment for an Assistant District Attorney specifically assigned to juvenile justice prosecution.

*Juvenile Prosecutor: $29,000*

*Partial Salary/Fringe (24% of $119,567: $92,683 salary/$26,884 fringe which includes: FICA; Worker's Comp; Unemployment Ins; NYSR ER Contribution, Health and Dental.*


*ERIE COUNTY CENTRAL POLICE SERVICES: $5,000**

*To be subcontracted through the City of Buffalo Department of Police.

Software Security Programmer/Consultant: $5,000
Erie County Central Police Services will continue its efforts to standardize the security processes and procedures of the utility programs that support its core applications.
All of the local law enforcement agencies within the County of Erie, including the City of Buffalo, utilize a computer-aided dispatch and records management system called the Complaint History and Records Management System (CHARMS). This system is used for dispatching functions, records management, personnel, property management, arrest booking, juvenile information, and other functions. It also provides Criminal History inquiries, as well as connectivity to the New York State Police Information Network (NYSPIN), the New York State Division of Criminal Justice Services (DCJS), and the National Crime Information Center (NCIC) for inquiries and entries. This software runs not only in Dispatch Centers and Criminal Justice agencies, but also in patrol cars, the Erie County Sheriff's helicopter, marine units, Mobile Operations Centers and other emergency vehicles.

16

The City of Buffalo represents the highest concentration of violent crimes committed, accounting for over 80% of those crimes. The record keeping involved to manage the data has grown exponentially. The security features of CHARMS and its supporting utility programs must continue to be able to accommodate security in the constantly shifting electronic landscape.

Central Police Services plans to continue contracting with a third party that serves as a Software Security Computer Programmer for the Complaint History and Records Management System (CHARMS). Central Police Services will institute a contract with said vendor, in the amount of $5,000, during the award period, selected through the County's Request for Proposal process (RFP#1907VF), which is part of their normal County procurement process. The awarded contract specifies an hourly rate of $84, which was the lowest bid received from a qualified respondent to the RFP. Through negotiations with the vendor, the county has kept the cost at the lowest possible rate of $84 per hour for several years. In addition, since this is an ongoing security project, keeping the same vendor provides continuity.

Tasks - Software Security Programmer/Consultant:

-Continue the process of implementing enhanced authentication methods started under JAG 2018.

-Meet with County staff to create a testing plan.

-Provide and Review Documentation with County staff.


**TOWN OF CHEEKTOWAGA ($14,811)**

Goal: The Cheektowaga Police Department will utilize funding to reduce crime, improve public safety and address quality of life issues within the Town of Cheektowaga.

The Town of Cheektowaga is a suburban community of 86,181 residents (2018 Census). The Town encompasses more than 29 square miles and includes a combination of business and residential areas. The Town is a first ring suburb of Buffalo and borders the east side of the City. The Town contains the region's largest shopping mall which is surrounded by other large shopping districts. Cheektowaga is the transportation crossroads for the region. The New York State Thruway and the Kensington Expressway serve as main traffic arteries within Town limits. CSX railroad mainline tracks and rail yards are located in the Town, as is an Amtrak Train Station. The Greater Buffalo Niagara International Airport is located in Cheektowaga and is near large terminals for Federal Express, United Parcel Service and the United States Post Office. The Town has four school districts and the BOCES Harkness Trade and Technical Center, with a total of 9,000 students attending its public schools.

17

JUSTICE ASSISTANCE GRANT (JAG) PROGRAM 2019-H3477-NY-DJ

The Cheektowaga Police Department is a progressive, mid-sized law enforcement agency with a strong, publicly stated commitment to quality, managed community policing. The Department has been accredited by New York State since 1994 and has a sworn force of 129. The Department is frequently involved with interagency initiatives including work with the DEA, ATF, FBI, New York State Police, Erie County Sheriff, the Buffalo Police Department, and other local law enforcement agencies.

Cheektowaga will utilize $14,811 of the JAG 2019 funds to pay for overtime personnel expenses and, as required, 3% of the award, $445, will be allocated for NIBRS compliance activities. The JAG 2019 funds will be used for the various initiatives depending on need, crime patterns and current intelligence.

Cheektowaga will utilize $14,366 of its JAG 2019 funds to pay for overtime personnel expenses. The patrol division will utilize JAG 2019 funding for the following projects:

Traffic Saturation Patrols

Friday after Thanksgiving – Shopping Center Crowds and Traffic

Patrol of Town Park Pools and Extra Park Patrol

Bike and Segway Patrol of Selected and Designated Areas, Including the Bike Path

Targeted/Directed Patrol – Based on Active Intelligence (Hot Spot Areas)

It is anticipated that Police Officers will work one-officer details at an hourly cost of $62.78 for a total of 228.83 hours.

The remaining $445, 3% of the Town's total allocation of $14,811, will be used for overtime for mandatory NIBRS compliance activities.

*NARRATIVE CLOSING:*

Partners from the JAG working group keep in regular contact to discuss the various aspects of JAG's programmatic activities and any cross jurisdictional problems and strategies. In addition, it is understood by each participating entity that any interest accrued as a result of these grant dollars will be re-invested back into their various programs supporting law enforcement and/or community policing activities funded under the 2019 Justice Assistance Grant Program. Per Buffalo's most recent single audit, the City Comptroller's Office has verified that, to their knowledge, Buffalo has not been designated as "high risk" by another federal grant making agency.

Each participating partner is aware that they are responsible for reconciling their individual distribution of funding, is aware that these funds must be tracked separately from other Federal grant funds and that, as

18

sub-recipient partners, they are bound by the special conditions set forth by the Department of Justice. Each partner has also been briefed that they must provide to the City of Buffalo any required fiscal and programmatic activity reports outlining specific data from their programs, so that Buffalo can then properly report this information to the Bureau of Justice Assistance through the Performance Measure Tool.  The City of Buffalo and its JAG colleagues are fortunate in having a wide range of collaborative partnerships upon which they can rely to enhance their ability to detect, investigate and prosecute crimes throughout our region.  The Erie Crime Analysis Center (ECAC), located at Buffalo Police Headquarters, assists law enforcement by providing real-time crime data and hot-spot mapping which enables Executive Command to shape and refine data-driven deterrence initiatives which are responsive to emerging crime trends.  ECAC's extensive crime database and wide analytical expertise allows them to perform ongoing analyses of crime patterns and trends.  Crime Analysts work with law enforcement to pinpoint current hot spots, identify perpetrators, locations, and patterns of crime (day, time), to plan strategic deterrence initiatives, and determine which strategies are having the most impact.  Buffalo's interaction with ECAC will be vital for helping Buffalo Police and its partners collect the data required for performance measure tool reporting.  Law enforcement partners are also aware that they must submit quarterly metrics data related to use of force, racial and ethnic bias training, and be in full compliance with the JAG Prohibited and Controlled Expenditures requirements.

During the current fiscal year, both the City of Buffalo and the County of Erie are subject to the continuing authority of state-appointed fiscal control boards (which are not the same regulatory bodies). The fiscal situation in both the City and County remains constrained, which is why the Justice Assistance Grant funding is critical to support the described activities; these efforts could not be funded out of the individual entities' annual budgets.  While we appreciate the fact that this grant does not mandate a required cash match, every participating municipality will inevitably incur some type of additional non-grant reimbursable expenses in their commitment to carrying out these efforts as they strive to improve public safety and criminal justice services within the Western New York community.