# EXHIBIT 244

# C-DISTRICT SHOOTING DETAIL PLAN

## Target area 1: Genesee/Ferry to Walden from May/Kilhofer to City Line

## Target area 2: Broadway from Bailey to Lathrop including streets north to Sycamore and south to the tracks

## Target area 3: Best to Sycamore from Jefferson to Fillmore

0001

COB245091

# DETAIL SYNOPSIS

- **RECENT CRIME ANALYSIS DATA AND STATISTICS HAS REVEALED A RAPID INCREASE IN VIOLENT CRIME, CRIMINAL ACTIVITY AND SERIOUS QUALITY OF LIFE ISSUES IN PORTIONS OF C-DISTRICT**

- **THESE DETAILS ARE TARGETED IN A MANNER TO REDUCE SHOOTINS, CRIMINAL ACTIVITY AND QUALITY OF LIFE ISSUES AND PREVENT THE REOCCURRENCE OF THESE ISSUES**

- **THIS IS ACCOMPLISHED THROUGH THE JOINT EFFORTS OF THE COMMAND STAFF, PATROL OFFICERS, DETAIL CARS, COMMUNITY POLICE OFFICERS AND INTERAGENCY CO-OPERATION**

- **FLUID INFORMATION SHARING BOTH INTERNALLY AND EXTERNALLY IS PARAMOUNT TO THE SUCCESS OF CRIME REDUCTION AND RECIDIVISM**

# DETAIL SYNOPSIS CONT.

TO ACCOMPLISH THIS GOAL WE MUST:

- IDENTIFY AND PRIORITIZE PROBLEMS

- RESEARCH DATA AND GATHER RELEVANT INFORMATION ABOUT THE PROBLEM

- ANALYZE THE VALIDITY AND PRIORITIZE 311 COMPLAINTS AND COMMUNITY CONCERNS

- DEVELOP A PLAN OF ACTION TO REDUCE THE PROBLEM AND ENSURE ACCOUNTABILITY MEASURES ON ALL INVOLVED PARTIES

# DETAIL SYNOPSIS CONT.

- SET A BEGINNING AND END DATE FOR PLAN

- ASSESS RESULTS BY COMPARING BOTH QUANTITATIVE AND QUALITATIVE DATA

- DETERMINE WHAT, IF ANY GOALS WERE ATTAINED

- ANSWER, DID THE PROBLEM DECLINE?

COB245091

# DETAIL LIST

- **CHIEF'S CARS**

- **1- TWO OFFICER CAR PER SHIFT FROM EXISTING MANPOWER, THIS HAS DEMONSTRATED THE MOST PRO-ACTIVE RESULTS IN OUR HIGH CRIME AREAS**

- **OFFICERS MAINTAIN HIGH-VISIBILITY IN TARGET AREAS**

- **ADDRESS AREAS OF CONCERN COMMUNICATED THROUGH 311 COMPLAINTS AND CITIZEN COMPLAINTS**

- **MAINTAIN HIGH VISIBILITY IN PROBLEM AREAS IN AN ATTEMPT TO REDUCE CRIMINAL BEHAVIOR AND TRENDS**

- **PERFORM A MINIMUM OF 2 "PARK AND WALKS" PER SHIFT CONCENTRATING ON PROBLEM BUSINESSES AND HIGH CRIME AREAS**

COB245091

# DETAIL LIST CONT.

**QUALITY OF LIFE**

- **ONE OFFICER FROM 0600-1600 FOUR DAYS A WEEK FROM EXISTING MANPOWER**

- **CONCENTRATE EFFORTS ON QUALITY OF LIFE ISSUES EFFECTING RESIDENTS IN THE THREE OUTLINED TARGET AREAS**

- **ISSUE CITY ORDINANCES, TAGS AND SUMMONSES**

- **HANDLE NON-CRIMINAL 311 COMPLAINTS**

- **COMMUNICATE ISSUES THROUGH COMMAND STAFF BOTH VERBALLY AND WRITTEN**

- **ASSIST C.P.O.'S WITH PROBLEM PROPERTIES**

# DETAIL LIST CONT.

**COMMUNITY POLICE OFFICERS**

- **ONE OFFICER FROM 0600-1600 DAILY**

- **INVESTIGATE PROBLEM PROPERTIES AND 311 COMPLAINTS**

- **CONDUCT LICENSE AND PERMIT INVESTIGATIONS**

- **BEGIN EVICTION PROCESS ON PROBLEM PROPERTIES**

- **COORDINATE EFFORTS AND RESOURCES BOTH WITHIN AND OUTSIDE OUR AGENCY**

- **COMMUNICATE ISSUES WITH ALL LEVELS OF THE DEPARTMENT**

# DETAIL LIST CONT.

**TARGET DETAIL**

- **TWO OVERTIME OFFICERS FROM 1200-2000 EVERYDAY IN EACH SPECIFIED TARGET AREA**

- **OFFICERS SHALL BE PRO-ACTIVE IN THEIR PATROL TECHNIQUES, QUESTIONING SUSPICIOUS PERSONS AND PERFORMING FIELD INTERVIEWS**

