# **EXHIBIT 245**

| | |
|---|---|
| From: | Charles H Tomaszewski/BPD |
| Sent: | 5/21/2012 4:07:32 PM |
| To: | William D Cusella/BPD; Richard P Doyle/BPD; Michelle R Kubala/BPD; Mark R Maraschiello/BPD |
| CC: | Guy T Zagara/BPD; Lance R Russo/BPD; kbarnas@troopers.state.ny.us |
| BCC: | Daniel Derenda/BPD |
| Subject: | Re: Fw: Road block 5/20/12 |

Marathon detail approved. I need more roadblocks in C District till things quiet down. Coordinate locations with C District LT's and work with MRU and Housing. NY State Police is also available. Contact LT Barnas at 864-6436.

**William D Cusella/BPD**
05/21/2012 11:21 AM

To: Charles H Tomaszewski/BPD@BuffaloPoliceDept, Michelle R Kubala/BPD@BuffaloPoliceDept, Mark R Maraschiello/BPD@BuffaloPoliceDept
cc:
Subject: Fw: Road block 5/20/12

----- Forwarded by William D Cusella/BPD on 05/21/2012 11:20 AM -----

**Michael A Arcara/BPD**
05/20/2012 10:17 PM

To: William D Cusella/BPD@BuffaloPoliceDept
cc:
Subject: Road block 5/20/12

Captain
As per DPC Tomaszewski we did a road block with Housing on 5/20/12 at Bailey and Genesee,resulting in the following.

28 VTL summons
1 VTL Misdemeanor
1 vehicle impound
3 Felony arrests

Respectfully
M.Arcara
Lt Traffic

COB261847

0001