# EXHIBIT 246

| | |
|---|---|
| **From:** | Patrick M Pascall/BPD |
| **Sent:** | 1/8/2012 9:15:49 PM |
| **To:** | Christine Giardina; Byron Lockwood; Daniel Derenda |
| **Subject:** | Fw: CPO Material |

Captain,
Here is the most relevant material for the CPO program. I added my district strategy so they see how the CPO program supports the overall strategy of the district (see slide 23 where it lists them as a line of effort). I would highly recommended waiting until I get back to explain all the pieces.

Chief pascall
----- Original Message -----

**From:** "Patrick Pascall" [pmpascall@gmail.com]
**Sent:** 01/08/2012 04:02 PM
**To:** Patrick Pascall
**Subject:** CPO Material


- A District Strategy 04FEB11.pptx


- COMMUNITY POLICE OFFICER GUIDANCE 1.0.doc


- Community Police Officer Program DETAIL pillars FINAL.docx


- CPO Update 08JAN12.ppt

COB218966