# EXHIBIT 247

| | |
|---|---|
| **From:** | Daniel Derenda/BPD |
| **Sent:** | 7/20/2012 1:26:45 PM |
| **To:** | Kimberly L Beaty/BPD; Frank Dipasquale/BPD; Lewis D Ferrentino/BPD; Kimberly L Beaty/BPD; Christopher Mendola/BPD; Sean P Phillips/BPD; Joseph F Strano/BPD; Christine M Giardina/BPD |
| **Subject:** | Fw: E-District Double Day Plan July 21, 2012 |

OK

----- Forwarded by Kimberly L Beaty/BPD on 07/19/2012 02:34 PM -----

**Kimberly L Beaty/BPD**
07/16/2012 06:24 PM

To    Daniel Derenda/BPD

cc

Subject    E-District Double Day Plan July 21, 2012

Sir,
I respectfully request no ship outs on E-District's **Double Day, Saturday, July 21, 2012** to include the MP5 shift (0130-0600hrs), in order to man our targeted enforcement detail on Main Street and E.Delavan. This prior week, two persons were injured by gunfire and robbed. The mere existence of the detail has proven positive in keeping violent crime down in the area of E. Delavan (western area of E-District) and Main Street (northern area). The officers will assist with increased weekend call volume and high visibilty in Sector One, Two and Four.

Sector 1 - Main Street bars, parties, Comstock & Dartmouth gangs, Central Park
Sector 2 - Violent Crime (E.Delavan area down to Genesee Street) - Freund
Sector 3 - Car Poppings are occuring throughout.
Sector 4 - Bucktown Vs. Coldspring gang retalliation

Roadblock - possibly on Main St.

Chief Beaty


Kimberly L. Beaty, Chief
Commanding, E-District
Cell: 716.432.8179
Phone:716.851.4416
Fax:716-851-4420

COB254541

0001