# EXHIBIT 248

| | |
|---|---|
| From: | Brian K Patterson/BPD |
| Sent: | 2/20/2013 3:53:11 PM |
| To: | Daniel Derenda/BPD; Charles H Tomaszewski/BPD; Byron C Lockwood/BPD |
| Subject: | More recommendations for crime reduction |

# More Recommendations for Crime Reduction

## Unmarked Non Standard Vehicles

Utilize all resources to establish a fleet of unmarked non standard vehicles. Wire the vehicles up with sirens and lights and use them for interdicting in crime hot spots only. Use targeted patrol to assign officers to the vehicles and use them for gun, gang, and drug interdiction in crime hot spots only. Officers assigned will be highly motivated officers selected on the shift overlap. Rochester, N.Y. police, Syracuse police, NYPD, Baltimore, and many other police departments uses these vehicles as a means of blending in the environment so officers can observe criminal activity undetected. This is a major advantage in getting guns off the street for them. Officers have stated that they have had drug dealers approach them before realizing they are soliciting the police. A very effective resource in going after guns and drugs. Federal agencies are constantly looking to give away confiscated vehicles to local police department for such use.

## Gang Targeting

The city declares war on the most violent gang in the city by gaining Intel on the leader and making his life miserable. The following information should be known about the leader:

1. Identify the leader of the gang
2. know the leaders crime history
3. Know where the leader lives
4. Know where the leader's girlfriend(s) live
5. Know where the leader's immediate family lives, specifically his mother
6. Know the type of **car(s) affiliated with the leader** (how does he and the gang get around).

With that information, the department should leverage all resources to disrupt the gang leaders criminal activity. Focusing on the following police led activities:

1. **Strategic roadblocks near gang member territory**
2. The creation of a city wide **gang affiliated vehicle list** (especially the car the girlfriend drives) and intensified vehicle and traffic stops for cars on that list ( impound where possible).
3. Team up with parole to make home and curfew checks for **gang leaders** where appropriate
4. Written notification to landlords that a gang leader is living in your apartment
5. Increased vehicle and traffic enforcement of gang affiliated vehicles in and around entertainment districts on weekends. Cross checking vehicles in the immediate area with the gang affiliated vehicle list and making vehicle and traffic stops for minor vehicle and traffic violations.

## Decentralized Narcotics Division

Police district chiefs spend most of their time responding to allegations of drug selling in their respective districts. Chiefs assure residents they will look into the matter, often making a referral to narcotics. However, rarely does the chief know when their referral will be addressed by the narcotics division. Clearly, the division has a process that they use to determine which locations they go after, yet rarely is that information shared and prioritized as a matter of business. As a result, residents continue to complain and the chiefs continue to assure them that there will be attention given to the address in question without knowing when or if this will happen. The remedy would be to assign narcotics officers to certain districts. The detectives would work out of the district where they would coordinate investigations with the district chief. This would provide tailor made investigations to drug complaints in each district and give chiefs the opportunity to prioritize drug investigations in their districts.

Chief Patterson

COB217369

0001