# EXHIBIT 249



|  |  |
|---|---|
| Kimberly L Beaty/BPD<br>03/02/2013 08:44 PM | To   Daniel Derenda/BPD, Charles H Tomaszewski/BPD, Byron C Lockwood/BPD,<br>cc<br>bcc<br>Subject   Buffalo Live Plan |

Buffalo Live Concert Sunday, 03/03/03

Response Plan should include the following:

E-District MP4 will conduct a roadblock on Main Street within close proximity of Buffalo Live. Lt. Menza will survey the area. The roadblock hours shall be determined by MP4 Lts. to maximize our efforts in deterring crime. Between 1800-2100hrs may work best. BPD Road Block Directives signed by officers must be filed.

Also, during and at the close of this event, officers will be assigned to the University Heights area to monitor activity, file blue cards on suspicious people, arrest criminals and effectively move Buffalo Live patrons from the neighborhoods. Essentially, this will be a 3rd evening of the University Heights Detail this weekend and will be conducted by MP5.


Kimberly L. Beaty, Chief
Commanding, E-District
Blackberry: 716.238.4571
Phone:716.851.4416
Fax:716-851-4420

COB016038

0001