# EXHIBIT 251

NewsRoom

8/5/12 Buff. News B3
2012 WLNR 16818497

Buffalo News (NY)
Copyright © 2012 The Buffalo News

August 5, 2012

Section: Local

Officials praise results of strike force

Matt Gryta - NEWS STAFF REPORTER

With nearly 1,000 people arrested, more than 350 cars seized and more than 2,400 summonses issued in less than two months of operation, the multi-agency Buffalo Strike Force is having a "phenomenal" impact on overall crime in the city, Mayor Byron W. Brown and Police Commissioner Daniel Derenda say.

"Our goal with the strike force was to be proactive with crime with the summer months coming, and it has been extremely active and very successful inputting pressure on the criminal element citywide," Brown said.

"Thanks to the help we are getting from the Erie County Sheriff's Department and the NewYork State Police, the force has played a major role in cutting crime citywide by about 16 percent from last year," Derenda said. "We began it in mid-June, because we knew summer months are more problematic and we wanted to get ahead of matters," Derenda said, "and I believe we have."

The strike force involves roving patrols and State Police and Sheriff's Office helicopters.

Brown said the mobility of the strike force operation is designed to catch criminals off guard and keep them worrying about where the force might be.
email: mgryta@buffnews.com

---- Index References ----

News Subject: (Social Issues (1SO05); Crime (1CR87); Police (1PO98); Legal (1LE33); Criminal Law (1CR79); Judicial (1JU36))

Language: EN

Other Indexing: (Byron Brown; Daniel Derenda)

Keywords: CITY OF BUFFALO

Edition: Final

Word Count: 192

**End of Document**                                   © 2025 Thomson Reuters. No claim to original U.S. Government Works.