# EXHIBIT 254

| | | |
|---|---|---|
| **Aaron V Young/BPD**<br>09/01/2015 02:18 PM | To<br>cc<br>bcc<br>Subject | Kimberly L Beaty/BPD@BuffaloPoliceDept,<br><br><br>C District Traffic Enforcement Detail Report |

Deputy,

Beginning on 7/23/15 to present date, C District has implemented with your permission, a traffic enforcement detail. This detail has been operating 7 days per week in 5-hour increments with one PO. Scheduled hours of the detail varies and relies
heavily on information/intelligence received from patrol officers, as to which areas should be prioritized for such traffic enforcement. I also looked at 311 complaints in which traffic related issues was the complaint and directed this detail
to the locations of these complaints. Also, in choosing different sectors of the district to target, CPO's were task with gathering information from the numerous block clubs where traffic concerns may have been an issue. The CPO's would
forward any complaints to the officer scheduled to work the detail so enforcement would be focused in that particular area on that day and beyond. The details were often operated between the following hours, 0700 - 1200hrs, 1000 - 1500,
and 1400 - 1900hrs, rotating daily or after several days in one time block. As the daily detail reports reflect traffic as well as parking summonses were included in this enforcement. Over the course of one month since it's implementation,
C District has written over 400 traffic summonses and 200 parking tags. These numbers reflect the numerous locations in the district where traffic violations were a major issue and the impact the detail has had in the decrease of 311 complaints
for traffic issues. The following locations below are areas where the traffic enforcement detail has been targeting and the type of violations enforced.

- Brinkman/Rohe - Stop Sign violations per 311 and Block Club complaints

- Felix/Academy - Stop Sign violations per 311 and Block club complaints

- Box/Rohr - Stop Sign violations per officer observations.

- Genesee/Rohr - Failure to Stop at Traffic signal

- Genesee/Fillmore - Failure to stop at Traffic signal

- Sprenger/Hemingway - Failure to stop at Stop sign per 311 and Block Club complaints

- Roeherer/Northhampton - Failure to stop at Stop sign

- Broadway btw Fillmore/Bailey - Speeding violations

- Lovejoy/Benzinger - Stop sign violations.

- William/Fillmore - Failure to stop at Traffic signal and speeding.


Respectfully Submitted
Chief Young

COB052638

0001

**0002**

COB052639