# EXHIBIT 256

**Patrick A Roberts/BPD**
02/25/2014 05:06 PM

To: Daniel A Burke/BPD@BuffaloPoliceDept, Thomas R Whelan/BPD@BuffaloPoliceDept, David E Wilcox/BPD@BuffaloPoliceDept, Lance R
cc:
bcc:
Subject: impounds

Gentlemen, I would like to take an opportunity to thank you and your troops for your efforts during the long and depressing winter. The arrests, summonses and weapons recovered, really speak to your efforts. I would like to ask that you stress to the troops to continue to impound vehicles where warranted. I realize that this becomes a source of complaints, but the police commissioner feels that it is important, and therefore so do I. For the longest stretch the units were averaging more than (10) per day, but we have fallen off of that. Some of that may be due to weather, but not all of it. Vehicles incident to narcotics/dwi arrests are a no brainer, as well as those connected to suspended license/registrations. Please make certain that officers in your command are aware, and of course, continue to lead by example. Thx, Capt R.

WHELAN
22
04-26-2022

COB040275

0001                                                                 COB040275