# EXHIBIT 257

| | | |
|---|---|---|
| **Patrick A Roberts/BPD**<br>01/26/2013 03:27 PM | To | Harold M McLellan/BPD@BuffaloPoliceDept, |
| | cc | |
| | bcc | |
| | Subject | Re: Fw: Complaint |

Yes sir...I will
Harold M McLellan/BPD

| | | |
|---|---|---|
| **Harold M McLellan/BPD**<br>01/26/2013 01:51 PM | To | Patrick A Roberts/BPD@BuffaloPoliceDept |
| | cc | Kevin J Brinkworth/BPD@BuffaloPoliceDept |
| | Subject | Re: Fw: Complaint |

Thank you for your timely response. This complaint will be closed. I would like a copy of the P-31 to attached to the file so please forward it as soon as you can. In addition, for future reference, our department rules and regulations are not based on what may or may not be practiced in the District Attorney's office. Review MOP Chapter 2/6.5 and please make sure everyone in your command is familiar with it.

Inspector Harold M. McLellan
Internal Affairs Division
Buffalo Police Department
74 Franklin St. Room 222
Buffalo, New York 14202
Office (716) 851-4558
Cell (716) 432-2052
Fax (716) 851-5229
Email: hmmclellan@bpdny.org

Patrick A Roberts/BPD

| | | |
|---|---|---|
| **Patrick A Roberts/BPD**<br>01/25/2013 06:50 PM | To | Harold M McLellan/BPD@BuffaloPoliceDept |
| | cc | |
| | Subject | Fw: Complaint |

----- Forwarded by Patrick A Roberts/BPD on 01/25/2013 06:50 PM -----

**P-73 BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO: Daniel Derenda<br>     Commissioner of Police | DATE: 01/25/2013 06:18:54 PM |
|---|---|

ROBERTS
22
04-20-2022

COB053709

0001                                                                 COB053709

| FROM: Patrick A Roberts<br>Housing Unit Captain | SUBJECT: Complaint |
|---|---|

Attn: Kevin Brinkworth, Housing Chief
      Harold McLellan, Inspector of I.A.D.

Sir:

   Please refer to incident #12-228-1178. In response to the order from Inspector Harold McLellan that I complete a P-73 by the end of my next tour duty I submit the following. As shown in the C.A.D. report, I was working as the S450 car on 8/15/2012 and commanding over the Strike Force. I was along with P.O. Jerry Guilian who was without a partner that evening. It was our practice due to the potentially dangerous nature of the police work to work in pairs for the safety of the officer. The police commissioner tasked me with patrolling along with the Strike Force Unit, some of the most violent areas of the city in an attempt to curb current crime patterns.
   When we came around the corner of Schreck from Olympic, approximately (7) individuals did walk away a vehicle parked there leaving behind opened alcholic beverage containers and a burning marihuana cigar. At that same time other individuals did act in a disorderly manner across the street directly to the east. We were greatly outnumbered and did call for assistance. An arrest was made not related to the complainant's vehicle. No person would come forth to claim the open containers or burning marihuana present in the vehicle which had its windows down as I recall. The only entry of unlocked vehicle was to retrieve a registration card and the vehicle was not searched beyond what was in plain view. No items were taken and the vehicle was impounded as to the police commissioner's order that all vehicles associated with susp. oper./reg., warrants, narcotics, and d.w.i., be impounded. Commissioner Derenda maintained a daily running total of all statistics generated by the unit including impounds and held me personally responsible for the unit's productivity in this area. It is his belief, and I agree, that if these individuals who deal in narcotics do not have access to their vehicles, they cannot drive around and kill people. He has praised me in private for my stance on impounds.
   No inventory was filled out as no items were taken, and it should be noted that the E.C.D.A.'s office does not recognize the form when preparing cases. Nobody came forth to claim the vehicle that night as I recall. A P-31 was filled out for both impounded vehicles as Riverside will not tow a vehicle without one. I will attempt to find the copy filled out that night but may need some additional time. I found it more important to complete this P-73 immediately, rather than search for a P-31, so as not to disregard a direct order from Inspector McLellan.
   As for the assertion that I did not make myself available to the complainant, I, like the officers from I.A.D., have no record of being contacted by the complainant. It is not my practice to disregard complainants and find that my position as police captain often affords me an opportunity to assist confused individuals so that trivial matters such as this do not "bog down" the office of Internal Affairs. I have no knowledge of a cell phone being taken by anyone but there were many individuals who had access to the vehicle prior to our arrival.

Respectfully submitted,


Captain Patrick A. Roberts

COB053710

COB053709



COB053711

0003                                                                                                          COB053709