# EXHIBIT 261

| | |
|---|---|
| From: | Councilmember Scanlon - South |
| Sent: | 11/30/2015 4:50:27 PM |
| To: | Derenda,Daniel |
| CC: | Beaty,Kimberly L |
| Subject: | A District |

Commissioner Derenda,

On November 6, 2015, I mailed a letter to your office inquiring as to why additional man power, special details, and overtime have been cut from the A-District per the attached email from Deputy Commissioner Beaty. The respective letter and email I reference are attached within this email. In my letter, I explained that in recent months we have seen an increase in what I believe you refer to as "Part 1 property crimes". In actuality, this has been slowly increasing for a much longer period of time. In the past two weeks, we have seen this trend continue; however the perpetrators of these crimes have become more brazen and violent during these incidents. Instead of checking for unlocked doors, they are now prying their way into and breaking the windows of homes in order to gain entrance.  Just last week a young woman experienced what I can only imagine to be her absolute worst nightmare when she was assaulted and violated during a rape in broad daylight in Hillery Park.

These types of crimes have not been seen traditionally in the South District. However, they are becoming more and more commonplace. For three budget cycles now I have pleaded with you to please increase the manpower dedicated to the A-District. However, during all three budget hearings, you informed me that "South Buffalo does not traditionally experience the types of crimes other areas of the city do." Well, I think it is safe to say that due to a lack of proactive and strategic police presence , those "types of crimes" to which you have referred in the past have arrived in South Buffalo and in fact are occurring more and more frequently. If a more proactive approach is not taken by the Police Administration, this criminal activity will be here to stay. I do not and I cannot understand why it seems to be the strategy of the Police Administration to let a great neighborhood, with dedicated and concerned residents who pay high taxes, deteriorate, only to attempt to repair it at a later date.

As I mentioned in my letter, the residents of the South district are extremely concerned and have begun to passionately express their opinions regarding the lack of police presence and increased criminal activity. I honestly believe their next step is to show their displeasure by "patrolling" the streets. This is obviously alarming to me considering their lack of training. My heightened fear is that someone is going to be seriously injured and or killed one day.

A public meeting was held this summer to discuss these issues that was attended by several hundred residents. Per discussions I had prior to that meeting, I informed my constituents at that meeting that they would be receiving special details and additional man power in the form of overtime to combat the significant increase in crime. Now per Deputy Commissioner Beaty's email, the exact opposite is taking place.  I seriously hope that I am misreading Deputy Commissioner Beaty's email, and I hope you can clarify exactly what is being done in the A-District. Please contact me at your earliest convenience to further discuss this extremely important and time sensitive matter. I look forward to hearing from you.

Thank you.

**Christopher P. Scanlon**

South District Councilmember

Buffalo Common Council

1401 City Hall

Buffalo, NY 14202

(716)851-5169

COB263554


- Letter Regarding Overtime in A District.pdf

COB263555

**0002**