# EXHIBIT 263

# Another Voice: Buffalo must return $1.84 million 'mined' from school zone speed camera program

**Jalonda Hill and Phylicia Brown**

Sep 14, 2021

Traffic safety in Buffalo has always been about "mining for gold," as a former Buffalo councilman once put it. Like other traffic ticketing schemes by the city to generate revenue under the guise of safety, Buffalo's school zone speed camera program was called out and officially shut down.

But the city must return to the people the more than $1.84 million mined through the program. Refunds of school zone speed camera tickets are not just a legal imperative; they are necessary to correct Buffalo's pattern of racial and economic injustice.

During a global pandemic, the city expanded its long-standing, predatory traffic ticketing through the school zone speed camera program, balancing its budget on the backs of Black and brown residents. This shameful practice reinforces the system of racial capitalism that this country's economy is built on.

However, unlike related wealth-extracting practices in Buffalo, the city shockingly admitted that this program violated the law, strengthening the call for refunds of the city's $1.84 million profit.

### People are also reading…

1. Bills testing new security screening technology at entrance to Highmark Stadium
2. Bills cornerback Dane Jackson released from hospital, tweets thanks to Bills fans
3. Why the Buffalo Bills wanted Marv Levy right here, right now
4. Buffalo Grand Hotel fire caused $50 million in damage, owner says

Recent findings reveal that the city issued these tickets unlawfully, taking millions of dollars from area residents that it was not entitled to. Unsurprisingly, those hardest hit with school zone speed camera tickets are communities of color and the city's highest poverty areas. Over

BLRR-00000110

0001

60% of speed camera citations issued to city residents went to ZIP codes where more than half of the population is Black and brown, and almost 30% went to ZIP codes with a poverty rate above 30%.

Tickets add up faster in Black and brown communities, in which people are more likely to be ticketed multiple times for the same minor infractions. At $50 per school zone speed camera ticket, paying them off can have devastating financial ramifications.

Years of accumulating tickets in communities of color fuels the historic wealth gap between Black and white families, rooted in hundreds of years of racist housing, economic, education and succession policies. While Black and brown families suffer with crippling debts, Buffalo's profits soar.

The Fair Fines + Fees Coalition drove the campaign to shut down the school zone speed camera program. But ending this program is not enough. The city must make reparations for its campaign to extract wealth from Black and brown Buffalonians through punitive and unlawful fines and fees. That starts with refunding every cent collected through the school zone speed camera program to the individuals and communities that were forced to pay.

*Jalonda Hill is founder of Colored Girls Bike Too and coordinator of the Fair Fines + Fees Coalition. Phylicia Brown is director of Black Love Resists in the Rust and a member of the Fair Fines + Fees Coalition.*



**Around The Web** 

BLRR-00000111

0002



**Ringing Ears? when Tinnitus Won't Stop, Do This (Watch)**

American Tinnitus Clinic



**[Morning Ritual] 1 Spoonful of This Natural Mix Stops Tinnitus**

Quietum Plus



**7 Mistakes You'll Make Hiring a Financial Advisor**

SmartAsset



**Hands Down the Top Credit Card of 2022**

CompareCredit



**Doctors Stunned - Do This Every Morning & Lose Your Weight**

Health Today News



**Removing Moles and Skin Tags Has Never Been Easier (Try This)**

Trending Stories



**Do You Know What Plaque Psoriasis Is? (Take a Look)**

Plaque Psoriasis



**Always Put a Crayon in Your Wallet when Traveling, Here's Why**

Sogoodly



**Ulcerative Colitis Signs May Be a Severe Red Flag**

UC Disease | Search Ads