# EXHIBIT 266

| | |
|---|---|
| **From:** | Schultz,Lorey |
| **Sent:** | 2/10/2016 9:53:52 PM |
| **To:** | Brown,Byron; Helfer,Kevin J.; Derenda,Daniel; Byron Lockwood; DeGeorge,Michael J.; Strom,Shauna L. |
| **CC:** | Ball,Betsey |
| **Subject:** | Information Needed/Traffic Adjudication |

Commissioner Helfer, Commissioner Derenda, Deputy Commissioner Lockwood, Senior Deputy Corporation Counsel Strom,

As per Mayor Brown, please pass along some bullets so we can put together a 'fact sheet' as soon as possible. FYI. I have no written communication or background on this process. How are tickets written and adjudicated in Buffalo?

Thank you.


**From:** Brown,Byron
**Sent:** Wednesday, February 10, 2016 1:47 PM
**To:** Helfer,Kevin J.; Strom,Shauna L.; Derenda,Daniel; Byron Lockwood; DeGeorge,Michael J.; Schultz,Lorey
**Cc:** Ball,Betsey
**Subject:** Fwd: Report to the Public



We need to have a prepared written response to provide the real facts on how tickets are written and adjudicated in Buffalo.

Byron W. Brown

Begin forwarded message:

**From:** "Rodriguez,Crystal J." < crodriguez@ch.ci.buffalo.ny.us>
**Date:** February 10, 2016 at 1:22:36 PM EST
**To:** "Brown,Byron" < bbrown@ch.ci.buffalo.ny.us>
**Subject: Fwd: Report to the Public**

Sent from my iPhone

Begin forwarded message:

**From:** "Taylor, Henry" < htaylor@buffalo.edu>
**Date:** February 10, 2016 at 12:38:34 PM EST
**To:** George Nicholas < gfnicholas1@gmail.com>, Charley Fisher III < chfisher3rd@yahoo.com>, Advertising | The Challenger < advertising@thechallengernews.com>, " ckeith@investigativepost.org" < ckeith@investigativepost.org>, Rebecca Castaneda < rebecca@seanryanassembly.com>, Dottie Gallagher-Cohen < dgc@thepartnership.org>, Jamir Y Floyd < jamiryfloyd@verizon.net>, "Danielle Judge" < dnjudge@live.com>, Angela Blue < ablue@nysaflcio.org>, estella harris < estella_61@hotmail.com>, Shawn Fagan < sfagan@nycourts.gov>, FAJRI ANSARI < ansarif@buffalostate.edu>, VOICE-Buffalo & Gamaliel WNY < office@gamalielwny.org>, "maria whyte ( maria.whyte@erie.gov)" < maria.whyte@erie.gov>, Brian Trzeciak < btrzeciak@citizenactionny.org>, "Hoyt, Sam (ESD)" < Sam.Hoyt@esd.ny.gov>, Pamela Reed Henderson < prh7@cornell.edu>, Todd Hobler < todd.hobler@1199.org>, Jess Micha < Micha.jessica@gmail.com>, Dick Lipsitz < richardlipsitz2@gmail.com>, "Mary Walls" < mewalls2@gmail.com>, Sam Magavern < magavern@gmail.com>, Yvette Suarez < moniecat21@yahoo.com>, Nadia Moore < nmoore@sayyestoeducation.org>, "Hubbard-Robinson, Rita" < rhrobins@millenniumcc.org>, Rita Hubbard-Robinson < rhr.1@hotmail.com>, Alaska McInnis < AlaskaM@cfgb.org>, Dante Griggs < dantegriggsctd@gmail.com>, Wife Daun Nicholas < daun2@roadrunner.com>, "Tommy Reid" < treidcovnet@gmail.com>, tom grace < prob839@aol.com>, Willie Underwood < wunder_wil@yahoo.com>, "Rodriguez,Crystal J." < crodriguez@ch.ci.buffalo.ny.us>
**Subject: RE: Report to the Public**

Dear George:


This is most timely since Buffalo has joined Ferguson as a site of "aggressive ticketing." This is precisely the policy that terrorized blacks in St. Louis County and in Ferguson. It was this aggressive ticketing strategy that spawned the Ferguson conflict.

0001

COB278415

Best,

Henry Louis Taylor, Jr.

Professor, Department of Urban and Regional Planning

Director, U.B. Center for Urban Studies

Cell. 716.310.1648

Office. 716.829.5458

www.centerforurbanstudies.ap.buffalo.edu

Follow me on Face Book and Twitter @Maceo13

**From:** George Nicholas [ mailto:gfnicholas1@gmail.com]
**Sent:** Wednesday, February 10, 2016 9:56 AM
**To:** Charley Fisher III < chfisher3rd@yahoo.com>; Advertising | The Challenger < advertising@thechallengernews.com>; ckeith@investigativepost.org; Rebecca Castaneda < rebecca@seanryanassembly.com>; Dottie Gallagher-Cohen < dgc@thepartnership.org>; Jamir Y Floyd < jamiryfloyd@verizon.net>; Danielle Judge < dnjudge@live.com>; Angela Blue < ablue@nysaflcio.org>; estella harris < estella_61@hotmail.com>; Shawn Fagan < sfagan@nycourts.gov>; FAJRI ANSARI < ansarif@buffalostate.edu>; VOICE-Buffalo & Gamaliel WNY < office@gamalielwny.org>; maria whyte ( maria.whyte@erie.gov) < maria.whyte@erie.gov>; Brian Trzeciak < btrzeciak@citizenactionny.org>; Hoyt, Sam (ESD) < Sam.Hoyt@esd.ny.gov>; Pamela Reed Henderson < prh7@cornell.edu>; Todd Hobler < todd.hobler@1199.org>; Taylor, Henry < htaylor@buffalo.edu>; Jess Micha < Micha.jessica@gmail.com>; Dick Lipsitz < richardlipsitz2@gmail.com>; Mary Walls < mewalls2@gmail.com>; Sam Magavern < magavern@gmail.com>; Yvette Suarez < moniecat21@yahoo.com>; Nadia Moore < nmoore@sayyestoeducation.org>; Hubbard-Robinson, Rita < rhrobins@millenniumcc.org>; Rita Hubbard-Robinson < rhr.1@hotmail.com>; Alaska McInnis < AlaskaM@cfgb.org>; Dante Griggs < dantegriggsctd@gmail.com>; Wife Daun Nicholas < daun2@roadrunner.com>; Tommy Reid < treidcovnet@gmail.com>; tom grace < prob839@aol.com>; Willie Underwood < wunder_wil@yahoo.com>; Rodriguez,Crystal J. < crodriguez@ch.ci.buffalo.ny.us>
**Subject:** Fwd: Report to the Public

Please forward this information to your network and try your best to be with us on Monday to hear the progres of the work of the Clergy Coalition.

Pastor George F. Nicholas

---------- Forwarded message ----------
From: < terrell53171@aol.com>
Date: Tue, Feb 9, 2016 at 2:52 PM
Subject: Report to the Public
To: terrell53171@aol.com

**My Dear Fellow Pastors:**

**Please look at the attached press release and plan to be with us next Monday as we report to the public regarding the work that we have been engaged in.**

**This is a public holiday, so you are encouraged to invite the members of your congregations to join us and celebrate the continuing work of CCC of WNY.  Thank you for your cooperation and collaboration.**

0002

COB278416

Your Brother
Kinzer


Reverend Kinzer M. Pointer
President and Chief Executive Officer
Greater Buffalo United Ministries LLC
70 Niagara Street
Suite 211
Buffalo, NY 14202
716-563-1609

COB278417