# EXHIBIT 267

| | |
|---|---|
| **From:** | Mestre,Oswaldo |
| **Sent:** | 10/27/2015 4:22:41 PM |
| **To:** | Diggs, Antwan; Perez,Paul C.; Lockwood,Byron C; Beaty,Kimberly L; Crews,Jamil T.; Barker,Otis; Rodriguez,Crystal J.; Jackson,Henry; Cox,Maurice V. |
| **CC:** | Brown,Byron |
| **Subject:** | FW: Thick Injustices_10.29.2015a.docx |

Fyi…

**Oswaldo Mestre Jr.**, Director

**City of Buffalo** - Division of Citizen Services

[IMAGE]

**From:** L.N. Hare [mailto:lnhare@caoec.org]
**Sent:** Tuesday, October 27, 2015 11:59 AM
**To:** "Deanne Montgomery'; 'Perry, Adam'; 'Ros Jomo Akono'; 'Assemblywoman Crystal Peoples-Stokes '; 'ADA HOPSON-CLEMONS'; 'Challenger Newspaper - Alnisa Banks'; 'Aaron Bartley'; 'Brent Rollins'; 'Brenda McDuffie (E-mail)'; Boulware,Lanette; 'Bryon McIntyre'; 'Mark Boyd'; Brown,Byron; 'Aqiel Qadir'; 'Bruce Cosby'; 'Catherine Roberts'; cdhannah@verizon.net; 'Criterion News Frank Merriweather'; 'Ewing, Claudine'; 'Chris Reynolds'; 'David Greenman'; 'Davis Jr, Garney'; 'DENISE HARE'; 'David Rust'; Grant,Ellen; 'Eric Walker'; 'Ferrer, Frida'; 'frank garland"; 'Dwayne Muhammad'; 'Fajri Ansari'; 'Maurice Garner'; 'Patricia Elliott'; 'Leah Halton-Pope'; 'Lloyd Hargrave'; 'Ina Chapman '; 'JoAnna Johnson'; 'J Dunn'; 'John C. Davis'; 'Jabril Shareef'; 'JOHN INGRAM'; ksimmons@caoec.org; "Kobie Lewis"; 'Kamau Fields'; 'Karla Thomas'; khobbs@buffalopn.org; 'Linda Williams'; 'Lynette Hill'; 'James C Clemons'; 'LaShea Green'; 'Divitta Alexander'; MJohnson@osc.state.ny.us; Mr.Pilgram@gmail.com; 'Nadia Moore'; 'Natasha Soto'; 'Wbfo Npr'; Drye,Nicole; 'nijiyyah phillips'; 'Ken Nixon'; Mestre,Oswaldo; 'Watson, Rod'; 'Rafig Salim'; Councilmember Wyatt - University; 'Habib Johnson'; 'Tan, Sandra'; 'Wellington SMITH'
**Subject:** Thick Injustices_10.29.2015a.docx

Greetings Everyone,

I will be serving on a panel, sponsored by the UB Office of Urban Planning, at the King Urban Life Center at 665 Genesee Street in Buffalo.

The Forum will feature Dr. Todd Swanstrom, University of Missouri, and will focus on Ferguson, Missouri, Baltimore, Maryland, and Buffalo, New York and whether the issues that have surfaced in Ferguson are characteristic of an underlying set of phenomena present in urban settings with significant minority populations around the country.

Hope to see you there.

Thanks,

L. Nathan Hare

(7126-881-5150, ext. 4410)


- image003.png

0001


- Thick Injustices_10.29.2015a.docx

**0002**

COB237563