# EXHIBIT 269

JUSTICE ASSISTANCE GRANT (JAG) PROGRAM 2018-H3477-NY-DJ

# CITY OF BUFFALO
## 2018 JUSTICE ASSISTANCE AWARD GRANT
## GMS APPLICATION NUMBER 2018-H3477-NY-DJ

*GRANT NARRATIVE:*

The City of Buffalo, New York, has engaged in a partnership with the County of Erie through its Office of Central Police Services and the County's District Attorney's Office, and with the Towns of Cheektowaga and Tonawanda through their respective police departments. Since all participating entities have been working closely together for many years, strong relationships and alliances are already in place.

The Justice Assistance Grant (JAG) Program has, over the past fourteen years, brought together representatives from various Erie County agencies. This year an internal meeting was held with the Commissioner of Police to discuss the current JAG application, its requirements, and any changes and/or updates, following which, all partners were contacted by both email and telephone on August 1, 2018. It was mutually agreed that the City of Buffalo, once again, would serve as the lead applicant and fiscal agent, and that the two disparate entities identified in the grant notice – the Town of Cheektowaga and the Town of Tonawanda – would, for the purpose of the application and implementation of the grant, be considered subrecipients. Moreover, it was also agreed that part of the City's funding would be shared with the County – specifically the Erie County District Attorney's Office, and Central Police Services, as has been the practice in previous years. The partners collectively reviewed this year's purpose areas and discussed the best allocation of funds to benefit to each partner agency.

The total grant award of $268,260 will be distributed as follows:

*City of Buffalo: (Buffalo Police Department, which will once again continue to include the County of Erie's Central Police Services and the County District Attorney's Office): $242,404.*

*Town of Cheektowaga: (Police Department): $15,633.*

*Town of Tonawanda: (Police Department): $10,233.*

The City of Buffalo has agreed not to take any administrative funds allowed under the JAG 2018 Grant to maximize the amount of funding available for the selected programs.

1

The City of Buffalo is capable of handling the implementation of this project as we have a solid track record with the Department of Justice that has been built up over the years: the City has been the fortunate recipient of other Federal grants (JAG Stimulus, COPS Grants, Local Law Enforcement Block Grants, Office of Juvenile Justice Program Grants, direct Justice Assistance Grants, Violence Against Women Grants, GREAT Grants, etc.). The City has a series of internal checks and balances set up by the Comptroller's Office, and all City Departments receiving grants must not only comply with this internal process, but must also work directly with the Accounts Payable and Grants Section under the Comptroller's Office on all fiscally-related matters.  The City of Buffalo Comptroller's Office will be responsible for the actual drawdown of JAG funding. Upon the City's receipt of funds, those funds will immediately be transferred into a separate Trust and Agency Account set-up for the sole purpose of tracking and reconciling any funding received by the City of Buffalo under the 2018 Edward Byrne Memorial Justice Assistance Grant. Any drawdown of funding will be monitored by both the City's Division of Accounting and the Buffalo Police Department, which typically handles the distribution of JAG grant funding to other partners. These two (2) City Departments provide fiscal and programmatic monitoring and oversight, handle the grant close-out processes, coordinate grant reporting (both fiscal and programmatic) and provide guidance for following grant guidelines, rules and regulations. The Police Department's Grant's Unit also takes full responsible for the sub-recipient grant monitoring process

As a result of the August 1, 2018 meeting, a Memorandum of Understanding was proposed and drafted. This document has not yet been fully executed as the Chief Legal Officers of the participating agencies are still reviewing the specific terms and conditions attached to the 2018 JAG funds. It is understood that all required certifications and a fully executed MOU must be forwarded to the DOJ in order for the award to be accepted. A draft of the MOU has been attached to demonstrate the participants' understanding of the terms and conditions associated with the FY 2018 JAG award.

As part of the 2018 solicitation, a copy of the official JAG 2018 notification was posted by on the City's website as well as the Buffalo Police website. The County of Erie and Towns of Cheektowaga and Tonawanda did likewise (SEE ATTACHMENTS).

The following is an individual overview of each participating JAG partner as well as a description of the proposed program activities to be funded with JAG 2018 funds:

2

JUSTICE ASSISTANCE GRANT (JAG) PROGRAM 2018-H3477-NY-DJ

<u>*CITY OF BUFFALO INITIATIVES ($207,904)\**</u>

<u>*\*Does not include $29,000 for DA Office or $5,500 for Central Police Services – See County of Erie*</u>

<u>Community Description:</u>

The Buffalo Police Department is sworn to serve the City of Buffalo, which is located on Lake Erie at the base of the Niagara River. It is the second largest City in New York State and is located in Western New York, about 400 miles from New York City. Buffalo, a metropolitan area of 259,902 residents (per US Census Bureau figures), covers a city land area of 41.7 square miles; with the City's water rights, Buffalo is 50.0 square miles. The Buffalo Public School System is one of the largest in the State, with approximately 63 public schools, serving 31,359 students, 19 charter schools, and 17 private/parochial schools, serving a sum total of approximately 55,000 in the City of Buffalo.

