# EXHIBIT 271

**Patrick A Roberts/BPD**  
05/03/2013 11:51 PM

To   Daniel Derenda/BPD@BuffaloPoliceDept,  
cc   Kevin J Brinkworth/BPD@BuffaloPoliceDept  
bcc  
Subject   Housing

Sir, I have compiled the stats from the Housing Unit for the month of April 2013 and I believe they are off the charts. Even with the reduced manpower they greatly exceeded any month since I have been here and I believe even from before I was here. I will be sending the report shortly but a few highlights are (97) impounds, (460) V/T, (75) VTM, (102) misd., and (40) Felony, (4) handguns as well. Guys are highly motivated and I think a great reward would be at least a limited daytime O.T. Detail. They are jumping through hoops for us and think it would be great for morale. Let me know. Pat

COB018294

0001