# EXHIBIT 272

Patrick A Roberts/BPD
01/10/2013 04:43 PM

To Daniel Derenda/BPD@BuffaloPoliceDept,
cc Charles H Tomaszewski/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J Brinkworth/BPD@BuffaloPoliceDept
bcc
Subject Fw: Overtime Directive

----- Forwarded by Patrick A Roberts/BPD on 01/10/2013 04:42 PM -----

P-73 BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| | |
|---|---|
| TO:Daniel Derenda<br>Commissioner of Police | DATE:01/10/2013 04:23:18 PM |
| FROM:Patrick A Roberts<br>Captain Housing Unit | SUBJECT:Overtime Directive |

Attn: Charles Tomaszewski, Deputy Police Commissioner
Byron Lockwood, Deputy Police Commissioner
Kevin Brinkworth, Housing Chief

Sir:

I have read and understand the directive as put forth by D.P.C. Tomaszewski. That being said, I have some concerns that I would like to raise. It has been the practice of the Housing Unit since my arrival that we utilize a hard minimum of four(4) officers working during the mp-4 tour. The reason for this is the safety of the officers. I believe that by the very nature of the work that the officers on the Housing unit perform routinely, that having an officer not accompanied by a partner and only one two officer car for back-up, the solo officer is placed at an unnecessary risk. Frequently, the two officer car will be out of service for extended periods processing arrests, leaving the solo officer cut-off from any assistance within the unit. Please consider the request for a hard minimum of (4) officers on the Housing Unit at all times.

Additionally, the unit is alotted 120 hours of overtime per pay to run a detail during the mp-2 shift. The detail has been highly productive and shows high visibility within the BMHA properties during daylight hours. I would request that this be allowed to continue as the officers have shown great production with regards to arrests, V/T issuances, and vehicle impounds, more than paying back the city for it's overtime expense. I will personally see to it that the officers continue to produce at this high rate.

Lastly, I have been afforded 20 hrs/pay of overtime to oversee the Housing Unit and the Strike Force. I realize Strike Force is ending but would request that I be allowed to use at least a portion of those (20) hours to continue with meetings and statistical compilation.

Respectfully submitted,

Capt Patrick Roberts

COB063328

0002