# EXHIBIT 273

David E Wilcox/BPD

05/30/2014 05:33 PM

To  Patrick A Roberts/BPD@BuffaloPoliceDept, Daniel A
Burke/BPD@BuffaloPoliceDept, Thomas R
Whelan/BPD@BuffaloPoliceDept, Brian S

cc

bcc

Subject  P-31

Sir:

 After a quick perusing of the new P-31, I am of the opinion that this was made by someone who doesn't work the streets or impound vehicles.  The "mandatory" vehicle inventory that mandates listing "ALL" items in a vehicle is not reasonable.  Strike Force impounds more cars than any unit in the city. Officers would be spending an inordinate amount of time listing **ALL** items that are contained in some of these vehicles.  The wording on this form needs to be reviewed.  As it stands, I would understand how officers would allow the vehicle to be taken by the owner or family member rather than itemize a mobile living center.  This form is a deterrent for any officer that would have cause to impound a vehicle.  Further, the idea that a supervisor would be needed at each impound to sign off on the impound is irrational.  I would not sign a P-31 that opens myself to any liability unless I did the inventory myself.

 This form will greatly reduce the impound numbers that everyone has come to expect.  Less impounds equates to less revenue.  This isn't something I am advocating, but common sense suggests that officers are not going to spend their tour filling out this form. (My unit impounds multiple cars every shift)  I understand the need for an updated P-31, but believe the officers on the street  should have had some input before this was implemented.

 Thank you for your time and consideration in this matter.  I would hope that the leadership might consider these concerns and take a moment to revise the form and the responsibility of the officer filling out the form and that of the supervisor signing said form.

Respectfully,

Lt.

David Wilcox

COB040356

**0001**