# EXHIBIT 274

| | |
|---|---|
| **From:** | John W Stanchak/BPD |
| **Sent:** | 7/14/2014 5:09:12 PM |
| **To:** | rnosworthy@ch.ci.buffalo.ny.us |
| **CC:** | Daniel Derenda/BPD; Joseph F Strano/BPD; Mark Makowski/BPD; Joseph M Panus/BPD; Estrich,Donna |
| **Subject:** | Fw: Revenue Account Info - POLICE |

Raymour,

I believe we met a couple times. I am the Senior Budget Examiner for the Buffalo Police Department. I am responsible for the billing/receiving/deposits for all of the Police revenue accounts listed. I have inserted the answers to the other questions after each revenue indicated. Hope this helps. In addition, my direct phone number is 851-5903 if you ever need anything. Thanks!!!

----- Forwarded by John W Stanchak/BPD on 07/14/2014 11:34 AM -----

**Joseph F Strano/BPD**
07/10/2014 06:40 AM

To: John W Stanchak/BPD@BuffaloPoliceDept,
cc:
Subject: Fw: Revenue Account Info - POLICE

John, I know your off until Monday but can you take care of this when you get it, thanks Joe

----- Forwarded by Joseph F Strano/BPD on 07/10/2014 06:39 AM -----

**Daniel Derenda/BPD**
07/08/2014 09:36 AM

To: "Nosworthy,Raymour P." <rnosworthy@ch.ci.buffalo.ny.us>,
cc: Joseph F Strano/BPD@BuffaloPoliceDept
Subject: Re: Revenue Account Info - POLICE

Inspector take care of this request

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

**"Nosworthy,Raymour P."** <rnosworthy@ch.ci.buffalo.ny.us>
07/07/2014 02:58 PM

To: "Derenda,Daniel" <dderenda@bpd.ci.buffalo.ny.us>,
cc: "Estrich,Donna" <AU94@ch.ci.buffalo.ny.us>
Subject: Revenue Account Info - POLICE

Hello Commissioner,

The Division of Budget is requesting some information concerning your department's revenue accounts. Your cooperation allows us to better understand and report on revenue trends city-wide. Below is an unaudited list of the accounts (grouped by MUNIS object #).

| **20 - POLICE** | **FY2014 Budget** | **FY2014 Actual** |
|---|---|---|
| 331000 - MISCELLANEOUS FEDERAL REVENUE | ($50,000.00) | $0.00 |

0001

COB269541

This is an overtime reimbursement from drug asset forfeiture funds. The amount is calculated by me on an annual basis (fiscal year) utilizing information from MUNIS. A service order reimbursing general fund is entered in late June to cover fiscal year expenses. A check is then processed through grants/data processing and deposited into this revenue account. For the 13/14 FY, the check was deposited (in the amount of $45,340.27), but needs to be moved back through journal entry, which is completed in early September in conjunction with accounting.

| | | |
|---|---|---|
| 338103 - STOP DWI | ($60,000.00) | ($69,228.50) |

This is also an annual reimbursement. The Department invoices Erie County per contract on an annual basis (per calendar year) for a percentage of monies collected from DWI fines. The Department/City receives a check from the County for this revenue. The 13/14 FY amount was obtained from the County based on fines levied throughout 2013 calendar year and was recorded as a receivable. The check will be mailed to the City soon.

| | | |
|---|---|---|
| 340000 - CHARGES FOR SERVICES | ($1,300,000.00) | ($1,221,883.88) |

This account is for reimbursement for policing services provided to BMHA and at the Seneca Nation Downtown Casino. BMHA currently reimburses the Department up to $650,000 to cover supplemental policing services at housing complexes throughout the City. These funds are billed annually covering the contract period of 2/1 thru 1/31 each year with a check mailed to the City. For 13/14 FY, a receivable has been entered to record the revenue. The check will be mailed to the City soon. The Seneca Nation of Indians is billed on a quarterly basis with a check mailed to BPD headquarters, which is then deposited in Treasury. The final quarter covering 3/31/14 to 6/22/14 still needs to be processed, mailed, and recorded in MUNIS as a receivable to properly record the revenue.

| | | |
|---|---|---|
| 341130 - SERVICES TO BMHA | $0.00 | $0.00 |

This account, 10200015 341130, is no longer used and is inactive in MUNIS.

