# EXHIBIT 275

# POLICE OVERSIGHT
## COUNCIL COMMITTEE MEETING
### ~ BOARD AGENDA ~

| Tuesday, 24 Jan 2017 | 11:00 AM | Council Chambers |
|---|---|---|

## I.  CALL TO ORDER

| Attendee Name | Present | Absent | Late | Arrived |
|---|---|---|---|---|
| Chairman David A. Rivera | ☐ | ☐ | ☐ | |
| POLO Committee Member David A. Franczyk | ☐ | ☐ | ☐ | |
| POLO Committee Member Darius G. Pridgen | ☐ | ☐ | ☐ | |
| POLO Committee Member Christopher P. Scanlon | ☐ | ☐ | ☐ | |
| Council Member Joel P. Feroleto | ☐ | ☐ | ☐ | |
| Council Member Richard A. Fontana | ☐ | ☐ | ☐ | |
| Council Member Joseph Golombek Jr | ☐ | ☐ | ☐ | |
| Council Member Ulysees O. Wingo Sr | ☐ | ☐ | ☐ | |
| Council Member Rasheed N.C. Wyatt | ☐ | ☐ | ☐ | |

## II.  MINUTES APPROVAL

## III.  NEW ITEMS

1.  16-2243 -  AC - Audit Report on Overtime in the Police Department

2.  16-2141 -  CC - Carolette Meadows - Concerns Police Presence Slow Roll
    **R&F, POL**

3.  16-1684 -  CC - Additional Police Detail on Residential Streets

4.  16-1678 -  CC - Speeding on Moselle Street

5.  (ID # 2941) -  GEN - RSOA Task Force - Final Recommendations

6.  (ID # 2942) -  GEN - BCS Et Al - Written Language Access Plan for BPD

## IV.  TABLED ITEMS

7.  (ID # 2933) -  GEN - Lee, Keyon - RSOA Task Force Report

8.  (ID # 2934) -  GEN - BCS, Et Al - Language Access Plan

9.  (ID # 2935) -  GEN - Franczyk - Hippert Et Al - Provide Better Safety for Citizens

10.  (ID # 2936) -  GEN - Scanlon - BFLO PBA Concerns Re: Proper Equipment for Potential Terrorist Attack

11.  (ID # 2937) -  CC - Police Applicant Psych Eval Demographics (ELL)

12.  (ID # 2938) -  CC - Explaining the Special Events Approval Process (UNI)

COB264703
COB264703
0001

13.    (ID # 2939) -   GEN - Grabiner - Suggestions Enhanced Police Practices in Buffalo

14.    (ID # 2940) -   CC - Smith - Extension of BMHA Contract W/ BPD

COB264704

COB264703

0002

3.1



**The City of Buffalo Common Council**
1413 City Hall
Buffalo, NY 14202

**TABLED**

**AGENDA ITEM 16-2243**

Meeting: 01/24/17 11:00 AM
Department: Audit and Control
Category: Audits
Prepared By: Patrick Curry
Initiator: Patrick Curry
Sponsors:
DOC ID: 2477

# Audit Report on Overtime in the Police Department

**HISTORY:**

| | | | |
|---|---|---|---|
| 11/01/16 | Common Council | REFERRED TO FIN | |
| 11/09/16 | Finance Committee | TABLED | Next: 11/09/16 |
| 11/09/16 | Finance Committee | TABLED | Next: 11/22/16 |
| 11/22/16 | Finance Committee | TABLED | Next: 12/06/16 |
| 12/06/16 | Finance Committee | TABLED | Next: 12/20/16 |
| 12/20/16 | Finance Committee | TABLED | Next: 01/03/17 |
| 01/03/17 | Finance Committee | TABLED | Next: 01/17/17 |

Updated: 11/9/2016 3:10 PM by Malcolm Ertha

Page 1

COB264705
COB264703

0003

# CITY OF BUFFALO
## DEPARTMENT OF AUDIT AND CONTROL

---

# AUDIT REPORT
## OVERTIME USAGE AT THE BUFFALO POLICE DEPARTMENT

---

# MARK J.F. SCHROEDER
## COMPTROLLER



### ANNE FORTI-SCIARRINO, CPA
#### FIRST DEPUTY COMPTROLLER

### KEVIN J. KAUFMAN, CPA
#### CITY AUDITOR

### SEPTEMBER 2016

COB264706
COB264703
0004

# Executive Summary

The Department of Audit and Control (DAC) conducted an audit of the overtime (OT) usage at the Buffalo Police Department (BPD) for Fiscal Years (FY) 2014 – 2016.  BPD OT has averaged approximately $13.8 million and 291,000 hours annually for FY 2014-2016.  BPD OT, as a percentage of base pay, has increased from 19% in FY 2014 to over 26% in FY 2016 (FY 2016 estimated based on information through Quarter 3).

## Findings

- For FY 2015 and 2014 actual OT for the BPD has exceeded the budget by 40% and 28%, respectively (approx. $3.9 and $2.7 million annually).
- During the Audit time frame, civilian employees averaged 450 hours of OT, while sworn officers averaged 280 hours of OT.
- There are 7 civilian job titles at BPD that earn overtime in excess of 50% of their base pay while no sworn officer titles exist with such a high percentage.  Police Officer average OT is 19% of base pay.
- The City of Rochester Police Department has more officers per citizen, has lower total pay and less OT per employee compared to BPD.  Additionally, Rochester has one third less civilian support staff.
- The BPD is understaffed by as many as 130 employees or 15% of the workforce.
- Cell Block Attendants and their supervisors are underpaid by more than $20,000 and $40,000, respectively, when compared to the Western New York average.
- In FY 2016, 25% of the BPD workforce earned more than $25,000 in OT.
- After 6 weeks of OT, the BPD would save money by hiring a new officer, as opposed to paying current officers OT to cover a shift.

