# EXHIBIT 276

# DEPARTMENT OF POLICE
**Division of Patrol Services**
**Division #20-1103**

## Goals

1. To protect the life and property of the Citizens of Buffalo.
2. To provide an interaction between the Buffalo Police Department and the Community to maintain peace, provide safety and reduce the fear of crime.

## Activities

1. Answer 911 calls for service and handle accordingly
2. Patrol assigned areas checking on the well-being of residents, assisting complainants as well as checking for evidence of unusual and/or illegal activities, or any activities impacting adversely upon police and community relations.
3. Improve clearance rate for all crimes by utilizing the training and equipment provided.
4. Assist citizens, business owners, etc. as required within their designated patrol area.
5. Provide assistance in times of catastrophic events and homeland security incidents.
6. Complete daily activity reports and related paperwork as required.

## Work Program Statistics

|  | Actual 2012-2013 | Actual 2013-2014 | Projected 2014-2015 |
|---|---|---|---|
| Arrests (2013 estimated) | 16,460 | 17,000 | 18,000 |
| Traffic Summons Issued | 21,115 | 34,955 | 35,000 |
| Parking Tags Issued | 31,621 | 30,333 | 32,000 |
| 911 Calls for Police Service | 216,111 | 212,482 | 215,000 |
| Units within Patrol Services include the five (5) Districts, Strike Force, |  |  |  |
| Canine Patrol, Duty Officers and Housing Unit |  |  |  |

0001

# DEPARTMENT OF POLICE
## Division of Traffic Services
## Division #20-1104

## Goals

1. To protect the life and property of the citizens of Buffalo through traffic safety operations.

## Activities

1. Provide routine traffic control throughout the City when necessary and for special events.
2. Investigate all traffic accidents.
3. Enforce speeding ordinances, vehicle and traffic safety laws, and perform routine DWI checks.
4. Participate in educational and enforcement programs to deter drunk driving.
5. Participate in traffic safety programs in the schools, various businesses and civic organizations.
6. Oversee the assignment of school crossing guards for Buffalo public and parochial schools and supervise activity of same.
7. Provide police escorts as required.
8. Conduct breathalyzer testing and initiate referrals for blood alcohol testing in arrests involving alcohol and/or drugs.
9. Complete daily activity reports and related paperwork as required.

## Work Program Statistics

|  | Actual 2012-2013 | Actual 2013-2014 | Projected 2014-2015 |
|---|---|---|---|
|  |  |  |  |
| Traffic Summons Issued | 2,069 | 1,863 | 2,000 |
| Parking Tags Issued | 403 | 299 | 350 |
|  |  |  |  |
| Units within Traffic Services include Traffic, Accident Investigation Unit, Motorcycle, |  |  |  |
| Hit/Run Squad, Radar, and DWI |  |  |  |

CITY OF BUFFALO
GENERAL FUND
2014-2015 ADOPTED BUDGET

| | 2012-2013<br>ACTUAL<br>AMOUNT | 2013-2014<br>ADOPTED<br>BUDGET | 2013-2014<br>REVISED<br>BUDGET | 2013-2014<br>YTD<br>06/12/2014 | 2014-2015<br>ADOPTED<br>BUDGET |
|---|---|---|---|---|---|
| **PUBLIC SAFETY POLICE** | | | | | |
| **12005001 PUB SFTY PLC PS** | | | | | |
| 411000 SALARIES GENERAL GRANTS ONLY | -1,091,218.95 | .00 | .00 | .00 | .00 |
| 411001 ANNUAL SALARY | 46,442,194.92 | 50,532,701.00 | 51,227,781.00 | 43,252,416.14 | 50,687,170.00 |
| 411002 DUTY DISABILITY SALARY | 2,865,506.08 | .00 | .00 | 1,665,138.76 | .00 |
| 412001 SEASONAL SALARY | .00 | .00 | .00 | .00 | .00 |
| 412002 HOURLY SALARY | .00 | .00 | .00 | .00 | .00 |
| 413001 OVERTIME | 9,314,034.75 | 8,038,000.00 | 8,038,000.00 | 9,192,733.71 | 8,300,000.00 |
| 413002 HOLIDAY | 1,539,858.72 | 1,576,190.00 | 1,576,190.00 | 1,546,573.33 | 1,586,362.74 |
| 413003 ACTING TIME | 25,772.16 | 5,000.00 | 5,000.00 | 14,731.14 | 20,000.00 |
| 413004 SHIFT DIFFERENTIAL | 86,440.63 | 80,000.00 | 80,000.00 | 79,842.35 | 80,000.00 |
| 413005 COURT TIME | 3,764,172.23 | 3,635,000.00 | 3,635,000.00 | 3,040,611.77 | 3,400,000.00 |
| 414001 LONGEVITY | 1,515,552.07 | 1,542,500.00 | 1,542,500.00 | 1,794,932.10 | 1,852,250.00 |
| 414002 EDUCATIONAL INCENTIVE | 218,070.81 | 250,200.00 | 250,200.00 | 238,899.40 | 258,700.00 |
| 414004 IN LIEU OF SUMMER HOURS | .00 | .00 | .00 | .00 | .00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 746,793.83 | 712,554.00 | 712,554.00 | 32,365.12 | 704,494.00 |
| 415001 AUTOMOBILE ALLOWANCE | .00 | .00 | .00 | .00 | .00 |
| 415002 CLOTHING ALLOWANCE | 116,100.00 | 117,000.00 | 117,000.00 | 112,950.00 | 117,000.00 |
| 415003 TOOL ALLOWANCE | .00 | .00 | .00 | .00 | .00 |
| 415004 DOG ALLOWANCE | 17,446.25 | 18,000.00 | 18,000.00 | 16,206.54 | 18,000.00 |
| **TOTAL 12005001 PUB SFTY PLC PS** | 65,560,723.50 | 66,507,145.00 | 67,202,225.00 | 60,987,400.36 | 67,023,976.74 |
| **12005003 PUBLIC SFTY PLC UT** | | | | | |
| 441004 TELEPHONE | 20,956.54 | 138,202.00 | 22,127.52 | 22,057.09 | 187,924.00 |
| **TOTAL 12005003 PUBLIC SFTY PLC UT** | 20,956.54 | 138,202.00 | 22,127.52 | 22,057.09 | 187,924.00 |
| **12005004 PUBLIC SFTY PLC TR** | | | | | |
| 458001 TRANSPORTATION | 1,744.75 | 2,000.00 | 280.91 | 243.26 | 2,000.00 |
| 458002 MEALS & LODGING | 3,081.18 | 1,000.00 | 782.09 | 782.09 | 1,000.00 |
| 458003 REGISTRATION & MEMBERSHIP FE | 2,605.00 | 2,000.00 | 3,963.00 | 3,958.00 | 2,000.00 |
| 490000 FREEZE FUNDS | .00 | .00 | .00 | .00 | .00 |
| **TOTAL 12005004 PUBLIC SFTY PLC TR** | 7,430.93 | 5,000.00 | 5,026.00 | 4,983.35 | 5,000.00 |
| **12005005 PUBLIC SFTY PLC SP** | | | | | |

