# EXHIBIT 277

# BUFFALO POLICE DEPARTMENT
# HOUSING STATISTICS REPORT

Attn:   Daniel Derenda, Police Commissioner
        Byron Lockwood, Deputy Commissioner
        Kevin Brinkworth, Housing Chief

Prepared By: Philip M Serafini

Date Prepared: 08/03/2015

Report Dates: 07/01/2015 to 07/31/2015

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 20 | Felony | 19 |
| Misdemeanor | 82 | Misdemeanor | 80 |
| Violation | 7 | Violation | 7 |
| Traffic Misdemeanor | 143 | Traffic Misdemeanor | 140 |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 838 | Traffic Infraction | 838 |
| Parking Tags | 53 | Parking Tags | 50 |
| City Ordinance | 9 | City Ordinance | 9 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| 4 | | 4 | |

Special concerns addressed/individuals contacted:
In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 65 vehices were impounded, 63 of which were from in and around BMHA properties. The vehicles were impounded for a number of various reasons including but not limited to the following: suspended license/ registration, DWI, narcotics posession, driver subject of a warrant, and weapons possession.
The Buffalo police Housing Unit did also seize a total of $568.00 from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to arrest and by following the United States Government guidlines for asset forfeiture.
During this reporting period newly transferred Captain Philip Serafini did meet briefly with BMHA Counsel

PLAINTIFFS_GENERIC-00000452

David Rodriguez and Director Dawn Sanders-Garrett. Captain Serafini did also attend a community meeting along with CPO Wiliam Macey on July 6th at the Kenfield/ Langfield Projects. At this meeting Captain Serafini met BMHA security person Paul Kihl and they discussed some of the Housing Projects crime issues.

The following are a daily list of some of the actions performed by the Buffalo Police Housing Unit:

Please note that for the entire month of July the Buffalo Police Housing Unit has been predominately assigned to the Kenfield/Langfield and Schaeffer Village Projects.

7/1/15- received information of large amount of drug activity at ███████████████ between the ███████████. Also received info that ███████████ hangs at ███████████ and keeps 2 guns in his room. Officers made 6 narcotics arrests.

7/2/15- officers recovered a .380 handgun and made an arrest for narcotics.

7/3/15- officers assisted the DA's office with locating and arresting 2 out of 3 persons wanted on material witness warrants relating to several gun cases.

7/4/15- Fourth of July. Busy night with our officers assisting on many calls for service and also making 2 narcotics arrest and recovering a sawed off shotgun. Additionally, 1 arrest in Schaeffer Village for felony aggravated unlicensed operation and 2 felony arrest warrants.

7/5/15-officers continued to focus on ███████████████████ issuing 23 traffic summonses.

7/6/15- Captain Serafini and CPO William Macy attended Community meeting at Kenfield/ Langfield Projects. Received input from residents and advised them concerning certain departmental procedures.

7/7/15- conducted a traffic checkpoint in ███████████ and issude 52 traffic summonses. An officer was injured (broken hand) while arresting a violent suspect.

7/8/15- officers branched out to Donovan Drive, Lasalle, Jasper Parish and Douglas Towers Housing Projects as well as the Perry Projects. Officers assisted the Strike Force and were involved in a foot chase and recovered a gun at Gennessee and May.

7/9/15-officers patrolled Schaeffer and Langfield and we employed a roamer car to the big six projects. 7 arrests were made, all for narcotics. 2 vehicles were impounded and 25 traffic summonses issued.

7/10/15- officers assisted Strike Force with the recovery of 2 handguns and 1 assault rifle from 2 different locations, with several arrests. CPO Macy attended meeting at AD Price Homes and addressed several issues including drug dealing, stealing utilities, and trespassing.

7/11/15- officers assisted C District with shutting down a party at Broadway/ Reed at the request of "C"

PLAINTIFFS_GENERIC-00000453

District Chief Young. Also assisted on shots fired calls at Jefferson/ Swan. Impounded 3 vehicles.

7/12/15- while delivering flyers for an upcoming tenant meeting, the windshield of H440's vehicle was shot out by unknown person using BB's or pellets. Vehicle was parked in front of Msgr. Geary Housing apartments. Officers canvassed area to locate possible witnesses and/or shooter, but to no avail. Captain and Chief were notified. We will attempt to contact BMHA for possible camera footage of incident.

7/13/15- officers followed up with Paul Kihl from BMHA regarding police vehicle windshield being shot out the previous day. Paul is attempting to pull video from time period of incident. Assisted with several calls in D District regarding reckless motorcycle and ATV drivers.

7/14/15- continuing the concentrated presence in ███████████████, officers conducted several suspicious person stops and traffic stops. Three arrests were made for narcotics possession.

7/15/15- officers assisted BPD Narcotics squad with search warrant at █████████ 3 shotguns and 208 bundles of Herion were confiscated. Housing officers also had a narcotics arrest in Schaeffer Village based on a information received from a previous arrest.

7/16/15-officers made 4 misdemeanor arrests for narcotics in Langfield. Additionally had 1 felony arrest, 2 impounds, and 44 traffic summonses issued.

7/17/15- officers patrolled Schaeffer Village predominately and also assisted with the Italian Festival on Hertel Ave. Several members of various gangs from all over the city were spotted at Festival. Gand member ███████ was seen after his recent release from jail.

7/18/15- officers continued strong presence in Schaeffer Village due to Italian Festival on Hertel Ave. Additionally officers patrolled Jasper Parish. Arrested was an individual for DWI who submitted to and registered a .24% blood alcohol content. 32 summonses issued.

7/19/15- all Housing cars remained in Kenfield/ Langfield for the entire tour due to credible threats of a planned shooting in that area. No violence was reported .

7/20/15- H420 remained in Kenfield/ Langfield due to previous days threats of a shooting. The other Housing cars conducted a traffic checkpoint in ███████████, resulting in 2 arrests, 24 traffic summonses issued and 2 impounds.

7/21/15- officers did impound a motorcycle in the rear of Schaeffer Village in response tho residents complaints of reckless operation. Unfortunately suspect feld on the back of another motorcycle, but he won't be getting his bike back.  8 arrests were made. Housing officers also assisted Strike Force on a foot chase from Box St.

7/22/15- CPO Macy attended the all tenant council meeting at BPD headquarters. The meeting agenda covered numerous issues that pertain to BMHA residents. Schaeffer Village hosted a "stop the violence" cookout where all Housing officers attended and showed a security presence as well as community relations

PLAINTIFFS_GENERIC-00000454

and information gathering. Three arrests were made.

7/23/15- information developed from a BMHA employee that ████████████████ a Housing property) is dealing a large amount of Herion. One impound, 3 arrests and 44 Traffic summonses were issued.

7/24/15- Quit tour for Housing officers as we had only one car on patrol which alternated their patrol between Langfield and Schaeffer Village.

7/25/15- enough officers to expand patrols to AD Price, Msgr Geary and 245 Elmwood. Officers also conducted the Park and Walk in these three Housing properties.

7/26/15- CPO Macy attended BMHA tenant council meeting in Schaeffer Village prior to his tour. Officers conducted traffic checkpoint in████████. Six impounds, 70 traffic summons issued and three arrests.

7/27/15- Quiet tour with normal patrols in Kenfield/Langfield and Schaeffer Village Housing Projects. Emphasis was on V & T and quality of life issues. Three arrests were made. CPO Macy addressed some eviction concerns.

7/28/15- officers assisted in the Perry projects where Mayor Brown. Police representatives and BMHA representatives were conducting a walk through. Conducted a traffic checkpoint in the████████ and assisted District cars with several violent shots fired calls. H420 recovered a loaded .380 semi automatic.

7/29/15- officers received information from a CI about a drug deal at ████████████. Three arrests were made due to this information. Housing officers recovered a gun outside of 367 Langfield. Also assisted E District with shooting in Central Park.

7/30/15- officers conducted routine patrol in Housing property with focus on Langfield and Schaeffer Village. Two arrests were made and 37 traffic summonses were issued.

7/31/15- officers assisted BPD Narcotics squad in Perry Housing Projects, and then focused on Langfield due to threats of violence from previous tour.

PLAINTIFFS_GENERIC-00000455

* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000456

0005

**BUFFALO POLICE DEPARTMENT**
**HOUSING STATISTICS REPORT**

Attn:      Daniel Derenda, Police Commissioner
           Byron Lockwood, Deputy Commissioner
           Kevin Brinkworth, Housing Chief

Prepared By: Philip M Serafini

Date Prepared: 08/31/2015

Report Dates: 08/01/2015 to 08/31/2015

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 18 | Felony | 18 |
| Misdemeanor | 63 | Misdemeanor | 63 |
| Violation | 1 | Violation | 1 |
| Traffic Misdemeanor | 143 | Traffic Misdemeanor | 143 |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 997 | Traffic Infraction | 997 |
| Parking Tags | 90 | Parking Tags | 90 |
| City Ordinance | 8 | City Ordinance | 8 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| 2 | | 2 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 67 vehicles were impounded, 67 of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $390.00 from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to arrest and

PLAINTIFFS_GENERIC-00000457

by following the United States Government guidelines for asset forfeiture.

The following are a daily list of some of the actions performed by the Buffalo Police Housing Unit:

Please note that for the entire month of August, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

8-1-15- Housing officer was injured as a result of pursuing wanted suspects from Langfield area. Officer suffered a broken nose and facial injuries. Three arrests were made as a result; assault on a Police Officer, Robbery and drug possession. Officers also issued 43 traffic summonses.

8-2-15- Quite tour of duty. Arrested Langfield man for two outstanding warrants.

8-3-15- Housing cars assisted NYS Parole officers with apprehending wanted man in Shaffer Village. CPO Macey attended to Community Police matters and made a Robbery arrest in Langfield. A narcotics arrest was also made in Langfield area.

8-4-15- This was National Night Out. A large event was held in the Kenfield/ Langfield area. Housing officers, Lieutenants, the Captain and Chief Brinkworth attended. We also ran bike patrols in the Langfield area prior to the start of our regular tour of duty. During and after the National Night Out events concluded we continued to patrol the BMHA properties.

8-5-15- We ran a detail in the Ferry/ Grider Housing area and assisted the Mayor and his administration with a walk through of this location. We also recieved follow up information regarding an Arson suspect wanted in the Jasper Parish Donovan Drive area. Arrest was made for attempted Arson in Donovan Drive. Two other arrests were made including trespass in Shaffer Village and false impersonation in Langfield.

8-6-15- This was full platoon day and with the extra manpower we patrolled all of the major BMHA properties in C, D and E Districts. Housing officers also assisted with a large warehouse fire near Shaffer Village. Officers made 5 arrests including two for narcotics, and issued 51 traffic summonses.

8-7-15- Housing continued to focus on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ locations. Officers also assisted Strike Force officers with a gun arrest at ▮▮▮▮▮▮. We also sent officers to patrol Donovan Drive and other BMHA properties. Two arrests were made and three vehicles were impounded.

8-8-15- We assisted District cars on calls in and around BMHA properties. We also followed up on resident complaints from the BMHA Tip Line. Towards the end of the tour we conducted walk ups of the Perry high rises. We made 2 warrant arrests.

8-9-15-We had extra manpower today so we focused the extra officers on the Donovan Drive, Douglas Towers and Perry properties. Officers ended up making 4 arrests and issuing 31 traffic summonses.

8-10-15- Rain all night slowed offciers activity. CPO Craig Macey attended two BMHA meetings, discussing and answering residents questions, problems and concerns. Officers made one arrest for narcotics in Langfield and two arrests for Unauthorized Use of Motor Vehicle.

PLAINTIFFS_GENERIC-00000458

8-11-15- We experienced a power outage tonight so a Housing report was not sent. Officers continued to patrol BMHA properties and issued 40 traffic summonses including six misdemeanor vehicle and traffic summonses.

8-12-15- Officers walked through high rise at Msgr. Geary and found suspects smoking crack cocaine. They advised a drunk man on the 8th floor of High rise. Officers also walked through Stuyvesant and patrolled Marine Drive and Sedita properties.

8-13-15- Very slow tour. Patrols were confined to Shaffer Village and Kenfield/ Langfield areas. Officers Developed information for CPO Macy involving an eviction and assisted on numerous calls within the BMHA properties.

8-14-15- BMHA officers issued 40 traffic summonse and made arrest for criminal use of public benefit card, 2nd degree.

8-15-15- BMHA officers assisted Strike Force officers in the McCarley Garden private housing unit. Officers made four arrests and recovered a gun after a foot chase.

8-16-15- Officers patrolled BMHA properties and made four arrests, had two impounds, and issued 32 traffic summonses. One arrest was for possession of Herion and Marihuana.

8-17-15- After two people were shot in the Perry Projects early Sunday morning after our shift ended, officers concentrated their efforts there. Suspect did run into house in Perry's and slammed door on BMHA officer injuring him. Suspect was arrested and we think he had a gun and ran into house to hand it off to another person. Seven arrests were made during this tour, one being a felony.

8-18-15- Multiple shootings occurred in B, D, and E Districts this evening so our officers strayed from their posts and assisted them. Four arrests were made. CPO Macey attended to CPO duties.

8-19-15- H450 assisted with overdose in Lakeview Pojects at Lakeview and Tauriello St.'s. H410 attended a BMHA Council vote in the Perry Projects due to threats of voter intimidation. 37 traffic summonses were issued.

8-20-15- H410 attended a tenant council meeting in Langfield. The second half of tour we received information from several sources regarding a man with a gun in Shaffer Village and investigated. H430 identified the suspect and H410 worked with Buffalo Police Detective Earl Perrin for a future search warrant. BMHA officers remained parked in the Shaffer Village area due to the shooting threats.

8-21-15- We participated in a "clean sweep" of the Langfield property prior to the start of our regular tour of duty. Two car crews were assigned to the Fredrick Douglas Towers for a large block party that was attended by DPC Lockwood. Captain Serafini and Lt. Russo also stopped by block party and mingled with tenants. H411 recovered a gun from suspect in Shaffer Village and turned suspect over to narcotics detective for future intelligence gathering.

PLAINTIFFS_GENERIC-00000459

8-22-15- Housing officers assisted with a stabbing in Jasper Parish at 160 Lawn St. Officers also assisted D District officers with reviewing the video of the minutes before and after the fight and assault. Officers also covered on stabbing call in Langfield area and made an arrest. Officers also assisted Strike Force with a foot chase and recovered a gun in the Perry Projects.

8-23-15- Officer assisted with a missing 6 year old from California St. H430 did find the child in a house a few blocks away. A traffic stop did result in some intelligence information regarding a drug house with loaded firearms. BMHA officers contacted Buffalo Police Intelligence Detective Earl Perrin and were working with him on securing a search warrant.

8-24-15- Patrolled Shaffer and Langfield areas and assisted with another missing child, a 10 year old missing from ▇▇▇▇▇▇▇ Officers made one arrest for Herion, served a material witness warrant, and assisted Intelligence Detectives with obtaining a search warrant for ▇▇▇▇▇▇▇ is believed to contain drugs and handguns.

8-25-15- Slow night. We had very limited manpower and remained predominately in the aforementioned areas. At the start of the tour we conducted a traffic checkpoint in the Shaffer Village area. BMHA officer Hassett was assigned to our BMHA cameras and monitored the locations throughout the tour. H420 made an arrest and recovered a .45 loaded handgun in Langfield. BMHA officer ▇▇▇ was injured while making this arrest and was treated and released from ECMC.

8-26-15- Prior to this tour 2 housing officers assisted with FBI raids in the early morning hours. With limited manpower yet again we remained in the Langfield area due to this tours and the previous tours violent activity and gun calls. We also assisted E District officers on calls including 2 more gun calls in the projects resulting in 2 arrests.

8-27-15- CPO Macey patrolled through the Perry, Stuyvesant, Shaffer, Ferry Grider and Jasper Projects. Other BMHA officers continued to focus on the ▇▇▇▇▇▇▇▇▇▇▇ locations. Officers wrote 10 tags, 25 traffic summonses and had 1 felony arrest.

8-28-15- In additon to our normal patrols we assisted at an overnight youth function in the Langfield Projects. We also assisted D District officers on gun calls, and CPO Macey addressed a couple of BMHA eviction issues.

8-29-15- Officers were detailed to Perry Days event before and during our regular tour. Assisted B District with a double shooting at Hickory and South Division St.'s, which is adjacent to Douglas Towers. Provided added police presence after shooting to assist with crowd control and to deter further violence. Checked suspicious activity on BMHA property and dispersed persons loitering, drinking and gambling.

8-30-15- Quiet night with minimal manpower but BMHA offciers still managed to issue 18 traffic summonses and make three arrests.

8-31-15- BMHA officers did continue to focus on ▇▇▇▇▇▇▇ and the surrounding area and ▇▇▇▇ ▇▇▇▇ areas. Officers covered in on shots fired call in Jasper Parish and assisted D District with a welfare check on Deardorn Ave. Four separate arrests were made for drug possession and V & T law

PLAINTIFFS_GENERIC-00000460

violations.

\* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within
one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000461

**BUFFALO POLICE DEPARTMENT**
**HOUSING STATISTICS REPORT**

Attn:      Daniel Derenda, Police Commissioner
            Byron Lockwood, Deputy Commissioner
            Kevin Brinkworth, Housing Chief

Prepared By: Philip M Serafini

Date Prepared: 10/01/2015

Report Dates: 09/01/2015 to 09/30/2015

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 15 | Felony | 13 |
| Misdemeanor | 67 | Misdemeanor | 65 |
| Violation | 11 | Violation | 11 |
| Traffic Misdemeanor | 171 | Traffic Misdemeanor | 168 |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 1035 | Traffic Infraction | 1024 |
| Parking Tags | 90 | Parking Tags | 88 |
| City Ordinance | 22 | City Ordinance | 22 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| 1 | | 1 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 60 vehicles were impounded, 58 of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $3,735.00 from in and around the BMHA

PLAINTIFFS_GENERIC-00000462

properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to arrest and by following the United States Government guidelines for asset forfeiture.

The following are a daily list of some of the actions performed by the Buffalo Police Housing Unit:

Please note that for this reporting period the Housing Unit has been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

9-1-15- officers did assist on various violent calls for service in and around BMHA properties. Manpower permited us to also patrol the Big 6 BMHA properties resulting in 30 traffic summonses issued and 1 arrest for drug possession.

9-2-15- at beginning of tour Housing officers conducted a traffic check point near ████████████and issued 38 traffic summonses. CPO Macy addressed complaints in the Stuyvesant property which led to an arrest for threats.

9-3-15- conducted traffic check point along with the Strike Force before resuming our regular patrols which resulted in 3 felony arrests and 1 misdemeanor arrest. Six vehicles were impounded and 38 traffic summonses issued. Arrests were for narcotics possession and aggravated unlicensed operation of a vehicle.

9-4-15- conducted traffic check point in the ████████████ and then assisted Delta and Edward Districts on a high volume of calls. We were also called to help Bravo District search for a missing 7 year old.

9-5-15- with limited manpower we continued our presence in Langfield and Shaffer Village properties. CPO Macy and his partner did patrol the Langfields and arrested brothers ████████████████for trespassing. The two brothers have been a great source of problems in and around ████████████and have been evicted from the Langfields and should not be on site anywhere within this BMHA property. Other Housing officers did have two other arrests for narcotics possession.

9-6-15- Housing officers did assist on several calls including man walking on Rt. 33 outbound. Officers also assisted  B District with a transport to ECMC for a mental evaluation, since there were no available ambulances. Several suspicious person checks were comducted on the lower west side resulting in three arrests. The arrests were for disorderly conduct and drug possession.

9-7-15- main focus was on Shaffer, Lasalle/ Langfield and lower west side. Information developed by officers revealed that Herion sales and use is widespread in the 300 block area of Niagara St. near Tops and McDonalds. Officers made 10 misdemeanor arrests for various charges including criminal impersonation, harassment, drug possession, and obstructing governmental administration.

9-8-15- officers did assist the Strike Force with a gun arrest on High St. in the fruit belt area of the city. Also assisted on vehicle striking house on Suffolk. Officers helped with searching for the driver of the vehicle who fled the scene. CPO Macy did attend a community meeting at the Sedita Apartments. Officers made 7 arrests, had 5 impounds and confiscated $519.00.

9-9-15- We conducted a traffic check point along with Strike Force on the 33 on-ramp. CPO Macy attended

to resident matters at the Douglass Towers and we investigated some BMHA vacants being used for drug activity. Officers made 8 misdemeanor and 1 felony arrest. Arrests were for narcotics and marihuana possession and outstanding warrants.

9-10-15- this tour our manpower was severly limited due to officers attending mandatory ERT training. Therefore patrols were kept strictly in the Kenfield/ Langfield area. Despite this, officers confiscated $292.00 and 1 felony arrest was made.

9-11-15- due to recent violence we remained in the D District projects for the entire tour. We also conducted traffic check points in the Shaffer Village and assisted on several 911 calls in D District. 51 traffic summonses were issude and one arrest was made for DWI.

9-12-15- heavy rain and cold temperatures all tour slowed most activity throughout the BMHA properties. We patrolled the BMHA locations and investigated drug activities in an abandoned Shaffer Village apartment.

9-13-15- patrolled all major BMHA properties. Conducted a walk through of several Perry Towers. One arrest for narcotics and 20 traffic summonses issued.

9-14-15- officers continued to focus on Shaffer Village and Langfield. Covered a shooting call on Amherst St. where victim was shot in the back. Developed information on several drug dealers on the west side and forwarded it to our Narcotics Unit. Housing officers also took call from complainant in Atlanta, GA concerning checking the welfare of her mother who resides at ███████████ After numerous attempts to locate the mother, BMHA officers finally found her. Woman was fine and H450 then called complainant in GA to notify her. Complainant was very happy with our actions. BMHA officers also assisted D District with a lockout at the Douglas Towers property.

9-15-15- BMHA officers covered on several 911 calls in and around housing properties. Officers confiscated $392.00 and issued 27 traffic summonses. four arrests were made for marihuana and narcotic possession.

9-16-15- per Chief Brinkworth, in addition to our regular patrols two- two officer cars were detailed to the Kenfield/ Langfield property from 1800hrs-0000hrs due to the recent violence and threats. Four arrests were made for various charges and 31 traffic summonses were issued.

10-17-15- this tour a number of our officers were detailed to mandatory ERT training. Deputy Commissioner Beatty ordered us to establish a detail in the ███████████. This detail is to operate until further notice from the DPC or Chief. Two vehicles were impounded and one arrest was made for an outstanding warrant.

