# EXHIBIT 278



| | |
|---|---|
| Daniel Derenda/BPD | To   Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J |
| 07/27/2013 11:19 AM | cc |
| | bcc |
| | Subject   sf day 116 |

## 07-26-13 - Area 8
## Day 116

| | |
|---|---|
| Arrests | 49 |
| Traffic Summons | 112 |
| Vehicles Impounded | 35 |
| CO Summons | 6 |
| Parking Tags | 0 |
| Guns | 1 |
| Cash Seized | 3494 |

## Total 2013 Strike Force Stats

| | |
|---|---|
| Arrests | 1702 |
| Traffic Summons | 8020 |
| Vehicles Impounded | 1137 |
| CO Summons | 106 |
| Parking Tags | 97 |
| Guns | 26 |
| Cash Seized | $33,497 |

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB016776

0001