# EXHIBIT 279

# BUFFALO POLICE DEPARTMENT
## HOUSING STATISTICS REPORT

Attn:     Daniel Derenda, Police Commissioner
          Byron Lockwood, Deputy Commissioner
          Aaron Young, Housing Chief

Prepared By: Philip M Serafini

Date Prepared: 12/05/2016

Report Dates: 11/01/2016 to 11/30/2016

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 19 | Felony | 19 |
| Misdemeanor | 62 | Misdemeanor | 62 |
| Violation | 3 | Violation | 3 |
| Traffic Misdemeanor | 196 | Traffic Misdemeanor | 196 |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 1063 | Traffic Infraction | 1052 |
| Parking Tags | 355 | Parking Tags | 352 |
| City Ordinance | 84 | City Ordinance | 84 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| 5 | | 2 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 31 vehicles were impounded, all of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $5,075.00 in cash from in and around the BMHA

PLAINTIFFS_GENERIC-00000546

properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to arrest and by following the United States Government guidelines for asset forfeiture.

Please note that for the entire month of November, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

Additionally, we are currently operating a night time Detail in the Shaffer Village and Langfield properties when manpower permits. These details consist of one or two officers assigned to each detail. The time period is from 1830hrs- 2030hrs daily.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

11-1-16- Officers conducted a traffic stop in Shaffer Village which resulted in locating a man on Federal probation. Man was checked out and released. Officers also assisted the Strike Force Unit in recovering a loaded .38 revolver from an arrest. Total of 51 traffic summonses issued, 10 parking tags written, one vehicle impounded and one arrest was made.

11-2-16- On this tour all of the Housing officer were detailed to ERT training. The only officers to work were the Detail call ins. Poor weather resulted in a slow night all around the City. We consulted with BPD Narcotics unit on a future search warrant in the Shaffer Village property. Total of 17 traffic summonses issued, 6 City Ordinances written and 8 parking tags issued.

11-3-16- CPO Macy attended a meeting with the Shaffer Village management and assisted BPD Narcotics Unit with a search warrant during the day. H430 and H440 assisted B District in the Lakeview BMHA property area on the request of B District Chief Gramaglia. They ended up making two narcotics arrest there. We also assisted C District on a shooting. Total of 45 traffic summonses issued, 2 City Ordinances written, 2 vehicles impounded, 23 parking tags written and 3 arrests were made.

11-4-16- Slow night. We ran both Details with limited manpower and assisted on a stabbing on 10th St and a few gun calls in C District. Patrolled and stayed mostly in the Langfield and Shaffer Village areas. Total of 38 traffic summonses issued, 8 parking tags written and one vehicle impounded.

11-5-16- Most of the Housing Unit was on a deferred day off due to ERT training. We were able to run both Details. H420 did a fine job in apprehending 4 wanted shooting suspects from a D District shooting. We also relayed intel to BPD Narcotics on possible drug sales in Shaffer Village, and assisted A District Detectives with identifying 3 wanted suspects from a homicide in the Perry BMHA property. Total of 8 traffic summonses were issued, 4 City Ordinances written, 7 parking tags issued and one vehicle impounded. Five total arrests were made, 3 of them for Marihuana possession.

11-6-16- Officers assisted E District with a shooting scene at Olympic/ Doris and covered on a large fight at Johnny B. Wiley stadium resulting from a football game. The Detail covered the NYS Police on a traffic stop of an individual well known to officers and who was involved in several shootings and has been shot himself. Total of 24 traffic summonses issued, 5 City Ordinances written and one arrest was made for

PLAINTIFFS_GENERIC-00000547

narcotics possession.

11-7-16- Housing Drug Recognition Officer Ken Agee assisted the NFTA police with an intoxicated suspect who was involved in a vehicular accident with one of their marked patrol vehicles. Housing officers also recovered a loaded 9mm handgun from a traffic stop in front of the Shaffer Village property at Philadelphia/ Ontario. Total of 41 traffic summonses issued, 2 City Ordinances written, 28 parking tags issued and 4 arrests were made, 2 of them Felonies.

11-8-16- Officers made an arrest for a stolen vehicle and Marihuana possession at ▮▮▮▮ in the Lakeview property area. Officers also made another drug arrest at 14th/Connecticut St. and the suspect was taken to BPD Narcotics Unit for debriefing. This resulted in an immediate search warrant being obtained for ▮▮▮▮ The search warrants would be executed the following morning. Housing officers assigned to Shaffer Village stopped an ▮▮▮▮ suspecting him of drug sales. The suspect was carrying a large amount of cash and Philly blunts, but no drugs were found. Total of 52 traffic summonses were issued, 14 City Ordinances written, one vehicle impounded and one felony arrest was made.

11-9-16- Housing officers recovered Cocaine and a loaded Glock handgun from a traffic stop on Niagara St. As a result of the two search warrants obtained the previous day, Housing officers assisted BPD Narcotics on 2 search warrants and recovered 28 grams of Heroin, a loaded .22 rifle, Cocaine, Acid, Marihuana, and a Marihuana grinder. Also recovered was $1,583.00 in cash. The Langfield Detail officers discovered a man with a crowbar at ▮▮▮▮ attempting to pry open a cable box in an attempt to steal cable for his niece's apartment. He was arrested and resides at ▮▮▮▮ in the ▮▮▮▮ Total of 18 traffic summonses were issued, 5 City Ordinances written, 11 parking tags written, one vehicle impounded and 5 arrests were made, 4 of them felonies.

11-10-16- Slow tour with little to report. We ran both Details, made routine patrols in Langfield and Shaffer Village properties, and used the down time to follow up on 311 complaints in the BMHA properties. Late in the tour we dispersed gang/ drug activity in Shaffer resulting in 3 arrests. Total of 42 traffic summonses issued, 13 City Ordinances written, 7 parking tags issued, one vehicle impounded and 7 total arrests were made.

11-11-16- We could not fill the Details so we ran them with the straight time officers. We addressed Narcotics sales in the Shaffer property resulting in arrests after receiving information from BPD Narcotics Detective Adam's criminal informant. CPO Macy worked on continuing to iron out the logistics of the Thanksgiving Housing event scheduled for Nov. 22nd. Total of 30 traffic summonses issued, 11 parking tags written, one vehicle impounded and 6 arrests were made.

11-12-16- Shaffer Village Detail monitored drug use in the stairwells of the 3 story walkups. There is possibly a person living in the stairwell of ▮▮▮▮ Our officers will continue to monitor this. Today we conducted some foot patrols in the Langfield property interacting with some of the children and adult tenants. Housing officers also made a traffic stop resulting in an unlicensed driver and a man wanted on two warrants. Total of 42 traffic summonses issued, 13 City Ordinances written, 7 parking tags issued and one vehicle impounded.

PLAINTIFFS_GENERIC-00000548

11-13-16- Today there was a protest in Niagara Square that resulted in half of our officers being detailed to the ERT. We maintained the Shaffer and Langfield Details with regular patrols and primarily stayed in these two areas due to the lack of available manpower. Total of 20 traffic summonses were issued, 10 parking tags written, 2 vehicles impounded, and one arrest was made.

11-14-16- H410 assisted on a man with a gun call at Parkdale/ Potomac and recovered a loaded handgun and also assisted D District with 2 arrests from that location. Langfield Detail officers responded to burglary calls at ███████████████ The address of ███████████ checked OK but ████ ███████ was in fact burglarized. The officers were unable to take a report due to complainant not being home. Total of 32 traffic summonses issued, 36 parking tags written, 2 vehicles impounded and 7 arrests were made.

11-15-16- Officers assisted on two shots fired calls; one on Fulton St. and one at Herman/ Broadway. A box of ammunition was recovered from the Fulton St. call. Officers stopped known gang member ██████ who lives at ███████████ in the ███████████ Green is known to carry a gun and has been implicated in several shootings. The Langfield Detail monitored and focused on the rear side of Hempstead, due to the burglary from last night. Total of 45 traffic summonses were issued, 14 parking tags written, one vehicle impounded and 2 arrests were made.

11-16-16- H440 made an arrest at ███████████ and recovered a loaded .22 caliber Walther handgun. Housing officers also made arrests for possession of Marihuana, Heroin, and 150 hypodermic needles on the lower West side in the Lakeview BMHA property area. An amount of $404.00 in cash was also confiscated as a result of the drug arrests. We conducted foot patrols in the Shaffer Village property on complaints of drug sales. Total of 32 traffic summonses issued, 36 parking tags written, 2 vehicles impounded and 7 arrests were made.

11-17-16- We assisted BPD Narcotics in D District after receiving intelligence regarding sales at a problem location in the Shaffer Village property. H420 followed up on reported neighbor issues in the Lakeview property and drug complaints in the Sedita BMHA property, resulting in an arrest for possession. Total of 56 traffic summonses issued, 2 vehicles impounded and 3 arrests were made.

11-18-16- All of our scheduled straight time Housing officers were called out on an ERT detail due to a protest. Therefore we had only one officer and one Lieutenant working this tour, which resulted in low overall activity. This one car crew patrolled both the Langfield and Shaffer Village properties. They wrote 10 traffic summonses, 10 City Ordinances and 4 parking tags.

11-19-16- With limited manpower again, we confined our patrols to the Shaffer Village and Langfield areas. We also assisted District cars on calls in those areas. CPO Macy continued working on the upcoming Thanksgiving event in the Langfield scheduled for Nov. 22nd. H440 answered a few backed up 311 complaints in Shaffer from the Housing tip line as well as monitored drug activity with the use of the Housing cameras. Total of 20 traffic summonses issued and 3 arrests were made.

11-20-16- Another tour with a minimal amount of manpower. Poor weather led to little activity. CPO Macy followed up on narcotics complaints in Shaffer Village from earlier in the tour and made a Heroin possession arrest there while working the Shaffer Detail. Total of 24 traffic summonses issued, 10 City

PLAINTIFFS_GENERIC-00000549

Ordinances written, 4 parking tags issued, and one arrest.

11-21-16- Officers made two arrests for Marihuana possession in the hallway of 90 Isabelle (Shaffer Village) in response to several tenenat complaints. One suspect escaped by running upstairs into an unknown apartment. The Langfield Detail developed information that ███████ a known burglar is knocking on doors in the Langfield property in an attempt to see if apartments are occupied. Officers located a stray dog without a collar and transported it to the SPCA. Total of 51 traffic summonses issued, 5 City Ordinances written, 37 parking tags issued, 2 vehicles impounded and 7 arrests were made, 2 of them felonies.

11-22-16- Housing officers assisted with serving over 1000 turkey dinners at the Martha Mitchell Center in the Langfield property. The event, which was organized by CPO Macy, was a huge success and was attended by hundreds of people. The Shaffer Village detail continued to focus on the 3 story walk ups at ███ ████████████████ The buildings checked OK for tonight. Total of 26 traffic summonses issued and 15 parking tags written.

11-23-16- Housing officers made a narcotics possession arrest in the vicinity of the Lakeview BMHA property. We have received some complaints of drug sales and use in this immediate area of Pennsylvania and Niagara streets. Total of 54 traffic summonses issued, one vehicle was impounded and 2 arrests were made.

11-24-16- small amount of manpower tonight resulted in low overall activity. Officers did develop information that led to BPD Narcotics executing a search warrant at ████████ The search warrant produced the recovery of an illegal handgun. Housing officers responded to a call of 4-5 males using drugs in the hallway of ████████ Total of 10 traffic summonses were issued.

11-25-16- CPO Macy attempted to locate a woman on Bailey Ave. wanted by the DA's office on a material witness warrant. Unable to locate her at this time. At ████████ officers noticed a broken lock on the main office door. Officers also noticed that the roof alarms for the 3 story walk ups in Shaffer Village are all damaged or disconnected, leaving this a safe haven for trespassers. The Langfield Detail stopped numerous reckless drivers and issued them traffic summonses in and around this BMHA property. Total of 24 traffic summonses issued, 8 parking tags written, one vehicle impounded and 2 arrests were made.

11-26-16- CPO Macy held a tenant meeting in the Shaffer Village prior to the Detail to discuss the problem of unauthorized people residing with legitimate tenants. These same individuals are believed to be responsible for a large part of the drug activity in this area. H430 followed up on resident quality of life complaints in the LBJ BMHA property. Total of 45 traffic summonses issued, 15 parking tags written and one arrest was made.

11-27-16- We continued to patrol the walk ups in the Shaffer Village property. There was no major criminal activity there tonight. The Langfield Detail stopped a Central Park gang member in the Langfields. The Central Park gang is currently fueding with several other gangs in the area. Total of 47 traffic summonses issued and 6 parking tags written.

11-28-16- Officers continued foot patrols all through the Shaffer Village property. Officers also performed

PLAINTIFFS_GENERIC-00000550

foot patrols in the Perry property resulting in numerous parking tags being issued. CPO Macy traveled to Tonawanda looking for person wanted on a material witness warrant. Housing officers assisted D District on a gun call on Gorton. H440 confiscated $1,972.00 in cash from a narcotics arrest. Total of 37 traffic summonses issued, 22 parking tags written, one vehicle impounded and three felony arrests were made.

11-29-16- Officers assisted with a man shot at ███████████ securing the scene and relaying information of the possible get away vehicle. The Shaffer Detail observed two people making a hand to hand narcotics sale, resulting in two arrests. Officers also assisted E District on two gun and robbery calls and conducted several traffic stops. Total of 67 traffic summonses issued, 14 parking tags written, 3 vehicles impounded and 3 arrests were made.

11-30-16- The Shaffer Village and Langfield Detail conducted several suspiscious person and taffic stops. H430 made four narcotics arrests and confiscated $1,116.00 in cash from the arrests. They also recovered numerous bags of Heroin and syringes. Total of 55 traffic summonses issued, 6 City Ordinances written, 18 parking tags issued, one vehicle impounded and four total arrests were made.

 * For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000551

# BUFFALO POLICE DEPARTMENT
# HOUSING STATISTICS REPORT

Attn:     Daniel Derenda, Police Commissioner
            Byron Lockwood, Deputy Commissioner
            Aaron Young, Housing Chief

Prepared By: Philip M Serafini

Date Prepared:01/02/2017

Report Dates:12/01/2016 to 12/31/2016

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 16 | Felony | 16 |
| Misdemeanor | 46 | Misdemeanor | 45 |
| Violation | 1 | Violation | 1 |
| Traffic Misdemeanor | 239 | Traffic Misdemeanor | 233 |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 1197 | Traffic Infraction | 1197 |
| Parking Tags | 318 | Parking Tags | 283 |
| City Ordinance | 24 | City Ordinance | 24 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| 2 | | 2 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 34 vehicles were impounded, all of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $1,816.00 in cash from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to

PLAINTIFFS_GENERIC-00000552

arrest and by following the United States Government guidelines for asset forfeiture.

Please note that for the entire month of December, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

Additionally, we are currently operating a night time Detail in the Shaffer Village and Langfield properties when manpower permits. These details consist of one or two officers assigned to each detail. The time period is from 1830hrs- 2030hrs daily.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

12-1-16- Housing officers assisted E District on a burglary resulting in an arrest of a possible gang member. Officers also followed up at 98 Isabelle in response to drug use and prostitution complaints. Nothing out of the ordinary at this location today. Officers made arrests for Heroin, cocaine, syringe and weapons possession. Total of 55 traffic summonses written, 35 parking tags issued, and 2 total arrests were made.

12-2-16- Langfield Detail maintained a strong visible presence in the Kenfield area and spoke with employees of the store at 313 Weston in an attempt to develop information. They also covered on several calls in and around this BMHA property, and covered on a man with a gun call on LaSalle Ave. Total of 42 traffic summonses issued and 7 parking tags were written.

12-3-16- A traffic stop by Housing officers yielded a suspect wanted on a Buffalo warrant and an arrest for possessing marihuana and 9 bags of crack Cocaine. Officers also assisted in searching for a driver who fled the scene of an accident on route 33. The Langfield Detail performed a Park and Walk on Hempstead. Total of 39 traffic summonses issued, 7 parking tags written, 2 vehicles impounded and 4 arrests were made.

12-4-16- The Shaffer Village Detail conducted a Park and Walk in that area. They also issued several summonses on Ontario St. in front of this BMHA property. One driver was wanted on a Buffalo warrant and possessed crack Cocaine. Housing officers while traveling on Walden did notice a hand to hand drug transaction and arrested a female who also had two outstanding Buffalo warrants. Total of 54 traffic summonses were issued, 12 parking tags written, one vehicle impounded and 5 total arrests were made.
12-5-16- Our officers worked the 1000-2000 shift today. We conducted traffic checkpoints at █████████ and did walk throughs of the 3 story walkups in Shaffer Village. CPO Macy did discuss several issues with the manager of Shaffer Village. Langfield Detail did a Park and Walk in the Beiter Walk area. Officers also arrested an individual who was previously arrested for gun possession and is believed to be involved in a gang. Total of 46 traffic summonses issued, 3 parking tags written, 2 vehicles impounded and 4 arrests were made.

12-6-16- Housing officers assisted with a domestic at █████████ The Shaffer Village Detail made an arrest for false impersonation and a Buffalo warrant. We checked the 3 story walkups at 78, 90 and 98 Isabelle, reporting no suspicious activity at this time. Housing officers also assisted with a domestic dispute at █████████ in the Shaffer property and made an arrest. Total of 67 traffic summonses issued, 19 parking tags written, one vehicle impounded and four total arrests were made.

PLAINTIFFS_GENERIC-00000553

12-7-16- Officers recovered a stolen vehicle at 134 Mayer and impounded it. The Langfield Detail stopped a registered sex offender on Edison St. He checked out OK. Housing officers checked an open vacant and made two arrests for trespassing at 474 Perry. Both defendants were found on the 3rd floor and were wanted on warrants. A domestic arrest was also made from 207 10th St. near the Lakeview BMHA property. Total of 47 traffic summonses issued, 11 City Ordinances written, 27 parking tags written, 2 vehicles impounded and 7 arrests were made.

12-8-16- Officers made an arrest resulting from an Order of Protection violation when they stopped a vehicle near the Lakeview BMHA property. Housing officers were involved in a vehicle pursuit that started at Broadway/Memorial,. The passenger of the vehicle was apprehended but not charged. The driver fled the scene and the pursuit was terminated. The suspect fled to the town of Brant where he was involved in an accident and arrested by Brant officers. Our officers will lay charges on the defendant. Total of 49 traffic summonses issued, 15 parking tags written and one arrest was made.

12-9-16- Housing officers assisted with an home invasion in D District. While they were searching a backpack, they discovered and recovered a .22 caliber handgun. Additional arrests were made by other Housing officers for Marihuana and narcotics possession. Total of 56 traffic summonses issued, 1 City Ordinance written, 15 parking tags issued, and two arrests were made.

12-10-16- Housing officers noticed a large group of men congregating on ███████████████ so they monitored the camera system to locate their vehicles and note the license plate numbers. Still shots were taken and their vehicles were followed onto █████████ but there was no criminal activity at this time. We will continue to monitor this location and activity for possible drug and gambling violations. Officers also conducted foot patrols in the Perry property.

12-11-16- Housing officers assisted D District on a possible overdose which resulted in an arrest for possession of Heroin, syringes and Cocaine. Langfield Detail had a V&T stop of a man who was attempting to buy drugs and was a registered sex offender. Total of 30 traffic summonses issued, 4 parking tags written, one vehicle impounded and one arrest was made.

12-12-16- Langfield Detail patroled the area of ██████████████ looking for Homicide suspect ████████ ██████ DRE Housing officer Ken Agee assisted B District with an arrest of a man believed to be high on Heroin. H420 had a vehicle flee from them that initiated a short pursuit. The vehicle was abandoned at Smith/ Exchange St.'s and the suspects fled on foot. Both suspects were apprehended after a short foot chase and charged with numerous traffic violations and Penal Law misdemeanors. Total of 48 traffic summonses were issued, one parking tag written, 2 vehicles impounded and 4 arrests were made.

12-13-16- Officers conducted Park and Walks in the Perry and Jasper Parish BMHA properties. Numerous suspicious person and vehicle stops were made. Total of 68 traffic summonses were issued, 7 parking tags written, one vehicle impounded and 3 arrests were made.

12-14-16- Very severe weather tonight resulted in a low amount of activity. There was a robbery tonight from ████████████████ and we attempted to look at video for suspects or vehicles but were unable to locate or identify anything. The Langfield Detail did gather intelligence that wanted homicide suspect

PLAINTIFFS_GENERIC-00000554

██████████ is staying in the ██████████ Supposedly he was previously staying at ██████████ This information was gathered from two different sources. We also developed information that a ██████████ a known burglar, is recruiting children as young as 8 years old to assist in burglaries in the Langfield/ Kenfield property. Additionally, the ██████████ is in the ██████████ and according to social media, they are feuding with the ██████████ They have posted photos on social media holding guns. Only 2 traffic summonses were issued tonight due to the weather.

12-15-16- Langfield Detail spoke with ██████████ concerning not having any plates on her vehicle. Housing officers helped the tenant of ██████████ when she called our office of 312 Perry. Her apartment was flooding due to a broken /frozen pipe in the maintenance room next door, and officers notified the engineer. Total of 51 traffic summonses were issued, 24 parking tags written, one vehicle impounded and 2 arrests were made.

12-16-16- Housing officers made an arrest from a traffic stop which resulted in the recovery of a large amount of Marihuana. Total of 47 traffic summonses were issued, including 10 Vehicle and Traffic Law misdemeanors. Eleven parking tags were issued, one vehicle impounded and one arrest was made.

12-17-16- Officers arrested a Federal Parole Absconder which resulted from a traffic stop. Defendant did also possess Heroin and Cocaine and was charged accordingly. Defendant is also the self-proclaimed past leader of the ██████████ and allegedly just arrived in town. CPO Macy attended a meeting at the Langfield Community Center and was involved in gathering clothing for the clothing drive. H430 seized and confiscated $1,816.00 in cash from a drug arrest. Total of 37 traffic summonses were issued and 3 felony arrests were made.

12-18-16- Minimal manpower tonight so we concentrated only on the Shaffer Village and Langfield BMHA properties. Officers helped search for a red SUV involved in a shots fired call in E District. Total of 19 traffic summonses issued, 2 parking tags written, one vehicle impounded and one arrest was made.

12-19-16- It was a very cold and slow tour of duty. We operated both the Shaffer Village and Langfield Details and focused on drug complaints as well as assisted District cars on violent calls for service. Total of 31 traffic summonses were issued, 2 vehicles impounded and two arrests were made.

12-20-16- Prior to our regular tour we assisted BPD Narcotics and SWAT on several raids in the early morning hours. H420 followed up on several quality of life complaints in the Perry property. CPO Macy again was working diligently on the clothing drive. The Langfield Detail made a Marihuana arrest. The Shaffer Detail made an arrest for Child Endangerment and trespassing. Total of 46 traffic summonses were issued, 2 vehicles were impounded and 3 arrests were made.

12-21-16- Housing officers began the tour patrolling the ██████████ area due to the 4 recent armed robberies in the ██████████ area of B District. Officers did a walk through of the 7th street area along with B District officers in an attempt to locate a suspect. The Shaffer Village Detail made numerous suspicious person checks and located a man wanted on a Buffalo warrant. Total of 60 traffic summonses were issued, 28 parking tags written, 4 City Ordinances issued, one vehicle impounded and 3 arrests were made.

PLAINTIFFS_GENERIC-00000555

12-22-16- We ran the Detail with our regular cars tonight and H410 conducted walk throughs of Shaffer Village and dispersed gang members from congregating at ███████ H410 made a narcotics arrest in the Shaffer Village property. Total of 47 traffic summonses issued, 11 parking tags written, one vehicle impounded and one arrest was made.

12-23-16- Our officers responded to complaints from the Jasper Parish manager of illegal parking in designated BMHA staff spots. We found no violations at this time but will continue to monitor this. We added patrols in the Marine Drive BMHA property tonight also, dispersing juvenile gangs. Total of 30 traffic summonses issued and 3 City Ordinances written.

12-24-16- tonight was Christmas Eve and we had minimal staffing with only three officers working. Officers did patrol all of the big 6 properties writing 10 traffic summonses.

12-25-16- this was Christmas and we had no officers working tonight. The Housing Lieutenant worked tonight in case an emrgency arose in any of the BMHA properties, and to respond to calls.

12-26-16- minimal manpower again tonight. H420 made walk throughs of the Shaffer Village courtyards due to continuous drug and gang activity. They also settled a squatter issue at one of the vacant units as well as settling a couple 311 complaints from over the holiday weekend. Additionally, we used the BMHA cameras to monitor drug complaints within ███████ H440 monitored and patroled the Langfield area and covered on two shots fired calls there and several fights late in the tour. One arrest was made for narcotics in the Shaffer area. Total of 10 ummonses issued, 2 City Ordinances written, 8 parking tags written and two vehicles impounded.

12-27-16- the Langfield Detail impounded a vehicle that was unregistered, uninsured and the driver had his license suspended for DWI. They also impounded another vehicle in the Langfield property that was abandoned. One arrest was made for person obstructing traffic and found to be in possession of illegal narcotics. Total of 28 traffic summonses issued, 2 City Ordinances written, 2 parking tags issued, 2 vehicles impounded and 5 V & T law misdemeanors written.

12-28-16- Today was our double up day and we manned the Shaffer and Langfield Details with our regular officers. ████ gained intel from ███████ concerning a person selling drugs and followed up resulting in a narcotics arrest in the ███████ H421 made a gun arrest in the Langfields recovering a 12 guage shotgun with ammunition. H440 assisted E District on a car jacking and recovered the suspects vehicle, and H421 assisted E District with an assault, thereby apprehending the suspect. Total of 46 traffic summonses issued, 23 parking tags written, 4 vehicles impounded and 5 total arrests were made.

12-29-16- the Langfield Detail covered on a shots fired call at ███████ Officers heard shots fired when they arrived on scene and placed the suspect into custody without incident. The suspect was taken to E District to be interviewed by E District Detectives. Housing officers also impounded 2 vehicles in the Langfields that had their registrations suspended for parking violations. Total of 53 traffic summonses were issued and 26 parking tags written.

12-30-16- Housing officers assisted the Strike Force unit with locating a vehicle involved in a pursuit. The vehicle had a stolen plate and was recovered at Dewey/ St. Joseph St.'s. Officers also assisted on violent

calls for service in C and E Districts. Total of 38 traffic summonses issued, 15 parking tags written, 2 vehicles impounded and 2 arrests were made.

12-31-16- Officers assisted with the outer perimeter of the New Years ball drop in the B District. They also patrolled the big 6 BMHA properties, covering on a knife call at ▮▮▮▮▮▮▮ and a shooting at ▮▮▮▮▮▮▮ ▮▮▮▮ Total of 22 traffic summonses issued, 10 parking tags written, one vehicle impounded and 3 arrests were made.

* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000557

# BUFFALO POLICE DEPARTMENT
## HOUSING STATISTICS REPORT

Attn:      Daniel Derenda, Police Commissioner
           Byron Lockwood, Deputy Commissioner
           Aaron Young, Housing Chief

Prepared By: Philip M Serafini

Date Prepared:02/02/2017

Report Dates:01/01/2017 to 01/31/2017

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 23 | Felony | 23 |
| Misdemeanor | 56 | Misdemeanor | 56 |
| Violation | 7 | Violation | 7 |
| Traffic Misdemeanor | 268 | Traffic Misdemeanor | 268 |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 1707 | Traffic Infraction | 1700 |
| Parking Tags | 388 | Parking Tags | 376 |
| City Ordinance | 6 | City Ordinance | 6 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| 7 | | 6 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 52 vehicles were impounded, all of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $2,661.75 in cash from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to

PLAINTIFFS_GENERIC-00000558

arrest and by following the United States Government guidelines for asset forfeiture.

Please note that for the entire month of January, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

Additionally, we were operating a night time Detail in the Shaffer Village and Langfield properties up until it was ended on Jan. 27th. These details consist of one or two officers assigned to each detail. The time period is from 1830hrs- 2030hrs daily.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

1-1-17- H430 followed up on resident complaints of drug sales at ███████ on the sixth floor. No criminal activity there today but we will continue to monitor this address. The Shaffer Village Detail discovered new graffiti at 98 Isabelle and is working on identifying suspects. Housing officers assisted on a foot chase in B District around the Lakeview BMHA property area. Total of 23 traffic summonses issued, 16 parking tags written and one arrest was made.

