# EXHIBIT 280



**Daniel Derenda/BPD**
08/19/2013 03:33 PM

To: Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J
cc
bcc
Subject: sf day 137

## 08-16-13 - Area 9
## Day 137

| | |
|---|---|
| Arrests | 44 |
| Traffic Summons | 138 |
| Vehicles Impounded | 32 |
| CO Summons | 6 |
| Parking Tags | 8 |
| Guns | 2 |
| Cash Seized | 0 |

## Total 2013 Strike Force Stats

| | |
|---|---|
| Arrests | 2226 |
| Traffic Summons | 10277 |
| Vehicles Impounded | 1448 |
| CO Summons | 174 |
| Parking Tags | 189 |
| Guns | 32 |
| Cash Seized | $37,214 |

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571