# EXHIBIT 281



**Daniel Derenda/BPD**
08/15/2014 10:45 AM

To: Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J
cc
bcc
Subject: sf yr2 day 134

### 08-14-14
### Year 2
### Day 134

| | |
|---|---|
| Arrests | 31 |
| Traffic Summons | 94 |
| Vehicles Impounded | 15 |
| CO Summons | 6 |
| Parking Tags | 6 |
| Guns | 1 |
| Cash Seized | 0 |

## Total year 2 Strike Force Stats

| | |
|---|---|
| Arrests | 2398 |
| Traffic Summons | 8742 |
| Vehicles Impounded | 922 |
| CO Summons | 337 |
| Parking Tags | 517 |
| Guns | 61 |
| Cash Seized | 25,449 |

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB039082

0001