# EXHIBIT 282

Philip M Serafini/BPD
08/04/2017 07:30 PM

To: George P McLean/BPD@BuffaloPoliceDept, Michael P Quinn/BPD@BuffaloPoliceDept, Lance R Russo/BPD@BuffaloPoliceDept, Brian S
cc: Sandra Zachery/BPD@BuffaloPoliceDept
bcc:
Subject: New Checkpoint form/ policy

Lieutenants,

Going forward HQ wants us to compile the number and type of traffic violations, arrests, impounds, and seizures resulting from all of our traffic safety checkpoints. In order to do this I have created a new form which is attached. We will call it the "Traffic Safety Checkpoint Tally Sheet". This form must be filled out by the Lieutenants for each separate checkpoint and emailed to the following: Commissioner Derenda, Deputy Commissioners Lockwood and Beatty, Chief Young, and myself. That means if we run three traffic safety checkpoints a day then 3 separate sheets will be emailed to the aforementioned people. These sheets should be emailed sometime after after the conclusion of the last checkpoint of the day. These forms should also be printed out and signed by the respective Lieutenant and then placed in the 3 ring binder where the old checkpoint sheets were stored. The old checkpoint forms do not have to be filled out anymore.
 Additionally, to help with your tabulations I have created a Car Crew Checkpoint Sheet. This sheet should be distributed to and filled out by your officers for each checkpoint they participate in. They also have to fill out a separate sheet for each individual checkpoint. The reporting Lieutenant can then tabulate these sheets from all the different car crews and use this information for their own Traffic Safety Checkpoint Tally Sheet. When you are done using the Car Crew Checkpoint sheets they should be placed in the basket for Sandy to file.

 Please note that I have just submitted this form to HQ and they may want to make some changes or alterations to it. If they do I will let you know, but for now we will utilize these forms in their current format. I have made some copies of the Car Crew Checkpoint forms and placed them on the counter near Sandy's desk for your officers to start using. If any one of you have any suggestions and/or comments on either of these forms please let me know, I may have forgotten to list something or made an error, Thank you all for your cooperation.

  

CheckpointTallySheet.xlsx  CarCrewCkPtSheet.docx

T

COB041727

0001