# EXHIBIT 283

| | | |
|---|---|---|
| Philip M Serafini/BPD | To | Aaron V Young/BPD@BuffaloPoliceDept, |
| 03/20/2017 07:30 PM | cc | George P McLean/BPD@BuffaloPoliceDept, Michael P Quinn/BPD@BuffaloPoliceDept, Lance R Russo/BPD@BuffaloPoliceDept, Brian S |
| | bcc | |
| | Subject | Annual Stats |

Chief,

As you know HQ did not compile the combined Housing and Strike Force statistics for 2016 as they did in the previous years. So I have been compiling the 2016 stats by going through each individual daily report, all 365 of them. This took some time but I have finally finished. I have attached a chart which includes the statistics from 2013 to 2016. Of course, the 2016 stats I compiled are "unofficial" but I believe they are very close to being accurate given the data I was working with. As you can see for the 2016 stats, the Housing and Strike Force units continue to produce and perform at a high level. This is a credit to the hard working officers and their Lieutenants. If you have any questions please let me know.

Respectfully,

Captain Serafini



AnnualStatsHS-SF.xlsx

COB042214

0001

# ANNUAL STATICTICS
# HOUSING/ STRIKE FORCE

|  | 2013 | 2014 | 2015 | *2016 | 2017 |
|---|---|---|---|---|---|
| ARRESTS | 5,092 | 7,854 | 9,293 | 10,644 |  |
| TRAFFIC SUMMONSES | 20,579 | 25,502 | 39,757 | 42,930 |  |
| VEHICLE IMPOUNDS | 2,864 | 2,668 | 2,813 | 1,873 |  |
| CITY ORDINANCES | 291 | 509 | 717 | 9,916 |  |
| PARKING TAGS | 839 | 1,543 | 1,993 | 8,895 |  |
| GUNS | 70 | 116 | 166 | 131 |  |
| CASH SEIZED | $ 68,401.00 | $ 104,533.00 | $ 112,727.00 | $ 70,320.00 |  |

* unofficial stats compiled by Capt. Serafini

COB042215

0002                                                                 COB042215