# EXHIBIT 286



| | | |
|---|---|---|
| **Patrick A Roberts/BPD**<br>06/23/2014 10:11 AM | To | Daniel A Burke/BPD, Thomas R Whelan/BPD, David E Wilcox/BPD, George P McLean/BPD, |
| | cc | |
| | bcc | |
| | Subject | Fw: A new Strike Force Daily Report has been submitted. |

Just fyi....do with info what you wish...I cannot control morale with endless o.t. and none of u have responded to my email about same.

Sent from Lotus Traveler

Daniel Derenda --- Fw: A new Strike Force Daily Report has been submitted. ---

| | |
|---|---|
| From: | "Daniel Derenda" <dderenda@bpdny.org> |
| To: | "Patrick A Roberts" <paroberts@bpdny.org> |
| Date: | Mon, Jun 23, 2014 9:33 AM |
| Subject | Fw: A new Strike Force Daily Report has been submitted. |

numbers have not been good . Are we doing road blocks ?I need Officers to stay in target area. If they leave I need to know why

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 06/23/2014 09:32 AM -----

| | | |
|---|---|---|
| **BPD Administrator/BPD**<br>06/23/2014 01:23 AM | To | Brian S Strobele/BPD@BuffaloPoliceDept, Daniel Derenda/BPD@BuffaloPoliceDept, Dennis J Richards/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Charles H Tomaszewski/BPD@BuffaloPoliceDept, Brenda M Callahan/BPD@BuffaloPoliceDept, Carl A Lundin/BPD@BuffaloPoliceDept, Cedric R Holloway/BPD@BuffaloPoliceDept, Daniel A Barrett/BPD@BuffaloPoliceDept, Daniel F Rinaldo/BPD@BuffaloPoliceDept, David M Lillis/BPD@BuffaloPoliceDept, Gary E Teague/BPD@BuffaloPoliceDept, Harvey M Frankel/BPD@BuffaloPoliceDept, James P |

| | |
|---|---|
| cc | Dunham/BPD@BuffaloPoliceDept, John F McGrath/BPD@BuffaloPoliceDept, Nicholas A Mourgas/BPD@BuffaloPoliceDept, Steven M Turner/BPD@BuffaloPoliceDept, Timothy Mulhern/BPD@BuffaloPoliceDept, James P Giammaresi/BPD@BuffaloPoliceDept, Jeffrey M Giallella/BPD@BuffaloPoliceDept, Joseph A Gramaglia/BPD@BuffaloPoliceDept, Kevin J Brinkworth/BPD@BuffaloPoliceDept, Margaret G Overdorf/BPD@BuffaloPoliceDept, Patrick A Roberts/BPD@BuffaloPoliceDept, |
| Subject | A new Strike Force Daily Report has been submitted. |

Please, do not reply to this document. If you need to forward this to someone, use the "Forward" action button.

Click on the link below to review the document.

( Link | Notes Link )

COB040615