# EXHIBIT 287

 **Daniel Derenda/BPD**
04/03/2014 09:40 AM

To   Patrick A Roberts/BPD@BuffaloPoliceDept,
cc
bcc
Subject   Fw: A new Strike Force Daily Report has been submitted.

History:    📎 This message has been replied to.

low numbers

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 04/03/2014 09:40 AM -----

 **BPD Administrator/BPD**
04/03/2014 04:13 AM

To   Brian S Strobele/BPD@BuffaloPoliceDept, Daniel Derenda/BPD@BuffaloPoliceDept, Dennis J Richards/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Charles H Tomaszewski/BPD@BuffaloPoliceDept, Brenda M Callahan/BPD@BuffaloPoliceDept, Carl A Lundin/BPD@BuffaloPoliceDept, Cedric R Holloway/BPD@BuffaloPoliceDept, Daniel A Barrett/BPD@BuffaloPoliceDept, Daniel F Rinaldo/BPD@BuffaloPoliceDept, David M Lillis/BPD@BuffaloPoliceDept, Gary E Teague/BPD@BuffaloPoliceDept, Harvey M Frankel/BPD@BuffaloPoliceDept, James P Dunham/BPD@BuffaloPoliceDept, John F McGrath/BPD@BuffaloPoliceDept, Nicholas A Mourgas/BPD@BuffaloPoliceDept, Steven M Turner/BPD@BuffaloPoliceDept, Timothy Mulhern/BPD@BuffaloPoliceDept, James P Giammaresi/BPD@BuffaloPoliceDept, Jeffrey M Giallella/BPD@BuffaloPoliceDept, Joseph A Gramaglia/BPD@BuffaloPoliceDept, Kevin J Brinkworth/BPD@BuffaloPoliceDept, Margaret G Overdorf/BPD@BuffaloPoliceDept, Patrick A Roberts/BPD@BuffaloPoliceDept,
cc
Subject   A new Strike Force Daily Report has been submitted.

Please, do not reply to this document. If you need to forward this to someone, use the "Forward" action button.

Click on the link below to review the document.



0001

COB056348