# EXHIBIT 289

**Patrick A Roberts/BPD**  
10/17/2014 06:47 PM

To: Daniel Derenda/BPD@BuffaloPoliceDept,  
cc:  
bcc:  
Subject: Re: day 197 2014

Sir, we are up in the following categories:

arrests  6%  
city ordinance 77%  
parking tags 75%  
guns 33%

we are down in the following:

summons  10%  
impounds 29%  
cash 50%

Since plate reader was fixed all the numbers have increased, impounds most notably.  That is a source of concern with the m.o.p. but the plate reader makes it a no brainer.  Will make certain that officers continue to write summons and seize cash where applicable.  We see where we can improve and we will.  Thx, Pat

Daniel Derenda    Daniel Derenda/BPD    10/17/2014 04:01:41 PM



**Daniel Derenda/BPD**  
10/17/2014 04:01 PM

To: Patrick A Roberts/BPD@BuffaloPoliceDept,  
cc:  
Subject: day 197 2014

Daniel Derenda  
Police Commissioner  
Buffalo, NY Police Department  
74 Franklin St  
Buffalo, NY 14202  
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 10/17/2014 04:01 PM -----



**Daniel Derenda/BPD**  
10/17/2014 03:58 PM

To: Strike Force,  
cc:  
Subject: SF yr2 day 197

<span style="color:red">**10-16-14**  
**Year 2**</span>

## Day 197

| | |
|---|---|
| Arrests | 43 |
| Traffic Summons | 95 |
| Vehicles Impounded | 12 |
| CO Summons | 0 |
| Parking Tags | 4 |
| Guns | 0 |
| Cash Seized | 0 |

Total year 2 Strike Force Stats

| | |
|---|---|
| Arrests | 4212 |
| Traffic Summons | 14,822 |
| Vehicles Impounded | 1606 |
| CO Summons | 436 |
| Parking Tags | 742 |
| Guns | 80 |
| Cash Seized | 30,343 |

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571