# EXHIBIT 290

| | |
|---|---|
| From: | Daniel Derenda/BPD |
| Sent: | 7/18/2012 1:00:46 PM |
| To: | Christine M Giardina/BPD |
| CC: | Patrick A Roberts/BPD |
| Subject: | Re: Strike Force Stats |

i will send it to you

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

       **Christine M Giardina/BPD**
       07/18/2012 08:58 AM

                                                         To    Patrick A Roberts/BPD@BuffaloPoliceDept
                                                         cc    Daniel Derenda/BPD@BuffaloPoliceDept
                                          Subject    Strike Force Stats

Pat,

CitiStat is requesting an update report on Strike Force. Please provide information on # of arrests, # of tickets issued by type, # of guns, drugs and cashed seized and the number of vehicles impounded. The time frame would be from the inception of the strike force to midnight July 22. Please forward this information to me by July 31, or sooner, if possible.

Let me know if you have any questions or are unable to provide any of the requested information. Thank you in advance for your cooperation

Chris

Christine Giardina
Captain, BPD
74 Franklin Street
Buffalo, New York 14202
716.851.4784
716.851.6523 (fax)
716.870.4963 (cell)