# EXHIBIT 291

# HOUSING/ STRIKE FORCE
# ANNUAL STATS

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| ARRESTS | 5,092 | 7,854 | 9,293 |  |  |
| TRAFFIC SUMMONSES | 20,579 | 25,502 | 39,757 |  |  |
| VEHICLE IMPOUNDS | 2,864 | 2,668 | 2,813 |  |  |
| CITY ORDINANCES | 291 | 509 | 717 |  |  |
| PARKING TAGS | 839 | 1,543 | 1,993 |  |  |
| GUNS | 70 | 116 | 166 |  |  |
| CASH SEIZED | $ 68,401.00 | $ 104,533.00 | $ 112,727.00 |  |  |