# EXHIBIT 295


# EXHIBIT 295

# COMMISSIONER DONNA ESTRICH
# CITY OF BUFFALO, NEW YORK

# TESTIMONY BEFORE THE
# NEW YORK STATE SENATE COMMITTEE ON LOCAL GOVERNMENT

# SUBMITTED
# August 22, 2013



```
To review state laws and state imposed municipal finance
oversight boards in the context of
fiscally distressed municipalities and hear testimony as to new
initiatives that provide relief and assistance to fiscally
distressed municipalities
```

0001

COB372293

Chairman Martins, Senators, my name is Donna Estrich. I am the Commissioner of Administration, Finance, Policy & Urban Affairs for the City of Buffalo. Thank you for the opportunity to testify before you today and welcome to Buffalo, NY.

The Mayor has worked hard to maintain fiscal progress in the City of Buffalo despite significant reductions in local aid since 2008 through the Aid Incentives to Municipalities Program (AIM), the elimination of the RESTORE NY Program, and the 100% increase in the state Asbestos Notification Fee. These are just a few examples of the considerable impact the state budget continues to have on sustaining fiscal progress.

In total, the state's contribution in state aid to the City of Buffalo has decreased $5.8 million, annually, since Fiscal Year 2009.  On a cumulative basis, this has meant $23.4 million in lost revenue to the city. This loss of aid has caused the imposition of many austerity measures on the part of the Brown Administration. Since the Mayor took office in 2006, the city's budget has grown on average just over 2% each year. In fact, in one of the years during this period, budget growth was under 1%. This has been achieved in the face of nominal growth in non-state city revenues and double digit growth in employee benefit and pension costs.

The Mayor's strong fiscal discipline, conservative budgeting, and sound management practices have led to a stronger City of Buffalo. The Brown Administration, aided by the Comptroller's Office and the Buffalo Fiscal Stability Authority, worked hard to improve the city's bond rating which has yielded positive results.  Buffalo's bond rating has

[ PAGE  \* MERGEFORMAT ]

increased from BBB- in 2003 to A, according to Standard & Poor's investment ratings services, and from Baa3 to A1, according to Moody's Investor Services. In addition, Buffalo in 2010 received an A+ from Fitch Ratings. The city is now able to sell bonds at the lowest interest rates in the city's history. Securing low interest rates has allowed Buffalo to save money on quality of life investments in the city.

The Mayor has made reducing property taxes a priority to bring new business and residents into the city, with a total reduction in residential tax rates of 15% and 28% for commercial properties since 2006.  The Mayor's efforts and results have been monumental. The lower taxes have been a catalyst for development in Buffalo. There is currently over $1.7 million in private development and investments, throughout the city.

The Mayor has also made stabilizing Buffalo's neighborhoods a priority. One of the components of his neighborhood stabilization program is the demolition of abandoned dilapidated structures. Since 2006, we have demolished over 5,000 properties. But, during this period, the State asbestos notification fee has cost the city minimally $10 million if you apply this fee to the number of properties we demolished.

Mandate relief without accompanying increases in state aid will simply not be enough. The practice of Albany taking a share of locally generated revenues must stop.

The Asbestos Notification Fee diminishes the number of demolitions or rehabs we are able to complete. Real mandate relief involves leveling the playing field in the arbitration

[ PAGE \* MERGEFORMAT ]

COB372295

process with ability to pay standards that will ensure a municipality can afford any award.  Further, the consideration of non-compensation issues, such as health care and paid time off, should be included in the deliberations and awards.  Transparency should also be part of the arbitration process, by ending arbitration deliberations and decisions behind closed doors. Making their proceedings subject to Open Meetings Law, by requiring the arbitration panel to deliberate in a public forum, will add a level of accountability to a process that currently lacks any degree of transparency.
Buffalo needs increased reoccurring revenue streams, including adjudication of vehicle moving violations, keeping locally generated fines and fees.

With budget growth consistently under inflation, a 25% reduction in workforce since 2000, and continued double-digit increases in employee benefit costs, the Brown Administration has made the tough choices by keeping our budget consistently below the rate of inflation.

[ PAGE  \* MERGEFORMAT ]