# EXHIBIT 296

Message

**EXHIBIT 4**
**07-12-2023**

| | |
|---|---|
| **From:** | Helfer,Kevin J. [/O=BUFFALO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KHELFER] |
| **Sent:** | 2/11/2013 5:07:21 PM |
| **To:** | Estrich,Donna [AU94@ch.ci.buffalo.ny.us] |
| **Subject:** | FW: PVB Strike Force Statistics |
| **Attachments:** | PVB_Strike Force Statistics 002082013.pdf |

Donna- Here is the updated stats for the Mayor.
Kevin

**From:** Barnes, Ken
**Sent:** Friday, February 08, 2013 4:36 PM
**To:** Helfer,Kevin J.
**Subject:** PVB Strike Force Statistics

Kevin,

Here's the updated Strike Force report you requested.

Ken

0001

COB123536

# PVB Strike Force Statistics

**Strike Force Tows:** 1,120

| Month | No. of Tows | Released | | | | Unreleased | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Owner/Lienholder | | Sold at Auction | | | | | |
| | | Count | Total Paid | Count | Total Auction Price | Count | Towing Cost | Storage Cost (Increases Daily) | Potential Revenue |
| Jul | 162 | 144 | 23225 | 17 | 7700 | 1 | 90 | 0 | 90 |
| Aug | 219 | 203 | 32597 | 14 | 6525 | 2 | 180 | 6450 | 6630 |
| Sep | 97 | 90 | 14552 | 6 | 4100 | 1 | 90 | 3050 | 3140 |
| Oct | 116 | 114 | 16210 | 2 | 700 | 0 | 0 | 0 | 0 |
| Nov | 234 | 218 | 36725 | 14 | 8600 | 2 | 180 | 3875 | 4055 |
| Dec | 182 | 171 | 25350 | 4 | 1200 | 7 | 630 | 7400 | 8030 |
| Jan,2013 | 110 | 98 | 13670 | 3 | 1200 | 9 | 810 | 5500 | 6310 |
| Total: | 1,120 | 1,038 | $ 162,329 | 60 | $ 30,025 | 22 | $ 1,980 | $ 26,275 | $ 28,255 |

| Month | No. of Tows | Tow Agencies | | |
|---|---|---|---|---|
| | | DPE | RIV | SBA |
| Jul | 162 | 43 | 72 | 47 |
| Aug | 219 | 37 | 115 | 67 |
| Sep | 97 | 23 | 45 | 29 |
| Oct | 116 | 25 | 56 | 35 |
| Nov | 234 | 44 | 84 | 106 |
| Dec | 182 | 18 | 85 | 79 |
| Jan, 2013 | 110 | 22 | 31 | 57 |
| Total: | 1,120 | 212 | 488 | 420 |
| | | 19% | 44% | 38% |

Print Date: 02/08/2013