# EXHIBIT 298

Message

| | |
|---|---|
| **From**: | Helfer,Kevin J. [/O=BUFFALO/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KHELFER] |
| **Sent**: | 6/19/2017 8:20:48 PM |
| **To**: | Morgera,Danielle S. [dmorgera@ch.ci.buffalo.ny.us] |
| **Subject**: | RE: Friday June 16, 2017 |

Thanks. I got the updated list.
How did today go?
Kevin

**From:** Morgera,Danielle S.
**Sent:** Friday, June 16, 2017 4:41 PM
**To:** Helfer,Kevin J. <khelfer@ch.ci.buffalo.ny.us>
**Subject:** Friday June 16, 2017

Dear Kevin:

We had four troopers and BPD Lt. Quinn appear in the am.
The only officer that showed in the pm was K Sharpe (BPD).
I will have a more comprehensive list for you of the no-show officers after tomorrow.
Despite being short staffed, call drop rate was at 14%.
Monthly revenue thus far is $195,494.
See you Monday.

Very truly yours,

Danielle S Morgera
dmorgera@city-buffalo.com
Administrator Traffic Violations Agency
115 City Hall
65 Niagara Square
Buffalo, New York 14202
T: (main)716-851-5883
(direct) 716-851-5410
F: 716-851-9695



*CONFIDENTIALITY NOTICE: This email transmission is confidential and only intended for the person(s) named above. Its contents may also be protected by privilege, and all rights to privilege are expressly claimed and not waived. If you received this email in error, please call us immediately and DESTROY the entire email. If this email is not intended for you, any reading, distribution, copying or disclosure of this email is strictly prohibited.*
Please consider the environment before printing this email.