# EXHIBIT 299

Message
___

**From:** Joseph A Gramaglia [jagramaglia@bpdny.org]
**Sent:** 1/12/2018 1:44:43 PM
**To:** Helfer,Kevin J [khelfer@ch.ci.buffalo.ny.us]
**Subject:** Re: Officer Attendance BTVA 1/9/18 & 1/11/18

When I receive the list from Danielle, I send to my captains to notify the officers that their failed appearance could result in departmental charges.
One of the recent lists was also sent to IAD so maybe there could be cases opened.
Vacation, going somewhere nice?

Chief Joseph A. Gramaglia, MPA
B District
Buffalo Police Department
695 Main St
Buffalo, NY 14202
716.851.4518 Office
716.553.9072 Cell
716.851.5139 fax
Jagramaglia@bpdny.org

On Jan 12, 2018, at 08:10, Helfer,Kevin J <khelfer@ch.ci.buffalo.ny.us> wrote:


FYI- A couple of your people never showed. When we have time I would like for you, Danielle, and myself to get together to see if we can figure a better way to do this.

It is not just B. As you can see it is all over the place.

Maybe we are doing something wrong. Let me know if you are free after I get back from vacation.


Kevin


**From:** Morgera,Danielle S.
**Sent:** Thursday, January 11, 2018 3:43 PM
**To:** Helfer,Kevin J <khelfer@ch.ci.buffalo.ny.us>
**Cc:** jagramaglia@bpdny.org
**Subject:** Officer Attendance BTVA 1/9/18 & 1/11/18



**BTVA JUDICIAL HEARINGS 1/09/2018**


**9:30 AM SESSION**

0001

Present

Ofcr. J. CHOJNACKI  BPD (SF)

NO-SHOW

Trpr. G. EGLOFF  (Troop A)

Trpr. A. HYDE  (Troop T)

Trpr. J. OPALA  (Troop A)

2:00 PM SESSION

Present

Lt. Michael P. QUINN  BPD (Strike Force)

Ofcr. Kelvin L. SHARPE  BPD (Housing)

NO-SHOW

Ofcr. T. ZAK  BPD ( C District)

BTVA JUDICIAL HEARINGS 1/11/18

9:30 am SESSION

Present

Ofcr. P. Goretti (B)

Ofcr. D. Strobele (SF)

NO-SHOW

Ofcr. J. Domaracki (HP)

Ofcr. C. Ferrucci  (B)

Trpr. D Fisher – SPA

Ofcr. C. Fryer –( E)

Ofcr. S. Holtz (B)

0002

OFcr. D. Johnson (D)

Det. D. Santana (C Dist.)

Trpr. J. Williams (SPT)


2:00 PM SESSION

Present

Trpr. J. Krawczyk (Troop T)

Trpr. J. Krug (Troop A)

Trpr. E. Lippassaar (Troop T)

NO-SHOW

Ofcr. M. Lehner Jr. BPD (C District)

Ofcr. J. Lopez BPD (A District)

Ofcr. W. Macy BPD (Housing)


Very truly yours,


Danielle S Morgera

dmorgera@city-buffalo.com

Administrator Traffic Violations Agency

115 City Hall

65 Niagara Square

Buffalo, New York 14202

T: (main)716-851-5883

(direct) 716-851-5410

F: 716-851-9695

**0003**

\<0.AB4.jpeg\>

*CONFIDENTIALITY NOTICE: This email transmission is confidential and only intended for the person(s) named above. Its contents may also be protected by privilege, and all rights to privilege are expressly claimed and not waived. If you received this email in error, please call us immediately and DESTROY the entire email. If this email is not intended for you, any reading, distribution, copying or disclosure of this email is strictly prohibited.*

Please consider the environment before printing this email.

**0004**

COB461203