# EXHIBIT 300

**April 15, 2016 Judicial Hearing**
~~Present~~
Robbin Thomas – BPD-C
Kelvin Sharpe – BPD - H


**LIST OF OFFICERS NO SHOWS**
**NOVEMBER 4, 2016**

THOMAS DUFFY (BPD)
ERIC HOFSCHNEIDER (BPD)
SHERRY HOLTZ (BPD)
TINA FERRARO (BPD)
THOMAS ZAK (BPD)
KYMA DICKINSON (BPD)
MARK HILMEY (BPD)
BRANDON HAWKINS (BPD)
NICHOLAS HERBERT (BPD)
MARK HAMILTON (BPD)
JOSEPH HASSETT (BPD)
ANTHONY FANARA (BPD)


**November 18, 2016**

| | |
|---|---|
| Rickey Larke | No Show |
| Robert Larusch | No Show |
| Dustin Johnston | No Show |
| Darwin Jones | No Show |
| Melinda Jones | No Show |
| Michael Kausch | No Show (no longer w/BPD) |
| Dennis Kessler | No Show |
| Kristin Langdon | No Show |
| Peter Nigrelli | No Show (called in on 11/4 has conflict) |
| Patrick Long | No Show |
| John Lopez | No Show (called in on 11/4 will be out of town) |
| Jose Lorenzo | No Show (no notes) |
| Edmund Malcolm | No Show |
| Michael Martinez | No Show (at least twice) |
| Bohdan Papisz | No Show |
| James Thomas | No Show |
| Timothy O'Neill | No Show |
| Christopher Orefice | Motorist took plea |
| Mike Palizay | No Show (called in on 11/15 military leave) |
| Rich Manley | No Show (called in on 11/15 out of town) |
| James O'Donnell | No Show (called in on 11/9 SWAT training) |
| William Macy | No Show (called in on 11/9 military leave) |

COB201049

**DECEMBER 16, 2016**

PETER NIGERELLI (BPD)
LYNN MCGRATH (BPD)
CHRISTOPHER SCHAEFER (BPD)
RAY HARRINGTON (BPD)
LASHONDRA ROACH (BPD)
JOHN LOPEZ (BPD)
STEVEN SIERK (BPD)
KENNETH AGEE (BPD)
RICHARD LOPEZ (BPD)
WILL ROBINSON (BPD)
KELVIN SHARPE (BPD)

**JANUARY 20, 2017**

STEPHEN AUSTIN (NYS TROOP)
MICHAEL BALLOW (NYS TROOP)
CHAD BARRY (NYS TROOP)
RYAN BURNS (NYS TROOP)
STEVEN COPPOLA (NYS TROOP)
R. DELAFUENTE (NYS TROOP)
ROBERT ELLIS (NYS TROOP)
T. LAWNICZAK (NYS TROOP)
BRANDON MOORE (NYS TROOP)
DAVID MORGAN (NYS TROOP)
KEVIN STURMER (NYS TROOP)
CHRISTOPHER SULLIVAN (NYS TROOP)

**JANUARY 27, 2017**

SHAUN DAUGHERTY (NYS TROOP)
JAMES GAINEY (NYS TROOP)
SHERRON NONES (NYS TROOP)
E LIPPASSAAR (NYS TROOP)
T PICKERING (NYS TROOP)
TIMOTHY POMPEO (NYS TROOP)
R SHENFIEL (NYS TROOP)

**FEBRUARY 3, 2017**

ADAM BROWN (NYS TROOP)
DANIEL BURGESS (NYS TROOP)
JEFF INMAN (NYS TROOP)
C JUENKER (NYS TROOP)
LEONARD KASNIAK (NYS TROOP)

COB201050

G NARBURGH (NYS TROOP)
ANTHONY NIGRO (NYS TROOP)
MICHAEL O'BRYAN (NYS TROOP)
R SHENFIEL (NYS TROOP)
JAY WELSTED (NYS TROOP)
JASON WILLIAMS (NYS TROOP)
JOSEPH ZUPO (NYS TROOP)

**FEBRUARY 10, 2017**

CHAD BARRY (NYS TROOP)
T LAWNICZAK (NYS TROOP)
RANDI MURPHY-MOTLEY (NYS TROOP)
LARRY RICHARDS (BPD)
MARK SWAGGARD (BPD)
TIMOTHY WAGNER (BPD)
LISA WEDLAKE (BPD)
THOMAS WHELAN (BPD)
CHAUNCEY WHITE (BPD)

**FEBRUARY 24, 2017**

MICHAEL ACQUINO (BPD)
GREG EGLOFF (NYS TROOP)
CHRISTOPHER FIELDS (BPD)
MARK HAMILTON (BPD)
**FEBRUARY 24, 2017 CONT'D**

SHERRON JONES (NYS TROOP)
ALEXANDER RAY (NYS TROOP)
ANDREW WHITEFORD (BPD)

**MARCH 10, 2017**

MATTHEW MICHALSKI (NYS TROOP)
ROBERT ELLIS (NYS TROOP)
JUSTIN TEDESCO (BPD)
BRADFORD PITTS (BPD)
JOSEPH CHOJNACKI (BPD)

**MARCH 24, 2017**

CLAYTON TWITTY (BPD)
OBED CASILLAS (BPD)
JOSEPH BONNER (BPD)
PATRICK M MCDONALD (BPD)
KENNETH AGEE (BPD)
JOEL BLACKBURN (BPD)
MICHAEL ACQUINO (BPD)

COB201051

MARK ALBERTI (BPD)
ELIZABETH BAKER (BPD)


**APRIL 28, 2017**

MICHAEL WALKER (BPD)
BOHDAN PAPISZ (BPD)
MICHAEL MOORE (BPD)
R LUNDBERG (EC SHERIFF)
EDWARD HELLING (BUFF STATE)
N CACCIATORE (NFTA)
S MCDONNELL (NFTA)
L LOUBERT (NFTA)
M BOGULSKI (NFTA)
J KOELLE (NFTA)
M BAKER (NFTA)
MICHAEL ADAMS (BPD)
JUSTIN TEDESCO (BPD)
MICHAEL ANDERSON (BPD)

**MAY 5, 2017**

MICHAEL MARTINEZ (BPD)
BRADFORD PITTS (BPD)
ISMAIL LEWIS (BPD)
ERIN TREVEAN (MURPHY) (BPD)
LANCE WOODS (BPD)
PETER MILLER (BPD)
JOSEPH HASSETT (BPD)
LON FOLTS (BPD)
THOMAS ZAK (BPD)
RICKEY LARK (BPD)
MICHAEL LAUN (BPD)
JOHN BANNISTER (BPD)
MARCUS ROGOWSKI (BPD)
ANTHONY KOZLOWSKI (BPD)
SCOTT BECKER (BPD)
AARON BORCZYNSKI (BPD)
ROBERT SALAMONE (BPD)
RICHARD CRUZ (BPD)
SEAN MCCABE (BPD)
NICHOLAS SKALSKI (BPD)
L ESQUILIN (BPD)
CHAUNCEY WHITE (BPD)
SHAWN MCCABE (BPD)


**MAY 26, 2017**

0004

COB201052

THOMAS SERCU (BPD)
RICHARD MANLEY (BPD)

**JUNE 16, 2017**

MICHAEL SLAGEL (NYS TROOP)
KEVIN STURMER (NYS TROOP)
MARK ZILLIOX (NYS TROOP)
JAY WELSTED (NYS TROOP)
DAVID MORGAN (NYS TROOP)
CHRISTOPHER SULLIVAN (NYS TROOP)
MICHAEL BALLOW (NYS TROOP)
ANTHONY NIGRO (NYS TROOP)
STEPHEN PRZYSTAL (NYS TROOP)
JASON CRISANTI (NYS TROOP)
KENNETH AGEE (BPD)
RAYMOND HARRINGTON (BPD)
SCOTT CULVER (BPD)

**June 30, 2016**

9:00am
Officer that showed:
Walters
Schultz
Urbanski
Mercurio

No Shows:
Soluri (ECSD)
Fields (BPD)
Petronella  (BPD)
Pariseau (BPD)
Sierk (BPD)
Nesci (Transit Police)
Naegely (ECSD)


2:00 pm officers that showed (all defendants took pleas)
Chojnacki
R Thomas
M Bauer
Ken Agee
J Beyer

No-show officers for 2:00 pm 3+ Convictions session:
Sean McCabe (BPD)
Reed (BPD)

**0005**

COB201053

Day (BPD)
Wesolowski (BPD)
Michael Martinez (BPD)
Alberti (BPD)
Casillas (BPD)
Jones (Troop T)
Spencer (Troop A)


<u>July 7, 2017</u>


9:30 AM

<u>Officers present</u>
Acquino
Beyer
Relosky

<u>Officers no-show</u>
Bauer (BPD)
Hy (BPD)
Slawek (BPD)
Jones (Troop T)
Keil (Troop T)


**2:00 PM**

**Officer Charles Miller (BPD) did show late because of TOB traffic**

**<u>No-Shows</u>**

**Lark (BPD)**
**Pitts (BPD)**
**Robinson (BPD)**
**Whiteford (BPD)**

**9:30 am**

**<u>PRESENT</u>**
**KEITH LAFALCE (BPD)**
**JOSEPH CHOJNACKI (BPD)**

**<u>NO SHOWS</u>**
**STEPHEN AUSTIN (TROOP)**
**MELISSA BAKER (NFTA)**
**CHAD BARRY (TROOP)**
**JUSTIN BAUER (EC SHERIFF)**

**0006**

**SCOTT CULVER (BPD)**
**RYAN DELAFUENTE (TROOP)**
**DENNIS KESSLER (BPD)**

**2:00 pm**

<u>**Present**</u>

**Lauren McDermott (BPD)**
**Brian Griffin (BPD)**
**Debra Strobele (BPD)**
**Kevin Murphy (BPD)**
**Peters (Troop)**

<u>**No Shows**</u>

**Richard Cruz (BPD)**
**Jonathan Pietrzak (BPD)**
**Andrew Whiteford (BPD)**
**Michael Quinn (BPD)**
**Anniel Vidal (BPD)**
**Brandon Moore (Troop A)**
**Marc Peters (Troop T)**
**Sherron Jones (Troop T)**

<u>**OFFICER LIST FOR COURT ON AUGUST 4, 2017 0900 HRS**</u>

<u>**09:00**</u>

| | |
|---|---|
| **LOMASNEY, PAUL (BPD)** | **Present** |
| **MCDONALD, JEFFREY (TROOP)** | **(NO show)** |
| **MCCABE, SEAN (BPD)** | **(NO show)** |
| **HOWARD, LATASHA (BPD)** | **(NO show)** |
| **BLATCHFORD, RONNY (BPD)** | **(NO show)** |
| **CRUZ, RICHARD (BPD)** | **NO show)** |
| **DIXON, FRANK (BPD)** | **(NO show)** |
| **HASSETT, JOSEPH (BPD)** | **(NO show)** |

<u>**2:00 PM**</u>

| | |
|---|---|
| **Brackett** | **Present** |
| **Dickinson** | **Present** |
| **Helling** | **Present** |
| **Rodriguez, D** | **Present** |

0007

COB201055

Lippassaar          Present

Krug    (called in advance to reschedule)

Rodriguez, O        NO SHOW
Ando                NO show
Hamilton            NO show
Filipski            NO show
Macy                NO show
Murphy-Motley       NO show
Pickering           NO show
Tedesco             NO show (we spoke about this)


**OFFICER LIST FOR COURT ON AUGUST 18, 2017 0900 HRS**

**09:00**
**NO SHOWS**

Brown, A (SPA)
Cierniak (BPD)
Clifford, Charles (BPD)
Fera (BPD)
Inman (SPT)
Jajkowski (BPD)
Martinez (BPD)
Meegan, A (BPD)
Meegan, P (BPD)
Moore (SPA)
Morgan (SPA)
Niezgoda (SPA)
O'Bryan (SPT)
Sierk (BPD)
Varco (BPD)
Zak (BPD)



**Present**

CULVER (BPD)
LEN (SPA)

**OFFICER LIST FOR COURT ON AUGUST 18, 2017 1400 HRS**

PRESENT:
Murphy
Quinn
Vidal

0008

COB201056

**Jerabek**
**McCabe**
**Peteres**
**Agree**
**R Thomas**
**Reed**
**Murtha**


<u>**OFFICER LIST FOR COURT ON September 15, 2017 0930 HRS**</u>

<u>**09:00**</u>

| | | |
|---|---|---|
| **Burgess** | **(SPA)** | PRESENT |
| **Casillas** | **(BPD)** | NO-SHOW |
| **Daugherty** | **(SPT)** | NO-SHOW |
| **Ellis** | **(SPA)** | NO-SHOW |
| **Gainey** | **(SPT)** | NO-SHOW |
| **Kasniak** | **(SPT)** | NO-SHOW |
| **Langdon** | **(BPD)** | NO-SHOW |
| **Lopez, John** | **(BPD)** | NO-SHOW |
| **Nigrelli** | **(BPD)** | PRESENT |
| **Quinn, M** | **(BPD)** | NO-SHOW |
| **Sharpe, K** | **(BPD)** | PRESENT |
| **Shenefiel** | **(SPT)** | NO-SHOW |
| **Strobele** | **(BPD)** | PRESENT |
| **Tripp, Mark** | **(BPD)** | NO-SHOW |
| **Welsted** | **(SPT)** | NO-SHOW |
| **Whelan, T.R.** | **(BPD)** | Sent message, IOD |


