# EXHIBIT 301

| Officer Name | District | Court Dates Missed | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abdallah, Mohammad | D | 1/30/2018 | 2/15/2018 | | | | | | | | | | |
| Acquino, Michael | SF | 2/24/2017 | 3/24/2017 | 7/21/2017 | 10/3/2017 | 2/1/2018 | 2/9/2018 | 3/6/2018 | 7/10/2018 | | | | |
| Adams, Michael | A | 4/28/2017 | 2/15/2018 | | | | | | | | | | |
| Agee, Kenneth | Housing | 12/16/2016 | 3/24/2017 | 6/16/2017 | 10/3/2017 | 1/2/2018 | 1/30/2018 | 2/15/2018 | 3/23/2018 | 5/1/2018 | 5/18/2018 | 6/15/2018 | 7/24/2018 |
| Alberti, Michael | B | 6/30/2017 | 1/19/2018 | | | | | | | | | | |
| Alberti, Mark | E | 3/24/2017 | 11/3/2047 | 1/26/2018 | 2/1/2018 | 2/6/2018 | 2/23/2018 | 3/9/2018 | 5/8/2018 | 6/12/2018 | 7/24/2018 | | |
| Amoia, Ashlee | B | 5/3/2018 | 6/19/2018 | | | | | | | | | | |
| Amos, Devonte | D | 6/19/2018 | | | | | | | | | | | |
| Anderson, Michael | E | 4/28/2017 | 11/17/2017 | | | | | | | | | | |
| Augustyn, Eric | B | 9/29/2017 | 1/2/2017 | | | | | | | | | | |
| Avolio, Anthony | D | 6/19/2018 | | | | | | | | | | | |
| Badger, Armonde | Housing | 7/24/2018 | | | | | | | | | | | |
| Baker, Elizabeth | B | 3/24/2017 | | | | | | | | | | | |
| Bannister, John | A | 5/5/2017 | 6/15/2018 | 6/26/2018 | 7/17/2018 | | | | | | | | |
| Barlow, Katelynn | E | 7/10/2018 | | | | | | | | | | | |
| Barren, Brendan | E | 5/1/2018 | | | | | | | | | | | |
| Bauer, Michael | Housing | 7/7/2017 | 11/17/2017 | 5/8/2018 | 7/10/2018 | | | | | | | | |
| Beam, Keith | E | 1/4/2018 | 2/15/2018 | 7/24/2018 | | | | | | | | | |
| Becker, Scott | E | 5/5/2017 | 5/31/2018 | | | | | | | | | | |
| Beyer, John | Housing | 9/29/2017 | 11/17/2017 | 1/2/2017 | 3/1/2018 | 4/26/2018 | 6/5/2018 | 6/15/2018 | | | | | |
| Blackburn, Joel | C | 3/24/2017 | 9/29/2017 | | | | | | | | | | |
| Blatchford, Ronny | B | 8/4/2017 | 1/26/2018 | | | | | | | | | | |
| Blesy, Scott | Relief-B | 10/3/2017 | | | | | | | | | | | |
| Boice, Cameron | D/rsg | 4/26/2018 | 5/15/2018 | 5/31/2018 | | | | | | | | | |
| Boice, Patrick | C | 10/3/2017 | 1/2/2018 | 2/15/2018 | 5/1/2018 | | | | | | | | |
| Bonner, Joseph | B | 3/24/2017 | 10/3/2017 | | | | | | | | | | |
| Borczynski, Aaron | E | 5/5/2017 | 10/3/2017 | | | | | | | | | | |
| Burgess, Zachary | D | 2/8/2018 | 5/4/2018 | | | | | | | | | | |
| Bridge, Kevin | D | 2/9/2018 | | | | | | | | | | | |
| Britzzalaro, John | A | | | | | | | | | | | | |
| Carter, Keith | B | 6/15/2018 | | | | | | | | | | | |
