# EXHIBIT 302




**CITY OF BUFFALO**
TRAFFIC VIOLATIONS AGENCY

BYRON W. BROWN
Mayor

KEVIN J. HELFER
Executive Director

## COURT DAY PROCEDURE

1. Check all defendants in.

2. Check in the officers.

3. Mark spreadsheets and arrange with officer with fewest cases to be called first.

4. Before the judge comes out turn on the recorder.

5. Ask the bailiff to go tell the Judge we are ready.

5. When the judge comes out, everyone rises. Do not sit until the Judge instructs so

6. Beginning with the officer with the least number of cases, call the first officer to the stand.

    "CALLING OFFICER _____."

    Bailiff swears them in.

7. Call the first defendant.

    "LAST NAME . . . FIRST NAME . . . CASE #"

    Bailiff swears them in.

8. After hearing both testimonies, the judge will defer judgement—mark spreadsheet accordingly.

9. Repeat this action until all present defendants for that officer have testified.

10. Call the next officer and defendant set until there are no more officers and defendants to call. Thereafter, call the Defaults and the prosecutor will address the Court

11. The remaining individuals in the courtroom at this point are those whose officers have not shown up for court. Advise the Judge of this.

12. The Judge will address the gallery, then:

    "LAST NAME . . . FIRST NAME . . . CASE #"

13. DISMISSALS: Have the defendants remain standing until you get through all of the defendants by that particular officer.

    "OFFICER _____ DID NOT APPEAR TODAY, THEREFORE
    YOUR CASES WILL BE DISMISSED. YOU WILL
    RECEIVE SOMETHING IN THE MAIL. YOU ARE FREE
    TO LEAVE. "

COB665427

14. Repeat this action for each no-show officer until there are no more defendants in court.

COB665428