# EXHIBIT 303



## CITY OF BUFFALO
### TRAFFIC VIOLATIONS AGENCY



BYRON W. BROWN
Mayor

KEVIN J. HELFER
Executive Director

# BTVA POST-COURT PROCEDURE

## DISMISSALS and NON APPEARANCE
### **NOTE FILE FIRST**

### #5 JHO DISMISSES
If the Judge dismisses a case, use F5 note #5.
Fill in court date and save.
**(Keep in mind this is not the same as
Not Guilty after hearing)**

### #6 PROSECUTOR DISMISSES
If the prosecutor dismisses a case, use F5 note #6.
If you have any further information about the dismissal,
please add to your note (i.e no supp dep, interest of justice, etc.).
Fill in court date and save.

### #9 OFFICER NO NOTES
When the reason for dismissal is because the officer did not
have notes, use F5 note #9.
Fill in court date and save.

### #7 OFFICER NO SHOW 1--ADJOURNED
If it is the first time the officer did not show, use F5 note #7.
Fill in court date and save.

### #8 OFFICER NO SHOW 2--DISMISSED
If it is the second time the officer did not show, use F5 note #8.
If you have any further information about the dismissal,
please add to your note (i.e no supp dep, interest of justice, etc.).
Fill in court date and save.

### #16 BOTH PARTIES FAIL TO APPEAR--SCOFFED
If neither party appears, the motorist is SCOFFED note #16.
Fill in court date and save.



Select text to insert:

| | |
|---|---|
| 5 | Dismissed by JHO |
| 6 | Dismissed by Prosecutor |
| 7 | Adjourned-No Officer First Time |
| 8 | Dismissed-No Officer Second Time |
| 9 | Dismissed-No Notes |
| 10 | Default Judgment |
| 11 | FTA Default |
| 12 | Adjourned by Prosecutor |
| 13 | Guilty |
| 14 | Not Guilty |
| 15 | Failure to Prosecute |
| 16 | Failed to Appear at Hearing |

Selection: 0     OK     Quit



COB665511

# DISMISSALS

# A.

Click on "**Modify Case**" then click on "**Enter Disposition Info**" or **CTRL-X**.
The program in defaulted to open to the "**Charge Details**" tab.

1. Click the "CarryOver OK" checkbox.
2. Tab to "Charge Closed" and press the HOME key.
3. Tab to "Disposition" and enter 002-Dismissed. *If dismissal is due to the officer not showing up two times, you must use Disposition **222-No Officer 2X Diss**
4. Click on "Save" or CTRL-S.
5. Repeat for each charge.



COB665512

0002

# B.

Click on the "**Dates & Payment**" tab.
1.   Tab down to confirm "**Action Code**" field autofills to Action code 099--Disposed.
2.   Tab down and change "**Action Date**" to the court date.
3.   Click on "Save" or CTRL-S.



COB665513

# C.

Click on the "**DMV Info**" tab.
1. DMV Report Date will autofill.
2. Tab down to confirm "**Report Type**" autofills to "D" (Disposition)
3. Tab down to confirm "**Dispo Code**" autofills to "10" (Dismissed).
4. Click on "Validate" or CTRL-E.
5. Click on "Save" or CTRL-S.
6. Repeat for each charge.



COB665514

# D.

1. Click on "**Send Letter**" or **CTRL-L**
2. Select Letter **#2—Dismissal Letter**
3. Click on the "**Preview**" checkbox
4. Click "**OK**" or **CTRL-O**.
**\*\*Proofread\*\*** before printing and mailing.



\*Shred contents of file (save blank pages for scrap).
\*Reuse folder.

COB665515

# NO OFFICER--ADJOURNED

1.  Note the file appropriately use F5 speed note (enter court date).
2.  Click on "**Modify Case**" then click on "**Adjourn Case**" or **CTRL-Z**.
3.  Select Action Code **29** "**Court Date Requested.**"
4.  Use the **Court Date** as "date."
5.  Click "**Save & Exit**" or **Ctrl-S**.
6.  File court folder in court drawer alphabetically by motorist's last name.



COB665516

**0006**

# NO PARTIES—SCOFFED

Click on "**Modify Case"** then "**Case Modification**" then "**DMV Data"** or **CTRL-D**.

1. Change "**DMV Report Date**" to **60 DAYS PAST THE MISSED COURT DATE**.
2. Tab to "Report Type' and change to "**S**" (Scoff**).
3. Tab to "Scoff Status" and enter "**A.**"
4. Click on "**Validate**" or **CTRL-E**.
5. Click on "**Save**" or **CTRL-S**.
6. Repeat for each charge.
7. <mark>**\*NEW\*  THE FIRST TWO TIMES NEITHER PARTY APPEARS**</mark>:
   Select Action Code **29** "**Court Date Requested.**"
8. <mark>**\*NEW\*  THE THIRD TIME NEITHER PARTY APPEARS**</mark>:
   Select Action Code **083** "**Scofflawed to State.**"
9. Click on "**Exit**" or **CTRL-X**.



COB665517