# **EXHIBIT 305**

Message

**From**: Helfer,Kevin J [khelfer@ch.ci.buffalo.ny.us]
**Sent**: 6/18/2019 3:40:22 PM
**To**: Taveras,Luis E. [LTaveras@ch.ci.buffalo.ny.us]
**Subject**: Fwd: Mission and Goals
**Attachments**: Departmental Missions and Visions Parking.pptx; ATT00001.htm

Sorry for the delay. Here it is. Let me know if that's ok.
Kevin
Sent from my iPhone

Begin forwarded message:

> **From:** "Hough,Davis W." <dhough@ch.ci.buffalo.ny.us>
> **Date:** June 18, 2019 at 10:48:45 AM EDT
> **To:** "Helfer,Kevin J" <khelfer@ch.ci.buffalo.ny.us>
> **Subject: RE: Mission and Goals**
>
> Attached, with changes made
>
> **From:** Taveras,Luis E.
> **Sent:** Tuesday, June 18, 2019 7:20 AM
> **To:** Helfer,Kevin J <khelfer@ch.ci.buffalo.ny.us>
> **Subject:** Mission and Goals
>
> Kevin, I need to send this package for Betsy's review early tomorrow morning. As such, I need to get these done today. Here is what I have for your department as of now. I need to add who in your department is responsible for delivering these results. Please send me any updates as early as possible today. I'm going to an offsite meeting this morning but will be back around 1:30. Please let me know if you need me to stop in your office to help with this. Thanks.
>
> Luis E. Taveras, Ph.D.
> Chief Information Officer
> # City of Buffalo
> 65 Niagara Square, Room 1201
> Buffalo, New York 14202
> P: 716-851-5226
> LTaveras@city-Buffalo.com

0001

COB109102