# EXHIBIT 307

# NEW YORK STATE

# BUFFALO TRAFFIC VIOLATIONS AGENCY - FINANCIAL DISCLOSURE REPORT

## CONFIDENTIAL

### FINANCIAL DISCLOSURE INSTRUCTIONS

IN ORDER TO BE PROCESSED AS AN APPLICATION FOR JUDICIAL CONSIDERATION OF FINANCIAL AFFORDABILITY, ALL INFORMATION REQUESTED ON THIS REPORT MUST BE COMPLETELY, PROPERLY AND ACCURATELY PROVIDED. DATED SIGNATURE OF THE DEFENDANT IS ALSO REQUIRED.

### QUALIFYING INFORMATION SECTION *

**DEFENDANT'S NAME:** LAST, FIRST, MI (MIDDLE INITIAL): ENTER DEFENDANTS NAME.

**ADDRESS:** ENTER DEFENDANT'S MAILING ADDRESS.

**DEFENDANT'S LICENSE NUMBER:** ENTER DEFENDANT'S DRIVER LICENSE NUMBER.

**DATE OF BIRTH:** ENTER DEFENDANT'S BIRTH DATE.

**LIVING ARRANGEMENTS AND LENGTH OF TIME IN CURRENT ARRANGEMENT:** DESCRIBE THE DEFENDANT'S PRESENT LIVING ARRANGEMENT AND THE LENGTH OF TIME IN THIS LIVING ARRANGEMENT (E.G. HOMELESS, MARRIED LIVING WITH SPOUSE AND/OR CHILD(REN), SINGLE/DIVORCED/WIDOWED LIVING ALONE, SINGLE/DIVORCED/WIDOWED LIVING WITH CHILD(REN), SINGLE/DIVORCED/WIDOWED LIVING WITH PARENTS WITH OR WITHOUT CHILD(REN), CO-HABITATING, LIVING WITH RELATIVE(S) OTHER THAN SPOUSE OR PARENT).

**LIST OTHER PEOPLE IN HOUSEHOLD:** LIST ANY OTHER PEOPLE WHO LIVE IN THE SAME HOUSEHOLD WITH THE DEFENDANT, INCLUDING SPOUSE AND ANY DEPENDENTS.

**EMPLOYMENT STATUS:** CHECK THE APPROPRIATE RESPONSE. IF EMPLOYED, PROVIDE ALL INFORMATION REQUESTED IN THE 'EMPLOYED' SECTION ONLY AND PROCEED TO THE 'FINANCIAL REPORTING SECTION'. DOCUMENTS THAT CAN BE USED AS VERIFICATION OF EMPLOYMENT INCLUDE A RECENT PAY STUB OR A COMPANY OR EMPLOYER LETTER. IF UNEMPLOYED, PROVIDE ALL INFORMATION REQUESTED IN THE 'UNEMPLOYED' SECTION AND PROCEED TO THE 'FINANCIAL REPORTING SECTION'. DOCUMENTS THAT CAN BE USED AS VERIFICATION OF UNEMPLOYMENT INCLUDE BENEFITS STATEMENT/CHECK STUB FOR UNEMPLOYMENT BENEFITS, EMPLOYER LETTER, OR DISABILITY VERIFICATION.

### FINANCIAL REPORTING SECTION **
#### DO NOT LEAVE ANY SPACES BLANK. PLACE A ZERO IN THE APPROPRIATE SPACE
#### IF THE DEFENDANT HAS NO SUCH INCOME OR EXPENSES.

**A - MONTHLY INCOME FROM WAGES:** ENTER **TOTAL GROSS** FOR **ALL** WAGES. THE FOLLOWING DOCUMENTS CAN BE USED AS VERIFICATION: PAY CHECK STUB, W-2 FORM OR EMPLOYER STATEMENT.

**B - MONTHLY INCOME FROM OTHER SOURCES:** ENTER ALL INCOME RECEIVED FROM SOURCES OTHER THAN EMPLOYMENT. ('RENTAL INCOME' REFERS TO INCOME RECEIVED FROM RENTAL PROPERTY THAT IS OWNED BY THE DEFENDANT.) THE FOLLOWING DOCUMENTS CAN BE USED AS VERIFICATION: PAYMENT STUB, MOST RECENT STATE OR FEDERAL TAX RETURN, BANK STATEMENT, COURT RECORDS, LETTERS FROM THE BENEFIT OFFICE REGARDING MONTHLY BENEFIT AMOUNT, ETC.

