# EXHIBIT 308

By:   Mr. Scanlon

Re:  Ordinance Amendment

Chapter 175, FEES

The Common Council of the City of Buffalo does hereby ordain as follows:

That Chapter 175, FEES, of the Code of the City of Buffalo be amended to read as follows:

# Chapter

# 175 FEES

## § 175-1.  Enumeration of fees.

The following schedule of fees is hereby established with respect to licenses, permits and activities required or regulated under the provisions of various chapters of the Code of the City of Buffalo. Applications for and the issuance of such licenses and permits shall be subject to the provisions of the specific chapter of the Code which is indicated for each type of license or permit. The business, activity or operation for which the license or permit is required shall be subject to all regulations set forth in the chapter to which reference is made. These fees may be adopted or revised by the Common Council from time to time.

**Code Chapter**

**Section, Type of Application,**

**Permit or License**                                      **Fee**

**Chapter 1, General Provisions [Added 5-28-1992,   effective 7-1-1992; amended 7-25-1995, effective 8-7-1995;  11-16-2004, effective 11-24-2004]**

| | |
|---|---|
| § 1-15, general penalty | |
| Charge for check returned, | $25.00 |
| § 1-16, web payment fee | $2.00 |

Additional charge for any payment of parking summonses, user fee bills or permit fees made via the City of Buffalo Internet payment system

| **Chapter 6-24, Buffalo Traffic Violations Agency** | |
|---|---|
| Public Safety Fee | $55.00 |
| Driver Responsibility Fee | $45.00 |
| Initial Deferred Payment Fee- Per Ticket | $15.00 |

COB009536

| | |
|---|---|
| Subsequent Deferred Payment Fee- Per Deferral, Per Ticket | $10.00 |
| Scofflaw/Default Judgment Administrative Processing Fee | $50.00 |
| Default Conviction Administrative Processing Fee | $75.00 |
| Motion to Vacate Disposition Application Fee | $75.00 |
| Administrative Fee for Filing Judgments | $100.00 |
| Late Fee 30 day | $50.00 |
| Late Fee 60 day (additional $20.00) | $70.00 |
| Late Fee 90 day (additional $20.00) | $90.00 |
| Collections Fee | $25.00 |
| Distracted Driver Diversion Program Application Fee | $250.00 |
| Boot and Tow Fee | See §307-8 |

**Chapter 35, Personnel Policies [Added 11-30-1993, effective 12-14-1993; amended 1-23-2001, effective 2-5-2001]**

§ 35-13, civil service examinations

Examination fee (nonrefundable)                $15.00

Examination fee for uniformed service within Police and Fire Departments (nonrefundable)                $25.00

**Chapter 46, Telecommunications, Office of [Added 11-3-1999, effective 11-17-1999]**

§ 46-9, videoconferencing rates

| Dial-Out Point | Rate Per Hour |
|---|---|
| United States | $150.00 |
| Argentina | $360.00 |

**Code Chapter Section, Type of Application,**

| Permit or License | Fee |
|---|---|
| Australia | $450.00 |
| Belgium | $396.00 |
| Brazil | $360.00 |
| Canada | $104.10 |
| Chile | $360.00 |
| Denmark | $360.00 |
| Finland | $324.00 |
| France | $360.00 |
| Germany | $360.00 |
| Hong Kong | $360.00 |

COB009537

§ 175-1                           FEES                           § 175-1

| | |
|---|---|
| The furnace volume of which is greater than 25 cubic feet but not in excess of 50 cubic feet or equivalent or the BTU input per hour of which is greater than 1,500,000 but does not exceed 3,000,000, for each unit | $35.00 |
| The furnace volume of which is greater than 50 cubic feet but not in excess of 100 cubic feet or equivalent or the BTU input per hour of which is greater than 3,000,000 but is not in excess of 6,000,000, for each unit The furnace volume of which is greater than 100 cubic feet or equivalent or the BTU input per hour of which is greater than 6,000,000, for each unit | $40.00 |
| § 66-23, Inspection of incinerators, per incinerator **[Last amended 9-20-2005, effective 9-30-2005]** | $25.00 |

**Chapter 72, Ambulances and Ambulance Drivers [Amended 2-4-1992, effective 2-18-1992; 5-22-1995, effective 6-2-1995]**

§ 72-9, license fees

| | |
|---|---|
| Ambulance, biennial | [$136.50]$200.00 |
| Ambulance driver or attendant,   biennial | [$52.50]$70.00 |

**Chapter 75, Amusements [Amended 2-4-1992, effective 2-18-1992]**

| | |
|---|---|
| Fee per show Ticket Price $1-$25 | $55.00 |
| Ticket Price $26-$50 | $85.00 |
| Ticket Price $51-$75 | $115.00 |
| Ticket Price $76-$100 | $225.00 |
| Ticket Price $100+ | $350.00 |
| For houses having fewer than 500 seats | $ 105.00 |
| For houses or places having 500 seats or more and fewer than 750 seats, per annum | $131.25 |
| For  houses or places having 750 seats or   more | [$157.50]$200.00 |
| For other temporary entertainments, per day or fraction thereof, (not to exceed $36.75 for any period of not more than 3 months) | $15.75 |

COB009538

§ 175-1                                     FEES                                    § 175-1

| | |
|---|---|
| Ninth, per week or fraction thereof | $26.25 |
| 10th, per week or fraction thereof | $21.00 |
| 11th, per annum | $157.50 |
| 12th, per day or fraction thereof | $63.00 |
| 13th, per annum | $210.00 |
| 14th, per annum | $131.25 |
| 15th, per day or fraction  thereof | $42.00 |
| 16th | Amount to be determined,  in each case, by the Director of Licenses in his discretion |
| §75-13, music license, per year<br> Live music, no dancing | [$52.50] $60.00<br>$75.00 |

§ 75-14, inspection  certificate for public  assemblage
**[Amended 12-26-2001, effective 1-9-2002]**

| | |
|---|---|
| Original certificate | [$56.00]$100.00 |
| Certificate renewal | [$42.00]$55.00 |

| | |
|---|---|
| § 75-15, miniature golf course license, per   year | |
| § 75-16, special night permit for amusement place, per night | $57.75 |
| | $2.10 |
| § 75-18, coin-controlled  amusement  device fee and arcade license (Last amended 10-4-1994, effective 10-17-1994) | |

| | |
|---|---|
| Per device | |
| 1 device | $47.25 |
| 2 devices | $94.50 |
| 3 devices | $141.75 |
| Per device in arcade | [$47.25] $55.00 |
| § 75-19, admission of children to   theaters | $2.10 |
| Owner's license | $2.10 |
| Matron's license | $2.10 |
| License renewal | $21.00 |
| § 75-21, Rebound tumbling center license, per year | |

