**EXHIBIT 309**

# Amendments to Chapter C, Article 6-24: Traffic Violations Agency

**PREMISE:**
"It is both prudent and equitable to impose, through administrative fees, the cost of services to process traffic violations directly on the defendant-motorists who have created the need for such services and not on the rest of the law-abiding public."

**PUBLIC SAFETY FEE**
A $55 Public Safety Fee (PSF) is assessed on all traffic violations. This fee is for the purpose of promoting and protecting the safety and well-being of the residents and visitors to the City, including but not limited to traffic safety, policing security and anti-terrorism activities and by deterring illegal and reckless driving.

**DRIVER RESPONSIBILITY FEE**
A $45 Driver Responsibility Fee (DRF) is assessed on any ticket or Notice of Liability (NOL) for any disposition other than Not Guilty or dismissals on proof.

**INITIAL DEFERRED PAYMENT FEE – PER TICKET**
A $15 fee to encourage immediate payment and to defray the cost of delayed payment.

**SUBSEQUENT DEFERRED PAYMENT FEE – PER DEFERRAL – Per Ticket**
A $10 fee to encourage the payment within the deferred payment time and to defray the cost of granting and recording additional time to pay.

**SCOFFLAW/DEFAULT JUDGMENT ADMINISTRATIVE PROCESSING FEE**
A $50 administrative fee to defray the costs of processing a scofflaw/default judgment request. A scofflaw request includes notifying NYSDMV. A Scofflaw/Default Judgment request requires sending a certified or registered mailing, return receipt requested to each scofflaw/default judgment candidate.

**DEFAULT CONVICTION ADMINISTRATIVE PROCESSING FEE**
A $75 administrative fee to defray the costs of processing a default conviction. A default conviction is filed against the defendant-motorist when he/she fails to appear for a scheduled trial or hearing. The scheduled trial or hearing is a specific time set aside for the defendant-motorist to provide their testimony and/or evidence, why they believe they are not guilty of the alleged violation. The City of Buffalo brings the issuing officer to court to explain the circumstances that caused the issuance of the summons. When the defendant-motorist fails to appear as scheduled, a default conviction is recorded and transmitted to NYSDMV.

**MOTION TO VACATE DISPOSITION APPLICATION FEE**
A $75 administrative fee to defray the costs of processing a written application of motion to vacate a disposition. The process includes reviewing why the defendant-motorist missed their specific trial or hearing date, or failed to answer, and whether or not a defendant-motorist has a meritorious defense. The process involves a Prosecutor review and written or oral response, Judicial review or Judicial Hearing, clerical support and in some cases filing various documents with NYSDMV to vacate the previously disposed violation on the defendant-motorist's driving record.

**ADMINISTRATIVE FEE FOR FILING JUDGMENTS**
A $100 administrative fee to defray the costs of filing money judgments in the Erie County Clerk's Office. The process includes Judicial approval, clerical support, office supplies, and postage.

**LATE FEES**
Penalties shall be added to the fine for late payment as follows:
After 30 days
$25.00
After 60 days
Additional $25.00 = $50.00
After 90 days
Additional $25.00 = $75.00

**COLLECTIONS FEE**
A fee to defray the costs assessed by a collections agency to collect delinquent monies due.

**DISTRACTED DRIVER DIVERSION PROGRAM APPLICATION FEE**
A non-refundable application fee of $250 for qualified defendant-motorists charged with VTL 1225-c2, Use of Mobile Telephone; and, VTL 1225-d Use of Portable Electronic Devices. The defendant-motorist must meet eligibility requirements determined by the Executive Director. The defendant-motorist must first pay the application fee, file proof of insurance and all other required documents with BTVA, and complete a driver improvement program approved by the Executive Director within a prescribed amount of time. The cost of the driver improvement program will be borne by the participant and no part of the application fee will be returned. Upon completion of the class, the charge is dismissed. The program is designed to:
1. Promote safe driving through driver improvement education;
2. Promote driver financial responsibility by providing proof of insurance, thus reducing the number of uninsured drivers in the City of Buffalo; and,
3. Promote efficiency in prosecution by offering defendant-motorists an efficient means of disposing their case. As applicants pay for their participation in the program, it can be offered at no additional cost to the taxpayers of the City of Buffalo.
Participants who complete the program will benefit by driver education, possible vehicle insurance reduction, and dismissal of the ticket.

## Amendments to Chapter 307: Parking Violations

**TRANSFER OF NOTICE OF LIABILITY FEE (PARKING Chapter 307- )**
A $30 administrative fee is assessed to offset the cost of reassigning the Notice of Liability. The Speed Camera legislation contains language that is specific to a lessor who must provide information as to who rented, leased or contracted the use of the vehicle at time of violation. This fee is for the purpose of promoting and protecting the safety and well-being of city schools, including but not limited to traffic safety, school resource officers, policing security and anti-terrorism activities and by deterring illegal and reckless driving.

**BOOT AND TOW FEE FOR BTVA (PARKING 307-8-A)**
The PVB is granted the authority to boot and tow a vehicle if the registered owner has a suspended driver's license or overdue fines payable to the Traffic Violations Agency.

**DRIVER RESPONSIBILITY FEE (PARKING 307- )** *recites BTVA language above*
A $45 Driver Responsibility Fee (DRF) is assessed on any ticket or Notice of Liability (NOL) for any disposition other than Not Guilty or dismissals on proof.