# EXHIBIT 312

MAYOR BYRON W. BROWN



# CITY OF
# BUFFALO

## School Zone
## Safety Program



# ANNUAL REPORT
# 2020

COB352060

COB352060

0001



# Executive Summary

In 2019 the State Legislature and Governor Cuomo enacted Sec. 1180-D of New York State's Vehicle and Traffic Law (VTL), which granted the City of Buffalo the authority to pilot an automated speed enforcement program to deter speeding in 20 school speed zones. The program launched in January 2020 with a six-week warning period. At the conclusion of the warning period, the program was enhanced, adding warning beacons at camera enforced school speed zones. The program entered an acclimation period as beacons were installed. The program briefly went live in March 2020 and was halted due to the COVID-19 pandemic. The program resumed in October 2020. This report covers data from the program during the calendar year 2020 (the "Reporting Period").

Safe, equitable mobility for all is the program's sole goal. The faster a vehicle is moving the harder it is for the driver to avoid a crash. A driver travelling at 40 mph needs 300 feet to perceive, react and brake to an unexpected event – twice as far as a driver at 25 mph, who only needs 150 feet. Speed is also a critical determinant of injury severity. A pedestrian or cyclist struck by a vehicle traveling at 30 mph is twice as likely to be killed as a pedestrian or cyclist struck by a vehicle travelling 25 mph.

The City's speed camera program has proven to be highly effective at deterring speeding. Compliance with the school zone speed limit at camera enforced locations has improved over 200%. Consider nearly 70% of motorists were captured speeding more than 10 mph over the school zone speed limit during the warning period and by the end of 2020 less than 10% of vehicles were speeding.

Still, 215 Buffalo pedestrians and 102 Buffalo cyclists were victims of motor vehicles collisions in 2020; five of them died. Half of all accidents in school zones in 2020 happened in camera enforced zones. The School Zone Safety Program will protect more Buffalonians from serious crashes as the City continues to run the program according to nationally recognized best practices.



Pedestrians now represent 17% of all traffic deaths.

Source: NHTSA Fatality Analysis Reporting System

2

COB352061

COB352060

# Speeding is the Leading Cause of Fatal Traffic Crashes

Speed has been identified as a key risk factor in road traffic injuries, influencing both the risk of road traffic crashes and the severity of the injuries that result from them. Higher speeds lead to a greater risk of a crash and a greater probability of serious injury if one occurs. This is because, as speed increases, so does the distance travelled during the driver's reaction time and the distance needed to stop.

The faster a vehicle is moving when a crash occurs, the more damage it will cause upon impact. Even a small difference in vehicle speed makes a big difference in terms of safety – if struck by a vehicle traveling at 30 mph a pedestrian is twice as likely to be killed than if struck at 25 mph.



**Three people killed in car crash on Genesee Street in Buffalo, December 28, 2020**
"It appears that one of the vehicles was traveling at an extreme high rate of speed when it struck the other one head on east bound on Genesee street," Cap. Jeff Rinaldo, BPD

Speeding has consistently been a contributing cause in approximately 30% of all motor vehicle crashes over the last 10 years. 9,378 people were killed in speeding-related traffic crashes in the U.S. in 2018. [1]

A June 2019 Allstate claims study found the Buffalo has the worst drivers in NY. This increase in risky driving behavior drives up car insurance rates for Buffalo residents. [2]

The National Highway Traffic Safety Administration found that fatalities of pedestrians and other people not in vehicles were highest primarily for African American children. This situation was true for Black children, whether the crashes were urban or rural. [3]

In 2016, 5,987 pedestrians were killed in traffic crashes in the United States = **One death every 90 minutes.** [4]

In 2016, one in every five children under the age of 15 who were **killed** in traffic crashes were pedestrians. [4]

In 2015, 456 child pedestrians **died** as a result of motor vehicle collisions. [4]

**Teen fatalities** are twice as likely than younger children and have account for 50% of all child pedestrian fatalities. [4]

Developmentally, **kids cannot judge speed** and distance of approaching vehicles until age 10.

A five-year study researching and analyzing Buffalo 311 traffic enforcement complaints revealed that citizens' concerns over speeding has increased over 300%.



311 Common Traffic Enforcement Complaints 2013-2018

1. National Highway Traffic Safety Administration (NHTSA). Fatality Analysis Reporting System: http://www.fars.nhtsa.gov//QueryTool/QuerySection/SelectYear.aspx.
2. https://www.allstate.com/americas-best-drivers/index.htm
3. https://crashstats.nhtsa.dot.gov/Api/Public/ViewPublication/809956
4. National Highway Traffic Safety Administration. Traffic Safety Facts 2016 Data: https://crashstats.nhtsa.dot.gov/Api/Public/ViewPublication/812493external icon.

3

COB352062

COB352060

Pedestrian fatalities nationwide skyrocketed 20% in the first half of 2020 as risky driving increased during the pandemic and drivers struck and killed a larger proportion of Black, Indigenous and People of Color (BIPOC) traveling on foot than expected.

A comparison of pedestrian fatalities by race and population data for 2015-2019 found that Black, Indigenous and People of Color accounted for a larger proportion of pedestrian fatalities based on their respective share of the population. 5

The number of pedestrian deaths over the past decade in crashes involving sport utility vehicles (SUVs) increased by 69% while deaths in crashes involving passenger cars, which increased by 46%. As light truck and SUV sales continue to climb, the likelihood increases of pedestrians being struck by a larger and more dangerous vehicle.



For these reasons combating excessive speeding has been a top safety concern in the City of Buffalo. Joint-traffic safety initiatives and enhanced neighborhood traffic calming over the years has been contributing factors to the holistic approach in making Buffalo streets safer. Achieving robust and sustained progress toward reducing – and ideally eliminating – pedestrian & cyclist fatalities and injuries requires a comprehensive approach that includes five E's: Enforcement, Engineering, Education, Emergency Medical Response and Equity. The final E, Equity, is essential and means increased safe, healthy, equitable mobility for all road users.

It is important to explain the philosophy and strategy behind a holistic speed enforcement program. The primary reason for managing traffic speeds is safety for all. Speed management involves the five E's as components in a comprehensive approach to controlling excessive speeds. Research has shown that free flow travel speeds within 5 to 10 mph of the posted speed limit has the potential to reduce serious injury and fatal crashes.

