# EXHIBIT 313

| | |
|---|---|
| **From:** | Byron C Lockwood/BPD |
| **Sent:** | 2/5/2018 7:20:40 PM |
| **To:** | Estrich,Donna |
| **CC:** | Lockwood,Byron C |
| **Subject:** | Re: Review of Current year budget |

Wednesday 2/7/18 2;00pm is good for me .

Byron C. Lockwood
Commissioner of Police
Buffalo Police Department
74 Franklin Street
Buffalo, New York 14202
(716)851-4040

"Estrich,Donna" <AU94@ch.ci.buffalo.ny.us>
02/05/2018 12:24 PM

To      "Lockwood,Byron C" <bclockwood@bpd.ci.buffalo.ny.us>
cc
Subject    Review of Current year budget

Commissioner,

We are reviewing each departments current year budget to assist in closing our current year.

I would like you to review your current year budget and look to see where you may have opportunity to reduce your expenditures for the current year.

In addition, review where there may be opportunities to increase revenues.

Please let me know your availability on Feb 7 from 12 to 3 or Feb 8 from 12-3

Donna J. Estrich

Commissioner of Administration, Finance, Policy & Urban Affairs

City Hall, Room 203

Buffalo, New York 14201


716-851-5922

COB223195