# EXHIBIT 314

Message

**From:** Marsha McLeod [mmcleod@investigativepost.org]
**Sent:** 2/11/2019 5:45:43 PM
**To:** DeGeorge,Michael J. [mdegeorge@ch.ci.buffalo.ny.us]; DeGeorge,Michael J. [mdegeorge@ch.ci.buffalo.ny.us]
**Subject:** Re: Interview request

Hello Mr. DeGeorge,

This story is expected to run within the next ten days.

Currently, the story will reflect that the Mayor's spokesperson declined an interview request, but I am very eager to include comment from the Mayor or his office.

My specific questions are as follows. If your office would like to provide any written comment or make the Mayor available for a telephone or in-person interview, I would need a response by EOD Feb. 15th, 2019.

1.
2.   At a November 7, 2018 meeting of the Common Council's Finance Committee, Commissioner Donna Estrich said: "Traffic violations is below budget, and you know, we're working with police. They just created a new traffic detail and put that out." How is the administration working with police with respect to the traffic violations agency's budget?
3.
4.
5.   In the 2014-15 fiscal year, Buffalo police wrote 32,013 traffic tickets, according to the city's 2016-17 budget. The next year, that was 52,466, according to the 2017-18 budget. There will be sources in the story who argue this jump in ticketing was connected to the creation of the BTVA in July 2015 and the respective change in revenue allocation. Does your office wish to comment on this?
6.
7.
8.   The traffic violations agency brought in 3,175,924.09 in total revenue in the 2017-18 fiscal year, according to the state comptroller. In the current fiscal year it is budgeted to bring in $6 million. Does the city expect to reach its budgeted revenue? Did the city implement specific strategies to nearly double the revenue of this particular agency from last year?
9.
10.
11.   A May 2018 press release about the current year's city budget, noted that by "realigning our tax and fee structures this budget will generate revenue streams that will decrease our reliance on the City's fund balance." Were the creation of new fees within the traffic agency related to the city's declined total fund balance and unassigned fund balance (i.e. unassigned fund balance dropping to zero by the end of the last fiscal year, down from just under $64 million in 2013)?
12.
13.
14.   The May 2018 press release also noted that fees and taxes in Buffalo were "still lower" than in other cities. How was this established?
15.
16.
17.   I plan to report that Buffalo is in contention with Nassau County for charging the longest list of administrative fees of the state's four traffic violations agencies (TVAs). For instance, Buffalo is one of two TVAs charging an administrative fee for filing judgments or a Driver Responsibility Fee. It is the only agency

charging a fee per ticket to delay payment, in addition to a late payment fee. It is also the only TVA to charge a "Collections Fee." I also plan to report that traffic courts under the jurisdiction of the OCA, i.e. the majority of traffic courts in the state, do not charge administrative fees. They charge state-mandated surcharges, where applicable, and the state-mandated suspension lift fee, the latter of which, the TVAs must charge as well. Does your office wish to comment on this?

18.

19.

20.    Numerous drivers I spoke with took issue with the city's policy to not allow partial payments toward traffic fines and fees, and noted it meant they couldn't pay anything at all and had their driver's license suspended. Does your office wish to comment on this?

21.

22.

23.    Sources in the story will argue that increasing the fees on traffic tickets will lead to more license suspensions because it makes it more challenging for low-income drivers to pay. Does your office wish to comment on this?

24.

25.

26.    Sources in the story will argue that the increased number of traffic tickets given by Buffalo police (as outlined in question 2) and additional fees hit low-income residents, who are mostly Black and Latino, the hardest. Does your office wish to comment on this?

Thank you,

Marsha


On Thu, Feb 7, 2019 at 12:07 PM Marsha McLeod <mmcleod@investigativepost.org> wrote:
> Hi Mr. DeGeorge,
>
> I'm still looking for an interview. Please let me know if this will be possible. The piece is set to air this month, no sooner than Feb. 14.
>
> My best,
>
> Marsha


--
**Marsha McLeod** | Reporter, Investigative Post
Office: (716) 831-2626 ext. 5
**Cell: (718) 964-7656 (call, text, WhatsApp, Signal)**
@marshamcleod_NY