# Exhibit 315

# Electronic Media Manually Filed