# EXHIBIT 316

| From: | Estrich,Donna |
|---|---|
| Sent: | 4/23/2018 5:02:33 PM |
| To: | Lockwood,Byron C |
| Subject: | FW: Budget 2018-19 |

Have you had a chance to review your expenses and make any recommendations for reductions?

Thank you for the personnel


**From:** Estrich,Donna
**Sent:** Tuesday, April 10, 2018 6:35 PM
**To:** Lockwood,Byron C
**Subject:** Budget 2018-19


As you are aware, we have an extremely difficult and tight budget to put together for next fiscal year.

At this time our revenue projection is well below the current year.


We are asking each department head to look at their current year budget and propose where it can be reduced by 10% for next year.


Please review the attached list of currently vacant positions in your department.

If there are any positions that you would be able to eliminate next year, this would help toward the 10% reduction.


Also, if there are new revenues or efficiencies that were not discussed at our budget meetings, please contact me.



Donna J. Estrich

Commissioner of Administration, Finance, Policy & Urban Affairs

City Hall, Room 203

Buffalo, New York 14201


716-851-5922


| 20 - POLICE | | QTY | SALARY | VAC | VAC TOTAL |
|---|---|---|---|---|---|
| 12005001 | DEPUTY COMMISSIONER OF POLICE 5800, I080, STEP 5 | 2 | 123,864.00 | 1 | 123,864.00 |

COB221148

0001

| | | | | | |
|---|---|---|---|---|---|
| 12022001 | MOTOR EQUIPMENT MECHANIC 6150, B031, STEP 11 | 2 | 31,428.00 | 2 | 62,856.00 |
| 12023001 | LABORER II 9622, B025, STEP 12 | 2 | 26,254.00 | 2 | 52,508.00 |
| 12024001 | ASSISTANT ACCOUNTANT 0520, A035, STEP 11 | 1 | 45,848.00 | 1 | 45,848.00 |
| 12024001 | CELLBLOCK ATTENDANT 2000, B065, STEP 11 | 3 | 29,914.00 | 3 | 89,742.00 |
| 12024001 | CELLBLOCK ATTENDANT 2000, B065, STEP 13 | 10 | 34,188.00 | 4 | 136,752.00 |
| 12024001 | CELLBLOCK ATTENDANT 2000, B065, STEP 14 | 7 | 36,325.00 | 3 | 108,975.00 |
| 12024001 | POLICE SURV. CAMERA MONITOR 1069, B064, STEP 11 | 1 | 24,769.00 | 1 | 24,769.00 |
| 12024001 | POLICE SURV. CAMERA MONITOR 1069, B064, STEP 12 | 1 | 25,264.00 | 1 | 25,264.00 |
| 12024001 | PUBLIC SAFETY DISPATCHER 2100, B015, STEP 11 | 2 | 31,034.00 | 2 | 62,068.00 |
| 12024001 | PUBLIC SAFETY DISPATCHER 2100, B015, STEP 12 | 2 | 31,034.00 | 1 | 31,034.00 |
| 12024001 | REPORT TECHNICIAN 0170, A001, STEP 11 | 5 | 38,826.00 | 5 | 194,130.00 |

COB221149

| 12024001 | REPORT TECHNICIAN 0170, A001, STEP 12 | 5 | 39,491.00 | 1 | 39,491.00 |
| 12024001 | SPANISH SPEAKING REPORT TECH 0172, A001, STEP 11 | 1 | 38,826.00 | 1 | 38,826.00 |

Case 1:18-cv-00719-CCR    Document 283-15    Filed 05/30/25    Page 4 of 4

COB221150

**0003**