# EXHIBIT 317

| | | |
|---|---|---|
| **Philip M Serafini/BPD** | To | Henry E Baranski/BPD@BuffaloPoliceDept, |
| 07/26/2014 09:19 AM | cc | |
| | bcc | |
| | Subject | Fw: PLATE READER CAR |

Henry,

Could you please try and accommodate Pete's request, detailed below in his e-mail. Thanks.

Keep me posted,

Phil

----- Forwarded by Philip M Serafini/BPD on 07/26/2014 09:18 AM -----

| | | |
|---|---|---|
| **Peter C Nigrelli/BPD** | To | Philip M Serafini/BPD@BuffaloPoliceDept, |
| 07/24/2014 12:41 AM | cc | |
| | Subject | PLATE READER CAR |

CAPT. SERAFINI,
    CAR #884 HAS SURPASSED 160,000 MILES THIS WEEK. I KNOW WE SPOKE ABOUT REPLACING THE CAR A FEW WEEKS AGO. DO YOU KNOW IF CHIEF MORAN HAS ANYPLANS FOR A NEWER CAR? IF WE COULD GET AN OLD LT'S CAR WITH LOWER MILES (ANYTHING UNDER 75,000) IT WOULD BE A BIG HELP. I RESPECTFULLY REQUEST THAT WE CONTINUE HAVING A MARKED CAR WITH LIGHTS AFFIXED IN THE GRILL, SIDE WINDOWS AND REAR WINDOW. HAVING NO LIGHT BAR ON TOP OF THE READER CAR DOES HELP WITH THE ELEMENT OF SURPRISE WITH SUSPENDED CARS.  THE READER CAR GENERATES REVENUE FOR THE CITY WITH IMPOUNDS AND TICKETS. THANK YOU FOR YOUR TIME ON THIS MATTER.

PO PETER NIGRELLI

AD/MP-4

COB047751

0001