# EXHIBIT 318

| | | |
|---|---|---|
| Patrick A Roberts/BPD<br>04/24/2013 04:55 PM | To<br>cc<br>bcc<br>Subject | Laurie A Fitzgerald/BPD@BuffaloPoliceDept,<br><br><br>Re: Plate readers |

thx...just chcking
Laurie A Fitzgerald/BPD

| | | |
|---|---|---|
| Laurie A Fitzgerald/BPD<br>04/22/2013 02:18 PM | To<br>cc<br><br>Subject | Patrick A Roberts/BPD@BuffaloPoliceDept<br>Daniel Derenda/BPD@BuffaloPoliceDept, Kevin J Brinkworth/BPD@BuffaloPoliceDept, Joseph M Panus/BPD@BuffaloPoliceDept<br>Re: Plate readers |

Capt Roberts-  Currently Housing (Car 159)and Strike Force (Car 916) have  Plate Readers.  These are the 2 NEWEST Plate Readers that the city has and were just installed October 2012.  Each District (A-B-C-D-E) has a Plate Reader Car.  Other than that  we have no "spare" or "extra" plate readers.
Laurie
Patrick A Roberts/BPD

| | | |
|---|---|---|
| Patrick A Roberts/BPD<br>04/21/2013 04:25 PM | To<br>cc<br><br>Subject | Laurie A Fitzgerald/BPD@BuffaloPoliceDept<br>Daniel Derenda/BPD@BuffaloPoliceDept, Kevin J Brinkworth/BPD@BuffaloPoliceDept<br>Plate readers |

Could you update me on the availability of additional plate readers?  There is a great deal interest from both the Housing Unit and the Strike Force Unit officers. I believe the readers would pay for themselves in about two weeks.  Let me or Chief Brinkworth know please.  Capt Roberts

COB056249

0001