# EXHIBIT 320

# *Strike Force Daily Report*

| Commanding Officer: Chief Brinkworth | |
|---|---|
| Date: 08/18/2015 | ☒ Blue Wheel  ☐ Red Wheel |
| Location: Areas 2,4, 8 & 9 | # of Arrests: 14 |
| Author: Thomas R Whelan | |
| Completed By: ○ Housing   ● Strike Force | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | V&T | V | VTM | M | F |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8420 | POISSON | 0 | 0.00 | 0 | 0 | 0 | 4 | 0 | 0 | 1 | 0 |
| 8421 | MARTINEZ/CHOJNACKI | 0 | 0.00 | 0 | 2 | 0 | 11 | 0 | 0 | 0 | 0 |
| 8424 | CULVER/PARISEAU | 1 | 0.00 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 1 |
| 8422 | THOMAS/HOWARD | 2 | 0.00 | 0 | 0 | 0 | 10 | 0 | 4 | 1 | 0 |
| 8451/454 | QUINN/WHELAN | 1 | 0.00 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 |
| HOUSING | | 2 | 0.00 | 0 | 3 | 0 | 32 | 0 | 2 | 4 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

COB029724



| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **TOTALS** | 6 | 0.00 | 0 | 5 | 0 | 66 | 0 | 7 | 6 | 1 |

COB029725

# *Housing Daily Report*

| Commanding Officer: Chief K. Brinkworth | |
|---|---|
| Date: 08/18/2015 | ☒ Blue Wheel   ☐ Red Wheel |
| Location: Shaffer and Langfield | # of Arrests: 9 |
| Author: Lance R Russo | |
| Completed By: ● Housing | |

| POST | OFFICER | Imp | Cash | Gun | Tag | CO | V&T | V | VTM | M | F |
|---|---|---|---|---|---|---|---|---|---|---|---|
| H410 | MACY | 2 | 0.00 | 0 | 4 | 0 | 8 | 0 | 0 | 0 | 0 |
| H420 | BEYER/ SHARPE | 2 | 0.00 | 0 | 0 | 0 | 27 | 0 | 5 | 3 | 1 |
| H430 | ROBINSON/ VIDAL | 0 | 0.00 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

COB029730

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTALS | | 4 | 0.00 | 0 | 4 | 0 | 43 | 0 | 5 | 3 | 1 |



COB029731