# EXHIBIT 321

**Steven J Nichols/BPD**
09/23/2014 10:06 AM

To   Kevin J Brinkworth/BPD@BuffaloPoliceDept, Patrick A
     Roberts/BPD@BuffaloPoliceDept,

cc

bcc

Subject   Butler/Wholers

| History: | 🔁 This message has been replied to. |
| --- | --- |

Sir,
 There has been a lot of "thug" activity on Butler lately. In light of the 2 homicides there recently, could you ask the Strike Force officers to show a little presence.There is going to be a vigil there tonite, E district will have a car in the area. Thank you

Steve

Lt. Steven J. Nichols
Community Policing/Special Events
Buffalo Police Department
716-851-6514
716-208-3035
email-sjnichols@bpdny.org

COB056309