# EXHIBIT 324

Message

| | |
|---|---|
| **From:** | Brian K Patterson [bkpatterson@bpdny.org] |
| **Sent:** | 5/25/2012 4:06:20 PM |
| **To:** | James T Dee [jtdee@bpdny.org]; Thomas R Whelan [trwhelan@bpdny.org]; Sean T Obrien [stobrien@bpdny.org]; John D Rieman [jdrieman@bpdny.org]; Timothy D Ring [tdring@bpdny.org]; Timothy S Downs [tsdowns@bpdny.org]; Robert V Rosenswie [rvrosenswie@bpdny.org]; Christopher S Kochersberger [cskochersberger@bpdny.org]; Barbara A Lark [balark@bpdny.org]; Marilyn C Wisniewski [mcwisniewski@bpdny.org]; Douglas H Kopp [dhkopp@bpdny.org]; Michael P Quinn [mpquinn@bpdny.org]; Michael A Delong [madelong@bpdny.org] |
| **Subject:** | Four officer vehicle and traffic interdiction detail- Mass/18th, Fruitbelt, Towne Gardens |

Lieutenants,

Please call in on Ot the following for today, 5/25/12, 5/26/12, 5/27/12, and 5/28/12

- Manpower: Four officers ( 2 to a car)   1600-200hrs
- Assignment: Operation STRICT VEHICLE AND TRAFFIC ENFORCEMENT for the following offenses:
- loud noise- write summonses or city ordinance   for this violatio
- rolling through stop signs- write summonses for this violation
- no seatbelt - write summonses for this violation
- talking on cellphone while driving- write summonses for this violation
- illegally parked vehicles- write summoness for this violation
- Imprudent speed - write summonses for this violation
- Area of enforcement
- Mass/18th neighborhood
- Fruitbelt neighborhood
- Towne Garden neighborhood
- IMPORTANT NOTES:
- This detail is a zero tolerance detail for vehicle and traffic enforcement.   Requirements for the detail include:
- vehicle and traffic stops for the above offenses and other minor violations,
- plain view searches of vehicles for firearms,
- warrant, license, and registration checks on all vehicle and traffic stops.
- Impound of vehicles when possible
- Purpose of the detail:
- Use vehicle and traffic stops to find and confiscate weapons used by gangs and thugs, and to impound vehicles in order to search vehicles for drugs and weapons not in plain view.
- This is an active detail.   Officers will be required to complete a detail report detailing the number of summonses written and where these summonses were written.   This information will be shared with the mayor, commissioner, and block clubs to show our efforts in controlling neighborhoods.   Any detail report that does not show summonses written will result in a complete inquiry by the shift lieutenant completed on a P-73 as to why the detail failed to write summonses as required by the detail .   This is must be clearly communicated to officers before they accept the detail that these are the requirements of the OT detail

Chiefs message- i am concerned about the surge in gun violence in our district.   I need officers on this detail who want to do the work required of this detail. If officers do not want to do the work required of this detail they should not take the detail. I will be using the summonses written on these details   to show the commissioner and block clubs that we have focused on these crime ridden neighborhoods, and have made them a major police focal point.   I do not want the district to look bad!!! Please express this to the officers.   Lieutenants you continue to be great in supervising our troops, and I need accountability for these details.   Thanks again.

0001

COB459664
COB459664