# EXHIBIT 325

Message
___

| | |
|---|---|
| **From:** | James T Dee [jtdee@bpdny.org] |
| **Sent:** | 9/26/2012 4:07:37 PM |
| **To:** | Gregg G Blosat [ggblosat@bpdny.org]; Thomas R Duffy [trduffy@bpdny.org]; Charles P Carier [cpcarier@bpdny.org]; Leo McGrath [lmcgrath@bpdny.org]; Robert V Rosenswie [rvrosenswie@bpdny.org]; Patricia A Reilly [pareilly@bpdny.org] |
| **Subject:** | Fw: Jeff Foxworthy |

----- Forwarded by James T Dee/BPD on 09/26/2012 12:05 PM -----

**"Jim and Rene'e Dee" <rderouche@verizon.net>**
09/25/2012 04:47 PM

To <quahari@aol.com>, <mayes4127@roadrunner.com>, <bflopapi@gmail.com>, "STEVEN MALKOWSKI" <bpd312@msn.com>, <nanpatjo@msn.com>, "Jane Weinert" <jtweinert@gmail.com>, "jim dee" <jtdee@bpd.ci.buffalo.ny.us>, <koop11@roadrunner.com>
cc
Subject Fw: Jeff Foxworthy


----- Original Message -----
**From:** Norbert Kupinski
**To:** bob derouche ; bob myszka ;  Brian  Wydra ;  Ed  Pilarz ; james  sypniewski ; jim ehrig ; jim/renee dee ; judy  sengbusch ; kakingsbury@verizon.net ; kathy fitz ; Marty ; moe juliao ; norbert  kupinski ; Paul  Shanks ; pete  morath ; rich stillson ; Ron Rudich ; STEPHEN L .lanza ;  vinney moto ;  wayne stepus
**Sent:** Monday, September 24, 2012 1:51 PM
**Subject:** FW: Jeff Foxworthy


From: bilyea@roadrunner.com
To: cookylady@roadrunner.com; pss0513@gmail.com; bertcups@msn.com; jimanny@gmail.com; notafop@yahoo.com; jleumer@aol.com; kenkrr@yahoo.com; wmmisztal@netzero.com; invpry@verizon.net; ss68imp@yahoo.com; hatrick@ecc.edu
Subject: Fw: Fw: Jeff  Foxworthy
Date: Mon, 24 Sep 2012 13:09:12 -0400


----- Original Message -----
From: Pmcgint@aol.com
To: r.luthi@yahoo.com ; Topsdriver@gmail.com ; STAZUNO@aol.com ; bilyea@roadrunner.com ; NTBurke@aol.com ; Jckc1950@aol.com ; earlsma@yahoo.com ; Genesharon25@aol.com ; baragona@centurytel.net ; KRISTYBUFFALO@aol.com ; RKorzeli@aol.com ; TMCGINTY@courts.state.ny.us ; shrubmover@comcast.net ; Tmmcginty@aol.com ; Ttracmcgint@aol.com ; mcgintydan@gmail.com ; Monalay@aol.com ; meggbyte@roadrunner.com ; mom1962@peoplepc.com ; patmonahan2000@yahoo.com ; williep545@yahoo.com ; RMARYNIEWSKI@roadrunner.com ; prodgers@finalcom.net ; tammyschanck@yahoo.com ; Ritafe@aol.com ; to1951@yahoo.com

COB406111

**Sent:** Wednesday, September 19, 2012 12:57 PM
**Subject:** Fwd: Fw: Jeff Foxworthy

From: hfdfire@sbcglobal.net
To:   tombiddle@windstream.net, jerryhunter2029@comcast.net, jordanrb04@hotmail.com, mkrzywicki@comcast.net, Ramcginty@aol.com, pmcgint@aol.com, tpacenza@hvc.rr.com, asrevereynolds58@yahoo.com, theheadstuffer@yahoo.com
Sent:  9/18/2012 10:39:50 P.M. Eastern Daylight Time
Subj: Fw: Jeff   Foxworthy

COB406112

0002

--- On **Tue, 9/18/12, Jill Bennefeld** <*jitterbug10000@yahoo.com*> wrote:

From:   Jill Bennefeld <jitterbug10000@yahoo.com>
Subject:   Jeff Foxworthy
To: "Freddie Bennefeld" <hfdfire@sbcglobal.net>
Date:   Tuesday, September 18, 2012, 8:12 PM



*This is   straight forward country thinking...*

COB406113

0003



*Jeff Foxworthy on Muslims:*



1. You grow poppeys and refine heroin for a living, but you have a moral objection to liquor.
You may be a Muslim

2. You own a $3,000 machine gun and $5,000 rocket launcher and ammo, but you can't afford shoes.

You may be a Muslim

3. You have more wives than teeth.
You may be a Muslim

4. You wipe your butt with your bare hand, but consider bacon and pork unclean.
You may be a Muslim

5. You think vests come in two styles: bullet-proof and suicide.
You may be a Muslim

6. You can't think of anyone you haven't declared Jihad against.
You may be a Muslim

7. You consider television dangerous, but routinely carry explosives in your clothing.
You may be a Muslim

8. You were amazed to discover that cell phones have uses other than setting off roadside bombs.
You may be a Muslim

9. You have nothing against women and think every man should own at least four.
You may be a Muslim

10. Your cousin is president of the United States.
You may be a Muslim

11. You find this offensive or racist and won't forward it.

COB406114

**0004**

*You probably are a Muslim*

**YOU HAVE A NICE DAY NOW...YOU HEAR?**

COB406115

**0005**