# EXHIBIT 326

Message

| | |
|---|---|
| **From:** | Steven J Nichols [sjnichols@bpdny.org] |
| **Sent:** | 2/10/2016 7:57:54 PM |
| **To:** | Daniel Derenda [dderenda@bpdny.org] |
| **CC:** | Byron C Lockwood [bclockwood@bpdny.org]; Kimberly L [Beaty/BPD@BuffaloPoliceDept] |
| **Subject:** | Fw: Justice & Opportunity meets Thursday 2/11 at 9am |
| **Attachments:** | Community Policing Report Feb 10 2016.pdf; J&O Agenda 2.11.2016.docx |

Commissioner,
At the bottom is a 55 page report on Community Policing in Buffalo that "Partnership for the Public Good" will   present to the Mayor.
Respectfully,

Steve

Lt. Steven J. Nichols
Community Policing/Special Events
Buffalo Police Department
716-851-6514
716-208-3035
email-sjnichols@bpdny.org
----- Forwarded by Steven J Nichols/BPD on 02/10/2016 02:49 PM -----

"Elisabeth   Preisinger"
<elisabeth@openbuffalo.org>                    To "Elisabeth   Preisinger" <elisabeth@openbuffalo.org>,
02/10/2016 01:20 PM                            cc
                                               Subject RE: Justice & Opportunity meets Thursday 2/11 at 9am


Hello again,


Sam Magavern from PPG and their MSW Intern from UB, Kerry Battenfield have prepared a research report which they will present tomorrow.   Sam and Kerry asked that it be shared for review ahead of the meeting. (Attached)


Additionally, the agenda for tomorrow's meeting is also attached.


Thank you,

Elisabeth

0001

COB464814

**Elisabeth Preisinger**

*Program Associate, Open Buffalo*

o: 716.243.8777 ext. 105 ● c: 716.292.4997

617 Main Street, Floor 3R,  Buffalo NY 14203

elisabeth@openbuffalo.org ● www.openbuffalo.org

OPENBflo_Horiz_CMYK_SMALL

_____

**Let's Connect!**

FB shrink    Twitter shrink    Linkedin shrink    Youtube shrink


Community Policing Report F...


J&O Agenda 2.11.2016.docx

**0002**