# EXHIBIT 328

Message

**From:** One Region Forward [info=oneregionforward.org@mail146.us4.mcsv.net]
**on behalf of** One Region Forward [info@oneregionforward.org]
**Sent:** 9/9/2014 2:51:15 PM
**To:** DeGeorge,Michael J. [mdegeorge@ch.ci.buffalo.ny.us]
**Subject:** One Region Forward September eNews

Provide your feedback on alternative scenarios online, review draft reports, and register to attend the Citizen Planning School Idea Summit!

Is this email not displaying correctly?
View it in your browser.



# Thousands of citizens have helped shape One Region Forward's work to date.

## Share your feedback on the draft report, alternative scenarios for Buffalo Niagara, and more!

One Region Forward has drawn its strength from the values and visions for the future that thousands of citizens from across Buffalo Niagara have shared. These visions and values are helping to guide the development of a Regional Plan for Sustainable Development.

0001

**There are three pieces of the plan that are currently available for review and feedback. These include:**

- One Region Forward Draft Report
- Fair Housing Equity Assessment (feedback open until Sept. 24th)
- Alternative Scenarios for Buffalo Niagara

Please take some time to review each of these items and share your feedback with us by **September 12th.** Together we can help make Buffalo Niagara a more sustainable region!



## Provide your feedback on One Region Forward's Draft Report

The first draft of recommendations for moving One Region Forward is complete and ready for your feedback. Tell us what you think by **September 12th** and help shape a plan to move One Region Forward.

Read the report and submit your feedback today!



## Alternative Scenarios for Buffalo Niagara

A few weeks ago, citizens were invited to a series of Open House sessions to learn about three alternative scenarios generated from a community mapping process shaped by nearly 800 citizens. **If you missed the Open House sessions, you can still participate through the** online feedback tool **between now and September 12th.**

Your feedback will be used to establish a **shared vision for the future of Buffalo Niagara** – a new way to move One Region Forward.

Check out the Online Feedback Form by clicking here.

0002

COB371357

## Fair Housing Equity Assessment

The **Fair Housing Equity Assessment** (FHEA) is a requirement of the HUD regional planning grant. A team of equity stakeholders has been working with One Region Forward to complete a draft of the FHEA that is open for public review until **September 24th**. This document examines the roots of Buffalo-Niagara's racial, ethnic and geographic segregation and exclusion, obstacles to solving these issues, and strategies for overcoming these barriers through One Region Forward's regional planning process.

Read the report and submit your feedback today!

## Save the Date! Idea Summit 10/4/2014

**The Idea Summit** celebrates the first year of the Citizen Planning School and the work of its Citizen Planners and Champions for Change. This exciting event explores the process of taking an idea from concept to implementation through videos, presentations and speakers. Program participants will also receive their certificates of completion and have a chance to network with local experts, funders and other attendees.

*The event is free and open to the public – bring your friends and family!*

RSVP Today!

Check us out on Flickr or forward to a friend!

*Copyright © 2014 One Region Forward, All rights reserved.*
*You're receiving this campaign because you signed up at one of our presentation sessions.*
**Our mailing address is:**
One Region Forward
77 Goodell St
Suite 302
Buffalo, NY 14203

Add us to your address book

unsubscribe from this list | update subscription preferences

0004

COB371359