# Exhibit 331

# Intentionally Left Blank