# Exhibit 332

# Filed Under Seal