# Exhibit 333

# Filed Under Seal