# Exhibit 334

# Filed Under Seal