# EXHIBIT 337

**BPD COMPSTAT 2 Dashboard** — CityWide | A District | B District | C District | D District | E District

Part One Crime, Week Date Range: 12/25/23 - 12/31/23 CP: 13

| | UCR Codes | Week 2022 | Week 2023 | Week % Change | Last CP | CP 2022 | CP 2023 | CP % Change | Last CP % Change | Year 2022 | Year 2023 | Year % Change | 3YA % Change | 5YA % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Homicide | 2 | 0 | -100.0% | 0 | 2 | 3 | 50.0% | | 71 | 39 | -45.1% | -42.1% | -36.5% |
| 2 | Rape | 1 | 0 | -100.0% | 8 | 1 | 6 | 500.0% | -25.0% | 121 | 56 | -53.7% | -56.3% | -58.8% |
| 3 | Robbery | 6 | 11 | 83.3% | 39 | 34 | 34 | 0.0% | -12.8% | 530 | 502 | -5.3% | -18.1% | -29.6% |
| 4 | Assault | 22 | 20 | -9.1% | 104 | 79 | 84 | 6.3% | -19.2% | 1339 | 1348 | 0.7% | -9.9% | -10.2% |
| 5 | Burglary | 104 | 22 | -78.8% | 97 | 81 | 87 | 7.4% | -10.3% | 1374 | 1419 | 3.3% | 0.0% | -12.9% |
| 6 | Larceny | 61 | 118 | 93.4% | 495 | 409 | 564 | 37.9% | 13.9% | 6367 | 6806 | 6.9% | 15.5% | 11.9% |
| 7 | MVT | 50 | 42 | -16.0% | 149 | 100 | 168 | 68.0% | 12.8% | 1394 | 2845 | 104.1% | 114.0% | 158.1% |
| 8 | Total | 246 | 213 | -13.4% | 892 | 706 | 946 | 34.0% | 6.1% | 11196 | 13015 | 16.2% | 18.9% | 15.9% |

Shootings, Week Date Range: 12/25/23 - 12/31/23 CP: 13

| | BSD Codes | Week 2022 | Week 2023 | Week % Change | Last CP | CP 2022 | CP 2023 | CP % Change | Last CP % Change | Year 2022 | Year 2023 | Year % Change | 3YA % Change | 5YA % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Total Shootings | 5 | 2 | -60.0% | 36 | 23 | 16 | -30.4% | -55.6% | 523 | 406 | -22.4% | -35.5% | -25.3% |
| 2 | Shooting - With Injury | 0 | 2 | | 5 | 11 | 7 | -36.4% | 40.0% | 199 | 142 | -28.6% | -45.7% | -38.3% |
| 3 | Shots Fired | 5 | 0 | -100.0% | 31 | 12 | 9 | -25.0% | -71.0% | 322 | 264 | -18.0% | -28.2% | -15.8% |
| 4 | Shooting Victims | 0 | 3 | | 8 | 14 | 7 | -50.0% | -12.5% | 250 | 166 | -33.6% | -47.4% | -39.6% |
| 5 | Shooting Inc's with Homicides | 0 | 0 | 0.0% | 0 | 1 | 1 | 0.0% | 0.0% | 45 | 24 | 0.0% | -49.7% | -45.7% |

