# Exhibit 338

# Filed Under Seal