# Exhibit 339

# Intentionally Left Blank