# EXHIBIT 346

SUPREME COURT: COUNTY OF ERIE
STATE OF NEW YORK
_____

In the Matter of the Claims of

JENNEICE MORRIS, AKEEL WARD,
BRANDON STEWART, and JUSTIN PEARSALL

                Claimant,

vs.

CITY OF BUFFALO, CITY OF BUFFALO POLICE
OFFICER JOHN DAVIDSON, and CITY OF BUFFALO POLICE
OFFICER GARRY

                Respondents.
_____

JUL 03 2019

**NOTICE OF CLAIM**

TO:   CITY OF BUFFALO, CITY OF BUFFALO POLICE
OFFICER JOHN DAVIDSON, and CITY OF BUFFALO POLICE
OFFICER GARRY       Respondents.

    PLEASE TAKE NOTICE, that JENNEICE MORRIS, AKEEL WARD, BRANDON STEWART, and JUSTIN PEARSALL have and hereby makes claim against the CITY OF BUFFALO, CITY OF BUFFALO POLICE OFFICER JOHN DAVIDSON, and CITY OF BUFFALO POLICE OFFICER GARRY and in support of said claim, states the following:

1. The post office address of Claimant Jenneice Morris is 189 Leslie St. Buffalo, NY 14211.
2. The post office address of Claimant Akeel Ward is 935 Walden Avenue, Buffalo, NY 14211
3. The post office address of Claimant Brandon Stewart is 2 Hamlin Rd. Buffalo, NY 14208.
4. The post office address of Claimant Justin Pearsall is 2 Hamlin Rd. Buffalo, NY 14208.

1

car doors on the injured Claimants legs, even though the Claimants explained that they both had injuries. Respondent Davidson slammed a door on Claimant Morris, while Respondent Garry slammed a door on Claimant Pearsall. Respondent Officer Garry, also punched Claimant Pearsall in the arm. All Claimants were unlawfully searched and seized by the City of Buffalo Police Department's Officers. Claimant Ward and Claimant Stewart were, for no legitimate or legal basis whatsoever, put into the back of a patrol vehicle by the Respondent Officers. The Respondent Officers, and primarily Respondent Garry, a while male officer with black hair, also threatened residents of 187, 189, and/or 191 Leslie Street who came out to record the encounter so as to protect the civilians from further abuse at the hands of the Officers who were sworn to protect and serve them. Respondent Officers also threw Claimant Stewart to the ground, poured out a full, unopened, and completely lawful bottle of Hennessey, and stole $300 from Claimant Pearsall. Lastly, when the Claimants requested the Respondent Officers names so that they could render a complaint, the Respondent Officers refused to provide their identities and further, falsely represented that they worked in E District, which was not the case. The Respondent Officers showed an utter disregard for the Claimants as well as the City for which they worked, as they said disparaging and degrading comments about Mayor Brown. Racial animus was likely at the root of the Officers conduct.

Morris received medical treatment at Saint Joseph's Hospital, and has received follow up treatment as well for her injuries.

The incident herein described and the resultant injuries and damages sustained were caused as a result of the negligence, carelessness, reckless disregard and/or intentional and unlawful conduct on the part of the agents, servants and/or employees of the CITY OF BUFFALO, CITY OF BUFFALO POLICE OFFICER JOHN DAVIDSON, and CITY OF BUFFALO POLICE OFFICER GARRY

WHEREFORE, Claimant request that the CITY OF BUFFALO, CITY OF BUFFALO POLICE OFFICER JOHN DAVIDSON, and CITY OF BUFFALO POLICE OFFICER

0002

COB-Hodgson_0051709

GARRY, honor and pay the claims of JENNEICE MORRIS, AKEEL WARD, BRANDON STEWART, and JUSTIN PEARSALL

By: _____

MATTHEW A. ALBERT, ESQ.
Attorneys for Claimant
Office and P.O. Address
1207 Delaware Ave, Suite 208
Buffalo, New York 14209
(716) 445-4119

4

0003

COB-Hodgson_0051710

## VERIFICATION PAGE

JENNEICE MORRIS, AKEEL WARD,
BRANDON STEWART, and JUSTIN PEARSALL

                Claimants,

vs.

CITY OF BUFFALO, CITY OF BUFFALO POLICE
OFFICER JOHN DAVIDSON, and CITY OF BUFFALO POLICE
OFFICER GARRY

                Respondents.

STATE OF NEW YORK    )

COUNTY OF ERIE) SS.:

JENNEICE MORRIS, being duly sworn, deposes and says that deponent is the Claimant in the within action; that deponent has read the foregoing Claim and knows the contents thereof; that the same is true to deponent's own knowledge, except as to matters therein stated to be alleged upon information and belief, and that as to those matters, deponent believes it to be true.

                                                  JENNEICE MORRIS

Sworn to before me this

3 day of July, 2019.

Notary Public

JESSICA MORRILL
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MO6352593
Qualified In Erie County
My Commission Expires 12-27-2020