# Exhibit 347

# Filed Under Seal