# Exhibit 348

# Filed Under Seal