# Exhibit 349

# Filed Under Seal