# EXHIBIT 350

STATE OF NEW YORK
SUPREME COURT: COUNTY OF ERIE

---

IN THE MATTER OF THE CLAIM OF
JEFFREY CAMPBELL,

                              Claimants,      **NOTICE OF CLAIM**

-against-

CITY OF BUFFALO, NEW YORK, and
CITY OF BUFFALO POLICE DEPARTMENT,

                              Respondents.

---

*CITY OF BUFFALO DEPARTMENT OF LAW — APR 1 4 2023 — RECEIVED — H.D. 3:16 PM CAC RCQ SEM*

**PLEASE TAKE NOTICE,** that JEFFREY CAMPBELL, pursuant to statutes and such cases made and provided, do hereby make claim against the CITY OF BUFFALO, NEW YORK, and the CITY OF BUFFALO POLICE DEPARTMENT, and in support of such claim does hereby state the following:

1. My post office address is 42 Vita Avenue, Cheektowaga, New York 14227.

2. My attorney is the law offices of Roland M. Cercone, PLLC of 484 Delaware Avenue, Buffalo, New York 14202

3. The nature of this claim is for false arrest, negligent and reckless actions, assault and malicious prosecution.

4. The facts and circumstance arising out of this claim are as follows that on or about January 25th, 2023 the defendants and the City of Buffalo Police Officers while acting under the course of their employment under the color of law improperly detained, arrested and charged the claimant of a crime and further inflicted physical and emotional distress and harm, and harassment upon the defendant.

5. Injuries to the claimant include a cut and swollen lip, cut and bruised swollen eye, as well as other mental emotional distress, anxiety and embarrassment.

6. It is further alleged that the claimant was operating his girlfriend's leased vehicle through their employer Tesla when the officers falsely accused him of stealing the vehicle and/or operating a stolen vehicle when only the front plate was lost in a single accident which they reported to the police as a lost front plate. If the officer would have checked the vehicle, he would have noticed the plate on the vehicle matched the registration of the vehicle and this was not a stolen vehicle, but it was actually the claimant's own vehicle that he and his girlfriend used through their employment at Tesla.

7. That by reason of the premises the claimant Jeffrey Campbell suffered permanent painful injuries internal as well as external all to his damage pursuant to General Municipal Law § 50-e and CPLR § 3017 sub C. the amount of damages sought by the claimant exceeds the jurisdictional limit of all lower courts that this action is properly brought in the Supreme Court of Erie County pursuant to CPLR § 3017 sub C.

**WHEREFORE**, claimant requests this claim be allowed and paid by the defendants City of Buffalo and the City of Buffalo Police Department.

DATED:   April 12th, 2023

_/s/ Jeffrey Campbell_
JEFFREY CAMPBELL

Sworn and Subscribed to Before Me
This 14th day of April, 2023.

_/s/ Sophia E. Hooven_
Notary Public

SOPHIA E. HOOVEN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01HO6411256
Qualified in Erie County
Commission Expires November 9, 2024

# VERIFICATION

STATE OF NEW YORK    )
COUNTY OF ERIE       )   SS:
CITY OF BUFFALO      )

JEFFREY CAMPBELL, being duly sworn, deposes and says: I am the Claimant in the above-referenced action; I have read the foregoing Notice of Intention to Make Claim and know the contents thereof; the same is true to my own knowledge as to the matters stated therein to be alleged upon information and belief, and as to those matters I believe it to be true.

_____
JEFFREY CAMPBELL

STATE OF NEW YORK    )
COUNTY OF ERIE       )   SS:
CITY OF BUFFALO      )

On the 14th day of April, 2023, before me the subscriber personally appeared, JEFFREY CAMPBELL, known to me to be the individual described in and who executed the foregoing instrument, and who duly acknowledged to me that she executed the same.

_____
Notary Public

SOPHIA E. HOOVEN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01HO6411256
Qualified in Erie County
Commission Expires November 9, 2024

0003

COB-Hodgson_0043288