# Edward P. Krugman Declaration

# Filed Under Seal