# Exhibit D

```
 1      UNITED STATES DISTRICT COURT

 2      FOR THE WESTERN DISTRICT OF NEW YORK

 3      ---------------------------------------------

 4      BLACK LOVE RESISTS IN THE RUST, et al.,
        individually and on behalf of a class of
 5      all others similarly situated,

 6                              Plaintiffs,

 7       -vs-                           1:18-cv-00719-CCR

 8      CITY OF BUFFALO, N.Y., et al.,

 9                              Defendants.
        ---------------------------------------------
10              DEPOSITION OF DANIEL DERENDA

11          Taken pursuant to Rule 30(b)(6)

12       of the Federal Rules of Civil Procedure

13              APPEARING REMOTELY FROM

14                 BUFFALO, NEW YORK

15

16       (ATTORNEYS' EYES ONLY PAGES 138 - 142)

17

18              January 23rd, 2024

19              At 9:30 a.m.

20              Pursuant to notice

21

22      REPORTED BY:

23      Rebecca L. DiBello, RPR, CSR(NY)
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
 1         R E M O T E   A P P E A R A N C E S

 2    APPEARING FOR THE PLAINTIFFS:

 3              CENTER FOR CONSTITUTIONAL RIGHTS
                BY: A. CHINYERE EZIE, ESQ.
 4              666 Broadway, 7th Floor
                New York, New York 10012
 5              (212) 614-6475

 6    APPEARING FOR THE DEFENDANTS:

 7              HODGSON RUSS, LLP
                BY: PETER SAHASRABUDHE, ESQ.
 8              AND CHEYENNE N. FREELY, ESQ.,
                140 Pearl Street
 9              Buffalo, New York 14202
                (716) 856-4000
10

11
      ALSO PRESENT:
12
                JORDAN JOACHIM, ESQ.,
13                 Covington & Burling, LLP

14              ANJANA MALHOTRA, ESQ.
                   National Center for Law
15                 and Economic Justice

16              CLAUDIA WILNER, ESQ.
                   National Center for Law
17                 and Economic Justice

18

19

20

21

22

23
```

DANIEL DERENDA

1      (Record read back by reporter.)
2
3   A. Can you repeat the whole question please?
4   Q. That being highly visible serves to deter
5      crime?
6          MR. SAHASRABUDHE:  In a checkpoint or
7      otherwise?
8   A. I agree that it does serve to deter crime
9      whether it's a checkpoint, whether it's other.
10     Yes, I agree with that statement.
11  Q. Thank you.  Now, Mr. Derenda, are you familiar
12     with GIVE or Gun Involved Violence
13     Elimination?
14  A. Sounds vaguely familiar.  I don't recall
15     exactly.
16  Q. Are you aware that -- isn't it true that GIVE
17     funds police initiatives focused on gun
18     interdictions?
19  A. I don't recall.  It sounds familiar, but I
20     don't recall exactly what it does.  I've been
21     retired since 2018, January.
22  Q. Okay.  During your time as commissioner the
23     BPD applied for and received GIVE grants,

DANIEL DERENDA

1       correct?
2              MR. SAHASRABUDHE:  Objection to form.
3       What topic are we on?
4              MS. EZIE:  We are talking about Topics 1
5       and 3, and in my opinion 4.
6              MR. SAHASRABUDHE:  I mean, GIVE grants
7       weren't listed as a topic.  We didn't prepare
8       to talk about GIVE grants, but --
9    A. My recollection, we had a lot of different
10      grants that were given to us.  I vaguely
11      remember the term GIVE grants, but I don't
12      totally recall.
13   Q. Okay.  Isn't it true that the BPD applied for
14      and received funding for the checkpoints by
15      describing -- the Strike Force checkpoints by
16      describing how they would be used to recover
17      guns?
18             MR. SAHASRABUDHE:  Objection as to form.
19   A. I don't recall.  I wouldn't have written the
20      grants, nor would I have applied for.  I have
21      not read that material so I really can't
22      answer that.  I don't recall the criteria for
23      GIVE grants.  We had a grant writer back then.