# Exhibit E



---

**From:** Freely, Cheyenne N. <cfreely@hodgsonruss.com>
**Sent:** Thursday, April 4, 2024 9:49 AM
**To:** Anjana Malhotra <malhotra@nclej.org>; Claudia Wilner <wilner@nclej.org>
**Cc:** Russ III, Hugh M. <HRuss@hodgsonruss.com>; jjoachim@cov.com <jjoachim@cov.com>; cezie <cezie@ccrjustice.org>; Timmick, Andrew J <ATimmick@cov.com>; Matt Parham <mparham@wnylc.com>; Sahasrabudhe, Peter A. <PSahasra@hodgsonruss.com>
**Subject:** RE: 3/25/2024 Production Password

Anjana:

Below are responses regarding the aforementioned list of discovery requests.

- **BPD Unredacted Housing reports**
    - We put in a request with our client immediately after we received Mr. Krugman's request on March 25. Unfortunately, given the holiday weekend and spring breaks, the individuals with access to those reports are on vacation. We will produce the unredacted monthly Housing reports as soon as we are able.
- **The BPD list or database of individuals in gangs, gang associates, persons of interest, individuals with criminal convictions, and other persons of interest, and all data in this list including vehicle information, justification for inclusions, information about BPD traffic encounters, race, and age, and all manuals, rules, and guidance related to this list and criteria for inclusion. This request includes any materials stored on "Power DMS" and any other platform this list is accessible to BPD officers.**
    - There is no master list. The data points used to determine gang membership, association, persons of interest, individuals with criminal convictions, and other persons of interest, and associated information from such individuals, is gathered from a multitude of data sources that have been produced (i.e. – social media reports, CompStat). The only other data sources that has yet to be produced are the weekly intel reports that began to be used when Commissioner Gramaglia assumed his role. These will be produced today.
- **The FBI list or database of gang members in Buffalo gangs, including vehicle information, justification, information about BPD traffic encounters, and race, and all manuals, rules, and guidance for this list related to this list and criteria for inclusion.**
    - The FBI list or database of gang members in Buffalo gangs, and all related information mentioned in this request, is compiled and maintained by the FBI. Neither the City of Buffalo nor the BPD are in possession of these materials. Plaintiffs will have to contact the FBI for such information.
- **Rules, policies, procedures, or guidance on how patrol officers can access these lists**

    and criminal background information for drivers and passengers while on patrol since 2019.
- There are no rules, policies, procedures, or guidance on how patrol officers can access the aforementioned lists or criminal background information for drivers and passengers while on patrol. Again, there is no master gang list maintained by the BPD and the BPD does not have access to the FBI's gang list. An officer's ability to pull criminal background information is a function of New York State Law. Officers must take a state test to have access to criminal background information and be re-tested every two years to maintain access. As such, Defendants have no responsive documents.

- **All information related to defining and using the "susveh" (or "suspicous vehicle") code used in the GIVE daily reports to record the circumstances of a traffic stop or other encounter.**
  - The terms "susveh" or "suspicious vehicle" are commonplace terms in policing. Defendants have no responsive materials defining those terms.
- **All training materials on traffic enforcement Gramaglia referenced in his deposition.**
  - The majority of training materials on traffic enforcement referenced by Commissioner Gramaglia have already been produced. The only outstanding training material, which addresses *DeBour*, is being produced today.

--Cheyenne

**Cheyenne N. Freely**
Associate
Hodgson Russ LLP

Tel:   716.848.1609
Fax:   716.517.9870

Hodgson Russ LLP


Twitter | LinkedIn | website | e-mail

The Guaranty Building | 140 Pearl Street, Suite 100 | Buffalo, NY 14202
Tel: 716.856.4000 | map

---

**From:** Anjana Malhotra <malhotra@nclej.org>
**Sent:** Thursday, March 28, 2024 3:16 PM
**To:** Sahasrabudhe, Peter A. <PSahasra@hodgsonruss.com>; Freely, Cheyenne N. <cfreely@hodgsonruss.com>; Claudia Wilner <wilner@nclej.org>
**Cc:** Russ III, Hugh M. <HRuss@hodgsonruss.com>; jjoachim@cov.com; cezie <cezie@ccrjustice.org>; Timmick, Andrew J <ATimmick@cov.com>; Matt Parham <mparham@wnylc.com>
**Subject:** RE: 3/25/2024 Production Password

**External Email - Use Caution**

Hi Peter,

Thank you for the update. We located the documents that you referenced, and will let you know if there is anything outstanding we need from those files.

To confirm, you have completed production for all the IAD files associated with notices of claim we requested per your 3/19 email, correct?

There are a few outstanding items we do not believe we have received. Can you give us a timeline on these?
- BPD Unredacted Housing reports
- The BPD list or database of individuals in gangs, gang associates, persons of interest, individuals with criminal convictions, and other persons of interest, and all data in this list including vehicle information, justification for inclusions, information about BPD traffic encounters, race, and age, and all manuals, rules, and guidance related to this list and criteria for inclusion. This request includes any materials stored on "Power DMS" and any other platform this list is accessible to BPD officers.
- The FBI list or database of gang members in Buffalo gangs, including vehicle information, justification, information about BPD traffic encounters, and race, and all manuals, rules, and guidance for this list related to this list and criteria for inclusion.
- Rules, policies, procedures, or guidance on how patrol officers can access these lists and criminal background information for drivers and passengers while on patrol since 2019.
- All information related to defining and using the "susveh" (or "suspicous vehicle") code used in the GIVE daily reports to record the circumstances of a traffic stop or other encounter.
- All training materials on traffic enforcement Gramaglia referenced in his deposition.


Anji


Anjana Malhotra, Senior Attorney
National Center for Law and Economic Justice
50 Broadway, Suite 1500
New York, NY 10004-3821
Phone: 917-583-5849
Email: malhotra@nclej.org

