# Exhibit H

 **TRAFFIC STOP RECEIPT TRAINING BULLETIN**
Barbara A Lark on 06/25/2020 at 04:13 PM
Category:  20 - Training Classes, Administrative
District:    District A, District B, District C, District D, District E

---

TRAFFIC STOP RECEIPT TRAINING BULLETIN

**Attachments**


Training Bulletin traffic stop receipt electronic.docx

# Training Bulletin
# Ent Mobile – Electronic Traffic Stop Receipt

The traffic stop receipt was designed to provide documentation of a traffic stop/ vehicle stop based on complaints from community members who state at times, officers have not identified themselves or explained why the motorists was stopped.

The traffic stop receipt shall be issued to the person that is the subject of the traffic stop. This would include the driver and/or other occupant(s) in the car that were observed violating the New York State Vehicle and Traffic Law (VTL), Penal Law (PL), authorized reasonable suspicion/ probable cause stop or any other applicable laws.

**Examples:**
- A car is stopped for running stop sign and has multiple passengers, only the driver is required to be issued the traffic stop receipt IF they are not issued a UTT.
- A vehicle is stopped due to a front seat passenger a seat belt violation, if no UTT is issued to the passenger, the passenger would be issued the traffic stop receipt.

When a traffic stop occurs and no further police action is taken (no arrest, no UTT issued, not taken in for investigatory follow up where the stop ended as "advised"), the subject of the stop shall be issued the traffic stop receipt. Persons in the car who are not the subject of the stop are not required to receive the traffic stop receipt.

Every attempt shall be made to use the electronic traffic stop form in ENT Mobile. If there is a printer or computer issue, when possible, another car should be called to assist. If, **as a last resort**, the electronic version can not be completed, the hand copy (P-1389) can be used. If the

hand written copy is used, TOP copy will be issued to the subject of the stop and the BOTTOM carbonless copy shall be retained by the officer and sent to the Deputy Commissioner of Administrations office where they will enter the information into ENT Mobile.

All fields on the traffic stop receipt are required to be completed on the form. The directions are below as follows:

To create a traffic stop receipt:
- From the Complaint screen, click the "Create..." button, and the click the "Traffic Stop Receipt" button. This will open the Traffic Stop Receipt screen and populate some fields like Complaint # and Address.
    o You can also create a Traffic Stop Receipt by clicking the Traffic Stop Receipt button from ENTMobile's main menu and then clicking Add, but that will not prefill the complaint information.
- While you are adding a Traffic Stop Receipt, you can import recent Registration Check vehicle data or Driver's License Check motorist data. To do this:
    o Click the "Refresh Check List" button at the top of the screen beside the "Update Signature" button to update the list of recent registration and license checks.
    o To import motorist data, select the relevant drivers' license check and click the "Select Motorist" button. This will populate the Name, DOB, and Sex fields.
        To import vehicle data, select the relevant registration check and click the "Select Vehicle" button. This will populate the Plate, VIN, Make, Vehicle Type, etc fields.

        The motorist, subject of the traffic offense, will be issued the TOP copy. No one else in the vehicle is required to be issued a traffic stop receipt, only the operator / subject of the offense if a passenger ( example, seat belt violation).

- Once you have finished entering all the info, click Save and Print. After it tries to print, it will ask if the print was successful. If it was, it will upload the ticket to CHARMS. They can also select "No, retry" or "No, cancel print". It will not upload to CHARMS until they indicate that it was successfully printed.
- IF the user does not already have a digital signature saved, it will force them to create one before they can print the receipt. To do this:
    o Click the "Update Signature" button" to open the Signature screen.
    o Select their name from the Officer dropdown
    o Draw a signature in the signature box. They can use a stylus or finger on the touch screen, or a mouse if they happen to have one.
    o Click Save.



Complaint screen

COB018703

COB018701



Main menu

COB018704

COB018701

[Screenshot of ENTMobile ver 2.0.8.2 - Unit: A111 - [Parking Tags] application window showing a form with sections for Incident (Complaint, Date/Time, District, Location, Apt, Municipality, State, Officer 1, Officer 2, Reason, Body-Cam Enabled), Motorist (Name (L, F, M, E), DOB, Sex, Race), and Vehicle (Plate, State, Expires, Type, VIN, Make, Color, Type, Model). Left sidebar contains: Logout, Data Checks, Complaint, Messages, Monitor, Map, Reports, Tickets, Videos, Screen Options, Options, Exit. Top toolbar: Add (F6), Edit (F7), Save + Print (F9), Cancel (F10).]

Refresh check lists , Select motorist button , Select vehicle button , Update Signature

COB018705

COB018701



Update signature screen

COB018706

COB018701



COB018707

COB018701

COB018708

COB018701