# Exhibit N



# Google Maps
## 302 Kensington Ave, Buffalo, NY 14214 to 139 Grant St, Buffalo, NY 14213
Drive 3.2 miles, 11 min

| | via E Delavan Ave | 11 min |
| --- | --- | --- |
| | Fastest route, lighter traffic than usual | 3.2 miles |

| | via E Delavan Ave and W Ferry St | 12 min |
| --- | --- | --- |
| | | 3.4 miles |

| | via E Delavan Ave and Lafayette Ave | 11 min |
| --- | --- | --- |
| | | 3.3 miles |

## Explore nearby 139 Grant St

    

Restaurants | Hotels | Gas stations | Parking Lots | More