# Exhibit O

Excerpt from TraCS

| hid_viodate | law_description | law_section | race | vio_street | vio_time | gender | licnumber | hid_officer_last1 |
|---|---|---|---|---|---|---|---|---|
| 7/15/23 | AGGRAVATED UNLIC OP 3RD ( | 5111A | | 76 SCHREK | 18:21 | M | 393281582 | GRARRANO |

7/15/23 Stop at 76 Schreck