# Exhibit P

## Excerpt from CFS_MEMOS_2023

| MEMO_ID | CFSID | TIMESTAMP | REMARKS | BADGE NUMBER | PF_LNAME |
|---------|-------|-----------|---------|--------------|----------|
| 69572414 | 19786029 | 7/15/23 18:04:43 | Entry Initiated | null | KANE |
| 69572415 | 19786029 | 7/15/23 18:04:43 | Sent to Dispatch - TRAFFIC STOP - 78 SCHRECK AV (E3) Pri: 7 | null | KANE |
| 69572416 | 19786029 | 7/15/23 18:04:44 | Dispatched (Primary) - E480 | null | KANE |
| 69572417 | 19786029 | 7/15/23 18:04:44 | Enroute - E480 | null | KANE |
| 69572418 | 19786029 | 7/15/23 18:04:44 | On Scene - E480 | null | KANE |
| 69572419 | 19786029 | 7/15/23 18:04:50 | Dispatched - E481 | null | KANE |
| 69572420 | 19786029 | 7/15/23 18:04:50 | Enroute - E481 | null | KANE |
| 69572422 | 19786029 | 7/15/23 18:05:27 | SLOW CARS | null | KANE |
| 69572424 | 19786029 | 7/15/23 18:06:23 | Dispatched - E481 | null | KANE |
| 69572425 | 19786029 | 7/15/23 18:06:23 | Enroute - E481 | null | KANE |
| 69572630 | 19786029 | 7/15/23 18:27:14 | summons, car released to licensed father | 174114 | AMMERMAN |
| 69573767 | 19786029 | 7/15/23 20:26:12 | Disposition Added - Closed by Dispatch | null | JONES |
| 69573768 | 19786029 | 7/15/23 20:26:13 | Archived | null | JONES |