# Exhibit Q

## Excerpt from DISP_UNIT_LOG_2023

| LOGID | COMPLAINTID | COMPLAINT | UNITID | TIMESTAMP | LOG |
|---|---|---|---|---|---|
| 31096784 | 0 | 0 | 1709297 | 7/15/23 17:55:33 | Available |
| 31096834 | 0 | 0 | 1709297 | 7/15/23 18:04:41 | Available |
| 31097292 | 0 | 0 | 1709297 | 7/15/23 20:26:13 | Available |
| 31098143 | 0 | 0 | 1709297 | 7/15/23 23:34:58 | Available |
| 31096448 | 19794951 | 231960737 | 1709297 | 7/15/23 16:24:14 | Dispatched - RECKLESS OPERATION  - HIGHGATE AV@ORLEANS ST |
| 31096449 | 19794951 | 231960737 | 1709297 | 7/15/23 16:24:14 | Enroute |
| 31096788 | 19795358 | 231960964 | 1709297 | 7/15/23 17:55:38 | Dispatched - TRAFFIC STOP  - CLOVERDALE AV@BAILEY AV |
| 31096789 | 19795358 | 231960964 | 1709297 | 7/15/23 17:55:38 | Enroute |
| 31096790 | 19795358 | 231960964 | 1709297 | 7/15/23 17:55:38 | On Scene |
| 31096835 | 19795380 | 231960972 | 1709297 | 7/15/23 18:04:44 | Dispatched - TRAFFIC STOP  - 78 SCHRECK AV BUF |
| 31096836 | 19795380 | 231960972 | 1709297 | 7/15/23 18:04:44 | Enroute |
| 31096837 | 19795380 | 231960972 | 1709297 | 7/15/23 18:04:44 | On Scene |

Complaint 23-196-0964
And Unit E480 (1709297)