# Exhibit R

Table: ACSST5Y2022.S0601

| Selected Characteristics of the Total and Native Populations in the United States | |  |
|---|---|---|
| ZCTA5 14216 | Total | |
| Label | Estimate | Margin of Error |
| Total population | 24,009 | ±1,350 |
| AGE | | |
| Under 5 years | 6.8% | ±1.7 |
| 5 to 17 years | 9.2% | ±1.6 |
| 18 to 24 years | 8.8% | ±2.1 |
| 25 to 44 years | 37.7% | ±3.3 |
| 45 to 54 years | 11.6% | ±2.1 |
| 55 to 64 years | 11.0% | ±1.7 |
| 65 to 74 years | 11.1% | ±1.6 |
| 75 years and over | 3.9% | ±0.8 |
| Median age (years) | 34.2 | ±1.0 |
| SEX | | |
| Male | 48.1% | ±2.3 |
| Female | 51.9% | ±2.3 |
| RACE AND HISPANIC OR LATINO ORIGIN | | |
| One race | 94.9% | ±1.3 |
| White | 72.2% | ±3.2 |
| Black or African American | 15.8% | ±2.9 |
| American Indian and Alaska Native | 0.6% | ±0.4 |
| Asian | 1.2% | ±0.6 |
| Native Hawaiian and Other Pacific Islander | 0.0% | ±0.1 |
| Some other race | 5.1% | ±2.2 |
| Two or more races | 5.1% | ±1.3 |
| Hispanic or Latino origin (of any race) | 9.4% | ±2.6 |
| White alone, not Hispanic or Latino | 70.4% | ±3.4 |