# Exhibit S

# Electronic Media Manually Filed

# Filed Under Seal