# Exhibit T

# Electronic Media Manually Filed

# Filed Under Seal