# Exhibit V

# Electronic Media Manually Filed

# Filed Under Seal