UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,

                Plaintiffs,

   v.

CITY OF BUFFALO, N.Y., *et al.*,

                Defendants.

No. 1:18-cv-00719-CCR

## DECLARATION OF BIANCA BASSETT

Bianca Bassett declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. I am Bianca Bassett, a 42-year-old Black woman, mother of three, and a licensed social worker. I am one of the Witnesses in this action.

2. In 2024, I became a Board Member of the organizational Plaintiff in this matter, Black Love Resists in the Rust ("BLRR"). Prior to becoming a Board Member, I had been a member of BLRR since its start in 2017.

3. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

4. I have lived in the City of Buffalo my entire life. I was born and raised in the same zip code of 14211 on the East Side of Buffalo, until 2023.

5. I passed through the Buffalo Police Department's ("BPD") Checkpoints at least 30 times over the years the BPD conducted them. I frequently encountered Checkpoints around Genesee Street and East End Avenue, Genesee Street and Erb Street, Genesee Street and Kerns Avenue, near the 33 Expressway, in the Kensington Avenue/Bailey Avenue area, and near the

Cheektowaga border. There would usually be two stopping points at these Checkpoints. One was the first line of cars that all passed through the Checkpoints, and the other was where officers directed people who were likely receiving citations.

6. I encountered Checkpoints while trying to go about my daily activities. During the time BPD conducted Checkpoints daily, I worked in Cheektowaga and went to school in Amherst.

7. I believed that these Checkpoints were discriminatory because I only saw them on the East Side and West Side of Buffalo in the neighborhoods where mostly Black and Latino people lived. My children went to school in North Buffalo, which is predominantly white, and I never saw Checkpoints on the North Side when I drove there to drop them off or pick them up from school.

8. At that time, I lived on the East Side close to the Cheektowaga border and observed that the BPD frequently set up a Checkpoint at the border. It did not matter whether you were going East or West, there was often a Checkpoint set up that prevented residents from entering or leaving the East Side without BPD officers stopping them, so I encountered these Checkpoints regularly.

9. I usually could not get through everyday tasks without encountering a Checkpoint because I needed to go through the East Side for almost everything. Activities like grocery shopping, visiting my father, grandmother, and other family members, taking my kids to and from school, and going to school myself meant that I was having several interactions with police officers. The Checkpoints became an inconvenience. At times, I would even have to pass through two Checkpoints in a single day, going and coming back from the grocery store.

10. The Checkpoints burdened my ability to travel and were very inconvenient to me because I was typically going through them while heading somewhere that I needed to be at a specific time. The Checkpoints would cause me to run late, and I was often stressed as a result. I would have to come to a complete stop for several minutes while waiting for an officer to get to my car. There was usually a line of cars going through the Checkpoints, sometimes in both directions at the same time.

11. It was frustrating having to go through these Checkpoints repeatedly when I knew I was not doing anything illegal.

12. In general, I did not have advance warning of Checkpoints. I would usually find out that I was approaching a Checkpoint because I would observe a line of cars. When the Checkpoints were set up off the 33 Expressway, I usually didn't even see a line of cars because I would run into the Checkpoint as soon as I exited the Expressway. I would make a turn off the Expressway and immediately see flashing lights and patrol cars blocking traffic. By the time I would see the BPD officers, it was already too late to go a different way to avoid the Checkpoint.

13. On at least one occasion, I received a ticket at a Checkpoint for having an expired inspection. This Checkpoint occurred on the East Side close to the Cheektowaga border. The officer asked me for my driver's license and sent me to secondary inspection.

14. I don't know anyone on the East Side that supported the Checkpoints, but that didn't stop the BPD officers from being present in our neighborhoods, stopping us at Checkpoints and issuing as many tickets as they can to residents who could not afford to pay for those tickets. But when community members reached out to the BPD for support with other issues, they were nowhere to be found. I got involved with activism after I got exposure to the underlying racism that drives the way that police officers harm Black communities in Buffalo.

15. Checkpoints made me very anxious because my son has autism and had a speech impediment, and I feared he would be misunderstood. I was frustrated that I had to prepare my then 8-year-old son for conversations with BPD police officers. Around that same time, Trayvon Martin was also killed, and I knew about other Black people who were killed by law enforcement, even when they weren't doing anything wrong. I was also hearing about neighbors' interactions with Buffalo police officers.

16. I joined BLRR in 2017 when the organization was at its start, stemming out of another organization called Just Resisting. Getting involved with BLRR highlighted more issues with the Buffalo police and gave me more language to identify the things I was already experiencing related to racism in Buffalo.

17. The heavy police presence on the East Side during the Checkpoints made me feel unsafe. Before the Checkpoints started, our East Side neighborhoods were overlooked. Officers didn't do patrols or take any proactive steps to prevent crime, and they only came after a crime had already occurred. Mayor Brown did not come to the neighborhood to speak with community members and neither did other officials. It felt like the City of Buffalo didn't care about our Black communities.

18. When I was young, I was taught that the police are there to protect you, but my experiences interacting with the BPD while living on the East Side have demonstrated otherwise. It felt like wool being violently pulled from my eyes. For those of us on the East Side, it was never a reality that the police were there to keep us safe. I have personally tried getting help from the BPD after my daughter experienced a traumatic event, but instead of getting help, my daughter and I got blamed for someone else's actions. I have heard similar experiences from my friends and family members about the difficulty of getting help from the BPD when needed.

4

19. With this in the background, it felt like the BPD was only setting the Checkpoints up in Black and Latino communities to terrorize our community and strip us of our resources, rights, and dignity. This is what made the Checkpoints feel targeted. Suddenly, we had a heavy police presence in our neighborhood that was never there before, and instead of being there to prevent crime, officers were there issuing multiple tickets at a time that people could not afford, impounding cars, disrupting people's daily lives, and sometimes subjecting them to violence.

20. Even outside of Checkpoints, I remember regularly seeing traffic stops on the East Side of Buffalo but do not have any recollection of seeing the same type of traffic enforcement on the North Side.

21. I have also never been pulled over while driving on the North Side. I have, however, been pulled over on the East Side.

22. A few years ago, I was pulled over on Thanksgiving Day, at night, on Genesee Street and Kerns Avenue because my taillight was out. I received a traffic ticket. I believe the ticket allowed me to fix the taillight and avoid having to pay for the citation. I got my taillight fixed in the allotted time.

23. However, what stood out to me about this traffic stop was not the ticket itself. It was the interaction with the BPD officer. The officer seemed like she was eager to pull me over. We were going in opposite directions, and she made a U-turn to pull me over. She would not have been able to see my taillight before she made the U-turn, so it seemed like she wanted to pull me over before observing any traffic violation.

24. When she approached me, it further confirmed my belief because the officer questioned me about where I was coming from and where I was going, which I did not find to be relevant to my traffic violation.

25.     I still fear traffic enforcement interactions with Buffalo police officers and believe that unless reforms are implemented to change their practices, the BPD will continue to harm the Black and Latino residents of Buffalo.

Dated: April 16, 2025

_____
Bianca Bassett