UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST, *et al.*,
individually and on behalf of a class of all others
similarly situated,

    Plaintiffs,

v.

CITY OF BUFFALO, N.Y., *et al.*,

    Defendants.

No. 1:18-cv-00719-CCR

---

## DECLARATION OF BRUCE MYREE

Bruce Myree declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

  1. I am Bruce Myree, a 69-year-old Black man. I am one of the Witnesses in this action.

  2. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

  3. I am mostly retired, but I work part-time detailing vehicles for Enterprise Car Rental.

  4. I have lived in Buffalo all of my life. I currently live in North Buffalo in Amherst. I have five children, three of whom live outside of the city.

  5. On July 16, 2012, I was on my way home from a friend's house when I was pulled over by Buffalo Police Department ("BPD") Officer Lt. James O'Donnell and another officer who appeared to be in training. I was driving a 2008 Black Lincoln Towncar on Northland Avenue and heading west.

6. The BPD police car was parked on a side street and pulled out behind me. The officers followed for about two and half blocks before activating their lights and pulling me over.

7. The officer did not proactively identify himself when he approached my vehicle. I asked for his name, which was Lt. O'Donnel.

8. When I asked Lt. O'Donnell, who was white, why I was being pulled over, he refused to answer. Instead, he asked me what I was doing driving this car, and who it belonged to.

9. I informed Lt. O'Donnel that it was my car. He then asked what I did for a living.

10. I asked Lt. O'Donnell why he needed to know what I did for a living. He got visibly upset and called me an "angry Black man." He then asked for my license and instructed me to get out of the car.

11. I told him that I was not angry but complied by exiting the car and producing my license.

12. Lt. O'Donnell said "this is what I am going to do for you," then instructed me to walk to the back of my car. Despite my protests, he began to search my person and made me empty my pockets onto the trunk of the car.

13. I remained calm and reserved during the interaction, but I was deeply disturbed. I estimate that he asked me about my employment and about my car at least six more times—including why my car was so clean.

14. My impression at the time was that he was jealous or resentful that a Black man was driving a shiny, well-maintained Black Lincoln Towncar.

15. Lt. O'Donnell then put me in the back of the police car, but did not tell me why I was being detained. He told me he was going to search my car. I told Lt. O'Donnell I did not

consent to a search of my car. He mumbled something as he walked away. It was mostly unintelligible, but included the phrase "if I find something."

16. Lt. O'Donnell searched my car for about 20 minutes. The other officer, whom I presumed to be in training, was sitting in the car but never spoke to me.

17. Lt. O'Donnell got back into the police car and began to use the computer. The other officer in the front seat was looking at my license, but Lt. O'Donnell did not speak to the other officer in my presence.

18. Lt. O'Donnell then instructed me to exit the police car and gave me two tinted windows tickets for the back-rear windows. The two tickets amounted to approximately $180.

19. I did not say a word in response as I did not want to further escalate the encounter. I just took the tickets.

20. Throughout this incident, I perceived Lt. O'Donnell treated me with disrespect and hostility. He frequently swore, told me to "get the fuck out of the car," and threw my driver's license and registration on the ground.

21. The traffic stop made me feel profiled and discriminated against because of my race. Lt. O'Donnell made remarks about the nice condition of my car, asked about my work, and repeatedly called me a criminal, insinuating that the car was stolen.

22. After this incident, I typed up and printed the details of the incident and filed a complaint at City Hall. However, the BPD Internal Affairs Division ("IAD") never interviewed or otherwise followed up with me, which made me frustrated and discouraged. It made me feel like complaining about BPD misconduct was completely pointless, and that BPD officers were never going to be held accountable for the ways they treated Black motorists.

23. I do not recall if I paid the tickets.

24.     Four months later, on November 23, 2012, I was driving west on Walden Avenue on Buffalo's East Side when I approached a BPD checkpoint. I saw Lt. O'Donnell at the checkpoint.

25.     I believe the BPD Checkpoints operate in a racially discriminatory manner because I only saw them in predominantly Black neighborhoods.

26.     When I encountered the checkpoints, I was almost always going to or coming home from work. Being made to stop while attempting routine travel was belittling and frustrating.

27.     I estimate that I was stopped at around five to six checkpoints during this period of time, with each stop lasting about three to five minutes. The randomness of the stops and uncertainty about whether I would be searched or ticketed caused persistent anxiety in my heart.

28.     There were no notice signs regarding the November 23, 2012 checkpoint. It was set up where Sycamore St & Walden Avenue intersect, such that it was impossible to continue onto Walden Avenue; the street was blocked in both directions.

29.     Approximately four marked police cars were parked broadside, along with at least one unmarked police car. Some of their lights may have been on, but it was daytime so difficult to see.

30.     When I stopped at the checkpoint and rolled my window down, Lt. O'Donnell recognized me and said, "Oh I remember you, pull the fuck over – you wrote a complaint on me and I'm going to get your ass. Since you like to make complaint to [IAD], I am going to write you another ticket."

31.     Lt. O'Donnell told me he could have taken me to jail last time because I was a criminal, but he let me go. I responded that I was not a criminal. When Lt. O'Donnell again

asked me where I work, I refused to answer. This made Lt. O'Donnell angry. He continued to look into my car.

32. Lt. O'Donnell's persistent focus on my employment made me more and more determined not to tell him where I worked or what I did for a living. Because of his angry, aggressive demeanor, I was concerned that he would use that information to continue to target me, including by coming to my house or place of employment.

33. A New York state trooper had come to my house on a previous occasion after pulling me over during a routine traffic stop.

34. Lt. O'Donnell noticed a Citizens band radio (CB radio) inside of my vehicle and informed me that it was illegal. When I told him that it was not illegal, he laughed and gave me two tinted windows tickets.

35. I believe that I got these tickets dismissed, as I do not recall paying them. I also removed the back tint from my windows at a cost of about $60 in an attempt to avoid further interactions with BPD.

36. During the incident, I was on a hands-free call with my friend and employer, Mrs. Carol Sendor, who heard the entire interaction and later wrote a statement documenting what happened.

37. I believe Lt. O'Donnell retaliated against me for filing a complaint with the IAD. I also felt racially discriminated against when Lt. O'Donnell again questioned me about my employment and called me a criminal.

38. After this second incident, I filed another complaint with the IAD, which included the statement from Mrs. Sendor. Once again, I received no follow-up to my complaint or any request for an interview, nor did I receive a letter or any other form of documentation informing me that my complaint was unfounded. This experience demonstrates how pointless it is for

citizens to make complaints about the BPD. Nothing happens, nothing changes, and nothing ever improves.

39. I drive regularly in the City of Buffalo. While I know my civil and constitutional rights, I also know that they will regularly be disregarded by BPD officers because of my race unless there are reforms. It causes me emotional distress and anxiety that officers took an oath to uphold laws that they don't seem to understand or respect.

40. If the justice system were to work like it is supposed to, things would be different for me as a Black man in Buffalo.

Dated: April 12, 2025

*Bruce Myree*

Bruce Myree