UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,

        Plaintiffs,

v.

CITY OF BUFFALO, N.Y., *et al.*,

        Defendants.

No. 1:18-cv-00719-CCR

## DECLARATION OF CHARLES PALMER

Charles Palmer declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. My name is Charles Palmer. I am a 41-year-old Black man, a disabled veteran of the United States Air Force, a former carpenter, and a father. I am also one of the Plaintiffs in this action.

2. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

3. I was born and raised in Buffalo, New York, and grew up on the East Side of Buffalo on Newburgh Avenue. I graduated from Buffalo State University. I lived in Buffalo for over twenty years prior to relocating to North Carolina in February of 2021.

4. As a Black motorist driving in Buffalo, I saw firsthand how the Buffalo Police Department's traffic enforcement practices are racially discriminatory.

5. The BPD concentrates its enforcement efforts on the East Side, which is a Black

neighborhood.

6. Living on the East Side, the Checkpoints were a big nuisance for years because the BPD placed them in discriminatory locations where they targeted Black people. I've driven through multiple Checkpoints on the East Side, and my friends, family members, and associates were forced to drive through Checkpoints as well. Passing through Checkpoints made me feel stigmatized and singled out because of my race because I didn't see Checkpoints when driving through white neighborhoods. I also felt anxious and fearful at Checkpoints because the BPD treated us like criminals, even though I don't recall if I was ever ticketed. No one I knew on the East Side supported the Checkpoints; we viewed them as racist, discriminatory, and unfair.

7. I have also been targeted, pulled over, and ticketed multiple times outside of Checkpoints while living and driving on the East Side of Buffalo. Police officers used their discretion to issue me an excessive number of tinted window tickets, even though I needed the window tints as a disabled person.

8. In or around 2015, I began experiencing vision problems, and the glare from the sun bothered me while driving during the day. I tinted my car windows for medical reasons, to address my sensitivity to the light.

9. At this time, I moved frequently and used my aunt's address on the East Side as my permanent address. For this reason, the address on my driver's license sometimes did not match the address where I temporarily resided.

10. In November 2015, BPD Housing Unit Officer Jared Domaracki pulled me over while I was driving on the East Side on Suffolk Street and Hempstead Avenue. Officer Domaracki ran my license and asked me questions that had nothing to do with traffic safety, like where I was going. I ultimately received three tickets—two for tinted windows and one for

failure to notify the Department of Motor Vehicles of a change in my home address.

11. In January 2016, BPD Strike Force Officer Adam Wigdorski pulled me over on the East Side, on Newburgh and East Delavan. Like Officer Domaracki, Officer Wigdorski asked me questions that had nothing to do with traffic safety, such as where I'm going. He also issued me five tickets—four for tinted windows and one for failure to notify the Department of Motor Vehicles of a change in my home address.

12. In June 2016, BPD Housing Unit Officer Charles Miller pulled me over on the East Side, on Bailey and Kensington, and issued me five tickets—four for tinted windows and one ticket for expired registration. My registration had expired the previous day.

13. The tickets I received were so costly that I couldn't afford to pay them right away and still support my son. My license was suspended as a result. My license was only reinstated two years later, after I used $3,000 in veterans' compensation checks to pay my traffic tickets.

14. Because of the continued ticketing and harassment by the BPD, I decided to return my car to the dealership where I purchased it. I just couldn't afford to continue racking up traffic fines. I felt the BPD was targeting me and I couldn't drive without being stopped, harassed, and ticketed. I don't think I would have been treated this way if I were white.

15. After I had to stop driving, I could no longer accept carpentry jobs to which my union referred me to if they were not accessible via public transportation. Very few jobs met this criteria. The union eventually stopped referring jobs to me because I did not drive. I struggled to pay my bills and faced health consequences from my stress because of the BPD and the harassment I encountered while driving.

16. After I had to give up my car, I started talking with other people in my

community and realized that they had experienced the same kind of ticketing and harassment from the BPD that I did. That made me feel even more strongly that the BPD was targeting people of color and using the money to fill the City's coffers. That didn't sit well with me, and that's why I wanted to join this lawsuit when I heard about it.

17. Although I have relocated to North Carolina, I still travel to Buffalo to visit friends and family and will continue to visit in the future.

18. During my visits to Buffalo, I still drive.

19. Until the Buffalo Police Department's practices change, I fear they will continue to target, harass, and ticket Black motorists like me.

Dated: 21 Mar 25

Charles Palmer