UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

BLACK LOVE RESISTS IN THE RUST, *et al.*,
individually and on behalf of a class of all others similarly situated,

        Plaintiffs,

v.

CITY OF BUFFALO, N.Y., *et al.*,

        Defendants.

No. 1:18-cv-00719-CCR

# DECLARATION OF DORETHEA FRANKLIN

I, Dorethea Franklin, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a 52-year-old Black woman, a mother of seven, and a small-business owner. I am one of the Plaintiffs in this action.

2. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

3. As a Black East Side resident, I can speak firsthand to the discriminatory and burdensome impact of the Buffalo Police Department's (BPD) Checkpoint Program on Black motorists.

4. The BPD concentrated Checkpoints in Black neighborhoods and made them impossible to avoid. When people tried to turn around or change directions to avoid the Checkpoints and being late, the BPD chased you down.

3

5. So Checkpoints became an unavoidable part of everyday life. I encountered them on my way to and from home, church, the grocery store, and while taking my children to and from school or daycare. I passed through Checkpoints dozens of times, so many times that I lost count.

6. The Checkpoints were surprising and frightening because they were set up without any warning. There were usually no lights, signs, or cones. The only give away that a Checkpoint was occurring usually was seeing a lot of Black motorists stuck in a random traffic jam. But as the line of cars slowly advanced, you would eventually see ten or so cop cars, usually with their lights off.

7. The BPD frequently ran Checkpoints on my street in front of my home, near the off-ramp of the Bailey Avenue exit of New York State Route 33. I had to go through dozens of Checkpoints just to enter or exit my own driveway. Sometimes, I couldn't leave my house at all because traffic was so backed up due to the Checkpoints.

8. Because the Checkpoints were so frequent outside my home, I observed their operations regularly and saw firsthand how they were operated in a racially discriminatory manner. Day after day, all of the people I saw being pulled over, ticketed, or having their cars towed and impounded at Checkpoints were Black. During these Checkpoints, I saw the entire street lined with cars waiting for secondary inspection or to be ticketed and/or towed. There is an auto repair business on the corner at the end of the block, and the BPD usually filled the lot with cars waiting to be towed.

9. However, on the rare occasions that white motorists passed through, the BPD treated them completely differently—often just waving them through. Watching this racist abuse of power was incredibly demoralizing.

4

10. I also saw instances of horrific abuse at Checkpoints. At Checkpoints on Broadway, I saw the BPD abusing Black motorists, attacking them, dragging them out of their cars, and even busting out their car windows. It made me feel hopeless and helpless because people were being abused and there was nothing I could do. It was also unnerving, and it made me feel like Black people were going to be targeted and abused whenever we were.

11. The Checkpoints were also incredibly inconvenient and burdensome. Every time a Checkpoint took place, you could expect long wait times if you were Black, even if everything on your car was in order. A regular wait time at the Checkpoint was 20 minutes. But on three separate occasions, I was stopped for about 45 minutes, even though I was never ticketed. The Checkpoints were unbearable because they regularly made me late to work, to important appointments, and meetings with clients. The Checkpoints were also pointless because even though I went through them dozens of times, I was never ticketed.

12. Every time I passed through a Checkpoint, I felt fear and dread—even though I was never ticketed—because the police seemed more focused on violating the rights of Black motorists than protecting us. The officers running the Checkpoints were often rude and degrading, treating my passengers and I like criminals. We were asked questions like "Where are you going?," "Where are you coming from?," "Where do you live?," that had nothing to do with traffic safety. The officers also peered into my car as if they were searching for something, and asked my passengers for their IDs. It was intrusive and invasive.

13. I constantly worried that the BPD would harm me in front of my children, given their history of attacking and injuring Black motorists during traffic stops.The BPD

5

Checkpoint Program strained my relationships with my children. My older kids, who were of driving age, stopped visiting me as often because they couldn't afford the constant inconvenience of being stopped and harassed by the police and forced to wait.

14. The Checkpoints also negatively impacted my small home-based business. I lost clients and income because the Checkpoints made travel to my home so inconvenient and harrowing.

15. The nonstop police presence on my street, and its impact on my business and relationships, made life so unbearable that I wanted to move.

16. I do not know anyone on the East Side who supported the Checkpoints or the constant police presence. No one in my community wanted them here. Instead, the Checkpoints made my neighbors and I prisoners in our own community because they targeted us and made travel so difficult, making them a source of constant stress and dread. We also perceived them to be a money grab, and a form of state-sponsored abuse.

17. While there was no refuge from the Checkpoints for East Side residents, for years I only encountered them on the East Side where Black people live, which made them seem racist and predatory.

18. The only time I ever saw a Checkpoint somewhere else was in 2017, after there were lots of complaints about the Checkpoints being racist, threats of legal action, and an investigation by City Council and Darius Pridgen. After that, I encountered a Checkpoint one time while driving in North Buffalo, and once on the West Side, but they were fake checkpoints, run in a totally different manner. At the North Buffalo "checkpoint," there was just one police car present, not ten like I was used to seeing in Black neighborhoods,

and no one was even stopped or asked to show license and registration. It was just a dog and pony show, to cover up years of the BPD's racist Checkpoint practices.

19. I have also had negative encounters with the BPD outside of Checkpoints.

20. In March 2023, a BPD officer pulled me over while I was driving down Bailey Avenue with my daughter. The officer was very aggressive but wouldn't tell me why he was pulling me over. For some reason, the officer knew my name before he even asked for my license, saying "Are you Dorethea Franklin?" He also questions unrelated to traffic safety, like why I was driving around there, even though I was free to travel wherever I want to. It felt like he was fishing for a reason to issue me tickets.

21. Eventually, he gave me two tickets for tinted windows, even though I explained that my windows were tinted for medical reasons. When I challenged the tickets in court, they were dismissed after I provided a doctor's note.

22. I travel all over Buffalo and have not seen the same kind of traffic stops outside of the East Side. It's degrading. They treat Black people like criminals for no reason at all.

23. I still live on the East Side, frequently drive within the City of Buffalo, and plan to continue doing so.

24. Although the Checkpoint Program was paused, I know it can restart at any time, and it is merely a band-aid because it hasn't stopped the BPD from targeting Black motorists and violating our civil rights.

25. The BPD's treatment of Black people on the East Side has not gotten better: I still see Black motorists in my community being targeted and stopped by the BPD almost every day.

26. I fear that my neighbors and I will continue to be targeted by the BPD because of our race until their policies and practices change, as well as who they hire.

27. I am fighting for change because Black Buffalonians deserve to be protected by the BPD the way they do for white people not targeted and treated like sources of revenue.

Dated:  April 24, 2025

_____

Dorethea Franklin