UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,

        Plaintiffs,

   v.

CITY OF BUFFALO, N.Y., *et al.*,

        Defendants.

No. 1:18-cv-00719-CCR

---

## **DECLARATION OF QUENTIN SUTTLES**

Quentin Suttles declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. I am Quentin Suttles, a 35-year-old Black man. I am a father of two. I am one of the Witnesses in this action.

2. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

3. I am a Buffalo native and East Side resident. I've lived in Buffalo all my life, and I know firsthand the ways that officers from the Buffalo Police Department (BPD) target Black residents—especially Black motorists.

4. The first time I had a bad encounter with the Buffalo police, I was 13 years old. I was walking up French Street with a group of other Black kids. We saw a police car coming down the street. We weren't doing anything wrong, but we decided to run—it just felt like something fun to do at the time. We were laughing. The police car sped after us, cut us off, and then two white BPD officers hopped out of the car. They drew their guns out on us and ordered us to lay on the

ground for no reason. They searched us but didn't find anything, so eventually they let us go. That experience stuck with me and made me fearful because I realized then that when it comes to the police, Black boys and men don't get a presumption of innocence.

5. Since then, I've had multiple racially discriminatory encounters with BPD officers that have violated my constitutional rights. I've been stopped and surveilled while driving and treated like a criminal simply for being Black. I've also been brutally beaten to the point of permanent disability. Today, every time I see the Buffalo police, I feel terrified—certain my life is in danger.

6. I've observed and experienced what I believe is pretextual policing by the BPD. In my experience, white BPD officers look for any excuse to pull over Black drivers and search their cars. It feels like they assume me and other Black people are criminals—gang members or worse—just because of where we live and our race. We can't even be seen going to work or running errands without being profiled. It's like they think we don't belong in our own city because we are Black, unless we're cops, related to a cop, or have some kind of sticker in our window showing that connection.

7. I've seen marijuana used constantly as a pretext for traffic stops. I've witnessed officers say they smell marijuana to justify ordering someone out of the car even when there is no evidence. Sometimes they even claim to smell unburnt marijuana cigarettes, or say they see crumbs on the floor.

8. White BPD officers also escalate situations quickly. I've experienced situations where things go from calm to aggressive almost instantly—what I'd call going from level 1 to level 4.

9. In 2015, I was stopped by the BPD while stopped at a red light. A police officer on the opposite side of the street made eye contact with me and then pulled a U-turn to stop me. During that stop, both my passenger and I were handcuffed and put in the back of a squad car. The officers tore up my car during the search but didn't give me a ticket. Abusive stops like that happen so often for Black motorists, it has started to feel normal.

10. There are also never consequences for BPD officers who stop or abuse motorists, as I've learned firsthand. One of the officers who tore up my car was later promoted to Sergeant. And other BPD officers who have stopped me, racially profiled me, and even assaulted me have been protected, even when I have filed complaints, or courts have found that they violated the law.

11. For instance, in September 2019, I was a passenger in a car driving down Broadway on the East Side when we were pulled over by two BPD white officers, Officer John Davidson, and his partner, Officer Russell Sullivan. The BPD officers didn't have any valid reason to stop us. The officers claimed we were speeding—going 40 mph in a 30mph zone—but they had no proof. The officers didn't have a radar gun, weren't certified to do any radar, and did not do any pacing.

12. After backup arrived, the officers claimed there were marijuana crumbs in the cupholder of the car and ordered the driver out of the car. Then Officer Sullivan opened the rear passenger door where I was sitting and told me to get out. When I objected and started to ask questions, the officers pulled me out of the car and started beating me.

13. The BPD officers hit me with flashlights and kneed me, and Officer Sullivan banged my head on the ground three times. During the scuffle, one of the female passengers ran off. The officers also searched the car and a gun was recovered. I was arrested and given a gun charge, even though there was nothing linking me to the gun.

14. The Appellate Division later found that Officer Davidson and Sullivan's claim that we were speeding wasn't credible, and that the officers were just fishing for reasons to stop us. Ultimately, we were stopped because of the BPD's policy of racially profiling Black people driving on the East Side and just assuming that we are criminals.

