UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST, *et al.*,
individually and on behalf of a class of all others
similarly situated,

           Plaintiffs,

v.

CITY OF BUFFALO, N.Y., *et al.*,

           Defendants.

No. 1:18-cv-00719-CCR

---

## DECLARATION OF EBONY YELDON

Ebony Yeldon declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. I am Ebony Yeldon, a 37-year-old Black woman and mother of four. I am one of the Plaintiffs in this action.

2. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

3. I worked as a taxi driver for Cold Spring Taxi and as a school bus driver for Student Transportation Bus Company until May 2018, driving in and around Buffalo.

4. I have been through at least two Buffalo Police Department ("BPD") Checkpoints in Buffalo's East Side, but I did not receive any tickets during these Checkpoint stops. The Checkpoints felt pointless and racially discriminatory.

5. I believe the BPD Checkpoints operated in a discriminatory manner because I saw them mostly in the East Side, a predominantly Black neighborhood. During these stops, officers would often ask non-traffic related questions, such as where I was coming and going. I do not

1

recall seeing Checkpoints in predominantly white neighborhoods, and I rarely saw white people being stopped.

6. In December 2017, I was pulled over by a white BPD officer, Michael Healy, while I was driving my taxi in South Buffalo, a predominantly white neighborhood. The car belonged to my employer.

7. Officer Healy asked me to produce my license, registration, and insurance. I handed him my license and an envelope of documents from the glove compartment that my employer had told me contained the registration and insurance documents for the car.

8. Officer Healy wiped his finger across one of the windows of the taxi and told me it was dirty. He did not measure the taxi's window tint.

9. Officer Healy gave me two tickets for tinted windows and one ticket for driving without insurance.

10. I assured Officer Healy that the car was insured. I asked whether he could look up the car's insurance status, give me more time to find the insurance or issue a warning instead of a ticket.

11. In response, Officer Healy did not look up the insurance status or give me more time to look for my insurance. Instead, he told me I was lucky that he only gave me two tinted windows tickets instead of four. Throughout the encounter, his demeanor was rude and demeaning.

12. The tickets amounted to approximately $1,000.

13. In May 2018, I had a *pro se* hearing at the Buffalo Traffic Violations Agency ("BTVA").

14. At the hearing, Officer Healy testified that he measured my car's tints with a tint-meter and that the tint level was 17%.

15. A tint level of 17% is not a violation of New York State's Vehicle Traffic Laws.

16. I testified that I did not own the car and that the car had insurance at the time of the stop.

17. Conviction under section 319 of the New York Vehicle and Traffic Law requires proof that the person ticketed owned the vehicle or had actual knowledge that the vehicle lacked insurance.

18. Therefore, there was no factual basis to convict me of any of the alleged violations.

19. Nevertheless, the BTVA hearing officer convicted me on all counts.

20. The New York State Department of Motor Vehicles immediately suspended my license because of the conviction on the insurance violation.

21. I immediately lost both of my jobs because I no longer had a valid driver's license.

22. I appealed the decision to the Erie County Appellate Term.

23. On October 17, 2018, the Appellate Term reversed the charge for lack of insurance but sustained the tinted windows violations because: "The appellant has submitted and shown competent proof that the marked taxi she was driving, with a valid taxi license, was fully insured and owned by her employer and that the tint was removed from the windows in a timely fashion after the stop."

24. It took me several months to earn the money needed to reinstate my driver's license.

25. I now have a valid driver's license. I drive frequently on the Eastside of Buffalo and remain at risk of encountering BPD's unconstitutional traffic enforcement at any time.

26. I have never recovered from the financial losses I sustained as a result of losing my driver's license.

27. For several months, I had no income with which to support my family, including my three children at the time.

28. Without a license, I had difficulty caring for my family in other ways. For example, I had to use public transportation to get my children to and from school and sports activities, which added several hours to my and my children's daily commute.

29. Even after I found my current position, I now earn significantly less money than I did previously.

30. I had an extremely difficult time paying bills and providing for my children on my reduced income.

31. I am afraid to return to taxi driving because I fear racial profiling by the BPD.

32. In the summer of 2022, BPD ticketed my car while it was parked in the BMHA-owned parking lot of the Ferry Grider Apartments (also known as the "East Ferry Homes") on the East Side. The ticketing officer claimed my car was improperly parked. When I went to court, the ticket was dismissed after photo evidence confirmed that my car was not improperly parked.

33. I drive regularly in the City of Buffalo and plan to continue to do so.

34. I still observe BPD engaging in arbitrary and biased policing on the East Side, so I remain fearful of police targeting.

Dated: May 23, 2025

_Ebony Yeldon_
Ebony Yeldon