UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST, *et al.*,
individually and on behalf of a class of all others
similarly situated,

Plaintiffs,

v.

CITY OF BUFFALO, N.Y., *et al.*,

Defendants.

No. 1:18-cv-00719-CCR

---

## DECLARATION OF SCOTT GRIFFIN

Scott Griffin declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. I am Scott Griffin, a 66-year-old Black man and grew up and have lived in Buffalo for most of my life. I am one of the Witnesses in this action.

2. My permanent address is in Buffalo, New York, but I have been living in New York City for my wife's job. We return for most holidays. We plan to return to Buffalo full time once my wife is able to retire.

3. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

4. On November 27, 2023, Buffalo Police Department ("BPD") Officer Ryan Urbanski, a white male officer, stopped me on the corner of Grant Street and Amherst Street after I had dropped my wife off at Wegmans.

5. Though I have lived in Buffalo for my entire life, this was my first ever encounter with the Buffalo Police Department. It was extremely unpleasant.

6. I was coming from a gas station and stopped at a red light. The vehicle in front of me did not move after the light turned green twice, so I decided to drive around the vehicle and make a turn. I proceeded slowly and cautiously around the vehicle.

7. After doing so, BPD officers pulled me over out of nowhere. I was very surprised, as I did not believe I had broken any traffic laws.

8. The officer approached my car screaming aggressively. He looked like he wanted to kill someone.

9. I was afraid for my life at that moment and kept my hands on the steering wheel. I recall thinking to myself at that moment, "God, just let me get back to my wife."

10. Officer Urbanski began by asking me, "What was the reason for that?" I was confused and tried to clarify by asking Officer Urbanski what he meant.

11. While doing so, Officer Urbanski interrupted me and raised his voice saying, "Give me your license right now!"

12. I was very taken aback by his tone and told him that I would give him my license, but I also asked him why he was being nasty with me. I also continued to ask him questions about the reason for the stop, explaining that the car in front of me was not moving so I went around it.

13. As many of my family members worked or currently work in law enforcement, I knew how he was supposed to approach me, and he did not behave in the appropriate manner.

14. Officer Urbanski told me that, when I made this maneuver, I cut someone off. I responded that I did not know that.

15. Officer Urbanski responded saying that he raised his voice because what I did was "reckless and dangerous."

16. The officer's demeaning tone and extreme level of aggression led me to believe that he pulled me over and reacted to me in the way that he did because I am Black. The officer seemed to assume that I was "reckless and dangerous" in a way that was totally uncalled for by the situation. It seemed like he was acting on a racist stereotype that I was somehow a criminal or suspicious, and not a 65-year-old man driving home from the grocery store.

17. The officer spoke to me in a way that made me feel like he was trying to provoke me. I feared for my life and felt like I had to deescalate the situation.

18. He took my license and went back to his car. He took a long time to return, about 20 minutes in his car before he returned. It seemed to be an unnecessarily long period of time.

19. The officer gave me three tickets totaling $646.

20. The tickets were for (1) a traffic device violation; (2) a turn signal violation; and (3) an improper pass on the right.

21. However, I recall signaling before turning, and, as previously described, I waited for the light to change twice before deciding to maneuver around the vehicle.

22. Since I do not believe that I did anything wrong, I rejected the plea offer and requested a hearing.

23. As my hearing date approached, I did not think I would make it in time. I did not want to cause any further problems for myself, so I ultimately pled guilty and paid the tickets.

24. I paid the tickets due to a fear of retaliation, with a reduced plea offer of $450. I have plans to return to live in Buffalo full time, and I do not want to be bothered by something like this.

25. On December 21, 2023, I filed a complaint with the Internal Affairs Department ("IAD") against Officer Urbanski along with a freedom of information request for the body camera footage of my stop.

26. I filed the complaint because I felt I did not deserve to be treated with such anger and aggression and to fear for my life during a traffic stop, and I felt that I had been treated disrespectfully on account of my race.

27. However, during the complaint process, I felt like the involved officers were just going through the motions.

28. I later had a phone interview with the IAD.  Ultimately, the IAD notified me by letter that Officer Urbanski was found not responsible and exonerated.

29. I believe the mistreatment I experienced during this traffic stop was motivated by Officer Urbanski's racial bias.  I cannot think of any other explanation for his behavior.  I believe Officer Urbanski would not have treated me that way if I were white.

30. I feel that Buffalo police officers need to be held accountable and retrained.  They act like they are hunters and agitators towards me and other Black people.

Dated: April 21, 2025

_____
Scott Griffin