# IAD Witness Declaration

# Filed Under Seal