UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST, *et al.*,
individually and on behalf of a class of all others
similarly situated,

                        Plaintiffs,

            v.                                                          No. 1:18-cv-00719-CCR

CITY OF BUFFALO, N.Y., *et al.*,

                        Defendants.

---

## <u>DECLARATION OF SHAKETA REDDEN</u>

Shaketa Redden declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1.      I am Shaketa Redden, a 42-year-old Black woman. I am one of the Plaintiffs in this action.

2.      I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

3.      I was born in Buffalo, where I have resided for most of my life. I am a co-founder and former co-director of organizational Plaintiff Black Love Resists in the Rust ("BLRR").

4.      During my time at BLRR, I learned of the Buffalo Police Department's ("BPD") Checkpoints Program. My colleagues and I would often warn each other about where the Checkpoints were going to be, because we felt the Checkpoints operated in a racially discriminatory manner. I mainly saw the Checkpoints in the East Side, a predominantly Black neighborhood. I did not see the Checkpoints in predominantly white neighborhoods.

5.      The Checkpoints felt intrusive and often involved wait times of 15 to 20 minutes.

6.      On September 9, 2015, I was driving on New York State Route 33 (Kensington Expressway) when I encountered a BPD Checkpoint before the exit at Suffolk Street, which leads to the East Side. I drove to the East Side multiple times a week for work and to visit my family and friends.

7.      The Checkpoint was surprising because there was no notice—no lights, flares, signs, or flashing lights.

8.      At the Checkpoint, I observed a long line of cars ahead of mine. Two officers stood outside of their vehicles at the top of the exit ramp, and one officer stood at the bottom.

9.      The officers had stopped approximately four cars in front of me and several others behind me. The officers stopped each vehicle and made each driver roll down their windows.

10.     Going through the Checkpoint, I felt terrified. I saw the officers pulling over a lot of Black people and that made me anxious.

11.     I observed the officers pulling over other Black drivers. I did not observe them pulling over any white drivers. I could see the race of the drivers because officers instructed some drivers to exit their vehicles, and I observed other drivers' heads or hands as they interacted with the officers. When I got to the front of the Checkpoint, the officers asked me where I was going, which felt inappropriate, and looked inside my car.

12.     The officers then checked the inspection sticker on my car window.

13.     My inspection had lapsed the day before. The officers issued me a ticket.

14.     I am not the only BLRR member who has had to deal with Checkpoints. Since Checkpoints only seemed to take place in Black communities, I felt stigmatized and targeted because of my race.

15.    On September 3, 201 , I was stopped by the  P  for a  raff c stop agai , th s time  ut  i  e of a Checkpoint. Officer Charles Skippe  p lled me ove  on th  c rner of We t U ica St. and  ichmo d Ave.,  ear BLRR co-founder Nat sha Soto's home

16.    O ficer  kipp r  tated t at my  icen e plates w r  sus end d. I to d th   ffi er  hat I ha  no  received an  n tificat on  f t is a d  id not know  y r gistration was suspe ded.

1 .    Of ic r S ipper g ve  e s x tickets for the f llowing of enses: fai ure to n tify t e  MV of a ch nge of ad ress (2 ticke s)  driving whi e m  registra io  was susp nded (2 tickets), exp red regist a ion,  nd havi g a dirty licens  plate.

18.    Offi er Skip er then  old  e hat he  ou d have t  mpoun  my vehicle  I a ked t e off ce  if I co ld drive my ca ho e or le ve t n  he par ing lo o  my nearby ch rch  n the cor er of Wes Ut ca and  ich ond, and add ess t e  egistr tion issu  as soon as poss bl . T e officer sa d no an  pr ceeded to ha e my car towed.

9.    he next d y, I che ked and con irmed t at the  MV had  he correct address on file f r m . I renewed my reg stra ion and rec ver d my  ehicle f om the imp und lot aft r  aying a to ing and stor ge fee  f $140.

0.     n Buf alo City  ourt on S ptem er 27, 2018, t e judge d smi sed som  of the ti kets be ause I had alread  renewe  my vehicle registr tion.

21.    I believ  t at Officer S ipp r sto ped me, tick te  m  exce s ve y,  nd to ed my ca  becaus  of m  rac . I do  ot thin  Of ic r Skip er woul  hav  treated me  hat way i  I were w ite  I also  el eve B  D's ticketing p act ces are  n abu e of po er and authorit . I did not kno  I was dri in  an unr gis ered ve icle an  di  n t deserve  o receive six traffic tickets for an accidental violation.

22.     I believe that this traffic stop was also made in retaliation for my political activity on behalf of Black and Latino people killed by police violence. It occurred right after I left a vigil for Rafael Rivera, a man that a BPD officer killed. At that time, BLRR had press conferences calling the BPD and the Strike Force racist and drawing attention to the fact that they had murdered multiple people. I felt like I was a target and was very nervous and anxious when Officer Skipper pulled me over for that reason. It was a scary experience that caused me a lot of stress because I did not know what would happen during the stop, as well as after, since Officer Skipper impounded my car.

23.     During the traffic stop, Officer Skipper was rude and dismissive. He would cut me off, shut me down, and chuckle when I asked logistical questions like how to get my car back after he towed it. His behavior during the traffic stop further solidified my belief that he pulled me over because he was racially profiling me.

24.     Because of my past experiences with traffic stops and Checkpoints, and because I have observed the ways that other Black people in my community have been harmed by the BPD's practices, I feel a lot of fear whenever I am driving in Buffalo or encounter the Buffalo police.

25.     In January 2020, I moved from Buffalo to Oakland, CA. However, Buffalo is still my hometown so I travel to Buffalo regularly to visit family and friends. I spend at least two weeks in Buffalo each year. When I travel to Buffalo, I drive around the city.

26.     Until there are major reforms within the BPD, I fear that BPD officers will racially profile me as a Black motorist, pull me over, and issue excessive tickets.

27.    I remain at risk of encountering BPD's unconstitutional traffic enforcement when I return home to visit family and friends because I drive through Buffalo neighborhoods where ticketing and stops are concentrated.


Dated:    May 22, 2025


_____
Shaketa Redden