UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,<br><br>       Plaintiffs,<br><br> v.<br><br>CITY OF BUFFALO, N.Y., *et al.*,<br><br>       Defendants. | No. 1:18-cv-00719-CCR |

## **DECLARATION OF JASMINE EVANS**

Jasmine Evans declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. I am Jasmine Evans, a 34-year-old Black woman and mother of four children. I am one of the Plaintiffs in this action (formerly known as "Jane Doe").

2. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

3. I am a resident of Buffalo, where I have lived my entire life.

4. I work as a medical assistant. I am currently in school pursuing a certificate in Diagnostic Medical Sonography and expect to graduate in May 2025.

*5.* I passed through the Buffalo Police Department's ("BPD") Checkpoints approximately thirteen times, as either a passenger or driver. All the Checkpoints I witnessed occurred on Buffalo's East Side, which is predominately a Black neighborhood. During the period that BPD conducted Checkpoints, I drove through predominantly white neighborhoods too but never saw any Checkpoints there.

1

6. The BPD Checkpoints often disrupted my daily routine. Simple activities like running errands, going to the grocery store, or visiting friends and family made me feel like I was a criminal. I felt like I needed permission from the police to go from point A to point B.

7. The Checkpoints usually had ten or more officers standing around the street with their patrol vehicles parked on the curbs of both sides of the street. I observed the officers stopping each car as it came through the Checkpoint and examining their cars by looking inside the car and around it for any visible violations. There was usually a line of cars that all came to a full stop, waiting for officers to come to them.

8. If you didn't get a heads up from someone that there was a Checkpoint in a specific location, you usually won't know that they are there until it's too late. They were usually set up on side streets that were right off a main street so that you turn off the main street and run into them, with no way out.

9. One specific corner on the East Side, Leslie Street and Scajaquada Street, was a common location for these Checkpoints. The BPD didn't give motorists advance notice of this Checkpoint. Instead, the BPD set it up near Bailey Avenue, a main street, in a way where you turn onto Leslie Street (either from East Ferry or Scajaquada Street), which a lot of people do, but can't tell that the BPD officers are there until after you've already made the turn. Once you turned onto Leslie Street, there was no way to avoid the Checkpoint.

10. BPD officers impounded my car at this Checkpoint location on one occasion when I was a passenger because the person driving my car had a suspended license but had not received the letter informing him of the suspension. My children were in the car with us because we were heading to the beach, and they were crying because they didn't understand why the officers were taking the car away.

11. On July 2, 2015, while driving with two of my children (ages 3 and 4 at the time), who were secured in their booster seats, I went through a Checkpoint. At this time, I had a learner's permit, but not a driver's license.

12. As I approached the Checkpoint at Pershing Avenue and High Street on the East Side, I turned onto Pershing Avenue and ran into the Checkpoint. I did not know that the Checkpoint was there until after I made the turn. Pershing Avenue is only one block long with no side streets, so once I turned onto it, I couldn't go anywhere but down that street. I came to a complete stop and waited in line for my turn to pass through the Checkpoint. While waiting, I unbuckled my seatbelt to reach into my glove compartment to get my registration. Officer Thomas then approached my car and asked to see my license and registration. Without asking about my children's height and weight, Officer Thomas told me that they needed to be in a five-point harness. Officer Thomas then gave me four tickets: three for seatbelt violations (two for my children and one for me), and one for driving with a learner's permit.

13. After the ticketing, I bought new booster seats for my children and a five-point harness for my younger child at the time. That was the first time I learned that they were in the wrong type of booster seats.

14. I contested the tickets after I received them and eventually received a hearing date.

15. After my July 2015 Checkpoint encounter, I subscribed to the Buffalo Checkpoints Facebook page which alerted me to Checkpoint locations in Buffalo. My fiancé and I relied on this page to avoid passing through Checkpoints and got into the habit of checking the page before driving anywhere, often having to change our routes to avoid them. Even with that

resource, we still passed through two additional, unavoidable Checkpoints after my multiple ticketing experience.

16. I believe BPD engages in discriminatory practices based on my personal experiences with Checkpoints. I felt discriminated against because the Checkpoints were set up in Black neighborhoods on Buffalo's East Side. During Checkpoint stops, BPD officers treated me like I was a criminal because I am Black. They searched my car when they impounded it and questioned me about where I was going. The BPD officers were disrespectful in how they spoke to me, often raising their voices during Checkpoint stops. I also do not recall ever seeing white people pulled over or going through Checkpoints. I only saw Black people and people of color.

17. On March 10, 2017, I had a hearing with the Buffalo Traffic Violations Agency ("BTVA"). I wanted to explain to the judge that I didn't know that my children were in the wrong booster seats and that I bought them new ones. However, I was not allowed to speak unless someone was asking me a question. It made me feel like they believed I was incompetent and like they didn't care about anything I had to say. It felt like they only wanted me to appear in court so that I could pay them money.

18. On March 20, 2017, the BTVA sent me a letter stating that I was guilty of all four of the violations. As a result, I was given eight points on my driver's license and had to pay $446 in fines. I also had to pay $450 for a Driver Responsibility Assessment.

19. I could not afford to pay all the ticket fines and extra charges at once. I was attending school full-time and did not have any income at that time.

20. I tried to get a payment plan from the BTVA, but they refused to provide me with one or accept any partial payments.

21. Because my only option was to pay the amount in full, I could not pay the fines and fees at all. The NYS Department of Motor Vehicles suspended my learner's permit as a result.

22. I graduated from school in May 2017 and got a job as a medical assistant in Williamsville, NY, which was approximately a 20-minute drive each way. Because I could not drive myself, I had to rely on my fiancé to drive me to and from work daily.

23. In February 2018, I was able to get my learner's permit reinstated after using my tax refund to pay off my traffic tickets and surcharges. Because I had to pay for these tickets and extra charges, I was unable to use that money for other things that I needed, like necessities for my kids and getting my car fixed.

24. Around Summer 2022, I obtained my driver's license, which is still valid today.

25. I drive regularly in the City of Buffalo and plan to continue to do so.

26. I am still afraid of the BPD's traffic enforcement. Even though Checkpoints have not happened in a while, I still avoid going down Leslie Avenue because I am anxious about what I will find turning onto that street. I feel like my experiences there traumatized me. I believe that at any point, the BPD could begin setting up Checkpoints on the East Side and targeting Black drivers again.

Dated: April 15, 2025

Jasmine Evans