UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST, *et al.*,
individually and on behalf of a class of all others
similarly situated,

        Plaintiffs,

v.

CITY OF BUFFALO, N.Y., *et al.*,

        Defendants.

No. 1:18-cv-00719-CCR

## DECLARATION OF SHIRLEY SARMIENTO

Shirley Sarmiento declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. I am Shirley Sarmiento, a 78-year-old Black woman. I am one of the Plaintiffs in this action.

2. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

3. I am a life-long resident of Buffalo.

4. I have been retired for over a decade, and Social Security is my only income. Before I retired, I worked as a social worker for the Learning Disabilities Association.

5. I live in downtown Buffalo in the Marine Drive Apartments, which is a Buffalo Municipal Housing Authority ("BMHA") property. I have lived there for over forty years.

6. But while driving through Buffalo's East Side, as I routinely did to visit my family, friends, and participate in community activities, I witnessed the Buffalo Police Department ("BPD") operating Checkpoints on two occasions, once as a driver and once as a passenger.

7. I saw the Checkpoints as a burden and an unnecessary interruption to my day. When I observed those Checkpoints, I would reroute my travel to avoid them because I didn't want to be harassed by police officers for being a Black woman. I knew I did not violate any traffic laws but still did not want to go through the Checkpoints because it felt like I would have to go through an evaluation and interview to get access to the East Side. As a long-time activist, I repeatedly witnessed BPD officers harassing young Black men and women on the streets on the East Side and did not want to be on the receiving end of that harassment.

8. I believe the Checkpoints were a form of racial discrimination. I knew the BPD was discriminating against Black people, and it made me feel horrible. I never heard of or saw white people in the lines of cars waiting to go through the Checkpoints that I observed. However, on those two occasions, I was able to see Black people sitting in their vehicles waiting to get through the Checkpoints. Seeing the heavy police presence on the East Side made me feel like the Black community was being watched and monitored. It did not make me feel safer. It feels like they placed all these Checkpoints on the East Side of Buffalo to take money from Black people. I traveled all over Buffalo and never saw Checkpoints in predominantly white neighborhoods.

9. I don't know anyone on the East Side who supported the Checkpoints. Instead, when I spoke with community members about the Checkpoints, they shared feeling harassed by police in their own community.

10. While I did not receive any traffic tickets from Checkpoints, I did experience excessive ticketing while parked at my place of residence.

11. BMHA has a private parking lot that is restricted to residents only. It requires residents to have parking permits for overnight parking. I have maintained a valid parking permit, allowing me to park my car in the Marine Drive Apartments parking lot overnight.

12. I routinely have my car inspected. In the past, when it failed an inspection and I did not have the money to pay for repairs, I kept my car parked in the BMHA parking lot until I had enough money to pay for the repairs. At the time, I believed that because the parking lot is private property and not accessible to anyone who was not a resident, BPD officers were not allowed to issue traffic tickets on the premises.

13. Over a four-year period, I received several tickets for having an expired inspection sticker while my vehicle was parked overnight in the BMHA parking lot with a valid parking permit. Specifically, I received tickets on or around:

   a. November 5, 2016
   b. November 11, 2016
   c. November 12, 2016
   d. January 5, 2017
   e. March 2018
   f. March 2019

14. In March 2018, I found two tickets for the same expired inspection violation on my car with the same wording. I did not understand why I was receiving two tickets for the same offense. I paid $80 to resolve these two tickets.

15. In March 2019, I woke up to find another ticket for having an expired inspection on my car. I paid $40 to resolve this ticket.

16. I paid at least $310 in total to resolve the other tickets I received for the same offense. Because my only income was social security, paying for each of these tickets prevented me from saving the money needed to repair my car which then caused me to get more tickets. It felt like a never-ending cycle.

17. I believed that the constant ticketing I experienced as a BHMA resident was discriminatory because it was another way that the BPD tried to get money from the Black residents in Buffalo.

18. When I went to BTVA traffic court, I only saw Black people, which is another observation that made me feel that the City was discriminating against Black people and only targeting our communities for traffic stops and enforcement. I believe that BPD's excessive ticketing at Checkpoints and during regular traffic patrols was a tactic used to make money for the City.

19. The excessive tickets I received forced me to park my car overnight at a friend's garage.

20. I still have a valid driver's license.

21. Until there are reforms, there is nothing stopping the BDP from restarting Checkpoints on the East Side again and continuing to target Black people for traffic and parking enforcement.

Dated: April 15, 2025

Shirley Sarmiento