UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST, *et al.*,
individually and on behalf of a class of all others
similarly situated,

                Plaintiffs,

v.

CITY OF BUFFALO, N.Y., *et al.*,

                Defendants.

No. 1:18-cv-00719-CCR

---

## DECLARATION OF DELWANDA GARLAND

Delwanda Garland declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. I am Delwanda Garland, a 50-year-old Black woman. I am one of the Witnesses in this action.

2. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

3. I currently work at METZ.

4. I am a resident of Buffalo, where I have lived for most of my life. Before Buffalo's checkpoint program was disbanded in 2017, checkpoints were a regular part of my life. I encountered one almost every day while living on the East Side of Buffalo. I believe that BPD officers only targeted Black people at checkpoints to ticket and make money off them.

5. On August 9, 2014, while waiting for a checkpoint stop at the intersection of Genesse Street and Good Year on the East Side of Buffalo, I was on the speakerphone with my

nephew. I eventually arrived at the first checkpoint stop, where I encountered multiple officers and lieutenants.

6.  An officer approached me on my driver's side and asked me to roll my windows down and to get off the phone. I cracked my window open a little and asked him if there was a problem. In response, the officer told me that he did not like my attitude and told me to pull over to the side of the road. He then proceeded to walk back to his patrol vehicle.

7.  I waited for over an hour in my car before he came back and issued me two unjustified tickets for "unsafe starting" when I pulled over to the checkpoint and for loud music. However, I was not playing any music at the time.

8.  The officer told me that I was being rude, obnoxious, and disrespectful and that I had to show proper deference to his authority. I responded that this has nothing to do with the checkpoint, especially given that I was compliant and did not get upset at him. My license and registration were also in order and valid.

9.  That said, I felt surprised at how I was treated. Because the officer was a white man and treated me like I was beneath him, I sensed that his behavior was racially motivated.

10. Within an hour of my checkpoint encounter, I went downtown to the BPD headquarters to file a complaint about the incident. The officer who took my complaint listened to what I had to say and told me that she did not understand why the officer ticketed me for "unsafe starting."

11. While she told me that someone would investigate my concerns, I am not satisfied with the outcome of the investigation and am not aware that the officers involved were disciplined. As a result, I continue to feel on edge and nervous while driving on the East Side.

12. The Internal Affairs complaint process failed to address my concerns about the unjustified and discriminatory experience at the checkpoint.

Dated: April 28, 2025

*Delwanda Garland* (signature)

[Delwanda Garland]