UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BUFFALO, N.Y., *et al.*,<br><br>Defendants. | No. 1:18-cv-00719-CCR |

### DECLARATION OF STANLEY CLYBURN

Stanley Clyburn declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. I am Stanley Clyburn, a 71-year-old Black man. I am one of the Witnesses in this action.

2. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

3. I am a resident of Cheektowaga, New York, which is a suburb of Buffalo.

4. I am currently retired.

5. On May 28, 2015, BPD officers Richard Hy and Bradford Pitts stopped me at the intersection of Walden Avenue and Bailey Avenue while I was driving my wife's vehicle with my wife's friend in the passenger seat. I needed a skull cap for my new hairstyle, which I could only get in Buffalo.

6. At the time, I had been recovering from a major back surgery that I received six weeks earlier.

7. On my way to the intersection after my wife's friend asked me to drop her off there, a BPD patrol vehicle passed me. I made eye contact with the officers in the car.

8. When I made a left turn towards Walden Avenue, I saw police sirens abruptly go off behind me.

9. I pulled over, and Officer Hy approached me and told me they stopped me because I had an air freshener hanging from my mirror.

10. Shortly after he approached me, he asked me to exit the vehicle. I complied.

11. Officer Hy then yelled, "Open your mouth! Open your fucking mouth before I open it for you!" He thought that I used crack or cocaine, but I have never sold or done any drugs. The officers spoke to me in a demeaning and aggressive manner throughout the stop, which made me feel extremely anxious.

12. Officer Hy then handcuffed me and put me in the back of the patrol vehicle with Officer Pitts, slamming me into the car in the process. He then searched the car, which belonged to my wife, without legal grounds or my consent.

13. The officers impounded my wife's car but never gave me a reason for doing so. While my license was suspended at the time, they did not give me a chance to call my wife to tell her to come get the vehicle and avoid an unnecessary impound. I was forced to pay $120 to retrieve the vehicle from the tow pound.

14. I was detained for an hour in the back of the patrol vehicle before the officers drove me downtown to file charges against me, which included patronizing a prostitute, criminal possession of a controlled substance, and false personification. The judge dropped these charges and charged me with disorderly conduct instead, which I pled guilty to. I also

paid a $30 fine for this charge. They never gave me a reason for handcuffing and arresting me. I spent the night in jail and was in pain the entire time.

15. My wife's friend, who was also arrested, had warrants out for her, but I did not know this at the time. I did not have any warrants out for me, so I felt targeted and treated like a criminal for unjustified reasons.

16. The officers did not care that I just had major back surgery. I was 61 years old at the time and just three years out from a major car accident, so being met with such aggression and lack of consideration for my well-being was especially harmful. I felt disrespected and violated.

17. While I had a skilled attorney to help get me out of jail, the charges filed against me were confusing because I had done nothing to warrant them.

18. I went to the BPD Headquarters afterward to file a complaint about this encounter, and a Black female lieutenant came downstairs to meet me. I filled out a complaint form, and the lieutenant told me that someone would get back to me after they investigated my complaint.

19. However, I am not satisfied with the outcome of my complaint and with the way the BPD handled the complaint process.

20. I maintain that I was not a threat to Officers Hy and Pitts during this traffic stop. I believe that if I was a white man, they would not have pulled me over and arrested me that day.

21. Officers Hy and Pitts violated my civil rights on the day they pulled me over. They felt the need to use excessive force and aggression against me because I am a tall Black man, and they would not have treated an old white man that just had back surgery in the same

way. They assumed I was using drugs for no reason, which I felt was only because of my race. I continue to feel nervous and unsafe whenever a police car is near me on the road.

22. Black motorists remain in fear for our lives while driving in Buffalo because the police are so violent and aggressive. As a result, we suffer from post-traumatic stress disorder around BPD officers.

Dated: April 25, 2025

Stanley Clyburn