UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST, *et al.*,
individually and on behalf of a class of all others
similarly situated,

Plaintiffs,

v.

CITY OF BUFFALO, N.Y., *et al.*,

Defendants.

No. 1:18-cv-00719-CCR

---

## **DECLARATION OF TALISHA DAVIS**

Talisha Davis declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. I am Talisha Davis, a 29-year-old Black woman. I am one of the Witnesses in this action.

2. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

3. I lived in Buffalo, New York my whole life until moving to Ohio in October 2021. I currently live in Virginia.

4. While visiting my father-in-law on Warwick Avenue on the East Side of Buffalo on September 11, 2022 with my husband and four-year-old child, I was pulled over multiple times in one night by Buffalo Police Department ("BPD") officers.

5. While on my way to get food at Mandella Market on Jefferson Avenue, I was first pulled over at Bailey Avenue and Westminster Avenue by four or five BPD vehicles. After I passed a patrol vehicle, it made a U-turn. Two white officers surrounded my car

1

clutching their guns and demanded that I put my hands out of the window. They did not initially explain why they stopped me.

6. More police officers came, and while police officers at gunpoint surrounded my car, my four-year-old child was in the car with me. I was terrified at them having guns drawn on me and my child, especially knowing how the BPD treats Black motorists.

7. BPD officers eventually informed me that they stopped me because my car matched the description of a car that had been carjacked at gunpoint that night. The officers essentially accused me of driving a stolen vehicle. I did not think that it was possible for my car to resemble the carjacked vehicle because there were several unique factors about the car, including one Ohio license plate (Ohio requires only one license plate), tinted windows on all windows except for one, and a large dent in the front bumper.

8. The entire time, BPD officers were disrespectful towards me. They were clutching their guns throughout the incident, which terrified me. The officers said things like "We know them" and "We pulled them over before." I had never met them before.

9. Though I felt—and was clearly—scared, officers asked me in a mocking way if I was "smart" and if I "always acted like this." I felt that they were racist and were treating me this way because I was Black. I believe that I was being discriminated against for my race because of how overly aggressive the officers were from the moment they stopped me.

10. The officers also told me that they could ticket me for having my son in the front seat, even though we were only driving nearby to get food. They also told me they could ticket me for only having one license plate, even though I was only provided one license plate in Ohio.

2

11. At one point, Antwon Davis, my husband, walked up the street and told BPD officers that I was driving his car. The officers also were disrespectful towards him.

12. After some time, the officers told me that I was free to go, but they never actually told me that they had pulled over the wrong person.

13. When we left, my husband drove the car, I sat in the passenger seat, and my son was in the backseat.

14. Shortly after we left, officers began following us and flashing their lights. I then began calling the BPD precinct to complain about my experience from this stop.

15. As we continued driving to get food, another BPD vehicle drove by my vehicle and almost side swiped my vehicle around Jefferson Street and Genesee Avenue.

16. My husband and I decided to turn around and return to my father-in-law's home because we felt like we were being harassed.

17. Around ten minutes after the first stop, different officers pulled us over near Bailey Avenue and Scajaquada Street. The officers asked my husband to get out of the vehicle without any justification, but they did not search it. Soon, I saw some of the same officers arrive who were at the first stop, where we were cleared.

18. The officers went through the same process as the first traffic stop, flashing their lights the entire time. The entire stop took another half hour.

19. BPD officers continued to be disrespectful and intimidating throughout the second stop. They once again told me that my car matched the description of a car that was carjacked at gunpoint and repeated similarly disrespectful comments that the officers at the first stop did. I was scared, and my son was crying.

20. While at this stop, the BPD officer that almost side-swiped my car pulled up. He laughed and confirmed that he was in the BPD car that almost side-swiped my vehicle.

21. While I was terrified during both stops, I did not do anything because of my understanding of how unfairly the BPD has treated Black motorists.

22. After this stop, I went to the police station to file a complaint. I continued to be mistreated when I spoke to Lieutenant Michael Maritato to attempt to file a complaint at the BPD precinct later that night about my negative experience with the officers.

23. When I clearly told Lieutenant Maritato that I wanted to file a complaint, he responded, "Well, good luck. It's not going to go anywhere with me."

24. When I continued to ask for the appropriate paperwork to file a complaint, Lieutenant Maritato told me that I did not have a legitimate complaint and that he "did not know what planet [I] was on."

25. As I continued to ask for further information, he repeated that my complaint was not going to go anywhere. Instead of helping me, he went out to my car and tried to tell me that things were wrong and that I was lucky I was only being ticketed.

26. I was upset after being mistreated again by another officer and went home. He called me later that night in the middle of the night and finally told me I could file the complaint.

27. Frustrated with this conversation, I visited the Internal Affairs Division ("IAD") to file my complaint. I waited weeks for someone to contact me to talk about the incidents.

28. The person who spoke to me on the phone told me that the officers who accused me of driving a stolen vehicle had done nothing wrong because they were investigating a call that was made to them. This person also told me that I would receive documents in the

4

mail in three weeks, but I never received anything or heard back about the outcome of my complaint.

29. Both during the multiple traffic stops and in my attempts to file a complaint, I felt disrespected and discriminated against by the BPD because I am a Black woman. I do not believe a white person would have been treated with the same condescension and harassment.

30. This experience has made me terrified to return to Buffalo, even though we have family there. I feel I could be harassed by the BPD again because of the way that the officers look at me and Black people as animals and criminals. The officers were clutching their guns, talked down to us, mocked us, and held us, even though there were officers at the stop that were at the first stop where we were cleared. It is inappropriate and racist behavior, and it makes me feel unsafe to return to Buffalo to see our family.

Dated: May 20, 2025

Talisha Davis

5