UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST, *et al.*,
individually and on behalf of a class of all others
similarly situated,

Plaintiffs,

v.

CITY OF BUFFALO, N.Y., *et al.*,

Defendants.

No. 1:18-cv-00719-CCR

---

## DECLARATION OF TANIKA LUCAS

Tanika Lucas declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. I am Tanika Lucas, a 42-year-old Black woman. I am one of the Witnesses in this action.

2. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

3. I currently work as work at The Grand Rehab and attend school.

4. I am a resident of Buffalo, where I have lived my entire life. I have seen firsthand how Buffalo police officers are openly racist, and how they target and mistreat Black motorists.

5. On April 9, 2017, my child's father drove my car down Delavan Avenue in Buffalo's E district while I was in the passenger seat. I was six weeks pregnant at the time. I asked my child's father to drive because I don't like to drive.

6. We noticed a BPD patrol vehicle ahead of us at the intersection of Parkridge and Kensington that looked parked with its lights turned off. We drove past the vehicle when

two officers, Lieutenant Mark Cyrek and Sergeant Peach, turned on their sirens and started approaching our car, for no apparent reason.

7. My child's father, scared that the officers would come after him, drove off. Several officers who eventually arrived at the scene then started to chase us in their patrol vehicle for around ten minutes. When we arrived at the intersection of Delavan Avenue and Schuley Street, my child's father got out of the car and started running because he was sure that the officers would try to beat him up. The officers who were following us saw him jump out of the car.

8. My car was still in motion, so I jumped into the driver's seat to pull the car over to a curb, which I did as soon as I was in control of the car. When I pulled over, the officer who was driving, Lieutenant Cyrek, approached the car with his gun drawn.

9. Lieutenant Cyrek approached the passenger side of the vehicle and broke my window and windshield, likely with his gun. I was frightened and thought he was going to shoot me.

10. Another officer, Timothy Perot, approached the driver's side, opened the car door, leaped into the car, and began punching me in my face. Lieutenant Cyrek tore my car up badly, opened and broke my glove box, and took my papers and threw them on the ground. There was a total of five officers at this point who beat me up, and they were all white men. Sergeant Peach stood by and watched this assault take place.

11. The officers dragged me out of the car by my legs, kicked me in my back, and punched me in my face. They called me the "nigger", "bitch," "dumb cunt," "retard," and other obscenities, which upset and scared me. Lieutenant Cyrek was the main officer verbally abusing me. He looked like he was going to hit me again and kept balling his fist up at me that evening.

12. An ambulance arrived to assist me, but the officers told the paramedics that nothing was wrong with me, so they left, and I did not receive proper medical treatment. My lip was split from the altercation, and the officers prevented me from getting stitches.

13. The officers then arrested me and took me to Central Booking where I received medical treatment. They charged me with resisting arrest and evading law enforcement, even though I complied with all of their commands. Both charges were ultimately dismissed because I was not the driver, but I was still forced to spend the night in jail.

14. They also issued me a ticket for allowing an unlicensed driver to drive my car for $388. However, I maintain that none of the officers ever saw who exactly was driving my car. I went to a court hearing for the ticket, and the court ruled to dismiss the summons out of courtesy for what I went endured that day.

15. At no point did the officers give me a reason for why they pulled me over, physically assaulted me, or arrested me.

16. Throughout the night and at the holding center where I was taken to after my arrest, Lieutenant Cyrek kept harassing me and calling me "nigger bitch." He continued to be aggressive and taunted me there. He told me he would "come after me." It was shocking and terrifying.

17. This incident traumatized me because I felt like I did not deserve the mistreatment and abuse of power from officers. The BPD targets people, especially Black motorists, for unjustified and discriminatory reasons, which makes me fear for the lives of my children who are all Black boys.

18. Shortly after my arrest, I decided to file a complaint with the BPD and Internal Affairs about what happened to me. I spoke to Lieutenant Andre Lloyd at the Internal Affairs Division, but he did not address any of my concerns.

19. Lieutenant Lloyd still made an appointment to meet with me about my complaint, and I went and filed a statement. I called him a week later for an update, but he told me that if I did not have any witnesses to the incident, they were not going to investigate my complaint. They didn't try to do anything about it, and didn't care what I had to say. They said if you don't have a witness, we are not investigating it because it will be your word against theirs. That was the last time I heard from Internal Affairs about my complaint.

20. Realizing the BPD was not going to hold its officers accountable for punching me and calling me racial slurs made me feel like they didn't care at all about what I went through.

21. After the traffic stop and my arrest, Lieutenant Cyrek for six months continued to harass and degrade me in retaliation for filing my IAD complaint.

22. In addition to calling me the "nigger" and "bitch" whenever he crossed paths with me, Lieutenant Cyrek told me, "I'm going to get you," and came to my mother's house to cut the wire on my car battery so I would not be able to drive. My mother has lived in her house for more than twenty years, so BPD officers knew where she lived and knew that I was staying with her during this time. My mother also saw him and his footprints in her yard.

23. My vehicle was unusable at this point, and I could not afford to get it repaired. I had no way of getting to my work or school.

24. Being stalked and harassed by an officer all because I filed a complaint was extremely stressful and traumatizing. And because he knew where we lived, my family members and I stopped feeling safe in our own neighborhood.

25. Lieutenant Cyrek is a racist police officer, and he is widely known in Buffalo for being racist. My friends who are also police officers told me that he even uses the word "nigger" toward Black officers. In April 2024, he also called my son the "nigger." I'm not even the only person who has complained about him. Yet to this day, there's been no accountability.

26. I spoke to my father about the incident, and he told Chief Carmen Menza, his friend, about what happened to me. Chief Menza said that we were pulled over because my child's father was wearing a hoodie while driving.

27. This was corroborated by Seargent Peach two days after the traffic stop when I went to sign the papers to retrieve my vehicle.

28. I continue to drive in Buffalo and live in fear of the BPD's discriminatory actions. Many BPD officers are rude and violent towards Black people, so I try my best to stay out of their way and be cautious around them.


Dated: April 25, 2025

Tanika Lucas