UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF BUFFALO, N.Y., *et al.*,<br><br>　　　　　　　　　　Defendants. | No. 1:18-cv-00719-CCR |

### **DECLARATION OF TANIQUA SIMMONS**

Taniqua Simmons declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. I am Taniqua Simmons, a 50-year-old Black woman and mother of seven. I am one of the Plaintiffs in this action.

2. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

3. The Checkpoints made it very burdensome for Black motorists to travel. As a Buffalo resident living in a Black community near the East Side of Buffalo, I could not avoid passing through Checkpoints as I went about my daily life. The BPD frequently set up Checkpoints on one-way streets that I needed to use in order to leave or go home, visit friends and family, or go to work and to local businesses that I frequent. I also regularly encountered Checkpoints going to and from church, the grocery store, or my children's schools and daycares.

4. As a result, I have driven through and been stopped at BPD Checkpoints at least forty (40) times, including (to the best of my recollection) at these East Side locations:

　　a.　East Ferry and Grider, approximately 10-15 times;

    b.    East Ferry and Fillmore, approximately 10-15 times;

    c.    Fox and Moselle, approximately 5 times;

    d.    Bailey and East Delavan, 3 times;

    e.    Bailey and East Ferry, approximately 2-3 times;

    f.    Bailey and Scajaquada Parkway, 2 times;

    g.    33 and Cloverdale, 2 times;

    h.    Genesee and Union, 1 time.

5.    Because of my experiences going through Checkpoints so frequently on the East Side, I felt like I was living in a police state. And since the BPD also targeted the main thoroughfares in our communities, like Bailey, Genesee, Ferry, and Filmore, no Black motorists were spared.

6.    The Checkpoints were also surprising and frightening because the BPD often gave motorists no advance warning that a Checkpoint was taking place. Often there were no flashing lights on the patrol cars, and I never saw signs or flares. At best, I'd just see unexpected traffic jams, road closures, or a long line of cars.

7.    The Checkpoints were incredibly inconvenient because the BPD made them impossible to avoid, ensuring that there were always long waits. The BPD closed off nearby streets, and if you tried to change directions or turn around so you wouldn't get stuck at a Checkpoint and be late to work or dropping your kids off at school, BPD officers chased you down. So you had no choice but to wait.

8.    Sometimes I had to wait 15 to 20 minutes just to reach the front of the line and be screened by officers. There were five different times that I was stopped and questioned for 45 minutes or longer, even though most of those times I left without a ticket. It felt like a time tax.

9.    I also recall being pulled over for lengthy secondary stops by the BPD simply

because officers didn't like my answers to their questions, and sometimes for no reason at all.

10. The Checkpoints made me late for work and for appointments so often I lost count. There were doctor appointments that I missed or that got cancelled because of the Checkpoints. My job would get angry at me because I was often running late. I also remember passing through a Checkpoint one day after leaving the grocery store with popsicles for my kids and being forced to wait so long that by the time I got home, all the popsicles were melted.

11. The Checkpoints made life so inconvenient, there were times I almost was tempted to skip driving and walk places instead. It didn't feel like the BPD were protecting or serving us. Instead, it felt like because we were Black, my neighbors and I had to get the BPD's permission just to leave the house. I don't know anyone on the East Side who supported the Checkpoints; instead, we found them dehumanizing.

12. Because the Checkpoints singled out Black communities, I felt ashamed, humiliated, and racially discriminated against whenever I went through a Checkpoint. All of the motorists stopped alongside me at Checkpoints were Black. I also frequently saw Black motorists being arrested, ticketed, and having their cars towed and impounded. I also witnessed cars lining the road or filling nearby parking lots while Black motorists and their occupants waited for BPD officers to issue them tickets.

13. BPD officers also treated me and my friends and family members like criminals. Officers would ask us questions that had nothing to do with traffic safety, like "Where are you going?," "Where are you coming from?," and "What are you doing?" Officers would also peer inside my car like they were looking for something, sometimes using a flashlight. I was anxious and fearful because it always felt like I could be arrested or jailed for no reason, even when I knew I was not violating any laws.

14. I also witnessed the BPD being abusive to Black motorists at Checkpoints. I would

see the BPD snatching people out of their vehicles and forcing them to lie on the ground or attacking them and, on two or three occasions, even breaking the windows on their cars. It was terrifying, like something out of a horror movie. Seeing other Black people get brutalized by the BPD in this way made me know it could happen to me and my family too. It made me feel fear in the pit of my stomach any time I drove, even if I wasn't doing anything wrong.

15. Since I knew that White motorists were not being targeted and stopped at Checkpoints or treated in this way, I felt terrorized and like I was less than because of my race.

16. The Checkpoints also felt inefficient and pointless: although I passed through Checkpoints at least forty different times, my passengers and I only received tickets on two occasions. All of the other times, BPD officers let us go without a ticket, but only after stopping and questioning us for a prolonged period.

17. The Checkpoints were so burdensome on Black motorists, both in terms of the police harassment and all the time lost, we banded together to create a Facebook group where we could share information about where Checkpoints were located so we could try to avoid them. However, once Black motorists did that, the BPD adapted their strategies and began a system of "rolling checkpoints" that moved around practically every 15 minutes.

18. Once that practice began, there were countless times that I ran into Checkpoints multiple times a day. For instance, there were times I passed through a Checkpoint going to the grocery store, then passed through another Checkpoint leaving the grocery store on my way home or going to the bank. As a result, sometimes I passed through two to three checkpoints in a single day. This felt tyrannical and racist, because whenever I drove through White neighborhoods, Checkpoints were nowhere to be found.

19. Because the Checkpoints were so discriminatory and arbitrary, I started complaining about them publicly. I complained about the Checkpoints at Buffalo Common

4

Council meetings. I went before the Community Oversight Committee and testified that the Checkpoints were discriminatory and made me and my friends and family members feel like we were living in a police state.

20. In June 2016, I even complained about the Checkpoints to Mayor Byron Brown at a Father's Day event. I told him that the Checkpoints were unfair and discriminatory since 95% of Checkpoints took place on the East Side of Buffalo, which is a Black neighborhood. Mayor Brown responded by saying that the Checkpoints were "all over the city," even though I know that wasn't true. He also said he would "look into it." But I continued passing through East Side Checkpoints for another full year.

21. However, because so many Black community members complained about the Checkpoints being discriminatory, the BPD began placing them in other neighborhoods in 2017 just to make our concerns seem unfounded.

22. I still live in Buffalo, drive on the East Side, and will continue to do so.

23. Although the BPD paused the Checkpoint Program after legal action was threatened, I know the BPD Checkpoints can restart at any time. That's why this lawsuit is so important to me. No one should have to feel the fear and shame I've felt driving in Buffalo while Black.

Dated:   April 5, 2025

_____
Taniqua Simmons