UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,

        Plaintiffs,

   v.

CITY OF BUFFALO, N.Y., *et al.*,

        Defendants.

No. 1:18-cv-00719-CCR

## DECLARATION OF MICHAEL TAYLOR

Michael Taylor declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. My name is Michael Taylor and I am a 37-year-old Black man. I am a witness in this action.

2. I am currently employed as a Personal Care Assistant.

3. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

4. I have lived in Buffalo for 28 years. I reside in the Kenfield housing development, which is on the East Side of Buffalo and run by the Buffalo Municipal Housing Authority.

5. Based on my experiences with the Buffalo Police Department ("BPD") as a Black motorist, I would describe officer conduct as racist, arbitrary, and brutal.

6. I frequently encounter BPD officers in the housing development where I have resided for 9 years, where most residents are Black or Latino. I have routinely experienced and observed officers being rude, nasty, and mean to residents, and harassing them.

7. I have also been stopped by the police at traffic stops, including on December 11, 2018, when I was pulled over by BPD Housing Unit Officer Justin Tedesco. He had also stopped me on at least two previous occasions.

8. Officer Tedesco began following me after I pulled out from a gas station on Bailey Avenue on Buffalo's East Side. He followed me for several minutes even though I was doing nothing wrong, which made me feel nervous and drive with extra caution. Then he activated his lights and pulled me over.

9. After I came to a stop, Officer Tedesco approached my vehicle with his hand on his gun and asked for my license.

10. Prior to his approach, I did not unbuckle my seatbelt or reach for anything in the car because I was afraid of how movement would be perceived.

11. I unbuckled my seatbelt only after he asked for my license in order to retrieve it from my back pocket.

12. Officer Tedesco did not identify himself but instructed me to exit. He also instructed my female passenger, who was also Black to exit.

13. When I declined to exit the car, explaining that I felt I had not done anything wrong, Officer Tedesco threatened to impound my vehicle.

14. In response to this threat, I complied and exited. Throughout the entire traffic stop, I perceived Officer Tedesco to be rude and demeaning.

15. Once I was standing outside of my car, I asked why I had been pulled over and why I was asked to exit the vehicle. Officer Tedesco informed me that I was pulled over for not having my headlights on. He issued me a citation for this offense.

16. I knew this to be incorrect, as my vehicle has automatic headlights that are activated while driving.

17. Officer Tedesco also issued me a citation for not wearing a seatbelt.

18. I was, in fact, wearing my seatbelt while driving and had only removed it while seated inside the car, after Officer Tedesco requested my license.

19. While still standing outside the car, I attempted to explain to Officer Tedesco that neither the stop nor the citation had a valid factual basis.

20. Officer Tedesco interrupted me, instructed me to take the tickets, and said "have a good day, boy."

21. Since Officer Tedesco is white and I am Black, and I understood his use of the word "boy" to be offensive, racially coded language.

22. Based on the facts that clearly contradict Officer Tedesco's alleged reasons for the stop, I understood this traffic stop and the resulting citations to be unlawful. I perceived that I was being unjustifiably targeted because of my race, including because of the racist statement Tedesco made.

23. I estimate that the stop lasted between 10 and 15 minutes.

24. I filed a formal complaint against Officer Tedesco with the Internal Affairs Department on or around December 14, 2018.

25. While the BPD officer to whom I reported indicated that someone would get back to me, I never received any follow-up communication about this complaint from the BPD.

26. The traffic stop and having my formal complaint to the BPD get ignored took an emotional toll on me. It further undermined my confidence in the Buffalo police because I knew

they would not hold themselves accountable, and I perceived that I would continue to be treated disparately on the basis of my race.

27. Because I understood the citations to be unlawful, I also went to traffic court to challenge the tickets. Officer Tedesco did not appear in traffic court.

28. I shared some of the details of the stop with the traffic court judge, including that there was no factual basis for the stop and that Officer Tedesco used racist language. The judge did not make any remarks about this but did throw the tickets out.

29. On another occasion in 2019, I was pulled over by another BPD housing police officer near the intersection of Berwyn Avenue and Bailey Avenue after he followed me for several blocks. This was near the Kenfield housing development on Buffalo's East Side.

30. I was nervous about being followed by a police car and drove carefully.

31. After the officer pulled me over, he informed me that I had not indicated with my left turn signal. This was not correct.

32. I gave the officer my license and registration. He went to his police cruiser and came back with flashlight, which he shone into my car.

33. The officer saw a pack of Seneca cigarettes in the center of my console, which I had purchased on Towanda Seneca Nation reservation land. The officer informed me that the cigarettes were illegal.

34. I told the officer that they were not illegal and opened the pack to show him that there was no contraband inside. He instructed me to get out of the car so that he could search my vehicle.

35. My younger brother, Antwan Taylor, was also in the car and was also instructed to exit. He was around 24-years-old at the time.

36. When I refused to consent to a search of my vehicle or to get out of the car, the officer threatened to break the windows of my car and to impound it.

37. The officer then radioed for backup. He continued to threaten to break the windows and impound the car while he waited for additional police cars to arrive.

38. My little brother encouraged me to comply. He was extremely frightened about what the police officers might do because of the officer's threats and because of our repeated negative encounters with the BPD.

39. My brother and I exited the car after additional police cars arrived. I then consented to the search out of fear. Several officers began to search the vehicle.

40. I called my sister, who was nearby, to let her know what was happening. One of the officers then handcuffed both my brother and me and put us in the back seat of a police cruiser.

41. My sister arrived on the scene and advised the police officers that she would not leave until my brother and I were released. The officers eventually terminated the search and released us.

42. After we were released from the police car, the officer who pulled me over said something about how we were "not leaving with nothing." He issued me several citations. I do not recall the total cost of the tickets.

43. I recall that one of the officers on the scene was Officer Thomas.

44. I lodged another complaint against the BPD's IAD immediately after this encounter. I shared my distress, underscoring that I am a law-abiding citizen who does not sell drugs, and whose tax dollars pay the BPD for my protection. I felt that the officer was making racist assumptions and presumed that we were engaging in criminal activity because we are

Black men who live on Buffalo's East Side. I explained this in my complaint to the IAD. In addition to the racially motivated nature of both stops, I also feel that the BPD have specifically targeted and harassed my little brother, and this is the other reason we were stopped. We did not do anything to warrant that treatment.

45. Once again, the BPD officer to whom I reported indicated that someone would get back to me, but no one ever contacted me.

46. I, once again, went to traffic court to challenge the tickets I received on this occasion. The officer did not appear and they were dismissed.

47. Because of my repeated encounters with the housing police, I worry that I will be stopped every time I leave my home on the East Side. I continue to be afraid that the BPD will target me because of my race and because of where I live.

48. I am vigilant about ensuring that my license and registrations are current, but I fear that officers will manufacture reasons to stop me.

49. I am frustrated that there is no transparency about the disciplinary process or accountability for BPD members such as Officer Tedesco.

Dated: May 27, 2025

Michael Taylor