UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST by and through MARIELLE SHAVONNE SMITH and CHARIS HUMPHREY on behalf of its members; SHAKETA REDDEN; DORETHEA FRANKLIN; TANIQUA SIMMONS; DE'JON HALL; JOSEPH BONDS; CHARLES PALMER; SHIRLEY SARMIENTO; EBONY YELDON; and JASMINE EVANS, individually and on behalf of a class of all others similarly situated, | : : : : : : : : : : : Case No.: 1:18-cv-00719-CCR : |
| Plaintiffs, | : : |
| v. | : ECF Case : : |
| CITY OF BUFFALO, NY; BYRON B. BROWN, Mayor of the City of Buffalo, in his individual and official capacities; BYRON C. LOCKWOOD, Commissioner of the Buffalo Police Department, in his individual and official capacities; DANIEL DERENDA, former Commissioner of the Buffalo Police Department, in his individual capacity; AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI, ROBBIN THOMAS, UNKNOWN SUPERVISORY PERSONNEL 1-10, UNKNOWN OFFICERS 1-20, each officers of the Buffalo Police Department, in their individual capacities, | : : : : : : : : : : : : : : : : : |
| Defendants. | : : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**SECOND DECLARATION OF ANDREW J. TIMMICK IN OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Andrew J. Timmick, declare as follows:

1. I attach as **Exhibit 351** a true and correct copy of the document produced as COB-Hodgson_0044983.

2. I attach as **Exhibit 352** a true and correct copy of the document produced as COB-Hodgson_0053434.

3. I attach as **Exhibit 353** a true and correct copy of Hawkins' Proposed Amended Complaint dated January 22, 2025.

4. I attach as **Exhibit 354** a true and correct copy of the document produced as COB-Hodgson_0045080.

5. I attach as **Exhibit 355** a true and correct copy of the December 28, 2021 Buffalo Common Council Regular Meeting Public Minutes.

6. I attach as **Exhibit 356** a true and correct copy of the May 11, 2021 Buffalo Common Council Regular Meeting Public Minutes.

