# Exhibit 352

# Filed Under Seal