# EXHIBIT 354

## GENERAL RELEASE

That I, AKEEL WARD, (hereinafter RELEASOR), for and in consideration of the sum of FIVE THOUSAND AND ONE DOLLARS ($5,001.00) in U.S. funds, received from the CITY OF BUFFALO, the sufficiency of which is hereby acknowledged, releases and forever discharges the CITY OF BUFFALO, JOHN DAVIDSON, PATRICK GARRY, and/or any official, employee, officer, or agent, either past or present, of the City of Buffalo, or any agency and/or department thereof (hereinafter RELEASEES), from all suits, claims, actions, proceedings, disputes, causes of action, injuries, legal/attorney's fees, expenses, costs, disbursements, losses, or damages, of any nature whatsoever, foreseen or unforeseen, in law or equity, from the beginning of the world to the day of execution of this Release, including but not limited to those related to or arising from the incident(s) of April 7, 2019 in Buffalo, New York that forms the basis of a civil action filed in United States District Court, Western District of New York, under Case Number 20-cv-394 (hereinafter the CLAIM), for which RELEASOR has claimed RELEASEES to be legally liable, which liability RELEASEES hereby expressly deny.

RELEASOR agrees and acknowledges that any and all liens, subrogation claims, and encumbrances of whatever nature or kind, relating to or arising from the CLAIM or on the payment discussed herein, are entirely the responsibility of and will be paid and satisfied exclusively by the RELEASOR. The RELEASOR further agrees and states that he will fully defend, indemnify and hold harmless the RELEASEES against any and all liens, subrogation claims, and encumbrances of whatever nature or kind, relating to or arising from the CLAIM or on the payment discussed herein.

RELEASOR further agrees and understands that the payment discussed herein is contingent upon approval of same by the Buffalo Common Council and, notwithstanding the provisions of CPLR 5003-a(b), that the CITY OF BUFFALO has 90 days to make payment from such approval, and that any monies due and owing to the CITY OF BUFFALO shall be deducted from the payment discussed herein.

This agreement is a compromise of disputed claims between and among the settling parties and is not an admission of fact or liability by any of the settling parties. RELEASOR further agrees that neither he, his representatives, partners, heirs, agents, trustees, employees, attorneys or assigns, with respect to this lawsuit, all allegations made therein, and all facts related to it, will not make any statements, verbal or in writing, posts on social media, including but not limited to, Facebook, Twitter, Instagram or the like or take any action(s) which are derogatory, disparaging, critical of, or which might otherwise adversely reflect upon the RELEASEES, and/or the City of Buffalo's officials, elected officials, officers, managers and employees.

In the event RELEASOR breaches the terms and provisions of this Release, RELEASEES shall be entitled to recover all damages, fees, costs, disbursements, and other litigation expenses, including reasonable legal/attorneys' fees, incurred as a result of the breach.

If any term or provision of this Agreement is determined to be unenforceable, all other terms and provisions of the Agreement shall nevertheless remain effective and shall be enforced to the fullest extent permitted by law.

COB-Hodgson_0045080

0001

COB-HODGSON_0045080

In executing this Release, RELEASOR represents that he has completely read all terms and that such terms are fully understood and voluntarily accepted by him. If represented by legal counsel, RELEASOR hereby confirms that he was afforded the opportunity to and did confer with his legal counsel concerning the terms and conditions of this Release.

**IN WITNESS WHEREOF**, RELEASOR has executed this instrument on the 8th day of July AW, Two Thousand Twenty-One.

_Abul Waid_
AKEEL WARD

STATE OF NEW YORK  )
COUNTY OF ERIE     ) ss:

On the 8th day of July 2021, before me personally appeared AKEEL WARD to me known to be the same person described in and who executed the within instrument and he acknowledged to me that he executed the same.

_____
Notary Public

**KATHLEEN WRIGHT**
Notary Public - State of New York
No. 01WR4926409
Qualified in Erie County
My Commission Expires April 11, 2022

Page 2 of 2

COB-Hodgson_0045081

0002                                                                                    COB-HODGSON_0045080