# EXHIBIT 355



# COMMON COUNCIL
## REGULAR MEETING
### ~ SUMMARY ~

| Tuesday, 28 Dec 2021 | 2:00 PM | Council Chambers |

## CALL TO ORDER

| Attendee Name | Present | Absent | Late | Arrived |
|---|---|---|---|---|
| Bryan J. Bollman | ☑ | ☐ | ☐ | |
| Joel P. Feroleto | ☑ | ☐ | ☐ | |
| Joseph Golombek Jr | ☑ | ☐ | ☐ | |
| Mitchell P. Nowakowski | ☑ | ☐ | ☐ | |
| Darius G. Pridgen | ☑ | ☐ | ☐ | |
| David A. Rivera | ☑ | ☐ | ☐ | |
| Christopher P. Scanlon | ☑ | ☐ | ☐ | |
| Ulysees O. Wingo Sr | ☑ | ☐ | ☐ | |
| Rasheed N.C. Wyatt | ☑ | ☐ | ☐ | |

## FELICITATIONS & IN MEMORIAM

## MINUTES APPROVAL

- Regular Meeting 14 Dec 2021 2:00 PM -

| | |
|---|---|
| RESULT: | ACCEPTED [UNANIMOUS] |
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Christopher P. Scanlon, President Pro Tempore |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

## MAYOR

## MAYOR EXECUTIVE

1. 21-1795 - RE - 2712 Bailey Ave - Designated Developer Agreement, Michael Headley (MA)

| RESULT: | REFERRED TO CD | Next: 1/4/2022 2:00 PM |
|---|---|---|

2. 21-1796 - BURA - Disposition of Real Property at 61 Terrace

| RESULT: | REFERRED TO CD | Next: 1/4/2022 2:00 PM |
|---|---|---|

3. 21-1797 - RE - Disposition of Real Property at Frank Lloyd Wright Way Et Al.

| RESULT: | REFERRED TO CD | Next: 1/4/2022 2:00 PM |
|---|---|---|

4.  21-1798 -  RE - M & T Bank Broadway Market Lease Extension Agreement

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

5.  21-1799 -  RE - Report of Sale 604 Norfolk (MA)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

6.  21-1800 -  PB - SEQR NegDec - 172 Goodell

| RESULT: | REFERRED TO LEG | Next: 1/4/2022 1:00 PM |
|---|---|---|

## COMPTROLLER

7.  21-1801 -  AC - Comptroller Response - 1St Qtr Gap

| RESULT: | REFERRED TO FIN | Next: 1/4/2022 10:00 AM |
|---|---|---|

## COUNCIL PRESIDENT

## ASSESSMENT & TAXATION

## MANAGEMENT INFORMATION SYSTEMS

## PUBLIC WORKS

8.  21-1843 -  ENG - Notification Serial #11356-Install Alternate Parking-Seasonal Type II on Forest Avenue/DEL,NIA,NOR  - *Late File*

| RESULT: | RECEIVED AND FILED |
|---|---|

21-1844 -  ENG - Notification Serial #11355-Repeal Alternate Parking Type II on Forest Avenue/NIA,NOR  - *Late File*

| RESULT: | RECEIVED AND FILED |
|---|---|

21-1845 -   ENG - Notification Serial #11354-Repeal Alternate Parking Type II on Forest Avenue/DEL  - *Late File*

| RESULT: | RECEIVED AND FILED |
|---|---|

9.   21-1802 -   ENG - Change Order - Bergmann - Design of Busti Ave. Traffic Calming - PIN 5763.48

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Rasheed N.C. Wyatt, University District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

10.   21-1803 -   BLDG - Change Order - BFD Engine 1 Interior Improvements

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Rasheed N.C. Wyatt, University District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

11.   21-1804 -   BLDG - Change Order- BFD Engine 32 Interior Improvements

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Rasheed N.C. Wyatt, University District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

12.   21-1805 -   BLDG - Change Order - Engine 25 - GC

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Rasheed N.C. Wyatt, University District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

13.   21-1842 -   BLDG - Change Order - 271 Grant Street Improvements

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Rasheed N.C. Wyatt, University District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

14. 21-1806 -   ENG - Change Order - Union Concrete - Cazenovia Bridge Rehab PIN 5762.54

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Rasheed N.C. Wyatt, University District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

15. 21-1807 -   ENG - Change Order - Watts A/E - Niagara 4A PIN 5762.39

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Rasheed N.C. Wyatt, University District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

16. 21-1808 -   BLDG - Permission to Enter into Agreement  a 24 Hour Door National, Inc and U & S Services - City-Wide

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Rasheed N.C. Wyatt, University District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

17. 21-1809 -   BLDG - Permission to Extend Contract - G4S Secure Solutions (G4S)/Allied Universal -City Hall

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Rasheed N.C. Wyatt, University District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

18. 21-1810 -   BLDG - Report of Bids - the Merriweather Library Improvement Phase 1

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Rasheed N.C. Wyatt, University District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

19.   21-1811 -   WTR - Retention Reduction - Michigan Ave. Waterline - Kandey Co.

