# EXHIBIT 356



# COMMON COUNCIL
## REGULAR MEETING
### ~ SUMMARY ~

| Tuesday, 11 May 2021 | 2:00 PM | Video Conference |
|---|---|---|

## CALL TO ORDER

| Attendee Name | Present | Absent | Late | Arrived |
|---|---|---|---|---|
| Bryan J. Bollman | ☑ | ☐ | ☐ | |
| Joel P. Feroleto | ☑ | ☐ | ☐ | |
| Joseph Golombek Jr | ☑ | ☐ | ☐ | |
| Mitchell P. Nowakowski | ☑ | ☐ | ☐ | |
| Darius G. Pridgen | ☑ | ☐ | ☐ | |
| David A. Rivera | ☑ | ☐ | ☐ | |
| Christopher P. Scanlon | ☑ | ☐ | ☐ | |
| Ulysees O. Wingo Sr | ☑ | ☐ | ☐ | |
| Rasheed N.C. Wyatt | ☑ | ☐ | ☐ | |

## FELICITATIONS & IN MEMORIAM

## MINUTES APPROVAL

- Regular Meeting 27 Apr 2021 2:00 PM  -

| RESULT: | ACCEPTED [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Christopher P. Scanlon, President Pro Tempore |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wingo Sr, Wyatt |

## MAYOR

## MAYOR EXECUTIVE

1.    21-606 -  RE - 107 Alabama - Designated Developer Agreement

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Rasheed N.C. Wyatt, University District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

2.    21-607 -  BURA - Disposition of Real Property 30 Bud Mill Drive (Hrg 6/8)

| RESULT: | REFERRED TO CD | Next: 5/18/2021 2:00 PM |
|---|---|---|

3.  21-307 -  PRESBRD - Local Landmark - 926 West Avenue (Hrg 6/15)

| RESULT: | REFERRED TO LEG | Next: 5/18/2021 1:00 PM |
|---|---|---|

4.  21-608 -  OSP - Jemal's Statler ESD Grant X834

| RESULT: | REFERRED TO CD | Next: 5/18/2021 2:00 PM |
|---|---|---|

5.  21-609 -  RE - Report of Sale 480 Dodge(Ellicott)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

6.  21-610 -  RE - Report of Sale 87 French (Mas)

| RESULT: | REFERRED TO CD | Next: 5/18/2021 2:00 PM |
|---|---|---|

7.  21-611 -  RE - Report of Sale 14 and 16 Koons(FI)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

8.  21-612 -  RE - Report of Sale 535 Northland(Masten)

| RESULT: | REFERRED TO CD | Next: 5/18/2021 2:00 PM |
|---|---|---|

9.  21-613 -  RE - Report of Sale 344 Paderewski(Fillmore)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

10.  21-614 -  RE - Report of Sale 145 Philadelphia(NO)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

11.     21-615 -   RE - Report of Sale 133 Reed(Fillmore)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

12.     21-616 -   RE - Report of Sale 464 Utica East(EL)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Joel P. Feroleto, Delaware District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

13.     21-666 -   OSP - Appoint Seasonal Laborer II (Prov)(Min)(Terry)  *- Late File*

| RESULT: | REFERRED TO CS | Next: 5/18/2021 9:45 AM |
|---|---|---|

**COMPTROLLER**

14.     21-617 -   AC - Follow Up Records Storage Facility Lease Audit

| RESULT: | REFERRED TO FIN | Next: 5/18/2021 10:00 AM |
|---|---|---|

**COUNCIL PRESIDENT**

**ASSESSMENT & TAXATION**

**MANAGEMENT INFORMATION SYSTEMS**

**PUBLIC WORKS**

15.     21-618 -   BLDG - Change Order – BFD Interior Improvements at Various Locations

| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Joseph Golombek Jr, North District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

16.    21-619 -  BLDG - Change Order — 725 Humboldt Parkway Building Improvements

| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Joseph Golombek Jr, North District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

17.    21-620 -  PARKS - Change Order - Naval Park Hangar Bldg Ph.1 - Trason

| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Joseph Golombek Jr, North District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

18.    21-621 -  ENG - Permission to Hire - GPI - CA/CI Bflo Roadway PIN 5761.58

| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Joseph Golombek Jr, North District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

