# Exhibit 358

# Filed Under Seal