# Exhibit 359

# Filed Under Seal