# Exhibit 360

# Filed Under Seal