# Exhibit 361

# Filed Under Seal