# Exhibit 362

# Filed Under Seal