# Exhibit 363

# Filed Under Seal