# Exhibit 364

# Filed Under Seal