Case 1:18-cv-00719-CCR    Document 308-15    Filed 05/30/25    Page 1 of 1

# Exhibit 365

# Filed Under Seal