# Exhibit 366

# Filed Under Seal