# Exhibit 367

# Filed Under Seal