# Exhibit 368

# Filed Under Seal