# Exhibit 369

# Filed Under Seal