# Exhibit 372

# Filed Under Seal