# Exhibit 373

# Filed Under Seal