# Exhibit 375

# Filed Under Seal