# Exhibit 376

# Filed Under Seal