# Exhibit 378

# Filed Under Seal