# Exhibit 379

# Filed Under Seal