# Exhibit 380

# Filed Under Seal