# Exhibit 381

# Filed Under Seal