# EXHIBIT 383

| | |
|---|---|
| **From:** | Mulligan,Sean M |
| **Sent:** | 9/14/2018 3:46:33 PM |
| **To:** | Gramaglia,Joseph A; Lark,Barbara A; Lockwood,Byron C |
| **Subject:** | Police Advisory Board Report |

Commissioner Lockwood and DPCs Gramaglia & Lark,

Attached are two reports from the Council's Police Advisory Board. These documents will guide their discussion at Tuesday's Police Oversight Committee. I've advised them to schedule a follow up meeting with you to discuss the Body Cam item.

Best,

Sean Mulligan

Council Member Rivera's Office

851-5125



- Report on Community Forums - 9-13-2018 - Final.docx



- Police Advisory Board - Body Cam Policy Discussion Paper - FINAL - 9.13.2018.pdf

## Report of Common Council's Police Advisory Board Three Community Forms

*Over the past month, the Common Council's Police Advisory Board held three community forums for Buffalo residents to share their thoughts, feelings, and concerns about policing in the City of Buffalo. These community forums were held at the Merriweather Library (August 21st), the Porter Library (August 29th), and the Gloria J. Parks Community Center (September 6th).*

*The following is an executive summary of the sentiments expressed by community members at all three forums. We have also provided notes describing the remarks of each person who spoke at the forums. Residents who spoke are being kept anonymous, except for residents who asked specifically to be mentioned by name.*

### Executive Summary:

- ✓ **Community policing** is critically important to residents in the City of Buffalo. This was the most frequently voiced concern. Many residents want the police to get out of their cars, walk the beat, ride bicycles, and generally to get to know residents. Many older residents vividly recounted stories about the positive impact that community police officers, like Ted Kirkland, had in their neighbors decades ago. Many residents expressed frustration that police officers only interacted with the public when an officer suspected wrongdoing or when there had been incident. Residents complained that officers responding to incidents didn't know the community and vice versa. Some residents urged the police to provide financial incentives to officers to engage in community policing.

- ✓ Community members are concerned about **racism and white supremacism** within the Buffalo Police Department. Residents recounted incidents in which certain police officers targeted people of color—and particular young black men—for aggressive, hostile questioning without basis for suspicion. Residents generally reported a concern that some police officers appeared to display racial prejudice. Residents noted that this was certainly not the case with respect to all or most officers, but that officers who did display such prejudice had a major detrimental effect on community-police relations.

- ✓ Some residents are concerned about police **abuse of power**. The advisory board heard stories of police engaging in aggressive and unwarranted investigative activities, including searches of private buildings, stop & frisk, and arrests for low-level offences.

- ✓ Some residents are skeptical about whether this **Police Advisory Board** will be effective. Residents mentioned that community advisory bodies had been convened in the past and that those were regarded as ineffective. Some residents expressed frustration that the Common Council and other elected and

[ PAGE \* MERGEFORMAT ]

appointed leaders were not hearing directly from the public, but instead creating another body to sit in between the public and officials. Other residents expressed appreciation for the Police Advisory Board's work and expressed their hope that the Advisory Board would be able to advocate effectively on behalf of residents and produce positive results.

Residents are concerned about a **culture of silence** within the police department. Residents expressed the belief that police officers must to a large degree police one another. Residents want to see good officers who are engaging with community in positive ways be promoted and protected. They also want to see good police officers call out and stand up to aggressive or hostile officers who are racially profiling or otherwise mistreating residents. Some residents called for stronger whistleblower protections for police officers, expressing concern that officers now are afraid of retribution.

- Residents are concerned about the rate of **unsolved serious crimes**, particularly murders. Some residents expressed frustration that police blame the community for failing to come forward, when community members face grave risk of retribution if they do so and receive no meaningful protection from the police. Other residents expressed frustration at what they perceived as inadequate investigative efforts of the police following serious crimes.

- Community members **recognize the effort of Commissioner Lockwood** to do significant outreach to community groups, to improve lines of communication with the public, and to change aspects of the culture within the Buffalo Police Department.

- Residents expressed concerns about the BPD's **body camera program**. Residents were concerned that officers would have too much discretion to turn cameras on and off at will. Residents were also concerned that the body cams might not be effective as a means to hold police accountable.

- Residents expressed concern with respect to **language access**—*i.e.* the ability of non-English speakers to communicate with police. Residents were concerned that BPD may not be complying with the language access policies previously put in place. Residents were also concerned that BPD was not keeping track of how the language access policy was used, making it difficult or impossible to determine whether the program was being implemented properly.

