# EXHIBIT 384

[![Kulture Vulturez](https://www.kulturevulturez.com/)](https://www.kulturevulturez.com/)

STREETZ CULTURE(HTTPS://WWW.KULTUREVULTUREZ.COM/PAGE/STREETZ-CULTURE/)

# RUFF BUFF: HISTORY OF BUFFALO'S EAST SIDE GANGS

4 MINS READ

## BUFFALO EAST SIDE:

### SHORT STORY OF BUFFALO GHETTO AND OLD SCHOOL BUFFALO GANGS

Some might know the history of East Side Buffalo with the GoodYear Crew, Sly Green and the L.A. Boys, or the old Juice Crew and Bailey Style Posse, but Buffalo gangs and neighborhood cliques originated during the late 1950s and grew in the 1970s.

Some of the Buffalo's old school gangs were the Matadors, Mad Dogs, and Manhattan Lovers, who were known as the biggest in the city as the three formed the 3M Nation.^

Also, there was the Pythons, which had different factions in the Cold Springs neighborhood and in Downtown's Talbort and Ellicott Mall housing projects, Lamp City, Allahturks, and numerous others throughout the Buffalo ghetto of the East Side.^

Old school Buffalo gangs were much different from the gangs, cliques and 'hoods of the 1990s and 2000s with less violence and very little affiliation with drugs, there was more a community pride than modern day gangs.

PLAINTIFFS_GENERIC-00004583

0001



The period of the late 1980s and 1990s was one of the worse eras that city has ever seen, due to violence from the introduction of narcotics. During this period, people like Sly Green and the rest of his crew, which were labeled as the L.A. Boys, had the city on lock during their reign.

Green's reign would last until the mid-1990s as federal indictments took him down, but to some who identify with the street life will forever recognize him as the one and only true legend of Buffalo's East Side.

While the LA Boys were all over the city's East Side, there were a number of blocks that became notorious, blocks like Goodyear, home to the Goodyear Crew and another East Side street legend by the name of E.

After the L.A. Boys went to prison there was a void, and E and the Goodyear Crew filled it. In an area of other legendary 'hoods like Montana Avenue, E and the Goodyear Crew would be the new kings of Buffalo, but only lasting until '95 as indictments and arrests of dozens within the community ended their short run.

 (https://www.kulturevulturez.com/)



End A Fight In 3-5 Seconds

Simplified fight moves used by Navy SEALs to end a fig seconds.

FightFast

## BUFFALO EAST SIDE HISTORY

Before Buffalo gangs took over the community of the East Side, Buffalo's urban community and the city's black population was located in a small designated area on the East Side, an area centered around William Street.

Buffalo's black community would slowly expand into places like the Fruitbelt and Cold Springs around Jefferson Avenue, followed by other sections of the East Side as white families were leaving the city.

PLAINTIFFS_GENERIC-00004584

0002

Even though the Buffalo black population has been around since the city's early days most moved into the city during the great migration of African Americans, which occurred between the 1920s and the 1960s as black families were leaving communities in the southern states.

In the beginning, Buffalo was one of the least segregated cities in the country with white and black residents living and working together, but as newcomers came into Buffalo the views of the black population began to change.*

As newcomers, who were recruited by family members or companies that needed workers, the black community expanded, which led many to begin to have bad feelings towards the city's black population.*

The change was seen with discrimination, racism, and segregation as African-Americans were limited by the places they could reside or be employed at.

## BUFFALO EAST SIDE PROJECTS

During the 1930s, the government created the New Deal Act due to the affects that the Great Depression had on society, in turn this would help provide public housing in cities across the country.

The city of Buffalo originally built four public housing projects that included Kenfield, Perry, Lakeview, and finally Willert Park, which was the only housing project for black families of Buffalo.



Starting in the 1960s, urban renewal helped the city to build 5 high rise developments, mostly on the East Side, like Kensington Heights, Ellicott Mall, and Talbert Mall.

According to some, the Ellicott and Talbert Malls, which were built between Michigan and Jefferson, helped changed the East Side by displacing hundreds of people from the community for the city's construction of the two public housing complexes.

Eventually, the building of the housing projects and the easy access of transportation with the newly constructed highways led to many white families to leave the East Side of Buffalo and relocate into the suburbs.

PLAINTIFFS_GENERIC-00004585

0003

Affordable Hideaway Wall Beds

Make Any Room A Guest Room, Explore The Top Murp Styles, Sales And More

iresults.com

## PRESENT DAY BUFFALO EAST SIDE

When the projects of the Buffalo ghetto began to deteriorate as numerous apartments were vacant and/or in need of repair, most were sold, renovated or eventually became closed. With the closing of Buffalo's original high rise housing complexes many were displaced into various communities throughout the East Side of Buffalo.

Supposedly, with the hundreds of families leaving in the form of white flight from the East Side into the surrounding suburbs, the tax base of the East Side also left the community helping the transform of the East Side into the label of the Buffalo ghetto as there was a major lack of funding for the necessary upkeep.

