# EXHIBIT 385



| | |
|---|---|
| **Daniel Derenda/BPD**<br>06/27/2013 04:32 PM | To   Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J |
| | cc |
| | bcc |
| | Subject   sf June location update |

### *June 13 SF locations*

06-01-13   SF  Area 7 Roadblock Location to be determined by Capt (note on report)
06-02-13   SF  Area 9 Roadblock Broadway & Smith
06-03-13   SF  Area 2 Roadblock Olympic & 33
06-04-13   SF  Area 4 Roadblock Walden & Sycamore
06-05-13   SF  Area 8 Roadblock Location to be determined by Capt (note on report)
06-06-13   SF  Area 10 & 7 Roadblock Location to be determined by Capt (note on report)
06-07-13   SF  Area 15 Roadblock Grant & Hampshire
06-08-13   SF  Area 16 Roadblock Grant & Delavan
06-09-13   SF  Area 22 Seneca St(Babcock to Derstein)Roadblock Location to be determined by Capt (note on report)
06-10-13   SF  Area 6 Roadblock Main & Utica
06-11-13   SF  Area 3 Roadblock
06-12-13   SF  Area 4 Roadblock Genesee & Theodore
06-13-13   SF  Area 8 Roadblock Broadway & Miller
06-14-13   SF  Area 4 Roadblock E Delavan & ERB
06-15-13   SF  Juneteenth 15:30-2100 Area 2 Roadblock 33 & Suffolk
06-16-13   SF  Juneteenth 15:30-2100 Area 7 Roadblock Box & Moselle
06-17-13   SF  Area 4 Roadblock Walden & Brinkman
06-18-13   SF  Area 8 Roadblock Broadway and Memorial
06-19-13   SF  Area 9 Roadblock Smith adn Broadway
06-20-13   SF  Area 2 Roadblock Delvan & William Gator
06-21-13   SF  Area 4 Roadblock Genesee & Erb
06-22-13   SF  Area 1 Roadblock Amherst & Berkshire
06-23-13   SF  Area 18 Roadblock Tonawanda & Ontario (hit the park and Tonawanda st hard)
06-24-13   SF  Area 3 Roadblock Leroy & Grider
06-25-13   SF  Area 9 Roadblock William & Jefferson (Warren, Strauss, Concord Sts problem areas)
06-26-13   SF  Area 8 Roadblock Empire & Goodyear
06-27-13   SF  Area 4 Roadblock Genesee & Cityline
06-28-13   SF  Area 7 Roadblock Ferry & Grider
06-29-13   Gus Macker 1530-1900 SF Area 7&8 Roadblock Sycamore & Walden
06-30-13   Gus Macker 1530-1900 SF Area 7&10 Roadblock Best & 33

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571