# EXHIBIT 386



| | | |
|---|---|---|
| Daniel Derenda/BPD | To | Dennis J Richards/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept, Byron C Lockwood/BPD@BuffaloPoliceDept, Kevin J |
| 06/27/2014 04:02 PM | cc | |
| | bcc | |
| | Subject | sflocation update |

# June 2014

06-01-14   SF Area 9 Roadblock to be determined by LT
06-02-14   SF Area 1 Roadblock to be determined by LT
06-03-14   SF Area 2 Roadblock to be determined by LT
06-04-14   SF Area   Roadblock to be determined by LT
06-05-14   SF Area   Roadblock to be determined by LT
06-06-14   SF Area   Roadblock to be determined by LT
06-07-14   SF Area  Roadblock to be determined by LT
06-08-14   SF Area   Roadblock to be determined by LT
06-09-14   SF Area   Roadblock to be determined by LT
06-10-14   SF Area   Roadblock to be determined by LT
06-11-14   SF Area  2 Roadblock to be determined by LT
06-12-14   SF Area 1 Roadblock to be determined by LT
06-13-14   SF Area 5&7 Roadblock to be determined by LT
06-14-14   SF 1530-2100hrs June teenth/ area 2  Roadblock to be determined by LT
06-15-14   SF SF 1530-2100hrs June teenth/ area 4 Roadblock to be determined by LT
06-16-14   SF Area 3 Roadblock to be determined by LT
06-17-14   SF Area 18 Roadblock to be determined by LT
06-18-14   SF Area 8 Roadblock to be determined by LT
06-19-14   SF Area 4 Roadblock to be determined by LT
06-20-14   SF Area 4 Roadblock to be determined by LT
06-21-14   SF Area 2 Roadblock to be determined by LT
06-22-14   SF Area 2 Roadblock to be determined by LT
06-23-14   SF Area 1 Roadblock to be determined by LT
06-24-14   SF Area 1 Roadblock to be determined by LT
06-25-14   SF Area 9 Roadblock to be determined by LT
06-26-14   SF Area 2 Roadblock to be determined by LT
06-27-14   SF Area 2 Roadblock to be determined by LT
06-28-14   SF Area 4 Roadblock to be determined by LT
06-29-14   SF Area 18 Roadblock to be determined by LT
06-30-14   SF Area 8 Roadblock to be determined by LT

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

COB015968

0001