# EXHIBIT 387

https://buffalonews.com/news/local/article_8bb2a7ce-565e-554a-a7d6-1ae45a83f6cf.html

# Community groups look for ways to fill void left by loss of Macker basketball tourney

By Emma Sapong
Jun 1, 2015

When the Gus Macker basketball tournament left Buffalo two years ago, it was the loss of a summertime highlight for many local youth. Now multiple efforts are underway to fill that void.

"It was a ritual for more than 20 years, kids would look forward to it," said Erie County Legislator Betty Jean Grant. "Many people were disappointed."

Grant and a coalition of anti-violence community organizations will meet Wednesday in the Frank E. Merriweather Jr. Library to figure out a way to hold alternative tournaments and programs.

"The goal is how we can maintain organized basketball in Buffalo," she said. "A lot our youth don't have jobs for the summer so we don't want them to loiter around the streets. Basketball will be a way for them to release frustration, and to network and play together."

Gus Macker – a 3-on-3 outdoor tournament that features boys and girls, men and women, of various ages – moved to Darien Lake last summer after almost 25 years in Buffalo. This year it will be played Aug. 29-30 on Grand Island.

### People are also reading…

1  There won't be a downtown soc

0001

2   **Banned professor to lose job at Fredonia as legal fight over censorship claim continues**

3   **Bills Mailbag: Is the door closed on Amari Cooper returning?**

4   **Buffalo public school teacher on leave after young students given pot-laced gummies**

Organizers said the tournament, which had been a fundraiser for the Police Athletic League, left the city because of the cost.

Grant said participation in the tournament was about 50 percent African-American and its relocation was due partly to the city's newly improved downtown that doesn't include "blacks playing street basketball."

But she noted that there's been a surge in opportunities downtown for ice skating, lacrosse and pond hockey, sports not traditionally played by blacks.

"Buffalo is telling African-American youth, especially black males, that the sport you're most associated with is not welcome in our new Buffalo," she said.

Mayor Byron W. Brown dismissed Grant's allegations and otherwise refused to comment.

Despite the move of the Macker tournament, Bishop Perry Davis hopes to hold his second annual "Hoops for Peace" tournament July 25-26.

"A lot of people aren't going to be able to make it to Grand Island because of transportation, and I just wanted to do something to bring everybody together," said Davis, founder of the Stop the Violence Foundation.

After the news about the new location of the Macker tournament last year, Davis with his own money hurried to put a tournament together for inner-city children, he said. It attracted 8, six-man teams and was held in Masten Park.

This year, though, Davis began planning in April and has corporate sponsors. Its location – either in Delaware Park or Niagara Square – will be determined this week. And it's open to all Western New Yorkers. Teams from Hamburg, Williamsville and Clarence have already signed up.

"We're trying to unite Western New York," Davis said. "This is not about being divisive. We are all one."

Davis' event is already planned and isn't affiliated with Grant's meeting or efforts. But she said the meeting, which will include members of We Are Women Warriors and Buffalo Peacemakers, will organize basketball tournaments and programs to supplement larger efforts and keep youngsters engaged this summer.

email: **esapong@buffnews.com**



## Marketplace  Sell Your Items - Free to List                      Visit Full Marketplace



**Divided by H&M Womens Sz 4 A**

$20

ELOISE E. | sellwild.com



**2000s Jennifer Lopez Womens**

$20

ELOISE E. | sellwild.com



**Vintage Y2K Rozzi Juniors Sz**

$22

ELOISE E. | sellwild.com



**2024 Jeep Grand Cherokee L**

$46,006

LOTLINX A. | sellwild.com







**Vintage 1980s**

$89

**LIBBY B. | sellwild.com**



**1982 Toyota**

$22,500

**GATEWAY C. | sellwild.com**

Powered by sellwild

0004