# Exhibit 388

# Filed Under Seal