# EXHIBIT 390

**From:**    Brian K Patterson/BPD
**Sent:**    6/5/2013 4:42:10 PM
**To:**    Daniel Derenda/BPD; Charles H Tomaszewski/BPD; Maureen A Oakley/BPD
**Subject:**    Fw: Gus Macker Plans

----- Forwarded by Brian K Patterson/BPD on 06/05/2013 12:41 PM -----

"Brian K. Patterson" <pbrian791@aol.com>
06/05/2013 12:35 PM

To    bkpatterson@bpdny.org, Daniel Derenda/BPD, Maureen A Oakley/BPD

cc

Subject    Gus Macker Plans



- Gus Macker Tournament OT Schedule.docx
**Gus Macker Tournament Gang Interdiction Strategy**

**IMPORTANT STRATEGY NOTE:** The surge in gun violence by gangs necessitates a different tactic from us this year in making the Gus Macker secure. What we want to accomplish at the Gus Macker is to prevent gang fights **before** they happen. This means that our detail has to **mentally change** its focus from one of a reaction detail to one that proactively looks for gang buildup and then proactively and strategically does two things every time we encounter a gang: 1) remove the gang leader first and 2) remove gang members with no identification. Basically the detail is a proactive gang interdiction detail versus a reactive detail. The volunteer community peacekeepers (will have shirts with peacekeepers on back) will be out actively looking for gangs and will call out locations based on this very strategy. It is important we complement their interdiction with timely support to the peacekeepers working with us. They have considerable knowledge of the gangs in the city and will be a great asset in keeping the peace. Again we must be proactive in identifying gangs and gang build up. Air one will be in the air looking for large groups walking to the event, NFTA will be monitoring the subway station for gangs attempting to enter the subway staions, Probation and Parole will be walking among the crowd looking for parolees and probationers. SWAT will be on the perimeter roving covertly in case we need them. **Once a gang is identified the following must stratgically take place if we are to be successful:**

1. call to command bus the location of the gang
2. wait for back up from roving officers and peacekeepers
3. approach gang (look for who the gang leader might be) and then usher them if possible to a close by field interview site ( a map of the event will be provided showing zones and field interview site) where transport police cars will be parked and the paddy wagon can come to.
4. pat down gang members for weapons (any dangerous weapons automatic arrest)
5. Identify the leader (we must always remove the leader) and place him in a car or the paddy wagon depending on how many we want to transport ( Reminding the gang they are not under arrest but must be positively ID).
6. Request ID, and place the most likely trouble makers with no ID in the paddy wagon or transport car (no need to perform warrant checks, this will be done by the district detectives, and is too time consuming)
7. Transport gang leader and others with no ID back to the B District community room.
8. Walk others out of the tournament via peackeepers assistance with instructions not to return as a gang or else face arrest
9. At B District, Detectives Rooney and Mahoney will interview gang members in the community room, taking pictures and running warrant checks. There will also be police chaplains available and peacekeeper volunteers available. Parole and Probation officers will be called to B District if it is determined there is a violator
10. Those arrested will be transported from B District to cell block. Those under 16 must be picked up by a parent or responsible guardian. All others will be instructed not to return to the event based on our zero tolerance for gangs and violence at the event.

Questions? let's talk them out early...whatever they are.
Chief Patterson

COB344045