# EXHIBIT 391

| | |
|---|---|
| **From:** | Brian K Patterson/BPD |
| **Sent:** | 6/25/2014 1:50:30 PM |
| **To:** | Daniel Derenda/BPD@BuffaloPoliceDept; Byron C Lockwood/BPD |
| **Subject:** | OT Manpower Request for LaSalle Pk. event 6/28/14 |

- **Event:** The Kinfolk Soul Food Festival
- **Description of Event:** Fee for entrance outdoor concert
- **Date:** June 28th, 2014
- **Location:** LaSalle Pk
- **Manpower Request:** 1 Lt., 8 Police Officers, 1500 hrs.- 2330 hrs.
- **Trouble Areas:** Gang violence
- **Plan of Action:** Assist event security with crowd and traffic management by creating fixed and roving posts for police officers. Each post officer will have a specific function.

Nicole



- Kinfolk Soulfood Festival 6-28-14.pdf

COB340458

0001