# EXHIBIT 392

# CITY OF BUFFALO
65 Niagara Sq. 226 City Hall Buffalo, NY 14202

# SPECIAL EVENT
## 2014 Application

**Byron W. Brown**
**Mayor**

**Contact Information**
Special Events Coordinator  Kimberly Trent
**Location**    Room 226
**Phone**    (716) 851-6508
**Fax**    (716) 851-5052
Email: specialevents@city-buffalo.com

**Name of Event** Kinfolks Soul Food Festival   Today's Date 5/21/14
**Nature of Activity** Food & Music Festival   Year event began 2005
**Sponsoring Organization** Kinfolks Foundation/ Plant Green, Inc
**Organization Address** 1337 W 20th St. Jacksonville FL 32207
street      city      zip

## Date(s) of Event

| | | from | to | Day of week |
|---|---|---|---|---|
| Opening date | 6/28/14 | 4pm | 10pm | Saturday |
| Closing date | 6/28/14 | | | Saturday |
| Set-up date | 6/27/14 | 10am | 8pm | Friday |
| Breakdown | 6/28-6/29 | | | Friday |

## Contacts
1. Executive Director  Pat Williams    phone 405 923 4550
2. Financial Contact   SAME    phone
3. Event Chairperson   SAME    phone
   Email/website  i love soul food.com   fax
   Phone # during event    Jennifer Pasley 404 -
                                              966 -
**Location of Event**    A detailed site-map describing name & address of facility, property, streets 5250
or areas that are part of event venue must be attached to application.

**Name of Facility/Property** La Salle Park
   Address  1 Porter    New York    NY    14201
   street      city      zip

**Handicapped Accessibility** ☑ yes  ☐ no

**Last Year's Event** N/A
Actual attendance  #    Average daily attendance #    Approx. peak attendance #
Total expenses  $    Total revenues  $

**This Year's Event**
Estimate attendance  # 4,000    Estimate daily attendance # 4,000    Estimate. peak attendance #
Estimate expenses  $ 250,000    Estimate revenues  $ 250,000
Volunteers/workers  # 200    Entry fee for event  ☑ yes  ☐ no

## Insurance
All events must obtain liability insurance policy in the amount of one million dollars ($1,000,000.00), or a larger
amount in the discretion of the City, with the City of Buffalo named as an additional insured.
1. Insurance Provider of Insured
2. Insurance Agency    Phone #:
3. Amt of Insurance Coverage  $    Alcohol Insurance Coverage $

**Application Fee: $200 per day payable to the 'City of Buffalo', plus additional fees if applicable.**

## INFORMATION ABOUT THE PROPERTY FOR THE SPECIAL EVENT.

1. Property owner _City of Buffalo_
2. Event on public property  ☑ yes  ☐ no
3. Event on private property  ☐ yes  ☑ no
4. Event will be held indoors  ☐ yes  ☑ no  Certificate of Inspection (COI)license # _____
   If indoors, give full address of building _____

## YOUR EVENT MAY REQUIRE LICENSES, PERMITS, OR OTHER SUPPORT SERVICES.

| | | | | If YES, submit required permit application and/or fees. |
|---|---|---|---|---|
| 1 | Fireworks | ☐ yes | ☑ no | Need permit: Bureau of Fire Prevention    Room 321 |
| 2 | Tent permit | ☑ yes | ☐ no | Need permit: Bureau of Fire Prevention    Room 321 |
| 3 | Alcohol served/sold | ☑ yes | ☐ no | Need Erie Co Dept of Health Permit if alcohol is served or sold. Need SLA approved license. |
| 4 | Temporary food stands<br>selling food - # of venders  # TBD<br>distribution only - # of venders  # ___ | ☑ yes | ☐ no | All food vendors need Erie Co Dept of Health Permit in addition to City of Buffalo Temporary Stand license<br>Includes mobile units, food trucks, push carts.<br>If selling food, need Temporary Stand license. Room 301. |
| 5 | Non-food items for sale | ☑ yes | ☐ no | Exhibitor Stand if merchandise for sale.    Room 301 |
| 6 | Legalized gambling | ☐ yes | ☑ no | Need permit. Charitable gaming.    Room 301 |
| 7 | Amusement rides | ☐ yes | ☐ no | Need permit: Office of Licenses    Room 301 |
| 8 | Garbage totes | ☑ yes | ☐ no | Need permit: Dept of Public Works    Room 113 |
| 9 | Recycling totes | ☑ yes | ☐ no | Need permit: Dept of Public Works    Room 113 |
| 10 | Dumpsters | ☑ yes | ☐ no | Event producer must rent from service provider. |
| 11 | Portable lavatories<br>handicap accessible<br>number provided  # 2 | ☑ yes<br>☑ yes | ☐ no<br>☐ no | Name of service provider: ___ TO<br>Attach map of lavatory locations. |
| 12 | Barricades | ☑ yes | ☐ no | Event producer must rent from service provider. |
| 13 | Snow fencing | ☐ yes | ☑ no | Event producer must rent from service provider. |
| 14 | Park Permit<br>Playing field<br>Band wagon (mobile stage) | ☑ yes<br>☐ yes<br>☐ yes | ☐ no<br>☑ no<br>☑ no | Need permit. City of Buffalo Parks Dept    Room 505<br>Contact Arlene 851-9670 |
| 15 | Security<br>Private<br>Volunteers<br>City<br>Other | ☑ yes<br>☐ yes<br>☐ yes<br>☐ yes<br>☐ yes | ☐ no<br>☐ no<br>☐ no<br>☐ no<br>☐ no | For any YES: Notify Police district(s) near event. Attach correspondence. Attach copy of event security arrangements including vendor contact information. Within contract include a detailed security plan reflecting number of personnel, hours and locations. |
| 16 | Parking Provisions<br>'No Standing Signs'<br>Parking enforcement/Towing<br>Valet services provided | ☐ yes<br>☐ yes<br>☐ yes<br>☐ yes | ☐ no<br>☐ no<br>☐ no<br>☐ no | Need permit for 'no standing signs'. Parking arrangements: Include attachment to describe use of ramps/lots for other designated parking. |
| 17 | Street Closing  TBD | ☐ yes | ☐ no | See Street Closing application for Police Department approval. Attach detailed map of proposed closings. Requires minimum of 30 days to process. |

