# EXHIBIT 393

| | |
|---|---|
| **From:** | Fallon,Aaron C. |
| **Sent:** | 6/23/2017 9:02:11 PM |
| **To:** | DeGeorge,Michael J.; Derenda,Daniel; Beaty,Kimberly L; Lockwood,Byron C |
| **CC:** | Brown,Byron W; Ball,Betsey |
| **Subject:** | Facebook Comment |

Matthew S. Fuzi

Mayor Brown, while you have done much for the City of Buffalo, your choice to establish police checkpoints throughout the city is an absolutely reprehensible violation of the civil rights and constitutional freedoms of your constituency. Evidently, such a measure was taken solely as a means for generating revenue with little consideration for stopping legitimate crime, such as countering the city's disastrously-high homicide rate. Such statist actions, regardless of partisan affiliation, deserve condemnation from all liberty-loving citizens of Buffalo.

Aaron Fallon

Press Information Officer

Office of Mayor Byron W. Brown

65 Niagara Square, Room 224

Buffalo, New York 14202

(716) 851-5304

afallon@city-buffalo.com

COB221459

0001