# EXHIBIT 397

| | |
|---|---|
| **From:** | Brian K Patterson/BPD |
| **Sent:** | 5/11/2012 4:42:22 PM |
| **To:** | Daniel Derenda/BPD; Charles H Tomaszewski/BPD; Byron C Lockwood/BPD; Gary E Teague/BPD; Paul L Barba/BPD; Patrick M Pascall/BPD; Kimberly L Beaty/BPD; Michelle R Kubala/BPD; Dennis J Richards/BPD |
| **Subject:** | Strategic V/T stops in gang hot spot zones for gun interdiction |

Commissioner,

I think one of the ways we can get more guns out of the hands of gang members, is to conduct coordinated city wide vehicle and traffic stops in gang hot spot perimeters. In the fruibelt the shooters travel into the area by car shoot out of their windows and drive off. We have narrowed down the preferred pathway for the shooters. Usually it is North St. eastbound to Jefferson for a quick get away. My theory is simple if we can coordinate vehicle and traffic stops around the perimeters of gang territories in each district we will increase the likelihood of catching gang bangers in possession of guns. This would have to be coordinated city wide, and each district with the help of VCIT and the ECAC would have to determine gang territories in each district. Then districts would have to assign 2 two man cars to patrol the perimter of the gang territories on all shifts making vehicle and traffic stops for minor offenses such as:

- No seatbelt
- Tinted Windows
- Signal lights out
- Cell Phone Violations
- Failure to Yield Right of Way
- Rolling through stop signs...etc.

The officers would have to remain in the perimeter or designated gang zones to increase the chances of catching gang bangers traveling out of the area or coming back into the area. The officers could not be taken away from the detail to take calls for service as this would give gang bangers opportunities to leave the area undetected. The vehicle and traffic stops would be followed by standard warrant checks and of course plain view checks, and pat downs. If we increase this type of police enforcement we will get more guns, and at the very least we will frustrate these gang members who will not feel comfortable traveling by car with weapons.

Chief Patterson

COB220445