# Exhibit 398

# Electronic Media Manually Filed