# Exhibit 399

# Electronic Media Manually Filed