# **EXHIBIT 400**



| | |
|---|---|
| **Daniel Derenda/BPD**<br>08/12/2013 06:08 PM | To  bbrown@ch.ci.buffalo.ny.us,<br>cc  btaylor@ch.ci.buffalo.ny.us, Byron C Lockwood/BPD@BuffaloPoliceDept<br>bcc<br>Subject  BPD highlights |

**The BPD has and will continue to enforce "Mayor Browns ZERO TOLERANCE CRIME POLICY" with the objective of reducing Crime to make Buffalo a safer place to live work and raise a family.**
We have accomplished this goal with four basic components
- Intelligence led Policing
- Strategic distribution of our resources
- Pro active and Preventative Policing Initiatives
- Partnering with the Community

### Crime Stats
- Overall Crime in 2005 compared to 2012 - down 19% (20,667 crimes down to 16833)
- Violent Crime in 2005 compared to 2012 - down 14% (3938 crimes down to 3380)

### Guns seized
- Total number of guns taken off Buffalo streets 1/1/06 - 7/31/13 - 11,191 (including buy back)

### Quality of Life Details
The focus of the QOL Details is to make our neighborhoods a better place to live, work and raise a family. This administration has been aggressive in enforcement of QOL issues. Officers have written summons for everything from loud music, open containers, panhandling to properties with grass more than 12" high. Under the previous administration in four years from 2002-2005 only 3,829 CO summons were written. The total for the first seven years under Mayor Browns Zero Tolerance policy: 2006-2012 Total - 65,378

### Search Warrants
The average number of Narcotic search warrants executed annually in the City of Buffalo prior to 2006 was just over 100. This administration has

COB060587

0001

made narcotics enforcement a major focal point of the Mayors Zero Tolerance Crime Policy. It is important to rid our neighborhoods drug houses and drug dealers. The facts are 70% of all violent Crime and 90% of all Crime is drug related. Total number of Search warrants executed 2006-2012 - 5,651

Tip line & Text -a-Tips
Under the Brown administration a main goal of the Buffalo Police Department is to get the Community involved in solving crime. We first established a Tip line and a BPD interactive Web-site, later added Text-a-tip. In 2012 we received a record combined number of tips, 6,748. Social Media -The BPD has established new social media outlets such as a BPD Facebook page, a Twitter account and are utilizing YouTube in some of our investigations. All these initiatives have been instrumental in further enhancing public cooperation in solving crime.

Multi Jurisdictional Strike Force
In 2012 the Buffalo Police Department joined forces with the Erie County Sheriffs Dept and the New York State Police in putting together a Multi Jurisdictional Task Force called Strike Force. The focus of this BPD led Detail was to attack high crime areas in the City of Buffalo. The Detail was for a 200 day period and produced the following results.
- Arrests - 3,251
- Traffic Summons - 12,129
- Vehicles impounded - 1850
- QOL Summons - 106
- Parking tags - 313
- Guns - 44
- Cash Seized - $74,356

The Detail was so successful that in the Spring of 2013 a full time permanent Strike Force was established (again including State Police and ECSD).

K-9 Unit
In 2009 we entered into an agreement with the Niagara Regional Police Service (Niagara Falls Canada) to train our Officers and dogs. The Niagara Regional Police Service trains dogs throughout the US and Canada and are recognized as world Class trainers. Their training has provide the citizens of Buffalo with a world class K-9 unit. We currently we have a total of six K-9 teams working.

## School Resource Unit
On 2-8-10 our School Resource Unit was enhanced. There main object is to deal with all issues in and around our schools. (added 6 POs and 1 LT). In summer the unit is used to patrol parks and pools.

## BPD- Housing Unit
In 2010 we have formed a new BPD- Housing Unit. There mission is all Policing and Security issues in the BMHA housing complexes located throughout the City of Buffalo.

## Extended the BPD footprint in the Community
The BPD-HU and SRO Unit and Strike Force Unit are housed off-site of BPD property. This has brought a new permanent Police presence to different areas of the Community. The SRO Unit is housed inside of school #40 located at the corner of Clair & Oneida St.. The BPD-HU and Strike Force is housed out of the former BMHA Police HQ located in the BMHA Perry complex.

