# EXHIBIT 401

**From:**     Daniel Derenda/BPD
**Sent:**     8/19/2014 7:35:10 PM
**To:**       Anthony J Barba/BPD; Kimberly L Beaty/BPD
**Subject:**  Fw: Parkside Avenue

DPC have Traffic setup a detail. Chief have your Officers write more tickets

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571
------ Forwarded by Daniel Derenda/BPD on 08/19/2014 03:34 PM ------

> **MayorBrownWebMail**
> **<mayorwebmail@ch.ci.buffalo.ny.us>**
> Sent by: "Taylor,Bernadette S."
> <btaylor@ch.ci.buffalo.ny.us>
>
> 08/19/2014 03:21 PM

To    "Stepniak,Steve" <ARA2@ch.ci.buffalo.ny.us>, "'dderenda@bpdny.org'
(dderenda@bpdny.org)'" <dderenda@bpdny.org>,

cc

Subject    FW: Parkside Avenue


fyi
-----Original Message-----
From: Nicholas DeMarsh [mailto:nicholasdemarsh@yahoo.com]
Sent: Monday, August 18, 2014 11:18 PM
To: MayorBrownWebMail
Subject: Parkside Avenue
Dear Mayor Brown,
I am a long time supporter and a lifelong Democrat and I have and will continue
to give you my support. I am writing you for the first time because I am
terribly concerned about Parkside Avenue. In 2011, I purchased my house located
in what I considered to be an outstanding neighborhood in North Buffalo. I
immediately realized that I was mistaken. While I do love the neighborhood and
all the amenities, I am afraid that this block is far too dangerous. Parkside
Avenue is more like a highway.
I have lived here for over three years and I have seen one accident after
another. The light at the corner of Parkside and Florence will almost certainly
kill someone in the near future. Cars literally fly around the corner at 50 and
60 miles per hour. Tonight a speeding car crashed into my neighbors house! It
would be a surprise if it hadn't happened before. This is the second car to
crash into a house on that corner since I moved in. Last summer a car jumped the
curb and drove through my lawn, narrowly missing my car and house before
clipping my neighbors car and bouncing back onto the street. We have a serious
problem here and to my knowledge, no real solution has been posses by the city.
I have recently been blessed with a son and we are regulars at the park but I
must tell you, we have experienced near misses on multiple occasions. Two and
three cars speeding through a red light is the norm and there is no police
presence at all. It is literally not safe to cross the street without a real
concern for my own safety. A patrol car could give out dozens of tickets on the
hour but sadly, there has been very little enforcement.
The $4000 radar speed displays that have been installed do close to nothing
other than post a constant reminder to drivers that they are in fact, speeding.
We already know that 75 percent of the drivers that round the corner are
speeding and yet there is still no manned patrol. As a resident of this
neighborhood I am confounded by the fact that no further action has been taken.
I love my house and I love Buffalo but I can no longer run the risk of living
here. I sincerely believe that my son is in danger as long as we live near this
intersection.
I hope that in the future we can address the traffic issues in the Parkside
neighborhood. I don't have any new suggestions or solutions but for the sake of
my neighbors, I do hope that you will work to help us solve this real problem.
I appreciate any feedback you might have and hope that you will continue to work
hard for your constituents.
Thanks.
Nicholas DeMarsh
716-812-2834

COB278537

0001