# EXHIBIT 404

| | |
|---|---|
| **To:** | Brown,Byron[bbrown@ch.ci.buffalo.ny.us] |
| **From:** | Hengsterman, Stacey[Stacey.Hengsterman@suny.edu] |
| **Sent:** | Tue 7/19/2016 2:30:38 PM (UTC) |
| **Subject:** | Re: Per our discussion - Mayor Byron Brown |

Great. Please let me know if you need anything.

　Original Message
From: Brown,Byron
Sent: Saturday, July 16, 2016 8:59 AM
To: Hengsterman, Stacey
Subject: Re: Per our discussion - Mayor Byron Brown


Stacy, thank you.  UB has been trying to back track on the involvement of the law school.  However, there has been a break through on another front.  After hearing our concerns, some members of this committee sent the City the document this morning and have offered to meet, listen to the City's concerns and potentially make modifications before the document is released.

Byron Byron

Sent from my iPhone

On Jul 16, 2016, at 12:46 AM, Hengsterman, Stacey <Stacey.Hengsterman@suny.edu<mailto:Stacey.Hengsterman@suny.edu>> wrote:

Thank you. Mostly care about how you are feeling with responses and support from SUNY System and UB. Please don't hesitate to reach out and discuss.

From: Brown,Byron
Sent: Thursday, July 14, 2016 6:40 PM
To: Hengsterman, Stacey
Subject: Per our discussion - Mayor Byron Brown


Ms. Hengsterman -

Per our discussion, I have attached some information from the UB School of Law.  In addition, I have included the link below to the article we spoke about.  Crystal Rodriguez and Mike DeGeorge will follow up with you tomorrow and give you further updates.

Sincerely,

Byron Brown


http://www.dailypublic.com/articles/07132016/checkpoint-buffalo-police-practices-questioned

COB197376

**0001**

COB197376