# EXHIBIT 407

| From: | Patrick A Roberts/BPD |
|---|---|
| Sent: | 10/1/2013 11:06:48 PM |
| To: | Patrick A Roberts/BPD |
| Subject: | Fw: Citizen's Complaint |

----- Forwarded by Patrick A Roberts/BPD on 10/01/2013 07:06 PM -----

P-73 **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| **TO:** Daniel Derenda<br>Commissioner of Police | **DATE:** 10/01/2013 06:27:38 PM |
|---|---|
| **FROM:** Patrick A Roberts<br>Captain Housing Unit | **SUBJECT:** Citizen's Complaint |

Attn: Kevin Brinkworth, Housing Unit Chief
Harold McLellan, IAD Inspector

Sir:

Please refer to the complaint filed by a Mr. Eduard Ayala. I did telephone Mr. Ayala on Sunday 09/29/2013 at the number provided, however I reached an answering machine. I did leave a detailed message and planned to call him again on Tuesday, October 1. While in my office I did receive a telephone call in return from Mr. Ayala. I did explain that I would like to give him an opportunity to talk to me in greater detail about the complaint he filed stemming from a vehicle and traffic stop he was involved with conducted by Lt Lance Russo and P.O. William Rezabek.
Mr Ayala indicated that he was driving toward Elmwood Ave. when a police vehicle that had passed turned around and activated it's overhead lights. He did state that he pulled over for it to pass but was surprised to find out that he was the subject of the traffic stop. It was his belief that he had done nothing to trigger this traffic stop. The reason for the stop was illegally tinted windows on the vehicle that he was operating. Mr. Ayala felt that his windows were not tinted illegally and felt that the other tickets he received were in error as well. He claims to have had the tints removed, stating "they weren't that dark, it's a new car". He says that he had no obstructed view and not cover or obstruction on his license plate.
I did explain to Mr. Ayala that he had a right to plead "not guilty" to the tickets and to speak to a judge to determine his guilt or innocence. He did state to me that he is not a criminal. I explained that he is not charged with a crime but only traffic infractions. I asked Mr. Ayala if it was at any time his belief that these were not "real police officers" that had stopped him. He indicated that perhaps they were not as they appearred to be smoking marihuana throughout the encounter. It was at that time that I realized that his version of the events may not match reality.
I did speak with the officers and their version of the events seems to match the other countless v/t stops that I have witnessed them conduct in the past. I did emphasize to the officers that this gentleman is not used to getting pulled over by police and we need to continue to be understanding when citizens begin irate inexplicably during a police encounter. Both officers assure me that they did their level best to remain professional in the face of the motorist's bizarre behavior. It has been my experience that since the tints were removed, the judge will assess a penalty of $0 and will only apply the mandatory state surcharge. I believe that the officers did act accordingly, were not smoking marihuana, and only upheld the New York State Vehicle and Traffic Laws.

**Respectfully submitted,**

**Captain Patrick Roberts**

**Respectfully forwarded,**
**Chief Kevin Brinkworth**

0001

COB634588
COB634588