# EXHIBIT 410

| | |
|---|---|
| From: | Taylor,Bernadette S. |
| Sent: | 11/24/2015 9:28:53 PM |
| To: | mjdegeorge@bpdny.org' (mjdegeorge@bpdny.org); Brown,Byron; Ball,Betsey; dderenda@bpdny.org' (dderenda@bpdny.org) |
| Subject: | FW: Racial profiling and Police Beatings of black men Discussion |

fyi

**From:** Jessica M. Smith [mailto:jmaglietto@gmail.com]
**Sent:** Tuesday, November 24, 2015 3:51 PM
**To:** Taylor,Bernadette S.
**Subject:** Fwd: Racial profiling and Police Beatings of black men Discussion

---------- Forwarded message ----------
From: **David Simmons** < d.simmons41@aol.com>
Date: Tue, Nov 24, 2015 at 2:19 PM
Subject: Racial profiling and Police Beatings of black men Discussion
To: info@mayorbyronbrown.com

Hi Mayor Brown, I am writing in regards to working on a better relationship between the Buffalo police and the black community, especially young African Americans. As I stated to you over and over again, this is very important and much needed because this is the reason why there is so many unsolved homicides among other crimes in the city. When there is a homicide on the east side or west side of Buffalo, most times there is little to no cooperation from citizens who may have witnessed the crime occur, if you don't believe me, just ask you police personal and they will tell you. You had a public meeting last Dec. on race relations and in my opinion, that meeting was a total waste of time because the public had to write their questions or comments down on an index card only to have someone from the meeting read them and a lot of them never got addressed at all. There was no follow up meeting and people left the meeting even more upset! This is a very serious topic due to all of the stuff that's going on in our nation with police officers beating and killing black men. I just read today where a Chicago police officer got charged with the shooting death of a black teen. This makes matters worst for the police. Please don't get me wrong, I'm not anti police in any way, shape, or form. I think for the most part, we have a good police department in the city and most officers do their job correctly, but I'm sure that you know that one bad apple can spoil a bunch. This needs to be addressed and I'm pleading with you as the leader of this city to deal with it. My contact # is 716 622-1972, I thank you in advance, God Bless!

Sent from my iPhone


--

Jessica M. Smith
716-440-6934
jmaglietto@gmail.com

COB277649