# EXHIBIT 411

# GUN INVOLVED VIOLENCE ELIMINATION "GIVE II" ASSESSMENT MOVING TO "GIVE III"

The City of Buffalo is still ranked first in New York State for violent crime involving a firearm and shooting incidents, according to figures provided by DCJS. Nevertheless, since implementing GIVE strategies, firearm crime has decreased significantly City-wide: during the first two years of GIVE (2014/15) total firearm crime was well below the five year average (903 and 820 incidents compared to avg. 917.8), and City-wide shootings (injuries/victims/homicides) were also below the five year average in 2015 (See GIVE II Assessment, Attachment 1). However, we are still experiencing periodic flare-ups and we are focusing our efforts on 1) maintaining the current trend towards decelerated gun-violence, and 2) working to determine the trigger for these periods of unrest and find ways to prevent and/or contain them.

Our Hotspot policing has been particularly effective, with our E1 and E2 hotspots showing significant decreases in overall firearm crime, as well as in shootings. City-wide data for firearm crime 2014/2015 shows an overall decrease of 9.19%, however, in our E1 A and E2 A hotspots the decrease was even *greater* (9.43% and 26.92% respectively), which is a major achievement, when one considers that at the start of GIVE I these areas accounted for 10.49% and 31.21% of all firearm crime committed in the City. E District continues to be a high crime area and BPD cannot afford to relax its targeted patrols in these troubled neighborhoods, but it is encouraging to see that the additional resources afforded under GIVE have had some significant impact on firearm crime. Our two new hotspots – C1 and B1 – both have seen an increase in firearm crime, comparing 2014 and 2015. C1's increase of 4.65% is minor, but it does bring to light a slight shift in crime patterns across the E2A/C1 border.



The latest crime density maps also reflect this displacement beyond the current boundaries of our C1 hotspot, so we would like to expand the footprint to incorporate this expansion. B1's figures are small, so the increase in firearm crime is partially due to the small data set, as well as a specific gang incident which provoked a spike in crime within the Towne Garden complex. This incident has been addressed and we expect figures to return to their previous baseline.

Our biggest success is the drop in shootings-with-injury in our hotspots. City-wide figures remained stable (a 0.49% decrease from 2014 to 2015), but E1 A dropped 40%, E2 A fell 21.5%, and C 1 fell by 21.5% over the same time period. Gun-related homicides in particular show a dramatic decrease: City-wide they fell by 20.5%, but our E district hotspots both show 50% decreases; C1 fell by 66.6% and B1 by 100% which is encouraging, but again, this data set is small. Taking only the data for GIVE II (71/15-12/31/15), we can see that the second half of 2015 had an up-tick in gun crime. City-wide shootings with injury rose by 10.17% over the previous year, a spike which was not matched in our E1 A hotspot where they fell by 41.67% and in E2 A which held steady. In both B1 and C1 there was just one additional incident over the previous year, but the small data set means figures rose by 33.33% and 11.11% respectively. We are only

1

at the start of our GIVE interventions in C district and it is evident that more resources need to be brought to bear in this area, as the statistics show a clear trend towards increased gun violence. Our crime data map does show an increase of activity in D1 district, to the West of the City – specifically along the Grant Street corridor. The GIVE partners determined that this emerging hotspot should become a new focus for the 2016-17 grant cycle.

The District Attorney's Office has been very successful in prosecuting Superior Court gun cases in 2015. For the 2015 calendar year, prosecutors have convicted 245 defendants with 24 being by trial. 473 Superior Court gun cases were opened in 2015. 78% of sentences were for state prison. Continued success relies upon the cooperation between law enforcement, ECAC and the investigators and prosecutors at the DA's Office.

The Violent Crime Intervention Project (VCIP) at the DA's Office has also been successful at getting information from shooting victims who are transported to Erie County Medical Center (ECMC) for medical attention. VCIP staff assisted 212 shooting victims at ECMC and information is provided to ECAC for inclusion in the shooting packets prepared by them.

<u>Hot Spots:</u> Based on the data provided by ECAC and the funded GIVE Crime Analysts (See GIVE III Focus Areas, Attachment 2) the GIVE consortium proposes to maintain its current presence in the **E1A/E2A hotspots**, since these continue to be high-crime areas, despite the inroads made over the past two years. Although specific pockets have been addressed, such as Shirley Avenue, and the Trade Fair Plaza, and key gang members have been arrested or evicted from these areas, Executive Command reports that despite having disrupted operations, a second generation of younger gang members is emerging, and BPD needs to turn our attention to these. To address this demographic shift in gang membership we will be aligning with community out-reach workers and community centers, as well as looking into incorporating other City programs such as "Code of Conduct" and "Anti-Crime", to help us target this group and prevent this nascent problem from escalating. Our strategy of using evictions to remove established key players from high-crime streets has proved highly effective, and there has been no evidence of displacement – data suggests that simply removing a gang member from their familiar environment is sufficient to curtail operations, and break established networks. We nevertheless need to maintain a presence in the area to ensure that it remains safe for the remaining residents, and keep the activities of the new gang members in check.

