# EXHIBIT 412

**PSN Buffalo**

**2018**

## Program Narrative

**Statement of the Problem**

Like many urban centers, Buffalo, New York continues to seek ways of addressing violent crime. In the year 2017, Buffalo, NY experienced a homicide rate of 15.61, and an aggravated assault rate of 614.05 compared to the state wide average of 4.86 and 388.07, respectively. Buffalo ranks 2nd in the state for rates of homicide and 2nd in the state for shooting rates. Buffalo's part 1 crime rate of 1,020.03 is about 1.63 times the national average. This crime is concentrated in a few high-crime sections of the city, and gang and drug violence play a major role in driving these rates. In recognition of the challenges it faces, the City of Buffalo joined the National Public Safety Partnership to combat violent crime and enhance public safety in the City of Buffalo.

One area of concern identified through engagement with the National Public Safety Partnership—and the area of focus in this proposal—is low clearance rates for homicides and gun violence. Like many cities across the country, Buffalo struggles with low clearance rates for gun violence. In the year 2017, BPD cleared 9 of 42 homicides, corresponding to a clearance rate of 21%. The clearance rate for assault shootings was even more troubling. The low clearance rates are fueled by cases involving drugs and gangs, where victims and witnesses seem less inclined to cooperate with law enforcement authorities. For instance, only 1 of the 19 gang/drug related homicides that occurred in Buffalo in 2017 was cleared by arrest, corresponding to a clearance rate of 5.2%.

Low clearance rates for homicides and gun assaults have implications for public safety and the administration of justice in urban communities. Every shooting for which there is no

arrest emboldens criminals and undermines the ability of the police to deter crime. Additionally, the failure to make arrests in gun violence incidents contributes to the cycle of violence in urban communities; as gun violence victims and their surrogates may engage in retaliatory violence. Further, the failure to arrest criminal actors may undermine community confidence in the police and deter potential witnesses from offering information or cooperate with authorities. Importantly, the impact of low clearance rates is most significant in areas with highest rates of crime, where the effect of high levels of violence and low levels of arrest contribute to a cycle of low levels of victim and witness cooperation, lawlessness and hopelessness in urban areas.

Fortunately, there is reason to believe that low clearance rates can be improved. First, there is variation in clearance rates across jurisdiction. An examination of NIBRS data from 2014 revealed that the clearance rate for gun assaults for 100 select cities ranged from 6.58% to 67%. This suggests that some jurisdictions are more effective at making arrests for gun crimes than others. This may be due greater cooperation levels, more effective investigative protocols, or both. Second, previous research has demonstrated that jurisdictions can take steps to increase their clearance rate. For example, in 1995 the City of El-Paso created a Drive-by Shooting Response Team (DSRT) to address the increase in gang violence experienced in the city. The objective of the DSRT was to respond immediately to the scene of violent gang-related incidents and to conduct a continuous investigation around the clock until an arrest was made or all leads were exhausted. The implementation of this project was a success. Clearance rates for drive-by shootings were between 90 to 100% for the first three years that the project was implemented and gang violence dropped precipitously (Barajas, 2002).

In addition to reducing crime rates, addressing clearance levels can improve the quality of life in the City of Buffalo and provide impetus for its continued resurgence. Over the last 15

years, the City of Buffalo has experienced substantial economic and cultural investment and development. This resurgence has brought life to the downtown core and reinvigorated several neighborhoods in the City. Efforts to reduce crime and improve public safety undoubtedly contribute to that resurgence by making the city safer and more attractive for investors and potential residents.

In recognition of the importance of this issue, the Buffalo law enforcement community is proactively taking steps to improve clearance rates. First, through support from the National Public Safety Partnership, BPD currently receives technical assistance on best practices to improve clearance rates. Second, efforts are currently underway to reorganize the BPD homicide unit to allow for more efficient processing of gun violence incidents, and third, through the State of New Yok's Gun Involved Violence Elimination (GIVE) Initiative. Taken together, these efforts have shown promise, but support is needed to further enhance current efforts to increase clearance rates in Buffalo.

