# EXHIBIT 413

**GUN INVOLVED VIOLENCE ELIMINATION "GIVE II" ASSESSMENT MOVING TO "GIVE III"**

The City of Buffalo is still ranked first in New York State for violent crime involving a firearm and shooting incidents, according to figures provided by DCJS. Nevertheless, since implementing GIVE strategies, firearm crime has decreased significantly City-wide: during the first two years of GIVE (2014/15) total firearm crime was well below the five year average (903 and 820 incidents compared to avg. 917.8), and City-wide shootings (injuries/victims/homicides) were also below the five year average in 2015 (See GIVE II Assessment, Attachment 1). However, we are still experiencing periodic flare-ups and we are focusing our efforts on 1) maintaining the current trend towards decelerated gun-violence, and 2) working to determine the trigger for these periods of unrest and find ways to prevent and/or contain them.

Our Hotspot policing has been particularly effective, with our E1 and E2 hotspots showing significant decreases in overall firearm crime, as well as in shootings. City-wide data for firearm crime 2014/2015 shows an overall decrease of 9.19%, however, in our E1 A and E2 A hotspots the decrease was even *greater* (9.43% and 26.92% respectively), which is a major achievement, when one considers that at the start of GIVE I these areas accounted for 10.49% and 31.21% of all firearm crime committed in the City. E

District continues to be a high crime area and BPD cannot afford to relax its targeted patrols in these troubled neighborhoods, but it is encouraging to see that the additional resources afforded under GIVE have had some significant impact on firearm crime. Our two new hotspots – C1 and B1 – both have seen an increase in firearm crime, comparing 2014 and 2015. C1's increase of 4.65% is minor, but it does bring to light a slight shift in crime



patterns across the E2A/C1 border. The latest crime density maps also reflect this displacement beyond the current boundaries of our C1 hotspot, so we would like to expand the footprint to incorporate this expansion. B1's figures are small, so the increase in firearm crime is partially due to the small data set, as well as a specific gang incident which provoked a spike in crime within the Towne Garden complex. This incident has been addressed and we expect figures to return to their previous baseline.

Our biggest success is the drop in shootings-with-injury in our hotspots. City-wide figures remained stable (a 0.49% decrease from 2014 to 2015), but E1 A dropped 40%, E2 A fell 21.5%, and C 1 fell by 21.5% over the same time period. Gun-related homicides in particular show a dramatic decrease: City-wide they fell by 20.5%, but our E district hotspots both show 50% decreases; C1 fell by 66.6% and B1 by 100% which is encouraging, but again, this data set is small. Taking only the data for GIVE II (71/15-12/31/15), we can see that the second half of 2015 had an up-tick in gun crime. City-wide shootings with injury rose by 10.17% over the previous year, a spike which was not matched in our E1 A hotspot where they fell by 41.67% and in E2 A which held steady. In both B1 and C1 there was just one additional incident over the previous year, but the small data set means figures rose by 33.33% and 11.11% respectively. We are only

1

at the start of our GIVE interventions in C district and it is evident that more resources need to be brought to bear in this area, as the statistics show a clear trend towards increased gun violence. Our crime data map does show an increase of activity in D1 district, to the West of the City – specifically along the Grant Street corridor. The GIVE partners determined that this emerging hotspot should become a new focus for the 2016-17 grant cycle.

The District Attorney's Office has been very successful in prosecuting Superior Court gun cases in 2015. For the 2015 calendar year, prosecutors have convicted 245 defendants with 24 being by trial. 473 Superior Court gun cases were opened in 2015. 78% of sentences were for state prison. Continued success relies upon the cooperation between law enforcement, ECAC and the investigators and prosecutors at the DA's Office.

The Violent Crime Intervention Project (VCIP) at the DA's Office has also been successful at getting information from shooting victims who are transported to Erie County Medical Center (ECMC) for medical attention. VCIP staff assisted 212 shooting victims at ECMC and information is provided to ECAC for inclusion in the shooting packets prepared by them.

*Hot Spots:* Based on the data provided by ECAC and the funded GIVE Crime Analysts  (See GIVE III Focus Areas, Attachment 2) the GIVE consortium proposes to maintain its current presence in the **E1A/E2A hotspots**, since these continue to be high-crime areas, despite the inroads made over the past two years. Although specific pockets have been addressed, such as Shirley Avenue, and the Trade Fair Plaza, and key gang members have been arrested or evicted from these areas, Executive Command reports that despite having disrupted operations, a second generation of younger gang members is emerging, and BPD needs to turn our attention to these. To address this demographic shift in gang membership we will be aligning with community out-reach workers and community centers, as well as looking into incorporating other City programs such as "Code of Conduct" and "Anti-Crime", to help us target this group and prevent this nascent problem from escalating.  Our strategy of using evictions to remove established key players from high-crime streets has proved highly effective, and there has been no evidence of displacement – data suggests that simply removing a gang member from their familiar environment is sufficient to curtail operations, and break established networks. We nevertheless need to maintain a presence in the area to ensure that it remains safe for the remaining residents, and keep the activities of the new gang members in check.

Crime density maps show increased activity towards the northern border of the **C1 hotspot**, and the E2 / C1 border (to the South) continues to be another area of high crime activity. For this reason, Executive Commanders are recommending that the footprint in C District be expanded to incorporate this overspill. We propose to continue our targeted hotspot patrols, running them year round (and not just in the better weather months as we had initially planned under GIVE II - we found this not to be an effective operational strategy in C1).

Our work in the **B1 hotspot**, the Towne Gardens housing complex, under GIVE II laid the foundation for our next phase of operations. The patrols implemented a strategy of "High Visibility" with the aim of

2

COB022394

'taking back' the complex from the BFL gang that was terrorizing residents. Working with residents and the management board, several successful CPTED strategies were put in place, such as introducing the monitoring of visitors to the complex, limiting visitor parking, building walls to re-direct foot traffic and helping local businesses prevent gang members from using their premises to trade drugs.  The targeted hotspot patrols allowed BPD to form a comprehensive picture of the gang structure, and how members utilized the labyrinthine topology of the complex and adjoining plaza to trade drugs, stash guns, and evade arrest. This highly-organized gang does not interact with, or sell to, people outside their own social network, so going forward BPD intends to use GIVE resources to run a series of under-cover operations and raids to target the key players and their 'safe houses' where we believe they are hiding guns. The strategy of eviction/displacement that has proved so effective in E District was deemed impractical in this hotspot because a) many of the gang members live outside the housing complex and just come into the area to deal drugs, and b) the complex social network of this gang means that an evicted member would simply move in with a relative/girlfriend who is housed in the same complex.

Moving forward, resources previously allocated to B1 hotspot patrols under GIVE II will be diverted to a new hotspot in D District referred to as D1 which will address emerging gun crime along the Grant Street Corridor in the West Side neighborhood. Again, there are several violent gangs in this area and a significant drug problem which is driving the spike in crime. This is a highly diverse area with a large immigrant population, dilapidated housing stock, and high poverty levels. Around 10% of the inhabitants either do not speak English or have difficulty speaking English, 19.3% of the residents were born outside the US, and 38.6% of the residents have lower than a high-school education, which presents a set of additional challenges in addressing the problems emerging in this area. In addition to setting up targeted patrol details, we are going to implement Procedural Justice goals by using GIVE funds to print language cards (Language Card,Attachment 3) and referral information in key languages to ensure the diverse population knows where to turn to for support and resources, and District Community Police Officers will be working with various refugee support agencies to let this community know they activities we are undertaking in their neighborhoods to eradicate gun crime.

Outside our principle hotspot focus areas, Executive Command has identified three isolated "Hot Pockets" which also merit attention moving forward - E3 Central Park, ECB Border Winslow, C/E Border Ernst/Wyoming – (See Map-Attachment 2). These micro hotspots will be kept under observation for potential raids by Intel, operating in consort with Patrol and Strikeforce.

ECAC will continue to provide invaluable data and analysis to facilitate GIVE strategies. They will maintain our "Top Gun Offenders" (TGO) list, track recidivism among Notification Session Attendees, and provide the weekly Social Media Report (Attachment 4) all of which are distributed to members of the GIVE consortium. The Social Media Report has been particularly effective, enabling partners to respond to emerging disputes, or address potentially disruptive events such as 'party buses', before they trigger violent conflicts.

3

Both BPD and Probation have used data from this resource, along with ECAC's gang charts and active dispute bulletins, to initiate Individual Custom Notification Sessions with at-risk individuals, either joining forces with consortium partners and aligning with local outreach workers (SNUG/Peacemakers) in these visits, or handling them in-house as appropriate. To date, there have been a total of fourteen coordinated visits in the E1, E2, and C1 hotspots during GIVE II. The Peacemakers were included in three of these visits – all cases where the consortium was seeking to quell retaliatory activity. A brochure has been drafted to leave with families explaining GIVE and providing contact information for community based agencies that are willing to work with them to help stop the violence (Attachment 5). Early results have been promising, leading us to propose expanding this strategy in GIVE III. The flexibility of being able to respond to incidents as they occur is invaluable. We will request the assistance of ECAC in tracking these sessions to determine if these spontaneous interventions with High-Risk individuals is effective. The intention is to curb retaliatory violence and inter-gang disputes at an early stage before they escalate.

Probation carried out an additional seventeen visits as a follow up to gathered intelligence. Probationers are selected on the basis of known gang involvement, weapons convictions, re-arrest or involvement /connection to a recent incident where retaliation is likely, and other pertinent data provided by ECAC. Data is collected on who was visited, where the visit occurred, who participated, why the probationer was selected, comments from the visit, and arrests after the visit. These Individual Custom Notifications foster a sense of Procedural Justice by sending the probationer and their family or those living in the home clear consistent messages. The brochure left with the family at the conclusion of the visit reiterates the GIVE message and provides information for community services.

One of the key areas of focus for the consortium partners moving into GIVE III is tightening and strengthening cooperation and engagement. In hindsight, there are areas where individual agencies are implementing GIVE strategies that would be more effective if approached jointly. To this end we are looking at ways of integrating resources and optimizing performance. BPD intends to invite Probation to attend some of their Operations meetings, which are the forum where Executive Commanders review real-time data and generate immediate response strategies. BPD is also seeking to more fully involve the different branches of their agency (Community Police Officers, School Resource Officers, Intel Detectives) in the various GIVE operations. The Intelligence Unit will also go to the roll call in each of the Police Districts to meet with the Detectives and Patrol Officers detailed to the hotspots, to gather additional intelligence and, in turn, keep the district appraised of any pending raids. This integrated approach will extend to the proposed raids and undercover operations planned for Towne Gardens, and if this pilot scheme proves successful, the format will be repeated with a series of operations in all hotspots. BPD also intends to include the CPOs in their strategy, utilizing their familiarity with the community and available neighborhood resource providers.

Additional resources provided by the John Jay College assessment (Attachment 6) has helped pinpoint the current beefs and alliances between 51 criminal street groups, comprised of 1636 to 1797 individual group members; we will incorporate this technical assistance in both our Individual Custom Notification sessions, as well as the larger, group sessions, going forward. Our Academic Partnership with

4

UB is on-track to produce a spatio-temporal study of Buffalo's gang network. In GIVE III we are requesting UB researchers to analyze whether social media posts trigger gun violence (Attachment 7).

Both the Homicide Unit and the Intelligence Unit will continue to respond to homicide call-outs in tandem. In 2015, BPD had a clearance rate of 40% for gun-related homicides. In many cases, the lack of witness cooperation prevents successful prosecution, to which end the DA's Tactical Prosecution Unit (TPU) intends to make more use of the Grand Jury to subpoena witnesses and compel testimony. The TPU has implemented a new strategy of assigning a TPU prosecutor to specific Buffalo gangs. These prosecutors will be available to the BPD Homicide and Intel Units as well as other detectives to assist with anything that is needed when confronting members of a gang to which they are assigned including procuring search warrants. They will be familiar with the active and past members of the gangs and will follow which gangs are allied or feuding with each other. BPD Homicide Unit and the TPU are currently taking a slightly different approach, investigating the victims of shooting incidents for potential firearm crimes, as data shows many victims are also shooters. There will be a dedicated ADA on-call to ensure all gun-related cases are handled by the TPU and appropriately prosecuted.

As part of our procedural justice strategy, the consortium is waiting to see the results of the Open Buffalo survey (Attachment 8) of public perception of policing in the City, to determine where our attention and resources need to be directed. BPD also intends to pursue in-house training on civil rights, use of force and institutional racism, to ensure all officers are sensitive to the rights and needs of the citizens they serve. The Acting District Attorney has made community outreach a focus of his administration and consequently he and his staff will be expanding its procedural justice efforts in GIVE III to include attending Community Association meetings, block club meetings and other community meetings in an effort to make the office more accessible. Increased knowledge of the office and its mission will help dispel animosity and encourage cooperation with the DA's office.

