# EXHIBIT 414



**Maureen A Oakley/BPD**
03/03/2016 04:59 PM

To   Daniel Derenda/BPD@BuffaloPoliceDept, Byron C
     Lockwood/BPD@BuffaloPoliceDept, Kimberly L
     Beaty/BPD@BuffaloPoliceDept, Dennis J

cc

bcc

Subject   Submission of GIVE III Assessment/Application Information

All: The GIVE III Grant Assessment Requirement Information for the next fiscal grant cycle was submitted today to DCJS and I am attaching pertinent information below. We will not know if we have been awarded funding until at least the end of this month or early April.

Thanks to all who have helped with this process and the overall GIVE mission!

📄 - GIVE III Assessment Narrative - FINAL.docx  📄 - GIVE III Budget Worksheet.xlsx  📄 - GIVE II ASSESSMENT - ECAC - Attachment 1.pdf  📄 - GIVE III FOCUS AREAS - Attachment 2.pdf  📄 - Language Card - Attachment 3.pdf  📄 - Social Media - Attachment 4.pdf  📄 - Probation Brochure - Attachment 5.pdf  📄 - John Jay - Attachment 6.pdf  📄 - Academic Partner - GIVE III - Attachment 7.docx  📄 - Open Buffalo Survey - Attachment 8.pdf  📄 - GIVE II Core Elements - Attachment  9.pdf

Respectfully,
Maureen (Moey) Oakley
Buffalo Police Department
74 Franklin Street, Room 120
Buffalo, New York  14202
716/851-4475 (Phone)
716/851-5907 (Fax)
***PLEASE NOTE NEW EMAIL ADDRESS: maoakley@bpdny.org

**MASIELLO**
**11**
**02-26-2021**

COB022392

**GUN INVOLVED VIOLENCE ELIMINATION "GIVE II" ASSESSMENT MOVING TO "GIVE III"**

The City of Buffalo is still ranked first in New York State for violent crime involving a firearm and shooting incidents, according to figures provided by DCJS. Nevertheless, since implementing GIVE strategies, firearm crime has decreased significantly City-wide: during the first two years of GIVE (2014/15) total firearm crime was well below the five year average (903 and 820 incidents compared to avg. 917.8), and City-wide shootings (injuries/victims/homicides) were also below the five year average in 2015 (See GIVE II Assessment, Attachment 1). However, we are still experiencing periodic flare-ups and we are focusing our efforts on 1) maintaining the current trend towards decelerated gun-violence, and 2) working to determine the trigger for these periods of unrest and find ways to prevent and/or contain them.

Our Hotspot policing has been particularly effective, with our E1 and E2 hotspots showing significant decreases in overall firearm crime, as well as in shootings. City-wide data for firearm crime 2014/2015 shows an overall decrease of 9.19%, however, in our E1 A and E2 A hotspots the decrease was even *greater* (9.43% and 26.92% respectively), which is a major achievement, when one considers that at the start of GIVE I these areas accounted for 10.49% and 31.21% of all firearm crime committed in the City. E

District continues to be a high crime area and BPD cannot afford to relax its targeted patrols in these troubled neighborhoods, but it is encouraging to see that the additional resources afforded under GIVE have had some significant impact on firearm crime. Our two new hotspots – C1 and B1 – both have seen an increase in firearm crime, comparing 2014 and 2015. C1's increase of 4.65% is minor, but it does bring to light a slight shift in crime patterns across the E2A/C1 border. The latest crime density maps also reflect this displacement beyond the



current boundaries of our C1 hotspot, so we would like to expand the footprint to incorporate this expansion. B1's figures are small, so the increase in firearm crime is partially due to the small data set, as well as a specific gang incident which provoked a spike in crime within the Towne Garden complex. This incident has been addressed and we expect figures to return to their previous baseline.

Our biggest success is the drop in shootings-with-injury in our hotspots. City-wide figures remained stable (a 0.49% decrease from 2014 to 2015), but E1 A dropped 40%, E2 A fell 21.5%, and C 1 fell by 21.5% over the same time period. Gun-related homicides in particular show a dramatic decrease: City-wide they fell by 20.5%, but our E district hotspots both show 50% decreases; C1 fell by 66.6% and B1 by 100% which is encouraging, but again, this data set is small. Taking only the data for GIVE II (71/15-12/31/15), we can see that the second half of 2015 had an up-tick in gun crime. City-wide shootings with injury rose by 10.17% over the previous year, a spike which was not matched in our E1 A hotspot where they fell by 41.67% and in E2 A which held steady. In both B1 and C1 there was just one additional incident over the previous year, but the small data set means figures rose by 33.33% and 11.11% respectively. We are only

1

COB022393

at the start of our GIVE interventions in C district and it is evident that more resources need to be brought to bear in this area, as the statistics show a clear trend towards increased gun violence. Our crime data map does show an increase of activity in D1 district, to the West of the City – specifically along the Grant Street corridor. The GIVE partners determined that this emerging hotspot should become a new focus for the 2016-17 grant cycle.

The District Attorney's Office has been very successful in prosecuting Superior Court gun cases in 2015.  For the 2015 calendar year, prosecutors have convicted 245 defendants with 24 being by trial.  473 Superior Court gun cases were opened in 2015.  78% of sentences were for state prison.  Continued success relies upon the cooperation between law enforcement, ECAC and the investigators and prosecutors at the DA's Office.

The Violent Crime Intervention Project (VCIP) at the DA's Office has also been successful at getting information from shooting victims who are transported to Erie County Medical Center (ECMC) for medical attention. VCIP staff assisted 212 shooting victims at ECMC and information is provided to ECAC for inclusion in the shooting packets prepared by them.

_Hot Spots:_ Based on the data provided by ECAC and the funded GIVE Crime Analysts  (See GIVE III Focus Areas, Attachment 2) the GIVE consortium proposes to maintain its current presence in the **E1A/E2A hotspots**, since these continue to be high-crime areas, despite the inroads made over the past two years. Although specific pockets have been addressed, such as Shirley Avenue, and the Trade Fair Plaza, and key gang members have been arrested or evicted from these areas, Executive Command reports that despite having disrupted operations, a second generation of younger gang members is emerging, and BPD needs to turn our attention to these. To address this demographic shift in gang membership we will be aligning with community out-reach workers and community centers, as well as looking into incorporating other City programs such as "Code of Conduct" and "Anti-Crime", to help us target this group and prevent this nascent problem from escalating.  Our strategy of using evictions to remove established key players from high-crime streets has proved highly effective, and there has been no evidence of displacement – data suggests that simply removing a gang member from their familiar environment is sufficient to curtail operations, and break established networks. We nevertheless need to maintain a presence in the area to ensure that it remains safe for the remaining residents, and keep the activities of the new gang members in check.

Crime density maps show increased activity towards the northern border of the **C1 hotspot**, and the E2 / C1 border (to the South) continues to be another area of high crime activity. For this reason, Executive Commanders are recommending that the footprint in C District be expanded to incorporate this overspill. We propose to continue our targeted hotspot patrols, running them year round (and not just in the better weather months as we had initially planned under GIVE II - we found this not to be an effective operational strategy in C1).

Our work in the **B1 hotspot**, the Towne Gardens housing complex, under GIVE II laid the foundation for our next phase of operations. The patrols implemented a strategy of "High Visibility" with the aim of

2

COB022394

'taking back' the complex from the BFL gang that was terrorizing residents. Working with residents and the management board, several successful CPTED strategies were put in place, such as introducing the monitoring of visitors to the complex, limiting visitor parking, building walls to re-direct foot traffic and helping local businesses prevent gang members from using their premises to trade drugs.  The targeted hotspot patrols allowed BPD to form a comprehensive picture of the gang structure, and how members utilized the labyrinthine topology of the complex and adjoining plaza to trade drugs, stash guns, and evade arrest. This highly-organized gang does not interact with, or sell to, people outside their own social network, so going forward BPD intends to use GIVE resources to run a series of under-cover operations and raids to target the key players and their 'safe houses' where we believe they are hiding guns. The strategy of eviction/displacement that has proved so effective in E District was deemed impractical in this hotspot because a) many of the gang members live outside the housing complex and just come into the area to deal drugs, and b) the complex social network of this gang means that an evicted member would simply move in with a relative/girlfriend who is housed in the same complex.

