# EXHIBIT 415

Message

| | |
|---|---|
| **From**: | Joseph A Gramaglia [jagramaglia@bpdny.org] |
| **Sent**: | 11/29/2018 1:54:16 AM |
| **To**: | Byron C Lockwood [bclockwood@bpdny.org] |
| **Subject**: | Housing police duties and stats |
| **Attachments**: | Above Baseline Service.docx; January 2018.docx; February 2018.docx; March 2018.docx; April 2018.docx; May 2018.docx; June 2018.docx; July 2018.docx; August 2018.docx; September 2018.docx; October 2018.docx |

Commissioner,

Please see the attached documents.   The first is the "above baseline patrol services" provided by Housing officers.   The additional attachments are the monthly stats and activities in 2018.   These documents are prepared monthly by Capt. Serafini.

      

Above Baseline Service.docx    January 2018.docx    February 2018.docx    March 2018.docx    April 2018.docx    May 2018.docx    June 2018.docx

July 2018.docx    August 2018.docx    September 2018.docx    October 2018.docx

Joseph A. Gramaglia, MPA
Deputy Police Commissioner
Operations/ Homeland Security
Buffalo Police Department
68 Court St
Buffalo, NY 14202
716.851.4526 Office
716.553.9072 Cell
716.851.5179 Fax
 jagramaglia@bpdny.org

****************************************

Confidentiality Notice:
This electronic mail transmission is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender.   If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents or this information is strictly prohibited.   If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message. Thank you for your cooperation.

COB443724

0001                                                                                                                          COB443724