# Exhibit 417

# Filed Under Seal