# **EXHIBIT 418**

| | |
|---|---|
| From: | Brian K Patterson/BPD |
| Sent: | 7/3/2012 8:58:39 PM |
| To: | Daniel Derenda/BPD; Charles H Tomaszewski/BPD |
| Subject: | chiefs weekly report week of 6/25/12 |

----- Forwarded by Brian K Patterson/BPD on 07/03/2012 04:56 PM -----

Begining Date: 6/25/12
Ending Date: 7/1/12

## B District
## Weekly Detail Activity Report

| | Crime Hot Spots | What's Being Done |
|---|---|---|
| 1 | Mass/18th, Fruit belt, Towne Gardens | We employ targeted patrol to interdict in these areas, foucsing on gun and drug interdiction. We also use information from block club leaders to determine what areas to attack the hardest. High visibility OT is used sparingly to supplement patrol efforts. This is quite effective, as officers do not have to leave the area to answer calls. |
| 2 | | |
| 3 | | |
| 4 | | |

| | Community Meetings | Attendee's |
|---|---|---|
| 1 | n/a | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

| | Double Up Projects / Overlap Projects | |
|---|---|---|
| 1 | n/a | |
| 2 | | |
| 3 | | |
| 4 | | |

| | Problems | What's Being Done |
|---|---|---|
| 1 | We continue to fight to reduce car pops and are currently focused on gang violence interdiction | We use high visibility OT to place officers in our most troublesome areas where they focus on quality of life issues, but mostly plain old high visibility policing whe thugs can see that the police are spending a tremendous amount of time in the area. We find this deters crime. |
| 2 | We need to conduct more traffic interdiction initiatives | The idea is to go into the hot spots and crack down on traffic related violations. This gives officers the chance to run warrant checks and make plain view automobile checks. This will have great psychological effects to the public and to the criminal element. |
| 3 | | |
| 4 | | |

| NUMBER OF CRIMES | WEEKLY TOTAL | YEAR TO DATE |
|---|---|---|
| MURDER/NON-NEGLIGENT MANSLAUGHTER | 0 | |
| NEGLIGENT MANSLAUGHTER | 0 | |
| FORCIBLE RAPE | 0 | |
| ATTEMPTED FORCIBLE RAPE | 0 | |
| ROBBERY | 5 | |
| ASSAULTS/AGGRAVATED | 5 | |
| BURGLARY | 14 | |
| LARCENY/THEFT | | |
| MOTOR VEHICLE | 11 | |
| ARSON | | |

COB343327

0001