# Exhibit 419

# Filed Under Seal