# Exhibit 420

# Filed Under Seal