# EXHIBIT 421

Message
___

| | |
|---|---|
| **From:** | Kathryn M Billanti [CN=Kathryn M Billanti/O=BPD] |
| **Sent:** | 7/18/2016 4:09:36 PM |
| **To:** | Jonathan D Pietrzak [jdpietrzak@bpdny.org] |
| **Subject:** | Re: Thoughts on this? |
| **Attachments:** | Buffalo_Gang_District_Maps_7.18.16.pdf |

And riverdale!

****CONFIDENTIALITY NOTICE****
Information contained in this e-mail is confidential and may be privileged and exempt from disclosure.   If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, or copying is strictly prohibited. All information contained within should be considered law enforcement sensitive unless otherwise noted. If the reader has received this in error, please immediately destroy all copies and attachments and notify this office by replying to this e-mail or by calling (716) 851-4452


**Kathryn M Billanti/BPD**
07/18/2016 12:08 PM

To Jonathan D Pietrzak/BPD,

cc

Subject Thoughts on this?


Please dont share - I need to finalize it.

Gangs missing that I dont know where they should be:
OTC - should they be on there? Where?
Shirley
Coldsprings
PBC
Wavey


Buffalo_Gang_Di...


Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
74 Franklin St
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

****CONFIDENTIALITY NOTICE****

COB637218
0001
COB637218

Information contained in this e-mail is confidential and may be privileged and exempt from disclosure.   If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, or copying is strictly prohibited. All information contained within should be considered law enforcement sensitive unless otherwise noted. If the reader has received this in error, please immediately destroy all copies and attachments and notify this office by replying to this e-mail or by calling (716) 851-4452

COB637219
COB637218
0002