# EXHIBIT 422

Message

| | |
|---|---|
| **From:** | Kathryn M Billanti [CN=Kathryn M Billanti/O=BPD] |
| **Sent:** | 1/30/2017 6:18:54 PM |
| **To:** | Jonathan D Pietrzak [jdpietrzak@bpdny.org] |
| **Subject:** | New Maps |
| **Attachments:** | East Side Gang Map.jpg; North East Side Gang Map.jpg; South and West Side Gang Map.jpg; South Side Gang Map.jpg |

   

East Side Gang Map.jpg   North East Side Gang Map.jpg   South and West Side Gang Map.jpg   South Side Gang Map.jpg

Kathryn Billanti
Crime Research Analyst
Erie Crime Analysis Center
74 Franklin St
Buffalo, NY 14202
Phone: 716.851.4452
Fax: 716.851.4963

****CONFIDENTIALITY NOTICE****
Information contained in this e-mail is confidential and may be privileged and exempt from disclosure.   If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, or copying is strictly prohibited. All information contained within should be considered law enforcement sensitive unless otherwise noted. If the reader has received this in error, please immediately destroy all copies and attachments and notify this office by replying to this e-mail or by calling (716) 851-4452




# Buffalo Gang Areas

East Side of Buffalo



| Map Number | Gang Name | Map Number | Gang Name |
|---|---|---|---|
| 6 | Newburgh Crew | 15 | Montana St Crew |
| 7 | Bailey/Navel Crew | 16 | Goodyear Crew (GYC) |
| 9 | East Delavan Posse (EDP) | 17 | Box Ave |
| 10 | Schuele | 18 | Keystone |
| 11 | Six Deuce Boys | 19 | Brinkman Boys |
| 12 | Humason | 20 | Walden Ave |
| 13 | Zelmer | 21 | Sycamore St Crew |
| 14 | Warring | | |

Date: January 30, 2017

LIMITED OFFICIAL USE - LAW ENFORCEMENT SENSITIVE//FOR OFFICIAL USE ONLY




# Buffalo Gang Areas

North East Side of Buffalo



| Map Number | Gang Name | Map Number | Gang Name |
|---|---|---|---|
| 1 | Bailey Boys | 8 | Alma Ave |
| 2 | Only The Circle (OTC) | 9 | East Delavan Posse (EDP) |
| 3 | Midway | 10 | Schuele |
| 4 | Central Park | 11 | Six Deuce Boys |
| 5 | Langfield and Edison | 12 | Humason |
| 6 | Newburgh Crew | 23 | Bucktown |
| 7 | Bailey/Navel Crew | | |

Date: January 30, 2017

COB637326
COB637326




# Buffalo Gang Areas

West and South Side of Buffalo



| Map Number | Gang Name | Map Number | Gang Name |
|---|---|---|---|
| 25 | 10th Street | 36 | Delavan/Congress |
| 26 | FEB | 33 | Shaffer Village Posse |
| 30 | 7th Street | 34 | Riverdale |
| 31 | Pine Harbor/ Swish Gang | 37 | All Cash Gang |
| 36 | Delavan/Congress | | |

Date: January 30, 2017




# Buffalo Gang Areas

South East Side of Buffalo



| Map Number | Gang Name | Map Number | Gang Name |
|---|---|---|---|
| 16 | Goodyear Crew (GYC) | 25 | 31 Gang |
| 17 | Box Ave | 26 | Shadyville (Sherman St) |
| 21 | Sycamore St Crew | 27 | Dodgetown |
| 22 | LRGP | 28 | O Block/Fruitbelt |
| 23 | Townsend | 29 | Camp St |
| 24 | Guilford Boys | 32 | BFL Gang |

Date: January 30, 2017