# Exhibit 423

# Filed Under Seal