# EXHIBIT 424

# EXHIBIT 424

Message

| | |
|---|---|
| From: | Joseph A Gramaglia [jagramaglia@bpdny.org] |
| Sent: | 6/18/2018 1:48:39 PM |
| To: | Anthony J Barba [ajbarba@bpdny.org] |
| Subject: | Gang detail |

Chief,
Very nice shift.   Can you check to see of the officers are contacting parole about Crouch being in the car in violation of parole.   May get violated based on this.   Thanks.


Joseph A. Gramaglia, MPA
Deputy Police Commissioner
Administration and Finance
Buffalo Police Department
74 Franklin St
Buffalo, NY 14202
716.851.4526 Office
716.553.9072 Cell
716.851.5179 Fax
 jagramaglia@bpdny.org
----- Forwarded by Joseph A Gramaglia/BPD on 06/18/2018 09:47 AM -----

## Chief's Car Report

| Date: | 06/17/2018 | District: | D | Shift: | MP-4 | Radio Call # | D480 |
|---|---|---|---|---|---|---|---|
| Officers: | T SERCU/M COPPOLA | | | Supervisor: | LT G RAK | | |
| Details Purpose: | GANG SUPRESSION/HIGH CRIME PATROL | | | | | | |

| Arrests | | | | | | | |
|---|---|---|---|---|---|---|---|
| Felony | Misdemeanor | Violation | VTL Misd | VTL Summons | PVB Tags | CO Summons | Guns Seized |
| 1 | 1 | | | 1 | | | |

| Summary: | PATROLLED HIGH CRIME AREAS. TOOK AND ASSISTED ON SERVICE CALLS. SEARCHED FOR WANTED SUSPECTS. LOCATED WANTED SUSPECT W/M MATHEW BAKER DOB 5-07-91 AT 15 EVELYN ST. DEF DID YESTERDAY BEAT HIS GIRLFRIEND BY PUNCHING, CHOKING HER AND DAMAGED HER VEHICLE.<br>OFC'S   HAD A V/T FOR NO BRAKE LIGHT ON A VEHICLE AND ARRESTED PASSENGER FOR POSS. OF CRACK, HEROIN ON HER PERSON. ARRESTED WAS B/F KANIESA COLE DOB 12-03-86. DEF WAS IN VEHICLE WITH KNOWN GANG MEMBER B/M JACKIE CROUCH DOB 4-23-81. CROUCH IS ALSO ON PAROLE FOR GUN CHARGE BUT DID NOT POSS. ANY WEAPONS OR DRUGS.<br>OFC'S CONCENTRATED ON PATROLLING RIVERSIDE PARK AREA AND WEST SIDE AROUND GRANT/BRECKENRIDGE. ST. |
|---|---|