# Exhibit 425

# Filed Under Seal