# Exhibit 426

# Filed Under Seal