# Exhibit 427

# Filed Under Seal