# Exhibit 428

# Filed Under Seal