# Exhibit 429

# Filed Under Seal