# Exhibit 430

# Filed Under Seal