# Exhibit 431

# Filed Under Seal