# Exhibit 432

# Filed Under Seal