# Exhibit 433

# Filed Under Seal