# Exhibit 435

# Filed Under Seal