# Exhibit 436

# Filed Under Seal