# Exhibit 437

# Filed Under Seal