# Exhibit 438

# Filed Under Seal