# EXHIBIT 439



**Daniel Derenda/BPD**
07/19/2017 10:19 AM

To  Kimberly L Beaty/BPD@BuffaloPoliceDept, Maureen A Oakley/BPD@BuffaloPoliceDept,
cc
bcc
Subject  Fw: GIVE Updates

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 07/19/2017 10:19 AM -----



**"Tyree, Charles P (DCJS)"**
**<Charles.Tyree@dcjs.ny.gov>**
07/19/2017 08:54 AM

To  "Tyree, Charles P (DCJS)" <Charles.Tyree@dcjs.ny.gov>,
cc  "Neves, Raymond (DCJS)" <Raymond.Neves@dcjs.ny.gov>, "Saddlemire, Alden (DCJS)" <Alden.Saddlemire@dcjs.ny.gov>, "Thomas, Andrew (DCJS)" <Andrew.Thomas@dcjs.ny.gov>, Jeff Clark <jccgcj@rit.edu>
Subject  GIVE Updates

Good afternoon all,

I write to you this afternoon with important updates regarding the GIVE Initiative. I hope to be as concise as possible, but also want to make sure to cover all the relevant points. First, I would like to take this time to welcome (back) Ray Neves who has accepted the GIVE Program Manager position that was vacated when I accepted a promotion as Supervisor of Public Safety Programs at DCJS. Ray has over 20 years' experience in law enforcement, has previously served as an IMPACT Rep., and has worked with law enforcement agencies across the State in his role in the Missing Person's Clearinghouse. I am pleased to have him on-board and know he will be an excellent addition to the program. I will still have oversight of the GIVE Initiative, but Ray will begin to assume more and more of my duties as the day-to-day manager of the program. I also would like to announce that Alden Saddlemire has accepted a promotion in the DCJS Office of Probation and Correctional Alternatives and will be leaving GIVE effective August 4. We are working on filling that position as we speak, but in the meantime all of Alden's jurisdictions (Dutchess, Orange, Rockland, Ulster, Westchester, Nassau and Suffolk) should send any GIVE-related inquires to Ray (Raymond.neves@dcjs.ny.gov). We will advise when a long-term solution is developed. I wish Alden good luck in his new position, and thank him for his service to the GIVE Unit.

COB020657

0001

Second, attached you will find a document developed by the GIVE evaluation team out of RIT. This document details some effective hot-spots strategies implemented in many GIVE sites, as well as a few key areas that can be improved. I hope you will find this useful to you and look for more of these types of reports in the near future to help you all enhance the implementation of the GIVE Evidence-Based strategies.

Also attached to this email is the updated Monthly GIVE Shooting Activity Form that was mentioned during each of the GIVE IV Kick-Off Conference calls. This report is now due **7 days** after the reporting period ends, and allows us to capture information regarding shootings in your jurisdiction, including the pre-identified GIVE zones as well as SNUG zones for those jurisdictions that have a SNUG program. Please forward this to the appropriate person in your agency responsible for submitting this form, and feel free to reach out to me with questions about this new report.

Lastly, below are a few save-the-dates regarding upcoming GIVE activities. We are still working on the logistics for some of the events, and we will send out final details once they are all confirmed.

**Save-the-Date(s)**

**8/29 – 8/31: Crime Prevention Through Environmental Design Train-The-Trainer**

**9/20 - 9/21: Hot-Spots Policing Workshop (location TBD)**

**9/26 – 9/29: Procedural Justice Train-The-Trainer and Master Instructor course (Rochester, NY)**

**10/11 - 10/12: Hot-Spots Policing Workshop (location TBD)**

**11/1 – 11/2: Hot-Spots Policing Workshop (location TBD)**

**11/14 – 11/16: Implicit Bias Train-The-Trainer**

**12/14 – 12/15: GIVE Symposium (Saratoga Springs)**

Thank you all,

Chuck

COB020658

Charles Tyree

Supervisor of Public Safety Programs

**New York State Division of Criminal Justice Services**

80 South Swan St., Albany, NY 12210

O - (518) 485-7623 | C - (518) 618-9687| charles.tyree@dcjs.ny.gov



⬜ - June Special Topics Bulletin [final].pdf ⬜ - Monthly GIVE Shooting Activity Report Form 07-2017.xls

COB020659