# EXHIBIT 442

# GIVE IV GRANT STRATEGY GENERAL OVERVIEW

## FUNDED PARTNERS:

**BUFFALO POLICE\*\***
**ERIE COUNTY DISTRICT ATTORNEY'S OFFICE\*\***
**ERIE COUNTY SHERIFF'S OFFICE**
**ERIE COUNTY PROBATION**
**ERIE COUNTY CENTRAL POLICE SERVICES**

**\*\*Serve as GIVE IV Grant Co-Chairs**

The City-wide plan is to decrease violent gun crime by concentrating on chronic and top gun offenders, improving shooting clearance rates, ensuring proper gun removal, engaging street workers and the community-at-large, and participating in focused deterrence activities.

The City of Buffalo is ranked first in New York State for violent crime involving a firearm and shooting incidents involving injury based on three-years of data provided by DCJS. Police Commanders, in collaboration with the Erie Crime Analysis Center (ECAC), determined that a proactive approach to the reduction of gun-related crime was significantly more effective that the traditional reactive model. Partners in the Buffalo/Erie GIVE Consortium and the ECAC utilized the SARA model to perform an exhaustive analysis of city-wide gun activity over the last three (3) years as the foundation for its current comprehensive plan for combatting gun crime.

## Core Strategy:

**People:** Identification and focus on key individuals and groups, or "top offenders," responsible for most gun violence.
**Places:** Key locations, or "hot spots," where most violence is occurring.
**Alignment:** Coordination of strategies with other local violence-prevention efforts and programs (i.e. Peacemakers' SNUG initiative, New York State Police, DOCCS and the DA's Violent Crime Intervention Project (VCIP)
**Engagement:** Organized outreach to key stakeholders and the community at large, communicating and coordinating with them to ensure wide-ranging support of violence reduction efforts.

DCJS hotspot training focuses on the fact that crime occurs in clusters and only involves a small percentage of the population - which holds true in Buffalo. Moreover, it was noted that gang violence is often triggered by a perceived lack of respect, whether stemming from disputes on social media, or public confrontations, leading to conflict which frequently spiral out of control, culminating in a homicide or drive-by shooting, and an aftermath of retaliatory violence. We have seen this all too frequently in Buffalo's historical firearm hotspots, which are the GIVE focus areas: C1B (C District); E1B and E2A (E District), D1, and we still focus on Towne Gardens in B District through hotpocket patrols when necessary.

### *Problem-Oriented Policing:*

> **Hot Spots Policing** – Hot Spots policing strategies focus on small geographic areas or locations, usually in urban centers, where crime is concentrated. It is based on the understanding that there are settings with significant clusters of crime that generate a large proportion of the total crime reported in the broader community. Considerable research and analysis has shown that these hotspots tend to persist over long periods of time. The concentration of crime in small places or micro- locations (buildings or addresses, street segments, or blocks)

The overarching goals for hotspot policing are: Extract offenders from specific neighborhoods and areas; Restore peace to neighborhoods and communities; Remove the anonymity of gun offenders and gang members; Reduce gun and gang-related crime in identified hotspots with the identified target areas. Buffalo Police Department will detail directed patrols in micro hotspot areas, based on the analysis of over three years of data, provided by the ECAC. Historically, gun related crime and gang activity has proliferated in our various City housing projects.

Buffalo Police will undertake intensive enforcement, saturating all targeted hotspots with directed patrols, which could consist of a 2-man detail within the targeted sector, plus a Lieutenant. These officers will not respond to calls for service, unless within the specific District hotspot area where they are working the detail, and also, will be instructed to watch for criminal activity at specific times and on specific streets in the targeted locations. This increased vigilance is aimed to inhibit gun crime, shootings and gang violence. The directed patrols will work with Strike Force Officers (Buffalo's mobile tactical unit) to enforce zero tolerance in GIVE II-focus areas, in combination with localized crackdowns, traffic enforcement, and the assistance of Community Police Officers to provide a multi-faceted approach to the problems. Officers working this detail will diversify their approach using various modes of patrol -- police vehicles, foot patrol and bike details -- increasing direct police contact with both criminals and citizens, impacting neighborhood crime, and building community ties.

