# **EXHIBIT 443**

Message

**From:** Lindsey M Hair [LMHair@bpdny.org]
**Sent:** 1/17/2018 6:17:08 PM
**To:** Carmen J Menza [cjmenza@bpdny.org]
**CC:** Maureen A Oakley [maoakley@bpdny.org]
**Subject:** Fw: GIVE background info.
**Attachments:** HOT SPOT POLICING STRATEGY.docx; GIVE background info-01172018123620.pdf


Dear Chief Menza,

You have a balance of $90,174 (as of 12/16/17) - our spreadsheets are a bit behind at the moment. The district has been spending between $6,000 and $7,000 a payperiod. Could you let me know if you would like an updated manpower calculator? I believe Captain Testa was making his own, but I have a copy on file should one be needed.

I'm also attaching a copy of the background information we handed out at the start of GIVE IV so you can brief the new Captain in E District. I am sending you the program overview and the hot spot policing guide. Don't forget that we received additional funding for our hot pockets - it has not really been utilized to date (though as you know , these need to be authorized by DPC Beaty). We also have additional funding for our Problem Oriented Policing projects, and I hope to send something out soon reminding our GIVE Commanders of this key strategy.

Please let me know if you would like any further information - I'd be happy to help.

Best,

Lindsey



HOT SPOT
POLICING STR...

GIVE background
info-0117201812...


Lindsey Hair
Buffalo Police Department
74 Franklin Street, Room 120
Buffalo, NY 14202
716/851-5456 (Phone)
716/851-5907 (Fax)

COB417160

0001