# Exhibit 446

# Filed Under Seal