# Exhibit 447

# Filed Under Seal