# Exhibit 448

# Filed Under Seal