# Exhibit 449

# Filed Under Seal