# Exhibit 450

# Filed Under Seal