# Exhibit 451

# Filed Under Seal