# Exhibit 452

# Filed Under Seal