# Exhibit 455

# Filed Under Seal