# Exhibit 456

# Filed Under Seal