# Exhibit 457

# Filed Under Seal