# Exhibit 458

# Filed Under Seal