# Exhibit 459

# Filed Under Seal