# EXHIBIT 460

DAVID BJERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------
BLACK LOVE RESISTS IN THE RUST by and through
MARIELLE SHAVONNE SMITH and CHARIS HUMPHREY
on behalf of its members, SHAKETA REDDEN,
DORETHEA FRANKLIN, TANIQUA SIMMONS, DE'JON HALL,
JOSEPH BONDS, CHARLES PALMER, SHIRLEY SARMIENTO,
EBONY YELDON, and JANE DOE,
individually and on behalf of a class of all
others similarly situated,

          Plaintiffs,

 -vs-

CITY OF BUFFALO, N.Y., BYRON B. BROWN,
Mayor of the City of Buffalo, in his individual and official
capacities,
BYRON C. LOCKWOOD, Commissioner of the
Buffalo Police Department, in his individual
and official capacities,
DANIEL DERENDA, former Commissioner of the
Buffalo Police Department, in his individual capacity, AARON
YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI,
ROBBIN THOMAS,
UNKNOWN SUPERVISORY PERSONNEL 1-10,
UNKNOWN OFFICERS 1-20, each officers of the
Buffalo Police Department,
in their individual capacities,

          Defendants.
---------------------------------------------------------

0001

Remote Examination Before Trial of DAVID BJERK, taken pursuant to the Federal Rules of Civil Procedure, at SUE ANN SIMONIN COURT REPORTING, 421 Franklin Street, Buffalo, New York, taken on October 8, 2024, commencing at 11:04 A.M., before NICHOLE WINANS, Notary Public.

43

```
 1        figure describing the racial composition.  Yeah,
 2        I mean I guess you can't see it there.  In figure
 3        two I'm looking at, that just breaks it down into
 4        those five different categories, and you can see,
 5        you know, relatively few census tracts in that
 6        sixty to eighty percent minority, but I don't
 7        have the other information you asked for offhand,
 8        no.
 9   Q.   Okay.  And for the sake of the record, can you
10        just state what page you're looking at?
11   A.   Page twenty-four.
12   Q.   Thank you.  And then paragraph one o one, if you
13        want to give that a read.  Either on this or your
14        hard copy, that's fine.  And let me know when to
15        scroll.
16   A.   You can scroll.  Okay.
17   Q.   Okay.  So here am I correct in stating that you
18        note it is unlikely that the underlying
19        prevalence of violations would change abruptly
20        around the key events that marked those five eras
21        that you've analyzed?
22   A.   Yes.
23   Q.   And what leads you to that conclusion, that it is
```

1       unlikely?
2  A.   It seems implausible for me to believe that with
3       the implementation of the strike force, for
4       example, a high percentage of drivers -- or,
5       yeah.  Drivers in minority census tracts would
6       choose to all of a sudden tint their windows, you
7       know, all of a sudden choose to be more likely to
8       drive on bald tires, more likely to have their
9       windshields cracked.  It seems that that's very
10      unlikely that any of those types of infractions
11      would be responding to the implementation of
12      something like the strike force.  Similarly when
13      the BVTA took over ticketing revenues from the
14      State of New York, I don't see how that would
15      influence the behavior of drivers, particularly
16      drivers in high-minority tracts to start having
17      more infractions.
18 Q.   So it's your opinion that those -- I'm just going
19      to keep calling them those key events, the
20      separation between those five eras.
21 A.   Yes.
22 Q.   That those key events didn't influence driver
23      behavior, correct, or driver infractions?

45

1   A.   The only one that I think could is the onset of
2        the COVID pandemic.  As we well know, you know,
3        lots of things changed for a lot of people in
4        March 2020.  Certainly, you know, traffic
5        patterns may have changed dramatically, which
6        meant, you know, how many people are on the
7        streets, so the types of -- you know, the
8        infractions that police officers might see might
9        have been fewer, you know, during the height of
10       the COVID pandemic, and might correspond very
11       directly with March of 2020.  For the other ones,
12       I don't see why there would have been a big
13       change in the actual number of infractions around
14       those key events.
15  Q.   COVID will certainly be an asterisk in a lot of
16       studies to come.
17  A.   It sure is.  I referee a lot of papers about
18       that, and it changes everything, so --
19  Q.   I can only imagine.  Do you have any awareness of
20       how, if at all, Buffalo Police Department
21       ticketing practices changed in and around that
22       COVID era?
23  A.   Alls I could see is in the data that ticketing

46

1    went -- ticketing counts went way down, you know,
2    in that kind of first half of 2020, that's
3    consistent with what I've seen in a lot of
4    American cities.
5  Q. Okay.  And just so that I can clarify your
6    position on this on the record.  So these changes
7    in volume of tickets, I'll say, your conclusion
8    as to the reason for those, is it -- strike that.
9    The changes in volume for citations across these
10   five eras, isn't necessarily indicative of new
11   infractions, correct, it's not that these
12   infractions didn't exist before, and now they
13   exist, is that your conclusion?
14 A. That's my conclusion, yes.
15 Q. Okay.  And is it also your conclusion that it's
16   just the ticketing practices that would have been
17   the changing variable across those eras?
18 A. Yes, it is.
19 Q. If you want to take a moment to read paragraph
20   one o two.
21 A. Okay.
22 Q. So correct me if I'm wrong.  But it seems like
23   you are discussing other variables, other reasons

123

```
 1      STATE OF NEW YORK)
 2                      SS:
 3      COUNTY OF ERIE)
 4
 5         I, Nichole Winans, a Notary Public in and
 6      for the State of New York, County of Erie, DO
 7      HEREBY CERTIFY that the testimony of DAVID BJERK
 8      was taken down by me in a verbatim manner by
 9      means of Machine Shorthand, on October 8, 2024.
10      That the testimony was then reduced into writing
11      under my direction.  That the testimony was taken
12      to be used in the above-entitled action.  That
13      the said deponent, before examination, was duly
14      sworn by me to testify to the truth, the whole
15      truth and nothing but the truth, relative to said
16      action.
17         I further CERTIFY that the above-described
18      transcript constitutes a true and accurate and
19      complete transcript of the testimony.
20
21                         _____
                                   NICHOLE WINANS,
22                                 Notary Public.
23
```