# Exhibit 461

# Filed Under Seal