# Exhibit 462

# Filed Under Seal