# Exhibit 463

# Filed Under Seal