# Exhibit 464

# Filed Under Seal