# Exhibit 465

# Filed Under Seal