# Exhibit 466

# Electronic Media Manually Filed

# Filed Under Seal