# Exhibit 467

# Filed Under Seal