# Exhibit 468

# Filed Under Seal