# **EXHIBIT 469**

```
"150600605",3/1/2015 16:07:20,"GRIDER ST@KENSINGTON EB EX","BUFE","BUF2","ACCIDENT/ NO INJURY",4.00,,,,"ACCPDO"

"150600677",3/1/2015 17:00:10,"200 LINWOOD AV BUF","BUFB","BUF2","ILLEGAL PARKING",7.00,"1071535.02634","1059572.27072",,"IP"

"150600711",3/1/2015 17:27:51,"SUFFOLK AV@KENSINGTON WB EX","BUFE","BUF2","ACCIDENT SKYWAY/KENSINGTON",3.00,"1086749.90383","1068646.06084",,"KENPDO"

"150600468",3/1/2015 13:41:42,"155 HAZELWOOD AV BUF","BUFE","BUF2","BURGLARY",3.00,"1088813.42863","1065229.9675",,"BURG"

"150600725",3/1/2015 17:35:48,"388 LEROY AV BUF","BUFE","BUF1","AMBULANCE",7.00,"1081891.75202","1068750.54164",,"AMB"

"150590644",2/28/2015 16:45:09,"FILLMORE AV@GIRARD PL","BUFC","BUF1","ACCIDENT/ NO INJURY",4.00,"1079769.45755","1059790.27815",,"ACCPDO"

"150590645",2/28/2015 16:44:35,"FILLMORE AV@FOUGERON ST","BUFC","BUF1","ACCIDENT/ NO INJURY",4.00,"1079769.3589","1059755.65967",,"ACCPDO"

"150590666",2/28/2015 17:13:41,"100 E TUPPER ST BUF","BUFB","BUF3","THREATS/HARASSMENT",6.00,"1072032.91709","1054215.81546",,"THREAT"

"150600697",3/1/2015 17:15:08,"78 WINSPEAR AV BUF","BUFE","BUF1","ILLEGAL PARKING",7.00,"1084152.73722","1075042.22017",,"IP"

"150600705",3/1/2015 17:23:00,"545 ABBOTT RD","BUFA","BUF3","ACCIDENT/ NO INJURY",4.00,"1086703.90439","1037894.51705",,"ACCPDO"

"150600688",3/1/2015 17:08:00,"CONNELLY AV@OLYMPIC AV","BUFE","BUF3","ACCIDENT/ NO INJURY",4.00,"1085323.88448","1067536.19923",,"ACCPDO"

"150600733",3/1/2015 17:42:04,"SENECA ST@SOUTHSIDE PW","BUFA","BUF3",,,"1085043.24392","1042989.79001",,"T"

"150600703",3/1/2015 17:18:17,"57 FLOWER ST BUF","BUFE","BUF1","CHECK WELFARE",3.00,"1082017.14257","1075915.14711",,"WELF"

"150600670",3/1/2015 16:53:33,"93 MINNESOTA AV BUF","BUFE","BUF1","NEIGHBOR TROUBLE",3.00,"1083284.55554","1073800.33034",,"NEIGH"

"150600758",3/1/2015 17:59:44,"422 S DIVISION ST BUF","BUFA","BUF1","AMBULANCE",7.00,"1074232.4306","1049525.12341",,"AMB"

"150600723",3/1/2015 17:34:43,"WILLIAM ST@FILLMORE AV","BUFC","3","THREATS/HARASSMENT",6.00,,,,"THREAT"

"150600749",3/1/2015 17:50:32,"118 PHYLLIS AV","BUFE","BUF2","SUSPICIOUS PERSON",3.00,,,,"SUSPER"

"150600702",3/1/2015 17:21:11,"BAILEY AV@E DELAVAN AV","BUFE","BUF3",,,"1086579.91506","1064997.60722",,"T"

"150600722",3/1/2015 17:33:43,"307 EDISON AV BUF","BUFE","BUF2","LOUD NOISE",5.00,"1089771.23207","1068175.35593",,"LOUD"

"150600708",3/1/2015 17:22:57,"47 W CHIPPEWA ST BUF","BUFB","BUF4","LARCENY/THEFT",6.00,"1070154.51356","1053332.97756",,"LARC"

"150600742",3/1/2015 17:47:22,"30 CUMBERLAND AV","BUFA","BUF3",,,"1084401.78895","1041444.30392",,"T"

"150600760",3/1/2015 18:00:07,"BROADWAY@BAILEY AV","BUFC","BUF3","PERSON SOLICITING",5.00,"1086476.46914","1055588.82872",,"SOLICT"

"150600739",3/1/2015 17:43:54,"219 BURGARD PL BUF","BUFC","BUF3","UNAUTHORIZED USE/VEH",6.00,"1086360.72752","1060547.37826",,"UUV"

"150600598",3/1/2015 16:01:51,"356 ALABAMA ST","BUFA","BUF1","BURGLARY IN PROGRESS",2.00,"1074040.64414","1047047.50628",,"BIP"

"150600699",3/1/2015 17:15:56,"180 BRUNSWICK BD BUF","BUFE","BUF4","UNWELCOME GUEST",3.00,"1077607.24933","1063013.34641",,"UNWEL"
```