# EXHIBIT 470

```
"150600734",3/1/2015 17:42:24,"MADISON ST@BROADWAY","BUFC","BUF4","MOTORIST STRANDED",5.00,"1076033.54778","1053104.05349",,"MOTOR"

"150600675",3/1/2015 16:56:27,"25 CLEMO ST BUF","BUFC","BUF4","MISSING PERSON",4.00,"1081274.35494","1048746.43643",,"MISSP"

"150600743",3/1/2015 17:46:30,"3396 BAILEY AV BUF","BUFE","BUF1","THREATS/HARASSMENT",6.00,"1086531.6911","1074000.30045",,"THREAT"

"150600721",3/1/2015 17:33:16,"1268 KENSINGTON AV BUF","BUFE","BUF1","ILLEGAL PARKING",7.00,"1087940.55081","1071387.98995",,"IP"

"150600763",3/1/2015 18:00:43,"178 PHYLLIS AV BUF","BUFE","BUF2","ASSIST CITIZEN",4.00,"1088414.00654","1069847.98692",,"ASSIST"

"150600709",3/1/2015 17:25:29,"87 BEATRICE AV BUF","BUFD","BUF1","ANIMAL LOOSE",7.00,"1063549.92513","1077977.02647",,"ALOOSE"

"150600790",3/1/2015 18:25:12,"40 MARTHA AV BUF","BUFE","BUF2","ASSIST CITIZEN",4.00,"1087030.75174","1069319.8455",,"ASSIST"

"150600785",3/1/2015 18:16:26,"LESTER ST@SENECA ST","BUFA","BUF2","SUBJECT WITH KNIFE",2.00,"1082364.58419","1045271.24257",,"KNIFE"

"150600796",3/1/2015 18:28:32,"193 S LEGION DR BUF","BUFA","BUF3","DOMESTIC TROUBLE",3.00,"1084794.44903","1041270.05669",,"DOM"

"150600808",3/1/2015 18:45:55,"26 REGINA PL BUF","BUFE","BUF4","AMBULANCE",7.00,"1078254.24942","1064181.03776",,"AMB"

"150590925",2/28/2015 21:51:33,"3 FOLGER ST BUF","BUFA","BUF4","SUSPICIOUS PERSON",3.00,"1082777.22616","1037456.26844",,"SUSPER"

"150600762",3/1/2015 18:02:04,"93 VINCENNES ST BUF","BUFA","BUF1","DOMESTIC TROUBLE",3.00,"1073406.22577","1044779.40505",,"DOM"

"150600829",3/1/2015 18:54:40,"490 HIGH ST BUF","BUFC","BUF1","FIRE",7.00,"1076709.61884","1056912.18304",,"FIRE"

"150600834",3/1/2015 19:00:02,"461 WINSLOW AV BUF","BUFC","BUF2","AMBULANCE",7.00,"1080698.53626","1061416.99382",,"AMB"

"150600798",3/1/2015 18:32:48,"MELROSE ST@SENECA ST","BUFA","BUF3",,,"1086760.68484","1041402.60475",,"FRWKS"

"150600844",3/1/2015 19:05:10,"462 GRIDER ST BUF","BUFE","BUF4","UNKNOWN TROUBLE",3.00,"1082446.46414","1063167.69344",,"UNK"

"150600676",3/1/2015 17:00:35,"24 LATOUR ST","BUFC","BUF2","SUSPICIOUS PERSON",3.00,,,,"SUSPER"

"150600805",3/1/2015 18:42:56,"22 ROYAL AV BUF","BUFD","BUF1","ILLEGAL PARKING",7.00,"1061322.87436","1075427.11773",,"IP"

"150600812",3/1/2015 18:45:47,"636 SYCAMORE ST BUF","BUFC","BUF1","ILLEGAL PARKING",7.00,"1077443.58087","1054982.05569",,"IP"

"150600830",3/1/2015 18:56:38,"12 INDIAN ORCHARD PL BUF","BUFA","BUF3","ILLEGAL PARKING",7.00,"1089339.88092","1039875.30727",,"IP"

"150600833",3/1/2015 19:00:33,"61 WINSLOW AV BUF","BUFC","BUF1","ILLEGAL PARKING",7.00,"1076725.57213","1061441.33017",,"IP"

"150600835",3/1/2015 19:01:15,"22 SUNNYSIDE PL BUF","BUFD","BUF2","ILLEGAL PARKING",7.00,"1066740.52394","1074046.29077",,"IP"

"150600838",3/1/2015 19:03:32,"164 BUTLER AV BUF","BUFE","BUF4","ILLEGAL PARKING",7.00,"1077916.81694","1062718.72301",,"IP"

"150600850",3/1/2015 19:06:38,"162 BRISCOE AV BUF","BUFC","BUF3","ILLEGAL PARKING",7.00,"1089471.72889","1060456.20793",,"IP"

"150600855",3/1/2015 19:12:58,"335 SHERMAN ST BUF","BUFC","BUF4","ILLEGAL PARKING",7.00,"1077730.34177","1054095.4291",,"IP"
```