# Exhibit 471

# Filed Under Seal