# Exhibit 472

# Filed Under Seal