# Exhibit 473

# Filed Under Seal