# Exhibit 474

# Filed Under Seal