# Exhibit 475

# Filed Under Seal