# Exhibit 476

# Filed Under Seal