# Exhibit 477

# Filed Under Seal