# Exhibit 478

# Filed Under Seal