# Exhibit 479

# Filed Under Seal