# Exhibit 480

# Filed Under Seal