# Exhibit 481

# Filed Under Seal