# Exhibit 482

# Filed Under Seal