# Exhibit 483

# Filed Under Seal