# Exhibit 484

# Filed Under Seal