# Exhibit 485

# Filed Under Seal