# Exhibit 486

# Filed Under Seal