# Exhibit 487

# Filed Under Seal