# Exhibit 488

# Filed Under Seal