# Exhibit 489

# Filed Under Seal