# Exhibit 490

# Filed Under Seal