# Exhibit 491

# Filed Under Seal