# Exhibit 492

# Filed Under Seal