# Exhibit 493

# Filed Under Seal