# Exhibit 494

# Filed Under Seal