# Exhibit 495

# Filed Under Seal