# Exhibit 496

# Filed Under Seal