# EXHIBIT 497

| | |
|---|---|
| From: | Daniel Derenda/BPD |
| Sent: | 8/22/2013 1:37:03 PM |
| To: | Harold M McLellan/BPD@BuffaloPoliceDept |
| CC: | Byron C Lockwood/BPD |
| Subject: | Fw: wronged by officer |

Daniel Derenda
Police Commissioner
Buffalo, NY Police Department
74 Franklin St
Buffalo, NY 14202
Phone - 716-851-4571

----- Forwarded by Daniel Derenda/BPD on 08/22/2013 09:36 AM -----

"Brown,Byron" <bbrown@ch.ci.buffalo.ny.us>
08/21/2013 09:14 AM

To "'dderenda@bpdny.org' (dderenda@bpdny.org)" <dderenda@bpdny.org>,
cc
Subject FW: wronged by officer

fyi

**From:** Letitia Edwards [mailto:edwards.letitia@yahoo.com]
**Sent:** Tuesday, August 20, 2013 9:51 PM
**To:** Brown,Byron; edwards.letitia@yahoo.com
**Subject:** Re: wronged by officer

Hi mayor btown

A officer pulled my son over gor making a wide turn which a personally cnt even get ticketed for on Popular. On tht st if people is parked bybthe store on walden and popular, u have to make a wide turn. But I believe this officer was profiling.
My son had called, so I came. I tried to explain the situation with my son and that it was my truck.
The officef would not allowing me to speak and said all I want to do is cover for my son.
That was not true!
He refuse to allow me to speak and had the truck towed.
When i went back, a young woman said when I left the officer told her all my son business while she was trying to ask him a question about her house. Shebgave me her name and nbr, sayingbibshld report him.
The officer also told my son that he would of let him keep the truck if I didn't but in. Turning my son against me.

Sent from Yahoo! Mail on Android

---

**From:** Letitia Edwards < edwards.letitia@yahoo.com >;
**To:** bbrown@city-buffalo.com < bbrown@city-buffalo.com >; edwards.letitia@yahoo.com < edwards.letitia@yahoo.com >;
**Subject:** Re: men's cookout
**Sent:** Wed, Jul 17, 2013 2:00:01 AM

Hi Mayor Brown

My brother sent me this pic.
You guys had a good time.
I was still waitingbon you to call me back about 2010 Bailey. When I went out there the next morning I could see the box on the

0001

COB219460

house.

Let me know
Thank you
7165705112

Sent from Yahoo! Mail on Android

---

**From:** Letitia Edwards < edwards.letitia@yahoo.com >;
**To:** bbrown@city-buffalo.com < bbrown@city-buffalo.com >;
**Subject:** Fw: Homeless woman
**Sent:** Wed, Apr 24, 2013 5:41:55 PM

----- Forwarded Message -----
**From:** Letitia Edwards < edwards.letitia@yahoo.com >
**To:** " mayorwebmail@ch.ci.buffalo.ny.us " < mayorwebmail@ch.ci.buffalo.ny.us >
**Sent:** Tuesday, April 9, 2013 11:55 AM
**Subject:**

Hi Mayor Brown,

Im contacting u regarding 2010 Bailey Ave. I have been grieved, when i discovered a 29yr old woman, wld sometimes stay n the abandoned house. I have been offering her my assistance, which I have been a mentor for Cornerstone for over 13yrs, so thats part of my ministry. The thought to buy the property and start my Transitional Housing Program is out the question, because the house is too far gone, so I request that the house be torn down and I will purchase the lot.

Which also, brings to question and hopefully you can help me. My house has been paid off since 2003, and my heart desire is to help women as they go thru their transition. I know you are busy, Mayor! What are your thoughts, do you know someone that can help me, support these women?

I was talking with Deloris Powell and it seems so hard to find help? I have had full equity in my house for almost 10yrs.

Letitia Edwards

7165705112

0002

COB219461