# Exhibit 498

# Filed Under Seal