# Exhibit 499

# Filed Under Seal