# Exhibit 500

# Filed Under Seal