# Exhibit 501

# Filed Under Seal