# Exhibit 502

# Filed Under Seal