# Exhibit 503

# Filed Under Seal