# EXHIBIT 504



| | |
|---|---|
| BPD Administrator/BPD | To   Aaron V Young/BPD@BuffaloPoliceDept, Brian S Strobele/BPD@BuffaloPoliceDept, Daniel Derenda/BPD@BuffaloPoliceDept, Dennis J |
| 03/12/2017 04:45 AM | cc |
| | bcc |
| | Subject   A new Strike Force Daily Report has been submitted. |

Please, do not reply to this document. If you need to forward this to someone, use the "Forward" action button.

Click on the link below to review the document.



COB042866

0001                                                                                           COB042866