# EXHIBIT 505

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

QUENTIN SUTTLES,

      Plaintiff,

Civ. No.: 1:21-cv-897

v.   **<u>AFFIDAVIT</u>**

CITY OF BUFFALO, et. al..

      Defendants.
_____

STATE OF NEW YORK   )
COUNTY OF ERIE   )   SS:
CITY OF BUFFALO   )

QUENTIN SUTTLES, being duly sworn, deposes and states:

1. I am an African American male and reside in Buffalo, New York where I was born and raised.

2. On May 10, 2020, I had stopped at the Sunoco gas station on Jefferson Street near South Division. I had got there after giving Mother's Day brunch meals to my girlfriend's mother, my biological mother and adoptive mother. I was going to pick up my daughter at her grandmother's house who lived at South Buffalo. My girlfriend, Amber Mam was with me in the passenger seat, and I was driving her car.

3. While I was pumping gas, I noticed a Buffalo police patrol car vehicle with 2 officers, both of whom were staring hard at me. Both officers continued to stare at me while I pumped gas. I got back in the driver's seat pulled my vehicle out of the gas station parking lot onto Jefferson Street.

4. While I was coming out of the parking lot I saw then again-- Officers Ronald Ammerman and Michael Scheu (I came to know their names later). Their

0001

vehicle was coming off that same street that they just went by and now at this point while we were coming down Jefferson Street. Our vehicles passed each other and once that happened and they saw me again, their vehicle took a U-turn.

5. I turned down the street, the same street that they just turned from which was which was Eagle Street, and they turned right behind me. That is when I was worried as why I was being followed by this same patrol vehicle.

6. I was being targeted by them and in this process of trying to contemplate what was happening and the fear I was experiencing, I accidently turned down a one-way street which is Madison Street. Amber immediately told me that we were on one-way street as I was realizing the same thing after not even passing 2 hours. I saw that there were no cars coming and started to make a 3-point turn to ensure I was driving in the correct direction.

7. Then, the patrol car with Ammerman and Schue who had been right behind me, following me, blocked my car in the middle of my turn. It was obvious I was correcting my vehicle to not go down the wrong way on a one-way street. The patrol turned the sirens on. I was still in the middle of a turn and blocking the street, but I immediately put the car in park and stopped my turn midway.

8. Officer Scheu came to the window of my car. He asked me where I was going, and I believe I told them I was headed to pick up my daughter. I tried to explain that I had turned on the wrong street accidentally and I was fixing it, but the officers refused to listen to me. They didn't even ask about going the wrong way on a one-way street to determine if I should get a ticket or not.

0002

9. Officer Schue asked me if I had any drugs in the car. I told them no. He said he could smell marijuana. I told the officer that I smoked right before I came. There weren't any drugs in the car.

10. He asked me if I had my license and registration and gave him my ID.

11. He told me to step out of the car with my hands in the air but never told me why since there were no drugs in the car. But I did that. I complied and had my hands in the air as I exited the vehicle.

12. As I was turned around as instructed, Officer Schue started searching me, going through my pockets and pulling my belongings out and throwing them into seat of the car.

13. After he pulled my belongings out, he started to grab my private areas very aggressively. He asked me "is this is you" which I understood to mean that he was asking if my own body parts or a foreign object.

14. I told Officer Schue clearly that he was just grabbing my own private body parts, but he continued to grope and grab me roughly. As he continued to grab me, I kept telling him "it's me sir" but he keeps grabbing me. Finally, after extensively grabbing me, he confirmed that he was actually touching my private area and I knew this when he said "all right, yeah, this is him" out loud to Officer Ammerman.

15. But, then he asked me about my underwear, what kind of underwear I had on, is this the elastic wear, which I didn't even understand at that time what or why he was asking me these questions. I then asked him again what he meant by all of this and as he continued I said "no, sir, I don't know what you're talking about".

16. Then, Officer Schue he goes behind me and starts feeling my buttocks. I told him that there was nothing in my buttocks, on in my pants and "I don't have nothing".

17. Out of nowhere, Officer Schue starts screaming that my hands are in my pants, but they were not. I always had both my hands in the air.

18. Never, not one time did my hand ever reached in my pants or pants pocket or waistline. I was also complying and had complied with all of his orders.

19. Suddenly, Officer Schue slammed me down to the ground hard and on my face, so I was laying on my stomach.

20. Officer Scheu was on top of me, choking me and he started to slam his knee vigorously into my groin area from the back, hitting me with his knee extremely hard, repeatedly.

21. A similar incident had occurred 8 months prior with other Buffalo police officers who stopped me where they attacked me. All I kept remembering was that violence so and all I kept saying " every time you all see me you all keep doing this to me".

22. After that, everything started getting cloudy because as it started getting violent. This is when Officer Ammerman started punching me in my eye (and ultimately broke my eye socket and my shoulder blade).

23. At this point, because I was being beaten so violently and for no reason and even after I was complying with all their requests, I was trying so hard just to stay alive.

24. At one point, Officer Scheu was on top of me kneeing me between the butt cheek near my tailbone while Officer Ammerman was beating me violently with his fists.

