# EXHIBIT 506

*Rutherford complaint*

Dear Byron Brown,

Firstly, I would like to introduce myself. I am a graduate of Buffalo Academy of Science Charter School. I went on to collect my 2 year Associates of Applied Science degree in Business in just 1 year at Bryant & Stratton College. That was an accomplishment to me that I really adored because I was nearing a straight A student with a continuous average of 3.4 or better and I took on a huge load to be finished in just one year. At Bryant & Stratton I was a part of a the National Honors Society and Phi Beta Lambda. It was one of the happiest times in my life. I thought college to be most amazing and I was happy to be able to achieve something so amazing in such short amount of time. I was finally a positive statistic of a black woman. The statistic that says black women has the highest entrance percentages in college enrollments. Finally a positive and progressive statistic for us, by us.

Through the accomplishments of Bryant & Stratton, I applied to Canisius College because I wanted to learn French. I was accepted and offered and given scholarships to attend. I was and still am most grateful they have helped me tremendously. At Canisius I have volunteered a lot. For a semester, I volunteered at Friends of Night People in which I gave the less fortunate clothing and toiletries. What an experience! But that is another story for another day. Getting back on track, I am set to graduate at Canisius College this May 2019 with a bachelors in International Relations and Political Science degree. I currently work as a janitor for a company because that is the only job that allows me much freedom so that I can focus on my studies to graduate. My name is Takileonia Rutherford and I am just trying to be great an do the right thing so I can be a good role model as an aunt, and hopefully one day a mother and a wife to my husband and children. The future generations.

Why am I telling you this? Well yesterday on February 13, 2019 around 10pm I was falsely identified as a suspect to a shooting and condensed and condemned into being "a black female with a white hoodie." By officer S. Alvarez or A. Alvarez (I cannot fully remember the name) and his team of about 15 or more officers. I was in complete and utter shock and disbelief. First of all, my long wool Calvin Klein blush pink winter coat doesn't look like a hoodie and second of all I am trying to graduate so that I can start a career and a family. So as to why I would engage in any sort of criminal activity is BEYOND my wildest imagination. It's not that I lack human capabilities but after seeing how the American police and justice system is running, I often stay far away from police, courts, and any type of run ins with the law. I do not aspire to go out like Sandra Bland, Philando Castile, or Emmett Till. So I find myself shying away from bad situations due to this undesire. The police officers were offended when I asked them "will you kill me?" But I don't know American police to be anything other than trained fighters and killers. And for a person that doesn't get into run ins with the law I automatically have a guard up when I have 15 officers treating me as a suspect of a crime that I didn't commit. Now I am no student of the justice system but I know that what happened last night was unfair and unjust. Not only that, they spent a lot of time searching me giving the actual shooter an immense amount of time to get away. They took my name and address. And searched my mom's car without a warrant and because they said my blush pink winter coat looks like a "white hoodie." All of that just to find out it wasn't me and that the real suspect and victim had got away. I couldn't believe what I was going through and that

COB239058

**0001**

anyone has ever had to go through this sort of racial profiling ever in life. That is a major flaw in the justice system that deserves major reform. They should have a straight and clear story to pull someone over and search their vehicles without a warrant than "a black girl in a white hoodie," which was the description that they gave me and I continuously said "No," due to being in shock. They did that to Kalief Browder who ended up taking his life because he was a "black boy with a book bag," who ended up sitting in solitary confinement for a crime he didn't commit. So too has so many others sat in prison due to false depictions and non-descriptions as the one I was condemned to last night. I understand those officers were doing their jobs but that is the worst feeling of humiliation and living in the unknown that anyone could go through, dead in the middle of the winter. I call that this crazy law to pull anyone over due to a small description be changed or added that a bigger description need to be given because I guaranteed you that when they find this person, we do not look alike or talk alike and our only similarity is that we are young black females. And no I do not want my life taken away over a crime that I did not commit under the strength of the fact that I am a black female. I would like to finish school and continue on to build my future in peace but this moment has shaken me like bacon in a can.

The only thing running through my mind was the disgusting things people have been through due to that exact racial profiling that only minimally fits the description of the actual criminal. The Alvarez officer tried to tell me that my school IDs that I offered up wasn't me, probably because my skin was significantly darker in the picture due to it being summer time and yes my skin significantly changes in the summer. However, I have absolutely nothing to lie about or lie so that was very hurtful and mean.

The situation is over now but the humiliation and hurt, not just for myself, but for other law abiding citizens whom have experienced this same horrendous moment, is still there and will forever remain. I am traumatized. We do not deserve this because of someone has to do their job and if my wish were for anything it would be for police officers not to be so rude and mean to people by pulling them over when they did not commit any crime at all. It is 9:45am and I have an exam at 10am for my European Union class today on February 14, 2019 that I didn't get any extra chances to study last night due to that situation and being up all night talking about the situation and trying to calm my nerves from it. I needed to drive home but I didn't because I felt that they were going to pull me over again. I almost had a heart attack from this terrible moment. Good thing it was only anxiety and nerves due to the unknown. I would like to talk to these police officers in Buffalo to let them know who I am and who they thought I was and that they were terribly mistaken and I deserve an apology. This is unfair and I feel that my voice should be heard and they need to know that if I fail that exam it is partially due to that brief yet tremendously traumatic moment that they put me through last night. My heart is broken and I hope they found the shooter because that is a horrible situation. But I really want them to know that they have the WRONG woman in every aspect of the word.

Sincerely disturbed,

T. Rutherford

COB239059

## Beaty, Kimberly Lynn

**From:** Takileonia Rutherford <rutherft@canisius.edu>
**Sent:** Thursday, February 28, 2019 10:02 AM
**To:** Beaty, Kimberly Lynn; Norris, Sababu C
**Subject:** Thank you!

Hello,

I really wanted to thank you guys for talking to me and helping me out. Though I will never understand some things about the American Government I am trying my hardest to find understanding and compassion through communication everyday. It is NOT easy. I hope that with time I will forgive and move on. The apology did really make me happy because Mrs. Beaty you were right my feelings were hurt. So I just hope to move forward and not think of it and pray I don't find myself in such a horrifying situation like that again. Thank y'all so much!

Praying on moving forward,
T. Rutherford

COB239060

0003