# Exhibit 507

# Filed Under Seal