# EXHIBIT 508

Message

| | |
|---|---|
| **From:** | Harold M McLellan [hmmclellan@bpdny.org] |
| **Sent:** | 12/2/2014 3:14:25 PM |
| **To:** | Harold M McLellan |
| **Subject:** | Fw: Traffic Stop - Kenneth Jones |

Chief,

     I received this P-73 from PO Kelly Craig.   I did not receive anything from the Command staff at D District.   Please see that PO Craig is informed of how the "Chain of Command" works.   I still need something from Captain Mullen indicating the complainant was contact as well as any comments and/or recommendations.   Thank you.

Respectfully,

Inspector Harold M. McLellan
Internal Affairs Division
Buffalo Police Department
74 Franklin St. Room 222
Buffalo, New York 14202
Office (716) 851-4557
Fax (716) 851-5229
Email:   hmmclellan@bpdny.org

----- Forwarded by Harold M McLellan/BPD on 12/02/2014 10:08 AM -----

**Kelly M Craig/BPD**

12/01/2014 02:20 PM

To Harold M McLellan/BPD@BuffaloPoliceDept, Barbara A Lark/BPD@BuffaloPoliceDept, Paul K Mullen/BPD@BuffaloPoliceDept, Anthony J Barba/BPD@BuffaloPoliceDept,
cc
Subject Fw: Traffic Stop

----- Forwarded by Kelly M Craig/BPD on 12/01/2014 02:19 PM -----

P-73   **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

COB423922

| TO:Inspector Harold M McLellan | DATE:12/01/2014 01:25:41 PM |
|---|---|
| FROM:Kelly M Craig | SUBJECT:Traffic Stop |

CC Chief A. Barba
  CC Captain P. Mullen
  CC Barbara Lark
  CC PO M. Jones

Sirs/Ma'am

Due to a shortage of cars available to MP5 officers myslef & Ofc. Vara were riding together on 9-14-2014.   While traveling EB on hertel we did observe NY Reg GHW4116 driving EB on Hertel, pass through the red light @the intersection of Hertel/Delaware.   In keeping with our duty to enforce the laws/ordinances within the City Of Buffalo as outlined in the MOP; we did pull the driver over based solely on the fact that he was in clear violation of the NY State Vehicle & Traffic Law & not at all based on the racial ethnicity of the driver.

After approaching the vehicle I asked the driver "do you have a drivers license"? The driver then looked @myslef & Ofc. Vara & w/o response to my question; opened his coat & reached into an inside pocket. The driver was never told to reach for or produce his license @that time, only if he had in fact had a license.   I immediately asked him to remove his hand from his pocket, @which time he did refuse.   Ofc. vara asked for a second time, still he (the driver) refused.   I immediately radioed for more cars.     Due to the drivers suspicous behavior, blatant act of refusal, &   noncompliance w/our reasonable request for him to show his hands myslef & Ofc. Vara then placed our hands on top of our holstered weapons & waited for back-up to arrive.

Once back-up officers arrived the driver & female passenger were told to step out of the vehicle.   The driver was immediately detained & searched given his suspicious behavior.   The female passenger refused to exit the vehicle stating "my skirt is really short".   I replied "then maybe you should't have worn it, but you still have to step out of the veh". Once both were searched & any threat was mitigated I allowed the female pass to sit inside the veh while I wrote the summons.   The driver then stated it was unfair that he had to exit the vehicle.   We explained that with recent & very real threats to the lives of police officers & given his failure to comply w/our request we had no other choice but to have him exit the veh for his safety as well as ours.

Respectfully Submitted,
P.O. Kelly Craig

COB423923

COB423924