# Exhibit 509

# Filed Under Seal