# Exhibit 510

# Filed Under Seal