# EXHIBIT 511

LOCAL

# Buffalo Council President says his party guests were unfairly treated by police

Buffalo Common Council President Darius Pridgen posted a Facebook Live video early Wednesday morning to call attention to the treatment of guests attending a 4th of July party at his condo near Canalside.



Author: **WGRZ**
Published: **10:38 AM EDT July 5, 2017**
Updated: **6:38 PM EDT July 5, 2017**



BUFFALO, NY - Buffalo Common Council President Darius Pridgen posted a Facebook L... Close Ad

his video, Pridgen says he notified police about his party earlier in the week. He also says guests attending other parties in the area were allowed through.

0001

In the nearly 7:30 minute video, Pridgen says his son drove him to the corner where police were stopping cars and he witnessed his guests being turned around. Pridgen also says he became angry at the officers, and believes he would have gone to jail if he were not an elected official. The councilman, however, says he would have been willing to go to jail for standing up for what he believes is right. Near the end of the video, Pridgen says, "Canalside, the waterfront, cannot just be about one class, or group, or color of people."

"In the Buffalo Police Department we expect everybody to be treated equally," said Buffalo Police Lt. Jeff Rinaldo.

"When accusations arise that that hasn't occurred, the Commissioner is quick to open an investigation and we will look into it. I know internal affairs will be speaking to the lieutenant in charge of that area, as well as the officers on those posts. If there's merit to it quick action will be taken," Rinaldo said.



Pridgen politely declined comment when WGRZ-TV went to his city hall office on Wednesday, other than to confirm that Police Commissioner Daniel Derenda contacted him that morning, and that he was "satisfied" with the course of their conversation.

Watch Councilman Pridgen's Facebook post below.

0002

Video Unavailable
This video may no longer exist, or you don't have permission to view it.

Learn more

**Raffia Buckle Poplin Shirtdress**
talbots.com
Talbots | Sponsored

Shop

**NYDJ Women's Becky Short Sleeved Blouse in Gerania, Regular, Size: XS | Polyester/Denim**
$35.98 - NYDJ | Sponsored

Shop now

**NYDJ Women's Maya Blouse in Blue Stripe, Regular, Size: XS**
$35.98 - NYDJ | Sponsored

Shop now



**Want to know more? click here**
vivaia.com | Sponsored

0003

**NYDJ Women's Becky Short Sleeved Blouse in Paislyn, Regular, Size: XS | Polyester**

$51.98 - NYDJ | Sponsored

Shop now

**Neurologists Amazed: These Barefoot Shoes Help Seniors Lose Weight and Live a Life with Less Pain**

Barefoot Shoes are the Ultimate Weight Loss Tool for 2025.

Barefoot Vitality | Sponsored

Learn More

**Breaking News**

The ASPCA is assisting with the rescue of more than 150 dogs from suspected dogfighting in South Carolina.

Donate to the ASPCA. | Sponsored

Donate Now

**Is your Rite Aid closing? 151 more locations set to close**

wgrz.com

**Rite Aid closes 68 stores in Western NY**

wgrz.com

LOADING NEXT ARTICLE...

0004