# EXHIBIT 512

56°

SIGN UP

0001



NEWS

# Pridgen sets off fireworks over police handling his July 4th visitors

by: **Al Vaughters**
Posted: Jul 5, 2017 / 07:51 PM EDT
Updated: Jul 5, 2017 / 07:51 PM EDT

SHARE

**BUFFALO, N.Y. (WIVB)** – As thousands of cheering spectators enjoyed Buffalo's Fourth of July fireworks celebration at Canalside, Common Council President Darius Pridgen was ripping Buffalo police on Facebook for turning guests away from his waterfront gathering.

Pridgen was hosting an Independence Day party at his waterfront condominium, and was alerted that police were turning away many of his guests, so the city lawmaker recorded about a 7 minute video clip on Facebook, out of frustration with police.

"Because I have already heard that a police officer said that I came down there screaming. I want to agree with them. I did."

Police set up a checkpoint here at the entrance to Erie Street which is the only access to several condominium complexes along the waterfront, including Harbour Pointe, where Pridgen lives

The council president said he went to the checkpoint and watched certain people getting rejected, while others were let through, suggesting race was a factor without actually calling it racial profiling.

"I came down there screaming because, why the people who come to see me, or who look like me, why can't they turn down the street? But everybody else did."

Pridgen talked with Police Commissioner Daniel Derenda, Wednesday morning, and Derenda is now calling for an internal affairs investigation, according to Buffalo police spokesman, Lt. Jeff Rinaldo.

"In the Buffalo Police Department we expect everybody to be treated equally, and when accusations arise that that has not occurred, the Commissioner is quick to open up an investigation and we look at it."

Later on Wednesday, Pridgen recorded a second clip on Facebook to clarify the first, denying he was being critical of police, "This is not a 'Police-versus-Darius' issue because I am going to say again, you need great policing in order to keep order and crime down, but keep order in a city."

He went on to give a thumbs up and say, "pro police–pro good police officers."

Pridgen later issued an apology to his family, and people who witnessed his "dust up" with police. The city leader insists the issue is accessibility for all residents to one of Buffalo's greatest assets, the Buffalo Waterfront.

Copyright 2025 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

SPONSORED CONTENT

Privacy Policy

NYDJ Women's Becky Short Sleeved Blouse in Paislyn, Regular, Size: XS | Polyester
$51.98 - NYDJ
Shop now

NYDJ Women's Becky Short Sleeved Blouse in Gerania, Regular, Size: XS | Polyester/Denim
$35.98 - NYDJ
Shop now

NYDJ Women's Pintuck Blouse in Matilda Dot, Regular, Size: XXS | Polyester/Denim
$48.98 - NYDJ
Shop now

NYDJ Women's Maya Blouse in Blue Stripe, Regular, Size: XS
$35.98 - NYDJ
Shop now

Chic is in the details
Chico's
Shop now

Flight Attendant Reveals How To Fly Business Class For The Price of Economy
Online Shopping Tools

NYDJ Women's No Gapper™ Marilyn Straight Jeans in Valencia Surf, Regular, Size: 00 | Denim
nydjus
Buy now

Invest in Dubai. Buy Studio,1, 2, 3, 4BR Or A Penthouse

READ NEXT >

Gov. Hochul directs flags at half-staff Thursday for recently passed state trooper

READ NEXT >

Next story in 5

Cancel

0002

**Neurologists Amazed: These Barefoot Shoes Help Seniors Lose Weight and Live a Life with Less Pain**
Barefoot Vitality

Learn More

**THIS 5 Min Quiz Tells You What Your Body Actually Needs To Lose Weight**
Noom

Learn More

## TOP STORIES

**Macron will kick off Singapore security conference ...**

**Asian shares mostly decline as uncertainty grows ...**

**Witnesses in Gaza describe more chaos at food distribution ...**

**Google, Justice Department face off in climactic ...**

**Bernard Kerik, who led NYPD on 9/11 before prison ...**

Top Stories

READ NEXT >

Gov. Hochul directs flags at half-staff Thursday for recently passed state trooper

READ NEXT >

Next story in 5

0003

Asian shares mostly decline as uncertainty grows …

Witnesses in Gaza describe more chaos at food distribution …

Google, Justice Department face off in climactic …

Bernard Kerik, who led NYPD on 9/11 before prison …

Faizan Zaki overcomes a shocking, self-inflicted …

Chicago risks severe cuts to transit. Its poorest …

More Stories

News 4 Buffalo Video

READ NEXT >

Gov. Hochul directs flags at half-staff Thursday for recently passed state trooper 

READ NEXT >

Next story in 5

0004

More Videos



SUBSCRIBE NOW
# Daily News

Enter Your Email

SIGN UP NOW

BESTREVIEWS.COM - TOP PICKS TO MAKE EVERYONE HAPPY

**Your dad will love these practical gifts for Father's …**
Holiday • 2 days ago

**Stanley's top picks for Father's Day will make Dad …**
Holiday • 3 days ago

**Walmart's 'Flash Deals' are filled with hidden gems …**
Holiday • 3 days ago

**The best grills as Father's Day gifts**
Holiday • 5 days ago

**Father's Day gifts for dog-obsessed dads**
Holiday • 6 days ago

**The best Memorial Day pet deals for your favorite …**
Holiday • 7 days ago

View All BestReviews Picks

READ NEXT >

Gov. Hochul directs flags at half-staff Thursday for recently passed state trooper

READ NEXT >

Next story in 5

0005

| Contests | TV Listings |
| About Us | Contact Us |
| Advertise With Us | About Our Ads |
| Captioning Concerns | WIVB FCC Public File |
| WIVB EEO Report | WNLO FCC Public File |
| WNLO EEO Report | Nexstar CC Certification |

**Get News App**



**Get Weather App**



**Stay Connected**

| Privacy Policy  11/18/2024 | Terms Of Use |
| FCC Applications | Public File Assistance Contact |
| Subscribe To Push Notifications | The Hill |
| NewsNation | BestReviews |
| Content Licensing | Nexstar Digital |
| Journalistic Integrity | Sitemap |
| Do Not Sell or Share My Personal Information | |

© 1998 - 2025 Nexstar Media Inc. | All Rights Reserved.

**READ NEXT >**

Gov. Hochul directs flags at half-staff Thursday for recently passed state trooper 

**READ NEXT >**

Next story in 5

0006