# Exhibit 513

# Filed Under Seal