# Exhibit 514

# Filed Under Seal