# Exhibit 516

# Filed Under Seal