# EXHIBIT 517

## ANNUAL STATISTICS
## STRIKE FORCE AND HOUSING

|  | 2013 | 2014 | 2015 | *2016 | *2017 | 2018 |
|---|---|---|---|---|---|---|
| ARRESTS | 5,092 | 7,854 | 9,293 | 10,644 | 12,625 |  |
| TRAFFIC SUMMONSES | 20,579 | 25,502 | 39,757 | 42,930 | 42,788 |  |
| VEHICLE IMPOUNDS | 2,864 | 2,668 | 2,813 | 1,873 | 1,118 |  |
| CITY ORDINANCES | 291 | 509 | 717 | 9,916 | 3,410 |  |
| PARKING TAGS | 839 | 1,543 | 1,993 | 8,895 | 6,734 |  |
| GUNS SEIZED | 70 | 116 | 166 | 131 | 75 |  |
| CASH SEIZED | $68,401.00 | $104,533.00 | $112,727.00 | $70,320.00 | $91,525.46 |  |

*UNOFFICIAL STATS COMPILED BY CAPTAIN SERAFINI*

0001

COB042317