# EXHIBIT 518



| | Patrick A Roberts/BPD<br>03/30/2015 11:36 AM | To | David E Wilcox/BPD, |
|---|---|---|---|
| | | cc | |
| | | bcc | |
| | | Subject | Re:Traffic Violations |

I read it as well and the one ommission was who would be in charge. I will attempt to gather more information on these matters and pass it to you. I am well aware of how these changes might impact our officers and share all of your concerns.

Sent from Lotus Traveler

David E Wilcox --- Traffic Violations ---

| From: | "David E Wilcox" <dewilcox@bpdny.org> |
|---|---|
| To: | "Patrick A Roberts" <paroberts@bpdny.org>, "Kevin J Brinkworth" <kjbrinkworth@bpdny.org>, "Daniel A Burke" <daburke@bpdny.org>, "Thomas R Whelan" <trwhelan@bpdny.org>, "George P McLean" <gpmclean@bpdny.org> |
| Date: | Mon, Mar 30, 2015 10:50 AM |
| Subject | Traffic Violations |

Sir:

Officers read the Sunday Buffalo News article detailing the city taking over the Traffic Violations Bureau. The article clearly states the financial benefits the city will reap from handling such matters. The question on everyone's mind is - "Will officers still be called to testify/appear?" As you know, the two units (Housing and Strike Force) write a great deal of traffic summons and many officers appear weekly to testify. I realize that there are many questions to be addressed in the next few weeks, but would ask that you inquire as to how officers will be impacted by the new TVB. Keeping the officers informed will allow for an easier transition should there be substantive changes.
Thank you for your attention in this matter. Rest assured that the officers assigned here will continue to be diligent in their traffic enforcement. We have taken a great deal of pride in the numbers that the units have generated. This will not change. Housing and Strike Force will continue to deliver what is asked of us.

Respectfully,
Lt. David Wilcox
Strike Force