# Exhibit 519

# Electronic Media Manually Filed