# Exhibit 520

# Intentionally Left Blank