- **OFFICERS SHALL ALSO ADDRESS QUALITY OF LIFE ISSUES THROUGH THE ISSUANCE OF CITY ORDINANCES, SUMMONSES AND PARKING TAGS**

- **PURPOSE OF DETAIL IS TO REDUCE THE NUMBER OF VIOLENT CRIME IN THE TARGETED AREAS AND PREVENT FUTURE OCCURRENCES BY APPREHENDING SUSPECTS, ARRESTING PERSISTANT OFFENDERS, LOCATING WITNESSES AND ASSISTING DETECTIVES WITH CASE CLOSURE**

- **OFFICERS SHALL MAINTAIN A HIGH VISIBILITY WITHIN TARGET AREA AT ALL TIMES**

# DETAIL LIST CONT.

**TARGETED PATROL**

- **ONE OVERTIME LIEUTENANT FROM 2000-0100 EVERDAY, ASSIGNED FOUR OFFICERS FROM OVERLAP**

- **CONCENTRATE ON ISSUES IN TARGET AREAS, ESPECIALLY AREAS 2 AND 3**

- **SEARCH FOR WANTED PERSONS AND PERSONS OF INTEREST AS GENERATED BY REPORTS AND DETECTIVES**

- **MAINTAIN A STRONG POLICE PRESENCE AND HIGH VISIBILITY**

- **UTILIZE PRO-ACTIVE POLICING TECHNIQUES TO DISRUPT CRIMINAL BEHAVIOR SUCH AS STOP AND FRISK AND WARRANT CHECKS**

- **COMMUNICATE RESULTS THROUGH DETAIL REPORTS**

COB245091

# ASSISTING UNITS

- **COORDINATE EFFORTS WITH MRU AND HOUSING**
- **HOUSING OFFICERS SHOULD MAINTAIN A HIGHLY VISIBLE PRESENCE ALONG THE C/E BORDER AND AREAS AROUND THE LANGFIELD AND DONOVAN DRIVE PROJECTS**
- **OFFICERS SHOULD ASSIST PATROL UNITS ON HIGH PRIORITY CALLS**

- **MRU OFFICERS SHOULD MAINTAIN A HIGHLY VISIBLE PRESENCE IN C-DISTRICT'S 3 TARGET AREAS**
- **OFFICERS SHOULD UTILIZE PROACTIVE PATROL TECHNIQUES AND ASSIST TARGET AREA OFFICERS AND PATROL OFFICERS ON HIGH PRIORITY CALLS**

# ASSISTING UNITS CONTINUED

- **TRAFFIC AND AIU SHOULD BE UTILIZED TO PERFORM ROADBLOCKS AND SAFETY CHECKS**

- **MOST SHOOTINGS OCCUR FROM A VEHICLE OR SUBJECTS UTILIZE VEHICLES TO FLEE THE AREA**

- **THE PRIMARY PURPOSE OF THE ROADBLOCKS WOULD BE TO APPREHEND WANTED SUBJECTS, PERSONS OF INTEREST, SUSPECT VEHICLES, WEAPONS AND CONTRABAND**

- **THE SECONDARY PURPOSE WOULD BE TO DETER OFFENDERS FROM ENTERING HIGH CRIME AREAS THUS REDUCING THE OCCURRENCE OF VIOLENCE**

**0011**

COB245091

# ASSISTING AGENCIES

- **PROBATION AND PAROLE DEPARTMENTS SHOULD BE UTILZED TO DEVELOP A LIST OF THE MOST VIOLENT OFFENDERS IN C-DISTRICT**

- **PROBATION AND PAROLE ASSISTED BY THE BPD SHALL CONDUCT "HOME VISITS" ON SUBJECTS TO ENSURE INDIVIDUALS ARE IN ACCORD WITH THE TERMS OF THEIR RELEASE**

- **INDIVIDUALS FOUND NOT IN ACCORDANCE SHALL BE VIOLATED IMMEDIATELY, REMOVING THEM FROM THE STREETS AND FURTHER REDUCING THE OCCURRENCE OF VIOLENCE**

**0012**

COB245091