The City of Buffalo, established in 1832, has been described as a "melting pot" due to the mixture of races and ethnic backgrounds that comprise the various neighborhoods. Fifty percent (55%) of Buffalo's population (or over half of the city's residents) are considered 'minority' based on 2017 figures published by https://www.census.gov/quickfacts/. By national standards, Buffalo still remains an impoverished city: according to Census Bureau figures (based on population figures for 2017) 31.2% of the residents are living below the federal poverty level, which makes Buffalo the fourth poorest city in America.

The City is divided into 90 census tracts, which are covered by five (5) police districts. Sixteen (16) areas within the census tracts have been classified as neighborhoods of "extreme poverty", with 40% or more of the residents in these areas living at or below the poverty threshold. In fact, close to 38% of Buffalo's poorest residents are concentrated in these areas, which unfortunately, highlights the economic disparity between the different areas within the city. However, Buffalo also has its share of 'working poor': updated figures from the U.S. Census Bureau (released in September 2016) record that 53.9% of Buffalo's children are now living in poverty, which is the second highest figure out of the country's 100 largest cities. It is unsurprising that nationally Buffalo ranks high in terms of the percentages of households receiving public assistance and was placed fifth out of the nation's fifty largest urban areas with the highest proportion of local households receiving supplemental nutrition assistance. According to the 2016 Homeless Alliance Poverty Report, the majority of homeless families in Erie County originate in Buffalo: 62% were single adults, 34% were members of families and 25% were school-age children. Unfortunately, the Buffalo-Niagara Region's poverty is highly segregated and racialized: "While nationwide 23.9% of black Americans live in primarily black neighborhoods, in Buffalo 42.2% do. [...]

3

And while the Black poverty rate runs at 36.4%, the White poverty rate is only 9.7%." according to a 247wallst.com special-report published in September 2016.

The economic growth experienced by almost the entire country over the last thirteen (13) years has eluded the City of Buffalo. The decline in the manufacturing industries has meant the disappearance of many of the traditional well-paying jobs in the city. Buffalo's property tax base continues to fall as a result of the declining industrial base and subsequent loss of population, and the damaging effects of poverty continue to plague the well being of the City's underprivileged.

The NY State's Governor's $1 billion investment in Buffalo's regional economy sought to address this situation. The planned focus of this economic revitalization included industries such as: solar energy, bio-medic technology, clean energy research and manufacturing, as well as medical genomics research through the Niagara Medical Corridor. Recent data from New York State Department of Labor shows that "In July 2017, New York State's private sector job count increased by 18,800, or 0.2%, to 8,100,40, a new record high", but the same report also indicated that "July 2017, New York's statewide unemployment rate increased from 4.5% to 4.7%.". Another, more troubling, issue is the fact that the upswing in employment is not reaching Buffalo's minority population, with hiring in the newly funded industries (allegedly) not reflecting the demographic make-up of the City. Buffalo now faces the challenge of leveraging these positive developments to ensure the benefits extend across the <u>entire</u> community. (http://www.investigativepost.org/2015/11/24)

The low high school graduation rate is another on-going cause for concern. Juvenile intervention strategies have helped to bring the rate up, and the "Say Yes To Education" program has also been shown to have a positive impact on graduation figures. In 2017, it is running around 63% - which is a substantial improvement. Buffalo Business First reports that this improvement is especially significant in that it reflects higher graduation rates among minorities over the past three years: "The graduation rate for black females rose from 51 to 65 percent during that time, and for black males it increased from 40 to 50 percent." Nevertheless, the drop-out rate among minorities remains unacceptably high and still needs addressing, since this is also a contributing factor to the on-going cycle of poverty. The area's limited job market acts as a catalyst for a number of socio-economic and crime problems city-wide.

4

JUSTICE ASSISTANCE GRANT (JAG) PROGRAM 2018-H3477-NY-DJ

<u>BUFFALO POLICE DEPARTMENT ($207,904)</u>

The Buffalo Police Department, founded in 1871, is a reflection of the values of the community and the people we serve.  Presently, the Buffalo Police Department consists of 948 members. Sworn manpower has held steady, currently running at (783) but we are anticipating a significant spike in retirements at the end of 2018, in response to the up-coming contract negotiations. Over the years, the Department has undergone significant changes, both physically and philosophically, by consolidating precincts through a re-organizational plan consisting of five major districts.  A partnership exists between this Department and effective forces within the community working towards maintaining peace, providing safety, and reducing the fear of crime. Our primary mission is to work together to enhance the quality of life for residents, and visitors to the City of Buffalo, and we accomplish this by being highly visible, interacting with the community, and focusing on strategies that create and sustain healthy and vital neighborhoods.

As an international border community with Canada, homeland protection is a priority. In light of the increased incidence of terrorist attacks both world-wide and nationally, the Buffalo Police Department strives to take pro-active, data-driven, measures to prevent, protect against, respond to, and recover from all potential acts of terrorism and other all-hazard events.