| | | |
|---|---|---|
| 341401 - COPY & PUBLICATION FEE | ($60,000.00) | ($55,276.10) |

These are monies collected at BPD headquarters front desk for copies of background checks, accident reports, and FOIL requests. These consist of cash and checks. These are collected routinely, balanced, secured in a lock box or safe, and then deposited directly in Treasury. This revenue is complete for 13/14 FY.

| | | |
|---|---|---|
| 342103 - FUNERAL ESCORT FEE | ($4,000.00) | ($2,350.00) |

These are funds received at BPD Traffic for funerals. The checks are then turned in to BPD Admin/Finance Office (my office) for deposit directly in Treasury. This revenue is complete for 13/14 FY.

| | | |
|---|---|---|
| 342502 - SPECIAL EVENT FEE | ($14,000.00) | ($6,000.00) |

These are funds received at BPD Traffic for special event permit fees. The checks are then turned in to BPD Admin/Finance Office (my office) for deposit directly in Treasury. This revenue is complete for 13/14 FY.

| | | |
|---|---|---|
| 351301 - FINES & PENALTIES | ($425,000.00) | ($593,612.96) |

These are recorded on a daily basis from Administrative

| | | |
|---|---:|---:|
| Adjudications (I believe) from the ordinance violations and summonses issued by BPD officers. This revenue is complete for 13/14 FY. | | |
| 364000 - DEPOSIT OF UNCLAIMED PROPERTY<br>These are unclaimed funds from prisoners that are used on an annual basis as a revenue. Once a year, usually in May or June a list of unclaimed properties is gathered, submitted to Treasury for verification, and then a requisition is entered thus producing a City check that is deposited through City treasury in to this revenue account. This revenue is complete for 13/14 FY. | ($100,000.00) | ($200,000.00) |
| 365003 - GIFTS AND DONATIONS<br>This account, 10205030 365003, is not used often and is complete for 13/14 FY.. | $0.00 | $0.00 |
| 380101 - GRANT REIMBURSEMENT<br>This account is used to capture all the revenues from the many and various grants and reimbursements the Police Department is responsible for. These revenues are billed monthly, quarterly, semi-annually and annually depending on the grant/reimbursement and funds are received electronically and/or by check. For the 13/14 FY, an additional amount of $537,623.62 is recorded under the 2014/2015 FY, but will be moved back to the 13/14 FY by journal entry in early September by Accounting after receiving applicable information from me. These funds are received throughout the fiscal year, but are mainly "moved" to the general fund as a reimbursement in late June and also throughout July and August as information becomes available. For 13/14 FY, most are complete, however, as stated, there will be additional revenue for this account as invoices and reimbursement information is gathered and processed throughout July and August. | ($770,414.00) | ($163,501.60) |
| 380516 - REIM FR BD OF ED - AIM<br>This account, 10200010 380516, is no longer used and is inactive in MUNIS. | $0.00 | $0.00 |
| 389001 - MISCELLANEOUS<br>This account is used to capture misc. revenues. These consist mostly of badge purchases, officer fines, subpoena fees, witness fees, etc. gathered throughout the year, in cash and check form, and deposited directly in City Treasury by my office. In addition, the larger part of this revenue is from a reimbursment from the Board of Education covering the annual salary and fringe cost of the Chief assigned to school security. An invoice is calculated by me and sent to the Board of Education. For the 13/14 FY, the invoice has been sent, a receivable has been entered in MUNIS to record the revenue, and the check should be mailed to the City soon. | ($150,000.00) | ($158,360.17) |
| 389002 - TELEPHONE COMMISSIONS<br>This account, 10200030 389002, is no longer used and is inactive in MUNIS. | $0.00 | $0.00 |
| 389005 - AUCTION SALES PVB<br>This account is used to capture the revenue generated from the Buffalo Police bicycle auction and general unclaimed property auction. These are held approximately on an annual basis and the proceeds from each are deposited in City treasury. This revenue is complete for 13/14 FY. | ($15,000.00) | ($13,463.00) |

COB269543

| | | |
|---|---|---|
| 20 - POLICE Total | ($2,948,414.00) | ($2,483,676.21) |

We are asking for the following information…

- Name and contact info for the individual(s) responsible for billing/receiving each of these accounts.
- The method in which each of these revenues are billed and received (electronically? mail? in person? etc.)
- The frequency in which each of these revenues are billed, received, and inputted (monthly? quarterly? etc.)

Please let me know if you have questions regarding this request. Thank you.

*Raymour Nosworthy*

City of Buffalo - Dept. of Admin & Finance

Management Analyst

716-851-5927