## Recommendations

The BPD should evaluate staffing, scheduling and salary levels for each position to maximize value, efficiency and effectiveness.

The BPD should submit an OT budget that is reasonable based on current staffing levels.  It is misleading and inaccurate if budgeted OT is understated by 20% or more.

The BPD should create a Director of Finance position to manage financial operations.  This person should be an experienced financial officer capable of managing an operation the size of the BPD.  Specifically payroll, which is the largest expense, should be continuously monitored.  This would help keep OT within budgeted levels and identify staffing needs.

Overtime should be distributed more equitably so that the burden does not fall on so few people.  BPD should determine if OT limits should be instituted so that employees are not overworked.

******

Attachment: PoliceOTaudit (16-2243 : Audit Report on Overtime in the Police Department)

COB264707
COB264703

**Preface**

Previous audits on payroll procedures throughout the City documented significant deficiencies related to payroll processing and overtime (OT) practices.  An audit of the overtime usage at the Buffalo Police Department (BPD) which has the largest OT expenditure within the City of Buffalo was performed.  It meets the goals set forth in the Annual Audit Plan.  The audit was conducted in conformance with the International Standards for the Professional Practice of Internal Auditing issued by the Institute of Internal Auditors.

Federal Fair Labor Standards Act (FLSA), state law and respective union contracts require the City to compensate employees at a rate of one and one half (1.5) times their regular rate of pay for time worked in excess of 40 hours per week.

The BPD, the principal law enforcement agency of the City of Buffalo, serves a population of approximately 260,000 people in a geographic area of approximately 41 square miles.  There are approximately 700 active sworn officer employees, who are all members of the Buffalo Police Benevolent Association (PBA) Union.  The term "sworn officer" will be used to describe these employees throughout the audit report.  The BPD also has approximately 180 active civilian employees who are members of the AFSCME Local 650 and 264 unions. For purposes of the audit report, the term "civilian" will be used to describe these employees.

The Audit reviewed data for Fiscal Years 2014 – 2016.  The fiscal year (FY) starts July 1 and ends June 30 of the following year.  FY 2016 data was obtained as of March 31, 2016 and annualized.

Attachment: PoliceOTaudit  (16-2243 : Audit Report on Overtime in the Police Department)

3

COB264708
COB264703

0006

## Background

Payroll is the largest expense incurred by the City. The Police, Fire and Public Works departments had the City's largest amount of OT during the past three fiscal years. OT is often unavoidable for 24/7 operations such as Police, Fire and Public Works, due to the time sensitive nature of the services performed. Police, Fire and Public Works also have the largest OT as a percentage of base pay.





*Based on data through 3/31/16

The BPD has consistently generated the City's largest OT expenditures. BPD OT has averaged approximately $13.8 million and 291,000 hours annually for FY 2014-2016. BPD OT, as a percentage of base pay, has increased from 19% in FY 2014 to nearly 26% in FY 2016.

4

Attachment: PoliceOTaudit (16-2243 : Audit Report on Overtime in the Police Department)

**Audit Objectives and Scope**

The objectives of the audit are to document and evaluate the BPD OT, as well as to review OT use and trends.  The audit scope included FY 2014 - 2016.

To achieve these objectives, the Department of Audit and Control (DAC) performed the following procedures:

- Reviewed payroll data from MUNIS (City's financial reporting software) for FY 2014-2016
- Analyzed and presented payroll data obtained from MUNIS to BPD staff to discuss the factors contributing to OT
- Analyzed BPD payroll data and compared it to OT in other City of Buffalo departments
- Compared BPD actual OT to budgeted amounts
- Compared sworn officer OT to civilian OT
- Analyzed BPD payroll data to identify concentrations of OT within the BPD
- Obtained data from the NYS Department of Labor to benchmark payroll data against City of Buffalo levels, where applicable
- Obtained Police Department OT and related data of nearby municipalities and compared it to BPD for FY 2015
- Calculated the breakeven point for hiring a new sworn officer compared to paying OT to current sworn officers

**Audit Findings**

**Actual OT Exceeds Budget by 40%**

Actual OT exceeded the budget by 28% and 40% in FY 2014 and 2015, respectively.  Actual OT exceeded the budgeted amount by approximately $6.6 million over the past two years.

| Police OT | | FY 2014 | | FY 2015 |
|---|---|---|---|---|
| Actual OT | $ | 12,166,384 | $ | 13,731,811 |
| Budgeted OT | $ | 9,508,000 | $ | 9,782,000 |
| $ Over Budget | $ | 2,658,384 | $ | 3,949,811 |
| % Over Budget | | 28% | | 40% |

5

Attachment: PoliceOTaudit  (16-2243 : Audit Report on Overtime in the Police Department)

COB264710
COB264703
0008

**Civilian OT Hours per Employee Greater than Sworn Officers OT Hours per Employee**

During FY 2014 – 2016, civilian employees averaged 450 OT hours per employee annually while sworn officers averaged 280 OT hours per employee.



*Annualized based on data through 3/31/16

We would expect that civilian members of the BPD would incur less OT than sworn officers on a per employee basis. Civilian manpower needs should be relatively consistent and predictable. Therefore, with proper scheduling and staffing levels, the amount of OT should be minimal, and significantly less than that of sworn officers.

**More than 200 BPD Employees earn more than $25,000 in OT Annually**

The list below documents employees earning large amounts of OT:

### Number of Employees Earning OT in Excess of:

| OT in Excess of | FY 2014 | FY 2015 | FY 2016* |
|---|---|---|---|
| $ 100,000 | - | 3 | 6 |
| $ 75,000 | 8 | 8 | 18 |
| $ 50,000 | 37 | 50 | 64 |
| $ 25,000 | 191 | 192 | 223 |

*Annualized based on pay through quarter ended 3/31/16

In FY 2016, 25% of the BPD workforce earned more than $25,000 in overtime.