CITY OF BUFFALO
GENERAL FUND
2014-2015 ADOPTED BUDGET

| | 2012-2013 ACTUAL AMOUNT | 2013-2014 ADOPTED BUDGET | 2013-2014 REVISED BUDGET | 2013-2014 YTD 06/12/2014 | 2014-2015 ADOPTED BUDGET |
|---|---|---|---|---|---|
| **POLICE FLEET MAINTENANCE** | | | | | |
| | | | | | |
| **12022001 POLICE FLEET MAINTENANCE P** | | | | | |
| | | | | | |
| 411001 ANNUAL SALARY | 458,155.65 | 488,748.00 | 488,748.00 | 335,220.52 | 456,848.00 |
| 413001 OVERTIME | 162,628.67 | 50,000.00 | 50,000.00 | 137,970.21 | 80,000.00 |
| 413002 HOLIDAY | 20,390.65 | 15,000.00 | 15,000.00 | 14,487.52 | 15,000.00 |
| 413003 ACTING TIME | 6,605.52 | 3,000.00 | 3,000.00 | 6,814.82 | 3,000.00 |
| 413004 SHIFT DIFFERENTIAL | 1,306.80 | .00 | .00 | .00 | .00 |
| 414001 LONGEVITY | 8,590.00 | 6,770.00 | 6,770.00 | 7,017.89 | 5,795.00 |
| 414004 IN LIEU OF SUMMER HOURS | 417.58 | 415.98 | 415.98 | 415.98 | 415.98 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 519.97 | 346.65 | 346.65 | .00 | 346.65 |
| 415002 CLOTHING ALLOWANCE | 2,090.00 | 2,390.00 | 2,390.00 | 1,940.00 | 2,390.00 |
| 415003 TOOL ALLOWANCE | 2,950.00 | 4,250.00 | 4,250.00 | 2,950.00 | 4,350.00 |
| | | | | | |
| TOTAL 12022001 POLICE FLEET MAINTENANCE P | 663,654.84 | 570,920.63 | 570,920.63 | 506,816.94 | 568,145.63 |
| | | | | | |
| **12022005 POLICE FLEET MAINTENANCE S** | | | | | |
| | | | | | |
| 461202 TOOLS | .00 | .00 | .00 | .00 | .00 |
| 466100 ELEC PLUMB HVAC EQUIP SUPPLI | .00 | .00 | .00 | .00 | .00 |
| 467000 MISCELLANEOUS SUPPLIES | .00 | .00 | .00 | .00 | .00 |
| | | | | | |
| TOTAL 12022005 POLICE FLEET MAINTENANCE S | .00 | .00 | .00 | .00 | .00 |
| | | | | | |
| **12022006 POLICE FLEET MAINTENANCE S** | | | | | |
| | | | | | |
| 443302 VEHICLE BODY REPAIRS | .00 | .00 | .00 | .00 | .00 |
| 443303 VEHICLE DRIVETRAIN REPAIRS | .00 | .00 | .00 | .00 | .00 |
| 444201 RENTAL EQUIPMENT & VEHICLES | .00 | .00 | .00 | .00 | .00 |
| | | | | | |
| TOTAL 12022006 POLICE FLEET MAINTENANCE S | .00 | .00 | .00 | .00 | .00 |
| | | | | | |
| **12022007 POLICE FLEET MAINTENANCE C** | | | | | |
| | | | | | |
| 473020 STRUCTURE & EQUIP IMPROVEMEN | .00 | .00 | .00 | .00 | .00 |
| 474100 EQUIPMENT | .00 | .00 | .00 | .00 | .00 |
| 474200 VEHICLES | .00 | .00 | .00 | .00 | .00 |
| | | | | | |
| TOTAL 12022007 POLICE FLEET MAINTENANCE C | .00 | .00 | .00 | .00 | .00 |
| | | | | | |
| TOTAL POLICE FLEET MAINTENANCE | 663,654.84 | 570,920.63 | 570,920.63 | 506,816.94 | 568,145.63 |

CITY OF BUFFALO
GENERAL FUND
2014-2015 ADOPTED BUDGET

| | 2012-2013 ACTUAL AMOUNT | 2013-2014 ADOPTED BUDGET | 2013-2014 REVISED BUDGET | 2013-2014 YTD 06/12/2014 | 2014-2015 ADOPTED BUDGET |
|---|---|---|---|---|---|
| **POLICE BUILDING MAINTENANCE** | | | | | |
| **12023001 POLICE BUILDING MAINTENANC** | | | | | |
| 411001 ANNUAL SALARY | 221,159.12 | 289,979.00 | 289,979.00 | 185,845.14 | 276,238.00 |
| 412002 HOURLY SALARY | .00 | .00 | .00 | .00 | .00 |
| 413001 OVERTIME | 88,738.03 | 50,000.00 | 50,000.00 | 108,217.50 | 82,000.00 |
| 413002 HOLIDAY | 7,788.41 | 7,000.00 | 7,000.00 | 8,696.97 | 8,000.00 |
| 413003 ACTING TIME | 3,752.59 | 750.00 | 750.00 | 3,276.09 | 2,000.00 |
| 413004 SHIFT DIFFERENTIAL | 20.40 | .00 | .00 | 31.20 | .00 |
| 414001 LONGEVITY | 4,810.00 | 4,810.00 | 4,810.00 | 2,643.80 | 4,225.00 |
| 415001 AUTOMOBILE ALLOWANCE | 11,016.00 | 9,000.00 | 9,000.00 | 9,351.00 | 10,000.00 |
| 415002 CLOTHING ALLOWANCE | 900.00 | 1,500.00 | 1,500.00 | 1,200.00 | 1,500.00 |
| TOTAL 12023001 POLICE BUILDING MAINTENANC | 338,184.55 | 363,039.00 | 363,039.00 | 319,261.70 | 383,963.00 |
| **12023003 POLICE BUILDING MAINTENANC** | | | | | |
| 441002 HEATING OIL | .00 | .00 | .00 | .00 | .00 |
| TOTAL 12023003 POLICE BUILDING MAINTENANC | .00 | .00 | .00 | .00 | .00 |
| **12023005 POLICE BUILDING MAINTENANC** | | | | | |
| 461105 JANITORIAL SUPPLIES | .00 | .00 | .00 | .00 | .00 |
| 466100 ELEC PLUMB HVAC EQUIP SUPPLI | .00 | .00 | .00 | .00 | .00 |
| TOTAL 12023005 POLICE BUILDING MAINTENANC | .00 | .00 | .00 | .00 | .00 |
| **12023006 POLICE BUILDING MAINTENANC** | | | | | |
| 432004 ENGINEER & TECHNICAL SERVICE | .00 | .00 | .00 | .00 | .00 |
| 442300 CUSTODIAL SERVICES | .00 | .00 | .00 | .00 | .00 |
| 480000 OTHER SERVICES | .00 | .00 | .00 | .00 | .00 |
| TOTAL 12023006 POLICE BUILDING MAINTENANC | .00 | .00 | .00 | .00 | .00 |
| TOTAL POLICE BUILDING MAINTENANCE | 338,184.55 | 363,039.00 | 363,039.00 | 319,261.70 | 383,963.00 |

CITY OF BUFFALO
GENERAL FUND
2014-2015 ADOPTED BUDGET

| | 2012-2013 ACTUAL AMOUNT | 2013-2014 ADOPTED BUDGET | 2013-2014 REVISED BUDGET | 2013-2014 YTD 06/12/2014 | 2014-2015 ADOPTED BUDGET |
|---|---|---|---|---|---|
| **PUBLIC SAFETY POLICE CIVILIANS** | | | | | |
| | | | | | |
| **12024001 PUBL SFTY PLC CIVILN PS** | | | | | |
| | | | | | |
| 411001 ANNUAL SALARY | 5,107,415.16 | 6,380,493.00 | 6,380,493.00 | 4,884,156.89 | 6,106,618.50 |
| 412001 SEASONAL SALARY | 1,033,617.74 | 1,150,146.00 | 1,150,146.00 | 881,971.87 | 1,153,680.00 |
| 412002 HOURLY SALARY | .00 | .00 | .00 | .00 | .00 |
| 413001 OVERTIME | 1,607,393.25 | 1,370,000.00 | 1,370,000.00 | 1,405,456.17 | 1,320,000.00 |
| 413002 HOLIDAY | 166,460.23 | 159,000.00 | 159,000.00 | 155,961.57 | 163,000.00 |
| 413003 ACTING TIME | .00 | .00 | .00 | .00 | .00 |
| 413004 SHIFT DIFFERENTIAL | 36,459.45 | 40,000.00 | 40,000.00 | 35,015.48 | 39,000.00 |
| 414001 LONGEVITY | 117,798.47 | 119,865.00 | 119,865.00 | 87,156.85 | 119,960.00 |
| 414004 IN LIEU OF SUMMER HOURS | 43,136.38 | 48,000.00 | 48,000.00 | 42,381.57 | 45,000.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 30,059.35 | 32,600.00 | 32,600.00 | .00 | 33,430.00 |
| 415001 AUTOMOBILE ALLOWANCE | 954.00 | .00 | .00 | 1,350.00 | .00 |
| 415002 CLOTHING ALLOWANCE | 43,500.00 | 48,380.00 | 48,380.00 | 40,700.00 | 48,130.00 |
| TOTAL 12024001 PUBL SFTY PLC CIVILN PS | 8,186,794.03 | 9,348,484.00 | 9,348,484.00 | 7,534,150.40 | 9,028,818.50 |
| TOTAL PUBLIC SAFETY POLICE CIVILIANS | 8,186,794.03 | 9,348,484.00 | 9,348,484.00 | 7,534,150.40 | 9,028,818.50 |

# DEPARTMENT OF POLICE
**Division of Patrol Services**
**Division #20-1103**

## Goals

1. To protect the life and property of the Citizens of Buffalo.
2. To provide an interaction between the Buffalo Police Department and the Community to maintain peace, provide safety and reduce the fear of crime.

## Activities

1. Answer 911 calls for service and handle accordingly
2. Patrol assigned areas checking on the well-being of residents, assisting complainants as well as checking for evidence of unusual and/or illegal activities, or any activities impacting adversely upon police and community relations.
3. Improve clearance rate for all crimes by utilizing the training and equipment provided.
4. Assist citizens, business owners, etc. as required within their designated patrol area.
5. Provide assistance in times of catastrophic events and homeland security incidents.
6. Complete daily activity reports and related paperwork as required.