9-18-15- patroled predominately in Langfields. Conducted suspicious person and vevicle stops. One arrest for Unauthorized Use of a Motor Vehicle and one for marihuana possession. Four vehicles were impounded and 17 traffic summonses were issued.

9-19-15- continued our focus in ███████████ due to recent threats and issued 27 traffic summonses.

PLAINTIFFS_GENERIC-00000464

9-20-15- officers assisted on 911 calls in and around Langfield area. Three arrests were made; two for outstanding warrants and one for Herion possession.

9-21-15- H410 had a traffic stop and did recover a stolen, loaded handgun and a small amount of marihuana. Officers also maintained the detail in the Langfield property for entire tour. Also patrolled Shaffer Village, Schwab Terrace, Jasper Parish areas. Assisted manager with a trespasser at ███████ After officers met with the manager, the suspect was not found to be on location. Eight arrests were made, including three felonies.

9-22-15- officers focused on Langfield and Shaffer Village properties. Officers covered on a foot chase in the Central Park area and did assist Strike Force. Two arrests were made, 2 vehicles impounded, and 51 traffic summonses were issued.

9-23-15- Manpower permitted us to patrol all of the six major BMHA properties. Officer assisted in attempting to locate a robbery suspect wanted by Hamburg PD. Assisted on a violent domestic in B District resulting in an arrest. Three arrests were made for marihuana and narcotics possession.

9-24-15- BMHA officers located a suspect from an accident and gun case from several weeks ago. Suspect was taken to the Intelligence Unit and interviewed by Detectives regarding this case and other shooting cases including a homicide on Memorial St. in C District. H421 confiscated $2,532.00 in cash. two arrests were made and 33 traffic summonses issued.

9-25-15- H430 was flagged down by the mother of a 12 year old who stated that her 12 year old was being abused by an older male. Our Sex Offense Squad was notified and the suspect, victim and mother wer taken to HQ for statements. SOS Detective Constantino took the statemnets and no arrest was made at this time.

9-26-15- our manpower was limited because of officers attending mandatory ERT training. One arrest was made resulting from a vehicle stop at Bailey and Oakmont.

9-27-15- somewhat of a quiet night as BMHA officers patrolled all the major properties but focused predominately on Langfield and Shaffer Village. Fourty traffic Summonses were issued but no arrests were made.

9-28-15- while focusing our attention on the ████████ officers made several traffic and suspicious person stops. One stop resulted in a felony arrest for drug possession and a warrant arrest. A total of 53 traffic summonses were issued.

9-29-15- BMHA officers enforced the Vehicle and Traffic Law diligently issuing 64 traffic summonses. Officers continued to patrol all of the major BMHA properties and impounded one vehicle.

9-30-15- Housing officers assisted Strike Force officers on a "man with a gun call with drug dealing", on May St. One arrest was made, one gun recovered and drugs were confiscated. Also assisted manager at Ferry/ Grider Homes at ████████ People were trespassing in an apartment where the tenant was confined to the hospital. Officers did assist the manager with the tenant. Additionally, officers assisted with

PLAINTIFFS_GENERIC-00000465

traffic control at an accident scene where a Strike Force officer was injured. Three arrests were made, one of them for an outstanding warrant.

PLAINTIFFS_GENERIC-00000466

 

 

* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000467

## BUFFALO POLICE DEPARTMENT
## HOUSING STATISTICS REPORT

Attn:    Daniel Derenda, Police Commissioner
         Byron Lockwood, Deputy Commissioner
         Kevin Brinkworth, Housing Chief

Prepared By: Philip M Serafini

Date Prepared:10/28/2015

Report Dates:06/01/2015 to 06/30/2015

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 21 | Felony | 21 |
| Misdemeanor | 77 | Misdemeanor | 77 |
| Violation | 10 | Violation | 10 |
| Traffic Misdemeanor | 111 | Traffic Misdemeanor | 111 |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 840 | Traffic Infraction | 840 |
| Parking Tags | 49 | Parking Tags | 45 |
| City Ordinance | 6 | City Ordinance | 6 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| 6 | | 6 | |

Special concerns addressed/individuals contacted:


This report is for the month of June. There was never a report done for June due to Captain Roberts reiterment.███████████████████████████████████This report is based on the best information I could compile.


I addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 61 vehicles

PLAINTIFFS_GENERIC-00000468

were impounded, all of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $6,134.00 from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to arrest and by following the United States Government guidelines for asset forfeiture.

The following are a daily list of some of the actions performed by the Buffalo Police Housing Unit:

Please note that for the entire month of June, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

6-1-15- officers issued 19 traffic summonses and made three felony arrests and 1 misdemeanor arrest for drug possession and other charges. Officers also seized $2,468.00.

6-2-15- officers checked on Ferry Grider Homes after receiving complaints of drug dealing in front of this Housing location. Officers also were involved in a foot chase after spotting a group of males at Ferry/Zenner and ended up recovering a loaded handgun. Officers also had an arrest at Shaffer Village and did gather intel about drug dealing at a house on Niagara St. This resulted in officers assisting Narcotics squad with acquiring a warrant for said address.

6-3-15- H420 operated police bike patrol around Langfield and Perry properties for the first half of the tour. Due to receiving complaints of drug sales in and around Ferry/ Grider Homes; officers stepped up enforcement and patrol efforts in and around this property.

6-4-15- Officers did chase drug dealers from Ferry/ Grider area. Intel gathered revealed ██████ is possibly dealing drugs in the front area of this Housing property. Officers assisted with a missing 13 year old female.

6-5-15- Slow tour. We remained predominately in Langfield and Shaffer properties and operated a bike detail as well. H410 attended to his CPO duties and attended a BMHA project tenant meeting.

6-6-15- We patrolled projects and conducted a walk- through of the courtyards. H410 met with representatives of the Langfield projects regarding a planned Fathers Day celebration. Officers issued 31 traffic summonses.

6-7-15- Officers conducted a traffic checkpoint in the ████████████ around routine patrols of that area. During second half of tour we shifted to BMHA properties in Charlie District after incident of a homicide and several people shot. Officers made seven arrests this evening.

6-8-15- officers assisted Narcotics unit with search warrant in Kenmore from incident that originated in Langfield property. Five pounds of Marihuana and ½ ounce of Cocaine were recovered. H431 arrested trespasser in Shaffer Village. Officers also impounded 4 vehicles.

6-9-15- due to recent homicides and shootings, officers concentrated on BMHA properties within Charlie

PLAINTIFFS_GENERIC-00000469

District. H430 made a gun arrest in the Lasalle property. Officers assisted Charlie District on yet another shooting in Moselle St. area. H410 also made a gun arrest in the Langfield area, resulting in two loaded guns recovered: a semi automatic pistol and a 357 revolver. Total of 3 felony arrests and 47 traffic summonses issued.

6-10-15- rain slowed activity throughout the tour. Late in the tour H410 made another gun arrest and recovered a loaded revolver. 43 traffic summonses were issued and 6 parking tags.

6-11-15- officers continued to concentrate on ███████████████ properties. 28 traffic summonses were issued and 2 impounds.

6-12-15- officers conducted walk throughs of Ferry/ Grider and Jasper Parish in addition to patrolling the big six BMHA properties. Arrests were made for trespassing and marihuana possession in Shaffer Village.

6-13-15- officers investigated an illegally parked vehicle in Shaffer Village area (130 Philadelphia) and discovered a man smoking marihuana who had in his possession a loaded handgun. An arrest was made for both crimes.

6-14-15- manpower shortage curtailed some of our usual activity, but 2 impounds and 26 traffic summonses were still issued.

6-15-15- rained all tour, slowing most activity. 1 misdemeanor arrest, 4 Vehicle and Traffic Law misdemeanors, 1 parking tag and 4 vehicles were impounded.

6-16-15- officers arrested another trespasser in Shaffer Village who was in possession of a switchblade knife. Made a marihuana arrest in Langfield, and another trespass arrest in Shaffer Village. 28 traffic summonses were issued, 5 parking tags and 3 vehicles were impounded.

6-17-15-met with Chief Kevin Brinkworth at Shaffer Village to discuss several issues relating specifically to this Housing property. While on location several dirt bike riders and ATV vehicles did drive illegally through the property and up and down city streets. These actions placed several pedestrians at risk of injury. This incident resulted in Housing officers arresting this individual on CSX (railroad) property and his ATV was subsequently impounded.

6-18-15- officers continued presence in Langfield and Shaffer properties and made a gun arrest of a loaded revolver. Arrest was made in the Langfield Housing location. Housing Lt. Strobele talked with a Captain from the Sheriffs Dept. about assisting us with the large amount of ATV and dirt bike traffic in and throughout CSX property and Shaffer Village area.

6-19-15- officers wrote 41 traffic summonses, impounded 2 vehicles, and made 8 total arrests. Arrests were for possession of drugs and marihuana, obstructing, resisting arrest, and warrants.

6-20-15- low manpower and slow tour but still managed to write 24 traffic summonses and had 2 impounds. Officers also made 2 arrests in Langfield  property for marihuana and a warrant.

PLAINTIFFS_GENERIC-00000470

6-21-15- officers made arrest in Shaffer for marihuana possession, issued 30 traffic summonses and had 4 misdemeanor arrests and one felony.

6-22-15- Chief, Lt. and Captain and CPO Macy attended Fathers Day activities in Langfield property, interacting with many residents and children. Officers made 2 warrant arrests in Shaffer Village and arrested man in Langfield area wanted on 2 warrants who was stopped for Vehicle and Traffic Law violation. Man was issued summons for driving with a suspended license.

6-23-15- this was training day and we had a large amount of manpower so the officers qualified at the BPD firearms range and updated TRACS. $713.00 was confiscated from a narcotics arrest in the Langfield property. Total of 43 traffic summonses were issued along with 2 impounds, 3 misdemeanor arrests and one felony arrest.

6-24-15- officers conducted walk- throughs of Shaffer and Fredrick Douglas Housing properties. 43 traffic summonses were issued and three misdemeanor arrests were made.

6-25-15- continued focus on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Chief requested we also focus on Douglass Tower property due to information received from Deputy Police Commissioner Byron Lockwood. Officers did seize $1,838.00 from a narcotics arrest. Total of 12 arrests were made; 6 V & T misdemeanors, 5 PL misdemeanors and one felony. Four vehicles were also impounded.

6-26-15- a vehicle did flee from officers conducting a traffic stop at ▮▮▮▮▮▮▮▮▮▮▮ Officers gave chase when 3 suspects fled from the vehicle while it was still in drive and moving. Two suspects were caught and arrested. Strike Force and Cheektowaga PD assisted our officers.

6-27-15- officers conducted several traffic stops and suspicious person checks in and around Housing locations resulting in 19 traffic summonses and 7 misdemeanor arrests being made.

6-28-15- officers noticed several shots fired calls in the Ferry/ Grider Homes location during our off hours of 0130- 0700hrs. As a result of this we have started to step up patrols of this BMHA property and made all officers aware of this increased violent activity. We have also discovered several males dealing drugs in the main entrance of Ferry/ Grider units. CPO Macy started his new 1000-2000hrs shift this date and he attended a fishing event and reception at LBJ.

6-29-15- H410 went to several BMHA functions with Lt. Nichols. Arrests were made for false impersonation, marihuana possession and warrants. Officers issued 26 traffic summonses along with 3 impounds and 9 parking tags.

6-30-15-received intel that large amount of drug dealing is taking place at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Other intel is that a ▮▮▮▮▮▮▮▮ has a .40 and .30 calibre gun on his person. Officers were apprised of this information. Officers seized $1,115.00 from a narcotics arrest. Two misdemeanor arrests and two felony arrests were made in Shaffer Village location area.

PLAINTIFFS_GENERIC-00000471

* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000472

0021

# BUFFALO POLICE DEPARTMENT
## HOUSING STATISTICS REPORT

Attn:    Daniel Derenda, Police Commissioner
         Byron Lockwood, Deputy Commissioner
         Kevin Brinkworth, Housing Chief

Prepared By: Philip M Serafini

Date Prepared: 11/02/2015

Report Dates: 10/01/2015 to 10/31/2015

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 22 | Felony | 20 |
| Misdemeanor | 83 | Misdemeanor | 83 |
| Violation | 4 | Violation | 4 |
| Traffic Misdemeanor | 188 | Traffic Misdemeanor | 187 |
| Total Tickets Issued For Period | | Total Tickets Issued on B.M.H.A Property | |
| Traffic Infraction | 1247 | Traffic Infraction | 1239 |
| Parking Tags | 226 | Parking Tags | 226 |
| City Ordinance | 8 | City Ordinance | 8 |
| Total Weapons Recovered | | Total Weapons Recovered on B.M.H.A. Property | |
| 1 | | 1 | |

Special concerns addressed/individuals contacted:

I addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 81 vehicles were impounded, 80 of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $2,535.00 from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to

PLAINTIFFS_GENERIC-00000473

arrest and by following the United States Government guidelines for asset forfeiture.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

Please note that for the entire month of October, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

10-1-15- we had an increased Vehicle and Traffic Law enforcement in the Kenfield/ Langfield property resulting in numerous traffic stops, summonses and impounds. 50 traffic summonses were issued along with 3 impounds. Four misdemeanor and 2 felony arrests were made. Arrests included Driving under the influence, possession of stolen property, stolen vehicle and marihuana possession.

10-2-15- Lt. Strobele met with Chief Brinkworth tonight and discussed several issues relating to the Sedita Apartments and other Housing locations. Complaints of drug sales in Sedita Apt.'s. Officers investigated and found juveniles staying in apartment that is believed to be selling drugs. Officers advised and identified the juveniles. Officers stopped a vehicle for traffic violations and vehicle fled from them at high rate of speed. Suspect vehicle then crashed into house and broke a gas main. Officers chased suspect on foot and apprehended him and arrested him for DWI.

10-3-15- limited manpower tonight. Officers focused on Marine Drive, Sedita and Langfield properties for abandoned vehicles on BMHA property. Conducted several walk throughs of Sedita Apt.'s and issued parking tags and impounds there. 22 parking tags issued in all.

10-4-15- Officers patrolled Langfield property conducting traffic stops and checking on citizens. Officers also checked on 245 Elmwood and 335 Summer. One arrest made for DWI.

10-5-15- Officers arrested man wanted by BPD Sex Offense Squad and DA's office. The man threatened a witness in a criminal case and menaced her and her child, threatening them by displaying a gun. Five felony arrests were made tonight, charges include: possession of Heroin, hypodermic needle, possession of Cocaine, and warrant arrest.

10-6-15- CPO Macy gathered intel regarding Sedita Apt.'s. Lease violations were discovered and drug use. Officers utilized BMHA cameras at start of tour for a man dealing at ▇▇▇▇▇▇ Officers did then make an arrest for narcotics at that location. 34 traffic summonses issued and four impounds. One felony drug arrest.

10-7-15- Officers used BMHA cameras to monitor possible drug activity in the ▇▇▇▇▇▇ after yesterdays felony drug arrest. CPO Macy attended a community event at Langfield Housing property dealing with juvenile problems. A shots fired call came out at 0030hrs in the Perry's and our officers responded and checked the BMHA cameras, but nothing was revealed.

10-8-15- Patrolled Marine Drive and tagged several illegally parked vehicles in area. CPO Macy attended another BMHA meeting. Housing officer Agee assisted B District at the beginning of the tour as a DRE for an accident injury in B District. Two arrests were made for drug possession, 21 parking tags issued, and 29 traffic summonses issued.

PLAINTIFFS_GENERIC-00000474

10-9-15- after a traffic stop a vehicle did take off on H421 at a high rate of speed. Vehicle was lost but plate came back to a Langfield address. Officers will further investigate and attempt to impound vehicle tomorrow. 34 Traffic summonses issued and one misdemeanor arrest.

10-10-15- Perry property is continually damaged due to large amount of vacant buildings. We talked to maintenance and they are having trouble keeping up with materials to keep the 3 story walk ups secure. Several open doors and broken windows. Unknown person (s) are dumping illegally in Alabama St. area. Due to the above, our officers are stepping up patrols in and around this BMHA property. The detail in Langfield property resulted in an arrest and several traffic summonses. A call in the Sedita Apt.'s of an unwelcome guest resulted in our Housing officers making an arrest.

10-11-15- received complaint of several vehicles, including 2 BMHA vehicles getting tires slashed in Marine Drive Apt.'s. No overnight private security. Arrest in Jasper Parish for violating Order of Protection. Officers assisted E District on an accident injury call where vehicle struck a house and building. 53 traffic summonses issued.

10-12-15- Langfield and Shaffer Village still a priority. Marine Drive has also become a focus after recent tire slashings. Officers wrote several parking tags and made 3 arrests in and around Marine Drive property. five misdemeanor arrests were made including, marihuana possession, herion possession and warrants.

10-13-15- officers assisted D District with a "man with the gun call" and apprehended two suspects in Jasper Parish property. 32 traffic summonses were issued, 24 parking tags, and three arrests, one of them a felony.

10-14-15-continued patrols in Marine Drive, Langfield and Shaffer Village. Also patrolled Lakeview property and area due to recent drug arrests in that area. 48 traffic summonses issued.

10-15-15- officers covered on several calls for service in and around BMHA properties. While officers were patrolling Marine Drive Apt.'s, they arrested 2 people on Pearl St. for narcotics. BMHA officers assisted BPD Sex Offense Squad by locating and arresting a ▮▮▮▮▮▮▮who was wanted on a sex offense warrant. 31 traffic summonses were issued, and 9 arrests were made, 4 of them felonies.

10-16-15- officers wrote a large amount of traffic summonses; 63 total, and made 4 arrests. Arrests were for possession of marihuana, cocaine, and warrants. Two vehicles were impounded, 3 parking tags written and 3 VT misdemeanors.

10-17-15- officers covered on a robbery call on Bolton St., in A District. Officers assisted in locating the get away vehicle on Fulton St., and did get permission to search. Several suspects were located in connection to the robbery. A total of 52 traffic summonses were issued and 2 impounds.

10-18-15- BMHA officers dispersed gangs congregating in and around the Kenfield/ Langfield property. They also dispersed gangs at the store on Edison/ Weston, who are believed to be dealing drugs to some of the residents of Langfield. The also assisted on District calls, one of them involving a BMHA resident. A total of 49 traffic summonses were issued.

PLAINTIFFS_GENERIC-00000475

10-19-15- in addition to patrolling Langfield, Shaffer Village and Sedita properties, officers went to ███ ███████ We have received numerous complaints concerning this address and it has continued to be a problem spot. The unit is vacant and it is being entered by several unknown persons. Shaffer Village cameras are down at this time. Covered on a gun call on Hempstead. Our officers did make one arrest resulting from this call, but a gun was not recovered.

10-20-15- while patrolling Marine Drive property, officers did arrest a male at ██████████ for possession of marihuana, heroin and cocaine. Officers detected a strong odor of marihuana emanating from his vehicle while on patrol in this BMHA property. The man was also wanted on a City of Buffalo warrant. Five city ordinances and 8 parking tags were also issued.

10-21-15- officers assisted E District on several "shots fired" calls at Edison/ Gail, on the border of the Kenfield/ Langfield housing properties. Officers located possible suspects, but no one could be positively identified. A suspicious person stop at Busti/ Hudson resulted in 1 loaded .38 handgun being recovered and 2 arrests. $703.00 was also confiscated.

10-22-15- officers assisted with a person shot at ██████████ Victim was deceased at scene and officers assisted the store owner in retrieving the important video of the shooting. Lt. Strobele was vital to locating and identifying this crime on the video.

10-23-15- Housing Unit including CPO Macy did attend a community event in the Langfield property. 16 Kenfield Ct. was designtaed and dedicated as a community/ youth room. The community center on Tower St. also had an informational event. Additionally, Housing officers assisted on a robbery at 438 Park (Dollar General), determining the suspects description and direction of flight.

10-24-15- officer Whiteford had 2 arrests for drug possession. Defendant did offer information on a homicide and he was taken to the Homicide office to talk with Detectives. Other arrests were made for drugs and warrants. 40 traffic summonses were issued, and 7 arrests total.

10-25-15- CPO Macy worked with HQ on police recruiting detail. CPO Macy went throughout BMHA properties handing out flyers and talking and encouraging young adults to apply. Total of 62 traffic summonses were issued, 6 parking tags and 2 vehicles impounded.

10-26-15- BMHA officers concentrated on the big 6 properties, Langfield, Shaffer, Jasper Parish, Ferry/ Grider, Marine Drive and Douglas Towers. Six arrests were made and 63 traffic summonses issued.

10-27-15- H410 attended another recruiting event with the Dept. of Labor and served 2 subpoena's for the District Attorney's office. Officers made 2 warrant arrests, towed 2 vehicles, and had three additional arrests.

10-28-15- officers made vehicle stops and suspicious person checks throughout their tour within and around BMHA properties. H410 located a wanted vehicle in connection to a homicide at ██████████ Occupants were taken to the Homicide office and interviewed. H430 made a narcotics arrest at ████████ near the BMHA Lakeview property. Officers also made an arrest for a stolen motorcycle.

PLAINTIFFS_GENERIC-00000476

10-29-15- ███ located a criminal informant and brought him to the Intelligence Unit with information on an individual who is currently on the BPD's 10 most wanted list. The subject is staying in ███████ and a warrant is being sought. H440 had two arrests for possession of a knife and trespassing. Two other arrests were made by other Housing officers for drug possession. $1,832.00 was confiscated as a result of the drug arrests.

10-30-15- we only had a minimal amount of manpower tonight but still officers issued 37 traffic summonses and recovered a gun. Officers also assisted with a Halloween party at the community center attached to E District. H410 assisted on a shooting at Delevan/ Courtland. ███ took an informant to the BPD Intelligence Unit to talk with detectives in relation to a gun case currently being handled by the DA's office.

10-31-15- tonight was Halloween and officers and CPO Macy assisted with the respective events throughout the BMHA properties. Patrols were throughout the six major properties with the focus predominately on the Langfield/ Kenfield and Shaffer Village Housing units.

* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000478

0027

# BUFFALO POLICE DEPARTMENT
# HOUSING STATISTICS REPORT

Attn:    Daniel Derenda, Police Commissioner
        Byron Lockwood, Deputy Commissioner
        Kevin Brinkworth, Housing Chief

Prepared By: Philip M Serafini

Date Prepared: 12/01/2015

Report Dates: 11/01/2015 to 11/30/2015

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 16 | Felony | 15 |
| Misdemeanor | 80 | Misdemeanor | 77 |
| Violation | 3 | Violation | 3 |
| Traffic Misdemeanor | 137 | Traffic Misdemeanor | 137 |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 1,485 | Traffic Infraction | 1,473 |
| Parking Tags | 203 | Parking Tags | 203 |
| City Ordinance | 34 | City Ordinance | 29 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| 2 | | 2 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 58 vehicles were impounded, 57 of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $$9,259.00 from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to

PLAINTIFFS_GENERIC-00000479

arrest and by following the United States Government guidelines for asset forfeiture.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

Please note that for the entire month of Novenber, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

11-1-15- officers concentrated on Shaffer Village and Langfield properties. H410 and H421 were detailed to the Langfield area exclusively. Housing officers assisted District cars with calls within area. 66 traffic summonses were issued and 10 City Ordinaces.

11-2-15- officers assisted Strike Force Unit with a traffic checkpoint at ███████████ 4 vehicles were impounded, and 5 misdemeanor arrests were made, mostly for possession of drugs and Marihuana.

11-3-15- a shooting occurred in the Langfield Housing property at 12:40 in the afternoon. Suspects were unknown and the victim was grazed in the neck by the gunfire. 37 traffic summonses were issued.

11-4-15- officers had an extra strong presence in and around Langfield due to yesterdays shooting incident. Officers developed information that ███████████ s dealing drugs during the day. Several black males with white t-shirts are selling from the porch. Suspect has been warned in past and his grandmother resides in BMHA property. Total of 11 arrests were made and 65 traffic summonses issued.

11-5-15- in addition to patrolling Langfield property, officers spread out to the west side and the Lakeview BMHA area. Officers made several drug arrests on west side. CPO Macy did spend time in Shaffer Village property recruiting for the Police Academy. Housing officers also patrolled Marine Drive property.

11-6-15- Officers stopped a ███████████ who was on parole for weapons charges and is a known Cripts gang member. He is also dealing Herion/ Crack on the west side. Officers made 9 arrests for various charges including marihuana possession and narcotics possession. 5 vehicles were also impounded.

11-7-15- H430 stopped vehicle when alerted by plate reader and found operator to be in possession of controlled substances. H440 arrested individual for possession of narcotics after a traffic stop. BMHA officers wrote a total of 52 traffic summonses this day and had one vehicle impounded.

11-8-15- while patrolling Shaffer, Langfield and Jasper Parish properties, officers conducted numerous traffic stops in those areas. One arrest for drug possession was made due to a traffic stop. 49 Traffic summonses were issued by entire unit on this night.

11-9-15- large amount of manpower today and officers patrolled around all of the big 6 BMHA properties. They also assisted with a man with a gun call on Genesee St. and did apprehend the suspect and made 3 arrests. A BB gun was recovered. A total of 73 traffic summonses were issued.

11-10-15- officers had several traffic checks and suspicious person stops, but overall a slow night. A total of 40 traffic summonses were issued, 6 parking tags and one vehicle impounded.

PLAINTIFFS_GENERIC-00000480

11-11-15-officers dispersed several gangs at Ontario/ Philadelphia (Shaffer Village) and patrolled Shaffer and Langfield properties. Officers also dispersed gangs at Edison/ Weston. We received complaints of drug activity at 305 Perry which our officers checked out. No illegal activity showing at this time.

11-12-15- Officers assisted with a vehicle pursuit in the Perry Housing property. Suspect was taken into custody by officers behind 350 Fulton. Officers also patrolled Marine Drive, Shaffer Village and Jasper Parish along with the usual patrols in Kenfield/ Langfield.

11-13-15- we did utilize the BMHA camera system at the ███████████ location in an attempt to gather information regarding a ███████████████████████ CPO Macy did assist with the Police Exam recruiting. Captain Serafini and CPO attended a safety meeting in the Langfield Community Center hosted by Paul Kihl. Safety issues in relation to the Langfield BMHA employees were discussed. A Total of 60 traffic summonses and 3 arrests were made.

11-14-15- H440 and C District officers apprehended ████████ a wanted individual. BMHA officers covered and assisted on several calls for service in and around BMHA properties. A total of 65 traffic summonses were issued and 4 arrests were made, one of them a felony.

11-15-15- Officers assisted E District at █████████████████████████ ███████████ Officers did also recover a silver handgun. BMHA officers continued presence in Langfield, Sedita Apartments, Jasper Parish, Shaffer Village and Ferry/ Grider homes. A remarkable total of 78 traffic summonses were also issued.

11-16-15- CPO Macy met with several BMHA managers and did a site security assessment at the Shaffer Village property. CPO Macy found 24 exterior lights in Shaffer Village that were not working. He also did an extensive walk through of Shaffer Village detailing several other concerns regarding this location. Officers made 3 arrests for various drug possession charges and 59 total traffic summonses were issued.

11-17-15- BMHA officers received information concerning a shooting on the day shift which happened outside of the Ferry/ Grider Homes BMHA property. Three people were shot with the possible suspect being a ████████ Suspect fled in a green 4 door vehicle and ████████ is well known to Housing and Strike Force officers. Officers assisted with a gun call on Hastings where a white sedan was seen fleeing the area. A total of 62 traffic summonses and 10 arrests were made, two of them being felonies.

11-18-15- Housing officers did work with BPD Narcotics Unit to gather intelligence for future raids, and also served 2 subpoenas. Conducted a traffic checkpoint at ████████████ making one arrest for DWI where blood alcohol content of driver was .33, over four times the legal limit. Several summonses were issued as a result of the traffic checkpoint and two vehicles were impounded.

11-19-15- Housing officers attended a mandatory training session at BPD headquarters training Academy on the subjects of Police ethics, sexual harassment and discrimination. CPO Macy attended a clean sweep meeting. Officers conducted a foot patrol in the Perry property and assisted with a person shot at ████ ████████ Our officers made 2 arrests at this ████████ location just last week. Officers also assisted with a violent domestic at ████████ resulting in 1 arrest.

PLAINTIFFS_GENERIC-00000481

11-20-15- Quiet night with limited manpower. Officers conducted walk throughs in Langfield and developed information concerning an assault which occurred on BMHA property.

11-21-15- Officers notice 2 juveniles at ███████████ attempting to buy marihuana, Officers did receive permission to search apartment from the tenant. Recovered was 3 oz. of Marihuana, and 2 arrests were made. Several BMHA officers attended BPD departmental Emergency Response Team training. A total of 2 arrests were made and 30 traffic summonses issued.

11-22-15- ███████████████████ continued to be our main focus, with additional patrols in and around Perry, Lakeview, Donovan Drive, and Lasalle Courts. Officer noticed a lot of traffic at ████████ ██████ where BMHA officers made 2 arrests for marihuana sales yesterday. Several live rounds and a small amount of marihuana were found at this address. A total of 5 misdemeanor arrests were made today by our officers.

11-23-15- Officers heard several shots fired in area of Ontario/ Condon. H410 did chase a suspect that was running from the area. The suspect turned out to be the victim that was shot several times. Officers did assist D District and did locate several shell casings, 5 suspects, and an unloaded handgun relating to the shooting. The Marine Drive apartments were patrolled due to the Buffalo Sabres game and much illegal parking. Several parking tags were issued along with 63 traffic summonses.

11-24-15- H440 confiscated $1,295.00 from a narcotics arrest. CPO Macy met with council president of 245 Elmwood (Stuyvesant). There was a vehicle broken into in the rear lot and a larceny of money from the vehicle. CPO Macy also received information that a lot of drug dealing is occurring at LBJ apartments. BMHA officers did operate a traffic checkpoint at █████████████ making three arrests. One arrest was for a large amount of Cocaine and Crack. BPD Intelligence Detective Earl Perrin was notified and apprised of the arrest.

11-25-15- CPO Macy met with the tenants of Langfield/ Kenfield Housing property and followed up on a burglary which occurred there. CPO Macy did P-10 recovered evidence from the burglary and forwarded it to headquarters. Officers assisted E District with a man with a gun call on Hempstead. Two arrests were made, 3 vehicles impounded, and 9 City Ordinances issued.

11-26-15- Quiet night due to it being Thanksgiving and a small amount of manpower working. Officers conducted several foot patrols throughout their tour of duty within the Perry and Marine Drive properties. A total of 19 parking tags were issued by BMHA officers.

11-27-15- Slow night due to constant rain all evening. Chief Menza did inform Housing Captain Serafini of a large high school age party at the community center next to the E District station house, and asked for our assistance with crowd control. We responded and assisted with the gathering which was small. The party was well supervised and no problems were reported. A total of 56 traffic summonses were issued.

11-28-15- BMHA officers H440 confiscated $1,331.00 due to a narcotics arrest. Five arrests were made and 49 traffic summons issued. ██████ had a meeting with a tenant that may have had contact with a member of ISIS. The information was received and forwarded to the FBI. Officers wrote 15 parking tags in the rear lot of the Stuyvesant Housing property at 245 Elmwood. Officers were confronted by a hostile 20 year old that

PLAINTIFFS_GENERIC-00000482

refused to answer their questions concerning residency. Officers then located the apartment he was staying in and had a conversation with his mother, who was also uncooperative towards the officers. It was determined that the BMHA tenant was allegedly in the hospital and this mother and son were staying in his apartment. Officer will notify BMHA management on Monday that 2 persons are illegally living in someone else's apartment.

11-29-15- BMHA officers H410 confiscated $806.00 due to a narcotics arrest. Housing officers also assisted with an accident on the 33 westbound which may be linked to the shooting at ████████ H410 was involved in a minor accident when an ATV moved in front of them and slowed down. Driver of ATV had 21 drivers license suspensions, no insurance, unregistered and vehicle was possibly stolen. Numerous traffic summonses were issued to ATV driver and the ATV was impounded.

11-30-15- Officers seized $5,827.00 subsequent to a narcotics arrest. 2 vehicles were impounded and 31 traffic summonses issued. Housing officers assisted West Seneca PD with person wanted for kidnapping. Suspect driving a white Nissan was apprehended by officers and Housing Lt. Strobele after going through numerous traffic checkpoints without stopping over the last few weeks. Suspect fled checkpoint again today and left his vehicle at South Park and Louisiana St.'s. His brother picked him up and then drove him to address on Weaver. Officers encountered him on Weaver and suspect led them on a foot chase. Suspect was caught and arrested after short chase. He was charged with multiple Vehicle and Traffic Law and Penal law charges.

* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000483

# BUFFALO POLICE DEPARTMENT
# HOUSING STATISTICS REPORT

Attn:     Daniel Derenda, Police Commissioner
          Byron Lockwood, Deputy Commissioner
          Kevin Brinkworth, Housing Chief

Prepared By: Philip M Serafini

Date Prepared:01/01/2016

Report Dates:12/01/2015 to 12/31/2015

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 23 | Felony | 23 |
| Misdemeanor | 73 | Misdemeanor | 73 |
| Violation | 4 | Violation | 4 |
| Traffic Misdemeanor | 204 | Traffic Misdemeanor | 206 |
| Total Tickets Issued For Period | | Total Tickets Issued on B.M.H.A Property | |
| Traffic Infraction | 1493 | Traffic Infraction | 1491 |
| Parking Tags | 153 | Parking Tags | 153 |
| City Ordinance | 11 | City Ordinance | 18 |
| Total Weapons Recovered | | Total Weapons Recovered on B.M.H.A. Property | |
| 1 | | 1 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 58 vehicles were impounded, all of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $19,328.00 from in and around the BMHA

PLAINTIFFS_GENERIC-00000484

properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to arrest and by following the United States Government guidelines for asset forfeiture.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

Please note that for the entire month of December, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

12-1-15- we added some patrols in the Stuyvesant apartments and did assist the manager with serving a notice on a tenant. We also did a walk through of this BMHA property. Officers covered on shots fired call at Perry/ Louisianna. Talked to several women that heard shots but did not see anything. Covered on large unruly group at rear of 261 Oakmont and assisted E District in dispersing the group.

12-2-15- Assisted the manager with a woman and her son squatting in her fathers apartment on the ███████ of ███████████ The tenant is in a nursing home. Manager is changing locks on apartment. This was the same couple that gave CPO Macey a hard time last week.

12-3-15- officers conducted a traffic checkpoint at ███████████ which resulted in several traffic summonses and a warrant arrest. Checked Stuyvesant property apartment ██████ which has been causing numerous complaints in the building. Manager is initiating eviction.

12-4-15- officers had a three hour trainng course with proffesor William Dunford concerning use of force, Article 35 (justification) and ongoing law enforcement events throughout the nation. Officers then conducted traffic checkpoint and wrote 82 traffic summonses and had 7 vehicles impounded. Information received that a Dodge Durango with a Buffalo Bills logo on it's side is dealing drugs in the Langfield area.

12-5-15- several males congregating at ███████████ shooting dice and possibly dealing drugs. We added some patrols in LaSalle, Sedita and Perry's. 49 traffic summonses were issued and 4 arrests were made, one of them a felony.

12-6-15- one arrest made at Donovan Drive for possession of marihuana after officer discovered suspicious activity coming from inside a vehicle. 3 vehicles were impounded and 2 misdemeanor arrests were made.

12-7-15- added patrols in Marine Drive, Lakeview, Donovan Drive. Checked ████████████ in the Perry property for large group of males loitering in hallway. No criminal activity was found. 8 Misdemeanor arrests were made for possession of narcotics and marihuana.

12-8-15- officers assisted the US Marshalls in an attempt to locate a rape suspect.--████████ Suspect has indictment warrant and officers checked █████████████ and several other east side locations. Officers found a victim of an assault while at location on Vermont St., but victim was uncooperative. Victim had head wounds and it appeared he was burglarized.

12-9-15- manager on call needed assistance at ███████████████████ for a welfare check. Tenant checked OK. CPO Macey did work with BPD Narcotics unit to do undercover buys at several BMHA locations that are the focus of numerous complaints. 2 arrests were made, one for a warrant and the

PLAINTIFFS_GENERIC-00000485

other for obstructing governmental administration.

12-10-15- officers still searching for ███████ for rape charge. Developed information that he may be driving a black BMW with switched plates. Conducted foot patrols in Perry, LBJ properties. Gathered information concerning crack Cocaine sales at ████████████ 6 arrests were made for marihuana possession.

12-11-15- officers conducted traffic checkpoint at ███████████ and covered on several calls in and around Langfield. Burglary at ███████ woman reports occurred between 1600- 2300hrs. BMHA officers completed report.

12-12-15- officers covered on shots fired/ man shot call in Langfield/ Kenfield property. Searched area and did not find any evidence of person shot or shots fired. Assisted with robbery call at Weston/ Hazlewood at beginning of shift. Suspect was listed with assistance of BMHA officers. Assisted BPD Narcotics unit with raid a ████████ One AR15 rifle and $17,370.00 were recovered.

12-13-15- we were contacted by Paul Kihl of BMHA regarding shooting at 0440 hrs on Oakmont yesterday. Advised our unit of shooting and location. ███████████ used camera system to check on shots fired call in ██████████ He discovered vehicle description was possibly a ██████████████ Burglary at ████████ ██ in Langfield property is recent trend in Langfield/ Kenfield properties.

12-14-15- Day detail in Perry property did make 2 arrests for drugs and outstanding warrants. Officers did assist with dismissal of students at School #4 and helped break up a fight. Officers also assisted with several apartment checks with manager of Jasper Parish property. Eviction procedures will start for two tenants. Also assisted DA's office with material witness warrant.

12-15-15- burglary discovered at ███████████ by tenant. Seems to be a trend in Langfield area. Day detail assisted with large group of males in the Perry's and with dismissal of students at school #4 at South Park and Louisianna. Day detail also assisted with student dismissals at Riverside High School. 64 traffic summonses issued, 4 arrests, and 5 parking tags issued.

12-16-15- Day detail yielded 2 arrests for drugs from ██████████ Investigation into sales at ███████ will continue. Officers responded to man with a gun call at Ferry/ Grider and recovered one BB gun. Large fight at Riverside High School call was responded to by our officers. Several arrests were made. 77 traffic summonses were issued and 5 vehicles were impounded along with 4 arrests.

12-17-15- officers were present for dismissal at School #4 at Perry/ Louisianna and issued several traffic summonses and impounded one vehicle at that location. Directed patrols to Shaffer Village and Ontario St. location in response to yesterday's large fight and multiple arrests. Conducted traffic checkpoint in ██████ ██████ Area of 126 Jasper Parish allegedly selling crack and Heroin.

12-18-15- BMHA day detail assisted SRO officers at School #4 and Riverside HS. 53 traffic summonses issued, 12 parking tags and 2 vehicles were impounded.

12-19-15- low amount of manpower working tonight but still managed to write 38 traffic summonses, 14

PLAINTIFFS_GENERIC-00000486

parking tags, and 3 arrests.

12-20-15- Housing officers focused on Langfield/ Kenfield, Shaffer Village, Donovan Drive and Jasper Parish properties. H440 and H430 both made arrests for narcotics. 7 total arrest were made by BMHA unit along with 35 traffic summonses, 3 vehicle impounds and 10 parking tags.

12-21-15- Day detail assisted with student dismissals at School #4 and Riverside HS. Officers also assisted E District at a violent domestic on Oakmont, where District officers made one arrest. Added patrols in Camden, Kelly Gardens, Lakeview and Perry's. 7 arrests were made including; warrants, drug possession, marihuana possession, disorderly conduct and publis health law violation.

12-22-15- officers were involved in lengthy footchase with ███████████ a violent criminal who was involved in a kidnapping and shooting in West Seneca last week. ███████ injured a BPD Lieutenant and has threatened police with harm. BMHA officers assisted with search of Kaisertown area along with BPD officers, K-9, BFD. and CSX police. Suspect was not found at this time. 55 traffic summonses were issued and 9 parking tags written.

12-23-15- on reports of drug dealing in Jasper Parish, BMHA officers did make an arrest there. Day detail did assist with student dismissal at School # 4 in Perry's. Officers stayed in area long after dismissal due to it being last day of school and misc. threats of violence from students. 62 traffic summonses were issued and 5 vehicles were impounded.

12-24-15- officers had several traffic stops within BMHA properties and assisted District units with calls for service. Very quiet night with only a skeleton crew working due to Christmas Eve.

12-25-15- officers assisted with shots fired call at Mosell and Mckibbon. It was Christmas day so again we had only a skeleton crew of BMHA officers. 20 traffic summonses were issued and one vehicle impounded.

12-26-15- officers checked on several issues in Marine Drive apartments, and conducted a walk through of several of the high rises there. Checked apartment██████████████ relating to numerous domestic disputes. Apartment checked OK today. Also checked apartment ██ for elderly woman possibly needing assistance. She checked out OK. Shots fired call on Langfield resulted in victim actually being shot at Weston/ Edison. Victim was very uncooperative, and BPD Homicide was notified.

12-27-15- patrols concentrated on Perry's, Lakeview, Sedita Apt's, Jasper Parish, Marine Drive, Ferry/ Grider and Langfield. Officers also checked on several locations for wanted suspect ██████████ 3 vehicles were impounded and 42 traffic summonses issued.

12-28-15- after an intense and diligent 6 day man hunt for violent felon███████████our Housing officers finally apprehended him. Much credit should go to these officers for their determination and diligence in the apprehension of this violent individual. Officers aslo seized $1,620.00 from a separate drug arrest.

12-29-15- Housing officers went to talk to West Seneca DA concerning previous days arrest of ██████ ██████████ was released by Buffalo judge on OR. This dangerous individual should have been kept in

PLAINTIFFS_GENERIC-00000487

custody due to his violent actions and threats to police officers. DRE officer Ken Agee did Assist Lackawanna PD. 51 traffic summonses were issued.

12-30-15- officers assisted manager of Marine Drive Property at ▮▮▮▮▮▮▮ with an elderly female. Manager needed to place a smoke detector and check the unit. Everything checked OK for now. 45 traffic summonses issued and 5 parking tag written.

12-31-15- Due to New Years Eve the Langfield detail stayed in their area until 0200hrs, then helped with the crowds in the Chippewa and Franklin St. area. Officers assisted on breaking up numerous small fights and did have one arrest as a result. Officers did also take an accident report from an accident on Route 33.

   * For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000488

# BUFFALO POLICE DEPARTMENT
# HOUSING STATISTICS REPORT

Attn:    Daniel Derenda, Police Commissioner
        Byron Lockwood, Deputy Commissioner
        Kevin Brinkworth, Housing Chief

Prepared By: Philip M Serafini

Date Prepared:02/01/2016

Report Dates:01/01/2016 to 01/31/2016

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 38 | Felony | 35 |
| Misdemeanor | 63 | Misdemeanor | 59 |
| Violation | 2 | Violation | 2 |
| Traffic Misdemeanor | 129 | Traffic Misdemeanor | 128 |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 1433 | Traffic Infraction | 1425 |
| Parking Tags | 294 | Parking Tags | 283 |
| City Ordinance | 38 | City Ordinance | 38 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| 5 | | 5 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 44 vehicles were impounded, all of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $7,803.00 from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to

PLAINTIFFS_GENERIC-00000489

0038

arrest and by following the United States Government guidelines for asset forfeiture.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

Please note that for the entire month of January, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

1-1-16- a quiet night, but officers covered and assisted on shots fired call in the Delevan/ Courtland area. Patrols were added in the Perry, Marine Drive, Stuyvesant Lasalle and Sedita BMHA properties. 30 traffic summonses were issued and 5 arrests were made, two of them felonies.

1-2-16- officers assisted on several calls for service within BMHA properties and had several traffic stops resulting in a total of 36 traffic summonses and two misdemeanor arrests.

1-3-16- officers arrested a convicted sex offender who was wanted on felony warrants from Tennessee. A total of 4 arrests were made and $906.00 was confiscated from a drug related arrest. 8 tags were issued in addition to 68 traffic summonses being issued.

1-4-16- Housing officers secured a search warrant for a safe resulting from a previous arrest. Confiscated was 2.5 oz. of Heroin, other controlled substances, and $6,000.00 in cash. 49 traffic summonses were issued and 7 total arrests were made, 5 of them felony arrests.

1-5-16- officers assisted on several shots fired calls in and around BMHA properties, resulting in 2 people shot. Several traffic stops and suspicious person checks were made. 57 traffic summonses were issued and 3 misdemeanor arrests were made.