1-2-17- Busy night. Prior to the start of our tour there was a call of 30 shots fired in the Langfield BMHA property. We were directed to employ two detail car crews there for the entire evening tour. The remaining cars patrolled the Shaffer Village area and the other City-wide BMHA properties. We assisted the NYS Police with a car chase in the downtown area. At 1800hrs one of our plate readers hit on the suspected vehicle in the area of Bailey/ Kensington. H430 stopped known gang member ███████ in the ███████ and impounded his vehicle for traffic violations. The vehicle was also riddled with bullet holes. Total of 55 traffic summonses issued, 22 parking tags written, 4 vehicles impounded and 4 arrests were made.

1-3-17- Due to recent violence in the E and D Districts we remained in the BMHA properties in those specific Districts. The Langfield Detail patrolled the Eggert/ Langfield area where the previous tours shots were fired as well a ███████ which is the residence of the suspected shooters girlfriend. H410 was involved in a minor accident while patrolling Shaffer Village area. Total of 60 traffic summonses issued, 2 City Ordinances written, 8 parking tags issued, 6 vehicles impounded and two arrests were made.

1-4-17- CPO Macy assisted BPD Homicide Unit with a search warrant at ███████ in relation to the homicide last night on Northland. CPO Macy also attended the mentoring program at East High School. Officers covered on a warrant suspect call at ███████ and arrested a ███████ gang member for drug possession. Total of 58 traffic summonses issued, 11 parking tags written, one vehicle impounded and 2 arrests were made.

1-5-17- Heavy snow and cold all tour made for a slow night. Despite this H431 and H441 made a gun arrest and recovered a loaded Glock 17 with an extended magazine from a traffic stop. Officers also assisted the Erie County Sheriffs Dept in searching for a weapon after a chase and on a traffic accident at Seneca/ Louisiana. Total of 64 traffic summonses issued, 3 City Ordinances written, 35 parking tags issued, one vehicle impounded and 1 arrest was made.

PLAINTIFFS_GENERIC-00000559

1-6-17- H420 concentrated on the Perry BMHA property and addressed many recent resident issues that have been logged over the last few weeks. The Langfield Detail assisted and responded to calls at ███ and ██████████ on squatters in a vacant apartment. The Shaffer Detail followed up on drug sales in the parking lot area and made arrests for this and a stolen vehicle. Total of 58 traffic summonses issued, 2 parking tags written, one vehicle impounded and 5 total arrests were made, 2 of them felonies.

1-7-17- H440 made a gun and drug arrest on a traffic stop in the Shaffer Village area. Recovered was a loaded semi-automatic 9 mm. Housing officers assisted C District cars in searching for a shooter suspects identity and vehicle after a homicide. Total of 48 traffic summonses issued, 16 parking tags written, 3 vehicles impounded and 4 arrests were made.

1-8-17- H440 recovered $964.00 in cash from a drug arrest. The Langfield Detail focused on the address of a wanted shooter gained from intel from ██████████████ Officers also assisted on a stabbing in E District at Leroy/ Grider. Total of 46 traffic summonses issued, 21 parking tags written, 2 vehicles impounded and 2 arrests were made.

1-9-17- Drug possession arrest was made in the vicinity of the Shaffer Village BMHA property. H440 made an arrest in the Langfield property for Falsely Reporting an Incident. Langfield Detail stopped person for smoking Marihuana and let him go with a warning. We had a fill-in Lieutenant from A District tonight. Total of 56 traffic summonses issued, 11 parking tags written, 2 vehicles impounded and 3 arrests were made.

1-10-17- The Shaffer Village Detail and H430 made a gun arrest, recovering an illegally altered, assault rifle in the Shaffer Village area. Officers also made an arrest of an individual for sub- leasing a residence in the Langfields and falsely reporting a gun incident. H440 confiscated $459.00 in cash resulting from a narcotics arrest. Total of 76 traffic summonses issued, 9 parking tags written, 5 vehicles impounded and 5 arrests were made, 3 of them felonies.

1-11-17- Chief Young, Captain Serafini and CPO Macy had a daytime meeting with BMHA Director Dawn Sanders today. The meeting was also attended by Ndidi Nwabugwu, the BMHA service coordinator. Issues relating to loitering and vandalism at ██████████ were discussed and we will concentrate more resources there in the future. As a result of this meeting today, our Housing officers made two arrests at these locations. H420 handled resident complaints from 515 Clinton relating to drug sales from apartment 608 and unmarked cigarette sales from mapartment 302. Housing officers also assisted on a knife call at Edison/ Hazlewood and gun calls in the Langfield area. Total of 93 traffic summonses issued, 6 parking tags written and two arrests were made.

1-12-17- Slow tour due to rain all evening. We followed up on some 311 complaints relating to some of the smaller BMHA properties. We made continued spot checks of the addresses in the Perry's discussed at the meeting with Director Sanders. We also monitored the ██████████ for illegal activity. CPO Macy worked with BMHA security director Paul Kihl regarding the arrest and eviction of a ██████████████ ██████ has been arrested. H441 made 2 late arrests in the Perry BMHA property. Total of 45 traffic summonses issued, 20 parking tags written and 6 arrests were made.

1-13-17- Langfield Detail assisted E district on a large fight at 136 Oakmont. Housing officers assisted the

PLAINTIFFS_GENERIC-00000560

Strike Force with a gun arrest at ▮▮▮▮▮ Additionally, Housing officers made an arrest for marihuana possession from a traffic stop. Total of 60 traffic summonses issued, 23 parking tags written, one vehicle impounded and one arrest was made.

1-14-17- The Langfield Detail responded to and completed a report for an vehicular accident at 201 Langfield. Housing officers developed intel from a shooting that occurred at noon today at ▮▮▮▮▮ ▮▮▮▮▮ A woman stated that her son was chased and shot at in this area of ▮▮▮▮▮ Total of 43 traffic summonses issued and 5 parking tags written.

1-15-17- Shaffer Detail worked on investigating a robbery that occurred in the Shaffer property previous to the Details' start time. Suspect chased the bike- riding victim and shot him with a BB gun that looked like a real 44 magnum. The victims' bike was then taken and the suspect fled riding it. A vehicle fled a traffic stop conducted by Housing officers at Edison/ Collins Walk. The vehicle was later stopped and recovered by NYS Troopers. Our officers made two arrests and impounded the vehicle. Total of 86 traffic summonses issued and 3 vehicles impounded.

1-16-17- CPO Macy attended two meetings today, one in the Perry's. H420 made an arrest for Child Endangerment at ▮▮▮▮▮ after discovering two infants left alone in an open apartment. The Langfield Detail made three arrests and recovered two loaded guns on a traffic stop in the Langfield property. Recovered was two loaded .45 caliber Taurus handguns. Officers also seized $1,238.75 in cash from the suspects. The Shaffer Detail assisted D District officers on a foot chase through the Shaffer property. Total of 49 traffic summonses issued, 22 parking tags written, 4 vehicles impounded and 5 arrests were made, 3 of them Felonies.

1-17-17- CPO Macy is assisting in organizing a toy drive and as a result attended a meeting in the Douglass Towers BMHA property. He also picked up numerous donated items throughout the City. Housing officers responded to a shots fired call in the Shaffer Village, but were unable to locate any victim even though they discovered blood around the vicinity of West Lane. H420 assisted in a search for a shooting suspect in the Douglass Towers. Suspect was not found at this time. Total of 75 traffic summonses issued, 10 parking tags written, 4 vehicles impounded and 3 arrests were made.

1-18-17- CPO Macy attended a safety meeting at Riverside HS as well as a meeting for the Police mentoring program. Housing officers assisted the Safe Streets Task Force with a traffic stop of a wanted suspect in E District, assisted D District with a search for an armed suicidal man, and assisted on an armed robbery call. Shaffer Village Detail made an arrest on Ontario St after a brief car chase in front of Shaffer Village. Total of 97 traffic summonses issued, 5 parking tags written, 2 vehicles impounded and 7 arrests were made.

1-19-17- The Langfield Detail conducted a Park and Walk on the Eggert St. side of the Langfield/ Kenfield property. Housing officers also assisted NYS Parole in a traffic pursuit of a Parole Absconder armed with a handgun. The vehicle was eventually located, but it was abandoned. Total of 63 traffic summonses issued, 11 parking tags written and three arrests were made.

1-20-17- Shaffer Detail responded to a shooting at Ontario/ Riverside. The victim showed up at Kenmore Mercy Hospital. Officers assisted in trying to locate a scene, but were unable to determine where the

PLAINTIFFS_GENERIC-00000561

shooting occurred. The Langfield Detail arrested a violent female from a traffic stop for drug possession. The female has a previous arrest for gun possession. Another traffic stop resulted in officers making an arrest and recovering 10 grams of Cocaine. The defendant was from Florida. Total of 57 traffic summonses issued, 22 parking tags written, 2 vehicles impounded and 6 arrests were made.

1-21-17- We had a very small amount of manpower tonight due to a majority of our officers being detailed to a callout for the ERT Team. The ERT team officers were called out for the Womans March. H410 conducted walk throughs of the courtyards in Shaffer Village. H420 assisted E District on a gun call by searching for a vehicle believed to be in the Langfields. Housing officers also conducted walk ups of the Perry high rises towards the end of the tour. Total of 21 traffic summonses issued, 13 parking tags written, one vehicle impounded and one arrest was made.

1-22-17- We performed foot patrols in the three story walkups of Shaffer Village. Housing officers have made numerous arrests at these locations in the past few weeks for trespassing and drug possession. Officers made an arrest for a warrant and criminal impersonation resulting from a traffic stop. An arrest was also made for marihuana possession. Total of 21 traffic summonses issued, 11 parking tags written and 3 arrests were made.

1-23-17- H410 gathered intelligence resulting in the recovery of a loaded .38 special Smith and Wesson revolver from the rear of ███████████ The Shaffer Detail observed and identified a vehicle with an Ohio registration that was possibly involved with a shots fired call in D District yesterday. The Vehicle was located at 98 Isabelle in the Shaffer property. Housing officers made an arrest for a crack pipe and an outstanding warrant in the Langfield property. Total of 70 traffic summonses issued, 63 parking tags written, 2 vehicles impounded and one arrest was made.

1-24-17- H420 conducted foot patrols in the 3 story walk ups at ███████ Isabelle due to complaints of drug use and trespassing. The Langfield Detail had a traffic stop in the Langfields that resulted in 2 arrests for narcotics and Marihuana possession, and the confiscation of scales and empty vials. Total of 65 traffic summonses issued, 6 parking tags written, one vehicle impounded and 4 arrests were made.

1-25-17- Early in the tour we assisted BPD Narcotics unit with a search warrant at ███████ We also dispersed kids on the roof in the Perry's. Officers also assisted D District searching for a shooting suspect in the ███████████ The Detail made 2 narcotics arrests in the Shaffer Village BMHA property. Total of 69 traffic summonses issued, one vehicle impounded and 4 arrests were made.

1-26-17- This was the last day the Langfield and Shaffer Village Details were operating. It rained all tour which limited the activity. The Langfield Detail monitored ███████ for shooting suspect ███████ H410 followed up on resident complaints at ███████ and made an arrest. Total of 58 traffic summonses issued, 3 parking tags written and one arrest was made.

1-27-17- We responded to and assisted on numerous violent calls for service within the BMHA properties tonight including a stabbing and a shooting. H441 made 2 narcotics arrest in the Lakeview BMHA property, recovering Cocaine and spent shell casings. We assisted E district on a missing girl from ███████ She was eventually located, safe and sound. Housing officers also assisted C District with a shooting on Donovan Drive and a stabbing in the Douglass Towers property. Total of 64 traffic summonses issued, 16

parking tags written, 3 vehicles were impounded and 4 arrests were made.

1-28-17- Blizzard conditions and small amount of manpower tonight resulted in a low amount of activity. We mostly assisted on vehicular accidents and assisted B District on a large fight and shots fired call. Total of 18 traffic summonses were issued.

1-29-17- Officers recovered a stolen vehicle at the foot of Porter Ave. A traffic stop in the Lakeview area resulted in an arrest for narcotics. Total of 36 traffic summonses issued, 2 vehicles impounded and one arrest was made.

1-30-17- Housing officers made an arrest for a warrant and disorderly conduct near the Lakeview BMHA property. Housing officers also assisted D District on Amherst St. and recovered a loaded .40 caliber Smith and Wesson revolver handgun. Total of 49 traffic summonses issued, 5 parking tags written and one arrest was made.

1-31-17- CPO Macy had a meeting with the manager and residents of the Kenfield/ Langfield BMHA property today. H420 made a Felony arrest for Criminal Mischief and located a material witness for the DA's office. From a traffic stop officers made a Felony arrest for a forged inspection sticker, and 9 previous drivers license suspensions. Total of 24 traffic summonses were issued, one vehicle impounded and 2 arrests were made.

* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000563

# BUFFALO POLICE DEPARTMENT
# HOUSING STATISTICS REPORT

Attn:    Daniel Derenda, Police Commissioner
         Byron Lockwood, Deputy Commissioner
         Aaron Young, Housing Chief

Prepared By: Philip M Serafini

Date Prepared:03/01/2017

Report Dates:02/01/2017 to 02/28/2017

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 18 | Felony | 18 |
| Misdemeanor | 41 | Misdemeanor | 41 |
| Violation | 6 | Violation | 6 |
| Traffic Misdemeanor | 209 | Traffic Misdemeanor | 209 |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 953 | Traffic Infraction | 953 |
| Parking Tags | 241 | Parking Tags | 241 |
| City Ordinance | 4 | City Ordinance | 4 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| 2 | | 2 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 32 vehicles were impounded, all of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $4,078.00 in cash from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to

PLAINTIFFS_GENERIC-00000564

arrest and by following the United States Government guidelines for asset forfeiture.

Please note that for the entire month of February, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

2-1-17- CPO Macy attended a school mentoring program. H430 was assigned to handle 311 complaints from the Langfield and Shaffer Village properties. H420 addressed parking complaints thereby issuing 20 parking tags. Towards the end of the tour we conducted walk ups of the Perry BMHA property to maintain a visible presence and combat the recent ongoing vandalism. Total of 29 traffic summonses issued, 22 parking tags written, one vehicle impounded and 23 VTM's were written.

2-2-17- H430 made a traffic stop in the Shaffer Village property that led to a gun and drug arrest. Recovered was a loaded .38 caliber Lorcin semi- automatic pistol. The suspect was found to have a bullet in his abdomen from a previous shooting. BPD Homicide and Duty Inspector were notified and defendant was taken to hospital for treatment. H420 followed up on 311 complaints in the Jasper Parish and Shaffer Village property, and also had a late DWI arrest. CPO Macy assisted on two Langfield area search warrants where 2 guns and 100 lbs. of Marihuana were recovered. Total of 34 traffic summonses were issued, one City Ordinance written, 12 parking tags written, 2 vehicles impounded and 2 felony arrests were made.

2-3-17- Bitterly cold temperatures slowed activity throughout the night. CPO Macy attended ERT training. H430 followed up on complaints of drug sales in the ████████████████████ Housing officers continued to write numerous parking tags due to resident complaints. We assisted C and E Districts on numerous different shots fired calls. A drug arrest was made in the Shaffer Village property. Total of 40 traffic summonses issued, 24 parking tags written, one vehicle impounded and 5 arrests were made.

2-4-17- Another bitterly cold tour. Housing officers assisted on a shots fired call in E District, a stabbing in C District, and assisted Strike Force officers on a traffic stop where a gun was recovered. Total of 42 traffic summonses were issued and 7 parking tags written.

2-5-17- Housing officers made a drug arrest resulting from a traffic stop, and made an arrest for public urination within the Shaffer Village property. Officers also responded to a call of an irrational man who was threatening with a pipe at ████████ and arrested the individual. Total of 40 traffic summonses issued, 3 parking tags written, one vehicle impounded, one City Ordinance written and 3 arrests were made, 2 of them felonies.

2-6-17- Housing officers assisted on a shots fired call at ████████████ Several of the bullets struck a house and the officers checked the ████████████ to see if it was caught on tape, but to no avail. This location is where a homicide was committed on ████████████████████ and both incidents are believed to be linked. Total of 44 traffic summonses issued, 17 parking tags written and one vehicle impounded.

2-7-17- Officers confiscated $842.00 in cash from 2 narcotics arrests. Both defendants are active on social

PLAINTIFFS_GENERIC-00000565

media with pictures of them possessing and gesturing with guns in their hands. CPO Macy relayed information to Housing Lieutenants and officers concerning some complaints he has received from BMHA property managers. Total of 39 traffic summonses issued, two arrests were made, and one vehicle was impounded.

2-8-17- Today we were ordered to assist in D District with a demonstrations on Hoyt/ Arnold Streets. The demonstration/ protest was due to an in-custody death from the night before. We were maintaining the perimeter of this area throughout most of the tour. ERT was on stand by. CPO Macy made 2 arrests in the Langfield property as a result of management complaints. Total of 23 traffic summonses issued, 4 parking tags written, 2 vehicles impounded and 5 arrests were made.

2-9-17- All Housing officers were ordered to the Police garage at the start of their tour. Officers did drive and operated ERT vehicles and did stage at the Postal Office at Washington/ St. Michaels streets for a scheduled protest at the B District station house. Chief Gramaglia did activate the ERT team and all of our Housing officers geared up and were assigned to the ERT Team for the entire tour. There were no stats for today since all Housing officers were assigned to the ERT.

2-10-17- This tour all Housing Officers were activated to the ERT Team and were assigned to B and D Districts to assist with the ongoing protests. There were no stats again for today since all Housing officers were assigned to the ERT Team.

2-11-17- Housing Officers assisted Strike Force on a traffic stop in ████████████████ property. SF officers recovered a loaded handgun with the Housing officers assistance. Housing officers conducted a walk through of ██████████ due to complaints of drug use and sales in ████████████ This checked out OK at this time with no answer at the door. Officers also checked around the Mullen Manor on complaints of teens drinking in the courtyard and attempting to gain access to the senior complex. H431 confiscated $1,895 in cash from a drug arrest. Total of 86 traffic summonses issued, 9 parking tags written, one vehicle impounded and 3 arrests were made.

2-12-17- A traffic stop in the Perry BMHA property led to an arrest for possession of a variety of narcotics. Another drug possession arrest was made by H430 of a man in the act of shooting Heroin who had the needle still sticking out of his arm. Officers also covered in B District on a man doing drugs in a vehicle at Porter/ 7th. Total of 28 traffic summonses were issued, 2 parking tags written, 3 vehicles impounded, $740.00 in cash confiscated and 3 arrests were made.

2-13-17- Housing officers assisted Strike Force on a person shot call in C District and helped in the pursuit and arrest of the suspect. Housing officers also made an arrest on a warrant and for Criminal Impersonation. And another arrest was made for drugs in the Lakeview Homes area. Total of 38 traffic summonses issued, 15 parking tags written, 2 vehicles impounded and 4 arrests were made.

2-14-17- Our officers assisted in a foot chase from the Fredrick Douglas Towers area and apprehended the suspect along with confiscating several bags of narcotics. Officers also made an arrest of a West Ave. resident for a suspended drivers license, and for possessing Cocaine and a drug scale found in his vehicle. Other arrests were also made for a man on a warrant and for possessing narcotics. Total of 39 traffic summonses issued, 13 parking tags written, and 4 arrests were made.

PLAINTIFFS_GENERIC-00000566

2-15-17- CPO Macy attended the school mentoring program and also coordinated plans for tomorrows awards festivities in the Langfields where 2 Housing officers will be recognized. An arrest was made in the Holling Homes for trespassing, and an arrest in the Shaffer Village for narcotics possession. H420 was assigned to the Shaffer Village and conducted walk ups of the high rises. Total of 14 traffic summonses issued, 4 parking tags written, 2 vehicles impounded and 4 arrests were made.

2-16-17- CPO Macy worked with management from Holling Homes related to ██████████████ selling drugs on the premises. More follow up is to be done in the future. H440 assisted the NY State Police in identifying vehicles in an ongoing fraud investigation. H440 conducted walk ups of the Perry high rises at the end of the tour and discovered evidence of someone starting a fire in the hallway on the top level of 305 Perry as well as drug use paraphernalia. Housing CPO Macy and officer Whiteford were honored at the "We Care" awards ceremony run by Ms. Trigg. Total of 24 traffic summonses issued, 4 parking tags written, 2 vehicles impounded and 2 arrests were made.

2-17-17- There were no Housing officers working this tour since all of them were activated to the ERT Team and assigned to the protests downtown.

2-18-17- We added additional patrols in the BMHA properties located in the C District tonight due to the recent high volume of shots fired calls and homicides. CPO Macy again worked with the Holling Homes management and NYS Parole to identify and arrest a recent drug/ parole violator residing in this property. We made drug related arrests in the Shaffer Village property, and made arrests for narcotics possession, Criminal Impersonation and 3 warrants. Total of 13 traffic summonses issued, one vehicle impounded and 5 arrests were made.

2-19-17- Slow tour with minimal manpower. Officers made walk throughs of the BMHA properties and assisted the Districts with numerous violent calls for service. A woman was shot in the Langfield area and H420 assisted with this call. H440 handled a DWI/ accident injury resulting in several vehicles and property damage. Total of 34 traffic summonses issued, one vehicle impounded and one arrest was made.

2-20-17- Patrols in the Perry's discovered that ████ in the rear was wide open. Maintenance was notified in the morning. Housing officers stopped numerous people in the hallway of ████████ in the Shaffer Village property. There were three males there and one female, who ran into apt. ████ Officers made a drug possession arrest of a female from a traffic stop. Suspect also possessed a crack pipe. Total of 54 traffic summonses issued, 2 parking tags written, and one arrest was made.

2-21-17-officers monitored the protest at the Holding Center at start of tour, and assisted Strike Force officers with a drug arrest on Grant St. While officers were patrolling in the Lakeview area they came across a man wanted for a domestic from ████████ An arrest was made. Two more narcotics possession arrests were also made from a traffic stop. Total of 42 traffic summonses were issued, 28 parking tags written, and 3 total arrests were made.

2-22-17- Housing officers conducted a Park and Walk in the Langfield property. D District received a call for trespassing in the three story walk ups on Isabelle, which our officers responded to. Officers also assisted on a shots fired call in the rear of ██████████████ Total of 43 traffic summonses

PLAINTIFFS_GENERIC-00000567

issued 2 parking tags written and 2 vehicles impounded.

2-23-17- Housing officers assisted with a vehicle wanted in a homicide which was located in the rear of 145 Hempstead. The suspects fled and were apprehended by E district the Lieutenant and officers. A narcotics arrest was made resulting from a traffic stop where a woman passenger was yelling out of the car window from a domestic dispute with the driver. Total of 41 traffic summonses issued, 9 parking tags written, 2 vehicles impounded and one arrest was made.

2-24-17- H420 followed up on several abandoned vehicles/ parking complaints on BMHA properties by writing numerous violators. H420 also responded to a complaint of trespassing in a vacant Shaffer Village apartment. An arrest was made. Total of 37 traffic summonses issued, 22 parking tags written, one vehicle impounded and 2 arrests were made.

2-25-17- For part of this tour we were assigned to assist as back up for the ERT Team which was activated for a protest at the Mayors house. After the protest we were assigned to Langfield and Shaffer Village only, due to a lack of manpower. We assisted C District on a man with a gun call and a domestic on Fillmore Ave. We also assisted D District with an armed robbery with a gun. Total of 26 traffic summonses issued, 22 parking tags written, one vehicle impounded and three arrests was made for narcotics.

2-26-17- Today was Double up day with adequate manpower. Poor weather led to a quiet tour. We assisted with the protest at Niagara Square and the ERT Team was activated. A moderate amount of protesters were in attendance but they were calm and respectful. With the additional manpower we caught up on outstanding 311 complaints. H420 handled drug complaints of drug sales at the Sedita and LBJ properties. There was a warrant arrest and drug possession arrest that led to Housing officers confiscating $601.00 in cash. We also resumed walk throughs of the Perry's, and H412 followed up on numerous parking complaints within the BMHA properties. Total of 60 traffic summonses were issued, 14 parking tags written, 2 vehicles impounded, and 2 arrests were made.

2-27-17- Officers assisted on a sexual assault and shots fired in C District. We also assisted with traffic on two fire scenes; one on Bird and the other at Suffolk/Delevan. H430 answered drug complaints in the Lakeview property area after receiving a tip from a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Total of 41 traffic summonses issued, 14 parking tags written, 3 vehicles impounded and 2 arrests were made.

2-28-17- A defendant was taken to ECMC after ingesting Heroin. Officers also initiated a foot chase in the Towne Gardens and ultimately caught the suspect who possessed a loaded hand gun and narcotics. Strike Force officers assisted us in this incident. The suspect was pictured in the latest Social Media report displaying this actual hand gun. Officers keep checking the 3 story walk ups in Shaffer Village but the locks are damaged and our keys do not work in the damaged locks. We need new keys and will contact Paul Kihl. It was discovered that the basement staircase of ▮▮▮▮▮▮ has a large amount of baggies, needles, and other drug related items. Total of 42 traffic summonses issued, 3 parking tags written and 3 arrests were made.

PLAINTIFFS_GENERIC-00000568

\* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000569

# BUFFALO POLICE DEPARTMENT
## HOUSING STATISTICS REPORT

Attn:     Daniel Derenda, Police Commissioner
            Byron Lockwood, Deputy Commissioner
            Aaron Young, Housing Chief

Prepared By: Philip M Serafini

Date Prepared: 04/03/2017

Report Dates: 03/01/2017 to 03/31/2017

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 22 | Felony | 18 |
| Misdemeanor | 68 | Misdemeanor | 68 |
| Violation | 3 | Violation | 3 |
| Traffic Misdemeanor | 207 | Traffic Misdemeanor | 207 |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 1005 | Traffic Infraction | 1005 |
| Parking Tags | 281 | Parking Tags | 244 |
| City Ordinance | 3 | City Ordinance | 3 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| 2 | | 2 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 41 vehicles were impounded, all of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $6,946.00 in cash from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to

PLAINTIFFS_GENERIC-00000570

arrest and by following the United States Government guidelines for asset forfeiture.

Please note that for the entire month of March, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

3-1-17- Officers made two narcotics arrests after investigating an illegally parked vehicle in the Perry property. Housing officers also covered and assisted on a shooting at E. Delevan/ Courtland and on a man with a gun call at ███████████ Total of 74 traffic summonses were issued, 5 parking tags written, 2 vehicles impounded and 2 arrests were made.

3-2-17- H420 and H430 spent the majority of the tour at ECMC with two different prisoners from an arrest in the Lakeview BMHA property area. H440 responded to a call of a woman with a gun at Edison /Langfield. Officers also seized $683.00 in cash from a narcotics arrest resulting from a traffic stop. Total of 26 traffic summonses were issued, 3 parking tags written, one vehicle impounded and two arrests were made.

3-3-17- CPO Macy attended ERT training today. Housing officers assisted on an ECSD raid at ████ ██████ We also followed up on drug complaints in BMHA properties and made a few arrests for narcotics. At the end of the tour we resumed walk throughs of the Perry's to show a police presence and deter ongoing vandalism. We also made 4 arrests on warrants. Total of 30 traffic summonses issued, one vehicle impounded, and 5 arrests were made.

3-4-17- Today most of our officers were called out for the ERT team to assist with a protest. We only ran one car and this was assigned to the ████████████ due to concern of potential gang activity/ violence at an ████████████████ H440 was assigned to remain on the scene and perimeter of this event for it's duration. There were no issues to report. Total of 2 traffic summonses were issued.

3-5-17- This tour we expanded our patrols to follow up on complaints within the BMHA properties. CPO Macy attended security meetings in the Perry's and Langfield properties. Our Housing officers followed up on gang activity relayed to us by Chief Young, and on narcotics complaints within the Shaffer Village property. Two narcotics arrests were made as a result. An arrest was also made for Marihuana possession. Total of 35 traffic summonses were issued, 2 vehicles were impounded, 1 parking tag written and 3 arrests were made.

3-6-17- We checked out a complaint of trespassing at ████████████ in the ████████████ Nothing showing today but we will continue to monitor this address and area. Housing officers made six total arrests today including narcotics possession, Marihuana, and Driving While Intoxicated. Officers also responded to numerous violent calls for service in C and E District. Total of 42 traffic summonses issued, 2 parking tags written and three vehicles were impounded.