<u>**OFFICER LIST FOR COURT ON September 15, 2017 1400 HRS**</u>

| | | |
|---|---|---|
| **Domaracki** | **(BPD)** | NO-SHOW |
| **Fanara** | **(BPD)** | PRESENT |
| **Haen** | **(SPA)** | NO-SHOW |
| **Heidinger, R.** | **(BPD)** | NO-SHOW |
| **Herberger** | **(Buff St)** | PRESENT |
| **Hilmey** | **(BPD)** | NO-SHOW |
| **Hoffstetter** | **(BPD)** | NO-SHOW |
| **Holtz** | **(BPD)** | NO-SHOW |
| **Hufnagel** | **(SPT)** | PRESENT |
| **Hunter, A** | **(BPD)** | NO-SHOW |
| **Lundberg** | **(ECSO)** | NO-SHOW |
| **Malcolm** | **(BPD—retired)** | |
| **Skipper** | **(BPD)** | PRESENT |
| **Walters (980)** | **(BPD)** | PRESENT |
| **Whelan, L** | **(BPD)** | PRESENT |

COB201057

**9-29-17**
**9:30 am**

| | |
|---|---|
| AUGUSTYN,/BPD | **NO-SHOW** |
| BLACKBURN,/BPD | **NO-SHOW** |
| BRATEK, JA/TAP | **PRESENT** |
| BURGESS D / SPA | **PRESENT** |
| CULVER / BPD | **PRESENT** |
| HARRINGTON/BPD | **NO-SHOW** |
| JOHNSON, D/BPD | **NO-SHOW** |
| KRAWCZYK,/SPA | **PRESENT** |
| KRUG,  NIC/BPD | **NO-SHOW** |
| LARK, RICK/BPD | **NO-SHOW** |
| LOPEZ, RIC/BPD | **NO-SHOW** |
| MCCABE,  S/BPD | **PRESENT** |
| MIKAC, STE/BPD | **NO-SHOW** |
| OBRYAN, MI/SPT | **NO-SHOW** |
| OBRIEN / BPD | **PRESENT** |
| POMPEO, TI/SPT | **NO-SHOW** |
| SZAFRANSKI/BPD | **NO-SHOW** |
| THOMAS, RO/BPD | **PRESENT** |
| WEBER, JON/BPD | **PRESENT** |
| WRIGHT, ER/BPD | **NO-SHOW** |

**9-29-17**
**2:00 pm**

| | |
|---|---|
| BAKER, MEL/NFT | **NO-SHOW** |
| BEYER, JOH/BPD | **NO-SHOW** |
| HASSETT, J/BPD | **NO-SHOW** |
| KEIL, NICH/SPT | **PRESENT** |
| MALCOLM, E/BPD | **NO-SHOW** |
| ROBINSON,/BPD | **NO-SHOW** |
| TWITTY, CL/BPD | RETIRED |
| WHITE, Cha/BPD | **NO-SHOW** |

**10-3-17**
**9:30 am**

| | |
|---|---|
| ACQUINO, M  (BPD-Strike Force) | **NO-SHOW** |
| AGEE, KENN  (BPD-Housing) | **NO-SHOW** |
| BLESY, S  (BPD-Relief Circuit (B)) | **NO-SHOW** |
| BOGULSKI, (NFTA) | **PRESENT** |

**0010**

COB201058

| | |
|---|---|
| BOICE,P  (BPD-C Dist) | NO-SHOW |
| BONNER, JO (BPD-B Dist) | NO-SHOW |
| BORCZYNSKI (BPD-E Dist) | NO-SHOW |
| GAWLAK ROB (NFTA) | NO-SHOW |
| GEHR, RYAN (BPD-D Dist) | NO-SHOW |
| GONZALEZ, (BPD -A Dist) | NO-SHOW |
| GORETTI, P (BPD-B Dist) | NO-SHOW |
| GRIFFIN, B (BPD E Dist) | NO-SHOW |
| PRYSTAL, (SPA) | NO-SHOW |
| RELOSKY,M (SPT) | NO-SHOW |
| SCHRECKENBERGER  (BPD-AIU) | NO-SHOW |
| SCHULTZ, K (BPD-C Dist) | NO-SHOW |
| SCHULZ, ST (BPD-B Dist) | NO-SHOW |
| STURMER, K (SPA) | NO-SHOW |
| THOMAS, A (BPD-D Dist) | NO-SHOW |
| TORGALSKI, (BPD-B Dist) | NO-SHOW |
| VIDAL, ANN (BPD-Housing) | NO-SHOW |
| WEDLAKE, L (BPD-A Dist) | NO-SHOW |

**10-3-17**
**2:00 pm**

| | |
|---|---|
| PIETRZAK, (BPD-E Dist) | NO-SHOW |
| KRUG, JOSE (SPT) | **PRESENT** |
| ABDALLAH, M (BPD-D Dist) | NO-SHOW |
| SALAMONE, R (BPD-Strike Force) | **PRESENT** |
| SLAWEK, MA (BPD-A Dist) | **PRESENT** |
| PAULY, B (ECS) | NO-SHOW |
| NESCI, NIC (NFTA) | NO-SHOW |
| QUINN, KEV (BPD-C Dist) | NO-SHOW |
| ROACH, LAS (BPD-D Dist) | NO-SHOW |
| Cacciatore (NFTA) | NO-SHOW |
| MUHAMMAD, L (BPD-D Dist) | **PRESENT** |
| NARBURGH, (SPT) | NO-SHOW |
| PITTS, BRA (BPD-Strike Force) | NO-SHOW |
| NIGRO, ANT (SPT) | NO-SHOW |
| ROSE (SPT) | NO-SHOW |

**10-20-17**
**9:30 am**

| | |
|---|---|
| **DELONG, MI/BPD  (B-Dist)** | NO-SHOW |
| **Delton, Sh/NFTA** | NO-SHOW |
| **Dinderski,/NFTA** | PRESENT |
| **DYCHA, J/SPA** | NO-SHOW |
| **Edwards, P/BPD  (D-Dist)** | NO-SHOW |

COB201059

| | |
|---|---|
| EGLOFF, GR/SPT | NO-SHOW |
| EGLOFF,G /SPT | NO-SHOW |
| FERRARO, T/BPD (C-Dist) | NO-SHOW |
| MCDUFFIE,/BPD  (SF) | NO-SHOW |
| QUINN, MIC/BPD  (SF) | NO-SHOW |
| RAY, A/SPA | NO-SHOW |
| REED, C/BPD   (E-Dist) | NO-SHOW |
| REESE, JAM/BPD   (A-Dist) | NO-SHOW |
| ZAK, THOMAS/BPD (C-Dist) | PRESENT |

## OFFICER LIST FOR COURT ON November 3, 2017 0930 HRS

| | | |
|---|---|---|
| Alberti, Mark | (BPD; E-Dist) | NO-SHOW |
| Filipski | (SPT) | PRESENT |
| Folts | (BPD; B-Dist) | PRESENT |
| Foster | (BPD; B-Dist | NO-SHOW |
| Hadsall | (SPA) | NO-SHOW |
| Halligan | (BPD; D-Dist) | PRESENT |
| Jones | (SPT) | NO-SHOW |
| Juenker | (SPT) | NO-SHOW |
| Martinez | (BPD; Strike Force) | NO-SHOW |
| McLean | (BPD; Strike Force) | PRESENT |
| Murtha | (SPA) | Called in advance/In training |
| Saleh | (BPD; D-Dist) | PRESENT |
| Soluri | (ECSD) | NO-SHOW |
| Spencer | (SPA) | NO-SHOW |
| Sullivan | (SPA) | NO-SHOW |

## OFFICER LIST FOR COURT ON November 3, 2017 1400 HRS

| | | |
|---|---|---|
| Danis | (Buff State) | NO-SHOW |
| Howard | (BPD; Strike Force) | NO-SHOW |
| Jobity | (SPT) | PRESENT |
| Jones, E | (Psych Center) | No longer in law enforcement |
| Jones, M | (BPD; E-Dist) | NO-SHOW |
| Laun | (BPD; D-Dist) | PRESENT |
| Lesniak | (BPD; D-Dist) | PRESENT |
| Long | (BPD; E-Dist) | NO-SHOW |
| Losi | (BPD; B-Dist) | PRESENT |
| Maloney | (BPD; B-Dist) | PRESENT |
| Mayes | (BPD; E-Dist) | PRESENT |
| McAndrew | (BPD; B-Dist) | NO-SHOW |
| McClain | (BPD; C-Dist) | PRESENT |

0012

| McDermott | (BPD; C-Dist) | PRESENT |
|---|---|---|
| McDonald, PJ | (BPD; E-Dist) | NO-SHOW |
| Mondal | (BPD; A-Dist) | NO-SHOW |
| Murphy, K | (BPD; E-Dist) | PRESENT |
| Swaggard | (BPD; Relief Circuit/B) | PRESENT |
| Wagner | (BPD; B-Dist) | NO-SHOW |
| Wojtasik | (BPD; B-Dist) | Vacation |

## OFFICER LIST FOR COURT ON November 17, 2017 0930 HRS

| ANDERSON | BPD; E-Dist | NO-SHOW |
|---|---|---|
| BAUER | BPD; Housing | NO-SHOW |
| BAUER | ECSO | NO-SHOW |
| BEYER | BPD; B-Dist | NO-SHOW |
| CASTILLO | BPD; D-Dist | NO-SHOW |
| COPPOLA | BPD; D-Dist | NO-SHOW |
| DELANEY | BPD; Traffic | NO-SHOW |
| JAMES | BPD; D-Dist | NO-SHOW |
| KARZOUN | Buff State | PRESENT |
| KINDZIERSKI | BPD; E-Dist | NO-SHOW |
| KOCHERSBERGER | BPD; B Dist | NO-SHOW |
| Kopp | BPD; Narcotics | NO-SHOW |
| MAYES | BPD; E-Dist | NO-SHOW |
| ODONNELL, J | BPD; A-Dist | NO-SHOW |
| PAPISZ | BPD; C-Dist | NO-SHOW |
| SANTANA | BPD; C-Dist | NO-SHOW |
| SCHAEFER | BPD; B-Dist | NO-SHOW |
| URBANSKI | Buff State | PRESENT |

## OFFICER LIST FOR COURT ON November 17, 2017 1400 HRS

| CHOJNACKI | BPD-Strike Force | PRESENT |
|---|---|---|
| MCCABE, SHAWN | BPD-Housing | PRESENT |

## OFFICER LIST FOR BTVA Traffic Court on 12/15/17

9:30

PRESENT

BENCE/BPD

MEINCKE/SPA

ZSIROS/BPD

NO-SHOWS

CLARK/SPA

DANIELS/BPD

DINDERSKI/NFTA

COB201061

**DYCHA/SPA**
**ESQUILLIN/BPD**
**FILIPSKI/SPT – ADJOURNED**
**GANELY/BPD**
**KENYON/BPD**
**KOCOL/BPD**
**LEBEDZ/BPD**
**REESE/BPD**
**REZABEK, JR./BPD**
**SCHULTZ/BPD**
**SCHULZ/BPD**
**SKALSKI/BPD**
**WALKER/BPD**
**YANT/BPD**


**OFFICER LIST FOR BTVA Traffic Court on 12/15/17**
**NO-SHOWS**
**2:00**


**BOICE/BPD**
**BONNER/BPD**
**CACCIATORE/NFT**
**CARTER,KEITH/BPD – CANCELLED APPEARANCE**
**DAIGLER/SPA – CANCELLED APPEARANCE**
**DAUGHERTY/SPT**
**GRIFFIN/BPD**
**HOWARD, L/BPD**
**JACKSON/BPD**
**JERABEK/BPD**
**JONES/SPT**
**JUSTINGER/NFT**
**PALAMARA/BPD**
**PIECH, D/BPD**
**ROBERTS, PAT/BPD – CANCELLED APPEARANCE**
**SHEEHAN/BPD**


**SOLURI/ECS**
**SPEYER/NFT**
**SULLIVAN/SPA – CANCELLED APPEARANCE**
**SAFRANSKI, LT. /BPD**
**THOMAS/BPD**
**VIDAL/BPD**
**WEDLAKE/BPD**

**PRESENT:**
**2:00**
**HAMILTON/BPD**
**HILMEY/BPD**

**0014**

COB201062

**MCDERMOTT/BPD**
**NIGRO/SPT**
**TURKASZ/SUB**
**WRIGHT/BPD**
**LIS/BPD**

**OFFICER LIST FOR BTVA Traffic Court 1/2/18**

**9:30 AM session**

**PRESENT**
**Castellani (Troop A)**
**Daigler (Troop A)**
**Nigro (D District)**
**Patterson (C District)**

NO-SHOW

**Augustyn (B District)**
**J. Beyer (Housing)**
**Clark (Troop A)**
**Czarnecki (Troop A)**
**Long (E District)**
**Martinez (Strike Force)**
**McDonald (E District)**
**Papisz (C District)**
**Raichel (Troop A)**

**2:00 PM session**

PRESENT

**Michalski (Troop A)**
**Murphy (E District)**
**Niezgoda (Troop A)**

0015

COB201063

**Skipper (Strike Force)**
**Szymborwski (NFTA)**


NO-SHOW

**Kindzierski (E District)**
**Kochersberger (B District)**
**Moore (Troop A)**
**Roach (D District)**
**Schultz, K (C District)**
**Schulz (B District)**
**Spencer (Troop A)**
**Villafranca (Buff State)**


**OFFICER LIST FOR BTVA Traffic Court 1/4/18**

**9:30 AM session**

PRESENT
**Culver (Strike Force)**
**O'Donnell (A District)**



NO-SHOW

**Agee (Housing)**
**C. Boice (D District)**
**Santana (C District)**


**2:00 PM session**

PRESENT
**McDermott (C District)**
**Palizay (B District)**

NO-SHOW
**Beam (E District)**
**Healy (A District)**
**Jones (Troop T)**
**Juenker (Troop T)**
**Strobele (Strike Force)**
**Walker (B District)**
**Walz (Troop T)**
**White III (E District)**


**0016**

COB201064

**BTVA JUDICIAL HEARINGS 1/09/2018**

**9:30 AM SESSION**
PRESENT
 Ofcr. J. CHOJNACKI  BPD (SF)

NO-SHOW
**Trpr. G. EGLOFF  (Troop A)**
**Trpr. A. HYDE  (Troop T)**
**Trpr. J. OPALA  (Troop A)**