| Casillas, Obed | D | 3/24/2017 | 6/30/2017 | 9/15/2017 | 2/8/2018 | 4/20/2018 | 7/17/2018 | | | | | | |
| Castillo, Marquest | D | 11/17/2017 | | | | | | | | | | | |
| Chojnacki, Joseph | SF | 3/10/2017 | 2/6/2018 | | | | | | | | | | |
| Cierniak, Lauren | B | 8/18/2017 | 1/25/2018 | 4/20/2018 | | | | | | | | | |
| Ciszek, Terrance | Housing | 1/25/2018 | 2/1/2018 | 3/5/2018 | 5/3/2018 | 6/12/2018 | 7/10/2018 | 7/31/2018 | | | | | |
| Clifford, Charles | A | 8/18/2017 | 3/5/2018 | 4/27/2018 | 5/8/2018 | | | | | | | | |
| Coco, Hector | D | 2/9/2018 | | | | | | | | | | | |
| Colosimo, Christina | E | 7/17/2018 | | | | | | | | | | | |
| Coppola, Michael | D | 11/17/2017 | | | | | | | | | | | |
| Creahan, Mavourneen | D | 5/3/2018 | | | | | | | | | | | |
| Cruz, Richard | SF | 5/5/2017 | 7/21/2017 | 8/4/2017 | 5/1/2018 | 6/15/2018 | 7/17/2018 | | | | | | |
| Cullen, Chad | D | 4/27/2018 | | | | | | | | | | | |
| Culver, Scott | SF | 6/16/2017 | 7/21/2017 | 2/15/2018 | 3/6/2018 | 5/15/2018 | | | | | | | |
| Cyrek, Mark | E | 3/5/2018 | 5/3/2018 | 6/12/2018 | | | | | | | | | |

| Name | Category | Date 1 | Date 2 | Date 3 | Date 4 | Date 5 | Date 6 |
|---|---|---|---|---|---|---|---|
| Danner, Robert | A | 7/31/2018 | | | | | |
| Davis, Michael | B | 1/16/2018 | | | | | |
| Delaney, Robert | Traffic | 11/17/2017 | 5/1/2018 | | | | |
| Delong, Michael | B | 10/20/2017 | 4/27/2018 | 5/8/2018 | | | |
| Dickinson, Kyma | A | 11/4/2016 | 2/13/2018 | 3/23/2018 | 5/8/2018 | | |
| Dixon, Corey J. | A | 6/12/2018 | | | | | |
| Dixon, Frank | B | 8/4/2017 | 7/17/2018 | | | | |
| Domaracki, Jared | Housing | 9/15/2017 | 1/11/2018 | 5/4/2018 | 6/15/2018 | 7/17/2018 | |
| Donovan, Donna | C | 2/8/2018 | 3/5/2018 | 3/23/2018 | 5/3/2018 | 6/15/2018 | 7/17/2018 |
| Dressler, Zachary J. | B | 6/15/2018 | | | | | |
| Duffy, Thomas | B | 11/4/2016 | | | | | |
| Eck, Patrick | E | late 7/27/18 | | | | | |
| Edwards, Philip | D | 10/20/2017 | | | | | |
| Espinosa, Cory | B | 4/27/2018 | | | | | |
| Esquilin, Lucia (Schultz) | C | 5/5/2017 | 5/3/2018 | 5/18/2018 | | | |
| Fanara, Anthony | SF | 3/6/2018 | 5/4/2018 | 6/15/2018 | | | |
| Feeney, Thomas | B | 4/27/2018 | | | | | |
| Fera, Deanna | E | 8/18/2017 | 5/1/2018 | | | | |
| Ferraro, Tina | C | 11/4/2016 | 10/20/2017 | | | | |
| Ferrucci, Carissa | B | 1/11/2018 | 5/1/2018 | 7/17/2018 | | | |
| Fields, Christopher | SF | 2/24/2017 | 6/30/2017 | 4/24/2018 | 5/8/2018 | 5/29/2018 | |