**C - MISCELLANEOUS INCOME DURING PAST 12 MONTHS:** SPECIFY **ALL** OTHER INCOME, REGARDLESS OF SOURCE.

**D - CURRENT BALANCES:** SPECIFY **ALL** TYPES AND AMOUNTS.

**E - PERSONAL PROPERTY:** LIST THE MARKET VALUE OF **ALL** PERSONAL PROPERTY OWNED.

**F - MONTHLY EXPENSES:** ENTER **ALL** MONTHLY EXPENSES AS APPROPRIATE. THE FOLLOWING DOCUMENTS CAN BE USED AS VERIFICATION: EXPENSE RECEIPTS, PAYMENT BOOK, MOST RECENT BILL.

#### SUBMIT THIS COMPLETED REPORT TO THE BUFFALO TRAFFIC VIOLATIONS AGENCY

1 of 5

HELFER
**39**
06-29-2022

# NEW YORK STATE

# BUFFALO TRAFFIC VIOLATIONS AGENCY - FINANCIAL DISCLOSURE REPORT

## CONFIDENTIAL

**QUALIFYING INFORMATION SECTION \***

DEFENDANT'S LAST NAME: _____  FIRST NAME: _____  MI: _____

DEFENDANT'S LICENSE NUMBER: _____  DATE OF BIRTH: _____

HOME ADDRESS: _____

CITY: _____  STATE: _____  ZIP: _____

MAILING ADDRESS
IF DIFFERENT: _____

CITY: _____  STATE: _____  ZIP: _____

| | | YEAR | MAKE | MODEL | VALUE |
|---|---|---|---|---|---|
| PROVIDE INFORMATION FOR EACH VEHICLE OWNED | **VEHICLE ONE** | | | | |
| | **VEHICLE ONE** | | | | |
| *\* IF MORE THAN 3 VEHICLES PLEASE ATTACH ADDITIONAL SHEET WITH REQUIRED INFORMATION* | **VEHICLE ONE** | | | | |

DESCRIBE LIVING ARRANGEMENTS: _____

LENGTH OF TIME IN CURRENT ARRANGEMENT: _____

**OTHER PEOPLE LIVING IN HOUSEHOLD:**

| NAME | AGE | RELATIONSHIP | | NAME | AGE | RELATIONSHIP |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**EMPLOYMENT STATUS (CHECK ONE)**

**EMPLOYED** ☐                    **UNEMPLOYED** ☐

_____          _____
PLACE OF EMPLOYMENT                         LENGTH OF UNEMPLOYMENT

_____          _____
ADDRESS                                              LAST PLACE OF EMPLOYMENT

_____          LAST EMPLOYMENT

POSITION: _____          FROM: _____

LENGTH OF TIME: _____          TO: _____

VERIFICATION DOCUMENT (SPECIFY & ATTACH)     VERIFICATION DOCUMENT (SPECIFY & ATTACH)

_____          _____

2 of 5

**0002**

# NEW YORK STATE

# BUFFALO TRAFFIC VIOLATIONS AGENCY - FINANCIAL DISCLOSURE REPORT

## CONFIDENTIAL

**FINANCIAL REPORTING SECTION \*\***

**A: MONTHLY INCOME FROM WAGES**

SELF $ _____

SPOUSE $ _____

OTHER HOUSEHOLD MEMBERS $ _____

$ _____

HOW OFTEN IS DEFENDANT PAID? _____
(WKLY, BI-WKLY, MNTHLY, BI-MNTHLY)

**B: MONTHLY INCOME FROM OTHER SOURCES**

PENSION INCOME $ _____

RENTAL INCOME $ _____

CERTIFICATES OF DEPOSIT $ _____

TRUSTS/STOCKS/BONDS $ _____

CHILD SUPPORT $ _____

SPOUSAL MAINTENANCE/ALIMONY $ _____

LEGAL SETTLEMENTS/AWARD $ _____

AFDC/FOOD STAMPS/RENTAL ASSISTANCE $ _____

WORKERS COMP $ _____

UNEMPLOYMENT COMP $ _____

COUNTY/CITY WELFARE $ _____

OTHER: _____ $ _____

$ _____

$ _____

**C: MISCELLANEOUS INCOME DURING PAST 12 MONTHS**

LOTTERY $ _____

SWEEPSTAKE(S) $ _____

DISABILITY INSURANCE $ _____

BONUS $ _____

WAGERING $ _____

LEGAL SETTLEMENT/AWARD $ _____

ANNUITY $ _____

| SPECIFY | AMOUNTS |
|---|---|
| OTHER: _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