COB009539

| | |
|---|---|
| § 78-11, adoption of impounded cats Adoption | |
| Rabies shot | $10.00 |
| | |
| § 78-12, seizure and impoundment of dogs | |
| First seizure | $25.00, plus $5.00 per day |
| Second seizure | $50.00, plus $5.00 per day |
| Third and subsequent seizures within 1 year of the first seizure | $75.00, plus $5.00 per day |
| § 78-13, adoption of impounded dogs | |
| Adoption | $25.00 |
| Refund upon spaying or neutering | $15.00 |
| Rabies shot | $12.00 |
| § 78-15.4, licenses | |
| For each spayed or neutered dog | $13.50 |
| For each unspayed or unneutered dog | $20.50 |
| For each purebred (kennel) | $25.00 |
| § 78-32, Euthanasia for each animal | $20.00 |
| § 78-33, Surrender of an animal to the Buffalo Animal Shelter | $15.00 |
| **Chapter 81, Auctions and Auctioneers [Amended 2-4-1992, effective 2-18-1992]** | |
| § 81-16, auctioneer's license | [$367.50] $400.00 |
| **Chapter 85, Bait Dippers [Amended 2-4-1992, effective 2-18-1992; 5-21-1993, effective 5-28-1993]** | |
| § 85-3, commercial bait dipping permit application | |
| Wholesaler, per year | $135.00 |
| Retailer, per year | $65.00 |
| **Chapter 88, Bakers and Confectioners [Last amended 5-22-1995 effective 6-2-1995]** | |
| § 88-5, licenses (biennial) | |
| For bakers employing 0 to 25[2 employees or fewer] | [$63.00] $220.00N; |
| [From 3 to 10 employees] | [$105] $125.00R |
| [From 11 to 25 employees] | [$157.50] |

COB009540

       [$315.00]

From 26 employees <u>and above</u>    <u>$350.00N; $350.00R</u>

[51 or more employees]    [$525.00]

COB009541

| | |
|---|---|
| For confectioners employing 2 employees or fewer | $63 |
| From 3 to 10 employees | $105 |
| From 11 to 25 employees | $157.50 |
| 26 or more employees | $525 |

**Chapter 92, Billiard and Pool Rooms and Bowling Alleys [Amended 2-4-1992, effective 2-18-1992]**

§ 92-6, licenses (No license fee shall be prorated for a period of less than 6 months.)

| | |
|---|---|
| For each billiard table, per annum | [$31.50]$35.00 |
| For each pool table, per annum | [$31.50] $35.00 |
| For each bowling alley, per annum | [$31.50]$35.00 |

**Chapter 94, Boilers and Engines; Engineers [Last amended 5-22-1995 effective 6-2-1995]**

§ 94-5, inspections

| | |
|---|---|
| Boilers exceeding 25 horsepower | $36.75 |
| More than 1 in 1 establishment each in excess of 1 | $10.50 only |
| Boilers not exceeding 25 horsepower | |
| 1 | $26.25, plus |
| More than 1 in 1 establishment, each additional | $10.50 |
| Miniature boiler | $10.50 |

§ 94-9, secondhand boilers, hydrostatic test and inspection — $5.25

§ 94-22, stationary engineer's and refrigeration operator's licenses and renewals; examinations for licenses

| | |
|---|---|
| [Original license, biennial] Biennial renewal of license | [$126] |
| Chief engineer or chief refrigeration operator | [$84]$140.00 |
| First-class engineer or first- class refrigeration operator | [$63]$110.00 |
| Second-class engineer, second-class engineer limited to locomotives and second-class refrigeration operator | [$63] $85.00 |
| Special engineer | [$42] $55.00 |

COB009542

§ 175-1                                    FEES                                    § 175-1

Examination for license                                              [$26.25]$50.00

COB009543

**0008**

§ 175-1                              FEES                              § 175-1

**Code Chapter**

  **Section, Type of Application,**

  **Permit or License**                                    **Fee**

  Employment or salary verification                        $20.00

  Certification or authentication of any report or         $25.00
  record on file in the Bureau of Fire Prevention

  Fireworks License and Inspection                         $215.00

  Fines for Excessive Inspections, greater than 2          $100.00

  Occupancy Placards – Assembly Capacity Program           $125.00

  Duplicate or Replacement Placard                         $25.00

  Fire Safety Inspections – Private Facilities Submittal and   $50.00
  Processing Fee
  Inspections 0-2,499 sq. ft.                              $75.00

  2,500-4,999 sq. ft.                                      $75.00 plus
                                                           $.01 per sq.ft.
                                                           2,500 + sq. ft.

  50,000 sq.ft. or greater                                 $75.00 plus
                                                           $.005 per sq.ft.
                                                           50,000 + sq. ft.

**Code Chapter**

**Section, Type of Application,**

**Permit or License**

**Chapter 107, Buildings, Moving of [Amended
2-4-1992, effective 2-18-1992; 10-27-1992,
effective 11-9-1992; 5-21-1993, effective
5-28-1993]**

§ 107-1, permits

  Moving building upon petition to Common Council         $220.00
  Moving building on wheeled vehicle without
  consent of Common Council

  **Chapter 109, Buildings, Numbering of [Added
  5-21-1993, effective 5-28-1993]**

  § 109-2, numbering system; furnishing of number          $15.00

    Address permit                                         $10.00

    Address verification

COB009544

| | Fee |
|---|---|
| **Chapter 140, Collection Agencies [Amended 2-4-1992, effective 2-18-1992; 5-22-1995, effective 6-2-1995]** | |
| § 140-6, license [(biennial)] | [$315.00] $400.00 |
| **Chapter 141, Collection of Arrears [Added 2-22-1994, effective 3-7-1994]** | |
| § 141-3E, fees. These fees shall be in addition to statutory interest and costs, where applicable. | |
| Collection processing charge for amounts past due over 30 days | [$10.00] $25.00 |
| Additional charge to be added to all arrears sent to outside credit or collection agency | Actual amount charged by the collection agency |
| Additional charge for administrative and legal expense to be added after litigation is commenced to arrears | |
| In the case of arrears of $500 or less in the aggregate | $50.00 |
| In the case of arrears of more than $500 but less than $2,001 in the aggregate | $100.00 |
| In the case of arrears of more than $2,001 and more but less than $10,001 in the aggregate | $200.00 |
| In the case of arrears of $10,001 and more in the aggregate | $500.00 |
| **Chapter 142, Collection Boxes [Amended 2-4-1992, effective 2-18-1992]** | |
| § 42-1A(8), annual license fee (per box) | [$105.00]$115.00 |
| **Chapter 143, Consumer Electronics Installation and Repair [Added 6-5-1990, effective 6-18-1990; amended 2-4-1992, effective 2-18-1992]** | |
| § 143-7, apprentice license | |
| License fee | $42.00 |
| § 143-11A, license fees | |
| Examination fee (nonrefundable) | $15.75 |
| Consumer electronics service technician (new license) | $105.00N; $75.00 R |
| Consumer electronics service technician, reception equipment installation and repair only (new license) | $105.00N; $75.00 R |

COB009545

| | Fee |
|---|---|
| Consumer electronics service technician, microwave oven installation and repair only (new license) | $105.00 |
| Apprentice (new license) | $42.00 |
| **§ 143-12, renewal of license** | |
| Renewal | [$52.50]$75.00 |
| Renewal, apprentice | $42.00 |