A slower moving vehicle can stop sooner.



A pedestrian victim's survival rate increases the slower the car is traveling.



5. Pedestrian Traffic Fatalities by State: 2020 Preliminary Data, https://www.ghsa.org/neo

4

COB352063

COB352060

# Solutions to the Speed Problem

The City of Buffalo uses a variety of methods to encourage people to drive at safe speeds. The City assesses the speeding conditions in neighborhoods across the City, and identifies the appropriate solutions for each context.

## SPEED LIMITS

Speed limits promote road safety by establishing a City-wide speed limit of 30 mph. On March 19, 2019, The Buffalo Common Council reduced school zone speed limits to 15 mph and the City installed over 2,500 new home plates and speed limit assemblies, each with time panels alerting motorists to the hours of the reduced speed limit in each particular zone.



A school is considered to be every place of academic, vocational or religious services or instruction for persons under the age of 21 years, except places of higher education. Pursuant to Title 17, Section 720.1(s) of the New York Codes, Rules and Regulations, the term "school" shall include every child care center, every institution for the care or training of the mentally or physically handicapped; and every day camp.

## ENFORCEMENT

The officers of the Buffalo Police Department, NYS Police, Erie County Sheriff and other local law enforcement, such as the State Parks Police and University Police, enforce the speed limit in order to deter dangerous driving. In contrast to speed camera citations, traditional speeding summonses carry significant financial penalties, along with points on the driver's license and significant consequences for the driver's insurance. In 2019 almost 6,000 traditional speeding summonses were filed with the Buffalo Traffic Violations Agency. The number of speeding summonses issued in 2020 spiked to over 7,000 despite the COVID-19 pandemic pause with never-before seen speeds exceeding 100mph and a top highway speed of 121mph. The top speed on a 30 mph city street was 74 mph.

## SLOW STREETS PROGRAM

The Slow Streets Program aims to reduce vehicle speeds in targeted neighborhood zones of residential, low-volume streets. The program emphasizes the implementation of traffic calming measures that increase safety and promote walkable, bikeable communities. Examples of the types of tools implemented include:

Speed Humps
Pinchpoints
Chicanes
Mini Traffic Circles
Curb Extensions
Diverters
Daylighting
Partial Closures
Pavement Markings



Movable Speed Humps

5

COB352064
COB352060

## EDUCATION

The Governor's Traffic Safety Committee and the DOT use market research to guide its hard-hitting public education campaigns aimed at stopping dangerous driving behavior, with a particular emphasis on speeding. Advertisements on television, radio, billboards, bus stops and elsewhere alert aggressive drivers of the consequences of their behavior.

These ads have proven effective: In 2019, 79% of drivers thought the ads encouraged them to be more responsible behind the wheel, 79% said they would give more thought to the speed at which they approached crosswalks and intersections, and 83% said they would pay more attention to pedestrians and cyclists while driving.



## AUTOMATED SPEED ENFORCEMENT

Speed cameras are a new addition to Buffalo, but they are not a new technology. Speed cameras have been proven effective at reducing speeding related crashes in many jurisdictions around the world, the United States and New York City. Over 140 U.S. communities use speed cameras to enforce the speed limit.

Study after study concludes that speed cameras reduced speeding and/or crashes in the vicinity of the cameras, and in some cases in the surrounding areas. Several reviews that looked at dozens of studies from around the world found that speed cameras reduce speeding and/or crashes. [6, 7, 8]

Automated speed enforcement (ASE) systems are an important element in speed management and can be a very effective countermeasure to prevent speeding-related crashes. ASE is a supplement to, not a replacement for, traditional enforcement operations. ASE is used to improve safety, not to generate revenue or impose "big brother" surveillance. Each element of the ASE program puts safety first and controls are in place to prevent misuse of the system. Photographs are taken of the rear of the vehicle and the driver's identity is not revealed. Any images of children in the photographs are not used and are destroyed.

In its evidence-based guide to traffic safety measures, the National Highway Transportation Safety Administration gives automated enforcement the highest rating for effectiveness. The National Transportation Safety Board also considers automated speed enforcement to be "an effective countermeasure to reduce speeding-related crashes, fatalities, and injuries." [9, 10]

Studies from Europe and Australia, which have more experience with speed cameras, show that these programs substantially reduce speeding violations and injury crashes. Large scale deployment of speed cameras are central to traffic safety programs in these nations, because speed management is the key to preventing serious crashes. These programs are designed to deter speeding at all hours of the day, throughout the jurisdiction. Speed camera systems, when consistently applied on all major streets, soon come to issue very few violations while also preventing speeding and speed related crashes.

6

COB352065

COB352060

## SPILLOVER EFFECT

The City of Buffalo seeks to encourage compliance with the speed limit even outside of speed camera enforced school zones and hours. This "spillover effect," is when speeds are reduced on all roads throughout a community, not just at the camera sites. In a 2017 report, the Insurance Institute for Highway Safety (IIHS) reported that drivers slowed down even on roads that were not eligible for automated enforcement. The researchers found that the likelihood of injuries fell 27% on all roadways. This study adds to the large body of evidence that speed cameras can reduce speeding, which can lead to reductions in speeding-related crashes and crashes involving serious injuries or fatalities. [11]

A systematic analysis and review of studies of speed camera effectiveness reported 14% to 65% reductions in the percentage of vehicles traveling above the speed limits or above designated speed thresholds relative to streets which did not have camera enforcement. These jurisdictions showed 11% to 44% reductions in crashes involving fatalities and serious injuries in the vicinity of speed camera sites.

There have been strong, multi-year evaluations of speed camera programs in Montgomery County, MD and in the District of Columbia which found substantial declines in speeding after camera enforcement commences.  Evaluations of the Montgomery County program showed that speed cameras led to a 39% reduction in the likelihood that a crash would involve an incapacitating or fatal injury. Researchers estimate that the program averted nearly 500 deaths or incapacitating injuries on 25 mph to 35 mph residential streets from 2004-2013. [11]

Speed cameras work at deterring illegal speeding in the United States and abroad because these programs provide consistent and predictable enforcement of the speed limit.