COB-Hodgson_0017566

0001

COB_HODGSON_0017566

**BPD COMPSTAT 2 Dashboard** — CityWide | A District | B District | C District | D District | E District

Part One Crime, Week Date Range: 12/25/23 - 12/31/23 CP: 13

|   | UCR Codes | Week 2022 | Week 2023 | Week % Change | Last CP | CP 2022 | CP 2023 | CP % Change | Last CP % Change | Year 2022 | Year 2023 | Year % Change | 3YA % Change | 5YA % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Homicide | 0 | 0 |  | 0 | 0 | 0 |  |  | 2 | 1 | -50.0% | -75.0% | -72.2% |
| 2 | Rape | 0 | 0 |  | 1 | 0 | 0 |  | -100.0% | 8 | 5 | -37.5% | -64.3% | -65.3% |
| 3 | Robbery | 0 | 0 |  | 7 | 1 | 1 | 0.0% | -85.7% | 51 | 43 | -15.7% | -25.9% | -35.6% |
| 4 | Assault | 5 | 2 | -60.0% | 16 | 9 | 9 | 0.0% | -43.8% | 140 | 138 | -1.4% | -3.3% | 2.7% |
| 5 | Burglary | 9 | 5 | -44.4% | 9 | 4 | 8 | 100.0% | -11.1% | 172 | 171 | -0.6% | -2.5% | -9.0% |
| 6 | Larceny | 13 | 13 | 0.0% | 62 | 54 | 59 | 9.3% | -4.8% | 866 | 830 | -4.2% | 3.8% | 9.0% |
| 7 | MVT | 2 | 3 | 50.0% | 17 | 15 | 23 | 53.3% | 35.3% | 188 | 385 | 104.8% | 147.3% | 214.5% |
| 8 | Total | 29 | 23 | -20.7% | 112 | 83 | 100 | 20.5% | -10.7% | 1427 | 1573 | 10.2% | 16.6% | 21.8% |

Shootings, Week Date Range: 12/25/23 - 12/31/23 CP: 13

|   | BSD Codes | Week 2022 | Week 2023 | Week % Change | Last CP | CP 2022 | CP 2023 | CP % Change | Last CP % Change | Year 2022 | Year 2023 | Year % Change | 3YA % Change | 5YA % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Total Shootings | 0 | 0 |  | 2 | 1 | 0 | -100.0% | -100.0% | 27 | 31 | 14.8% | 10.7% | 32.5% |
| 2 | Shooting - With Injury | 0 | 0 |  | 1 | 1 | 0 | -100.0% | -100.0% | 10 | 9 | -10.0% | -30.8% | -6.3% |
| 3 | Shots Fired | 0 | 0 |  | 1 | 0 | 0 |  | -100.0% | 17 | 22 | 29.4% | 46.7% | 59.4% |
| 4 | Shooting Victims | 0 | 0 |  | 3 | 1 | 0 | -100.0% | -100.0% | 13 | 13 | 0.0% | -9.3% | 22.6% |
| 5 | Shooting Inc's with Homicides | 0 | 0 | 0.0% | 0 | 0 | 0 | 0.0% | 0.0% | 1 | 1 | 0.0% | -62.5% | -58.3% |

**BPD COMPSTAT 2 Dashboard**   CityWide   A District   **B District**   C District   D District   E District

Part One Crime, Week Date Range: 12/25/23 - 12/31/23 CP: 13

| # | UCR Codes | Week 2022 | Week 2023 | Week % Change | Last CP | CP 2022 | CP 2023 | CP % Change | Last CP % Change | Year 2022 | Year 2023 | Year % Change | 3YA % Change | 5YA % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Homicide | 0 | 0 | | 0 | 1 | 0 | -100.0% | | 5 | 8 | 60.0% | 71.4% | 48.1% |
| 2 | Rape | 1 | 0 | -100.0% | 2 | 0 | 2 | | 0.0% | 29 | 13 | -55.2% | -57.1% | -59.4% |
| 3 | Robbery | 0 | 2 | | 7 | 6 | 5 | -16.7% | -28.6% | 115 | 102 | -11.3% | -11.6% | -24.0% |
| 4 | Assault | 2 | 2 | 0.0% | 32 | 15 | 18 | 20.0% | -43.8% | 275 | 257 | -6.5% | -5.0% | -6.3% |
| 5 | Burglary | 20 | 4 | -80.0% | 17 | 21 | 14 | -33.3% | -17.6% | 301 | 286 | -5.0% | -1.4% | 1.1% |
| 6 | Larceny | 15 | 15 | 0.0% | 123 | 137 | 119 | -13.1% | -3.3% | 1721 | 1724 | 0.2% | 16.2% | 13.2% |
| 7 | MVT | 15 | 5 | -66.7% | 51 | 29 | 42 | 44.8% | -17.6% | 276 | 846 | 206.5% | 277.7% | 359.8% |
| 8 | Total | 53 | 28 | -47.2% | 232 | 209 | 200 | -4.3% | -13.8% | 2722 | 3236 | 18.9% | 33.8% | 32.8% |