15. Even though Officers Davidson and Sullivan beat me and violated my constitutional rights during the traffic stop, they were never punished. In fact, John Davison later became the President of the BPD officers' union.

16. Sadly, this incident is not the last time that I've been racially profiled and subjected to discriminatory traffic stops by the BPD. In fact, I was stopped and racially profiled by the BPD again just four months later, in January 2020. At the time I was a back seat passenger in my friend's car, along with a few other passengers, all Black men. A BPD squad car pulled up next to our vehicle while we were parked with their lights flashing.

17. The officers exited their vehicle and began questioning the driver and front seat passenger. Then they ordered all of us to get out of the car. The officers searched me, patted me down and went through my pockets, but they didn't find anything. However, the officers found a small amount of marijuana in the car and decided to arrest all of us. I was jailed overnight.

18. In January 2020, right after I was released from jail, I was stopped by BPD officers once again, before I had even had a chance to go home. At the time, I was with my girlfriend Amber Mam, who had just driven to pick me up from jail, and I was the passenger in her mother's car.

19. We stopped at a convenience store near Walden and Harmonia so I could get cigarettes. While we were parked on the street in front of the convenience store, a homeless woman approached our car asking for money. As I was speaking to the homeless woman, two white BPD

officers, Jake Giarrano and his partner, pulled up in a squad car with their lights flashing and asked what we were doing.

20. Although I explained I had just stopped at the convenience store for cigarettes, Officer Giarrano ordered me out of the car. I complied and he began searching me. Then Officer Giarrano violently threw me to the ground, pulled my hands behind my back, and handcuffed me. After backup arrived, I heard Officer Giarrano tell a BPD Lieutenant that he assumed I had drugs. Once again, because I was a Black man on the East Side, the BPD officers just assumed I was a criminal.

21. I was arrested, put in a squad car, and taken back to the same jail—Erie County Holding Center—that I had been released from earlier that day. I was searched again, but officers still couldn't find any drugs or weapons. But I was charged with obstruction, even though I hadn't done anything wrong.

22. On May 10, 2020—Mother's Day—after visiting family to celebrate and drop off food, I stopped for gas at a Sunoco on Jefferson Avenue near South Division with my girlfriend Amber Mam. I was on my way to pick up my daughter at her grandmother's house. While pumping gas, I noticed two white BPD officers, who I later learned were Ronald Ammerman and Michael Scheu, staring at me intently from their squad car, as if looks could kill, I'd be dead. They could clearly see I am a Black man because I was pumping gas at the time. Their actions made me nervous, like they were looking for an excuse to harass me.

23. When I left the gas station, our vehicles passed, and the officers made an abrupt U-turn and began following me. They turned right behind me on Eagle Street. I was so frightened, I accidentally turned onto a one-way street—Madison. While making a three-point turn to correct

my mistake, Officers Scheu and Ammerman pulled up beside me, activated the lights of their squad car, and blocked my car in the middle of my three-point turn.

24. Officers Scheu and Ammerman exited the police car and approached me. Officer Scheu asked me where I was going. Officer Scheu asked me if I had any drugs in the car. I told them no, because there weren't any drugs in the car. He said he could smell marijuana. I told the officer that I smoked earlier in the day.

25. Officer Scheu asked me if I had my license and registration and gave him my ID. I was ordered to exit the car with my hands up. Even though I didn't understand the reasons, I complied and exited the vehicle with my hands in the air.

26. Officer Scheu aggressively searched me, going through my pockets and pulling my belongings out. After he pulled my belongings out, he started to grab my private areas very aggressively. He asked me "is this you" which I understood to mean that he was asking if he was touching my body parts or a foreign object.

27. I told Officer Scheu clearly that he was grabbing my own private body parts, but he continued to grope and grab me roughly. I felt humiliated and violated.

28. As he continued to grab me, I kept telling him "it's me sir" but he kept grabbing me. Finally, after extensively grabbing me, he confirmed that he was actually touching my private area. I knew this because he said "all right, yeah, this is him" out loud to Officer Ammerman.