7. I attach as **Exhibit 357** a true and correct copy of the document produced as PLAINTIFFS_GENERIC-00025905.

8. I attach as **Exhibit 358** a true and correct copy of the document produced as COB041169.

9. I attach as **Exhibit 359** a true and correct copy of the document produced as COB041108.

10. I attach as **Exhibit 360** a true and correct copy of the document produced as COB041345.

11. I attach as **Exhibit 361** a true and correct copy of the document produced as COB041179.

12. I attach as **Exhibit 362** a true and correct copy of the document produced as COB041128.

13. I attach as **Exhibit 363** a true and correct copy of the document produced as COB-Hodgson_0018249.

14. I attach as **Exhibit 364** a true and correct copy of the document produced as COB-Hodgson_0018241.

15. I attach as **Exhibit 365** a true and correct copy of the document produced as COB041094.

16. I attach as **Exhibit 366** a true and correct copy of the document produced as COB041177.

17. I attach as **Exhibit 367** a true and correct copy of the document produced as COB041311.

18. I attach as **Exhibit 368** a true and correct copy of the document produced as COB041220.

19. I attach as **Exhibit 369** a true and correct copy of the document produced as COB041217.

20. I attach as **Exhibit 370** a true and correct copy of the document produced as COB075351.

21. I attach as **Exhibit 371** a true and correct copy of the document produced as COB041226.

22. I attach as **Exhibit 372** a true and correct copy of the document produced as COB041202.

23. I attach as **Exhibit 373** a true and correct copy of the document produced as COB041175.

24. I attach as **Exhibit 374** a true and correct copy of the document produced as COB012178.

25. I attach as **Exhibit 375** a true and correct copy of the document produced as COB041166.

26. I attach as **Exhibit 376** a true and correct copy of the document produced as COB-Hodgson_0018257.

27. I attach as **Exhibit 377** a true and correct copy of the document produced as COB041136.

28. I attach as **Exhibit 378** a true and correct copy of the document produced as COB041141.

29. I attach as **Exhibit 379** a true and correct copy of the document produced as COB012710.

30. I attach as **Exhibit 380** a true and correct copy of the document produced as COB429220.

31. I attach as **Exhibit 381** a true and correct copy of the document produced as COB-Hodgson_0054878.

32. I attach as **Exhibit 382** a true and correct copy of the document produced as COB075351.

33. I attach as **Exhibit 383** a true and correct copy of the document produced as COB214284.

34. I attach as **Exhibit 384** a true and correct copy of the document produced as PLAINTIFFS_GENERIC-00004583.

35. I attach as **Exhibit 385** a true and correct copy of the document produced as COB016023.

36. I attach as **Exhibit 386** a true and correct copy of the document produced as COB015968.

37. I attach as **Exhibit 387** a true and correct copy of E. Sapong *Community groups look for ways to fill void left by loss of Macker basketball tourney* (June 1, 2015).

38. I attach as **Exhibit 388** a true and correct copy of the document produced as COB463230.

39. I attach as **Exhibit 389** a true and correct copy of the document produced as COB341331.

40. I attach as **Exhibit 390** a true and correct copy of the document produced as COB344045.

41. I attach as **Exhibit 391** a true and correct copy of the document produced as COB340458.

42. I attach as **Exhibit 392** a true and correct copy of the document produced as COB340459.

43. I attach as **Exhibit 393** a true and correct copy of the document produced as COB221459.

44. I attach as **Exhibit 394** a true and correct copy of L. Peters *Are Buffalo Police Check Points Targeting the East Side?* (June 23, 2017).

45. I attach as **Exhibit 395** a true and correct copy of K. Dudzik *Buffalo Mayor answers questions about traffic checkpoints* (July 28, 2017).

46. I attach as **Exhibit 396** a true and correct copy of K. Dudzik *Getting answers about BPD checkpoints* (July 25, 2017).

47. I attach as **Exhibit 397** a true and correct copy of Exhibit 11 from the August 10, 2023 deposition of Byron Lockwood.

48. I attach as **Exhibit 398** a true and correct copy of video of local news coverage regarding checkpoints on Buffalo's East Side.

49. I attach as **Exhibit 399** a true and correct copy of Video footage from September 6, 2017 Democratic primary debate for Buffalo's mayor.

50. I attach as **Exhibit 400** a true and correct copy of the document produced as COB060587.

51. I attach as **Exhibit 401** a true and correct copy of the document produced as COB278537.

52. I attach as **Exhibit 402** a true and correct copy of WIVB *Buffalo Common Council president calling for greater transparency about traffic stops*.