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Rasheed N.C. Wyatt, University District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

**POLICE**

20.   21-1812 -   BPD - Approval to Renew Deaf Access Services Contract

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Rasheed N.C. Wyatt, University District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

21.   21-1813 -   BPD - Approval to Renew WNY Polygraph Services Contract

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Rasheed N.C. Wyatt, University District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

22.   21-1814 -   BPD - Permission to Accept Funding 2021 Edward Byrne JAG

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Rasheed N.C. Wyatt, University District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

23.   21-1815 -   CLERK - Appoint Police Lieutenant (Cont Perm)(Flat)(Various)

| | | |
|---|---|---|
| RESULT: | REFERRED TO CS | Next: 1/4/2022 9:45 AM |

24.   21-1816 -   BPD - Appoint Police Lieutenant (Perm)(Flat)(Maritato)

| RESULT: | REFERRED TO CS | Next: 1/4/2022 9:45 AM |
|---|---|---|

## FIRE

25.   21-1817 -   BFD - Appoint Battalion Chief (Perm)(Max)(Bless)

| RESULT: | REFERRED TO CS | Next: 1/4/2022 9:45 AM |
|---|---|---|

## CORPORATION COUNSEL

## PERMITS & INSPECTIONS

26.   21-1818 -   EDPIS - New Tire Handler 2832 Bailey  (Mas)

| RESULT: | REFERRED TO LEG | Next: 1/4/2022 1:00 PM |
|---|---|---|

27.   21-1819 -   EDPIS - New Used Car 2832 Bailey (Mas)

| RESULT: | REFERRED TO LEG | Next: 1/4/2022 1:00 PM |
|---|---|---|

28.   21-1820 -   EDPIS - New Used Car 177 Military (Nor)

| RESULT: | APPROVED WITH CONDITIONS [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Ulysees O. Wingo Sr, Masten District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

29.   21-1821 -   CLERK - Appoint Consultant V (Temp)(Hourly)(Petrucci)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Ulysees O. Wingo Sr, Masten District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

## ADMINISTRATION, FINANCE, POLICY & URBAN AFFAIRS

30.   21-1822 -   AF - Police Athletic Club- Game Changers Funding

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Ulysees O. Wingo Sr, Masten District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

## PARKING

**COMMUNITY SERVICES AND RECREATIONAL PROGRAMMING**

**HUMAN RESOURCES**

**ZONING BOARD OF APPEALS**

**CITIZENS RIGHTS**

**BOARD OF EDUCATION**

**BUFFALO SEWER AUTHORITY**

**BUFFALO MUNICIPAL HOUSING AUTHORITY**

**BUFFALO URBAN RENEWAL AGENCY**

**CITY CLERK**

31.  21-1823 - CLERK - Liquor License Notice - 257 Franklin (ELL)

| RESULT: | RECEIVED AND FILED |
|---|---|

21-1824 - CLERK - Liquor License Notice - 140 Lee St (FIL)

| RESULT: | RECEIVED AND FILED |
|---|---|

21-1825 - CLERK - Liquor License Notice - 698 Main St (ELL)

| RESULT: | RECEIVED AND FILED |
|---|---|

32.  21-1826 - CLERK - BSA Board Attendance 12/15/21

| RESULT: | RECEIVED AND FILED |
|---|---|

33.  21-1827 - CLERK - Notices of Appointment (Temp)(Prov)(Perm)

| RESULT: | REFERRED TO CS | Next: 1/4/2022 9:45 AM |
|---|---|---|

34.  21-1828 - CLERK - Appoint Senior Legislative Assistant IV (Brown Sr)

| RESULT: | ADOPTED |
|---|---|

35.  21-1829 - CLERK - Appoint Senior Legislative Assistant IV (Frieday-Lewis)

| RESULT: | ADOPTED |
|---|---|

**MISCELLANEOUS**

36. 21-1830 - CC - M. Nowakowski - Reasons for Denial of Food Store License for 671 Fillmore St

| RESULT: | RECEIVED AND FILED |
|---|---|

**PETITIONS**

37. 21-1831 - GEN - C. Adamo, Special Use - 1052 Hertel AKA 2350 Delaware for Outdoor Dining in N3C (Nor)(Hrg 1/18/22)