19.    21-622 -  BLDG - Permission to Hire - Nussbaumer & Clarke - Broadway Market Fire Alarm - Fillmore

| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Joseph Golombek Jr, North District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

20.    21-623 -  ENG - Report of Bids - Buffalo Roadway Rehab PIN 5761.58

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Joseph Golombek Jr, North District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

## POLICE

## FIRE

21.    21-624 -    PARK - Buffalo Firefighter Retirement Incentive Program for Injured Members

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Joseph Golombek Jr, North District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

22.    21-625 -  BFD - Appoint Battalion Chief (Perm)(Max)(Osinski)

| RESULT: | REFERRED TO CS | Next: 5/18/2021 9:45 AM |
|---|---|---|

## CORPORATION COUNSEL

23.    21-626 -  LAW - Tyson, Joseph - $1,500.00  (Agenda Item # E-6)

| RESULT: | APPROVED [7 TO 0] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Christopher P. Scanlon, President Pro Tempore |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |
| RECUSED: | Pridgen |

## PERMITS & INSPECTIONS

24.    21-658 -  EDPIS - Dance Hall (New) 719 Bailey Ave.  (Lov)  - *Late File*

| RESULT: | WITHDRAWN |
|---|---|

25.    21-659 -  EDPIS - Dance Hall (New) 1669 (AKA 1673) Hertel Ave.  (Del)  - *Late File*

| RESULT: | REFERRED TO LEG | Next: 5/18/2021 1:00 PM |
|---|---|---|

26.    21-627 -  EDPIS - Food Store License (NEW) 1902 NIAGARA (NOR)

| RESULT: | REFERRED TO LEG | Next: 5/18/2021 1:00 PM |
|---------|-----------------|-------------------------|

27.  21-660 -  EDPIS - Mobile Food Truck(New) Mother Cluckers Inc. (Nia)  *- Late File*

| RESULT: | REFERRED TO LEG | Next: 5/18/2021 1:00 PM |
|---------|-----------------|-------------------------|

28.  21-661 -  EDPIS - Mobile Food Truck (New) Outer Harbor Management Group (Nia)  *- Late File*

| RESULT: | REFERRED TO LEG | Next: 5/18/2021 1:00 PM |
|---------|-----------------|-------------------------|

29.  21-662 -  EDPIS - Mobile Food Truck (New) Tomaso's Catering (Nia)  *- Late File*

| RESULT: | APPROVED [UNANIMOUS] |
|---------|----------------------|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Rasheed N.C. Wyatt, University District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

30.  21-628 -  EDPIS - Tire Handler (New) 668 William (Fil)

| RESULT: | REFERRED TO LEG | Next: 5/18/2021 1:00 PM |
|---------|-----------------|-------------------------|

31.  21-629 -  EDPIS - Used Car Dealer (New) 2650 Bailey (Mas)

| RESULT: | APPROVED WITH CONDITIONS [UNANIMOUS] |
|---------|--------------------------------------|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Rasheed N.C. Wyatt, University District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

32.  21-630 -  EDPIS - Used Car Dealer (New) 540 East Delavan (Mas)

| RESULT: | REFERRED TO LEG | Next: 5/18/2021 1:00 PM |
|---------|-----------------|-------------------------|

33.  21-631 -  EDPIS - Used Car Dealer (New) 668 William (Fil)

| RESULT: | REFERRED TO LEG | Next: 5/18/2021 1:00 PM |
|---------|-----------------|-------------------------|

34.  21-632 -  EDPIS - Appoint Building Inspector (Prov)(Inter)(Sperrazza)

| RESULT: | REFERRED TO CS | Next: 5/18/2021 9:45 AM |
|---------|----------------|-------------------------|

## ADMINISTRATION, FINANCE, POLICY & URBAN AFFAIRS

## PARKING

35.    21-633 -    PARK - Approval of an Extension to the BER-NATIONAL (PARKEON) Contract

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Joseph Golombek Jr, North District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