- Some residents expressed concern about officers' lack of training with respect to dealing with members of the public suffering with **mental health or addiction** problems.

[ PAGE   \* MERGEFORMAT ]

0003

COB214295

- ✓ **Next Steps:** The Police Advisory Board plans to engage further with the community, specifically in order to develop and advocate for solutions to the problems that were identified by residents during the open forums.

### Tally of Community Concerns

| Concern | Number of Times Mentioned |
|---|---|
| Community Policing | 17 |
| Racism/Prejudice in Policing | 16 |
| Influence/Ability of Board/Police Oversight | 11 |
| Police Abuse of Power | 8 |
| Funding | 8 |
| Justice for Victims | 7 |
| Police on Beat | 6 |
| Unsolved Crimes | 6 |
| Body Cameras | 6 |
| Language Access | 5 |
| Youth Resources – Police Relations | 4 |
| Crime | 4 |
| Internal Police Culture | 3 |
| Diversion | 3 |
| Police Union/Contract | 2 |
| Stop & Frisk | 2 |
| Drugs | 2 |
| Checkpoints | 1 |
| Traffic Cameras | 1 |
| Training | 1 |
| Compliments | 1 |
| Revenue Generation of Policing | 1 |

### Community Forum #1 – Merriweather Library – Tuesday, August 21, 2018

1) Why is it so difficult for Cariole Horne to receiver her just due?

2) Traffic cameras are problematic

3) As a child, did not feel very safe
    a. Community officer Ted Kirkland was powerful and impactful, and built relationships with community members
    b. Hasn't seen community officers back in the schools

[ PAGE   \* MERGEFORMAT ]

0004

COB214296

4) Chair of the Buffalo Municipal Housing Authority in HUD
    a. Negotiating a contract with the Buffalo Police Department
    b. Wants police to get out into the community
    c. There are tenant councils that can train people – residents do not know that this exists
    d. We need to get money to help folks get trained

5) Would like to see good cops in action
    a. There are better ways to solve murders
    b. Something needs to be done
    c. Police are not threatened
    d. Police should not turn off their body cameras
    e. Believes the police officers' mentality is, "I killed someone, and I'm on vacation with pay"
    f. It's not good to take prayer out of the schools
    g. People should not be stopped and frisked
    h. Police should be in the neighborhoods more
        i. Police should think twice before stopping and arresting someone

6) Partnership for the Public Good – works with the Police Advisory Board
    a. Fix-it tickets (an allotted time period)
    b. Law Enforcement Assisted Diversion (LEAD) Program
    c. Marijuana as the lowest level priority

7) We need more community policing, not surveilling by police

8) Stop the Violence Coalition
    a. We need the village to come out
    b. Everyone here at the meeting is preaching to the choir

9) A resident said that he has to lock his mother in the house to ensure that she is safe
    a. "We should not have to live like this."

10) Issues
    a. Lack of resources
    b. Leaders not listening
    c. Checkpoints for people
    d. We need to vote people out who are not doing their jobs
    e. Our communities are being criminalized

11) A resident said that officers swarmed her in her own neighborhood

12) "Why are we here?"

[ PAGE \* MERGEFORMAT ]

    a. What can this Board really do?

13) Police are not able to solve these crimes
    a. Police need to be better trained
    b. They need another medical examiner
    c. Buffalo's police is a broken wheel

14) To whom much is given, much is required

15) A community members said that she has gone to so many meetings
    a. Ted Kirkland was an amazing community officer
    b. Wants officers to be more visible
    c. Doesn't want officers to come to our neighborhoods just to be seen
    d. Police should get involved with our churches
    e. Where are the guns coming from that are being used to kill us?
    f. Why can't we find the guns?
    g. The Drug Abuse Resistance Education (DARE) Program brought officers into the schools

16) Simple Questions?
    a. Is this meeting just to express concerns?
    b. Just to share our thoughts?
    c. If folks aren't doing their jobs, vote them out
    d. This Board should be creating solutions
    e. There should be goals
    f. Solutions should be vetted in the community
        i. Strategic plan
        ii. Reach stated specific goals

17) Former Erie County Legislator spoke about the potential of the work that could be completed by the Police Advisory Board
    a. As the Board grows, it should seek subpoena power
    b. In the Carole Horne case, Council President Darius Pridgen is looking into it
        i. If her job is not the police department, she will not receive police benefits
    c. Mo Badger is one of the best community officers
    d. The relationship between police officers and young Black men need to be improved
    e. Our communities deserve to be treated with respect