Currently, the East Side Buffalo communities are heavily dilapidated with numerous of vacant lots and houses throughout the East Side as some neighborhoods have a poverty rate of over 50%.



The national trend of gentrification seems to be making its way into the Buffalo East Side as construction and some rebuilding in certain areas are in the beginning stages.

As the East Side is filled with numerous vacant lots and properties, the community seems to be only destined to be rebuilt with East Side residents relocating to neighborhoods outside of the East Side, like Cheektowaga.

As far as the streets, while during the days of Buffalo gangs like the Goodyear Crew or the L.A. Boys when violence in the streets had reached its peak, the streets of today should not be labeled as the same as times have become much calmer despite what some might say.

### EAST SIDE BUFFALO GHETTO RELATED TOPICS:

PLAINTIFFS_GENERIC-00004586

0004

1 [HARLEM, AND THE STREETS THAT ONCE WERE (HTTPS://WWW.KULTUREVULTUREZ.COM/HARLEM-GHETTO-STORY/)](https://www.kulturevulturez.com/harlem-ghetto-story/)

2 [STORY OF THE SOUTH BRONX, AND MORE… (HTTPS://WWW.KULTUREVULTUREZ.COM/BREAKDOWN-BRONX-NEIGHBORHOODS/)](https://www.kulturevulturez.com/breakdown-bronx-neighborhoods/)

3 [TOP UPSTATE NEW YORK RAPPERS (HTTPS://WWW.KULTUREVULTUREZ.COM/UPSTATE-NEW-YORK-RAPPERS/)](https://www.kulturevulturez.com/upstate-new-york-rappers/)

4 [TOP NEW YORK CITY RAPPERS (HTTPS://WWW.KULTUREVULTUREZ.COM/TOP-NEW-YORK-CITY-RAPPERS/)](https://www.kulturevulturez.com/top-new-york-city-rappers/)

5 [LEGENDS OF THE STREETS: CITY TO CITY TOP KINGPINS, GANG LEADERS, CREWS (HTTPS://WWW.KULTUREVULTUREZ.COM/LEGENDS-OF-THE-STREETS-CITY-TO-CITY-TOP-KINGPINS-GANG-LEADERS-CREWS/)](https://www.kulturevulturez.com/legends-of-the-streets-city-to-city-top-kingpins-gang-leaders-crews/)

**FURTHER READINGS AND RESOURCES:**

^Crockett, Sherman. "Cover Your Father's Nakedness: Forgiving the Father Who Forsook You"- Volume 1. Xulon Press.

*Williams, Lillian Serece. "Strangers in the Land of Paradise". Indiana University Press. 1999.

*Note:* All information is provided through people of the community, outside sources, and research. Some information might not be current and/or 100% accurate.

## ADVERTISEMENT

## SEARCH

SEARCH

## CATEGORIES

RAP MUSIC (HTTPS://WWW.KULTUREVULTUREZ.COM/PAGE/RAP-MUSIC/) | INT'L RAP HIP-HOP (HTTPS://WWW.KULTUREVULTUREZ.COM/PAGE/INT-RAP-HIP-HOP/) | RAP HISTORY (HTTPS://WWW.KULTUREVULTUREZ.COM/PAGE/RAP-HISTORY/)

R&B MUSIC (HTTPS://WWW.KULTUREVULTUREZ.COM/PAGE/RNB-MUSIC/) | REGGAETON (HTTPS://WWW.KULTUREVULTUREZ.COM/PAGE/LATIN-MUSICA/) | AFROBEATS (HTTPS://WWW.KULTUREVULTUREZ.COM/PAGE/AFROBEATS/) | INT'L R&B (HTTPS://WWW.KULTUREVULTUREZ.COM/PAGE/INT-RNB/)

TOP 10 LISTS (HTTPS://WWW.KULTUREVULTUREZ.COM/PAGE/TOP-TEN-LISTS/) | STREETZ CULTUREZ (HTTPS://WWW.KULTUREVULTUREZ.COM/PAGE/STREETZ-CULTURE/)

KULTURE SPOTLIGHT (HTTPS://WWW.KULTUREVULTUREZ.COM/PAGE/KULTURE-SPOTLIGHT/)

## INFORMATION

HOME (HTTPS://WWW.KULTUREVULTUREZ.COM/) | COOKIES / PRIVACY POLICY (HTTPS://WWW.KULTUREVULTUREZ.COM/PRIVACY-POLICY-2/) | ADVERTISEMENT (HTTPS://WWW.KULTUREVULTUREZ.COM/ADVERTISEMENT/)

SOCIAL MEDIA: @KULTUREVULTUREZ_COM (HTTPS://WWW.INSTAGRAM.COM/KULTUREVULTUREZ/)

EMAIL: MEDIA@KULTUREVULTUREZ.COM

2021 KultureVulturez.com