| 18 | **Traffic Control** | ☑ yes | ☐ no | See Motorcade/Parade permit application form.  Attach map of proposed race route. |
| | Road race/run/walk | ☐ yes | ☑ no | Waterfront routes subject to pre-approval (Erie St, Erie |
| | Parade or march | ☐ yes | ☑ no | Basin Marina, Marine Dr, Lakefront Blvd) Usage - contact |
| | Motorcade | ☐ yes | ☐ no | special events @851-6508. |
| 19 | **NFTA notice** | ☑ yes | ☐ no | Attach copy of correspondence to NFTA |
| 20 | **Banner Signage** (over street) | ☐ yes | ☑ no | Need permit (includes hanging banners overhead). Prior to |
| | **Flags installed on lampposts** | ☐ yes | ☑ no | installation, anything attached to a lamppost needs approval by the City of Buffalo Street Lighting Dept. Call 851-5362. |
| 21 | **City Furnished Utilities** | ☑ yes | ☐ no | Contact Dept of Public Works   Room 502 |
| | electric | ☑ yes | ☐ no | |
| | water/hydrants | ☑ yes | ☐ no | |
| | lighting in parks | ☑ yes | ☐ no | |
| | other (specify) | ☐ yes | ☑ no | |
| 22 | **Emergency Services Plan:** | | | Events over 1500 attendance require a contract with licensed emergency services provider. Attach copy of event |
| | **Call 911** | ☐ yes | ☐ no | emergency arrangements. Include vendor contact |
| | **EMT's licensed by City/Buffalo** | ☑ yes | ☐ no | information & copy of contract outlining detailed transport |
| | **Vehicles licensed by City/Buffalo** | ☐ yes | ☑ no | plan reflecting number of personnel, hours and locations. |
| 23 | **NYS Health Dept Public** | ☐ yes | ☑ no | Provide application & permit when received. |
| | **Gathering Permit Part 18** | | | For gatherings of 5,000+ persons at any one time. |
| 24 | **Other** ex. skydiving, balloon rides, etc. | ☐ yes | ☑ no | Specify need |

## Fire Department Data

List names and addresses of event committee members.
List names, addresses and contacts of all corporate and other sponsors.

1. **Closed streets and location of barricades.** Provide map.
   Streets closed between _____   _____

2. **Hydrants** They may not be blocked by any vehicle or concession.
   Location: _____
   Location: _____

3. **Concessions using cooking facilities.** Fuel containers must be approved of type.
   Location                                    type of fuel

   _____
   _____
   _____

4. **Request for Fire Apparatus:** In case of emergency, fire apparatus may respond within the barricade area.
   Apparatus _____      location _____      time _____
   Tent date(s): _____   location(s): _____

p.4        404/849353                                      GPP        May 21 14 12:39p
                                                                      COB340461
0003

## HOLD HARMLESS AGREEMENT
## FOR CITY OF BUFFALO, BUFFALO CITY PARKS,
## SPECIAL EVENTS AND PARADE PERMITS

By accepting a CITY OF BUFFALO, BUFFALO CITY PARKS, SPECIAL EVENTS AND OR PARADE PERMIT, the undersigned PERMIT HOLDER hereby agrees to defend, indemnify and hold harmless the CITY OF BUFFALO, its officers, and employees, against any and all claims, lawsuits, causes of action, judgments, or other liability, arising from injury to person or property, sustained by any person, association, partnership, corporation, or other entity, arising directly or indirectly from the acts or neglect of the PERMIT HOLDER, its officers, agents, employees, or members, participants, guests, invitees, or persons under the control of the PERMIT HOLDER.

In furtherance of the foregoing indemnification, the PERMIT HOLDER also hereby agrees to provide evidence (in the form of an ACORD certificate of liability insurance) of an insurance policy of general liability insurance and agrees to maintain said general liability insurance policy in force during the life of the permitted event. Said policy of insurance will protect against liability arising from all matters in connection with the permitted event and or in any way relating to PERMIT HOLDER'S activities in connection therewith. Said policy of general liability insurance coverage will be in the sum of at least $1,000,000 per occurrence (or higher amount at the discretion of the City permitting office).

The City of Buffalo shall be named as certificate holder and shall also be named as an additional insured under the general liability insurance coverage (with the permitted event being set forth or described in the description of operations box of the certificate of insurance). In the event the permitted event is to be held in a City Olmsted Park, the City may require that Buffalo Olmsted Park Conservancy be also added as an additional insured and as an indemnitee.

At its own expense, the PERMIT HOLDER shall defend any and all causes of action, lawsuits or claims brought against the CITY OF BUFFALO, its officers or employees.