## The Internal Affairs Division
On 1-21-10 our Professional Standards Division reverted back to The Internal Affairs Division. Job one of this Division is to maintain Discipline, Accountability, Credibility and Professionalism throughout the Department. Since 2010 the Buffalo Police Departments IAD case load has more than doubled, including numerous investigations that have resulted in the arrests of crooked cops. The BPD holds its Officers accountable (NOTE - In 2010 a IAD Satellite office was opened in City Hall).

## IOD Policy
July 1st 2011 the BPD took back the management of IOD Officers from Human resources. We started with 116 Officers on full IOD status. As of today that number is down to 32.

## High visibility Patrols
Under "Mayor Browns ZERO TOLERANCE CRIME POLICY **the department has enhanced foot, bike and Segway patrols, with a focus on the city's commercial districts, adjoining residential neighborhoods and Parks. Officers in every District are mandated to**

perform "park and walk" patrols on every shift. K-9 Officers are assigned daily walking Patrols through out the City. Bike patrols and walking details are assigned in each and every District. These coordinated Bike, foot and Segway patrols have increased Officer visible throughout the Community.

### Enhanced Law Enforcement Partnerships with Federal Partners

Since 2010 the BPD has been involved in numerous collaborative efforts with Federal Law Enforcement agencies. In 2011-2012 one of the most successful of these operations was working with our Federal Partners (FBI and US ATTORNEY) to dismantle the notorious 10th and 7th Street gangs. These violent drug gangs were responsible for numerous homicides and countless shootings. The investigations were text book operations on how local and federal law enforcement should work together. In 2012 this blue print was repeated with the take down of two more violent gangs, LRGP and the Bailey Boys. In 2013 our efforts to rid our city of gangs and violent gang members have not only continued but have intensified. Working with our federal partners (FBI SSTF, US Attorneys Office) we have removed more than 170 hard-core gang members from our streets. Since 2010 we have cleared 20 murders federally, with many more to come. The partnership that exists between the Buffalo Police Dept, FBI and US Attorneys Office has never been better and should be a National model on how Local PDs and Federal agencies should work together to reduce crime.

### City Wide Camera Surveillance Program

Our state of the art camera surveillance system has been instrumental in solving numerous crimes, including several Homicides. We now have over 200 cameras in place

### Sky Watch

In 2012 the Buffalo Police Department using homeland security funds purchased a Sky Watch. Sky Watch is a mobile retractable tower that when fully deployed reaches a height of thirty feet. Sky Watch seats two Officers and is outfitted with two high tech surveillance cameras that are monitored and controlled by the Officers. Sky Watch cameras are also monitored in the surveillance room at BPD HQ. Sky Watch arrived late in 2012 and has been used in the Chippewa Entertainment District and at First Night. In 2013 Sky Watch has become a permeant fixture at all large public events and from time to time will is deployed into high crime areas

throughout the City.

### Central Booking-Cell Block
In 2003 the Buffalo Police Department closed its HQ cell block and Erie County Sheriffs Office took over the booking of BPD prisoners. This arrangement ended up with long delays to book BPD arrests and countless hours of wasted manpower. In 2012 the Buffalo Police took back the booking procedure and opened a new state of the art Central Booking-Cell Block facility. The facility was built in the lower level of Buffalo City Court. This new facility has led to faster turnaround time booking prisoners, thus getting the Officers back on patrol where they are needed.

### CPO Program
In 2010 the Buffalo Police department re-established a Community Police Officer Program. The purpose of the Buffalo Police Department's Community Police Officer (CPO) program is to ensure a better connectivity with the residents, and to be a critical resource for our patrol and detective divisions in order to respond to the complex problems we face in crime fighting today. The key is re-connecting with residents, and bridging the gap between police and non-police issues (and assets). This strategy not only makes us a better department, but is critical to the overall Buffalo Police Department goal of crime prevention, interdiction and reduction. Also as part of the program Chiefs and CPOs of every district hold Monthly Block Club meetings with all district block clubs.

### Life Sling
In 2012 the Buffalo Police Dept using drug asset forfeiture money purchased flotation devices (life slings) for each patrol vehicle. In just over a year they have been credited with saving three life's.

### Radar signs
In 2012 the Buffalo Police Dept using drug asset forfeiture money purchased Radar signs to reduce speeding in neighbors like the Parkside community.

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St

COB060591

0005

Buffalo, NY 14202
Phone - 716-851-4571

COB060592