Crime density maps show increased activity towards the northern border of the **C1 hotspot**, and the E2 / C1 border (to the South) continues to be another area of high crime activity. For this reason, Executive Commanders are recommending that the footprint in C District be expanded to incorporate this overspill. We propose to continue our targeted hotspot patrols, running them year round (and not just in the better weather months as we had initially planned under GIVE II - we found this not to be an effective operational strategy in C1).

Our work in the **B1 hotspot**, the Towne Gardens housing complex, under GIVE II laid the foundation for our next phase of operations. The patrols implemented a strategy of "High Visibility" with the aim of

2

COB022394

0002

'taking back' the complex from the BFL gang that was terrorizing residents. Working with residents and the management board, several successful CPTED strategies were put in place, such as introducing the monitoring of visitors to the complex, limiting visitor parking, building walls to re-direct foot traffic and helping local businesses prevent gang members from using their premises to trade drugs.  The targeted hotspot patrols allowed BPD to form a comprehensive picture of the gang structure, and how members utilized the labyrinthine topology of the complex and adjoining plaza to trade drugs, stash guns, and evade arrest. This highly-organized gang does not interact with, or sell to, people outside their own social network, so going forward BPD intends to use GIVE resources to run a series of under-cover operations and raids to target the key players and their 'safe houses' where we believe they are hiding guns. The strategy of eviction/displacement that has proved so effective in E District was deemed impractical in this hotspot because a) many of the gang members live outside the housing complex and just come into the area to deal drugs, and b) the complex social network of this gang means that an evicted member would simply move in with a relative/girlfriend who is housed in the same complex.

Moving forward, resources previously allocated to B1 hotspot patrols under GIVE II will be diverted to a new hotspot in D District referred to as D1 which will address emerging gun crime along the Grant Street Corridor in the West Side neighborhood. Again, there are several violent gangs in this area and a significant drug problem which is driving the spike in crime. This is a highly diverse area with a large immigrant population, dilapidated housing stock, and high poverty levels. Around 10% of the inhabitants either do not speak English or have difficulty speaking English, 19.3% of the residents were born outside the US, and 38.6% of the residents have lower than a high-school education, which presents a set of additional challenges in addressing the problems emerging in this area. In addition to setting up targeted patrol details, we are going to implement Procedural Justice goals by using GIVE funds to print language cards (Language Card,Attachment 3) and referral information in key languages to ensure the diverse population knows where to turn to for support and resources, and District Community Police Officers will be working with various refugee support agencies to let this community know they activities we are undertaking in their neighborhoods to eradicate gun crime.
Outside our principle hotspot focus areas, Executive Command has identified three isolated "Hot Pockets" which also merit attention moving forward - E3 Central Park, ECB Border Winslow, C/E Border Ernst/Wyoming – (See Map-Attachment 2). These micro hotspots will be kept under observation for potential raids by Intel, operating in consort with Patrol and Strikeforce.

ECAC will continue to provide invaluable data and analysis to facilitate GIVE strategies. They will maintain our "Top Gun Offenders" (TGO) list, track recidivism among Notification Session Attendees, and provide the weekly Social Media Report (Attachment 4) all of which are distributed to members of the GIVE consortium. The Social Media Report has been particularly effective, enabling partners to respond to emerging disputes, or address potentially disruptive events such as 'party buses', before they trigger violent conflicts.

Both BPD and Probation have used data from this resource, along with ECAC's gang charts and active dispute bulletins, to initiate Individual Custom Notification Sessions with at-risk individuals, either joining forces with consortium partners and aligning with local outreach workers (SNUG/Peacemakers) in these visits, or handling them in-house as appropriate. To date, there have been a total of fourteen coordinated visits in the E1, E2, and C1 hotspots during GIVE II. The Peacemakers were included in three of these visits – all cases where the consortium was seeking to quell retaliatory activity. A brochure has been drafted to leave with families explaining GIVE and providing contact information for community based agencies that are willing to work with them to help stop the violence (Attachment 5). Early results have been promising, leading us to propose expanding this strategy in GIVE III. The flexibility of being able to respond to incidents as they occur is invaluable. We will request the assistance of ECAC in tracking these sessions to determine if these spontaneous interventions with High-Risk individuals is effective. The intention is to curb retaliatory violence and inter-gang disputes at an early stage before they escalate.