This proposal aims to enhance current efforts to increase clearance rates of gun violence in Buffalo, NY. Towards that end, this project aims to do the following:

1. Form a multi-agency task force to develop and implement a comprehensive strategy to increase clearance rates for gun crimes.
2. Have a 6 month planning period to identify best practices and develop an appropriate investigation protocol to increase clearance rates. This period will also be used to produce the BJA required Strategic Action Plan (SAP).
3. Implement an innovative, comprehensive, evidence-based project to increase clearance rates for gun assaults in the City of Buffalo.

  4. Implement a rigorous experimental design research evaluation to document project impact and serve as a model for replication in other cities.

Successful implementation of this program will lead to the following outcomes:

  1. Increased clearance rates for gun assaults in the City of Buffalo, NY.

  2. Removal of high risk offenders from the streets of Buffalo.

  3. Increased prosecution rates for gun crimes.

  4. Decreased crime in Buffalo crime hotspots

  5. Enhanced administration of justice in the City of Buffalo.

  6. Increased community confidence in law enforcement.

  7. A protocol in place that can be replicated in other cities.

We are well positioned to successfully overcome the challenge of low clearance rates. Buffalo Police Commissioner Byron Lockwood has made increasing clearance rates a priority and has committed departmental resources to addressing this issue. Additionally, through coordination by the U.S. Attorney a multi-agency task force to increase clearance rates has been established. Further, researchers at several universities in the Western District of New York have extensive experience working with law enforcement and identifying best practices to overcome challenges faced by law enforcement. Access to these institutions increases the feasibility of finding a suitable research partner.

**Project Design and Implementation**

We propose a crime reduction project to support arrest and prosecution in gun assaults in the City of Buffalo, New York. This project will involve the creation of a case clearance task force to oversee the development and implementation of a comprehensive strategy to increase

clearance rates for gun crimes. This task force will be headed by command staff of BPD, command staff from the Erie County Sheriff's Office, the United States Attorney's Office, Erie County Probation, the FBI, the ATF, the Erie County District Attorney's office, the Erie County Analysis Center, Buffalo State University, and Rochester Institute of Technology. This case clearance task force will implement a series of evidence-based and evidence-informed practices that will increase case clearance rates, lower rates of crime, and improve the administration of justice in urban neighborhoods.

The goal of this project will be to enhance the administration of justice and public safety in urban neighborhoods by facilitating a process to increase the number of arrests of gun assaults. A two-pronged approach will be taken to achieve this goal. First, we will implement a series of evidence-based or evidence-informed practices that will improve the efficiency and effectiveness of gun assault investigations. Second, we will implement of series of practices that will improve community cooperation with police. The exact project protocols will be selected during a 6 month planning period, during which task force members will consult the extant research and engage key law enforcement and community stake holders to determine the approaches that are most suitable for this jurisdiction.

The project stakeholders have already begun the process to identify potential strategies for this project. As part of that project, the research partners have developed a case clearance catalog to identify the based practices for increasing clearance rates. The catalog currently includes 32 entries and will continue to be updated. This catalog, in attention to consultation with members of the community, will be used by the planning committee to identify those practices that are most suitable for implementation in the City of Buffalo.

Examples of the potential investigation-based practices that might be considered for this project include:

- Creating a case clearance team that will solely dedicate their time to solving gun assaults. Research has found that investigators who work in teams have a higher probability of clearing the case by arrest (Carter & Carter, 2015; McEwen, 2011; Wellford & Cronin, 1999).