Our partners at the Sheriff's office will continue to assist with the pickup and recovery of registered handguns from the families of deceased permit holders, and those permit holders whose license to carry or possess a firearm(s) has been suspended or revoked by the Erie County Pistol Permit Office. They will also assist in the consortium's new focus on discovering the origin of recovered guns which have been used to commit crimes but have not been reported stolen – so-called "straw purchases". This collaboration will include ECAC, Buffalo's Gun Crime Analyst, BPD Intel, ECSO and ATF, who will track e-Trace gun recoveries to ensure that all stolen gun reports are legitimate and the victim of the gun theft did not actually sell the gun on the black market to someone unable to legally obtain a gun permit.

CPS will continue to log and test submitted firearms to determine their operability status, enter recovered cartridge cases into NIBIN and perform comparisons of recovered bullets and cartridge cases from firearms related criminal investigations.  To date, CPS has reported a total of 17 bullet/cartridge case comparison investigations. Moving forward, the Laboratory's new request form will now enable the DA's Office to specify that recovered fired components be screened for similar class characteristics before full comparison is undertaken, eliminating unnecessary analyses and improving efficiency.

5

 **Kimberly L Beaty/BPD**
04/15/2015 12:10 PM

To Aaron V Young/BPD@BuffaloPoliceDept,

cc

bcc

Subject Fw: GIVE II Grant Application - Submitted Today

Kimberly L. Beaty
Deputy Police Commissioner (Operations)
Phone: 716.851.4526

----- Forwarded by Kimberly L Beaty/BPD on 04/15/2015 12:09 PM -----

 **Maureen A Oakley/BPD**
04/02/2015 12:58 PM

To Daniel Derenda/BPD@BuffaloPoliceDept, Byron C
Lockwood/BPD@BuffaloPoliceDept, Kimberly L
Beaty/BPD@BuffaloPoliceDept, Dennis J
Richards/BPD@BuffaloPoliceDept, Carmen J
Menza/BPD@BuffaloPoliceDept, Joseph F
Strano/BPD@BuffaloPoliceDept, Mark
Makowski/BPD@BuffaloPoliceDept, Joseph A
Gramaglia/BPD@BuffaloPoliceDept, David S
Stabler/BPD@BuffaloPoliceDept,

cc John W Stanchak/BPD@BuffaloPoliceDept, Lindsey M
Hair/BPD@BuffaloPoliceDept

Subject GIVE II Grant Application - Submitted Today

All: I am happy to report that the GIVE II Grant application, which was due today at noon, was submitted by BPD and the DA's as the Co-Chair at the DA's Office. We were page-constrained so, we did our best to follow all the DCJS rules, plus, all the information they were requesting.

I am attaching the final budget that was sent (includes all 5 GIVE Partners: BPD, DA, CPS, Sheriff's and Probation) and also, the required narratives - rest is alot of other information you probably don't want to see (required forms, maps, etc)

So, we will see what happens. Thanks to all who assisted in this major undertaking, as it was appreciated by all involved who had a role in putting this together (Lindsey/BPD, Joe Spino/DA, Kathy Pilecki/Probation, John/BPD and the ECAC).


GIVE II BUDGET NARRATIVE -ALL PARTNERS-FINAL.docx


GIVE II SECTION A - SCANNING-ANALYSIS - FINAL TO DA.docx


GIVE II SECTION B - RESPONSE-STRATEGY - FINAL TO DA.docx

COB052789

COB052789



GIVE II SECTION C - PERFORMANCE MEASURES - FINAL TO DA.docx

Feel free to call if you have any questions.  "Hoppy Easter" 

Maureen (Moey) Oakley
Buffalo Police Department
74 Franklin Street, Room 120
Buffalo, New York  14202
716/851-4475 (Phone)
716/851-5907 (Fax)
***PLEASE NOTE NEW EMAIL ADDRESS: maoakley@bpdny.org

COB052790

COB052789

## ERIE COUNTY GIVE BUDGET REQUEST & NARRATIVE

### BUFFALO POLICE DEPARTMENT (BPD)                                    $ 772,063
### PERSONNEL ($547,163):

GUN CRIME ANALYST $63,379: (Step 5-Annual Salary 100% FTE) Buffalo Police will assign a full-time Gun Crime Analyst to maintain adequate staffing in order to perform tactical crime pattern/trend analysis regarding firearms crime. **SEE DETAILED JOB DESCRIPTION**

OVERTIME: There is NO Fringe calculated in the Overtime - Overtime is required by Buffalo Police to accomplish the various strategies under the grant. Currently, we have manpower shortages in every District, and are working to maintain minimum staffing level requirements – we simply do not have the resources to carry out many of the extra GIVE operations during regular shifts.  Since our GIVE partners depend on Buffalo Police GIVE enforcement operational activities to carry out their roles under the grant, it is imperative that we have the flexibility of hours to respond promptly to problems and trends as they emerge from our data-driven analysis.

- DETECTIVES TO INVESTIGATE/DEBRIEF ON ALL CITY SHOOTINGS: OVERTIME HOMICIDE-INTEL-ANCILLARY DETECTIVES $100,800: BPD is requesting funding to enhance the Department's field intelligence, and ensure the current increase in our arrest rates continues. This additional funding provides for one Detective from Homicide and one Detective from the Intelligence Unit to be called out to investigate all City-wide non-fatal shootings, which improves the development of intelligence in each of the (5) City's patrol districts (Homicides will continue to be investigated by the Homicide Unit). These Detectives will take witness interviews; provide information to ECAC and the Gun Crime Analyst for the compilation of background packets on all shooting victims; and will identify gang members and gun offenders, taking a hard look at retaliatory shootings. Since shootings/homicides fluctuate, Buffalo's INTEL Unit will continue to take proactive steps to execute gun search warrants (both in the hotspots and city-wide) that result from undercover gun purchases. INTEL is a small (4) Detective Unit, so ancillary personnel from our Detective Division will assist as needed. Our GIVE strategy is city-wide, although hotspots accounted for a significant number of leads INTEL traced. The resulting investigations often developed outside the GIVE target areas, so under GIVE II, we will remain flexible and place resources where needed. Detectives will act on leads identified on social media (retaliation conflicts), intelligence developed by Federal/State Partners and tips provided by Parole and Probation through home visits.  Detailed Breakdown:  225 shootings annually to be investigated x 2 Detectives x 4 hours each x $56 Overtime Hourly Rate = $100,800

- HOTSPOT DETAILS $335,808: Buffalo Police will continue its strategy of saturated patrols in the expanded E1A and E2A hotspot areas, and moving into the new C1 and B1 focus areas during

COB052791

"better weather" when crime is most prevalent. Each directed patrol consists of a 2-man detail plus a Lieutenant, allowing flexibility when planning tactical operations based on real-time data provided by the ECAC Officers will not respond to calls for service, but monitor "hot people" (prior gun arrestees, gang members and associates with a criminal past), during peak gun crime hours, in key locations, pursuing connections between people and places to inhibit gun crime, shootings, and gang violence within these hotspot areas. They will also help INTEL Detectives gather evidence for gun search warrants and seizures and assist StrikeForce Officers (Buffalo's mobile tactical unit) set-up road blocks and enforce our zero tolerance policy. Officers will use diverse patrol options – police vehicles, foot patrol, bike details – to increase direct police contact with both criminals and citizens, impacting neighborhood crime and building community ties.

HOT SPOT AREA OVERTIME BREAKDOWN:
**E1A**: 2 OFFICERS x 4 HRS/DAY x 3 DAYS/WK x 52 WKS x $56/HR=$69,888
1 LT X 4 HRS/DAY x 3 DAYS/WK x 52 WKS x $62/HR=$38,688
Command Oversight: 1 CAPT x 3HRS/MONTH x 12 MONTHS x $70/HR=$2,520
TOTAL: $111,096
**E2A**: 2 OFFICERS x 4 HRS/DAY x 3 DAYS/WK x 52 WKS x $56/HR=$69,888
1 LT X 4 HRS/DAY x 3 DAYS/WK x 52 WKS x $62/HR=$38,688
Command Oversight: 1 CAPT x 3HRS/MONTH x 12 MONTHS x $70/HR=$2,520
TOTAL: $111,096
**C1**: 2 OFFICERS x 4 HRS/DAY x 3 DAYS/WK x 26 WKS x $56/HR=$34,944
1 LT X 4 HRS/DAY x 3 DAYS/WK x 26 WKS x $62/HR=$19,344
Command Oversight: 1 CAPT x 6HRS/MONTH x 6 MONTHS x $70/HR=$2,520
TOTAL: $56,808
**B1**: 2 OFFICERS x 4 HRS/DAY x 3 DAYS/WK x 26 WKS x $56/HR=$34,944
1 LT X 4 HRS/DAY x 3 DAYS/WK x 26 WKS x $62/HR=$19,344
Command Oversight: 1 CAPT x 6HRS/MONTH x 6 MONTHS x $70/HR=$2,520
TOTAL: $56,808

- OVERTIME – EXECUTION OF GUN SEARCH WARRANTS/RAID $25,000  When suspects are arrested for a gun, or an incident involving a gun, and for some reason are not incarcerated, BPD INTEL will be looking at these defendants for conducting active gun probes, set-up surveillance at targeted locations for developing information, and schedule meetings with informants. It is anticipated that these proactive investigations will result in undercover gun buys leading to the execution of search warrants, both in the GIVE focus areas and City-wide. This would also include any warrants initiated by our Federal/State partners (FBI Safe Streets, Violent Felony Task Force, NYS Police) based on intelligence and tips from confidential informants. Personnel assigned to execute a search warrant(s) vary according to the number and type of warrant. Detectives may be accompanied by Officers from the Tactical Entry Team (SWAT). Average Cost for BPD Per Raid Involving SWAT/Detectives Searching For Contraband -between $8,000-$10,000.

COB052792

COB052791

- GIVE FOCUS AREAS: STRAW PURCHASE INVESTIGATIONS $16,128: A new avenue of investigation to be introduced under GIVE II involves "Straw Purchases." Squad Detectives will utilize GGUN (E-Trace) to scrutinize reported gun thefts, working with District Detectives on suspected cases, and in collaboration with INTEL and the ECAC, who will track the dispositions monthly. This will ensure that the report of a stolen gun is valid and that the victim of the gun theft did not sell the gun on the black market for profit or instigate a straw purchase to someone who cannot obtain a gun permit legally. 8 hrs per month x 12 months x $56HR x Targeted Police Districts

- COMMUNITY POLICING EVENTS $6,048: Our (2) procedural justice strategies: "Community Connections Gatherings" and bike "giveaways" will provide a venue for all partners to share information with the target communities about the GIVE II strategies being carried out in their neighborhoods; Community Police Officers (CPO) will work with Peacemakers/SNUG to help facilitate this community awareness initiative hosting 4 Events in E1A, E2A, C1, B1. Bikes will be distributed during the holiday season or at other community events to build bridges and offset mistrust between the youth of our communities and law enforcement:  (5) City-wide Districts CPO Overtime: 9 Events x 2 CPO x 6HRS  x $56/HR = $6,048

## FRINGE BENEFITS: ($18,171)

GUN CRIME ANALYST $18,171: The fringe rate includes: 7.65% FICA; 18.8% Pension; 100% Medical = $1,200 (flat cost for "in lieu of"); Dental: $10.85 per month; Life Insurance: $6.38 per month.

## EQUIPMENT/SOFTWARE: ($15,000)

- (28) BICYCLES $5,000 Combination: Child: 12 = Approx. $110 each = $1,320; 10 Teen Mt. Bike: $170 each = $1,700; 6 Adult Mt. Bike (robust teens): $330 each = $1,980 – Explained Above

- SOFTWARE $10,000 Complaint History And Records Management System (CHARMS)- Customized case management software will allow enhanced search and indexing capability and facilitate file sharing among GIVE partners.