Moving forward, resources previously allocated to B1 hotspot patrols under GIVE II will be diverted to a new hotspot in D District referred to as D1 which will address emerging gun crime along the Grant Street Corridor in the West Side neighborhood. Again, there are several violent gangs in this area and a significant drug problem which is driving the spike in crime. This is a highly diverse area with a large immigrant population, dilapidated housing stock, and high poverty levels. Around 10% of the inhabitants either do not speak English or have difficulty speaking English, 19.3% of the residents were born outside the US, and 38.6% of the residents have lower than a high-school education, which presents a set of additional challenges in addressing the problems emerging in this area. In addition to setting up targeted patrol details, we are going to implement Procedural Justice goals by using GIVE funds to print language cards (Language Card,Attachment 3) and referral information in key languages to ensure the diverse population knows where to turn to for support and resources, and District Community Police Officers will be working with various refugee support agencies to let this community know they activities we are undertaking in their neighborhoods to eradicate gun crime.

Outside our principle hotspot focus areas, Executive Command has identified three isolated "Hot Pockets" which also merit attention moving forward - E3 Central Park, ECB Border Winslow, C/E Border Ernst/Wyoming – (See Map-Attachment 2). These micro hotspots will be kept under observation for potential raids by Intel, operating in consort with Patrol and Strikeforce.

ECAC will continue to provide invaluable data and analysis to facilitate GIVE strategies. They will maintain our "Top Gun Offenders" (TGO) list, track recidivism among Notification Session Attendees, and provide the weekly Social Media Report (Attachment 4) all of which are distributed to members of the GIVE consortium. The Social Media Report has been particularly effective, enabling partners to respond to emerging disputes, or address potentially disruptive events such as 'party buses', before they trigger violent conflicts.

COB022395

Both BPD and Probation have used data from this resource, along with ECAC's gang charts and active dispute bulletins, to initiate Individual Custom Notification Sessions with at-risk individuals, either joining forces with consortium partners and aligning with local outreach workers (SNUG/Peacemakers) in these visits, or handling them in-house as appropriate. To date, there have been a total of fourteen coordinated visits in the E1, E2, and C1 hotspots during GIVE II. The Peacemakers were included in three of these visits – all cases where the consortium was seeking to quell retaliatory activity. A brochure has been drafted to leave with families explaining GIVE and providing contact information for community based agencies that are willing to work with them to help stop the violence (Attachment 5). Early results have been promising, leading us to propose expanding this strategy in GIVE III. The flexibility of being able to respond to incidents as they occur is invaluable. We will request the assistance of ECAC in tracking these sessions to determine if these spontaneous interventions with High-Risk individuals is effective. The intention is to curb retaliatory violence and inter-gang disputes at an early stage before they escalate.

Probation carried out an additional seventeen visits as a follow up to gathered intelligence. Probationers are selected on the basis of known gang involvement, weapons convictions, re-arrest or involvement /connection to a recent incident where retaliation is likely, and other pertinent data provided by ECAC. Data is collected on who was visited, where the visit occurred, who participated, why the probationer was selected, comments from the visit, and arrests after the visit. These Individual Custom Notifications foster a sense of Procedural Justice by sending the probationer and their family or those living in the home clear consistent messages. The brochure left with the family at the conclusion of the visit reiterates the GIVE message and provides information for community services.

One of the key areas of focus for the consortium partners moving into GIVE III is tightening and strengthening cooperation and engagement. In hindsight, there are areas where individual agencies are implementing GIVE strategies that would be more effective if approached jointly. To this end we are looking at ways of integrating resources and optimizing performance. BPD intends to invite Probation to attend some of their Operations meetings, which are the forum where Executive Commanders review real-time data and generate immediate response strategies. BPD is also seeking to more fully involve the different branches of their agency (Community Police Officers, School Resource Officers, Intel Detectives) in the various GIVE operations. The Intelligence Unit will also go to the roll call in each of the Police Districts to meet with the Detectives and Patrol Officers detailed to the hotspots, to gather additional intelligence and, in turn, keep the district appraised of any pending raids. This integrated approach will extend to the proposed raids and undercover operations planned for Towne Gardens, and if this pilot scheme proves successful, the format will be repeated with a series of operations in all hotspots. BPD also intends to include the CPOs in their strategy, utilizing their familiarity with the community and available neighborhood resource providers.

Additional resources provided by the John Jay College assessment (Attachment 6) has helped pinpoint the current beefs and alliances between 51 criminal street groups, comprised of 1636 to 1797 individual group members; we will incorporate this technical assistance in both our Individual Custom Notification sessions, as well as the larger, group sessions, going forward. Our Academic Partnership with

4

COB022396

UB is on-track to produce a spatio-temporal study of Buffalo's gang network. In GIVE III we are requesting UB researchers to analyze whether social media posts trigger gun violence (Attachment 7).

Both the Homicide Unit and the Intelligence Unit will continue to respond to homicide call-outs in tandem. In 2015, BPD had a clearance rate of 40% for gun-related homicides. In many cases, the lack of witness cooperation prevents successful prosecution, to which end the DA's Tactical Prosecution Unit (TPU) intends to make more use of the Grand Jury to subpoena witnesses and compel testimony. The TPU has implemented a new strategy of assigning a TPU prosecutor to specific Buffalo gangs. These prosecutors will be available to the BPD Homicide and Intel Units as well as other detectives to assist with anything that is needed when confronting members of a gang to which they are assigned including procuring search warrants. They will be familiar with the active and past members of the gangs and will follow which gangs are allied or feuding with each other. BPD Homicide Unit and the TPU are currently taking a slightly different approach, investigating the victims of shooting incidents for potential firearm crimes, as data shows many victims are also shooters. There will be a dedicated ADA on-call to ensure all gun-related cases are handled by the TPU and appropriately prosecuted.

As part of our procedural justice strategy, the consortium is waiting to see the results of the Open Buffalo survey (Attachment 8) of public perception of policing in the City, to determine where our attention and resources need to be directed. BPD also intends to pursue in-house training on civil rights, use of force and institutional racism, to ensure all officers are sensitive to the rights and needs of the citizens they serve. The Acting District Attorney has made community outreach a focus of his administration and consequently he and his staff will be expanding its procedural justice efforts in GIVE III to include attending Community Association meetings, block club meetings and other community meetings in an effort to make the office more accessible. Increased knowledge of the office and its mission will help dispel animosity and encourage cooperation with the DA's office.

Our partners at the Sheriff's office will continue to assist with the pickup and recovery of registered handguns from the families of deceased permit holders, and those permit holders whose license to carry or possess a firearm(s) has been suspended or revoked by the Erie County Pistol Permit Office. They will also assist in the consortium's new focus on discovering the origin of recovered guns which have been used to commit crimes but have not been reported stolen – so-called "straw purchases". This collaboration will include ECAC, Buffalo's Gun Crime Analyst, BPD Intel, ECSO and ATF, who will track e-Trace gun recoveries to ensure that all stolen gun reports are legitimate and the victim of the gun theft did not actually sell the gun on the black market to someone unable to legally obtain a gun permit.

CPS will continue to log and test submitted firearms to determine their operability status, enter recovered cartridge cases into NIBIN and perform comparisons of recovered bullets and cartridge cases from firearms related criminal investigations.  To date, CPS has reported a total of 17 bullet/cartridge case comparison investigations. Moving forward, the Laboratory's new request form will now enable the DA's Office to specify that recovered fired components be screened for similar class characteristics before full comparison is undertaken, eliminating unnecessary analyses and improving efficiency.

5

COB022397

**GIVE INITIATIVE 2016-17**
**Proposed Budget Worksheet**

**Instructions**

| County: | ERIE COUNTY | | 1 | Please type the name of your **County**. |
|---|---|---|---|---|

| POLICE DEPARTMENT BUDGET | | | | |
|---|---|---|---|---|
| PERSONNEL | Requested Budget | | | |

**Job Title / Position**

| | | | |
|---|---|---|---|
| Gun Crime Analyst | $63,379 | | 2 | Please list each individual position and salary that the eligible **Police Department** is requesting funding for. The position should be listed in Column C and the salary should be entered in Column D labeled "Budget". DO NOT include Fringe Benefits or Overtime in this category. Please do not list positions with the same titles together as a single item (ie "2 Field Intelligence Officers"). List each individual position separately. Please note that requests for newly funded positions must also include a job description as a seperate attachment. |
| (See Attached Revised Job Description - Expanded Duties) | | | |
| | | | |
| Job Title/Position Total | $63,379 | | |

**Fringe Benefits for Positions**

| | | | |
|---|---|---|---|
| Gun Crime Analyst | $16,639 | | 3 | Please list the fringe benefits for each position that the eligible **Police Department** is requesting funding for. The positions will automatically appear in Column D after they are entered above. The fringe amount should be entered in Column D labeled "Budget". **Please Note** - Fringe benefits may not exceed 40% of the requested salary or the funding amount that was awarded in GIVE II, whichever is less. If you are not requesting fringe benefits for a position, please enter "0" in Column D for that position. |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| | 0 | | |
| Fringe Benefits Total | $16,639 | | |