**Hot Pocket Patrols:** To date there have been Hot Pockets in B, C, D and E – some are on-going problem zones that merit continued attention, but are not (yet) significant enough to warrant a separate Hot Spot, others were snapshots in time: beefs that flared up and, when promptly addressed, simmered down.

The protocol for implementing a 'Hot Pocket' detail is two fold:

- It can be a *pro-active* intervention in a location where the data/intel shows that a serious out break of gun-related crime is an imminent threat. This is short, swift deployment of resources to prevent the need for further, longer-term solutions. Along with patrol

COB417163

0002

response, Probation might assist with targeted Custom Notification sessions/home visits, if appropriate.

- It may be a revisiting of a prior Hot Pocket to re-address a deeper-seated problem. Unfortunately, some pockets will continue to require additional support, depending on the root cause of the violence: perhaps due to the location of a particular school, deli, sports field, or housing project, perennial drug market, or because it is the contested boundary between two particularly active gangs.

A good example is any area where crime is persistently bubbling up (as frequently noted in our monthly reports) but has not yet reached the level to warrant a full blown Hot Spot. The strategy would be to initiate a hot pocket patrol which allows Command to implement a judicious, flexible response to these pockets, rather than institute a fixed, scheduled patrol detail. As with the Hot Spot strategy, TPU prosecutors will be assigned to handle violent firearm cases that arise out of these areas.

**BPD OPS Monthly OPS Meetings:** The monthly OPS meetings are where the group hones in on a few specific issues (i.e. a particular high-risk individual, deli, street etc.) and collectively decide upon a multi-agency response. This inter-agency alignment is vital – pooled resources enable creative solutions to be found to complex situations which often extend beyond the jurisdiction of a single agency. The monthly OPS meetings will also provide a venue for BPD Commanders, CPOs, SROs, Probation, DA's Office, Commissioner of Schools, Crime Analysts etc. to discuss current problems, share information on key players and, ultimately, hone in on a handful of "High-Risk" individuals to be visited over the next few weeks. One major focus has been on school-age youth: there has been a pattern of new gangs emerging as off-shoots from the more established gangs (such as Team Wavy, which is the second generation Central Park gang), and it makes sense to tackle these younger members before they become entrenched in the gang lifestyle. Often these kids are not on Probation, hence the need for this pre-emptive/proactive approach. Since the Chief of Schools and Chief Operating Officer from Schools attends the OPS Meetings, custom notification sessions have been set-up in targeted schools with identified gang members attending that particular school or students who the principals have identified as students who need such a session.

> **Focused Deterrence** – Focused deterrence applies to specific criminal behaviors that are being conducted by a select group of chronic offenders in a particular area. It has often been referred to as "pulling levers". The offenders who are targeted by the program are confronted about their criminal activities, generally by a number of relevant agencies and organizations, and warned about the consequences of continuing to engage in the unacceptable behavior. Participants are provided with the opportunity to obtain social services and assistance. Continuing involvement in criminal activity subjects a participant, and any other members of an associated group, where applicable, to increased police and law enforcement scrutiny, as well as enhanced sentences upon re-arrest.

3

Mini- or 'custom' notification sessions: offenders are confronted about their criminal activity and cautioned as to the consequences should it continue. Generally, probation and police meet with the at-risk individual and their parent(s) with a view to changing their behavior and offer services and support.

### Individual Custom Notification Visits

In addition to Formal Notification Sessions, both BPD and Probation will continue to engage in Individual Custom Notification Sessions with at-risk individuals, either joining forces with consortium partners (i.e. Sheriff's Department, Parole,) and aligning with local outreach workers (SNUG/Peacemakers) in these visits, or handling them in-house as appropriate and as scheduling allows. These personalized visits to probationers and high-risk individuals have become an increasingly important part of the GIVE strategy; drawing on the Ceasefire model they have evolved from regular Probation home visits into a tailored intervention in which all consortium partners participate, depending on the circumstance. The flexibility of being able to respond to incidents as they occur is an important aspect of these encounters. The intention is to curb retaliatory violence and inter-gang disputes at an early stage before they escalate, as well to provide an intervention for change.