25. I started to fear for my life and told Amber to record the attack by the officers.

26. I could hear her pleading with the officers to stop hitting me, to stop whatever they were doing and stating that I had nothing on me and why were they beating me, that they were going to kill me. I could hear her voice, and she sounded hysterical.

27. I was not sliding under the car to evade arrest. I was in fear for my life. By then both police officers had been beating me, my eye was swelling shut and I was trying to avoid any further blows from them to save my life.

28. Video footage shows not only that I was trying to protect myself from the brutality of Officer Ammerman and Officer Schue as they pummeled me under the car but I never hid any drugs in the process. I did not conceal anything which their own police body cam footage confirms. They never recovered this bag of drugs that they were adamant that they had.

29. Finally, when additional police patrol cars arrived, one officer came along and lifted me up.

30. During the entire course of this incident, I never disobeyed an order, never resisted arrest, resisted the officers in any way, had drugs, or hid drugs. In fact, I was making every attempt to comply with their orders and cooperate.

31. There were never any drugs recovered from my body, from the car, from the area, from that day from anywhere at all.

32. None of the officers who arrived on the scene checked on my welfare even as I was so visibly beaten.

33. I was taken to the squad car where Officer Ammerman sat in the back of the squad car with me. He was coercing me the entire ride to admit that I had drugs on me, that he knew that I have drugs on me. I never had drugs on me.

34. We went right downtown to central booking. I told the staff members there that I needed to go see a doctor, that I needed to go to the hospital when I went in there. A cavity search was conducted on me that confirmed that I did not have any drugs on me. After 3 hours of excruciating pain, I was taken to hospital for medical care.

35. I was transported to Erie County Medical Center, ECMC along with Officer Ammerman and the paramedics. I was at ECMC for about an hour or two where they took X-ray below my waist. This was done without my consent, and I never made any complaint of any injury below my waist. I had come to the hospital with a complaint with a broken shoulder blade and a broken eye socket.

36. The result of the X-ray on my right shoulder as per ECMC was a broken scapula. I was given a sling and prescribed me Lortabs. They gave me a couple appointments to follow up on. After few hours in ECMC I was transported back to central booking.

37. While I was in ECMC, Officer Jake Giaranno came up to me in the hospital room. When he first came in, I heard him talking about a video and he was talking to Officer Ammerman how a video, the video recorded by Amber was already uploaded to the Internet. He then come walking in my room, approached me very closely, threatened me to stay quiet about the earlier attack by Ammerman and Schue and demanded that I make sure to I have that video taken off the internet immediately and that he could charges dropped.

38. On May 11, 2020, I appeared before Judge Eagan and was released immediately. Despite my so-called arrest, I was never charged with a crime or even given a traffic ticket for driving the wrong direction.

0006

39. My shoulder and orbital bone were broken which has required extensive treatment and eye surgery. I will never have full vision in that eye again as I see in blurred or double vision, even with use of glasses. Attached as Exhibit "1" are records from ECMC; Exhibit "2" are records from Ross Medical and Exhibit "3" are records from Dr. Mark Sorrentino and Exhibit "4" are records from AMR of Western NY Pre-Hospital Care Report.

40. Not only do I endure physical injuries, I experienced and continue to experience mental and emotional distress. I have been diagnosed with anxiety, PTSD, sadness, behavioral changes. I feel humiliated because this brutal attack was at the news stations, and online, especially after the killing of George Floyd, more news outlets became aware of the brutality that I endured and took an interest in re-running my story including CNN news. Attached as Exhibit "5" and "6" are records from Medical- Catholic Charities of Buffalo

41. Since that date Ammerman has been active on the streets of Buffalo, harassing my friends. Every time I see a Buffalo patrol car, I fear for my life. I have endured harassment, humiliation, embarrassment, and anger. I don't feel safe in my own community.

42. On or about 08/06/2021, I filed this federal action.

43. On or about 01/25/2024, I filed another federal action against the City of Buffalo for illegally arrested me subjecting me to false arrest, imprisonment and deprivation of liberty without probable cause as there is a pattern of conduct of harassing, attacking and over policing of black men.

44. When I learned that Officer Ammerman had killed a civilian, Daevon Roberts in another "routine traffic stop" on July 11, 2024, I knew my fear that he would have killed me on May 20, 2024 were real and reasonable.

I submit this Affidavit in opposition of Defendants' Motion for Summary Judgment.

I SWEAR OR AFFIRM THAT THE ABOVE AND FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.

*Quentin Suttles*
QUENTIN SUTTLES

STATE OF NEW YORK )
COUNTY OF ERIE ) SS:
CITY OF BUFFALO )

Sworn to and subscribed before me this 19th day of September 2024, by Quentin Suttles, satisfactorily proven to be the proven to be the person named in this document.

*[signature]*
Notary Public

STEPHANIE E. SCHMIED
NOTARY PUBLIC STATE OF NEW YORK
ERIE COUNTY
LIC. #01SC0000001
COMM. EXP. 06/13/2027

My commission expires: 06/13/2027

0008