The index of Part One Crimes shows that overall crime fell by 7% in 2017, compared with 2016's figures, and there was an 18% decrease compared with the 5YA.  Property crime fell by 7% and violent crime decreased by 9%. Year to date figures for 2018 are promising, with Part One Crime just about holding steady with the previous years total (a slight 2% increase compared with the first six months of 2017). Unfortunately, due to a recent, protracted gang war violent crime has spiked in the past couple of months, raising violent crime statistics by 5%. Aggravated assaults and burglaries also rose (7% and 6% respectively) but despite the gun violence, homicide is still down 8% over the 2017 total.

Buffalo has been focusing its enforcement efforts on shootings and gun crime, as we continue to have a high incidence of firearm crime, fueled by social media conflicts and retaliation for other shooting incidents. Although the City has been making significant progress in this area and the number of shooting incidents (i.e. shots fired, shootings with injury, shooting homicides and shooting victims) decreased by 12% in 2017 compared with the previous year, the City has had a difficult summer and this is illustrated by the year to date comparison with the same period in 2017 – which shows that firearm crime is currently 11% about last year's total. This spike is the result of a particularly violent and protracted gang war:  July's shootings with injury are the highest they have been for the past four years. However, data

5

from Erie Crime Analysis Center (ECAC) shows that there have been several similar spikes over the past ten years, and these do not predict an overall uptick in gun violence, but are context specific.

Despite the significant increase in shooting-homicides this past month (eight people were killed in July), ECAC figures show that there is only a 4% overall increase in the number of gun related homicides YTD – just a single extra case – which speaks to the efficacy of the Department's targeted gun-violence reduction strategies.

The Buffalo Police are well aware of the specific gang members involved in the current 'beef' and are using Hot Spot policing as well as various community-focused initiatives to quell the violence. In recognition of the BJA's identification of the 'reduction of violent crime' as a key area of emphasis, the City of Buffalo will continue to use some of its 2018 JAG funding to address gun crime. Funds will be used to implement a range of evidence-based strategies such as Hot Spot policing, and Problem Oriented Policing, to ensure that the incidence of gun violence in the City continues to fall. Buffalo Police Department works closely with Central Police Services crime laboratory, and receives regular updates on NIBIN hits and leads, which aids investigation through linking shooting incidents across the jurisdiction. Buffalo is also one of the jurisdictions selected to participate with Project Safe Neighborhood, and makes optimum used of the resources afforded through this federal initiative, including recently hosting a seminar by ex-LAPD Homicide Investigator John Skaggs on the latest (homicide) investigative techniques, which was offered to the Homicide and Intel Unit. The Buffalo Police Department also works closely with various federal task forces, and has recently assisted with the execution of gun-related warrants with ATF.

One of the major goals of the Buffalo Police Department is to continue working towards reducing the number of homicides and other violent crime through the instigation of dedicated patrols, leading to the investigation, analysis, identification, arrest and prosecution of those responsible for violent crime in each of Buffalo's (5) Police Districts. Buffalo is committed to reducing the number of firearm crimes and gun-related homicides, and to making our neighborhoods safer for all residents. Unfortunately, this objective is currently hampered by manpower constraints. We continue to have a pressing need for dedicated patrols and targeted enforcement to assertively address the rise in gun-related crime that is troubling our region. Targeted details in areas of increased gun violence have been shown to be an effective means of deterring continued retaliatory shootings, but these details are expensive, and fall outside the scope of the

regular, budgeted manpower coverage for these areas - the additional funding provided under JAG would be invaluable in allowing Commanders to decisively address this serious issue.

The Buffalo Police Department has strong ties with the local community and works collaboratively with the many local street outreach groups, such as SNUG, the Peacemakers, Stop the Violence Coalition, to bring peace and security to the troubled neighborhoods. Buffalo Police Department's positive relationship with the community is underlined by the recent report that BPD is "... one of only three of the nation's 100 largest departments that went without a fatal shooting by police from the start of 2013 through 2016 [...] and had the sixth lowest annual "police homicide rate" [Mapping Police Violence, 08/27/2017].

The Department has recently formed a 'Neighborhood Engagement Team' which is a special community-oriented, mobile taskforce which is charged with going into the neighborhoods with the highest violence and working with the residents to improve the environment (using CPTED principles), and bring the community together to collectively take a stand against the on-going gang/gun violence. The intention is to engage and empower the residents and make sure they have the resources to improve their quality of life. The City directs the used of police resources to address issues brought to light through the 311 system, which gives all residents a voice. The Police Department also partners with multiple City agencies to bring the anti-gun violence message into schools in an effort to dissuade the next generation from continuing the inter-generational cycle of gang-related violence.