Attachment: PoliceOTaudit  (16-2243 : Audit Report on Overtime in the Police Department)

COB264711
COB264703
0009

**Highest OT Earning Job Titles per Full Time Equivalent (FTE)**
The list below ranks job titles by average annual OT per FTE for FY 2014 – 2016.  The top 4, and 15 of the top 20, OT earning job titles are civilian.  Included in the top 4 is the head janitor, who earns more in OT than in base pay.  There are 7 civilian titles whose OT pay is 50% or more of their base.  Police Officer OT ranked 15th out of the top 20 OT earning job titles.  Police Officers on average earn 19% of their base pay in OT.

**Top 20 OT Earning Job Titles at BPD**

| Rank | BPD Job Titles | Job Type | Base Pay | | OT | | OT as a % of Base Pay |
|---|---|---|---|---|---|---|---|
| 1 | CRIME SCENE TECHNICIAN | Civilian | $ | 59,353 | $ | 41,400 | 70% |
| 2 | COMMUNITY GRANTS COORDINATOR | Civilian | $ | 47,816 | $ | 39,088 | 82% |
| 3 | HEAD JANITOR | Civilian | $ | 32,301 | $ | 38,535 | 119% |
| 4 | SUPERINTENDENT FLEET MAINTAIN | Civilian | $ | 45,188 | $ | 36,403 | 81% |
| 5 | DETECTIVE SERGEANT | Sworn Officer | $ | 78,403 | $ | 35,567 | 45% |
| 6 | DETECTIVE | Sworn Officer | $ | 74,996 | $ | 29,613 | 39% |
| 7 | POLICE LIEUTENANT | Sworn Officer | $ | 81,576 | $ | 22,602 | 28% |
| 8 | SENIOR CELL BLOCK ATTENDANT | Civilian | $ | 31,085 | $ | 21,884 | 70% |
| 9 | LABORER I | Civilian | $ | 31,301 | $ | 19,610 | 63% |
| 10 | MOTOR EQUIPMENT MECHANIC | Civilian | $ | 37,078 | $ | 17,480 | 47% |
| 11 | PUBLIC SAFETY DISPATCHER | Civilian | $ | 37,159 | $ | 15,119 | 41% |
| 12 | POLICE CAPTAIN | Sworn Officer | $ | 92,989 | $ | 14,685 | 16% |
| 13 | SYSTEMS COORDINATOR | Civilian | $ | 47,816 | $ | 14,404 | 30% |
| 14 | CELL BLOCK ATTENDANT | Civilian | $ | 27,345 | $ | 13,924 | 51% |
| 15 | POLICE OFFICER | Sworn Officer | $ | 68,912 | $ | 13,207 | 19% |
| 16 | LABORER II | Civilian | $ | 26,166 | $ | 11,451 | 44% |
| 17 | SENIOR BUDGET EXAMINER | Civilian | $ | 76,424 | $ | 10,984 | 14% |
| 18 | REPORT TECHNICIAN | Civilian | $ | 38,985 | $ | 10,780 | 28% |
| 19 | SR DATA PROCESSING EQUIP OPER | Civilian | $ | 45,738 | $ | 10,468 | 23% |
| 20 | SENIOR PUBL SAFETY DISPATCHER | Civilian | $ | 42,261 | $ | 4,692 | 11% |

FTE - Full Time Equivalent was calculated as total base hours divided by 2,080 hours for each position.
FY 2016 Annualized based on data through 3/31/16.

Attachment: PoliceOTaudit  (16-2243 : Audit Report on Overtime in the Police Department)

7

Packet Pg. 10

COB264712
COB264703

**OT Hours by Job Title and Potential Understaffing**

The DAC analyzed payroll data to identify job titles that had the highest number of OT hours and the greatest potential understaffing.  The results are as follows:

### Summary of OT and Potential Understaffing

| Job Title | Average Annual OT Hours FY 2014-2016 | Potential FTE Understaffing** |
|---|---|---|
| POLICE OFFICER | 101,302 | 48.7 |
| DETECTIVE | 47,234 | 22.7 |
| POLICE LIEUTENANT | 32,219 | 15.5 |
| REPORT TECHNICIAN | 31,415 | 15.1 |
| CELL BLOCK ATTENDANT | 15,111 | 7.3 |
| PUBLIC SAFETY DISPATCHER | 7,383 | 3.5 |
| DETECTIVE SERGEANT | 6,334 | 3.0 |
| POLICE CAPTAIN | 3,515 | 1.7 |
| MOTOR EQUIPMENT MECHANIC | 3,475 | 1.7 |
| CRIME SCENE TECHNICIAN | 3,296 | 1.6 |
| LABORER II | 2,884 | 1.4 |
| SENIOR CELL BLOCK ATTENDANT | 2,451 | 1.2 |
| LABORER I | 2,033 | 1.0 |
| HEAD JANITOR | 1,475 | 0.7 |
| SUPERINTENDENT FLEET MAINTAIN | 1,002 | 0.5 |
| COMMUNITY GRANTS COORDINATOR | 991 | 0.5 |
| SENIOR PUBL SAFETY DISPATCHER | 420 | 0.2 |
| SYSTEMS COORDINATOR | 376 | 0.2 |
| POLICE INSPECTOR | 362 | 0.2 |
| SR DATA PROCESSING EQUIP OPER | 284 | 0.1 |
| REPORT TECHNICIAN SPANISH SPKG | 273 | 0.1 |
| SENIOR BUDGET EXAMINER | 182 | 0.1 |
| Total | | 126.9 |

** Potential Understaffing - calculated by dividing annual overtime hours by estimated annual hours worked by a full time employee (2080 hours).  This provides the number of FTE's that would need to be added to eliminate overtime.  This number is theoretical as overtime would never go to zero due to emergency situations, but it does show areas where staffing needs are not met with the current number of employees, and should be used as a tool to determine the actual number of FTE's needed to reduce overtime to an acceptable level.