## Work Program Statistics

|  | Actual 2013-2014 | Actual 2014-2015 | Projected 2015-2016 |
|---|---|---|---|
| Arrests | 17,571 | 16,299 | 17,000 |
| Traffic Summons Issued | 34,955 | 31,629 | 35,000 |
| Parking Tags Issued | 30,333 | 21,406 | 25,000 |
| 911 Calls for Police Service | 212,482 | 204,853 | 210,000 |
|  |  |  |  |
| *Units within Patrol Services include the five (5) Districts, Strike Force, | | | |
| Canine Patrol, Duty Officers and Housing Unit | | | |
|  |  |  |  |

0007

# DEPARTMENT OF POLICE
### Division of Traffic Services
### Division # 20-1104

## Goals

1. To protect the life and property of the citizens of Buffalo through traffic safety operations.

## Activities

1. Provide routine traffic control throughout the City when necessary and for special events.
2. Investigate all traffic accidents.
3. Enforce speeding ordinances, vehicle and traffic safety laws, and perform routine DWI checks.
4. Participate in educational and enforcement programs to deter drunk driving.
5. Participate in traffic safety programs in the schools, various businesses and civic organizations.
6. Provide police escorts as required.
7. Conduct breathalyzer testing and initiate referrals for blood alcohol testing in arrests involving alcohol and/or drugs.
8. Complete daily activity reports and related paperwork as required.

## Work Program Statistics

|  | Actual 2013-2014 | Actual 2014-2015 | Projected 2015-2016 |
|---|---|---|---|
|  |  |  |  |
| Traffic Summons Issued | 1,863 | 384 | 1,000 |
| Parking Tags Issued | 299 | 386 | 400 |
|  |  |  |  |
| * Units within Traffic Services include Traffic, Accident Investigation Unit, Motorcycle, |  |  |  |
| Hit/Run Squad, Radar, and DWI |  |  |  |
|  |  |  |  |

0008



City of Buffalo
Adopted Budget 2015-2016
General Fund

| | 2013-2014 Actual Amount | 2014-2015 Adopted Budget | 2014-2015 Revised Budget | 2014-2015 Year To Date 6/9/2015 | 2015-2016 Adopted Budget |
|---|---|---|---|---|---|
| **1105 PUBLIC SAFETY POLICE TOTAL** | **71,312,779.43** | **70,570,426.74** | **70,905,172.24** | **64,600,392.99** | **69,387,990.15** |
| **12005001 PUB SFTY PLC PS** | **67,079,415.83** | **67,023,976.74** | **66,945,555.84** | **60,696,553.61** | **65,394,246.00** |
| 411000 SALARIES GENERAL GRANTS ONLY | -872,798.83 | 0.00 | 0.00 | 0.00 | 0.00 |
| 411001 ANNUAL SALARY | 48,009,911.04 | 50,687,170.00 | 50,657,170.00 | 42,306,273.03 | 49,357,090.00 |
| 411002 DUTY DISABILITY SALARY | 1,791,823.25 | 0.00 | 0.00 | 1,453,288.80 | 0.00 |
| 413001 OVERTIME | 10,154,530.82 | 8,300,000.00 | 8,300,000.00 | 10,468,567.58 | 8,414,400.00 |
| 413002 HOLIDAY | 1,554,208.82 | 1,586,362.74 | 1,557,850.65 | 1,520,213.68 | 1,613,751.00 |
| 413003 ACTING TIME | 17,515.21 | 20,000.00 | 20,000.00 | 29,375.76 | 20,000.00 |
| 413004 SHIFT DIFFERENTIAL | 88,479.80 | 80,000.00 | 80,000.00 | 75,365.14 | 85,000.00 |
| 413005 COURT TIME | 3,355,022.02 | 3,400,000.00 | 3,400,000.00 | 2,764,133.20 | 3,000,000.00 |
| 414001 LONGEVITY | 1,852,424.18 | 1,852,250.00 | 1,852,250.00 | 1,706,046.25 | 1,751,190.00 |
| 414002 EDUCATIONAL INCENTIVE | 239,803.60 | 258,700.00 | 238,791.19 | 238,791.19 | 258,550.00 |
| 414004 IN LIEU OF SUMMER HOURS | 0.00 | 0.00 | 0.00 | 743.09 | 0.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 757,566.02 | 704,494.00 | 704,494.00 | 7,428.70 | 759,715.00 |
| 415002 CLOTHING ALLOWANCE | 112,950.00 | 117,000.00 | 117,000.00 | 112,050.00 | 116,550.00 |
| 415004 DOG ALLOWANCE | 17,979.90 | 18,000.00 | 18,000.00 | 14,277.19 | 18,000.00 |
| **12005003 PUBLIC SFTY PLC UT** | **21,461.06** | **187,924.00** | **159,767.01** | **159,767.01** | **187,486.00** |
| 441004 TELEPHONE | 21,461.06 | 187,924.00 | 159,767.01 | 159,767.01 | 187,486.00 |
| **12005004 PUBLIC SFTY PLC TR** | **4,983.35** | **5,000.00** | **7,325.21** | **7,271.09** | **10,000.00** |
| 458001 TRANSPORTATION | 243.26 | 2,000.00 | 2,283.00 | 2,239.30 | 3,000.00 |
| 458002 MEALS & LODGING | 782.09 | 1,000.00 | 1,477.21 | 1,466.79 | 3,000.00 |
| 458003 REGISTRATION & MEMBERSHIP FEES | 3,958.00 | 2,000.00 | 3,565.00 | 3,565.00 | 4,000.00 |
| **12005005 PUBLIC SFTY PLC SP** | **615,876.70** | **667,770.00** | **839,399.00** | **837,652.65** | **881,718.15** |
| 461001 OFFICE SUPPLIES | 10,063.66 | 6,500.00 | 8,682.22 | 8,456.22 | 36,000.00 |
| 461002 CONTRACT VENDOR SUPPLIES | 37,955.43 | 30,000.00 | 37,763.91 | 37,288.76 | 0.00 |
| 461005 PHOTO & DRAFTING SUPPLIES | 8,357.22 | 9,000.00 | 9,369.31 | 9,369.31 | 9,000.00 |
| 461006 FURNITURE &EQUIP (NON CAPITAL) | 0.00 | 0.00 | 0.00 | 0.00 | 94,928.15 |
| 461007 COMP & SOFTWARE (NON CAPITAL) | 0.00 | 0.00 | 0.00 | 0.00 | 64,750.00 |
| 461104 LABORATORY SUPPLIES | 5,268.69 | 5,000.00 | 4,084.60 | 3,795.71 | 5,000.00 |
| 461105 JANITORIAL SUPPLIES | 25,979.92 | 26,000.00 | 26,138.60 | 26,066.51 | 26,000.00 |
| 461201 CLOTHING & UNIFORMS | 432,902.14 | 428,000.00 | 503,504.96 | 503,236.53 | 467,000.00 |
| 461202 TOOLS | 232.88 | 400.00 | 0.00 | 0.00 | 400.00 |
| 461300 MEDICAL & VETERINARY SUPPLIES | 43.40 | 400.00 | 30,437.20 | 30,437.20 | 4,190.00 |
| 461400 POSTAGE | 2,577.97 | 1,000.00 | 1,515.79 | 1,515.79 | 1,200.00 |



City of Buffalo
Adopted Budget 2015-2016
General Fund

| | 2013-2014 Actual Amount | 2014-2015 Adopted Budget | 2014-2015 Revised Budget | 2014-2015 Year To Date 6/9/2015 | 2015-2016 Adopted Budget |
|---|---|---|---|---|---|
| **1122 POLICE FLEET MAINTENANCE TOTAL** | **558,627.51** | **568,145.63** | **568,145.63** | **498,531.53** | **616,200.00** |
| **12022001 POLICE FLEET MAINTENANCE PS** | **558,627.51** | **568,145.63** | **568,145.63** | **498,531.53** | **616,200.00** |
| 411001 ANNUAL SALARY | 370,112.08 | 456,848.00 | 456,848.00 | 318,595.78 | 484,822.00 |
| 413001 OVERTIME | 152,879.97 | 80,000.00 | 80,000.00 | 149,644.22 | 100,000.00 |
| 413002 HOLIDAY | 15,910.21 | 15,000.00 | 15,000.00 | 16,558.18 | 15,000.00 |
| 413003 ACTING TIME | 6,881.41 | 3,000.00 | 3,000.00 | 2,568.40 | 3,000.00 |
| 414001 LONGEVITY | 7,017.89 | 5,795.00 | 5,795.00 | 5,795.00 | 6,120.00 |
| 414004 IN LIEU OF SUMMER HOURS | 415.98 | 415.98 | 415.98 | 466.63 | 0.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 519.97 | 346.65 | 346.65 | 63.32 | 518.00 |
| 415002 CLOTHING ALLOWANCE | 1,940.00 | 2,390.00 | 2,390.00 | 1,790.00 | 2,390.00 |
| 415003 TOOL ALLOWANCE | 2,950.00 | 4,350.00 | 4,350.00 | 3,050.00 | 4,350.00 |