1-6-16- Housing officers conducted a traffic checkpoint at ████████████ resulting in several summonses issued and 2 arrests for narcotics. 5 vehicles were impounded and $897.00 was confiscated from the narcotics arrest.

1-7-16- Officers checked on several open vacant apartments in the Perry Housing property. Several apartments appeared to have been occupied at some point. Officers assisted the DA's office with serving 3 subpoena's. CPO Macy attended a meeting at 300 Perry regarding several tenant and security issues. 12 parking tags and 39 traffic summonses were issued.

1-8-16- officers expanded patrols into Perry, Lasalle, LBJ Housing properties. 2 arrests were made and 36 traffic summonses were issued.

1-9-16- Housing assisted the Strike Force unit with two arrests at ████████████ within the Perry Housing property. Officers continued a strong presence around the Langfield and Shaffer properties. Officers conducted another traffic checkpoint at ████████████ resulting in numerous traffic summonses, vehicle impounds and 2 arrests for narcotics. A total of 60 traffic summonses were issued by entire Housing Unit.

1-10-16- Officers responded to a robbery call at Edison at Langfield. Further investigation revealed that the robbery occurred at Weston/ Edison. The victim was assaulted while walking back from store at that

PLAINTIFFS_GENERIC-00000490

location. Officers did a walk through at Sedita and Stuvvesant properties.

1-11-16- We added patrols in Perry, Marine Dr., Busti Lakeview Homes. Total of 53 traffic summonses were issued. One vehicle was impounded and 6 arrests were made, 4 of them Felonies.

1-12-16- Housing officers assisted Strike Force with a shooting suspect that turned himself in at ███████. Suspect was taken to BPD Homicide office and then to Central Booking. Captain Serafini obtained several keys and alarm code for substation at Shaffer Village. Paul Kihl was very helpful in procuring the keys. Housing officers and supervisors will periodically stop and spend time in the Shaffer office/ substation, ensuring a police presence.

1-13-16- Officers on routine patrol did encounter 2 suspicious persons at Doat/ Burgard. After investigating, officers recovered a loaded .25 caliber handgun. A driver fled from a traffic stop and his vehicle was impounded. Officers will attempt to locate and arrest him in the future. Driver was wanted on two outstanding warrants. Total of 32 traffic summonses were issued and 2 arrests were made.

1-14-16- Officers did have a vehicle that did not stop for a traffic checkpoint, almost striking a couple of Strike Force officers. The vehicle crashed into a fence at Carolina/ Johnson Park. 2 arrests were made from this incident. Officers also responded to a shots fired call at Langfield, assisting E District officers. Housing ███████ checked the cameras but no video evidence of shots being fired was found. ███████ also learned of a robbery at Towers/ Langfield allegedly occurring at 0830hrs involving a Jeep Liberty. This time period on the cameras was checked by Lt. Strobele but again no video evidence of a crime was found.

1-15-16- Housing officers ran a traffic checkpoint at ███████ in the ███████ CPO Macy did attend a meeting at AD Price. Officers also assisted with driver at ECMC from an accident involving an injury. Two vehicles were impounded, 45 traffic summonses issued and one arrest was made.

1-16-16- H410 recovered a gun that was believed to be dumped during a chase several nights earlier. Two unknown black males loitering at 305 Perry did run from officers. The door of 279 Perry was propped open, and officers investigated but found nothing out of the ordinary. Two vehicles were impounded, 12 City Ordinances were issued and 1 arrest was made.

1-17-16- CPO Macy did work and interact with children in the Langfield/ Kenfield housing property. Officers expanded patrols into the Perry, Sedita, Marine Dr., Monsignor Geary properties. 42 traffic summonses were issued, 21 parking tags, and one vehicle was impounded.

1-18-16- Several Housing officers did attend mandatory Ethics, Sexual Harassment and Discrimination training at the BPD Academy. Officers then went to the Police Range for their mandatory firearm qualifications. Total of 16 parking tags were issued, 34 traffic summonses issued, and 2 arrests were made, one of them a felony.

1-19-16- Housing officers assisted on a call at ███████ and did assist D District officers with narcotic arrest and trespassing at the Lasalle Housing property. Total of 51 traffic summonses were issued, and 11 parking tags written.

PLAINTIFFS_GENERIC-00000491

1-20-16- two guns were recovered by Housing Unit officers. One loaded sawed off shotgun from ███ ███ and one loaded handgun from ███████ Officers were concentrated in the Langfield/ Kenfoeld area due to the recent violence, including numerous shots fired calls, and robbery reports from the previous few days. Total of 60 traffic summonses were issued and one felony arrest was made.

1-21-16- Housing officers again concentrated on the Langfield/ Kenfield property due to the recent crimes and calls for service in that area. Two car crews were patrolling the vicinity at all times with a high profile in the main activity areas. Total of 51 traffic summonses and four parking tags were issued. Two arrests were also made.

1-22-16- Housing officers conducted a traffic checkpoint at Langfield/ Edison. Information was developed that at ████████████████ is possibly selling drugs (crack cocaine). He was arrested this night. Officers responded to several complaints at the LBJ Housing property, resulting in an arrest in the 6th floor stairwell for a person smoking crack cocaine. This arrested person did also have an Order of Protection requiring him to stay away from the building. Officers also responded to a complaint at ████████ and made an arrest. Total of 53 traffic summonses were issued.

1-23-16- CPO Macy did make an arrest for suspended drivers license and possession of marihuana. Housing officers also conducted a traffic checkpoint resulting in 2 arrests for false impersonation and possession of marihuana. Total of 48 traffic summonses issued and three arrests were made.

1-24-16- Officers did have several traffic stops and suspicious person checks in and around the Langfield/ Kenfield properties. Added patrols in Marine Dr., Sedita, Douglas Towers, Willert Park and LBJ Housing properties. Officers also assisted with a DWI and gun arrest at ██████████

1-25-16- CPO Macy assisted the BPD Narcotics squad on several raids resulting in numerous arrests. H440 gathered information and subsequently recovered a loaded .38 caliber handgun from ██████████ Gun was reported missing on 4/11/14. Housing officers assisted on several shots fired calls in C and E District. Total of 6 parking tags, 3 impounds, 45 traffic summonses and 7 arrests were made, 5 of them felonies.

1-26-16- Housing officers responded to a complaint of drug dealing and use at ████████ Officers did gain entry to the apartment and recovered a large amount of narcotics, packaging materials, and 6 scales. Several arrests were made and the suspects were in the process of cooking cocaine on the stove when officers arrived. Officers also assisted the manager with many abandoned vehicles on BMHA properties. Total of 2 vehicles were impounded, 16 parking tags, 32 traffic summonses, and 7 arrests were made.

1-27-16- Housing officers were conducting a traffic stop when the suspect vehicle fled the scene. Officers monitored the vehicle which then struck a curb and became disabled. The vehicle was unregistered and uninsured, and the driver had a suspended drivers license. The driver was issued 35 traffic summonses and the vehicle was impounded. H440 assisted with a young child dressed only in his underwear alone on the street. They discovered that the 12 year old was assaulted by his mother, resulting in several broken bones. SOS and Child Protective Services were notified and the mother was arrested by Housing officers. The E District Lieutenant and officers assisted in the arrest Total of 50 traffic summonses were issued and 6 arrests

PLAINTIFFS_GENERIC-00000492

were made.

1-28-16- low manpower tonight coupled with a quiet night. Housing officers still issued 45 traffic summonses, 5 parking tags, and made one felony arrest.

1-29-16- Officers continued to concentrate on ███████████████████████████ properties. Total of 6 arrests were made, 27 traffic summonses, 11 parking tags and 1 impound.

1-30-16- Officers received a call of a dead body on the landing above apartment ██████████ ████ ████ checked the cameras and did send a P-73 regarding the possible video evidence he discovered. Housing Captain Serafini and Paul Kihl were notified. Buffalo PD Homicide Squad was notified and did respond. Preliminary cause of death appears to be a Heroin overdose. Officers arrested a ████████ for a felony warrant for gun possession. Officers conducted a traffic checkpoint at ████████████████ Total of 64 traffic summonses, 9 City Ordinance's and 5 parking tags were issued. Three vehicles were also impounded.

1-31-16- CPO Macy spotted a suspect that was wanted for a violent domestic and possession of a handgun. CPO Macy witnessed the suspect jump into a car outside of Shaffer Village in an attempt to flee. CPO Macy with the assistance of D District officers did place the suspect under arrest. Suspect is a ███████ and is a known gang member. Officers also assisted E District with a Homicide suspect on Curry Walk. Total of 65 traffic summonses, 10 parking tags, and 10 arrests were made.

* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000493

# BUFFALO POLICE DEPARTMENT
## HOUSING STATISTICS REPORT

Attn:    Daniel Derenda, Police Commissioner
         Byron Lockwood, Deputy Commissioner
         Kevin Brinkworth, Housing Chief

Prepared By: Philip M Serafini

Date Prepared:03/01/2016

Report Dates:02/01/2016 to 02/29/2016

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 9 | Felony | 9 |
| Misdemeanor | 58 | Misdemeanor | 57 |
| Violation | 5 | Violation | 5 |
| Traffic Misdemeanor | 155 | Traffic Misdemeanor | 155 |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 1013 | Traffic Infraction | 993 |
| Parking Tags | 286 | Parking Tags | 281 |
| City Ordinance | 53 | City Ordinance | 53 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| | 2 | | 2 |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 39 vehicles were impounded, all of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did not seize and money during this time period.

PLAINTIFFS_GENERIC-00000494

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

Please note that for the entire month of February, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

2-1-16- CPO Macy is utilizing the office in Shaffer Village and had a meeting with the manager about several issues relating to this Housing property. We obtained keys for the ██████████ in the ██████ Also received info on possible squatter on upper roof landing at ██████████ It was checked ount and nothing to report at this time.

2-2-16- It was our training Day and half of the platoon attended mandatory training at the Academy. The remaining officers conducted a traffic checkpoint in the Langfield area. Two tags were written, 37 traffic summonses issued, and three arrests were made.

2-3-16- Responded to complaints of several units in the Lasalle property being broken into and damaged. Officers checked a vacant at ██████████ and made an arrest. Officers also located suspect in the December shots fired call in the ██████████ Suspect was taken to C District Detectives for interviewing, but there was not enough evidence at this time for an arrest. 47 traffic summonses were issued and 2 felony and 5 misdemeanor arrests were made.

2-4-16- We ran a detail in the Langfield property and followed up on several complaints made to the BMHA tip line. 35 traffic summonses were issued and 5 arrests were made.

2-5-16- In addition to our regular patrols, we assisted District cars on several violent calls including 2 robberies and a home invasion. We also conducted walk throughs in Shaffer Village while spot checking the sub station. 17 tags were written, 5 arrests were made, and 28 traffic summonses were issued.

2-6-16- ██████████ worked with ██████████ in an attempt to conduct undercover buys in several of the BMHA properties in response to complaints from tenants and managers. We also did a walk through in the Marine Drive property, including the parking lots. 38 parking tags and 48 traffic summonses were issued.

2-7-16- Officers patrolled BMHA properties, dispersed several gangs at Shaffer Village property and conducted numerous traffic stops.

2-8-16- We had to detail an officer to the hospital resulting from a BMHA officers arrest. A car was assigned to Langfield from 1800-0001hrs. We also ran a traffic checkpoint in the ██████████ during the first half of the tour. Total of 50 traffic summonses were issued and 20 parking tags written.

2-9-16- H410 attended BMHA meetings in Shaffer Village and Langfield with members of Crime Prevention Unit  from City Hall to discuss security issues. We again had to detail an officer to ECMC to guard a prisoner. We conducted a small checkpoint in Langfield area and assisted D District with a shooting. Total of 51 traffic summonses, 2 vehicle impounds and 15 parking tags were issued.

PLAINTIFFS_GENERIC-00000495

2-10-16- Cold weather conditions led to limited activity throughout the City. We did conduct walk-ups in the Perry property. 36 traffic summonses issued, 5 parking tags written and 4 arrests were made.

2-11-16- Information developed from Housing officers revealed that a vacant house across from ▆▆▆▆ is being used to sell and store Marihuana. Total of 24 traffic summonses, 10 parking tags, and 2 arrests were made.

2-12-16- Officers conducted several suspicious person and vehicle checks in and around BMHA properties. Five arrests were made, one of them for felony Aggravated Unlicensed Operation of a Vehicle. 36 traffic summonses were issued and 5 parking tag written.

2-13-16- Quiet night due to sub zero temperatures. Officers still managed to write 26 traffic summonses and made one arrest.

2-14-16- Cold temperatures and limited manpower tonight but we focused on Shaffer Village and Langfield properties. 25 City Ordinances were written, 16 traffic summonses issued, and one arrest was made.

2-15-16- Conducted traffic checkpoint in the Shaffer Village area which resulted in a warrant arrest. It also resulted in 3 vehicles impounded, 41 traffic summonses issued and 11 City Ordinances written.

2-16-16- CPO Macy received two complaints regarding drugs and prostitution at the LBJ BMHA property. One was to have taken place in the stairwell and the other on the roof. We also received complaints regarding several issues in the Marine Drive property. Our officers were made aware of these issues and instructed to be vigilant in their patrols of these areas. CPO Macy will follow up with the managers of both properties. 2 vehicles were impounded, 35 traffic summonses issued, 9 parking tags written and 4 arrests were made.

2-17-16- It was our training day and Lt. Russo's platoon attended mandatory training at headquarters. Lt. Strobele's platoon conducted routine patrols throughout the BMHA properties. Information developed included: smoking weed at Sedita Apt.'s, and drug use in Langfields. We followed up on these complaints and assisted managers with welfare checks. Total of 19 traffic summonses issued, 9 City Ordinances written, 4 arrests, and two parking tags written.

2-18-16- Housing officers assisted Strike Force with a man with a gun. Man with gun ran into a store and attempted to pull out a loaded handgun. Officers did take suspect into custody after brief scuffle and Housing Officer Joe Acquino recovered the loaded handgun. Officers also assisted C District with a man shot at ▆▆▆▆ Total of 23 parking tags were written and 27 traffic summonses issued.

2-19-16- Concentrated on the Kenfield. Langfield housing property and subsequently stopped numerous suspicious persons and vehicles within this area. Total of 46 traffic summonses issued, one vehicle impounded, and 14 parking tags written.

2-20-16- H430 was involved in a traffic stop where the stopped vehicle fled from them. The suspected house of the driver of said vehicle was checked several times to no avail. H410 had a traffic stop where driver fled from them on foot. Driver was apprehended after short foot chase and arrested. Total of 50 traffic

PLAINTIFFS_GENERIC-00000496

summonses issued, 3 vehicles impounded and 2 arrests were made.

2-21-16- All Housing officers attended Emergency Response Team training this day.

2-22-16- CPO Macy attended meeting at Police HQ relating to police exam recruitment. CPO Macy also worked with Paul Kihl concerning complaints from LBJ residents. Complaints included a young male living in a senior apartment selling crack cocaine. CPO Macy also met and consulted with BPD Narcotics Lieutenant in an attempt to conduct some undercover buys. Total of 63 traffic summonses issued, 16 parking tags written, and 5 vehicles impounded.

2-23-16- Officers made a narcotics arrest in the Jasper Parish property. CPO Macy attended BMHA meetings and served a material witness warrant for the District Attorney's office. Total of 43 traffic summonses were issued, 5 parking tags written, 3 vehicles were impounds and 5 arrests were made.

2-24-16- We conducted a traffic checkpoint in the ████████████ however limited manpower and poor weather was a factor. H430 attended mandatory training in the Academy. We also conducted a walk through of the LBJ property in response to recent complaints of narcotics and prostitution. Two arrests were made, 10 parking tags written, and 9 traffic summonses were issued.

2-25-16- Only 3 officers working tonight so we maintained a presence predominately in the Kenfield/ Langfield property. Only 11 traffic summonses were issued due to the low amount of manpower.

2-26-16- H440 recovered a handgun on a traffic stop in D District. Officers attempted to locate and apprehend an individual who sped away from a traffic stop last week. H410 arrested a subject for Heroin possession. Total of 31 traffic summonses issued, 3 misdemeanor arrests, 1 felony arrest, and three vehicles impounded.

2-27-16- Very cold night and subsequently a slow tour. We followed up on a few BMHA staff complaints regarding trespassing and scraping in vacant apartments in the Shaffer Village. Total of 33 traffic summonses issued, one arrest made, and one vehicle impounded.

2-28-16- Officers encountered numerous juveniles throwing rocks at cars and threatening motorists at Tower/ Hempstead in the Langfield property. Juveniles were chased by officers and lost on Hempstead. One arrest was made, one vehicle was impounded, and 46 traffic summonses were issued.

2-29-16- Housing officers made two arrests for possession of drugs, and three arrests total. 37 traffic summonses were issued, 13 parking tags written and 2 vehicles impounded.

PLAINTIFFS_GENERIC-00000497

\* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000498

# BUFFALO POLICE DEPARTMENT
## HOUSING STATISTICS REPORT

Attn:  Daniel Derenda, Police Commissioner
Byron Lockwood, Deputy Commissioner
Kevin Brinkworth, Housing Chief

Prepared By: Philip M Serafini

Date Prepared:04/02/2016

Report Dates:03/01/2016 to 03/31/2016

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 21 | Felony | 20 |
| Misdemeanor | 52 | Misdemeanor | 52 |
| Violation | 1 | Violation | 1 |
| Traffic Misdemeanor | 244 | Traffic Misdemeanor | 244 |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 1092 | Traffic Infraction | 1088 |
| Parking Tags | 211 | Parking Tags | 200 |
| City Ordinance | 6 | City Ordinance | 6 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| 5 | | 3 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 52 vehicles were impounded, all of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $762.00 from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to

PLAINTIFFS_GENERIC-00000499

arrest and by following the United States Government guidelines for asset forfeiture.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

Please note that for the entire month of March, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

3-1-16- CPO Macy ran an event with the youth group from the Langfields traveling to Buffalo State College. We also patrolled the properties until a freezing rain storm hit the City about half way throughout the tour. Housing officers then assisted District cars with numerous accidents. Issued 29 parking tags and 24 traffic summonses.

3-2-16- Housing officers addressed narcotics complaints in the Langfield properties during this tour. H430 made a narcotics arrest and H440 made a gun arrest, recovering a loaded .38 calibre revolver. H420 addressed BMHA administrative complaints of illegal parking in the Shaffer Village property. We issued 30 traffic summonses, 5 parking tags, impounded 3 vehicles and made 2 arrests.

3-3-16- This was our double up training day. With the additional manpower we made patrols of BMHA properties that do not get regular attention. We also made spot patrols of the major BMHA properties and followed up on quality of life issues. H430 made a narcotics arrest and worked with BPD Narcotics Unit Detectives to procure a search warrant for the next tour.

3-4-16- H430 executed the previously mentioned search warrant in the Lakeview property. Two arrests were made as a result, one of them a felony. Officers issued 41 traffic summonses.

3-5-16- Housing officers assisted on a search warrant for a vehicle. Vehicle was x-rayed at the Peace Bridge because it contained a hidden compartment. A .40 caliber semi-automatic handgun was concealed in this compartment. H410 assisted E District with a homicide at Weston and Edison. Housing officers also confiscated $762.00 in cash and issued 31 traffic summonses.

3-6-16- Housing officers observed a man snorting Heroin off of a phone at 425 Niagara St. with his two children in the vehicle. Suspect was arrested, children turned over to their mother, Child Protective Services notified, and proper forms filled out. Total of 53 traffic summonses issued and 2 parking tags written.

3-7-16- H410 attended training at Hillbert College this tour. With limited personnel we focused on Shaffer Village and Langfield properties due to the recent homicide victim from Langfields and complaint from Shaffer Village. We followed up on a robbery complaint from ▮▮▮▮▮▮ as well. Total of 29 traffic summonses were issued, one vehicle impounded, and 4 misdemeanor arrests.

3-8-16- We ran a traffic checkpoint at ▮▮▮▮▮▮▮▮ CPO Macy attended a tenant meeting at Marine Drive. Housing officers did a walk through of ▮▮▮▮▮ with the manager to attempt to locate a sex offender living in apartment ▮▮ Officers also covered on shots fired call at Edison and Langfield. Total of 31 traffic summonses issued, 3 vehicles impounded, and 2 arrests were made.

3-9-16- CPO Macy attended two recruitment meetings during CPO hours. We ran a safety checkpoint in the

PLAINTIFFS_GENERIC-00000500

██████████████████████████ Later in tour we assisted E District on several calls including a car jacking and shots fired. Total of 35 traffic summonses issued, 7 parking tags issued, two vehicles impounded, and 2 arrests were made.

3-10-16- All day rain made for a slow and quiet tour. Housing officers assisted on several calls including a stabbing in A District, a robbery in C District and shooting in E District. Total of 19 traffic summonses issued and 3 arrests were made, one of them a felony.

3-11-16- Housing officers assisted with a man with a gun call at ██████████ Officers helped with the arrest and discovered a loaded weapon in the house which was recovered by our officers. H410 recovered a loaded .357 Magnum from a suspicious person. The gun was listed in the ████████████ ██████████ Suspect was located and arrested at Fargo and Rhode Island. Total of 52 traffic summonses issued, 10 arrests were made and 3 vehicles were impounded.

3-12-16- Housing officers assisted with the arrest of a dangerous, wanted Central Park gang member. Officers also made two drug arrests and issued 39 traffic summonses. Three vehicles were impounded and 9 parking tags were issued.

3-13-16- Officers performed several suspicious person checks and made 2 narcotics related arrests on the lower WestSide. Additionally, Housing officers assisted on several calls for service and conducted numerous traffic stops. Total of 52 traffic summonses were issued, 10 parking tags written and three vehicles were impounded.

3-14-16- Our officers assisted BPD Detective Lou Ruberto and Federal agents with the identification of a driver of a vehicle relating to one of their ongoing investigations. Total of 43 traffic summonses were issued, two misdemeanor arrests were made, 10 parking tags written and one vehicle was impounded.

3-15-16- It rained all tour seriously effecting our efforts. But officers still managed to write 40 traffic summonses, 12 parking tags, and impounded 5 vehicles.

3-16-16- Conducted a traffic checkpoint at █████████████ CPO Macy met with BMHA security Chief Paul Kihl and manager Linda Glass regarding several BMHA issues. "B" District responded to a call of a person down in stairwell at 335 Summer (Sedita Apts). BPD Homicide Unit also responded. Total of 39 traffic summonses issued, 10 parking tags issued, 3 vehicles impounded, and 2 arrests were made.