PLAINTIFFS_GENERIC-00000571

3-7-17- CPO Macy met with the staff at the Martha Mitchell Center today and planned for the upcoming Bike workshops. He also met with ▮▮▮▮▮▮concerning the Easter in the Perry's event scheduled for April 15th. CPO Macy also helped secure search warrants for 2 addresses in the Shaffer Village property and procured the keys for these addresses so as to not damage the doors and/ or locks. Housing officers conducted walk throughs of 90 and 98 Isabelle in the Shaffer property. Officers made a narcotics arrest and seized $570.00 in cash. Total of 44 traffic summonses were issued, 10 parking tags written and one arrest was made.

3-8-17- Officers arrested a ▮▮▮▮▮▮▮▮for violating an Order of Protection from ▮▮▮▮▮▮in the ▮▮▮▮▮ Officers also made an arrest of a ▮▮▮▮▮▮and a co-defendant in the ▮▮▮▮▮▮▮for outstanding parking tags and Marihuana possession. There was a total of 18 scoffs on 10 separate dates, and ▮▮▮▮▮▮was driving with a suspended license. Total of 47 parking tags written, 12 parking tags issued and 7 arrests were made.

3-9-17- Housing officers assisted B District with a violent arrest that resulted in a Housing officer being punched in the right eye causing a laceration requiring stitches. The injured officer was ordered off duty after being treated at ECMC. H440 recovered a .22 caliber 6 shot revolver from a traffic stop after a brief chase of the backseat passenger. The handgun was recovered from the rear seat of the vehicle. Total of 49 traffic summonses were issued, one vehicle impounded, and 6 total arrests were made.

3-10-17- While following up on Perry complaints we discovered a few people congregating at 418 Louisiana. They were checked out, advised and dispersed. We concentrated our patrols throughout the night in the Edison area of the Langfields after we received information about threats of gang related violence in this area. Housing officers arrested a ▮▮▮▮▮▮▮▮for trespassing and Obstruction. His mother lives at this address and he is reputed to be using this location to sell narcotics. Total of 31 traffic summonses were issued, 9 parking tags written, 2 vehicles impounded and 2 arrests were made.

3-11-17- Limited manpower and snow and cold resulted in a low amount of activity tonight. We followed up on quality of life issues within the BMHA properties and monitored the Martha Mitchell Center due to possible violence. We also addressed numerous illegal parking complaints and wrote 24 parking tickets. We notified the Shaffer Village management about the previous days arrest of ▮▮▮▮▮▮▮▮so that they could address his residency. CPO Macy will be working on possible eviction proceedings. Total of 39 traffic summonses were issued.

3-12-17- Slow tour again with limited manpower. Housing Captain received new keys for the Shaffer Village high rises from Paul Kihl. There has been recent vandalism up on the roofs of these buildings and now we can better access the roofs with these keys. Housing officers responded to a domestic in the Shaffer Village involving residents that were moving out. At the end of the tour we walked the Perry high rises. Total of 25 traffic summonses were issued, 20 parking tags written, 2 vehicles impounded and no arrests were made.

3-13-17- Today was double up day with a full compliment of officers. Housing officers made 6 total arrests. Officers investigated a parked vehicle and noticed a man with blood on his hands. The man possessed 17 bags of Heroin and 2 needles and was subsequently arrested. Another arrest was made for narcotics possession from a traffic stop which resulted in the confiscation of Hydrocodone pills and a crack pipe.

PLAINTIFFS_GENERIC-00000572

Total of 49 traffic summonses issued, 7 parking tags written, 4 vehicles impounded and 6 arrests were made.

3-14-17- There was a blizzard today and it brought most vehicular and pedestrian traffic to a standstill. We spent much of our time walking through buildings and following up on narcotics issues within the common areas of several different BMHA properties. We ejected a few residents from the roof of 98 Isabelle, but they were not involved in any drug activity at this time. We assisted C and E Districts on a shooting call and on a few accidents due to the inclement weather. Total of 31 traffic summonses issued, 3 parking tags written, one vehicle impounded and one arrest was made for narcotics possession.

3-15-17- H430 made an arrest for narcotics possession from a traffic stop in the Lakeview BMHA property area. The defendant had a burning Marihuana cigarette in the ashtray and more Marihuana was found by officers in the vehicle. Housing officers focused on enforcing numerous Vehicle and Traffic laws tonight which resulted in 58 traffic summonses being issued and two vehicles being impounded. Seven V & T Misdemeanors were also issued.

3-16-17- Officers made numerous arrests tonight which included; outstanding warrants, narcotics possession, Harassment, Unregistered vehicle and Reckless Driving. Total of 4 arrests were made, two of them being Felonies. Officers also seized $558.00 in cash from the narcotics arrest. Two vehicles were impounded, and 27 traffic summonses were issued.

3-17-17- This tour Housing officers conducted a traffic safety checkpoint at ███████ in the ███████ ███████ CPO Macy followed up on drug sales at the ███████ Apparently a person named ███████ is selling crack in the hallway. No illegal activity was discovered at this time. CPO Macy also worked with BPD Narcotics unit in executing 2 search warrants in the Shaffer Village. It resulted in a felony Cocaine arrest and a pill house being shut down. We will follow up on their eviction proceedings. Officers also made an arrest of a noted gang member; ███████ wanted on a warrant. Total of 43 traffic summonses issued, 7 parking tags written, 2 vehicles impounded and 2 total arrests were made.



3-18-17- Housing officers assisted C District with locating a missing 8 year old. The child was found safe and sound. Two suspects attempted to flee from a traffic stop and they were apprehended after a brief chase. The suspects were arrested and did possess a large amount of Cocaine, Crack Cocaine and Heroin. This arrest of one of the suspects ███████ is the second time this month that Housing officers have arrested him with a large amount of drugs. Officers also made 2 more drug related arrests and confiscated $400.00 in cash as a result. Total of 19 traffic summonses issued, 2 parking tags written, 2 vehicles impounded and 5 total arrests were made, 3 of them Felonies.

3-19-17- Today was the annual St. Patricks' Day parade and all of our officers were detailed to assist with traffic and unruly patrons. We broke up several fights and assisted B District Chief Gramaglia with security issues at a downtown concert afterwards. After the parade we resumed regular patrols of the BMHA properties. H440 stopped a parolee in the Langfield property but he checked out OK and was not detained. Total of 11 parking tags were written and one felony arrest was made.

3-20-17- CPO Macy attended meetings with BMHA management regarding the logistics for the upcoming Easter in the Perry's event scheduled for April 15th. We conducted walk ups of the Perry's and Shaffer

PLAINTIFFS_GENERIC-00000573

Village high rises. We followed up on trespassing complaints from B District Chief Gramaglia at ██████. ████████We also assisted the BPD Strike Force unit on ████████where a handgun was recovered. A total of $1,498.00 in cash was confiscated from a drug arrest. Total of 21 traffic summonses were issued, 2 vehicles were impounded and 4 arrests were made.

3-21-17- Housing officers arrested a ████████for drug sales and seized a total of $2,387.00 in cash. Officers also conducted a walk through of the Perry's and assisted C and E District on multiple calls and traffic stops including a gun call at ████████Officers made 5 total arrests including; Marihuana possession, Disorderly Conduct, narcotics possession and an ECSO warrant. Total of 37 traffic summonses issued and 16 parking tags were written.

3-22-17- Television network CNN did a ride a long with one of our Housing cars today and also conducted an interview with them. CPO Macy attended a youth mentoring program. Housing officers assisted and backed up District cars on multiple calls and traffic stops including a stabbing, a robbery, and shots fired calls. H420 made two warrant arrests for a man wanted by Lancaster PD and transported him there. H430 made 3 arrests for drug and hypodermic needle possession. Total of 28 traffic summonses issued, 13 parking tags written, 3 vehicles impounded and 8 total arrests were made.

3-23-17- Housing officers conducted walk throughs of the Perry's due to complaints of loitering and Marihuana smoking in hallways. Nothing illegal was discovered today. H410 assisted BPD Strike Force on three felony drug arrests in the vicinity of the Langfield property. Total of 28 traffic summonses were issued, 29 parking tags written and 4 arrests were made.

3-24-17- Officers monitored the area of the recently closed buildings in the Perry's. A suspicious vehicle was checked out at Alabama/Otto. Officers also answered multiple calls for service in the Fredrick Douglass, Langfield and Perry BMHA properties. Officers also assisted on a kidnaping and a robbery call in C District. Total of 27 traffic summonses issued, 12 parking tags written and 2 arrests were made.

3-25-17- We only had two car crews working tonight. They remained in the Langfield and Shaffer Village properties. H440 assisted a tenant in the ████████with unruly younger family members who appeared to be attempting to utilize the apartment for their own personal gain. We assisted A district with a gun call in the Perry's at the recreation center. H430 made checks of the high rises in the Shaffer Village. CPO Macy is working with the Shaffer Village management on ways to limit access to the roofs of these buildings, which are being used for illegal drug activity. Total of 16 traffic summonses issued, 2 City Ordinances written and one vehicle was impounded.

3-26-17- Housing officers assisted E district with a car pursuit and escorted the suspects back to E District for identification. We continued walk ups of the Perry high rises at the end of the tour. Late in the tour there was a strong odor of gas in the Jasper BMHA property. We assisted D District in notifying National Fuel and we also called to notify BMHA maintenance. Total of 9 traffic summonses issued, one vehicle impounded and 2 arrests were made.

3-27-17- All housing officers were assigned to the ERT team today. The Lieutenant and Captain were working the regular tour and they made patrols of the major Housing properties.

PLAINTIFFS_GENERIC-00000574

3-28-17- Officers continued to patrol the vacant sections of the boarded up Perry property. No suspicious activity observed at this time. Officers also assisted on numerous violent calls including but not limited to: D district with a violent fight call and E District on a large fight. Total of 52 traffic summonses were issued, 16 parking tags written and 2 arrests were made.

3-29-17- Housing officers worked with B District detail car in the Towne Gardens area which is near the Fredrick Douglas Towers BMHA property. Violence from the Towne Garden buildings has spilled over into other BMHA properties. H410 assisted the BPD Strike Force with the recovery of a handgun in the rear yard ▮▮▮▮▮▮▮▮ H430 made a couple of drug arrests in the Lakeview property area. Total of 26 traffic summonses issued, 18 parking tags written, 3 vehicles were impounded and 2 total arrests were made.

3-30-17- This evening while patrolling the BMHA properties, the on duty Housing Lieutenant was asked by a resident of ▮▮▮▮▮▮▮ to speak with a small group of citizens at her church at 202 Genesee St., (Kingdom Ministries). The Lieutenant spoke for about 30 minutes and the event was attended by multiple persons and the pastor. H410 assisted B District in looking for a suspect from a shooting, and with a suspicious vehicle that had rammed the gate at the FBI building. Housing officers made a drug arrest from a traffic stop and another arrest for Marihuana possession. Total of 49 traffic summonses issued, 16 parking tags written, one vehicle impounded and 3 arrests were made.

3-31-17- Heavy rain all tour slowed activity but H440 made an arrest for Child Endangerment and Felony drug possession and did confiscate $850.00 as a result. W also assisted the Districts with numerous calls and made 4 felony arrests and one misdemeanor arrest tonight. Total of 41 traffic summonses were issued, 15 parking tags written and 3 vehicles impounded.

  * For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000575

# BUFFALO POLICE DEPARTMENT
## HOUSING STATISTICS REPORT

Attn:    Daniel Derenda, Police Commissioner
          Byron Lockwood, Deputy Commissioner
          Aaron Young, Housing Chief

Prepared By: Philip M Serafini

Date Prepared: 05/01/2017

Report Dates: 04/01/2017 to 04/30/2017

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 30 | Felony | 25 |
| Misdemeanor | 75 | Misdemeanor | 73 |
| Violation | 7 | Violation | 7 |
| Traffic Misdemeanor | 236 | Traffic Misdemeanor | 233 |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 1318 | Traffic Infraction | 1298 |
| Parking Tags | 312 | Parking Tags | 271 |
| City Ordinance | 23 | City Ordinance | 23 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| 3 | | 2 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 42 vehicles were impounded, 41 of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $10,577.00 in cash from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to

PLAINTIFFS_GENERIC-00000576

arrest and by following the United States Government guidelines for asset forfeiture.

Please note that for the entire month of April, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

Additionally, starting on April 17th, we have been operating a daily daytime Detail in the Shaffer Village and Langfield properties. These details consists of two officers assigned to each detail and operates from 1130-1530hrs daily.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

4-1-17- Housing officers made multiple passes through the Perry high rises due to several shots fired calls there the previous weekend. Officers also continued to monitor ███████████ because of recent violence at the adjacent ███████████████████ Officers made a trespassing arrest in the Shaffer Village, and another arrest from a traffic stop on Ontario St. Total of 29 traffic summonses issued and 2 arrests were made.

4-2-17- Housing officers conducted a traffic safety checkpoint in the ███████████ at the beginning of the tour. CPO Macy continued to collect used bikes for the upcoming community bike drive. We assisted on numerous calls in E District including a shots fired and a man with a long gun call. One man was arrested for false impersonation and for 6 outstanding City of Buffalo warrants. Total of 34 traffic summonses issued, 4 parking tags written, one vehicle impounded and 7 arrests wee made.

4-3-17- Today we conducted a traffic safety checkpoint in the ███████████ An arrest was made resulting from this checkpoint for possession of crack Cocaine and an outstanding warrant. Officers assisted on numerous calls for service including a man with a gun which led to a foot chase and the apprehension of two suspects. Three separate arrests were made for possession of Marihuana. Total of 20 traffic summonses were issued, 2 vehicles impounded and 5 arrests were made.

4-4-17- Very limited manpower tonight with one car crew stationed at ECMC on a hospital detail all night. H410 worked on the upcoming "Easter in the Perry's" event before receiving a call out for the ERT Team for three different protests. An arrest was made in the Shaffer Village for Marihuana possession and an outstanding warrant. Total of 4 traffic summonses issued, 10 parking tags written, and three arrests were made.

4-5-17- We had a full platoon tonight and were able to expand patrols to the BMHA properties throughout the City. H430 and H440 followed up on narcotics complaints relating to the B District BMHA properties, resulting in arrests. Parking violations were enforced in the Shaffer Village property with numerous tickets. Three arrests were made for drug possession throughout the BMHA properties tonight. Total of 33 traffic summonses issued, 19 parking tags written, one vehicle impounded, and 4 arrests were made.

4-6-17- Housing officers assisted BPD Narcotics squad with a search warrant and transportation of several arrests, assisted A District with locating a missing 11 year old, and assisted C District with a shooting on

Fillmore. Officers also responded to an alarm near the Perry's at South Park and Louisiana. Four separate arrests were made by Housing officers for drug and Marihuana possession. Total of 14 traffic summonses were issued, 20 parking tags written, one vehicle impounded and 8 arrests were made, 2 of them felonies.

4-7-17- Housing officers assisted with a wanted fugitive from Alabama. The Fugutive Task Force apprehended the suspect and our officers continued to attempt to locate his brother who was armed with a gun. We also assisted Strike Force officers with a foot chase of a suspect possessing a felony amount of Heroin. Suspect was apprehended by SF. Total of 54 traffic summonses issued, 20 parking tags written, and 17 V & T misdemeanors issued.

4-8-17- Hosing officers answered a call of trespassers at ███████ n the ████████████ H440 assisted D district on Ontario St. with a call of threats with a gun. Three suspects were arrested and all of them are residents of Shaffer Village. Their vehicle was also impounded. H410 had a traffic stop of two individuals who were wanted on NFTA warrants. Suspects were handed over to the NFTA police. Total of 44 traffic summonses issued, one parking tag written and one vehicle impounded.

4-9-17- H410 and H420 served multiple subpoenas tonight in various BMHA properties. Officers also assisted on several calls for service and traffic stops including; man with a gun on Sycamore, violent domestic at Military/Grant, and a large fight at McCarley Gardens in B District. H430 has a traffic stop at Tonadanda/ Esser. After summonses were issued, further investigation led to a narcotics and Marihuana possession arrest. Total of 17 traffic summonses issued and one arrest was made.

4-10-17- Housing officers made an arrest at ██████████ or trespassing. Arrested was a ██████████ who has been previously arrested in the ███████ for this same charge. Another arrest was made from a traffic stop for Cocaine possession. Officers also assisted with a large fight involving 50 juveniles in C district at Best/ Fillmore. Total of 27 traffic summonses issued, one parking tag written, one vehicle impounded and 3 arrests were made.

4-11-17- Officers were briefed and advised of a call at ██████████ in the Shaffer Village property concerning threats with a gun. The call occurred just before our tour started. When officers arrived they assisted D District with the arrest and the recovery of a shotgun. Suspect was a ████████████████████ There was a BMHA tenant council president meeting at the Martha Mitchell Center conducted by Chief Young. The Chief, Captain Serafini and CPO Macy were in attendance and answered questions and comments from the numerous council presidents. An arrest on a warrant was made resulting from a routine traffic stop, and another traffic stop resulted in a felony unlicensed operation and narcotics possession. Total of 31 traffic summonses were issued, 2 parking tags written, one vehicle impounded and three felony arrests were made.

4-12-17- Today was double up day and half of the officers attended Blue Courage training at the Police Academy. At 1934hrs Housing officers responded to an armed robbery call at ██████████ The investigation led the officers to ██████████ where the vehicle and suspect were found. The officers convinced the suspect to exit the house and he was arrested without incident. Arrested was ████████████████████ Officers also assisted the Districts with numerous violent calls for service including a stabbing and a large fight. An arrest was made for drug possession. Total of 56 traffic summonses issued, 12 parking tags written, and two arrests were made.

PLAINTIFFS_GENERIC-00000578

4-13-17- Housing officers put extra patrols in the Perry's due to increased damage and larcenies to vacant properties. Two suspicious individuals were stopped walking through the courtyard and checked out OK. They were advised to stay out of area or they would be arrested for loitering. H440 assisted on a search warrant of a vehicle that was impounded for threats with a weapon on Ontario St. last week. The suspects in the vehicle are known ██████████ and were arrested last week when the vehicle was impounded. Officers made a drug arrest at ██████████ which resulted in the confiscation of $716.00 in cash, 87 bags of Cocaine, 55 bags of Heroin and a knife. Total of 47 traffic summonses issued, 16 parking tags written, one vehicle impounded and 7 arrests were made, 5 of them felonies.

4-14-17- Housing officers made multiple patrols of ██████████ due to a recent stabbing and fire bombing on Thursday night. All quiet tonight. A Marihuana possession arrest was made from a traffic stop at Louisiana/ South Park, adjacent to the Perry's. Thirteen vials and 5 bags of Marihuana were recovered. Officers also recovered a loaded .22 caliber pistol after smelling a strong aroma of burning Marihuana and investigating several males loitering. H440 located a warrant suspect wanted by the BPD Sex Offense Squad. He was detained and transported to BPD HQ. Numerous other arrests were made tonight by Housing officers. Total of 35 traffic summonses were issued, 2 vehicles were impounded, and 8 arrests were made.

4-15-17- Many off duty Housing officers volunteered their time and assisted with the "Easter in the Perry's" event today, organized by Miss Triggs and CPO Craig Macy. DPC Lockwood and Chief Young also attended. The event was a big success with all of the children and residents of the Perry's enjoying themselves. Officers assisted B District with locating a suspects vehicle who threatened a complainant with a gun. Housing officers also responded and assisted with a large fight on Towers in the Langfields. Two arrests were made for drug possession, one in the Lakeview area and the other one on Thompson St. Total of 37 traffic summonses issued, 4 City Ordinances written, 2 vehicles impounded, $232.00 in cash seized, and 3 arrests were made.

4-16-17- Easter Sunday today and manpower was limited. CPO Macy and H420 spent the first half of the tour rounding up donated bicycles throughout the City for the upcoming bike give-away event. H420 made patrols of 344 Perry and the recently vacated Perry low rises due to the ongoing vandalism. H430 made a car stop in the Shaffer Village area on Ontario St. that resulted in the recovery of a loaded .40 caliber Walther PPK, and a small amount of Marihuana. Housing Officers also assisted on a robbery call near Shaffer Village. Officers also responded to a call of shots fired at ██████████ No evidence of shots were discovered at this time. Two other arrests were made for Marihuana possession. Total of 9 traffic summonses were issued, one vehicle impounded and three arrests were made.

4-17-17- Today the Daytime Details were started. These will operate from 1130-1530hrs in the ██████████ ██████████ CPO Macy and the Shaffer Detail worked with ██████████ ██████████ This weapon was reportedly ██████████ The Langfield Detail conducted several traffic stops and walk throughs. H420 followed up on 311 complaints in the Perry's and LBJ properties. Total of 63 traffic summonses issued, 15 parking tags written, one vehicle impounded and one arrest was made.

4-18-17- The Langfield Detail made an arrest from a traffic stop where the suspect fought with the officers. The Shaffer Detail assisted D District with a man with a gun on Ontario St. and apprehended a burglary

PLAINTIFFS_GENERIC-00000579

suspect from an address across the street from the Shaffer property. CPO Macy taught at the Police Academy, and early in his tour he dispersed several school kids who were hanging out and loitering at 279 Perry. As per BMHA Director Dawn Sanders request, we checked out resident complaints of drug use and loitering at ███████████ No criminal activity was discovered at this time and we will continue to monitor this address in the future. Total of 46 traffic summonses issued, 7 parking tags written, 4 vehicles impounded and 3 arrests were made.

4-19-17-Heavy rain at night slowed activity. CPO Macy attended a student mentoring program and developed information that a man was selling drugs and possessed a gun at t███████████ ███████████ in A District. H420 assisted A District officers at TOPS and 2 felony drug arrests were made. We conducted a traffic safety checkpoint with the Strike Force████████████The BMHA property at █ ███████ was checked again tonight with no criminal activity to report. Total of 54 traffic summonses were issued, 3 parking tags written, 2 vehicles impounded and 2 felony arrests were made.

4-20-17- CPO Macy and PO Ken Agee were called out for the ERT Team due to a protest at 95 Perry St. Housing officers located a UUV and apprehended the suspect in the Langfields, assisted with an armed robbery, and helped with a search for a missing child. Housing officers made a misdemeanor Marihuana possession arrest in the Shaffer Village and two other arrests on warrants. Total of 67 traffic summonses issued, 35 parking tags written, 4 vehicles impounded and $536.00 in cash was seized. Total of 5 arrests were also made.

4-21-17- CPO Macy and Housing officers conducted a cookout at the Schwabb Terrace BMHA property. It was well attended by the residents, DPC Lockwood, and C District Chief Barbara Lark. H410 and H 430 assisted BPD Narcotics and SWAT team with a search warrant at███████████ property. H410 made a felony narcotics arrest seizing $2,944.00 in cash. H440 caught a purse snatcher on Ontario St. near the Shaffer Village. Total of 55 traffic summonses issued, 22 parking tags written, one vehicle impounded and 4 arrests were made, 3 of them felonies.

4-22-17- Housing DRE officer K. Agee assisted West Seneca PD. An arrest was made in the Shaffer Village property for Marihuana possession in a vehicle. Officers walked several passes and one walk through of █ ███████ The residents were happy for the patrols but no one expressed any complaints at this time. A DWI arrest was made in the Lakeview area, and a man was arrested on a Buffalo warrant. Total of 54 traffic summonses issued, 9 parking tags written, 3 vehicles impounded and 5 arrests were made.

4-23-17- Housing officers checked out several males in front of████████████████This address was recently raided by BPD Narcotics. Officers responded to a Burglary and Robbery call at██ ███████Suspect is ███████████and he is still outstanding. Officers also located a suspect wanted by BPD Homicide squad and transported him to their office. A stolen motorcycle was recovered and the driver arrested on Ontario St by Housing officers. Total of 84 traffic summonses issued, 17 parking tags written, one vehicle impounded, and two arrests were made.

4-24-17- From two separate traffic stops 2 arrests were made for Heroin possession and one arrest for a warrant. Officers also responded to a large party at the Fredrick Douglass Towers and advised and dispersed. Housing officers responded to███████████ for two people selling drugs, but when they arrived nothing was showing. Additionally officers assisted on a fight at South Park/ Louisiana. Total of 48 traffic

PLAINTIFFS_GENERIC-00000580

summonses issued, 5 parking tags written, one vehicle impounded and 3 arrests were made.

4-25-17- H430 walked the halls of LBJ and 450 Jefferson after complaints of drug activity. Three people were removed for loitering. H420 spot checked ▮▮▮▮▮▮▮▮and the common areas of ▮▮▮▮▮▮▮due to previous vandalism. No criminal activity to report at this time. Officers also responded to a gang assault near Jasper Parish, shots fired at Busti/Hudson, and a robbery in Jasper Parish. Housing officers removed 2 people from the Marine Drive property for having Pit Bulls on the property. H420 responded to a gun call at ▮▮▮▮▮▮▮▮ and saw suspects run into▮▮▮▮▮▮▮ After monitoring this for a few minutes he saw another male run into▮▮▮▮▮▮▮No probable cause to enter either of these residences at this time. Total of 61 traffic summonses issued, 4 parking tags written, 2 vehicles impounded and one arrest was made.

4-26-17- We addressed complaints of vehicles being dumped in the rear lots of the Langfileds on Oakmont. CPO Macy was referred to a complaint of death threats to a LBJ resident. H420 including officers Vidal, Beyer, and Robinson, were flagged down on a man passed out in a Kenmore cab. The man was blue and unresponsive. Officers immediately took action by pulling him from the vehicle and administering CPR. They brought the man back to life and he was transported to the hospital by ambulance. Housing officers assisted District cars on numerous violent and shots fired calls throughout the night. Another gun call was received from▮▮▮▮▮▮▮same description but nothing was on scene when officers arrived. A trespass arrest was made in the Jasper Parish, and a narcotics arrest in the Shaffer Village. Total of 47 traffic summonses were issued, 2 vehicles impounded and 4 arrests were made.

4-27-17- Double up day today and half of the unit was assigned to training at HQ. During the Park and Walk in the Shaffers, H410 ran across 5 known gang members and they were checked out OK and were dispersed. Multiple passes were made through the vacant Perry's checking for trespassers and thieves. Housing officers also checked ▮▮▮▮▮▮▮for drug activity, ▮▮▮▮▮▮▮to follow up on the previous Robbery and Burglary, and covered on a shots fired call near the Fredrick Douglass Towers. H440 made three felony drug arrests and seized over 6 lbs. of Marihuana and $6,149.00 in cash. Total of 58 traffic summonses issued, 31 parking tags written, one vehicle impounded and 4 arrests were made.

4-28-17- Officers responded to a gun call at ▮▮▮▮▮▮▮and monitored▮▮▮▮▮▮▮for drug activity. Numerous drug and warrant arrests were made from traffic stops. Total of 86 traffic summonses were issued, 20 parking tags written, 4 vehicles impounded and 8 arrests were made, including 3 felonies.

4-29-17- Housing DRE officer K. Agee assisted Orchard Park PD at Mercy Hospital. Housing officers responded and assisted at ▮▮▮▮▮▮▮on a rescue call where a 42 year old male was deceased. BPD Homicide was notified. Officers also assisted C District on a foot chase from ▮▮▮▮▮▮▮, and E District at ▮▮▮▮▮▮▮with an irrational man on the roof. An arrest was made in the Lakeview area for drug possession, another arrest was made at▮▮▮▮▮▮▮where 62 zip lock bags of Marihuana were recovered. Total of 48 traffic summonses issued, 7 parking tags written and 4 arrests were made.

4-30-17- Housing officers responded to a large fight involving 30 people at 147 Langfield and a domestic dispute at ▮▮▮▮▮▮▮ A DIR was completed by officers and forwarded to E District. At 2135hrs a shots fired call came out at Jefferson/ Clinton, possibly a sawed off shotgun. This is the third time a call at this address has come out in the past week. We will aggressively monitor this area in the future. H440 responded to a Burglary in progress at ▮▮▮▮▮▮▮near the Langfields. The front window was broken and

PLAINTIFFS_GENERIC-00000581

the front door wide open. No one was found to be home and the officers attempted to contact the complainant, only to receive voicemail. A message was left. Total of 56 traffic summonses issued, 13 parking tags written, 2 vehicles impounded and 4 arrests were made.