**2:00 PM SESSION  1/9/18**

PRESENT

**Lt. Michael P. QUINN  BPD (Strike Force)**
 **Ofcr. Kelvin L. SHARPE  BPD (Housing)**
NO-SHOW
**Ofcr. T. ZAK  BPD ( C District)**

**BTVA JUDICIAL HEARINGS 1/11/18 AM**
PRESENT

**Ofcr. P. Goretti (B)**
**Ofcr. D. Strobele (SF)**

NO-SHOW
**Ofcr. J. Domaracki (HP)**
**Ofcr. C. Ferrucci  (B)**
**Trpr. D Fisher – SPA**
**Ofcr. C. Fryer –( E)**
**Ofcr. S. Holtz (B)**
**OFcr. D. Johnson (D)**
**Det. D. Santana (C Dist.)**
**Trpr. J. Williams (SPT)**

**BTVA JUDICIAL HEARINGS 1/11/18 PM**

PRESENT
**Trpr. J. Krawczyk (Troop T)**
**Trpr. J. Krug (Troop A)**
**Trpr. E. Lippassaar (Troop T)**

NO-SHOW
**Ofcr. M. Lehner Jr. BPD (C District)**
**Ofcr. J. Lopez BPD (A District)**
**Ofcr. W. Macy BPD (Housing)**

COB201065

**BTVA JUDICIAL HEARINGS 1/16/18 AM**

PRESENT
**0**
NO-SHOW
**Ofcr. Michael Martinez, BPD (SF)**
**Ofcr. James Scherer, Jr., BPD (A)**
**Ofcr. Andres Shea BPD (C)**


**BTVA JUDICIAL HEARINGS 1/16/18 PM**

PRESENT
**Ofcr. Nicholas Johnson BPD (C)**
**Trpr. Nicholas Keil SPT**
**Ofcr. K. Gellman BSC**

NO-SHOW
**Lt. Michael Davis, BPD (B)**
**Ofcr. Eric Fuller BPD ( E)**
**Trpr. Ryan Hadsall, SPA**
**Ofcr. Hoffstetter, BPD ( C )**
**Ofcr. Richard Hy, BPD ( SF)**
**Trpr. Kasniak, SPT**
**Trpr. John Spencer, SPA**
**Ofcr. Mark Tripp, BPD ( B)**

**BTVA JUDICIAL HEARINGS 1/18/18 9:30 AM**

PRESENT
**Lt. Mark Cyrek - E**
**Ofc. Garrett O'Neill - A**


NO-SHOW
**Trpr. Egloff**
**Fletcher (BSC)**
**Ofcr. Eric Fuller –E**
**Ofcr. Frank  Gizzo – B**
**Ofcr. Richard Lopez (adj for pm) - SF**
**Ofcr. Mark Tripp – B**
**Trpr. Peters, Marc - SPT**


**BTVA JUDICIAL HEARINGS 1/18/18 2:00 PM**

PRESENT
**Ofcr. Kevin Murphy/ BPD-E**

**0018**

Ofcr. Kelvin Sharpe/ BPD – HP
Ofcr. Richard Lopez/ BPD-SF

NO-SHOW
Ofcr. Charles Miller/ BPD-HP
Ofcr. Andrew Whiteford/ BPD-hp
Ofcr. Adam Wigdorski/BPD-SF (did call to cancel due to lack of babysitter)

**BTVA JUDICIAL HEARINGS 1/19/18 AM**

Present
Ofcr. Richard Lopez/BPD – SF

NO-SHOW
Ofcr. Mark Alberti/BPD- E
Trpr. Gregory Egloff – SPA
Ofcr. Thomas Zak/BPD – C

**BTVA JUDICIAL HEARINGS 1/19/18 PM**

PRESENT
Trpr. Christopher Campbell/ SPA
Trpr. Michael Niezgoda/SPA

NO-SHOW
Harris – BSC
Kocieniewski – BSC
Deputy Kuhn – ECS
Trpr. Brandon Moore/SPA

**BTVA JUDICIAL HEARINGS 1/23/2018**

9:30 AM SESSION
PRESENT
Ofcr. Sharese Saleh BPD (D District)

NO-SHOW
Ofcr. Maxwell Ravenell BSC
Ofcr. Jose M. Rivera BPD (D District)
Ofcr. William Robinson BPD (Housing) – Court Conflict
Trpr. Derrick V. Rose Troop T
Det. Chauncey White III BPD (E District)

CANCELLED APPEARANCE DUE TO PLEA
Trpr. Christopher Pawlowski Troop T

**BTVA JUDICIAL HEARINGS  1/23/2018**
 2:00 PM SESSION

COB201067

PRESENT
**Lt. David Daniels BPD (B Dist)**
**Ofcr. Michael Norwood Jr. BPD (Housing)**
**Ofcr. Raul Nunez BPD (C District)**
**Ofcr. Majed Ottman BPD (A District)**

NO-SHOW
**Ofcr. Nicholas Nesci NFTA**
**Trpr. Dean Nolte Troop A**
**Trpr. Michael O'Bryan Troop A**
**Ofcr. Joseph Petronella BPD (C District)- out of town**
**Trpr. Stephen J. Przystal Troop A**

**BTVA JUDICIAL HEARINGS 1/25/2018**
**9:30 am session**
PRESENT
**Ofcr. Charles J. Skipper BPD (Strike Force)**

NO-SHOW
**Trpr. Joseph B. Celmer Troop A**
**Ofcr. Lauren A. Cierniak BPD (B District)**
**Ofcr. Terrence Ciszek BPD (Housing)**
**Trpr. Sergio J. Cruz Troop A**
**Ofcr. Kris S. Tomasula BPD (C District)**
**Ofcr. Jon P. Weber BPD (C District)**

**2:00 pm session**
**Present:**
**Ofcr. Scott R. Culver BPD (Strike Force)**
**Ofcr. Michael J. Healy BPD (A District)**
**Ofcr. Charles M. Miller BPD (Housing)**

**BTVA JUDICIAL HEARINGS 1/26/2018**
**9:30 am session**
**Present:.**
**Trpr. Eric S. Ando Troop T**
**\*\*\*Ofcr. Eric A. Augustyn BPD (B District)**
**Ofcr. Joseph A. Chojnacki III BPD (Strike Force)**

NO-SHOW:
**Ofcr. Mark J. Alberti BPD (E District)**
**Ofcr. Ronny A. Blatchford BPD (B District)**
**Trpr. Chad P. Barry Troop A**
**Trpr. Daniel A. Burgess Troop A**
**Ofcr. Samuel Cavalleri SUB**

**0020**

**BTVA JUDICIAL HEARINGS 1/30/18**

**9:30 am session**
PRESENT
**Ofcr. Aaron Bennett BPD (C District)**
**Trpr Christopher T. Castellani SPA**
**Ofcr. Clayton Reed BPD (E District)**
**Ofcr. Christopher Schaefer (B District)**
**Ofcr. Kelvin L. Sharpe BPD (Housing)**

NO-SHOW
**Ofcr. Mohammad Abdallah BPD (D District)**
**Ofcr. Kenneth J. Agee BPD (Housing)**
**Trpr. Stephen M. Austin SPA**
**Ofcr. Patrick M. McDonald BPD (A District)**
**Trpr. David J. Morgan SPA**
**Ofcr. Patrick E. Morrow BPD (E District)**
**Trpr. Charles Murphy SPT**
**Ofcr. J. Villafranca BSC**
**Ofcr. Joseph W. Walters (SF)**

**BTVA JUDICIAL HEARINGS 1/30/18**
**2:00 pm session**

PRESENT
**Ofcr. Robert L. Danner BPD (SF)**
**Ofcr. Anthony C. Fanara BPD (SF)**
**Ofcr. Thomas J. Harlach BPD (A District)**
**Trpr. Mark Hufnagel SPT**
**OFcr. Benjamin Jobson BPD (D District)**
**Ofcr. Paul M. Lomasney BPD (D District)**
**Trpr. Richard A. Rivenburg, Jr. SPT**
**Ofcr. Lisa L. Wedlake BPD (A District)**
**Trpr. Jay R. Welsted SPT**

NO-SHOW
**Trpr. William M. Gourlay SPT**
**Trpr  M. Lewandowski SPT**
**Ofcr. Sean W. McCabe BPD (Housing)**
**Lt. Stephen P. Schulz BPD (B District)**
**Det. Chauncey White, III BPD (E District)**

**BTVA JUDICIAL HEARINGS 2/1/18**

**9:30 am session**
PRESENT

0021

COB201069

Trpr.  Joseph F. Krug  SPT
Ofcr  Richard C. Lopez BPD (SF)
Ofcr. Joseph A. Chojnacki, III BPD (SF)


NO-SHOW
Ofcr. Mark J. Alberti/BPD (E Dist)
Ofcr. Terrence Ciszek BPD (HP)
Ofcr. Dennis J. Kessler BPD (A Dist)
Ofcr. Michael N. Martinez BPD (SF)
Ofcr. Adam M. Wigdorski BPD (SF)


2:00 pm session
PRESENT
Lt. James C. O'Donnell BPD (A Dist.)
Ofcr. Lauren M. McDermott BPD (C Dist.)


NO-SHOW
Ofcr. Michael J. Acquino BPD (SF)
Trpr. John R. Clark SPA
Ofcr. Marc S. Jerabek BPD (A Dist.)
Trpr. Randi L. Murphy-Motley SPT

BTVA JUDICIAL HEARINGS 2/6/18
9:30am session
NO-SHOW
Ofcr. Mark Alberti/BPD-E
Ofcr. Joseph A. Chojnacki, III BPD (SF)
Trpr. Christopher M. Campbell/SPA
Trpr. Eric Czarnecki/SPA


BTVA JUDICIAL HEARINGS 2/6/18
2:00pm session

PRESENT:
Ofcr. Richard C. Lopez/BPD-SF
Lt. Michael P. Quinn/BPD-SF


NO-SHOW:
Ofcr. Jimmie Larke, III/BPD-D
Ofcr. Michael N. Martinez/BPD-SF
Ofcr. Adam P. Mielcarek/BPD-E
Ofcr. Charles M. Miller/BPD-HP
Ofcr. Kevin C. Quinn/ BPD-C


BTVA JUDICIAL HEARINGS 2/8/18
9:30 am session
Present:

**0022**

COB201070

Ofcr. Anthony J. Dagostino/BPD-C
Ofcr. Debra D. Strobele/BPD-SF

NO-SHOW
Ofcr. Zarchary Burgess/BPD-D (DEATH IN FAMILY)
Ofcr. Obed Casillas/ BPD-D
Ofcr. Donna A. Donovan/ BPD-C
Trpr. Matthew R. Michalski-SPA
Ofcr. Russell R. Sullivan /BPD-C

BTVA JUDICIAL HEARINGS 2/8/18
2:00 pm session

Present:
Ofcr: Jake J.GIARRANO  BPD-A
Ofcr: Michael J. HEALY  BPD A District
Ofcr: Kenneth HERBERGER  BSC
Ofcr: Paul M. LOMASNEY  BPD D District
Ofcr: Darren J. MCDUFFIE  BPD Strike Force
Trpr. Lindsay A. STEPHENSON  SP Troop A
Ofcr: Aaron TORGALSKI  BPD B District

NO-SHOW:
Det.  Keith S.FITZNER  BPD B District
Ofcr. Virgilio GONZALEZ  BPD A District
Ofcr. Mark C. HAMILTON  BPD Strike Force
Ofcr:  Andrea L. MEEGAN  BPD D District
Trpr. James M. SCANLON  SPA Troop A
Ofcr. Steve E. SIERK  BPD C District
Trpr. Kevin J. STURMER  SPA Troop A
Trpr. Jason  Williams  SPT Troop T

BTVA JUDICIAL HEARINGS 2/9/18
9:30 AM
Present:
Deputy Braun, Matthew/ ECS
Officer Jared M. Domaracki/BPD-HP

NO-SHOW:
Deputy Bartholomew, John T/ ECS
Trooper Betker Jr, John G / SPA
Trooper Brackett, Justin A/ SPA
Officer Bridge, Kevin M/ BPD-D
Trooper Daugherty, Shaun T/ SPT

0023

COB201071

Sergeant Kaderli, E/ ECS
Officer Mielcarek, Adam P/ BPD-C
Officer Slawek, Mark/ BPD-A

**BTVA JUDICIAL HEARINGS 2/9/18**
**2:00 PM**
**PRESENT:**
Officer Bauer, Christopher M/ BPD-D
Officer Bauer, Michael J/ BPD-HP
Officer Carter, Keith A/ BPD-B
Officer Rodriguez, Omar/ BPD-HP

NO-SHOW:
Detective Acquino, Michael J/ BPD-SF
Officer Coco, Hector W/ BPD-D
Officer Norwood Jr, Michael J/ BPD-HP
Officer Pitts II, Bradford I/ BPD-SF
Officer Rodriguez, David/ BPD-Traffic

**BTVA JUDICIAL HEARINGS 2/13/18**
**9:30 AM**
**PRESENT**

Lt. Delong, Michael/BPD-B
Trpr. Kenneth Filipski/ SPT
Ofcr. Latasha Howard/ BPD-SF
Lt. Melinda Jones/BPD-E
Trpr. Robert F. Murtha/SPA
Ofcr. John Petricca/BPD-AIU
Deputy Christopher Soluri/ECS

NO-SHOW
Ofcr. Kyma Dickinson/BPD-A
Trpr. Sherron Jones/SPT
Ofcr. Timothy O'Neill/BPD-Traffic
Ofcr. Ab J. Patterson/BPD-C
Trpr. Sean P.Pierce-SPA
Trpr. Brian Rhoney/SPT
Trpr. Christopher Sullivan/SPA
Ofcr. Jennifer Whitaker/BPD-JTTF  (A) VACATION