| Fitzner, Keith | B | 2/8/2018 | 4/20/2018 | | | | |
| Fitzpatrick, Paul | E | 4/20/2018 | | | | | |
| Fleschow, III, Robert J. | A | 3/5/2018 | | | | | |
| Folts, Lon | B | 5/5/2017 | 5/3/2018 | 7/17/2018 | 7/24/2018 | | |
| Foster, Maurice | B | 11/3/2017 | | | | | |
| Fuller, Eric | E | 1/16/2018 | 1/18/2018 | 3/1/18notes | | | |
| Fryer, Cameron | E | 1/11/2018 | | | | | |
| Gehr, Ryan | D | 10/3/2017 | | | | | |
| Giarrano, Jake | E | 7/10/2018 | | | | | |
| Gizzo, Frank | B | 1/18/2018 | | | | | |
| Gonzalez, Virgilio | A | 10/3/2017 | 2/8/2018 | 7/10/2018 | | | |
| Goretti, Peter | B | 10/3/2017 | | | | | |
| Griffin, Brian | E | 10/3/2017 | 3/1/2018 | 5/8/2018 | | | |
| Haettich, Morgan | B | 5/3/2018 | | | | | |
| Hall, JR, James M | E | 5/8/2018 | | | | | |
| Hamilton, Mark | SF | 11/4/2016 | 2/24/2017 | 2/8/2018 | 5/29/2018 | | |
| Harrington, Ray | E | 12/16/2016 | 6/16/2017 | 9/29/2017 | 3/6/2018 | 5/1/2018 | |
| Hassett, Joseph | Housing | 11/4/2016 | 5/5/2017 | 8/4/2017 | 9/29/2017 | 4/26/2018 | |
| Hawkins, Brandon | B | 11/4/2016 | | | | | |
| Hayashi, Julian | C | 4/20/2018 | | | | | |
| Healy, Michael | A | 1/4/2018 | 6/15/2018 | | | | |
| Heidinger, Jason | AIU | 6/19/2018 | 6/22/2018 | | | | |
| Heidinger, Robert | AIU | 9/15/2017 | | | | | |
| Herbert, Nicholas | A | 11/4/2016 | | | | | |
| Hilmey, Mark | B | 11/4/2016 | 9/15/2017 | | | | |
| Hoffstetter, William | C | 9/15/2017 | 1/16/2018 | 3/5/2018 | 5/3/2018 | | |

| Name | Code | D1 | D2 | D3 | D4 | D5 | D6 | D7 | D8 | D9 | D10 | D11 | D12 | D13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hofschneider, Eric | D | 11/4/2016 | | | | | | | | | | | | |
| Holtz, Sherry | B | 11/4/2016 | 9/15/2017 | 1/11/2018 | | | | | | | | | | |
| Hosking, James | E | 5/4/2018 | | | | | | | | | | | | |
| Howard, Latasha | SF/H | 8/4/2017 | 11/3/2017 | 4/26/2018 | 6/5/2018 | | | | | | | | | |
| Hunter, Anquela | E | 9/15/2017 | | | | | | | | | | | | |
| Hy, Richard | SF | 7/7/2017 | 1/16/2018 | 5/1/2018 | 6/5/2018 | 7/24/2018 | | | | | | | | |
| James, Thomas | D | 11/17/2017 | | | | | | | | | | | | |
| Jajkowski, Jeff | Comm | 8/18/2017 | | | | | | | | | | | | |
| Jerabek, Marc | A | 2/1/2018 | 3/1/2018 | 3/1/2018 | 3/5/2018 | | | | | | | | | |
| Johnson, Dustin | D | 11/18/2016 | 9/29/2017 | 1/11/2018 | 2/1/2018 | 3/1/2018 | 3/5/2018 | 4/24/2018 | 5/8/2018 | | | | | |
| Johnson, Nicholas | C | 6/22/2018 | | | | | | | | | | | | |
| Jones, Darwin | D | 11/18/2016 | | | | | | | | | | | | |