**D: CURRENT ACCOUNT BALANCES**

SAVINGS ACCOUNT $ _____

CHECKING ACCOUNT $ _____

INDIVIDUAL
RETIREMENT ACCOUNT $ _____

DEFERRED COMPENSATION
ACCOUNT $ _____

TRUST ACCOUNT $ _____

OTHER ACCOUNTS
(SPECIFY & AMOUNT) $ _____

# NEW YORK STATE

## BUFFALO TRAFFIC VIOLATIONS AGENCY - FINANCIAL DISCLOSURE REPORT

### CONFIDENTIAL

**E: PERSONAL PROPERTY**

DO YOU OWN:

REAL ESTATE

LOCATION_____     VALUE___$_____

LOCATION_____     VALUE___$_____

LOCATION_____     VALUE___$_____

REC VEHICLE/CAMPER

MAKE_____     VALUE___$_____

ATV 3/4 WHEEL

MAKE_____     VALUE___$_____

MOTORCYCLE

MAKE_____     VALUE___$_____

BOAT

MAKE_____     VALUE___$_____

MAKE_____     VALUE___$_____

PERSONAL PROPERTY          (ELECTRONICS, ART, JEWELRY, FURNITURE, ETC.)

APPROXIMATE VALUE_____

**F: MONTHLY EXPENSES**

RENT/MORTGAGE___$_____          WATER/SEWER___$_____

HOME ELECTRIC/GAS___$_____          FOOD___$_____

TELEPHONE (LANDLINE)___$_____          TELEPHONE (CELL)___$_____

HEALTH/LIFE INSURANCE___$_____          CHILD CARE___$_____

AUTOMOBILE INSURANCE(S)___$_____          AUTOMOBILE FUEL/GAS___$_____
SPECIFY NUMBER _____

AUTOMOBILE LOAN(S)___$_____          ALCOHOL___$_____
SPECIFY NUMBER _____          CIGARETTES/OTHER
TOBACCO PRODUCTS___$_____

SPOUSAL
MAINTENANCE/ALIMONY___$_____          CABLE TELEVISION___$_____

INTERNET SERVICE___$_____          SATELLITE TV/RADIO___$_____

BEEPERS/PAGERS___$_____          MEDICAL PRESCRIPTIONS___$_____
SPECIFY NUMBER _____

0004

# NEW YORK STATE

## BUFFALO TRAFFIC VIOLATIONS AGENCY - FINANCIAL DISCLOSURE REPORT

### CONFIDENTIAL

**F: MONTHLY EXPENSES CONTINUED \***

<table>
<tr><td></td><td>SPECIFY BELOW</td><td>AMOUNTS</td></tr>
<tr><td>CREDIT CARD<br>CHARGE(S)/OTHER<br>LOAN AMOUNT(S)</td><td>_____</td><td>$ _____</td></tr>
<tr><td></td><td>_____</td><td>$ _____</td></tr>
<tr><td></td><td>_____</td><td>$ _____</td></tr>
<tr><td></td><td>_____</td><td>$ _____</td></tr>
<tr><td></td><td>_____</td><td>$ _____</td></tr>
<tr><td>WORK RELATED<br>TRAVEL</td><td>_____</td><td>$ _____</td></tr>
<tr><td>RECREATION</td><td>_____</td><td>$ _____</td></tr>
<tr><td></td><td>_____</td><td>$ _____</td></tr>
<tr><td></td><td>_____</td><td>$ _____</td></tr>
<tr><td>OTHER EXPENSES</td><td>_____</td><td>$ _____</td></tr>
<tr><td></td><td>_____</td><td>$ _____</td></tr>
<tr><td></td><td>_____</td><td>$ _____</td></tr>
</table>

\* ATTACH ADDITIONAL SHEET WITH REQUIRED INFORMATION IF MORE SPACE IS NECESSARY.

**THE INFORMATION PRESENTED HEREIN IS TRUTHFUL AND ACCURATE TO THE BEST OF MY KNOWLEDGE.**

_____     _____
DEFENDANT SIGNATURE                                              DATE

_____
PRINT NAME

0005