**Chapter 144, Contractors [Amended 2-4-1992, effective 2-18-1992; 5-21-1993, effective 5-28-1993; 12-26-2001, effective  1-9-2002]**

**§ 144-8G, home-improvement licenses**

| | |
|---|---|
| Handyman | [$200.00 $225.00 |
| Home-improvement contractor | [$400.00] $450.00 |
| Specialty contractor | [$400.00] $450.00 |
| Light commercial contractor | [$400.00]$500.00 |
| New housing contractor | [$450.00]$500.00 |
| General contractor | [$750.00]$900.00 |
| Subcontractor | [$300.00]$350.00 |
| Construction management | [$300.00]$375.00 |
| Salesman's license or renewal | [$60.00] $75.00 |
| Duplicate license | $10.50 |

**§ 144-12, demolition contractor's license**

| | |
|---|---|
| Grade 1 | [$250.00]$275.00 |
| Grade 2 | [$350.00]$400.00 |
| Grade 3 | [$500.00]$600.00 |
| Grade 4 | [$750.00]$900.00 |

**§ 144-25, Landscaper and snow removal contractor's license [Added 2-22-2011]**

| | |
|---|---|
| Landscaper | [$50.00]$75.00 |
| Snow remover | [$50.00]$75.00, plus $10 per add'l vehicle |

**Chapter 150, Dances and Dance Halls [Amended 2-4-1992, effective  2-18-1992]**

§ 150-6, licenses:

Public dance hall (In computing floor space, only that part of the floor actually used or intended to be used for dancing shall be considered.)

COB009546

| | Fee |
|---|---|
| Per annum for each 1,000 square feet of floor space or major fraction thereof] | $42.00 |
| For periods of less than 1 year, a prorated fee for each 1,000 square feet of floor space or major fraction thereof, no less than | $5.25 |
| Public dance hall where a public dance is held at least 1 night a week throughout the year, the license fee shall not exceed, per annum | $315.00 |
| Public dance | [$31.50] $75.00 |

Restaurant and hotel dancing

| | |
|---|---|
| Class 1: dancing in hotels where dancing is conducted for other than special occasions, such as opening nights or holidays, per year | [$367.50] $450.00 |
| Class 2: dancing in restaurants where entertainments are given, such as floor shows, etc., per year | [$367.50] $450.00 |
| Class 3: dancing in restaurants where music is furnished by orchestras or reproduced by mechanical, electrical or other means, per year | [$210.00] $250.00 |
| Class 4: dancing in restaurants where music is reproduced by mechanical, electrical or other means only, per year | [$131.25] $175.00 |
| [Class 5: dancing in hotels and restaurants on special occasions, such as opening nights or holidays, per night] | [$31.50] |

**Chapter 165, Electricity [Amended 5-29-1990, effective 6-7-1990; 2-4-1992, effective 2-18-1992]**

§ 165-12, master electrician's license **[Amended 5-22-1995, effective 6-2-1995]**

| | |
|---|---|
| Initial deposit | $210.00 |
| Biennial minimum fee (Sum to be paid in excess of minimum fee shall be in proportion to term of license, computing time from date of granting the same to the 31st day of December next ensuing.) | $210.00 |
| Total fee (initial deposit plus minimum fee), biennial | $420.00 |
| Refund upon denial of license | $100.00 of initial |

COB009547

| | |
|---|---|
| Each stop additional | $10.50 |
| Registration fees: | |
| 1.  For new commercial installations | $105.00 |
| 2.  For existing commercial installations | $52.50 |
| Certificate of operation fees: | |
| 1.  Initial certificate of operation | $105.00 |
| 2.  Renewal certificate of operation | [$36.25] $55.00 |

**Chapter 169, Excavations and Quarries [Amended 2-4-1992, effective 2-18-1992; 10-27-1992, effective 1 1-9-1992; 5-21-1993, effective 5-28-1993]**

| | |
|---|---|
| § 169-6, permit for hauling excavated material | $11.00 |

**Chapter 186, Flammable Liquids [Amended 2-4-1992, effective 2-18-1992]**

§ 186-5, licenses [(biennial)](annual) **[Amended 5-22-1995, effective 6-2-1995]**

Storage, (warehouse) sealed barrels (bbls.) or drums only:

| | |
|---|---|
| Up to 50 bbls. or  drums | [$63.00]$100.00 |
| Over 50 bbls. or  drums | [$126.00] |
| Hat cleaning; spotting | $52.50 |
| Dry cleaning | |
| Retail  outlet only | [$52.50]$100.0 |
| Combined retail and wholesale  or wholesale  plant | [$157.50] |
| Repair garages  **[Amended 12-26-2001, effective** | |

**1-9-2002]**

| | |
|---|---|
| New license | [$88.00] $100.00 |
| License renewal | $74.00 |

Manufacturer  with bulk storage facilities, annually

| | |
|---|---|
| Up to 110 gallons | [$31.50] $25.00 |
| 111 to 2,000  gallons | [$126.00] $100.00 |
| 2,001 to 5,000 gallons | [$262.50] $175.00 |
| Over 5,000 gallons | [$367.50] $250.00 |

COB009548

§ 175-1                              FEES                              § 175-1

Service stations
    Private storage                                    [$31.50] $50.00

COB009549

**0014**

| | |
|---|---|
| Retail distribution, per pump | [$31.50]$50.00 |
| Tank vehicles, permit required, each vehicle | $31.50 |
| Bulk dealers, <u>annually</u> | |
| Wholesale | |
| With bulk storage facilities up to 40,000 gallons | [$126.00]$200.00 |
| With bulk storage facilities over 40,000 gallons | [$262.50] $250.00 |
| [Retail, with bulk storage facilities] | |
| [Up to 110 gallons] | [$31.50] |
| [111 to 500 gallons] | [$63.00] |
| [501 to 40,000 gallons] | [$126.00] |
| [Over 40,000 gallons] | [$262.50] |
| Package dealer | |
| Wholesale, storing: | |
| Up to 110 gallons | [$31.50]$25.00 |
| 111 to 1,000 gallons | [$63.00]$100.00 |
| 1,001 to 5,000 gallons | [$63.00]$175.00 |
| [Over 5,000 gallons] | [$126.00] |
| Retail, storing | |
| Up to 100 gallons | [$31.50]$25.00 |
| 101 to 500 gallons | [$52.50]$50.00 |
| [501 to 1,000 gallons] | [$73.50] |
| [1,001 to 3,000 gallons] | [$126.00] |
| [3,001 and more gallons] | [$210.00] |
| § 186-9, licenses for oil-fired heating equipment businesses | |
| Examination fee | $21.00 |
| Class 1A license, original issue | [$168.00]$250.00 |
| Class 1B license, original issue | [$168.00]$250.00 |
| Renewal fee | $78.75 |
| § 186-10, license for installation, alteration and repair of equipment, storage tanks, piping, valves and pumps for gasoline or other volatile liquids or diesel fuel oil used for motor vehicles: | |
| Examination fee | $15.75 |