## STATES WITH SPEED CAMERA PROGRAMS



Created with mapchart.net ✚

6. https://www.ehtsa.gov/DOT/NHTSA/Traffic%20Injury%20Control/Articles/Associated%20Files/HS810763.pdf
7. https://www.cochranelibrary.com/cdsr/doi/10.1002/14651858.CD004607.pub4/full
8. https://doi.org/10.1371/journal.pone.0221257
9. https://www.ehtsa.gov/sites/ehtsa.dot.gov/files/documents/812478_countermeasures-that-work-a-highway-safety-countermeasures-guide.pdf
10. https://la-bike.org/wp-content/uploads/2018/08/NTSB-report-SS1701.pdf
11. https://www.iihs.org/topics/bibliography/ref/2097

7

COB352066

COB352060

# Buffalo's School Zone Safety Program

**The goal of the program is to promote safe, equitable mobility for all. Through predictable and consistent enforcement the program has been proven to deter excessive speeding.**

In 2019, the New York State Legislature and Governor Cuomo granted the City of Buffalo the authority to pilot an automated speed enforcement program to deter speeding in 20 of Buffalo's more than 80 school speed zones.

The NHTSA and the Federal Highway Administration published the Speed Enforcement Camera Systems Operational Guidelines to assist State and local agencies utilizing ASE. The City has regularly referred to these guidelines in implementing its program. The City has thoroughly researched state and local laws, regulations, and recommendations; and monitors for any changes to the same. City Engineers analyzed data from Buffalo's school zones and ranked them according to the most dangerous when identifying camera-eligible zones.

The School Zone Safety Program commenced in January 2020 with a six-week warning period. Initially, 95% of motorists were speeding over the 15 mph school zone speed limit. As drivers acclimated to the school zones reduced speeds, speeding past the 15 mph speed limit was reduced more than 30% by the end of the warning period. Another way to examine the data is by compliance rate. Compliance rate is the percentage of vehicles that were traveling under the speed threshold.



State law only allows the City to use automated speed enforcement when a vehicle is exceeding the school zone speed limit by more than 10 mph. Therefore, automated speed enforcement citations were only issued in 15 mph school zones when a vehicle was captured travelling no less than 26 mph, slightly lower than the city-wide speed limit. Even so, driver behavior improved at the 26 mph threshold with compliance more than doubling from 34% to 82%.

In February 2020, the warning period ended and the City entered an acclimation period while flashing beacons and enhanced signage were installed at camera enforced locations. The program resumed March 11, 2020, at two school zone locations in anticipation of adding more zones week-by-week as drivers acclimated to the speed limits. The program was live for three days before the City paused due to the COVID-19 pandemic. The program resumed in October 2020 at five private school zones.



Despite the lack of data from April through September 2020, the School Zone Safety Program has proven to be highly effective at reducing speeding in school speed zones. This is evidenced by comparing the over 40,000 events of speeding that occurred during the first week of the warning period in early 2020 when compliance was a meager 34%. By the week of November 9, 2020, compliance had skyrocketed to 87%. This means almost 90% of all drivers were travelling through school speed zones at 25 mph or less.

Even after the COVID-19 pause, driver behavior continued to demonstrate increased awareness of--and compliance with--the school speed zone speed limit.



8

COB352067

COB352060

## HOW THE PROGRAM WORKS

The City of Buffalo's School Zone Safety Program uses the same radar and laser technology relied upon by law enforcement to measure a vehicle's speed. If the system's radar finds that the vehicle is exceeding the speed limit by more than ten miles per hour, images of the vehicle are recorded, including the license plate. The violation is reviewed by a trained City technician for accuracy. If the technician verifies that the identified vehicle was exceeding the speed limit by more than ten miles per hour within a school speed zone during that particular zone's school times, the technician will issue a citation to the registered owner of the vehicle.

A camera captured speeding citation is the responsibility of the registered owner. The fine associated with a speed camera citation is $50, regardless of the speed by which the vehicle was exceeding the speed limit, or whether it was a repeat offense. This is far less than the cost of a summons issued by a police officer for speeding in a school zone, which could range on the first offense from $180–$600, depending on the motorist's speed and prior record, plus an $88 State surcharge. In addition, a conviction on a summons issued by a police officer will become part of the vehicle operator's driving record, adding points and influencing insurance rates.

State law prohibits the City from using the speed camera program to issue citations for law-breaking speeding unless it is observed within a quarter-mile of a school building during school hours. State law further provides that the City may issue citations during schools hour and up to hour before and one hour after school hours. School hours are defined by state law to be between the hours of 7:00 a.m. and 6:00 p.m. (or any combination of hours therein) on a weekday. Camera footage may not be used for any purpose other than speed enforcement.

## HOW THE LOCATIONS WERE SELECTED

Camera enforced locations were selected based on traffic data and constituent concerns. Guided by state law, City engineers and researchers studied speed data, crash history, and roadway geometry applicable to each school speed zone in the City.

Crash data analysis was based on 2017 statistics and the City's 30 most dangerous school zones were identified as potential locations for automated speed enforcement. The Department of Public Works investigated each location for infrastructure prerequisites (i.e. access to electricity, line of sight, pole stability, etc.) and 20 zones were proposed for automated speed enforcement.

A separately conducted 5-year quantitative study of constituent 311 complaints related to school speeding revealed "hot spots" that tend to be near these same school locations. The study examined the nature of constituents' requests for traffic enforcement. Common traffic complaints were organized into ten categories. The top two concerns were regarding stop signs and speeding.

Speeding and stop sign complaints not only remained consistent throughout the study period (2013-2018) but also increased in volume each succeeding year. Other metrics of increased concerned were ATVs (dirt bikes, 4-wheelers, etc.) on city streets, driving the wrong direction on a one-way street and commercial motor vehicle violations.



9

COB352068

COB352060

State law requires the City to report on crashes in camera enforced school speed zones using State-issued data to the extent such data is available from the New York State Department of Motor Vehicles (DMV). DMV crash data originates in motor vehicle collision reports compiled by law enforcement officers at crash scenes. The individual crash reports are sent by the law enforcement agency to the DMV and Department of Transportation (DOT), who enter the information into electronic databases, attribute locations to the collisions, categorize injuries by severity and identify errors—a process which typically takes well over a year. When researching crash data in the early stages of the program, the City utilized DMV records, the NYS DOT Accident Location Information System (ALIS) and the Greater Buffalo-Niagara Regional Transportation Council's Transportation Data Management System (GBNRTC). Data derived from these systems was applied when studying crash during the camera enforced selection process.