Shootings, Week Date Range: 12/25/23 - 12/31/23 CP: 13

| # | BSD Codes | Week 2022 | Week 2023 | Week % Change | Last CP | CP 2022 | CP 2023 | CP % Change | Last CP % Change | Year 2022 | Year 2023 | Year % Change | 3YA % Change | 5YA % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Total Shootings | 0 | 0 | | 10 | 4 | 3 | -25.0% | -70.0% | 85 | 66 | -22.4% | -19.2% | -5.2% |
| 2 | Shooting - With Injury | 0 | 0 | | 1 | 2 | 2 | 0.0% | 100.0% | 37 | 25 | -32.4% | -31.8% | -22.4% |
| 3 | Shots Fired | 0 | 0 | | 9 | 2 | 1 | -50.0% | -88.9% | 47 | 41 | -12.8% | -8.9% | 9.6% |
| 4 | Shooting Victims | 0 | 0 | | 2 | 2 | 2 | 0.0% | 0.0% | 51 | 31 | -39.2% | -34.5% | -23.3% |
| 5 | Shooting Inc's with Homicides | 0 | 0 | 0.0% | 0 | 1 | 0 | 0.0% | 0.0% | 5 | 5 | 0.0% | 7.1% | 19.0% |

COB-Hodgson_0017568

0003

COB_HODGSON_0017566

**BPD COMPSTAT 2 Dashboard** — CityWide | A District | B District | **C District** | D District | E District

Part One Crime, Week Date Range: 12/25/23 - 12/31/23 CP: 13

| # | UCR Codes | Week 2022 | Week 2023 | Week % Change | Last CP | CP 2022 | CP 2023 | CP % Change | Last CP % Change | Year 2022 | Year 2023 | Year % Change | 3YA % Change | 5YA % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Homicide | 1 | 0 | -100.0% | 0 | 0 | 1 | | | 29 | 8 | -72.4% | -72.1% | -66.7% |
| 2 | Rape | 0 | 0 | | 1 | 1 | 2 | 100.0% | 100.0% | 27 | 8 | -70.4% | -71.1% | -74.5% |
| 3 | Robbery | 3 | 2 | -33.3% | 11 | 9 | 12 | 33.3% | 9.1% | 116 | 124 | 6.9% | -23.9% | -34.3% |
| 4 | Assault | 7 | 6 | -14.3% | 21 | 12 | 19 | 58.3% | -9.5% | 312 | 285 | -8.7% | -24.3% | -25.8% |
| 5 | Burglary | 23 | 6 | -73.9% | 22 | 16 | 19 | 18.8% | -13.6% | 295 | 339 | 14.9% | 14.1% | -7.7% |
| 6 | Larceny | 12 | 29 | 141.7% | 75 | 64 | 97 | 51.6% | 29.3% | 927 | 1036 | 11.8% | 16.4% | 7.2% |
| 7 | MVT | 2 | 6 | 200.0% | 14 | 12 | 25 | 108.3% | 78.6% | 241 | 327 | 35.7% | 19.2% | 34.0% |
| 8 | Total | 48 | 49 | 2.1% | 144 | 114 | 175 | 53.5% | 21.5% | 1947 | 2127 | 9.2% | 3.4% | -3.6% |