29. Then, Officer Scheu asked me about my underwear, got behind me, and started feeling my buttocks. I told him that there was nothing in my buttocks, or in my pants, and that "I don't have nothing."

30. Out of nowhere, Officer Scheu started screaming that my hands were in my pants, even though they were not. I always had both my hands in the air in compliance with all of his

orders. Suddenly, Officer Scheu slammed me down to the ground hard, facedown. While I was lying on my stomach, Officer Scheu got on top of me, choked me, slammed his knee hard into my groin repeatedly, and kneed me in the tailbone.

31. As I was being beaten, I had flashbacks to my East Side traffic stop eight months earlier when BPD officers also attacked me after stopping my vehicle, so I kept saying "every time you all see me you all keep doing this to me."

32. Then Officer Ammerman joined Officer Scheu and began punching me in the face and my right eye, breaking my eye socket and swelling my right eye shut. At this point, I was being beaten so violently I was just trying to stay alive.

33. The Officers continued attacking me. At one point, Officer Scheu was on top of me kneeing me between the butt cheek near my tailbone while Officer Ammerman was beating me violently with his fists. And one officer choked me while I screamed "I'm dying, I can't breathe."

34. In addition to breaking my right eye socket, the officers broke the scapula bone in my right shoulder during the attack. My girlfriend saw everything. She was hysterical and screamed for them to stop. She also recorded the assault.

35. Video footage shows not only that I was trying to protect myself from the brutality of Officer Ammerman and Officer Scheu as they pummeled me but that I never hid any drugs in the process. I did not conceal anything from the officers, which their own police body cam footage confirms. They never recovered any of the drugs that they were adamant that I had.

36. Even though the officers never found drugs, they still arrested me. I was taken to their squad car in handcuffs and driven to Central Booking. Officer Ammerman sat in the back with me during the entire ride. During the ride, Officer Ammerman tried coercing me to admit that I had drugs on me, saying that he knew that I have drugs on me, even though I never did. I viewed

it as racial discrimination because, once again, BPD officers just assumed that I was a criminal simply because I am a Black man.

37. At Central Booking, I was subjected to a cavity search that confirmed I did not have any drugs on me. Because I had severe injuries and was in excruciating pain, I told Central Booking personnel that I needed to see a doctor, but I was only taken to the Erie County Medical Center (ECMC) Emergency Room for treatment after a three-hour delay.

38. While I was at ECMC, Officer Ammerman was seated outside my hospital room. The door to the room was also cracked. At one point I saw and heard Officer Ammerman start speaking to someone who I later realized was Officer Jake Giarrano, the officer who had arrested me in January 2020 outside of the Walden and Harmonia convenience store.

39. I heard Officer Giarrano talking to Officer Ammerman about how the video of my assault that my girlfriend Amber recorded had been uploaded to the Internet. I heard Officer Ammerman ask how bad it was, and Officer Giarrano said "bad."

40. Then Officer Giarrano came into my hospital room. I recognized him immediately but felt confused because he was not my arresting officer. I couldn't understand why Officer Giarrano was there, but apparently Officer Ammerman and Giarrano worked together.

41. After Officer Giarrano came walking into my hospital room, he began talking to me about the incident with Ammerman and Scheu, and the video that Amber recorded. He told me if I got the video of the attack taken off the internet, the BPD wouldn't mess with me anymore, but that if I refused, there would be consequences. I felt terrified and threatened, but I refused to take the video down.

42. Approximately one month later, Officer Giarrano pulled up next to me at a McDonald's drive-thru while I was a passenger in a friend's car. He was alone in the patrol car.

Officer Giarrano said "Hey, don't I know you? How's your brother?" I felt frightened, like he was trying to make good on his past threat. Officer Giarrano continued driving next to our car for a time, but when I asked if I needed to call my lawyer, he finally drove away. But a few weeks later, on June 21, 2020, I was stopped and ticketed by the BPD again, which felt like more proof that I was being specifically targeted.