53. I attach as **Exhibit 403** a true and correct copy of Declaration of Edward P. Krugman dated May 29, 2024.

54. I attach as **Exhibit 404** a true and correct copy of the document produced as COB197376.

55. I attach as **Exhibit 405** a true and correct copy of the document produced as COB016263.

56. I attach as **Exhibit 406** a true and correct copy of the document produced as COB053610.

57. I attach as **Exhibit 407** a true and correct copy of the document produced as COB634588.

58. I attach as **Exhibit 408** a true and correct copy of the document produced as PLAINTIFFS_GENERIC-00025469.

59. I attach as **Exhibit 409** a true and correct copy of the document produced as PLAINTIFFS_GENERIC-00025833.

60. I attach as **Exhibit 410** a true and correct copy of the document produced as COB277649.

61. I attach as **Exhibit 411** a true and correct copy of the document produced as COB022393.

62. I attach as **Exhibit 412** a true and correct copy of the document produced as COB059976.

63. I attach as **Exhibit 413** a true and correct copy of the document produced as COB022393.

64. I attach as **Exhibit 414** a true and correct copy of the document produced as COB022392.

65. I attach as **Exhibit 415** a true and correct copy of the document produced as COB443724.

66. I attach as **Exhibit 416** a true and correct copy of the document produced as COB218784.

67. I attach as **Exhibit 417** a true and correct copy of the document produced as COB-Hodgson_0043549.

68. I attach as **Exhibit 418** a true and correct copy of the document produced as COB343327.

69. I attach as **Exhibit 419** a true and correct copy of the document produced as COB-Hodgson_0032900.

70. I attach as **Exhibit 420** a true and correct copy of the document produced as COB-Hodgson_0038359.

71. I attach as **Exhibit 421** a true and correct copy of the document produced as COB637218.

72. I attach as **Exhibit 422** a true and correct copy of the document produced as COB637324.

73. I attach as **Exhibit 423** a true and correct copy of the document produced as COB-Hodgson_0050663.

74. I attach as **Exhibit 424** a true and correct copy of the document produced as COB476483.

75. I attach as **Exhibit 425** a true and correct copy of the document produced as COB476484.

76. I attach as **Exhibit 426** a true and correct copy of the document produced as COB667932.

77. I attach as **Exhibit 427** a true and correct copy of the document produced as COB346078.

78. I attach as **Exhibit 428** a true and correct copy of the document produced as COB346083.

79. I attach as **Exhibit 429** a true and correct copy of the document produced as COB455406.

80. I attach as **Exhibit 430** a true and correct copy of the document produced as COB475317.

81. I attach as **Exhibit 431** a true and correct copy of the document produced as COB476573.

82. I attach as **Exhibit 432** a true and correct copy of the document produced as COB562205.

83. I attach as **Exhibit 433** a true and correct copy of the document produced as COB634262.

84. I attach as **Exhibit 434** a true and correct copy of the document produced as COB426093.

85. I attach as **Exhibit 435** a true and correct copy of the document produced as COB-Hodgson_0044724.

86. I attach as **Exhibit 436** a true and correct copy of the document produced as COB-Hodgson_0042023.

87. I attach as **Exhibit 437** a true and correct copy of the document produced as COB-Hodgson_0036646.

88. I attach as **Exhibit 438** a true and correct copy of the document produced as COB446798.

89. I attach as **Exhibit 439** a true and correct copy of the document produced as COB020657.

90. I attach as **Exhibit 440** a true and correct copy of the document produced as COB020660.

91. I attach as **Exhibit 441** a true and correct copy of the document produced as COB081231.

92. I attach as **Exhibit 442** a true and correct copy of the document produced as COB417162.

93. I attach as **Exhibit 443** a true and correct copy of the document produced as COB417160.

94. I attach as **Exhibit 444** a true and correct copy of the document produced as COB410609.

95. I attach as **Exhibit 445** a true and correct copy of the document produced as COB_Hodgson_0013266.

96. I attach as **Exhibit 446** a true and correct copy of the document produced as COB-Hodgson_0031531.

97. I attach as **Exhibit 447** a true and correct copy of the document produced as COB011125.

98. I attach as **Exhibit 448** a true and correct copy of the document produced as COB424419.

99. I attach as **Exhibit 449** a true and correct copy of the document produced as COB-Hodgson_0031620.

100. I attach as **Exhibit 450** a true and correct copy of the document produced as COB-Hodgson_03857.

101. I attach as **Exhibit 451** a true and correct copy of the document produced as COB010539.

102. I attach as **Exhibit 452** a true and correct copy of the document produced as COB-Hodgson_0054983.

103. I attach as **Exhibit 453** a true and correct copy of Bruce C. McNeil's Complaint dated June 24, 2020.

104. I attach as **Exhibit 454** a true and correct copy of McNeil v. City of Buffalo, 20-CV-0998V(Sr), 2023 WL 2574954 (W.D.N.Y. February 24, 2023).

105. I attach as **Exhibit 455** a true and correct copy of the document produced as COB668874.

106. I attach as **Exhibit 456** a true and correct copy of the document produced as COB-Hodgson_0041097.

107. I attach as **Exhibit 457** a true and correct copy of the document produced as COB-Hodgson_0041094.

108. I attach as **Exhibit 458** a true and correct copy of the document produced as COB668806.

109. I attach as **Exhibit 459** a true and correct copy of the document produced as COB_Hodgson_012922.

110. I attach as **Exhibit 460** a true and correct copy of excerpts of the transcript from the October 8, 2024 deposition of David Bjerk.