Referred to Legislation Committee & Planning Board

| RESULT: | REFERRED TO LEG | Next: 1/4/2022 1:00 PM |
|---|---|---|

38. 21-1832 - GEN - U. Ahmed, Special Use-193 Leroy Neighborhood Shop(Retail-Convenience Store) N3R Zone (Mas)(Hrg 1/18)

Referred to Legislation Committee & Planning Board

| RESULT: | REFERRED TO LEG | Next: 1/4/2022 1:00 PM |
|---|---|---|

39. 21-1833 - GEN - M. Franko, Special Use - 2154 S Park Tavern & Outdoor Dining N3E Zone (Sou)(Hrg 1/18)

Referred to Legislation Committee & Planning Board

| RESULT: | REFERRED TO LEG | Next: 1/4/2022 1:00 PM |
|---|---|---|

40. 21-1834 - GEN - A. Goldberg, Special Use - 160 Abbott for Veh. Repair Minor N2E Zone (Sou)(Hrg 1/18)

Referred to Legislation Committee & Planning Board

| RESULT: | REFERRED TO LEG | Next: 1/4/2022 1:00 PM |
|---|---|---|

41. 21-1835 - GEN - D.Nicotera,SUP-41 Edward Tavern,Indust.Artisan(Brewery),Outdr Dining,Live Entermt. N2E(Fil)(Hrg1/18)

Referred to Legislation Committee & Planning Board

| RESULT: | REFERRED TO LEG | Next: 1/4/2022 1:00 PM |
|---|---|---|

**SUBMISSIONS LIST**

### *Civil Service*

1. 21-1744 - DPW - Appoint Street Worker - Permanent - (Perm) (Max) (Florez)

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Ulysees O. Wingo Sr, Masten District Council Member |
| SECONDER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

### *Finance*

2. 21-1752 -  PURCH - Auction/Scrap Vehicles

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Rasheed N.C. Wyatt, University District Council Member |
| SECONDER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

3. 21-1753 -  AF - Movement of CDBG Funds

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Rasheed N.C. Wyatt, University District Council Member |
| SECONDER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

4. 21-1780 -  AF - Wyatt - Transfer of Funds- AIKG Infrastructure

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Rasheed N.C. Wyatt, University District Council Member |
| SECONDER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

5. 21-1781 -  AF - Wyatt - Transfer of Funds- City Wide Parks & Planning

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Rasheed N.C. Wyatt, University District Council Member |
| SECONDER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

### *Community Development*

6. 21-1728 -  OSP - McCarley PILOT

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Rasheed N.C. Wyatt, University District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

7. 21-1762 -   GEN - L.Edwards - Concerns Re: User Fee Assistance Program

| | | |
|---|---|---|
| RESULT: | REFERRED TO FIN | Next: 1/4/2022 10:00 AM |

8. 21-1030 -   GEN - M.Kent - Cazenovia Park Improvements Bid Protest

| | |
|---|---|
| RESULT: | RECEIVED AND FILED |

9. 20-1623 -   CC - Scanlon - Narcotics Vice Unit Shift Change

| | |
|---|---|
| RESULT: | RECEIVED AND FILED |

### *Legislation*

10. 21-1747 -   EDPIS - Food Store License (NEW) 778 GENESEE (ELL)

| | |
|---|---|
| RESULT: | APPROVED WITH CONDITIONS [UNANIMOUS] |
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Joseph Golombek Jr, North District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

11. 21-1750 -   EDPIS - USED CAR DEALER (NEW) 2284 GENESEE Aka 2280 (LOV)

Recommitted

| | | |
|---|---|---|
| RESULT: | REFERRED TO LEG | Next: 1/4/2022 1:00 PM |

12. 21-1751 -   EDPIS - Used Car Dealer (New) 1521 E. Delavan (Lov)

Recommitted

| | | |
|---|---|---|
| RESULT: | REFERRED TO LEG | Next: 1/4/2022 1:00 PM |

13. 21-1770 -   GEN - J.Macri - Petition in Opposition to ZMA on 46,68,70,74 Leland

| | |
|---|---|
| RESULT: | RECEIVED AND FILED |

14. 21-1575 -   EDPIS - Food Store License (NEW) 1245 Bailey (LOV)