## COMMUNITY SERVICES AND RECREATIONAL PROGRAMMING

## HUMAN RESOURCES

## ZONING BOARD OF APPEALS

## CITIZENS RIGHTS

## BOARD OF EDUCATION

## BUFFALO SEWER AUTHORITY

## BUFFALO MUNICIPAL HOUSING AUTHORITY

## BUFFALO URBAN RENEWAL AGENCY

## CITY CLERK

36.    21-634 -    CLERK - Items Returned to City Clerk by Mayor Without Approval or Disapproval 03.02.21

| RESULT: | RECEIVED AND FILED |
|---|---|

37.    21-635 -    CLERK - Items Returned to City Clerk by Mayor Without Approval or Disapproval 06.09.20

| RESULT: | RECEIVED AND FILED |
|---|---|

38.    21-636 -    CLERK - Liquor License Notice - 710-712 Elmwood (Del)

| RESULT: | RECEIVED AND FILED |
|---|---|

21-637 -    CLERK - Liquor License Notice - 75 Main Aka 7 Scott St (Fil)

| RESULT: | RECEIVED AND FILED |
|---|---|

21-638 -    CLERK - Liquor License Notice - 320 Porter (Nia)

| RESULT: | RECEIVED AND FILED |
|---|---|

39.    21-639 -  CLERK - BSA Board Attendance 5.5.21

| RESULT: | RECEIVED AND FILED |
|---|---|

## MISCELLANEOUS

40.    21-663 -  CC - Ertha - Monthly City Hall Incident Report - 2021 FEB & MAR  *- Late File*

| RESULT: | RECEIVED AND FILED |
|---|---|

41.    21-664 -  CCSTAFF - Ertha - Responses to Defund the Police Form Memo  *- Late File*

| RESULT: | REFERRED TO COW | Next: 5/18/2021 12:30 PM |
|---|---|---|

42.    21-640 -  GEN - K. Macur, Medaille Letter in Opposition to Impound Lot at 1 Babcock

| RESULT: | REFERRED TO CD | Next: 5/18/2021 2:00 PM |
|---|---|---|

## PETITIONS

43.    21-641 -   CLERK - C.Howard, Special Use Permit - 244 Allen for Taven in N-2C Zone
       (Fil)(Hrg6/1/21)

Referred to LEG & CPBD

| RESULT: | REFERRED TO LEG | Next: 5/18/2021 1:00 PM |
|---|---|---|

44.    21-642 -  GEN - B.Hunter, SUP - 1000 Aka 1002 Elmwood for Tavern & Outdoor Dining
       N-2C Zone (Del)(Hrg6/1/21)

Referred to LEG & CPBD

| RESULT: | REFERRED TO LEG | Next: 5/18/2021 1:00 PM |
|---|---|---|

45.    21-643 -  GEN - P. Kimsing, Special Use - 1893 Niagara St for Tavern & Outdoor Dining
       (Nor)(Hrg 6/1/21)

Referred to LEG & CPBD

| RESULT: | REFERRED TO LEG | Next: 5/18/2021 1:00 PM |
|---|---|---|

46.    21-644 -  GEN - C.Lee, SUP - 36 Laurel for Non-Owner-Occupied Short-Term Rental N-
       2R Zone (Ell)(Hrg6/1/21)

Referred to LEG & CPBD

| RESULT: | REFERRED TO LEG | Next: 5/18/2021 1:00 PM |
|---|---|---|

47.    21-645 -   GEN - G. Ruiz, Special Use - 987 Niagara for Tavern, Outdoor Dining, Live Entertainment N2C(Nia)(Hrg 5/18)

Referred to LEG & CPBD

| RESULT: | REFERRED TO LEG | Next: 5/18/2021 1:00 PM |
|---|---|---|

48.    21-646 -   GEN - L.Saccomanno, SUP - 1911 Seneca for Tobacco Establishment in N-3E Zone (Sou)(Hrg6/1/21)

Referred to LEG & CPBD

| RESULT: | REFERRED TO LEG | Next: 5/18/2021 1:00 PM |
|---|---|---|

49.    21-665 -   GEN - M.Wendel - SUP - 901 Fuhrmann Blvd for Ped./Bicycle Path & Live Ent in N-1S/C-W Zone (Sou)(Hrg6/1/21  *- Late File*