18) Wanted to know why the Board met for so long to get to know each other
    a. In 2013, there was the same Board
    b. Spent 12 months going to the district

[ PAGE \* MERGEFORMAT ]

  c. Not one person read the report written
  d. Why is the Board here—wants to hear from us
  e. We are in the community because we care

19) In 1993, a resident's boyfriend was killed on Sycamore Street
  a. We're still here
  b. Use 311
  c. When bad things happen, the police are never around
  d. When the police do come, sometimes things get worse
  e. She worked hard to keep her kids safe
  f. Participatory Budgeting as a community is essential to getting to solutions

## Community Forum #2 – Porter Library – Wednesday, August 29, 2018

1) Thankful that the alleged suspect who killed Yvette Johnson and Kyrie Johnson was arrested
  1. Asked for a moment of silence
    i. Wants justice for the families
  2. Thinks that police should be on the beat like in the old days
  3. Nowadays, community members warn each other when they know police are coming through their neighborhoods
  4. Back in the day, people fist fought, and didn't kill each other

2) This is long overdue
  1. Been living downtown for 15 years
  2. Has seen a renaissance in downtown Buffalo
  3. There is "temptation" for people
  4. Crime increased in his neighborhood over the past 2 years
  5. People getting treatment at Evergreen Health Services concern him
  6. Wants the police guarding the area

3) Moved to Black Rock/Riverside not long ago
  1. Grateful for our presence and the folks in uniform
  2. On August 9th, for the third time, an abusive neighbor threatened her
  3. Police created a barricade between her and the neighbor
  4. Got a fractured rib, said there was nothing to report
  5. Threw a glass vase at her, asked if she knew she had called the police

4) Works for Partnership for the Public Good
  1. There is currently no way to build out community policing for officers
  2. Police officers should all be community officers
  3. There should be diversity in the police department
    i. The police force does not reflect the demographics of the city of Buffalo

[ PAGE \* MERGEFORMAT ]

4. The creation of the Law Enforcement Assisted Diversion Program (LEAD) is essential
5. Public should have access to all information
    i. We don't have an open portal
6. We need meetings with upper-level administration
    i. CP policy
    ii. Language access
    iii. Many more
7. Keep the focus on community policing

5) Attendee was raised in Buffalo, NY
    1. Moved to Charlotte, North Carolina
    2. Mothers of Murdered Offspring
    3. Enough officers are not in the community
        i. She has seen officers cry over victims who are hurt
    4. This is not a battle of police vs. the community
        i. SNITCH Program
        ii. We need to see officers as human beings
        iii. She thinks that officers would rather not show up with guns

6) Doesn't currently live on the West side, currently lives on the East side
    1. Always sees police fly by in their cars
    2. Experienced deaths with fiancé
    3. She is afraid in her own community
    4. Everyone is affected by everyone's anger
    5. Her son took someone's life 10 years ago
        i. Her other son was sentenced to 10 years
        ii. Tries to support her family
        iii. She tried to instill in her sons that they have to earn things and be respectful
    6. The community that she came from is gone
        i. 15 boys who she grew up with are dead, they all killed each other
    7. Police in her communities have become bullies
        i. Her community is being criminalized
        ii. If she tells, she will be vulnerable to retribution

7) Concerned citizen, Samuel A. Herbert
    1. Doesn't trust the police
        i. Police show favoritism
        ii. The police do not protect and serve
        iii. The police stop and frisk way too often
        iv. Marijuana possession should not be a cause for stopping people
            1. Lots of people have it, but have it concealed
        v. Officers set people up for arrest

[ PAGE   \* MERGEFORMAT ]

   2. Police should have body cameras
        i. Does not trust the police to do the right thing
        ii. At the last Police Oversight Committee meeting, he said that the Common Council should not accept the explanation presented by the police in defense of turning body cameras off
        iii. Police should not have the right to turn off body cameras
        iv. The cameras should be turned on when an officer starts their shift and should stay on until they end their shift
        v. No officer should have the independent option to turn their body cameras off
   3. The Klu Klux Klan has infiltrated law enforcement
        i. When are police brass going to identify Klan members?
        ii. We have legitimate reasons not to trust the police
        iii. Not all officers are racist and terrible
        iv. Good cops have not stood up and spoken out against bad cops
        v. Good cops have become corrupted