_Kinfolk Foundation Inc / Plan IT Green, Inc._
Name of Permit Holder

_Patrick Williams_
Name of Signer

_____
Title (If Holder is not an individual)

_P.O. Box 550225_
Mailing address (city, state, zip)
_Atanta GA 30355_

_405923 4550_
Telephone number

_Patrick Williams_
Signature

_5/21/14_
Date



Resolution          00719

**Sponsor: Demone Smith**

**Date:**       **March 27, 2014**

**Subject:**    **Waive Park Rental and Special Event Fees for the Kinfolks Soul Food Festival at LaSalle Park**

**Whereas:** Chapter 175 of the Code of the City of Buffalo establishes a schedule of fees that are Charged with respect to licenses and permits and activities required or regulated Under the provisions of various chapters of the; and

**Whereas:** The Kinfolks Soul Food Festival, a National Festival that travels from city to city as an all social event of food, entertainment and information; and

**Whereas:** The Kinfolks Soul Food Festival is presented by the Kinfolks Corporation Inc. a organization whose objective is to create platforms from which the general public can come and retrieve life changing knowledge as it relates to Health & Wellness, Technology, Family Intervention, Financial Literacy, Professional Career Building and Workforce Development; and

**Whereas:** The Kinfolks Soul Food Festival will be held June 28, 2014 at LaSalle Park. This will be their inaugural visit to our city and hopefully many more; and

**Now, Therefore Be It Resolved,**

That the Common Council of the City of Buffalo respectfully requests that the Department of Special Events, Department of Permits and Inspections, and the Department of Public Works waive Park Rental and Special Event Fees for the Kinfolks Soul Festival;

**Be It Further Resolved,**

That the City Clerk forward a copy of this resolution to the Commissioners of the Departments of Permits and Inspections, Public Works and Special Events

**PASSED**

Demone Smith
Majority Leader-Buffalo Common Council
Masten District Councilmember

COB340463

Client#: 9768

PLANITGR

**ACORD**™  **CERTIFICATE OF LIABILITY INSURANCE**

DATE (MM/DD/YYYY)
6/05/2014

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Melissa Young | |
|---|---|---|
| Haas & Wilkerson Insurance<br>4300 Shawnee Mission Parkway<br>Fairway, KS 66205<br>913 432-4400 | PHONE (A/C, No, Ext): 913 432-4400 | FAX (A/C, No): |
| | E-MAIL ADDRESS: | |
| | INSURER(S) AFFORDING COVERAGE | NAIC # |
| | INSURER A: ACE American Insurance Company | 22667 |
| INSURED<br>Plan It Green, Inc. and<br>Kinfolks Foundation, Inc.<br>PO Box 550225<br>Atlanta, GA 30355 | INSURER B: Berkley National Insurance Comp | 38911 |
| | INSURER C: | |
| | INSURER D: | |
| | INSURER E: | |
| | INSURER F: | |

| COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER: |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY**<br>[X] COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE [X] OCCUR | | | G24605267 | 04/24/2014 | 04/24/2015 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $500,000 |
| | | | | | | | MED EXP (Any one person) | $EXCLUDED |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY [ ] PRO-JECT [ ] LOC [ ] | | | | | | GENERAL AGGREGATE | $5,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $5,000,000 |
| | | | | | | | **Liquor Liab** | $1,000,000 |
| A | **AUTOMOBILE LIABILITY**<br>ANY AUTO<br>ALL OWNED AUTOS [ ] SCHEDULED AUTOS [ ]<br>[X] HIRED AUTOS [X] NON-OWNED AUTOS | | | H0815675A | 04/24/2014 | 04/24/2015 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| A | **UMBRELLA LIAB** [X] OCCUR<br>[X] EXCESS LIAB CLAIMS-MADE<br>DED [ ] RETENTION $ | | | XCPN050003921 | 04/24/2014 | 04/24/2015 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | AGGREGATE | $1,000,000 |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? Y/N<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATU-TORY LIMITS [ ] OTH-ER [ ] | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| B | **Rntd/Brwd Equip** | | | MIM1001060 | 04/24/2014 | 04/24/2015 | | $50,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
Landlord (owner or lessee of the site) (Form LD9Z27/L-9Z27S1)
The certificate holder is named as an additional insured on the general
liability policy but only with respect to liability arising out of the
ownership, maintenance, or use of that part of the premises leased or
licensed to the named insured and only during the term of the named
(See Attached Descriptions)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| City of Buffalo<br>65 Niagara Square<br>Buffalo, NY 14202 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*William R. Wilkerson III* |

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05)    1 of 2    The ACORD name and logo are registered marks of ACORD
#S186536/M184205

YOUNM

COB340464

0006

## DESCRIPTIONS (Continued from Page 1)

insured's lease to occupy or license to use and only to the extent of
liability resulting from an occurrence arising out of the named insured's
negligence.

SAGITTA 25.3 (2010/05)    2  of 2
#S186536/M184205

COB340465

**Drye,Nicole**

| | |
|---|---|
| **From:** | Drye,Nicole |
| **Sent:** | Thursday, May 22, 2014 3:59 PM |
| **To:** | patwilliams@ilovesoulfood.com |
| **Cc:** | ilovesoulfood@live.com; Garland,Frank |
| **Subject:** | RE: Special Event Application Request |

Dear Mr. Williams:

After meeting with the Special Events Committee, your event has not been able to be approved. In an effort to expedite the approval process, you are hereby mandated to attend the committee meeting on June 5th in Room 209 of City Hall.

Best regards,
Nicole Drye

**From:** Drye,Nicole
**Sent:** Friday, May 16, 2014 9:43 AM
**To:** patwilliams@ilovesoulfood.com
**Cc:** ilovesoulfood@live.com
**Subject:** Special Event Application Request

Dear Mr. Williams:

Thank you for taking the time to speak with me earlier today regarding the required special events application. As discussed, please visit:   www.city-buffalo.com, then type special events forms in the search engine to insure that the full special events form is filled out. Additionally,  forms correlating to your  full 2 page application will need to be filled out as well.