Probation carried out an additional seventeen visits as a follow up to gathered intelligence. Probationers are selected on the basis of known gang involvement, weapons convictions, re-arrest or involvement /connection to a recent incident where retaliation is likely, and other pertinent data provided by ECAC. Data is collected on who was visited, where the visit occurred, who participated, why the probationer was selected, comments from the visit, and arrests after the visit. These Individual Custom Notifications foster a sense of Procedural Justice by sending the probationer and their family or those living in the home clear consistent messages. The brochure left with the family at the conclusion of the visit reiterates the GIVE message and provides information for community services.

One of the key areas of focus for the consortium partners moving into GIVE III is tightening and strengthening cooperation and engagement. In hindsight, there are areas where individual agencies are implementing GIVE strategies that would be more effective if approached jointly. To this end we are looking at ways of integrating resources and optimizing performance. BPD intends to invite Probation to attend some of their Operations meetings, which are the forum where Executive Commanders review real-time data and generate immediate response strategies. BPD is also seeking to more fully involve the different branches of their agency (Community Police Officers, School Resource Officers, Intel Detectives) in the various GIVE operations. The Intelligence Unit will also go to the roll call in each of the Police Districts to meet with the Detectives and Patrol Officers detailed to the hotspots, to gather additional intelligence and, in turn, keep the district appraised of any pending raids. This integrated approach will extend to the proposed raids and undercover operations planned for Towne Gardens, and if this pilot scheme proves successful, the format will be repeated with a series of operations in all hotspots. BPD also intends to include the CPOs in their strategy, utilizing their familiarity with the community and available neighborhood resource providers.

Additional resources provided by the John Jay College assessment (Attachment 6) has helped pinpoint the current beefs and alliances between 51 criminal street groups, comprised of 1636 to 1797 individual group members; we will incorporate this technical assistance in both our Individual Custom Notification sessions, as well as the larger, group sessions, going forward. Our Academic Partnership with

UB is on-track to produce a spatio-temporal study of Buffalo's gang network. In GIVE III we are requesting UB researchers to analyze whether social media posts trigger gun violence (Attachment 7).

Both the Homicide Unit and the Intelligence Unit will continue to respond to homicide call-outs in tandem. In 2015, BPD had a clearance rate of 40% for gun-related homicides. In many cases, the lack of witness cooperation prevents successful prosecution, to which end the DA's Tactical Prosecution Unit (TPU) intends to make more use of the Grand Jury to subpoena witnesses and compel testimony. The TPU has implemented a new strategy of assigning a TPU prosecutor to specific Buffalo gangs. These prosecutors will be available to the BPD Homicide and Intel Units as well as other detectives to assist with anything that is needed when confronting members of a gang to which they are assigned including procuring search warrants. They will be familiar with the active and past members of the gangs and will follow which gangs are allied or feuding with each other. BPD Homicide Unit and the TPU are currently taking a slightly different approach, investigating the victims of shooting incidents for potential firearm crimes, as data shows many victims are also shooters. There will be a dedicated ADA on-call to ensure all gun-related cases are handled by the TPU and appropriately prosecuted.

As part of our procedural justice strategy, the consortium is waiting to see the results of the Open Buffalo survey (Attachment 8) of public perception of policing in the City, to determine where our attention and resources need to be directed. BPD also intends to pursue in-house training on civil rights, use of force and institutional racism, to ensure all officers are sensitive to the rights and needs of the citizens they serve. The Acting District Attorney has made community outreach a focus of his administration and consequently he and his staff will be expanding its procedural justice efforts in GIVE III to include attending Community Association meetings, block club meetings and other community meetings in an effort to make the office more accessible. Increased knowledge of the office and its mission will help dispel animosity and encourage cooperation with the DA's office.

Our partners at the Sheriff's office will continue to assist with the pickup and recovery of registered handguns from the families of deceased permit holders, and those permit holders whose license to carry or possess a firearm(s) has been suspended or revoked by the Erie County Pistol Permit Office. They will also assist in the consortium's new focus on discovering the origin of recovered guns which have been used to commit crimes but have not been reported stolen – so-called "straw purchases". This collaboration will include ECAC, Buffalo's Gun Crime Analyst, BPD Intel, ECSO and ATF, who will track e-Trace gun recoveries to ensure that all stolen gun reports are legitimate and the victim of the gun theft did not actually sell the gun on the black market to someone unable to legally obtain a gun permit.

CPS will continue to log and test submitted firearms to determine their operability status, enter recovered cartridge cases into NIBIN and perform comparisons of recovered bullets and cartridge cases from firearms related criminal investigations. To date, CPS has reported a total of 17 bullet/cartridge case comparison investigations. Moving forward, the Laboratory's new request form will now enable the DA's Office to specify that recovered fired components be screened for similar class characteristics before full comparison is undertaken, eliminating unnecessary analyses and improving efficiency.