1. "Freezing" the crime scene of every shooting to safeguard the data and increase the likelihood of cooperation between victims and witnesses. Freezing the crime scene was a key factor attributed to the increase in clearance rates in El Paso (Barajas, 2002).
2. Training patrol officers to better carryout out preliminary investigations. Research has found that jurisdictions that train officers on preliminary investigation have higher clearance rates (Carter & Carter, 2015; Leovy, 2015).
3. Assigning a representative from the district attorney's office and or the United States Attorney's Office to work with investigators to identify those factors that will lead to an arrest. Previous research has found that investigators are reluctant to make an arrest if they believe that prosecutors will reject the case. Pairing investigators and prosecutors early in the process should help to identify those factors that are necessary in order secure an arrest (Chaiken, 2018).
4. Ensuring that ballistic evidence is rapidly processed. This should ensure rapid processing of case information.
5. Requiring the Deputy Chief to sign-off on every shooting that is officed. This will add a level of accountability to the investigative process and increase the likelihood that all leads are exhausted before gun assault cases are closed.

COB059982

0007

COB059976

Examples of the community-based practices that might be considered for this project include:

1. Holding a series of community workshops in high-crime areas that help build trust between police and community members.

2. Establishing of series of yet to be determined mechanisms that make it easier to report information about violent gun crimes to police. (e.g. new gun crime hotline, online portal for anonymous messages, leaving door knob hangers in the area where shootings occurred. These door knob hangers will encourage victims and witnesses to speak up and provide contact information for those looking to contact the police.) (Healy, 1995)

3. Executing a Public Relations campaign in high crime areas that encourages community members to provide information to the police.

4. Executing a Public Relations campaign that informs gun offenders that BPD will be cracking down on gun violence and increasing the clearance rate.

5. Increasing the amount of city services in gun crime locations immediately after the occurrence of a shooting.

Due to the national significance of this problem, the case clearance task force will support a rigorous evaluation of this project. This evaluation will examine the extent that the project increased clearance rates and decreased crime rates in Buffalo, NY. The strongest feasible research design using appropriate comparison cases will be used. It is hoped that this project will serve as a model for jurisdictions around the country that struggle with low clearance rates.

Upon completion, this program will impact the community in important ways. First, the increase in clearance rates will remove active shooters from the streets. This will strengthen the administration of justice and increase public safety in urban neighborhoods. Second, the

successful implementation of this project will increase community confidence in police, which will increase the willingness of members of the community to cooperate with law enforcement.

**Addressing PSN Design Features**

The project successfully addresses the PSN Design Features outlined in the FY 2018 PSN RFP.

**Leadership:** The project will include a key leadership team which represents the major components of the criminal justice system. The PSN coordinator and others in the Office of the US Attorney will play key coordination roles. The Commissioner and Deputy Commissioner of the Buffalo Police Department and their Chief of Detectives have been involved in the initial planning and will continue in key leadership roles. They will have roles and responsibilities for convening the members of the Case Clearance Task Force for a planning period to identify best practices to reduce gun violence, overseeing the implementation of the case clearance project, and working with local crime analysis centers and research partner to track crime trends and evaluate project impact.

**Partnership**: Initial steps toward a partnership have been taken to assure a diverse set of stakeholders from federal and local jurisdictions in Western, NY. This partnership will include representation from the FBI, ATF, Erie County Analysis Center, Buffalo Police Department, the Erie County District Attorney's Office and the US Attorney's Office for the Western District, Buffalo State University, and Rochester Institute of Technology. These partners will collaborate to leverage their collective strengths in support of the development of a robust strategy to improved clearance rates for gun violence in the City of Buffalo. The PSN task force will select a qualified research partner to enhance the partnership by helping to identify evidence-based

strategies that can be utilized to address case clearance rates and examining the effect of the project on crime trends and clearance rates.