## OTHER EXPENSES/SUPPLIES: ($115,729)

- Community Goodwill Social Events $2,675: Food/Beverages/Paper Products/Incidentals for (4) "Community Connections Gatherings" in each of the GIVE II focus areas @$500 per focus area = $2,000 – Will serve as one of the venues for bike "giveaways" - Back To Basics Event Liaison will oversee the community connection events and help facilitate the bike "giveaways": $12.50 per hr x 6 hrs per event x 9 events = $675

- CPTED Right of Way Improvements $85,000:  GIVE partners will work with the City's Department of Public Works to control the right of way access points to the TradeFair Market by raising the sidewalk curbing, adjusting parking regulation signage for one-way function, and

COB052791

installing traffic signage to convert various streets to one-way streets in E2 Delavan District – **SEE CPTED TRADEFAIR DETAIL**

- <u>Preparation, Scanning/Indexing, Output and Back-up For Digitizing Homicide Files (Outside Vendor) $28,054</u>: Scanning, digitizing and indexing services for homicide files generated over the past (3) years (to coincide with GIVE statistical analysis timeframe) to create a database. Moving to an on-line system will increase efficiency and enhance the capacity of ECAC and Buffalo Police Homicide/Intel to make connections and associations and map crucial social network analyses - and will prove an important resource for our proposed University research partner. **SEE ATTACHED BREAK-OUT HOMICIDE DIGITIZE PROJECT**

**CONSULTANT SERVICES: ($70,000)**

<u>Academic Partnership $70,000</u>: We propose to engage a University partner to produce a study that maps the relations between the socio-temporal and geographical networks underpinning violence in our hotspot areas. Buffalo's GIVE Consortium believes this will produce valuable insights that will help us better understand the factors that drive gun violence, thus enabling us to implement effective data-driven strategies designed to address these conditions. This study will provide law enforcement with information to help diminish the triggers of gang violence and enable the community and law enforcement to intervene before these triggers are pulled. **SEE DETAILED RESEARCH PROPOSAL ATTACHED**

**TRAVEL/TRAINING: ($6,000)**

<u>DCJS GIVE MEETINGS/BRIEFINGS $6,000</u>:  Per the GIVE Request for Proposal, DCJS has requested that funded personnel and command staff be available to attend DCJS-sponsored trainings, meetings and conferences, 1-2 trip regional roundtable meetings, one statewide meeting and a couple of regional technical assistance meetings. At this stage, we cannot confirm the number of attendees, so we are requesting this lump sum under the Travel Category. A sample projection: 4-5 Staff Members including Executive Command, Hotel, Meals, Gas/Tolls – Breakdown:  Potential for (5) trips x (4) staff x guesstimate of $200 each = $6,000.  We have also identified (2) Technical Assistance areas we would like to include if DCJS does not cover: Procedural Justice, and also, Qualitative Data Methodology for monitoring the effectiveness of each strategy.

**<u>ERIE COUNTY DISTRICT ATTORNEY'S OFFICE</u>**                       **$ 828,836**

**PERSONNEL:**  <u>SEE ATTACHED JOB DESCRIPTIONS FOR ADDITIONAL INFORMATION</u>

<u>ASSISTANT DISTRICT ATTORNEYS V (4) $369,021 (100% FTE):</u> The four (4) GIVE Assistant District Attorneys will vertically prosecute cases allowing for consistent and complete prosecution of violent gun offenses.  These Tactical Prosecution Unit ADAs work collaboratively with other GIVE partners to aid in obtaining judicial warrants and eavesdropping authority, interviewing difficult witnesses, conducting confidential proffers with violent criminals, identifying and disrupting criminal gang activities, presenting

COB052794

COB052791

complicated evidence before a Grand Jury, responding to and defeating sophisticated legal attacks from defense attorneys, and securing convictions on the most serious of all New York State Penal Laws.

ASSISTANT CRIME ANALYST $63,026 (100% FTE):  An Assistant Crime Analyst will be assigned to both the DA's Office and the Erie Crime Analysis Center as part of the GIVE initiative.  The Analyst will be responsible for working with the BPD Intelligence Unit to produce chronic offender packets and bulletins.  The Analyst is also responsible for compiling 'Top Gun Offenders' and providing packets to the GIVE prosecutors.

CONFIDENTIAL CRIMINAL INVESTIGATOR $53,450 (100% FTE):  A Criminal Investigator will be assigned to GIVE to assist prosecutors and detectives in getting information needed to ensure an affirmative verdict in a case.  DA Investigators often gather intelligence that will aid the prosecution in attaining a conviction.  The Investigator will work with BPD Detectives and with the analysts at the ECAC to achieve goals laid out in the strategy.  Keeping gun offenders and often repeat gun offenders in prison is a clear deterrent to crime.

All of the requested positions will serve an integral part in the implementation of the GIVE Initiative in the DA's Office and aid in necessary components of the outlined strategy.  Prosecutors of the District Attorney's Office Tactical Prosecution Unit (TPU) and the DA Investigator assigned to GIVE will interact daily with the GIVE DA Crime Analyst and other analysts at the Erie Crime Analysis Center (ECAC) to review information gathered by the Center on suspects of gun crimes.   Prosecutors and their investigator work collaboratively with the police during the investigation stage, focusing on shootings and gun crimes that remain unsolved due to insufficient evidence or uncooperative witnesses.

TPU prosecutors work together with analysts and BPD detectives to ensure investigation is being done thoroughly and in such a way as to make the prosecution of the case as strong as possible. Additionally, prosecutors will review cases that have similarities and will coordinate with ECAC analysts and BPD detectives to identify repeat offenders and individuals who operate together in a criminal enterprise.  TPU prosecutors aid in BPD investigations through the legal processes of the Grand Jury in obtaining subpoenas, search warrants, and compelling the testimony of uncooperative witnesses.

Prosecutors communicate daily with detectives from BPD Homicide Unit and the BPD Intelligence Unit.  By having a dedicated team of prosecutors working collaboratively with a dedicated team of investigators and detectives, the focus on the GIVE strategy can be more closely monitored and applied.

The Investigator will work with the ECAC and BPD Detectives to identify which shootings, gun offenders, and hot spots require attention and coordinate intelligence gathering with the TPU prosecutors.  The DA GIVE Investigator will also assist in ensuring that witnesses to gun-related crimes get their transportation and security concerns addressed in a timely manner.

COB052791

OVERTIME – VIOLENT CRIME INTERVENTION PROJECT (VCIP) $9,000:

VCIP is a collaborative effort between the District Attorney's Office Victim/Witness Assistance Program, Erie County Medical Center (ECMC), Erie County Central Police Services and the Buffalo Police Department; whereby trained Victim Assistance Staff are dispatched to ECMC to provide intervention services to shooting victims in the ER and follow-up services. As part of the shooting strategy, a Victim Advocate (VA) from the DA's Office will respond to the hospital for all shootings in Erie County, speaking to the victim and family members. The VA can obtain accurate victim pedigree information that the police are unable to obtain because the victim may not want to or is too afraid to cooperate with police. The VA sends that information to the ECAC to include in the shooting packets. Advocates obtain valuable knowledge about a victim and of the suspect in an incident and that info is used by the DA's Office, BPD, and the ECAC to try to stem the cycle of violence which often leads to retaliatory incidents. Overtime of $9,000 is being requested for District Attorney's Office Victim Assistance staff to provide the above mentioned services to shooting victims an average of 5-6 hours/week at an average overtime rate of $34.

OVERTIME – ASSISTANT CRIME ANALYST $1,500:   In order to provide immediate support to BPD Intelligence Squad Detectives who would be called out to the scene of a shooting at any time of day or weekend, the DA Crime Analyst assigned to ECAC would be available to provide intelligence and analysis from the ECAC when needed. Cost is estimated at approximately 3 hours per month at an overtime rate of $42.44.

FRINGE BENEFITS:

FUNDED PERSONNEL $194,197:  Fringe benefits have been calculated at 40% of salary, which was the % rate awarded under GIVE I for these same positions.  No fringe has been calculated on overtime.

TRAVEL/TRAINING:

DCJS GIVE MEETINGS/BRIEFINGS $2,000:   Funds are being requested to send funded personnel and executive staff to the DCJS-sponsored training and meetings and conferences

CONSULTANT SERVICES:

ERIE COUNTY CENTRAL POLICE SERVICES $136,642: Participation plan for Central Police Service in GIVE grant includes the Forensic Lab (Assist in the identification, prosecution of persons involved in violent shooting incidents) and Records/ I.T. (provide all necessary data to the ECAC assisting in the identification of "Hot Spots" and persistent violent offenders).

PERSONNEL AND FRINGE BENEFITS:

FIREARMS EXAMINER I: SALARY: $42,201 (100% FTE) FRINGE: $9,122 (25%):   The CPS lab is prepared to continue using the existing resources assigned to the current GIVE I grant,

COB052796

COB052791

specifically a Firearms Examiner I (See Attached Job Description) to concentrate solely on fire arms related crime, working with the Erie County District Attorney's office and the Buffalo Police Department from the submission of firearms associated evidence thru the process of prosecution. Additionally the Firearms Examiner will assure that all submitted firearms evidence is tested and entered into NIBIN and results of such entry will be forwarded to the Erie County Crime Analysis Center.

JUNIOR PROGRAMMER ANALYST: SALARY: $51,455 (100% FTE) FRINGE: $12,864 (25%): Junior Programmer Analyst (See attached job description) that is dedicated to the current and future needs of information gathering for both the local police departments and the ECAC. This Analyst will work closely with the ECAC to create both the database elements and the applications to give Law Enforcement personnel, in the field, a simple and comprehensive way to collect and enter data, congregate the pertinent information, and then make it available to the ECAC.

**CONSULTANT SERVICES**:

FIREARMS EXAMINER III $20,000 A per diem fully qualified and credentialed Firearms Examiner III position (See attached job description) will be filled so as to offer technical assistance and training to the current full time Firearms Examiners. The technical assistance will concentrate primarily in enhancing our ability to perform ballistic comparison and will assist in the performing of operability testing to substantiate weapons possession charges. The Firearms Examiner Consultant will also perform and train our current firearms examiners in cartridge case comparisons for NIBIN hits.

**TRAVEL/TRAINING:**

DCJS GIVE MEETINGS/BRIEFINGS $1,000: Funds are being requested to send CPS personnel and executive staff to the DCJS-sponsored training and meetings and conferences.


**ERIE COUNTY PROBATION**                                           **$ 222,829**

**PERSONNEL:**

PROBATION OFFICERS $129,558: (2 each at avg. salary $64,780, 100% FTE)

Two experienced, tactically trained Probation Officers will supervise high risk weapons offenders. They will exclusively support the GIVE strategy by managing an average of 90 high risk weapons offenders (45 each) who: meet the Top Gun Offender criteria, are offenders with gun convictions, reside in the City of Buffalo with preference to residency in one of the four target "Hot Spots". There are currently 445 living in the collective "Hot Spot" areas. The Officers will participate in GIVE activities including Hot Spot Policing, Focused Deterrence/Cease Fire sessions, intelligence exchange meetings, debriefing

COB052797

COB052791

probationers, Community outreach activities, warrantless searches, Sweeps in coordination with Strike Force.

OVERTIME $38,794:  Collective bargaining agreements do not allow for Probation Officers to "flex" their time. Strategy activities in the evening and weekends will require OT. OT will be used to participate in special operations, warrant sweeps, warrantless searches, conduct home visits, respond to reports of violations, conduct surveillance and establish a visible presence in the Hot Spot Areas. **Home Calls/ Compliance Checks** 2 GIVE Officers, 4 Hours each Officer month X 12 months = 48 hours @ ($4,488), **Focused Deterrence Sessions** 2 GIVE Officers 3 hours each Officer X 2 sessions = 12 hours ($561), **Custom Notification/Home Visits/Procedural Justice Outreach** 2 Give Officers, 1 GIVE Supervisor, 3 additional Officers 3-4 hours each officer  2x monthly x12 months = 392 hours ($18,075), **Sweeps with Strike Force, Hot Spots/Hot People** 2 GIVE Officers, 1 additional PO 5 hours each Officer 2X monthly x 12 months = 180 hours ($8,237), **Summer Hot Spot Sweeps** 2 GIVE Officers 3 hours each week x12 weeks 72 hours ($3,366)  **Community Connection Gatherings & Patrol Presence at Community Events** 2 GIVE Officers, 2 Additional Officers 4 hours each event,  2 or 3 events= 88 hours ($4,067)

**FRINGE BENEFITS:**

PROBATION OFFICERS (2) $51,823:  Fringe benefits have been calculated at 40% of salary, which was the % rate awarded under GIVE I for these same positions. Actual rate is currently 69%. FICA 7.65%, Medical Insurance 24.20% , Workers Comp 2.85%, UI .40%, Retirement Medical Insurance 9.40%, Pension 18.80%.   No fringe has been calculated on overtime.