**Overtime to Support Initiatives/Strategies**

| | | | |
|---|---|---|---|
| Detectives Call-In Investigate/Debrief- All City Shootings:Homicide, Intel, Ancillary | $65,000 | | 4 | Please list all Overtime that the eligible **Police Department** is requesting funding for. The description should clearly reflect the initiative the funding will be used for and, when possible, initiatives should be listed individually. The funding requests should be entered in Column C and the requested amount should be entered in Column D. |
| Hotspot Details (including gun-trace: C1A, D1, E1A, E2A) | $328,000 | | |
| Intel: Raids/Warrants/Hot Pockets/Undercover: B, C, D, E | $25,000 | | |
| CPOs/School Resource Officers - Individual/ Custom Notification | $10,000 | | |
| | | | |
| See Budget Modification Justification | | | |
| | | | |
| Overtime Total | $428,000 | | |
| **TOTAL PERSONNEL** | **$508,018** | | |

| EQUIPMENT / SOFTWARE | | | 5 | Please list all Equipment or Software that the eligible **Police Department** is requesting funding for. The description should clearly reflect the item requested and, when possible, items should be listed individually. The funding requests should be entered in Column C and the requested amount should be entered in Column D. **Please Note** General office equipment is not acceptable request for funding. |
|---|---|---|---|---|
| | | | |
| | | | |
| **TOTAL EQUIPMENT** | **$0** | | |

| OTHER EXPENSES / SUPPLIES | | | 6 | Please list all Other Expenses & Supplies that the eligible **Police Department** is requesting funding for. The description should clearly identify the item requested and, when possible, items should be listed individually. The funding requests should be entered in Column C and the requested amount should be entered in Column D. **Please Note** General office supplies are not acceptable requests for funding. |
|---|---|---|---|---|
| Procedural Justice/Diversity Training | $5,000 | | |
| Printing Costs: Referral Brochures/Community Connection,  Language Cards | $523 | | |
| See Budget Modification Justification | | | |
| **TOTAL SUPPLIES** | **$5,523** | | |

| CONSULTANT SERVICES | | | 7 | Please list all Consultant Services that the eligible **Police Department** is requesting funding for. The description should clearly reflect the purpose for the funding and, when possible, items should be listed individually. The funding requests should be entered in Column C and the requested amount should be entered in Column D. |
|---|---|---|---|---|
| Academic University Partnership (Buffalo) | $60,000 | | |
| See Budget Modification Justification | | | |
| **TOTAL CONSULTANT SERVICES** | **$60,000** | | |

| TRAVEL & TRAINING | | | 8 | Please list all requests for Travel & Training for the eligible **Police Department**. Funding to support travel costs to attend meetings, trainings, and conferences sponsored by DCJS are acceptable requests. GIVE funded personnel are required to make every effort to attend appropriate DCJS sponsored events. |
|---|---|---|---|---|
| Personnel To Attend DCJS Technical Assistance Training, Meeting, and Required Presentations | $3,200 | | |
| **TOTAL TRAVEL & TRAINING** | **$3,200** | | |

| **POLICE DEPARTMENT TOTAL** | **$576,741** | |
|---|---|---|

11/3/2020
COB022398

### DISTRICT ATTORNEY'S OFFICE BUDGET

| PERSONNEL | Requested Budget |
|---|---|
| **Job Title / Position** | |
| Assistant District Attorney - TPU (1) | $86,060 |
| Assistant District Attorney - TPU (2) | $92,804 |
| Assistant District Attorney - TPU (3) | $104,240 |
| Assistant District Attorney - TPU (4) | $92,804 |
| Assistant Crime Analyst | $63,026 |
| Confidential Criminal Investigator | $47,051 |
| | |
| | |
| | |
| | |
| Job Title/Position Total | $485,985 |
| **Fringe Benefits for Positions** | |
| Assistant District Attorney - TPU (1) | $34,424 |
| Assistant District Attorney - TPU (2) | $37,121 |
| Assistant District Attorney - TPU (3) | $38,941 |
| Assistant District Attorney - TPU (4) | $37,121 |
| Assistant Crime Analyst | $25,210 |
| Confidential Criminal Investigator | $10,125 |
| | 0 |
| | 0 |
| | 0 |
| | 0 |
| Fringe Benefits Total | $182,942 |
| **Overtime to Support Initiatives/Strategies** | |
| OT - Violent Crime Intervention Project | $9,000 |
| OT - Assistant Crime Analyst | $1,500 |
| | |
| | |
| | |
| | |
| Overtime Total | $10,500 |
| **TOTAL PERSONNEL** | **$679,427** |

9 Please list each individual position and salary that the District Attorney's office is requesting funding for. The position should be listed in Column C and the salary should be entered in Column D labeled "Budget". DO NOT include Fringe Benefits or Overtime in this category. Please do not list positions with the same titles together as a single item (ie "2 Assistant District Attorneys"). List each individual position separately. Please note that requests for newly funded positions must also include a job description as a seperate attachment.

10 Please list the fringe benefits for each position that the District Attorney's office is requesting funding for. The positions will automatically appear in Column C after they are entered above. The fringe amount should be entered in Column D labeled "Budget". **Please Note** - Fringe benefits may not exceed 40% of the requested salary or the funding amount that was awarded in GIVE II, whichever is less. If you are not requesting fringe benefits for a position, please enter "0" in Column D for that position.

11 Please list all Overtime that the **District Attorney's office** is requesting funding for. The description should clearly reflect the initiative the funding will be used for and, when possible, initiatives should be listed individually. The funding requests should be entered in Column C and the requested amount should be entered in Column D.

| EQUIPMENT / SOFTWARE | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **TOTAL EQUIPMENT** | **$0** |

12 Please list all Equipment or Software that the **District Attorney's office** is requesting funding for. The description should clearly reflect the item requested and, when possible, items should be listed individually. The funding requests should be entered in Column C and the requested amount should be entered in Column D. **Please Note** General office equipment is not acceptable request for funding.

| OTHER EXPENSES / SUPPLIES | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **TOTAL SUPPLIES** | **$0** |

13 Please list all Other Expenses & Supplies that the **District Attorney's office** is requesting funding for. The description should clearly identify the item requested and, when possible, items should be listed individually. The funding requests should be entered in Column C and the requested amount should be entered in Column D. **Please Note** General office supplies are not acceptable requests for funding.

| CONSULTANT SERVICES | |
|---|---|
| Central Police Services: Firearms Examiner   Salary $44,925 Fringe $7,001 | $51,926 |
| Central Police Services: Jr. Programmer      Salary $56,031 Fringe $8,685 | $64,716 |
| **TOTAL CONSULTANT SERVICES** | **$116,642** |

14 Please list all Consultant Services that the **District Attorney's office** is requesting funding for. The description should clearly reflect the purpose for the funding and, when possible, items should be listed individually. The funding requests should be entered in Column C and the requested amount should be entered in Column D.

| TRAVEL & TRAINING | |
|---|---|
| Travel to Albany/DCJS Sponsored meetings | $1,512 |
| | |
| | |
| | |
| **TOTAL TRAVEL & TRAINING** | **$1,512** |
| **DISTRICT ATTORNEY'S OFFICE TOTAL** | **$797,581** |

15 Please list all requests for Travel & Training for the **District Attorney's office.** Funding to support travel costs to attend meetings, trainings, and conferences sponsored by DCJS are acceptable requests. GIVE funded personnel are required to make every effort to attend appropriate DCJS sponsored events.

11/3/2020

COB022399

## SHERIFF'S OFFICE BUDGET

| PERSONNEL | Requested Budget |
|---|---|
| **Job Title / Position** | |
| Deputy Sheriff Criminal | $63,623 |
| Deputy Sheriff Criminal | $68,530 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Job Title/Position Total | $132,153 |
| **Fringe Benefits for Positions** | |
| Deputy Sheriff Criminal | $18,370 |
| Deputy Sheriff Criminal | $19,786 |
| 0 | |
| 0 | |
| 0 | |
| 0 | |
| 0 | |
| 0 | |
| 0 | |
| 0 | |
| Frine Benefits Total | $38,156 |
| **Overtime to Support Initiatives/Strategies** | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Overtime Total | $0 |
| **TOTAL PERSONNEL** | **$170,309** |

| EQUIPMENT / SOFTWARE | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **TOTAL EQUIPMENT** | **$0** |

| OTHER EXPENSES / SUPPLIES | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **TOTAL SUPPLIES** | **$0** |

| CONSULTANT SERVICES | |
|---|---|
| | |
| | |
| | |
| **TOTAL CONSULTANT SERVICES** | **$0** |

| TRAVEL & TRAINING | |
|---|---|
| Travel to Albany/DCJS Sponsored meetings | $500 |
| | |
| | |
| **TOTAL TRAVEL & TRAINING** | **$500** |

| **SHERIFF'S OFFICE TOTAL** | **$170,809** |

16  Please list each individual position and salary that the Sheriff's Office is requesting funding for. The position should be listed in Column C and the salary should be entered in Column D labeled "Budget". DO NOT include Fringe Benefits or Overtime in this category.  Please do not list positions with the same titles together as a single item (ie "2 Field Intelligence Officers"). List each individual position separately. Please note that requests for newly funded positions must also include a job description as a seperate attachment.