The consortium has also started to target "High–Risk Individuals", identified at the monthly *Operations Meeting* as described above. Under GIVE IV, the partnership has decided to establish an 'Individual Custom Notification Team', that would be ready to undertake visits as needed. In addition to BPD District Chiefs, CPOs and Probation Officers, the team will include a representative from the Stop the Violence Coalition, and the Coordinator of the Buffalo Community Crime Prevention Initiative - well known and highly respected members of the community with whom the partnership has a long working relationship. Having these representatives from the community to help facilitate the conversation is invaluable, and often it is the presence of the "influential" that makes the offer of help credible. The group would meet to discuss each case, decide the best strategy and determine which services/resources should be mobilized before undertaking the visits. At the close of each visit, a previously developed brochure will be left with families explaining GIVE and providing contact information for community based agencies that are willing to work with them to help stop the violence. An ECAC Crime Analyst will track these visits, so we have data regarding what services were offered, if there was adequate follow-up, and what the long term outcome was.

> **Procedural Justice** – Procedural justice relates to the perceived fairness of all criminal justice related procedures and the interpersonal treatment during all interactions with the community.

COB417165

0004

BPD is committed to ensuring that the community it serves is treated fairly and shown respect during all interactions. While the efficacy of focused-deterrence strategies is undeniable, unfortunately it also brings with it the risk that the collaborative forces of the GIVE partners might be viewed by the affected community as discriminatory and heavy handed. Many residents of these traumatized communities view the best efforts of law enforcement agencies to provide a secure, crime-free environment as hostile, believing they are the target of the multiple strategies, rather than the beneficiary. It is crucial to restore police legitimacy with this population if the goals of the GIVE initiative are to have a lasting effect – these strategies need the full co-operation of the community to succeed. We intend to implement procedural justice through active engagement with residents of the hot-spot footprints: a greater emphasis on foot patrols and community policing will create an opportunity for officers to make connections with this vulnerable population, explain the aim of the initiative, listen to the experiences of those living inside the hot-spots, and treat its inhabitants with the dignity and respect they deserve.

### *SOME OTHER INFORMATION THAT CAN BE USEFUL IN DEVELOPING STRATEGIES:*

- ECAC and Police Commanders often communicate on the many violent conflicts that have evolved from disputes occurring on social media sites such as Facebook, Instagram, and Twitter. GIVE crime analysts closely monitor social media websites, tracking conflicts – "beefs" - which enables them to pinpoint when a violent event between rival factions is likely to break out.

- Drawing on "lessons learned" from other GIVE Grant Years, Buffalo sometimes can apply a no cost technique involving CPTED techniques to promote community safety by modifying physical locations with the help of businesses, City Hall's Public Works Department, District Councilmember, and members of the community to create a safer environment that is less conducive to crime and may help deter criminal activity (i.e., cameras/lighting at various businesses)

- Introduction of Street Workers (Peacemakers/SNUG) to District/Detail Officers

- Contacting Other GIVE Partners To Assist (i.e., Sheriff's Department to attend Tenant Council Meetings with CPOs to talk about guns that perhaps a deceased family member left behind), Advising Tenant Council and Residents about what GIVE is all about

- Working with ECAC to create District/Hotspot top gun or violent offender list so Hotspot Details and target

- Working with City Court Housing Judge for eviction; Working with District Councilmember when troublesome business comes up again for licensing

5

COB417166

0005

## Procedural Justice Strategies

**Procedural Justice:** New York has been selected as an immersion state for *Blue Courage* and Buffalo Police Department is embracing this innovative philosophy, implementing training for all personnel to ensure that the four pillars of Procedural Justice (Fairness, Impartiality, Giving Voice, and Transparency) are observed in the implementation of all GIVE strategies, and in every aspect of their day to day policing.

**Problem Oriented Policing**

BPD's Captain of Community Relations was approached by the Arab American Businessmen Association of WNY to help implement similar improvements in delis across the City. Since delis are often gang hangouts and sites for drug dealing, this is a wonderful opportunity to work with the community to effect change in these key neighborhood locations. This will inevitably involve CPTED strategies, and require the cooperation of the CPOs. It is also an important component of our procedural justice efforts in the Hot Spot footprints (and City-wide) since we are responding to a need voiced by the community and will be collaborating with our minority and immigrant communities (per recommendation 1.9 of the 21st Century Policing Policy).