Buffalo's strategies for preventing and deterring violent crime remain a priority as we work towards continuing to improve the safety of our neighborhoods and ensure the well-being of all Buffalo's residents.  Our focus on reducing violent crime inevitably touches some of Buffalo's poorest neighborhoods -- growing up in a high-risk community has a significant impact on the young people in those neighborhoods and our efforts go toward de-escalating gang conflicts, reducing crime and working with communities to keep their streets safe.  The majority of shooting incidents are retaliatory in nature – largely by young gang members. The young people joining these gangs have not been educated as to the harmful and destructive side of gang involvement. As a means of getting this message out to our youth, Buffalo has been actively involved with various youth programs that have helped to target this vulnerable population. These programs have been running for several years, and are an important component in the City's on-going effort to reduce juvenile crime.

As the second largest city in New York State, with an international border with Canada, Buffalo has to be especially aware of the threat of terrorist attacks. For this reason, the City has chosen to direct a portion of

7

JUSTICE ASSISTANCE GRANT (JAG) PROGRAM 2018-H3477-NY-DJ

its JAG funds towards the provision of roving patrols at the numerous large festivals and events for which Buffalo is famous. As terrorist attacks increasingly target large gatherings it is incumbent on BPD to ensure the safety of all visitors and residents while they are enjoying the many open air festivals, concerts, races and other cultural events. Officers patrol the event areas, searching for potential bomb threats, guard against vehicle rammings, active shooter incidents etc. as the County Emergency Preparedness Assessment has identified these events as being at particularly high risk for an attack, leading the JAG partners to determine that this should be a major priority for the 2018 funding. In addition to mitigating potential terrorist attacks, a visible police presence also helps maintain peace and order - the many and varied festivals and concerts are attended by scores of young people and are prime sites for crime, and for gang activity. Buffalo Police Department works closely with its community stakeholders to make sure that on-going gang feuding is kept away from these densely attended events. The events selected to receive enhanced, targeted patrols have, traditionally, included:

<u>Buffalo's Canalside Summer Events</u>: As part of Buffalo's waterfront revitalization, Canalside had 1.5 million visitors in 2016 (a 50% increase) and the Outer Harbor saw nearly 250,000 visitors this summer. The harbor can hold close to 100 vessels for special events. Although this boost in tourism is good for the city, it places an additional drain on limited police resources

The <u>Allentown Art Festival</u> is the largest festival of the year, attracting tens of thousands of art patrons to view the arts and crafts on display by the over 400 juried exhibitors. This festival has been running since the 1950s and takes place on the second weekend in June.

<u>A Taste of Buffalo</u> is the largest two-day food festival in the US, and was voted WNY's premier outdoor festival, with close to 450,000 visitors to this family-oriented event. As well as showcasing food from over 50 local restaurants and wineries, alongside local and nationally sponsored promotions, there are two stages with live music and entertainment throughout the two days. There is also a Culinary Stage which provides cooking demonstrations. The festival is an opportunity to celebrate the City's diverse population with a wide range of ethnic cuisines available, and over 200 culinary specialties served. Food brings people together, and sharing cultural heritages through the symbolic act of 'breaking bread' together is immensely important to the City, especially since Buffalo still has challenges with population segregation. For the large body of immigrants that have made Buffalo their home, this venue provides a unique opportunity for them to integrate into the wider community and share the specialties of their culture. Economically, the festival is vital for boosting tourism, and maintaining a vibrant downtown area. If the

revitalization project along Canalside is to succeed, the City needs to keep people flocking to the center, and the festivals are a major draw.

St. Patrick's Day Parade - 2018 saw more than 50,000 people line the special event site on Delaware Avenue, from Niagara square to North Street, for the 78th Annual St. Patrick's Day Parade, with hundreds of proud Irish-American marchers, dancers, pipers and floats of all description. This beloved cultural event marks the arrival of spring (though more often than not there is still snow on the ground!), and for the holiday weekend, most residents of the City celebrate 'a wee bit of Irish' hooley – whether their family is from the Emerald Isle or not!

JAG funding is essential in allowing us to continue our selective enforcement activities, whether ensuring the continued security of our major festivals and summer events, allowing targeted patrols to focus on spikes in gun crime, or enabling us to monitor the activity of Buffalo's (more than ninety) identified gangs and street groups and assisting our Department to impede retaliatory crime sprees - which are on the increase this year.

The FY-2018 JAG solicitation mandates that each agency set-aside three percent of their funding allocation to be used for NIBRS compliance activities. For the City of Buffalo, this is a total of: $6,237.12. The Buffalo Police Department received grant funding through the "NCS-X Implementation Assistance Program Grant for small and medium local law enforcement agencies" and anticipates achieving NY State NIBRS certification by early 2020. This is largely a technology based grant – it covers the cost of hardware and software upgrades and conversion – but it does not make any provisions to cover the costs of re-training officers in the collection and submission of IBR data. This omission created a significant difficulty for the department – the aim of the initiative is to improve and enhance the quality of data collected, but if officers lack the proper training required to assist them in understanding the new requirements (and if the civilian staff does not correctly submit the data collected), there will be no benefit to the transition. The Department intends to use JAG 2018 funds to provide comprehensive training in NIBRS protocol and ensure that all department members are fully able to comply with the new reporting protocol.