Attachment: PoliceOTaudit  (16-2243 : Audit Report on Overtime in the Police Department)

Packet Pg. 11

COB264713
COB264703

**Comparison to Nearby Cities**

The DAC gathered OT figures and related statistics from Rochester, Syracuse, Albany and Yonkers. These cities were selected for comparison based on proximity, geographic size and population. The data was obtained from respective 2015 city budgets or from information provided directly by the respective cities.

**FY 2015 Upstate Police Department Statistics**

| Description | Buffalo | Rochester | Yonkers | Syracuse | Albany |
|---|---|---|---|---|---|
| Regular Pay | 54,628,110 | 48,827,862 | 66,699,922 | 32,564,883 | 25,682,348 |
| Overtime Pay | 13,731,811 | 5,080,994 | 12,425,322 | 9,590,897 | 4,163,588 |
| OT as a % of Regular Pay | 25% | 10% | 19% | 29% | 16% |
| | | | | | |
| Population | 260,000 | 211,000 | 200,000 | 145,000 | 100,000 |
| Geographic size (sq. miles) | 41 | 37 | 30 | 27 | 21 |
| Police Force | 730 | 726 | 577 | 387 | 342 |
| Civilian Staff | 180 | 121 | 113 | 77 | 124 |
| Total Staff | 910 | 847 | 690 | 464 | 466 |
| Regular Pay/EE | 60,031 | 57,648 | 96,667 | 70,183 | 55,112 |
| OT Pay/EE | 15,090 | 5,999 | 18,008 | 20,670 | 8,935 |
| Total Pay/EE | 75,121 | 63,647 | 114,674 | 90,853 | 64,047 |
| | | | | | |
| Officers per 1,000 Citizen | 2.81 | 3.44 | 2.89 | 2.67 | 3.42 |
| Officers per Sq Mile | 17.80 | 19.62 | 19.23 | 14.33 | 16.29 |

The closest comparison to Buffalo is the City of Rochester. As seen above, the City of Rochester has more officers per 1,000 citizens, lower total pay and less OT per employee compared to Buffalo. Additionally, Rochester has one third less civilian support staff.

There are other factors that affect OT beyond the basic statistics presented. However, these nearby cities are useful for comparison purposes.

**BPD Explanations for OT**

DAC met with BPD personnel to gain an understanding of the top earning OT job titles. It was communicated to DAC that the driving factor behind the OT was understaffing, and that the current staffing levels limit the ability to manage OT as employees are shifted between units to fill manpower needs. Below are detailed explanations communicated by the BPD:

Attachment: PoliceOTaudit (16-2243 : Audit Report on Overtime in the Police Department)

9

COB264714
COB264703

*Police Officer – There are 100 openings for Police Officers in the City. However, there is a limit on how many cadets the City of Buffalo can send to the Erie County Central Police Services Training Academy. It takes approximately 1 year from the time of hire before an officer is on the street.*

*Lieutenant, Detective Sergeant and Detective – OT is driven by the unpredictable nature of the work involved in solving crimes as well as understaffing. Staying late and accommodating witness availability leads to long hours. This work can't be filled by others as the cases are handled by the responsible Detectives. An increase at these positions would lower caseloads which should decrease, but not eliminate OT.*

*Cell Block Attendant – It is difficult to maintain the needed staffing levels as employees leave the City of Buffalo for higher paying positions with the County or other suburbs after one year of service and obtaining their certification. The City of Buffalo pay rate for this position is below that of other municipalities in the region.*

*Public Safety Dispatcher –The BPD is in the process of hiring 6 new dispatchers. It takes approximately 3 to 6 months before a dispatcher can work on their own. Dispatchers must meet the minimum staffing requirements during each of the 3 daily shifts. OT should decrease as the staff members become fully trained.*

*Police Captain - OT is due to the specialized duties involved. Some Police Captains also perform multiple functions such as SWAT. As long as Police Officer and Detective staffing levels are low, Police Captain OT will remain high.*

*Superintendent Fleet Maintenance and Motor Equip Mechanic – The Superintendent supervises the mechanics and is required to be present whenever a mechanic is working. As of 3/31/16 the City is short 4 mechanics. The positions are difficult to fill due to the low rate of pay and the requirement for mechanics to provide their own tools. All work performed on the weekend is OT.*

*Crime Scene Technician (CST) – The position was civilianized in the past. A CST can only photograph the crime scene while evidence gathering is performed by a sworn officer. The goal of civilianizing the position was to have one person perform both photography and gathering of crime scene evidence functions at the civilian pay rate; this never occurred. CST's are scheduled daily on all three shifts and called out to crime scenes. OT is incurred when they are required to be in court, when a CST uses PTO and when more than one crime scene needs a CST present.*

Attachment: PoliceOTaudit  (16-2243 : Audit Report on Overtime in the Police Department)

10

COB264715
COB264703

0013

*Head Janitor, Laborer I and Laborer II – There are 10 Police buildings that need to be cleaned. As of 3/31/16 there are only 9 people fulfilling these duties due to 2 vacancies and 2 suspensions. Any police building that houses prisoners is subject to state inspection and must meet state requirements for cleanliness or the City is subject to fines. Therefore a large amount of OT is needed to comply with these regulations.*

*Community Grants Coordinator – There is currently one person at this title. This employee manages grant revenue for the BPD. The application process and reporting requirements for the grants are extensive. As this employee is nearing normal retirement age, the duties should be shared among multiple employees to ensure the revenue stream continues.*

*Systems Coordinator and Sr. Data Processing Equipment Operator – There are only 2 IT employees for the BPD both of whom are approaching retirement age. BPD is working on increasing that number in the next budget.*

**Cell Block Attendants are Underpaid**

Cell Block Attendant is the 5th most understaffed position. DAC compared entry-level salaries for the City of Buffalo to the Western New York average entry-level wage per the NYS Department of Labor. The entry-level wage for correctional officers and jailers is $47,710 for the Western New York region compared to $25,283 for the City of Buffalo Cell Block Attendant. That is $22,427 below the Western New York average. The entry level wage for first line supervisors of correctional officers is $67,840 for the Western New York region compared to $27,675 for the City of Buffalo Senior Cell Block Attendant, $40,165 below the Western New York average.