City of Buffalo
Adopted Budget 2015-2016
General Fund

|  | 2013-2014<br>Actual Amount | 2014-2015<br>Adopted<br>Budget | 2014-2015<br>Revised Budget | 2014-2015<br>Year To Date<br>6/9/2015 | 2015-2016<br>Adopted<br>Budget |
|---|---|---|---|---|---|
| **1123 POLICE BUILDING MAINTENANCE TOTAL** | **352,446.67** | **383,963.00** | **383,963.00** | **344,944.36** | **398,609.00** |
| **12023001 POLICE BUILDING MAINTENANCE PS** | **352,446.67** | **383,963.00** | **383,963.00** | **344,944.36** | **398,609.00** |
| 411001 ANNUAL SALARY | 205,367.61 | 276,238.00 | 276,238.00 | 191,256.29 | 272,144.00 |
| 413001 OVERTIME | 119,035.26 | 82,000.00 | 82,000.00 | 130,484.68 | 100,000.00 |
| 413002 HOLIDAY | 9,591.19 | 8,000.00 | 8,000.00 | 9,819.38 | 9,000.00 |
| 413003 ACTING TIME | 3,541.41 | 2,000.00 | 2,000.00 | 1,968.41 | 2,000.00 |
| 413004 SHIFT DIFFERENTIAL | 32.40 | 0.00 | 0.00 | 3.60 | 0.00 |
| 414001 LONGEVITY | 3,553.80 | 4,225.00 | 4,225.00 | 3,315.00 | 3,965.00 |
| 415001 AUTOMOBILE ALLOWANCE | 10,125.00 | 10,000.00 | 10,000.00 | 7,047.00 | 10,000.00 |
| 415002 CLOTHING ALLOWANCE | 1,200.00 | 1,500.00 | 1,500.00 | 1,050.00 | 1,500.00 |



City of Buffalo
Adopted Budget 2015-2016
General Fund

| | 2013-2014<br>Actual Amount | 2014-2015<br>Adopted<br>Budget | 2014-2015<br>Revised Budget | 2014-2015<br>Year To Date<br>6/9/2015 | 2015-2016<br>Adopted<br>Budget |
|---|---|---|---|---|---|
| **1124 PUBLIC SAFETY POLICE CIVILIANS TOTAL** | **8,424,870.61** | **9,028,818.50** | **9,028,818.50** | **8,315,060.28** | **9,919,359.00** |
| **12024001 PUBL SFTY PLC CIVILN PS** | **8,424,870.61** | **9,028,818.50** | **9,028,818.50** | **8,315,060.28** | **9,919,359.00** |
| 411001 ANNUAL SALARY | 5,434,593.59 | 6,106,618.50 | 6,106,618.50 | 5,534,742.11 | 6,938,089.00 |
| 412001 SEASONAL SALARY | 1,005,086.93 | 1,153,680.00 | 1,153,680.00 | 868,364.62 | 1,153,680.00 |
| 413001 OVERTIME | 1,557,609.33 | 1,320,000.00 | 1,320,000.00 | 1,504,450.06 | 1,400,000.00 |
| 413002 HOLIDAY | 169,547.95 | 163,000.00 | 163,000.00 | 170,866.21 | 181,000.00 |
| 413004 SHIFT DIFFERENTIAL | 38,838.68 | 39,000.00 | 39,000.00 | 43,836.20 | 44,000.00 |
| 414001 LONGEVITY | 103,256.85 | 119,960.00 | 119,960.00 | 96,287.52 | 121,910.00 |
| 414004 IN LIEU OF SUMMER HOURS | 42,381.57 | 45,000.00 | 45,000.00 | 49,443.85 | 0.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 28,734.71 | 33,430.00 | 33,430.00 | 4,175.71 | 33,430.00 |
| 415001 AUTOMOBILE ALLOWANCE | 1,521.00 | 0.00 | 0.00 | 1,314.00 | 0.00 |
| 415002 CLOTHING ALLOWANCE | 43,300.00 | 48,130.00 | 48,130.00 | 41,580.00 | 47,250.00 |

# DEPARTMENT OF POLICE
### Division of Patrol Services
### Division #20-1105

## Goals

1. To protect the life and property of the Citizens of Buffalo.
2. To provide an interaction between the Buffalo Police Department and the Community to maintain peace, provide safety and reduce the fear of crime.

## Activities

1. Answer 911 calls for service and handle accordingly
2. Patrol assigned areas checking on the well-being of residents, assisting complainants as well as checking for evidence of unusual and/or illegal activities, or any activities impacting adversely upon police and community relations.
3. Improve clearance rate for all crimes by utilizing the training and equipment provided.
4. Assist citizens, business owners, etc. as required within their designated patrol area.
5. Provide assistance in times of catastrophic events and homeland security incidents.
6. Complete daily activity reports and related paperwork as required.

## Work Program Statistics

|  | Actual 2014-2015 | Projected 2015-2016* | Estimate 2016-2017 |
|---|---|---|---|
| Arrests | 16,299 | 15,327 | 16,000 |
| Traffic Summons Issued | 31,629 | 52,169 | 50,000 |
| Parking Tags Issued | 21,406 | 31,352 | 30,000 |
| 911 Calls for Police Service | 204,853 | 210,984 | 210,000 |
|  |  |  |  |
| *Units within Patrol Services include the five (5) Districts, Strike Force, |  |  |  |
| Canine Patrol, Duty Officers and Housing Unit |  |  |  |
|  |  |  |  |
| *figures are actual for 2015 calendar year |  |  |  |

0013

# DEPARTMENT OF POLICE
### Division of Traffic Services
### Division # 20-1105

## Goals

1. To protect the life and property of the citizens of Buffalo through traffic safety operations.

## Activities

1. Provide routine traffic control throughout the City when necessary and for special events.
2. Investigate all traffic accidents.
3. Enforce speeding ordinances, vehicle and traffic safety laws, and perform routine DWI checks.
4. Participate in educational and enforcement programs to deter drunk driving.
5. Participate in traffic safety programs in the schools, various businesses and civic organizations.
6. Provide police escorts as required.
7. Conduct breathalyzer testing and initiate referrals for blood alcohol testing in arrests involving alcohol and/or drugs.
8. Complete daily activity reports and related paperwork as required.

## Work Program Statistics

|  | Actual 2014-2015 | Projection 2015-2016 | Estimate 2016-2017 |
|---|---|---|---|
|  |  |  |  |
| Traffic Summons Issued | 384 | 297 | 300 |
| Parking Tags Issued | 286 | 274 | 300 |
|  |  |  |  |
| * Units within Traffic Services include Traffic, Accident Investigation Unit, Motorcycle, |  |  |  |
| Hit/Run Squad, Radar, and DWI |  |  |  |
|  |  |  |  |
| *2015/2016 figures are actual for calendar year 2015 |  |  |  |