3-17-16- Due to recent shooting in the Langfield area, we concentrated most of our resources there. We assisted D District officers with a DOA in the ShafferVillage. Total of 34 traffic summonses were issued, 7 parking tags written, 2 arrests were made and 2 vehicles were impounded.

3-18-16- This was our double up training day, which resulted in half of the unit attending active shooter training during the day shift. CPO Macy attended a BMHA meeting and followed up with the BPD Homicide Unit with intelligence obtained regarding the recent death in the Sedita Apartments. Total of 39 traffic summonses were issued, 4 arrests were made and 2 vehicles were impounded.

3-19-16- Housing officers covered on a call of threats at The Corner Store on Weston St. near the

PLAINTIFFS_GENERIC-00000501

Langfields. We assisted E District with checking out and dispersing 4 males who were suspected of drug sales. Officers also conducted several suspicious person and traffic safety checks. Total of 43 traffic summonses issued, 3 parking tags and one arrest was made.

3-20-16- Officers developed information that a ▮▮▮▮ is possibly dealing drugs in Sedita Apartments. Also info of drug sales in ▮▮▮ Officers recovered a loaded .380 handgun in the rear of ▮▮▮ On a traffic stop, a vehicle did take off on officers and was eventually located at ▮▮ The vehicle was impounded along with three other vehicles for the tour. Total of 40 traffic summonses were issued, and 11 parking tags written.

3-21-16- A traffic stop in the Jasper Parish property resulted in the arrest of a ▮▮▮ who was featured and wanted by the ▮▮▮▮▮ A total of 42 traffic summonses were issued, 4 parking tags written and one vehicle was impounded.

3-22-16- This tour our Housing officers remained in Shaffer Village, Jasper Parish and Langfied areas only, due to call volume and a power shortage. We assisted D and E Districts on several calls including a man with a gun and a burglary in progress. Total of 20 traffic summonses were issued, 4 felony arrests and 4 misdemeanor arrests were made.

3-23-16- Limited manpower and a steady rain all tour led to a very slow night. We conducted routine patrols of the six major BMHA properties, but there was very little activity. With the extra down time we did walk throughs in the Perry high rises and Douglas Towers. We also addressed vandalized fire hydrants in Jasper Parish and drug sales in the Sedita Apartments.

3-24-16- H410 worked with the BPD Narcotics Unit on a search warrant in the Shaffer Village property to be executed in the morning. The rest of our Housing officers patrolled the BMHA properties and assisted District cars on several violent calls. Total of 23 traffic summonses were issued, 13 parking tags written, one vehicle impounded, and one arrest was made.

3-25-16- Housing officers assisted S451 and B District with a 3 car accident injury at William and Jefferson. Driver was transported to hospital with chest and head injuries. Officers also assisted C and E District with a stolen vehicle that struck a house and a parked car on Long St. Total of 30 traffic summonses were issued, one parking tag written, one vehicle impounded and one arrest was made.

3-26-16- Officers covered on a shots fired call on Sumner Pl. in C District. C District did make one arrest and recovered a handgun as a result of our help. We utilized the camera system in an attempt to locate a wanted person from the ▮▮▮▮▮ ▮▮▮▮▮ Total of 34 traffic summonses were issued, 9 parking tags written, one vehicle impounded and 2 arrests were made.

3-27-16-This was Easter Sunday and it was a very quiet day. H410 assisted the BPD Strike Force officers with a gun arrest and recovery. Total of 23 traffic summonses were issued and 6 parking tags written.

3-28-16- Housing Drug Recognition officer Ken Agee assisted the West Seneca PD with a driver on drugs. H410 assisted D District with a foot chase for a robbery suspect. Housing officers did apprehend the subject

PLAINTIFFS_GENERIC-00000502

and he was turned over to the D District officers. A D District officer was injured as a result of the foot chase. H440 did apprehend a suspect wanted by the ██████████████████████████████████The suspect was taken to the SOS detectives for a statement and then arrested by our officers. Total of 49 traffic summonses were issued and 10 parking tags written.

3-29-16- The manager of the Langfield property did pass along intelligence regarding ██████████████ The ████████████████████████████ are believed to be dealing drugs and may have a hit out on them. They are also believed to be the likely reason for the shots fired calls in and around this area in the past few months. Total of 46 traffic summonses were issued, 4 arrests made including 2 felonies, 11 parking tags written and one vehicle was impounded.

3-30-16- For a majority of this tour the ████████████ were down. Officers were unable to write traffic summonses, log onto their computers or use the TRACS system due to this event. Therefore we made several walk throughs of the properties courtyards and walk ups of the high rises. We addressed 311 calls and quality of life issues with the down time. Later on during the tour the systems were restored and officers wrote a total of 14 traffic summonses.

3-31-16- We started our tour in the D District properties but after a shooting on Edison St. and Oakmont, we shifted our officers to the Langfield area. We remained there for the remainder of our tour. CPO Macy worked with the children from the Langfield Youth Sports Club and also assisted NYS Parole Officers in arresting a ████████████ on a parole violation. A total of 24 traffic summonses were issued, 4 parking tags written, 3 vehicles impounded and 3 arrests were made, one of them a felony.

PLAINTIFFS_GENERIC-00000503

PLAINTIFFS_GENERIC-00000504

* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000505

# BUFFALO POLICE DEPARTMENT
## HOUSING STATISTICS REPORT

Attn:    Daniel Derenda, Police Commissioner
          Byron Lockwood, Deputy Commissioner
          Kevin Brinkworth, Housing Chief

Prepared By: Philip M Serafini

Date Prepared: 05/01/2016

Report Dates: 04/01/2016 to 04/30/2016

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 16 | Felony | 16 |
| Misdemeanor | 85 | Misdemeanor | 85 |
| Violation | 5 | Violation | 5 |
| Traffic Misdemeanor | 153 | Traffic Misdemeanor | 152 |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 831 | Traffic Infraction | 828 |
| Parking Tags | 242 | Parking Tags | 216 |
| City Ordinance | 1 | City Ordinance | 1 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| 7 | | 4 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 49 vehicles were impounded, all of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $939.00 from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to

PLAINTIFFS_GENERIC-00000506

arrest and by following the United States Government guidelines for asset forfeiture.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

Please note that for the entire month of April, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

4-1-16- CPO Macy had a meeting at HQ regarding recruitment. Housing officers worked with BPD Narcotics unit on investigation of a Heroin ring. Recovered were 1 kilo of Cocaine and 1 kilo of Heroin. The target was arrested on a traffic stop. Officers also made arrest at Sedita Apt.'s for drug sales. Sale was made to tenant ███████ Total of 25 traffic summonses were issued, 8 arrests made, and two vehicles were impounded.

4-2-16- Poor weather lead to quiet night with little activity. Total of 48 traffic summonses were issued, 4 arrests, 27 tags written and 5 vehicles were impounded.

4-3-16- Officers conducted a walk through of the Sedita Apt.'s due to complaints of drug activity and recent arrest. Officers also assisted BPD SWAT team and Strike Force with a search warrant at ███████ A 9mm handgun was recovered. Total of 21 traffic summonses issued, 13 parking tags written and 2 vehicles impounded.

4-4-16- Officers searched for wanted person ███████ from a robbery/ shooting which occurred at ███████ Suspect was arrested at Carolina and Niagara by H430. Suspect was taken to Homicide office and subsequently charged with the robbery and intimidating a witness. Total of 26 traffic summonses issued, 7 arrests, 4 of them being felonies, and 18 parking tags were issued.

4-5-16- H410 recovered a loaded .38 Special handgun with an arrest. Officers also confiscated $939.00 in cash. Total of 25 traffic summonses were issued, 8 arrests were made, 12 parking tags written, and one vehicle was impounded.

4-6-16- CPO Macy attended recruitment seminar at ECC before his scheduled tour. We also addressed BMHA and 311 complaints within the Housing properties. Officers made an arrest for drug sales as a result of responding to a complaint. The arrest was made at 344 Perry in the laundry room. Total of 17 traffic summonses were issued, 4 arrests were made, 6 parking tags issued.

4-7-16- Housing officers conducted walk-ups in Shaffer Village and made several arrests at ███████ while following up on complaints of trespassing and drug activity on the roof from the BMHA building manager. CPO Macy attended a job fair for recruitment purposes. Total of 16 traffic summonses were issued, 7 arrests were made, three vehicles impounded and 4 parking tags written.

4-8-16- We utilized the BMHA camera system to locate any trespassing and/ or drug activity occurring within several of the Housing properties. Officers covered on a person shot call on Roma in addition to other violent calls for service in and around the Housing properties. Total of 31 traffic summonses issued, 3 arrests were made, 2 vehicles impounded, and 5 parking tags issued.

PLAINTIFFS_GENERIC-00000507

4-9-16- With limited manpower tonight we patrolled only the major BMHA properties. We addressed resident parking at 335 Summer (Sedita Apt.'s) and issued several parking tags. H440 made a DWI arrest. Total of only 14 traffic summonses issued, 13 parking tags written, 3 arrests made, and 2 vehicles were impounded.

4-10-16- In addition to our regular patrols we assisted BPD Narcotics Unit on a search warrant and recovered a large amount of Cocaine, Heroin and several guns. The warrant also resulted in 2 arrests. We also assisted C District with a shooting. Total of 3 guns recovered, 49 traffic summonses issued and 8 parking tags were written.

4-11-16- DMV was down for most of the tour which hampered our efforts to issue traffic summonses. Officers developed information regarding a man with several illegal weapons stashed in a family member's house. Officers will continue to work this case. Total of 20 traffic summonses issued, 6 arrest were made, 8 parking tags were written and 4 vehicles were impounded.

4-12-16- Officers tried to locate a suspect from a BOLO for officer safety. Suspect's mother lives at █████ █████ and her son was on social media today displaying a handgun. Housing officers were involved in a foot chase at 41 Trammell regarding a man with a gun. The officers lost the subject in the Clinton/Jefferson area. Officers will continue to attempt to apprehend this individual. Total of 40 traffic summonses issued, 4 arrests were made, 16 parking tags written and 2 vehicles were impounded.

4-13-16- Officers had a vehicle with an Oregon license plate flee from them on a traffic stop. Suspects did throw a loaded Ruger 9mm handgun from the vehicle during the officer's pursuit. The handgun did discharge when it struck the ground at Milburn and Grimes. The gun was recovered by our Housing officers. The vehicle was located at 115 Peck and impounded. Officers had C District Detectives interview a 15 year old that admitted to being in the vehicle. Housing officers also assisted with a violent domestic at 128 Langfield. Total of 24 traffic summonses were issued, 4 arrests were made, 8 parking tags written and one vehicle was impounded.

4-14-16- All of our on duty officers tonight were assigned to the Emergency Response Team (ERT) for training. BMHA Lieutenant checked on two suspicious persons at Perry/ Alabama.

4-15-16- CPO Macy had a recruiting detail for 3 hours. He also assisted in serving 6 subpoena's for the District Attorney's office, and met with the manager of Holling Homes about illegal parking issues at this BMHA property. Housing officers did recover a vehicle wanted by the Homicide Squad. Total of 24 traffic summonses were issued, 6 parking written and 3 vehicles were impounded.

4-16-16- Several of our Housing officers were called out for the ERT team due to a protest, so we had limited resources tonight. Total of 11 traffic summonses issued and 10 parking tags were written.

4-17-16- Housing officers did assist E District on shots fired call at Dorris/ Olympic. Total of 37 traffic summonses issued, 5 arrests were made and 11 parking tags were written.

4-18-16- Most of our Housing officers were assigned to the ERT Team detail due to the Donald Trump rally at First Niagara Center. The rest of the on duty Housing officers focused on the Trump rally and the

PLAINTIFFS_GENERIC-00000508

surrounding area.

4-19-16- Officers had a foot chase with a subject who possessed a handgun. The subject ran from the officers into the backyard of 31 Koons. Officers did recover a Kel Tec, 9mm Luger handgun which the subject dropped during the foot chase. Subject got away but officers are gathering information on his identity. Housing officers recovered 2 additional handguns during this tour. One was recovered after another foot chase terminating on Bailey Ave. where the gun was found in a dumpster. The other gun was recovered while assisting Strike Force officers on Butler Ave. with a foot chase.

4-20-16- Housing officers located a vehicle wanted for possessing guns on Stochbridge St. and assisted with a shooting on Woltz. Officers also covered on a shots fired call in the Central Park area. H430 encountered a woman in the rear of 257 Elmwood (Stuyvesant Apt.'s). She was issued traffic summonses and became very irate with officers and interfered with the lawful impound and towing of her vehicle. She was placed under arrest and resisted, resulting in a Housing officer being injured. Total of 45 traffic summonses issued, 8 parking tags written, one vehicle impounded and one arrest.

4-21-16- CPO Macy attended BMHA meetings in Langfield and Shaffer Village properties. With limited manpower we kept our patrols in these two properties and addressed several resident complaints forwarded to us by CPO Macy from these meetings. Total of 16 traffic summonses issued, 3 arrests were made and 3 vehicles were impounded.

4-22-16- During this tour, in addition to our regular duties we assisted C-Net and BPD Narcotics on warrants. We also covered District cars on violent calls for service including a shooting in C District. Total of 29 traffic summonses issued, 3 parking tags issued and 3 vehicles were impounded.

4-23-16- We addressed resident complaints of drug activity in 3 vacant adjoining buildings of the Lakeview Housing property. As a result we made 5 arrests. We also assisted B District on a double shooting. Total of 10 traffic summonses issued, 6 parking tags written and 1 vehicle impounded.

4-24-16- We conducted a traffic checkpoint in the ███████████████ During this time period there was a shooting in the Langfield property. After completing the checkpoint, we concentrated our patrols in the Langfield area for the rest of the tour. Total of 29 traffic summonses issued, 8 arrests were made, and 2 vehicles were impounded.

4-25-16- Our officers made several arrests on the lower west side tonight and discovered that all of the arrests included black tar Heroin or items used for burning and inhaling the smoke from this type of Heroin. Total of 46 traffic summonses were issued, 11 parking tags written, one vehicle impounded and 4 arrests were made.

4-26-16- Continued a strong focus on the ███████████████ Much information was developed from residents about drug activity from apartment on ███████ Officers investigated these complaints, but no arrests as of yet were made from the information. Total of 59 traffic summonses were issued, 16 parking tags written and 3 arrests were made.

4-27-16- We followed up on reports of drug activity in the ███████████████ which resulted in a

PLAINTIFFS_GENERIC-00000509

couple of arrests for trespassing in vacant apartments. Total of 34 traffic summonses were issued, 3 arrests were made, 9 parking tags written and one vehicle impounded.

4-28-16- Assisted on a call of a home invasion at ███████ House checked OK, appeared to be a fake call after talking to a health care aid. Conducted several traffic stops and suspicious person checks in and around Shaffer Village, Langfield, Lakeview, Sedita, Perry and Donovan Drive Housing properties. Total of 41 traffic summonses were issued, 3 arrests were made and 13 parking tags written.

4-29-16- Conducted a traffic checkpoint in ███████ and assisted District cars on several priority one calls for service. Made arrests for marihuana possession and 2 warrant arrests. Total of 29 traffic summonses issued and 2 vehicles were impounded.

4-30-16- Made a drug arrest from a traffic checkpoint at ███████ Total of 41 traffic summonses issued, 3 arrests were made and one vehicle impounded.

PLAINTIFFS_GENERIC-00000510

* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000511

**BUFFALO POLICE DEPARTMENT**
**HOUSING STATISTICS REPORT**

Attn:      Daniel Derenda, Police Commissioner
           Byron Lockwood, Deputy Commissioner
           Kevin Brinkworth, Housing Chief

Prepared By: Philip M Serafini

Date Prepared: 06/01/2016

Report Dates: 05/01/2016 to 05/31/2016

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 24 | Felony | 21 |
| Misdemeanor | 72 | Misdemeanor | 70 |
| Violation | 6 | Violation | 5 |
| Traffic Misdemeanor | 256 | Traffic Misdemeanor | 253 |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 1537 | Traffic Infraction | 1526 |
| Parking Tags | 483 | Parking Tags | 481 |
| City Ordinance | 22 | City Ordinance | 21 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| 6 | | 1 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 67 vehicles were impounded, 62 of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $1,526.00 from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to

PLAINTIFFS_GENERIC-00000512

arrest and by following the United States Government guidelines for asset forfeiture.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

Please note that for the entire month of May, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

5-1-16- With limited manpower we patrolled the big 6 Housing properties. Total of 27 traffic summonses issued, 2 arrests were made and 9 parking tags were issued.

5-2-16- Conducted a traffic checkpoint at ▮▮▮▮▮▮▮ advising numerous drivers of traffic violations and writing 47 traffic summonses. DMV computers were down for a long period which hampered our ability to write traffic summonses somewhat. Ten parking tags were issued, 5 vehicles impounded, and 9 arrests were made, 3 being felonies.

5-3-16- We received a complaint from the Langfield manager of possible trespassing at ▮▮▮▮▮▮▮ ▮▮▮ Housing officers responded and checked apartment which appeared to be secure at this time. Tenant was evicted for non payment of rent. Officers covered on several shots fired calls in E District, and assisted with a man shot in B District. Total of 45 traffic summonses issued, $993.00 confiscated from an arrest, 2 vehicles impounded, 17 parking tags issued, and 2 arrests were made.

5-4-16- Officers were alerted to 2 suspicious person inside a vacant Housing property at ▮▮▮▮▮ Two arrests were made and a large amount of needles confiscated. CPO Macy attended a recruiting session in the Langfield/ Kenfield property. Total of 44 traffic summonses issued, 17 parking tags written, 2 vehicles impounded, and 6 arrests were made.

5-5-16- In addition to conducting a traffic checkpoint in D District, we assisted BPD Narcotics and SWAT on raids where 2 guns were recovered. Total of 36 traffic summonses issued, 15 parking tags written, 2 vehicles impounded, and 2 arrests were made.

5-6-16- CPO Macy met with the manger of the Marine Drive Housing property regarding the upcoming Canal Festival season. We impounded 2 vehicles on BMHA property in response to tenant complaints. Officers developed information that the person wanted from a gun possession chase a few weeks ago is nicknamed KK. Two arrests were made, 12 traffic summonses issued, and 3 vehicles were impounded.

5-7-16- Housing officers assisted on a robbery in D District. Suspect fled scene in a taxi and was later apprehended by D District officer with the assistance of our officers. Total of 19 traffic summonses were issued and 5 parking tag written.

5-8-16- Conducted a traffic checkpoint at ▮▮▮▮▮▮▮▮▮▮▮ from 1645- 1800 hrs. Assisted B District with locating and impounding a vehicle at ▮▮▮▮▮▮ Vehicle was used in shooting. Total of 25 traffic summonses issued and 2 arrests were made.

5-9-16- Very little manpower tonight but we were still able to follow up on residential complaints about illegal parking and abandoned vehicles on BMHA property. Total of 14 traffic summonses issued, 3

PLAINTIFFS_GENERIC-00000513

vehicles impounded, 26 parking tags written, and 3 arrests were made.

5-10-16- This tour was very busy with shots fired and shooting calls in C and D Districts so we moved all of our patrols to the BMHA properties in those Districts. Total of 37 traffic summonses issued, 6 arrests were made, 19 parking tags written, and one vehicle was impounded.

5-11-16- Officers were briefed on intel by CPO Macy which he gained from a recent BMHA meeting in the Langfield property. This intel pertained to possible shooting suspects in the area and potential future violence. We also followed up on another wanted shooting suspect from the Jasper Parish Housing property. Later in the tour we received resident drug complaints from the Sedita property and made an arrest. Total of 37 traffic summonses issued, 6 arrests were made, 3 vehicles were impounded and 2 parking tags were written.

5-12-16- We received a complaint from the Shaffer Village manager about a tenant who displayed and threatened a BMHA worker with a knife. Officers responded to this complaint and made an arrest for menacing. H410 was involved in a foot chase with several suspicious males, which resulted in an injury to the officer. Total of 38 traffic summonses issued, 12 parking tags written, 3 vehicles impounded, and 3 arrests were made.

5-13-16- A call came out at 0030 hrs in the Langfield area of shots fired. A Housing car was on scene and there was no evidence of shots fired. Housing Drug Recognition officer (DRE) Agee assisted C District with a 4 car accident at Bailey/ Lovejoy. Total of 47 traffic summonses issued, 1 arrest and 10 parking tags were written.

5-14-16- DPC B. Lockwood and Chief K. Brinkworth instituted a daily Housing detail consisting of four officers to run from 1130- 1530hrs. The detail will concentrate on the ████████████████ property. There was a shots fired call in the Shaffer Village property in which the incident was captured by the BMHA cameras. The shooter was identified as █████████ and is still outstanding at this time. Total of 57 traffic summonses issued, 4 parking tags written and 2 vehicles were impounded.

5-15-16- Officers attempted to locate ██████████████ Total of 73 traffic summonses issued, 1 arrest made, 19 parking tags written and 4 vehicles were impounded.

5-16-16- During the Housing Detail hours H230 located and arrested wanted felony suspect ██████████ During the regular tour we focused on D and E Districts. Total of 65 traffic summonses issued, 17 parking tags written and 3 vehicles were impounded.

5-17-16- Today was our double up day. We conducted a traffic checkpoint in the ████████████ area during the first half of the tour. Then we continued routine patrols and answered resident complaints in Langfield about gang and drug activity. We also assisted C District on a shooting, located a wanted person for the BPD Sex Offense Squad, and worked on complaints from tenants and manager of Shaffer Village property. Total of 65 traffic summonses issued, 8 arrests were made, 15 parking tags written and 4 vehicles were impounded.

5-18-16- Daytime detail focused on the Kenfield/ Langfield and Douglass Towers/ Willert Park Housing

properties. A total of $282.00 in cash was confiscated from an arrest, 63 traffic summonses issued, 12 parking tags written, 6 vehicles were impounded, and five arrests were made, 2 of them being felonies.

5-19-16- Housing officers pulled up on a fight at 211 Niagara St. and recovered a loaded handgun and made 3 arrests. Officers discovered several 4 wheelers and motorcycles driving on Isabelle St. in the Shaffer Village Housing property. They subsequently confiscated one motorcycle and made one arrest. Suspect lives at ▓▓▓▓▓▓▓Total of 94 traffic summonses were issued and 4 vehicles were impounded.