  * For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000582

## BUFFALO POLICE DEPARTMENT
## HOUSING STATISTICS REPORT

Attn:    Daniel Derenda, Police Commissioner
         Byron Lockwood, Deputy Commissioner
         Aaron Young, Housing Chief

Prepared By: Philip M Serafini

Date Prepared:06/03/2017

Report Dates:05/01/2017 to 05/31/2017

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 15 | Felony | 15 |
| Misdemeanor | 49 | Misdemeanor | 48 |
| Violation | 6 | Violation | 6 |
| Traffic Misdemeanor | 322 | Traffic Misdemeanor | 322 |
| Total Tickets Issued For Period | | Total Tickets Issued on B.M.H.A Property | |
| Traffic Infraction | 1436 | Traffic Infraction | 1433 |
| Parking Tags | 287 | Parking Tags | 281 |
| City Ordinance | 86 | City Ordinance | 86 |
| Total Weapons Recovered | | Total Weapons Recovered on B.M.H.A. Property | |
| 1 | | 1 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 42 vehicles were impounded, all of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $2,634.00 in cash from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to

PLAINTIFFS_GENERIC-00000583

arrest and by following the United States Government guidelines for asset forfeiture.

Please note that for the entire month of May, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

Additionally, we have been operating a daily daytime Detail in the Shaffer Village and Langfield properties. These details consist of two officers assigned to each detail and they operate from 1130-1530hrs daily.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

5-1-17- H410 and CPO Macy attended a contentious meeting at the Fredrick Douglass Towers concerning all the recent violence in the surrounding areas, including the Towne Gardens Apratments located across Clinton St. and 518 N. Division. Housing officers monitored ██████████ for possible drug dealing, none observed. Officers made an arrest from a traffic stop of a female for possessing narcotics, crack pipe, and Criminal Impersonation. She also was wanted on two BPD warrants. Total of 55 traffic summonses issued, 4 parking tags written, one vehicle impounded and 3 arrests were made.

5-2-17- We conducted a traffic safety checkpoint with the BPD Strike Force Unit. CPO Macy taught at the Academy. Our Housing Unit received an award at a ceremony at Buffalo State College today. This award was given to us by the school board for the several community public relation activities we sponsor within the community. H440 assisted on a domestic call in the Langfields and followed up on reported drug activity in the Perry's. There was a recent eviction at ███████████████ after a narcotics raid. The drug activity formerly from this address had reportedly moved to two vehicles in the Fulton St. parking lot. We will continue to monitor. Total of 42 traffic summonses issued, 10 City Ordinances written, 13 parking tag issued, 2 vehicles impounded and one arrest was made.

5-3-17- H430 stopped two gang members in the Shaffer Village area on two separate traffic stops. Summonses were issued, but nothing else at this time. We surveiled the ███████████████ by using the ███████████████ in an effort to witness and make arrests for drug sales. No criminal activity at this time to report. BPD Narcotics was notified of this possible location of drug sales and use. H440 made regular walk throughs of Donovan Drive in response to tenant complaints of drug and gang activity. An arrest was made for False Impersonation in the Langfields and a separate arrest for Marihuana possession. Total of 55 traffic summonses issued, 5 City Ordinances written, 10 parking tags issued, 4 vehicles impounded and 2 arrests were made.

5-4-17- CPO Macy attended a meeting at the Martha Mitchel Center in the Langfields. Housing officers were made aware of an unconscious male driving a vehicle on Oakmont. The vehicle was on the sidewalk and heading towards a collision with a building. Housing officers ran up to the moving vehicle and prevented the collision and carried the man from the vehicle. The man was blue and unresponsive. The officers administered CPR until ADI arrived and these quick actions saved the mans' life. The man was taken to the hospital and it was later learned he suffered a heart attack. The man is recovering nicely thanks to these officers. The Housing Lieutenant was notified by the BPD Intelligence Unit of ██████████ ████████████████████████████████ with drugs and guns. We set up surveillance but thy never showed. We will continue to monitor. Total of 47 traffic summonses issued, 2 City Ordinances written, 2 vehicles impounded and 4 arrests were mad.

PLAINTIFFS_GENERIC-00000584

5-5-17- We continued to monitor Shaffer Village for the arrival of the gang members. H410 checked on 311 complaints of gangs at a vacant apartment at ███████████ Several individuals dispersed when officers arrived and there was damage to the doors and windows. We notified BMHA to secure this location. Shaffer Detail had a gang member flee from them on a traffic stop. The pursuit was terminated due to safety concerns. An arrest was made for narcotics possession in the Shaffer Village. Total of 60 traffic summonses issued, 9 parking tags written, 2 vehicles impounded and one arrest was made.

5-6-17- Housing officers checked out the rear lots of ███████████ o check on complaints of drug dealing from vehicles. Officers assisted with a check the welfare call at ███████████ trespassing at ███████████ and secured and transported a man on a warrant to West Seneca PD. Total of 62 traffic summonses issued, one vehicle impounded and one arrest was made.

5-7-17- On the Daytime Detail we ran a Traffic Safety Checkpoint with the Strike Force at ███████████ ███████ During the afternoon shift one of our Housing officers was ███████████ ██████████ ████████████████████████████████████████████ Total of 39 traffic summonses issued and 2 parking tags written.

5-8-17- Housing officers made contact with 2 Shaffer Village gang members. They checked out OK. Housing officers spent time on a detail at ECMC for the injured officer. Officers assisted on a man with a gun call at ███████████ and a found bullet at ███████████ possibly from ███████████ ████████ Total of 49 traffic summonses issued, 12 parking tags written, and 2 arrests were made.

5-9-17- CPO Macy attended two separate BMHA meetings early in the tour. H430 was involved in a foot chase from a traffic stop of a dirt bike. The dirt bike was impounded. Later in the tour we checked on the Perry High Rises, common areas, and low rises where ongoing vandalism and narcotics use have been reported. Total of 40 traffic summonses issued, 17 parking tags written, 3 vehicles impounded, and one arrest was made.

5-10-17- H421 assisted BPD Narcotics and NYS Parole with a check in the Shaffer Village. Housing officers made 2 arrests and recovered a loaded 9mm semi automatic with 15 rounds from the Shaffer Village. CPO Macy prepared for ERT training in the Academy. H430 followed up on 311 complaints in the Lakeview property area concerning quality of life issues. Housing officers also assisted District cars with a shooting on E. Amherst, and gun calls in C and E District. Arrests were made for violating an Order of Protection (felony), DWI, and weapons possession. Total of 63 traffic summonses issued, 6 City Ordinances written, 3 parking tags issued, and 3 arrests were made.

5-11-17- Housing officers made 2 arrests for narcotics possession in the Langfield/ Kenfield BMHA property. Officers also assisted with a call on Rano St. near the Shaffer Village property. Suspect fled the scene in a vehicle and Housing officers along with D District officers apprehended him sometime later. Officers also assisted with a man with a gun call in the Lasalle property. CPO Macy taught ERT training at the Academy in preparation for potential protests. Total of 40 traffic summonses issued, 10 parking tags written, one vehicle impounded and 2 arrests were made.

PLAINTIFFS_GENERIC-00000585

summonses issued, 10 parking tags written, 3 vehicles impounded and 5 arrests were made.

5-19-17- H410 and CPO Macy worked on collecting, transporting, and repairing numerous bicycles for this weekends bike drive. A C District car crew recovered a handgun on Swinburn which is believed to be from the previous days foot chase with Housing officers where a magazine was recovered. H420 conducted walk ups in the LBJ property due to recent complaints relating to loitering and drug sales. Housing officers also assisted on a burglary in progress near the Lasalle property. A vehicle believed to be used in the burglary was confiscated and found inside was a loaded handgun and some Marihuana. Total of 44 traffic summonses were issued, 5 City Ordinances written, 5 parking tags issued, 3 vehicles impounded and one arrest was made for narcotics possession.

5-20-17- H430 apprehended a man who threatened a female with a gun in the Langfield area. H440 had a narcotics arrest. H430 responded to narcotics and prostitution concerns in the Perry's when they came across a man wanted for murder in Canada. H440 was at ECMC with an arrest when they assisted C District with a call of 3 people shot on ████████. ███████████████████████████████████████████████████████████ Arrests were made for criminal impersonation, narcotics possession, menacing and warrants. Total of 41 traffic summonses issued, 3 City Ordinances written, 11 parking tags issued, one vehicle impounded, and 5 arrests were made.

5-21-17- CPO Macy held a "kids bike rodeo" in the Marine Drive apartments today. Children were given lessons on safe bike riding and then were able to display their skills on a bike course. Three bikes and numerous bike helmets were raffled off to the kids. Lt. Lynch attended this event and made contact with a few residents who voiced their concerns about certain issues including but not limited to: a reckless man riding a motorcycle through the parking lot and drug sales. We will monitor these two items. Officers assisted on a violent domestic on Rano St., a shots fired call on Hagen, and a fight on Genesee St. Housing officers made a drug arrest from a traffic stop in the Lakeview property. Confiscated was Marihuana, Heroin, and crack Cocaine. Cash totaling $533.00 was also seized. Total of 21 traffic summonses issued, 15 parking tags written, 3 vehicles impounded and 4 arrests were made.

5-22-17- Housing officers assisted on a call of a man with a knife at South Park/ Louisiana. Officers also conducted a walk through of the Langfield BMHA property and covered C District with a fight at Burgard High School. H430 made an arrest in the Lakeview area of a man for traffic obstruction and possession of Heroin. Another arrest was made in the Lakeview area of an irrational woman. Total of 41 traffic summonses issued, one vehicle impounded, and three arrests were made.

5-23-17- Today officers focused on traffic problems in the Langfield and Shaffer Village areas. This is in response to resident's complaints of motorists disregarding stop signs where children cross on a regular basis. Officer impounded a vehicle in the rear lot of the Langfield property and monitored the Shaffer Village courtyards for drug activity. H440 maintained a presence in the Shwabb Terrace and Donovan Drive properties. H440 also made 2 arrests from a suspicious vehicle in the Shaffer Village. H430 made another narcotics arrest in the Lakeview area. Total of 40 traffic summonses issued, 23 parking tags written, 2 vehicles impounded and 3 arrests were made.

5-24-17- Housing officers dispersed gang and drug activity near the store at Edison/Weston, which is in the vicinity of the Langfield BMHA property. The Shaffer Detail was notified by BMHA maintenance of

PLAINTIFFS_GENERIC-00000586

several males congregating on Ontario St. across from Shaffer Village. These persons were checked out and dispersed. Housing officers assisted BPD Narcotics on a raid at ███████ across from the ███████ where a felony narcotics arrest was made. Total of 63 traffic summonses issued and 13 parking tags written.

5-25-17- We focused on quality of life issues within the Shaffer Village and Langfield BMHA properties. We conducted walk ups of the Shaffer high rises after speaking with a resident about people congregating on the roof. We found drug related items on the roof and secured the roof access. The Shaffer Detail also chased dirt bikes off the property that had been riding on the nearby train tracks. CPO Macy attended a public school mentoring program and served material witness notices. We notified Paul Kihl of the posted signs that were removed from Jasper Parish, Shaffer and Donovan Drive. There were handicapped and no parking signs that were vandalized. Housing officers assisted with a shots fired call in the Marine Drive apartments and walked the halls of the ███████ after reports of narcotics sales in the stairwells of ███████ Total of 61 traffic summonses issued, 16 City Ordinances written, 3 parking tags issued, one vehicle impounded and 2 arrests were made.

5-26-17- Housing officers responded to a property dispute call in the Lasalle property, monitored the roof of ███████ for trespassers, and assisted with a narcotics call at ███████ which is one block from Schwab Terrace. While in Jasper Parish officers discovered a suspicious vehicle that resulted in an arrest for narcotics possession, and in the Shaffer Village property officers made an arrest for Marihuana possession and a warrant. Officers seized $2,101.00 in cash from the narcotics arrest. Total of 32 traffic summonses issued, 4 parking tags written, 2 vehicles impounded, and three arrests were made.

5-27-17- The Daytime detail received a message from Langfield manager Elaine Garbe regarding 2 suspicious vehicles parked in the Light House program lot on Hempstead. The officers impounded two vehicles from this lot, one for unregistered vehicle and the other for no plates. DRE Housing officer Ken Agee assisted a Strike Force car with a drug suspect. We assisted on a large fight at Louisiana/ South Park and on a large disturbance at a Carnival at the Outer Harbor. An arrest was made at ███████ and at ███████ on two separate suspicious person calls. Total of 44 traffic summonses issued, 3 City Ordinances written, 13 parking tags issued, 2 vehicles impounded and 7 arrests were made.

5-28-17- H411 walked the high rises of the Douglas Towers and the halls of AD Price due to management complaints of narcotics activity. Officers also responded to a bomb call in the Lakeview area and followed up on CPO complaints in the Shaffer Village and Langfield properties. We also assisted again with large fights at the Carnival at the Outer Harbor. Total of 33 traffic summonses issued, 7 City Ordinances written, 35 parking tags issued, one vehicle impounded and 3 arrests were made.

5-29-17- Housing officers checked out and dispersed a group of ███████ congregating at ███████ These are known gang members. All of them were checked out OK at this time. Housing officers also checked out known gang members loitering on ███████ They are members of the ███████ They checked out OK also. Officers responded to a man with a gun call at Schwab Terrace, but it was discovered to be a BB gun. Total of 49 traffic summonses issued, 5 parking tags written, and 3 City Ordinances written.

5-30-17- Officers responded to a call at 410 Langfield relating to a property dispute. They advised the complainant. CPO Macy assisted with a bike repair workshop on Bailey Ave. Housing officers recovered a

PLAINTIFFS_GENERIC-00000587

sawed off shotgun and handed it over to D District officers, assisted on a large fight at MLK park, and a violent fight at Best/ Herman involving 50 kids. Total of 54 traffic summonses issued and 11 parking tags written.

5-31-17- Housing officers spoke to residents of ███████████ and North Division properties concerning drug activity. All of our officers were advised and will monitor this situation in the future. Officers handled a neighbor trouble call at Schwab Terrace and an indecent exposure call in the Shaffer Village. The Housing Lieutenant attended a meeting at 300 Perry concerning the impact the upcoming Canalside events will have on the Marine Drive BMHA property. Officers responded to a gun call at ██████ but nothing was found at this vacant apartment. Total of 60 traffic summons issued, 4 parking tags written, one vehicle impounded and one arrest was made.

* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000588

# BUFFALO POLICE DEPARTMENT
# HOUSING STATISTICS REPORT

Attn:      Daniel Derenda, Police Commissioner
            Byron Lockwood, Deputy Commissioner
            Aaron Young, Housing Chief

Prepared By: Philip M Serafini

Date Prepared:07/03/2017

Report Dates:06/01/2017 to 06/30/2017

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 14 | Felony | 12 |
| Misdemeanor | 49 | Misdemeanor | 47 |
| Violation | 1 | Violation | 1 |
| Traffic Misdemeanor | 287 | Traffic Misdemeanor | 279 |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 1246 | Traffic Infraction | 1224 |
| Parking Tags | 340 | Parking Tags | 264 |
| City Ordinance | 40 | City Ordinance | 40 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| 3 | | 2 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 35 vehicles were impounded, 32 of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $5338.00 in cash from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to

PLAINTIFFS_GENERIC-00000589

arrest and by following the United States Government guidelines for asset forfeiture.

Please note that for the entire month of June, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

Additionally, we are currently operating a day time Detail in the Shaffer Village and Langfield properties when manpower permits. These details consist of one or two officers assigned to each detail. The time period is from 1130- 1530hrs daily.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

6-1-17- The Daytime Detail stopped a gang member in Shaffer Village and wrote him for traffic violations. Officers continued foot patrols in the courtyard and high rises of the Shaffer Village property. The roof access of ▮▮▮▮▮ was secured. Officers answered solicitation complaints in the LBJ property. Nothing found today, but CPO Macy will follow up during the day tour. Arrests were made for a warrant and Marihuana possession. Total of 37 traffic summonses issued, 10 City Ordinances written, 6 parking tags issued, 3 vehicles impounded and 2 arrests were made.

6-2-17- Officers stopped a known drug dealer in Langfields and he was checked out OK and dispersed. Officers dispersed several adults drinking alcohol in the Langfield playground, assisted BPD Narcotics on a drug raid relating to the Langfields, dispersed an unruly group from the basketball courts in Shaffer , and dispersed 6-7 males from ▮▮▮▮▮ who were suspected of selling and using Marihuana. Housing officers also assisted B District in the Towne Gardens on a gun call. Later in the tour we conducted walk ups of the Perry high rises. CPO Macy notified us of problems in the Msg. Gear property and our officers responded and took action. Total of 51 traffic summonses issued, 18 parking tags written, 2 vehicles impounded and 3 arrests were made.

6-3-17- We assisted on a domestic on Isabelle and dispersed people congregating in the Shaffer Village courtyards. Officers also attempted to stop all of the dirt bike traffic behind the Shaffer Village but the bikes fled up towards the railroad tracks. This is an ongoing problem every year when the weather turns warm. We respond to it the best we can with our resources but are limited with our vehicles being unable to drive over the rough terrain. We assisted on a domestic at ▮▮▮▮▮ assisted Strike Force with recovering a loaded, defaced handgun from a traffic stop in the Langfield area, responded to Jasper Parish on a fight call and did walk throughs of Donovan Drive. Total of 44 traffic summonses issued and 3 arrests were made.

6-4-17- The Shaffer Detail dispersed congregants on ▮▮▮▮▮ and received information from ▮▮▮▮▮ concerning the location where drugs are being stashed. We checked this location but found no drugs at this time, only paraphernalia. We will continue to monitor this ▮▮▮▮▮ ▮▮▮▮▮ Housing officers assisted on a domestic on Tower and on another domestic on Edison in the Langfields. We were contacted by Marine Drive management concerning illegal parking due to events at the Harbor Center. We responded by writing numerous parking tags to non residents. Officers assisted with an intoxicated female in the Lasalle property and on a fight in the Shaffer Village. Total of 49 traffic summonses issued, 27 parking tags written, one vehicle impounded and one arrest was made.

PLAINTIFFS_GENERIC-00000590

6-5-17- Limited manpower today led to small amount of activity. Officers made regular patrols through Mary Talbert, Langfield and Shaffer Village. Officers also assisted on a large fight at 182 Donovan Drive and heard shots fired in the vicinity. ████████████████████ Total of 32 traffic summonses issued, one vehicle impounded and one felony arrest was made.

6-6-17- Officers assisted a citizen in Shaffer with a roommate problem, responded to a robbery on Edison, patrolled through Mary Talbert, and stopped in and visited the community center in the Langfields. Housing officers made an arrest from a previous complaint where the defendant threatened and racially harassed a BMHA employee of LBJ Towers. Officers made an arrest from a traffic stop where the driver was wanted on a Buffalo warrant and possessed Heroin and Cocaine. Total of 49 traffic summonses issued, 6 parking tags written, one vehicle impounded and 8 arrests were made.

6-7-17- The Daytime Detail assisted on a domestic at ███████████ and confiscated a fully loaded handgun and $1,255.00 in cash from a traffic stop at ████████████████████ Officers also located a witness in a robbery wanted by the DA's office. Another drug arrest was made when officers approached an individual and he discarded a cigarette box containing a crack pipe, Heroin, syringes and Suboxone. Total of 31 traffic summonses issued, 12 parking tags written, 2 vehicles impounded and 5 arrests were made.

6-8-17- A warrant was obtained today for a vehicle that Housing CPO Craig Macy impounded yesterday. BPD Narcotics and CPO Macy executed the warrant ████████████████████████████ Housing officers assisted at ██████████ on a fraud call where the complainant was GOA. Officers also assisted NYS Parole and confiscated Marihuana and a .32 caliber handgun from a vehicle.

6-9-17- very few officers working tonight due to leave time being used. The daytime details conducted traffic stops and walk throughs in the BMHA properties. An abandoned vehicle was towed from the rear lot behind Oakmont St. We notified Paul Kihl after discovering signage that was removed by vandals in the Shaffer Village. Officers assisted District cars on several calls including; a large fight at Military/Hertel, ██████████ on an assault by two masked men, a gun call of a man in a van at Grant/Breckenridge. Officers also assisted on a call in Jasper Parish of a woman threatening three others with a taser. Total of 17 traffic summonses issued, 8 City Ordinances written, 8 parking tags issued, one vehicle impounded and 2 Felony arrests were made.

6-10-17- We had a small amount of officers working again tonight. Housing officers assisted BPD narcotics on a raid, making several arrests. Walk throughs were made in the Perry's and Shaffer Village properties. Officers assisted on violent calls in C and E Districts, made numerous traffic stops within BMHA properties, and dispersed juveniles congregating in the courtyards. Total of 20 traffic summonses issued, 5 City Ordinances written, 29 parking tags issued, and no arrests were made.

6-11-17- H440 confiscated a loaded handgun and a mall amount of Marihuana from a traffic stop. Officers dispersed a gang from 1 North Lane in the Shaffer property and also chased juveniles congregating at the basketball courts drinking and acting unruly. Another arrest was made from a traffic stop at E. Delevan/

PLAINTIFFS_GENERIC-00000591

William Gaiter for a forged inspection sticker and narcotics possession. Foot patrols were made at Shaffer Village and multiple patrols were made through MLK Park. An arrest was made near the ▮▮▮▮▮▮ for a suspicious person possessing Crack Cocaine. Total of 48 traffic summonses were issued, 7 parking tags written, 3 vehicles impounded and 9 arrests were made.

6-12-17- While officers were on foot patrol in the Shaffer property, they responded to a domestic on North Lane and attempted to stop some dirt bikes in the field behind the Isabelle St. parking lot. The Langfield Detail assisted on a couple of low priority calls on Oakmont and monitored activity at the Martha Mitchell Center where a meeting was taking place. We followed up on several criminal mischief reports in the Ferry/ Grider Homes property. Late in the tour H440 made a DWI arrest from an accident injury in E District. Total of 60 traffic summonses issued, 22 parking tags written, one vehicle impounded and one arrest was made.

6-13-17- People congregating on Center Lane were dispersed and Housing officers attempted to gather information on dirt bike riders in the Langfields. Officers continued to monitor the area of Mary Johnson and North Division. Later in the tour a shots fired call came out in this area, but nothing was found. Housing officers conducted a Park and Walk at 450 Jefferson for public relations and residents were very receptive to our presence. From a traffic stop, H430 recovered  Marihuana and $2,000.00 in cash. Officers also assisted on a robbery with a gun call near the Lakeview property and found the suspect who was in possession of a BB gun. An arrest was made. Total of 62 traffic summonses were issued, 20 parking tags written, one vehicle impounded and 2 arrests were made.

6-14-17- Officers monitored MLK park and spoke with a BPD school resource officer. Officers also met with the manager of Jasper Parish to discuss matters involving tenants at this location. Housing officers responded to ▮▮▮▮▮ on a loud party, ▮▮▮▮▮▮▮ for a shooting call (no evidence of shooting found), and ▮▮▮▮▮▮ on a missing 3 year old. Officers also assisted C District with looking for a suspect wanted in the shooting of two people. At a boarded up apartment at ▮▮▮▮▮ officers discovered squatters inside shooting Heroin. They were arrested and found to be wanted on warrants. Total of 52 traffic summonses issued, 17 parking tags written and 5 arrests were made.

6-15-17- Low amount of manpower today due to all officers except one attending ERT training. At ▮▮ ▮▮▮▮▮ officers assisted with a search for a home invasion suspect. No one was found at this time. Total of 33 traffic summonses were issued.

6-16-17- Limited manpower again tonight. Housing officers conducted some surveillance in the ▮▮▮▮ area after gathering information of drug sales in the specific area of ▮▮▮▮▮▮▮ Information was that a black male on a bike is selling narcotics. Officers advised both parties on a property dispute at ▮▮▮▮ and at ▮▮▮▮▮▮▮ officers talked with residents concerned about vandalism and violence at the upcoming Juneteenth Festival. Officers also responded to a threats call at Oakmont/ Edison, and assisted Buffalo Fire on a fire scene in the Langfields at Collins Walk. Total of 31 traffic summonses issued, 5 parking tags written, one vehicle impounded, and no arrests.

6-17-17- Today we were directed to focus activity in and around the Juneteenth Festival at MLK Park. We patrolled the area and broke up numerous fights and assisted inside the park with a man with a gun. This individual was taken into custody by C District officers. Late in the tour our officers responded to a large

PLAINTIFFS_GENERIC-00000592

fight at ███████ where someone caused damage to the womans' bathroom resulting in flooding. Total of 20 traffic summonses issued.

6-18-17- We focused our attention on the Festival at MLK Park again, just as we did yesterday. Officers walked through and patrolled inside and outside the Park area. We dispersed loiterers at the wading pool and enforced the V & T Law in the surrounding areas. H430 assisted on shots fired calls in the Shaffer Village area. Officers also assisted with a violent family dispute at ███████ and another one on ███████ where a pregnant woman had a miscarriage. Total of 56 traffic summonses issued and 2 parking tags were written.

6-19-17- Officers found and impounded an abandoned vehicle in the Hempstead parking lot and assisted in finding a missing toddler from the Langfields. The toddler was found wandering in the park. Housing officers also followed up on complaints of squatters in a vacant apartment on Center Lane. Maintenance was notified of evidence of drug activity here. CPO Macy participated in the Slow Roll. We also assisted D District with dispersing people at Riverside Park, and checked the low rise on Louisiana after receiving information from the BMHA maintenance that copper pipes were being stolen and vandalized. Total of 32 traffic summonses issued, 7 City Ordinances written, 18 parking tags issued and one vehicle was impounded.

6-20-17- Officers made an appearance at the Senior Days event in the Langfields and spoke with residents, dispersed a squatter at ███████ in the Shaffer property, and handled a criminal mischief call at ███████ Officers also assisted BPD Strike Force with a traffic stop in the Shaffer area where a loaded handgun was recovered. We were also asked to assist with rowdies from a Canalside concert. Total of 61 traffic summonses issued, 17 parking tags written, one vehicle impounded and 2 arrests were made.

6-21-17- Housing officers checked for trespassers at ███████ handled a complaint of harassment at ███████ assisted with an unknown trouble call at ███████ and checked for squatters in the Perry's. Officers also answered a UUV call at ███████ and filed a report and delivered it to E District. A call came out at ███████ of a man with a gun. D district and Housing officers found nothing to report there. Total of 57 traffic summonses written, 13 parking tags issued, one vehicle impounded and 2 arrests were made.

6-22-17- The Daytime detail conducted a park and walk in the Jaspers and talked to residents concerning possible drug activity. The residents stated that ███████████████████ have unusual activity and are possibly selling drugs. We will monitor these addresses in the future. Officers responded and assisted on a call of a toddler not breathing in the Donovans, and a suspicious man at ███████ in the Shaffer Village property. The man was checked for warrants and advised to stop loitering. Officers also responded to a man with a gun call on Edison, ███████ on an alarm, and shots fired on Donovan Drive. Total of 49 traffic summonses issued, 3 City Ordinances written, 15 parking tags issued, one vehicle impounded and 4 arrests were made.

6-23-17- CPO Craig Macy attended a Field Day at the School of Inquiry behind the Langfields. He also attended the Parents Day event at 279 Perry along with a car crew from the Housing unit. Officers continued to check on trespassers at ███████ settled a neighbor dispute at ███████ advised on a family dispute at ███████ and went to a shots fired call at ███████ No evidence of shots fired was found. Total of 57

PLAINTIFFS_GENERIC-00000593

traffic summonses issued and one vehicle was impounded.

6-24-17- Housing officers wrote traffic summonses to a noted gang member who was driving through the Langfields. He was advised to stay away since he has no legitimate business in this area. The Daytime Detail broke up a large fight on Center Lane, and dispersed two men working on vehicles who did not reside in the Shaffer Village BMHA property. CPO Macy organized a bike rodeo in the Jasper Parish property and was assisted by one of our Housing cars. We monitored a planned loud party in the Perry's ran by a couple of gang members which was advertised on Facebook. Our officers quieted them down and gave them warnings regarding loud music, drinking alcohol, etc. etc. One arrest was made in Shaffer Village for narcotics possession. Total of 29 traffic summonses issued, 3 City Ordinances written, 14 parking tags written, one vehicle impounded and one arrest was made.

6-25-17- Officers responded to a call of threats at ▮▮▮▮▮▮ and advised the complainant. Officers also discovered a car used in a crime and wanted by E district officers in the Beiter Walk parking lot. Officers searched a residence there for the suspect with permission of the tenant, but no one was found. The vehicle was impounded by E district officers. Housing officers patrolled through Mary Johnson/ North division area and no trouble was observed at this time. Housing officers also responded to an alarm at ▮▮▮▮▮ and a burglary call at ▮▮▮▮▮▮▮ A burglary report was taken and delivered to E District station house. CPO Macy was working at a fishing Expo and made an arrest for Disorderly Conduct. Total of 33 traffic summonses issued, 3 parking tags written, and three arrests were made.