**BTVA JUDICIAL HEARINGS 2/13/18**
**2:00PM**
**PRESENT**

**0024**

COB201072

Ofcr. Mark J. Alberti/ BPD-E
Ofcr. Elizabeth A. Baker/BPD-B
Ofcr. Joseph A. Chojnacki/BPD-SF
Trpr. Shaun T. Daugherty/ SPT
Ofcr. Michael J. Healy/BPD-A
Ofcr. Rachel Kingston/NFTA (now WSeneca PD)
Trpr. Jason P. Kuzdzal/SPT
Ofcr. Lyana M. Luciano/BPD-E

NO-SHOW

Trpr. Stacey A. Aguar/SPA
Trpr. Gregory E. Egloff/ SPA
Det. David T. Santana /BPD-C (FAMILY ILLNESS)


**BTVA JUDICIAL HEARINGS 2/15/18**
**9:30 AM**

Ofcr. Christopher Fields/BPD-SF
Trpr. Michael J. Niezgoda/SPA
Ofcr. Kelvin L. Sharpe/BPD-HP
Ofcr. Corey Specht/UB
Ofcr. Debra Strobele/BPD-SF
Ofcr. James Urbanski/ BSC
Ofcr. Jessica Villafranca/BSC, (NOW CAPUTI)
Det. Chauncey White,III/BPD-E NO NOTES

NO-SHOW
9:30
Ofcr. Charles M. Miller/BPD-HP
Trpr. Randi Murphy-Motley/SPT


**BTVA JUDICIAL HEARINGS 2/15/18**
**2:00 pm**

Ofcr. Michael J. Bauer/BPD-HP
Ofcr. Keith C. Beam/BPD-E – NO NOTES
Trpr. Christopher T/ Castellani/SPA
Ofcr. Scott R. Culver/BPD-SF
Ofcr. Peter Miller/BPD-E

NO-SHOW
2:00 PM
Ofcr. Mohammad F. Abdallah/BPD-D
Ofcr. Michael A. Adams/BPD-A
Ofcr. Kenneth Agee/BPD-HP
Ofcr. Cameron M. Boice/BPD-D

COB201073

**Ofcr. Darren McDuffie/BPD-SF**
**Ofcr. Steve E. Sierk/BPD-C**

CANCELLED APPEARANCES
**Ofcr. Peter J. Goretti/BPD-B- CANCELLED (PLEAS)**
**Trpr. Nicholas P. Keil/ SPT-CANCELLED (PLEAS)**


**BTVA JUDICIAL HEARINGS 2/23/18**
**9:30 am**

PRESENT
**Ofcr. Terrell Bolden/BPD-D**
**Ofcr. Edward Helling /BSC**
**Ofcr. Charles Miller/ BPD-HP**
**Det. Joseph Nigro/BPD-D**
**Lt. Michael R. Walker/BPD-B** – NO NOTES

NO-SHOW
**Ofcr. Mark Alberti/BPD-E**
**Trpr. Jacob Opala/SPA**
**Trpr. Marc Peters/SPT**
**Ofcr. Thomas G. Zak/ BPD-C**
**KOCIENIEWSKI / Buff State**


**BTVA JUDICIAL HEARINGS 3/1/18**
**9:30 AM**
PRESENT:
**Ofcr. Richard Cruz/ BPD-D**
**Ofcr. Robert L. Danner/BPD-SF**
**Ofcr. Eric Fuller/BPD-E - NO NOTES**
**Ofcr. Sean Godios/BPD-C**
**Ofcr. Michael J. Healy/BPD-A**
**Ofcr. Joseph Petronella/BPD-C**
**Ofcr. Marie Schreckenberger/BPD-AIU**
**Ofcr. Charles J. Skipper/ BPD-SF**
**Ofcr. Joseph W. Walters/ BPD-SF**

NO-SHOW
**Ofcr. John F. Beyer/ BPD- HP**
**Trpr. Andrew Birtch/ SPA**
**Ofcr. Jared Domaracki/BPD-HP – ADJ AHEAD OF TIME**
**Ofcr. Brian O. Griffin/BPD-E**
**Ofcr. Jon P. Weber/BPD-C**
**Trpr. Keith N. Wesolowski / SPA**
**Ofcr. Andrew Whiteford/BPD-HP**


**0026**

COB201074

**BTVA JUDICIAL HEARINGS 3/1/18**
**2:00 PM**
PRESENT
**Trpr. Jeffrey M. McDonald/SPT**- NO NOTES
**Ofcr. Patrick J. McDonald/ BPD-E**
**Ofcr. Patrick J. Meegan/BPD-B**
**Ofcr. Robert J. Mercurio/BPD-D**
**Ofcr. Majed S. Ottman / BPD-**

NO-SHOW
**Ofcr. Marc S. Jerabek/BPD-A**
**Trpr. Michelle Lewandowski/SPT**
**Trpr. Erik Lipassaar/ SPT**
**Ofcr. Michael N. Martinez/ BPD-SF**
**Ofcr. Patrick M. McDonald/BPD-A**
**Ofcr. Shawn McDonell/NFTA**
**Trpr. Matthew R. Michalski /SPA**
**Ofcr. Michael J. Norwood, JR. / BPD-HP**
**Ofcr. Davon N. Ottey/BPD-**
**Ofcr. Bradford I. Pitts, III/BPD-SF**
**Trpr. Stephen J. Przystal/ SPA**
**Ofcr. Eric Radder/ SUB**
**Trpr. Raichel J. Derek/ SPA**
**Ofcr. Maxwell Ravenell/ BSC**

**BTVA JUDICIAL HEARINGS 3/5/18**
**9:30 am**
PRESENT:
Ofcr. Dennis J. Kessler/BPD-A
Trpr. Joseph F. Krug/SPT
Ofcr. Richard C. Lopez/ BPD-SF
Ofcr. Lauren M. McDermott/BPD-C
Trpr. Robert F. Murtha/SPA
Trpr. Michael J. Niezgoda, Jr. /SPA
Ofcr. Kelvin L. Sharpe/ BPD-HP
Ofcr. Joseph W. Walters/BPD-SF
Ofcr. Chancey White, III/BPD-E

**NO-SHOW**
Trpr. Jay R. Welsted /SPT
Ofcr. Adam M. Wigdorski /BPD-SF

**BTVA JUDICIAL HEARINGS 3/5/18**
**10:30 AM**
PRESENT

**0027**

COB201075

Ofcr. Richard D. Cruz/ BPD-D
Ofcr. Dustin L. Johnson, Sr. /BPD- NO NOTES

NO-SHOW
Ofcr. Terrance M. Ciszek /BPD-HP
Trpr. Jayson H. Colvin/ SPA
Lt. Mark J. Cyrek /BPD-E
Ofcr. Robert J. Fleschow, III/ BPD-A
Trpr. Cameron T. Hicks/ SPA
OFcr. William T. Hoffstetter/BPD-C

CANCELLED APPEARANCE
Ofcr. Donna A. Donovan/ BPD-C – SICK CHILD

**BTVA JUDICIAL HEARINGS 3/5/18**
**2:00 pm**
PRESENT

**BANNISTER, JOHN, R., OFCR. /BPD-A**

**PETRONELLA, JOSEPH, A., OFCR. /BPD-C**

**RAVENELL, MAXWELL, OFCR. / BSC** – NO NOTES

**VIDAL, ANNIEL,J.,OFCR./ BPD-HP**

NO-SHOW

**CLIFFORD, CHARLES J., OFCR. /BPD-A**

**HYDE, ADAM, L., TRPR. / SPA**

**JERABEK, MARC, S., OFCR. / BPD-A**

**KEIL, NICHOLAS P., TRPR/ SPT**

**MCDONALD, PATRICK, J., OFCR. / BPD-A**

**MOORE, BRANDON, P., TRPR/ SPA**

**SHEA, ANDREW, J.,OFCR./BPD-C**

CANCELLED APPEARANCES

**SMITH, JENNIFER, M., TRPR. / SPA- C/A- only case took a plea**
**LAFALCE, KEITH, OFCR. /BPD-AIU – DENTAL EMERGENCY**
**URBANSKI, JAMES, OFCR. / BSC- VACATION**

**BTVA JUDICIAL HEARINGS 3/5/18**
**3:00 PM**
PRESENT

**CAVALLERI, SAMUEL, OFCR. / SUB**

**DANNER, ROBERT, L., OFCR. / BPD-SF**

**HURST, MARC, OFCR. /BPD-B**

**SLAWEK, MARK, OFCR. / BPD-A**

**0028**

COB201076

**NO-SHOW**

**KASNIAK, LEONARD, A., TRPR. / SPT**

**LUCIANO, LYANA, M., OFCR. /BPD-E**

**RELOSKY, MICHAEL, P., TRPR. / SPT**

**BTVA JUDICIAL HEARINGS 3/6/18**
**9:30AM**

PRESENT

ANDERSON, ANDREA, A.,OFCR. / BPD-D
BENNETT, AARON, J., OFCR. /BPD-C
KUEBLER, MAVOURNEEN, B., OFCR. /BPD- NOW CREAHAN
MEINCKE, MATTHEW, D., TRPR. /SPA
MORELAND, WILLARD, LT. / BSC
PAWLOWSKI, CHRISTOPHER, TRPR. /SPT
SCHAFER, CHRISTOPHER, J., OFCR. /BPD-B
WHITAKER, JENNIFER, D., DET. /BPD-JTTF

NO-SHOW

ARCANGEL, III, RICHARD, M., TRPR. /SPT
HARRINGTON, RAYMOND, OFCR. /BPD-E
KASNIAK, LEAONARD, A., TRPR. /SPT
MOORE, BRANDON, P., TRPR. /SPA
MORGAN, DAVID, J., TRPR. /SPA
ROSE, DERRICK, TRPR. /SPT
WALTERS, JEFFREY, OFCR. / SUB- NOW A NF OFCR.
SOLOURI, CHRISTOPHER, DEPUTY/ ECS

CANCELLED APPEARANCES
FANARA, ANTHONY C., DET. /BPD-SF – ON MILITARY LEAVE
MILLER, CHARLES, M., OFCR. /BPD-HP- INVOLVED IN FUNERAL OF CAPTAIN

**BTVA JUDICIAL HEARINGS 3/6/18**
**2:00PM**
PRESENT

HY, RICHARD, N., OFCR. / BPD-SF
KRUG, NICOLE, D., OFCR. / BPD-D
MCLEAN, GEORGE, P., LT./ BPD-SF
RODRIGUEZ, OMAR, OFCR., -HP
WELSTED, JAY, R., TRPR. /SPT

NO-SHOW

ACQUINO, JOSEPH, B., OFCR. /BPD-HP
BARRY, CHAD, P., TRPR. /SPA
BATTAGLIA, JOSEPH, TRPR.., /SPA
CASILLAS. OBED, OFCR. /BPD-D
GAINEY, JAMES, TRPR. /SPT
LOPEZ, JOHN, A., OFCR. / BPD-A
RELOSKY, MICHAEL, P., TRPR. / SPT
TEDESCO, JUSTIN, P.  OFCR./ BPD-HP
WHELAN, THOMAS, R., LT., / BPD-SF

CANCELLED APPEARANCES
CULVER, SCOTT, R., OFCR. /BPD-SF - CONTACTED AGENCY →COURT CONFLICT

**JUDICIAL BTVA HEARINGS 3/9/18**

**0029**

COB201077

<u>9:30 am</u>

<u>PRESENT</u>
Thomas, Robbin, M., Lt. /BPD – C
Nigro, Anthony, Trpr. / SPT


**JUDICIAL BTVA HEARINGS 3/9/18**
<u>2:00 pm</u>
<u>PRESENT</u>
BURGESS, DANIEL, A., TRPR. / SPA
 HARLACH, THOMAS, J., OFCR. / BPD-A
 HEALY, MICHAEL, J., OFCR. / BPD-A
 MICHALSKI, MATTHEW, TRPR. / SPA
 MILLER, CHARLES, M., OFCR. / BPD-E
 MILLER, PETER, J., OFCR/ BPD-E
 ROBINSON, WILLIAM, OFCR. / BPD-HP
 ZSIROS, JUSTIN, L., OFCR. / BPD-B

 NO-SHOW
 ALBERTI, MARK, J. OFCR. / BPD-E
 PAPISZ, BOHDAN, OFCR. / BPD-C
 REESE, JAMES. T.,OFCR./ BPD-A
 REZABEK, JR., WILLIAM, J., OFCR. / BPD-C
 SPENCER, JOHN, P., TRPR/ SPA
 SZYMBORWSKI, CHARLES, OFCR. / NFT
 TRIPP, COURTNEY, A., DET. / BPD-E
 WILLIAMS, JASON, TRPR. / SPT

<u>CANCELLED APPEARANCES</u>
 BOICE, PATRICK, D., OFCR. /BPD-C CALLED AHEAD →COURT CONFLICT


**BTVA JUDICIAL HEARINGS 3/23/18**
<u>9:30 am</u>

<u>PRESENT:</u>

 CASILLAS, OBED, D., OFCR/BPD/D
 HEALY, MICHAEL, J., OFCR. / BPD-A
 MILLER, CHARLES, M., OFCR. /BPD-HP
 OBRYAN, MICHAEL, D., TRPR/ SPA
 RAVENELL, MAXWELL, OFCR./  BSC
 SCHRECKENBERGER, MARIE, OFCR/ BPD-AIU
 TURKASZ, CHRISTOPHER, OFCR. /BSC

 <u>NO-SHOW:</u>
 AGEE, KENNETH, JR., OFCR. / BPD-HP
 DONOVAN, DONNA, OFCR. /BPD-C
 GONZALEZ, VIRGILIO, OFCR. /BPD-A
 NESCI, NICHOLAS, OFCR. / NFT
 NORWOOD. JR, MICHAEL, J., OFCR. / BPD-HP
 RAVENELL, MAXWELL, OFCR.  BSC
 SLAWEK, MARK, OFCR. / BPD-A
 STROBELE, DEBRA, A., OFCR. / BPD-SF
 STURMER, KEVIN, TRPR. / SPA