| Jones, Melinda | E | 11/18/2016 | 11/3/2017 | | | | | | | | | | | |
| Karadzhaye, Elnur | B | | | | | | | | | | | | | |
| Kelley, John | B | 4/20/2018 | | | | | | | | | | | | |
| Kenyon, Felisha | D | 5/3/2018 | | | | | | | | | | | | |
| Kessler, Dennis | A | 11/18/2016 | 7/21/2017 | 2/1/2018 | 5/4/2018 | 5/18/2018 | 6/22/2018 | | | | | | | |
| Kindzierski, Kevin | E | 11/17/2017 | 1/2/2018 | | | | | | | | | | | |
| Kochersberger, Chris | B | 11/17/2017 | 1/2/2018 | | | | | | | | | | | |
| Kopp, Douglas | Narc | 11/17/2017 | | | | | | | | | | | | |
| Kozlowski, Anthony | E | 5/5/2017 | 6/5/2018 | | | | | | | | | | | |
| Krug, Nicole | D | 9/29/2017 | | | | | | | | | | | | |
| Lafalce, Keith | AIU | 4/26/2018 | | | | | | | | | | | | |
| Langdon, Kristin | | 11/18/2016 | 9/15/2017 | | | | | | | | | | | |
| Lark, Ricky | D | 5/5/2017 | 7/7/2017 | 9/29/2017 | 11/18/2016 | 5/4/2018 | 6/19/2018 | | | | | | | |
| Larke, Jimmy | D | 2/6/2018 | | | | | | | | | | | | |
| Larusch, Robert | B | 11/18/2016 | 7/10/2018 | | | | | | | | | | | |
| Laun, Michael | D | 5/5/2017 | | | | | | | | | | | | |
| Ledwin, Joseph | E | 4/27/2018 | | | | | | | | | | | | |
| Lehner Jr., Michael | C | 1/11/2018 | | | | | | | | | | | | |
| Lenhardt, Christopher | E | | | | | | | | | | | | | |
| Lewis, Ismail | D | 5/5/2017 | | | | | | | | | | | | |
| Long, Patrick | E | 11/18/2016 | 11/3/2017 | 1/2/2018 | | | | | | | | | | |
| Lopez, John | A | 12/16/2016 | 9/15/2017 | 1/11/2018 | 3/6/2018 | 5/31/2018 | 6/15/2018 | 7/31/2018 | | | | | | |
| Lopez, Richard | SF | 12/16/2016 | 9/29/2017 | 1/18/2018 | 5/29/2018 | | | | | | | | | |
| Lorenzo, Jose | D | 11/18/2016 | | | | | | | | | | | | |
| Losi, John | B | 5/3/2018 | 6/19/2018 | | | | | | | | | | | |
| Luciano, Lyana M. | E | 3/5/2018 | 5/3/2018 | | | | | | | | | | | |
| Macy, William | Housing | 11/18/2016 | 1/11/2018 | 5/1/2018 | 6/19/2018 | | | | | | | | | |
| Malcolm, Edmund | retired | 11/18/2016 | 9/29/2017 | | | | | | | | | | | |
| Manley, Rich | D | 11/18/2016 | 5/26/2017 | | | | | | | | | | | |
| Martinez, Michael | SF | 11/18/2016 | 5/5/2017 | 6/30/2017 | 8/18/2017 | 11/3/2017 | 1/2/2018 | 1/16/2018 | 2/1/2018 | 2/6/2018 | 3/1/2018 | 5/4/2018 | 5/15/2018 | 6/5/2018 | 8/3/2018 |
| Mayes, Thomas | E | 11/17/2017 | 5/3/2018 | | | | | | | | | | | |
| McAndrew, James | B | 11/3/2017 | | | | | | | | | | | | |
| Mccabe, Sean | Housing | 5/5/2017 | 6/30/2017 | 7/21/2017 | 8/4/2017 | 1/30/2018 | 3/23/2018 | 4/26/2018 | 5/8/2018 | 8/3/2018 | | | | |