COB009550

§ 175-1                              FEES                              § 175-1

| | |
|---|---|
| License | |
|   Original issue | $[131.25]$250.00 |
|   Renewal | $73.50 |
| § 186-13, garage license | |
|   [Up to 3,000 square feet floor area] | [$15.75]$100 N |
|   [Over 3,000 square feet floor area] | [$36.75]$74.00 R |
| § 186-15, license for welding and repairing tanks | |
|   Examination fee | |
|   License | |
|     Original issue | $15.75 |
|     Renewal | $131.25 |
| § 186-16, license for application of flammable   ashes | $73.50 |
| | $31.50 |

**Chapter 189, Flood Damage Prevention [Amended 2-13-1991, effective 2-28-1991; 2-4-1992, effective 2-18-1992; 5-21-1993, effective 5-28-1993; repealed 7-27-1999, effective 8-9-1999]**

**Chapter 193, Food and Drugs [Amended 2-4-1992, effective 2-18-1992; 5-22-1995, effective 6-2-1995; 5-13-1997, effective 5-27-1997]**

§ 193-27, Biennial licenses for sale of certain articles

| | |
|---|---|
| Sale of meat and sausage which is uncooked, whether fresh, frozen, salted or smoked (no additional license fee required from the holder of such a license for the sale of dressed poultry, frozen eviscerated poultry, cold cuts, cooked, smoked or pickled fish, frozen fish, fresh fish and frozen fish products); sale of fresh or frozen poultry not eviscerated; sale of meat and sausage which has been cooked and bacon; sale of fresh and frozen fish (no additional license fee required from the holder of such a license for the sale of fish which has been fried, smoked, dried or pickled and of the sale of oysters and clams); sale of fish which has been fried, smoked, dried or pickled and of oysters and clams; sale of frozen fish, frozen fish products and frozen eviscerated poultry | [$150.00]$165.00 |

**Chapter 194, Food Stores [Added 6-25-2002, effective 7-8-2002]**

§ 194-5, food store license

COB009551

| | |
|---|---|
| New license | [$115.00]$250.00 |
| License renewal | [$100.00]$175.00 |

**Chapter 199, Fruits and Vegetables [Amended 2-4-1992, effective 2-18-1992]**

| | |
|---|---|
| § 199-2, license for outdoor shop, stand or market | $52.50 |
| § 199-10, itinerant wholesale dealer's license, per vehicle | $157.50 |

**Chapter 203, Fumigation [Amended 2-4-1992, effective 2-18-1992]**

| | |
|---|---|
| § 203-3, permit for those not engaged in fumigation business | $5.25 |
| § 203-8, pest control licenses | |
|     Type A, per year | $52.50 |
|     Type B, per year | $52.50 |
|     Type C, per year | $21.00 |
|     Type D, per year | $21.00 |
| § 203-20, license application | $16.80 |
| § 13-5, license for supplier of games of chance equipment. Code Chapter Section, Type of Application, Permit or License authorized organizations or authorized games of chance lessors by the applicant during the preceding calendar year or fiscal year if the applicant maintains his account on a fiscal-year basis. | A sum equal to $26.25 plus an amount equal to 2% of the gross sales and rentals, if any, of games of chance equipment and supplies to Fee |
| § 213-7, licenses | |
|     To conduct games of chance, for each license period | $26.25 |
|     Authorized lessor | $52.50 |
| § 213-18, additional license fee | 5% of net proceeds, if any |

**Chapter 216, Garbage, Rubbish and Refuse [Amended 7-26-2005, effective 8-5-2005; 6-11-2013]**

§§ 216-7, 216-15G and 216-55, excessive solid waste charges, removal of excess solid waste

COB009552

Owner occupant of residential unit in the City of Buffalo: no charge for first ton per year per residential unit. For anything over one ton per year, the charge will be $40.50 per ton, plus fuel adjustment charge as per City of Buffalo disposal contract.

All others: $40.50 per ton, plus fuel adjustment charges as per City of Buffalo disposal contract.

Any County, Village, Town or City charges as follows:

Under contract with Modern Landfill: $1.50 per ton

Not under contract with Modern Landfill: as negotiated with Commissioner of Public Works and Streets

**§ 216-55, Residential User Fees [Amended 10-14-2014]**

|                            | **Annual Fee**        |
| -------------------------- | --------------------- |
| Fixed cost;                | $118.86               |
| plus                       |                       |
| Variable cost              |                       |
| 35-gallon tote             | [$26.50]$43.75        |
| 65-gallon tote             | [$43.93]$81.25        |
| 95-gallon tote             | [$51.38] $118.75      |
| Residential vacant lot     | [$10.65]$12.75        |
| Late charge, per quarter   | $7.45                 |

Bulk trash (Pick & Pay): $105 minimum charge for the first four cubic yards (12 feet long by three feet high by three feet wide); $25 for each additional cubic yard or portion  thereof

§ 216-56, commercial user fees. The minimum rate the Commissioner may charge covering the cost of collection shall be fixed cost plus variable cost.

|               | **Annual Fee**        |
| ------------- | --------------------- |
| Fixed cost;   | [$118.86] $150.00     |
| plus          |                       |
| Variable cost |                       |

COB009553

| | Fee |
|---|---|
| 35-gallon tote | [$26.50]$54.25 |
| 65-gallon tote | [$43.93]$100.75 |
| 95-gallon tote | [$51.38] $147.25 |
| Late charge, per quarter | $7.45 |

**Code Chapter**

**Section, Type of Application,**

| **Permit or License** | **Fee** |
|---|---|
| Late charge, per quarter | $6.00 |

§ 216-57, Past-due accounts. The following fees shall be in addition to statutory interest and costs, where applicable:

| | |
|---|---|
| Collection processing charge | $6.00 |
| Additional charge to be added to all accounts sent to outside credit or collection agency | Actual amount charged by the credit or collection agency |

Additional charge for administrative and legal expenses to be added after litigation is commenced to collect past due accounts, plus actual costs and disbursements

| | |
|---|---|
| In the case of amounts past due of $500 or less in the aggregate | $60.00 |
| In the case of amounts past due of more than $500 but less than $2,001 in the aggregate | $120.00 |
| In the case of amounts past due of more than $2,001 but less than $10,001 in the aggregate | $240.00 |
| In the case of amounts past due of $10,001 or more in the aggregate | $600.00 |

§ 216-62, receptacles for events

| | |
|---|---|
| Trash can | $1.94 per can |

**Chapter 219, Gasoline [Amended 2-4-1992, effective 2-18-1992]**

§ 219-8, annual license for tank or pump within boundaries of or beneath street or public   place

For tanks, with or without  pumps

| | |
|---|---|
| For each tank having a capacity of 280 gallons or fewer | $31.50 |