Although state law only allows the City to have 20 camera enforced zones by state law, the top 30 most dangerous school zones were considered and reviewed sequentially. Some schools were not camera enforced due to the length of the school zone or for infrastructure insufficiencies (i.e. wooded poles). Crash data is regularly analyzed and if a camera location has shown significantly improved driver behavior, the camera may be moved to a zone that has become more dangerous. The data tables on this page shows the change in crashes and their outcomes occurring at the City's top 30 most dangerous school zones, comparing the original methodology using 2017 crash data to 2019 crash data.

**2017**
**Buffalo's 30 Most Dangerous School Zones**

| School(s) | 2017 Crashes | Status | Notes |
|---|---|---|---|
| PS 94 (West Hertel Academy)<br>PS 79 (Pfc. William J. Grabiarz) | 79 | Installed | |
| PS 42 (Occupational Training Center)<br>PS 54 (Dr. Blackman) | 68 | Installed | |
| PS 76 (Herman BadIlo)<br>PS 304 (Hutch Tech HS) | 63 | Installed | |
| Saint Josephs | 62 | Installed | |
| Westminster Community Charter<br>Buffalo Promise Neighborhood Academy | 53 | Installed | |
| PS 3 (D'Youville Porter)<br>PS 212 (Leonardo Davinci)<br>PS 198 (International Prep) | 41 | Installed | |
| PS 302 (Emerson School of Hospitality) | 40 | X | Zone limits too short for camera sight |
| Canisus HS<br>Catholic Academy<br>Nardin | 39 | Installed | |
| City Honors<br>PS 99 (Stanley Makowski Early Childhood) | 38 | Installed | |
| PS 61 (Arthur O. Eve) | 36 | Installed | |
| PS 17 (Early Childhood Center) | 29 | Pending | Designing |
| Buffalo United Charter School<br>PS 363 (Bennett HS)/Middle Early College | 26 | Installed | |
| Elmwood Franklin<br>Nichols | 25 | Installed | |
| PS 355 (Emerson Annex at 28) | 24 | X | Closed |
| PS 97 (Harvey Austin) | 23 | Installed | |
| PS 67 (Discovery School)<br>Notre Dame Academy | 15 | Installed | |
| PS 69 (Houghton Academy) | 15 | Installed | |
| PS 305 (McKinley HS) | 14 | Installed | |
| PS 156 (Frederick Law Olmsted) | 12 | Installed | |
| PS 208 (Riverside Academy) | 12 | X | Insufficient infrastructure wood poles |
| PS 192 (Buffalo Academy for Visual and Performing Arts) | 10 | Installed | |
| Tapestry Charter School | 10 | X | Insufficient infrastructure wood poles |
| PS 19 (Native American Magnet) | 9 | X | Insufficient infrastructure wood poles |
| PS 301 (Burgard HS) | 7 | X | Insufficient infrastructure wood poles |
| PS 206 (South Park HS) | 6 | X | Insufficient infrastructure wood poles |
| PS 32 (Bennett Park Montessori) | 5 | Installed | |
| PS 80 (Highgate Heights) | 4 | X | Insufficient infrastructure wood poles |
| South Buffalo Charter | 2 | X | Insufficient infrastructure wood poles |
| PS 131 (Academy School at 4 and LTEP) | 2 | Installed Closed | Closed |
| PS 66 (North Park Middle) | 2 | X | Insufficient infrastructure wood poles |

**2019**
**Buffalo's 30 Most Dangerous School Zones**

| School(s) | 2019 Crashes |
|---|---|
| PS 302 (Emerson School of Hospitality)<br>PS 76 (Herman BadIlo)<br>PS 304 (Hutch Tech HS) | 100 |
| Enterprise Charter School<br>Persistence Prep<br>REACH Academy | 77 |
| Saint Josephs | 62 |
| PS 42 (Occupational Training Center)<br>PS 54 (Dr. Blackman) | 61 |
| Canisus HS<br>Catholic Academy<br>Nardin | 60 |
| PS 94 (West Hertel Academy)<br>PS 79 (Pfc. William J. Grabiarz) | 58 |
| Westminster Community Charter<br>Buffalo Promise Neighborhood Academy | 56 |
| PS 61 (Arthur O. Eve) | 44 |
| PS 3 (D'Youville Porter)<br>PS 212 (Leonardo Davinci)<br>PS 198 (International Prep) | 38 |
| PS 67 (Discovery School)<br>Notre Dame Academy | 36 |
| Canisus HS<br>Catholic Academy<br>Nardin | 29 |
| City Honors<br>PS 99 (Stanley Makowski Early Childhood) | 27 |
| PS 17 (Early Childhood Center) | 27 |
| Lorraine Elementray<br>Mt. Mercy Academy | 24 |
| PS 97 (Harvey Austin) | 23 |
| PS 192 (Buffalo Academy for Visual and Performing Arts) | 20 |
| PS 197 (Math Science Tech Prep) | 19 |
| Darol-Uloom Al Madania | 17 |
| Elmwood Franklin<br>Nichols | 17 |
| Our Lady of Black Rock | 17 |
| PS 28 (Emerson Annex) | 17 |
| PS 81 | 15 |
| Universal School | 13 |
| PS 355 (School of Culinary Arts)<br>Buffalo Academy of Sdense | 12 |
| PS 18 (Pantoja Community School of Excellence) | 11 |
| PS 43 (Lovejoy) | 11 |
| PS 27 (Hillery Park Academy) | 11 |
| King Center Charter School | 10 |
| PS 156 (Frederick Law Olmsted) | 10 |
| PS 53 | 9 |

10

COB352069

COB352060

## HOURS OF ENFORCEMENT

Buffalo school speed zone times are not universal at all City schools. Schools have different start and end times. State law directs that school speed hours may not begin before 7:00 a.m. or extend beyond 6:00 p.m. on school days. School speed zone hours must be between these hours; or, may be combination therein (i.e. 7:00 a.m.--9:00 a.m. & 2:00 p.m.--4:00 p.m.). The state enabling legislation allows Buffalo to begin camera enforcement one hour before and up to one hour after school hours; as well as one half-hour before and after extra-curricular events. Buffalo schools' speed zone hours begin and end based on state guidance and are in effect the entire duration of the school day.