Shootings, Week Date Range: 12/25/23 - 12/31/23 CP: 13

| # | BSD Codes | Week 2022 | Week 2023 | Week % Change | Last CP | CP 2022 | CP 2023 | CP % Change | Last CP % Change | Year 2022 | Year 2023 | Year % Change | 3YA % Change | 5YA % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Total Shootings | 2 | 2 | 0.0% | 11 | 6 | 5 | -16.7% | -54.5% | 144 | 106 | -26.4% | -47.9% | -39.6% |
| 2 | Shooting - With Injury | 0 | 2 | | 2 | 4 | 3 | -25.0% | 50.0% | 58 | 35 | -39.7% | -62.2% | -56.8% |
| 3 | Shots Fired | 2 | 0 | -100.0% | 9 | 2 | 2 | 0.0% | -77.8% | 86 | 71 | -17.4% | -35.8% | -24.9% |
| 4 | Shooting Victims | 0 | 3 | | 2 | 4 | 3 | -25.0% | 50.0% | 77 | 39 | -49.4% | -66.4% | -60.6% |
| 5 | Shooting Inc's with Homicides | 0 | 0 | 0.0% | 0 | 0 | 1 | 0.0% | 0.0% | 13 | 6 | 0.0% | -66.0% | -63.0% |

COB-Hodgson_0017569

0004

COB_HODGSON_0017566

**BPD COMPSTAT 2 Dashboard** — CityWide | A District | B District | C District | **D District** | E District

Part One Crime, Week Date Range: 12/25/23 - 12/31/23 CP: 13

| # | UCR Codes | Week 2022 | Week 2023 | Week % Change | Last CP | CP 2022 | CP 2023 | CP % Change | Last CP % Change | Year 2022 | Year 2023 | Year % Change | 3YA % Change | 5YA % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Homicide | 1 | 0 | -100.0% | 0 | 0 | 1 | | | 5 | 12 | 140.0% | 33.3% | 39.5% |
| 2 | Rape | 0 | 0 | | 1 | 0 | 1 | | 0.0% | 21 | 14 | -33.3% | -46.2% | -44.9% |
| 3 | Robbery | 1 | 2 | 100.0% | 5 | 9 | 7 | -22.2% | 40.0% | 124 | 113 | -8.9% | -14.0% | -22.8% |
| 4 | Assault | 3 | 5 | 66.7% | 17 | 17 | 12 | -29.4% | -29.4% | 256 | 255 | -0.4% | -6.7% | -0.2% |
| 5 | Burglary | 25 | 3 | -88.0% | 17 | 18 | 19 | 5.6% | 11.8% | 268 | 297 | 10.8% | -7.6% | -19.6% |
| 6 | Larceny | 13 | 52 | 300.0% | 153 | 88 | 205 | 133.0% | 34.0% | 1789 | 2082 | 16.4% | 25.2% | 18.3% |
| 7 | MVT | 16 | 17 | 6.3% | 35 | 22 | 36 | 63.6% | 2.9% | 337 | 709 | 110.4% | 131.4% | 187.5% |
| 8 | Total | 59 | 79 | 33.9% | 228 | 154 | 281 | 82.5% | 23.2% | 2800 | 3482 | 24.4% | 27.5% | 23.9% |