43. The following year, on May 18, 2021, Officer Giarrano pulled me over again near MLK Park, this time with a partner. At the time I was driving to a cookout with my twin brother, after stopping at a liquor store to get beverages for the gathering. I passed Officer Giarrano while he was standing outside his patrol car, but as soon as we made eye contact, he got in his squad car and started following our car down Filmore Ave.

44. A few blocks later Officer Giarrano turned his lights on and pulled me over near French Street. My twin brother and I were ordered to step out of the car and the officers searched us along with our car. Officer Giarrano didn't find any drugs or weapons, but he gave me multiple tickets, including one for having an open container, even though the only alcohol I had were my sealed and unopened liquor store purchases. The stop was more proof that I was being targeted by the BPD and retaliated against.

45. In June 2021, I was incarcerated after pleading guilty to the gun charge I received during my traffic stop by Officers Davidson and Sullivan because the judge seemed determined to convict me and I feared a worse outcome at trial. I was sentenced to four years in prison, but I kept fighting the charges in court because I knew my traffic stop and arrest were unlawful.

46. The Court agreed, I won my appeal, my conviction was vacated, and I was released on March 31, 2023. However, I lost 22 months of my life that I can never get back, all because of

the BPD's practice of making racially discriminatory stops. Sadly, this practice continues to this day, and I was stopped by the BPD three times in 2024 alone.

47. On April 4, 2024, I was pulled over again by the BPD on Genesee and Rogers while driving with my girlfriend Amber Mam. As we passed a group of BPD squad cars, one squad car pulled out and started following us. We were stopped three blocks later. A white BPD officer, Joshua Kluge, issued us multiple tickets and impounded our car. My girlfriend and I were forced to walk home in the rain.

48. I was stopped by the BPD and issued multiple tickets two more times in the summer of 2024. On May 23, 2024, I was stopped and issued multiple tickets again while driving on the East Side. The Officer who ticketed me, Richard Lopez, has a documented history of engaging in abusive conduct. On June 3, 2024, I was pulled over by BPD Officer Joshua Kluge once again while driving on the 33 Expressway with my son as my passenger. Officer Kluge issued me multiple tickets and threatened to impound the car.

49. Because of my harrowing encounters with the BPD, I suffer from depression, PTSD, anxiety, and emotional distress. My heart races whenever a police car is behind me, and I fear for my life.

50. My traffic stop beating by Officers Scheu and Ammerman on Mother's Day 2020 also left me severely injured, physically and emotionally. I suffered a fractured scapula, facial fracture, facial contusion, and fractured orbital bone that required extensive treatment and surgery. I still don't like looking at myself in pictures because my face changed so much following the attack.

51. My injuries have limited my mobility, job prospects, and ability to provide for myself. I developed double vision and will never have full vision again in my right eye even with

glasses. I suffered permanent damage to my right shoulder and back, and for years had difficulty lifting things that weigh more than twenty-five pounds. I've lost work opportunities, including the chance to run my own company. I couldn't even play catch with my son or throw a football for over a year. I have endured harassment, humiliation, embarrassment, and anger.

52. My family filed a complaint with BPD's Internal Affairs Division about my beating on Mother's Day, but nothing happened. Even with video evidence and serious injuries, the officers were not punished, so I have no faith in BPD's complaint process.

53. Instead, Officer Ammerman has remained active on the streets of Buffalo, harassing my friends and subjecting Black motorists to similar forms of abuse. On July 11, 2024, Officer Ammerman even killed another Black motorist, Daevon Roberts in a "routine traffic stop." When I learned about the incident, I knew my fear that Officer Ammerman might kill me that Mother's Day was reasonable.

54. I am still a resident of Buffalo's East Side and I still drive regularly. But because of the ways that BPD officers target Black motorists, treat us like criminals, and get away scot-free, I no longer feel safe in my own community.

55. Until the Buffalo Police Department is held accountable for its discriminatory targeting of Black motorists and major reforms occur, Black motorists like me will never be safe or at peace.

Date: May 29, 2025

_____
Quentin Suttles