111. I attach as **Exhibit 461** a true and correct copy of the document produced as COB559954.

112. I attach as **Exhibit 462** a true and correct copy of the document produced as COB559957.

113. I attach as **Exhibit 463** a true and correct copy of the document produced as Tedesco_00260.

114. I attach as **Exhibit 464** a true and correct copy of the document produced as COB326451.

115. I attach as **Exhibit 465** a true and correct copy of the document produced as COB-Hodgson_01104.

116. I attach as **Exhibit 466** a true and correct copy of video produced as COB-Hodgson_01159.

117. I attach as **Exhibit 467** a true and correct copy of the document produced as COB-Hodgson_01214.

118. I attach as **Exhibit 468** a true and correct copy of the document produced as COB010539.

119. I attach as **Exhibit 469** a true and correct copy of the document produced as COB525080.

120. I attach as **Exhibit 470** a true and correct copy of the document produced as COB525081.

121. I attach as **Exhibit 471** a true and correct copy of the document produced as COB-Hodgson_01246-04197.

122. I attach as **Exhibit 472** a true and correct copy of the document produced as COB634200.

123. I attach as **Exhibit 473** a true and correct copy of the document produced as COB426243.

124. I attach as **Exhibit 474** a true and correct copy of the document produced as COB326548.

125. I attach as **Exhibit 475** a true and correct copy of the document produced as COB425919.

126. I attach as **Exhibit 476** a true and correct copy of the document produced as COB047185.

127. I attach as **Exhibit 477** a true and correct copy of the document produced as COB-Hodgson_0053570.

128. I attach as **Exhibit 478** a true and correct copy of the document produced as COB-Hodgson_00477.

129. I attach as **Exhibit 479** a true and correct copy of the document produced as COB010902.

130. I attach as **Exhibit 480** a true and correct copy of the document produced as COB326608.

131. I attach as **Exhibit 481** a true and correct copy of the document produced as COB014838.

132. I attach as **Exhibit 482** a true and correct copy of the document produced as COB_Hodgson_012418.

133. I attach as **Exhibit 483** a true and correct copy of the document produced as COB326480.

134. I attach as **Exhibit 484** a true and correct copy of the document produced as COB-Hodgson_03865.

135. I attach as **Exhibit 485** a true and correct copy of the document produced as COB668748.

136. I attach as **Exhibit 486** a true and correct copy of the document produced as COB_Hodgson_0013028.

137. I attach as **Exhibit 487** a true and correct copy of the document produced as COB-Hodgson_02227.

138. I attach as **Exhibit 488** a true and correct copy of the document produced as Tedesco_00371.

139. I attach as **Exhibit 489** a true and correct copy of the document produced as COB010588.

140. I attach as **Exhibit 490** a true and correct copy of the document produced as COB326606.

141. I attach as **Exhibit 491** a true and correct copy of the document produced as COB452061.

142. I attach as **Exhibit 492** a true and correct copy of the document produced as COB326477.

143. I attach as **Exhibit 493** a true and correct copy of the document produced as COB-Hodgson_0030836.

144. I attach as **Exhibit 494** a true and correct copy of the document produced as COB326504.

145. I attach as **Exhibit 495** a true and correct copy of the document produced as COB-Hodgson_0031696.

146. I attach as **Exhibit 496** a true and correct copy of the document produced as COB-Hodgson_01493.

147. I attach as **Exhibit 497** a true and correct copy of the document produced as COB219460.

148. I attach as **Exhibit 498** a true and correct copy of the document produced as COB_Hodgson_012032.

149. I attach as **Exhibit 499** a true and correct copy of the document produced as COB_Hodgson_012820.

150. I attach as **Exhibit 500** a true and correct copy of the document produced as COB-Hodgson_00966.

151. I attach as **Exhibit 501** a true and correct copy of the document produced as Miller_00339.

152. I attach as **Exhibit 502** a true and correct copy of the document produced as COB421276.