Recommitted

| RESULT: | REFERRED TO LEG | Next: 1/4/2022 1:00 PM |
|---|---|---|

15. 21-1688 -   GEN - O.Alwan - Special Use- 2284 Genesee for Vehicle Repair, Minor in N-3C Zone (Lov)(Hrg12/21/21)

| | |
|---|---|
| RESULT: | APPROVED WITH CONDITIONS [UNANIMOUS] |
| MOVER: | Joel P. Feroleto, Delaware District Council Member |
| SECONDER: | Joseph Golombek Jr, North District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

16. 21-1349 -   EDPIS - Food Store License - 671 Fillmore St (Fill) - Resubmitted

| | |
|---|---|
| RESULT: | DENIED [UNANIMOUS] |
| MOVER: | Joel P. Feroleto, Delaware District Council Member |
| SECONDER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

**_Budget_**

**_Claims_**

17. 21-1699 -   LAW - A. 1. Campbell, Jeffrey   -   $15,000.00

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

18. 21-1700 -   LAW - A. 2.  Hamideh, Adam   -   $70,000.00

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

19. 21-1701 -   LAW - A. 3.  Richards, Heather   -   $75,000.00

| RESULT: | APPROVED [8 TO 0] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| RECUSED: | Wingo Sr |

20. 21-1702 -  LAW - A. 4.  Scott-Butler, Georgiann   -   $2,000.00

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

21. 21-1703 -  LAW - A. 5.  Stewart, Brandon   -   $5,001.00

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

22. 21-1704 -  LAW - A. 6.  Ward, Akeel   -   $5,001.00

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

23. 21-1705 -  LAW - B. 1.  Axon Enterprise   -   $138,881.86

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

24. 21-1706 -  LAW - B. 2. Barclay Damon   -   $12,798.50

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

25. 21-1707 -  LAW - B. 3.  Chiropractic Care of WNY    -    $318.16

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

26. 21-1708 -  LAW - B. 4.  E-One    -    $15,145.00

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

27. 21-1709 -  LAW - B. 5.  Goldberg Segala    -    $13,494.50

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

28. 21-1710 -  LAW - B. 6. Johnson Control    -    $2,515.34

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

29. 21-1711 -  LAW - B. 7.  Legal Med    -    $3,250.00

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

30. 21-1712 -  LAW - B. 8.  Medical Care of WNY    -    $147.86

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

31. 21-1713 -   LAW - B. 9.  Metschl & Associates     -    $908.92

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

32. 21-1714 -   LAW - B. 10.  NYS Academy of Fire Sciences    -   $41,220.20

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

33. 21-1715 -   LAW - B. 11.  M.I.S. of America    -    $8,380.00

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

34. 21-1716 -   LAW - B. 12. South Buffalo Auto     -    $44,122.55

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

35. 21-1717 -   LAW - B. 13.  Wendel    -    $49,385.00

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

36. 21-1718 -   LAW - C. 1.  Geico A/S/O Hoyt    -    $2,000.00

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

37. 21-1719 -  LAW - C. 2.  Geico A/S/O Shiffner    -    $4,455.52

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

38. 21-1720 -  LAW - D. 1.  Weaver Metal    -    $112,500.00

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

**_Education_**

**_MWBE_**

**_Police Oversight_**

**_Rules_**

**_TAXI_**

**RESOLUTIONS**

42.    21-1836 -  CC - Nowakowski - Father Conway Park Funding and Lease Agreement

Adopted resolves, sent remainder to Community Development committee.

| RESULT: | ADOPTED |
|---|---|

43.    21-1837 -   CC - Nowakowski - Finalizing All Appointments for the Citizens Advisory Commission on Reapportionment

| RESULT: | ADOPTED |
|---|---|

44.    21-1838 -    CC - Nowakowski – Set Public Hearing – Disposition of Real Property - BURA -

| RESULT: | ADOPTED |
|---|---|

45.  21-1839 -  CC - Nowakowski-Old First Ward Flooding Concerns

Adopted resolves, sent remainder to Community Development committee.

| RESULT: | ADOPTED |
|---|---|

46.  21-1840 -  CC - Pridgen - Carroll Street, Frank Lloyd Wright Way Abandonment Set Public Hearing

| RESULT: | ADOPTED |
|---|---|

47.  21-1841 -  CC - Wingo - Comm of Deeds - Public Duties

| RESULT: | ADOPTED |
|---|---|

**COMMITTEE OF THE WHOLE**

**REVISITED ITEMS**

**TABLED**

**ANNOUNCEMENTS**

### *Announcement of Committee Meetings*

1. (ID # 17832) -  CLERK - Announcement of Committee Meetings

### *Misc. Announcements*

_____
City Clerk