Referred to LEG & CPBD

| RESULT: | REFERRED TO LEG | Next: 5/18/2021 1:00 PM |
|---|---|---|

## SUBMISSIONS LIST

### *Civil Service*

1.    21-512 -   MAYEX - Appoint Press Information Officer (Exempt)(Garrett)

| RESULT: | RECEIVED AND FILED |
|---|---|

2.    21-527 -   CLERK - Appoint Civilian School Crossing Guard (Tubbins)(Perm)(Flat)

| RESULT: | RECEIVED AND FILED |
|---|---|

3.    21-566 -   PARK - Appoint Jr Traffic Court Clerk (Prov)(Min)(Adams)

| RESULT: | RECEIVED AND FILED |
|---|---|

4.    21-567 -   COMSERV - Appoint Sr Human Resource Planner (Prov)(Min)(Tulumello)

| RESULT: | RECEIVED AND FILED |
|---|---|

### *Finance*

5. 21-564 - AF - Contract Extension – University Emergency Medical Services, Inc. D/B/A UBMD Emergency Medicine

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Rasheed N.C. Wyatt, University District Council Member |
| SECONDER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

6. 21-565 - PARK - Single Source Provider Request, Parkeon

Recommitted to FIN

| RESULT: | REFERRED TO FIN | Next: 5/18/2021 10:00 AM |
|---|---|---|

### *Community Development*

7. 21-510 - RE - Report of Sale 249 Newburgh(LO)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Joseph Golombek Jr, North District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

8. 21-575 - GEN - J. McGinnis - NFTA Bus Stop Concerns at 61 Lakeview

| RESULT: | RECEIVED AND FILED |
|---|---|

### *Legislation*

9. 21-594 - GEN - BOE Resolution on School Safe Zones & Traffic Safety

| RESULT: | RECEIVED AND FILED |
|---|---|

10. 21-587 - GEN - Klaver - Communication on Police Reform

| RESULT: | RECEIVED AND FILED |
|---------|--------------------|

11. 21-595 -  CC - Larry Scott School Speed Zone Letter

| RESULT: | RECEIVED AND FILED |
|---------|--------------------|

12. 21-576 -  GEN - Speed Zone Camera Concerns from Greg Johnson

| RESULT: | RECEIVED AND FILED |
|---------|--------------------|

13. 21-495 -  CC - Ertha - ZMA for Marilla, Hopkins, Buffalo RR, Tifft NEGDEC

Recommitted to LEG

| RESULT: | REFERRED TO LEG | Next: 5/18/2021 1:00 PM |
|---------|-----------------|-------------------------|

14. 21-342 -   GEN - A.Day, ZMA- Mult Addr Marilla, Mult Addr Hopkins, 4 Buffalo RR S.
      558 Tifft DOG/CRtoD-IL(Sou)(Hrg4/6

Recommitted to LEG

| RESULT: | REFERRED TO LEG | Next: 5/18/2021 1:00 PM |
|---------|-----------------|-------------------------|

15. 20-1248 -   GEN - G. Scholand, Special Use Permit – 2381 Fillmore for Self-Storage
      Facility in N-2E Zone (Masten)

| RESULT: | APPROVED [UNANIMOUS] |
|---------|----------------------|
| MOVER: | Joel P. Feroleto, Delaware District Council Member |
| SECONDER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

16. 21-479 -  GEN - M. Mnaather, Special Use Permit - 318 Ferry W for Tobacco Sales N-2C
      (Nia)(Hrg 5/4/21)

| RESULT: | APPROVED [UNANIMOUS] |
|---------|----------------------|
| MOVER: | Joel P. Feroleto, Delaware District Council Member |
| SECONDER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

17. 21-480 -   GEN - J. Bucki, Special Use Permit - 637 Tifft for Storage Yard in D-C Zone
      (Sou)(5/4/21)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Joel P. Feroleto, Delaware District Council Member |
| SECONDER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

18. 21-244 - PRESBRD - Genesee Gateway Historic District (HRG 5/4)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Joel P. Feroleto, Delaware District Council Member |
| SECONDER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

19. 20-1595 - EDPIS - 2020 Food Store License Renewals

| RESULT: | RECEIVED AND FILED |
|---|---|

20. 21-478 - GEN - N. Purtell, Special Use Permit - 144 Cottage St Non-Owner-Occupied Short Term Rental N2R (Fill)(5/4) - *Discharged*

| RESULT: | APPROVED WITH CONDITIONS [UNANIMOUS] |
|---|---|
| MOVER: | Joel P. Feroleto, Delaware District Council Member |
| SECONDER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

**_Budget_**

**_Claims_**

21. 21-528 - LAW - Bruno, Elio - $5,000 (Agenda # A-1)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