8) Community organizer who work with PUSH Buffalo and youth in the community
   1. Community policing has to be a culture
   2. Police contracts should be consistent with policies
   3. The city of Buffalo is a business
        i. The Police Union should be honest about that
   4. The community is bearing this weight
   5. Holding Black and Brown bodies is revenue generating
   6. There is lack of respect in our communities
   7. Works with the youth who are constantly harassed by the police
        i. What happens when you snitch
        ii. Interrelationships between victims is real
        iii. Gentrification
             1. The results of gentrification are leading to hot beds for violence
   8. We have to respect everyone as people
   9. We need officers are incentivized to solve crimes
   10. Lack of respect for our communities lead to mistrust
        i. I'm only a snitch if I was part of it
        ii. If I am concerned member of my community, I am not a snitch
   11. What are police here to do?
   12. We have to stop blaming ourselves and our communities
   13. The police should never use murders as an excuse to occupy them even worse
   14. We must build a culture where police change the culture
        i. There are so many youth that are caught up in the system
   15. Police culture will change with the police contract

[ PAGE   \* MERGEFORMAT ]

9) Attendee is an immigrant, and has been victimized
    1. Was a lawyer back home in the Congo
    2. During an incident, an officer asked him what happened in English, but he spoke French at the time
    3. Put together a group of people
        i. Met with police and communities
        ii. Now has a language access plan
    4. We need more
    5. Friend was in an accident
        i. The police used a minor as an interpreter
        ii. Officer said it takes too long
        iii. Asked about the use of the language access plan
        iv. **Wants to know if there is data about how this is being used**

10) Attendee was raised on the West Side
    1. There are at least 33 languages spoken on the West Side
    2. People live in one area, but hide out in different areas
    3. Councilman Rivera supported Participatory Budgeting
        i. Niagara District got $10,000 from the Participatory Budgeting process
    4. Has to listen to people trying to break into her home
    5. Why is the East Side being targeted?
        i. We are all in the same boat
    6. The Board should try and bring out more people
        i. She could not sleep at night if she knew her kids were in danger

11) An immigrant and executive board member of a community organization
    1. Immigrants do not trust law enforcement
        i. They are being betrayed back home
    2. We are trying to build relationships between law enforcement and community
        i. Barriers to building relationships are language and fear
    3. Lots of burglaries area taking place in immigrant homes
        i. People are afraid
        ii. Law enforcement did not respond
        iii. People have had thousands of dollars in property stolen

12) Erie County Legislator/concerned citizen seeking justice for India Cummings
    1. Grew up on the West Side, represents both the East and West Side
    2. Since the Sheriff's Office falls within her responsibility, she sees overlap between what occurs in the Sheriff's Office and the Buffalo Police Department
    3. She is passionate about criminal justice reform
    4. Committed to getting justice for India Cummings

[ PAGE   \* MERGEFORMAT ]

5. She is open to supporting the Board as it continues with its work

**Community Forum #3 – Gloria J. Parks Community Center – Thursday, September 6, 2018**

1) Resident attended April Baskin's hearing on India Cummings
    a. After hearing what India went through, her son went through the same thing
    b. Her son has an addiction problem
    c. Her son was scheduled on July 26th to go to drug treatment
        i. Judge Russel issued a warrant for her son's arrest
        ii. Went to the sex trafficking department
        iii. An officer said there was an incident
        iv. Her son didn't pay his cab fare and was arrested
        v. Her son is 29 years old, and was on ecstasy
        vi. The Officer called ECMC to have him admitted, and ECMC refused to admit him, so was taken to the Erie County Holding Center
            1. Substance causes his to act differently
            2. Folks dealing with addiction and taken into custody should get the care and medical attention that they need and deserve

2) Crime is down nationally and in Buffalo
    a. The elimination of lead
    b. Highest form of poverty
    c. Police spending is up by 50% in 10 years
        i. Accountability with regard to policing
            1. Investing in people's needs should be essential
            2. Increase in monetary investment
        ii. There were lead programs back in the 1970's

3) Clubhouse Buffalo – Englewood
    a. Serves youth ages 16 – 23
    b. Open Monday – Friday, 12PM – 10PM
        i. Trying to get info out there
        ii. Recovery-based programs
    c. Last month (August)
        i. Police came in during a meeting of young men on a Saturday
        ii. Police shouldn't have had access to the building
        iii. Three white officers came into the building and accused the men of stealing a cell phone
            1. In the end, none of the young men had stolen the phone
            2. The person that stole the phone had walked past their building and the phone recognized or "pinged" their address

[ PAGE \* MERGEFORMAT ]