Best regards,
Nicole Drye

1

COB340466

**Drye,Nicole**

| | |
|---|---|
| **From:** | Drye,Nicole |
| **Sent:** | Friday, May 16, 2014 9:43 AM |
| **To:** | patwilliams@ilovesoulfood.com |
| **Cc:** | ilovesoulfood@live.com |
| **Subject:** | Special Event Application Request |

Dear Mr. Williams:

Thank you for taking the time to speak with me earlier today regarding the required special events application. As discussed, please visit:    www.city-buffalo.com, then type special events forms in the search engine to insure that the full special events form is filled out. Additionally, forms correlating to your full 2 page application will need to be filled out as well.

Best regards,
Nicole Drye

1

COB340467

**Drye,Nicole**

| | |
|---|---|
| **From:** | Drye,Nicole |
| **Sent:** | Thursday, May 22, 2014 3:59 PM |
| **To:** | patwilliams@ilovesoulfood.com |
| **Cc:** | ilovesoulfood@live.com; Garland,Frank |
| **Subject:** | RE: Special Event Application Request |

Dear Mr. Williams:

After meeting with the Special Events Committee, your event has not been able to be approved. In an effort to expedite the approval process, you are hereby mandated to attend the committee meeting on June 5th in Room 209 of City Hall.

Best regards,
Nicole Drye

---

**From:** Drye,Nicole
**Sent:** Friday, May 16, 2014 9:43 AM
**To:** patwilliams@ilovesoulfood.com
**Cc:** ilovesoulfood@live.com
**Subject:** Special Event Application Request

Dear Mr. Williams:

Thank you for taking the time to speak with me earlier today regarding the required special events application. As discussed, please visit:  www.city-buffalo.com, then type special events forms in the search engine to insure that the full special events form is filled out. Additionally,  forms correlating to your  full 2 page application will need to be filled out as well.

Best regards,
Nicole Drye

1

COB340468

**Drye,Nicole**

| | |
|---|---|
| **From:** | Drye,Nicole |
| **Sent:** | Thursday, June 19, 2014 8:28 AM |
| **To:** | 'TERRA THURMOND' |
| **Cc:** | ilovesoulfood@live.com; patwilliams@ilovesoulfood.com; Garland,Frank |
| **Subject:** | RE: Plan It Green, Inc. |

Please find a way to copy and paste and forward the SLA application. The landlord authorization may not be signed without it. Additionally, this event is not approved and nothing can be signed until the additional items are received as well:

Part 18 public gathering permit from erie county
Tent permits
Food and exhibitor stand applications
Recycling and tote applications
Security plans
Letter to district chief

I had previously mentioned these items were needed before the June 5th SEAC meeting. We would like to see this event happen, but the committee has not seen above mentioned items yet. Until then, this event has been tabled and cannot occur.

Best regards,
Nicole

---

**From:** TERRA THURMOND [mailto:terrathurmond@yahoo.com]
**Sent:** Wednesday, June 18, 2014 4:54 PM
**To:** Drye,Nicole
**Cc:** ilovesoulfood@live.com; patwilliams@ilovesoulfood.com
**Subject:** Plan It Green, Inc.

Hi Nicole, I have just spoken with Travis (ID - T56591) from the SLA and we still have time to submit our application and be considered for approval, but not until we submit the Landlord Authorization form. I asked him is there a printable application that I can provide you and there is not. The application is online and once I submit it I will receive a confirmation.

Per your request, I have attached the Landlord Authorization form, COI and site map. Will you please sign the authorization form so I can submit our application today? I will send you a copy of the confirmation once I receive.

Thank you so much for your help. Please let me know if you have any questions.

1

COB340469

NYS License Center | One Stop E-Licensing Services　　　　　　　　　　　Page 1 of 1



Announcements | Logged in as:Jennifer Pasley | Collections (0) | Cart (0) | Account Management | Log

**Need Help?** Call the NYS License Center Help Desk Team at (518) 453-8130 between the hours of 8:30am and 4:30pm Monday-Friday, with the exception of NYS - observed holidays.

Search... 　　🔍

| Home | Manage My Licenses | Consumer Complaints |

**Apply now! For a New License or Permit**

## Temporary Beer/Wine/Cider Permit Application

| 1 Apply | 2 Attach Documents | 3 Review/Edit | 4 Pay Fees | 5 Submit |

### Step 1: Apply > Page 1/9

Section 97 of the ABC Law. This permit authorizes the sale of wine, beer or cider at retail for consumption at a gathering for a period not to exce 24 consecutive hours. Such permit shall be valid for a period not to exceed 24 consecutive hours commencing 8:00 a.m. of the effective date of such permit except that in no event shall the sale of beer be permitted prior to 12:00 Noon on Sunday or during the hours prohibited by the ABC Law or by rule of the county government in which the event is being held.

* indicates a required fi

### Attestation & Description

#### ATTESTATION AND DESCRIPTION
Section 97 of the ABC Law.

This permit authorizes the sale of wine, beer or cider at retail for consumption at a gathering for a period not to exceed 24 consecutive hours. Such permit shall be valid for a period not to exceed 24 consecutive hours commencing 8:00 a.m. of the effective date of such permit except that in no event shall the e of beer be permitted prior to 12:00 Noon on Sunday or during the hours prohibited by the ABC Law or by rule of the county government in which the event being held.

This permit is subject to the following conditions:

1. Application must be filed a minimum of 15 days prior to the event.

2. No alcoholic beverages except beer, wine or cider may be kept or be permitted to be kept or sold on the premises during the period that any permit issu in accordance with this application is in effect.