**Targeted and Prioritized Enforcement**: Our project targets high-risk gun offenders and prioritizes the arrest of serious gun offenders. Gun violence in Buffalo, NY disproportionately occurs in several pre-identified violence hotspots. These hotspots are relatively stable and have been targeted in previous by BPD in previous enforcement efforts; including, but not limited to, the NY Division of Criminal Justice Services sponsored Gun Involved Violence Elimination (GIVE) program. With support from its law enforcement partners, BPD and the Erie County Analysis Center will work arduously to identify and target gun offenders operating in Buffalo crime hotspots. Upon identification of offenders, BPD will work closely with the DA and the USAO to identify the jurisdiction that can provide the most certain and appropriate sanction. We expect this targeted enforcement strategy to yield arrests of several active gun offenders and subsequently increase the clearance rate in the City of Buffalo.

**Prevention**: Prevention for the project will be achieved through three mechanisms: incapacitation, deterrence of potential offenders and antiviolence messaging. Incapacitation effects will be extended through the arrest and prosecution of violent gun offenders. Deterrence will occur as the clearance rate in the target areas begins to improve. Because a substantial proportion of gun violence is committed by a small proportion of violent offenders, even marginal increases in the clearance rate should lead to significant reductions in crime. Additionally, an increase in the clearance rate will increase the certainty of punishment, which will serve as a deterrent to potential gun offenders. The anti-violence messaging will consist of a series of media and community-based initiatives that increase community cooperation with police, encourage residents to provide information about gun crimes, and discourage potential

gun offenders from engaging in gun violence. The exact contour of these initiatives will be determined during the project planning phase, but the general expectation is that the anti-violence messaging will focus on preventing further violence.

**Accountability**: The PSN task force will work closely with Erie Crime Analysis Center and the Research Partners to assess program success. The research partner will assess several important outcomes. These include the impact of the project on crime levels, clearance rates, investigation outcomes, and the number of prosecutions.

**Coordinating Award Funding to Subrecipients**

The fiscal agent will establish a committee and process to oversee the awarding of funding to PSN subrecipients. The fiscal agent has developed a draft scoring rubric that will assess subrecipients on the five PSN design features (See Appendix A). This draft rubric may be modified during the planning process, but will provide the framework to select subrecipients for the grant ward. Upon completion of the review process, funds will be distributed to the subrecipients best suited to carry out the objectives of this project.

An independent, non-funded committee from the US Attorney's Office, consisting of individuals with zero conflicts of interest, also determined two other process decisions:

1) That the chosen sub awardee for the Project Safe Neighborhoods grant would be focused for this project on the City of Buffalo, in either Zone C or E of the Buffalo Police Department catchment area and would use the rubric described above to determine the chosen sub awardees.

2) The independent committee determined that sub-awardee 1 would be an agency extremely knowledgeable about Buffalo Police Department Zone C or Zone E, to focus three design elements of the proposal on that catchment area of Buffalo NY where homicides by shootings and non-fatal shootings occur most frequently.

The required design elements to be focused on for this sub-award would be **Leadership, Partnership, and Prevention**. The costs anticipated would be primarily the relevant Police Department's anticipated overtime, targeted personnel salary and fringe costs. No spending would occur until completion of the PSN Task Force's Strategic Action Plan (SAP); with six months of no-spend predicted, or July 2019 spenddown start date expected. Spending will be on anticipated costs of awarded police department overtime, targeted personnel salary and fringe. Approximately 60% of award after admin for these elements of the proposal.

**Timeline**

This project will be carried out over a 24-month period. The first 6 months of the project will be dedicated to developing the project strategy, selecting subawardees, and completing the Strategic Action Plan (SAP). Project implementation will begin on month 7 and continue through month 24. If project progress and funding make it feasible the project will be extended to 36 months. During that period, the PSN taskforce will hold monthly process meetings and more frequent working meetings to ensure that the project is being implemented as planned, and to make adjustments as necessary.

**Capabilities and Competencies**

The following agencies are expected to serve as partners in the project: The Buffalo Police Department, the Federal Bureau of Investigation, the Bureau of Alcohol, Tobacco, and

Firearms, Erie County Probation, the US Attorney's Office for the Western District, the Erie County District Attorney's office, the Erie County Analysis Center, Buffalo State University, and Rochester Institute of Technology. Together, these partners will leverage their strengths to develop and implement a comprehensive, evidence-based strategy to increase arrests for gun assaults in the City of Buffalo.