**TRAVEL/TRAINING:** TOTAL $2,654
DCJS meetings. 1-2 Trips to Albany (3 people Hotel, Meals, rental car, gas/tolls) $1,814; 1-3 day trips regionally for GIVE staff and Administration (gas/tolls) $240; Local Mileage $600

**ERIE COUNTY SHERIFF** $ 175,809

**PERSONNEL:**

DEPUTY SHERIFF- CRIMINAL $120,935 (2), 100% FTE):  As part of the GIVE Initiative, Erie County Sheriff's will fund two (2) Deputy Sheriff's to assist with the pickup and recovery of registered handguns when the permit holder is deceased, and in addition, will assist with the pickup and recovery of registered guns as directed by the Erie County Pistol Permit Office.  Because part of Buffalo's strategy is the proper disposal and confiscation of guns, the ECSO will follow-up.  The role of the (2) Deputies will also include a responsibility for picking up and recovering registered handguns when the permit holder's license to carry or possess a firearm has been suspended or revoked by a court order or when the permit holder's license to carry or possess a firearms has been suspended or revoked by the Erie

COB052798

COB052791

County Pistol Permit Office. Any guns taken into custody or surrendered to the Deputies in Buffalo will be stored in BPD's Administrative Property Office until proper disposition of the firearm(s) is carried out. The Deputies will collaborate with other GIVE partners by providing intelligence concerning illegal gun possession/sales derived from the Erie County Sheriff's Office Narcotics Unit and any homicide/gun crime information derived from inmates at the ECSO Holding Center and Correctional Facility.

OVERTIME $5,000: GIVE Grant Deputies accrue overtime assisting the Erie County Sheriff's Office Narcotics Detectives with after hour raids and search warrants when there is information that there are firearms at the target location. GIVE Grant Deputies are responsible for after-hours death investigations where the decedent has multiple firearms in the residence that need to be secured until arrangements can be made by next of kin. Finally, GIVE Deputies are responsible for after hour collections when judicial orders require the surrender of registered firearms.

**FRINGE BENEFITS:**

DEPUTY SHERIFF-CRIMINAL (2) $48,374: Fringe benefits have been calculated at 40% of salary, which was the % rate awarded under GIVE I for these same positions.

**TRAVEL/TRAINING:**

DCJS GIVE MEETINGS/BRIEFINGS $1,500: Funds are being requested to send funded personnel and executive staff to the DCJS-sponsored GIVE training and meetings and conferences.

COB052799

COB052791

## A. *SCANNING AND ANALYSIS*

### 1. *Scanning*

The City of Buffalo is ranked first in New York State for violent crime involving a firearm and shooting incidents involving injury based on three-years of data provided by DCJS. Police Commanders, in collaboration with the Erie Crime Analysis Center (ECAC), determined that a proactive approach to the reduction of gun-related crime was significantly more effective that the traditional reactive model, as evidenced by results obtained under the "GIVE 1" initiative. Partners in the Buffalo/Erie GIVE Consortium and the ECAC utilized the SARA model to perform an exhaustive analysis of city-wide gun activity over the last three (3) years as the foundation for its current comprehensive plan for combatting gun crime. This analysis led to the development of a strategy which focuses on the core elements of  People: those responsible for most of the gun violence; Places: hotspots where most of the violence is occurring; Alignment: coordination of strategies with other violence-prevention efforts in Buffalo (namely, the utilization of SNUG and the Peacemakers); Engagement: bringing community stakeholders together; working to ensure the community  understands law enforcement's plan for keeping them safe by reducing shootings and violent gun-crime, thereby building trust and confidence. Erie Crime Analysis Center broke the data down into monthly crime periods and then compared the figures generated during GIVE 1 to those covering the previous three years (2012 thru 2014) to determine whether the strategies employed had been effective. GIVE 1 began in July of 2014, Crime Period 7 (each crime period is 28 days long, with 13 CPs per year). At this point, E District accounted for 42% of the City's shootings and 36% of the City's firearm crime.





**% Change from 3YA by CP Since Start of GIVE**

| 3YA - CP | Count | Year - CP | Count | % Change |
|---|---|---|---|---|
| 3YA - 7 | 18.00 | 2014 - 7 | 21 | 16.67% |
| 3YA - 8 | 17.67 | 2014 - 8 | 22 | 24.53% |
| 3YA - 9 | 15.33 | 2014 - 9 | 13 | -15.22% |
| 3YA - 10 | 15.33 | 2014 - 10 | 11 | -28.26% |
| 3YA - 11 | 14.00 | 2014 - 11 | 16 | 14.29% |
| 3YA - 12 | 14.33 | 2014 - 12 | 14 | -2.33% |
| 3YA - 13 | 19.00 | 2014 - 13 | 27 | 42.11% |
| 3YA - 1 | 14.67 | 2015 - 1 | 8 | -45.47% |
| 3YA - 2 | 10.00 | 2015 - 2 | 6 | -40.00% |
| Total | 138.34 | Total | 138 | -0.24% |

## ABOVE - CITY WIDE COMPARISON SHOOTINGS/INJURY – 3YR COMPARSION (2012, 2013, 2014)

Data collected by ECAC clearly shows that as a result of Buffalo's focus on shootings and gun crime through the GIVE initiative, Shootings with Injury in Buffalo, have decreased 0.24% compared to the three year average. As part of its hotspot policing strategies during GIVE 1, Buffalo Police targeted micro hotspots in E District - E1 (Bailey) and E2 (Delavan). The resulting decrease of shootings/injuries (30.77% in E1, 34.50% in E2) in comparison with the three-year averages clearly demonstrates the success of this strategy and the effectiveness of its implementation. ECAC provides regular reports on the number of shooting victims at our monthly GIVE Consortium Meetings. According to their analysis, the figures by crime period

1

since the start of GIVE show that the number of shooting victims in Buffalo increased city-wide by 1% (when compared with the three year average) whereas in both E1 and E2 (our target areas) the number of shooting victims *decrease*d by 14.46% and 24.73%, respectively. Tackling Firearm Crime is our major priority under the GIVE initiative. Statistical analysis demonstrates that, since the inception of GIVE, Buffalo's firearm crime has decreased city-wide by 6.49% (compared to the 3-year average), and firearm crime within the GIVE focus areas shows an even more dramatic reduction: E1-Bailey down by 21.94%; Delavan E2 down by 18.82%. Even with our atypical December 2014 figures, which included (12) Homicides (our highest number ever) and 'shootings with injuries' also above the norm (a spike which can be attributed to a marked increase in gang retaliation shootings) one can clearly see a noteworthy trend showing a steady decrease in gun violence, attributed to the effectiveness of our combined strategies in the hotspot areas. Displacement was minimal due to intervention as the surrounding areas also benefitted. Probation, with the assistance of ECAC and Central Police Services, can now map probationers' residences and share debriefing information electronically. Reports showing residences in relation to crime activity in the area are used strategically to organize sweeps, plan home visits, and conduct surveillance. The data mapping and information exchange have led to some successes such as the identification of (3) probationers associated with the OTC gang, to recovery of several weapons, and violations of probation on 10 people involved with ongoing violent activity in the hot spots including Shirley Avenue (E1) earlier this year. Debriefing information collected by Probation Officers is available on line within a few hours of collection for all law enforcement agencies. Applying concepts from the Cease Fire University, Probation Officers have utilized a "custom notification" process when conducting home calls with violent offenders to send the type of messages delivered at formal notification sessions. The subjects and parents/other residents are advised that they have been identified as being involved with violence; consequences are clearly outlined, with suggestions on where services may be obtained should they choose to make changes, followed by a search of the premises. The decrease in firearm crime can also be attributed to aggressive prosecution.  Since July 1, Erie County Prosecutors have convicted 173 individuals for gun crimes.  All of the cases resulted in a guilty conviction of at least a "C" felony charge.  Seventy-seven of the cases involved a serious crime in addition to Criminal Possession of a Weapon in the 2nd Degree including homicide, attempted homicide, assault, robbery, burglary, and drugs. Dovetailing with these efforts, Erie County Sheriffs have picked-up and/or recovered 248 guns, either from the family of a deceased permit holder, or from individuals whose permit to carry a firearm has been revoked or suspended during the GIVE 1 timeframe – this means a substantial number of guns are no longer on the streets, thanks to the hard work of the Buffalo/Erie partnership, and the judicious use of resources provided under GIVE. Central Police Services worked with Erie Crime Analysis and the Sheriff's to create database elements and applications that made data in the County Pistol Permit Office available for review and police follow-up as required.

2

COB052801

COB052800

# FIREARM CRIME: 3 Year Crime Period Compared To 3-Year Average

## City of Buffalo

| % Change from 3YA by CP Since Start of GIVE | | | | |
|---|---|---|---|---|
| 3YA - CP | Count | Year - CP | Count | % Change |
| 3YA - 7 | 79.67 | 2014 - 7 | 103 | 29.29% |
| 3YA - 8 | 79.00 | 2014 - 8 | 86 | 8.86% |
| 3YA - 9 | 78.33 | 2014 - 9 | 65 | -17.02% |
| 3YA - 10 | 81.33 | 2014 - 10 | 73 | -10.25% |
| 3YA - 11 | 72.00 | 2014 - 11 | 63 | -12.50% |
| 3YA - 12 | 68.00 | 2014 - 12 | 61 | -10.29% |
| 3YA - 13 | 73.67 | 2014 - 13 | 75 | 1.81% |
| 3YA - 1 | 76.33 | 2015 - 1 | 67 | -12.23% |
| 3YA - 2 | 54.67 | 2015 - 2 | 27 | -50.61% |
| Total | 663.00 | Total | 620 | -6.49% |

## E1 Bailey Hotspot

| % Change from 3YA by CP Since Start of GIVE | | | | |
|---|---|---|---|---|
| 3YA - CP | Count | Year - CP | Count | % Change |
| 3YA - 7 | 4.67 | 2014 - 7 | 3 | -35.71% |
| 3YA - 8 | 10.67 | 2014 - 8 | 10 | -6.25% |
| 3YA - 9 | 7.33 | 2014 - 9 | 7 | -4.55% |
| 3YA - 10 | 8.00 | 2014 - 10 | 5 | -37.50% |
| 3YA - 11 | 7.00 | 2014 - 11 | 5 | -28.57% |
| 3YA - 12 | 5.67 | 2014 - 12 | 3 | -47.06% |
| 3YA - 13 | 8.33 | 2014 - 13 | 11 | 32.00% |
| 3YA - 1 | 8.67 | 2015 - 1 | 6 | -30.77% |
| 3YA - 2 | 5.00 | 2015 - 2 | 1 | -80.00% |
| Total | 65.33 | Total | 51 | -21.94% |

## E2 Delavan Hotspot

| % Change from 3YA by CP Since Start of GIVE | | | | |
|---|---|---|---|---|
| 3YA - CP | Count | Year - CP | Count | % Change |
| 3YA - 7 | 4.00 | 2014 - 7 | 6 | 50.00% |
| 3YA - 8 | 2.67 | 2014 - 8 | 2 | -25.00% |
| 3YA - 9 | 3.33 | 2014 - 9 | 1 | -70.00% |
| 3YA - 10 | 2.00 | 2014 - 10 | 0 | -100.00% |
| 3YA - 11 | 2.67 | 2014 - 11 | 4 | 50.00% |
| 3YA - 12 | 3.33 | 2014 - 12 | 5 | 50.00% |
| 3YA - 13 | 3.33 | 2014 - 13 | 3 | -10.00% |
| 3YA - 1 | 5.00 | 2015 - 1 | 1 | -80.00% |
| 3YA - 2 | 2.00 | 2015 - 2 | 1 | -50.00% |
| Total | 28.33 | Total | 23 | -18.82% |

**SEE ATTACHMENT: SECTION A ANALYSIS GIVE I SHOOTINGS FIREARM CRIME**

Shirley Avenue in the GIVE Area of E1 was a historical crime generator for the entire "E" District; several key gun arrests were made in this area and now BPD, the City, the District Councilmember, and other City agencies are currently working together to sustain the remarkable improvements made in this micro hotspot: to date there have been **No shootings or homicides within the last 8 months**

## 2. *Analysis (ATTACHMENT  FOCUS AREAS SHOOTING/FIREARM CRIME DENSITY – 3YRS)*

**Problem:**  A point of discussion at the DCJS hotspot training, was that crime occurs in clusters and only involves a small percentage of the population - which holds true in Buffalo. Moreover, it was noted that gang violence is often triggered by a perceived lack of respect, whether stemming from disputes on social media, or public confrontations, leading to conflict which frequently spiral out of control, culminating in a homicide or drive-by shooting, and an aftermath of retaliatory violence. We have seen this all too frequently in Buffalo's historical firearm hotspots, which are the GIVE focus areas.