17  Please list the fringe benefits for each position that the Sheriff's Office is requesting funding for. The positions will automatically appear in  Column C after they are entered above. The fringe amount should be entered in Column D labeled "Budget". **Please Note** - Fringe benefits may not exceed 40% of the requested salary or the funding amount that was awarded in GIVE II, whichever is less. If you are not requesting fringe benefits for a position, please enter "0" in Column D for that position.

18  Please list all Overtime that the **Sheriff's Office** is requesting funding for. The description should clearly reflect the initiative the funding will be used for and, when possible, initiatives should be listed individually.  The funding requests should be entered in Column C and the requested amount should be entered in Column D.

19  Please list all Equipment or Software that the **Sheriff's Office** is requesting funding for. The description should clearly reflect the item requested and, when possible, items should be listed individually.  The funding requests should be entered in Column C and the requested amount should be entered in Column D. **Please Note** General office equipment is not acceptable request for funding.

20  Please list all Other Expenses & Supplies that the **Sheriff's Office** is requesting funding for. The description should clearly identify the item requested and, when possible, items should be listed individually. The funding requests should be entered in Column C and the requested amount should be entered in Column D. **Please Note** General office supplies are not acceptable requests for funding.

21  Please list all Consultant Services that the **Sheriff's Office** is requesting funding for. The description should clearly reflect the purpose for the funding and, when possible, items should be listed individually. The funding requests should be entered in Column C and the requested amount should be entered in Column D.

22  Please list all requests for Travel & Training for the **Sheriff's Office**. Funding to support travel costs to attend meetings, trainings, and conferences sponsored by DCJS are acceptable requests. GIVE funded personnel are required to make every effort to attend appropriate DCJS sponsored events.

## COUNTY PROBATION BUDGET

| PERSONNEL | Requested Budget |
|---|---|
| **Job Title / Position** | |
| Probation Officer 1 | $64,392 |
| Probation Officer 2 | $65,785 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Job Title/Position Total | **$130,177** |

23  Please list each individual position and salary that County Probation is requesting funding for. The position should be listed in Column C and the salary should be entered in Column D labeled "Budget". DO NOT include Fringe Benefits or Overtime in this category.  Please do not list positions with the same titles together as a single item (ie "2 Field Intelligence Officers"). List each individual position separately.  Please note that requests for newly funded positions must also include a job description as a seperate attachment.

| Fringe Benefits for Positions | |
|---|---|
| Probation Officer 1 | $24,152 |
| Probation Officer 2 | $24,152 |
| 0 | |
| 0 | |
| 0 | |
| 0 | |
| 0 | |
| 0 | |
| 0 | |
| 0 | |
| Fringe Benefits Total | **$48,304** |

24  Please list the fringe benefits for each position that County Probation is requesting funding for. The positions will automatically appear in  Column C after they are entered above. The fringe amount should be entered in Column D labeled "Budget". **Please Note** - Fringe benefits may not exceed 40% of the requested salary or the funding amount that was awarded in GIVE II, whichever is less. If you are not requesting fringe benefits for a position, please enter "0" in Column D for that position.

| Overtime to Support Initiatives/Strategies | |
|---|---|
| Focused Deterrence Cease Fire Meetings | $561 |
| Custom Notification Home Calls/Procedural Justice Outreach | $15,000 |
| Sweeps with Strike Force/BPD Details in GIVE Hot Spots | $5,000 |
| Summer Hot Spot Sweeps | $3,366 |
| Community /Patrol Presence at High risk Events | $2,000 |
| | |
| | |
| | |
| Overtime Total | **$25,927** |
| **TOTAL PERSONNEL** | **$204,408** |

25  Please list all Overtime that **County Probation** is requesting funding for. The description should clearly reflect the initiative the funding will be used for and, when possible, initiatives should be listed individually.  The funding requests should be entered in Column C and the requested amount should be entered in Column D.

| EQUIPMENT / SOFTWARE | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **TOTAL EQUIPMENT** | **$0** |

26  Please list all Equipment or Software that **County Probation** is requesting funding for. The description should clearly reflect the item requested and, when possible, items should be listed individually.  The funding requests should be entered in Column C and the requested amount should be entered in Column D. **Please Note** General office equipment is not acceptable request for funding.

| OTHER EXPENSES / SUPPLIES | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **TOTAL SUPPLIES** | **$0** |

27  Please list all Other Expenses & Supplies that **County Probation** is requesting funding for. The description should clearly identify the item requested and, when possible, items should be listed individually. The funding requests should be entered in Column C and the requested amount should be entered in Column D. **Please Note** General office supplies are not acceptable requests for funding.

| CONSULTANT SERVICES | |
|---|---|
| | |
| | |
| | |
| | |
| **TOTAL CONSULTANT SERVICES** | **$0** |

28  Please list all Consultant Services that **County Probation** is requesting funding for. The description should clearly reflect the purpose for the funding and, when possible, items should be listed individually. The funding requests should be entered in Column C and the requested amount should be entered in Column D.

| TRAVEL & TRAINING | |
|---|---|
| Travel to Albany/DCJS Sponsored meetings | $1,195 |
| | |
| | |
| | |
| **TOTAL TRAVEL & TRAINING** | **$1,195** |
| **COUNTY PROBATION TOTAL** | **$205,603** |

29  Please list all requests for Travel & Training for **County Probation**. Funding to support travel costs to attend meetings, trainings, and conferences sponsored by DCJS are acceptable requests. GIVE funded personnel are required to make every effort to attend appropriate DCJS sponsored events.

## COUNTY GRAND TOTAL -  $1,750,734

**\*\*\* If your County has a second police agency that is eligible for funding, please use the "Additional Agencies" tab (located on the bottom toolbar) to enter the budget for those agencies. \*\*\***

# GIVE II Assessment

**Created by:** Kevin Schellinger    **Contact:** 716-851-4452, kjschellinger@bpdny.org    **Date:** 2/22/16



*City Wide: 2015 Compared to Three Year Average*



City of Buffalo <u>Shootings with Injury</u> by Crime Period: 2012 - 2015, and 3 Year Average

| Through CP13 | | |
|---|---|---|
| **3YA Sum** | **2015 Sum** | **% Change** |
| 195 | 206 | 5.64% |



City of Buffalo <u>Shooting Victims</u> by Crime Period: 2012 - 2015, and 3 Year Average

| Through CP13 | | |
|---|---|---|
| **3YA Sum** | **2015 Sum** | **% Change** |
| 236 | 242 | 2.54% |

0011

COB022402

*LAW ENFORCEMENT USE ONLY*



# GIVE II Assessment

*City Wide: 2015 Compared to Three Year Average (Continued)*



City of Buffalo <u>Firearm Crime</u> by Crime Period: 2012 - 2015, and 3 Year Average

| Through CP13 | | |
|---|---|---|
| 3YA Sum | 2015 Sum | % Change |
| 932 | 804 | -13.76% |



City of Buffalo <u>Gun Arrests (Crystal)</u> by Crime Period: 2012 - 2015, and 3 Year Average

| Through CP13 | | |
|---|---|---|
| 3YA Sum | 2015 Sum | % Change |
| 449 | 473 | 5.35% |