**Individual Custom Notification Sessions**

In the next GIVE cycle, the partnership has decided to establish an 'Individual Custom Notification Team', that would be ready to undertake visits as needed. In addition to BPD District Chiefs, CPOs and Probation Officers, the team will include a representative from the Stop the Violence Coalition, and the Coordinator of the Buffalo Community Crime Prevention Initiative - well known and highly respected members of the community with whom the partnership has a long working relationship. Having these representatives from the community to help facilitate the conversation is invaluable, and often it is the presence of the "influential" that makes the offer of help credible. The group would meet to discuss each case, decide the best strategy and determine which services/resources should be mobilized before undertaking the visits. At the close of each visit, a previously developed brochure will be left with families explaining GIVE and providing contact information for community based agencies that are willing to work with them to help stop the violence. This is the consortium's implementation of Action Item 2.1.1 of the 21st Century Policing recommendation to align with public health, education and mental health programs, rather than simply focus on enforcement actions. An ECAC Crime Analyst will

track these visits, so we have data regarding what services were offered, if there was adequate follow-up, and what the long term outcome was. The CPS Junior Programmer will assist ECAC, gathering and analyzing information and defining requirements that will lead to the implementation of activities through object-oriented programming.

**Community Day Bike Give-Aways**

We are once again requesting the assistance of the Peacemakers with our highly successful bike giveaways which, in GIVE IV, will be held at each District Community Day. This strategy has helped build bridges between law enforcement and the residents of troubled communities and it is important to capitalize on the momentum already gained under this initiative. Per Recommendation 1.5 of the 21st Century Policing Policy, the consortium is "proactively working to promote public trust by initiating positive non-enforcement activities to engage communities that typically have high rates of investigative and enforcement involvement". The cooperative relationship between the Peacemakers and the Buffalo Captain of Community Policing has facilitated information sharing concerning potential gang conflicts, allowing an intervention plan to be executed, and preventing potential shootings and/or retaliatory violence.

**Formal Notification Session ("Call-Ins")**

Our Notification Sessions continue to be a key component of our procedural justice strategy, allowing the direct moral engagement of the offenders by justice professionals and key community leaders, encouraging the attendees to make better choices and make a commitment to compliance. The consortium will hold (2) Formal Notification Sessions during GIVE IV, to be orchestrated by the US Attorney's Office. Notification Session participants include local law enforcement, the Peacemakers/SNUG, credible and respected individuals who represent the community's moral voice, agencies who can assist with referrals as an alternative to crime, NYS Police, District Attorney's Office, NYS Parole and Erie County Probation. The target group selected to attend will be decided by the consortium closer to the date: sessions will be designed to address the highest priority at that time, whether specific gangs, locations etc. Attendees will be parolees and probationers with criminal records involving weapons and who are on the Top Gun Offender and Chronic Violent Offender Lists

| G.I.V.E. Detail Car Report (Hot Spots/ Hot Pockets): | | | | | | |
|---|---|---|---|---|---|---|
| Date: | District: | Shift: | | Detail Car #: | | |
| | | | | | | |
| Officers: | | | | | | |
| Supervisor: | | | | | | |
| G.I.V.E. Area: | | | # of Hours: | | | |
| Day of the Week: | | | Foot Patrol: (min.) | Bike Patrol: (min.) | Directed Patrol: (min.) | |
| Warrants Executed: (#) | | | | | | |
| Arrests: (#) | | | Miscellaneous: | | | |
| Felony | Misdemeanor | Violation | VTL Summons | PVB Tags | CO Summons | Guns Siezed |
| | | | | | | |
| Gun Related | Warrant | Message Board | Cocaine/Crack: (gr.) | Heroin: (gr.) | Marijuna: (gr.) | Cash: (amt.) |
| | | | | | | |
| Community Feedback/ Interactions | | | | | | |
| Summary:( Incl. Field Interviews) | | | | | | |

COB417169

0008