Program Goal: To reduce crime and promote public safety

Project Objectives:

*Provide increased directed and selective tactical patrols targeting high risk, hotspot crime areas

9

*Provide extra protective police coverage at special events and/or extra patrols at large venues within the City. Since Buffalo has not been eligible for UASI funding for the past five years, additional grant funds are necessary to adequately cover police protection for the many large international events hosted annually by the City. As a border community, Buffalo faces additional homeland security challenges and it is imperative that we are able to provide adequate manpower to ensure residents and visitors are safe at these large gatherings.

*Increase prosecutorial efforts for juveniles

*Ensure all PBD personnel are fully trained on the required data collection for the National Incident Based Reporting System.

Buffalo Police Department Initiatives: $207,904

*Buffalo Police Tactical Enforcement Operations: Directed Patrol Overtime Efforts Addressing Violent Crime (especially targeting gun crime); Enhanced Protective Security Measures at Selected Large Special Events; Department-wide training on the NY State Incident Based Reporting System requirements: $207,904*

The Buffalo Police Department will be utilizing the 2018 funding to address security issues at large venues, to provide enforcement details concentrating on violent crime (especially homicides/gun crime, gang activity, drugs, robberies and burglaries), and to provide selective enforcement that responds to quality of life issues (loitering youth, curfew, loud music, and violations of City ordinances). This will be accomplished by assigning officers to overtime details in identified "hot spot" and high crime areas to investigate suspicious activities, and to spotlight enforcement strategies on guns, drugs, gangs - especially youth-involved retaliatory violence and other violent crime. Buffalo's Erie Crime Analysis Center, housed in Buffalo Police Headquarters, provides daily reports on a range of criminal activity, from serious and violent crimes to quality of life crimes, and tracks emerging trends and patterns. This information allows Command to develop data-driven tactical plans for manpower deployment and the effective use of resources, enabling patrol to address the targeted and identified problems in a timely manner. Hot spot analysis addresses *what* is happening, *where, why* (as far as this is possible) and *who* is responsible, as well as allowing Command to determine who should take the lead on developing a response to this issue. Patrol Officers within our five (5) Police Districts, Detectives from specialized Units (Narcotics, Sex Offense, Homicide, Intel, etc.), and Officers from the Department's Strike Force/Housing Units ("quick

10

response teams" that have City-wide jurisdiction) may all be called in for these "crackdown and high visibility" interventions in the targeted hot spot cluster areas.

 In addition, an overtime priority of the Buffalo Police Department will be to utilize 2018 JAG funding as a means for the Department to continue providing extra protective police coverage and/or extra patrols at special or selected large events hosted within the City of Buffalo. Ever since the Department of Homeland Security withdrew funding from Tier 2 cities five (5) years ago, Buffalo has not been eligible to receive UASI funding to cover these costs. As an international border community with Canada, the homeland security threat risk for the Buffalo area nevertheless remains high, and it is imperative that the many large gatherings and festivals in the region are adequately protected.  The City of Buffalo has to be extra watchful at the many special events it hosts, some of which are the largest in the country, attracting flocks of attendees and vendors.  Events such as First Night (New Year's Eve Ball Drop), the St. Patrick's Day Parade, and a multitude of large summer events (Allentown Arts Festival, Taste of Buffalo, Juneteenth, Italian Festival to mention a few) are held downtown, less than a mile away from our international border, thus attracting a diverse cross section of spectators.

Buffalo Police will provide perimeter security, sweep for weapons in and around these events, as well as mitigate any type of terrorist threat in these confined venues. Our focus on added security aims to prevent an opportunistic attack as thousands gather to participate in these popular cultural events – a great many of which are televised. JAG funding will provide the means for our Department to continue with its security planning for the prevention of any type of major disaster. Buffalo has regular contact with Immigration and Customs Enforcement Agents, as well as a collaborative partnership with the US Coast Guard and Border Patrol Agents. We participate in various joint operations connected to these events, along with other prevention activities initiated by our Federal/State/Local law enforcement partners. Maximizing our resources through collaborative operations helps to strengthen our response to both domestic and international public safety issues, and enhances the public's perception of our efforts, ensuring that residents and visitors feel safe when attending these large scale events. By dedicating officers to tactical/selective patrols, Buffalo's saturation strategy serves as a means of proactively and aggressively targeting potential high risk threats and ensuring the situation remains under control. Whether neighborhood hotspots for gun violence, quality of life patrols during the summer months, or homeland security details at large venues, by providing a highly visible police presence we are able to ensure that the community feels safe and protected.

11

Buffalo relies on the Erie Crime Analysis Center to track the incidence of firearm crime and gun violence, as well as other Part One crime, and provide statistical analyses of crime trends and patterns in order to determine the efficacy of the Department's evidence-based data driven strategies, and to ensure the optimum allocation of resources. ECAC will provide the data for any required JAG performance metric

## COUNTY OF ERIE INITIATIVES ($34,500)

*Funded through the City of Buffalo*

Erie County, located in Western New York, has a population of over 919,000. It consists of three (3) cities and forty-nine (49) towns and villages throughout 1,044 square miles. The towns and villages range in size from 275 to over 100,000 in population and are served by (71) separate judges. The City of Buffalo is the largest population center with a population of 261,310, making it the second largest City in New York State and the largest City within the County of Erie.