**After Six Weeks, Hiring a new Officer Generates Savings**

DAC calculated the breakeven point, when hiring a new sworn officer becomes more cost effective than paying OT to cover a vacant position. The factors considered included the average OT hourly rate for current officers, hourly rate for new officers, payroll tax, pension contribution rates and the cost of health insurance. The average OT hourly rate for current sworn officers is over $58. The hourly base rate for a new sworn officer is slightly over $24. In addition to lower wages, savings are generated by lower payroll taxes and pension contributions. The total hourly savings of adding a new officer is nearly $40 per hour. The hourly savings is reduced by the fixed cost of the new employee's healthcare of approximately $10,000. By dividing the health care cost by the difference in hourly rate, we determined the breakeven point to be 261 hours. Therefore, after 6 weeks, the BPD saves money hiring a new officer, as opposed to paying current officers OT to cover a shift.

Attachment: PoliceOTaudit (16-2243 : Audit Report on Overtime in the Police Department)

Packet Pg. 14

COB264716
COB264703
0014

## Recommendations

### Submit OT Budget that is Reasonable Based on Current Staffing Levels

The original and revised budgets should be closer to the actual OT incurred to ensure the budget is an accurate representation of anticipated OT costs. It is misleading and inaccurate if budgeted OT is understated by 20% or more. The staffing levels should be considered when preparing the budget to account for any understaffing and its impact on OT. This will help create a budget where actual payroll costs are more in line with budgeted amounts. A proactive approach should be taken to prevent actual payroll costs from exceeding the budget.

### Hire a Director of Finance

The BPD is the largest City department based on total expense and staff size. There is only one employee in a financial leadership role, the senior budget examiner. The BPD should create a Director of Finance position to manage the financial aspects of the BPD. This person should be an experienced financial officer capable of managing an operation the size of the BPD. Specifically payroll, which is the largest expense, should be continually monitored. This should help keep OT within budgeted levels and identify staffing needs. BPD should consult with cities that have less OT, such as Rochester, to learn how they keep OT low and see if any of their cost-saving strategies can be implemented by the BPD.

### Determine Proper Staffing Levels to Reduce Overall Payroll Costs

BPD has many positions, both sworn officer and civilian, that are understaffed. BPD should work to increase their staffing levels at these positions to reduce OT to an acceptable level. A plan should be developed to increase the budget to allow for the additional staff. A larger staff would reduce OT costs and create a more efficient Police Department.

While there is a clear shortage of sworn officers, the civilian side of the BPD operations should be evaluated to determine the proper staffing levels needed to reduce payroll costs and maximize results. Civilian manpower needs should be relatively consistent and predictable; therefore, with proper scheduling and staffing levels, the amount of OT should be minimal and significantly less than that of sworn officers. Additionally, right sizing the civilian staff should be accomplished quickly, as the training period for civilian employees is much shorter than that of a sworn officer.

The Community Grants Coordinator, Senior Budget Examiner and Systems Coordinator were three administrative positions in the top 20 OT earning positions per FTE. With the amount of OT paid to these employees, it should be determined if additional employees would reduce overall costs. Additionally, several of these employees are approaching retirement age. A plan should be developed to transfer their knowledge to employees who will perform these tasks after the retirements.

12

Attachment: PoliceOTaudit (16-2243 : Audit Report on Overtime in the Police Department)

COB264717
COB264703
0015

**Increase Pay of Cell Block Attendants**

The City should consider raising the salary for Cell Block Attendants to the market rate. Raising the salary level should allow the BPD to attract adequate interest from qualified individuals so that the position can be adequately staffed. This will reduce OT costs and decrease turnover.

**Determine the Most Efficient Way to Provide Cleaning Services**

The head janitor, laborer I and laborer II positions are some of the highest OT earners within the BPD. These 3 job titles total 9 employees. A cost/benefit analysis should be performed to determine the most efficient and effective method of cleaning the BPD buildings.

**Adjust Scheduling at Police Garage**

It was noted that mechanics, as members of the Local 264 union, are scheduled to work Monday through Friday, with all weekend work being paid at OT rates. The BPD is a 24 hour a day, 7 days a week operation and maintenance needs often arise outside of the garage employees' schedule. Mechanics' schedules should be staggered to avoid OT every weekend.

**Determine the Value of Crime Scene Technician Position**

Perform an evaluation to determine how to best utilize the CST position. Determine if CST tasks and evidence gathering tasks can be combined to lower overall costs without a decrease in performance.

**Determine Best Distribution of OT**

OT should be distributed so that the burden does not fall on so few people. BPD should determine if OT limits should be instituted so that employees are not overworked.

Attachment: PoliceOTaudit (16-2243 : Audit Report on Overtime in the Police Department)

13

COB264718
COB264703

0016



# CITY OF BUFFALO
## DEPARTMENT OF POLICE



BYRON W. BROWN
MAYOR

DANIEL DERENDA
COMMISSIONER

September 28, 2016

City of Buffalo
Department of Audit & Control
65 Niagara Square
1225 City Hall
Buffalo, New York 14202

Attn: Kevin Kaufman, City Auditor

Dear Mr. Kaufman,

In response to your draft audit dated September 2016 regarding the Audit Report on Overtime Usage at the Buffalo Police Department, the Buffalo Police Department has reviewed the audit report and hereby submits the following responses to the executive summary, findings and recommendations.

In response to the Executive Summary, the Department does recognize the fact that overtime costs have gone up. This is due primarily to an increase in manpower shortage, which is currently being addressed, and the growing need for additional policing services required to respond to the many issues currently facing law enforcement personnel nation wide. In response to the figures indicated, the Department does agree..