City of Buffalo
Adopted Budget 2016-2017
General Fund

| | 2014-2015 Actual Amount | 2015-2016 Adopted Budget | 2015-2016 Revised Budget | 2015-2016 Year To Date 5/23/2016 | 2016-2017 Adopted Budget |
|---|---|---|---|---|---|
| **1105 PUBLIC SAFETY POLICE TOTAL** | **71,008,167.83** | **69,387,990.15** | **72,363,496.97** | **66,691,552.96** | **77,229,496.32** |
| **12005001 PUB SFTY PLC PS** | **67,070,821.13** | **65,394,246.00** | **67,630,753.80** | **62,467,200.42** | **72,820,067.00** |
| 411000 SALARIES GENERAL GRANTS ONLY | -830,320.46 | 0.00 | 0.00 | 0.00 | 0.00 |
| 411001 ANNUAL SALARY | 47,138,634.69 | 49,357,090.00 | 49,039,597.80 | 43,789,652.01 | 53,782,883.00 |
| 411002 DUTY DISABILITY SALARY | 1,584,038.54 | 0.00 | 0.00 | 1,193,337.21 | 0.00 |
| 413001 OVERTIME | 11,579,702.06 | 8,414,400.00 | 10,968,400.00 | 10,855,639.57 | 11,000,000.00 |
| 413002 HOLIDAY | 1,520,392.98 | 1,613,751.00 | 1,613,751.00 | 1,604,441.03 | 1,679,119.00 |
| 413003 ACTING TIME | 31,661.07 | 20,000.00 | 20,000.00 | 14,409.87 | 40,000.00 |
| 413004 SHIFT DIFFERENTIAL | 84,245.30 | 85,000.00 | 85,000.00 | 69,218.55 | 85,000.00 |
| 413005 COURT TIME | 3,108,009.18 | 3,000,000.00 | 3,000,000.00 | 2,809,190.57 | 3,100,000.00 |
| 414001 LONGEVITY | 1,767,813.75 | 1,751,190.00 | 1,751,190.00 | 1,699,168.75 | 1,957,200.00 |
| 414002 EDUCATIONAL INCENTIVE | 238,130.07 | 258,550.00 | 258,550.00 | 251,028.76 | 258,900.00 |
| 414004 IN LIEU OF SUMMER HOURS | 720.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 720,065.06 | 759,715.00 | 759,715.00 | 59,720.71 | 789,465.00 |
| 415002 CLOTHING ALLOWANCE | 111,900.00 | 116,550.00 | 116,550.00 | 108,750.00 | 109,500.00 |
| 415004 DOG ALLOWANCE | 15,828.89 | 18,000.00 | 18,000.00 | 12,643.39 | 18,000.00 |
| **12005003 PUBLIC SFTY PLC UT** | **159,281.19** | **187,486.00** | **157,889.73** | **155,978.51** | **316,876.00** |
| 441004 TELEPHONE | 159,281.19 | 187,486.00 | 157,889.73 | 155,978.51 | 316,876.00 |
| **12005004 PUBLIC SFTY PLC TR** | **7,342.46** | **10,000.00** | **16,218.58** | **15,890.39** | **9,500.00** |
| 458001 TRANSPORTATION | 2,245.20 | 3,000.00 | 2,162.75 | 1,972.15 | 2,500.00 |
| 458002 MEALS & LODGING | 1,487.26 | 3,000.00 | 3,882.83 | 3,870.24 | 3,000.00 |
| 458003 REGISTRATION & MEMBERSHIP FEES | 3,610.00 | 4,000.00 | 10,173.00 | 10,048.00 | 4,000.00 |
| **12005005 PUBLIC SFTY PLC SP** | **813,040.71** | **881,718.15** | **922,575.41** | **908,116.09** | **1,060,802.32** |
| 461001 OFFICE SUPPLIES | 7,690.22 | 36,000.00 | 44,270.00 | 43,727.74 | 15,000.00 |
| 461002 CONTRACT VENDOR SUPPLIES | 37,001.34 | 0.00 | 139.85 | 130.29 | 0.00 |
| 461005 PHOTO & DRAFTING SUPPLIES | 9,369.31 | 9,000.00 | 9,000.00 | 8,748.29 | 9,000.00 |
| 461006 FURNITURE &EQUIP (NON CAPITAL) | 0.00 | 94,928.15 | 96,461.96 | 91,913.41 | 270,526.32 |
| 461007 COMP & SOFTWARE (NON CAPITAL) | 0.00 | 64,750.00 | 77,515.29 | 76,506.86 | 61,650.00 |
| 461104 LABORATORY SUPPLIES | 3,795.71 | 5,000.00 | 5,000.00 | 4,859.41 | 4,000.00 |
| 461105 JANITORIAL SUPPLIES | 26,457.61 | 26,000.00 | 30,208.18 | 30,165.63 | 26,000.00 |
| 461201 CLOTHING & UNIFORMS | 499,239.57 | 467,000.00 | 468,599.52 | 465,452.72 | 500,595.00 |
| 461202 TOOLS | 0.00 | 400.00 | 566.00 | 483.58 | 200.00 |
| 461300 MEDICAL & VETERINARY SUPPLIES | 30,437.20 | 4,190.00 | 1,714.39 | 107.90 | 4,200.00 |
| 461400 POSTAGE | 1,292.81 | 1,200.00 | 1,600.00 | 1,600.00 | 800.00 |



City of Buffalo
Adopted Budget 2016-2017
General Fund

| | 2014-2015<br>Actual Amount | 2015-2016<br>Adopted<br>Budget | 2015-2016<br>Revised Budget | 2015-2016<br>Year To Date<br>5/23/2016 | 2016-2017<br>Adopted<br>Budget |
|---|---|---|---|---|---|
| **1122 POLICE FLEET MAINTENANCE TOTAL** | **549,960.77** | **616,200.00** | **616,200.00** | **452,587.77** | **738,996.31** |
| **12022001 POLICE FLEET MAINTENANCE PS** | **549,960.77** | **616,200.00** | **616,200.00** | **452,587.77** | **738,996.31** |
| 411001 ANNUAL SALARY | 352,293.37 | 484,822.00 | 484,822.00 | 287,817.87 | 558,135.00 |
| 413001 OVERTIME | 164,617.86 | 100,000.00 | 100,000.00 | 136,346.64 | 150,000.00 |
| 413002 HOLIDAY | 18,256.13 | 15,000.00 | 15,000.00 | 14,173.58 | 15,000.00 |
| 413003 ACTING TIME | 3,087.78 | 3,000.00 | 3,000.00 | 4,049.68 | 3,000.00 |
| 414001 LONGEVITY | 5,795.00 | 6,120.00 | 6,120.00 | 5,860.00 | 7,030.00 |
| 414004 IN LIEU OF SUMMER HOURS | 450.27 | 0.00 | 0.00 | 0.00 | 0.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 620.36 | 518.00 | 518.00 | 0.00 | 591.31 |
| 415002 CLOTHING ALLOWANCE | 1,790.00 | 2,390.00 | 2,390.00 | 1,640.00 | 1,940.00 |
| 415003 TOOL ALLOWANCE | 3,050.00 | 4,350.00 | 4,350.00 | 2,700.00 | 3,300.00 |



City of Buffalo
Adopted Budget 2016-2017
General Fund

| | 2014-2015 Actual Amount | 2015-2016 Adopted Budget | 2015-2016 Revised Budget | 2015-2016 Year To Date 5/23/2016 | 2016-2017 Adopted Budget |
|---|---|---|---|---|---|
| **1123 POLICE BUILDING MAINTENANCE TOTAL** | **387,982.81** | **398,609.00** | **398,609.00** | **333,383.63** | **435,898.00** |
| **12023001 POLICE BUILDING MAINTENANCE PS** | **387,982.81** | **398,609.00** | **398,609.00** | **333,383.63** | **435,898.00** |
| 411001 ANNUAL SALARY | 214,285.18 | 272,144.00 | 272,144.00 | 186,419.38 | 312,108.00 |
| 413001 OVERTIME | 146,762.91 | 100,000.00 | 100,000.00 | 126,966.51 | 100,000.00 |
| 413002 HOLIDAY | 10,996.87 | 9,000.00 | 9,000.00 | 9,561.06 | 9,000.00 |
| 413003 ACTING TIME | 2,030.85 | 2,000.00 | 2,000.00 | 1,293.88 | 2,000.00 |
| 413004 SHIFT DIFFERENTIAL | 3.60 | 0.00 | 0.00 | 7.20 | 0.00 |
| 414001 LONGEVITY | 5,135.00 | 3,965.00 | 3,965.00 | 2,145.00 | 4,290.00 |
| 415001 AUTOMOBILE ALLOWANCE | 7,718.40 | 10,000.00 | 10,000.00 | 5,790.60 | 7,000.00 |
| 415002 CLOTHING ALLOWANCE | 1,050.00 | 1,500.00 | 1,500.00 | 1,200.00 | 1,500.00 |



City of Buffalo
Adopted Budget 2016-2017
General Fund

| | 2014-2015 Actual Amount | 2015-2016 Adopted Budget | 2015-2016 Revised Budget | 2015-2016 Year To Date 5/23/2016 | 2016-2017 Adopted Budget |
|---|---|---|---|---|---|
| **1124 PUBLIC SAFETY POLICE CIVILIANS TOTAL** | **8,988,187.15** | **9,919,359.00** | **9,919,359.00** | **8,032,135.05** | **9,856,820.00** |
| **12024001 PUBL SFTY PLC CIVILN PS** | **8,988,187.15** | **9,919,359.00** | **9,919,359.00** | **8,032,135.05** | **9,856,820.00** |
| 411001 ANNUAL SALARY | 5,927,562.54 | 6,938,089.00 | 6,938,089.00 | 5,400,413.93 | 7,165,360.00 |
| 412001 SEASONAL SALARY | 995,334.08 | 1,153,680.00 | 1,153,680.00 | 789,038.24 | 1,000,000.00 |
| 413001 OVERTIME | 1,582,576.67 | 1,400,000.00 | 1,400,000.00 | 1,451,195.92 | 1,200,000.00 |
| 413002 HOLIDAY | 180,216.63 | 181,000.00 | 181,000.00 | 174,693.72 | 198,000.00 |
| 413004 SHIFT DIFFERENTIAL | 62,285.24 | 44,000.00 | 44,000.00 | 75,286.51 | 86,000.00 |
| 414001 LONGEVITY | 115,852.52 | 121,910.00 | 121,910.00 | 96,273.02 | 122,430.00 |
| 414004 IN LIEU OF SUMMER HOURS | 48,297.33 | 0.00 | 0.00 | 0.00 | 0.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 30,180.54 | 33,430.00 | 33,430.00 | 418.90 | 37,780.00 |
| 414028 VACATION BUYOUT | 0.00 | 0.00 | 0.00 | 1,696.41 | 0.00 |
| 415001 AUTOMOBILE ALLOWANCE | 1,551.60 | 0.00 | 0.00 | 878.40 | 0.00 |
| 415002 CLOTHING ALLOWANCE | 44,330.00 | 47,250.00 | 47,250.00 | 42,240.00 | 47,250.00 |

**DEPARTMENT OF POLICE**
**Division of Patrol Services**
**Division# 20-1105**

## Goals

1. To protect the life and property of the Citizens of Buffalo.
2. To provide an interaction between the Buffalo Police Department and the Community to maintain peace, provide safety and reduce the fear of crime.