5-20-16- Very busy tour with the daytime detail concentrating on the Douglass Towers and Langfield Housing properties. During the regular tour we assisted B District on a double shooting and D and E Districts on several shots fired calls in the Shaffer Village and Donovan Drive properties. Late in the tour H440 assisted in apprehending 2 individuals possessing a loaded .357 revolver and illegal narcotics. Total of 91 traffic summonses issued, 6 arrests were made, 3 parking tags written and 3 vehicles were impounded.

5-21-16- During the detail hours we patrolled the Donovan Drive property due to the previous days shots fired calls. We also expanded patrols to Jasper Parish and Shaffer Village after a large fight broke out in Jasper. Additionally there was a robbery/ car shot up in Donovand Drive vicinity around 1:00PM which we also responded to. We also assisted on a large fight involving a couple hundred people at a carnival at MLK park. Total of 68 traffic summonses issued, 25 parking tags written and 3 vehicles were impounded.

5-22-16- Slower tour today. We patrolled the big 6 Housing properties and assisted C District on numerous fight and gun calls relating to the carnival at MLK park. We also asssited on a homicide later in the tour. Total of 57 traffic summonses issued, 30 parking tags written, 2 vehicles were impounded and 2 arrests were made.

5-23-16- During the detail hours we focused on drug complaints from the Langfield tenants and made an arrest, recovering Heroin from one of the parking lots. We assisted on another stabbing and shooting during the regular tour. Total of 42 traffic summonses issued, 8 parking tags written, 3 vehicles were impounded and 3 arrests were made.

5-24-16- CPO Macy attended two meetings in the Langfield Community Center and gained intel regarding violence between Kenfield and Langfield people. We also learned of a new Heroin problem starting up in the ▓▓▓▓▓▓▓▓▓▓ We ran a traffic checkpoint in this same area during our regular tour in order to increase our presence and deter criminal activity. Total of 87 traffic summonses issued, one arrest was made, 12 parking tags written and 3 vehicles were impounded.

5-25-16- Daytime detail focused on Langfield, Douglass Towers and Willert Park locations. We assisted on a foot chase on E. Ferry with the Strike Force and assisted with a gun arrest at ▓▓▓▓▓▓▓Chief Brinkworth, Captain Serafini and CPO Craig Macy attended a meeting with BMHA security Chief Paul Kihl. Paul relayed ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓property. Paul also gave us a list of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ This was very helpful and we relayed all of this information to the Housing Lieutenants and their officers. Total of 48 traffic summonses issued, 2 arrests were made, 24 parking tags written and 2 vehicles were impounded.

5-26-16- Housing officers assisted S430 with a traffic stop resulting in one gun recovered. Officers also

PLAINTIFFS_GENERIC-00000515

covered on violent and shots fired calls in E and C District along with a violent call in the Perry Housing property. Total of 63 Traffic summonses were issued, 7 arrests were made, 4 City Ordinances were written, 10 parking tag issued and 2 vehicles were impounded.

5-27-16- During the detail hours we addressed quality of life issues within BMHA areas. We assisted E District on a shooting on Wholers. Officers confiscated $251.00 cash from a drug arrest. Total of 65 traffic summonses were issued, 5 arrests were made, 13 City Ordinances written, 27 parking tags were issued and one vehicle was impounded.

5-28-16- Housing officers assisted on a foot chase originating from Warren St. where an arrest was eventually made and one gun was recovered. Officers also covered on a shots fired call involving a fleeing vehicle and helped to recover the targeted vehicle and the suspects. This resulted in 2 arrests and 2 guns being recovered. Total of 43 traffic summonses were issued, 30 parking tags written and 3 City Ordinances were issued.

5-29-16- This tour we focused on the ███████████████████ property due to the previous tours violence and gun arrest at ████████ Officers spent the early part of their tour breaking up a few fights. We also conducted a traffic checkpoint in the ███████████████ During the second half of the tour we moved our patrols to the other BMHA properties. Total of 38 traffic summonses were written, 3 arrests were made and 57 parking tags were written.

5-30-16- Today was Memorial Day and officers focused on the Marine Drive property due to the large number of people at the Canal Side Festival and the Bisons game. We also spent time at the other BMHA locations assisting with violent and shots fired calls. Total of 40 traffic summonses issued and 38 parking tags were written.

5-31-16- Officers continued to gather intel from the Langfield property relating to the recent shootings and gang activity between Kenfield and Langfield. CPO Macy has also set up a clean sweep project for the following tour based on his intel. Total of 56 traffic summonses were issued, 3 arrests were made, 20 parking tags written and 1 vehicle was impounded.

PLAINTIFFS_GENERIC-00000516

   * For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000517

# BUFFALO POLICE DEPARTMENT
## HOUSING STATISTICS REPORT

Attn:    Daniel Derenda, Police Commissioner
         Byron Lockwood, Deputy Commissioner
         Kevin Brinkworth, Housing Chief

Prepared By: Philip M Serafini

Date Prepared:07/01/2016

Report Dates:06/01/2016 to 06/30/2016

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 34 | Felony | 32 |
| Misdemeanor | 80 | Misdemeanor | 78 |
| Violation | 3 | Violation | 2 |
| Traffic Misdemeanor | 288 | Traffic Misdemeanor | 288 |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 1634 | Traffic Infraction | 1634 |
| Parking Tags | 504 | Parking Tags | 504 |
| City Ordinance | 316 | City Ordinance | 316 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| 8 | | 7 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 78 vehicles were impounded, 76 of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $5,228.00 from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to

PLAINTIFFS_GENERIC-00000518

arrest and by following the United States Government guidelines for asset forfeiture.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

Please note that for the entire month of June, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

6-1-16- Housing officers ran a traffic checkpoint at ███████████ The daytime detail assisted with a clean sweep in the Kenfield/ Langfield property. We assisted on a shots fired call at Oakmont/ Suffolk discovering blood drops and a crime scene at ███████████ Cameras were checked and there was no evidence of the shooting on the tape. Total of 66 traffic summonses issued, 50 parking tags written, 2 vehicles impounded and 1 arrest.

6-2-16- officers discovered an alarm at 175 Oakmont and found an open door. The building was checked with E District officers. CPO Macy notified the key holder and the building was locked and secured. H440 answered a domestic call at ███████████ and filed a report. Officers developed a contact concerning the previous days shooting at ███████████ and he will check his sources and relay information if possible. Total of 3 vehicles impounded, 58 traffic summonses issued, and 7 arrests were made, 3 of them being felonies.

6-3-16- very busy tour with numerous high priority calls for service. We answered drug complaints in Shaffer Village and showed a strong presence in the Langfield property. We also assisted on a double shooting/ Homicide in E District. Total of 73 traffic summonses were issued, 2 arrests were made, 9 parking tags written and 7 City Ordinances.

6-4-16- The Daytime Detail officers conducted a traffic stop in the ███████████ property and confiscated a Berrata .380 handgun, loaded with 12 rounds. Defendant has an ███████████ address. Total of 40 traffic summonses issued, 15 parking tags written, one vehicle impounded, and 4 arrests were made, 3 of them being felonies.

6-5-16- Officers discovered a stolen vehicle in the Donovan Drive property. The vehicle fled from officers with the suspects exiting vehicle while it was still in gear at 204 Donovan Drive. After a brief foot chase the suspect was apprehended at 64 Donovan Drive. Vehicle was impounded and driver arrested. Total of 76 Traffic summonses issued, 3 arrests made, 17 parking tags written, 10 City Ordinances written, and 7 vehicles were impounded.

6-6-16- officers assisted E District with a home invasion where the suspects fired shots at the police. Suspect was eventually apprehended by Housing officers CPO Macy and Robinson. Total of 27 traffic summonses issued, 35 City Ordinances written, 10 parking tags issued, 2 vehicles impounded, and 3 arrests were made. Two arrests were on warrants.

6-7-16- This tour we focused on quality of life issues in the Langfield property. We also assisted E District officers with an armed robbery. Later in the tour we answered resident complaints in the Shaffer Village

PLAINTIFFS_GENERIC-00000519

property that were forwarded to us by CPO Macy. Total of 66 traffic summonses issued, 37 City Ordinances written, 10 parking tags written, 2 vehicles impounded and 3 arrests were made.

6-8-16- continued our focus in the Langfield property and assisted CPO Macy in compiling gang intelligence in the area as well as assisting District cars on violent calls for service. CPO Macy also worked with Homicide and located ▆▆▆▆▆▆ a suspect wanted for 3 homicides: one in Buffalo and one in Rochester. Total of 68 traffic summonses issued, 15 City Ordinances, 24 parking tags written, 3 vehicles impounded and 2 arrests were made.

6-9-16- officers assisted BPD Narcotics with a search warrant. The garage contained a Meth lab and BFD was notified. Total of 56 traffic summonses were issued, 2 arrests were made, 7 tags were written, and one vehicle was impounded.

6-10-16- in response to complaints in and around ▆▆▆▆▆ the daytime Detail officers did recover a loaded .22 handgun and did make an arrest for the defacement of the gun and marihuana possession. Officers also made a traffic stop of known gang members who recently posted photos to social media of themselves holding handguns. No weapons were found. Total of 34 traffic summonses were issued, 6 arrests were made, 2 of them being felonies. Ten City Ordinances written, 14 parking tags issued, and one was vehicle impounded.

6-11-16- Officers spotted 3 suspicious males in the Town Gardens property loitering and possessing Crack Cocaine. The Daytime Detail assisted B District with a fraud case at BMHA property at ▆▆▆▆▆ Residents of 245 Elmwood were advised concerning parking rules. Complaint at ▆▆▆▆ was handled by our officers and subsequently arrested 2 persons for narcotics possession. $128.00 in cash was confiscated subsequent to the narcotics arrest. Total of 40 traffic summonses were issued, 14 parking tags written, 4 vehicles impounded and 11 arrests were made, 3 of them being felonies.

6-12-16- officers stopped individual drivin a vehicle at 1727 South Park Ave. who was seen displaying handguns on social media sites. No gun was found at this time. Officers seized $5,100.00 in cash and a handgun from ▆▆▆▆ with assistance of A District officers and K9. Permission was given to search house. Call of shots fired came out at 270 Langfield, with our officers responding. No evidence was found and it is believed to be a fake call. BMHA cameras were also checked and nothing found. Total of 22 traffic summonses were issued, 21 City Ordinances written, 25 parking tags written, 1 vehicle impounded and 2 felony arrests were made.

6-13-16- officers followed up on some 311 complaints and did walk through of Perry's after receiving other complaints. Total of 53 traffic summonses were issued, 13 parking tags written, 6 City Ordinances issued, 4 vehicles impounded, and 6 arrests were made.

6-14-16- we continued patrols with in Kenfield/ Langfield and the other Big 5 BMHA properties. Officers assisted on some neighbor trouble within the Langfields. Total of 45 traffic summonses were issued, 20 City Ordinances written, 11 parking tags issued, 1 vehicle impounded and 9 arrests were made, 2 of them being felonies.

6-15-16- Daytime Detail concentrated on Kenfield/ Langfield property and dispersed juvenile gangs in area

PLAINTIFFS_GENERIC-00000520

and developed information concerning potential problems. Regular shift officers assisted strike Force and C and E Districts on a few gun calls and a home invasion. Total of 54 traffic summonses issued, 4 parking tags written, 4 vehicles impounded, and 2 arrests were made.

6-16-16- today was double up training day. Lt. Strobele's platoon attended mandatory training at the Academy. The other officers assisted on multiple calls, including two shootings in E District. One shooting call was during the Daytime detail and the other was during the regular tour. Total of 86 traffic summonses were issued, 13 City Ordinances written, 19 parking tags issued, 4 vehicles impounded, and 6 arrests were made.

6-17-16- The Daytime Detail recovered a UUV and a handgun used in an armed robbery in the C District. We assigned a car to the Marine Drive area during the Canalfest due to the residents concerns of possible violence. Total of 33 traffic summonses were issued, 20 City Ordinances written, 25 parking tags issued, 3 vehicles impounded, and 3 arrests were made.

6-18-16- today was a very busy tour due to many festivals. We assisted C District due to large amount of people attending the Juneteenth festival and surrounding area. We assisted on numerous shots fired and gun calls in E and C Districts. Total of 69 traffic summonses issued, 10 City Ordinances written, 2 vehicles impounded and 3 arrests were made.

6-19-16- officers investigated complaint from Sedita Apartments concerning loitering and drug sales. No evidence of either of these issues was found on this day. Total of 59 traffic summonses were issued, 15 parking tags were written, 4 vehicles impounded and 4 arrests were made, 3 of them felonies.

6-20-16- CPO Macy gathered intelligence of drug sales in the ███████████████████ and in the ████████ We investigated this intel and then spent the majority of the tour in the Langfield area and assisted E District on a few gun calls. Total of 45 traffic summonses issued, 8 City Ordinances written, 23 parking tags issued and 2 vehicles impounded.

6-21-16- this tour we addressed numerous complaints and problems in the Marine Drive property that arose due to a Canalside concert. We displaced countless non- residents, worked with B District on crowd control and traffic issues. We also conducted park and walks throughout the day focusing mostly on illegal parking. Later we continued our patrols of the Big 6 BMHA properties. Total of 79 traffic summonses were issued, 35 parking tags written, 3 vehicles impounded and 7 arrests were made, 3 of them being felonies.

6-22-16- The Daytime Housing Detail officers recovered a loaded hand gun from an individual on a traffic stop. Officers also covered on several shots fired and violent calls for service in E and C District. Total of 51 traffic summonses were issued, 7 parking tags written, 5 vehicles impounded and three arrests were made.

6-23-16- Officers attempted a traffic stop where the driver and passenger ran from the vehicle and started fleeing the scene. Officers started a foot chase and ultimately caught the passenger who was found to be in possession of a loaded handgun. The driver is still outstanding. The investigation is to continue. We received information that the BMHA property at ███████████████ is empty and drug dealers are congregating there. Total of 72 traffic summonses were issued, 16 parking tags written, 2 vehicles

PLAINTIFFS_GENERIC-00000521

impounded and 2 arrests were made.

6-24-16- The Daytime Housing Detail responded to a large group of juveniles fighting at Tower /Langfield St.'s. The group was advised and dispersed. Officers also assisted C District on a large fight at Zelmer/ Block and did make one arrest. Total of 70 traffic summonses were issued, 16 parking tags written, 8 City Ordinances issued, 42 parking tags written and 3 vehicles were impounded. Three arrests were also made.

6-25-16- we had minimal manpower tonight due to many Housing officers attending ERT training. A 60year old man fell from a 6th floor window at the BMHA Sedita Apartments at 1445 hrs. BPD Homicide and Photo were notified and are investigating the death which does not appear to be suspicious. Captain Serafini advised Paul Kihl from BMHA of the incident. Total of 28 traffic summonses were issued, 17 City Ordinances written and 26 parking tags issued.

6-26-16- Daytime Housing Detail had a traffic stop which resulted in an arrest for Felony Aggravated Unlicensed Operation. The driver had an expired inspection sticker and 19 scoffs on 13 different dates. Officers also assisted on a man down and unconscious in C District and CPO Macy assisted on a family fishing event held at the foot of Ferry St. Total of 62 Traffic summonses were issued, 5 parking tags written, 2 vehicles were impounded and 3 arrests were made.

6-27-16- Housing officers made an arrest for a robbery from Grant/ Ferry. Total of 70 traffic summonses were issued, 10 City Ordinances written, 12 parking tags issued, 3 vehicles impounded and 8 arrests were made.

6-28-16- This tour we had only a small amount of manpower and thus concentrated on quality of life issues within and around the Langfield property. Total of 37 traffic summonses issued, 34 City Ordinances written, 9 parking tags issued and one arrest was made.

6-29-16- This tour we followed up on threats made against police officers from a ███████████ and made an arrest in the Perry Housing property of an individual who was impersonating a Police Officer. We also assisted C District on multiple shootings, including where a young boy was one of the victims. H430 made a gun arrest and recovered a loaded weapon as well. Late in the regular tour we assisted E District with a shooting in the Langfield property. Total of 52 traffic summonses were issued, 20 City Ordinances written, 6 parking tags issued, 2 vehicles were impounded and 4 arrests were made, 3 of them being felonies.

6-30-16- officers did park and walk in Marine Drive area due to large amount of people attending concert at Canalside. Total of 43 traffic summonses were issued, 2 felony arrests were made, 34 parking tags written and 4 vehicles were impounded.

* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000522

# BUFFALO POLICE DEPARTMENT
## HOUSING STATISTICS REPORT

Attn:       Daniel Derenda, Police Commissioner
            Byron Lockwood, Deputy Commissioner
            Kevin Brinkworth, Housing Chief

Prepared By: Philip M Serafini

Date Prepared:08/01/2016

Report Dates:07/01/2016 to 07/31/2016

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 29 | Felony | 29 |
| Misdemeanor | 76 | Misdemeanor | 76 |
| Violation | 8 | Violation | 8 |
| Traffic Misdemeanor | 307 | Traffic Misdemeanor | 307 |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 1576 | Traffic Infraction | 1576 |
| Parking Tags | 489 | Parking Tags | 489 |
| City Ordinance | 225 | City Ordinance | 225 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| 4 | | 4 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 84 vehicles were impounded, all of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $1,577.00 from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to

PLAINTIFFS_GENERIC-00000523

arrest and by following the United States Government guidelines for asset forfeiture.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

Please note that for the entire month of July, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

We have also been operating a daytime detail in the Kenfield/ Langfield property from 1130- 1530hrs, manpower permitting.

7-1-16- With additional manpower we made patrols of several of the BMHA properties that are underserved during the normal course of business. We covered on several shots fired calls in C District and assisted on a stabbing call. We arrested a trespasser at ███████ Total of 66 traffic summonses issued, 13 City Ordinances written, 8 parking tags issued, 4 vehicles impounded and 6 arrests were made.

7-2-16- Housing Drug Recognition (DRE) officer Agee assisted E District with a city involved accident at ███████ Officers made an arrest for a domestic assault at Edison /Weston. Total of 51 traffic summonses issued, 31 parking tags written, 2 vehicles impounded, 4 City Ordinances written, and 3 arrests were made.

7-3-16- Officers conducted a Park and Walk in the Shaffer Village property and responded to complaints from some of the residents there. Total of 46 traffic summonses issued, 17 City Ordinances written, 18 parking tags written, one vehicle impounded and one arrest was made.

7-4-16- We assisted C and E Districts with 8 shooting calls throughout the daytime detail and regular tour. Later in the tour we concentrated on Marine Drive to assist with the crowd control, fights, and shots fired calls from the Canal Side Fourth of July festivities. Total of 44 traffic summonses were issued, 10 City Ordinances written, 3 vehicles were impounded and 4 arrests were made.

7-5-16- DMV was down for most of the night. Officers assisted with a vehicle involved in a robbery from ███████ in E District. We also assisted K-9 officer and dog with a search. Information from the manager of ███████ that a tenant is using an air conditioning unit in front of building to pick up crack cocaine. We will monitor this. Total of 49 traffic summonses were issued, 10 City Ordinances were written, 6 parking tags issued, 2 vehicles were impounded and 7 arrests were made.

7-6-16- Housing officers conducted a joint traffic checkpoint with the Strike Force unit. Total of 61 traffic summonses were issued, 11 City Ordinances written, 15 parking tags issued, 4 vehicles impounded and 2 arrests were made.

7-7-16- We continue to have a permanent presence in the Kenfield/ Langfield property. Additionally, we conducted a traffic checkpoint at ███████ We assisted E district with a stabbing, kidnapping, and a fatal accident. Total of 38 traffic summonses were issued, 23 City Ordinances written, 27 parking tags issued, 6 vehicles were impounded and 8 arrests were made.

7-8-16- Housing officers assisted Strike Force and C District in monitoring "Black Lives Matter Rally" in

PLAINTIFFS_GENERIC-00000524

MLK Park. Total of 61 traffic summonses were issued, 14 City Ordinances were written, 24 parking tags written, and one vehicle was impounded.

7-9-16- Housing 410 officers were involved in a foot pursuit and recovered a .38 Colt handgun. Officers also made an arrest for felony possession of Cocaine. Total of 14 traffic summonses were issued, 7 parking tags written, one vehicle impounded and 4 arrests were made, one of them being a felony.

7-10-16- Some Housing officers once again were assigned to ERT to monitor the protests/ prayer vigils at Ferry/ Broderick Park and Bidwell Parkway locations. Officers also responded to a man shot in the leg at ▮▮▮▮▮▮ in the Perry's. Officers also assisted with the Greased Pole Festival on Swan street after receiving information of a potential shooting. Total of 115 traffic summonses issued, 9 City Ordinances written, 28 parking tags issued, 8 vehicles were impounded , and 3 felony arrests were made.

7-11-16- CPO Macy assisted with the youth summer camp in the Langfields. He also assisted with the 7/11 days at Davey and Lovejoy, and investigated complaints from the Holling Homes BMHA property. Total of 47 traffic summonses were issued, 3 parking tags written, 2 vehicles were impounded and 2 arrests were made.

7-12-16- Housing officers covered on a man with a gun call at ▮▮▮▮▮▮ which was discovered only to be a paintball gun. CPO Macy was also notified and checked on a homeless encampment at Marine Drive property. Total of 57 traffic summonses were issued, 4 parking tags written, one vehicle was impounded and 1 arrest was made.

7-13-16- Our daytime detail continued to maintain their presence in the Kenfield/ Langfield property. Additional daytime manpower today allowed us to also monitor the Shaffer Village property also. Numerous Housing officers were detailed to the ERT team for the "Black Lives Matter" rally at Elmwood and Bidwell. Total of 30 traffic summonses were issued, 2 parking tags written, and 2 vehicles were impounded.

7-14-16- Two people were arrested for narcotics possession and loitering at Holling Homes after complaints were relayed to us from the Holling Homes BMHA manager. Officers also assisted Strike force with an arrest of an individual who had made death threats to Police Officers through social media. A loaded handgun was recovered as a result of the arrest. CPO Macy assisted BPD Narcotics squad with a search warrant where an arrest was made and narcotics were recovered.

7-15-16- Officers assisted on a stabbing at ▮▮▮▮▮▮ We reviewed the cameras at the BMHA and did forward information regarding the fight and subsequent stabbing. Officers made an arrest in the Shaffer Village BMHA property in response to resident's complaints. The daytime detail confiscated $577.00 in cash from a drug arrest. Total of 23 traffic summonses were issued, one vehicle was impounded and three arrests were made, one of them being a felony.