6-26-17- Officers noticed suspicious activity at ▮▮▮▮▮▮ and will continue to monitor this address. Officers found a lost wallet and filed form P-10, responded to a threats in progress call at ▮▮▮▮▮ and checked out a suspicious person at ▮▮▮▮▮ Housing officers also responded to a knife call at ▮▮▮ ▮▮▮▮▮ a threats call at ▮▮▮▮▮▮ and again at ▮▮▮▮▮ for an alarm. Two separate arrests were made for drug possession from two different traffic stops. Total of 44 traffic summonses issued, 12 parking tags written, one vehicle impounded, and 2 arrests were made.

6-27-17- We conducted walk ups and walk throughs of the Shaffer Village High rises. Housing officers assisted D District with a fight on Ontario St, dispersed gang activity from Ontario/ North Lane, and quieted a basketball game in the Shaffer's after resident complaints of unruly teens and profane language. Housing officers also assisted on a domestic on Oakmont, and advised one vehicle owner and towed another vehicle from the parking lot behind Oakmont. CPO Macy, Chief Young and Captain Serafini attended a tenant council meeting at the Fredrick Douglass Towers Community Center. H420 stopped an individual currently on probation in the Langfield property and advised him. The individual has a previous conviction for weapons possession. Total of 41 traffic summonses issued, 15 parking tags written, one vehicle impounded and 23 V & T Misdemeanors were written to motorists.

6-28-17- CPO Macy organized a "meet and greet" ice cream social in the Ferry/ Grider Homes. This event was well attended by many children and families from Donovan Drive. Everyone had a good time. Housing officers assisted Ckeektowaga PD with a vehicle pursuit where the suspects bailed out in the Congressional Walk area. Suspect was finally apprehended at Edison/ Langfield. A Park and Walk was conducted by our officers in the common area of Jasper Parish. Housing officers also responded to ▮▮▮▮▮▮ for a threats call and ▮▮▮▮▮ on a robbery. Total of 32 traffic summonses issued, 12 parking tags written, 3 vehicles impounded, and one arrest was made.

PLAINTIFFS_GENERIC-00000594

6-29-17- Officers advised both parties on a property dispute at ███████ quieted and advised on a loud party call at ███████ and assisted D District on trespassers in a burned out house on Crowley. Officers also answered a "woman with a gun" call at Ferry and Donovan Drive, 279 Perry on a roof alarm, ███████ on a large fight and a man with a gun, ███████ on a fight, and ███████ for a shooting. The shooting victim was a 19 year old male who was uncooperative. We assisted with securing the shooting crime scene for BPD Homicide. Total of 50 traffic summonses issued, 20 parking tags written, 3 vehicles impounded and 2 arrests were made.

6-30-17- Housing officers covered in on several calls for service in the Langfield/ Kenfield property. H430 officers made a routine traffic stop and noticed a strong smell of Marihuana emanating from the vehicle. A further investigation yielded an arrest, and confiscated was a one gallon bag of Marihuana, plastic bags, 50 bags of black tar Heroin, and other assorted drug paraphernalia. An amount of $2,083.00 in cash was also seized from the suspect. Total of 48 traffic summonses were issued, 18 parking tags written, 2 vehicles impounded and 4 arrests were made.

* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000595

## BUFFALO POLICE DEPARTMENT
## HOUSING STATISTICS REPORT

Attn:      Daniel Derenda, Police Commissioner
                Byron Lockwood, Deputy Commissioner
                Aaron Young, Housing Chief

Prepared By: Philip M Serafini

Date Prepared:08/02/2017

Report Dates:07/01/2017 to 07/31/2017

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 22 | Felony | 22 |
| Misdemeanor | 40 | Misdemeanor | 40 |
| Violation | 4 | Violation | 4 |
| Traffic Misdemeanor | 349 | Traffic Misdemeanor | 349 |
| Total Tickets Issued For Period | | Total Tickets Issued on B.M.H.A Property | |
| Traffic Infraction | 1457 | Traffic Infraction | 1457 |
| Parking Tags | 334 | Parking Tags | 293 |
| City Ordinance | 28 | City Ordinance | 26 |
| Total Weapons Recovered | | Total Weapons Recovered on B.M.H.A. Property | |
| | 1 | | 1 |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 25 vehicles were impounded, all of which were from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $5,100.00 in cash from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to

PLAINTIFFS_GENERIC-00000596

arrest and by following the United States Government guidelines for asset forfeiture.

Please note that for the entire month of July, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

Additionally, we are currently operating a daytime Detail in the Shaffer Village and Langfield properties when manpower permits. These details consist of one or two officers assigned to each detail. The time period is from 1130- 1530 hrs daily.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

7-1-17- Housing officer stopped a wanted gang member near Shaffer Village and he was checked out OK. They also advised on a harassment call, responded to an unwelcome guest at ███████████ and assisted on a search for a suspect at Chicago/South Park in the Perry's. Officers conducted a traffic stop on Donovan Drive where the suspects fled the vehicle and the officers gave chase. Strike Force officers apprehended the suspects and they were arrested for weapons and narcotics possession. Housing officers also responded to squatters at ███████████ where no one was found at this time. Officers made an arrest at Ontario/Beatrice for a man wanted on a warrant by US Marshalls. Total of 32 traffic summonses issued, one parking tag written, 2 vehicles impounded and one arrest was made.

7-2-17- Officers responded to a check the welfare call at ███████ The Aunt was found and all is well. They also assisted a stranded motorist at 464 Louisiana, helped with a fight on Crowley, and responded to a burglary in progress on Ontario St. We also maintained a presence at the Marine Drive property due to a large crowd at Canalside, and responded to a fight call at Collins Walk in the Langfields. Total of 52 traffic summonses issued, 3 parking tags written, and one vehicle impounded today.

7-3-17- Officers conducted walk throughs of the Shaffer and Langfield courtyards and stopped a suspicious person in the Langfields that checked out OK. They also dispersed numerous loiterers in and around the Shaffer Village property. Small amount of manpower tonight so they alternated between Langfield and Shaffer Village. We had a Lieutenant from A District working here tonight filling in as both of our regular Housing Lieutenants were off. Total of 35 traffic summonses issued and one parking tag written.

7-4-17- Only one car crew working tonight due to the 4th of July holiday. Officers monitored parties in the Langfield area and maintained a visible presence to deter criminal activity there. Officers also patrolled through Shaffer Village where a basketball tournament was gong on, and later in the tour we assisted at Marine Drive and Canalside due to the thousands of people gathering for the fireworks display. Officers dispersed kids with fireworks and assisted with a couple of loud house party/ fight calls in the areas surrounding BMHA properties. One arrest was made in Marine Drive for public urination and trespassing. Total of 14 traffic summonses issued, 20 parking tags written, and one vehicle was impounded.

7-5-17- Housing officers issued several parking tickets today in the Langfield property. We followed up on some 311 complaints and quality of life issues. The Shaffer Detail handled two family disputes in this BMHA property. CPO Macy attended a Clean Sweep and spent some of his tour planning for the upcoming

Housing Community Days event. There were shots fired on East Lane in the Shaffer property where the complainant reported being shot at by a person in a silver vehicle. Officers responded and later the vehicle was found with bullet holes in it. A narcotics arrest for possession was made in the Lakeview BMHA property area. Total of 45 traffic summonses issued, 14 City Ordinances issued, 25 parking tags written, one vehicle impounded and one arrest was made.

7-6-17- Housing officers stopped a large fight on Tower and assisted E district on a family dispute on Hempstead. Officers made an arrest from a traffic stop in a BMHA property after pulling over a vehicle and discovering a male smoking Marihuana while driving. Several noted gang members were dispersed from ▮▮▮▮▮▮▮▮ property and officers also walked the high rises and conducted surveillance from the rooftops. Illegally parked cars that were interfering with maintenance activities in the Shaffer property were tagged. We assisted E district with a missing 12 year old autistic child from ▮▮▮ ▮▮▮▮▮▮ Child was found on Weston St. Officers also assisted with a child struck by a hit and run driver in front of the Ferry/Grider Homes. Total of 42 traffic summonses issued, 4 parking tags written, 3 vehicles impounded and 2 arrests were made.

7-7-17- Housing officers patrolled around the big 6 BMHA properties and spent some time in the Marine Drive property due to a concert. They covered in on a man with a gun in C District and made an arrest for possession of a BB gun. An arrest was made from a traffic stop for a man wanted on a Buffalo PD warrant and for false impersonation. Total of 45 traffic summonses issued, 6 parking tags written and two arrests were made.

7-8-17- Officers answered a complaint in the Jasper Parish property relating to a juvenile on a mini bike. He was apprehended at 210 Lawn and brought back home to his mother where she was advised. Housing officers also conducted a Park and Walk in the Shaffer Village and took a crime report for Criminal Mischief from a BB gun at ▮▮▮▮▮▮ Officers responded to a family dispute at ▮▮▮▮▮ where the father and 16 year daughter were arguing. They were calmed and they have a counseling appointment on Monday. We responded to a threats call at ▮▮▮▮▮▮ shots fired call at ▮▮▮▮▮▮ and other violent calls in C and E District. Total of 31 traffic summonses issued and 15 parking tags written.

7-9-17- Small amount of manpower tonight. Officers checked out and dispersed a group of men standing in front of a vacant apartment at 1 North Lane. Housing officers assisted on a trespassing call on Ontario near the Shaffer Village and discovered an open door to a vacant building which was reported to owner. A large concert at Marine Dr. drew our attention and officers patrolled through there a couple of times during their tour. Total of 37 traffic summonses issued, 6 parking tags written, and 20 Vehicle and Traffic Law misdemeanors were issued.

7-10-17- Housing Lieutenant along with CPO Macy attended a large meeting at 279 Perry with Congressman Higgins and residents today. H441 had a HBO camera crew ride along with them filming their actions. H441 ended up making 3 arrests during their tour, one of them for gun possession. A loaded 45 caliber handgun was recovered and also a machete which one of the suspects attempted to grab. H421 made an arrest from a suspicious vehicle stop where they discovered a man rolling a Marihuana cigarette and possessing other narcotics. Total of 69 traffic summonses issued, 11 parking tags written, and 5 total arrests were made.

PLAINTIFFS_GENERIC-00000598

7-11-17- Today was double up day so with the extra manpower we ran a bike patrol through the the Perry, Marine Drive and Fredrick Douglass Towers properties. Officers stopped an individual that is on parole for weapons possession in the Langfields. He checked out OK. Officers responded to a call of a violent domestic at ▮▮▮▮▮▮▮ juvenile trouble at ▮▮▮▮▮▮▮ where they dispersed a large group, and assisted on a bicyclist struck by a vehicle in the Marine Drive property. Total of 71 traffic summonses issued, 13 parking tags written, one vehicle impounded, and 4 arrests were made.

7-12-17- The Daytime detail conducted a Park and Walk in the Langfields, assisted on Skillen with a PDO accident, and located a hit and run vehicle wanted by the BPD Accident Investigation Unit. Officers also assisted E district with locating a man with a gun at Langfield/ Collins Walk, and responded to a call of people smoking weed at 168 Langfield. The group was dispersed with and no Marihuana was found. A Marihuana possession arrest was made from a traffic stop in the Lakeview property. The suspect ingested an unknown amount of narcotics and had to be taken to ECMC for observation. A total of $3,900.00 in cash was seized from this arrest. Total of 46 traffic summonses issued, 13 parking tags written, one vehicle impounded, and one arrest was made.

7-13-17- Officers assisted a citizen at ▮▮▮▮▮▮ with a roommate problem. Housing officers also made numerous passes through Marine Drive due to a large amount of people in the area due to a Canalside concert. Officers also responded to an unknown trouble call at ▮▮▮▮▮▮▮, ▮▮▮▮▮▮ on a threats call, ▮▮▮▮▮▮ on a loud party, and ▮▮▮▮▮▮▮ on an alarm call. They also checked the welfare of an elderly woman at ▮▮▮▮▮▮▮ She checked OK and safe. An arrest was made from a traffic stop for Criminal Impersonation and narcotics possession. Total of 53 traffic summonses issued, 19 parking tags written, one vehicle impounded, and 5 total arrests were made.

7-14-17- Officers checked ▮▮▮▮▮▮ several times for possible drug sales, due to complaints from residents. No criminal activity found today but we will continue to check this address in the future. Officers covered in on an alarm call at ▮▮▮▮▮▮ which frequently goes off probably because residents are using the stairwell for illegal activity. Housing officers also dispersed juveniles in the rear lot of 450 Jefferson and talked to some of the elderly residents in this area. They had a few minor complaints but nothing serious in nature. A few arrests were made from separate traffic stops for Heroin, needle possession, and narcotics sales where a scale and glassine envelopes and other drug paraphernalia were confiscated. Total of 39 traffic summonses issued, 21 parking tags written, one vehicle impounded, and 3 arrests were made.

7-15-17- Housing officers concentrated on enforcing stop sign compliance in the Langfield area due to the residents complaints. Officers also monitored a function at the Martha Mitchell Center and conducted walk throughs in the courtyard and parking lot areas. In the Shaffer Village property officers made foot patrols and dispersed several known gang/drug members. Throughout the evening officers responded to two large fights in the Donovan Drive property and answered a family dispute on Tower St. in the Langfields. Total of 60 traffic summonses issued including 11 V & T Misdemeanors.

7-16-17- Officers followed up on complaints of marihuana use at ▮▮▮▮▮▮▮ and on complaints of open containers and prostitution at Msg. Geary. The Langfield detail made 2 separate traffic stops discovering two people who were on parole, but they both checked out OK. Overall it was a quiet tour and officers assisted C and E District with violent calls for service including shots fired calls, a robbery with a gun call, and large fight/ domestic. Total of 52 traffic summonses issued, 7 parking tags written, one vehicle

PLAINTIFFS_GENERIC-00000599

impounded and one arrest was made.

7-17-17- Officers assisted CPO Macy with a Bike Rodeo event for the children in the Langfield property. Many children received bikes, prizes and rode through a safety course, and then an obstacle course. CPO Macy also assisted Crisis Services with resident checks later in the tour. Officers followed up on 311 complaints including at ▮▮▮▮▮▮▮▮ where a sex offender was reportedly living in a nearby shack. Also checked was drug activity at ▮▮▮▮▮▮▮, prescription drug sales at ▮▮▮▮▮ and drug use in the stairwells of the Douglass Towers. An arrest was made where a stun gun was confiscated, and two arrests were made for narcotics possession and a warrant. Total of 16 traffic summonses issued, 8 parking tags written, and 5 total arrests were made.

7-18-17- Officers conducted a park and walk in Langfields and spoke with residents at the playground, encouraging and developing a community based relationship. The adult residents were happy to see and interact with our officers. Housing officers also patrolled the Marine Drive property due to a large Canalside crowd and assisted on several violent calls for service in C District. From a car stop on Hertel Ave., officers made an arrest of a woman wanted on 2 different warrants who also possessed Marihuana. Total of 65 traffic summonses issued, 5 City Ordinances issued, 3 parking tags written, one vehicle impounded and 2 arrests were made.

7-19-17- Housing officers developed information that a ▮▮▮▮▮▮▮▮▮▮▮▮ selling Heroin ▮▮▮▮▮▮▮▮▮▮▮▮. Officers checked this out but were unable to locate this man or any other suspicious activity. Officers also responded to complaints of teens congregating on Holling Drive at the garage doing drugs and having sex. This location was checked out with no activity at this time along with open container complaints at the Msg. Geary property. Officers assisted Crisis Services with a person wanted on a mental health warrant at ▮▮▮▮▮▮▮▮▮ Officers finally talked the woman down and convinced her to go to ECMC without incident. Total of 44 traffic summonses issued, 2 City Ordinances written, 16 parking tags issued, one vehicle impounded and 5 total arrests were made.

7-20-17- The Daytime Detail noticed wires down and arcing at Oakmont/ Suffolk and notified National Grid. Officers blocked off the area until Buffalo Fire Dept. and National Grid arrived. The Marine Drive area was monitored again due to Canalside and officers responded to ▮▮▮▮▮▮▮ where they recovered a stolen vehicle and filed the report. Housing officers also responded to ▮▮▮▮▮ on a home being firebombed which was found to be started by an unattended pot on the stove. At ▮▮▮▮▮▮▮ officers responded to a call of a man with a knife wanting to commit suicide. There were two assault calls; one at ▮▮▮▮▮▮▮ and another at ▮▮▮▮▮▮ that our officers responded to. Total of 53 traffic summonses issued, 14 parking tags written, one vehicle impounded and 23 V & T Misdemeanors issued.

7-21-17- Housing officers recovered a stolen car while checking the parking lots on Oakmont and responded to two fight calls at ▮▮▮▮▮▮▮▮▮ Officers also monitored the Martha Mitchell Center due to a large gathering there. CPO Macy assisted on several Clean Sweeps. Officers dispersed a gang suspected of drug activity on Center Lane and conducted foot patrols and monitored activity in the courtyards of the Shaffer Village property. Later in tour Housing officers followed up on 311 complaints. H420 addressed illegal parking complaints in the Marine Drive property due to a Canalside event. Officers also responded to a shots fired call at ▮▮▮▮▮▮ Total of 57 traffic summonses were issued, 32 parking tags written, one vehicle impounded and 5 arrests were made, 2 of them Felonies.

PLAINTIFFS_GENERIC-00000600

7-22-17- Intel was developed by officers concerning a Heroin house at ████████ Officers made an arrest today from this address unrelated to the suspected drug use. We will continue to monitor this address in the future. Officers also learned that a male is riding his bike in the Langfield property and is believed to be armed with a handgun. Officers dispersed an intoxicated male who was urinating and causing a nuisance in the Langfields. He was dispersed with a warning. Housing officers throughout their tour responded to the following calls: ████████ in the rear lot for juvenile trouble, ████████ on an alarm, ████████ for an unwelcome guest. An arrest was made from a traffic stop for possession of a dangerous knife and Heroin possession. Total of 30 traffic summonses issued, 30 parking tags written, one vehicle impounded and 3 arrests were made.

7-23-17- Housing officers made two separate traffic stops of known gang members in the Langfield area. Both individuals are currently on parole and they checked out OK at this time. In the Shaffer property officers responded to neighbor complaints of a non resident working on a car in the parking lot. It was discovered that this was a stolen vehicle, and it was tagged and towed. Officers also followed up on quality of life complaints and issued City Ordinances. Housing officers assisted A District Detectives in locating an assault suspect who frequents the Perry's. We also broke up a couple of fights in the Donovans and one at ████████ Total of 37 traffic summonses issued, 2 City Ordinances issued, 6 parking tags written, one vehicle impounded and one felony arrest was made.

7-24-17- Housing officers broke up a fight with knives at 32 Tower (no knives discovered) and dispersed several juveniles. They also recovered an abandoned vehicle in the Oakmont parking lot, settled a property dispute on Hempstead, and walked the four story units on Tower, Oakmont and Hempstead. CPO Macy assisted Ms. Trigg with organizing and picking up donations for the upcoming clothes drive. Later in the tour officers conducted walk ups of the Perry high rises. Rain later in the tour slowed activity but officers assisted on violent calls for service in the C and E districts. Total of 44 traffic summonses issued, 2 City Ordinances written, 6 parking tags issued, and one vehicle was impounded.

7-25-17- Housing officers were notified by Cheektowaga PD about a male who they have on camera selling Heroin to children in Cheektowaga. This man is said to frequent the Kenfield area and Collins Walk. Officers talked to residents and showed them photos and were able to identify a possible suspect and forwarded the information to Cheektowaga PD. In the Shaffer Village property, 2 individuals who are currently on parole were stopped and issued traffic summonses. On another traffic stop in Shaffer an individual was arrested for smoking Marihuana while driving around and possessing Cocaine. Total of 72 traffic summonses issued, 4 vehicles impounded and 2 arrests were made.

7-26-17- Housing officers responded to two calls on Ontario near the Shaffer property. One call at ██ for a family dispute, and the other at ██ for a neighbor trouble. During the tour officers conducted a Park and Walk in the common areas and playground of the Langfields. Officers also assisted on possible drug activity at ████████ and also near the basketball courts. Everyone checked out OK at this time. Two drug arrests were made from traffic stops in the Lakeview area. Total of 87 traffic summonses issued, 17 parking tags written and 6 arrests were made, 2 of them Felonies.

7-27-17- CPO Macy continued to assist with the clothes drive which is scheduled for tomorrow, July 28th. The Shaffer Village Detail dispersed several known trouble makers from the court yards and assisted BPD

PLAINTIFFS_GENERIC-00000601

Narcotics with two drug raids in the area. Housing officers made 4 arrests for narcotics possession in the Lakeview area and were assisted by numerous cars. H420 addressed numerous illegal parking complaints in the Marine Drive property, issuing a total of 22 parking tags. Total of 45 traffic summonses issued, 2 City Ordinances written, one vehicle impounded and 4 arrests were made, one of them a Felony.

7-28-17- Today was Community Days at the Fredrick Douglass property. CPO Macy organized this event and it was very successful. Our officers stopped by periodically to assist CPO Macy. Housing officers maintained a presence at the Marine Drive complex due to three large events being held in the Canalside area. Housing cars responded to the following calls: ███████ on trespassing (an arrest was made), ███ ██ on juvenile trouble (dispersed), 41 Tower on a shooting (no shooting). Later in the tour officers made a Marihuana possession arrest of an individual that was walking through the Lanigan Playground in the Perry's. It is believed this person is selling Marihuana and upon his arrest he was found to possess $1,110.00 in cash which was seized.

7-29-17- Officers were called to assist with a major shooting where 5 people were shot and one killed. Officers assisted with crowd control at scene on Carl St. and at ECMC. Officers monitored the area around Marine Drive due to the Ribfest Festival at Canalside. We handled some illegal parking in the Marine Dr. lots, responded to an accident at ████████ went to ████████ on an alarm, and responded to ████ ████ on a man with a gun call. Officers attempted to locate the man, but he fled the scene and could not be found at this time. An arrest was made in the Lakeview area for drug sales and for an assault with a baseball bat. Total of 49 traffic summonses issued, one vehicle impounded, and three arrests were made.

7-30-17- Housing officers answered calls for service at ████████ on an unknown trouble, ████████ for two suspicious males, and ████████ on a suspicious vehicle. Officers conducted a Park and Walk in the Kenfield playground area, checked on complaints of drinking and hookers at the Msg. Gear complex, and checked on complaints of teens smoking Marihuana at the garage area of ████████ Officers also checked the Perry's for parties in the parking lots, and at ████████ for drug sales. Total of 50 traffic summonses issued, one parking tag written, and no arrests were made today.

7-31-17- Officers made numerous patrols of the Langfield area where stands and events were being set up for tomorrows National Night Out celebration. A fight on Edison was dispersed by our officers along with settling some 311 complaints. H480 assisted BPD Narcotics unit with a search warrant on ████████ which is adjacent to the ████████ A Possible meth lab was operating here and the search had to be interrupted until Haz Mat could be called to appear on scene. Total of 36 traffic summonses were issued and 6 V & T Law Misdemeaner offenses were written.

\* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000602

# JUNE 2017 HOUSING UNIT STATISTICS

| | |
|---|---|
| VEHICLE IMPOUNDS | 32 |
| CASH SEIZED | $  3,338.00 |
| GUNS RECOVERED | 2 |
| PARKING TAGS | 264 |
| CITY ORDINANCES | 40 |
| TRAFFIC SUMMONSES | 1,224 |
| VIOLATION ARRESTS | 1 |
| MISDEMEANER ARRESTS | 47 |
| FELONY ARRESTS | 12 |
| | |

# JULY 2017 HOUSING UNIT STATISTICS

| | |
|---|---|
| VEHICLE IMPOUNDS | 25 |
| CASH SEIZED | $  5,100.00 |
| GUNS RECOVERED | 1 |
| PARKING TAGS | 293 |
| CITY ORDINANCES | 26 |
| TRAFFIC SUMMONSES | 1,457 |
| VIOLATION ARRESTS | 4 |
| MISDEMEANER ARRESTS | 40 |
| FELONY ARRESTS | 22 |
| | |

PLAINTIFFS_GENERIC-00000603

# BUFFALO POLICE DEPARTMENT
## HOUSING STATISTICS REPORT

Attn:     Daniel Derenda, Police Commissioner
          Byron Lockwood, Deputy Commissioner
          Aaron Young, Housing Chief

Prepared By: Philip M Serafini

Date Prepared:09/01/2017

Report Dates:08/01/2017 to 08/31/2017

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 21 | Felony | 21 |
| Misdemeanor | 71 | Misdemeanor | 68 |
| Violation | 5 | Violation | 5 |
| Traffic Misdemeanor | 266 | Traffic Misdemeanor | 265 |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 1613 | Traffic Infraction | 1613 |
| Parking Tags | 364 | Parking Tags | 339 |
| City Ordinance | 22 | City Ordinance | 22 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| 1 | | 1 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 40 vehicles were impounded, all of which were towed from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $865.00 in cash from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to

PLAINTIFFS_GENERIC-00000604

arrest and by following the United States Government guidelines for asset forfeiture.

Please note that for the entire month of August, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

Additionally, we are currently operating a day time Detail in the Shaffer Village and Langfield properties when manpower permits. These details consist of one or two officers assigned to each detail. The time period is from 1130- 1530hrs daily.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

8-1-17- We spent a lot of time in the Langfield area today due to the National Night out activities. We patrolled the area and kept an eye on the numerous vendor stands while interacting with the many children and citizens. CPO Macy participated in the many events and helped out with the numerous children. The Chief, Captain and Lieutenants visited many BMHA sites tonight and talked and interacted with the residents and council presidents. H440 went to the Marine Drive property later in the tour to respond to numerous illegal parking complaints. An arrest was made for a stolen vehicle and narcotics possession. Total of 13 traffic summonses issued, 11 parking tags written, and one arrest was made.

8-2-17- Housing officers responded to a few calls of fights involving juveniles on Tower St. and dispersed gangs at Edison/Weston. H430 addressed some parking issued in the Jasper Parish property and remained in the courtyard there to disrupt drug sales after a complaint from a resident. They also searched the grounds for narcotics in the usual hiding spots these criminals use. CPO Macy attended a couple of BMHA management meetings. H480 investigated complaints of drug use in ████████ and monitored our cameras in an attempt to identify locations and individuals. They also dispersed some males from the pavilion in the Perry's and impounded an abandoned vehicle at 211 Oakmont. Total of 44 traffic summonses issued, 24 parking tags written, 3 vehicles impounded and one arrest was made.

8-3-17- Officers addressed the following complaints; ████████ for drug sales, and ████████ on drug sales. Both addresses checked out OK at this time. Officers checked out two known drug dealers in the Lakeview property area and located a vehicle wanted by Strike Force for fleeing a traffic stop, writing them numerous traffic summonses. Housing officers also responded to ████████ on an alarm, ████████ on a drunk, and at ████████ for an armed robbery of a pizza delivery driver. Officers made an arrest from a traffic stop in front of Shaffer Village that resulted in a narcotics possession arrest. Total of 47 traffic summonses issued, 30 parking tags written, one vehicle impounded and 3 total arrests were made.

8-4-17- Housing officers did a park and walk and meet and greet with children in the Langfield playground. Severe winds and inclement weather resulted in our officers assisting C and E District with downed trees, power lines and alarm calls. While patrolling through the Perry property, officers noticed a man wanted on a warrant. When confronted, this man was evasive and was found to be in possession of 20 different pills of illegal narcotics. Officers also made an arrest for an assault in the Lakeview area, and another arrest for narcotics from a traffic stop on Ontario St. near the Shaffer Village property. Cash in the amount of $365.00 was seized from this arrest. Total of 53 traffic summonses were issued, 13 parking tags written, one vehicle

impounded and 5 arrests were made, one of them a felony.

8-5-17- Housing officers answered a call at ████████ for a domestic and monitored Marine Drive due to a large crowd from an event at Canalside. Housing DRE officer Agee assisted Cheektowaga PD with an assessment. Officers cleared out some juveniles at 312 Perry thought to be involved in criminal mischief to cars, checked the rear door alarm at ████████ and did a walk through of the high rises on Isabelle in the Shaffer Village. An arrest was made for an open alcoholic container and narcotics possession near the Lakeview property. Another arrest was made for two outstanding warrants. Total of 52 traffic summonses issued, 13 parking tags written, and three arrests were made.