COB201078

CANCELLED APPEARANCES
PRZYSTAL, STEPHEN, J., TRPR/ SPA - IOD
ROBINSON, WILLIAM, OFCR. / BPD-HP **Court Conflict**


**BTVA JUDICIAL HEARINGS 3/23/18**
**2:00 pm**

PRESENT:

 BENCE, JOELLE, OFCR. / BPD-B
 BRIDGETT, CHRISTOPHER, D., OFCR. / BPD-B  **NO NOTES ON ANY CASES (both 2018 stops)**
 BURGESS, DANIEL, A., TRPR. / SPA
 BURKE, JORDAN, M., OFCR. / BPD-B **NO NOTES ON CASE (2018 stop)**
 CELMER, JOSEPH, B., TRPR. / SPT
 GONZALEZ, VIRGILIO, A., OFCR. / BPD-A
 MCCLAIN, ASHUNTI, D., OFCR. / BPD-C
 MOFFETT, ANDREW, T., OFCR. / BPD-C
 TORGALSKI, AARON, M., OFCR. / BPD-B **NO NOTES ON CASE (2015 stop)**
 WHITE III, CHAUNCEY, OFCR. / BPD-E
 ZAK, THOMAS, G., OFCR. / BPD-C **NO NOTES ON ANY CASES (all 2017 stops)**

**NO-SHOW**
CZARNECKI, ERIK, M., TRPR/ SPT
DICKINSON, KYMA, J., OFCR. / BPD-A
DINDERSKI, AARON, OFCR. / NFTA
HELLING, EDWARD, OFCR. / BSC
MCCABE, SEAN, W., OFCR. /BPD-HP
SCHULZ, STEPHEN, P., LT. / BPD-B
WHITEFORD, ANDREW, J., OFCR. / BPD-HP
WIGDORSKI, ADAM, M., OFCR. / BPD-SF


CANCELLED APPEARANCES
DALTON, SHAWN, PO/NFTA


**BTVA JUDICIAL HEARINGS 4/20/18**
**9:30 AM**
PRESENT

 BAUER, MICHAEL, J., OFCR / BPD-HP
 CHOJNACKI, JOSEPH, A, OFCR / BPD-T
 LOPEZ, RICHARD C.,OFCR./ BPD-HP
 WHITE III, CHAUNCEY, OFCR. / BPD-E


**NO-SHOW**
CASILLAS, OBED, OFCR. / BPD-D
CLARK, JOHN, D. TRPR. / SPA
JUENKER, CHAD D., TRPR. / SPT

0031

COB201079

PETRONELLA, JOSEPH, OFCR. / BPD-B

**BTVA JUDICIAL HEARINGS 4/20/18**
**10:30 AM**
PRESENT


HALLIGAN, COURTNEY, OFCR. / BPD-D
HEALY, MICHAEL, J., OFCR,/ BPD-A
MEEGAN, ANDREA, L., OFCR. / BPD-D
ZAK, THOMAS, G., OFCR. / BPD-T

**NO-SHOW**
CIERNIAK LAUREN, A., OFCR. / BPD-B
FITZNER, KEITH, S., DET. / BPD-C
FITZPATRICK, PAUL, E., OFCR. / BPD-E
QUINN, MCHAEL, P., LT. / BPD-T

**BTVA JUDICIAL HEARINGS 4/20/18**
**2:00 PM**
PRESENT

BORCZYNSKI, AARON M., OFCR./ BPD-E
 DAGOSTINO, ANTHONY, OFCR. / BDP-C
 DAUGHERTY, SHAUN, TRPR. / SPT
 DAVIDSON, JOHN, M., OFCR. / BPD-C
 DRESSLER, ZACHARY, J., OFCR. / BPD-B
 HUFNAGEL, MARK, J., TRPR. / SPT
 LENHARDT, CHRISTOPHER, C., OFCR. / BPD-E
 MUHAMMAD, Jr., LARRY, OFCR. / BPD-D

EXCUSED
CHANEY, COLONEL / BPD - RETIRED

**NO-SHOW**
CZARNECKI, ERIK, TRPR. /SPT
EGLOFF, GREGORY, E., TRPR. / SPA
HAYASHI, JULIAN, A., OFCR. / BPD-C
LEN, JAMES, L. Jr., TRPR. / SPA
REZABEK, Jr., WILLIAM, J., OFCR./  BPD-C
ROSE, DERRICK, V., TRPR. / SPT




**BTVA JUDICIAL HEARINGS 4/20/18**
**3:00 PM**

PRESENT


KEENAN, COLIN, P., OFCR. / BPD-A
MURPHY, KEVIN, OFCR. /BPD-E
MICHALSKI, MATTHEW, R., TRPR. / SPA

COB201080

QUINN, KEVIN, C., OFCR. /BPD-C

**NO-SHOW**
HYDE, ADAM, L., TRPR. / SPA
JONES, SHERRON, TRPR. /SPT
KELLEY, JOHN, H., OFCR/ BPD-B
NAGY, BRIAN, A., OFCR. / BPD-C
PETERS, JASON, TRPR. / SPT
PITTS II, BRADFORD, I., OFCR. / BPD-SRO

**BTVA JUDICIAL HEARINGS 4/24/18**
**9:30 AM**
PRESENT

CAMPBELL, BENJAMIN, J., TRPR. /SPA
FLETCHER, ROBERT, PO/BSC
HEIDINGER, JASON, C. PO/BPD-T
MANGIONE, VINCENT, J., TRPR. /SPA
MCCLAIN, ASHUNTI, A., OFCR. / BPD-A
OBRYAN, MICHAEL, D., TRPR. /SPA
OTTMAN, MAJED, S., OFCR. /BPD-A
ROETZER, BRYAN, PO/ BSC
SHARPE, KELVIN, L., OCR. /BPD-HP
SLAWEK, MARK, OFCR. /BPD-TRK SQ
TAYLOR, MATTHEW, OFCR. /BSC
URBANSKI, JAMES, OFCR. / BSC
VILLAFRANCA (CAPUTI), JESSICA ,OFCR.-BSC

**NO-SHOW**
COLVIN, JAYSON, H., TRPR. /SPA
MCDERMOTT, LAUREN, M., OFCR. /BPD-C
MCDUFFIE, DARREN, J., OFCR. / BPD-C
OPALA, JACOB, R., TRPR. / SPA
SPENCER, JOHN, P., TRPR/SPA
STURMER, KEVIN, J., TRPR/SPA
WILLIAMS, JASON, A., TRPR. / SPT

ADJOURNED
WIGDORSKI, ADAM, M., OFCR. / BPD-B

**BTVA JUDICIAL HEARINGS 4/24/18**
**2:00 PM**
PRESENT

ABDALLAH, MOHAMMAD, F, PO. /B-D
BEAM, KEITH, C., PO/B-E
BLESY, SCOTT, A., CPTN. /BPD-E
DISARNO, KATHLEEN M., PO/BPD-A
FILIPSKI, KENNETH, TRPR. /SPT
HARVEY, GUY, OFCR. / SUB
KUZDZAL, JASON, TRPR. /SPT

**0033**

COB201081

LEWANDOWSKI, MICHELLE, TRPR. /SPT
RAVENELL, MAXWELL, PO/BSC
SOLURI, CHRIS, DEPUTY/ ECS
STURMER, KEVIN, TRPR. /SPA

<u>NO-SHOW</u>
CACCIATORE, NICHOLAS, OFC. /NFTA
CHRISTIAN, T, DEPUTY / ECS
COULOMBE, T., DEPUTY/ ECS
DALTON, SHAWN, OFCR. /NFTA
DEWEY, THOMAS, OFCR. /NFTA
FIELDS, CHRISTOPHER P., PO/BPD-B
JOHNSON, Sr., DUSTIN L., PO /BPD-D
JUSTINGER, ELLIOTT, OFCR. / NFTA
KOCIENIEWSI, MICHAEL, PO/BSC
MALICAN, WILLIAM, DEPUTY/ECS
ODONNELL, JAMES C, LT. /BPD-A
SIERK, STEVE E., PO/BPD-C
SPEYER, ANDREW, OFCR. / NFTA

<u>EXCUSED</u>
FALLON, SHAUN P., TRPR. /SPA - ADJOURNED
RODRIGUEZ, OMAR, PO/BPD-H- VAC.
RODRIGUEZ, DAVID, PO/BPD-H - PLEA
SZYMBRORWSKI, CHARLES, OFCR. / NFTA – DRS. APPT.

<u>BTVA JUDICIAL HEARINGS 4/26/18</u>
<u>9:30 am</u>
<u>PRESENT</u>

HEIDINGER, ROBERT G., PO/BPD-T
KRAWCZYK, JAMES M., TRPR. / SPA
NORWOOD, JR., MICHAEL, PO/ BPD-H
RELOSKY, MICHAEL P., TRPR. / SPT
SKIPPER, CHARLES, J., PO/ BPD-T

<u>NO-SHOW</u>
BOICE, CAMERON M., PO/ BPD-D
HASSETT, JOSEPH, R., PO/ BPD-H
HOWARD, LATASHA E., PO/ BPD-H

SANTANA, DAVID, T., PO/ BPD-C
SHENEFIEL, RANDALL, A., TRPR. /SPT
SKALSKI, NICHOLAS C., PO/ BPD-C

<u>EXCUSED</u>
LOPEZ, RICHARD C., PO/ BPD-H - VACATION

COB201082

HAMILTON, MARK, C., PO/ BPD-SRO – COUNTY COURT CONFLICT
STROBELE, DEBRA A., PO/ BPD-T - RETIRED


**BTVA JUDICIAL HEARINGS 4/26/18**
2:00PM
PRESENT


ALBERTI, MARK J., PO/ BPD-E  (LATE)
BOLDEN, TERRELL A., PO/ BPD-D
BURGESS, DANIEL A., TRPR/ SPA
BYRD, EDWARD L., PO/ BPD-E
KINDZIERSKI, KEVIN P., PO/BPD-E
MILLER, PETER J., PO/ BPD-E
PAWLOWSKI, CHRISTOPHER, TRPR. / SPT
VIDAL, ANNIEL J., PO/ BPD-H


**NO-SHOW**
BEYER, JOHN F., PO/ BPD-B
LAFALCE, KEITH S., PO/ BPD-T
MCCABE, SEAN W., PO/ BPD-H
MOORE, BRANDON P., TRPR. / SPA
TYSON, JOSEPH T., PO/ BPD-B


EXCUSED
ANDO, ERIC, TRPR/ SPT – cancelled appearance due to plea

**BTVA JUDICIAL HEARINGS 4/27/18**
 9:30AM
PRESENT


CHOJNACKI, JOSEPH A., PO/BPD-T
MICHALSKI, MATTHEW R., TRPR. /SPA
NIEZGODA, JR., MICHAEL J., TRPR. /SPA
NIGRO, ANTHONY, TRPR. /SPT
PETRONELLA, JOSEPH A., PO /BPD-B


**NO-SHOW**
KASNIAK, LEONARD, TRPR /SPT
KEIL, NICHOLAS, P., TRPR. /SPT


Cancelled Appearance
KRUG, JOSEPH F., TRPR. /SPT - due to training
LEDWIN, JOSEPH F., PO/BPD-E – COUNTY COURT CONFLICT

**BTVA JUDICIAL HEARINGS 4/27/18**
10:30 AM

PRESENT

**0035**

COB201083

**NO-SHOW**
CULLEN, CHAD M., PO /BPD-D
DELONG, MICHAEL A., LT. /BPD-B
ESPINOSA, CORY M., PO /BPD-B
FEENEY, THOMAS P., PO/BPD-B
MONTES, FERDINAND, PO /BPD-B

Cancelled Appearance
CLIFFORD, CHARLES A., PO /BPD-A -Adjourned


**BTVA JUDICIAL HEARINGS 05/01/18**
**9:30 am**
PRESENT
DANNER, ROBERT L., DET. /BPD-A
RAY, ALEXANDER F., TRPR. /SPA


**NO-SHOW**
AGEE, JR., KENNETH, DT. /BPD-IU
AGUIAR, STACEY, TRPR. /SPA
BOICE, PATRICK D., PO/BPD-C
CASTELLANI, CHRISTOPHER T., TRPR. /SPA
HARRINGTON, RAYMOND, PO/BPD-T
MACY, WILLIAM C., LT. /BPD-CCB
MCCABE, SHAWN P., PO/ BPD-E
MIELCAREK, ADAM P., PO/BPD-C
MURTHA, ROBERT F., TRPR. /SPA
PRZYSTAL, STEPHEN J., TRPR. /SPA


CANCELLED APPEARANCES
JERABEK, MARC S., PO/ BPD-A – motorist adjourned

**BTVA JUDICIAL HEARINGS 05/01/18**
2:00 pm
PRESENT
BEYER, AMBER M.CAPT. / BPD-B
CULVER, SCOTT R., PO/ BPD-A
JAMES, THOMAS W., PO/ BPD-D
MALONEY, CHAD, PO/ BPD-B
PIETRZAK, JONATHAN D., LT. / BPD-E


**NO-SHOW**
BARREN, BRENDAN M., PO/ BPD-E
CRUZ, RICHARD S., PO/ BPD-D
DELANEY, ROBERT J., PO/ BPD-T
FERA, DEANNA E., PO/ BPD-E

**0036**

COB201084

FERRUCCI, CARRISA L., PO/ BPD-B
HY, RICHARD N., PO/ BPD-E
ROGOWSKI, MARCUS, LT. / BPD-RC
SHEA, ANDREW J., PO/ BPD-C

CANCELLED APPEARANCES
CATON, PAULA M., TRPR/ SPA – C/A due to plea
GELLMAN, KRISTEN, PO/ BSC - vacation
PAPISZ, BOHDAN, PO/ BPD-C – tkt. dismissed by prosecutor
SALAMONE, ROBERT C., PO/ BPD-B – Voided ticket
LIS, WILLIAM C., PO/ BPD-D – C/A due to plea