| Mccabe, Shawn P. | E | 5/5/2017 | 5/1/2018 | | | | | | | | | | | |

0003

| Name | Unit | D1 | D2 | D3 | D4 | D5 | D6 | D7 | D8 | D9 |
|---|---|---|---|---|---|---|---|---|---|---|
| McCabe, Sean W | Housing | 6/15/2018 | 7/17/2018 | 6/19/2018 | | | | | | |
| McClain, Ashunti D. | C | 5/8/2018 | 5/29/2018 | 7/10/2018 | | | | | | |
| McDermott, Lauren | C | 4/24/2018 | | | | | | | | |
| Mcdonald, Patrick, M | A | 3/24/2017 | 1/30/2018 | 3/1/2018 | 5/4/2018 | | | | | |
| Mcdonald, Patrick, J | E | 11/3/2017 | 1/2/2018 | 5/31/2018 | | | | | | |
| McDuffie, Darren | SF | 10/20/2017 | 2/15/2018 | 4/24/2018 | 6/19/2018 | | | | | |
| Mcgrath, Lynn | Narc/ret. | 12/16/2016 | 5/3/2018 | | | | | | | |
| Meegan, Andrea | D | 8/18/2017 | 2/8/2018 | | | | | | | |
| Meegan, Patrick | B | 8/18/2017 | | | | | | | | |
| Mielcarek, Adam | E | 2/6/2018 | 2/9/2018 | 5/1/2018 | 6/15/2018 | 7/17/2018 | | | | |
| Mikac,Stephen | B | 9/29/2017 | | | | | | | | |
| Miller, Charles | Housing | 1/18/2018 | 2/6/2018 | 2/15/2018 | 3/6/2018 | 6/15/2018 | | | | |
| Miller, Peter | E | 5/5/2017 | 2/15/2018 | 5/8/2018 | 6/15/2018 | | | | | |
| Monteforte, Albert | D | 6/19/2018 | | | | | | | | |
| Montes, Ferdinand | B | 4/27/2018 | | | | | | | | |
| Moore, Michael | A | 4/28/2017 | | | | | | | | |
| Mondal, Jako | A | 11/3/2017 | | | | | | | | |
| Morrow, Patrick | E | 1/30/2018 | | | | | | | | |
| Murphy, Kevin | E | 6/19/2018 | | | | | | | | |
| Nagy, Brian | C | 4/20/2018 | 6/12/2018 | | | | | | | |
| Neal, Jacquelin | A | 6/19/2018 | | | | | | | | |
| Nigerelli, Peter | C | 12/16/2016 | | | | | | | | |
| Norwood, Michael | Housing | 2/9/2018 | 3/1/2018 | 3/23/2018 | 5/29/2018 | 6/12/2018 | 7/31/2018 | | | |
| Odonnell, James C. | A | 11/17/2017 | 4/24/2018 | 5/29/2018 | 6/19/2018 | 7/27/2018 | 8/3/2018 | | | |
| Olejniczak, Thomas | B | 6/19/2018 | | | | | | | | |
| O'neill, Timothy | Traffic | 2/13/2018 | 6/22/2018 | | | | | | | |
| Palizay, Mike | B | 11/18/2016 | | | | | | | | |
| Panaro, Pascal | E | 6/26/2018 | | | | | | | | |
| Papisz, Bohdan | C | 11/18/2016 | 4/28/2017 | 11/17/2017 | 1/2/2018 | 3/9/2018 | 5/1/2018 | | | |
| Pariseau, Aaron | SF | 6/30/2017 | | | | | | | | |
| Patterson, Ab | C | 2/13/2018 | | | | | | | | |
| Petronella, Joseph | C | 6/30/2017 | 1/23/2018 | 4/20/2018 | | | | | | |
| Pietrzak, Jonathon | E | 7/21/2017 | 10/3/2017 | | | | | | | |