COB009554

§ 175-1                     FEES                     § 175-1

|  | Fee |
|---|---|
| For each tank having a capacity of more than 280 gallons and not more than 560 gallons | $63.00 |
| For each tank having a capacity of more than 560 gallons | $84.00 |
| For each pump located within a street or upon a public place and connected with a tank on private property, the license fee shall be determined by the capacity of the tank with which it is connected, according to the foregoing schedule. | |

**Chapter 226, Grain [Amended 2-4-1992, effective 2-18-1992]**

| § 226-1, license for drying | $52.50 |
|---|---|

**Chapter 232, Handbills and Other Publications [Amended 2-4-1992, effective 2-18-1992]**

| § 232-3, billposting business license | $157.50 |
|---|---|

**Chapter 238, Heating [Amended 2-4-1992, effective 2-18-1992]**

§ 238-14, heating installer's license

| Examination (all classes) | [$21.00]$50.00 |
|---|---|
| All [L] licenses | $200.00 |
| [Class I] | |
| [Original] | [$183.75] |
| [Renewal | [$89.25] |
| [Class II] | |
| [Original] | [$157.50] |
| [Renewal] | [$78.75] |
| [Class III] | |
| [Original] | [$131.25] |
| [Renewal] | [$68.25] |

**Chapter 254, Junk Dealers and Pawnbrokers [Amended 2-4-1992, effective 2-18-1992]**

§ 254-6, scrap processor license

| Place of business in City is principal place of business | [$78.75] $215.00 |
|---|---|
| Other | $52.50 |

COB009555

| | Fee |
|---|---|
| § 254-8, permit for garage sale, if more than 3 sales per calendar year **[Amended 7-29-2014]** | $21 |
| § 254-21, licenses **[Amended 5-22-1995, effective 6-2-1995; 4-16-1996, effective 4-29-1996]** | |
| For collecting, buying or selling in, upon or from the streets with motor vehicle, per year | $94.50 |
| Pawnbrokers, per year | [$400.00]$450.00 |
| Secondhand dealers, per year **[Added 12-26-2001, effective 1-9-2002]** | |
| New license | [$118.00] $200.00 |
| License renewal | [$104.00]$150.00 |
| Wholesale dealers or dealers who do business in wagonload, truckload or carload lots or dealers in used or secondhand automobiles. | [$262.50] $300.00 |
| [or those] Wholesale dealers whose business is that of wrecking or dismantling automobiles or banks and others licensed under the Banking Law of the State of New York or financing agencies as defined in the Uniform Commercial Code of the State of New York or automobile leasing businesses, per year. | $400.00 |
| Flea market license. The fee for a flea market license shall be paid by the owner or occupant of the premises on which the flea market is to be held. The fee for such a license is hereby fixed on the basis of the maximum number of vendors to be permitted by the licensee to participate in the flea market at any 1 time, as stated in the license application: | |
| [1 to 10 vendors, per year] [11 to 25 vendors, | [$105.00]$215.00N |
| per year] | [$210.00]$150.00R |
| [More than 25 vendors, per year] | |
| **Chapter 259, Laundries and Clothes Cleaners [Amended 2-4-1992, effective 2-18-1992; 5-22-1995, effective 6-2-1995]** | |
| § 259-4, license ([biennial]) | [$157.50]$215.00 |
| § 259-12, certificate of inspection ([biennial]) | $73.50 |
| **Chapter 263, Licenses [Amended 7-31-1990, effective 8-16-1990; 2-4-1992, effective 2-18-1992]** | |
| § 263-3 | |

COB009556

| | Fee |
|---|---|
| Duplicate license or tag | $10.50 |
| Transfer | $10.50 |
| § 263-4, tire recapping or rebuilding plant | $31.50 |
| § 263-5, bowling pin refinishing and bowling lane resurfacing | $31.50 |
| § 263-6, storage of over 100 pounds of calcium carbide or operation of acetylene generator having a calcium carbide capacity exceeding 5 pounds | [$36.75]$50.00 |
| § 263-7, storage and handling of over 100 cubic feet of combustible fibers | [$31.50]$50.00 |
| § 263-8, storage of combustibles over 2,500 cubic feet of gross volume.. | [$26.25]$150.00 |
| Storage of tires, 10-10,000 | $250.00 |
| Storage of tires, 10,000 + | $375.00 |
| § 263-9, storage, handling or use of more than 2,000 cubic feet of flammable compressed gas or 6,000 cubic feet of nonflammable compressed gas | [$47.25]$75.00 |
| § 263-10, operation of plant pulverizing material producing dust | [$52.50]$100.00 |
| § 263-11, purchase, owning, possession transport or use of explosives | [$21.00]$50.00 |

§ 263-12, alarm services **[Added 5-28-1992, effective 7-1-1992; amended 7-20-1993, effective 8-2-1993; 10-5-1993, effective 10-19-1993; 1-10-1995, effective 1-23-1995; 5-22-1995, effective 6-2-1995]**

| | |
|---|---|
| Alarm company license fee, biennial | $200.00 |
| Alarm user permit fee, biennial | $10.00 |
| Alarm system monitoring business, biennial | $50.00 |
| City alarm, connection- police, biennial | $3,000.00 |
| City alarm connection-fire, biennial | $500.00 |
| Excessive avoidable alarm fines 4 to 7 excessive avoidable alarms within a twelve-month period | $50.00 each |

COB009557

§ 175-1                          FEES                          § 175-1

|  | Fee |
|---|---|
| § 263-14, fireworks display, <u>per show</u> | [$21.00]$25.00 |
| § 263-15, fruit-ripening processes | $31.50 |
| § 263-16, storage or handling of hazardous  chemicals | [$47.25]$75.00 |
| § 263-17, lumberyards and woodworking plants | [$31.50] $80.00 |
| § 263-18, handling more than 10 pounds of magnesium per day | $47.25 |
| § 263-19, storage, keeping for sale or offering for sale of fixed ammunition for small arms | |
| Wholesale | $21.00 |
| Retail | $21.00 |
| Renewal of license | |
| Wholesaler | $21.00 |
| Retailer | $21.00 |
| § 263-20, Manufacture or storage of more than 25 cases of matches | $36.75 |
| § 263-21, tent permit **[Added 4-15-1997, effective  4-28-1997]** | |
| Issuance of tent permit | |
| 1 to 9 tents, per tent | $25.00 |
| 10 or more tents | $250.00 |
| § 263-22, welding or cutting operations; storage | |
| Welding or cutting operations | [$52.50] $175.00 |
| Storage of more than 2,000 cubic feet of flammable compressed gas, 300 pounds of liquefied petroleum gas or 6,000 cubic feet of non flammable compressed gas used in welding or cutting operations Code Chapter Section, Type of Application, Permit or License | [$52.50 Fee]$175.00 |
| § 263-23 **[Last amended 9-20-2005,  effective 9-30-2005]** | |
| Work commenced without license or permit | Double both permit fees, plus |
| For residential work, for each day for which the permit is not issued or displayed | $100.00 |
| For commercial work, for each day for which the permit is not issued or displayed | $500.00 |
| License/decal not displayed | $10.50 |