When the program commenced, full day automated speed enforcement was in effect at all camera-enforced locations. In November 2020, the Buffalo Common Council reduced the times of camera enforcement to one hour before and after school start time and one hour before and after school dismissal time. These "bookend" hours went into effect November 18, 2020, only as it relates to photo enforcement. The school speed zones remained in effect the duration of the school day and subject to law enforcement patrol.

## SIGNAGE & MAPS



Home Plate

Before a fixed camera is activated, Buffalo Department of Public Works installs a speed limit sign with a "Photo Enforced" plaque on relevant approaches in order to alert motorists in advance of the reduction in speed limit. After public input, additional modifications were made in the fall of 2020. DPW enhanced school speed zone signage as recommended and requested by the Buffalo Common Council. DPW has installed additional "Photo Enforced" notices up to one-half mile in advance of camera-enforced school speed zones throughout the City, as well as on side street approaches that junction into the zones.

School speed zones begin at the first Home Plate and end at the End School Speed sign.

The city maintained transparency throughout all phases of the program, providing public updates and press releases and facilitating access to interactive maps notifying Buffalo motorists of locations and enforcement time of all affected zones. Camera locations can also be viewed on Apple maps, Google maps, and Waze.

Regular press releases and public announcements were made throughout the reporting period to alert motorists to the activation, hours changes and progress of the program.

The City also enabled TravelSafely, a hands-free app that uses cutting edge technology to connect to a network of traffic intersections, traffic signals and school beacons for motorists, cyclists and pedestrians. This technology communicates with Buffalo's school speed zone beacons to send audible warnings to alert motorists when approaching, or speeding in, a school speed zone. The app is free of charge to all users and comes at no additional cost to the City.



COB352070

0011                                                                            COB352060

## FLASHING WARNING BEACONS

After a warning period that commenced in January 2020, the City improved the program by installing flashing beacons in advance of camera enforced school speed zones. Cameras were not reactivated in any zone until the beacons had been installed on relevant approaches in order to increase awareness and understanding of the program. Camera enforcement was active all day and the beacons were activated according to camera enforcement hours.

When the bookend hours legislation was passed in November 2020, the City turned the warning beacons off during NON-camera enforced hours for the remainder of the school year. The city compared driver behavior during that period during midday hours and found that keeping beacons on throughout the school day has shown to reduce average speeds in school zones by 13%. Motorists were less likely to speed when the beacons were activated regardless if the cameras were enforcing.

Flashing beacons have proven to be effective at reducing speeding in school speed zones. Due to these results, the City is further enhancing all City school speed zones by outfitting every city school zone with flashing beacons.

*Speeding by time of day   11.18.20 -- 12.18.20*

**CAMERAS AND BEACONS OFF**

% of observed vehicles speeding more than 10MPH above the posted speed limit

*Speeding by time of day   1.4.21 -- 1.29.21*

**CAMERAS OFF / BEACONS ON**

% of observed vehicles speeding more than 10MPH above the posted speed limit

## CONTIGUOUS ZONES

State law does not allow school speed zones to extend more than 1,320 feet from the entrance, exit or road abutting a school. Sometimes schools are located with 1,320 feet of one another and their zones overlap. When this happens, a contiguous zone is created. A contiguous zone results in multiple schools located in the same zone and may result in reduced speed limits effective for more than 1,320 feet.

In the University District, students and parents frequently cross Bailey Avenue, a high crash roadway, to get to Westminster Charter School, whose zone overlaps with that of Buffalo Promise Neighborhood Academy, which lies in a camera enforced zone. The camera-enforced zone on Bailey also protects the children and parents walking and biking to Westminster.

In some occurrences, contiguous school speed zones may extend the duration of the reduced speed limit. For example, on Abbott Road in South Buffalo, Notre Dame, Kiddie Corner and Discovery Schools' zones all overlap. This overlapping creates a contiguous zone where the reduced speed limit must be sustained for about one mile as motorists pass by each school. Camera zones at Discovery and Notre Dame help protect the entire zone.

It takes about 60 seconds to travel 1,320 feet at 15 mph. If you slow down from 30 mph to 15 mph and pass through three contiguous school speed zones, you would add no more than two minutes to your trip.



Bailey Ave. @ Westminster Charter School and BPN



Abbot Road between Notre Dame and Discovery Schools   12

COB352071

COB352060

# Results

## BUFFALO REGISTRANTS VS. NON-CITY REGISTRANTS

The consistent and predictable enforcement provided by the program has proven effective at deterring speeding and keeping Buffalo residents and visitors safer. In a municipality with over 170,000 registered motor vehicles, citations were issued to only 9% of Buffalo's registered owners.

Throughout the reporting period, 48% of all citations issued were to non-Buffalo registrants. Nearly half the citations issued were suburban and tourist motorists visiting and/or working in the City. The School Zone Safety Program is an opportunity to foster safer driving behavior not only among Buffalo's residents but also its visitors.



● Buffalo Registrants   ● Non-Buffalo Registrants

## BEFORE/AFTER CHANGE IN COMPLIANCE

The consistent and predictable enforcement provided by speed cameras leads to fewer violations over time. The data below shows the decline from all fixed speed zone cameras which were active in 2020. The daily rate of violations issued for excessive speeding in school speed zones at the typical camera has declined, resulting in compliance with the school speed limit are nearly 100%

The goal of the School Zone Safety Program is to promote safe mobility for all. If allowed to continue, the program will become more successful at increasing compliance with the speed limit, fewer violations will be issued and fewer fines will be paid.



13

COB352072

COB352060

## REPEAT VIOLATORS

An analysis of the plates associated with speed camera violations indicates that vehicle owners who receive a speed camera violation are far less likely to receive a second violation.

During the first three days of the warning period, 146,640 speed violation events were captured. Of those events, 48% were repeat violations. Once the program went live, drivers were aware and acclimated to the speed limit. By the end of 2020, the vast majority of vehicles receiving a citation have not received a second and only 10% of plates were repeat violators.