Shootings, Week Date Range: 12/25/23 - 12/31/23 CP: 13

| # | BSD Codes | Week 2022 | Week 2023 | Week % Change | Last CP | CP 2022 | CP 2023 | CP % Change | Last CP % Change | Year 2022 | Year 2023 | Year % Change | 3YA % Change | 5YA % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Total Shootings | 2 | 0 | -100.0% | 3 | 3 | 0 | -100.0% | -100.0% | 85 | 55 | -35.3% | -41.1% | -30.2% |
| 2 | Shooting - With Injury | 0 | 0 | | 0 | 1 | 0 | -100.0% | | 21 | 17 | -19.0% | -37.0% | -27.4% |
| 3 | Shots Fired | 2 | 0 | -100.0% | 3 | 2 | 0 | -100.0% | -100.0% | 64 | 38 | -40.6% | -42.7% | -31.4% |
| 4 | Shooting Victims | 0 | 0 | | 0 | 1 | 0 | -100.0% | | 24 | 20 | -16.7% | -40.0% | -32.0% |
| 5 | Shooting Inc's with Homicides | 0 | 0 | 0.0% | 0 | 0 | 0 | 0.0% | 0.0% | 3 | 5 | 0.0% | -11.8% | -3.8% |

COB-Hodgson_0017570

**BPD COMPSTAT 2 Dashboard**    CityWide    A District    B District    C District    D District    **E District**

Part One Crime, Week Date Range: 12/25/23 - 12/31/23 CP: 13

| | UCR Codes | Week 2022 | Week 2023 | Week % Change | Last CP | CP 2022 | CP 2023 | CP % Change | Last CP % Change | Year 2022 | Year 2023 | Year % Change | 3YA % Change | 5YA % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Homicide | 0 | 0 | | 0 | 1 | 1 | 0.0% | | 30 | 10 | -66.7% | -52.4% | -49.5% |
| 2 | Rape | 0 | 0 | | 3 | 0 | 1 | | -66.7% | 36 | 16 | -55.6% | -46.7% | -51.2% |
| 3 | Robbery | 2 | 5 | 150.0% | 9 | 9 | 9 | 0.0% | 0.0% | 124 | 120 | -3.2% | -17.4% | -32.0% |
| 4 | Assault | 5 | 5 | 0.0% | 18 | 26 | 26 | 0.0% | 44.4% | 356 | 413 | 16.0% | -4.6% | -8.7% |
| 5 | Burglary | 27 | 4 | -85.2% | 32 | 22 | 27 | 22.7% | -15.6% | 338 | 326 | -3.6% | -2.7% | -22.9% |
| 6 | Larceny | 8 | 9 | 12.5% | 82 | 66 | 84 | 27.3% | 2.4% | 1064 | 1134 | 6.6% | 7.6% | 5.7% |
| 7 | MVT | 15 | 11 | -26.7% | 32 | 22 | 42 | 90.9% | 31.3% | 352 | 578 | 64.2% | 56.5% | 89.4% |
| 8 | Total | 57 | 34 | -40.4% | 176 | 146 | 190 | 30.1% | 8.0% | 2300 | 2597 | 12.9% | 8.8% | 4.6% |

Shootings, Week Date Range: 12/25/23 - 12/31/23 CP: 13

| | BSD Codes | Week 2022 | Week 2023 | Week % Change | Last CP | CP 2022 | CP 2023 | CP % Change | Last CP % Change | Year 2022 | Year 2023 | Year % Change | 3YA % Change | 5YA % Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Total Shootings | 1 | 0 | -100.0% | 10 | 9 | 8 | -11.1% | -20.0% | 182 | 148 | -18.7% | -33.6% | -24.6% |
| 2 | Shooting - With Injury | 0 | 0 | | 1 | 3 | 2 | -33.3% | 100.0% | 73 | 56 | -23.3% | -39.4% | -33.3% |
| 3 | Shots Fired | 1 | 0 | -100.0% | 9 | 6 | 6 | 0.0% | -33.3% | 108 | 92 | -14.8% | -29.6% | -18.0% |
| 4 | Shooting Victims | 0 | 0 | | 1 | 6 | 2 | -66.7% | 100.0% | 85 | 63 | -25.9% | -39.8% | -34.1% |
| 5 | Shooting Inc's with Homicides | 0 | 0 | 0.0% | 0 | 0 | 0 | 0.0% | 0.0% | 23 | 7 | 0.0% | -58.8% | -56.8% |

COB-Hodgson_0017571

0006

COB_HODGSON_0017566