153. I attach as **Exhibit 503** a true and correct copy of the document produced as COB-Hodgson_00666.

154. I attach as **Exhibit 504** a true and correct copy of the document produced as COB042866.

155. I attach as **Exhibit 505** a true and correct copy of Quentin Suttles Affidavit dated September 19, 2024.

156. I attach as **Exhibit 506** a true and correct copy of the document produced as COB239058.

157. I attach as **Exhibit 507** a true and correct copy of the document produced as COB452059.

158. I attach as **Exhibit 508** a true and correct copy of the document produced as COB423922.

159. I attach as **Exhibit 509** a true and correct copy of the document produced as COB326410.

160. I attach as **Exhibit 510** a true and correct copy of the document produced as COB-Hodgson_01246-04197.

161. I attach as **Exhibit 511** a true and correct copy of WGRZ *Buffalo Council President says his party guests were unfairly treated by policy* (July 5, 2017).

162. I attach as **Exhibit 512** a true and correct copy of A. Vaughters *Pridgen sets off fireworks over police handling his July 4th visitors* (July 5, 2017).

163. I attach as **Exhibit 513** a true and correct copy of the document produced as COB-Hodgson_01104.

164. I attach as **Exhibit 514** a true and correct copy of the document produced as COB012083.

165. I attach as **Exhibit 515** a true and correct copy of the document produced as COB018701.

166. I attach as **Exhibit 516** a true and correct copy of Exhibit 15 from the July 18, 2023 deposition of Jared M. Domaracki.

167. I attach as **Exhibit 517** a true and correct copy of the document produced as COB042317.

168. I attach as **Exhibit 518** a true and correct copy of the document produced as COB039785.

169. I attach as **Exhibit 519** a true and correct copy of video footage from the August 07, 2017 Democratic Mayoral Debate.

170. I attach as **Exhibit 520** intentionally left blank.

171. I attach as **Exhibit 521** a true and correct copy of the Bjerk 2025 Supplemental Report, dated April 24, 2025.

172. I attach as **Exhibit 522** a true and correct copy of Exhibit 68 from the December 2021 deposition of Daniel Derenda.

173. I attach as **Exhibit 523** a true and correct copy of Buffalo Census Tract data.

174. I attach as **Exhibit 524** a true and correct copy of Aaron Besecker, *Buffalo's most issued traffic ticket is for tinted windows* (May 13, 2019).

175. I attach as **Exhibit 525** a true and correct copy of the document produced as COB-Hodgson_0031280.

176. I attach as **Exhibit 526** a true and correct copy of the document produced as COB-Hodgson_0044552.

177. I attach as **Exhibit 527** a true and correct copy of the document produced as COB-Hodgson_0044725.

178. I attach as **Exhibit 528** Intentionally Left Blank.

179. I attach as **Exhibit 529** a true and correct copy of the document produced as COB443353.

180. I attach as **Exhibit 530** a true and correct copy of the document produced as COB443364.

181. I attach as **Exhibit 531** a true and correct copy of Exhibit 5 from the September 06, 2024 Michael Palizay Deposition.

182. I attach as **Exhibit 532** a true and correct copy of the document produced as Miller_00042.

183. I attach as **Exhibit 533** a true and correct copy of the document produced as COB-Hodgson_02108.

184. I attach as **Exhibit 534** a true and correct copy of the document produced as COB012710.

185. I attach as **Exhibit 535** a true and correct copy of the document produced as COB-Hodgson_00911.

186. I attach as **Exhibit 536** a true and correct copy of the document produced as COB-Hodgson_00491.

187. I attach as **Exhibit 537** a true and correct copy of the document produced as COB-Hodgson_012428.

188. I attach as **Exhibit 538** a true and correct copy of the document produced as COB042215.

189. I attach as **Exhibit 539** a true and correct copy of the document produced as COB201041.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 30, 2025 in New York, New York.

*s/ Andrew J. Timmick*
Andrew J. Timmick (*pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Ave., Suite 4029
New York, NY  10018
212-841-1000
atimmick@cov.com

*Counsel for Plaintiffs*