22. 21-529 - LAW - Brown, Adrian - $10,000 (Agenda # A-2)

| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

23. 21-530 - LAW - Chiles, Sabriena - $20,000 (Agenda # A-3)

| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

24. 21-531 - LAW - Howard, Rodriguez - $30,000 (Agenda # A-4)

| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

25. 21-532 - LAW - Phillips, Cortez   -   $1,000 (Agenda # A-5)

| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

26. 21-533 - LAW - Phonetheva, Nary - $12,500 (Agenda # A-6)

| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

27. 21-534 - LAW - Stone, Tremel - $150,000 (Agenda # A-7)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

28. 21-535 -  LAW - Thomas, Danielle  P/N/G of I.T. - $9,000 (Agenda # A-8)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

29. 21-536 -  LAW - Torgerson, Tracy - $10,000 (Agenda # A-9)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

30. 21-537 -  LAW - Tyler, Brianna - $2,500 (Agenda # a - 10)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

31. 21-538 -  LAW - Walker, Raymond     -     $15,000 (Agenda # A-11)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

32. 21-539 -  LAW - Walsh, Mary     -     $20,000 (Agenda # A-12)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

33. 21-540 -  LAW - Williams, Latrisse   -   $15,000 (Agenda # a -13)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

34. 21-541 -  LAW - Amherst Boarding Kennel - $2,182.48 (Agenda # B-1)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

35. 21-542 -  LAW - AT&T - $14,595.58  (Agenda #B-2)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

36. 21-543 -  LAW - Bartholomew Sumbrum - $1,500 (Agenda # B-3)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

37. 21-544 -  LAW - City of Buffalo Treasury - 526 - $15,052.19 (Agenda # B-4)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

38. 21-545 - LAW - Colgate Industries - $9,938.63 (Agenda # B-5)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

39. 21-546 - LAW - E-One - $55,000 (Agenda # B-6)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

40. 21-547 - LAW - Erie County Medical Center - $1,800 (Agenda # B-7)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

41. 21-548 - LAW - Goldberg Segalla - $156.00 (Agenda # B-8)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

42. 21-549 - LAW - Greater Buffalo Veterinary Services - $618.00 (Agenda # B-9)

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

43. 21-550 -  LAW - Hohl Industries - $40,363.23 (Agenda # B-10)

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

44. 21-551 -  LAW - John Sixt - $3,690.00 (Agenda # B-11)

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

45. 21-552 -  LAW - Karley Mueller - $21.97 (Agenda # B-12)

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

46. 21-553 -  LAW - Michael Menard - $243.19 (Agenda # B-13)

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

47. 21-554 -  LAW - Penn Power Group - $1,587.27 (Agenda # B-14)

| RESULT: | APPROVED [UNANIMOUS] |
| --- | --- |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

48. 21-555 -  LAW - Swierat, Mark - $375.00 (Agenda # C-1)

| RESULT: | APPROVED [UNANIMOUS] |
| --- | --- |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

49. 21-556 -  LAW - Miller, Judith & William - $1,000 (Item # C-2)

| RESULT: | APPROVED [UNANIMOUS] |
| --- | --- |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

50. 21-557 -  LAW - Hill, Ernest - $1,902.03 (Agenda # D-1)

| RESULT: | APPROVED [UNANIMOUS] |
| --- | --- |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

51. 21-558 -  LAW - Taylor, Danielle - $3,640.00 (Agenda # D-2)

| RESULT: | APPROVED [UNANIMOUS] |
| --- | --- |
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

52. 21-559 -  LAW - Borowski, Mark - $2,710.23 (Agenda # E-1)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

53. 21-560 -  LAW - Bryant Parrish Condo Assoc.- $5,996.32 (Agenda # E-2)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

54. 21-561 -  LAW - McCarthy, Karen - $397.57 (Agenda #E-3)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

55. 21-562 -  LAW - Santana, David -  $3,700.50  (Agenda # E-4)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

56. 21-593 -  LAW - Asplundh Properties, LLC - $4,894.13 (Agenda # E-5)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| SECONDER: | Bryan J. Bollman, Lovejoy District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