       3. **It was a terrifying experience**
       4. **For the first time, she saw with her own eyes how Black men were treated**
       5. All the young men needed was an apology from the police, and did not receive one
          a. They did not acknowledge their wrongdoing
       6. Ever since then, they feel they are at risk
          a. Things could have gone so wrong
          b. Grateful that the young men did not react to the police
       7. There was one officer that was particularly aggressive, but the other officers did not stop him
          a. No one wants to be treated like Cariole Horne

4) Police can police each other
   a. Police can call out their fellow officers
   b. Police should hold each other accountable
   c. Even with body cameras , police are able to get away with hurting us
   d. Need more officers on bicycles without people even knowing that they are there
   e. Community policing is so important
   f. Sensitivity training is imperative
   g. Stop paying officers overtime
   h. Call this an epidemic

5) Why did only five of the 11 members present today?
   a. Wants to see more Board members at these forums
   b. At the last forum, a gentleman said that the Peacemakers don't do anything
   c. Invited them to the forum today so that people can know what they do
   d. Murray from Stop the Violence Coalition spoke
      i. Buffalo should be a united front
      ii. Wants to make sure that the community is safe
      iii. Works in all areas
         1. Works with Erie County in all areas
      iv. Community calls them
      v. Has attended over 400 funerals
      vi. Pastor James Giles got him connected to this work at age 14
      vii. Recently took 15 kids to the Bills game
      viii. We have to collaborate

6) Samuel A. Herbert
   a. Attended the March 2018 Common Council Police Oversight Committee meeting

[ PAGE \* MERGEFORMAT ]

0012

COB214304

      i. Brass from the police were there
          1. The officer that spoke gave an unacceptable response about why body cameras should be turned off
          2. Asked all Council members to reject the explanation given
     ii. Officers who shot the young Black boy in his grandmother's backyard
    iii. Does not want officers to have the option to turn their cameras on and off at will
          1. Officers should turn their cameras off when they start their shift and should keep them on until they clock out of their shift
    iv. Officers are not doing the right thing
     v. The trouble with good cops is they see bad being done and not saying anything
    vi. Wants everyone to know that community members have the right to not trust the police
   vii. They do not have cameras on police dashboards
  viii. The community wants a list of the racist officers who are in the Klu Klux Klan
    ix. We have to protect ourselves
     x. Do not let anyone intimidate you into speaking
    xi. Appreciates the police for finding the man who killed Yvette Johnson and her grandson
   xii. These officers are shooting to kill
          1. They are trained to be able to shoot with precision
          2. They have the option to shoot in a non-fatal way, but often do not
  xiii. Officers should be drug tested

7) Erie County Legislator/concerned citizen
   a. Today, Legislator clocked in a new piece of legislation, but she was the only sponsor
   b. Also today, National Sherriff's Week was established
   c. She has received scathing reports about the Erie County Holding Center
   d. Found out that District Attorney asked for the Attorney General to investigate the death of India Cummings
   e. The COC must back up their report
   f. We have failed, and we have to do better
   g. **The statute of limitations cannot run out on India Cummings**
   h. Tomorrow morning on the 4th Floor of 92 Franklin, April is holding a press conference
      i. We are calling on the Attorney General to move forward with this investigation

[ PAGE   \* MERGEFORMAT ]

8) A resident shared the 10 rules from Dr. Martin Luther King, Jr. as a way to interact with and support one another

9) A resident said that there is a difference between "telling" and "snitching"

10) Common Council member/concerned citizen invited the Board to attend Chief Menza's meeting on every 2nd Wednesday of the month

11) A resident asked what the plan was for the 135 assault riffles
    a. Budget?
    b. Proficiency?
    c. Why are we training police to use firearms?
    d. Police are accurate 18% of the time
    e. There is a better use for that money

12) A resident once had a map of the Klu Klux Klan in different parts of the military
    a. There is a direct connection between slavery and mass incarceration
    b. Black officers should police Black neighborhoods
    c. At the Juneteenth festival, it felt threatening to see white officers patrolling the celebration
    d. If an officer is racist, that racism is always with that officer

13) One question that should be asked (and polygraphed) of every new perspective officer is whether they have ever supported, joined, or had ties with any white supremacist groups

Respectfully Submitted,
Police Advisory Board of the Buffalo Common Council Police Oversight Committee

Bobbi Brown            Ari Moore
Erin Carman            Benjamin Nelson
De'Jon Hall            Steven Sanyu
Danielle Johnson       Willie Smith
Jonathan Manes         Yasmin Young
Charles Morrison

[ PAGE \* MERGEFORMAT ]

0014

COB214306