3. No beer, wine or cider may be taken from the premises where said event is held except that at the termination of said event, any beer, wine or cider whi shall remain on hand will be removed from said premises by brewer, winery or wholesaler from which it was purchased, or by its designated agent.

4. Beer may be sold, served or consumed in rooms or areas in which authorized games of chance are held. Applicants must provide a copy of the NYS Gaming Commission certificate with the application.

5. The ABC Law limits the number of Temporary Beer, Wine and Cider permits that can be issued for a location to four (4) permits during a 12 month perio

6. No person shall sell, deliver or give away or cause or permit or procure to be sold, delivered or given away any alcoholic beverages to any person, actu or apparently under the age of twenty-one years.

7. No child, actually or apparently under the age of 18 years will be admitted to the premises at which event is held unless accompanied by their parent or guardian or by an adult person authorized by its parent or guardian, as provided by Section 260.20 of the Penal Law.

8. No sale or service of alcoholic beverages shall be made during the hours prohibited by the provisions of Section 106(5) of the ABC Law or by rule of the county government having jurisdiction in the county in which the event is held.

9. No alcoholic beverages may be sold, served or consumed in any area where bingo is played.

10. Alcoholic beverages must be purchased from a licensed brewer, winery, or wholesaler ONLY, and not from a retail licensee.

11. A separate permit is required for each point of sale for each date. The permit must be on display at the event.

* By checking this box I agree to comply with all the terms and conditions listed above:
☑

Continue Application »　　　　　　　　　　　　　　　　　　　　　　Save and resume later:

Home　Contact　Privacy　Disclaimer　Site Map
Accessibility　FOIL

NYS License Center | One Stop E-Licensing Services



New York ◢ State    ≡ State Agencies          ⊞ Search all of NY.gov

Announcements | Logged in as:Jennifer Pasley | Collections (0) | 🛒 Cart (0) | Account Management | Log

**Need Help?** Call the NYS License Center Help Desk Team at (518) 453-8130 between the hours of 8:30am and 4:30pm Monday-Friday, with the exception of NYS - observed holidays.

Search...

Home        Manage My Licenses        Consumer Complaints

Apply now! For a New License or Permit

**Temporary Beer/Wine/Cider Permit Application**

| 1 Apply | 2 Attach Documents | 3 Review/Edit | 4 Pay Fees | 5 Submit |

*Step 1 : Apply > Page 2/9*                                              * indicates a required fi

**License Verification**

**LICENSE VERIFICATION**

Be advised that once you have submitted the permit application you are confirming that the type of permit applied for and the information pertaining to the permit are accurate. Refunds will not be granted once a permit has been issued. Should it be found, after review, that you do n qualify for the permit applied for or information provided was inaccurate, you will be required to file a new permit application. Amendments to th existing permit application cannot be accepted.

* Do you have an active license issued by the New York State Liquor Authority?:

○ Yes ● No

Continue Application »                                            Save and resume later: |

Home  Contact  Privacy  Disclaimer  Site Map
Accessibility  FOIL

https://aca.licensecenter.ny.gov/ACA/Default.aspx

6/19/2014

COB340471

NYS License Center | One Stop E-Licensing Services                    Page 1 of 1

New York State | E-Site Agencies          [myNY.ny.gov]

Announcements | Logged in as Jennifer Pasley | Collections (0) | Account | Account Management | Logout

Need Help? Call the NYS License Center Help Desk Team at (518) 453-8130 between the hours of 8:00am and 4:00pm Monday-Friday, with the exception of NYS observed holidays.

Home    Manage My Licenses    Consumer Complaints
Apply now! For a New License or Permit

**Temporary Beer/Wine/Cider Permit Application**

1. Apply    2. Attach Documents    3. Review/Edit    4. Pay Fees    5. Receipt

**Step 1: Apply > Page 39**                                    * indicates a required field.

**Applicant**

Enter your contact information below. To save time you can use the Auto-fill option to copy contact information from your Account Management Contact Information.

☐ Auto-fill with  Jennifer Pasley

* Individual/Organization: ⦿  Organization
Country: *  United States

*First:                    Middle:              *Last:

* SSN:                    *Birth Date:         Individual Trade Name:

* FEIN:  *******751      Corporate Structure:  Corporation    Name of Business/Charity:  Pen It Once, Inc.

DBA/Trade Name:

*Business Phone:  (  001  ) 604-993-3080        Cell Phone:  (  001  ) 604-318-8103

Home Phone:  (  001  )                          Fax:  (  001  )

* E-mail:  jenniferraymond@yahoo.com

To add a new contact address, click the Add/View Contact Address link. To edit a contact address, click the Edit/View link. To remove one of your addresses from this application, click on the Actions link and then the Remove link. To only reset/edit contact address click the Add/Edit/View Contact Address link below. Required contact address becomes business.

**Contact Address List**

This application requires a Business address. If applicable you may also add additional address types such as: mailing, P.O Box, and Home. Select the address where you want to receive letters, permit certificates and licenses as the Primary address. To select a primary address, click the Actions link and Set as Primary.

If the Actions link is not displayed that means you have one contact address associated to the contact and it is already set as Primary. To remove a contact address that is Primary and does not have a link displaying, add a second address, make it Primary, and then remove the additional address.