Fiscal Agent

Rochester Institute of Technology has the capacity and specific and institutional expertise to successfully understand, analyze, apply the federal guidance, regulations, and other relevant law, and complete the following federal Reporting Requirements for DOJ/BJA/PSN grants. RIT has been the fiscal agent to over eleven separate (11) Project Safe Neighborhood (PSN) grants from Department of Justice since 2003.

1. Rochester Institute of Technology's expertise and capacity includes Sponsored Programs Accounting Department, an Audit Department of Sponsored Programs Accounting, and a Compliance Department therein. This department manages the timecards, effort reporting, analysis, and all expenses and revenue/accounting analysis and compliance accounting for the federal drawdowns.

2. The Accounting Operations Controller oversees and monitors the billing and collection process for the University's externally funded grants and contracts and the Accounts Receivable function. The Accounting Operations Controller also supervises Accounts Receivable staff, provides oversight, leadership, and direction to Accounts Receivable users, ensures timely collection of open invoices and prepares financial reports for grants and contracts.

3. The Vice President for Research and Associate Provost is the executing agent and RIT liaison to the federal award contacts, with support and contract development and negotiation expertise from the Proposal Development Administrator of Sponsored Research Services.

4. The Assistant Director of the Criminal Justice Department's Center for Public Safety Initiatives (CPSI) is also assigned to the PSN grants for day-to-day regular grant management, specific narrative and effort reporting, and all grant daily activities operations management, tracking, and reporting.

The above departments and staff manage the following Federal Reporting Requirements for DOJ/BJA/PSN grants:

1. Completion and submission of progress reports (semi-annual and final).

2. Completion and submission of financial status reports using the SF-425 "Federal Financial Report" form.

3. Conference cost reporting under cooperative agreements

4. Compliance with the National Environmental Policy Act and related federal laws

5. Rights in intellectual property

6. Compliance with DOJ Information Technology Standards (if applicable)

7. Reporting of information on certain civil, criminal, and administrative proceedings to SAM and FAPIIS

Selecting a research partner

The Task force will select a research partner to perform a rigorous evaluation of the project. The research partner will be required to have the following qualifications:

1. Extensive experience working with criminal justice agencies and community-based organizations.

2. An understanding of the factors that influence gun arrest levels.

3. An ability to identify the strategies that reduce case clearance rates.

4. An understanding of police administration and organizational management.

5. A willingness to work with the local crime analysis center.

6. Experience with evaluation research.

**Plan for Collecting the Data required for this Solicitation's Performance Measures**

The PSN Grant Program questionnaire contains performance measures and narrative (goals and objectives) questions, including sections related to award administration, grant activity, site/project information, planning and understanding the problem, data tracking and data analysis, training and technical assistance, task force partnerships, response to the problem, prevention and community empowerment, program impact, goals and objectives module, and review of all reported data.  Buffalo PD (Coordinator/Grantee POC) will complete the performance measures in the BJA Performance Measurement Tool (PMT) four times per year to report on the grant activity during the prior 3 months, and the Buffalo PD PSN coordinator/grantee point of contact, who has working knowledge of the PSN project, will provide the information for these questions on the PSN initiative's behalf. The Buffalo Police Department POC will consult with RIT, the research partner and other partner agencies to complete these responses, and the RIT designated staff with experience reporting in the BJA/OJP systems will aggregate and report the data in the federal reporting systems.

PMT REPORTING PERIODS

In July and January of each year the research partner will be responsible for collecting the discrete variables related to all PMT reporting requirements from the Buffalo Police Department POC and creating a report from the PMT that is uploaded into the Grants Management System (GMS). This is the GMS report. During the non-submission reporting periods, RIT may also create internal reports for our records, but will not upload them to the GMS system. The research partner will create the final report deliverable and upload it to https://ojpsso.ojp.gov and to https://grants.ojp.ojdoj.gov/ per grant requirements.