*Hot Spots:* Buffalo has proven successes in the GIVE E1 and E2 areas; for example, the arrest rate for 'shootings with injury' is up 5.77% since the start of GIVE, an improvement which can be attributed to the strategy change (made under GIVE) of transferring responsibility for all non-fatal shootings with injury to the Homicide Unit with assistance on non-fatal shooting call-outs from a Detective assigned to the Intelligence Unit. Buffalo Police Command also now plans to expand the two focus areas in "E" District. The new E1A Bailey area has increased to cover a 1.35 square mile area which takes in the Langfield Housing Projects. Several gangs live in the Langfield Housing Project and retaliatory shootings are a recurring problem: two (2) young teenagers were killed within the last year, and tenants report sleeping on the floor to avoid random gun fire - bullet riddled walls are a common sight. The E2A Delavan Area now covers 0.39 square miles and borders "C" District to the North, adjoining another new hotspot area under GIVE II. The GIVE II focus areas in "E" account for close to 52% of the shootings (compared to the three-year average) and about 48% of the firearm crime. Our third target area in "C" District is a historical crime hotspot. Sharing a border with "E" District to the North at Genesee Street, it extends West to Bailey Avenue and South to the railroad tracks at West Shore Avenue and East to the City line.  This site covers 0.74 sq. miles and accounts for 11.54% of the District - 1.78% of the City. When reviewing the statistics for the past three years, "C" consistently shows up as the 2nd highest crime-generator after "E" District! Shootings and gun crime have been on the increase in this target area, which currently accounts for 24.36% of the shootings

3

COB052802

COB052800

and 21.65% of the firearm crime.  An analysis of Homicide rates in 2013 versus 2014, demonstrates that while Homicides in "E" decreased by close to 19% (due to the GIVE initiative), in "C" they more than doubled. It is difficult to adequately assess the underlying factors behind this escalation in shootings and homicides, but the area shares many similarities with E-District: it is a densely populated (8,239 persons per mile), poor urban area with 46.14% living below the poverty line; the median income is $20,336, significantly lower than the US average of about $56,604; it is predominately an African-American neighborhood with a high number of single parent households (40%); the median age is 34 yrs.; (35%) of Erie County Parolees live in this area as do a number of probationers (123); there are (12) identified gangs based in C-District neighborhoods; several of the schools within the area are classified as "low performing" or "persistently lowest achieving" by the NYS Education Department, and it has an above average unemployement rate (14.14%). In GIVE II, Buffalo will be proposing to contract with a university to look at spatial/temporal hotspots for providing a framework to assist law enforcement to understand and identify social and geographic components that spark gang violence leading to intervention strategies. There has been a significant amount of firearm activity in the Towne Gardens in "B" District, leading us to designate this as our fourth target area for GIVE II.  Covering only 0.19 sq. miles (3.46% of "B" district - 0.46% of the City) this area encompasses William Street to the North, South Division Street to the South, incorporating Pine Street to the West and Jefferson Street to the East. The Towne Garden Apartments is a federally subsidized complex which is poorly maintained and houses low income residents who lack the resources to move elsewhere. There is substantial gang violence from members of "BFL"("bag 'em f!$% 'em leave 'em") in and around this complex: shootings and firearm crime over the past three-years runs at about 10% for each category. Buffalo's GIVE consortium proposes to target the "hot people" in this area and with the intent to decrease the number of retaliatory shootings caused by violent inter-gang conflict.

_Top Gun Offenders:_ In an effort to lower gun violence in the City of Buffalo, a list of the "Top Gun Offenders" (TGO) will continue to be compiled and all top gun offenders will be monitored by ECAC for police involvement and targeted enforcement on a daily basis. This list was compiled by ECAC from the 2005-2015 records of all homicide shooting suspects and suspects involved in other shooting incidents. Their common arrest charges were ranked in terms of frequency of offense and violence before being assigned a specific point value. This list of charges was then queried against the entire Erie County record management system and a score assigned for each corresponding crime.  ECAC will continue to work with the GIVE consortium in a consulting capacity, compiling information on all shooting incidents over the past five years where there was a suspect, or someone was arrested.  Criminal histories of these individuals will be compiled to determine common offenses, police incidents, and gang affiliation. Any individual meeting the search criteria is placed on the "Top Gun Offender" list; along with those individuals who law enforcement has reason to view as a potential offender, but fall outside the parameters. ECAC will maintain this list and when any of these offenders are arrested or come into police contact, they will be denoted in the Daily Intel Report (a daily report of arrests and crimes), and a packet will be sent to the Tactical Prosecution Unit (TPU) for review at the DA's Office. The Probation Department reviews the Top Gun

4

Offender list and the Daily Intel Report to identify probationers on the list and has focused on "hot people" under probation supervision. A new avenue of investigation to be introduced under GIVE II involves so-called "Straw Purchases": District Detectives will utilize GGUN (E-Trace) to undertake a robust investigation of reported gun thefts, in collaboration with INTEL and ECAC.

Homicides/Shootings: During our GIVE partnership meetings, a gap was identified (using the SARA model to assess BPD's own capability!): specifically, BPD's inability to readily share information on active (gang and shooting related) Homicide cases with other partners (Parole, Probation, FBI Safe Streets). While the initial case report is uploaded to the Central Police Services' Criminal History Arrest Records Management System (CHARMS), all subsequent paperwork remains buried in paper case files at BPD headquarters. To fully facilitate the concept of 'alignment' of resources, one of the strategies being recommended under GIVE II is to up-grade CHARMS with customized case management software designed to allow enhanced search and indexing capability, and allow file sharing between the partners. We propose to digitize and upload files generated over the past three years (to coincide with the time frame for GIVE statistical analysis) creating a database that will help contextualize all future homicides. Moving to an on-line system will increase administrative efficiency and enhance the capacity of ECAC and Buffalo Police Homicide/Intel to make connections and associations and map crucial social network analyses, especially since we now propose working with a University researcher.

*Current Resources:* Partnerships and collaborations were strengthened under the first year of GIVE. The existing working relationships between the Buffalo/Erie Partnership will continue to employ focused, evidence-based strategies and interventions to crack down on the small number of individuals responsible for the shootings and homicides in the target areas. The NYS Police will continue to be detailed to help Buffalo Police's Strikeforce to flood hot-spot locations, and CNET will assist with controlled undercover gun buys. Buffalo's Peacemaker Program, a recipient of a NYS SNUG Grant, remains an active working partner, complementing the Department's proposed GIVE Strategies. The Peacemakers/SNUG's "violence interrupters/street workers" will continue to work with victims and their families following acts of violence, especially when following a homicide or a shooting.  Since the start of GIVE, interaction between police in the hotspot district and the Peacemakers has increased. SNUG violence interrupters also met with representatives from the DA's Office Violent Crime Intervention Project (VCIP). VCIP provides immediate (hospital) response to shooting victims and the families of homicide victims. Their work is instrumental in developing a more accurate picture of the victim and the crime that was committed. The Ceasefire/Call-In Notifications Sessions will be held as part of the GIVE 2 Initiative, incorporating "lessons learned" from this year's Ceasefire University training. BPD also participates in the Buffalo Promise Neighborhood Initiative, which likewise targets the GIVE hotspot neighborhoods in the E-District (the E1 and E2 Sectors) providing a match of resources for addressing violent crime, focusing on CPTED activities and hotspot policing. The DA's TPU has continued its success of providing targeted prosecution and investigation on gun and other noteworthy cases. GIVE prosecutors carry an average caseload of nearly 35 felony cases, and since July 1, their work has contributed to the high number of gun convictions, now numbering 173, since GIVE began.

5

GUN INVOLVED VIOLENCE ELIMINATION "GIVE II"

**B. *RESPONSE/STRATEGY DEVELOPMENT***

1. ***Core Strategy:*** The Buffalo/Erie GIVE Consortium intends to adopt an evidence based approach to reduce shootings and homicides by implementing strategies that target:

**People:** those responsible for the majority of the gun violence (top gun offenders/shooters, gang members engaged in retaliatory shootings, with special focus on those based in the E, C and B District hotspots-SEE ATTACHMENT: IDENTIFIED GANGS IN GIVE II FOCUS AREAS; we also research the criminal histories of shooting victims, especially ages 25-under;

**Places:** based on data provided by the Erie Crime Analysis Center (ECAC) we intend to focus on the expanded hotspots in E-District (E1A and E2A) and the new targeted areas of= C-District (C1) and B-District (B1) **ATTACHED: DISTRICT SHOOTINGS, FIREARMS...**; we also propose to fund research into the spatio-temporal dynamics of our hotspots to develop our understanding of gang territories and interactions;

**Alignment:** strategic cooperation with community-based violence-prevention initiatives and resources. Stakeholders will include the Peacemakers' SNUG initiative, Buffalo Promise Neighborhood Group, New York State Police, DOCCS and the DA's Violent Crime Intervention Project (VCIP);

**Engagement:** monthly meetings with key partners from Local, State and Federal police agencies to discuss the on-going effectiveness of our core strategy and make adjustments as necessary; Buffalo Police will also engage in activities that promote community policing. The partnership plans to reach out to the community-at-large by hosting a neighborhood event at each hotspot, providing a venue to share information about the GIVE II strategies being carried out in that neighborhood, and allow the residents the opportunity to voice any questions or concerns to the GIVE partners. The goal is to enhance police legitimacy by helping people understand that the increased police activity in their area is designed to protect them from the prevailing culture of gun violence and ensure their safety.

2. ***Required Evidence-Based Approaches:***

The Buffalo GIVE consortium will utilize Problem-Oriented Policing, Hot-Spot Policing, CPTED, and Focused Deterrence in its approach to reducing Buffalo's firearm violence.

***Problem-Oriented Policing:***

According to data provided by DCJS, Buffalo continues to top the list for the highest firearms violence in the state. Under GIVE I, Buffalo Police used the SARA model to assess the prevalent gun violence and develop a POP approach to address the problem. As a result, BPD re-thought their procedure for handling non-fatal shootings: formerly investigated by Precinct Detectives, they became the responsibility of the Homicide Unit.  Each non-fatal shooting is now investigated by one Homicide Detective and one Intelligence Detective, a collaboration which strengthens and consolidates resources, affording Homicide and INTEL a deeper insight into key aspects of gun crime and enhancing their ability to investigate gun-

COB052805

COB052805

involved homicides. This strategy will continue in GIVE II because analysis clearly shows that it has been extremely effective: the arrests for 'shootings with injury' have increased by 5.77% since the start of GIVE. GIVE I provided the framework (SARA and POP) and the resources to catalyze this approach which allowed us to look more closely at commonalities amongst shooters.

A new POP Project under discussion by the ECAC and Police Commanders focuses on the many violent conflicts that have evolved from disputes occurring on social media sites such as Facebook, Instagram, and Twitter. GIVE crime analysts closely monitor social media websites, tracking conflicts – "beefs" - which enables them to pinpoint when a violent event between rival factions is likely to break out. These trigger events could originate from a memorial party for a fallen gang member or simply from a subject posting in a rival's territory. Going forward under GIVE II, these major, high-profile events will be termed "Active Disputes" and will generate "Active Dispute Bulletins" to be circulated to interested stakeholders: Buffalo Police, Community Police Officers, Parole/Probation (if applicable) and SNUG or Peacekeepers (at the discretion of BPD). This will enable the appropriate partners to intervene before any violence erupts.  Buffalo's Lieutenant of Community Police will be the point of contact for all Active Dispute Bulletins.

*a) Hot Spot Policing:* Using ECAC crime data, the GIVE partnership self-assessment protocol, and the results generated by our GIVE I Hot Spot Policing, ECAC Analysts conducted a comprehensive analysis of the locations where gun-related incidents took place over the past three years (including gun related arrests, shootings, shots fired, gun related homicides, aggravated assaults gun related rapes, robberies and calls for police services). Based on these findings, BPD now proposes to expand its original E1 and E2 Hotspots to reinforce the successes of GIVE 1. Although gun crime is decreasing in "E" District, Command determined that it would not be strategic to withdraw resources from the area at this point, given that there have been recent gun crime and shooting incidents immediately outside the E1 and E2 target areas. "E" District Command wants to maintain a continued police presence, and sustained community pressure, to ensure that the criminals do not resume their activities in these, now stabilized, neighborhoods. For this reason, the target area has been expanded to include locations where INTEL, StrikeForce, and District Officers have recovered and/or responded to gun crime , including the Langfield Housing Project, where gun-related calls-for-service close to tripled, and incidents of 'shots fired' more than doubled. As a result of our monthly GIVE Meeting discussions (and supported by crime analysis) Buffalo Police Command has also decided to add (2) other historical gun crime hotspots in "C" District and "B" District. The expanded "E" District hotspots will be referred to as E1A and E2A.  The E1A Bailey Area follows Bailey Ave. from Winspear Ave. to Berwyn Ave. with a western extent of Parkridge and an eastern extent of Eggert Rd. and the City boundary and will be expanded to the South to include the Langfield Projects from Bailey Ave. to the West, Langfield Dr. to the South, and Eggert Rd. to the East. The E2A Delavan Area will follow E. Delavan Ave from Bailey Ave to Freund St. with a northern extent of Gerald Ave. and a southern extent of Lang Ave., which will be expanded eastwards to include a smaller crime hotspot bound by Genesee St. to the South, Freund St. to the West and East End Ave. to the East

COB052805

COB052805

and the current Northern border of E2. The third target area, identified in the "C" District, borders "E" District north at Genesee St., extending West to Bailey Ave. and South to the railroad tracks at West Shore Ave. and East to the City line. Because of the significant amount of firearm activity in the Towne Gardens in "B" District, that has been designated as the fourth target area for GIVE II. This area encompasses William St. to the North, South Division St. to the South, incorporating Pine St. to the West and Jefferson St. to the East. **ATTACHED: INSET MAPS-GIVE 2 – SHOOTING DENSITY**

The overarching goals for hotspot policing approaches under GIVE II remain the same: Extract offenders from specific neighborhoods and areas; Restore peace to neighborhoods and communities; Remove the anonymity of gun offenders and gang members; Reduce gun and gang-related crime in identified hotspots with the identified target areas: Sectors E1A and E2A, C1 and B1.