*LAW ENFORCEMENT USE ONLY*

# GIVE II Assessment



***City Wide: GIVE Data Comparison 2014 - 2015***

| Firearm Crime | 2014 | 2015 | % Change |
|---|---|---|---|
| **1/1 - 6/30** | 423 | 334 | -21.04% |
| Rape | 0 | 1 | + |
| Robbery | 237 | 170 | -28.27% |
| Assault | 186 | 163 | -12.37% |
| **7/1 - 12/31** | 480 | 486 | 1.25% |
| Rape | 5 | 2 | -60.00% |
| Robbery | 255 | 239 | -6.27% |
| Assault | 220 | 245 | 11.36% |
| **Year Total** | 903 | 820 | -9.19% |

| Shootings | 2014 | 2015 | % Change |
|---|---|---|---|
| **1/1 - 6/30** | | | |
| Shooting with Injury | 87 | 74 | -14.94% |
| Shooting Victims | 110 | 91 | -17.27% |
| Shooting Homicides | 14 | 7 | -50.00% |
| **7/1 - 12/31** | | | |
| Shooting with Injury | 118 | 130 | 10.17% |
| Shooting Victims | 147 | 151 | 2.72% |
| Shooting Incs with Homicide | 30 | 28 | -6.67% |
| **Shooting with Injury Total** | 205 | 204 | -0.49% |

| Gun Arrests | 2014 | 2015 | % Change |
|---|---|---|---|
| **1/1 - 6/30** | 328 | 322 | -1.83% |
| **7/1 - 12/31** | 315 | 380 | 20.63% |

COB022404

*LAW ENFORCEMENT USE ONLY*

# GIVE II Assessment



**GIVE Area E1-A:  GIVE Data Comparison 2014 - 2015**

| Firearm Crime | 2014 | 2015 | % Change |
|---|---|---|---|
| **1/1 - 6/30** | 49 | 39 | -20.41% |
| Rape | 0 | 0 | N/A |
| Robbery | 22 | 22 | 0.00% |
| Assault | 27 | 17 | -37.04% |
| **7/1 - 12/31** | 57 | 57 | 0.00% |
| Rape | 1 | 0 | -100.00% |
| Robbery | 32 | 27 | -15.63% |
| Assault | 24 | 30 | 25.00% |
| **Year Total** | 106 | 96 | -9.43% |

| Shootings | 2014 | 2015 | % Change |
|---|---|---|---|
| **1/1 - 6/30** | | | |
| Shooting with Injury | 13 | 8 | -38.46% |
| Shooting Victims | 16 | 11 | -31.25% |
| Shooting Homicides | 1 | 1 | 0.00% |
| **7/1 - 12/31** | | | |
| Shooting with Injury | 12 | 7 | -41.67% |
| Shooting Victims | 18 | 8 | -55.56% |
| Shooting Incs with Homicide | 3 | 1 | -66.67% |
| **Shooting with Injury Total** | 25 | 15 | -40.00% |

| Gun Arrests | 2014 | 2015 | % Change |
|---|---|---|---|
| **1/1 - 6/30** | 52 | 47 | -9.62% |
| **7/1 - 12/31** | 33 | 36 | 9.09% |

COB022405

*LAW ENFORCEMENT USE ONLY*

# GIVE II Assessment



**GIVE Area E2-A:  GIVE Data Comparison 2014 - 2015**

| Firearm Crime | 2014 | 2015 | % Change |
|---|---|---|---|
| **1/1 - 6/30** | 24 | 14 | -41.67% |
| Rape | 0 | 0 | N/A |
| Robbery | 13 | 6 | -53.85% |
| Assault | 11 | 8 | -27.27% |
| **7/1 - 12/31** | 28 | 24 | -14.29% |
| Rape | 0 | 0 | N/A |
| Robbery | 10 | 8 | -20.00% |
| Assault | 18 | 16 | -11.11% |
| **Year Total** | 52 | 38 | -26.92% |

| Shootings | 2014 | 2015 | % Change |
|---|---|---|---|
| **1/1 - 6/30** | | | |
| Shooting with Injury | 6 | 4 | -33.33% |
| Shooting Victims | 8 | 4 | -50.00% |
| Shooting Homicides | 0 | 0 | N/A |
| **7/1 - 12/31** | | | |
| Shooting with Injury | 10 | 10 | 0.00% |
| Shooting Victims | 15 | 12 | -20.00% |
| Shooting Incs with Homicide | 2 | 1 | -50.00% |
| **Shooting with Injury Total** | 16 | 14 | -12.50% |

| Gun Arrests | 2014 | 2015 | % Change |
|---|---|---|---|
| **1/1 - 6/30** | 21 | 16 | -23.81% |
| **7/1 - 12/31** | 20 | 19 | -5.00% |

COB022406

*LAW ENFORCEMENT USE ONLY*

# GIVE II Assessment



*GIVE Area C1  GIVE Data Comparison 2014 - 2015*

| Firearm Crime | 2014 | 2015 | % Change |
|---|---|---|---|
| **1/1 - 6/30** | 16 | 21 | 31.25% |
| Rape | 0 | 0 | N/A |
| Robbery | 8 | 10 | 25.00% |
| Assault | 8 | 11 | 37.50% |
| **7/1 - 12/31** | 27 | 24 | -11.11% |
| Rape | 0 | 0 | N/A |
| Robbery | 13 | 8 | -38.46% |
| Assault | 14 | 16 | 14.29% |
| **Year total** | 43 | 45 | 4.65% |

| Shootings | 2014 | 2015 | % Change |
|---|---|---|---|
| **1/1 - 6/30** | | | |
| Shooting with Injury | 7 | 4 | -42.86% |
| Shooting Victims | 8 | 5 | -37.50% |
| Shooting Homicides | 1 | 0 | -100.00% |
| **7/1 - 12/31** | | | |
| Shooting with Injury | 9 | 10 | 11.11% |
| Shooting Victims | 11 | 12 | 9.09% |
| Shooting Incs with Homicide | 2 | 1 | -50.00% |
| **Shooting with Injury Total** | 16 | 14 | -12.50% |

| Gun Arrests | 2014 | 2015 | % Change |
|---|---|---|---|
| **1/1 - 6/30** | 24 | 19 | -20.83% |
| **7/1 - 12/31** | 21 | 23 | 9.52% |

COB022407

*LAW ENFORCEMENT USE ONLY*

# GIVE II Assessment



**GIVE Area B1  GIVE Data Comparison 2014 - 2015**

| Firearm Crime | 2014 | 2015 | % Change |
|---|---|---|---|
| **1/1 - 6/30** | 2 | 6 | 200.00% |
| Rape | 0 | 0 | N/A |
| Robbery | 1 | 3 | 200.00% |
| Assault | 1 | 3 | 200.00% |
| **7/1 - 12/31** | 5 | 10 | 100.00% |
| Rape | 0 | 0 | N/A |
| Robbery | 2 | 5 | 150.00% |
| Assault | 3 | 5 | 66.67% |
| **Year Total** | 7 | 16 | 128.57% |

| Shootings | 2014 | 2015 | % Change |
|---|---|---|---|
| **1/1 - 6/30** | | | |
| Shooting with Injury | 0 | 3 | + |
| Shooting Victims | 0 | 3 | + |
| Shooting Homicides | 0 | 0 | + |
| **7/1 - 12/31** | | | |
| Shooting with Injury | 3 | 4 | 33.33% |
| Shooting Victims | 3 | 5 | 66.67% |
| Shooting Incs with Homicide | 1 | 0 | -100.00% |
| **Shooting with Injury Total** | 3 | 7 | 133.33% |

| Gun Arrests | 2014 | 2015 | % Change |
|---|---|---|---|
| **1/1 - 6/30** | 3 | 1 | -66.67% |
| **7/1 - 12/31** | 3 | 0 | -100.00% |

COB022408

*LAW ENFORCEMENT USE ONLY*

# GIVE II Assessment



## *Citywide Shooting Five Year Averages*

| Crime | 2011 | 2012 | 2013 | 2014 | 2015 | 5 Year Average | 2016 YTD |
|---|---|---|---|---|---|---|---|
| Shooting with Injury | 228 | 218 | 174 | 205 | 204 | 205.8 | 33 |
| Shooting Victims | 255 | 268 | 203 | 257 | 242 | 245 | 34 |
| Shooting Homicides | 29 | 43 | 35 | 49 | 34 | 38 | 4 |





COB022409

*LAW ENFORCEMENT USE ONLY*

# GIVE II Assessment



## Citywide Firearm Crime Five Year Averages

| Firearm Crime | 2011 | 2012 | 2013 | 2014 | 2015 | 5 Year Average | 2016 YTD |
|---|---|---|---|---|---|---|---|
| Rape | 4 | 5 | 9 | 5 | 3 | 5.2 | 0 |
| Robbery | 581 | 578 | 481 | 492 | 409 | 508.2 | 53 |
| Assault | 387 | 428 | 393 | 406 | 408 | 404.4 | 40 |
| Total | 972 | 1011 | 883 | 903 | 820 | 917.8 | 93 |





*LAW ENFORCEMENT USE ONLY*

COB022410

0019



# CITY OF BUFFALO
## DEPARTMENT OF POLICE



BYRON W. BROWN
MAYOR

DANIEL DERENDA
COMMISSIONER

## Pacific Islands

120 **Aklan**                                    Aklanon 🖐
Ituro mo ro atong hambae.
Magtawag kami et mag-interprete.