## ERIE COUNTY DISTRICT ATTORNEY'S OFFICE  ($30,000)

While most crimes committed by a juvenile are handled in Family Court, the most serious crimes can be prosecuted criminally, thus there is the continued need for an Assistant District Attorney specifically assigned to juvenile prosecution. Funding under the JAG grant, will enhance the ability of the Erie County District Attorney's Office to continue their focus on significant problems of felony-level crimes committed by 14 to 19 year olds, primarily within Buffalo's urban center, as well as elsewhere within Erie County, including those jurisdictions covered by our suburban partners.

The Juvenile Prosecutor serves as a single point person for the screening, investigation, and prosecution of these serious cases involving juveniles (violent, serial, and gang-related) and depending on the seriousness of the crime, that young person may be charged as a juvenile or an adult. This prosecutor coordinates the sharing of information about offenders to improve prevention, investigation, and prosecution. Having this position within the District Attorney's Office clearly sends a message into the community that violent crimes will be severely punished no matter what the age of the offender. This prosecutor focuses on violent and/or gang-related crimes in addition to other violent felonies including possession of loaded firearms; serial robberies; serial burglaries and other property related felonies, including felonies committed by students against school personnel or property. In a case where a crime is committed on school grounds, the prosecutor will communicate with the Chief of Schools. The

12

prosecutor is also available to the School Resource Officers within the Buffalo Police Department for any education and training needs in regards to prosecutable offenses for juveniles.

The Juvenile Prosecutor also serves as a liaison to the Buffalo Police Department (BPD) on related offenses, and coordinates efforts with other, related specialized units within the Erie County District Attorney's Office (ECDA). A main strength of this position lies with the strong partnership between the ECDA and the BPD with respect to juvenile offenders. This includes, but is not necessarily limited to information sharing and strategic planning, along with collaboration on case investigation and preparation.

During the 2017 calendar year the Juvenile Prosecutor closed cases on 44 defendants. The cases included convictions for Robbery (41%), Burglary (32%), Weapons (14%), and Other (13%). These cases were primarily resolved through pleas but a number of cases were convictions at trial.

A notable case involved a 16 year old defendant. On March 24, 2016, "DD" pleaded guilty to two class "C" violent felonies of Criminal Possession of a Weapon in the Second Degree and attempted Robbery in the First Degree.

On October 28, 2016 the defendant, "RA", while in the City of Buffalo worked in concert with three individuals to forcibly rob a mentally ill man at gunpoint. The victim believed that he was arriving for a date with a woman that he had been communicating with through a dating website. When the victim arrived at his date's home, the defendant displayed a shotgun, pointed it at the victim's chest, and lured him to the backyard on Newburgh Street in the City of Buffalo. The victim was then bound with duct tape and at gun point his personal property was removed from his person by the defendant and two others that were hiding in the backyard. Defendant then led the victim to his own vehicle where he was placed in the trunk. Fortunately, the victim was able to escape. The defendant provided a full confession to law enforcement.

On February 8, 2017, after strenuous argument, the Court granted the defendant youthful offender status over the People's objection. He was sentenced to an indeterminate period of incarceration of 1 1/3- 4 years in State Prison for the offense of Robbery in the First Degree.

When appropriate, the Juvenile Prosecutor also facilitates trainings for partner police agencies and is available to make presentations to schools and community groups on topics related to the deterrence and prosecution of juvenile crimes. The funding under the 2017 JAG Grant will cover the partial salary/fringes for the continuation of this juvenile prosecution position.

13

JUSTICE ASSISTANCE GRANT (JAG) PROGRAM 2018-H3477-NY-DJ

<u>Juvenile Prosecutor: $29,000 (Toward Salary/Fringes)**</u>

**To be subcontracted through the City of Buffalo Department of Police

Funding will continue to support the partial payment for an Assistant District Attorney specifically assigned to juvenile justice prosecution.

While most crimes committed by a juvenile are handled in Family Court, the most serious crimes can be prosecuted criminally, thus there is a continued need for an Assistant District Attorney specifically assigned to juvenile prosecution. Funding under the JAG grant will enhance the ability of the Erie County District Attorney's (ECDA) Office to continue their focus on significant problems of felony-level crimes committed by 14 to 19 year olds, primarily within Buffalo's urban center, as well as elsewhere within Erie County, including those jurisdictions covered by our suburban partner. This is particularly important in view of the new Raise the Age Laws.