In response to the Findings, and the figures indicated, utilizing current figures from the MUNIS system, the Department calculates that for each of the three fiscal years referenced, it was 26%, 38% and 19% respectively over budget on overtime. In total, this is a 27% overage, or $2.8 million annually, which is very similar to the figures indicated in the Audit draft report. The Department does agree with the average annual hour calculation. Also under findings, the Department does not agree that the city would save money after 6 weeks of overtime by hiring a new officer. The Department does agree that hiring in any position would eventually be more cost effective, but not at this point for this particular position. As shown, 6 weeks of overtime is 260 hours. Under the current PBA contract, this equates to about $20,000 in overtime ($60/hr plus $20/hr fringe times 260 hours) for an average step 5 police officer. A newly hired Police Officers' current annual salary is $43,738, with at least an additional $10,000 in fringe costs for FICA and pension costs alone. The "breakeven" point is clearly much greater than 6 weeks. The Department does agree that it currently has up to 130 vacant sworn and civilian positions, of which the filling of most of these is mentioned later in this document. All other points the Department agrees with or can not comment on, i.e. data from outside entities.

74 FRANKLIN STREET / BUFFALO, NY 14202-4099 / (716) 851-4444 / www.bpdny.org

Packet Pg. 17

Attachment: PoliceOTaudit (16-2243 : Audit Report on Overtime in the Police Department)

COB264719
COB264703

In response to the Recommendations on page 2, these are addressed below.

In reference to the BPD Explanations for OT listed on pages 10 and 11, for Police Officer the current number of openings (vacancies) is about 100. Also, it only takes about 1 year from date of hire before an officer is on the street and counts toward manpower levels. All other comments, which are only a general summary regarding the positions notated, are correct as stated by BPD personnel.

In general, the Audit brings to issue the fact that the Buffalo Police Department has had increasing overtime expenditure over the last few fiscal years, therefore, please find below the Police Department response to these recommendations:

**Submit OT Budget that is Reasonable Based on Current Staffing Levels** – the department budgets overtime on all positions being filled to avoid duplicate budgeting of salary expenses. If some positions remain unfilled, the budgeted salary would be used to offset any additional overtime that is required due to the manpower shortage.

**Hire a Director of Finance** – the Department disagrees with this recommendation. We believe this is a position that will not bring anything new to the table. Under guidance of the Sr. Budget Examiner already assigned, administrative staff is able to provide the Police Department and the Department of Administration and Finance the data it requires to make sound financial decisions that are within its control. Many of the financial concerns are the result of current contractual obligations rather than subjective decision making. The Department is continually monitoring payroll and evaluating staffing needs. Adding the Director of Finance would bring little added value to that process and be an unwarranted additional expense.

**Determine Proper Staffing Levels to Reduce Overall Payroll Costs** – BPD continuously evaluates staffing levels, minimum manpower levels, works with the Administration and Civil Service to hire personnel into vacant positions as timely as possible, and has requested positions for additional staff as needed over the years. For the current budget year the Department has received an additional accounting position and Crime Scene Technician position. These positions will be filled as quickly as possible. Also for civilian positions, the Department recently filled current vacancies by hiring 1 laborer (cleaning staff), 1 Dispatcher, 3 Mechanics and 7 Cellblock Attendants. The Department anticipates these new hires will help reduce the overtime in their respective units upon completion of proper training. At the present time, the Department is also working with Civil Service on filling other current vacancies in dispatch and cell block. Also, the minimum staffing level for Report Technicians in Central Booking Bureau was recently evaluated and reduced, thus reducing overtime in this area

**Increase Pay of Cell Block Attendants** – the Police Department has no direct control over this issue. Local 264 recently ratified a contract increasing salaries across the board. The increased pay for this position will be helpful in hiring and keeping additional cell block attendants, but any further increases in pay to bring it closer to the market rate would have to be negotiated.

Attachment: PoliceOTaudit (16-2243 : Audit Report on Overtime in the Police Department)

0018

COB264720
COB264703

**Determine the Most Efficient Way to Provide Cleaning Services** – the Police Department does recognize that overtime for this area has increased. Some of this overtime is attributable to staffing shortage. Any building that does not have a cleaner, whether short term or long term, must be covered on overtime by the current staff. Maintaining proper cleanliness and safety, especially in winter time, in all buildings is extremely important. As stated, the Detention Facility is monitored by the State and requires proper maintenance and cleaning to stay in compliance.

**Adjust Scheduling at Police Garage** – with the addition of the three (3) mechanics recently hired, the Buffalo Police Garage will be able to address most mechanical issues for BPD vehicles quicker, thus reducing the number of down vehicles and length of down time for BPD vehicles, and at the same time reduce the number of overtime hours needed to complete these required tasks. At present, until the effect of hiring the three mechanics can be evaluated, both financially and productivity wise, the Department will not pursue any change in schedules.

**Determine the Value of Crime Scene Technician Position** – this position has been evaluated. As previously stated, an additional Crime Scene Technician position has been added, which the department hopes to fill soon. In addition, the combining of CST and evidence tasks is currently be researched and if determined to be plausible, final implementation will require negotiating with the applicable unions.

**Hire Additional Police Officers** – the Department is presently working with the Administration and Civil Service in the hiring process of Police Officers. The Police Officer exam was given on June 18th of this year. Initial letters have been sent out to the first group of potential candidates, who are slated to start in the Police Academy in November of this year. The Department anticipates filling all the vacant police officer positions in the current fiscal year. As these new officers complete training and are added to manpower, they will not only increase service, but provide efficiency and help reduce overtime costs.

**Determine Best Distribution of OT** – this is a contractual issue and would require negotiations with the unions to change any current methods utilized for filling overtime.

Please accept this as Buffalo Police Department official response to this audit and if anything further is needed, do not hesitate to contact me at 851-4571.