## Activities

1. Answer 911 calls for service and handle accordingly
2. Patrol assigned areas checking on the well-being of residents, assisting complainants as well as checking for evidence of unusual and/or illegal activities, or any activities impacting adversely upon police and community relations.
3. Improve clearance rate for all crimes by utilizing the training and equipment provided.
4. Assist citizens, business owners, etc. as required within their designated patrol area.
5. Provide assistance in times of catastrophic events and homeland security incidents.
6. Complete daily activity reports and related paperwork as required.

## Work Program Statistics

|  | Actual 2015-2016 | Projected 2016-2017* | Estimate 2017-2018 |
|---|---|---|---|
| Arrests | 15,327 | 13,282 | 14,000 |
| Traffic Summons Issued | 52,169 | 51,878 | 50,000 |
| Parking Tags Issued | 31,352 | 34,563 | 30,000 |
| 911 Calls for Police Service | 210,984 | 199,939 | 210,000 |
| *Units within Patrol Services include the five (5) Districts, Strike Force, |  |  |  |
| Canine Patrol, Duty Officers and Housing Unit |  |  |  |
| *figures are actual for 2016 calendar year |  |  |  |

**DEPARTMENT OF POLICE**
**Division of Traffic Services**
**Division# 20-1105**

**Goals**

1. To protect the life and property of the citizens of Buffalo through traffic safety operations.

**Activities**

1. Provide routine traffic control throughout the City when necessary and for special events.
2. Investigate all traffic accidents.
3. Enforce speeding ordinances, vehicle and traffic safety laws, and perform routine DWI checks.
4. Participate in educational and enforcement programs to deter drunk driving.
5. Participate in traffic safety programs in the schools, various businesses and civic organizations.
6. Provide police escorts as required.
7. Conduct breathalyzer testing and initiate referrals for blood alcohol testing in arrests involving alcohol and/or drugs.
8. Complete daily activity reports and related paperwork as required.

**Work Program Statistics**

|  | Actual 2015-2016 | Projection 2016-2017 | Estimate 2017-2018 |
|---|---|---|---|
|  |  |  |  |
| Traffic Summons Issued | 297 | 163 | 300 |
| Parking Tags Issued | 274 | 301 | 300 |
| * Units within Traffic Services include Traffic, Accident Investigation Unit, Motorcycle, |  |  |  |
| Hit/Run Squad, Radar, and DWI |  |  |  |
| *2016/2017 figures are actual for calendar year 2016 |  |  |  |



City of Buffalo
Adopted Budget 2017-2018
General Fund

| | 2015-2016 Actual Amount | 2016-2017 Adopted Budget | 2016-2017 Revised Budget | 2016-2017 Year To Date 5/31/2017 | 2017-2018 Adopted Budget |
|---|---|---|---|---|---|
| **1105 PUBLIC SAFETY POLICE TOTAL** | **74,650,474.17** | **77,229,496.32** | **78,517,033.47** | **69,925,461.30** | **78,564,548.50** |
| **12005001 PUB SFTY PLC PS** | **71,653,101.64** | **72,820,067.00** | **72,820,067.00** | **64,353,835.03** | **74,457,438.00** |
| 411000 SALARIES GENERAL GRANTS ONLY | -962,755.45 | 0.00 | 0.00 | 0.00 | 0.00 |
| 411001 ANNUAL SALARY | 50,271,747.48 | 53,782,883.00 | 53,782,883.00 | 44,800,621.85 | 56,601,835.00 |
| 411002 DUTY DISABILITY SALARY | 1,382,639.10 | 0.00 | 0.00 | 1,274,832.04 | 0.00 |
| 413001 OVERTIME | 12,865,411.71 | 11,000,000.00 | 11,000,000.00 | 11,580,661.37 | 9,500,000.00 |
| 413002 HOLIDAY | 1,608,384.66 | 1,679,119.00 | 1,679,119.00 | 1,719,495.66 | 1,804,037.00 |
| 413003 ACTING TIME | 14,409.87 | 40,000.00 | 40,000.00 | 8,435.97 | 70,432.00 |
| 413004 SHIFT DIFFERENTIAL | 81,572.96 | 85,000.00 | 85,000.00 | 67,709.56 | 85,000.00 |
| 413005 COURT TIME | 3,322,288.60 | 3,100,000.00 | 3,100,000.00 | 2,740,654.19 | 3,100,000.00 |
| 413010 FIELD TRAINING OFFICER | 0.00 | 0.00 | 0.00 | 35,947.25 | 0.00 |
| 414001 LONGEVITY | 1,819,167.50 | 1,957,200.00 | 1,957,200.00 | 1,761,925.07 | 2,018,350.00 |
| 414002 EDUCATIONAL INCENTIVE | 251,728.76 | 258,900.00 | 258,900.00 | 243,275.01 | 279,700.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 874,426.17 | 789,465.00 | 789,465.00 | 387.50 | 860,084.00 |
| 415001 AUTOMOBILE ALLOWANCE | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 415002 CLOTHING ALLOWANCE | 108,750.00 | 109,500.00 | 109,500.00 | 104,550.00 | 120,000.00 |
| 415004 DOG ALLOWANCE | 15,324.78 | 18,000.00 | 18,000.00 | 15,339.56 | 18,000.00 |
| **12005003 PUBLIC SFTY PLC UT** | **143,368.96** | **316,876.00** | **151,170.19** | **140,859.88** | **314,036.00** |
| 441004 TELEPHONE | 143,368.96 | 316,876.00 | 151,170.19 | 140,859.88 | 314,036.00 |
| **12005004 PUBLIC SFTY PLC TR** | **15,893.75** | **9,500.00** | **10,327.90** | **10,327.90** | **8,000.00** |
| 458001 TRANSPORTATION | 2,083.72 | 2,500.00 | 2,542.90 | 2,542.90 | 2,500.00 |
| 458002 MEALS & LODGING | 3,612.03 | 3,000.00 | 2,509.50 | 2,509.50 | 2,500.00 |
| 458003 REGISTRATION & MEMBERSHIP FEES | 10,198.00 | 4,000.00 | 5,275.50 | 5,275.50 | 3,000.00 |
| **12005005 PUBLIC SFTY PLC SP** | **903,350.38** | **1,060,802.32** | **1,232,424.46** | **1,200,125.32** | **1,051,346.50** |
| 461001 OFFICE SUPPLIES | 44,216.66 | 15,000.00 | 45,006.00 | 44,991.08 | 36,500.00 |
| 461002 CONTRACT VENDOR SUPPLIES | 130.29 | 0.00 | 0.00 | 0.00 | 0.00 |
| 461005 PHOTO & DRAFTING SUPPLIES | 8,748.29 | 9,000.00 | 7,975.00 | 7,916.14 | 5,000.00 |
| 461006 FURNITURE &EQUIP (NON CAPITAL) | 96,244.11 | 270,526.32 | 161,508.23 | 161,508.23 | 212,530.50 |
| 461007 COMP & SOFTWARE (NON CAPITAL) | 75,708.86 | 61,650.00 | 63,335.99 | 63,335.99 | 65,966.00 |
| 461104 LABORATORY SUPPLIES | 4,859.41 | 4,000.00 | 4,000.00 | 3,894.32 | 4,000.00 |
| 461105 JANITORIAL SUPPLIES | 30,208.18 | 26,000.00 | 29,431.00 | 29,343.85 | 26,000.00 |
| 461201 CLOTHING & UNIFORMS | 454,257.32 | 500,595.00 | 748,226.75 | 722,446.81 | 541,200.00 |
| 461202 TOOLS | 483.58 | 200.00 | 200.00 | 117.22 | 200.00 |
| 461300 MEDICAL & VETERINARY SUPPLIES | 107.90 | 4,200.00 | 752.00 | 591.55 | 2,870.00 |



City of Buffalo
Adopted Budget 2017-2018
General Fund

| | 2015-2016<br>Actual Amount | 2016-2017<br>Adopted<br>Budget | 2016-2017<br>Revised Budget | 2016-2017<br>Year To Date<br>5/31/2017 | 2017-2018<br>Adopted<br>Budget |
|---|---|---|---|---|---|
| **1122 POLICE FLEET MAINTENANCE TOTAL** | **530,078.31** | **738,996.31** | **738,996.31** | **554,065.44** | **662,239.00** |
| **12022001 POLICE FLEET MAINTENANCE PS** | **530,078.31** | **738,996.31** | **738,996.31** | **554,065.44** | **662,239.00** |
| 411001 ANNUAL SALARY | 337,346.17 | 558,135.00 | 558,135.00 | 385,214.17 | 474,419.00 |
| 413001 OVERTIME | 160,166.84 | 150,000.00 | 150,000.00 | 131,432.07 | 150,000.00 |
| 413002 HOLIDAY | 16,730.45 | 15,000.00 | 15,000.00 | 19,961.70 | 18,000.00 |
| 413003 ACTING TIME | 4,783.54 | 3,000.00 | 3,000.00 | 4,467.50 | 4,000.00 |
| 414001 LONGEVITY | 6,120.00 | 7,030.00 | 7,030.00 | 8,150.00 | 8,475.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 591.31 | 591.31 | 591.31 | 0.00 | 605.00 |
| 415002 CLOTHING ALLOWANCE | 1,640.00 | 1,940.00 | 1,940.00 | 1,790.00 | 2,390.00 |
| 415003 TOOL ALLOWANCE | 2,700.00 | 3,300.00 | 3,300.00 | 3,050.00 | 4,350.00 |