7-16-16- Officers made another arrest at Holling Homes for drug possession and an open alcoholic container. We also addressed narcotics complaints from the BMHA property at ▮▮▮▮▮▮ which resulted in one arrest at the store at ▮▮▮▮▮▮ Total of 68 traffic summonses were issued, 8 City Ordinances were written, 32 parking tags written, 3 vehicles were impounded, and 6 arrests were made.

PLAINTIFFS_GENERIC-00000525

7-17-16- a Housing officer was injured after struggling with an individual who was resisting arrest. Total of 52 traffic summonses were issued, 5 City Ordinances written, 6 parking tags were issued, 3 vehicles were impounded and 6 arrests were made.

7-18-16- Officers checked out and dispersed a large group of people loitering on ███████ across from the ████████ BMHA property. This seems to be a developing problem and we will continue to monitor it. Housing officers did ride with the Slow Roll bike ride through the City. Total of 34 traffic summonses issued, 16 City Ordinances written, 3 parking tags issued, and 5 vehicles were impounded.

7-19-16- Housing officers dispersed large group preparing to fight at 280 Langfield. Officers also covered on a man with a gun call in E District and assisted them with a search. Total of 48 traffic summonses were issued.

7-20-16- There was no daytime detail today, and a lack of manpower for the regular tour. CPO Macy and PO Robinson addressed 311 complaints in several of the BMHA properties. Total of 28 traffic summonses were issued, 11 City Ordinances written, 27 parking tags issued, 2 vehicles were impounded and one arrest was made.

7-21-16- There was a lot of activity in the Kenfield/ Langfield property today, due to a gun arrest made by the Strike Force unit. H420 made an additional gun arrest, recovering a loaded 9mm semi automatic handgun later in the tour. Housing officers also confiscated $1,000.00 in cash from a drug arrest. Total of 67 traffic summonses were issued, 11 City Ordinances written, 5 parking tags written, 7 vehicles were impounded, and 6 arrests were made, 3 of them being felonies.

7-22-16- We operated a detail and patrolled additional BMHA properties due to full staffing on this day. Housing officers also made a stolen vehicle arrest. Total of 68 traffic summonses were issued, 19 City Ordinances written, 31 parking tags issued, 3 vehicles were impounded and 4 arrests were made.

7-23-16- Housing H230 officers addressed some CPO issues and attended a tenant meeting. On the regular tour we focused on parking complaints in Marine Drive and Shaffer Village, issuing a large amount of parking tags. Officers arrested wanted man for two extradition narcotic warrants from Florida. Total of 54 traffic summonses were issued, 9 City Ordinances written, 70 parking tags issued, 2 vehicles impounded, and 3 arrests were made.

7-24-16- H230 recovered a rifle from an abandoned property in the ██████ This was a result of a tip from a confidential informant. The second half of the tour we assisted C District on numerous gun and violent calls for service. Total of 27 traffic summonses were issued, 19 City Ordinances were written, 24 parking tags written, and one arrest was made.

7-25-16- There was heavy rain during the morning detail which hampered our efforts somewhat. During the regular tour we conducted walk ups of the Perry high rises. We also assisted B District with a shooting on Vermont St. H410 recovered a loaded .357 revolver late in the tour. Total of 71 traffic summonses were issued, 4 City Ordinances written, 2 vehicles were impounded and 1 arrest was made.

PLAINTIFFS_GENERIC-00000526

7-26-16- Housing officers identified the suspect that fled from them last night with a loaded handgun that was subsequently recovered. Officers also assisted A District with a suspect and vehicle that almost struck officers and pedestrians at a Larkinville event. Suspect was located and arrested on the roof of 418 Louisiana and taken into custody. Defendant was wanted on several warrants. Housing officers made the arrest after taking suspect to A District for statements. Total of 85 traffic summonses were issued, 3 vehicles impounded and 6 arrests were made.

7-27-16- Housing officers identified a suspect who had just committed a burglary on Oakgrove in the Langfields. Suspect was pursued but got away. Arrest to follow. Total of 50 traffic summonses were issued, 3 City Ordinances written, 14 parking tags written, one vehicle was impounded and one arrest was made.

7-28-16- We had limited manpower tonight. Despite this our officers still managed to write 53 traffic summonses, 6 City Ordinances, 12 parking tags and impound 2 vehicles.

7-29-16- Officers impounded vehicle from Suffolk/ Erskine that was abandoned in the intersection for several hours. Officers made an arrest for a stolen vehicle and narcotics possession. Two warrant arrests were also made. Total of 39 traffic summonses were issued, 27 parking tags written, 2 vehicles were impounded and 4 arrests were made.

7-30-16- We had very limited manpower today due to most of our officers being detailed to the Neo-Nazi protest at Cazenovia Park. Total of 16 traffic summonses were issued, 20 parking tags written and 2 vehicles were impounded.

7-31-16- Today was our double up day so we were able to patrol all of the BMHA properties. We covered on numerous calls including a shooting in C District. H420 was involved in a foot chase that resulted in an arrest. A Housing officer was injured and treated at ECMC, but remained on duty. Total of 63 traffic summonses were issued, 39 parking tags written, 5 vehicles were impounded and 16 arrests were made.

* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000527

# BUFFALO POLICE DEPARTMENT
## HOUSING STATISTICS REPORT

Attn:      Daniel Derenda, Police Commissioner
              Byron Lockwood, Deputy Commissioner
              Aaron Young, Housing Chief

Prepared By: Philip M Serafini

Date Prepared:09/01/2016

Report Dates:08/01/2016 to 08/31/2016

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 31 | Felony | 30 |
| Misdemeanor | 44 | Misdemeanor | 43 |
| Violation | 2 | Violation | 2 |
| Traffic Misdemeanor | 211 | Traffic Misdemeanor | 211 |
| Total Tickets Issued For Period | | Total Tickets Issued on B.M.H.A Property | |
| Traffic Infraction | 1354 | Traffic Infraction | 1354 |
| Parking Tags | 423 | Parking Tags | 423 |
| City Ordinance | 195 | City Ordinance | 195 |
| Total Weapons Recovered | | Total Weapons Recovered on B.M.H.A. Property | |
| 6 | | 6 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 49 vehicles were impounded, all of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $942.00 from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to

PLAINTIFFS_GENERIC-00000528

arrest and by following the United States Government guidelines for asset forfeiture.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

Please note that for the entire month of August, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties. Additionally, we have been running a Daytime and Nightime Detail in the Langfield property.

8-1-16- Officers assisted Strike Force in apprehending the shooter and recovering a weapon used in a shooting on Burgard St. Officers monitored the camera system and noticed a large group loitering at ███ ████ Group was checked out, several open alcoholic containers were dumped, and the group was subsequently dispersed. Total of 27 traffic summonses issued, 18 City Ordinances written, 19 parking tags issued and 2 felony arrests were made.

8-2-16- Tonight was National Night Out and we all attended the large celebration in the Langfield/ Kenfield property. Chief Aaron Young, Captain Serafini, Lieutenant Strobele and numerous officers were in attendance along with the Mayor and BMHA Director Dawn Sanders. Remaining car crews visited the other BMHA sites. Officers investigated gambling in the Easton St. area and made an arrest. Total of 64 traffic summonses were issued, 9 City Ordinances written, 21 parking tags issued and three arrests were made.

8-3-16- Officer assisted SF430 with Marihuana arrest and recovery of evidence (plants). Officers were also involved in a foot chase which resulted in the apprehension and arrest of a man for possessing Crack Cocaine. Total of 50 traffic summonses were issued, 5 City Ordinances written, 2 parking tags written and 4 arrests were made.

8-4-16- Slow day. CPO Macy had a tenant meeting. We assisted on numerous calls and did walk throughs of the BMHA courtyards throughout the tour. Total of 53 traffic summonses were issued, 16 parking tags written and 2 vehicles were impounded.

8-5-16- During the daytime detail we assisted C District on a shooting. CPO Macy attended a Buffalo Bison game function along with the Langfield Kids. We remained in the Langfield area due to earlier violence. Total of 51 traffic summonses were issued, 8 parking tags written and 2 vehicles were impounded.

8-6-16- We followed up on BMHA residents 311 complaints. We made one arrest for narcotics possession and one warrant arrest. Total of 44 traffic summonses were issued, 10 City Ordinances were written, 29 parking tags were issued, 2 vehicles were impounded and 2 arrests were made.

8-7-16- This tour we followed up on resident complaints that CPO Macy relayed to us. Later in the tour there was a shooting in Langfield and we assisted and took witnesses to BPD Homicide office for questioning and statements. Total of 42 traffic summonses issued, 10 City Ordinances written, 23 parking tags written, 3 vehicles were impounded and 2 arrests were made.

8-8-16- We assisted with traffic control around the Langfield property for the weekly Slow Roll bicycle event. Officers also assisted with a 3 car accident on Rt. 33 at the 198, and filed a domestic report they were

PLAINTIFFS_GENERIC-00000529

flagged down on. Officers Checked on complaints in the Msgr. Geary property, and also complaints of drug sales in Holling Homes BMHA property. Total of 35 traffic summonses issued, 21 City Ordinances written, 18 parking tags issued, 5 vehicles were impounded and 21 V & T misdemeanors were written.

8-9-16- Housing officers worked with the Safe Streets Task Force after a tip of a planned shooting was reported. A 9mm semi automatic handgun was recovered by our officers, while officers responded to a gun and stabbing call. Total of 67 traffic summonses were issued, 11 parking tags written, 3 vehicles were impounded and 2 arrests were made.

8-10-16- Housing officers were involved in a foot chase through the Langfield property for a suspect that was wanted for a robbery and a parole warrant. Officers also arrested an individual that ran into a BMHA property at 15 Hopeway and discarded 3 hypodermic needles, lied about his identity and was wanted on a Buffalo PD warrant. Total of 43 traffic summonses were issued, 12 parking tags were written, 2 vehicles were impounded and 3 arrests were made.

8-11-16- Housing officers recovered 2 guns from ▮▮▮▮▮▮▮▮▮which was an address that was shot up earlier in the week. Two arrests were made while recovering a .22 handgun and a .22 caliber long gun. Officers also made an arrest of a woman for loitering on a vacant stoop in the Perry's. Woman was found to be in possession of crack Cocaine and Marihuana. Total of 46 traffic summonses were issued, 12 parking tags written, 2 vehicles were impounded and 5 arrests were made, 2 of them being felonies.

8-12-16- We received credible gang intel of an ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮We also assisted on a shooting in Central Park after a gang members funeral. Total of 46 traffic summonses were issued, 11 City Ordinances written, 13 parking tags issued and one vehicle was impounded.

8-13-16- We remained in the immediate Langfield/ Kenfield area solely due to the previous tours homicide on Hempstead. Officers attempted to gather intelligence information concerning the shooting. We dispersed several people congregating in the area talking about retaliation. We also assisted on a gun and domestic call in the immediate vicinity. Total of 40 traffic summonses written, 5 City Ordinances issued, 7 parking tags written, 3 vehicles were impounded and one arrest was made.

8-14-16- Officers maintained a strong presence in and around the Kenfield/ Langfield area. Information was developed that a ▮▮▮▮▮▮▮▮▮▮▮▮▮possesses a gun. We covered on a man shot in C District, and assisted in a foot chase for a man with a gun. Total of 39 traffic summonses were issued and one parking tag was written.

8-15-16- Today was double up day and we were able to spread out to the other BMHA properties that we normally cannot patrol. The Bike Unit participated in the Slow Roll. Our Langfiled nighttime Detail assisted the Strike force with the recovery of 2 guns after a shots fired call. Total of 43 traffic summonses were issued today.

8-16-16- While the Housing Detail was patrolling the Langfield area they noticed a B/M grab his right hip area and run into 193 Hempstead. This is the apartment where the homicide of ▮▮▮▮▮▮▮occurred a few days ago. Housing officers made an arrest of a trespasser on South Lane (Shaffer property) who was sitting

PLAINTIFFS_GENERIC-00000530



on the vacant steps of an apartment and smoking Marihuana. Total of 30 traffic summonses were issued, 14 City Ordinances written, 26 parking tags issued, one vehicle impounded and 6 arrests were made.

8-17-16- The SNUG group was having a cookout in the area of 191 Hempstead and officers patrolled and spoke with them. This group is a pro community based organization and tries to assist the citizens and police. We assisted A District with the arrest of a Robbery suspect. Also arrested was a trespasser at BMHA property of ███████████ Suspect possessed 13 bags of Heroin. Total of 51 traffic summonses were issued, 8 parking tags written, 2 vehicles were impounded and 3 arrests were made.

8-18-16- Daytime Detail assisted E District on a domestic call from ███████████ Officers spotted suspect at Weston/ Edison and apprehended him. There was a community meeting at the Martha Mitchell Center in the Langfield/ Kenfield property. Chief Aaron Young, Captain Serafini and Lt. Strobele all attended. We received information that the burglaries from 315 Langfield, apt. C are believed to have been committed by someone with a pass key. Total of 43 traffic summonses issued. 19 City Ordinances written, 21 parking tags issued, one vehicle was impounded and 4 arrests were made.

8-19-16- H430 worked on ███████████████████████████████████while manning the 1830-0030hrs detail car. H420 made 2 felony narcotics arrests from the parking lot in the Langfields. We assisted on shots fired calls and also assisted Strike Force on a call where they recovered a 9mm handgun. Total of 43 traffic summonses were issued, 12 parking tags written, 2 vehicles were impounded and three arrests were made.

8-20-16- Slow tour with limited manpower. Despite this a total of 38 traffic summonses were issued, 4 City Ordinances written, 6 parking tags issued, 2 vehicles were impounded and one arrest was made

8-21-16- Officers assisted C District with a double shooting and our Housing officers made an arrests for domestic assault, narcotics possession and a warrant. Total of 41 traffic summonses were issued, 13 City Ordinances written, 2 vehicles were impounded, and three arrests were made.

8-22-16- Officers assisted on a D.O.A. on Tower St. in the Langfield property, a burglary on Hempstead, and a gun call on Langfield/Edison where District officers recovered a loaded .38 handgun. H440 assisted with the Slow Roll bicycle ride. Total of 28 traffic summonses issued, 10 City Ordinances written and one vehicle was impounded.

8-23-16- The Daytime and Nightime Housing Details performed several traffic stops and walk throughs in and around the Langfield property. Housing officers also recovered a loaded .44 caliber S&W SPL handgun while responding to a loud party call. Total of 50 traffic summonses issued, 17 City Ordinances written, 16 parking tags issued, one vehicle impounded and 2 arrests were made.

8-24-16- The Housing Captain and CPO Macy attended a meeting with the "Ken/Lang Bridging the Gap Against Violence" group at the Martha Mitchel Center. They are planning an event in the Langfields on Saturday, September 3rd from noon to 6:00PM. Housing officers responded to a fight at 150 Langfield and advised a woman from 317 Hempstead on the PINS procedure concerning her 15 year old daughter. Officers made an arrest in the Shaffer Village property and a group of citizens there attempted to interfere. Total of 63 traffic summonses were issued, 19 City Ordinances were issued, 20 parking tags written, 3 vehicles were impounded and 6 arrests were made, 3 of them being felonies.

PLAINTIFFS_GENERIC-00000531

8-25-16- Officers recovered a loaded .32 S&W revolver from an arrest. A different arrested individual had swallowed narcotics when officers approached and turned blue, starting to choke. The quick actions of the officers applying the Heimlich maneuver saved this mans life. Total of 40 traffic summonses issued, 16 parking tags written, one vehicle impounded and 5 arrests were made.

8-26-16- The Langfield Detail recovered a UUV used in a burglary on Oakmont and assisted on a large fight on Hempstead. They also made a possession of Heroin arrest in the Langfields. Total of 48 traffic summonses were issued, 22 parking tags written, 4 vehicles were impounded and 4 arrests were made.

8-27-16- Officers and CPO Macy attended the Perry Days in the Perry BMHA property. There was a large crowd all day long and a few minor fights and skirmishes were broken up by the Detail car. Overall the crowd was very well behaved throughout the duration of the event. The Langfield Detail conducted some suspicious person checks and broke up a large party at 111 Langfield with the assistance of other Housing officers. Total of 36 traffic summonses issued, 10 City Ordinances written, 16 parking tags issued, one vehicle was impounded and 5 VTM's were written.

8-28-16- Today we sent extra patrols and attention to the ███████████ due a noticeable upsurge in gang and drug activity there. CPO Macy addressed parking problems at the Marine Drive property, due to Canal Side activities. H440 had to take a female prisoner to ECMC for ingesting Heroin, and H420 assisted at the Naval Park with a large group of trespassers. Total of 34 traffic summonses were issued, 42 parking tags written, 2 vehicles were impounded and 4 arrests were made.

8-29-16- H440 was at ECMC with a prisoner for most of the tour. H410 and H420 assisted with the Slow Roll. The Langfield Nighttime Detail conducted foot and vehicle patrols and assisted E district officers with a gun call. Late in the tour H430 had to take a different prisoner to ECMC resulting in us having to set up a second hospital detail. Total of 43 traffic summonses were issued, 10 parking tags were written and one arrest was made.

8-30-16- Today was our double up training day. Due to mandatory departmental training and a hospital detail, the limited remaining manpower was assigned to the Langfields only. The daytime detail answered a gun call in the Langfield property. Officers made an arrest for 2 separate felonies relating to Holling Homes. Total of 32 traffic summonses were issued, 5 parking tags written, 2 vehicles were impounded and 3 arrests were made.

8-31-16- The Detail car performed a Park and Walk in the Kenfield/ Langfield property. H440 recovered a loaded handgun and a large amount of narcotics at 82 Inter Park. Also confiscated was $942.00 from the same arrest. Total of 44 traffic summonses were issued, 9 parking tags written, one vehicle was impounded and 6 arrests were made, 4 of them being felonies.

PLAINTIFFS_GENERIC-00000532

\* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000533

# BUFFALO POLICE DEPARTMENT
## HOUSING STATISTICS REPORT

Attn:    Daniel Derenda, Police Commissioner
        Byron Lockwood, Deputy Commissioner
        Aaron Young, Housing Chief

Prepared By: Philip M Serafini

Date Prepared: 10/03/2016

Report Dates: 09/01/2016 to 09/30/2016

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 26 | Felony | 25 |
| Misdemeanor | 89 | Misdemeanor | 88 |
| Violation | 8 | Violation | 8 |
| Traffic Misdemeanor | 281 | Traffic Misdemeanor | 274 |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 1490 | Traffic Infraction | 1464 |
| Parking Tags | 443 | Parking Tags | 435 |
| City Ordinance | 160 | City Ordinance | 160 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| 2 | | 1 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 59 vehicles were impounded, all of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $255.00 in cash from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to

PLAINTIFFS_GENERIC-00000534

arrest and by following the United States Government guidelines for asset forfeiture.

Please note that for the entire month of September, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

Additionally, we are currently operating a night time Detail in the Shaffer Village and Langfield properties. These details consist of two officers assigned to each detail. The time period is from 1830hrs- 2030hrs daily.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

9-1-16- Officers performed park and walks in the Langfield and Shaffer Village properties, and covered on a gun call at ███████████ A residence was searched for a possible suspect but he was not found. Officers responded to a shots fired call at Edison/ Langfield and found no evidence of shots. The Detail car made an arrest for a stolen vehicle and returned it o owner. Total of 47 traffic summonses issued, 13 parking tags written, 2 City Ordinances issued and 6 arrests were made. Two of the arrests were felonies.

9-2-16- Officers covered on a shots fired call which turned into a violent family dispute. One arrest was made for narcotics possession, and one person was arrested on a warrant. Total of 43 traffic summonses issued, 30 City Ordinances written, 29 parking tags issued, 3 vehicles impounded and 7 arrests were made.

9-3-16- the Langfield Detail attended the Ken/ Lang Stop the Violence event at the Martha Mitchell Center from 1200-1800hrs. Officers responded to assault call at ██████████and a gun call at ██████████ We were unable to locate suspects relating to both calls. The Housing Lt. checked the cameras for Donovan Drive relating to a shooting. Officers responded to a gun call at ███████████at 0100hrs. No gun was discovered, just a loud party. Total of 40 traffic summonses issued, 42 parking tags written and one arrest was made.

9-4-16- CPO Macy gained information from a Langfield resident relating to the ████████████ The info was passed along to BPD Homicide unit. Officers assisted on shots fired calls in C and E Districts and made an arrest for narcotics. Total of 60 traffic summonses issued, 13 parking tags written, one vehicle impounded and one arrest was made.

9-5-16- The Langfield Detail made several patrols of the Edison and Eggert area looking for a████████████wanted for attempted murder and armed robbery. They also continued vehicle and foot patrols in the Langfield area. H420 spoke with an informant about a party at██████████involving illegal guns. Total of 47 traffic summonses issued, 6 parking tags written, 5 vehicles impounded and one arrest was made.

9-6-16- Slow tour. Our Langfield Detail passed along intel to Homicide squad relating to a recent shooting. We assisted E District with a shooting on Shirley and responded to a multiple shots fired call on Hempstead. DMV was down for the entire tour. Total of 66 traffic summonses issued, 21 City Ordinances written, 17 parking tags issued, 2 vehicles impounded and 2 arrests were made.

PLAINTIFFS_GENERIC-00000535

9-7-16- Housing officers recovered a loaded .40 caliber handgun from a traffic stop. H420 recovered a stolen vehicle at ███████ Officers were involved in a foot chase with a suspect and he was caught and placed under arrest. A warrant arrest was made from a traffic stop at Suffolk/ Weston. Total of 51 traffic summonses were issued, 23 parking tags written, 4 vehicles impounded and 5 arrests were made, 2 of them felonies.

9-8-16- A 2016 Honda took off on officers from a traffic stop and the pursuit was called off by the Duty Officer. Vehicle was a rental from Hertz. Hertz was notified. A narcotics arrest was made from a traffic stop. Officers also made an arrest for trespassing and a warrant at ███████ (BMHA property). Total of 45 traffic summonses written, 12 City Ordinances issued, 2 vehicles impounded and 8 arrests were made.

9-9-16- Officers conducted walk throughs at Shaffer Village and Langfield properties and assisted BPD Narcotics squad with a search warrant. Late in the tour H440 made 2 felony narcotics arrests and confiscated $255.00 cash. Total of 51 traffic summonses written, 10 City Ordinances issued, 2 vehicles impounded and 8 arrests were made.