8-6-17- Officers responded to a burglary at ████████ and dispersed two fights in the Kenfield parking lot. They also walked the parking lots, courtyards and multi-level units on Tower St after receiving several calls in this area over the last few days. Officers patrolled the lots on Isabelle writing parking tags and monitoring youths in the basketball court area. CPO Macy followed up on a homeless resident complaint in the MSG Geary property, and Marihuana sales at ████████ from the BMHA management. He discovered 2 brothers in possession of Marihuana and will follow up with BMHA management. H430 made an arrest for criminal impersonation and drug possession in the Lakeview property and discovered the defendant was wanted on four drug related arrest warrants. Total of 52 traffic summonses issued, 19 parking tags written, 7 City Ordinances issued, and 7 arrests were made.

8-7-17- Officers responded to the following calls for service at BMHA addresses; ████████ on trespassers, 584 Ontario for customer trouble, and ████████ on a robbery. Officers also conducted walk ups of the high rises in Shaffer Village on Isabelle St., and walked the courtyards dispersing non resident trouble makers. Officers also assisted a motorist in the Perry's that was involved in an argument with her brother. On a suspicious person check on Ontario St., officers were involved in a foot chase where the suspect threw a handgun. The suspect was apprehended and the handgun was recovered by Housing officers. Total of 52 traffic summonses issued, 4 parking tags written, 2 vehicles impounded and 2 arrests were made.

8-8-17- Officers performed V & T Law enforcement in the Langfields today responding to numerous complaints of stop sign violations within this property. They also dispersed loud juveniles from the parking lot of the Martha Mitchell Center where a meeting was taking place. Numerous parking tags were issued in the Shaffer Village property after complaints from workers there. Officers walked the Jasper Parish loop after a resident complaint of drug use at this location, and walked the halls of the Sedita's to discourage drug activity that is routinely reported here. Total of 49 traffic summonses issued, 7 City Ordinances written, 12 parking tags written, and 10 arrests were made.

8-9-17- Officers were looking for a stolen vehicle in the Langfields when they responded to a domestic dispute at ████████ In the Shaffer property officers dispersed dirt bikes from the property that fled up onto the railroad tracks behind the Buildings. Officers stopped and checked out two individuals in the Langfield and Shaffer property that are on parole for weapons possession. Both checked out OK at this time. Another parolee was discovered from a traffic stop. We assisted at Lasalle Park with a missing autistic person who was later found safe. An arrest was made for a warrant and narcotics possession. Total of 70 traffic summonses issued, 11 parking tags written, 2 vehicles impounded and 3 arrests were made.

8-10-17- Officer answered the following calls in the BMHA properties; Perry/Louisiana on a man down

(ADI was called), ███████████ on a harassment (both parties were advised), and ███████████ to assist Child Protective Services in taking 4 children from the home. The children were removed peacefully. An arrest was made from a traffic stop where the defendant had a felony drivers license revocation. Three housing officer were assigned to bike patrol tonight and they patrolled the Marine Drive and Canalside area. Officer also responded to calls of shots fired at Clinton/Jefferson, Perry/Chicago on a found 3 year old, and ███████ on an alarm. Total of 73 traffic summonses issued, 33 parking tags written, and one arrest was made.

8-11-17- Officers made a narcotics possession arrest after discovering a hand to hand sale while patrolling through the Marine Drive property. Housing Lieutenant and officers assisted Cheektowaga PD with a robbery suspect that was hiding near the Langfields in the Charter School of Inquiry. A BPD K-9 officer was called in to assist in the search. Officers responded to a threats in progress call on Tower, an alarm at ███████ and made two arrests from traffic stops in the Lakeview area. Total of 28 traffic summonses issued, 36 parking tags written, one vehicle impounded and 3 arrests were made.

8-12-17- A small group of males were discovered fighting at 306 Edison by Housing officers, who dispersed them. Officers conducted a Park and Walk in the playground area of Tower St, dispersed kids at 450 Jefferson, checked out a trespasser at the vacant BMHA property at Otto/Alabama, and assisted with traffic control at 320 Perry due to a BPD fire call. The fire resulted from a woman who fell asleep with a pot on the stove. A DWI arrest was made from a traffic stop at Lakeview/ Pennsylvania. Total of 62 traffic summonses issued, one parking tag written, one vehicle impounded and one arrest was made.

8-13-17- Officers responded to 1 North Lane on people loitering, and dispersed them. Officers also came upon an argument at ███████████ and removed one person from the address. The Pine Grill reunion was taking place at MLK Park and our officers monitored the area of Schwab Terrace due to a large overflow of people and noise. A call was dispatched of juveniles trespassing at a vacant apartment at ███████████ Housing officers responded but the trespassers were gone on arrival. A narcotics possession arrest was made from a traffic stop in the Shaffer Village area. Total of 48 traffic summonses issued, and 2 vehicles were impounded.

8-14-17- Housing officers walked the courtyards and high rises in the Langfields today, dispersing troublemaking non residents and interacting with residents. Officers also walked the inner loop and parking lots in the Shaffer property. They also checked out 98 and 112 Isabelle due to complaints from management. They dispersed two separate groups congregating on Center Lane and South Lane, who have been associated with drug violations in the past. H440 did walk ups of LBJ while H430 did the same at the Sedita Apartments and Douglas Towers. Total of 53 traffic summonses issued, 7 parking tags written, and one City Ordinance was issued.

8-15-17- Officers enforced traffic law violations in the numerous BMHA properties. CPO Macy worked to prepare donated school supplies and bags for BMHA children for the upcoming "Jasper Parish Back to School" event. We focused on the Perry's tonight after receiving numerous complaints of gang and drug activity around ███████████ We conducted some narcotics surveillance in the ███████ No illegal activity discovered at this time but we will continue to follow up. Two separate people were checked out for warrants and arrested. Both individuals were wanted on 5 total warrants. Total of 69 traffic summonses issued, 6 parking tags written, 3 vehicles impounded and 6 arrests were made.

PLAINTIFFS_GENERIC-00000607

8-16-17- CPO Macy spent a good deal of time today transporting and making preparations for all of the donated school items for the upcoming Jasper Parish event. Officers responded to a report of illegal solicitation and trespassing on Edison near the Langfields. They also monitored the lots around the Martha Mitchell Center where a large meeting was taking place. Officers checked out the roof tops on Tower after complaints of kids congregating, responded to a suspicious vehicle in the Isabelle parking lot, and issued parking tickets to vehicles that were obstructing BMHA workers in the inner loop of the Shaffer's. Housing Captain Serafini attended a Tenant Council meeting at the Marine Drive property where many issued were discussed. Total of 51 traffic summonses issued, 10 parking tags written, 4 City Ordinances issued, and 3 arrests were made.

8-17-17- Officers checked on Holling Drive for drinking complaints (nothing to report), ███████████ on drug sales, and monitored Marine Drive due to a large Canalside concert. Many parking tags were written here for illegally parking in the Marine Drive resident parking lot. Officers also checked out a suspicious male at ███████ (checked OK), and an arrest was made from a traffic stop for criminal impersonation and a warrant. Total of 48 traffic summonses issued, 14 parking tags written, 2 vehicles impounded, and two arrests were made.

8-18-17- Today was the Jasper Parish back to school event. CPO Macy organized this event and handed out 200 free bags of school supplies. A free spaghetti dinner was also served and free haircuts were given out. This event was a huge success and all the kids and adults in attendance had a great time. Housing officers assisted with a man shot in the Langfield area and patrolled the BMHA property looking for the suspect. H440 was involved in a traffic stop where the driver led them on a foot chase. The driver was apprehended after a short chase and found to be in possession of illegal narcotics including Cocaine, Suboxone, and Heroin. Two other narcotics arrests were made from two separate traffic stops. Total of 42 traffic summonses issued, 13 parking tags written, one vehicle impounded and 4 arrests were made.

8-19-17- Our Housing officers spent a great deal of time enforcing traffic violations in the Langfield property today due to numerous resident complaints of speeding, running stop signs, and driving the wrong way. Twenty traffic summonses were issued in this area alone today. One complaint from the Tenant Council meeting this past Wednesday was of juveniles on the roof at the Martha Mitchell Center, so our officers checked on this. Nothing to note today. This usually occurs after 5 PM, so we will continue to monitor this in the future. Shaffer Village management complained about juveniles congregating at Ontario and South Lane so our officer dispersed these kids. H430 patrolled the Lakeview area due to the large amount of people overflowing from the Hispanic Festival. Total of 61 traffic summonses issued and 19 parking tags written.

8-20-17- Gang members were dispersed from the store at Edison/Weston. These individuals attempt to hang out in the Langfields and when our officers remove them they loiter at this store for a while with the thought of returning to the Langfields after officers leave the area. Trouble makers were dispersed from the bus stop on Ontario St., who hang out there and then go through the Shaffer Village property causing problems. A group ███ drinking and using Marihuana was dispersed from the Perry's, and after receiving information from an ████████████ ███████████████
Total of 51 traffic summonses issued, 14 parking tags written, one vehicle impounded and 5 arrests were made, four of them felonies.

PLAINTIFFS_GENERIC-00000608

8-21-17- We had limited manpower today but Housing officers spent some time at Schwab Terrace today due to the large overflow crowd at the Science Museum viewing the solar eclipse. Several illegal parking issues were settled and they assisted with finding a missing 3 year old girl. Two officers were assigned to bike patrol today. Officers responded to Douglas Towers on a fight call, ██████████ on threats, and ██ on trespassing. The trespasser checked out OK at Perry. Total of 33 traffic summonses issued, 11 parking tags written, and 4 arrests were made.

8-22-17- We followed up on complaint of narcotic sales at ██████████████████ where a ██████████ has been using this location to sell drugs. It is his grandmothers' apartment and she is wheelchair bound so we are working on retrieving the keys he stole from her and on changing the locks. We ejected two non- residents from the parking lot at the Martha Mitchell Center who were fighting. We also performed walk ups of the Shaffer high rises and courtyards. H420 came upon gang member ████████ ██████ n the Shaffer property who fled from them. He was eventually caught and possessed a pellet gun. H440 checked out drug complaints at Msg. Geary, nothing showing at this time. Total of 71 traffic summonses issued and 3 vehicles impounded.

8-23-17- Housing officers responded to 311 complaints at 98 and 112 Isabelle and checked on the grandmother of ██████████ making sure she was OK and had not been threatened by him. We notified management to change the locks at her residence. Several kids were dispersed from the rear parking lot on Oakmont at the overpass of the 33, where they were throwing items onto the highway. We checked out drug sale complaints at the Sedita's, settled quality of life complaints at LBJ relayed to us by CPO Macy, and walked the Fredrick Douglas high rises. Total of 57 traffic summonses issued, 17 parking tags written and one vehicle was impounded.

8-24-17- Officers checked on Holling Drive for loitering and public alcohol consumption, where 2 non drinkers were advised and dispersed. We also monitored Marine Drive for traffic going the wrong way on this street, responded to Ontario/ Philadelphia on an suspicious vehicle, assisted at ██████████ on a knife call, and assisted at ██████████ for a threats call. While on routine patrol Housing officers witnessed a hand to hand drug sale in the Lakeview area and made 2 arrests. One man also was wanted on a BPD warrant. Total of 49 traffic summonses issued, 6 parking tags written, 3 vehicles impounded and 4 arrests were made.

8-25-17- Housing officers walked the courtyards in Langfield today, responded to a fight on Tower, and dispersed dirt bikes and drug loitering in the Shaffer Village property. Dirt bikes fled up to the railroad tracks. H430 conducted foot patrols in Jasper Parish, H440 assisted with a missing juvenile in the Langfields, and H480 walked the high rises in the Perry's. Total of 68 traffic summonses issued, 5 parking tags written, 2 vehicles impounded, and three arrests were made.

8-26-17- Today was the Perry Community Days so our CPO, Lieutenant and officers assisted with the festivities and spent some time at this event interacting with the children and residents. We also monitored this area and Lanigan Park after the events conclusion at 1900hrs as many people were still enjoying themselves. We responded and assisted to the following calls within the BMHA properties: ██████████ on an unwelcome guest, South Park/ Louisiana on a threats call, ██████████ on threats, ██████ on loitering and drinking, and ██████████ on a family fight. Total of 41 traffic summonses issued, 8 parking tags

PLAINTIFFS_GENERIC-00000609

written, and three arrests were made.

8-27-17- Officers checked on and monitored the Martha Mitchell Center during their school supply give away, responded to ███████ for an unwelcome guest, where we removed a man to resolve the situation. At ███████ in the Douglass Towers area, Housing officers dispersed juvenile trouble, and at ███████ they responded to a man screaming which was a neighbor trouble call, which they settled. Officers also responded to a knife call on Louisiana, and settled a property dispute at ███████ Total of 52 traffic summonses issued, one City Ordinance written, 6 parking tags issued, 2 vehicles impounded and 3 arrests were made.

8-28-17- Housing officers concentrated on V & T enforcement in the Langfield property and responded to a domestic dispute on Tower St. They also walked the Langfield hallways and ejected two juveniles after discovering burning Marihuana. Officers also monitored a group of suspected drug dealers from the roof of ███████ that were loitering on ███████ across from the ███████ No criminal activity was discovered at this time but the officers later parked their vehicle and patrolled up and down ███████ to curb potential buyers. Three non residents were ejected by our officers for rowdy behavior in the LBJ property. Total of 67 traffic summonses issued, 2 City Ordinances written, 14 parking tags issued and one vehicle was impounded.

8-29-17- Officers removed a broken down vehicle in disrepair from the Hempstead lot after numerous warnings to the owner. H430 followed up on a narcotic tip and stopped a vehicle which led to a felony narcotics arrest where $500.00 in cash was seized. Officers also checked on drug and loitering complaints at the Sedita property, walked the halls and stairwells at Msg. Geary, and made a narcotics arrest while patrolling the Donovan Drive area. Total of 43 traffic summonses issued, 13 parking tags written, 2 vehicles impounded and 4 arrests were made.

8-30-17- Housing officers assisted on a domestic at ███████ and stayed in the area after it's conclusion in order to disperse a few irate females who returned to the scene. They also stopped a couple of Langfield gang members in this area, and they checked out OK and were dispersed. In the Shaffer Village area officers again encountered ATV's driving through and disturbing the residents but could not catch all of them at this time. Later, they did catch one ATV driver on Ontario St. and arrested him and impounded his ATV. Total of 62 traffic summonses issued, 13 parking tags written, 4 vehicles impounded and one arrest was made.

8-31-17- Officers conducted a Park and Walk through the Shaffer Village property and settled a neighbor dispute there. They also responded to 1 North Lane and dispersed a couple of drunks and loiterers. A suspicious male was dispersed from Stannard Alley in the Perry's, a juvenile trouble at Mary Johnson /North Division was settled, and a family disturbance was responded to in the Lakeview area. From a traffic stop in the Shaffer property on Ontario St., an arrest was made for possession of Cocaine and Heroin. A total of 4 outstanding warrant arrests were made from this vehicle stop also. Total of 52 traffic summonses issued, 3 parking tags written, 2 vehicles were impounded and 9 total arrests were made.

* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within

PLAINTIFFS_GENERIC-00000610

one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000611

# BUFFALO POLICE DEPARTMENT
## HOUSING STATISTICS REPORT

Attn:    Daniel Derenda, Police Commissioner
        Byron Lockwood, Deputy Commissioner
        Aaron Young, Housing Chief

Prepared By: Philip M Serafini

Date Prepared: 10/02/2017

Report Dates: 09/01/2017 to 09/30/2017

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 15 | Felony | 15 |
| Misdemeanor | 47 | Misdemeanor | 47 |
| Violation | 8 | Violation | 8 |
| Traffic Misdemeanor | 336 | Traffic Misdemeanor | 336 |
| Total Tickets Issued For Period | | Total Tickets Issued on B.M.H.A Property | |
| Traffic Infraction | 1194 | Traffic Infraction | 1194 |
| Parking Tags | 241 | Parking Tags | 216 |
| City Ordinance | 16 | City Ordinance | 16 |
| Total Weapons Recovered | | Total Weapons Recovered on B.M.H.A. Property | |
| 3 | | 3 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 36 vehicles were impounded, all of which were towed from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $1,050.00 in cash from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to

PLAINTIFFS_GENERIC-00000612

arrest and by following the United States Government guidelines for asset forfeiture.

Please note that for the entire month of September, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

Additionally, we operated a day time Detail in the Shaffer Village and Langfield properties until the 16th of this month. These details consist of one or two officers assigned to each detail. The time period is from 1130- 1530 hrs daily.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

9-1-17- Housing officers conducted walk throughs and V & T enforcement throughout the Langfield and Shaffer Village properties. A gang was dispersed on Edison St., and a fight was broken up in the Shaffer basketball courts involving several teens. Teens were dispersed and a walk up of the high rise at 98 Isabelle was performed. CPO Macy relayed several complaints to us and our officers responded to them. The locations were ███████ on drug sales, Marihuana sales in Lasalle, and a prostitute at LBJ. Total of 52 traffic summonses issued, 6 parking tags written, 3 vehicles impounded and 22 V & T Misdemeanors written.

9-2-17- Officers recovered a loaded handgun from a call at ███████ and confiscated a large bag of Crack Cocaine. Officers also responded to ███████ on a harassment and assisted on an accident injury near the Shaffer Village property. We also monitored the Marine Drive complex due to a Canalside concert. A threats call with a knife at Fredrick Douglass Towers was responded to by our officers and they chased suspects but were unable to locate them. Total of 32 traffic summonses issued, one vehicle impounded and one felony arrest was made.

9-3-17- Housing officers received information of a ███████ The vehicle belongs to a ███████ and officers could not locate her at this time but will notify management. Several males congregating at 12 South Lane were dispersed and many parking tags were written in this area and in the Shaffer parking lot. H411 was assigned to Perry and Marine Drive properties and wrote numerous parking violations resulting from illegally parked vehicles in the Marine Drive resident parking lot. Total of 40 traffic summonses issued, 48 parking tags issued, one vehicle impounded and one arrest was made.

9-4-17- Officers settled a neighbor trouble call at ███████ and dispersed a drunk at ███████ Information was developed by our officers that a ███████ s selling drugs out of ███████ We have made numerous arrests in the past at this location and we will continue to monitor it in the future. Officers also checked on ███████ for drug sales, Holling Dr. for kids loitering on railroad tracks, and ███████ on a large fight and a party. They also settled a family dispute involving a 15 year old at ███████ ███████ Total of 42 traffic summonses issued, 6 parking tags written, and one vehicle impounded.

9-5-17- A missing child was reported at ███████ and our officer responded and assisted in trying to find her. It was the first day of school and the child was located on another bus. Housing officers assisted

PLAINTIFFS_GENERIC-00000613

the Buffalo Fire Dept. on a forced entry at ████████ where a woman left meat burning on the stove. Everyone was safe and sound. We again continued to monitor ████████ on drug sales and found people drinking there, and they were subsequently dispersed. Housing officers recovered a loaded 9MM handgun from a traffic stop, making 3 arrests. A bag of Crack Cocaine was also recovered. Total of 60 traffic summonses issued, 26 parking tags written, 4 vehicles impounded and 4 arrests were made, 3 of them felonies.

9-6-17- Our Housing officers dispersed 2 males for smoking Marihuana in the multi story units on Tower St. in the Langfields. Foot patrols were made in Shaffer Village and Housing officers followed up on information developed from a previous traffic stop which procured a search warrant with the help of BPD Narcotics Detectives. A loaded 9MM handgun and felony weight narcotics were seized as a result of this search warrant. CPO Macy met with a representative of Crisis Services concerning a crisis intervention program that our officers will attend. Total of 44 traffic summonses issued, and three arrests were made, 2 of them felonies.

9-7-17- Officers went to ████████ to check on a ████████ She has been threatening other residents and BMHA management is attempting to contact her family due to her deteriorating health and mental condition. Miss Jackson was not present at this time. Gang members from ████████ were dispersed, and parking tags were written from the traffic circle in the Shaffer Village property. H480 responded to fights in the Perry pool area and assisted the NYSP in the Donovan Drive area with a gun arrest. Total of 49 traffic summonses issued, 2 City Ordinances written, 10 parking tags issued, and 2 vehicles were impounded.

9-8-17- Housing officers responded to the following calls: ████████ on a woman screaming (woman was screaming at juveniles and she and the juveniles' parents were advised), ████████ on a family dispute where officers advised the father to follow up at Family Court. A traffic stop was initiated on Ontario St. near the Shaffer Village where officers made an arrest for Marihuana possession and a forged inspection sticker. Three arrests were made form this traffic stop. Officers also escorted an unwelcome guest from ████████ dispersed a large gang at North Division/Mary Talbert, and dispersed several loud residents at 312 Perry in the parking lot. Total of 50 traffic summonses issued today, most of them in the Marine Drive area due to the large Canalside event.

9-9-17- Housing officers participated in the Clean Sweep in the Langfield property today and assisted on a threats call at ████████ A Criminal Impersonation arrest was made from a traffic stop on Hertel where the driver gave a false name. Officers checked ████████ for drug sales(nothing found), took a stolen vehicle report from 312 Perry forwardeing it to A District, and checked on a car alarm at 450 Jefferson. Cash in the amount of $1,050.00 and drugs were confiscated from a traffic stop in the Shaffer area. Walk ups of the high rises in Shaffer Village were conducted and walk throughs of the basketball courts and courtyards. Total of 57 traffic summonses issued, 11 parking tags written, one vehicle impounded and 12 total arrests were made.

9-10-17- Housing officers assisted a citizen at ████████ responded to an assault call at ████████ and assisted on a gun call and arrest by E District officers on Eggert Rd. Officers also made a warrant arrest from a traffic stop, assisted ADI at 344 Perry, and advised a mother at ████████ on a custody dispute. A fight was dispersed at ████████ an arrest was made for a stolen vehicle from a traffic stop, and

PLAINTIFFS_GENERIC-00000614

another traffic stop resulted in a narcotics possession arrest. Total of 62 traffic summonses issued, 4 vehicles impounded and 3 total arrests were made.

9-11-17- Very limited manpower tonight but officers answered a threats call at ███████ and advised both parties. On a vehicle stop officers noticed a Heroin bag and glass pipe and arrested the driver. Housing officers checked out a man loitering at ██████ and he checked out OK, and at ██████ there was a woman screaming and our officers discovered a highly intoxicated woman who was convinced to go inside and sleep it off. At ████████ there was a call of 10 people fighting and our officers dispersed them along with a later call at the same address of a woman with a knife (who was not found). Total of 16 traffic summonses issued, 5 parking tags written, and 3 arrests were made.

9-12-17- Officers responded to another nuisance call at ███████ and ████████ ████████ since this area has shown a large increase in calls recently. Officers also walked the courtyards and went through the Martha Mitchell Center. A sweep was also made through the Shaffer courtyards and at 9 Upper East Lane officers assisted ADI with a resident who had difficulty breathing. H411 cleaned up some 311 complaints relayed to them by CPO Macy. H420 handled and advised residents at ████████ and ████████ with an ongoing dispute. Total of 52 Traffic summonses issued and 17 parking tags written.

9-13-17- Walk ups were conducted in the high rises at 98 and 112 Isabelle, and our officers assisted the Attorney Generals office with locating a suspect and vehicle that frequents the Shaffer Village property. H440 located a different vehicle wanted by BPD Narcotics officers at Camelot Ct. When Housing officers pulled this vehicle over the occupants were found in possession of Crack Cocaine and were wanted on 6 BPD warrants. Total of 46 traffic summonses issued, 7 City Ordinances written, 3 parking tags written, 2 vehicles impounded and 6 total arrests were made.

9-14-17- Officers dispersed several gang members from Isabelle St in the Shaffer Village property. These individuals were loitering in a vehicle and were checked for warrants and released and advised to not return unless they had a lawful purpose. H430 stopped a wanted vehicle at the request of Attorney General investigators, and passed along intel to them. H420 responded to the Seditas for a passed out male, and assisted him to ADI and the hospital. They also walked the hallways of LBJ after calls of drug sales and prostitution. H480 stopped a fight at ████████ and investigated a parolee, who checked out OK. Total of 73 traffic summonses issued, 22 parking tags written, 2 vehicles impounded and 3 arrests were made.

9-15-17- Housing Detail did assist with the Clean Sweep in the Lakeview area and answered a call at █ ████████ assisting a citizen with removing a shopping cart from her window. There was a shooting at ████████ and our officers assisted with securing the scene and attempted to gather information. An arrest was made in the Douglass Towers for gun possession and Housing officers assisted A District officers with the incident. An arrest was also made by Housing officers at ████████ for a suspicious male. Officers also responded to the following calls for service: ████████ on a family dispute, ████████ on an open window in a vacant apartment, ████████ for threats, and ████████ on a gun call. Total of 28 traffic summonses issued, 6 City Ordinances written, one vehicle impounded, and 3 arrests were made.

9-16-17- The Daytime Details in the Langfield and Shaffer Village properties were suspended today. Housing officers responded to ████████████████████████████████████ ████████

PLAINTIFFS_GENERIC-00000615

Division on a large fight where juveniles were dispersed, East Ferry/ Donovan Drive on a large fight which was dispersed. Officers also responded to ████████████ on an assault call, ████████ on a woman screaming, and Jefferson/East Ferry on an irrational man call. Total of 14 traffic summonses issued, one vehicle impounded and no arrests were made.

9-17-17- Housing officers patrolled through Mary Talbert, Mary Johnson, and North and South Division streets due to the recent problems with juveniles at these locations. Several males were dispersed from these areas and advised. Officers also responded to ████████████ on juvenile trouble, ████████ on a property dispute, and Clinton/Jefferson on shots fired. Two males on bikes fired the shots and we assisted C District in attempting to locate them. We also dispersed loud drinkers at ████ and apprehended a woman who stabbed a man on Millicent St. Officers made an arrest in the Lakeview area for Marihuana possession. Total of 34 traffic summonses were issued, 2 parking tags written, one vehicle impounded and one arrest was made.

9-18-17- Officers assisted Cheektowaga PD with the foot pursuit of a suspect in the Langfields. Housing officers apprehended him at 327 Hempstead and turned him over to Cheektowaga PD. Officers also responded to a threats call ████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████
Officers also assisted with a shooting at ████████████ Officers assisted at the scene on Donovan and at ECMC where the victim and vehicle were located. A .22 rifle was found inside the vehicle. Total of 24 traffic summonses issued, 16 parking tags written, 3 vehicles impounded and 2 arrests were made.

9-19-17- Officers patrolled the Langfields, Donovan Drive, Perry's and Douglass Towers areas due to the recent violent calls in and around these properties. H430 patrolled the Lakeview area to address ongoing narcotics complaints and ended up making a drug arrest. H440 stopped and investigated several people in the Douglass Towers area where gang activity has been recently reported. They recovered a large amount of suspected Cocaine and submitted it to the lab for analysis. People drinking were dispersed from Fulton St. behind the Perry's. Total of 30 traffic summonses issued, 17 parking tags written, 2 vehicles impounded and one arrest was made.

9-20-17- Officers dispersed several people fighting at the basketball courts in Donovan Drive, and gang members loitering in the Shaffer Village were dispersed and advised. H430 walked the high rises of LBJ and dispersed loiterers at 311 Hempstead. H440 responded to a narcotics call at the Sedita apartments where a male was approaching residents in the vestibule. A fight was broken up by Housing officers in the Jasper Parish and they also assisted E district with a male who was pistol whipped at ████████████ Two separate arrests were made for narcotics possession. Total of 26 traffic summonses issued, and 4 arrests were made.

9-21-17- Today Housing officers focused on drug complaints in the ████████████████████ properties. ████████████████████████████████████████
Several hand to hand transactions were witnessed at ████████████████ and officers responded but no arrests were made at this time. We will continue to monitor this location in the future. Officers also answered some 311 complaints at the LBJ, Sedita and Perry properties. Housing officers assisted on a man with a gun call at Donovan Drive, a missing person on Oakmont, and dispersed a drunk female wandering

PLAINTIFFS_GENERIC-00000616

through the Langfields. Total of 41 traffic summonses were issued, 18 parking tags written, 2 vehicles impounded and one felony narcotics arrest was made.

9-22-17- H440 made several foot patrols through the Langfields and on Tower St. due to the recent disturbance calls there. The courtyards and parking lots were also monitored, and they assisted with a missing person. Officers also made foot patrols in the Shaffer Village, dispersing non residents and enforcing traffic laws. Housing officers also assisted E District with a woman with a gun call at Langfield/ Suffolk. One arrest was made for narcotics possession and another for Marihuan possession. Total of 63 traffic summonses issued, one vehicle impounded and 2 arrests were made.