**BTVA JUDICIAL HEARINGS 05/03/18**
**9:30am**

PRESENT
AMBELLAN, MARK D. /BPD-C
CELMER, JOSEPH B., TRPR. /SPA
DAIGLER, ERIC, J., TRPR. /SPA
HARLACH, THOMAS J., PO/BPD-A
HEALY, MICHAEL J., PO/BPD-A
SULLIVAN, CHRISTOPHER B., TRPR. / SPA

**NO-SHOW**
CISZEK, TERRANCE M., /BPD-H
ESQUILLIN (Schultz), LUCIA C., DET., /BPD-B
SCHEU, MICHAEL C., PO/BPD-C
WHITE III, CHAUNCEY/BPD-E

CANCELLED APPEARANCES
BRACKETT, JUSTIN A., TRPR. /SPA –motorist paid
CREAHAN, MAVOURNEEN B., PO/BPD-D – responding to priority 1 call

**BTVA JUDICIAL HEARINGS 05/03/18**
**10:00 am**
PRESENT
BRIGGS, LAWRENCE L., PO/BPD-E
COCO, HECTOR W., PO/BPD-D
LARKE III, JIMMIE, PO/BPD-D
SCHERER, JR., JAMES A., PO/BPD-A

**NO-SHOW**
AMOIA, ASHLEE M., PO/BPD-B
KENYON, FELISHA M., PO/BPD-D
LUCIANO, LYANA M., PO/BPD-E
MAYES, THOMAS R., LT. /BPD-E
SWAGGARD, MARK A, LT,. /BPD-A

CANCELLED APPEARANCES

**0037**

COB201085

BARLOW, KATELYNN S., PO/BPD-E – C/A D-P
PALIZAY, MICHAEL J., LT/BPD-B C/A – IN TRAINING

**BTVA JUDICIAL HEARINGS 05/03/18**
2:00pm

PRESENT
ADAMS, MICHAEL A., PO/BPD-A
BAKER, PATATRICK J., LT. /BPD-B
BRITZZALAR, JOHN F., PO /BPD-A
ROBINSON, WILLIAM, PO/BPD-H
SCHRECKENBERGER, MARIE L., PO/BPD-T

**NO-SHOW**
CYREK, MARK J., LT. /BPD-E
DONOVAN, DONNA A., PO/BPD-C
DYCHA, JOHN W., TRPR. /SPA
FOLTS, LON E., PO/BPD-B
HAETTICH, MORGAN M., PO/BPD-B
HOFFSTETTER, WILLIAM T., PO/BPD-C
LOSI, JOHN, PO/BPD-B
REEVES JR, LAMAR, PO/BPD-D
SIRACUSE, VICTORIA L., PO/BPD-ACADEMY
WHITEFORD, ANDREW J., PO/BPD-H

CANCELLED APPEARANCES
BECKER, SCOTT H., PO/BPD-E – motorist adjourned
MCGRATH, LYNN, PO /BPD- Retired
SCHULTZ, KARL B., PO/BPD-B – RESCHEDULED
SIMONIAN, JOHN J., PO/BPD- ACADEMY- motorist took plea.

**BTVA JUDICIAL HEARINGS 05/04/18**
**9:30 am**

PRESENT
ARCANGEL, III, RICHARD M.,TRPR./SPT
BRENNAN, DEREK P., PO/BPD-C
GAINEY, JAMES D., TRPR. /SPT
LAUN, MICHAEL P., PO/BPD-D
MEINCKE, MATTHEW D., TRPR. /SPA
MICHALSKI, MATTHEW R., TRPR. /SPA
NIGRELLI, PETER C., LT. /BPD-C
RIVERA, JOSE M., PO/BPD-D
WALTERS, JOSEPH W., PO/BPD-T

**NO-SHOW**

**0038**

COB201086

FANARA, ANTONY C., DET. /BPD-B
HOSKING, JAMES D., LT. /BPD-E
KESSLER, DENNIS J., PO/BPD-A
LARK, RICKY V., LT., /BPD-D
MARTINEZ, MICHAEL N., PO/BPD-T
MURPHY-MOTLEY, RANDI L, TRPR. /SPT
PETERS, MARC A., TRPR. /SPT

CANCELLED APPEARANCES
WHELAN, THOMAS R., LT/BPD-COMM OFC – Injured on Duty

**BTVA JUDICIAL HEARINGS 05/04/18**
**2:00pm**
PRESENT
MCDONALD, PATRICK J., PO/ BPD-E
MILLER, CHARLES M., PO/ BPD-H
SANDERS, RYAN M., PO. / BPD-A

**NO-SHOW**
BURGESS, DANIEL, TRPR. / SPA
BURGESS ZACKARY A., PO/BPD-D  - CALLED AHEAD, SICK CHILD
DOMARACKI, JARED M., PO/ BPD-H-CALLED AHEAD, PERSONAL
HADSALL, RYAN E., TRPR. /SPA
HAEN, SEAN P., TRPR/ SPA
MCDONALD, PATRICK M., PO/ BPD-A
QUINN, MICHAEL P., LT. / BPD-T
STEPHENSON, LINDSEY A., TRPR. / SPA

**BTVA JUDICIAL HEARINGS 5/8/18**
**9:30 am**

PRESENT
MCDONALD, PATRICK J., PO/BPD-E
PETRONELLA, JOSEPH A., PO/BPD-B
RODRIGUEZ, OMAR, PO / BPD-B
SHARPE II, KELVIN L., PO / BPD-H

**NO-SHOW**
CLIFFORD, CHARLES A., PO /BPD-A
STURMER, KEVIN J., TRPR. / SPA
TORGALSKI, AARON M., PO/ BPD-B

CANCELLED APPEARANCES
LOPEZ, RICHARD C., PO/ BPD-H – Honor Guard Duty

**BTVA JUDICIAL HEARINGS 5/8/18**
**10:30AM**

PRESENT

**0039**

COB201087

CAVALLERI, SAMUEL, PO / SUB
KENNEDY, KEVIN, M., PO / BPD-T/AIU
MCKNIGHT, CALVIS X., PO / BPD-E
PEPI, BRUCE, PO/ SUB

**NO-SHOW**
DELONG, MICHAEL A., LT./ BPD-B
SZYMBORSKI, CHARLES, PO / NFT
TURKASZ, CHRISTOPHER, PO /BSC
WAGNER, TIMOTHY W., PO/ BPD-T

**BTVA JUDICIAL HEARINGS 5/8/18**
**2:00PM**

PRESENT
DAUGHERTY, SHAUN T., TRPR. / SPT
JOHNSON Sr., DUSTIN L., PO / B-D - Late
JONES, MELINDA M., LT. / BPD-E
KUZDZAL, JASON P, TRPR. / SPT

**NO-SHOW**
ALBERTI, MARK J., PO / BPD-E
BAUER, MICHAEL J., PO / BPD-H
CLARK, JOHN R., TRPR. / SPA
FALLON, SHAUN P, TRPR. / SPA
KASNIAK, LEONARD A., TRPR. / SPT
LESNIAK, STEPHEN R., PO / BPD-D
MOORE, BRANDON P., TRPR. /SPA

CANCELLED APPEARANCES
ANDO, ERIC A., TRPR. / SPT – motorist took a plea
HUFNAGEL, MARK J., TRPR. / SPT – motorist took plea

**BTVA JUDICIAL HEARINGS 5/8/18**
**2:30PM**
PRESENT
DAVIDSON, JOHN M., PO / BPD-C

**NO-SHOW**
DICKINSON, KYMA J., PO / BPD-A
FIELDS, CHRISTOPHER P., PO / BPD-B
GRIFFIN, BRIAN O., PO / BPD-E
Hall Jr., James M., PO/ BPD-E
MCCABE, SEAN W., PO / BPD-H
MCCLAIN, ASHUNTI D., PO / BPD-C
MILLER, PETER J., PO/ BPD-E

CANCELLED APPEARANCES
GARBACZ, ANTOINETTE M., PO / BPD-T – motorist took plea

**0040**

COB201088

BTVA JUDICIAL HEARINGS 5/15/18
9:30 am
PRESENT
CHOJNACKI, JOSEPH A., PO / BPD-T
ROACH, LASHONDR A, LT./ BPD-D-NO NOTES
SUMMERS, CHRISTOPHER J., PO / BPD-E


**NO-SHOW**
QUINCY, ALEXANDER M., PO /BPD-B
RUTHERFORD, LAMONT D., PO / BPD-C
SKALSKI, NICHOLAS C., PO / BPD-C

CANCELLED APPEARANCES
BOICE, Cameron, PO / BPD-E - RSG
BRITZZALARO, JOHN F., PO / BPD-A- ADJOURNED, COURT CONFLICT

**BTVA JUDICIAL HEARINGS 5/15/18**
**10:30 am**
PRESENT
FLETCHER, ROBER / BSC
MANGIONE, VINCENT J., TRPR. / SPA
NOWAK, EREICA L., PO / BPD-A


**NO-SHOW**
GELLMEN, KRISTEN, PO / BSC
KOCIENIEWSKI, MICHAEL, PO/ BSC
LEWANDOWSKI, MICHELLE A., TRPR. / SPT
PAWLOWSKI, CHRISTOPHER, TRPR./ SPT
SPENCER, JOHN P., TRPR. / SPA
VIDAL, ANNIEL J, PO/ BPD-H


**BTVA JUDICIAL HEARINGS 5/15/18**
**2:00 pm**
PRESENT
LEDWIN, JOSEPH F., PO/BPD-E
PETERS, MARC A., TRPR. / SPT
SCHRECKENBERGER, MARIE L., PO / BPD-T

**NO-SHOW**

CULVER, SCOTT R, OFCR. / BPD-A
MARTINEZ, MICHAEL N., PO/ BPD-T
ROBINSON, WILLIAM, PO / BPD-H



**BTVA JUDICIAL HEARINGS 5/18/18**
9:30 am
PRESENT

0041

COB201089

AVOLIO, ANTHONY M., PO / BPD-D
BEAM, KEITH C., PO / BPD-E
BURGESS, DANIEL, TRPR. / SPA
KRUG, JOSEPH F., TRPR. / SPT
MICHALSKI, MATTHEW R., TRPR/ / SPA
WHITE III, CHAUNCEY, PO / BPD-E

**NO-SHOW**
AGEE, KENNETH J., DET / BPD-INTEL
CASTELLANI, CHRISTOPHER T., TRPR. / SPA
EGLOFF, GREGORY E, TRPR / SPA
ESQUILLIN (Schultz), LUCIA C., DET. /BPD-B
KASNIAK, LEONARD A., TRPR. / SPT
KESSLER, DENNIS J., PO / BPD-A
ZAK, THOMAS G., PO / BPD-T

**BTVA JUDICIAL HEARINGS 5-29-18**
**9:30 am**
PRESENT
HY, RICHARD N., PO / BPD-E
LOPEZ, RICHARD C, PO / BPD-H
LOSI, JOHN M., PO   BPD-B

**NO-SHOW**
MOORE, BRANDON P., TRPR / SPA
NORWOOD. JR, MICHAEL J., PO / BPD-H
ODONNELL, JAMES C., LT. / BPD-A

**BTVA JUDICIAL HEARINGS 5-29-18**
**10:30 am**
PRESENT
CREAHAN, MAVOUREEN B., PO / BPD-D
HEALY, MICHAEL J., PO / BPD-A
LEHNER, JR., MICHAEL J., PO / BPD-C
McMAHON, PATRICK, DEPUTY/ECS
SOLURI, CHRISTOPHER, DEPUTY / ECS
**NO-SHOW**
HAMILTON, MARK C., PO / BPD-SRO
CANCELLED APPEARANCES

LENHARDT, CHRISTOPHER C., / BPD-E- advised not to show due to plea

**BTVA JUDICIAL HEARINGS 5-29-18**
**2:00 pm**
PRESENT

COB201090

CULVER, SCOTT, PO/ BPD- A
MURTHA, ROBERT F., TRPR. / SPA
PALIZAY, MICHAEL J., LT. / BPD- B
QUINCY, ALEXANDER M., PO/ BPD-B
SALAZAR, JACOB P., PO/ BPD-A
SHARPE II, KELVIN C., PO/ B-H
**NO-SHOW**
EGLOFF, GREGORY E., TRPR./  SPA
FIELDS. CHRISTOPHER P. / PO/ BPD-B
MCCLAIN, ASHUNTI D., PO/ BPD-C
PRZYSTAL, STEPHEN J., TRPR. / SPA
STURMER, KEVIN J., TRPR. / SPA
CANCELLED APPEARANCES
SANTANA, DAVID T., PO/BPD-C


**BTVA JUDICIAL HEARINGS 5-31-18**
**9:00 and 10:00**
PRESENT
SLAWEK, MARK, PO / BPD-TR SQ
HALLIGAN, COURTNEY M., PO / B-D
HUFNAGEL, MARK J., TRPR / SPT
SKIPPER, CHARLES, J., PO / BPD-T
**NO-SHOW**
BECKER, SCOTT H., PO / B-E
LOPEZ, JOHN A., PO / BPD-TR SQ
MCDONALD, PATRICK J., PO/B-E
PAWLOWSKI, CHRISTOPHER, TRPR / SPT
WHELAN, THOMAS R., LT. / B- COM OFC.