| Pitts, Bradford | SF | 3/10/2017 | 5/5/2017 | 7/7/2017 | 10/3/2017 | 2/9/2018 | 3/1/2018 | 4/20/2018 | 6/22/2018 | 7/10/2018 |
| Quincy, Alexander | D | 5/1518 | | | | | | | | |
| Ramage, Edward L. | B | 8/3/2018 | | | | | | | | |
| Quinn, Michael | SF | 7/21/2017 | 9/15/2017 | 10/3/2017 | 10/20/2017 | 2/6/2018 | 4/20/2018 | 5/4/2018 | 6/5/2018 | 6/22/2018 8/3/2018 |
| Reed, Clayton | E | 6/30/2017 | 10/20/2017 | | | | | | | |
| Reese. James | A | 3/9/2018 | | | | | | | | |
| Reeves,, Jr., Lamar | D | 5/3/2018 | | | | | | | | |
| Reynolds, Demetrius | C | 7/10/2018 | | | | | | | | |
| Rezabek, Jr., William | C | 3/9/2018 | 4/20/2018 | | | | | | | |
| Richards, Larry | | 2/10/2017 | | | | | | | | |
| Rivera, Jose | D | 1/23/2018 | 7/10/2018 | | | | | | | |
| Roach, Lashondra | D | 12/16/2016 | 10/3/2017 | | | | | | | |
| Robinson, Will | Housing | 12/16/2016 | 7/7/2017 | 9/29/2017 | 1/23/2018 | 3/23/2018 | 5/15/18 | | | |

| Name | Category | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rodriguez, David | Traffic | 8/4/2017 | 2/9/2018 | | | | | | | | | | | | |
| Rogowski, Marcus | A | 5/5/2017 | 5/1/2018 | | | | | | | | | | | | |
| Rutherford, Lamont | C | 5/15/2018 | | | | | | | | | | | | | |
| Salamone, Robert | SF | 5/5/2017 | | | | | | | | | | | | | |
| Santana, David | C | 11/17/2018 | 1/2/2018 | 1/11/2018 | 3/23/2018 | 4/26/2018 | 6/5/2018 | | | | | | | | |
| Schaefer, Christopher | B | 12/16/2016 | 11/17/2017 | | | | | | | | | | | | |
| Scherer Jr., James | A | 1/16/2018 | | | | | | | | | | | | | |
| Scheu, Michael | C | 5/3/2018 | | | | | | | | | | | | | |
| Schreckenberger, Marie | AIU | 10/3/2017 | | | | | | | | | | | | | |
| Schultz, Karl | C | 10/3/2017 | 1/2/2018 | 5/18/2018 | | | | | | | | | | | |
| Schultz, Stephen | B | 10/3/2017 | 1/2/2018 | 1/30/2018 | 3/23/2018 | | | | | | | | | | |
| Sercu, Thomas | D | 5/26/2017 | | | | | | | | | | | | | |
| Sharpe, Kelvin | Housing | 12/16/2016 | | | | | | | | | | | | | |
| Shea, Andrew | A | 1/16/2018 | 3/5/2018 | 5/1/2018 | | | | | | | | | | | |
| Shelvay, Charles E. Jr. | D | 6/15/2018 | | | | | | | | | | | | | |
| Sierk, Steven | C | 12/16/2016 | 6/30/2017 | 8/18/2017 | 2/8/2018 | 2/15/2018 | 4/24/2018 | | | | | | | | |
| Siracuse, Victoria | Academy | 5/3/2018 | | | | | | | | | | | | | |
| Skalski, Nicholas | C | 5/5/2017 | 4/26/2018 | 5/15/2018 | | | | | | | | | | | |
| Slawek, Mark | A | 7/7/2017 | 2/9/2018 | 2/23/2018 | 3/23/2018 | 7/31/2018 | | | | | | | | | |
| Smith, Allen | B | 6/15/2018 | | | | | | | | | | | | | |