COB009558

|  | Fee |
|---|---|
| § 263-24, pet shop license Annual application fee | [$36.75]$100.00 |
| § 263-26, collection service permit, annually **[Added 9-17-1996, effective 9-18-1996]** | $1,050.00 |
| § 263-28, landfill operation license **[Added 9-17-1996, effective 9-18-1996]** | $26.50 |
| **Chapter 265, Property Managers [Added 2-21-2012]** | $75.00 |
| **Chapter 266, Liquefied Petroleum Gas [Amended 2-4-1992, effective 2-18-1992]** | |
| § 266-3, installation license | $36.75 |
| **Chapter 269, Lodging Houses [Last amended 2-6-2007, effective 3-5-2007]** | |
| § 269-13, license | |
| For [3]0 to [14] 10 beds or cots | |
| New license | [$71.00]$100.00 |
| License reissuance | [$57.00]$100.00 |
| For [15]11 to 25 + beds or cots | |
| New license | [$118.00] $150 + $2.50 rm over 25 |
| License reissuance | [$104.00] $150 + $2.50 rm over 25 |
| [For more than 25 beds or cots (new license)] | [$118.00, plus $2.50] |
| [For each bed or cot in excess of 25 (license reissuance)] | [$104.00, plus $2.50] |
| Lodging house agent license | [$30.00] $35.00 annually |
| **Chapter 289, Newsstands [Amended 2-4-1992, effective 2-18-1992]** | |
| § 289-3, permit[, per month for each month or fraction of a month for which a permit is issued] | [$5.25] $175.00N; $100.00R |
| **Chapter 307, Parking and Parking Lots [Last amended 3-30-2004, effective 4-8-2004].** | |
| § 307-8, towing and storage | |
| For towing all 2-axle vehicles, motorcycles, boats, small trailers or mobile homes under 25 feet in length to impound area **[Amended 7-29-2014]** | $110, plus |
| For each day of storage or fraction thereof after the first 24 hours **[Amended 7-29-2014]** | $30 |

COB009559

§ 175-1                          FEES                          § 175-1

|  | Fee |
|---|---|
| For towing tractor truck with or without trailer or vehicles over 25 feet to impound   area | $136, plus |
| For each day of storage or fraction thereof | $14 |
| Minimum charge for retrieving and towing any lost, abandoned or stolen vehicle from any body of water, gully, ditch or underpass, but charges above the minimum shall not exceed those authorized under Chapter 479, Article II, of the  Code | $136 |
| For mini-tow (tow 500 feet or less), which includes a fine of $10 for violation of parking or standing prohibition pursuant to § 307-11 of Chapter  307 | $40 |
| For mini-tow (tow 500 feet or less), which includes a fine of $15 for violation of parking or standing prohibition pursuant to § 307-11 of Chapter  307 | $0 |
| For towing motor vehicle parked without authorization in space reserved for the handicapped, or for towing motor vehicle parked alongside or obstructing a curb area which has been cut down, lowered or constructed so as to provide accessibility to the  sidewalk. | $136 |
| | |
| <u>Transfer of Notice Liability Fee</u> | <u>$30.00</u> |
| <u>Driver Responsibility Fee</u> | <u>$45.00</u> |
| | |
| § 307-12, transcript of hearing | $3 per page |
| § 307-14, appeal fee | $10 |
| § 307-15.1, scofflaw release   fee | $10 |
| Boot removal fee | $45 |
| Suspension fee | $10 |
| § 307-21, parking lot operation biennial   license | |
| Capacity of 6 to 10 spaces | [$200] <u>$225.00</u> |
| Capacity of 11 to 25 spaces | [$320] <u>$350.00</u> |
| Capacity of 26 to 50 spaces | [$500] <u>$550.00</u> |
| Capacity of 51 to 75 spaces | [$660] <u>$725.00</u> |
| Capacity of 76 to 100 spaces | [$900] <u>$1,000.00</u> |
| Capacity of 101 to 150 spaces | [$1,300]<u>$1,500.00</u> |
| Capacity of over 150 spaces | [$1,450] <u>$1,650.00</u> |
| § 307-56, fees for in-vehicle parking   systems | |

COB009560

FEES

|  | City Resident | Noncity Resident |
|---|---|---|
| Picnic area by Parkside Lodge | $125.00 for 4 hours | $125.00 for 4 hours |
| Croquet area by Parkside Lodge | $25.00 per hour | $25.00 per hour |
| Park permit | $35.00 | $35.00 |
| Park shelter permit | $35.00 | $35.00 |
| Room in a City facility (excluding block clubs) | $35.00 | $35.00 |
| BAND SHELL RENTAL | | |
| Mobile band shell rental, per day | $450.00 | $450.00 |
| DIAMONDS AND FIELDS | | |
| Team permit, per season (grammar schools, high schools, and little leagues excluded) | $100.00 | $100.00 |
| Team permit, per day (grammar schools, high schools and little leagues excluded) | $35.00 | $35.00 |
| Mulroy Park - Pierce Field | | |
| Adult groups or leagues (per hour) | $150.00 | $150.00 |
| Youth groups or leagues, including high schools (per hour) | $120.00 | $120.00 |
| Community group use of synthetic playing surface (140 hours per year) | $0.00 | |

| Code Chapter | Fee |
|---|---|
| Section, Type of Application, | |
| Permit orLicense | |

**Chapter 316, Peddling and Soliciting [Amended 2-4-1992, effective 2-18-1992]**

§ 316-11, personal and vehicle licenses

PERSONAL LICENSE

| | |
|---|---|
| Peddler of fish | $63.00 |
| Peddler of popcorn and peanuts | $31.50 |
| Peddler of waffles, confections or bakers' products | $31.50 |
| Peddler of any other product | [$63.00] $75.00 |
| Peddler's helper | $26.25 |
| Sale from railroad cars | $420.00 |
| Solicitation of orders for photographs | $525.00 |

COB009561

§ 175-1               FEES               § 175-1

**Code Chapter**                  **Fee**

**Section, Type of Application,**

**Permit or License**

### VEHICLE LICENSE

| | Fee |
|---|---|
| Each vehicle, other than a motor- or horse-drawn vehicle, used for the sale of fish | $26.25 |
| Each vehicle used for the sale of popcorn or peanuts | $26.25 |
| Each vehicle used for the sale of waffles, confections or bakers' products | $26.25 |
| Each vehicle, not included in the above specifications, used to peddle any product | $63.00 |
| § 316-19, license for house-to-house selling | $52.50 |
| § 316-32, license for solicitation of funds | |
| License | [$5.25] $6.00 |
| Identification card | $2.10 |
| | |
| § 316-50, vending licenses in Special Downtown Vending District **[Amended 5-29-2001, effective 6-11-2001]** | |
| Annual site (4 x 8 square feet or smaller) | [$315.00] $350.00 |
| Temporary site | $52.50 |
| Daily site | [$10.50] $25.00 |
| Specialty food site | $9.80 per square foot |
| **Chapter 319, Performers, Outdoor [Amended 2-4-1992, effective 2-18-1992]** | |
| | |
| § 319-2, license | [$10.50] $15.00 |
| **Chapter 322, Phrenology [Amended 2-4-1992, effective 2-18-1992]** | |
| § 322-2, license | $105.00 |
| **Chapter 326, Plumbing [Amended 2-4-1992, effective 2-18-1992]** | |
| § 326-11, journeyman plumber **[Amended 5-28-1992, effective 7-1-1992 5-22-1995 effective 6-2-1995]** | |
| License, biennial | $126.00 |
| Renewal, biennial | $84.00 |
| Examination | $21.00 |