## ADJUDICATION OF SPEED CAMERA VIOLATIONS

Each citation outlines how individuals may request a hearing by mail or in person to contest a violation they believe was issued in error. During the reporting period, 4.7% of individuals who received a citation requested and scheduled a hearing. The other 95% of individuals declined their opportunity for a hearing, admitted liability and agreed to pay the violation after the citation was issued.

|  | Total | Percent of Total Citations Issued |
|---|---|---|
| Citations Issued | 40,776 | 100% |
| Hearing Requested | 1,919 | 4.7% |
| Citation Upheld at Hearing | 974 | 2.4% |
| Citation Overturned at Hearing | 863 | 2.1% |
| Citations Pending Hearing | 82 | 0.2% |

The Buffalo Parking Violations Bureau (PVB) is authorized to conduct hearings, either by mail, by phone or in person at Buffalo City Hall. Once a Hearing Examiner determines the citation presents a prima facie case, the Hearing Examiner will conduct a hearing on the merits of any defense presented. Hearing Examiners review witness statements, as well as other types of documentary evidence, to afford the vehicle owner the opportunity to refute the prima facie case and establish a meritorious defense. Hearing Examiners are even permitted to consider hearsay evidence, and other evidence which may not be admissible in a traditional court of law, in order to provide a vehicle owner with the opportunity to refute the citation.

COB352073

0014

COB352060

# Quarterly Reports*





*There is not a 2ⁿᵈ or 3ʳᵈ Quarterly Report due to the COVID-19 pause
For Revenue Report, see "State Required Metrics"

15

COB352074
COB352060

# State Required Metrics

**The locations where and dates when photo speed violation monitoring systems were used**

|  | Canisius | BPN | Makowski | Notre Dame | Nichols | St. Joseph |
|---|---|---|---|---|---|---|
| 3/11/2020 | Camera On | Off | Camera On | Off | Off | Off |
| 3/12/2020 | Camera On | Off | Camera On | Off | Off | Off |
| 3/13/2020 | Camera On | Off | Camera On | Off | Off | Off |
| 10/13/2020 | Camera On | Camera On | Off | Camera On | Camera On | Camera On |
| 10/14/2020 | Camera On | Camera On | Off | Camera On | Camera On | Camera On |
| 10/15/2020 | Camera On | Camera On | Off | Camera On | Camera On | Camera On |
| 10/16/2020 | Camera On | Camera On | Off | Camera On | Camera On | Camera On |
| 10/19/2020 | Camera On | Camera On |  | Camera On | Camera On | Camera On |
| 10/20/2020 | Camera On | Camera On | Off | Camera On | Camera On | Camera On |
| 10/21/2020 | Camera On | Camera On | Off | Camera On | Camera On | Camera On |
| 10/22/2020 | Camera On | Camera On | Off | Camera On | Camera On | Camera On |
| 10/23/2020 | Camera On | Camera On |  | Camera On | Camera On | Camera On |
| 10/26/2020 | Camera On | Camera On | Off | Camera On | Camera On | Camera On |
| 10/27/2020 | Camera On | Camera On | Off | Camera On | Camera On | Camera On |
| 10/28/2020 | Camera On | Camera On | Off | Camera On | Camera On | Camera On |
| 10/29/2020 | Camera On | Camera On |  | Camera On | Camera On | Camera On |
| 10/30/2020 | Camera On | Camera On | Off | Camera On | Camera On | Camera On |
| 11/2/2020 | Camera On | Camera On | Off | Camera On | Camera On | Camera On |
| 11/4/2020 | Camera On | Camera On | Off | Camera On | Camera On | Camera On |
| 11/5/2020 | Camera On | Camera On | Off | Camera On | Camera On | Camera On |
| 11/6/2020 | Camera On | Camera On |  | Camera On | Camera On | Camera On |
| 11/9/2020 | Camera On | Camera On | Off | Camera On | Camera On | Camera On |
| 11/10/2020 | Camera On | Camera On | Off | Camera On | Camera On | Camera On |

16

COB352075

0016                                                                                    COB352060

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/12/2020 | Camera On | Camera On | Off | Camera On | Camera On | Camera On |
| 11/13/2020 | Camera On | Camera On | Off | Camera On | Camera On | Camera On |
| 11/16/2020 | Camera On | Camera On | Off | Off | Camera On | Camera On |
| 11/17/2020 | Camera On | Camera On | Off | Off | Camera On | Camera On |
| 11/18/2020 | Camera On | Camera On | Off | Camera On | Camera On | Camera On |
| 11/19/2020 | Camera On | Camera On | Off | Off | Off | Camera On |
| 11/20/2020 | Off | Camera On | Off | Off | Off | Camera On |
| 11/23/2020 | Off | Camera On | Off | Off | Off | Off |
| 11/24/2020 | Off | Camera On | Off | Off | Off | Off |
| 11/25/2020 | Off | Camera On | Off | Off | Off | Off |
| 11/30/2020 | Off | Camera On | Off | Off | Off | Off |
| 12/1/2020 | Off | Camera On | Off | Off | Off | Off |
| 12/2/2020 | Off | Camera On | Off | Off | Off | Off |
| 12/3/2020 | Off | Camera On | Off | Off | Camera On | Off |
| 12/4/2020 | Off | Camera On | Off | Off | Camera On | Off |
| 12/7/2020 | Off | Camera On | Off | Off | Camera On | Off |
| 12/8/2020 | Off | Camera On | Off | Off | Camera On | Off |
| 12/9/2020 | Off | Camera On | Off | Off | Camera On | Off |
| 12/10/2020 | Off | Camera On | Off | Off | Camera On | Off |
| 12/11/2020 | Off | Camera On | Off | Off | Camera On | Off |
| 12/14/2020 | Off | Camera On | Off | Off | Camera On | Off |
| 12/15/2020 | Off | Camera On | Off | Off | Camera On | Off |
| 12/16/2020 | Off | Camera On | Off | Camera On | Camera On | Off |
| 12/17/2020 | Off | Camera On | Off | Camera On | Camera On | Off |
| 12/18/2020 | Off | Camera On | Off | Camera On | Camera On | Off |

17

COB352076

0017

COB352060

**The aggregate number, type and severity of crashes, fatalities, injuries and property damage reported within all school speed zones within the city (2020 preliminary data)**

| TOTAL | FATAL | PERSONAL INJURY | PROPERTY DAMAGE |
|-------|-------|-----------------|-----------------|
| 752 | 0 | 153 | 599 |

**The aggregate number, type and severity of crashes, fatalities, injuries and property damage reported within school speed zones where photo speed violation monitoring systems were used (2020 preliminary data)**

| TOTAL | FATAL | PERSONAL INJURY | PROPERTY DAMAGE |
|-------|-------|-----------------|-----------------|
| 395 | 0 | 80 | 315 |