57. 21-596 -  LAW - Tyson, Joseph - $3,800.00  (Agenda # E-6)

| RESULT: | RECEIVED AND FILED |
|---|---|

***Education***

***MWBE***

***Police Oversight***

***Rules***

***TAXI***

## RESOLUTIONS

50.   21-647 -  CC - Bollman - Set Public Hearing Disposition of Real Prop - BURA - 30 Bud Mill Drive

| RESULT: | ADOPTED |
|---|---|

51.   21-667 -   CC - Bollman, Nowakowski, Rivera, Wyatt - Ordinance Amendment, Art 20 Budgeting  *- Late File*

| RESULT: | REFERRED TO LEG | Next: 5/18/2021 1:00 PM |
|---|---|---|

52.   21-668 -   CC - Feroleto - Discharge Item 21-478 from LEG  *- Late File*

| RESULT: | ADOPTED |
|---|---|

53.   21-669 -   CC - Nowakowski - Local Law to Amend Article 31 Flood Damage Prevention  *- Late File*

| RESULT: | REFERRED TO LEG | Next: 5/18/2021 1:00 PM |
|---|---|---|

54.   21-648 -   CC - Pridgen, Wyatt - Common Council Request for Judicial Decision on Buffalo Charter Art. 3-19 (Exc Res)

Adopted Resolves, Remainder Sent to Leg

| RESULT: | ADOPTED |
|---|---|

55.   21-672 -   CC - Pridgen - Home Rule Message for Assembly A7183/Senate S6410 - Pilot Parking Permit System  *- Late File*

| RESULT: | ADOPTED |
|---|---|

56.   21-670 -   CC - Pridgen - Home Rule Request for Assembly A5463/Senate S4850 - Sale of Bonds & Notes  *- Late File*

| RESULT: | ADOPTED |
|---|---|

57.    21-649 -    CC - Pridgen - Recommended Police Policy Reforms and Community Engagement (Exc Res)

Adopted Resolves, Remainder Sent to Leg

| RESULT: | ADOPTED [6 TO 2] |
|---|---|
| MOVER: | Darius G. Pridgen, Council President, Ellicott Dist. Council Member |
| SECONDER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| AYES: | Bollman, Feroleto, Nowakowski, Pridgen, Rivera, Wyatt |
| NAYS: | Golombek Jr, Scanlon |
| ABSENT: | Wingo Sr |

58.    21-650 -  CC - Pridgen, Wyatt - Request to Delay in Rem Auction (Exc Res)

Adopted Resolves, Remainder Sent to Leg

| RESULT: | ADOPTED |
|---|---|

59.    21-651 -    CC - Pridgen, Bollman, Golombek, Wingo - Research for Feasibility of Introducing EVs to City Fleets

Adopted Resolves, Remainder Sent to CD

| RESULT: | ADOPTED |
|---|---|

60.    21-652 -  CC - Rivera - **Waiver of Fees for "Eid at the Park"**

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | David A. Rivera, Majority Leader, Niagara Dist. Council Member |
| SECONDER: | Mitchell P. Nowakowski, Fillmore District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

61.    21-653 -  CC - Wingo - Comm of Deeds

| RESULT: | ADOPTED |
|---|---|

62.    21-654 -  CC - Wingo - Comm of Deeds - Public Duties

| RESULT: | ADOPTED |
|---|---|

63.    21-655 -  AF - Wingo- Salary Ordinance- Strategic Planning

| | |
|---|---|
| RESULT: | APPROVED [UNANIMOUS] |
| MOVER: | David A. Rivera, Ulysees O. Wingo Sr |
| SECONDER: | Rasheed N.C. Wyatt, University District Council Member |
| AYES: | Bollman, Feroleto, Golombek Jr, Nowakowski, Pridgen, Rivera, Scanlon, Wyatt |
| ABSENT: | Wingo Sr |

64.    21-656 -   CC - Wyatt - Ord Amendment Ch 479 Speed Regulations Ver 2021 05 06

| | | |
|---|---|---|
| RESULT: | REFERRED TO LEG | Next: 5/18/2021 1:00 PM |

65.    21-657 -   CC - Wyatt - Request Mayor to Fund Traffic Calming Measures Citywide

| | |
|---|---|
| RESULT: | ADOPTED |

**COMMITTEE OF THE WHOLE**

**REVISITED ITEMS**

**TABLED**

**ANNOUNCEMENTS**

> ***Announcement of Committee Meetings***

1.    21-671 -   CLERK - Announcement of Committee Meetings

> ***Misc. Announcements***

_____
City Clerk