Showing 1-1 of 1

| Address Type | Primary | Address | Actions | Status |
|---|---|---|---|---|
| Business | Yes | PO Box 864575, LaVue | | Active |

< AddEdit/New Contact Address >

Clear

**Applicant Information**

**APPLICANT INFORMATION**

*Has the applicant or, if partnership, any of the partners or, if a corporation, any of the officers, directors, stockholders, or any agent or employee of the applicant, ever been CONVICTED (including pleas of guilty or suspended sentences) of any felony or misdemeanor crime/s?:
No

*Have you ever applied for a Temporary Beer, Wine and Cider Permit?:
○ Yes  ⦿ No

Continue Application »                                    Save and resume later:

Home  Contact  Privacy  Disclaimer  Site Map
Accessibility  FOIL

COB340472

0014

NYS License Center | One Stop E-Licensing Services                    Page 1 of 1

New York State | State Agencies

Home    Manage My Licenses    Consumer Complaints

**Apply now! For a New License or Permit**

**Temporary Beer/Wine/Cider Permit Application**

1. Apply    2. Attach Documents    3. Review/Edit    4. Pay Fees    5. Submit

*Step 1: Apply > Page 4/9*

Representative is NOT A REQUIRED Contact type. If you do not need to add a representative contact to your application click the 'Continue Application' button.

If you are filling this application as a Representative or an Attorney please answer the 'Are you representing as an Attorney?' question below and then complete the rest of the required fields.

Complete this section if you have been retained to apply on behalf of the applicant and are not a representative associate of the applicant company. Associate representatives responding on behalf of the applicant will be entered later in this application.

If you accidently use the 'Auto-fill with' option or you answered the 'Are you representing as an Attorney?' question by accident you can clear out the completed fields by clicking the 'Clear' button at the bottom of the screen.

* indicates a required field

**Representative**

Enter your contact information below. To save time you can use the Auto-fill option to copy contact information from your Account Management Contact Information.

Auto-fill with    Jennifer Pasley

Are you representing as an Attorney?:  ○ Yes ● No          Country:* United States

First:* Jennifer    Middle:    Last:* Pasley

Name of Business/Charity: Plan B Group, Inc

Business Phone: (+ 001 )    Home Phone:* (+ 001 ) 424-320-8163

Cell Phone: (+ 001 )    Fax: (+ 001 )

E-mail:* jennifer.mond@yahoo.com

To add a new contact address, click the Add/Edit/View Contact Address link. To edit a contact address, click the Edit/View link. To remove one of your addresses from this application, click on the Actions link and then the Remove link.

**Contact Address List**

This application requires a Business address; if applicable you may also add additional address types such as: Mailing, P.O.Box, and Home. Select the address where you want to receive letters, permit certificate and licenses as the Primary address. To select a primary address, click the Actions link and Set as Primary.

If the Actions link is not displayed that means you have one contact address associated to the contact and it is already set as Primary. To remove a contact address that is Primary and does not have a link displaying, add a second address, make it Primary, and then remove the additional address.

Showing 1-1 of 1

| Address Type | Primary | Address | Actions | Status |
|---|---|---|---|---|
| Business | Yes | | | Active |

Add/Edit/View Contact Address

Clear

Continue Application »                    Save and resume later:

Home  Contact  Privacy  Disclaimer  Site Map
Accessibility  FOIL

https://aca.licensecenter.ny.gov/ACA/Default.aspx                    6/19/2014

COB340473

**0015**

NYS License Center | One Stop E-Licensing Services

Page 1 of 1

Home    Manage My Licenses    Consumer Complaints

**Apply now! For a New License or Permit**

**Temporary Beer/Wine/Cider Permit Application**

1. Apply    2. Attach Documents    3. Review/Edit    4. Pay Fees    5. Submit

**Step 1 : Apply > Page 8/9**
Please enter address information for the Venue where the event will be held.

* Indicates a required field.

**Venue Address**

New York State uses the United States Postal Service database for address validation. When you click the "Validate Address" button, if the address entered is not found in the database you will receive a message that says "No Records Found." You may continue with your application by clicking the "Continue Application" button and your address will be verified by the agency processing your application.

* Address Line 1:
1 Porto Ave

* City:
Buffalo

* State:
NY

* Zip:
14201-1013

* County:
Erie

Validate Address    Clear

**Venue**

VENUE

* Where will the event be held?:
Outside

* Number of entrances or exits to restricted areas (?):
1

* Number of restrooms available? (?):
20

* Number of attendees    (?):
3000

Will the event be held on licensed premises?:
Unknown

Has this premises ever been licensed?: *
Unknown

* Name of place where the event will be held:
La Salle Park

Enter telephone number for the facility of the event:
(716)851-5800

* Name of Landlord or Owner of property where the event will take place:
Buffalo Parks & Recreation

Continue Application »

Save and resume later:

Home    Contact    Privacy    Disclaimer    Site Map
Accessibility    FOIL

NYS License Center | One Stop E-Licensing Services                              Page 1 of 1

New York State    ☰ State Agencies                          ⊞ Search all of NY.gov

Announcements | Logged in as:Jennifer Pasley | *Collections (0) | ⚏Cart (0) | Account Management | Log

Need Help? Call the NYS License Center Help Desk Team at (518) 453-8130 between the hours of          Search...
8:30am and 4:30pm Monday-Friday, with the exception of NYS - observed holidays.