Appendix A. Draft Rubric to Review Subaward Applicants

| Draft Rubric to review subaward applicants | Police Department subaward 1 | Researcher subaward 2 |
|---|---|---|
| | **100%** | **100%** |
| **US Attorney-chosen PSN Target area**: Buffalo, NY | 25% | 25% |
| **Capacity**, including specific expertise and knowledge of crime in Buffalo NY, non-fatal shootings and homicides, intel by Buffalo Police department following investigations by the homicide unit, knowledge of patrol patterns and catchment areas in Buffalo NY with highest rates non-fatal shootings and homicides. | 25% | 25% |
| **Leadership** (POC, Police Department) specific expertise and knowledge of crime in Buffalo NY, non-fatal shootings and homicides, intel by Buffalo Police department following investigations by the homicide unit, knowledge of patrol patterns and catchment areas in Buffalo NY with highest level of gun violence. Must be a member of the PSN Task Force developing SAP. | *10%* | *N/A* |
| **Partnerships** (POC, Police Department) Must have extensive expertise and intel by Buffalo Police department following investigations by the homicide unit, knowledge of patrol patterns and catchment areas in Buffalo NY with highest level of gun violence. Must be a member of the PSN Task Force developing SAP. | *10%* | *N/A* |
| **Targeted Prioritized Enforcement** (Researcher for analysis and on-site research for data, must be member of the task force and planning team for SAP. | *N/A* | *20%* |
| **Prevention** (POC, Police Department) Must have ability to apply the design element based on the other design factors (intelligence and capacity to implement the design of the intervention based on leadership, partnerships, and inclusion in the Task Force and Planning team for the SAP | *10%* | *N/A* |
| **Accountability** (Researcher will analyze the data using the experimental design and random assignment and generate the analysis of the results of the non-fatal shootings with the intervention and the control group and submit results to federal reporting systems in conjunction with the POC. Must be member of the task force and planning team for SAP. | *N/A* | *20%* |
| **Alliance with Strategic Initiative**- member of the Task Force, member with extensive knowledge of the planning meetings strategic goals objectives and methods of the PSN Buffalo Project | *20%* | *10%* |
| **Total Score** | **100%** | **100%** |

17 of 18

18 of 18

COB059993

0018    COB059976

References

Barajas, L. A. (2002). *The Drive-by Shooting Response Team (DSRT)*. El Paso Police Department. Retrieved from http://www.popcenter.org/library/awards/goldstein/2002/02-11.pdf

Carter, D. L. & Carter, J. G. (2015). Effective Police Homicide Investigations: Evidence from Seven Cities with High Clearance Rates. Homicide Studies, 20(2), 150-176. DOI: 10.1177/1088767915576996

Chaiken, J. M., Greenwood, P. W., & Petersilia, J. (1976). The criminal investigation process: A summary report. [Electronic Version] Santa Monica, California: The Rand Corporation.

Healey, K. M. (1995). Victim and Witness Intimidation: New Developments and Emerging Responses. Washington, D.C.: National Institute of Justice.

Leovy, J. (2015). *Ghettoside: A true story of murder in America*. New York, NY: Spiegel & Grau.

McEwen, T. (2011). *Evaluation of the Phoenix, Arizona, Homicide Clearance Initiative*. Ann Arbor, MI: Inter-university Consortium for Political and Social Research. DOI: 10.3886/ICPSR26081

Wellford, C. & Cronin, J. (1999). *An Analysis of Variables Affecting the Clearance of Homicides: A Multistate Study*. Justice Research and Statistics Association. Retrieved from https://www.ncjrs.gov/pdffiles1/nij/grants/181356.pdf

COB059994

0019                                                                                                    COB059976