*b) CPTED:* Under GIVE I, Buffalo Police Officers, SNUG partners and Public Works employees attended the DCJS-sponsored CPTED Training in November. Drawing on "lessons learned", for GIVE II, Buffalo plans to apply CPTED techniques to promote community safety by modifying the plaza area around the Tradefair Market (located in the E-2 Hotspot) which currently serves as a safe meeting place for criminal elements. This plaza was one of the physical locations assessed as part of the CPTED exercise; drawing on that training, we plan to create a safer environment that is less conducive to crime and will deter criminal activity.

*c) Focused Deterrence:* To date, under GIVE I, Buffalo has held one call-in notification session in December 2014. The event was held in the Erie County Ceremonial Court Room, with (60) attendees selected by Probation and Parole. The US Attorney's Office facilitated this assembly and the proceedings replicated others held in Buffalo over the past years: offenders were confronted about their criminal activity and cautioned as to the consequences should it continue; a victim of violent crime addressed the group, and their message was reinforced by a former gang-banger whose words carried increased weight with the attendees. In addition, representatives from the clergy and community services providers were there to offer practical help in a change of life style. To date, (6) attendees have been re-arrested in Buffalo and (2) others were arrested in the suburbs. Following DCJS "Ceasefire University" training this past January, Buffalo Police intends to incorporate several changes: top gun offenders will become the primary targets of law enforcement, and should an offender be arrested after a Call-In (for any gun-related or homicide charge), the DA's Tactical Prosecution Unit (TPU) will receive notice and decide on any additional legal actions to be taken.

*d) Street Outreach Workers (Peacemakers/SNUG):* Buffalo Police's interaction with members of SNUG has increased throughout this year's GIVE initiative. "E" District has held introductory meetings between Police Officers and SNUG Workers, as well as with the Peacemakers, who respond to violence City-wide. Both groups fall under the umbrella of the Back to Basics Ministry. As a result of these informal meetings, communication between the street outreach workers and police in the hotspot district has

COB052805

COB052805

increased. SNUG workers also held mini summits with various members of the community to help to build trust. Their intervention during violent situations, or in helping families who have been the victims of gun crimes, has proved invaluable – they are in the unique position of having the respect and trust of their community, while also able to advocate against gun violence and assist in realizing the goals of GIVE.  Going forward, we will continue to make strategic use of their role, extending it into the (2) additional hotspot sites. The Peacemakers alliance will be strengthened likewise: they have been providing youth-gang intervention for almost twenty (20) years.

*Plan*: Buffalo's GIVE partnership will continue to employ the above-referenced evidence-based practices to reduce violent gun crime through the combined efforts of multiple law enforcement agencies and the community stakeholders. The City-wide plan is to decrease violent gun crime by concentrating on chronic and top gun offenders, improving shooting clearance rates (continuing our current trend of increased arrests), ensuring proper gun removal, engaging street workers and the community-at-large, and participating in focused deterrence activities. We hope to learn more about procedural justice strategies, to complement those already in place.

Our key strategies for the expanded target areas of E1A and E2A in Buffalo's E-District will include the continuation of current hotspot policing and CPTED initiatives; and hotspot policing will be initiated in C1 and B1.  GIVE collaborators will assist the DA's Office and the U.S. Attorney's Office with prosecution strategies that complement our collaborative approach to gun interdiction and ensure that sentences maximize deterrence. TPU prosecutors will work hand in hand with the DA GIVE Analyst, ECAC Analysts, BPD Detectives and their own GIVE investigator, to make certain every investigation is thoroughly carried out and ensure the case for the prosecution is as strong as possible.  Additionally, prosecutors will review cases that share similarities and will coordinate with their GIVE Analyst, other ECAC Analysts and BPD Detectives to identify repeat offenders and individuals who collaborate in criminal enterprises.  TPU prosecutors will assist the BPD Detectives in their investigations through the legal processes of the Grand Jury in obtaining subpoenas, search warrants, and compelling the testimony of uncooperative witnesses.

## City-wide Offender-Based Strategies
*GIVE Top Gun Offenders:* In an effort to lower gun violence in the City of Buffalo, a list of the "Top Gun Offenders" (TGO) will continue to be compiled and all top gun offenders will be monitored by ECAC for police involvement and targeted enforcement on a daily basis. This list was compiled by ECAC from the 2005-2015 records of all homicide shooting suspects and suspects involved in other shooting incidents. Their common arrest charges were ranked in terms of frequency of offense and violence before being assigned a specific point value. The ranking scale allows us to take into account subsequent retaliatory shootings, in which the victim of the crime becomes our next suspect. The resulting list of charges was then queried against the entire Erie County record management system and a score assigned for each

COB052805

COB052805

corresponding crime. In an advisory capacity, ECAC will continue to compile information on all shooting incidents over the past five years in which there was a suspect, or someone was arrested. Criminal histories of these individuals will be compiled to determine common offenses, police incidents, and gang affiliation. Any individual meeting the search criteria is placed on the "Top Gun Offender" list; along with those individuals whom law enforcement has reason to view as a potential offender, but fall outside the parameters. ECAC will maintain this list and when any of these offenders are arrested or come into police contact, they will be denoted in the Daily Intel Report (a daily report of arrests, notable crimes and bulletins). TGOs will be promptly queried against open warrants to determine if immediate police action is required. ECAC will also map their last known addresses and alert Sheriff Deputies and patrol officers in those districts to monitor these individuals closely, should they be released. The TGO list will also be displayed on the DCJS video signage boards across Erie County, to alert all law enforcement of these offenders. The Probation and Parole Departments will also review the lists to identify probationers or parolees.

Should a TGO be arrested, ECAC will produce a "Top Gun Offender Packet" on the individual. This packet will include all pedigree information, a listing of any police contact, all known associates, arrest history, public information and every police report they appear on. These packets will be sent to the TPU at the District Attorney's Office with the goal of enhanced sentencing and close monitoring of case developments. A new avenue of investigation will be introduced under GIVE II involving so-called "Straw Purchases": Squad Detectives will utilize GGUN (E-Trace) to undertake a robust investigation of reported gun thefts, in collaboration with INTEL and ECAC, working with District Detectives on suspected cases. **SEE ATTACHED ECAC DETAILED CRITERIA FOR COMPILING TOP GUN LIST**


Chronic Violent Offenders: An analyst from the ECAC will continue to work with the BPD's Intelligence Unit to gather information to produce chronic violent offender packets and bulletins. All relevant data from district patrol officers, detail car reports, crime incident reports and daily arrest information will be collected. When suspects are arrested for a gun, or incident involving a gun, and for some reason are not incarcerated, BPD INTEL will target these defendants by conducting active gun probes, set up surveillance at targeted locations to gather information, and schedule meetings with informants. It is anticipated that these proactive investigations by Buffalo Police Detectives will result in undercover gun buys, leading to the execution of search warrants, both in the GIVE focus areas and city-wide. During GIVE I it became clear that many of the players lived in our targeted areas, but the guns were being sold in various areas throughout the City. Partnerships for these investigations were forged with Federal Partners (FBI Safe Streets, ATF) and we plan to continue this under GIVE II. While our strategy for interdicting gun shootings and violence incorporates the whole City, we did find that our hotspots generated a significant number of leads for INTEL to trace, but as these investigation developed, some of the gang incidents involving guns took place just outside the GIVE area, or in another area of the City altogether. We will continue to work towards pinpointing where these guns originate, and use social media to track gang "beefs" to preempt retaliatory violence.

COB052805

COB052805

Homicide and Intelligence Detectives will collect information, as will GIVE Probation Officers, who will work with the ECAC to identify probationers who have been rearrested. Information gathered from these sources might include someone who has only recently been identified as a potential violent offender and may not yet have an established criminal history. This means they will not show up on the target list, which is derived from the criminal history database.

Chronic Violent Offender status will be based on predetermined criteria such as a violent criminal history, including gun related crimes, and gang affiliations. Central Police Services will provide detailed data regarding where and when crimes occurred, including the type of weapons used and the location: information that is crucial for Hot Spot Policing.  Data regarding each suspect, subject and offender is also made available to the ECAC, allowing the ECAC to identify persistent violent offenders. This data is manipulated by the Junior Programmer Analyst into a format which allows Crime Analysts to provide their crucial insights. The ECAC will distribute the violent chronic offender bulletins to police personnel via the ECAC web site, the daily intelligence report and through departmental email. These chronic violent offenders will become the primary targets for patrol, Strike Force, Erie County Sheriff's, the New York State Police and police specialty units.

Aggressive prosecution is a key part of this strategy: once an offender is arrested, ECAC will provide the Erie County District Attorney's office with a complete portfolio on the defendant to assist the DA's investigation and prosecution. ECAC and Buffalo Police also plan to intensify the supervision capabilities of DOCCS Parole, in support of their proposal to classify notable gang members and violent offender incarcerations for enhanced monitoring post-release.

_Shootings/Homicides:_ Buffalo's success in increasing the arrest rate for 'shootings with injury' (5.77% since start of GIVE) can be attributed to the strategy change made under GIVE I of transferring responsibility for all non-fatal shootings with injury to the Homicide Unit with assistance on non-fatal shooting call-outs from a Detective assigned to the Intelligence Unit. Previously, shootings in Buffalo were investigated by District Detectives, who were also tasked with investigating all other Part 1 Crimes, (except for murder and rape, which are handled by the BPD Homicide Squad and the Sex Offense Squad). Under GIVE II, Buffalo Police will continue to call out (on overtime when needed) one Detective from Homicide and one Detective from the Intelligence Unit every time there is a shooting other than a homicide. This will strengthen the investigation and development of intelligence in each of the (5) City's patrol districts (Homicides will continue to be investigated by the Homicide Unit). The responding Detectives will interview witnesses; work with the ECAC to provide information to the Center's Analyst for the compilation of background packets on all shooting victims; and will identify gang members and gun offenders. These background packets will include: pedigree information, a synopsis of the shooting along with a map of the location, the victim's gang membership, any police reports the victim has been involved in, any associates of the victim mentioned in police reports, a public record search of the victim, criminal

COB052805

COB052805

history and any pertinent social media information that ECAC identifies. The Intelligence Unit will give pertinent information regarding the case (i.e. gang involvement, on-going conflicts, motives, and suspects) to the ECAC so they can make linkages and connections for possible leads.

ECAC will use these linkages to provide data to a proposed University Research partner to develop a study looking at spatial and temporal hotspots to map the interplay of gang locations and violence throughout the City of Buffalo. As they monitor social media, the ECAC will keep the Intelligence Unit alerted to possible leads or suspects in shooting incidents as their investigation progresses.

An additional strategy emerged (after using the SARA model to assess BPD's Homicide unit procedures) designed to respond to BPD's current inability to readily share information on active (gang and shooting related) Homicide cases with other partners (Parole, Probation, FBI Safe Streets). Although the initial case report is uploaded to the CPS Criminal History Arrest Records Management System (CHARMS) and is widely accessible, all subsequent paperwork remains buried in paper case files at BPD headquarters. To fully facilitate the concept of 'alignment' of resources, one of the strategies being recommended under GIVE II is to up-grade CHARMS with customized case management software designed to allow enhanced search and indexing capability, and allow file sharing between the partners. We propose to digitize and upload files generated over the past (3) years (to coincide with GIVE statistical analysis timeframe) creating a database that will help to put all future homicides into context. Moving to an on-line system will increase efficiency and enhance the capacity of ECAC and Buffalo Police Homicide/Intel to access data which will allow them to make connections and associations, as well as facilitate the mapping of spatio-temporal alliances, and perform social network analyses, which is especially important given our recent proposal to collaborate with a University research partner.