127 **Fijian**                                     Kaiviti 🖐
Dusia na nomu vosa.
Ena qai kacivi edua mi vakavaka dewa.

113 **Ilocano**                                    Ilokano 🖐
Itudom iti saom.
Umayab kam iti interprete.

50 **Indonesian**          Bahasa Indonesia 🖐
Tunjukkan bahasamu.
Jurubahasa akan disediakan.

51 **Malay**               Bahasa Malaysia 🖐
Tunjukkan yang mana bahasa anda.
Seorang jurubahasa akan diberitahu.

126 **Samoan**                 Gagana Samoa 🖐
Tusi lou 'a'ao i lau gagana.
O le a vala'auina se tasi e fa'amatala 'upu mo 'oe.

117 **Tagalog**                                   Tagalog 🖐
Pakituro mo nga ang iyong wika.
Magpapatawag ako ng interprete.

128 **Tongan**                                     Tonga 🖐
Tuhu kihe lea 'oku ke lea 'aki.
'E fetu'utaki kihe fakatonulea.

## North America, South America, and Caribbean

58 **French**                                    Français 🖐
Montrez-nous quelle langue vous parlez.
Nous vous fournirons un/e interprète.

129 **Haitian Creole**          Kreyòl Ayisyen 🖐
Montre lang ou-a.
Yap voye chèche yon entèprèt.

144 **Navajo**                                      Diné 🖐
Saad béé honisinígíí níla' bee bik'idiílnííh.
Ata' halne'é ła' nábich'į' hodoonih.

61 **Portuguese**                              Português 🖐
Aponte seu idioma.
Providenciaremos um intérprete.

60 **Spanish**                                     Español 🖐
Señale su idioma.
Se llamará a un intérprete.

0020

# Language Identification Card

As a Language Line Services customer you have access to over-the-phone interpretation 24 hours a day, 7 days a week. Use this Language Identification Card in a face-to-face situation, to determine which language a person speaks. The Language ID Card lists the languages most frequently encountered in North America, grouped by the geographical region where they are commonly spoken.

• To use the Language ID Card efficiently, locate the geographical region where you believe the non-English speaker may be from. (Pacific Islands, Europe, etc.)

• Show the person the languages listed for that region. The message underneath each language says: "Point to your language. An Interpreter will be called."

Sample:

00 **English**                                    English 🖐
Point to your language.
An Interpreter will be called.

• Refer to your Quick Reference Guide (QRG) to access an interpreter through Language Line Services. In most cases, an interpreter is available within seconds.

• If you are unable to identify the language, our representative will help you.

*Please note: Listing of languages within this card does not guarantee availability of interpreters in these languages. Language Line Services interprets from English into more than 140 languages, only the most requested languages are listed here. This list is subject to change based upon demand.*

©LLS 2001 • For more information about our service, from North America call. 1 800 752-6096, option 1. Language Line Services, One Lower Ragsdale Drive, Monterey, CA 93940

COB022411

1

## India, Pakistan, and Southwest Asia

84 **Bengali** বাংলা
আপনি কোন ভাষায় কথা বলেন - জানান ।
আপনার সেবার জন্যে একজন অনুবাদক আসবেন ।

85 **Bhojpuri** भोजपुरी
रौआके मातृभासा का बा ?
रौआलेन एगो दुभामिया बोलादेल जाईत ।

83 **Gujarati** ગુજરાતી
તમારી ભાષા ઈશારાથી બતાવો.
તમારા માટે ભાષાંતર કરનાર બોલાવી અપાશે.

82 **Hindi** हिन्दी
अपनी भाषा इशारे से दिखाइये ।
आपके लिए दुभाषिया जाएगा ।

88 **Malayalam** മലയാളം
നിങ്ങ ൾ ന്റെ ഭാഷ ഏതെന്നിതിൽ
കാണിച്ചാൽ തരനാന്വി ഉള്ളവനെ വരുത്താം.

81 **Nepali** नेपाली
आफ्नो भाषा चिनाउनु होस् ।
तपाईंको भाषा बोल्ने व्यक्ति बोलाइने छ ।

80 **Punjabi** ਪੰਜਾਬੀ
ਆਪਣੀ ਬੋਲੀ ਇਸ਼ਾਰੇ ਨਾਲ ਦਸੋ ।
ਤੁਹਾਡੇ ਵਾਸਤੇ ਪੰਜਾਬੀ ਬੋਲਣ ਵਾਲਾ ਬੁਲਾਇਆ ਜਾਏਗਾ ।

89 **Sinhalese** සිංහල
ඔබේ තාවුව වෙටිවින් පෙන්වන්න.
සිංහල කතා කරන කෙනෙක් හොයනවා)

137 **Tamil** ஆங்கிலம
எந்த மொழியில் துவிபாஷிகள வேணாடு மோ
அலாக விரலால காண்பிக்கவும்.
தகுத துவிபாஷிகளுடன் இதைகய விளரவில செய்யப்படும்.

79 **Urdu** اردو
آپ کون سی زبان میں بات کرنا پسند کرینگے؟
آپ کی مدد کینے ابھی کی ترجمان کو بلایا جانے گا.

## Africa

27 **Amharic** አማርኛ
ምጸደደቅ የሚስከት
አከተረንግኪ

90 **Arabic** اللغة العربية
أشر الى لغتك
وسننادي المترجم حالاً.

19 **Bambara** Bamanankan
I bolo da i fakan kan.
An benna kuma yelemabaga do wele.

58 **French** Français
Montrez-nous quelle langue vous parlez.
Nous vous fournirons un/e interprète.

22 **Hausa** Hausa
Nùna yàrenkà/yàrenkì.
A à kirà tafintà.

59 **Italian** Italiano
Faccia vedere qual è la sua lingua.
Un interprete sarà chiamato.

61 **Portuguese** Português
Aponte seu idioma.
Providenciaremos um intérprete.

141 **Portuguese Creole** Cabo Verdiano
Ponta pa bu lingua.
Un intrepeto ta ser chumado.

142 **Somali** Afsomali
Tilmaan afka aad ku hadasho.
Tarjumaan ayaa la wacayaaye.

26 **Swahili** Kiswahili
Onyesha lugha yako.
Tutamwita mtu atakayekufasiria.

28 **Tigrinya** ትግርኛ
ናብ ቋንቋኹም ኣከት
ተረጓሚ ክስኦኖ

20 **Wolof** Wolof
Wan ñu sa làkk.
Negal dinañu la wutal ab tekkikat.

21 **Yoruba** Yorùbá
Tọ́ka si èdè rẹ.
À ó pe òghifọ wà.