The Juvenile Prosecutor serves as a single point person for the screening, investigation, and prosecution of serious cases involving juveniles (gun crimes, violent, serial, and gang-related) and depending on the seriousness of the crime, that young person may be charged as a juvenile or an adult. This prosecutor coordinates the sharing of information about offenders to improve prevention, investigation, and prosecution. Having this position within the District Attorney's Office sends a clear message into the community that violent crimes will be severely punished, no matter what the age of the offender. This prosecutor focuses on violent and/or gang-related crimes in addition to other violent felonies, including possession of loaded firearms; serial robberies; serial burglaries and other property related felonies, including felonies committed by students against school personnel or property. In a case where a crime is committed on school grounds, the prosecutor will communicate with the Chief of Schools. The prosecutor is also available to the School Resource Officers within the Buffalo Police Department for any education and training needs in regards to prosecutable offenses for juveniles.

The Juvenile Prosecutor also serves as a liaison to the Buffalo Police Department (BPD) on related offenses, and coordinates efforts with other related specialized units within the Erie County District Attorney's Office. A main strength of this position lies with the strong partnership that has been built up between the ECDA and the BPD with respect to juvenile offenders. This includes, but is not necessarily limited to, information sharing and strategic planning, along with collaboration on case investigation and preparation.

14

*ERIE COUNTY CENTRAL POLICE SERVICES: $5,500\**

\*\*To be subcontracted through the City of Buffalo Department of Police

Software Security Programmer/Consultant: $5,500

Erie County Central Police Services will continue its efforts to standardize the security processes and procedures of the utility programs that support its core applications.

All of the local law enforcement agencies within the County of Erie, including the City of Buffalo, utilize a computer-aided dispatch and records management system called the Complaint History and Records Management System (CHARMS). This system is used for dispatching functions, records management, personnel, property management, arrest booking, juvenile information, etc. It also provides Criminal History inquiries, as well as connectivity to the New York State Police Information Network (NYSPIN), the New York State Division of Criminal Justice Services (DCJS) and the National Crime Information Center (NCIC) for inquiries and entries. This software runs not only in Dispatch Centers and Criminal Justice agencies, but also in patrol cars, the Erie County Sheriff's helicopter, marine units, Mobile Operations Centers and other emergency vehicles.

The City of Buffalo represents the highest concentration of violent crimes committed, accounting for over 80% of those crimes. The record keeping involved to manage the data has grown expeditiously. The security features of CHARMS and its supporting utility programs must continue to be able to accommodate security in the constantly shifting electronic landscape.

Central Police Services plans to continue contracting with a third party that serves as a Software Security Computer Programmer for the Complaint History and Records Management System (CHARMS). Central Police Services will institute a contract with said vendor, in the amount of $5,500, during the award period, selected through the County's Request for Proposal process (RFP#1433VF), which is part of their normal County procurement process. The awarded contract specifies an hourly rate of $84, which was the lowest bid received from a qualified respondent to the RFP. Of the vendors responding to the RFP, only 2 were qualified. The non-winning vendor proposed rates of $100 - $125 per hour depending on the task, the awarded vendor proposed $84 - $90 per hour. Through negotiations with the vendor, the county has kept the cost at the lowest possible rate of $84 per hour.

Tasks - Software Security Programmer/Consultant:

15

-Complete analysis started in previous grant on stringent authentication methods with goal of a single sign-on across programs meeting CJIS standards.

-Meet with County staff to vet final plan.

-Document results of analysis.

-Begin process of implementing enhanced authentication methods.

**TOWN OF CHEEKTOWAGA ($15,633)**

Goal: The Cheektowaga Police Department will utilize funding to reduce crime, improve public safety and address quality of life issues within the Town of Cheektowaga.

The Town of Cheektowaga is a suburban community of 88,226 residents (2010 Census). The Town encompasses more than 29 square miles and includes a combination of business and residential areas. The Town is a first ring suburb of Buffalo and borders the east side of the City. The Town contains the region's largest shopping mall which is surrounded by other large shopping districts. Cheektowaga is the transportation crossroads for the region. The New York State Thruway and the Kensington Expressway serve as main traffic arteries within the Town limits. CSX railroad mainline tracks and rail yards are located in the Town, as is an Amtrak Train Station. The Greater Buffalo Niagara International Airport is located in Cheektowaga and is near large terminals for Federal Express, United Parcel Service and the United States Post Office. The Town has four (4) school districts and the BOCES Harkness Trade and Technical Center, with a total of 9,000 students attending its public schools.

The Cheektowaga Police Department is a progressive, mid-sized law enforcement agency with a strong, publicly stated commitment to quality, managed community policing. The Department has been accredited by New York State since 1994 and has a sworn force of 129. The Department is frequently involved with interagency initiatives including work with the DEA, ATF, FBI, New York State Police, Erie County Sheriff, the Buffalo Police Department, and other local law enforcement agencies.

Cheektowaga will utilize $15,164.00 of the JAG 2018 funds to pay for overtime personnel expenses and, as required, 3% of the award, $469, will be allocated for NIBRS compliance activities. The JAG 2018 funds will be used over the next three (3) years for the various initiatives depending on need, crime patterns and current intelligence.