Sincerely,

Daniel Derenda
Commissioner of Police

Attachment: PoliceOTaudit (16-2243 : Audit Report on Overtime in the Police Department)

COB264721
COB264703



**The City of Buffalo Common Council**
1413 City Hall
Buffalo, NY 14202

**Scheduled**

**AGENDA ITEM 16-2141**

Meeting: 01/24/17 11:00 AM
Department: Common Council
Category: Miscellaneous
Prepared By: Jim Montour
Initiator: Jim Montour
Sponsors:
DOC ID: 2158 A

## Carolette Meadows- Concerns Police Presence Slow Roll

Dear Police Department,

Dear Sirs,

B.L.O.C. has been formed as a community collaborative by the U.N.I.A, WNY Alliance for Environmental Justice, and residents of the Fruit Belt in order to bring about equity in Buffalo's long neglected urban community.

In addition, we demand an immediate halt to police-escorted bike "tours" through east side neighborhoods. The streets are public and anyone is welcome to use them, but we are vehemently against our tax dollars being used to escort a majority white group to "view" our neighbors in the interest of "diversity". Our neighborhoods are not zoos, we are not animals, no one is paying us admission to look at us, and we will not be treated as such. These "tours" under police escort perpetuate racist stereotyping, are insulting and dehumanizing. We will not tolerate it and will make future police escorted tours as uncomfortable as possible, within the confines of the law

Sincerely,

Carolette Meadows


HISTORY:

| | | |
|---|---|---|
| 10/04/16 | Common Council | REFERRED TO POL/OS |

Updated: 1/9/2017 12:56 PM by Malcolm Ertha A

Page 1

COB264722
COB264703

0020



**The City of Buffalo Common Council**
1413 City Hall
Buffalo, NY 14202

**ADOPTED**

**AGENDA ITEM 16-1684**

Meeting: 01/24/17 11:00 AM
Department: Common Council
Category: Resolution
Prepared By: Malcolm Ertha
Initiator: Malcolm Ertha
Sponsors: Council Member Rasheed N.C. Wyatt
DOC ID: 1652

# Additional Police Detail on Residential Streets

**HISTORY:**

| | | |
|---|---|---|
| 07/05/16 | Common Council | ADOPTED |

Updated: 6/30/2016 12:16 PM by Malcolm Ertha

Page 1

Packet Pg. 21

# R E S O L U T I O N

## In the Common Council of The City of Buffalo,

### On July 5, 2016

Council Member Wyatt submitted the following resolution:

## Additional Police Detail on Residential Streets

Whereas, residential side street speed limits are generally posted as 30 miles per hour and less in school and construction zones;

Whereas, these areas have high pedestrian foot traffic and drivers are required to be aware of their surroundings and to follow the speed limit at all times;

Whereas, there have recently been a litany of complaints from citizens regarding speeding and running of stop signs on residential side streets;

Whereas, there have been several reported accidents in residential side streets, including a fatal accident on Moselle Street in which a mother and her infant child were struck by a vehicle that was not obeying the speed limit: Now, Therefore Be It

*Resolved that The City of Buffalo Common Council—*

    1) Requests that the Office of Citizen Services provide all relevant information from the 311 Call and Resolution Center to Buffalo Police regarding citizen complaints about traffic violations on residential streets;

    2) Resolves that the Buffalo Police Force add additional traffic police details on residential side streets that have had a litany of complaints regarding speeding, running of stop signs;

    3) Requests that the City Clerk send copies of this resolution to Buffalo Police and the Office of Citizen Services.

**Rasheed N.C Wyatt**
UNIVERSITY COUNCIL MEMBER

Attachment: CC69 (16-1684 : Additional Police Detail on Residential Streets)

RNCW: jm
Page 1 of 1

COB264724
COB264703

0022



**The City of Buffalo Common Council**
1413 City Hall
Buffalo, NY 14202

**ADOPTED**

**AGENDA ITEM 16-1678**

Meeting: 01/24/17 11:00 AM
Department: Common Council
Category: Resolution
Prepared By: Malcolm Ertha
Initiator: Malcolm Ertha
Sponsors: POLO Committee Member David A. Franczyk
DOC ID: 1691

# Speeding on Moselle Street

**HISTORY:**

| | | | |
|---|---|---|---|
| 07/05/16 | Common Council | ADOPTED | |
| 07/12/16 | Legislation Committee | TABLED | Next: 07/26/16 |
| 07/26/16 | Legislation Committee | RECOMMENDED R&F | |
| 09/06/16 | Common Council | RECEIVED AND FILED | |

Updated: 8/31/2016 5:18 PM by Malcolm Ertha

COB264725
COB264703

0023

BY: MR FRANCZYK

RE: SPEEDING ON MOSELLE STREET

WHEREAS: Recently a toddler was tragically killed when a motorist driving on Moselle Street ran into the infant's stroller; and,

WHEREAS: Although the exact circumstances of this tragic accident are still being investigated, there are some mitigating measures that may prevent similar terrible events from happening in the future;

WHEREAS: One of the problems pointed out in Common Council session last year about Moselle Street were the number of sidewalks destroyed by past demolition contractors forcing people to walk in the street; and,

WHEREAS: The other problem is irresponsible drivers frequently and recklessly speed well beyond the city speed limits up and down Moselle Street, putting people in great danger; and

WHEREAS: A combination of approaches are needed to make Moselle and other streets safer, including aggressive police ticketing of speeders, police cameras and electronic speed signs, continued vigilance to ensure that contractors repair sidewalks they damage during the demolition process and traffic calming measures recommended by the Public Works Department;

NOW THEREFORE BE IT RESOLVED:

That the Public Works Department report on the feasibility of putting a Stop Sign on Moselle Street possibly near Frankfort Street or adjacent location on Moselle to slow vehicles racing down the street, as well as repairing those sidewalks destroyed or worn down on Moselle Street;

BE IT FURTHER RESOLVED:

That the Common Council request that the Buffalo Police Department step up efforts to stop speeding on Moselle and other streets;

BE IT ALSO RESOLVED:

That the Inspections Department continues to ensure that demolition contractors repair city sidewalks they damage or destroy in a timely manner;

BE IT FINALLY RESOLVED:

That the above mentioned departments report to the Common Council on progress with conditions on Moselle Street.