City of Buffalo
Adopted Budget 2017-2018
General Fund

| | 2015-2016 Actual Amount | 2016-2017 Adopted Budget | 2016-2017 Revised Budget | 2016-2017 Year To Date 5/31/2017 | 2017-2018 Adopted Budget |
|---|---|---|---|---|---|
| **1123 POLICE BUILDING MAINTENANCE TOTAL** | **386,572.57** | **435,898.00** | **435,898.00** | **360,754.62** | **414,217.00** |
| **12023001 POLICE BUILDING MAINTENANCE PS** | **386,572.57** | **435,898.00** | **435,898.00** | **360,754.62** | **414,217.00** |
| 411001 ANNUAL SALARY | 215,329.53 | 312,108.00 | 312,108.00 | 226,326.34 | 285,017.00 |
| 413001 OVERTIME | 147,078.25 | 100,000.00 | 100,000.00 | 110,232.47 | 100,000.00 |
| 413002 HOLIDAY | 11,080.26 | 9,000.00 | 9,000.00 | 12,716.14 | 11,000.00 |
| 413003 ACTING TIME | 1,459.49 | 2,000.00 | 2,000.00 | 765.91 | 2,000.00 |
| 413004 SHIFT DIFFERENTIAL | 42.24 | 0.00 | 0.00 | 311.96 | 0.00 |
| 414001 LONGEVITY | 3,055.00 | 4,290.00 | 4,290.00 | 3,800.00 | 6,700.00 |
| 415001 AUTOMOBILE ALLOWANCE | 7,327.80 | 7,000.00 | 7,000.00 | 5,401.80 | 8,000.00 |
| 415002 CLOTHING ALLOWANCE | 1,200.00 | 1,500.00 | 1,500.00 | 1,200.00 | 1,500.00 |



City of Buffalo
Adopted Budget 2017-2018
General Fund

| | 2015-2016 Actual Amount | 2016-2017 Adopted Budget | 2016-2017 Revised Budget | 2016-2017 Year To Date 5/31/2017 | 2017-2018 Adopted Budget |
|---|---|---|---|---|---|
| **1124 PUBLIC SAFETY POLICE CIVILIANS TOTAL** | **9,473,012.65** | **9,856,820.00** | **9,824,820.00** | **8,555,937.18** | **9,821,479.00** |
| **12024001 PUBL SFTY PLC CIVILN PS** | **9,473,012.65** | **9,856,820.00** | **9,824,820.00** | **8,555,937.18** | **9,821,479.00** |
| 411001 ANNUAL SALARY | 6,339,872.22 | 7,165,360.00 | 7,165,360.00 | 5,811,057.85 | 6,975,050.00 |
| 412001 SEASONAL SALARY | 947,689.10 | 1,000,000.00 | 968,000.00 | 774,934.30 | 1,096,954.00 |
| 413001 OVERTIME | 1,707,320.02 | 1,200,000.00 | 1,200,000.00 | 1,531,833.90 | 1,200,000.00 |
| 413002 HOLIDAY | 199,713.68 | 198,000.00 | 198,000.00 | 198,492.04 | 230,000.00 |
| 413004 SHIFT DIFFERENTIAL | 89,225.18 | 86,000.00 | 86,000.00 | 92,203.69 | 102,000.00 |
| 414001 LONGEVITY | 112,148.02 | 122,430.00 | 122,430.00 | 98,647.78 | 130,375.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 29,360.22 | 37,780.00 | 37,780.00 | 197.10 | 40,100.00 |
| 414028 VACATION BUYOUT | 1,696.41 | 0.00 | 0.00 | 4,622.92 | 0.00 |
| 415001 AUTOMOBILE ALLOWANCE | 1,072.80 | 0.00 | 0.00 | 777.60 | 0.00 |
| 415002 CLOTHING ALLOWANCE | 44,915.00 | 47,250.00 | 47,250.00 | 42,470.00 | 47,000.00 |
| 415003 TOOL ALLOWANCE | 0.00 | 0.00 | 0.00 | 700.00 | 0.00 |

**Division of Patrol Services**
**Division #20-1105**

## Goals

1. To protect the life and property of the Citizens of Buffalo.
2. To provide an interaction between the Buffalo Police Department and the Community to maintain peace, provide safety and reduce the fear of crime.

## Activities

1. Answer 911 calls for service and handle accordingly
2. Patrol assigned areas checking on the well-being of residents, assisting complainants as well as checking for evidence of unusual and/or illegal activities, or any activities impacting adversely upon police and community relations.
3. Improve clearance rate for all crimes by utilizing the training and equipment provided.
4. Assist citizens, business owners, etc. as required within their designated patrol area.
5. Provide assistance in times of catastrophic events and homeland security incidents.
6. Complete daily activity reports and related paperwork as required.

## Work Program Statistics

|  | Actual 2016-2017 | Projection 2017-2018 | Estimate 2018-2019 |
|---|---|---|---|
|  |  |  |  |
| Arrests | 13,282 | 12,743 | 13,000 |
| Traffic Summons Issued | 51,878 | 56,897 | 50,000 |
| Parking Tags Issued | 34,563 | 24,700 | 30,000 |
| 911 Calls for Police Service | 199,939 | 197,614 | 200,000 |
| *Units within Patrol Services include the five (5) Districts, School Resource |  |  |  |
| Canine Patrol, Duty Officers and Housing Unit |  |  |  |
| *figures are actual for 2016 and 2017 calendar year |  |  |  |

**Division of Traffic Services**
**Division # 20-1105**

## Goals

1. To protect the life and property of the citizens of Buffalo through traffic safety operations.

## Activities

1. Provide routine traffic control throughout the City when necessary and for special events.
2. Investigate all traffic accidents.
3. Enforce speeding ordinances, vehicle and traffic safety laws, and perform routine DWI checks.
4. Participate in educational and enforcement programs to deter drunk driving.
5. Participate in traffic safety programs in the schools, various businesses and civic organizations.
6. Provide police escorts as required.
7. Conduct breathalyzer testing and initiate referrals for blood alcohol testing in arrests involving alcohol and/or drugs.
8. Complete daily activity reports and related paperwork as required.

## Work Program Statistics

| | Actual 2016-2017 | Projection 2017-2018 | Estimate 2018-2019 |
|---|---|---|---|
| Traffic Summons Issued | 163 | 234 | 300 |
| Parking Tags Issued | 301 | 295 | 300 |
| * Units within Traffic Services include Traffic, Accident Investigation Unit, Motorcycle, Hit/Run Squad, Radar, DWI, and Truck Squad | | | |
| *2017/2018 figures are actual for calendar year 2017 | | | |