9-10-16- Housing officers did a walk through of the 3 story walk ups on Tower St. in the Langfield property. Officers also responded to a call at ███████ of a mentally ill man claiming to have killed a woman in his apartment. Officers assisted Crisis Services and searched apartment, no woman was found. Crisis Services did an assessment of the man and determined him to be OK. Total of 46 traffic summonses written, 14 City Ordinances issued, 14 parking tags written, 2 vehicles impounded and 3 arrests were made.

9-11-16- We had a limited amount of manpower tonight. Officers dispersed gang congregating at the store at the corner of Weston/ Edison. Total of 45 traffic summonses written, 9 City Ordinances issued, 3 parking tags written and one vehicle impounded.

9-12-16- The Langfield Detail assisted on a burglary in progress on Hagen St. and removed an abandoned vehicle from the Langfield property as well as conducted walk throughs and vehicle patrols. H430 were on bikes and assisted in the Slow Roll through BMHA property. Two arrests were made for narcotics. Total of 40 traffic summonses were issued, 10 City Ordinances written, 15 parking tags issued and 2 vehicles impounded.

9-13-16- Officers assisted the SSTF during the Langfield Detail. H421 pursued a stolen vehicle that struck two occupied parked cars. The suspect was arrested after striking the Housing officers car and he was found to be a parole absconder for robbery 1st. AIU and IAD were notified and assisted. Total of 68 traffic summonses issued, 3 parking tags written, 3 vehicles impounded and 3 arrests were made.

9-14-16- The Langfield Detail assisted the NYS Police in the ███████ with the surveillance of a wanted individual and vehicle relating to an armed robbery in Amherst. This was double up day so we used the extra manpower to address concerns in the other BMHA properties that receive less regular attention. We dispersed several gang members in the Shaffer Village property. Arrests were made for narcotics and a warrant. Total of 70 traffic summonses written, 6 City Ordinances issued, 31 parking tags written, 4 vehicles impounded and total of 4 arrests were made.

PLAINTIFFS_GENERIC-00000536

9-15-16- Officers made a narcotics arrest from a traffic stop in the Langfields. Recovered was 21 bags of Marihuana and 4 bags of Cocaine. The defendant is a relative of incarcerated, LA Boyz gang leader ████ Another arrest for drugs was made from a different traffic stop in the Shaffer Village property. Total of 32 traffic summonses issued, 10 City Ordinances written, 4 parking tags issued, one vehicle impounded and 4 total arrests were made.

9-16-6- Officers broke up a small fight at 1 North Lane in the Shaffer property and dispersed a large group of males loitering at West Lane/ Ontario St.'s. We conducted foot patrols through the Tower Ave. 3 story walk ups. Total of 33 traffic summonses issued, 17 parking tags written, one vehicle impounded from Laird St. and 5 arrests were made.

9-17-16- Officers investigated trespassing in the 4 story walk ups on Isabelle St. in the Shaffer Village property. H440 apprehended a driver that fled from a traffic stop. The suspect was caught by the Shaffer Village Detail officer on Center Lane. Officers assisted D District with a man with a gun who was in the yards backing up to Shaffer Village, and checked on a reputed drug house at 36 Gail. No activity at this time. Total of 32 traffic summonses issued, 16 parking tags written, 2 vehicles were impounded and 4 arrests were made.

9-18-16- We used the BMHA cameras to monitor drug activity in the ████ property. The Shaffer Detail broke up gangs congregating in the courtyards, made contacts with several neighbors and covered on an armed robbery on Crowley. The Langfield Detail enforced V & T in the area and walked the courtyards. A Trespass and Marihuana arrest was made in the Shaffer Village property. Total of 50 traffic summonses were issued, 1 parking tag written , 2 vehicles impounded and 4 arrests were made.

9-19-16- H430 addressed narcotics complaints in the Sedita property. H440 and H420 executed a permission to search from a resident in the Langfield area due to drug sales. We assisted C and E District on a few shots fired calls. Total of 20 traffic summonses were issued, 13 parking tags were written and 3 arrests were made, two of them for marihuana possession.
9-20-16- During the first part of the tour we conducted a traffic checkpoint in the ████ The rest of the tour was spent in the trouble areas of Langfield and Shaffer Village. Our officers patrolled in vehicles and on foot. We also assisted on a gun call and shots fired call in the Shaffer property. The Langfield Detail had a late felony narcotics arrest from the Oakmont St. parking lot in the Langfield property. Total of 71 traffic summonses were issued, 7 parking tags written, 4 vehicles impounded and 7 arrests were made.

9-21-16- The Shaffer Detail alerted H420 and H430 of a known drug dealer and an arrest was made for possession of Crack Cocaine. Both Details continued high visibility within the projects to disrupt illegal activity and compile new intelligence on drug and gang members. Total of 54 traffic summonses were issued, 13 parking tags were written, 3 vehicles were impounded and 4 arrests were made.

9-22-16- Housing officers assisted the Strike Force unit with a stabbing at the 716 restaurant/ bar. Officers assisted with the apprehension of the suspect after a brief foot chase. Officers also assisted on a shots fired call in E District and captured one suspect and removed him to E District to be interviewed by their Detectives. Our foot patrol in the Shaffer Village property apprehended a runaway juvenile wanted from

PLAINTIFFS_GENERIC-00000537

Cheektowaga. The Langfield Detail covered on a call of shots fired at ▮▮▮▮▮▮ and located 2 persons fitting the description, but they could not be identified. The Langfield Detail also assisted on a stabbing call at ▮▮▮▮▮▮ but the complainant was uncooperative. Total of 36 traffic summonses were issued, one vehicle impounded and 7 arrests were made.

9-23-16- From a traffic stop Housing officers made 2 arrests for possession of Marihuana. The Shaffer Detail performed foot patrols again and did walk ups of the 4 story buildings. One non resident individual was discovered and was ordered to leave BMHA property. Officers stopped an individual on Beiter Walk that is known to carry guns, but he checked out OK. Total of 53 traffic summonses were issued, 11 parking tags written, 2 vehicles impounded and 4 arrests were made.

9-24-16- Officers dispersed and checked out many small groups of men congregating in the center of the Shaffer Village property. The Langfield Detail assisted with a violent domestic at 151 Hempstead. Officers assisted Strike Force with a man with a gun arrest, and assisted E District with a homicide at ▮▮▮▮▮▮ securing the crime scene. Total of 65 traffic summonses were written, 9 City Ordinances issued, 23 parking tags written, one vehicle impounded and 3 arrests were made.

9-25-16- This tour our officers were directed to the BMHA properties in C and E Districts due to the previous tours homicide and officer safety BOLO regarding the Central Park gangs threats to kill a police officer. We operated the Langfield Detail but had insufficient manpower to run the Shaffer Detail so we had our other cars frequent this area throughout the night. One of the arrests that was made tonight was for possession of a dangerous switchblade knife. Total of 39 traffic summonses issued, 12 City Ordinances written, 21 parking tags issued and 23 arrests were made.

9-26-16- Rain all night resulted in little activity. CPO Macy had a resident meeting in LBJ and addressed a squatter issue in a vacant apartment in AD Price. We ran both Nightime Details and obtained credible intelligence about a hit out on a fellow police officer which was sent to all patrol cars throughout theCity. Total of 43 traffic summonses were issued, 2 City Ordinances written, 24 parking tags issued, 3 vehicles were impounded and 3 arrests were made.

9-27-16- H421 made a felony narcotics arrest in the Shaffer area and H430 was involved in a minor accident while responding to a bank robbery in D District. Officers made 4 warrant arrests, and 2 arrests for criminal impersonation. Total of 79 traffic summonses were issued, 16 parking tags written, 4 vehicles impounded and 6 total arrests were made.

9-28-16- The Shaffer Detail made a felony drug arrest in front of Ontario St. CPO Macy attended a meeting in Marine Drive property and worked with the Sedita Manager on the eviction of drug dealers, and worked with BPD narcotics on buys within the project area. The Commissioner ordered all Housing cars to the Niagara Square for crowd control during a labor protest for the first half of the tour. We assisted D District on an assault in progress in Shaffer Village, and E District on shots fired and two stabbings on Deerfield St. Total of 55 traffic summonses were issued, 13 City Ordinances written, 16 parking tags issued, 4 vehicles were impounded and 6 arrests were made.

9-29-16- Today was double up day so we were able to focus on all of the major BMHA properties along with the usual Big 6. Although there was no Shaffer and Langfield Detail tonight because of double up day,

our officers did remain in both of these properties throughout the night. Total of 55 traffic summonses were issued, 16 parking tags written, 2 vehicles were impounded and 2 arrests were made.

9-30-16- CPO Macy attended a youth meeting in Langfield. We received and acted on complaints from BMHA manager concerning drugs sales and an abandoned vehicle. We impounded the vehicle and curtailed the drug sales. We assisted BPD Detective Ferraro in locating 3 wanted vehicles located in the Shaffer Village property relating to a case she is working. Our Shaffer Detail was in contact with the camera room that was relaying information about current narcotic sales on Ontario St. in front of Shaffer Village. We worked with D District on this and they made an arrest and we stationed a marked vehicle on the street to disrupt activity. H410 had a gun arrest and recovered a loaded .38 revolver. Total of 54 traffic summonses were issued, 7 parking tags written, one vehicle was impounded and 8 arrests were made, 2 of them being felonies.

\* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000539

# BUFFALO POLICE DEPARTMENT
# HOUSING STATISTICS REPORT

Attn:      Daniel Derenda, Police Commissioner
               Byron Lockwood, Deputy Commissioner
               Aaron Young, Housing Chief

Prepared By: Philip M Serafini

Date Prepared:11/01/2016

Report Dates:10/01/2016 to 10/31/2016

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 19 | Felony | 19 |
| Misdemeanor | 28 | Misdemeanor | 28 |
| Violation | 1 | Violation | 1 |
| Traffic Misdemeanor | 164 | Traffic Misdemeanor | 164 |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 1076 | Traffic Infraction | 1076 |
| Parking Tags | 255 | Parking Tags | 255 |
| City Ordinance | 98 | City Ordinance | 98 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| | 3 | | 1 |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 39 vehicles were impounded, all of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $900.00 in cash from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to

PLAINTIFFS_GENERIC-00000540

arrest and by following the United States Government guidelines for asset forfeiture.

Please note that for the entire month of October, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

Additionally, we are currently operating a night time Detail in the Shaffer Village and Langfield properties when manpower permits. These details consist of one or two officers assigned to each detail. The time period is from 1830hrs- 2030hrs daily.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

10-1-16- We monitored drug activity utilizing the BMHA camera system which resulted in drug arrests in the Shaffer Village property. Housing officers also assisted District cars on violent calls and continued to assist D District in locating wanted weapons possession suspect ██████ who is believed to frequent the Shaffer Village area. Total of 43 traffic summonses were issued, 15 City Ordinances written, 4 parking tags issued, one vehicle impounded and 6 arrests were made.

10-2-16- Housing officers concentrated on the Langfield property today and all of the tags and summonses were issued in that area. Officers assisted on a shots fired call on Edison but were unable to located a complainant or evidence of the shots actually being fired. Officers also made several suspicious person and vehicle checks. Total of 28 traffic summonses were issued, 10 City Ordinances written and 13 parking tags written.

10-3-16- Slow tour due to rain. We had three officers detailed to ERT training. The Langfield Detail handled a shots fired call that resulted in a bullet piercing a window. Officers also assisted A District on a stabbing call in the Perry BMHA property. Total of 27 traffic summonses were issued, one city Ordinance written, 7 parking tags written and two vehicles were impounded.

10-4-16- We were able to run both night time Details today. The regular car crews followed up on the 311 calls from the BMHA complaint line. Two of our patrol vehicles were vandalized and their windows smashed out tonight while parked in the lot at ██████ We checked with Paul Kihl and his camera operator and they state there is no usable video of this incident. CPO Macy had ERT training. Total of 44 traffic summonses were issued, 10 parking tags written, one vehicle impounded and one arrest was made.

10-5-16- We assisted the C District on two shootings, one of them in the LBJ property area. The Shaffer Village detail assisted D District on a large fight and stopped and arrested individual for false impersonation and narcotics possession. Total of 45 traffic summonses issued, 1 parking tag written, 2 vehicles impounded, and one arrest was made.

10-6-16- CPO Macy met with the managers of Shaffer Village and Holling Homes. H440 made a narcotics and DWI arrest in the Langflelds. The Shaffer Detail dispersed a violent gang in the courtyard and resulting in an arrest. Total of 51 Traffic summonses were issued, 13 parking tags written, 3 vehicles impounded and one arrest was made.

PLAINTIFFS_GENERIC-00000541

10-7-16- Officers assisted on a fight and large crowd at Tifft Farms Field resulting from a High School football game. Game was called due to the violence. H410 apprehended individual with a 9mm luger handgun. Langfield Detail had a traffic stop involving 3 Central Park Gang members. Another traffic stop resulted in Housing officer recovering 65 pieces of Marihuana, including 6 bags and 35 vials. Total of 44 traffic summonses issued, 10 parking tags written, 3 vehicles impounded, and two arrests were made.

10-8-16- H410 was detailed to ECMC to guard a prisoner that we arrested last night. Officers covered on shots fired call at Clinton/ Jefferson, and a robbery on Jefferson. The Langfield Detail stopped a reputed gang member with a previous gun arrest and questioned him. He was told to leave the Langfield property or face trespassing charges. Total of 21 traffic summonses issued, 11 parking tags written, one vehicle impounded and one City Ordinance was written.

10-9-16- Small amount of manpower and a very slow night tonight. We were still detailing an officer to watch a prisoner at ECMC all tour. Officers stopped a trespasser in the Shaffer Village property and checked him out and he was dispersed. H420 assisted D District with Drug Recognition Officer K. Agee. Total of 15 traffic summonses written, 7 parking tags issued.

10-10-16- Shaffer Detail performed walk throughs of the 4 story apartments on Isabelle. They advised a trespasser in hallway of 98 Isabelle and he was checked out and dispersed. Known narcotics dealers, the ▮▮▮▮▮▮▮▮▮ were dispersed from the Shaffer Village area. Officers performed Park and Walk in the Langfield property. Total of 22 traffic summonses were issued, 10 parking tags written, and 6 VTM were issued to traffic violators.

10-11-16- We assisted E district on a knife/ domestic call at ▮▮▮▮▮▮▮▮ Officers also assisted Cheektowaga PD with a man shot near the border of our City. H440 had a DWI arrest late in the tour. Total of 55 traffic summonses were issued, 2 vehicles impounded and 2 arrests were made.

10-12-16- Most of the Housing officers worked the day shift for ERT training. The remaining Housing officers patrolled the Langfield and Shaffer Village properties. They also handled narcotics complaints in the Sedita apartments, and covered C District on several violent and gun calls. Total of 29 traffic summonses were issued and one vehicle was impounded.

10-13-16- We assisted E district with a double shooting in the Filmore/ Leroy area, D District with a large fight call, and C District with a shots fired and recovered gun call. We ran both the Langfield and Shaffer Village Details. One narcotics arrest was made in the Shaffers and another narcotics arrest was made in the Msgr. Geary property. Total of 36 traffic summonses issued, one City Ordinance written, 4 parking tags issued, one vehicle impounded and 3 arrests were made.

10-14-16- Today was double up training day and half of the unit attended shotgun training during the day. We concentrated additional patrols around the Martha Mitchell Center in the Langfields due to a large party taking place there. There was no trouble and we assisted a stranded motorist in the parking lot. Total of 35 traffic summonses were issued, 3 parking tags written, and one vehicle was impounded.

10-15-16- Officers responded to a gun call at Rhode Island/ 15th St.'s and located and apprehended the

PLAINTIFFS_GENERIC-00000542

suspect who was found to be in possession of a loaded .380 caliber handgun with 4 rounds in the chamber. Officers also witnessed and assisted on a vehicle accident on Niagara St. resulting from the driver suffering a medical emergency. Report MV-104A taken by officers and the driver was removed to hospital by ambulance. Total of 31 traffic summonses issued, one parking tag written, one vehicle impounded and one felony arrest was made.

10-16-16- Officers were flagged down on a larceny and made an arrest. Housing officers also made a narcotics arrest from a traffic stop and notified CPS, due to a child being in the vehicle. Officers also received information concerning the recent burglaries in the Langfields and passed this on to the E district Detectives investigating the case. Performed park and walk in Shaffer Village and walk throughs of 98 Isabelle St. Total of 14 traffic summonses were issued, 19 City Ordinances written, 17 parking tags written, one vehicle impounded and 2 arrests were made.

10-17-16- Housing officers approached a suspicious vehicle and discovered the driver had a suspended license and possessed narcotics. They ended up making a narcotics arrest and impounded the vehicle. The Lagfield Detail made an arrest for a man wanted on a Parole Absconding Warrant for weapons possession and criminal impersonation. Shaffer Village Detail dispersed numerous suspicious people from the cell phone store across the street from Shaffer Village. Total of 41 traffic summonses were issued, 2 vehicles impounded and 2 arrests were made.

10-18-16- H420 and H430 assisted B District with an armed robbery where they apprehended the suspects in the BMHA Lakeview property. Housing officers recovered the weapons, stolen property and the clothing evidence. CPO Macy contacted numerous BMHA reps for a scheduled meeting at BPD Chief Young's request. He also followed up on BMHA manager Garbes complaints at ████████ relating to the recent burglaries in that area. Total of 40 traffic summonses issued, 5 City Ordinances written and 13 parking tags issued.

10-19-16- We ran both the Shaffer Village and Langfield Details tonight and assisted with a stabbing on Ferry St., and a shooting in C District. Officers made a narcotics arrest and a warrant arrest. Total of 42 traffic summonses were issued, 2 vehicles impounded and 3 arrests were made.

10-20-16- Slow tonight with rain all tour. We focused on drug activity in the Shaffer Village area and ended up making one arrest for narcotics possession. CPO Macy received intel from Shaffer residents concerning drug sales and users. Officer Macy will forward the information to the appropriate parties. We also focused on the West Side BMHA properties at the request of B District Chief, J. Gramaglia. Total of 44 traffic summonses issued, 7 City Ordinances written, 15 parking tags issued, one vehicle impounded and 2 arrests were made.

10-21-16- Rained all tour again tonight. CPO Macy worked with the BPD Narcotics squad on a raid that recovered 2 guns and an amount of Heroin. We only had enough manpower to run the Langfield Detail, but had the remaining officers focus their patrol predominately in the Shaffer Village property. Total of 34 traffic summonses were issued, 4 parking tags written and 4 vehicles were impounded.

10-22-16- Officers made numerous suspicious vehicle stops in and around the BMHA properties. Five V & T Law Misdemeanors were written by our officers. Low manpower tonight so we did not run the Langfield

PLAINTIFFS_GENERIC-00000543

and Shaffer Village Details. Total of 24 traffic summonses were issued, and one vehicle was impounded. No arrests wee made tonight.

10-23-16- Officers covered E District on a domestic call in the Langfield property and covered on a loud music at ███████████ On a seperate traffic stop they made one arrest on a Buffalo City Court warrant. They made another arrest of a person for possessing Heroin and 3 syringes. Total of 34 traffic summonses issued, 10 City Ordinances written, 18 parking tags issued, one vehicle impounded, and 2 arrests were made.

10-24-16- The Langfield Detail did stop a suspicious vehicle at Suffolk/ Langfield that was occupied by 3 known gang members. One of the gamg members is frequently on social media displaying a handgun. Summonses were issued for the traffic stop. Housing officers also made an arrest of a driver of a vchcle that sped off from them and discarded a large amount of drugs from their passenger side window. The drivers' operating license was discovered to be suspended. Arrest was made. Total of 39 traffic summonses were issued, 1 parking tag written and one vehicle impounded.

10-25-16- Officers assisted A District on a call at ████████ in the Perry BMHA property. They made 2 arrests and recovered a loaded handgun. Officers also witnessed a hand to hand sale of drugs at Whitney and Virginia and made an arrest of ██████████████████ Officers also made 2 arrests for Heroin possession at Maryland/ Niagara. Total of 17 traffic summonses were issued, 15 City Ordinances written, 23 parking tags issued, and a total of 5 arrests were made.

10-26-16- We were able to run both Details tonigh and also assign one car crew to the Lakeview BMHA property. H420 and H430 were involved in a foot chase with two known drug dealers while patrolling the Lakeview area. Both suspects were apprehended by our officers, but one of our officers sustained a hand injury and was treated and ordered off duty. Arrests were also made for an absconding warrant and felony narcotics possession. Total of 55 traffic summonses were issued, 2 vehicles were impounded and a total of 4 felony arrests were made.

10-27-16- Housing officers assisted on a stabbing in C and E Districts. H440 was involved in a long vehicle pursuit that resulted in a DWI arrest. Total of 35 traffic summonses were issued, 28 parking tags written, 2 vehicles impounded and 2 arrests were made.

10-28-16- We assisted on a robbery call in E District. We also addressed trespassing  and domestic complaints in the Lakeview BMHA property resulting in an arrest. The Langfield and Shaffer Village Details focused on quality of life issues in their respective areas. Total of 56 traffic summonses were issued, one vehicle impounded and $900.00 cash was confiscated from a drug arrest.

10-29-16- Today was double up day and with the additional manpower we followed up on 311 complaint calls from the BMHA complaint line. We assisted on numerous shooting and violent calls in C and E Districts. We also assisted on a SWAT call out in D District, and an attempted kidnapping. At the DPC's request we sent three officers to the Tempelton Landing restaurant in the Marine Drive BMHA property due to anticipated violence from a halloween party. We also assisted on a large fight involving 200 people at the Adams Mark Hotel. Total of 27 traffic summonses were issued, 25 parking tags written, 2 vehicles impounded and 2 arrests were made.

PLAINTIFFS_GENERIC-00000544

10-30-16- Langfield Detail monitored a large party at the Martha Mitchel Center and stopped in to make sure everything was going well. Housing officers made an arrest of a person for possessing 24 bags of crack Cocaine and an open container of alcohol. Total of 35 traffic summonses were issued, 11 City Ordinances written, 21 parking tags issued and one arrest was made.

10-31-16- While our Housing officers were patrolling in the vicinity of the Willert Park property they discovered a man was overdosing in a vehicle. They requested ADI and BFD and the victim was treated and released. H440 made 2 arrests for outstanding warrants. Total of 13 traffic summonses were issued and four arrests were made.

* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000545