9-23-17- Calls were dispatched about a roving gang of teens in the Mary Johnson/ Talbert and North Division area. Housing officers responded and chased the gang and arrested two of them. Both were charged with trespassing on BMHA property. Officers also responded to ███████ on a property dispute, ███████ to disperse drunks, and again at Mary Johnson for a gang call. An arrest was made for disorderly conduct when a female refused to leave the area of a large party and was loud and abusive. Total of 38 traffic summonses issued and one vehicle impounded.

9-24-17- We had extremely limited manpower tonight with only two officers working. They remained in the Langfield and Shaffer Village area but assisted on a robbery at Marine Drive. They also responded to a shots fired call at South Division/ Jefferson and ███████ on an alarm. Total of 18 traffic summonses were issued.

9-25-17- Several groups of teens were dispersed from North Division/Mary Johnson area by our Housing officers. Officers also responded to; loud music at ███████ on a fraud call, ███████ on suspicious persons, and ███████ for men smoking Marihuana. Officers additionally responded to ███████ ███████ on a family dispute, ███████ on a fire, and 450 Jefferson for a car alarm in the rear parking lot. A narcotics arrest was made at Louisiana/ South Park, and Housing officers also assisted the BPD Sex Offense Squad with locating 2 persons wanted on felony warrants. Total of 26 traffic summonses issued, 2 vehicles impounded, and 4 total arrests were made.

9-26-17- Housing officers went to ███████ on an unknown trouble call and advised both parties concerning a property dispute. They also responded to ███████ on a threats call, (advising both parties) and South Park/ Louisiana on a fight call where one person was armed with a knife. At ███████ ███████ a woman reported that her 2 male friends were fighting with a knife and officers assisted but the suspects were gone on arrival. A narcotics possession arrest was made in the Lakeview area by Housing officers. Total of 29 traffic summonses were issued, 13 parking tags written, and one arrest was made.

9-27-17- All housing officers utilized vehicle and foot patrols in the big 6 BMHA properties tonight. H430 made a narcotics arrest after investigating narcotics complaints in the Lakeview property. Officers also walked the Perry high rises at the end of the tour and investigated reported drug dealing at ███████ ███████ Perry where some older residents are supposedly selling prescription pills. Total of 34 traffic summonses issued, and three arrests were made.

9-28-17- CPO Macy worked on the upcoming Thanksgiving events in the BMHA properties. H420 was assigned to address 311 complaints that were relayed to us from CPO Macy. They included narcotics and

PLAINTIFFS_GENERIC-00000617

prostitution complaints at Sedita and LBJ properties, and quality of life issues at Schwabb Terrace and Holling Homes. Housing cars maintained a high visibility in the Douglass Towers area after the Erie County Sheriff's Dept. executed a search warrant at ███████████ and recovered guns and drugs. Officers discovered several vacant apartments in the ███████████ that are becoming hang outs and drug dealing spots. We will continue to monitor this in the future. Total of 39 traffic summonses issued today.

9-29-17- CPO Macy and another Housing officer participated in a clean sweep operation today in the Shaffer Village. CPO Macy also assisted the Safe Streets Task Force with a raid in the ███████████ and then worked on an upcoming event in the Kelly Gardens scheduled for next week. Rain and cold curtailed activity tonight but officers still managed to write 40 traffic summonses, issue 10 parking tags, and impounded one vehicle. One arrest was made for violating an Order of Protection.

9-30-17- Officers responded to the following complaints in the BMHA areas today: ███████████ on drinking, drug dealing in the Lasalle property, ███████████ on a suspicious vehicle, ███████████ on unknown trouble, and ███████████ for trespassing. Officers escorted 5 people off of the property on Clinton and advised then not to return. Officers also went to ███████████ for a robbery call helping search for the suspects, ███████████ on a burglary call, ███████████ on an alarm call and ███████████ on a domestic dispute. They also assisted E District on Langfield with an arrest of a man with a gun. Total of 40 traffic summonses issued, 4 parking tags written, and one vehicle was impounded.

* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000618

## BUFFALO POLICE DEPARTMENT
## HOUSING STATISTICS REPORT

Attn:    Daniel Derenda, Police Commissioner
          Byron Lockwood, Deputy Commissioner
          Aaron Young, Housing Chief

Prepared By: Philip M Serafini

Date Prepared: 11/01/2017

Report Dates: 10/01/2017 to 10/31/2017

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 6 | Felony | 3 |
| Misdemeanor | 44 | Misdemeanor | 44 |
| Violation | 0 | Violation | 0 |
| Traffic Misdemeanor | 288 | Traffic Misdemeanor | 288 |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 686 | Traffic Infraction | 686 |
| Parking Tags | 226 | Parking Tags | 194 |
| City Ordinance | 4 | City Ordinance | 4 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| 1 | | 1 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 27 vehicles were impounded, all of which were towed from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did not seize any cash from in and around the BMHA properties.

PLAINTIFFS_GENERIC-00000619

Please note that for the entire month of October, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

10-1-17- CPO Macy continued planning for an upcoming BMHA event. He also met with the new management of the Douglass Towers, ███████████ They discussed the ongoing problems and exchanged contact information. Housing officers conducted walk ups of the high rises throughout the City. We made patrols of May Johnson and H420 assisted BFD and ADI with a forced entry at ███████████ for a mentally ill patient. Housing officers also responded to a family dispute at ███████ Total of 34 traffic summonses issued, 3 parking tags written and one vehicle was impounded.

10-2-17- Officers responded to ███████ on a complaint of men smoking weed and drinking in the parking lot. We checked the lot and found nothing going on. Officers advised on a stolen vehicle call at 211 Langfield, advised a large loud group at ███████ checked an alarm at ███████ and settled a threats call at ███████ Total of 26 traffic summonses issued and 8 Vehicle and Traffic law misdemeanors were written.

10-3-17- Housing officers continued to check the ███████████████████████ Only one call here tonight and the juveniles were advised and dispersed by our officers. Officers also checked the Lasalle property for drug sales and public drinking of Alcoholic beverages. Housing officers responded to ███ ███████ for a property dispute, advising the female, and at ███████ officers checked the outside and the community room for trespassers. Total of 14 traffic summonses issued, 24 parking tags written, 2 vehicles impounded and 2 arrests were made.

10-4-17- Housing officers responded to a call of a larceny at ███████████████ for an abandoned vehicle (vehicle was impounded), and ███████████ on trespassing. We also responded to ███ on a call of prostitution where nothing was seen but ███████████ Officers also settled a fight at ███████ and advised on a neighbor trouble at ███ An arrest was made for an open alcoholic container and a warrant. A small amount of Marihuana was recovered along with a gravity knife. Total of 32 traffic summonses issued, 38 parking tags written, 3 vehicles impounded and 3 arrests were made.

10-5-17- Today CPO Macy attended a mentoring program along with US Probation in the Langfields. He also participated in a demonstration of a tactical weapon with BPD Lt Jeff Rinaldo which was broadcast on Channel 4. After we were contacted about gang activity officers went to ███████ and the Douglass Towers area. H430 followed up on 311 Narcotic complaints and made 3 drug possession arrests in the Langfields. H440 responded to a BIP on Oakmont and a violent domestic on Hempstead where a boyfriend assaulted the complainant. Total of 30 traffic summonses issued, 25 parking tags written, 2 vehicles impounded and 7 arrests were made.

10-6-17- CPO Macy continued planning for the five upcoming BMHA Thanksgiving events. Housing officers walked the stairwells and laundry room of the Douglass Towers after receiving complaints of homeless people congregating there and drug use. Complaints of Towne Garden gang members using this

PLAINTIFFS_GENERIC-00000620

area were also received and checked on by our officers. Nothing found at this time. Officers discovered evidence of squatters in the stairwells and notified management. They also found some of the boarded up low rises being used sell narcotics. Management was also notified of this. Officers also responded to a property dispute call at ▓▓▓▓▓ and a domestic on Cornwall. Total of 37 traffic summonses issued, 3 parking tags written, one vehicle impounded and 2 arrests were made.

10-7-17- Officers responded to ▓▓▓▓▓ for a call of juveniles breaking into an apartment and assisted E district with making 2 arrests. At ▓▓▓▓▓ officers responded to a call of threats and advised both parties, and at ▓▓▓▓▓ officers advised a woman who was banging on the door. At ▓▓▓▓▓ a shots fired call came out and Housing officers responded with E district but no evidence of shots fired was found. From a traffic stop an arrest was made by Housing officers for possession of Heroin and Cocaine and a hypodermic needle. Total of 22 traffic summonses were issued, one vehicle impounded and one arrest was made.

10-8-17- Officers dispersed 4 people drinking on the Central St. side of the Msg. Geary property, responded to ▓▓▓▓▓ on shots fired which possibly originated from the Langfields, and assisted at ▓▓▓▓▓ on a domestic call. From a traffic stop officers made an arrest for Cocaine possession of a man seen twice on social media with 2 semi automatic handguns. Total of 19 traffic summonses issued, one vehicle impounded and 2 arrests were made.

10-9-17- Today was training day and most of our officer attended Blue Courage training at the Police Academy. CPO Macy attended the East Side Bike Club graduation where bikes were donated from the BPD Housing bike drive he had previously organized. Officers assisted Crisis Services with picking up an individual with dementia who had called 911 five times this day. All Housing officers responded to the ▓▓▓▓▓ after receiving yet another complaint of gang and drug dealers from the ▓▓▓▓▓ hanging out on this BMHA property. Officers approached a suspect smoking Marihuana on the BMHA property and uncovered more bags of Marihuana for sale and an arrest was made. H430 addressed complaints of loitering and squatters in the Shaffer Village and Jasper Parish property. Total of 25 traffic summonses issued, 12 parking tags written, 2 vehicles impounded and 2 arrests were made.

10-10-17- Officers continued to monitor the ▓▓▓▓▓ area for loiterers/ drug dealers from ▓▓▓▓▓ The Housing Lieutenant stopped by and conversed with some residents who stated loitering has been lessened due to our added patrols and arrests. Housing officers responded to the following calls in the BMHA properties: ▓▓▓▓▓ on a shots fired, ▓▓▓▓▓ on an alarm, ▓▓▓▓▓ on a shots fired call, ▓▓▓▓▓ on males loitering and running. H440 did locate and arrest a person wanted by the BPD Sex Offense Squad for a violent felony rape. Total of 39 traffic summonses issued, 13 parking tags written and two arrests were made.

10-11-17- Housing officers were given a list of several vacant apartments in the ▓▓▓▓▓ which they checked periodically throughout the night for squatters. Nothing found tonight but we will continue to monitor this in the future. Housing officers assisted the ▓▓▓▓▓ in an attempt to identify the woman suspected of committing prostitution within this BMHA property. Officers made walk throughs of several stairwells of ▓▓▓▓▓ answered a domestic call with no complainant at Towers/Langfield, and searched the area of Langfield/Suffolk for a complaint of shots fired. Total of 12 traffic summonses issued, 34 parking tags written, one vehicle impounded and 5 arrests were made.

PLAINTIFFS_GENERIC-00000621

10-12-17- CPO Macy worked on obtaining donations and supplies for the upcoming Thanksgiving events throughout the BMHA properties. H411 conducted concentrated patrols in the Langfields due to the recent shots fired calls in this area. He made several vehicle and foot patrols maintaining a high visibility. He assisted with transporting a 10 year old mentally ill girl to ECMC. Housing officers checked on vacant properties in the Shaffer Village again and found nothing to report. H430 walked the Marine Drive high rises and made a narcotics arrest and a prostitution arrest. H440 made a UUV arrest. Total of 28 traffic summonses issued, 28 parking tags written, 3 vehicles impounded and 3 arrests were made.

10-13-17- All Housing officer ████████████████████████████████████████████████
████████████████████ They performed traffic functions and numerous other tasks. This occupied most of the tour until the search was suspended. Later in the tour when the dive operation was suspended, Housing officers resumed their normal patrols of the BMHA properties. Total of 17 traffic summonses issued.

10-14-14- At the start of our tour all Housing officers once again were ordered to report to ████████████
██████████████████ CPO Macy continued planning activities for the five upcoming Thanksgiving events. H430 made spot checks of the LBJ property, walking the hallways in response to prostitution and narcotics complaints. H480 broke up a fight at the basketball courts in the Donovans. ████████████████████
████████████ where juveniles have been gaining access to the overpass and dropping rocks on the below passing cars. BMHA management has been notified in the past of this activity and ██████████████████████
Officers also responded to a large fight and assault on Ontario St. Total of 14 traffic summonses issued and 13 Vehicle and Traffic Law misdemeanors were written.

10-15-17- Heavy winds and rain all evening limited activity tonight throughout the City. We followed up on 311 complaints and walked through the buildings that had multiple levels, and patrolled through their parking lots. CPO Macy assisted with a traffic detail at the foot of Ferry. Walk ups were made of the Sedita's by H431. H480 answered 311 complaints at Msgr. Geary, Kowal, and Schwabb Terrace. One arrest was made for Marihuana possession. Total of 45 traffic summonses issued, 2 parking tags were written and 2 arrests were made.

10-16-17- CPO Macy worked on ERT plan for Vice President Pence's arrival tomorrow. H430 made foot patrols of the West Side and North Buffalo BMHA properties. They made spot checks of 5 vacant Shaffer Village units that are suspected of being used by squatters for drug use.
They also monitored ██████████████████████████████ for drug activity from ████████████
████████ Total of 24 traffic summonses issued and one parking tag written.

10-17-17- Several Housing cars assisted with the procession for ██████████████████████ They assisted with traffic control on the 190 North and with blocking off streets on the route to ECMC. Housing officers also checked the high rises in the Perry's and made walk throughs of the Shaffer Village where they dispersed non residents who were loitering and could not reasonably explain why they were on site. An arrest was made in the Lakeview area of a woman for Disorderly Conduct and several warrants. She was also found to possess 3 plastic bags of Cocaine. A male companion of hers was also arrested and it was discovered he had 3 outstanding warrants. Total of 22 traffic summonses issued, 19 parking tags written, and 6 arrests were made.

PLAINTIFFS_GENERIC-00000622

10-18-19- Housing officers responded to ████████ on trespassing and discovered the boards were taken off of the window at this address in the closed section of the Perry's. No one was inside when our officers entered and we will notify maintenance. At ████████ our officers responded to a family dispute where a juvenile assaulted her mother and she was taken to E District for placement. Officers also went to ███ ████████ on a person with a knife and searched the area for this juvenile. The juvenile was located and taken to East Ferry Detention. Housing officers also responded to ████████ on a warrant suspect, ███ ████████ on threats, and ████████ on a property dispute. Total of 25 traffic summonses issued, 15 parking tags written, 2 vehicles impounded and 2 arrests were made.

10-19-17- H420 walked the courtyards of the Langfields and the stairwells on Tower St. They also responded to a call of a man in the Kenfield courtyards attempting to purchase narcotics. H430 addressed narcotic complaints in the Lakeview BMHA property. Officers also responded to a violent domestic on Oakmont and assisted E District officers. One arrest was made for narcotics possession and a warrant. Total of 30 traffic summonses issued, 2 vehicles impounded and 4 total arrests were made.

10-20-17- Housing officers continued to check on the vacant units in the Shaffer Village and made an arrest at ████████ or trespassing and Marihuana possession. Several males were congregating there and they all ran when the officers pulled up. One of the males was caught by Housing officers after a brief foot chase and charged. Officers also checked on 1 North Lane and took a juvenile that was loitering there home to his mother and advised him and her. While patrolling the Perry's, a Housing Lieutenant was flagged down by an elderly individual walking his dog who stated there was a gun in the bushes on Standard Alley. The Housing Lieutenant and officers searched and did recover a 40 caliber Smith and Wesson handgun. Officers dispersed a loiterer at the gazebo at 515 Clinton who resides in the Towne Garden apartments. He was advised to stay out and dispersed. Total of 22 traffic summonses issued, 2 vehicles impounded and 3 arrests were made.

10-21-17- We had very limited manpower tonight but the two officers that were working responded to 515 Clinton on trespassers and ejected one Towne Garden resident from the gazebo area and advised him not to return. While there the officers conducted a walk down of the stairwells at Douglass Towers and discovered evidence of previous Marihuana use, but no person was there at this time. Officers also assisted a man at █ ████████ transporting him to Abbott and Loraine St. Two men were discovered in a car at 249 Oakmont blaring music and were advised to turn it down. A total of 6 traffic summonses were issued today.

10-22-17- Officers checked the rear of Msgr. Geary for drinkers and trespassers. A couple people were discovered there and officers made them pour out their drinks and disperse. Officers quieted a loud basketball game in the Donovan Drive playground, assisted BFD with a forced entry at ████████ and responded to a loud family dispute involving two brothers at ████████ Total of 41 traffic summonses issued, and 6 parking tags were written tonight.

10-23-17- ERT Commander and CPO Craig Macy coordinated and had meetings to ████████ ████████ H480 participated in bike patrol around the BMHA properties. Housing officers assisted with finding a runaway in the Perry's, and assisted with another runaway juvenile from Father Bakers in Lackawanna. This juvenile was transported to ECMC for evaluation. There were several calls of six people fighting at Edison/Langfield and our officers responded. One of the suspected men then

PLAINTIFFS_GENERIC-00000623

summonses issued tonight.

10-30-17- Cold temperatures and heavy rain slowed activity today. We therefore spent a lot of time monitoring inside activities throughout the BMHA properties. H430 walked the grounds and the buildings in Jasper Parish, Shaffer, Sedita, and LBJ. Officers assisted the NYS Police with a search warrant in the Shaffer Village where a large amount of cash was seized. They also followed up on the recent drug activity in the LBJ property, and walked the stairwells and the halls of the high rises in the Perry's and Marine Drive properties. Total of 14 traffic summonses issued tonight.

10-31-17- Tonight was Halloween and we only had two officers working tonight so they remained in the Langfield and Shaffer Village properties. Officers patrolled these areas and monitored all of the children that were "trick or treating". Officers also handed out candy to many children at these locations. Later in the tour some older teenagers were loitering and becoming loud and aggressive and the officers monitored, advised, and dispersed them. Housing officers also made a couple of spot checks at the LBJ property after CPO Macy informed us of ███████████████████ Total of only 5 traffic summonses were issued tonight.

* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000624

# BUFFALO POLICE DEPARTMENT
## HOUSING STATISTICS REPORT

Attn:      Daniel Derenda, Police Commissioner
             Byron Lockwood, Deputy Commissioner
             Aaron Young, Housing Chief

Prepared By: Philip M Serafini

Date Prepared: 12/02/2017

Report Dates: 11/01/2017 to 11/30/2017

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 7 | Felony | 6 |
| Misdemeanor | 59 | Misdemeanor | 59 |
| Violation | 2 | Violation | 2 |
| Traffic Misdemeanor | 214 | Traffic Misdemeanor | 214 |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 820 | Traffic Infraction | 820 |
| Parking Tags | 322 | Parking Tags | 294 |
| City Ordinance | 8 | City Ordinance | 8 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| 5 | | 5 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 31 vehicles were impounded, all of which were towed from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $1,000.00 in cash from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to

PLAINTIFFS_GENERIC-00000625

arrest and by following the United States Government guidelines for asset forfeiture.

Please note that for the entire month of November, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

11-1-17- H440 patrolled Holling Homes after reports of abandoned vehicles, trespassing and vagrants. Nothing discovered today but they will continue to monitor. Housing officers also investigated complaints of a ███████████ in a parking lot across from ██████████ They checked this area and also walked the halls of the █████████ H420 assisted with an armed robbery on Northland, and H411 checked on quality of life issues in the Lakeview area. H440 made 2 narcotic possession arrests in the Shaffer Village later in the tour. Total of 44 traffic summonses issued, 14 parking tags issued, one vehicle impounded and 5 arrests were made, 2 of them for warrants.

11-2-17- Officers checked for narcotic sales at LBJ, and followed up on a complaint of threats with a gun at ███████ from last week. All was quiet at both locations. Housing officers also assisted with a missing child from ███████ and checked the welfare of a man stumbling at Langfiled/ Suffolk. Officers also checked on alarms at █████████████ but found no criminal activity. Two drug possession arrests were made from separate traffic stops. Total of 27 traffic summonses issued, 16 parking tags written, one vehicle impounded and 4 total arrests were made.

11-3-17- Small amount of manpower today. Officers assisted ADI at ████████████ with an endangered person. ADI forced open the door but found no one inside. Our officers did their best to secure the apartment afterwards. Officers also assisted an elderly female at ████████ and made an arrest after responding to ████████ for a suspicious female. The female was found to be in possession of illegal narcotics and was taken to ECMC after she claimed to be suicidal. Total of 13 traffic summonses issued, and 4 total arrests were made.

11-4-17- Housing officers went to Chicago/ Fulton and discovered a suspicious vehicle and wrote the driver summonses and impounded his vehicle. A drunk was checked out by Housing officers at █████████ and driven home by officers and advised to stay away from BMHA properties. At █████████ a trespasser was advised and sent on his way. Officers also checked on juveniles throwing rocks on the 33 overpass, but found them GOA. Officers assisted C District with shots fired at ███████████ and ████████ and checked ███████████████████████ Two separate traffic stops resulted in arrests. One of the arrests was found to be in possession of narcotics and two scales for use in narcotic distribution. Total of 25 traffic summonses issued, 3 parking tags written, 3 vehicles impounded and 4 arrests were made.

11-5-17- Constant and heavy rains led to little activity today. Housing officers assisted with the initial round of free Thanksgiving dinners distributed to BMHA residents. This event was set up by CPO Craig Macy and

PLAINTIFFS_GENERIC-00000626

Miss Trigg. Officers delivered the dinners to residents of Langfields, Mullen Manor, Salter Manor, and the Valley Center. Officers walked the high rises of Marine Drive, the Perry's, Douglass Towers and LBJ. We made our presence known and addressed on- going issues at each location. Total of 32 traffic summonses issued, 8 parking tags written, and one vehicle was impounded.

11-6-17- Again today we assisted CPO Macy and Miss Trigg with the Thanksgiving dinners. This evenings' deliveries were made to Shaffer Village, Lasalle Court, and Home Depot. Housing officers responded to a complaint of a squatter at Mullen Manor. The suspect is a former tenant ███████████ who was evicted a couple weeks ago and his apartment was taped off and condemned as a health hazard. Officers made a couple of checks on this BMHA property and on the second or third time during the evening they finally caught ███████ He was promptly arrested. H440 went to the Sedita's to check on resident ███████████████ after receiving yet another neighbors complaint of him selling drugs. He refused to answer the door and we will contact CPO Macy and management. Total of 37 traffic summonses issued and 2 arrests were made.

11-7-17- Housing officers checked on the following citizen complaints tonight: ███████████ for trespassers and weed smokers, ███████ for trespassers and drunks, and Holling Dr. for kids on the railroad tracks. We also checked Mullen Manor to make sure the recent arrestee did not return. Officers did a walk through of the LBJ complex. Officers responded to ███████ on a property dispute and advised both parties, went to 82 Donovan Drive to quiet a loud car radio, and at ███████████████ assisted a female with retrieving her property. Total of 31 traffic summonses issued, and 4 total arrests were made.

11-8-17- Housing officers helped CPO Macy with the Thanksgiving dinners where a total of 650 dinners were delivered to BMHA residents. Officers performed a park and walk at 515 Clinton and walked the stairwells and common areas. Housing officers made 2 arrests at ███████████████ in the Shaffer property for trespassing, assisted on a family dispute at Msgr. Geary, and assisted a woman at ███████████ Total of 48 traffic summonses issued, 14 parking tags written, and 2 arrests were made.

11-9-17- Today the Housing officers assisted CPO Macy with delivering Thanksgiving dinners to the Douglas Towers. This is the 5th day of this very successful event. We conducted investigations of 311 complaints and made walk ups of the high rises in the Shaffer Village. H430 walked and patrolled the Lakeview area and Marine Drive property. H440 monitored suspected gang and drug activity in the Shaffer Village and assisted D district with a large fight on Chadduck St. Total of 24 traffic summonses issued, 7 parking tags written and one vehicle impounded.

11-10-17- Todays Thanksgiving event was in the Msgr. Geary property and we assisted in delivering 650 dinners to BMHA residents. Five teenagers were dispersed at 180 Jefferson by Housing officers. Officer responded to a shots fired call at Jefferson/Eagle but found no evidence of shots fired. Housing officers also assisted C District at Michigan/ Northampton on another shots fired call, at Humboldt Pkwy they checked the welfare of an elderly person, and they also walked the courtyards and high rises of the Perry's. An arrest was made from a traffic stop for violating an order of protection. Total of 23 traffic summonses issued, 14 parking tags written, one vehicle impounded, and one arrest was made.

11-11-17- H430 responded to drug complaints in the Perry's where a resident reported ███████████████ ███████████ was involved. Officers did not see this vehicle today and made spot checks throughout

PLAINTIFFS_GENERIC-00000627

the tour. ███████████████████████████████ A vagrant was ejected from the courtyard of the Marine Drive property after officers conducted walk ups there. H420 responded to two robbery calls at ███████████ and later in the tour they checked the train tracks behind Donovan Drive for juveniles damaging the fence. H440 ejected several people from the ███████████ for trespassing after checking on the ██████and ████████ where previous drug arrests have been made. Total of 29 traffic summonses issued, 15 parking tags written, and one vehicle was impounded.

11-12-17- CPO Macy worked on setting up and preparing for tomorrows Thanksgiving Day Housing event. Housing officers performed vehicle and foot patrols of Shaffer Village, Jasper Parish, the Donovans, Perry's and LBJ. Officers also responded to and dispersed a fight at ████████ assisted on a cabbie paid in fake money at 90 Isabelle, and went to a man with a gun call on Lasalle. Total of 19 traffic summonses issued, 3 City Ordinances issued, 12 parking tags written, and two vehicles impounded.

11-13-17- Housing officers along with CPO Macy assisted Ms. Trigg with cooking and delivering Thanksgiving dinners to the Kowal, Perry's and Schwab Terrace BMHA properties today. H440 responded to drug complaints in the Donovans and had an abandoned vehicle towed from the Kenfield area. Housing officers also responded to narcotics complaints from the management of the LBJ property. They also went to the Marine Drive property to check on the entry doors and loading areas after recent attempts of theft and vandalism. All officers walked the properties and responded to Shaffer Village to disperse reported gangs. Total of 39 traffic summonses issued, 27 parking tags written, and 4 arrests were made.

11-14-17- CPO Macy participated in the Law Enforcement Youth Mentor Program at East High School today. At the start of our tour we received information of narcotics activity in the Shaffer Village so all officers were directed to this property to investigate. Several of the reputed gang members were present on Ontario St. but were not engaged in any criminal activity and were not on BMHA property. No drug activity was found at this time and our officers checked back periodically throughout their tour. H430 responded to Jasper Parish after complaints of juveniles and made an arrest from a traffic stop for drug sales from a vehicle. Officers went to the Seditas on a homeless man call and walked the stairwells, finding nothing to report. No man was found. H440 conducted a walk up of the Msgr. Geary property and dispersed rowdy family members from the community room. Total of 36 traffic summonses issued, 35 parking tags written, one vehicle impounded and one arrest was made for narcotics.

11-15-17- This tour CPO Macy worked on the logistics for the final Thanksgiving dinner event this weekend. Housing officers responded to management complaints of recent vehicle vandalism in the resident parking lots of Marine Drive. Officers made several patrols throughout the night using spotlights and walking through the parking lots. Officers also periodically ran registrations of vehicles suspected of not belonging to residents. Walk throughs were made of AD Price on Jefferson, the site of the upcoming Thanksgiving dinner event. H480 responded to illegal parking complaints within the big six BMHA properties and wrote parking tickets and impounded several vehicles. The stairwells of the high rises in the Perry's were checked along with ████████ for drug complaints and sexual activity. Total of 18 traffic summonses issued, 16 parking tags written, 5 vehicles impounded and 2 arrests were made.

11-16-17- H430 was assigned to the Lakeview property area after several calls of narcotics activity from an apartment at Busti/Hudson. They monitored the activity in this area and ████████████████████████

████████████████ H411 responded to and assisted E District with a large fight at ████████H420 made foot patrols of the courtyards and common areas of the Donovans and AD Price. A complaint was checked out at AD Price of a non resident man selling drugs. He was not on location at this time. Total of 20 traffic summonses issued, 25 parking tags written, one vehicle impounded and 1 arrest was made.