CANCELLED APPEARANCES
ONEILL, DANIEL, RET.  / BPD
SMALL/ W., RSG.  / BPD


**BTVA JUDICIAL HEARINGS 6-5-18**
**9:30 am**
PRESENT

ANDRZEJAK, MARK P., PO / B-D
CHOJNACKI, JOSEPH A., PO / BPD-T
KOZLOWSKI, ANTHONY R., PO / BPD-E
MUHAMMAD Jr., LARRY, PO / BPD-D
MURTHA, ROBERT, TRPR / SPA
PETRONELLA, JOSESPH A., PO / BPD-B
SIMONIAN, JOHN J., PO / BPD-A
SIRACUSE, VICTORIA, PO / BPD-B
**NO-SHOW**
NESCI, NICHOLAS, PO / NFT
TAYLOR, ELLEN M., PO / BPD-A


**BTVA JUDICIAL HEARINGS 6-5-18**
**10:00am**

COB201091

<u>**NO-SHOW**</u>

ONEILL, DANIEL /BPD- RET
SANTANA, DAVID T., PO/ BPD-C
THOMAS, ROBBIN, M., LT./BPD – C

<u>**BTVA JUDICIAL HEARINGS 6-5-18**</u>
<u>2:00</u>
<u>PRESENT</u>

<u>JERABEK, MARC S., PO / BPD-A</u>


<u>**NO-SHOW**</u>

<u>BRITZZALARO, JOHN F., PO/BPD-A</u>
<u>HOWARD, LATASHA E., PO / BPD-H</u>
<u>HY, RICHARD N. , PO / BPD-E</u>
<u>KRUG, JOSEPH F., TRPR. / SPT</u>
<u>KUHN, R., DEPUTY / ECS</u>
<u>QUINN, MICHAEL P., LT. /BPD-T</u>
<u>STURMER, KEVIN, TRPR.  / SPA</u>
<u>SZYMBORSKI, CHARLES, PO / NFT</u>


<u>**BTVA JUDICIAL HEARINGS 6-5-18**</u>
<u>2:30</u>

<u>**NO-SHOW**</u>

STROBELE, DEBRA, PO / BPD-T - Retired
TRIPP, MARK K.,  RET/ BPD- Retired
TWITTY, CLAYBRONE,  RET / BPD - Retired
WHITENIGHT, JASON R., LT. / BPD-C


<u>**BTVA JUDICIAL HEARINGS 6-12-18**</u>
<u>9:30 am</u>
<u>Present</u>
BEAM, KEITH C., PO/BPD-E
HERBERGER, KENNETH, PO / BSC
URBANSKI, JAMES, PO / BSC
<u>**NO-SHOW**</u>
BEYER, JOHN F., PO/BPD-B
MARTINEZ, MICHAEL N., PO / BPD-T
RAVENELL, MAXWELL, PO/ BSC
ZILLIOX, MARK P., TRPR/SPA


<u>**BTVA JUDICIAL HEARINGS 6-12-18**</u>
<u>10:00 am</u>
<u>Present</u>
BADGER, ARMONDE, PO/BPD-H


<u>**NO-SHOW**</u>

ALBERTI, MARK J., PO / BPD-E

**0044**

COB201092

CISZEK, TERRENCE M., PO/ BPD-H
DIXON, COREY J., PO/BPD-A
HAIRSTON, CURTIS L., PO/ BPD-C

CANCELLED APPEARANCES
CYREK, MARK J., LT./ BPD-E
WHITE III, CHAUNCEY, PO / BPD-E ADJOURNED, TRAINING

**BTVA JUDICIAL HEARINGS 6-12-18**
**2:00**
Present
BAK, SARAH A., PO/BPD-D
MURRAY, HEATHER M., PO/BPD-D
MURTHA, ROBERT F., TRPR /SPA
OLSZEWSKI,ANTHONY, PO /BSC
RODRIGUEZ,DAVID A., PO/BPD-T
RODRIGUEZ, OMAR, PO/BPD-H

**NO-SHOW**
NAGY, BRIAN A., PO/BPD-C
NORWOOD, JR., MICHAEL, PO/BPD-H
WALKER, MICHAEL R., LT., /BPD-T

CANCELLED APPEARANCES
CZARNECKI, ERIK M., TRPR/SPT - PLEA
STEPHENSON, LINDSEY A., TRPR /SPA   - ADJOURNED

**BTVA JUDICIAL HEARINGS 6-15-18 9:30am**
Present
CHOJNACKI, JOSEPH A., PO/BPD-T
NIGRO, IV,  ANTHONY, TRPR.  / SPT
SANDERS, RYAN M., PO/BPD-A

**NO-SHOW**
DAUGHERTY,SHAUN T., TRPR./SPT
DOMARACKI,JARED M., PO/BPD-H
DRESSLER, ZACHARY J., PO/BPD-B
KASNIAK, LEONARD A., TRPR./SPT
KUZDZAL, JASON P.,TRPR/SPT
YANT, NICHOLAS A., PO/BPD-D

**BTVA JUDICIAL HEARINGS 6-15-18 10:00 am**
Present
SPARACINO, ROSEANNE M., PO/BPD-A

**NO-SHOW**
ARCANGEL, III, RICHARD M., TRPR. /SPT

0045

COB201093

BANNISTER, JOHN R., PO/BPD-A
BEYER, JOHN F., PO/B-H-B
BIRNER, AMANDA L., PO/BPD-D
KOCIENIEWSI, MICHAEL, PO/BSC
MILLER, PETER, PO /BPD-D
SHELVAY, JR., CHARLES E., PO/BPD-D
SMITH, ALLEN, PO/BPD-B


**BTVA JUDICIAL HEARINGS 6-15-18 2:00 pm**
**Present**

BYRD, EDWARD L., PO,/BPD-E
ECK, PATRICK L., PO/BPD-E
TRIPP, BRIAN M., PO/BPD-C

**NO-SHOW**
CRUZ, RICHARD S., PO/BPD-D
DONOVAN, DONNA A., PO/BPD-C
FANARA, ANTHONY C., DET/BPD-B
HEALY, MICHAEL J., PO/BPD-A
MIELCAREK, ADAM P., PO/BPD-C
TORGALSKI, AARON M., PO/BPD-B


**BTVA JUDICIAL HEARINGS 6-15-18 2:30 pm**

**Present**
CASILLAS,OBED, PO/BPD-D
LEDWIN, JOSEPH F., PO/BPD-E
NORWOOD, JR., MICHAEL, PO/BPD-H
VARCO, JAMIE A., PO/BPD-D

**NO-SHOW**
AGEE,JR., KENNETH, DET/BPD-INTEL
MILLER, CHARLES M., PO/BPD-H


**BTVA JUDICIAL HEARINGS 6-19-18 9:00am**
**Present**
SLAWEK, MARK, PO/BPD-TSQ
LOPEZ, JOHN A., PO /BPD-T SQ.


**BTVA JUDICIAL HEARINGS 6-19-18 9:30 am**

**Present**

KRAWCZYK, JAMES, M. TRPR/SPA
LOPEZ, RICHARD C., PO/BPD-H
NIEZGODA, MICHAEL A., TRPR/  SPA
SKIPPER, CHARLES J., PO/BPD-T

**0046**

COB201094

**NO-SHOW**
CLARK, JOHN R., TRPR /SPA
COLVIN, JAYSON H., TRPR /SPA

**BTVA JUDICIAL HEARINGS 6-19-18 10:00 am**
Present

CULLEN, CHAD, PO/BPD-D
RAMAGE, EDWARD L., PO/BPD-B

**NO-SHOW**
LARK, RICKY, V., PO / BPD-D
MCDONELL, S., PO / NFTA
MONTEFORTE, ALBERT, PO/ BPD-D
NEAL, JACQUELIN, PO/BDP-A
PAULY, B, DEPUTY /ECS

CANCELLED APPEARANCES
AMOS, DEVONTE, PO /BPD-D –def. took plea
HEIDINGER, JASON C., PO/BPD-AIU

**BTVA JUDICIAL HEARINGS 6-19-18 2:00 pm**
Present

HY, RICHARD N., PO/BPD-E
LAFALCE, KEITH, PO/BPD-AIU

**NO-SHOW**
AMOIA, ASHLEY M., PO/BPD-B
MACY, WILLIAM C., LT., /BPD-CCB
MCDUFFIE, DARREN J., PO/BPD-C
OLEJNICZAK, THOMAS, PO/BPD-B
ODONNELL,/JAMES C., LT.BPD-A

**BTVA JUDICIAL HEARINGS 6-19-18 2:30 pm**

Present
MCDERMOTT, LAUREN M., PO/BPD-C
MCDONALD, PATRICK J./BPD-E
ROSE, DERRICK N., TRPR/SPT
SIMONIAN, JOHN J., PO/BPD-A
SIRACUSE, VICTORIA L., PO/BPD-B
**NO-SHOW**
LOSI, JOHN M., PO/BPD-B
MCCABE, SEAN W., PO/BPD-H

COB201095

MURPHY, KEVIN, J., PO/BPD-E
PETERS, JASON D., TRPR/SPT
SHENEFIEL,RANDALL A., TRPR/SPT
WELSTED, JAY R., TRPR/SPT

**BTVA JUDICIAL HEARINGS 6-22-18 9:30 am**
<u>Present</u>

BRIDGE, KEVIN M., PO/BPD-D
CAMPBELL, BENJAMIN J., TRPR./SPA
CHOJNACKI, JOSEPH A., PO/BPD-T
HAEN, SEAN P., TRPR/SPA
JOHNSON Sr., DUSTIN L., PO/B-D
OBRYAN, MICHAEL D., TRPR/SPA

**NO-SHOW**
AVOLIO,ANTHONY M., PO/BPD-D
CELMER, JOSEPH B., TRPR./SPT

**BTVA JUDICIAL HEARINGS 6-22-18 10:00 am**
<u>Present</u>

BIRNER, AMANDA L., PO/BPD-D
WHITE III, CHAUNCEY, PO/BPD-E
**NO-SHOW**
ONEILL, TIMOTHY P., PO/BPD-B
PITTS II, BRADFORD I., /BPD-SRO
MEINCKE, MATTHEW D., TRPR/SPA
PRZYSTAL, STEPHEN J., TRPR/SPA
QUINN, MICHAEL P., LT./BPD-T
WHELAN, THOMAS R., LT./BPD-LD

**CANCELLED APPEARANCES**
SERCU Jr, THOMAS F., PO/BPD-D – ofcr. showed, did not get cancellation from liason
HEIDINGER, JASON, C., PO/BPD/AIU - Adjourned

**BTVA JUDICIAL HEARINGS 6-26-18 9:00AM**

<u>Present</u>
LOPEZ, JOHN A., PO/BPD-TSQ
SLAWEK, MARK, PO/BPD-TSQ

**BTVA JUDICIAL HEARINGS 6-26-18 9:30AM**
<u>Present</u>
BEAM, KEITH C., /BPO-E
FILIPSKI, KENNETH A., TRPR/SPT
GORETTI, PETER J., /BPD-B
HEIDINGER, JASON, PO/BPD-AIU

**0048**

KARADZHAYEV, ELNUR S., /BPD-B
MICHALSKI, MATTHEW R., TRPR/SPA
VIDAL, ANNIEL J., /BPD-HOUSING UNIT

**NO-SHOW**
ANDO, ERIC, TRPR/SPT
EGLOFF, GREGORY E., TRPR/SPA
OBRYAN, MICHAEL D., TRPR/SPA
SPENCER, JOHN TRPR/SPA
STURMER, KEVIN J., TRPR/SPA


**BTVA JUDICIAL HEARINGS 6-26-18 2:00 PM**
**Present**

CULVER, SCOTT R., /BPD-A
DINDERSKI,AARON/NFTA
GAINEY, JAMES D., TRPR/SPT
MCDONALD,PATRICK J., /BPD-E
RAVENELL, MAXWELL, PO/BSC
ROETZER, RYAN, PO/BSC

**NO-SHOW**
BIRTCH, ANDREW J., TRPR/SPA
COLVIN, JAYSON H., TRPR/SPA
FOLTS, LON E., /BPD-B
GLOWDOWSKI, JUSTIN /NFTA
JOHNSON, NICHOLAS V.,/BPD-C
KESSLER, DENNIS J., /BPD-A
OPALA, JACOB R., TRPR/SPA
TEDESCO, JUSTIN, PO/BPD – H

CANCELLED APPEARANCES
BANNISTER JOHN R.,/BPD-A – DEF TOOK PLEA
PANARO, PASCAL S., /BPD-E – DEF TOOK PLEA
STROBELE, DEBRA- BPD-RETIRED


**BTVA JUDICIAL HEARINGS 07/10/18/18 9:30 AM**
**Present**
BURGESS, DANIEL A., /SPA-TRPR
CRESPO, RYAN B., /BPD-H
LOPEZ, RICHARD C., /BPD-H
MCDONALD, PATRICK M., /BPD-A
OBRYAN, MICHAEL D., /SPA-TRPR
ROBINSON, WILLIAM /BPD-H
ROTH, MATTHEW P., /SPA-TRPR
SANDERS, RYAN M., /BPD-A

**0049**

COB201097

**NO-SHOW**
BAUER, MICHAEL J., /BPD-H
CISZEK, TERRANCE M., /BPD-H
GIARRANO, JAKE J., /BPD-E
WHELAN, THOMAS R., /BPD-LD
MCCLAIN, ASHUNTI /BPD-C
WHITE III, CHAUNCEY/BPD-E
CANCELLED APPEARANCES
FLETCHER, ROBERT, PO /BSC
GONZALEZ, VIRGILIO /BPD-A

**BTVA JUDICIAL HEARINGS** 07/10/18/18 2PM
**Present**

HARLACH, THOMAS J., /BPD-A
PETRONELLA, JOSEPH A.,/BPD-B
**NO-SHOW**
ACQUINO, MICHAEL J., /BPD-INT
BARLOW, KATELYNN S., /BPD-E
 LARUSCH, ROBERT F., /BPD-D
PITTS II, BRADFORD I.,/BPD-SRO
REYNOLDS, DEMETRIUS L.,/BPD-C