| Strobele, Debra | SF/Ret | 7/21/2017 | 1/4/2018 | 3/23/2018 | 4/26/2018 | 6/5/2018 | | | | | | | | | |
| Sullivan, Russell | C | 2/8/2018 | | | | | | | | | | | | | |
| Swaggard, Mark | B | 2/10/2017 | 5/3/2018 | | | | | | | | | | | | |
| Szafranski, Joseph | CCB | 9/29/2017 | | | | | | | | | | | | | |
| Taylor, Ellen M. | A | 6/5/2018 | | | | | | | | | | | | | |
| Tedesco, Justin | Housing | 3/6/2018 | 6/26/2018 | | | | | | | | | | | | |
| Thomas, Andrew | D | 10/3/2017 | | | | | | | | | | | | | |
| Thomas, James | | 11/18/2016 | | | | | | | | | | | | | |
| Thomas, Robin | C | 6/5/2018 | | | | | | | | | | | | | |
| Tomasula, Kris | C | 1/25/2018 | | | | | | | | | | | | | |
| Torgalski, Aaron | B | 10/3/2017 | 5/8/2018 | 6/15/2018 | | | | | | | | | | | |
| Trevean, Erin | E | 5/5/2017 | | | | | | | | | | | | | |
| Tripp, Brian M. | C | | | | | | | | | | | | | | |
| Tripp, Courtney | E | 3/9/2018 | | | | | | | | | | | | | |
| Tripp, Mark | B | 9/15/2017 | 1/16/2018 | 1/18/2018 | | | | | | | | | | | |
| Tyson, Joseph | B | 4/26/2018 | | | | | | | | | | | | | |
| Varco, Jamie | D | 8/18/2017 | | | | | | | | | | | | | |
| Vidal, Anniel | Housing | 7/21/2017 | 10/3/2017 | 5/15/2018 | | | | | | | | | | | |
| Wagner, Timothy | D | 2/10/2017 | 11/3/2017 | 5/8/2018 | | | | | | | | | | | |
| Walker, Michael | B | 4/28/2017 | 1/4/2018 | 6/12/2018 | 7/27/2018 | | | | | | | | | | |
| Walters, Joseph | SF | 1/30/2018 | | | | | | | | | | | | | |
| Weber, Jon | C | 1/25/2018 | 3/1/2018 | | | | | | | | | | | | |
| Wedlake, Lisa | A | 2/10/2017 | 10/3/2017 | | | | | | | | | | | | |
| Whelan, Thomas | SF | 2/10/2017 | 5/4/2018 | 5/31/2018 | 6/22/2018 | 7/10/2018 | | | | | | | | | |
| White, Chauncey | E | 2/10/2017 | 5/5/2017 | 9/29/2017 | 1/4/2018 | 1/23/2018 | 5/3/2018 | 7/10/2018 | 8/3/2018 | | | | | | |
| Whiteford, Andrew | Housing | 2/24/2017 | 7/7/2017 | 7/21/2017 | 1/18/2018 | 1/30/2018 | 3/1/2018 | 3/23/2018 | 5/3/2018 | | | | | | |
| Whitenight, Jason R Lt. | C | 6/5/2018 | | | | | | | | | | | | | |

| Name | Code | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wigdorski, Adam M. | SF | 3/5/2018 | 3/23/2018 | | | | | | | | | | | |
| Woods, Lance | B | 5/5/2017 | | | | | | | | | | | | |
| Wright, Ernest | Traffic | 9/29/2018 | | | | | | | | | | | | |
| Yant, Nicholas A. | D | 6/15/2018 | | | | | | | | | | | | |
| Zak, Thomas | C | 11/4/2016 | 5/5/2017 | 8/18/2017 | 1/9/2018 | 1/19/2018 | 2/23/2018 | 5/18/2018 | 7/24/2018 | | | | | |