COB009562

**0027**

| R-4 | Assisted living | 1.34 |
| S | Storage | 0.7 |
| U | Utility and miscellaneous | 0.85 |

**Code Chapter**

**Section, type of Application,**

| **Permit or License** | **Fee** |
|---|---|
| **Chapter 330, Poles and Wires [Amended 2-4-1992, effective 2-18-1992; 5-21-1993, effective 5-28-1993]** | |
| § 330-9, right to lay, construct or maintain conduit in street, per mile of street in which such conduit is laid, annually | $139.00 |
| **Chapter 337, Preservation Standards [Added 2-13-1991, effective 2-28-1991; amended 4-2-1991, effective 4-16-1991; 2-4-1992, effective 2-18-1992; 5-28-1992, effective 7-1-1992; 7-22-2003, effective 8-4-2003]** | |
| § 337-24, Preservation Board Review | |
| Application for demolition permit | $500.00 |
| § 337-31, Preservation Board Review | |
| Application for landmark designation (non-owner-occupied) | $500.00 |
| Certificate of compliance (for nonowner occupants) | |
| Less than $10,000.00 | [$26.25] $50.00 |
| More than $10,000.00 | [$52.50], $100.00 plus 10% surcharge for State Environmental Quality Review Act |
| **Chapter 341, Property Maintenance [Amended 2-4-1992, effective 2-18-1992; 4-17-2001, effective 4-30-2001; 6-12-2001, effective 6-22-2001]** | $52.50 |
| § 341-3, Correction of violation by City personnel or actual cost of the work | $210.00 |
| § 341-7, Correction of violation by City personnel or actual cost of the work | |
| **Chapter 361, Records [Amended 6-10-1991, effective 6-11-1991; 12-23-1991; effective 1-3-1992]** | |

COB009563

| | |
|---|---|
| § 361-23, duplicate City bills and receipts not expressly provided for in this chapter **[Amended 5-22-1995, effective6-2-1995; 3-19-2002, effective  3-28-2002]** | $3.00 |

**Chapter 370, Restaurants [Amended 2-4-1992, effective 2-18-1992; 5-21-1993, effective 5-28-1993]**

§ 370-4, annual licenses

| | |
|---|---|
| Catering service | [$31.50] $100.00N;  $100.00R |
| Restaurant, takeout | [$31.50] $125.00 N; $115.00R |
| Temporary stand | [$31.50] $40.00 |
| [25 persons or fewer] | [$31.50] |
| [More than 25 persons and not more than 50 persons] | [$36.75] |
| [More than 50 persons and not more than 100 persons] | [$47.25] |
| More than 1[00] persons and not more than 200 persons | [$63.00]$200.00N;$100.00R |
| More than 201[0] persons and not more than [300]400 persons | [$84.00]$350.00N; $200.00R |
| More than [300] 401 persons and not more  than [500] 999 persons | [$100.00]$350.00N;  $275.00R |
| [More than 500  persons] | [$115.50] |

**Chapter 372, Bouncers**

§ 372-10, Registration fee

| | |
|---|---|
| Bouncer registration | $35.00 annually |
| Bouncer registration renewal | $35.00 |
| Lost ID badge replacement | $15.00 |

**Chapter 387, Signs [Amended 2-4-1992, effective 2-18-1992]**

§ 387-12, licenses [(biennial)] annual **[Amended 5-22-1995, effective 6-2-1995]**

COB009564

§ 175-1                         FEES                         § 175-1

| | |
|---|---|
| For an illuminated sign having an area of less than [30] 40 square feet, except such signs mentioned in § 387-9 for which no license is required | [$42.00] $25.00 |
| For an illuminated sign having an area of not less than [30] 41 and not more than [40] 50 square feet | [$42.00] $35.00 |
| For an illuminated sign having an area of more than [40]51 and not more than [50] 75 square feet | [$52.50] $50.00 |
| [For an illuminated sign having an area of more than 50 and not more than 75 sq. feet] | [$85.00] |
| [For an illuminated sign having an area of more than 75 square feet] | [$52.50] |
| And, in addition, for every square foot in excess of 75 square feet | $1.60 |
| For a wood or metal sign having an area of less than 20 square feet, except such signs mentioned in § 387-9 for which no license is required | [$16.00]$10.00 |
| For a wood or metal sign having an area of not less than 20 and not more than 30 square feet | [$31.50]$15.75 |
| For a wood or metal sign having an area of more than 30 and not more than [40] 250 square feet | $21.00 |
| § 387-14, license to engage in business of erecting, repairing, altering or removing signs, biennial | [$210.00] $475.00 |
| § 387-20, ground sign or pole sign permit [Amended 7-21-1992, effective 8-3-1992] | $10.50 |
| Nonaccessory sign: | |
| Sign facing of less than 500 square feet in area, annual license | $175.00 |
| Sign facing of 500 or more square feet in area, annual license, per square foot | $1.00 |
| § 387-31, permit for portable sign in public right-of-way for up to 1 year (in lieu of 30-day permit) | |
| For each sign not requiring an electrical connection | $105.00 |
| For each sign requiring an electrical connection | $131.25 |
| **Chapter 391, Slaughterhouses [Amended 2-4-1992, effective 2-18-1992]** | |
| § 391-2, slaughterhouse license | [$157.50] $250.00 |

COB009565

§ 175-1                                    FEES                                    § 175-1

| Code Chapter<br>Section, type of Application,<br>Permit or License | Fee |
|---|---|
| § 413-4, placement of dumpster on street, roadway or public place | $12 |
| § 413-19, pavement opening and replacement | |
| Pavement opening | $35 |
| Deposit to cover cost of pavement replacement | $87 |
| Cutting street where the pavement has been certified as inexpedient to repair, per opening | $14 |
| § 413-37, temporary storage of materials or temporary structures in sidewalk space or roadway **[Amended 1-21-2003, effective 2-4-2003]** | |
| Parking control signs | $0.15/sign |
| Meter bags | $0.50/meter bag $0.35 |
| 30-day permit, per foot | $12 |
| Minimum | $105 |
| Sidewalk or roofing contractor annual permit | |
| § 413-41, operation of vehicles over the weight limitations in § 385 of State Vehicle and Traffic Law **[Amended 7-29-2014]** | |
| Inspection | |
| For the first mile or fraction thereof traveled by such vehicle on street | $24, plus |
| For each additional mile | $12 |
| Annual permit, per annum | $800 |
| § 413-46, construction or reconstruction of sidewalk permit, per lot frontage | $2.10 |
| § 413-59, sidewalk cafes **[Amended 5-22-1998, effective 6-1-1998]** | |
| For annual license | |
| [To be paid] Seasonal per square foot encroaching upon the City right-of-way 0-576 sq. ft. | [$1.30] $1.50 |
| Seasonal per square foot encroaching on City right-of-way 576 sq. ft. + | $750.00 per add'l sq. ft. over 576 |
| [Maximum] Year round, per sq. ft. | $750.00 per sq. ft. |
| All other temporary encroachments | |
| Per day | $50 |
| Per year | $250 |