**The number of violations recorded within all school speed zones within the city, in the aggregate on a daily, weekly and monthly basis**
(extremum of 48 days; aggregate ten weeks; aggregate three months)

**Average Aggregate Program Citations 2020**

| | |
|---|---|
| Daily | 850 |
| Weekly | 4,078 |
| Monthly | 13,592 |

**The number of violations recorded within each school speed zone where a photo speed violation monitoring system is used, in the aggregate on a daily, weekly and monthly basis**
(Due to the COVID-19 pandemic, average aggregates were based on days each school was camera-enforced)

| | BPN | Canisius | Makowski | Nichols | Notre Dame | St. Joseph's |
|---|---|---|---|---|---|---|
| Average Daily Citations | 45 days<br>244 | 29 days<br>255 | 3 days<br>407 | 37 days<br>187 | 26 days<br>104 | 37 days<br>313 |
| Average Weekly Citations | 10 weeks<br>1,097 | 7 weeks<br>1,058 | 1 week<br>1,222 | 8 weeks<br>865 | 6 weeks<br>449 | 6 weeks<br>1,928 |
| Average Monthly Citations | 3 months<br>3,658 | 2 months<br>3,702 | 1 month<br>1,222 | 3 months<br>2,305 | 2 months<br>1,348 | 2 months<br>5,783 |

COB352077

COB352060

0018

**The number of violations recorded within all school speed zones within the city that were:**

a)      more than ten but not more than twenty miles per hour over the posted speed limit
b)      more than twenty but not more than thirty miles per hour over the posted speed limit
c)      more than thirty but not more than forty miles per hour over the posted speed limit
d)      more than forty miles per hour over the posted speed limit
        *Violations were only recorded in camera-enforced zones*

| MPH Over | Violation Count |
|----------|-----------------|
| 11 to 20 | 37,807 |
| 21 to 30 | 2,901 |
| 31 to 40 | 63 |
| >40 | 5 |

**The number of violations recorded within each school speed zone where a photo speed violation monitoring system is used that were:**

a)      more than ten but not more than twenty miles per hour over the posted speed limit
b)      more than twenty but not more than thirty miles per hour over the posted speed limit
c)      more than thirty but not more than forty miles per hour over the posted speed limit
d)      more than forty miles per hour over the posted speed limit

| MPH Over | BPN | Canisius | Makowski | Nichols | Notre Dame | St. Joseph's |
|----------|-----|----------|----------|---------|------------|--------------|
| 11 to 20 | 10,256 | 6,712 | 1,088 | 6,510 | 2,525 | 10,716 |
| 21 to 30 | 695 | 681 | 127 | 401 | 167 | 830 |
| 31 to 40 | 20 | 10 | 5 | 5 | 4 | 19 |
| >40 | 3 | 0 | 2 | 0 | 0 | 0 |

**The total number of notices of liability (citations) issued for violations recorded by such systems during the reporting period**

The actual number of citations issued in the reporting period was 80,741. State law requires the City to postmark speeding citations within 14 business days of the speeding event. In late October, early November 2020, the mail fulfillment center contracted to mail the notices experienced a *force majeure* event due to inclement weather conditions when a severe ice storm temporarily crippled the local area, halting travel and mail fulfillment experienced a prolonged delay. Over 20,000 motorists and repeat violators did not receive a timely postmarked citation(s). These violations were cancelled.

The reported number of notices of liability (citations) issued for the purposes of this report is 40,776, however it should be noted that the 39,965 citations that were cancelled were not due to any failure of the camera technology nor was through any fault of the City. These violations were cancelled on a legal technically and were, in fact, substantially valid speeding events in active Buffalo schools zones. Had these citations been timely postmarked, they would not have been cancelled.

19

COB352078

COB352060

**The number of fines and total amount of fines paid after the first notice of liability issued for violations recorded by such systems**

| Citations Timely Paid | Fines Timely Paid |
|---|---|
| 26,361 | $1,318,050 |

**The total amount of revenue realized by the city in connection with the program during the reporting period was $1,686,068.**

| Quarter | # Citations Paid | Total $ Paid | Net Revenue Realized |
|---|---|---|---|
| Jan-Mar | 452 | $22,600 | $16,272 |
| Apr-Jun | 1,816 | $91,075 | $65,651 |
| Jul-Sep | 67 | $3,885 | $2,947 |
| Oct-Dec | 44,429 | $2,223,204 | $1,601,198 |
| **TOTAL** | 46,764 | $2,340,764 | $1,686,068 |

**The expenses incurred by the city in connection with the program (estimated)**

| | |
|---|---|
| Lighting Service Charges: | $110,800 |
| Conversion Investigate Costs: | $10,800 |
| Conversion Costs: | $11,600 |
| Beacons & Installation Costs: | $157,000 |
| Electrical Usage: | $11,500 |
| Manpower/Overhead Costs: | $315,000 |
| | (approx) $616,700 |

**The quality of the adjudication process and its results**
*(For Quality Report please refer to ADJUDICATION OF SPEED CAMERA VIOLATIONS under "Results")*

| | Total | Percent of Total Violations Issued |
|---|---|---|
| Citations Issued | 40,776 | 100% |
| Hearing Requested | 1,919 | 4.7% |
| Citation Upheld at Hearing | 974 | 2.4% |
| Citation Overturned at Hearing | 863 | 2.1% |
| Citations Pending Hearing | 82 | 0.2% |