Home      Manage My Licenses      Consumer Complaints
                                  Apply now! For a New License or Permit

**Temporary Beer/Wine/Cider Permit Application**

1  Apply          2  Attach Documents      3  Review/Edit      4  Pay Fees      5  Submit

*Step 1 : Apply > Page 6/9*
                                                                                * indicates a required fi

| Event Information |

**EVENT INFORMATION**

*Will the event be open to the public?:
◉ Yes ○ No
* Has this event been advertised?:
◉ Yes ○ No
Print:
☐
TV or Radio:
☐
WEB:
☑
Link to Ad Web Site: *
ilovesoulfood.com

Other Ad Medium:
☐
*Is the event a brewfest event?:
○ Yes ◉ No
*Will games of chance be held at the event?: (?)
○ Yes ◉ No
* Select the type of event that best describes your function:
[ Fair/Festival                    ▼ ]
*Is the event a fundraiser?: (?)
○ Yes ◉ No

Continue Application »                                        Save and resume later: |

Home   Contact   Privacy   Disclaimer   Site Map
Accessibility   FOIL

https://aca.licensecenter.ny.gov/ACA/Default.aspx                    6/19/2014

COB340475

NYS License Center | One Stop E-Licensing Services

New York State | State Agencies

Search all of NY.gov

Announcements | Logged in as: Jennifer Pasley | Collections (0) | Cart (0) | Account Management | Log

**Need Help?** Call the NYS License Center Help Desk Team at (518) 453-8130 between the hours of 8:30am and 4:30pm Monday-Friday, with the exception of NYS - observed holidays.

Search

Home     Manage My Licenses     Consumer Complaints

Apply now! For a New License or Permit

**Temporary Beer/Wine/Cider Permit Application**

1 Apply    2 Attach Documents    3 Review/Edit    4 Pay Fees    5 Submit

*Step 1: Apply > Page 7/9*

* indicates a required fi

**Event Schedule**

*SCHEDULE*

Click here for a list of County closing hours

To add a date for the event, click Add Date(s) and complete the form.

Showing 1-1 of 1

| | Number of bars or stands serving alcoholic beverages | Date of Event | Rain Date | Start Time of Event | End Time of Event | |
|--|--|--|--|--|--|--|
| | 5 | 06/28/2014 | | 4:00 PM | 11:00 PM | Actions |

Add Date(s)     Edit Selected     Delete Selected

Continue Application >

Save and resume later: |

Home  Contact  Privacy  Disclaimer  Site Map
Accessibility  FOIL

https://aca.licensecenter.ny.gov/ACA/Default.aspx

6/19/2014

COB340476

0018

NYS License Center | One Stop E-Licensing Services                                      Page 1 of 1

New York ⬟ State | ≡ State Agencies                    🔍 Search all of NY.gov

Announcements | Logged in as Jennifer Pasley | Collections (0) | 🛒 Cart (0) | Account Management | Log

**Need Help?** Call the NYS License Center Help Desk Team at (518)-453-8130 between the hours of          Search .
8:30am and 4:30pm Monday-Friday, with the exception of NYS - observed holidays.

Home        Manage My Licenses        Consumer Complaints
                              Apply now! For a New License or Permit

**Temporary Beer/Wine/Cider Permit Application**

1 Apply          2 Attach Documents        3 Review/Edit        4 Pay Fees        5 Submit

*Step 1 : Apply > Page 8/9*                                                    * indicates a required fi

### Security

**SECURITY**

* Jurisdiction County:
[ Erie                    ▾]
Police Jurisdiction:
[ Erie County Sheriff's Office          ▾]
Address:
[ 10 Delaware Avenue Buffalo, NY 14202-3999 ]

Jurisdiction Phone Number:
[ (716) 858-7608 ]
Jurisdiction Fax Number:
[ (716) 858-7680 ]
* Manner to Submit Security Description:
[ Enter in Security Description Text Box      ▾]
Security Description: *                     ⓘ
[ Security provided by local law enforcement. ]

Continue Application »                                      Save and resume later: |

Home   Contact   Privacy   Disclaimer   Site Map
Accessibility   FOIL

https://aca.licensecenter.ny.gov/ACA/Default.aspx                          6/19/2014

COB340477

0019

NYS License Center | One Stop E-Licensing Services

Page 1 of 1



Announcements | Logged in as:Jennifer Pasley | Collections (0) | Cart (0) | Account Management | Log

Need Help? Call the NYS License Center Help Desk Team at (518) 453-8130 between the hours of 8:30am and 4:30pm Monday-Friday, with the exception of NYS - observed holidays.

Search...

Home    Manage My Licenses    Consumer Complaints

Apply now! For a New License or Permit

**Temporary Beer/Wine/Cider Permit Application**

1 Apply    2 Attach Documents    3 Review/Edit    4 Pay Fees    5 Submit

*Step 1 : Apply > Page 9/9*

The authorization form must be signed and dated by an individual applicant, each member of a partnership or an authorized officer of a corporation. The undersigned, each for herself/himself, certifies that she/he is the applicant or applicant principal of the corporation; that she/he knows the contents of the above application and the statements contained therein, and that the same are true of his/his own knowledge. If the applicant is a corporation then the corporate principal acknowledges that she/he has been authorized, by order of the Board of Directors of said applicant corporation to make the statements and answers in this application on behalf of said corporation with the same force and effect as if said corporation made such statements and answers itself. The undersigned certifies that she/he has read the terms and conditions for the permit applied for and agrees to comply with these conditions.

* indicates a required fi

**Authorization**

*AUTHORIZATION*

Click on Add Authorization Name to enter details for each signer of the authorization form. You will be required to upload this form at the end of the application process.

Showing 1-1 of 1

| Authorization Name | Title | Authorized DOB | Residence Street Address | City | State Province | Zip/Postal Code | County | Phone | Convicted of Crime | |
|---|---|---|---|---|---|---|---|---|---|---|
| Jennifer Pasley | President | 11/08/1956 | 37 Hutchins Street | Atlanta GA | | 30307 | Fulton | 404593309 | No | Actions |

Add Authorization Name       Edit Selected       Delete Selected

Continue Application »

Save and resume later: |

Home  Contact  Privacy  Disclaimer  Site Map
Accessibility  FOIL

https://aca.licensecenter.ny.gov/ACA/Default.aspx

6/19/2014

COB340478

0020

New York State ☰ State Agencies

Search all of NY.gov

NY LICENSE CENTER

Announcements | Logged in as:Jennifer Pasley | Collections (0) | Cart (0) | Account Management | Log

Need Help? Call the NYS License Center Help Desk Team at (518) 453-8130 between the hours of 8:30am and 4:30pm Monday-Friday, with the exception of NYS - observed holidays.