Evidence collected at shootings and homicides will be submitted to the CPS Firearms Examiners who will work exclusively on ballistic comparison and will perform operability testing to substantiate weapons possession charges. In addition, the BPD's Gun Analyst will analyze all the NIBIN hits for possible relationships based on firearm evidence entered into NBIN and will also record all guns turned into Buffalo Police into a database.

To ensure that TPU prosecutors and the DA GIVE Investigator are focusing on cases which relate back to the overall GIVE strategy for Erie County, prosecutors will communicate daily with BPD Intel and Homicide Detectives working on shooting-related crimes. By having a dedicated team of prosecutors working collaboratively with a dedicated team of investigators and detectives, the momentum on the GIVE strategies can be more closely monitored and applied.  As part of the shooting strategy, a Victim Advocate (VA) from the DA's Office Violent Crime Intervention Project (VCIP) will respond to the hospital for all shootings in Erie County, speaking to the victim and family members. Many times the VA obtains accurate victim pedigree information that the police are unable to obtain because the victim may be unwilling, or too afraid, to cooperate with police. The VA sends victim information to the ECAC to include in the shooting packets.

As part of our alignment protocol, SNUG violence interrupters met with representatives from the DA's Office VCIP to discuss common goals. Collaboration between Parole, Probation and ECAC will continue,

COB052805

COB052805

with ECAC mapping current probation and parole data, making it available to law enforcement. Should a shooting occur, probation and parole officers will immediately know which parolees and probationers are located closest to the shooting incident and can interview them to find out if they have any information about the crime.

_Proper Gun Disposition/Follow-up:_  Guns that are not disposed of properly, or are sold illegally, are at risk of being used for criminal purposes or accidental shootings. Guns belonging to deceased persons, stolen guns, guns from 'straw purchases', and guns belonging to people who have been arrested and therefore subject to surrender, all need to be accounted for in the interest of community safety. To address these issues, the GIVE strategy will continue to designate two (2) Erie County Sheriff's Deputies to assist with the pick-up and recovery of handguns registered to deceased permit holders, along with, those whose permits have been suspended or revoked for proper disposition. The ECAC will assist by monitoring the social security death index and death notices, cross referencing the information with registered permit holders and alerting the Sheriff's Department when the death of a permit-holder occurs. The Pistol Permit Office will notify the Sheriff's Department when a permit holder is arrested.

As part of the GIVE I Engagement Strategy, a brochure was produced explaining "what to do when a loved one leaves behind a firearm", outlining the proper and lawful procedures for disposing of a gun belonging to a deceased family member.  Law enforcement will maintain its established relationships with funeral directors so that distribution of the pamphlet continues. As previously mentioned, Buffalo Police Detectives will also be undertaking a new approach to gun theft, investigating to determine the lawfulness of the reported incidents.  District Detectives will utilize GGUN (E-Trace) to scrutinize reported gun thefts, in collaboration with INTEL and the ECAC, who will track the dispositions monthly. This will ensure that the report of a stolen gun is valid and that the victim of the gun theft did not sell the gun on the black market for profit, or instigate a straw purchase to someone who cannot obtain a gun permit legally (i.e., convicted felon) before reporting that gun as stolen in order to legitimize their actions and avoid potential criminal repercussions.

_Street Outreach Workers:_ The Back to Basics Ministry will remain an active partner, providing oversight to the Peacemakers and SNUG outreach workers. The Peacemakers/SNUG's "violence interrupters/street workers" will work with victims and their families following acts of violence, especially when following a homicide or a shooting.  They take an active role mentoring young people in the community, encouraging healthy life styles as alternatives to crime. Recently their involvement has been increased to include response to violent assaults and shootings in the hotspot locations. The Peacemakers offer grief counseling, prevent retaliatory behavior, especially in the aftermath of gun violence, and are active in the GIVE focus areas. Their cooperative relationship with the Buffalo Police Community Police Lieutenant has facilitated information sharing concerning potential gang conflicts, allowing an intervention plan to be executed, and preventing potential shootings and/or retaliatory violence. Since the implementation of GIVE I, SNUG workers held mini summits with various members of

the community to address incidents. Based on information shared by the community at these summits, in GIVE II we propose to host bi-weekly meetings with SNUG street workers, the Peacemakers, Buffalo's Community Policing Lieutenant, and the ECAC to strengthen this collaborative relationship and mutually exchange information (as deemed appropriate) The Violent Crime Intervention Project (VCIP) provides immediate (hospital) response to shooting victims and the families of homicide victims. Both, VCIP and Peacemakers/SNUG forces have immense capacity to connect with gang members and youth at risk through their ties to the community -- and because they are not law enforcement.  Their work is instrumental in developing an accurate picture of the victim and the crime that was committed.  The Peacemakers use their own life-experiences (which can include a past history of gang involvement and/or previous incarceration) to establish credibility in their community, they can be powerful advocates for change.

_Ceasefire/Call-In Notification Sessions-Focused Deterrence:_ The Ceasefire/Call-In Notifications Sessions will be held as part of the GIVE II Initiative, incorporating "lessons learned" from this year's Ceasefire University training (such as the use of a culturally significant venue, smaller participatory group, focusing on certain gangs, federal prosecution, etc.). The GIVE Consortium plans to once again hold (2) "Call-In" Notification Sessions to be orchestrated by the US Attorney's Office.  Notification Session participants include local law enforcement, the Peacemakers/SNUG, credible and respected individuals who represent the community's moral voice, agencies who can assist with referrals as an alternative to crime, NYS Police, District Attorney's Office, NYS Parole and Erie County Probation. Parolees and probationers with criminal records involving weapons and who are on the Top Gun Offender and Chronic Violent Offender Lists will also be summoned as part of the notification sessions. Collectively, we will be making the point that the violence must end and our agencies, and the community at large, will work together to do everything in our power to stop it. The session weights a strong set of intervention actions against offers of support and services, demonstrating that there is a future outside a life of crime and violence. This key component of our procedural justice strategy seeks to leverage a normative commitment to compliance though direct moral engagement. ECAC receives a list of notification session attendees, which they crosscheck with the daily arrest log.  If an attendee is arrested, ECAC sends the information to the law enforcement personnel involved in the notification sessions and to the Erie County District Attorney's Office. ECAC keeps track of those arrested and includes them in their analysis; include tracking the percentage of re-arrests against the total number of attendees. The GIVE Probation Officers have implemented a "custom notification" process when conducting home calls with violent offenders which reinforces a similar message to that delivered at the formal notification sessions. This began shortly after the Cease Fire University and Probation is tracking the people involved to evaluate the outcome, and this strategy will be continued under GIVE II. **ATTACHED: LISTING OF PAROLEE RELEASES AND ALSO, INFO ON POST NOTIFICATION OFFENDER.**

COB052805

COB052805

*Academic Partnership:* The City of Buffalo has over 50 street gangs and 1600 known gang members. Under GIVE II, Buffalo is proposing to enlist the assistance of a University that will prepare a study using hot spot and social network analysis to identify the spatial, temporal, and social patterns of gang violence in Buffalo.  This study will help to assist law enforcement to better understand the social and geographic components which add to the ingredients to gang violence. This may help to diminish the triggers of gang violence which may enable the community and law enforcement to intervene before these triggers are pulled. Possible outcomes of this study: root causes of gang membership, reasons why gangs target one another, potential locations where gangs form, and where potential gang violence may occur.

**Hotspot Targeted Strategies**

*Hotspot Policing*: The Buffalo Police Department will continue to detail directed patrols in micro hotspot areas, based on the analysis of over three years of data, provided by the ECAC, and a comprehensive evaluation of our performance and strategies under GIVE I. Historically, gun related crime is highest in E and C Districts and gang activity has proliferated in our various City housing projects. As noted on page 2 and detailed in the attached hotspot maps, the following are the new hotspot areas for GIVE II: E1A Bailey Area, E2A Delavan Area, C1, and B1.

Buffalo Police will undertake intensive enforcement, saturating all (4) targeted hotspots with directed patrols, consisting of 2-man details within each sector, plus a Lieutenant. These officers will not respond to calls for service, but will be instructed to watch for criminal activity at specific times and on specific streets – this increased vigilance is aimed to inhibit gun crime, shootings and gang violence. The directed patrols will work with Strike Force Officers (Buffalo's mobile tactical unit) to enforce zero tolerance in GIVE II-focus areas, in combination with localized crackdowns, traffic enforcement, and the assistance of Community Police Officers to provide a multi-faceted approach to the problems. Officers working this detail will diversify their approach using various modes of patrol -- police vehicles, foot patrol and bike details -- increasing direct police contact with both criminals and citizens, impacting neighborhood crime, and building community ties. The targeted enforcement strategy will be further supplemented by Buffalo Promise Neighborhood, the use of License Plate Readers and the City's wireless surveillance cameras, all converging on the sectors designated for patrol, complementing our GIVE initiatives. After review and analysis of the efficacy of these initial directed patrols, law enforcement will determine if larger tactical sweeps, through the execution of search warrants, should be conducted as a further means of thwarting gun and violent crime. The large sweeps will involve Buffalo SWAT, Intel/Narcotics Detectives, Federal Partners, Parole, Erie County GIVE Probation Officers, NYS Police, etc.

Erie County Probation (ECP) will also participate in our targeted enforcement efforts: their two (2) GIVE Probation Officers supervise high risk offenders who meet the GIVE Top Gun Offender criteria (i.e., has a gun conviction, (particularly if 17-25 years old); reside in the targeted areas and/or have a gang affiliation with a weapons history). ECP will reinforce our zero tolerance policy, enforcing the conditions

of probation through compliance monitoring, home visits, curfew checks, drug testing, and surveillance. Probation Officers will take the necessary punitive action and file violations of probation accordingly. Probation Officers will assist law enforcement partners by conducting debriefings on probationers who have been rearrested and will debrief all probationers living in the target areas. Any intelligence collected will be shared with the ECAC and law enforcement partners.

Following arrests for violent crimes involving a firearm within the identified hot-spots, the Chief of the TPU will assign a prosecutor to handle the case.  A prosecutor may also be assigned if the person arrested in a hot-spot is of particular concern to the partnership, i.e. if they are on the Top Gun Offender List, or a known gang member with prior violent felony gun convictions. Since July 1, prosecutors have achieved affirmative convictions on 173 felony gun cases. The DA GIVE Investigator will work with the ECAC and BPD Detectives to identify which shootings, gun offenders, and hot spots require attention and coordinate intelligence gathering with the TPU prosecutors. The ECAC provides invaluable support to the DA's office through its on-going analyses and crime packet generation, which has been instrumental to improving the conviction rate on cases involving violent crime, including crime with a firearm. The DA GIVE Investigator will also assist in ensuring that witnesses to gun-related crimes have their transportation and security concerns addressed in a timely manner.

_CPTED:_  After attending the CPTED training provided by DCJS under GIVE 1, Buffalo Police used the SARA Model to 'Analyze' persistent crime problems in the area surrounding the TradeFair Market in the E2 Delavan District. Under GIVE II, we will intend to progress to the 'Response' stage and concentrate resources toward a solution. Buffalo Police will partner with the Niagara Frontier Transportation Authority to investigate the likelihood of being able to move a bus stop further down the block to prevent lawbreakers from congregating on the corner. In addition, GIVE partners will work with the City's Department of Public Works to control the right of way access points to the plaza by raising the sidewalk curbing, adjusting parking regulation signage for one-way function, and installing traffic signage to turn targeted roads into one-way streets. These measures should make the plaza less hospitable as a criminal meeting place.

_PROCEDURAL JUSTICE:_ Procedural justice is a key component of our move towards community-based, problem-oriented hot spot policing. BPD is committed to ensuring that the community it serves is treated fairly and shown respect during all interactions. This is emphasized during the training academy and re-enforced through the Department's community policing initiatives in each District. The Internal Affairs Division investigates any complaints of police misconduct, but should an individual feel uncomfortable coming to Police Headquarters or Police Districts with concerns or complaints, citizens can go to the City Hall Office of Citizen Services and meet with a Community Police Officer assigned there.  Having this alternative, helps to enhance perceptions of police legitimacy and allows all members of the community to have a voice.