Printed on recycled paper. LLS 09/01

# BUFFALO POLICE DEPARTMENT

## Europe

**70 Albanian** — Shqip
Tregoni me gisht gjuhën që flitni.
Do të gjejmë një përkthyes për ju.

**72 Armenian** — Հայերէն
Ցոյց տուէք ո՞ր մէկ լեզուն եք խօսիր՝
որպէսզի թարգմանիչ մը կանչել տանք.

**136 Basque** — Euzkera
Zeure izkuntza atzamarragaz erakutsi.
Euzkeratzail bateri deituko deutsagu.

**69 Bulgarian** — Български език
Посочете Вашия език.
Ние ще извикаме преводач за Вас.

**132 Catalan** — Català
Assenyali amb el dit el seu idioma.
Es trucarà a un intèrpret.

**67 Croatian** — Hrvatski
Molim Vas, pokažite nam Vaš jezik.
Zvat ćemo tumača za Vas.

**63 Czech** — Česky
Ukažte, který je váš jazyk.
Zavoláme tlumočníka.

**55 Danish** — Dansk
Peg på dit sprog.
En tolk vil blive tilkaldt.

**56 Dutch** — Nederlands
Wijs uw taal aan.
Wij zullen u een tolk geven.

**77 Estonian** — Eesti Keel
Näidake oma emakeelele.
Me muretseme teile tõlgi.

**52 Finnish** — Suomi
Osoittakaa teidän kielenne.
Tulkki kutsutaan auttamaan teitä.

**58 French** — Français
Montrez-nous quelle langue vous parlez.
Nous vous fournirons un/e interprète.

**57 German** — Deutsch
Zeigen Sie auf Ihre Sprache.
Wir rufen einen Dolmetscher an.

**71 Greek** — Ελληνικά
Δείξτε ποιά γλώσσα μιλάτε και
θα κληθεί ένας διερμηνέας.

**65 Hungarian** — Magyar
Válassza ki az ön által beszélt nyelvet.
Kapcsoljuk a tolmácsot.

**133 Icelandic** — Íslenska
Bentu á þitt tungumál.
Það verður hringt í túlk.

**59 Italian** — Italiano
Faccia vedere qual è la sua lingua.
Un interprete sarà chiamato.

**75 Lithuanian** — Lietuvių Kalba
Parodyk tavo kalbamą kalbą.
Vertėjas bus pakviestas.

**68 Macedonian** — Makedonski
Posočete molim Vaš jezik.
Ke vikame prevodilac Vas da doide.

**54 Norwegian** — Norsk
Pek på ditt språk.
En tolk vil bli tilkalt.

**62 Polish** — Polski
Proszę wskazać na swój język ojczysty.
Tłumacz zostanie poproszony do telefonu.

**61 Portuguese** — Português
Aponte seu idioma.
Providenciaremos um intérprete.

**66 Romanian** — Românește
Indicați limba pe care o vorbiți.
Veți fi pus in legătură cu un interpret.

**78 Russian** — Русский Язык
Укажите, на каком языке Вы говорите.
Сейчас Вам вызовут переводчика.

**148 Serbian** — Српски
Молим Вас, покажите нам Ваш језик.
Зваћемо тумача за Вас.

**64 Slovak** — Slovensky
Ukážte na vašu reč.
Zavoláme tlmočníka.

**60 Spanish** — Español
Señale su idioma.
Se llamará a un intérprete.

**53 Swedish** — Svenska
Peka ut Ert språk.
En tolk kommer att tillkallas.

**76 Ukrainian** — Українська Мова
Покажіть, якою мовою ви говорите.
Зараз викличуть вам перекладача.

**135 Yiddish** — יידיש
ווײַזט אן אויף אײַער שפּראַך.
מע וועט אַנקלײַנגען אן איבערזעצער.

3

COB022413

## Middle East

| | | |
|---|---|---|
| 0 | **Arabic** | اللغة العربية 🕮 |
| | أشر الى لغتك | |
| | وسينادي المترجم حالاً. | |
| 2 | **Armenian** | Հայերէն 🕮 |
| | Ցոյց տուէք ո՞ր մէկն լեզուն կը խօսիր | |
| | որպէսզի թարգմանիչս մը կանչեն մասին. | |
| 39 | **Assyrian** | ܐܵܬܘܼܪܵܝܵܐ 🕮 |
| | ܡܚܘܝ ܠܠܫܢܘܟ | |
| | ܘܒܕܪܝܘ ܡܬܪܓܡܢܐ | |
| 11 | **Dari** | دری 🕮 |
| | شما بکدام زبان گپ میزنید؟ | |
| | یک ترجمان میاید. | |
| 07 | **Farsi** | فارسی 🕮 |
| | بزبانی که صحبت میکنید نشان دهید. | |
| | برای شما مترجم میاوریم. | |
| 06 | **Hebrew** | עברית 🕮 |
| | הצבע על השפה שלך. | |
| | נקרא למתורגם מיד. | |
| 40 | **Kurdish** | کوردی 🕮 |
| | زمانی خۆت دەسنیشان بکە | |
| | تەرجومانێکت بۆ بانگ دەکەینە سەرتەلەفۆن | |
| 10 | **Pashto** | پښتو 🕮 |
| | خپله ژبه وښینه. | |
| | ژربه ترجمان در سره خبری وکړی. | |
| 12 | **Turkish** | Türkçe 🕮 |
| | Kendi anadilinizi gösterin. | |
| | Size bir tercüman çağırıyoruz. | |

## Asia

| | **China** | 請指認您的語言<br>以便為您請翻譯 | 请指认您的语言<br>以便为您请翻译 | |
|---|---|---|---|---|
| 31 | **Cantonese** | 廣東話 | 广东话 | 🕮 |
| 38 | **Chaochow** | 潮州話 | 潮州话 | 🕮 |
| 32 | **Fukienese** | 福建話 | 福建话 | 🕮 |
| 35 | **Mandarin** | 國語 | 国语 | 🕮 |
| 37 | **Shanghai** | 上海話 | 上海话 | 🕮 |
| 33 | **Taiwanese** | 台灣話 | 台湾话 | 🕮 |
| 36 | **Toishanese** | 台山話 | 台山话 | 🕮 |

## Asia

| | | |
|---|---|---|
| 42 | **Burmese** | မြန်မာစာ 🕮 |
| | �…သင်ပြောသောစကားကို… | |
| | …စကားပြန်ခေါ်ပေးပါမည်။ | |
| 48 | **Cambodian** | ភាសាខ្មែរ 🕮 |
| | សូមចង្អុលភាសាអ្នក | |
| | យើងនឹងហៅអ្នកបកប្រែឲ្យអ្នក | |
| 46 | **Hmong** | Hmoob 🕮 |
| | Thov taw tes rau koj yam lus. | |
| | Peb yuav hu ib tug neeg txhais lus rau koj. | |
| 50 | **Indonesian** | Bahasa Indonesia 🕮 |
| | Tunjukkan bahasamu. | |
| | Jurubahasa akan disediakan. | |
| 40 | **Japanese** | 日本語 🕮 |
| | あなたの話す言葉を指さしてください。 | |
| | 通訳を呼びます。 | |
| 41 | **Korean** | 한국말 🕮 |
| | 당신이 쓰는 말을 지적하세요. | |
| | 통역관을 불러 드리겠어요. | |
| 43 | **Laotian** | ພາສາລາວ 🕮 |
| | ຊື້ບອກພາສາທີ່ເຈົ້າເວົ້າໄດ້ | |
| | ພວກເຮົາຈະຕິດຕໍ່ມາຍບພາສາໃຫ້ | |
| 51 | **Malay** | Bahasa Malaysia 🕮 |
| | Tunjukkan yang mana bahasa anda. | |
| | Seorang jurubahasa akan diberitahu. | |
| 45 | **Mien** | Mienh 🕮 |
| | Nuqv meih nyei waac mbuox yie liuz, | |
| | yie heuc faan waac mienh bun meih oc. | |
| 47 | **Thai** | ภาษาไทย 🕮 |
| | บ่งชี้ให้เราทราบว่าท่านพูดภาษาใดหมพืเมภาษาที่ท่านพูด | |
| | แล้วเราจะจัดหาล่ามให้ท่าน | |
| 49 | **Vietnamese** | Tiếng Việt 🕮 |
| | Chỉ rõ tiếng bạn nói. | |
| | Sẽ có một thông dịch viên nói chuyện với bạn ngay. | |

---

**Call 911 and request the Language Line Services.**

Once connected, request the language your client speaks through the interactive voice response (IVR) system.

Question? Refer to BPD Training Bulletin 2012-01.

KEEP YOUR THOUGHTS POSITIVE
BECAUSE YOUR THOUGHTS BECOME
## YOUR WORDS.

KEEP YOUR WORDS POSITIVE
BECAUSE YOUR WORDS BECOME
## YOUR BEHAVIOR.

KEEP YOUR BEHAVIOR POSITIVE
BECAUSE YOUR BEHAVIOR BECOMES
## YOUR HABITS.

KEEP YOUR HABITS POSITIVE
BECAUSE YOUR HABITS BECOME
## YOUR VALUES.

KEEP YOUR VALUES POSITIVE
BECAUSE YOUR VALUES BECOME
## YOUR DESTINY.

— MAHATMA GANDHI

---

**Buffalo Snug**
3036 Bailey Ave
609-2898

- Conflict resolution
- Retaliation Prevention
- Outreach Workers

**Buffalo Peacemakers**
1370 William
912-7188
- Education & Counseling
- Conflict Resolution
- Mentoring
- Non Violence Training

**This project was supported by a grant administered by the New York State Division of Criminal Justice Services. Points of view in this document are those of the author and do not necessarily represent the official position or policies of the Division of Criminal Justice Services.**

---



**GIVE**

**Gun Involved Violence Elimination**

NY State Division Criminal Justice Services

Buffalo Police Department

Erie County Probation

Erie Crime Analysis Center

Erie County District Attorney

Erie County Sheriff

COB022415

## YOUR LIFE MATTERS

**YOUR LIFE MATTERS**

- To Your Family
- To Your Friends
- To Your Community
- To US

**Make the Right Choice**

COB022416

0025

## THE VIOLENCE MUST STOP

- **Too many have died**
- **Too many families have been broken**
- **Too many communities have been made unsafe**

GUN VIOLENCE will not be tolerated.

**You have been identified as someone involved in violence or associated with violent groups.**

Offenders and Associates choosing violence will be prosecuted to the full extent of the law.

The GIVE program seeks to stop gun violence in the community. It is a partnership involving Buffalo Police, Probation, the District Attorney, Erie Crime Analysis Center, SNUG and others.