16

The patrol division will utilize JAG funding for the following projects:

Traffic Saturation Patrols

Friday after Thanksgiving – Shopping Center Crowds and Traffic

Patrol of Town Park Pools and Extra Park Patrol

Bike and Segway Patrol of Selected and Designated Areas, Including the Bike Path

Targeted/Directed Patrol – Based on Active Intelligence (Hot Spot Areas)

**TOWN OF TONAWANDA ($10,223)**

The Town of Tonawanda is a suburban community located immediately north of the City of Buffalo and situated on the eastern shore of the Niagara River, an international boundary with Ontario, Canada. Comprised of 73,567 residents, the Town includes residential, commercial, and industrial developments in a 20.4 square mile area.  The population density is 3,606 people per square mile.

The Town is a major transportation hub with the I-190, I-290 and Grand Island Bridges serving as a cross roads for the majority of truck traffic between Buffalo, Niagara Falls, Toronto, Rochester and Syracuse, to include Erie, PA and Cleveland, OH.  The Town is also home to a CSX rail yard and major rail routes run through the Town.  The world's largest engine producing plant, General Motors Powertrain is located within the Town.

The principle mission of the Town of Tonawanda Police Department is to preserve the rights of citizens and reduce fear in the community through the prevention of crime, protection of persons, property and the maintenance of order.  The Department has been accredited by the New York State Law Enforcement Accreditation program since 1993.  Accreditation assures that the Department is conforming to rules and procedures that are consistent with current professional standards. This translates to competent, responsible, and ethical service to the public. It also forces the organization to take a thorough, introspective look at its mission, objectives, and operation. This results in a process of evaluation that allows the department to adjust its way of doing business in order to respond to the needs of an ever-changing society.

The Police Department will utilize JAG funding to focus efforts on the BJA Area of Emphasis to Reduce Violent Crime.  This will be accomplished through the purchase a wireless mobile video surveillance

17

camera and a 3% allocation of funding for NIBRS compliance activities. The mobile video surveillance product is designed to discreetly blend into its environment and deliver live video and recorded video via 4G networks for covert applications. The all-in-one portable video surveillance unit includes a high definition PTZ camera, local recording capacity (up to 4TB) and wireless transmission technology into a single, lightweight unit that is easy to install and can be moved to new locations to meet changing requirements. Live and recorded footage can be accessed via wireless networks, allowing users to remotely view and download the video via mobile devices (smartphone, tablet, laptop or PC) or via an existing video management system. The system is ideal for rapid deployment, and requires minimal supporting infrastructure for operation, allowing users to benefit from fix-power-walk away ease of set up. It can be utilized for multiple surveillance applications in crime hotspots and areas associated with violence, disorder, gang culture and drug dealing.

*NARRATIVE CLOSING:*

Partners from the JAG working group keep in regular contact to discuss the various aspects of JAG's programmatic activities and any cross jurisdictional problems and strategies. In addition, it is understood by each participating entity that any interest accrued as a result of these grant dollars, will be re-invested back into their various programs supporting law enforcement and/or community policing activities funded under the 2017 Justice Assistance Grant Program. Per Buffalo's most recent single audit, the City Comptroller's Office has verified that, to their knowledge, Buffalo has not been designated as "high risk" by another federal grant making agency.

Each participating partner is aware that they are responsible for reconciling their individual distribution of funding, is aware that these funds must be tracked separately from other Federal grant funds and that, as sub-recipient partners, they are bound by the special conditions set forth by the Department of Justice. Each partner has also been briefed that they must provide to the City of Buffalo any required fiscal and programmatic activity reports outlining specific data from their programs, so that Buffalo can then properly report this information to the Bureau of Justice Assistance, through the Performance Measure Tool. The City of Buffalo and its JAG colleagues are fortunate in having a wide range of collaborative partnerships upon which they can rely to enhance their ability to detect, investigate and prosecute crimes throughout our region. The Erie Crime Analysis Center (ECAC), located in Buffalo Police Headquarters, assists law enforcement by providing real-time crime data and hot-spot mapping which enables Executive Command to shape and refine data-driven deterrence initiatives which are responsive to emerging crime

trends. ECAC's extensive crime data base and wide analytical expertise allows them to perform on-going analyses of crime patterns and trends. Crime Analysts work with law enforcement to pinpoint current hot spots, identify perpetrators, locations and patterns of crime (day, time), plan strategic deterrence initiatives and determine which strategies are having the most impact. Buffalo's interaction with ECAC will be vital for helping Buffalo Police and its partners to collect the data required for performance measure tool reporting. Law enforcement partners are also aware that they must submit quarterly metrics data related to use of force, racial and ethnic bias training, and be in full compliance with the JAG Prohibited and Controlled Expenditures requirements.

During the current fiscal year, both the City of Buffalo and the County of Erie are subject to the continuing fiscal authority of state-appointed control boards (which are not the same regulatory bodies). The fiscal situation in both entities remains constrained, which is why the Justice Assistance Grant funding is critical to support the described activities. These programs could not be funded out of the individual entities' annual budget. While we appreciative the fact that this grant does not mandate a required cash match, every participating municipality will inevitably incur some type of additional non-grant reimbursable expenses in their commitment to carrying out these programs, as they strive to improve public safety and criminal justice services within the Western New York community.