DAVID A. FRANCZYK

Attachment: CC63 (16-1678 : Speeding on Moselle Street)

COB264726
COB264703

Speeding on Moselle St(exc res)(Franczyk)(also in Pol O/S)
(#16-1678, 07/05)

Mr. Franczyk moved:

That the above item be the same and hereby is Received and Filed

ADOPTED

_____

Recommended by the Committee on Legislation

Attachment: 2024-0907201614517  (16-1678 : Speeding on Moselle Street)

COB264727
COB264703

0025

...mon Council Committee on Police Oversight
1413 City Hall
Buffalo, NY 14202

**SCHEDULED**

**AGENDA ITEM (ID # 2941)**

Meeting: 01/24/17 11:00 AM
Department: General Public and Misc. Communications
Category: Report
Prepared By: Malcolm Ertha
Initiator: Malcolm Ertha
Sponsors:
DOC ID: 2941

# RSOA Task Force - Final Recommendations

COB264728
COB264703

0026

mon Council Committee on Police Oversight

1413 City Hall
Buffalo, NY 14202

**SCHEDULED**

**AGENDA ITEM (ID # 2942)**

Meeting: 01/24/17 11:00 AM
Department: General Public and Misc. Communications
Category: Policy
Prepared By: Malcolm Ertha
Initiator: Malcolm Ertha
Sponsors:
DOC ID: 2942

# BCS Et Al - Written Language Access Plan for BPD

COB264729
COB264703

0027

**mon Council Committee on Police Oversight**

1413 City Hall
Buffalo, NY 14202

**SCHEDULED**

**AGENDA ITEM (ID # 2933)**

Meeting: 01/24/17 11:00 AM
Department: General Public and Misc. Communications
Category: Report
Prepared By: Malcolm Ertha
Initiator: Malcolm Ertha
Sponsors:
DOC ID: 2933

# Lee, Keyon - RSOA Task Force Report

COB264730
COB264703

0028

**...mon Council Committee on Police Oversight**
1413 City Hall
Buffalo, NY 14202

**SCHEDULED**

**AGENDA ITEM (ID # 2934)**

Meeting: 01/24/17 11:00 AM
Department: General Public and Misc. Communications
Category: Policy
Prepared By: Malcolm Ertha
Initiator: Malcolm Ertha
Sponsors:
DOC ID: 2934

# BCS, Et Al - Language Access Plan

COB264731
COB264703

**...mon Council Committee on Police Oversight**

1413 City Hall
Buffalo, NY 14202

**SCHEDULED**

**AGENDA ITEM (ID # 2935)**

Meeting: 01/24/17 11:00 AM
Department: General Public and Misc. Communications
Category: Petitions
Prepared By: Malcolm Ertha
Initiator: Malcolm Ertha
Sponsors:
DOC ID: 2935

# Franczyk - Hippert Et Al - Provide Better Safety for Citizens

COB264732
COB264703

0030

4.10

**...mon Council Committee on Police Oversight**
1413 City Hall
Buffalo, NY 14202

**SCHEDULED**

**AGENDA ITEM (ID # 2936)**

Meeting: 01/24/17 11:00 AM
Department: General Public and Misc. Communications
Category: Communication
Prepared By: Malcolm Ertha
Initiator: Malcolm Ertha
Sponsors:
DOC ID: 2936

# Scanlon - BFLO PBA Concerns Re: Proper Equipment for Potential Terrorist Attack

COB264733
COB264703

0031

4.11

**...mon Council Committee on Police Oversight**
1413 City Hall
Buffalo, NY 14202

**SCHEDULED**

**AGENDA ITEM (ID # 2937)**

Meeting: 01/24/17 11:00 AM
Department: Common Council
Category: Resolution
Prepared By: Malcolm Ertha
Initiator: Malcolm Ertha
Sponsors: POLO Committee Member Darius G. Pridgen
DOC ID: 2937

# Police Applicant Psychological Evaluation Demographics Information (ELL)

COB264734
COB264703

0032

**Common Council Committee on Police Oversight**
1413 City Hall
Buffalo, NY 14202

**SCHEDULED**

**AGENDA ITEM (ID # 2938)**

Meeting: 01/24/17 11:00 AM
Department: Common Council
Category: Resolution
Prepared By: Malcolm Ertha
Initiator: Malcolm Ertha
Sponsors: Council Member Rasheed N.C. Wyatt
DOC ID: 2938

# Explaining the Special Events Approval Process

COB264735
COB264703

0033

4.13

mon Council Committee on Police Oversight
1413 City Hall
Buffalo, NY 14202

**SCHEDULED**

**AGENDA ITEM (ID # 2939)**

Meeting: 01/24/17 11:00 AM
Department: General Public and Misc. Communications
Category: Communication
Prepared By: Malcolm Ertha
Initiator: Malcolm Ertha
Sponsors:
DOC ID: 2939

# Grabiner - Suggestions for Enhanced Police Practices in Buffalo

COB264736
COB264703

0034

4.14

**...mon Council Committee on Police Oversight**
1413 City Hall
Buffalo, NY 14202

**SCHEDULED**

**AGENDA ITEM (ID # 2940)**

Meeting: 01/24/17 11:00 AM
Department: Common Council
Category: Communication
Prepared By: Malcolm Ertha
Initiator: Malcolm Ertha
Sponsors:
DOC ID: 2940

# Smith - Extension of BMHA Contract W/ BPD

COB264737
COB264703

0035