City of Buffalo
Adopted Budget 2018-2019
General Fund

| | 2016-2017 Actual Amount | 2017-2018 Adopted Budget | 2017-2018 Revised Budget | 2017-2018 Year To Date 6/7/2018 | 2018-2019 Adopted Budget |
|---|---|---|---|---|---|
| **1105 PUBLIC SAFETY POLICE TOTAL** | **81,093,342.91** | **78,564,548.50** | **78,692,277.78** | **71,280,076.68** | **79,790,263.04** |
| **12005001 PUB SFTY PLC PS** | **75,603,235.84** | **74,457,438.00** | **74,457,438.00** | **67,332,319.17** | **75,304,459.00** |
| 411000 SALARIES GENERAL GRANTS ONLY | -856,086.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| 411001 ANNUAL SALARY | 53,086,357.36 | 56,601,835.00 | 56,601,835.00 | 49,131,695.52 | 59,389,788.00 |
| 411002 DUTY DISABILITY SALARY | 1,540,842.07 | 0.00 | 0.00 | 1,372,261.29 | 0.00 |
| 412002 HOURLY SALARY | 0.00 | 0.00 | 0.00 | 102.29 | 0.00 |
| 413001 OVERTIME | 13,666,454.03 | 9,500,000.00 | 9,500,000.00 | 9,748,699.76 | 7,500,000.00 |
| 413002 HOLIDAY | 1,726,301.82 | 1,804,037.00 | 1,804,037.00 | 1,785,354.14 | 1,845,989.00 |
| 413003 ACTING TIME | 8,497.90 | 70,432.00 | 70,432.00 | 84.16 | 0.00 |
| 413004 SHIFT DIFFERENTIAL | 81,187.66 | 85,000.00 | 85,000.00 | 74,627.30 | 80,000.00 |
| 413005 COURT TIME | 3,225,726.14 | 3,100,000.00 | 3,100,000.00 | 2,789,577.43 | 3,050,000.00 |
| 413010 FIELD TRAINING OFFICER | 74,833.88 | 0.00 | 0.00 | 104,838.14 | 115,200.00 |
| 414001 LONGEVITY | 1,906,052.09 | 2,018,350.00 | 2,018,350.00 | 1,904,899.26 | 2,037,360.00 |
| 414002 EDUCATIONAL INCENTIVE | 243,275.01 | 279,700.00 | 279,700.00 | 273,246.03 | 293,800.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 777,145.81 | 860,084.00 | 860,084.00 | 13,884.18 | 851,322.00 |
| 415002 CLOTHING ALLOWANCE | 104,550.00 | 120,000.00 | 120,000.00 | 118,050.00 | 120,000.00 |
| 415004 DOG ALLOWANCE | 18,098.12 | 18,000.00 | 18,000.00 | 14,999.67 | 21,000.00 |
| **12005003 PUBLIC SFTY PLC UT** | **143,881.32** | **314,036.00** | **192,303.76** | **191,658.36** | **197,656.00** |
| 441004 TELEPHONE | 143,881.32 | 314,036.00 | 192,303.76 | 191,658.36 | 197,656.00 |
| **12005004 PUBLIC SFTY PLC TR** | **10,959.19** | **8,000.00** | **9,277.46** | **8,999.82** | **7,450.00** |
| 458001 TRANSPORTATION | 2,542.90 | 2,500.00 | 1,897.74 | 1,897.74 | 2,225.00 |
| 458002 MEALS & LODGING | 2,515.79 | 2,500.00 | 1,712.22 | 1,684.58 | 2,225.00 |
| 458003 REGISTRATION & MEMBERSHIP FEES | 5,900.50 | 3,000.00 | 5,667.50 | 5,417.50 | 3,000.00 |
| **12005005 PUBLIC SFTY PLC SP** | **1,212,736.28** | **1,051,346.50** | **1,052,789.25** | **1,029,179.60** | **1,293,162.04** |
| 461001 OFFICE SUPPLIES | 44,974.02 | 36,500.00 | 43,750.00 | 43,121.76 | 38,000.00 |
| 461005 PHOTO & DRAFTING SUPPLIES | 7,916.14 | 5,000.00 | 8,100.00 | 7,891.40 | 8,000.00 |
| 461006 FURNITURE &EQUIP (NON CAPITAL) | 160,554.23 | 212,530.50 | 48,386.42 | 48,109.15 | 270,616.04 |
| 461007 COMP & SOFTWARE (NON CAPITAL) | 63,335.99 | 65,966.00 | 65,966.00 | 64,819.29 | 142,976.00 |
| 461104 LABORATORY SUPPLIES | 3,894.32 | 4,000.00 | 4,000.00 | 3,396.28 | 4,000.00 |
| 461105 JANITORIAL SUPPLIES | 29,286.60 | 26,000.00 | 27,530.00 | 27,521.08 | 28,000.00 |
| 461201 CLOTHING & UNIFORMS | 736,757.69 | 541,200.00 | 679,395.15 | 677,349.23 | 619,760.00 |
| 461202 TOOLS | 117.22 | 200.00 | 200.00 | 200.00 | 200.00 |
| 461300 MEDICAL & VETERINARY SUPPLIES | 591.55 | 2,870.00 | 870.00 | 698.55 | 2,870.00 |
| 461400 POSTAGE | 982.51 | 400.00 | 900.00 | 884.07 | 600.00 |

City of Buffalo
Adopted Budget 2018-2019
General Fund

| | 2016-2017 Actual Amount | 2017-2018 Adopted Budget | 2017-2018 Revised Budget | 2017-2018 Year To Date 6/7/2018 | 2018-2019 Adopted Budget |
|---|---|---|---|---|---|
| **1122 POLICE FLEET MAINTENANCE TOTAL** | **640,989.86** | **662,239.00** | **662,239.00** | **528,091.77** | **740,924.00** |
| **12022001 POLICE FLEET MAINTENANCE PS** | **640,989.86** | **662,239.00** | **662,239.00** | **528,091.77** | **740,924.00** |
| 411001 ANNUAL SALARY | 451,212.04 | 474,419.00 | 474,419.00 | 419,257.68 | 571,491.00 |
| 413001 OVERTIME | 149,615.98 | 150,000.00 | 150,000.00 | 79,807.34 | 130,000.00 |
| 413002 HOLIDAY | 21,795.10 | 18,000.00 | 18,000.00 | 14,156.75 | 20,000.00 |
| 413003 ACTING TIME | 4,982.54 | 4,000.00 | 4,000.00 | 1,951.57 | 4,000.00 |
| 413004 SHIFT DIFFERENTIAL | 0.00 | 0.00 | 0.00 | 44.00 | 0.00 |
| 414001 LONGEVITY | 8,150.00 | 8,475.00 | 8,475.00 | 7,025.00 | 8,075.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 394.20 | 605.00 | 605.00 | 9.43 | 618.00 |
| 415002 CLOTHING ALLOWANCE | 1,790.00 | 2,390.00 | 2,390.00 | 2,090.00 | 2,390.00 |
| 415003 TOOL ALLOWANCE | 3,050.00 | 4,350.00 | 4,350.00 | 3,750.00 | 4,350.00 |

City of Buffalo
Adopted Budget 2018-2019
General Fund

| | 2016-2017 Actual Amount | 2017-2018 Adopted Budget | 2017-2018 Revised Budget | 2017-2018 Year To Date 6/7/2018 | 2018-2019 Adopted Budget |
|---|---|---|---|---|---|
| **1123 POLICE BUILDING MAINTENANCE TOTAL** | **423,458.08** | **414,217.00** | **414,217.00** | **343,851.74** | **386,838.00** |
| **12023001 POLICE BUILDING MAINTENANCE PS** | **423,458.08** | **414,217.00** | **414,217.00** | **343,851.74** | **386,838.00** |
| 411001 ANNUAL SALARY | 272,272.07 | 285,017.00 | 285,017.00 | 261,028.07 | 287,613.00 |
| 413001 OVERTIME | 123,501.51 | 100,000.00 | 100,000.00 | 64,155.33 | 75,000.00 |
| 413002 HOLIDAY | 13,409.69 | 11,000.00 | 11,000.00 | 8,244.66 | 11,000.00 |
| 413003 ACTING TIME | 966.25 | 2,000.00 | 2,000.00 | 1,228.76 | 1,000.00 |
| 413004 SHIFT DIFFERENTIAL | 320.76 | 0.00 | 0.00 | 88.00 | 0.00 |
| 414001 LONGEVITY | 5,900.00 | 6,700.00 | 6,700.00 | 4,804.92 | 5,725.00 |
| 415001 AUTOMOBILE ALLOWANCE | 5,887.80 | 8,000.00 | 8,000.00 | 2,952.00 | 5,000.00 |
| 415002 CLOTHING ALLOWANCE | 1,200.00 | 1,500.00 | 1,500.00 | 1,350.00 | 1,500.00 |

City of Buffalo
Adopted Budget 2018-2019
General Fund

| | 2016-2017 Actual Amount | 2017-2018 Adopted Budget | 2017-2018 Revised Budget | 2017-2018 Year To Date 6/7/2018 | 2018-2019 Adopted Budget |
|---|---|---|---|---|---|
| **1124 PUBLIC SAFETY POLICE CIVILIANS TOTAL** | **10,080,295.90** | **9,821,479.00** | **9,821,479.00** | **8,871,066.90** | **10,437,842.00** |
| **12024001 PUBL SFTY PLC CIVILN PS** | **10,080,295.90** | **9,821,479.00** | **9,821,479.00** | **8,871,066.90** | **10,437,842.00** |
| 411001 ANNUAL SALARY | 6,854,620.01 | 6,975,050.00 | 6,975,050.00 | 6,040,808.94 | 7,510,917.00 |
| 412001 SEASONAL SALARY | 933,424.54 | 1,096,954.00 | 1,096,954.00 | 767,690.83 | 1,000,000.00 |
| 413001 OVERTIME | 1,768,366.28 | 1,200,000.00 | 1,200,000.00 | 1,612,419.09 | 1,400,000.00 |
| 413002 HOLIDAY | 215,101.01 | 230,000.00 | 230,000.00 | 204,766.79 | 218,000.00 |
| 413003 ACTING TIME | 0.00 | 0.00 | 0.00 | 939.82 | 0.00 |
| 413004 SHIFT DIFFERENTIAL | 109,223.79 | 102,000.00 | 102,000.00 | 92,404.75 | 106,000.00 |
| 414001 LONGEVITY | 120,917.29 | 130,375.00 | 130,375.00 | 105,352.81 | 120,325.00 |
| 414007 PERFECT ATTENDANCE INCENTIVE | 27,453.46 | 40,100.00 | 40,100.00 | 1,147.92 | 35,600.00 |
| 414028 VACATION BUYOUT | 4,622.92 | 0.00 | 0.00 | 4,376.95 | 0.00 |
| 415001 AUTOMOBILE ALLOWANCE | 921.60 | 0.00 | 0.00 | 459.00 | 0.00 |
| 415002 CLOTHING ALLOWANCE | 44,945.00 | 47,000.00 | 47,000.00 | 40,700.00 | 47,000.00 |
| 415003 TOOL ALLOWANCE | 700.00 | 0.00 | 0.00 | 0.00 | 0.00 |