11-17-17- CPO Macy organized a meeting with BMHA management for the upcoming clothing drive and Christmas spaghetti dinner. Perry management notified us at the beginning of the tour concerning several people using drugs at ██████ in the laundry room. Housing officers immediately responded and made 3 arrests. One of the arrestees in known to carry a gun and has been arrested for weapons possession in the past. H440 assisted E district in the Kenfield property where they found a female overdose victim and administered CPR and Narcan, saving her life. H420 investigated drug activity at the store at Edison/Watson in the Langfield area. Nothing to report at this time. Total of 30 traffic summonses issued, 11 parking tags written, and 3 arrests were made.

11-18-17- Housing officers spent the early part of the tour assisting with the Thanksgiving dinner event at 450 Jefferson. Officers responded to ██████ on a man threatening with two knives. Officers were advised by residents that the complainant had left the scene in addition to the assailant. Officers checked the area but everyone checked out OK. Housing officers also responded to an alarm at ██████ illegal parking at 1 Donovan Drive (tags issued), and at Tower/Oakmont on loud music from a vehicle. Officers also assisted ADI at ██████ with an unresponsive elderly woman. Total of 16 traffic summonses issued, 10 parking tags written, one vehicle impounded and one arrest was made.

11-19-17- Housing officers checked the Marine Drive parking lots again along with the Perry/Fulton area. Nothing to report currently. Teens were dispersed from the common area of Shaffer Village, and the laundry room of ██████ was checked after residents told us ████████████████ ████████████████ Housing officers reported hearing shots fired in the Marine Drive area and checked that area and the adjacent Naval Park but found no evidence of shots. Several Marine Drive residents stated they heard the shots also but nothing was found. A woman was discovered screaming at ██████ by a housing car and after investigating, she was found needing medical attention. ADI was notified by our officers and they took over once they arrived on scene. Housing officers were involved in a short pursuit of a motorbike that resulted in an arrest. Total of 41 traffic summonses issued, 9 parking tags written, one vehicle impounded and one arrest was made.

11-20-17- We only had a small amount of manpower tonight, due to officers taking leave time. CPO Macy worked on collecting donations and clothes for the upcoming clothes drive. He also took care of some ERT duties and traveled to the Lockport Armory. Housing officers walked the Langfields and Shaffer village properties and enforced Vehicle and Traffic Law violations in those areas. Officers also ejected two combatants involved in a fight in the Perry's, and investigated drug sales in the Sedita Apartments. Total of 26 traffic summonses issued, 17 parking tags written, and 2 vehicles impounded.

11-21-17- H430 followed up on drug complaints at LBJ with frequent walk ups at the request of ██████ ████████████████ BMHA management is attempting to evict a few problem tenants and asked us for additional help in gathering information on any further illegal activity. Housing officers responded to a fight in Jasper Parish and monitored drug activity reported from a vehicle in Lasalle from the parking lot on Blum

PLAINTIFFS_GENERIC-00000629

St. H420 remained predominately in the Langfield area and covered on a couple of gun calls with E District. Chief Young directed us to monitor the basketball game and dismissal at the Olmstead school. H430 made a drug arrest from a traffic stop in the Langfields and recovered a loaded AK -47. An arrest was made for the gun possession. Total of 29 traffic summonses issued, 3 vehicles impounded and 9 arrests were made, one of them a felony.

11-22-17- Housing officers conducted periodic checks of the Marine Drive property due to the recent larcenies from vehicles there. A Park and Walk was performed in the Perry's and officers discovered a gang that was subsequently dispersed. Additionally, a suspicious vehicle was discovered and impounded. Walk ups were done in LBJ, and at 450 Jefferson. Housing officers responded to ████████████ to assist a citizen, and advised a resident at ████████████████ on a disturbance. Total of 26 traffic summonses issued, one vehicle impounded and 2 arrests were made.

11-23-17- At Msgr. Geary our Housing officers discovered an intoxicated male who was escorted to his family, and they also advised both parties of a property dispute at ████████████ Officers also responded to a fire at ████████ which was "meat on the stove", and were flagged down at ████████ in the ████████████████ of an aggressive panhandler. ████████████ Total of 22 traffic summonses issued, one vehicle impounded and 2 arrests were made.

11-24-17- Housing officers spent a great deal of time at the Prince of Peace Church at 699 Kensington for a community event where they helped prepare and deliver over 150 turkey dinners. Many children were at this event and our officers interacted with them. Extra patrols were made of the Marine Drive lots due to the congestion from the Sabres game. A few illegally parked people were advised and sent on their way. Officers checked out a suspicious vehicle at 2 Lakeview, dispersed a gang at ████████████ and secured an alarm call at ████████ Total of 20 traffic summonses issued, 2 parking tags written, and one arrest was made.

11-25-17- Housing officers answered the following calls for service within the BMHA properties: ████ ████████████ on a threats call (advised), ████████ on threats (parties separated), ████████████ on a juvenile gang, which was advised and dispersed. At Ferry/ Grider a shots fired call was responded to by our officers. The area was checked but no evidence of shots was discovered. Two arrests were made from a traffic stop where both individuals gave Housing officers false names. The suspects were found to have outstanding arrest warrants. Total of 32 traffic summonses issued, 23 parking tags written, one vehicle impounded and 4 arrests were made.

11-26-17- The Marine Drive parking lots were checked for larcenies and vandalism to vehicles and LBJ was checked for drug sales and prostitution. A larceny call came out at ████████████ nd Housing officers responded and located the property and returned it to the owner. On a neighbor trouble call at ████ ████████ Housing officers assisted E district officers with advising both parties. Officers also responded to a stabbing call at ████████ where the suspect stabbed the victim and kicked him when he fell to the ground. The victim suffered a minor cut. The area was searched for the assailant but he was not found. D District filed the report. Total of 27 traffic summonses issued, 17 parking tags written, and 2 arrests were made.

PLAINTIFFS_GENERIC-00000630

11-27-17- The ███████████████ was checked out by our officers, as we have learned that this is the area ██████████████████████████ While patrolling through Marine Drive, officers discovered a drunk male who was wandering aimlessly. The man was questioned and then safely taken to an area where his friends could attend to him. At ███████████████ our Housing officers quieted loud music emanating from a vehicle. Housing officers also assisted with traffic control at Bailey/ Cloverdale on a car fire. Total of 35 traffic summonses issued, one vehicle impounded and 2 parking tags were written.

11-28-17- Officers responded to Bailey/ Langfield on a fight that resulted from a PDO accident, ███████ ████████ on a check the welfare of an elderly woman (checked OK), ███████ on a threats call, and to ██████ on a property dispute. There was a shooting that occurred at ███████████ and Housing officers and the Housing Lieutenant ████████████████████████████████████████
████████████████████████████████████████████████████████████ Total of 14 traffic summonses issued, 17 parking tags written and 4 arrests were made.

11-29-17- After last nights homicide in █████████ a good deal of our time tonight was spent there trying to ████████████████████████████████████████████████
████████████████████████████████████████████████████ Housing officers also responded to a family dispute at ████████ advising a woman concerning a custody problem. Officers also responded to ████████ on a trespassing call, and answered a drug dealing complaint at ██████ Nothing found at this time but we will continue to monitor. Total of 24 traffic summonses issued and 2 parking tags written,

11-30-17- CPO Macy, H430 and H410 had a meeting in the Shaffer Village where listened to some of the residents concerns and complaints. Later in the tour while Housing officers were checking a complaint of an abandoned vehicle at ████████ a ████████████████████████████████████
███████████████████████████████████████████████████
█████████████ Total of 13 traffic summonses issued, 2 parking tags written, one vehicle impounded and 2 Felony arrests were made.

\* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property

PLAINTIFFS_GENERIC-00000631

## BUFFALO POLICE DEPARTMENT
## HOUSING STATISTICS REPORT

Attn:  Daniel Derenda, Police Commissioner
    Byron Lockwood, Deputy Commissioner
    Aaron Young, Housing Chief

Prepared By: Philip M Serafini

Date Prepared:01/01/2018

Report Dates:12/01/2017 to 12/31/2017

| Total Arrests for Period | | Total Arrests in B.M.H.A Locations | |
|---|---|---|---|
| Felony | 10 | Felony | 9 |
| Misdemeanor | 27 | Misdemeanor | 27 |
| Violation | 0 | Violation | |
| Traffic Misdemeanor | 296 | Traffic Misdemeanor | |
| **Total Tickets Issued For Period** | | **Total Tickets Issued on B.M.H.A Property** | |
| Traffic Infraction | 1418 | Traffic Infraction | 1418 |
| Parking Tags | 503 | Parking Tags | 470 |
| City Ordinance | 18 | City Ordinance | 18 |
| **Total Weapons Recovered** | | **Total Weapons Recovered on B.M.H.A. Property** | |
| 3 | | 3 | |

Special concerns addressed/individuals contacted:

In addition to the above noted statistics generated by the Buffalo Police Housing Unit, a total of 34 vehicles were impounded, 32 of which were towed from in and around BMHA properties. These vehicles were impounded for a variety of reasons, including but not limited to the following: suspended license/ registration, DWI, narcotics possession, driver wanted on warrant, and weapons possession.

The Buffalo Police Housing Unit did also seize a total of $1,339.71 in cash from in and around the BMHA properties. This money was seized in relation to narcotics possession/ sales and was obtained subsequent to

PLAINTIFFS_GENERIC-00000632

arrest and by following the United States Government guidelines for asset forfeiture.

Please note that for the entire month of December, Housing officers have been predominately assigned to the Kenfield/ Langfield and Shaffer Village properties.

██████████████████████████████████████████████████████████

The following is a daily list of some of the actions performed by the Buffalo Police Housing Unit:

12-1-17- Housing officers patrolled the ███████████ after a recent shots fired call and gun arrest there. Officers monitored Marine Drive due to Canalside Christmas tree lighting, and followed up on complaints from CPO Macy. Officers checked on a vacant at ███████ and █████ Gang complaints were received and checked out at ███████ When our officers pulled up on location, a group of males scattered. After a lengthy foot chase the suspect was apprehended ████ ████████ Housing officers also responded to ████ on a robbery with a gun, and █████████ on an alarm. Officers also assisted in locating two missing children from Marine Drive/ Canalside. Total of 30 traffic summonses issued, 13 parking tags written, one vehicle impounded, and 2 arrests were made.

12-2-17- Housing officers continued to monitor ███████ due to recent violence, and ████████ for theft from vehicles. Housing Officers ejected several people that were trespassing at ██████ assisted with a car fire at ██████████ and responded to ████████ on a woman with a knife. Officers also sent an intoxicated, screaming woman into her apartment at ███████ A drug possession arrest was made from a traffic stop at █████████ and another separate arrest was made for a warrant from a traffic stop at ███████ Total of 35 traffic summonses issued, 11 parking tags written, one vehicle impounded and 3 arrests were made.

12-3-17- CPO Macy, the Housing Lieutenant, and several officers attended a community meeting in the Shaffer Village. There we discussed the █████████████████ and residents were assured of their safety and our efforts to curtail this recent violence. Officers also took complaints on other related issues and another meeting was set up. A park and walk was performed in Shaffer and Jasper Parish. ████████ ████████ have been suspected of drug sales and our officers monitored and surveilled these addresses for a little while. No illegal activity was discovered at this time. Officers responded to a car alarm at 450 Jefferson, a neighbor trouble at ███████████ an alarm at ████████ and at ███████ on an x-boyfriend threatening. Total of 30 traffic summonses issued, 40 parking tags written, and one arrest was made.

12-4-17- Housing officers monitored a vigil in the ████████ for the victim of a recent homicide. Officers responded to Chicago/Perry on a suicidal woman, ████████ on a suspicious vehicle, and ████ █████ on a domestic where our officers made an arrest. Officers also went to a man with a gun at William/Filmore, and assisted with an assault call at ███████ Total of 26 traffic summonses issued,

PLAINTIFFS_GENERIC-00000633

11 parking tags written, 2 vehicles impounded and 4 arrests were made.

12-5-17- ██████████ developed information ██████████████████████████
███████████████████ This information was investigated ██████████████ and
████████████████████████ Officers dispersed trespassers in the vestibule of
████████ and assisted ADI with a forced entry at ████████ due to a medical emergency. We
conducted walk ups of LBJ after receiving prostitution complaints at ████ We also ejected several people
congregating in the laundry room at 305 Perry. CPO Macy assisted Miss Trigg with gathering donations for
the upcoming clothing drive and attended a ██████████████████ later in the tour. Total of 31 traffic
summonses issued, 13 parking tags written, one vehicle impounded and one City Ordinance was written.

12-6-17- CPO Macy and Housing officers talked to ████████████ concerning an incident on ████████
where an ████████████████████████ The officers followed up on this
incident with the suspect and filed a report. They also removed several older males who were causing havoc
and throwing kids in a dumpster at the Martha Mitchel Center. Officers ejected a female and vicious dog
from the courtyard area of Shaffer Village. CPO Macy assisted the DA's office with locating and
transporting witnesses for a trial related to narcotics arrests within the Shaffer property. H480 walked the
high rises in the Perry's in response to ongoing vandalism and drug use. Total of 61 traffic summonses
issued, 12 parking tags written, and 25 Vehicle and Traffic Law Misdemeanors were issued.

12-7-17- Housing officers patrolled the North and South Division BMHA properties, LBJ, and Jasper
Parish. The vacant apartment at ████████ which has been entered by drug users was also checked. Walk
ups of the high rises were conducted at the Shaffer Village and trespassers were  removed. The hallway of
████████████ smelled of burning Marihuana but no one was there at this time. Housing officers responded to
████████████ on threats, and to ████████████ on threats which was an unwelcome guest that was
removed. Officers also were on stand by for the dismissal of a high school basketball game to assist with
crowd control. Total of 49 traffic summons issued, 9 parking tags written, and one vehicle impounded.

12-8-17- Today we used the ██████████████████████████████████████████████
██████████████████ We now have keys to the ████████████████ and we utilized
these to go through all of them. H430 dispersed several males from the porch of a vacant on Upper West
Lane, and H441 made a felony narcotics possession arrest on ████████████████████ Housing
officers dispersed several gang members from the outside of the store at Weston/ Edison. H441 checked on
████ Kenmore where a neighbor reported that the evicted tenant had been sneaking in the window. H430
made three felony narcotics arrests in the Shaffer Village. Total of 78 traffic summonses issued, 34 parking
tags written, one vehicle impounded, $255.00 in cash was seized from a drug arrest, and 6 arrests were
made.

12-9-17- We monitored ████████████ where we have regular complaints of an ongoing family dispute as
well as an abduction of a young girl. Officers discovered a male in the Langfiled parking lot who admittedly
was trying to purchase drugs. He was advised and dispersed. While walking one of the high rises at ████
████████████ one of the suspected look outs ran into apartment ██ Officers noticed drug
use in the hallway and will continue to monitor this area in the future. H430 assisted with an assault call at
████████████ and investigated vandalism within this BMHA property where a resident reported her
vehicle and apartment door were damaged. He also walked the Sedita's and LBJ. Total of 62 traffic

PLAINTIFFS_GENERIC-00000634

summonses issued, 3 parking tags written, and no arrests were made.

12-10-17- Housing officers monitored the following BMHA properties today: Fredrick Douglass Towers, Mary Johnson, North and South Division, Marine Drive, Shaffer and Langfield. Officers responded to ████ ████████ on an accident, ████████████ for a trespassing call, ██████████████ on a property dispute, and ████████ on a domestic. Officers also checked the laundry room at ██████████ trespassers, and checked ██████████ for drug and prostitution. A suspicious vehicle was checked out at Edison/Langfield and at ████████ ██████ a parent was advised on a custody/family dispute. Total of 38 traffic summonses issued and 18 parking tags written.

12-11-17- Housing officers advised and removed a man that was selling cigarettes door to door in the Shaffer Village property. They also met with the maintenance people from Shaffer and were informed of a possible vagrant living in the stairwell of ██████████ Officers checked on this periodically throughout the night but found no person in stairwell. There was evidence of this when the officers checked on this address later. Officers also noted marihuana stuffed in the alarm box. Officers investigated a neighbor dispute on Center Lane and also responded to a residents' complaint of people throwing fruit at the apartment doors and stealing the rugs in the entrance area. H440 made a drug possession arrest from a traffic stop resulting from ████████████████████ Total of 38 traffic summonses issued, 48 parking tags written, one vehicle impounded and one arrest was made.

12-12-17- A ██████████████████████ advised H440 about a suspicious vehicle within the circle. When officers checked it out, the vehicle was found to have switched plates and other traffic violations. Tickets were written and the vehicle was impounded. Officers also ejected 2 individuals who were smoking from the stairwells of 98 Isabelle, and checked the roof of 132 Isabelle for kids loitering. CPO Macy met with the tenant council president of Marine Drive, attended an event at Mullen Manor, went to the youth mentor program, and continued to gather donations for the upcoming clothing drive. H480 ejected 2 drunk people from the Sedita's, and performed a park and walk in the LBJ property. Total of 41 traffic summonses issued, 8 parking tags written, 2 vehicles impounded and 15 Vehicle and traffic law misdemeanor tickets issued.

12-13-17- There was some damage to the ████████████████████████████ ████████████████████████████████ They will follow up with this information in hopes of holding someone responsible. They also checked in with Pastor Williams at the Martha Mitchell Center and were advised about some illegally parked cars that were hindering the snow plows. ██████████████████ ████████████████████████ We will monitor this future event. Officers investigated graffiti in the high rises on Oakmont, assisted on a domestic at ██████████ stopped a reputed gang member and dispersed him, and assisted with a gun call across from the Donovan's. Total of 45 traffic summonses issued and 15 parking tags written.

12-14-17- Housing officers responded to ██████████ on a family dispute, where they advised a parent on custody issues. And at ██████████ they assisted a citizen with a frozen lock. Officers also made vehicle patrols through the Marine Drive property, and checked on the high rises at ██████████ in the Shaffer Village where they ejected two people who were sleeping on the top floor. They also patrolled Mary Johnson and Mary Talbert, Fredrick Douglass Towers, and in ██████████ they checked out reported drug

PLAINTIFFS_GENERIC-00000635

dealers. They checked the welfare at ███████ assisted with a screaming woman at ███████ and advised on a property dispute at ███████ Total of 42 traffic summonses issued, 9 parking tags written, and one vehicle impounded.

12-15-17- Housing officers made a felony drug possession arrest where Cocaine was confiscated and recovered in the ███████ While visiting the ███████ office today officers were advised about possible vagrants living ███████ Officers checked it out and discovered the boarded up windows and doors had been breached. They cleared the unit and notified the management. Housing officers patrolled the ███████ possibly selling drugs. They monitored this but found nothing to report. They also checked the high rises on Tower St. Total of 34 traffic summonses issued, 6 parking tags written, one vehicle impounded and one arrest was made.

12-16-17- Today the Shaffer Detail compiled a list of all the vacant apartments in the Shaffer Village property and relayed them to management. The Detail also continued with walk ups of the high rises and assisted with a robbery call in D District near the Shaffer BMHA property. The Langfield Detail talked with ███████ and █ advised them of cars disregarding the stop sign at Oakmont/ Edison. Cars have been sliding through this sign and endangering pedestrians and motorists. Officers issued warnings and wrote several traffic summonses for this stop sign violation. CPO Macy attended the City wide "Shop with a Cop" program and a childrens Christmas party in the Perry's. H420 assisted with a missing child in E District, a fight call in the Donovan's, and a call of a female not breathing on Suffolk. Cash in the amount of $792.71 was seized from a narcotics arrest. Total of 73 traffic summonses issued, 15 parking tags written, 4 vehicles impounded and 3 arrests were made.

12-17-17- Housing officers responded to ███████ on a custody dispute (advising the complainant), and to ███████ on a minor vehicular accident (names exchanged). From a traffic stop, Housing officers made two narcotics arrests and confiscated a large amount of Cocaine and seized $292.00 in cash. The Marine Drive parking lots were checked for vandalism and illegally parked cars, and the Fredrick Douglass Towers and Mary Johnson area was checked for loiterers. The high rise at 112 Isabelle was checked for vagrants and Mullen Manor parking lot was also checked. Housing officers also assisted with a threats call at ███████ and quieted a loud music at ███████ in the Jasper Parish property. Total of 61 traffic summonses issued, 16 parking tags written, 2 vehicles impounded and 3 arrests were made.

12-18-17- Officers were alerted to a ███████ who is a ███████ has been entering one of the high rises and worrying the tenants. Officers checked out the high rise at ███████ for this man but he was not found at this time. Officers also spoke with the tenants ███████ Housing officers assisted CPO Macy with moving clothes for the clothing drive and gathering donated toys. A known drug dealer named ███████ was stopped in the Donovans and issued a traffic summonses for unlicensed operation. Officers handled a neighbor dispute at ███████ checked on ███████ after a few recent fight calls there, and ejected a man from the front of the store at Edison/Weston who is suspected of selling drugs. Total of 56 traffic summonses issued, 40 parking tags written, 3 vehicles impounded and 3 arrests were made.

12-19-17- Housing officers assisted CPO Macy with the Spaghetti dinner event at the Martha Mitchell center. Over 300 dinners were prepared and then delivered to numerous BMHA residents throughout the City. A mobile check was made of the Marine Drive complex, and a building check was performed at 112

PLAINTIFFS_GENERIC-00000636

Isabelle. Housing officers responded to ████████████ on a threats call, ████████ on a UUV, ████████ on a suspicious vehicle, ████████ on a check the welfare of a 6 year old, and ██ on an alarm. On our third check of the Shaffer Village area, Housing officers found two loiterers inside ████████████ Total of 24 traffic summonses issued, 34 parking tags written, 2 vehicles impounded and 4 arrests were made.

12-20-17- CPO Macy received information from a ████████████████████████████████████████████████████████████████████████████████ Officers responded to ████████ on a check the welfare call, ████████ to assist the maintenance man in checking a vacant apartment, and advised numerous motorists in the Marine Drive property of illegal parking and traffic violations. Total of 45 traffic summonses issued, 3 City Ordinances written, and 12 parking tags issued.

12-21-17- Housing officers responded to complaints from a resident ████████████████████████████████████████████████████████████████Officers also assisted BPD Narcotics Detectives in stopping an individual in the ████████ who is suspected of carrying a handgun. ████████████████████████████████ CPO Macy conducted the clothes drive today with the assistance of H420. A drunk was ejected from the Msg. Geary property by H420, and H440 responded to a fight call outside the Perry's. H480 assisted NYS Parole in ████████████ Total of 50 traffic summonses issued, 9 parking tags written, one vehicle impounded and 20 VT Misdemeanors issued.

12-22-17- Officers assisted ████████████ management with clearing a vacant at ████████ The apartment had in fact been breached, and the officers also walked the high rises and stopped at apartment ████████████████████████ Housing officers in the Langfields responded to ████████████████████ and removed an abandoned vehicle at 204 Hempstead. H480 addresses some parking violations and an arrest was made for Marihuana possession. Total of 38 traffic summonses issued, 12 parking tags written, one vehicle impounded and one arrest was made.

12-23-17- Heavy snow littered the City today and our officers assisted with some vehicular accidents and traffic control in D and E Districts. H420 assisted on a violent domestic on Langfield, a shots fired in the Langfields, and monitored a Christmas party in the Martha Mitchell Center. Several males were checked out and dispersed from the foyer inside ████████ where there has been narcotic activity reported in the past. CPO Macy assisted with Christmas parties at the Martha Mitchell Center and the church at 697 Kensington. Walk throughs were made of LBJ, and Sedita. A crack and Heroin arrest was made in the Shaffer Village. Total of 51 traffic summonses issued, 19 parking tags written, and one arrest was made.

12-24-17- Housing officers made walk throughs of the courtyards and high rises of the Shaffer Village and checked on ████████ They also enforced traffic laws within the Village and on Ontario St. adjacent to the Shaffers. The high rises on Tower St in the Langfields were also checked out today and traffic enforcement was conducted within this BMHA property. Total of 58 traffic summonses issued, 13 parking

PLAINTIFFS_GENERIC-00000637

tags written, and no arrests.

12-25-17- Today was Christmas and we had a small amount of manpower but still made a narcotics arrest in Shaffer, assisted with an accident on Grider, and a helped with a domestic on Suffolk. Housing officers responded to a robbery with a gun call of a ███████████████████████████████████████████ ███████████████████. ███████████████████████████████████████████ ████████████████████ Total of 19 traffic summonses issued and one arrest was made.

12-26-17- Housing officers attempted to ██████████████████████████████████████████████ ████████████████████████ Officers in the Langfield area enforced the stop sign compliance at Tower and Oakmont. Two people were ejected from LBJ for trespassing, and a man was removed from the Sedita community room for intoxication. Housing officers assisted with a welfare check in the Lasalle property. Toward the end of the tour officers walked the Perry high rises. Total of 53 traffic summonses issued and 32 parking tags were written.

12-27-17- H440 stopped a parolee in the Langfields and he checked out OK. A top to bottom walk of 112 Isabelle was conducted, and officers consulted with many of the residents there who were happy to see the police presence. H420 filed a stalking report from a ██████████████████ and dropped it off at D District. On a traffic stop in █████████████ officers encountered 2 individuals who are currently on Parole. They were checked out and advised. Housing officers made several passes through the Marine Drive property, patrolled the Fredrick Douglass Towers, and Mary Johnson and Mary Talbert areas. Officers removed several people from the hallways of 134 and 112 Isabelle who were smoking cigarettes. Housing officers responded to ████████████████ for a loud music call, advised on a threats call at ███████ went to ███████████████ on an unwelcome guest, and at █████████████ assisted motorists with exchanging information due to a minor accident. Total of 40 traffic summonses issued, 5 parking tags written, one vehicle impounded and one arrest was made.

12-28-17-Officers responded to a prowler call at █████████ secured the doors at █████████ and ejected a male from the courtyard who may have been the reason for the prowler call. Officers checked the ████████ parking lots for vehicles suspected of selling drugs, and made a warrant arrest in the Langfields. H440 stopped an individual in the ███████████ who is a known drug dealer and checked him out and he was advised. Officers remained in this area for most of the tour due █████████████████████████████████ █████████████Officers went to the laundry room of █████████ on reports of loitering and dispersed several males, and they also settled an intoxicated neighbor call in the Seditas. Total of 69 traffic summonses issued, 21 parking tags written, one vehicle impounded and one arrest was made.

12-29-17- Housing officers were made aware of several tenant disputes at █████████ in the early morning hours. They spoke with several of the tenants and informed them of the possible eviction consequences for their actions. All the parties agreed to settle their differences and we hope this will end this ongoing situation. Officers also spoke with the store owner at Edison/ Weston about loiterers selling drugs outside, responded to a vehicle accident on Suffolk, and went to a threats call in the Langfields. Officers assisted with two alarm calls in the Perry's, and a shots fired call on Langfield. H451 gained information from a CI about a wanted homicide suspect and it was relayed to BPD Homicide Detectives. Total of 62 traffic summonses issued, 21 parking tags written, and one vehicle impounded.

PLAINTIFFS_GENERIC-00000638

12-30-17-H420 learned from a ████████████████████ that a vehicle was abandoned at ██ ████ after crashing. Officers investigated this and the vehicle was found to have switched plates and extensive damage so they impounded it. Officers also set up some surveillance ██████ ████ but no criminal activity was discovered at this time. ████████ relayed information he received from ████ that drug dealers were going in and out of a ██████████████████ ████ This location is where we had previously ████████ We checked this apartment out ████████████████ We will notify management again. H480 responded to a prostitution call at LBJ and ejected a female who was wondering the halls. CPO Macy and Housing officer Howard met with tenant council members in Langfield to discuss a few upcoming events. H440 removed an abandoned vehicle from Donovan Drive. Total of 37 traffic summonses issued, 12 parking tags written, and one vehicle impounded.

12-31-17- Housing officers helped search for ██████████████████████████ Officers assisted with the recovery of a stolen vehicle in the Shaffer area, and advised on a custody dispute on Ontario St. Housing officers responded to the following calls: a vehicular accident at 337 Langfield, suspicious vehicle call at ████████ ████████ on a drunk arguing, and ████████████ on a suspicious vehicle. From a traffic stop an arrest was made for Cocaine possession. Total of 42 traffic summonses issued, one vehicle impounded and 2 arrests were made, one of them being a felony.

* For statistical purposes numbers attributed to B.M.H.A. property are to be considered within one half of one mile of B.M.H.A. property