CANCELLED APPEARANCES
COULOMBE, TIMOTHY/ECS- Adj. at motorist request
KRUG, NICOLE T., /BPD-D   D-P
LUVENDER, PATRICK /BSC – In training for State Trpr
Lt. QUINN, MICHAEL P., /BPD-TRAFFIC – Adj case
SPENCER, SHYASHA M., /BPD-ACA
RIVERA, JOSE M.,/BPD-D- was out of town at the time

 **BTVA JUDICIAL HEARINGS** 07/17/18/18 9:30 am & 10:00 am
**Present**
 CASTILLO, MARQUEST V. /BPD
 CHOJNACKI III, JOSEPH A. ,/BPD-T
 MICHALSKI, MATTHEW R./SPA-TRPR
 MILLER, CHARLES M., /BPD-H
 MURTHA, ROBERT/SPA-TRPR
 PETRONELLA, JOSEPH/BPD-B
 SHARPE II,KELVIN L.,/BPD-H
 Petricca AND Schulz
 SCHAFER, CHRISTOPHER/BPD-B

**NO-SHOW**
BANNISTER, JOHN R., PO/BPD-A
CASILLAS, OBED /BPD-D
DOMARACKI, JARED, M. PO/BPD-H
MIELCAREK,ADAM P.,/BPD-C
MURPHY-MOTLEY, RANDI L., /SPT-TRPR
GAINEY, JAMES D., /SPT-TRPR

CANCELLED APPEARANCES
LOPEZ, JOHN A., PO/BPD-TSQ
MOORE, BRANDON P.,/SPA-TRPR – IN TRAINING

**0050**

COB201098

**BTVA JUDICIAL HEARINGS** 07/17/18/18 2:00pm

<u>**Present**</u>

CULLEN, CHAD M.,PO /BPD-D
DRESSLER, ZACHARY J.,PO/BPD-B
FIELDS, CHRISTOPHER P.,PO/BPD-B
JOBITY, KEVIN R., TRPR/SPT
MCDONALD,PATRICK J.,PO /BPD-E
NIGRO,IV, ANTHONY, TRPR/SPT
PEPI, BRUCE, PO /SUB
PETERS, MARC A., TRPR /SPT
SPECHT, COREY, PO/SUB

<u>**NO-SHOW**</u>

COLOSIMO,CHRISTINA M., /BPD-E
CRUZ, RICHARD S., PO/BPD-D
DONOVAN, DONNA A.,PO/BPD-C
FERRUCCI,CARISSA L.,PO /BPD-B
INMAN, JEFFREY, T., TRPR /SPT
JONES, SHERRON L.,TRPR /SPT
JUSTINGER, ELLIOT, PO /NFTA
MCCABE, SEAN W.,PO /BPD-H
MCDONELL, SHAWN, PO /NFTA
MEINCKE, MATTHEW D.,/SPA-TRPR
OBRYAN, MICHAEL D.,TRPR /SPA
SZYMBORSKI, CHARLES, PO/NFTA

<u>CANCELLED APPEARANCES</u>

DIXON, FRANK, PO /BPD-Retired
STROBELE, DEBRS A., /BPD-Retired

**BTVA JUDICIAL HEARINGS** 07/24/18/18 9:30 AM

<u>**Present**</u>

<u>**NO-SHOW**</u>

ALBERTI, MARK, J., PO/BPD-E
BADGER, ARMONDE, PO/BPD-H
BEAM, KEITH C.,PO/BPD-E
BURGESS, DANIEL A., TRPR/SPA
CLARK, JOHN R., TRPR/SPA
COLVIN, JAYSON H., TRPR/SPA
KUZDZAL, JASON, TRPR/SPT
MICHALSKI, MATTHEW R., TRPR/SPA

<u>CANCELLED APPEARANCES</u>

**0051**

COB201099

DAUGHERTY,SHAUN, TRPR/SPT- IOD
WHITE III, CHAUNCEY, PO / BPD- vacation

**BTVA JUDICIAL HEARINGS** 7/24/18 2:00 PM
PRESENT
CULVER, SCOTT R., PO/BPD-A
FIELDS, CHRISTOPHER P., PO/BPD-B
HEALY, MICHAEL J., PO/BPD-B

**NO-SHOW**
FOLTS, LON E., PO/BPD-B
HY, RICHARARD N., PO/BPD-E
KARADZHAYE, ELNUR S., PO /BPD-B
ZAK, THOMAS G., PO/BPD-T

CANCELLED APPEARANCES
KRUG, JOSEPH F., TRPR/SPT - vacation
KRAWCZYK, JAMES M., TRPR/SPA –detail in EC Fair
SHENEFIEL, RANDALL A., TRPR/SPT  -IOD
WIGDORSKI, ADAM M., PO/BPD-B – military leave

**BTVA JUDICIAL HEARINGS** 7/27/18 9:30 AM

PRESENT
CHOJNACKI, JOSEPH A., PO/BPD-T
MILLER, CHARLES M., PO/BPD-H
MURPHY, KEVIN, PO/BPD-E
NIEZGODA,MICHAEL, TRPR. /SPA

**NO-SHOW**
ODONNELL,JAMES C., LT./BPD-A
HUFNAGEL, MARK J., TRPR. /SPT
LEWANDOWSKI, MICHELLE A., TRPR. / SPT
OBRYAN, MICHAEL O., TRPR. /SPA

CANCELLED APPEARANCES
BURGESS, ZACKARY, PO/BPD-D – out of town

**BTVA JUDICIAL HEARINGS** 7/27/18 10:00 AM
PRESENT
CAMPBELL, CHRISTOPHER M., TRPR/SPA
COCO, HECTOR W., PO/BPD-D
ECK, PATRICK L., PO/BPD-E- arrived late, had other court matters first

**NO-SHOW**
GAINEY, JAMES D., TRPR. /SPT
WALKER, MICHAEL R., LT/BPD-T

COB201100

ARCANGEL, RICHARD M., TRPR. /SPT
BARRY, CHAD P., TRPR. /SPA

CANCELLED APPEARANCES
BRITZZALARO, JOHN F., PO/BPD-A –motorist took plea
KASNIAK, LEONARD A., TRPR /SPT – motorist took plea
LENHARDT, CHRISTOPHER C., PO/BPD-E – motorist took plea

**BTVA JUDICIAL HEARINGS 7/31/18 9:30 AM**

**NO-SHOW**
LOPEZ, JOHN, PO/ BPD-TSQ
SLAWEK, MARK, PO/ BPD-TSQ

**BTVA JUDICIAL HEARINGS 7/31/18 9:30 AM**

PRESENT
BRACKETT, JUSTIN A., TRPR/SPA
BYRD, EDWARD, PO /BPD-E
HALLIGAN, COURTNEY, PO/BPD-D
LOSI, JOHN M., PO/BPD-B
THOMAS, ROBBIN, M., LT./BPD-C

**NO-SHOW**
CISZEK, TERRENCE, PO/BPD-H
DANNER, ROBERT L., DET/BPD-A
EGLOFF, GREGORY E., TRPR/SPA
NORWOOD, MICHAEL J., PO/BPD-H

CANCELLED APPEARANCES
SPENCER, JOHN P., TRPR/SPA
STURMER, KEVIN, TRPR/SPA – duty conflict

**BTVA JUDICIAL HEARINGS 8/03/18 9:30 AM**
PRESENT
NOWAK, ERICA L., PO/BPD-A
OBRYAN, MICHAEL D., TRPR./SPA- CAME LATE (10:20AM FOR 9:30) TOO LATE TO TESTIFY
RAICHEL, DEREK J., TRPR/SPA
URBANSKI, JAMES , PO/BSC
VARCO, JAMIE A., PO/BPD-D

**NO-SHOW**
MARTINEZ, MICHAEL N., PO-BPD-T
MCCABE, SEAN WLK PO/BDP-H

**0053**

OBRYAN, MICHAEL D., TRPR/SPA
ODONNELL, JAMES C., LT./BPD-A
QUINN, MICHAEL P., LT./BPD-T
RAMAGE, EDWARD L., PO/BPD - B
RAVENELL, MAXWELL, PO/BSC
WHITE III,CHAUNCEY, PO/BPD-E

CANCELLED APPEARANCES
MCDONALD, PATRICK, J., PO/BPD-E –CASES IN A HIGHER COURT

**BTVA JUDICIAL HEARINGS** 8/03/18 PM
PRESENT
MANLEY, RICHARD P., LT./BPD-D
GIARRANO, JAKE J., PO/BPD-D

**NO-SHOW**
BEYER, JOHN F., PO/BPD-B
FRANZ, THOMAS J., PO/S PARK P
HAETTICH, MORGAN M., PO/BPD-B
KEIL, NICHOLAS, TRPR. /SPT
LIPPASSAAR, ERIK, TRPR. /SPT
MCLEAN, GEORGE P., LT. /BPD-T
ONEILL, TIMOTHY P., PO/BPD-B
SKALSKI, NICHOLAS C., PO/BPD-C
WAGNER, TIMOTHY W., PO/BPD-T
YANT, NICHOLAS A., PO/BPD-D

CANCELLED APPEARANCES
WIGDORSKI, ADAM M., PO/BPD-D- military duty until 8/13/18
BURGESS, ZACKARY A., PO/BPD-D –defendant took plea deal
PALAMARA, MICHELLE A., PO/BPD-D - ill

**BTVA JUDICIAL HEARINGS** 8/7/18 AM
LOPEZ, JOHN, PO/ BPD-TSQ
SLAWEK, MARK, PO/ BPD-TSQ

**BTVA JUDICIAL HEARINGS** 8/7/18 PM
PRESENT
ABDALLAH, MOHAMMAD F., PO/BPD-D
AMOIA, ASHLEE M., PO/BPD-B
ARCANGEL, RICHARD M., TRPR/SPT
AVOLIO, ANTHONY M., PO /BPD-D
BAUER, MICHAEL J., PO/BPD-H
BRINSON, MELISSA G., PO/BPD-B
LAFALCE, KEITH S., PO/BPD-AIU
PRZYSTAL, STEPHEN J., TRPR. /SPA
ROSE, DERRICK V., TRPR. /SPT
WELSTED, JAY R., TRPR./SPT

**0054**

COB201102

WESOLOWSKI, DAVID R., TRPR/SPA
WIGDORSKI,ADAM M., PO/BPD-B

**NO-SHOW**

**BTVA JUDICIAL HEARINGS** 8/10/18 AM
PRESENT
9:30
HADSALL, RYAN E., TRPR /SPA
MURTHA, ROBERT F., TRPR /SPA
ZILLIOX, MARK, TRPR. /SPA

10:30
HEDBERG, ADAM R., PO/BPD-D
HOFFSTETTER, WILLIAM T., PO/BPD-C
KESSLER, DENNIS, PO/BPD-A
LONG, PATRICK,B., PO /BPD-E
MIELCAREK, ADAM P., PO/BPD-C
PITTS II, BRADFORD-BPD-SRO
RODRIGUEZ, OMAR, PO/BPD-H
SCHULZ, STEPHEN P., LT./BPD-B
SHEA, ANTHONY O., PO/BPD-C
WESOLOWSK, DAVID R., TRPR/SPA

**NO-SHOW**

**BTVA JUDICIAL HEARINGS** 8/10/18 PM
PRESENT

CRUZ, RICHARD S., PO/BPD-D
DAMICO, KATLYN A., PO/BPD-D
GONZALEZ, VIRGILIO, PO/BPD-A
GORETTI, PETER J., PO/BPD-D
HAIRSTON, CURTIS L., PO/BPD-C
JOHNSON, SR., DUSTIN L., PO/BPD-D
KEENAN, COLIN P., PO/BPD-A
KHALIL, HIBA H., PO/BPD-B
KOZLOWSKI, ANTHONY R., PO/BPD-E
MILLER, CHARLES M., PO/BPD-H
SCHULTZ, KARL B., PO/BPD-B

**NO-SHOW**

CANCELLED APPEARANCES
KRAWCZYK, JAMES, TRPR./SPA-Stationed at EC Fair

**BTVA JUDICIAL HEARINGS** 8/14/18 AM
PRESENT

COB201103

BOZEK, KRISTIN A., PO/BPD-D
CZARNECKI, ERIK M., TRPR/SPT
DALTON, SHAWN, PO/NFTA
FAAS, KATELYN M., PO/BPD-D
HUMPHREY, VINCENT A., PO/BPD-E
PETRONELLA, JOSEPH A., PO /BPD-B
RIVERA, LUIS A., PO/BPD-B
RUDNICKI, PAUL A., PO/BPD-D
TABORN, AïLLYSA M., PO/BPD-C
WORKMAN,VINCENT M., PO/BPD-E

**NO-SHOW**


**BTVA JUDICIAL HEARINGS** 8/14/18 PM
PRESENT

GLOWDOWSKI, JUSTIN, PO/NFT
LOPEZ, RICHARD C., PO/BPD-H
LUCIANO, LYANA M., PO/BPD-E
LUVENDER, PATRICK, PO/BSC
MORETTI, WILLIAM J., PO/BPD-D
OBRIEN, DAVID R., PO/BPD-T
OLEJNICZAK, THOMAS J., PO/BPD-E
QUINCY, ALEXANDER M., PO/BPD-C
SHARPE II, KELVIN L., PO/BPD-H
SIRACUSE, VICTORIA L., PO/BPD-B
STEPHENSON, LINDSEY A.,TPR/SPA

**NO-SHOW**

**BTVA JUDICIAL HEARINGS** 8/17/18 AM
PRESENT

LARK, RICK/BPD-D
MANGIONE, VINCENT,TRPR/SPA
MOORE, BRANDON/TRPR/SPA
MOORE, BRANDON/TRPR/SPA
NAGY, BRIAN/BPD-C
OPALA, JACOB, TRPR/SPA
PETERS, JASON, SPT-4
RUTHERFORD LAMONT/BPD
SCHERER JAMES/BPD
SCHEU, MICHAEL/BPD
SHELVAY, CHARLES/BPD
SPENCER, SHYASHA/BPD
WEDLAKE, LISA/BPD-A

**0056**