COB009566

| | |
|---|---|
| § 413-67, encroachments **[Amended 7-29-2014]** | |
| Block party permit | $24 |
| Other street closings | |
| 1 block | $50 |
| Each successive block | $30 |

**Chapter 414, Special Events [Added 2-20-1996, effective 3-1-1996; amended 6-25-2002, effective 7-8-2002]**

| | |
|---|---|
| § 414-10D(5), services **[Amended 7-29-2014]** | |
| Costs for services rendered to sponsor of special event | Actual cost incurred by the City |
| Parking control signs | $0.30/sign |
| Meter bags | $1/meter bag |
| § 414-10I, parade, motorcade and race | $50[1] |

**Chapter 437, Taxicabs, Liveries and Sightseeing Buses [Amended 2-4-1992, effective 2-18-1992; 6-12-2007, effective 6-20-2007]**

| | |
|---|---|
| § 437-8, transfer and registration | |
| Transfer of license | $21 |
| Registration of persons desiring taxicab or livery license, annually | $5.25 |
| § 437-12, licenses | |
| Taxicab license, for each vehicle | $78.75 |
| Taxicab driver's license, including identification card | $15.75 |
| Livery license | $52.50 |
| Livery driver's license, including identification card | $15.75 |
| Sightseeing bus license, for each bus | [$105]$125.00 |
| Sightseeing bus driver's license, including identification card | [$15.75]$25.00 |
| Duplicate identification card | $1 |

**Chapter 440, Telecommunications [Added 12-26-2001, effective 1-11-2002]**

---

1. **Editor's Note: The former fees for Ch. 421, Subdivision of Land, which immediately**

COB009567

| | |
|---|---|
| § 440-4, registration as telecommunications carrier or provider | $500 |

**Chapter 441, Telephone Facilities [Amended 2-4-1992, effective 2-18-1992; 11-16-1993, effective 11-29-1993]**

| | |
|---|---|
| § 441-2, licenses | |
| Annual license granted after July 1 1989, for each telephone per facility location | [$131.25]$145.00 |

**Chapter 454, Tow Trucks [Amended 2-4-1992, effective 2-18-1992; 5-22-1995, effective 6-2-1995; 12-26-2000, effective  1-8-2001]**

| | |
|---|---|
| § 454-6, biennial license fee for  owners/operators | [$52.50] $100.00 |
| § 454-16A, biennial license fee | $52.50 per zone |
| § 454-16B, biennial registration fee | $1,000 per zone |

**Chapter 463, Transient Businesses; Trade Shows and Festivals [Amended 2-4-1992 , effective 2-18-1992]**

| | |
|---|---|
| § 463-7, trade show  permit | [$26.25] $35.00 |

**Chapter 479, Vehicles and Traffic [Amended 2-4-1992, effective  2-18-1992]**

| | |
|---|---|
| § 479-2, storage and towing of vehicles **[Amended 5-21-1993, effective 5-28-1993;  7-29-2014]** | |
| Load zone permits, per linear foot | $10 |
| Renewal, per linear foot | $10 |

**Chapter 483, Vending Machines [Amended 2-4-1992, effective 2-18-1992]**

| | |
|---|---|
| § 483-4, licenses | |
| Cigarette machine, per machine | [$31.50]$25.00 |
| Coffee machine, per machine | [$21]$25.00 |
| Indoor milk machine, per   machine | [$15.75]$25.00 |
| Outdoor milk machine, per machine | [$68.25]$25.00 |
| Soft drink machine, per machine | [$15.75]$25.00 |
| Candy machine, per machine | [$15.75]$25.00 |
| Ice machine, per machine | [$42]$25.00 |
| Ice cream machine, per machine | [$15.75]$25.00 |

COB009568

| | Fee |
|---|---|
| **Chapter 496, Unified Development Ordinance, shall be effective on February 17, 2017, in the N-2C, N-2E, N-3C, and N-3E Zones. It shall be effective in the entire City of Buffalo on April 3, 2017. All Chapter 511 fees shall be repealed concurrent to and consistent with the effective dates of the Unified Development Ordinance. All fees in this section shall take effect concurrent to and consistent with the effective dates of the Unified Development Ordinance.** | |
| § 496-11.2.1.C.1.a, Zoning Map amendment | $400 |
| § 496-11.2.1.C.1.b, Special use permit | $250 |
| § 496-11.2.1.C.1.c, Adaptive reuse permit | $250 |
| § 496-11.2.1.C.1.d, Zoning variance    $250 | |
| Area (1-2 dwelling units) | $100 |
| Area (Commercial) | $200 |
| § 496-11.2.1.C.1.[e] f, Major site plan review under one acre. | $1,000 |
| Major Site Plan – each additional acre or portion thereof | $500.00 |
| Major Site Plan Extension | $400.00 |
| Major Site Plan Revision – Post-Approval | $200.00 |
| | |
| Site plan review for new principal buildings less than 5,000 square feet, demolitions of a principal building if no other site plan triggers are met, or construction of parking lots | $500 |
| | $250 |
| § 496-11.2.1.C.1.[f] e, Minor site plan review | $500 |
| Minor Site Plan Extension | $100.00 |
| Minor Site Plan Revision – Post-Approval | $100.00 |
| § 496-11.2.1.C.1.g, Planned unit development | $500.00 |
| § 496-11.2.1.C.1.h, Temporary use permit | $25.00 |
| § 496-11.2.1.C.1.i, Administrative appeal | |
| Administrative appeal for 1-2 dwelling units | $100.00 |
| Administrative appeal for commercial | |
| $200.00 | |

COB009569

§ 175-1                                FEES                                § 175-3

§ 496-11.2.1.C.1.j, Encroachment permit

Minor  encroachment permit                          $50.00

Major encroachment permit                           $250.00

   *Encroachment permit fee does not apply to sidewalk replacement, install/replace

496.11.2.C.1.k, Curb cut permit

   Residential                                     $25

   Commercial                                      $50

IT IS HEREBY CERTIFIED, pursuant to Section 3-19 of the Charter of the City of Buffalo, that immediate passage of this Ordinance Amendment is necessary.

_Byron W. Brown_
Byron W. Brown
Mayor

```
APPROVED AS TO FORM ONLY:

_____
ANNA M. FALICOV
ASSISTANT CORPORATION
COUNSEL
```

NOTE:  Matter underlined is new, matter in brackets is to be deleted.

DATE:  07/5/18

COB009570