20

COB352079

COB352060

**The number of violations adjudicated and the results of such adjudications including breakdowns of dispositions made for violations recorded by such systems**

| Reason | Count |
|---|---|
| Failed to appear | 517 |
| Liable | 510 |
| Plea agreement | 145 |
| Not Liable | 137 |
| multiple tickets | 97 |
| Plea | 85 |
| Plea arrangement | 33 |
| obstructed view | 15 |
| one time pass | 14 |
| Sign obscured | 14 |
| Sign obstructed | 13 |
| (blank) | 12 |
| Tree obstruction | 11 |
| multiple tickets short timeframe | 9 |
| Plea arrangement | 9 |
| Plea deal | 9 |
| hearing officer courtesy | 8 |
| poor sign placement/obstructed view | 8 |
| Sign blocked, comes off Winspear | 8 |
| Late notice | 7 |
| Coming off Winspear, sign obscured | 5 |
| No notice coming off Winspear and actual signage obscured by trees | 5 |
| One time pass, multiple tickets, already paid a citation | 4 |
| As per Commisioner KH | 4 |
| Late citation | 4 |
| Multiple tickets. Motorist will be found liable for two (2) out of eleven (11) school zone tickets. Motorist already paid one and accepted liability on November 2, 2020. Therefore will be liable for three in total. | 4 |
| Plea arrangement  see 448163, 418287, 484916 | 4 |
| Obstruction tree | 3 |
| Plea arrangement, other car summons 4632961 | 3 |
| Program Not Live | 3 |
| Sign obstruction by tree. | 3 |
| Untimely notice | 3 |
| Zone ends at 3pm | 3 |
| Citation error | 2 |

21

COB352080
COB352060

| | |
|---|---|
| Medical Emergency | 2 |
| multiple violations | 2 |
| no camera id | 2 |
| Notice past 14 days | 2 |
| obstructed sign by tree | 2 |
| plea/less than 30 | 2 |
| plea/new to area | 2 |
| poor signage | 2 |
| possible poor signage | 2 |
| already paid | 1 |
| Already paid fine on one other citation | 1 |
| As per PVBoffice | 1 |
| BOD | 1 |
| Camera ID indicates "Null" | 1 |
| Camera ID indicates "NULL." Also, Acknowledgment letter contained erroneous number. | 1 |
| Camera ID null and no technician ID # | 1 |
| Camera ID unreadable | 1 |
| Canisius did not have class all day on OCt 14th per their calendar | 1 |
| Canisius school closed | 1 |
| Citation generated 16 days past violation date and postmarked December 08 | 1 |
| citation given at 3:25PM when St. Joseph's school hours end at 3PM | 1 |
| Citation mailed beyond 14 days | 1 |
| Citation postmarked late | 1 |
| Coming off Winspear, sign obstructed | 1 |
| constuction zone obstructing sign | 1 |
| Covid 19 | 1 |
| dismiss in interest of justice, time schdulied 8AM | 1 |
| Dismissed as per CKH, not a normal school day. | 1 |
| Error on citation, issued 2x | 1 |
| Error on citation, received 2 for same incident | 1 |
| Flashing lights obstructed by bus | 1 |
| happened before the posted hours | 1 |
| Has log showing time is off | 1 |
| Has log showing timing on camera off | 1 |
| hearing officer courtesy/dh | 1 |
| Holiday Break | 1 |
| Id not indicated | 1 |
| Light not operable | 1 |
| lights | 1 |
| Lights may not have been on | 1 |
| Lights not functioning | 1 |

22

COB352081
COB352060

| | |
|---|---|
| Lights not working | 1 |
| lights out | 1 |
| mailed 17-business days after date of violation | 1 |
| mailed 18 days past the statutory limitation | 1 |
| mailed 20 days past the statutory limitation | 1 |
| mailed 22 days past the statutory limitation | 1 |
| mailed outside the 14 day time frame | 1 |
| Ms. Jones is 83-years-of-age and should not have been scheduled to come in as per Matilda's Law. | 1 |
| mulotiple tickets | 1 |
| multiple tickets & delayed notice | 1 |
| Multiple tickets (11 in total) | 1 |
| multiple tickets and paid one already | 1 |
| multiple tickets and paid one already. | 1 |
| multiple tickets in short timeframe | 1 |
| multiple tickets same timeframe | 1 |
| no flashing lights | 1 |
| Not mailed within 14 days | 1 |
| not mailed within 14-days | 1 |
| Notice received 14 days after | 1 |
| Obstructed signage | 1 |
| Obstructed view by tress. | 1 |
| Obstruction by tree | 1 |
| Obstruction caused by tree | 1 |
| Obstruction of school sign | 1 |
| Obstruction of tree | 1 |
| one time pass, already paid one. | 1 |
| One time pass, obstructed sign by tree, and "null" in ticket box where camera ID should be. | 1 |
| Paid on othe car | 1 |
| Past 14 day notice | 1 |
| Past 14 day notice requirement | 1 |
| past statutory time limit | 1 |
| Plate/Make is incorrect | 1 |
| Plates to wrong vehicle | 1 |
| Plea 438483 | 1 |
| Plea 457138 | 1 |
| Plea agreeement | 1 |
| Plea agreement 424001 | 1 |
| Plea agreement 433606 | 1 |
| Plea agreement see 4227911 | 1 |
| Plea arrangement | 1 |
| Plea arrangement  see 430237 | 1 |
| Plea arrangement see 4606271 | 1 |

23

COB352082
COB352060

| | |
|---|---|
| Plea arrangment | 1 |
| Plea deal 4149554 | 1 |
| Plea deal 419554 | 1 |
| Plea for 4 others which he paid for | 1 |
| Plea paid for other ticket | 1 |
| plea. new to area | 1 |
| Plea/Under 30 mph | 1 |
| plea/under30 | 1 |
| post marked 11/24 past the 14-business day statutory time limit | 1 |
| post marked 11/24 which is past the 14-business day statutory time limit | 1 |
| post marked 11/27 past the 14-business day statutory limit | 1 |
| Program was not live | 1 |
| School was closed | 1 |
| Sign obscured on Main st. | 1 |
| Sign obscured, coming off Winspear | 1 |
| Sign obssured | 1 |
| Sign obstructed, coming off Winspear | 1 |
| Sign obstruction by tree. Also claims to have received past 14-business days | 1 |
| Signage Issue | 1 |
| Signage obscured, coming down Winspear | 1 |
| Software Issues | 1 |
| Stolen scooter owner showed police report that it was stolen a month before | 1 |
| ticket one day after grace period, below 30mph | 1 |
| ticket outside enforcement time | 1 |
| Time inconsistent with signage | 1 |
| Tree obstructed sign. | 1 |
| turning from winspear, sign obstructed by tree | 1 |
| Unreadable plate and multiple tickets paid | 1 |
| Untimely | 1 |
| Untimely | 1 |
| Untimely citation | 1 |
| Untimely citation 18days | 1 |
| untimely citation, 17 days | 1 |
| Was in hospital, | 1 |
| **TOTAL** | **1837** |

24

COB352083
COB352060