Search...

Home Manage My Licenses Consumer Complaints

Apply now! For a New License or Permit

Temporary Beer/Wine/Cider Permit Application

1 Apply 2 Attach Documents 3 Review/Edit 4 Pay Fees 5 Submit

*Step 2 : Attach Documents > Page 1/1*

System Requirements:

You must have Microsoft Silverlight installed on your computer in order to upload documents. If you need to install this product now, please be sure to sav your application and log out of the NYS License Center. You may be required to close your browser and restart your computer. Microsoft Silverlight may b downloaded here.

Click on 'Upload Document' to add the appropriate document(s) for your license or permit. Once the document(s) are uploaded, click 'Attach & Save' to commit the upload.You must upload additional materials in order to complete this application. Where applicable, download the appropriate forms using the links below, print, complete, and scan. Once all items are uploaded, you will proceed to the payment portion of this application. If you cannot complete the upload process now, click the Save and resume later button located at the bottom right of this screen when you are ready to exit and this application will b saved until you have obtained the necessary materials for upload.

* indicates a required fi

Attach a File

**The following documents are required based on the information you have provided:**

1. **Authorization:** The applicant must sign the authorization form.
2. **Landlord Authorization:** Submit written permission from the landlord where the event is being held.
3. **Event Diagram:** Diagram of the area to be licensed indicating restricted areas for the sale and consumption of alcoh Must include restrooms, entrances and exits.

| Name | Type | Size | Latest Update | Action |
| --- | --- | --- | --- | --- |
| NYAuthorization Letter.pdf | Authorization | 54.99 KB | 06/17/2014 | Actions |
| Site Map - Buffalo.jpg | Event Diag | 2.21 MB | 06/16/2014 | Actions |

Upload Documents

Continue Application »

Save and resume later:

Home Contact Privacy Disclaimer Site Map Accessibility FOIL

Client#: 9768    PLANITGR

**ACORD**™    **CERTIFICATE OF LIABILITY INSURANCE**    DATE (MM/DD/YYYY)
6/05/2014

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Melissa Young | | |
|---|---|---|---|
| Haas & Wilkerson Insurance<br>4300 Shawnee Mission Parkway<br>Fairway, KS  66205<br>913 432-4400 | PHONE (A/C, No, Ext): 913 432-4400 | | FAX (A/C, No): |
| | E-MAIL ADDRESS: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : ACE American Insurance Company | | 22667 |
| INSURED<br>　　Plan It Green, Inc. and<br>　　Kinfolks Foundation, Inc.<br>　　PO Box 550225<br>　　Atlanta, GA  30355 | INSURER B : Berkley National Insurance Comp | | 38911 |
| | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

| COVERAGES | CERTIFICATE NUMBER: | REVISION NUMBER: |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY**<br>X  COMMERCIAL GENERAL LIABILITY<br>　　CLAIMS-MADE  X  OCCUR | | | G24605267 | 04/24/2014 | 04/24/2015 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $500,000 |
| | | | | | | | MED EXP (Any one person) | $EXCLUDED |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>　POLICY  PRO-JECT  LOC | | | | | | GENERAL AGGREGATE | $5,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $5,000,000 |
| | | | | | | | **Liquor Liab** | $1,000,000 |
| A | **AUTOMOBILE LIABILITY**<br>　　ANY AUTO<br>　　ALL OWNED AUTOS  SCHEDULED AUTOS<br>X  HIRED AUTOS  X  NON-OWNED AUTOS | | | H0815675A | 04/24/2014 | 04/24/2015 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| A | X  **UMBRELLA LIAB**  X  OCCUR<br>X  **EXCESS LIAB**  CLAIMS-MADE | | | XCPN050003921 | 04/24/2014 | 04/24/2015 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | AGGREGATE | $1,000,000 |
| | DED  RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**    Y / N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | | WC STATU-TORY LIMITS  OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| B | **Rntd/Brwd Equip** | | | MIM1001060 | 04/24/2014 | 04/24/2015 | $50,000 | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
Landlord (owner or lessee of the site)  (Form LD9Z27/L-9Z27S1)
The certificate holder is named as an additional insured on the general liability policy but only with respect to liability arising out of the ownership, maintenance, or use of that part of the premises leased or licensed to the named insured and only during the term of the named (See Attached Descriptions)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| 　　City of Buffalo<br>　　65 Niagara Square<br>　　Buffalo, NY  14202 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>_William R. Wilkerson III_ |

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05)    1 of 2    The ACORD name and logo are registered marks of ACORD
#S186536/M184205    YOUNM

0022    COB340480

## DESCRIPTIONS (Continued from Page 1)

insured's lease to occupy or license to use and only to the extent of
liability resulting from an occurrence arising out of the named insured's
negligence.



COB340482

0024

**Special Event Permit Application**

**New York State Liquor Authority**

Landlord Authorization Form

Date(s) of event: *June 28, 2014*

Name of Applicant: *Plan It Green, Inc.*

Venue Name: *LaSalle Park*

Venue Street Address: *1 Porter Avenue,*

Venue City and zip code: *Buffalo, NY 14201*

*I, the landlord/owner of the applied for premises, hereby grant permission for the sale or services of alcoholic beverages by the applicant for consumption on said property.*

_____

Print Authorized Landlord Name

_____

Print Landlord Title

_____

Landlord Signature & Date

COB340483

**0025**