COB052805

COB052805

While the efficacy of focused-deterrence strategies is undeniable, unfortunately it also brings with it the risk that the collaborative forces of the GIVE partners might be viewed by the affected community as discriminatory and heavy handed. Many residents of these traumatized communities view the best efforts of law enforcement agencies to provide a secure, crime-free environment as hostile, believing they are the target of the multiple strategies, rather than the beneficiary. It is crucial to restore police legitimacy with this population if the goals of the GIVE initiative are to have a lasting effect – these strategies need the full co-operation of the community to succeed. We intend to implement procedural justice through active engagement with residents of the hot-spot footprints: a greater emphasis on foot patrols and community policing will create an opportunity for officers to make connections with this vulnerable population, explain the aim of the initiative, listen to the experiences of those living inside the hot-spots, and treat its inhabitants with the dignity and respect they deserve. Nevertheless, the majority of police/community interactions occur during times of heightened stress, and although maintaining the principles of procedural justice can ensure that the situation does not escalate, it is not sufficient to re-frame prevailing perceptions. For this reason, the GIVE partners propose to host a sequence of (4) "Community Connections Gatherings" in each of the GIVE focus areas, and we will be reaching out to the Back to Basics Ministry who oversees the Peacemaker and SNUG Programs to help facilitate these neighborhood events. These informal gatherings will allow community members to interact with police officers from their district, GIVE Probation Officers, GIVE Sheriff's Deputies, as well as GIVE personnel from the DA's office. Many of these faces will already be familiar to the residents from the previous year's initiative, but the community gatherings will allow everyone to come together under happier circumstances. We aim to use these events as a means to share our goals and strategies for their communities, and allow the neighborhoods to voice their own concerns or questions. It is our hope that such gatherings will start the process of rebuilding confidence in the judicial system, and better establish police legitimacy in areas where there has historically been a culture of suspicion and mistrust. To build bridges and create an atmosphere of trust with the younger members of the community, we also propose to give away bicycles at these events, as well as work with one of the community centers in each of the (5) Police Districts (for a total of 28 bikes) to support the holiday activities they sponsor for youth, thus reaching out city-wide.  The hope is that we can counter the legacy of mistrust before it becomes entrenched in the youth of our communities, and build the foundation for a more open and cooperative relationship between law-enforcement agencies and the people they serve in the years ahead. [See Tyler and Fagan, 2008].  Our notification sessions will continue to be a key component of our procedural justice strategy, allowing the direct moral engagement of the offenders by justice professionals and key community leaders, exhorting the attendees to make better choices and leveraging a normative commitment to compliance.

We are also requesting further training from DCJS taking a more in-depth look at the concept of procedural justice and some additional strategies we could potentially implement to enhance the four core elements of our GIVE initiative.

COB052805

COB052805

C. *PERFORMANCE MEASURES*

ONE AREA OF TECHNICAL ASSISTANCE REQUESTED BY THE BUFFALO/ERIE GIVE
PARTNERSHIP IS A DCJS TRAINING PRESENTATION ON QUALITATIVE DATA COLLECTION
AND ANALYSIS, FOR EFFECTIVE MONITORING OF EACH GIVE STRATEGY.

SHIRLEY AVENUE QUALITATIVE SUMMARY: Using problem-oriented policing and the SARA model,
Buffalo Police took on the challenge of tackling Shirley Avenue in the E1 Bailey Hotspot, which has been
a historical crime generator for years. Several gang members from OTC ("Only the Circle") lived on
Shirley (#s 187, 191, 211) and hung out on the street, committing crimes in the open. The other residents
were afraid to leave their homes as retaliatory shootings were commonplace and other major criminal
activities centered a round these main problem houses. The offenders living at these addresses had a
combined total of over 70 arrests for weapons, narcotics, gun robbery – and some had even been
shooting victims themselves! "E" District Officers worked with Housing Court and pressured the landlords
to get orders to vacate for 187 and 211 Shirley, but before the order to vacate could be executed, the
gang members had moved down the street to 191. In August, a 16 yr. old OTC gang member was
murdered on Shirley and a flurry of gang infighting broke out, triggering a sequence of fire bombings and
intimidating graffiti, all directed at 191. Chatter on the street claimed that the people living at 191 were
snitches and Buffalo Police was called in to provide protection. Ironically, the occupants had been
arrested many times on gun charges, and Police knew that all too well that they were not the snitches for
what was happening at that time on Shirley!! In response to this outbreak of violence, E District detailed
stationary patrols in the area for over a month, incorporating 14-hr shifts, and officers reinforced the zero
tolerance crime policy in this targeted sector. Police and the City put renewed pressure on landlords to
force evictions on the remaining problem properties on Shirley Avenue.  As of August, there have been
no shootings or homicides on Shirley Avenue and the neighborhood is starting to stabilize.

Oversight assessing the effectiveness of the GIVE Strategies will be undertaken at the monthly GIVE
meetings attended by the ECAC, the Erie County District Attorney's Office, the Buffalo Police
Department, Erie County Probation, Erie County Sheriff's and Erie County Central Police Services, along
with our State and Federal partners. The meetings will continue to focus on a comprehensive discussion
about firearm-related crime; the data driving our "hot-spot" targeting; a review of the current statistical
analysis; total crime guns recovered and submitted to ATF for trace; total persons arrested for firearm-
related crimes; discussion of implementation efforts on GIVE Initiatives and updated intelligence
regarding "chronic and top gun offenders".  To measure the effectiveness of Buffalo's GIVE initiative and
its impact on shootings and homicides, the ECAC will track multiple gun related crime factors.  On a
monthly basis, they will track the number of shootings city-wide (including shots fired calls and shootings

COB052817

COB052817

with injury) the number of shooting victims, the number of firearm crimes (including rapes, robberies, and assaults with a firearm), and finally the number of gun arrests. The ECAC will perform monthly quantitative analyses of all four hotspots – E1A, E2A, C1 and B1 -- comparing gun crime statistics for these areas with the figures City-wide. The GIVE Partnership hopes to see statistically significant decreases in gun-related crime in all targeted micro-locations as the grant cycle progresses. Similar analyses of Part One Crimes will also be performed for these sites.

 Our quantitative analysis will focus on the following key areas:

_Measuring Chronic and Top Gun Offenders:_ Number of Names on Chronic Violent Offender and Top Gun Offender Lists; Number of Firearms and Non-Firearms Arrests; Number with Gang Affiliations; Number of Chronic Violent Offenders and Top Gun Offender Packets Sent to DA's Office .

_Guns/Shootings:_ Percent Change in Number of Homicides and Shootings (City-wide and in Targeted Areas); Ratio of Number of Victims Shot Compared to Number of Shooting Arrests (goal is to improve clearance rate for shootings by increasing the number of arrests); Percentage Change for number of shooting with injury arrests; Number of Shooting Investigations Conducted by Intel Detectives; Number of Debriefings; Number of Shooting Victim Packets Prepared by ECAC for Intelligence Unit; Number of gun cases prosecuted by DA's Office; Number of gun case convictions; Number of NIBIN Hits; Number of Guns Confiscated/Picked-up by Sheriff's Deputies from a Deceased Person's Family, by Court Order, or by Arrest; Number of Pamphlets Distributed to Funeral Directors for Community Awareness.

_CPS Laboratory:_ How Many Firearms Received by Lab; How Many Cartridge Casings Entered into NIBIN; How Many Microscopic Comparisons Performed; How Many Operability Tests Performed.

The Erie Crime Analysis Center will continue to measure the effects of Buffalo's expanded hotspot strategy, comparing monthly crime incident data from  the (4) targeted micro-locations with figures from the five city-wide districts over the three-year GIVE Statistical Analysis Timeframe.  Particular focus will be directed towards Part 1 violent crime involving the use of a firearm:  crimes of homicide, robbery with a firearm, rape with a firearm and shots fired. Total Part 1 crime, including property crime, will also be tracked. The resulting analysis will be similar to the Interrupted Time Series Design used in the LASER approach and is designed to assess whether the current series of interventions in our targeted hot spots in E District (E1A and E2A), C District (C1) and B District (B1) are having an equally dramatic effect on crime reduction as those carried out under GIVE I.

_Hotspot Policing:_ Gun Crime Data Baseline; Listing of Locations in Sectors E1A,  E2A, C1 and B1; Locations Where Targeted Patrols Occurred; Number of Officers Deployed; Number of Overtime Hours

COB052818

COB052817

Utilized; Any trends/patterns uncovered (e.g. specific time of day for crime); Number of Calls For Service in Targeted Sectors Compared To Rest of District; Number of Arrests; Change in Number of Shootings/Homicides and Percentage Change Compared to Area Outside micro-locales and City-wide; Number of Home Visits Conducted by Probation in Sectors E1A, E2A, C1 and B1; Number of Guns Confiscated;  Number of Probationers Supervised; Number of Probationers Supervised Known to be a Gang Member; Number of Probationers Successfully Discharged; Number of Probationers Violated and Number of Probationers Violated Who Belong To A Gang; Warrantless Search Team Activities including Weapons Confiscated; Number of Probationers Debriefed from Target Area; Number of Cases in Hotspots Prosecuted in Buffalo City Court/Superior Court.

*DA's Violent Crime Intervention Program:* Number of Hospital Visits for Shootings; Number of Victims and Witnesses Assisted; Number of Cases Where Information Was Utilized by Prosecution.

*Tactical Prosecution Unit:* Number of New GIVE Cases Prosecuted by DA's Office; Number of Convictions on GIVE Cases, by Plea, SCI Plea, and Trial; Disposition of all cases of  serious offenders arrested in Hot Spots or labeled as "Top Gun Offenders"; Number of GIVE Cases Investigated by DA Investigator.

*DA Crime Analyst:* Number of Intelligence Packets Tracked; Number of Requests for Assistance Handled; Number of Analysis/Intel Products Developed.

*BPD Gun Crime Analyst:*  Percentage of NIBIN hits showing a relationship to firearm evidence entered into NIBIN; Number of guns turned into Buffalo Police, Number of Packets Produced; GGUN/E TRACE information updates.

*Community Engagement/Procedural Justice:* Tracking community use of the Buffalo Police tip line and text-a-tip (number of tip line calls/texts received);  Use of BPD Facebook Page for Tips; Dates/Locations of Community Connection Gatherings; Number of Bikes Given Away/Brief Narrative Summary Report; The quantitative data from GIVE I clearly shows the effectiveness of our aligned partnership strategies in reducing gun-related violence, however, it is harder to provide a qualitative evaluation – although residents in the target areas have an improved quality of life as a result of crime reduction, their *perception* of this improvement is not necessarily immediate. Historical bias, along with the increased police presence, can make residents feel they are being targeted rather than protected. Our procedural justice strategies aim to address this disconnect.

3

COB052819

COB052817

QUALITATIVE DATA

_CPTED_: Public Works Report of Right Away Installation; NFTA Report Concerning Bus Stop Removal; Listing of physical location improvements.

## QUANTITATIVE AND QUALITATIVE DATA

_Peacemaker/SNUG:_ Number of BPD Requests for Assistance; Number of Mediation/Conflict Resolutions; Number of Emergency Responses to Shootings and Violent Assaults; Number of Times Deployed to Identified Hotspot Locations in E1A and E2A, C1 and B1 Sectors; Number of Contacts: At-Risk Youth/Gang Members. The _qualitative_ impact of the Peacemakers is reflected in the cessation of retaliatory shootings following a violent inter-gang conflict. Although this can be attributed to effective policing and the apprehension of key players, the significance of this community-based intervention must not be discounted. In recognition of this, bi-weekly meetings with the Peacemakers, SNUG and District Chiefs will be instigated to capitalize on these gains and facilitate cooperation between BPD and the community representatives. We hope that in making this part of our comprehensive GIVE plan, we will make greater strides in enhancing the perception of police legitimacy within the Hot Spot areas.

_CeaseFire/Call-In Notification Sessions:_ Dates/Locations of Sessions; Number of Attendees/Copy of Sign-in Sheet; Number of Attendees Who Asked For Assistance. We will be performing a comparative statistical analysis of people who re-offend after having attended our notification sessions in the GIVE II cycle, compared to recidivism rates of attendees under GIVE I.  We intend to implement a significant number of procedural changes in our call-in sessions following our training at the CEASEFIRE University and are seeking to determine if these changes produce a significant effect. Qualitative evaluations of the notification sessions will be undertaken by ECAC in the form of exit surveys, with an additional follow-up survey after six months.

_Academic Partnerships:_ Buffalo's GIVE Consortium will continue to discuss our strategies with our contracted GIVE evaluator and make any adjustments deemed necessary. Many invaluable insights into effectiveness of our aligned strategies emerge from the monthly partnership meeting. This round-table forum allows members to discuss specific cases and operations and often new avenues for cooperation are opened up as a result.  In addition, GIVE partners look forward to the results of Buffalo's GIVE II proposed University study which will perform social network analyses to identify the spatial, temporal, and social patterns of gang violence in Buffalo, and correlate this with the migration of hot spots. This quantitative and qualitative data will have a significant impact on future performance, highlighting the optimum use of resources and opening new avenues of pro-active policing.

COB052820

COB052817