## MAKE A DIFFERENCE

- STOP the Cycle of Violence
- Choose to Live your Dreams
- Make your Community a safer place to live.

Life is not easy. Sometimes it seems unfair and harsh. It can seem like there are too many roadblocks for you to change.

**Help is available. Programs and mentors can aid you with education, job readiness, conflict resolution, and counseling needs. Two groups are listed on the back.**

The change has to start with you. Be strong and courageous in doing right.

## *GIVE III ACADEMIC PARTNER*

## *UNIVERSITY RESEARCH STUDY: CONTINUTATION FROM GIVE II*

### GIVE II, YEAR ONE OF UNIVERSITY RESEARCH PARTNER'S ASSESSMENT

Despite encountering some challenges in putting the academic partnership out to bid and finalizing the contract, we are pleased to report that SUNY Buffalo graduate researchers are now working to create the database which will form the basis for the proposed spatio-temporal hot-spot analysis. Per the agreed upon work plan, the actual analysis will be performed towards the end of the grant cycle by senior academics at Geography Department.  For this reason, it would be premature to assess the value of this study for our GIVE strategy at this point, but all partners are looking forward to the formal presentation of the research findings and how they could be used to enhance our current policing strategies, which is scheduled to be held in June.

### GIVE III, YEAR TWO OF UNIVERSITY RESEARCH:  STUDY MOVING FORWARD

The second phase of our academic collaboration will focus on social media. ECAC's Social Media Report has proved invaluable to all consortium partners, helping pinpoint emerging disputes, alerting law enforcement to potentially volatile events, and providing the basis to determine which high-risk individuals should be targeted for individual custom notification sessions. We are therefore asking UB researchers to perform an in-depth analysis of the social media posts of gang-members/'hot people' to determine whether there is a significant correlation between antagonistic Social Media posts and subsequent violent action. Currently we are working under the assumption that on-line beefs and threats **do** trigger violence, however, we are hoping this study will be able to isolate factors which will enable law enforcement to recognize which posts require follow-up and which are mere bravado and posturing and will not escalate into retaliatory violence. This will help ensure better allocation of targeted GIVE resources moving forwards.

COB022417



# Community, Police, and Public Safety

2016 SURVEY CONDUCTED IN THE CITY OF BUFFALO, N.Y.

OPEN BUFFALO: A COMMUNITY MOVEMENT FOR SOCIAL AND ECONOMIC JUSTICE
WWW.OPENBUFFALO.ORG

COB022418

## Buffalo Resident Community Policing Survey

You are invited to participate in a research study about community-police relations in the City of Buffalo, N.Y. This research project is being conducted by Open Buffalo. The objective of this research project is to understand the nature of interactions between the community and the police. The survey is being given to community residents in all City of Buffalo ZIP codes. What we learn from this study will provide general benefits to your community.

There are no known risks if you decide to participate in this research study. This survey is anonymous. If you choose to participate, _do not_ write your name on the questionnaire, but please answer all questions to the best of your ability.

If you have any questions or concerns about completing the questionnaire or about being in this study, you may contact us at info@openbuffalo.org. Once completed, the results of this study will be made public on the Open Buffalo website, www.openbuffalo.org. Thank you for your participation in this survey.



COB022419

## Section 1: Police and Community Respect

| | |
|---|---|
| **1. Do you think that you can trust the police to help you when you need it?**<br>☐ Yes  ☐ No  ☐ Do not know | **7. In general, do you respect the police?**<br>☐ Yes  ☐ No  ☐ Do not know |
| **2. Do you think that your neighborhood works well with the police?**<br>☐ Yes  ☐ No  ☐ Do not know | **8. In general, do you think that police respect youth?**<br>☐ Yes  ☐ No  ☐ Do not know |
| **3a. In the past 6 months, have you been stopped by the police?**<br>☐ Yes  ☐ No  ☐ Do not know | **9. In general, do you think that police respect people of color?**<br>☐ Yes  ☐ No  ☐ Do not know |
| **3b. Do you feel that the police were fair?**<br>☐ Yes  ☐ No  ☐ Do not know | **10. In general, do you think that police respect women?**<br>☐ Yes  ☐ No  ☐ Do not know |
| **4. Have you called the police in the past 6 months?**<br>☐ Yes  ☐ No  ☐ Do not know | **11. In general, do you think that police respect people in your neighborhood?**<br>☐ Yes  ☐ No  ☐ Do not know |
| **5. Have the police helped you in the past 6 months?**<br>☐ Yes  ☐ No  ☐ Do not know | **12. Are you a part of a block club?**<br>☐ Yes  ☐ No  ☐ Do not know |
| **6. Do the police respond quickly to your neighborhood?**<br>☐ Yes  ☐ No  ☐ Do not know | |

**13. Overall, would you say the level of crime in your neighborhood has decreased, increased or stayed the same from a year ago?**
☐ Increased  ☐ Decreased  ☐ Stayed the Same  ☐ NA – recently moved to the neighborhood  ☐ Refused

**14. Would you say your overall impression of the Buffalo Police Department is:**
☐ Very favorable  ☐ Somewhat favorable  ☐ Somewhat unfavorable  ☐ Very unfavorable  ☐ Refused

**15. How would you rate the Buffalo Police Department in the following areas: (please circle your responses)**

| | Very Poor | Poor | Fair | Good | Excellent | Don't Know |
|---|---|---|---|---|---|---|
| Working with the community to reduce crime | 1 | 2 | 3 | 4 | 5 | 0 |
| Working with the community to prevent crime | 1 | 2 | 3 | 4 | 5 | 0 |
| Creating partnerships with the community | 1 | 2 | 3 | 4 | 5 | 0 |
| Responding to the community's concerns | 1 | 2 | 3 | 4 | 5 | 0 |

**16. How would you like the Buffalo Police Department to share information on programs or initiatives? (choose as many as you would like)**

☐ Traditional media (newspaper, radio, TV)  ☐ Buffalo Police Department website  ☐ Email  ☐ Social media (Facebook, Twitter, etc.)  ☐ Other: _____

**17. If you noticed something or knew something violent was about to happen, what would you do?**
☐ Call the police  ☐ Call a neighbor  ☐ Keep it to yourself  ☐ Intervene  ☐ Do not know
☐ Other: _____

**18. When you know that there is a crime or violent problem in your community, how often do you call the police?**
☐ Always  ☐ Often  ☐ Sometimes  ☐ Seldom (please explain below)  ☐ Never (please explain below)  ☐ Refused/Do not know
Explanation: _____

COB022420

19. What are your ideas to improve police and community relations?

_____

_____

## Section 2: Demographic Information

Please be assured that all the information that you provide will remain anonymous and never released in any way that might permit your identification. We use this information for demographic comparisons.

| | |
|---|---|
| **1. What is your ZIP Code?** _____<br>**What is the closest major intersection to your home?**<br>_____ | **6. Do you have any mental health diagnosis?**<br>**(Please explain, if comfortable.)**<br>☐ Yes  ☐ No  ☐ Decline |
| **2. Is English your primary language?**<br>☐ Yes  ☐ No, my primary language is _____ | **7. I identify my gender as:**<br>☐ Man  ☐ Woman  ☐ Transgender woman<br>☐ Transgender man  ☐ Gender Queer  ☐ Other<br>☐ Prefer not to Answer |
| **3. What is your age category?**<br>☐ Under 18  ☐ 18-25  ☐ 26-34<br>☐ 35-44  ☐ 45-54  ☐ 55-64  ☐ 65 or older | **8. I identify as (Please check all that apply):**<br>☐ Lesbian  ☐ Gay  ☐ Bisexual  ☐ Queer  ☐ Questioning<br>☐ Straight  ☐ Other (define) _____ |
| **4. What do you consider your racial/ethnic background?**<br>**(Check all that apply.)**<br><br>☐ White or Caucasian<br>☐ Black or African American<br>☐ Asian or Asian American<br>☐ American Indian, Aleut, Inuit<br>☐ Hispanic or Latino (i.e. Mexican, Puerto Rican, Cuban<br>☐ Middle Eastern<br>☐ Other _____ | **9. What was your total household income (before taxes) in 2015?**<br>☐ Less than $10K<br>☐ $10-$25K<br>☐ $26-$50K<br>☐ $51-$75K<br>☐ $76-$100K<br>☐ $101-$150K<br>☐ More than $150K<br>☐ Do not know<br>☐ Refused/Not Answered |
| **5. Are you a person with disabilities?**<br>**(Please explain, if comfortable.)**<br>☐ Yes  ☐ No  ☐ Decline | |

## Additional Comments:

_____

_____

_____

_____

_____

COB022421