# EXHIBIT 521

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,

      Plaintiffs

      v.

CITY OF BUFFALO, N.Y., et al.,

      Defendants.

No. 1:18-cv-00719-CCR

## SUPPLEMENTAL EXPERT REPORT OF DAVID BJERK, PH.D.

1.      This Second Supplemental Report supplements my original Expert Report and my Supplemental Report dated July 29, 2024 with updated data, which consists of (a) TraCS and Buffalo's Open Data information on citations data issued in the City of Buffalo for 2024, and (b) Buffalo's Open Data for Traffic Stop Receipts ("TSRs") through March 31, 2025. This Second Supplemental Report does not incorporate updated data on checkpoints, as my understanding is that checkpoints ceased well before 2024, meaning that this dataset did not need to be updated.

2.      This data was obtained and cleaned in the manner described in my first Supplemental Report dated July 29, 2024.

3.      This Second Supplemental Report incorporates post-January 1, 2024, citation and stops data by including that data in the "Current Era," which my original Expert Report defined as the period beginning in March 2020 and corresponding to the beginning of the COVID-19 pandemic and the protests and potential changes in policing behavior following the death of George Floyd. This update consists of 19,278 additional citations observations, of which 19,702 could be mapped to census tracts, which were generated in about 3,273 additional distinct incidents. It also includes 2,925 additional TSR's relative to my previous Supplemental Report.

4.      To the extent my analyses considered changes between distinct periods of time, I decided to incorporate post-January 1, 2024, data into the Current Era (previously defined as the

time period beginning in March 2020 and running through the end of the period for which data was available), rather than treating that data as falling within a newly defined era. I did this because citation counts in both the first half and second half of 2024 were extremely similar to those in each six-month period between July 2021 and December 2022 (see Figure 1.1). Moreover, I was not (and am not) aware of any significant events or publicized policy changes that I would expect to have affected policing policies or practices in the City of Buffalo in 2024.

5.　　This Second Supplemental Report incorporates all the most recent data to which I have access. The Second Supplemental Report consists of updated versions of the tables and figures that I included in my original Expert Report and Supplemental Report. Tables and figures that have been amended to include more recent data since the Supplemental Report have a .2 suffix appended to their table or figure number. As noted, checkpoints data has not (and did not need to be) updated, so this Second Supplemental Report does not include updated versions of those tables and figures. This update also does not affect aspects of my analysis that did not rely on entire-period or Current-Era data (e.g., data about the relative crime and accident rates in neighborhoods prior to June 2012).

6.　　As those tables and figures indicate, the updated data I analyzed is quite similar to the Current Era data that I analyzed in my original Expert Report and Supplemental Report. Consequently, incorporating this updated data did not lead to any qualitatively significant changes to any of my results, and therefore did not alter any of my conclusions.

7.　　I reserve the right to further supplement my report if I receive new data.

Respectfully submitted this 24th day of April, 2025

David Bjerk, Ph.D

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**



Figure 1.2: Total Citations by Six-month period



Fig 2: Distribution Fraction Minority Across Census Tracts

UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT

| Table 1.2 - Wilcoxon Rank-Sum Tests of Equality of Distributions Across Eras | | | |
|---|---|---|---|
| | | Rank Sum | |
| Compared Eras | Obs | Actual | Expected Under Null |
| Era 1 - Pre-Strikeforce | 6 | 24 | 129 |
| Era 2 - Strikeforce | 36 | 879 | 774 |
| | | | z = -3.774 |
| | | | pval < 0.0001 |
| | | | |
| Era 2 - Strikeforce | 36 | 803 | 1224 |
| Era 3- BTVA | 31 | 1475 | 1054 |
| | | | z = -5.294 |
| | | | pval < 0.0001 |
| | | | |
| Era 3- BTVA | 31 | 1221 | 883.5 |
| Era 4 - Post-Strikeforce | 25 | 375 | 712.5 |
| | | | z = 5.563 |
| | | | pval < 0.0001 |
| | | | |
| Era 4 - Post-Strikeforce | 25 | 1755 | 1050 |
| Era 5 - Current | 58 | 1731 | 2436 |
| | | | z = 6.998 |
| | | | pval < 0.0001 |

| Table 2.2 - Randomized Wilcoxon Rank-Sum Tests Within Eras (10 trials per era) | | | | |
|---|---|---|---|---|
| | P-values on Null Hypothesis: | | | |
| Era | < 0.01 | 0.01 - 0.05 | 0.05 - 0.10 | > 0.10 |
| Era 1 - Pre-Strikeforce | 0 | 0 | 0 | 10 |
| Era 2 - Strikeforce | 0 | 1 | 1 | 8 |
| Era 3 - BTVA | 0 | 0 | 0 | 10 |
| Era 4 - Post-Strikeforce | 0 | 1 | 1 | 8 |
| Era 5 - Current | 0 | 1 | 1 | 8 |

*Each trial randomly divides months in each era into two distinct samples. P-values reveal
the likelihood these samples come from the same underlying data generating process.

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**



Figure 3.2a: Mean Monthly Citations per Tract



Figure 3.2b: Mean Monthly Moving Citations per Tract

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN EXPERT REPORT**



Figure 3.2c: Mean Monthly Non-moving Citations per Tract

- 0-20% Minority (n=21)
- 20-40% Minority (n=19)
- 40-60% Minority (n=9)
- 60-80% Minority (n=9)
- 80-100% Minority (n=21)

**Table 3: Distribution of Violent Crime in High-Crime Tracts**

|  | High-Minority (60-100%) | Low-Minority (0-40%) |
|---|---|---|
| Number of Tracts | 18 | 5 |
| **Violent Crime Incidents (12-mo. Prior to Strikeforce)** | | |
| Mean | 208.2 | 258.2 |
| Median | 186 | 188 |
| 25th Percentile | 163 | 165 |
| 75th Percentile | 241 | 242 |

High-Crime tracts include only census tracts in top third of violent crime incident distribution for the 12 months prior to Strikeforce.

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**



Figure 4.2a: Mean Monthly Tinted Window Citations per Tract



Figure 4.2b: Mean Monthly Other Observable Equipment Citations per Tract

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**





**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**





**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**

| Table 4.2: Mean Monthly Citations per Tract (Pre-Strikeforce Highest Violent Crime Tracts Only) | | | | | |
|---|---|---|---|---|---|
| | **Tract Type** | | | | |
| **Era** | **High-Minority** | **Low-Minority** | **Difference** | **t-stat** | **p-val** |
| **All Citations** | | | | | |
| Pre-Strikeforce | 17.9 | 26.9 | **-9.0** | -1.91 | **0.07** |
| | (2.7) | (3.87) | (4.72) | | |
| Strikeforce | 77.8 | 39.2 | **38.5** | 2.31 | **0.03** |
| | (15.62) | (5.84) | (16.68) | | |
| BTVA | 126.7 | 60.8 | **65.9** | 2.29 | **0.03** |
| | (25.96) | (12.48) | (28.8) | | |
| Post-Strikeforce | 54.1 | 50.7 | **3.3** | 0.18 | **0.86** |
| | (8.23) | (16.73) | (18.65) | | |
| Current | 20.6 | 41.2 | **-20.6** | -1.07 | **0.30** |
| | (2.66) | (19.07) | (19.26) | | |
| | | | | | |
| **Moving Violations** | | | | | |
| Pre-Strikeforce | 5.2 | 9.2 | **-4.0** | -1.67 | **0.11** |
| | (.91) | (2.19) | (2.37) | | |
| Strikeforce | 12.3 | 10.3 | **2.0** | 0.58 | **0.57** |
| | (2.55) | (2.27) | (3.42) | | |
| BTVA | 19.0 | 13.0 | **6.0** | 1.22 | **0.23** |
| | (3.32) | (3.6) | (4.9) | | |
| Post-Strikeforce | 14.1 | 17.0 | **-2.9** | -0.39 | **0.70** |
| | (1.68) | (7.36) | (7.55) | | |
| Current | 6.4 | 12.6 | **-6.2** | -1 | **0.33** |
| | (.66) | (6.2) | (6.24) | | |
| | | | | | |
| **Non-moving Violations** | | | | | |
| Pre-Strikeforce | 12.7 | 17.7 | **-5.0** | -1.58 | **0.13** |
| | (1.92) | (2.56) | (3.2) | | |
| Strikeforce | 65.6 | 28.9 | **36.7** | 2.66 | **0.01** |
| | (13.19) | (3.98) | (13.78) | | |
| BTVA | 107.8 | 47.8 | **60.0** | 2.42 | **0.02** |
| | (22.7) | (9.98) | (24.8) | | |
| Post-Strikeforce | 39.8 | 32.6 | **7.2** | 0.62 | **0.54** |
| | (6.68) | (9.51) | (11.62) | | |
| Current | 14.1 | 27.7 | **13.6** | -1.06 | **0.30** |
| | (2.13) | (12.72) | (12.9) | | |

Includes only census tracts in top third of violent crime incident distribution for the 12 months prior to Strikeforce. Standard errors in parentheses, all clustered by census tract to take account of non-independence.

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN EXPERT REPORT**



Figure 5a: Tract Characteristics by Tract Type



Figure 5b: Tract Accidents by Tract Type

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**



**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**

**Table 5.2a - Difference Between Actual and Expected Total Citations per Month (Pre-Era Controls)**

| Variable | Coefficients on Predictors of Total Monthly Citations in Low-minority Tracts (OLS) | | | | |
|---|---|---|---|---|---|
| | Pre-Strikeforce Era | Strikeforce Era | BTVA Era | Post-Strikeforce Era | Current Era |
| Total Population (100s) | 0.09 | 0.07 | -0.23 | -0.53*** | -0.28** |
| | (0.10) | (0.11) | (0.14) | (0.20) | (0.12) |
| Pre-era minor accidents (10s) | -2.19** | -2.83** | -2.36 | 5.62*** | 0.14 |
| | (0.90) | (1.31) | (1.71) | (2.03) | (0.86) |
| Pre-era injury accidents (10s) | 4.33** | 4.17*** | 4.69* | -6.30 | 3.65* |
| | (1.62) | (1.35) | (2.51) | (4.46) | (2.15) |
| Pre-era violent incidents (100s) | 7.59** | 10.17*** | 33.50*** | 18.61** | 15.05* |
| | (2.81) | (2.69) | (7.40) | (8.50) | (7.60) |
| Pre-Era property incidents (100s) | -0.90 | 2.23 | -5.29 | 3.32 | 0.58 |
| | (1.78) | (1.48) | (4.15) | (4.38) | (2.15) |
| Constant | 4.71 | 1.84 | 11.54* | 16.83** | 4.06 |
| | (3.69) | (3.66) | (5.78) | (7.14) | (5.20) |
| | | | | | |
| Observations | 240 | 1,440 | 1,240 | 1,000 | 2,283 |
| R-squared | 0.27 | 0.33 | 0.39 | 0.47 | 0.42 |
| | Avg. Difference Between Actual and Predicted Monthly Citations by Tract Type | | | | |
| High-minority Tracts (N = 30) | -7.49*** | 29.38*** | 37.68** | 10.93* | -10.63*** |
| | (2.12) | (9.59) | (15.95) | (5.82) | (2.54) |
| Mixed-race Tracts (N = 9) | 1.25 | 11.56* | 10.80 | 1.06 | 0.82 |
| | (5.42) | (6.91) | (11.94) | (6.01) | (3.18) |
| Intercept (Low-Minority Tracts) | 0.00 | -0.00 | 0.00 | -0.00 | -0.00 |
| | (1.24) | (1.19) | (1.78) | (2.11) | (1.51) |

Heteroskedastic robust standard errors clustered by census tract shown in parentheses. Accidents and criminal incidents correspond to the numbers of such incidents in the year prior to the start of each era. ***indicates significance at 1% level, **indicates significance at 5% level, *indicates significance at 10% level.

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**

**Table 5.2b - Difference Between Actual and Predicted Monthly Non-moving Citations**

| Variable | Coeff. on Predictors of Monthly Non-moving Citations in Low-minority Tracts  (OLS) | | | | |
| --- | --- | --- | --- | --- | --- |
| | Pre-Strikeforce Era | Strikeforce Era | BTVA Era | Post-Strikeforce Era | Current Era |
| Total Population (100s) | -0.01 | 0.02 | -0.13 | -0.30*** | -0.19** |
| | (0.06) | (0.10) | (0.11) | (0.09) | (0.07) |
| Pre-era minor accidents (10s) | -1.67** | -2.54** | -2.27 | 2.59 | -0.31 |
| | (0.69) | (1.12) | (1.41) | (1.67) | (0.58) |
| Pre-era injury accidents (10s) | 2.37** | 3.04** | 3.78* | -3.16 | 3.17** |
| | (1.11) | (1.13) | (2.03) | (3.06) | (1.47) |
| Pre-era violent incidents (100s) | 8.57*** | 9.61*** | 28.26*** | 15.80*** | 12.62** |
| | (2.03) | (2.20) | (7.02) | (5.00) | (5.59) |
| Pre-Era property incidents (100s) | -1.72 | 1.08 | -4.43 | 0.72 | 0.23 |
| | (1.50) | (1.09) | (3.81) | (1.55) | (1.43) |
| Constant | 5.14* | 2.25 | 5.64 | 8.08*** | 0.39 |
| | (2.57) | (3.37) | (4.31) | (2.92) | (2.77) |
| | | | | | |
| Observations | 240 | 1,440 | 1,240 | 1,000 | 2,283 |
| R-squared | 0.31 | 0.29 | 0.39 | 0.50 | 0.45 |
| | | | | | |
| | Avg. Diff. Between Actual and Predicted Monthly Non-moving Citations | | | | |
| High-minority Tracts (N = 30) | -4.74*** | 27.12*** | 35.01** | 10.41** | -7.33*** |
| | (1.38) | (8.09) | (13.99) | (4.39) | (1.96) |
| Mixed-race Tracts (N = 9) | -0.44 | 9.25* | 10.82 | 3.35 | 0.30 |
| | (3.04) | (5.18) | (10.61) | (3.73) | (1.55) |
| Intercept (Low-Minority Tracts) | -0.00 | 0.00 | 0.00 | 0.00 | -0.00 |
| | (0.84) | (0.99) | (1.49) | (1.08) | (0.89) |

Heteroskedastic robust standard errors clustered by census tract shown in parentheses. Accidents and criminal incidents correspond to the numbers of such incidents in the year prior to the start of each era.  ***indicates significance at 1% level, **indicates significance at 5% level, *indicates significance at 10% level. Non-moving violation citations include citations for equipment infractions (e.g., tinted windows, obscured view, seatblelt/childseat infractions, worn tires, broken lights), license/registration infractions, insurance infractions, and inspection infractions.

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**

**Table 5.2c - Difference Between Actual and Predicted Monthly Moving Citations**

| Variable | Coeff. on Predictors of Monthly Moving Citations in Low-minority Tracts (OLS) | | | | |
| --- | --- | --- | --- | --- | --- |
|  | Pre-Strikeforce Era | Strikeforce Era | BTVA Era | Post-Strikeforce Era | Current Era |
| Total Population (100s) | 0.10 | 0.05 | -0.08 | -0.10 | -0.05 |
|  | (0.07) | (0.03) | (0.05) | (0.09) | (0.07) |
| Pre-era minor accidents (10s) | -0.52 | -0.27 | -0.44 | 1.91*** | 0.44 |
|  | (0.39) | (0.28) | (0.35) | (0.53) | (0.33) |
| Pre-era injury accidents (10s) | 1.97** | 1.12*** | 1.18* | -1.00 | 0.39 |
|  | (0.85) | (0.36) | (0.59) | (1.37) | (0.90) |
| Pre-era violent incidents (100s) | -1.05 | 0.47 | 5.19*** | 0.79 | 2.26 |
|  | (1.50) | (0.90) | (1.54) | (3.77) | (2.27) |
| Pre-Era property incidents (100s) | 0.87 | 1.21** | -0.17 | 2.85 | 0.45 |
|  | (0.76) | (0.52) | (0.73) | (3.71) | (0.80) |
| Constant | -0.52 | -0.56 | 4.19** | 2.98 | 2.06 |
|  | (2.38) | (0.93) | (1.84) | (3.19) | (3.06) |
|  |  |  |  |  |  |
| Observations | 240 | 1,440 | 1,240 | 1,000 | 2,283 |
| R-squared | 0.16 | 0.27 | 0.17 | 0.28 | 0.22 |
|  | **Avg. Diff. Between Actual and Predicted Monthly Moving Citations** | | | | |
| High-minority Tracts (N = 30) | -2.69** | 2.42 | 2.60 | 1.53 | -2.44*** |
|  | (1.05) | (1.64) | (2.08) | (1.53) | (0.92) |
| Mixed-race Tracts (N = 9) | 1.82 | 2.48 | 0.24 | -0.18 | 0.31 |
|  | (2.90) | (1.82) | (1.81) | (2.81) | (1.43) |
| Intercept (Low-Minority Tracts) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | (0.66) | (0.35) | (0.48) | (1.04) | (0.75) |

Heteroskedastic robust standard errors clustered by census tract shown in parentheses. Accidents and criminal incidents correspond to the numbers of such incidents in the year prior to the start of each era.  ***indicates significance at 1% level, **indicates significance at 5% level, *indicates significance at 10% level. Moving violation citations include moving violations (e.g., speeding, reckless driving, failure to stop at red light or stop sign), DUIs, and mobile electronics infractions.

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**



Figure 6.2a: Mean Monthly Citations per Tract
(High Violent Crime Tracts Only)



Figure 6.2b: Mean Monthly Moving Cit per Tract
(High Violent Crime Tracts Only)

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**



| Table 6: Comparison of Tract Characteristics | | | | |
|---|---|---|---|---|
| | **All Tracts** | | **Tracts in Common Support** | |
| | **High Minority** | **Low Minority** | **High Minority** | **Matched Low Minority** |
| Minor Accidents | 40 | 41 | 37 | 36 |
| Injury Accidents | 30 | 22 | 25 | 25 |
| Vio. Crime Incidents | 170 | 100 | 134 | 130 |
| Prop. Crime Incidents | 235 | 197 | 200 | 188 |
| Tracts | 30 | 40 | 18 | 10 |

Note: Accidents and criminal incidents correspond to the numbers of such incidents in the year leading up to the implementation of the Strikeforce (July 2011-June 2012). High Minority refers to tracts that are 60-100 percent Black and/or Hispanic, Low Minority refers to tracts that are 0-40 percent Black and/or Hispanic.

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**





**UPDATED VERSIONS OF FIGURES AND TABLES USED IN EXPERT REPORT**



## UPDATED VERSIONS OF FIGURES AND TABLES USED IN EXPERT REPORT

**Table 7.2: Propensity Score Matching Estimates of Citations**

| Outcome Variable | Sample | Avg Cit./tract/mo High Minority | Low Minority | Diff. | Clustered S.E. | t-stat | p-val |
|---|---|---|---|---|---|---|---|
| **Pre-Strikeforce (Jan 2012-June 2012)** | | | | | | | |
| All Citations | Unmatched | 15.37 | 15.19 | 0.18 | 2.50 | 0.07 | 0.941 |
| | Matched | 11.75 | 22.05 | -10.31 | 3.60 | -2.87 | 0.008 |
| Non-moving Citatio | Unmatched | 10.81 | 9.04 | 1.76 | 1.74 | 1.01 | 0.315 |
| | Matched | 8.25 | 14.88 | -6.62 | 3.32 | -1.99 | 0.056 |
| Moving Citations | Unmatched | 4.61 | 6.14 | -1.53 | 1.02 | -1.50 | 0.139 |
| | Matched | 3.54 | 7.14 | -3.60 | 1.20 | -3.00 | 0.006 |
| **Strikeforce (July 2012-June 2015)** | | | | | | | |
| All Citations | Unmatched | 59.94 | 18.82 | 41.13 | 10.45 | 3.94 | 0.000 |
| | Matched | 37.64 | 24.87 | 12.78 | 5.41 | 2.36 | 0.025 |
| Non-moving Citatio | Unmatched | 50.33 | 13.18 | 37.15 | 8.82 | 4.21 | 0.000 |
| | Matched | 31.34 | 17.89 | 13.44 | 4.76 | 2.83 | 0.009 |
| Moving Citations | Unmatched | 9.70 | 5.61 | 4.08 | 1.75 | 2.34 | 0.022 |
| | Matched | 6.35 | 6.88 | -0.53 | 0.95 | -0.56 | 0.582 |
| **BTVA (July 2015-Jan 2018)** | | | | | | | |
| All Citations | Unmatched | 97.32 | 29.00 | 68.32 | 17.37 | 3.93 | 0.000 |
| | Matched | 66.92 | 33.76 | 33.17 | 12.64 | 2.62 | 0.014 |
| Non-moving Citatio | Unmatched | 81.95 | 21.29 | 60.66 | 15.16 | 4.00 | 0.000 |
| | Matched | 55.27 | 25.56 | 29.71 | 11.12 | 2.67 | 0.012 |
| Moving Citations | Unmatched | 15.39 | 7.29 | 8.10 | 2.36 | 3.44 | 0.001 |
| | Matched | 11.63 | 8.00 | 3.63 | 1.97 | 1.84 | 0.076 |
| **Post-Strikeforce (Feb 2018-Feb 2020)** | | | | | | | |
| All Citations | Unmatched | 45.65 | 27.40 | 18.25 | 6.80 | 2.68 | 0.009 |
| | Matched | 35.29 | 22.59 | 12.70 | 4.84 | 2.62 | 0.014 |
| Non-moving Citatio | Unmatched | 32.88 | 15.08 | 17.81 | 4.99 | 3.57 | 0.001 |
| | Matched | 24.61 | 13.49 | 11.12 | 3.56 | 3.13 | 0.004 |
| Moving Citations | Unmatched | 12.54 | 10.27 | 2.28 | 2.06 | 1.10 | 0.274 |
| | Matched | 10.46 | 8.04 | 2.41 | 1.77 | 1.37 | 0.183 |
| **Current (March 2020-December 2024)** | | | | | | | |
| All Citations | Unmatched | 20.82 | 17.07 | 3.76 | 3.77 | 1.00 | 0.323 |
| | ATT | 18.65 | 11.88 | 6.77 | 2.81 | 2.41 | 0.023 |
| Non-moving Citatio | Unmatched | 14.40 | 9.82 | 4.57 | 2.75 | 1.66 | 0.101 |
| | ATT | 12.62 | 6.46 | 6.16 | 2.19 | 2.82 | 0.009 |
| Moving Citations | Unmatched | 6.27 | 6.50 | -0.23 | 1.24 | -0.19 | 0.85 |
| | ATT | 5.85 | 4.87 | 0.99 | 1.16 | 0.85 | 0.40 |

Note: Standard errors are calculated to be robust to heteroskedasticity and clustered by census tract. Non-moving violations include citations for equipment infractions (e.g., tinted windows, obscured view, seatbleIt/childseat infractions, worn tires, broken lights), license/registration infractions, insurance infractions, and inspection infractions. Moving-violations include citations for speeding, reckless driving, failure to stop at red light or stop sign, DUIs, failure to dim headlights, and mobile electronics infractions. High Minority refers to tracts that are 60-100 percent Black and/or Hispanic, Low Minority refers to tracts that are 0-40 percent Black and/or Hispanic.

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN EXPERT REPORT**





**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**

| Table 8.2 - Fraction of Obs with Driver Race Recorded by Era | | | |
|---|---|---|---|
| **Era** | **Tracs** | **OD** | **Tracs or OD** |
| Pre-Strikeforce | 0.53 | 0.64 | 0.79 |
| Strikeforce | 0.58 | 0.69 | 0.82 |
| BTVA | 0.61 | 0.68 | 0.83 |
| Post-Strikeforce | 0.68 | 0.61 | 0.82 |
| Current | 0.68 | 0.49 | 0.78 |
| | | | |
| Overall | 0.63 | 0.63 | 0.82 |

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**





**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**

| Table 9.2 - Driver Race Across Sources | | | |
|---|---|---|---|
| **Sample** | **Minority** | **Non-Minority** | **Obs** |
| 1 - Valid Race (Tracs and/or OD) | 0.76 | 0.24 | 337,773 |
| | **Tracs Minority** | **Tracs Non-minority** | |
| 2 - Valid Tracs Race (w/ or w/out OD Race) | 0.76 | 0.24 | 259,138 |
| 3 - Valid Tracs Race (w/ valid OD Race) | 0.84 | 0.16 | 181,757 |
| 4 - Valid Tracs Race (w/out valid OD Race) | 0.56 | 0.44 | 77,381 |
| | **OD Minority** | **OD Non-minority** | |
| 5 - Valid Tracs Race (w/ valid OD Race) | 0.85 | 0.15 | 181,757 |
| 6 - Tracs Race Missing (w/ valid OD Race) | 0.75 | 0.25 | 78,635 |
| Obs with Tracs and OD Race Missing | - | - | 75,084 |

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**





**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**

| Table 10.2 - Imputed Race Distribution for Drivers with Unrecorded Race | | | |
|---|---|---|---|
| | Percent Minority | | |
| | All Citations | Moving Violations | Non-moving Violations |
| **Citywide** | | | |
| Race Recorded (Actual) | 75.8% | 64.4% | 80.0% |
| Race Recorded (Imputed) | 76.1% | 64.3% | 80.2% |
| Race Unrecorded (Imputed) | 65.2% | 53.0% | 70.8% |
| | | | |
| **High-Minority Tracts** | | | |
| Race Recorded (Actual) | 87.0% | 80.3% | 88.7% |
| Race Recorded (Imputed) | 86.6% | 79.6% | 88.6% |
| Race Unrecorded (Imputed) | 79.4% | 70.2% | 82.7% |
| | | | |
| **Mixed-race Tracts** | | | |
| Race Recorded (Actual) | 65.3% | 58.0% | 68.1% |
| Race Recorded (Imputed) | 65.9% | 57.8% | 68.9% |
| Race Unrecorded (Imputed) | 60.1% | 53.0% | 63.4% |
| | | | |
| **Low-Minority Tracts** | | | |
| Race Recorded (Actual) | 57.8% | 47.5% | 64.0% |
| Race Recorded (Imputed) | 59.1% | 48.0% | 64.6% |
| Race Unrecorded (Imputed) | 51.8% | 41.5% | 56.5% |
| *This table only reflects citations were could be mapped to a census tract within the city of Buffalo. | | | |

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**



**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**

| Table 11.2 - Population Adjusted Monthly Ticketing Rates by Race, Avg within Tracts | | | | | | |
|---|---|---|---|---|---|---|
| | Pop. Adj. Monthly Ticketing Rates (Within Tract Pop. Wgt. Avg.) | | | | | Min. to Non-Min. |
| Era | Minorities | Non-Minorities | Diff | t-stat | pval | Ratio |
| **All Citations** | | | | | | |
| Pre-Strikeforce | 0.95 | 0.40 | 0.54 | 5.1 | 0.000 | 2.4 |
| | (0.11) | (0.04) | (0.11) | | | |
| Strikeforce | 1.69 | 0.96 | 0.73 | 5.0 | 0.000 | 1.8 |
| | (0.17) | (0.16) | (0.15) | | | |
| BTVA | 2.50 | 1.82 | 0.68 | 2.8 | 0.007 | 1.4 |
| | (0.25) | (0.37) | (0.25) | | | |
| Post-Strikeforce | 1.74 | 1.00 | 0.75 | 4.2 | 0.000 | 1.8 |
| | (0.18) | (0.15) | (0.18) | | | |
| Current | 1.00 | 0.44 | 0.56 | 4.4 | 0.000 | 2.3 |
| | (0.13) | (0.06) | (0.13) | | | |
| **Moving Violations** | | | | | | |
| Pre-Strikeforce | 0.30 | 0.17 | 0.12 | 3.5 | 0.001 | 1.7 |
| | (0.04) | (0.02) | (0.04) | | | |
| Strikeforce | 0.33 | 0.24 | 0.09 | 2.9 | 0.005 | 1.3 |
| | (0.03) | (0.04) | (0.03) | | | |
| BTVA | 0.44 | 0.40 | 0.05 | 0.9 | 0.361 | 1.1 |
| | (0.04) | (0.06) | (0.05) | | | |
| Post-Strikeforce | 0.51 | 0.39 | 0.12 | 1.9 | 0.057 | 1.3 |
| | (0.05) | (0.05) | (0.06) | | | |
| Current | 0.32 | 0.20 | 0.12 | 2.6 | 0.011 | 1.6 |
| | (0.04) | (0.03) | (0.05) | | | |
| **Non-Moving Violations** | | | | | | |
| Pre-Strikeforce | 0.65 | 0.23 | 0.42 | 5.3 | 0.000 | 2.9 |
| | (0.09) | (0.02) | (0.08) | | | |
| Strikeforce | 1.36 | 0.72 | 0.65 | 5.2 | 0.000 | 1.9 |
| | (0.15) | (0.13) | (0.13) | | | |
| BTVA | 2.04 | 1.41 | 0.63 | 3.1 | 0.003 | 1.5 |
| | (0.22) | (0.32) | (0.21) | | | |
| Post-Strikeforce | 1.15 | 0.56 | 0.58 | 5.6 | 0.000 | 2.0 |
| | (0.11) | (0.1) | (0.1) | | | |
| Current | 0.65 | 0.22 | 0.43 | 5.0 | 0.000 | 3.0 |
| | (0.09) | (0.03) | (0.09) | | | |

*Standard errors in parentheses, adjusted for multiple observations per tract in eras with more than one six-month period. See text regarding how tickets issued to driver's with unrecorded race were allocated across race groups. For each racial group r, Population Adjusted Ticketing Rates measure the average number of tickets issued to members of racial group r per month in each tract per hundred people of race r in that tract (see text for details).

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**



**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**

| Table 12.2 - Decomposition of Racial Differences in Population Adjusted Ticketing Rates, Within vs Across Tract Disparities | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | % of Overall Racial Disparity in Ticketing Rates Due to | |
| | Population Adjusted Monthly Ticketing Rates (Citywide) | | Citywide | Population Adjusted Monthly Ticketing Rates (Within Tract Pop. Wgt. Avg.) | | Within Tracts | Within Tract | Across Tract |
| Era | Minorities | Non-Minorities | Ratio | Minorities | Non-Minorities | Ratio | Disparities | Disparities |
| **All Citations** | | | | | | | | |
| Pre-Strikeforce | 0.64 | 0.33 | 1.9 | 0.95 | 0.40 | 2.4 | 148% | -48% |
| Strikeforce | 1.77 | 0.50 | 3.6 | 1.69 | 0.96 | 1.8 | 30% | 70% |
| BTVA | 2.79 | 0.78 | 3.6 | 2.50 | 1.82 | 1.4 | 15% | 85% |
| Post-Strikeforce | 1.57 | 0.61 | 2.6 | 1.74 | 1.00 | 1.8 | 47% | 53% |
| Current | 0.81 | 0.29 | 2.8 | 1.00 | 0.44 | 2.3 | 72% | 28% |
| **Moving Violations** | | | | | | | | |
| Pre-Strikeforce | 0.20 | 0.15 | 1.3 | 0.30 | 0.17 | 1.7 | 223% | -123% |
| Strikeforce | 0.30 | 0.16 | 1.9 | 0.33 | 0.24 | 1.3 | 38% | 62% |
| BTVA | 0.44 | 0.21 | 2.0 | 0.44 | 0.40 | 1.1 | 11% | 89% |
| Post-Strikeforce | 0.43 | 0.26 | 1.6 | 0.51 | 0.39 | 1.3 | 48% | 52% |
| Current | 0.24 | 0.13 | 1.8 | 0.32 | 0.20 | 1.6 | 72% | 28% |
| **Non-Moving Violations** | | | | | | | | |
| Pre-Strikeforce | 0.44 | 0.18 | 2.4 | 0.65 | 0.23 | 2.9 | 131% | -31% |
| Strikeforce | 1.47 | 0.34 | 4.3 | 1.36 | 0.72 | 1.9 | 27% | 73% |
| BTVA | 2.35 | 0.56 | 4.2 | 2.04 | 1.41 | 1.5 | 14% | 86% |
| Post-Strikeforce | 1.11 | 0.31 | 3.6 | 1.15 | 0.56 | 2.0 | 61% | 39% |
| Current | 0.55 | 0.14 | 4.0 | 0.65 | 0.22 | 3.0 | 66% | 34% |

*See text regarding how tickets issued to driver's with unrecorded race were allocated across race groups. For each racial group r, Population Adjusted Ticketing Rates measure the average number of tickets issued to members of racial group r per six months in each tract per hundred people of race r in that tract (see text for details).

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**



Fig. 13.2a - Number of Tinted Window
Incidents by Race



Fig. 13.2b - Number of Tinted Window
Incidents by Race (Including Imputation for
Unrecorded Race)

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN EXPERT REPORT**



Fig 13.2c - Avg Number of Tinted Window Incidents per Tract, by Tract Type

- High-Minority Tracts (N=30)  - Mixed-Race Tracts (N=9)
- Low-Minority Tracts (N=40)

| Table 13.2 - Difference Between Actual and Predicted Likelihood of Multiple Citations within Incident | | | | | |
|---|---|---|---|---|---|
| | Coeff. On Predictors of Multiple Citations for Non-minority Drivers (Probit) | | | | |
| | Pre-Strikeforce | Strikeforce | BTVA | Post-Strikeforce | Current |
| Variable | Era | Era | Era | Era | Era |
| Age | -0.005 | -0.004*** | -0.007*** | -0.002 | -0.003** |
| | (0.003) | (0.001) | (0.001) | (0.001) | (0.001) |
| 12PM-6PM | 0.272** | 0.329*** | 0.464*** | 0.299*** | 0.294*** |
| | (0.128) | (0.056) | (0.077) | (0.070) | (0.053) |
| 6PM-12AM | 0.516*** | 0.471*** | 0.618*** | 0.590*** | 0.406*** |
| | (0.122) | (0.060) | (0.090) | (0.093) | (0.085) |
| 12AM-6AM | 0.622*** | 0.532*** | 0.404*** | 0.532*** | 0.669*** |
| | (0.143) | (0.067) | (0.092) | (0.102) | (0.087) |
| Constant | -0.771*** | -0.554*** | -0.395*** | -0.640*** | -0.647*** |
| | (0.147) | (0.063) | (0.081) | (0.092) | (0.093) |
| | | | | | |
| Observations | 1,453 | 11,168 | 11,611 | 8,714 | 9,291 |
| | Mean Difference Between Actual and Predicted Likelihood of Multiple Citations w/in Incident | | | | |
| Minority Drivers | 0.123*** | 0.168*** | 0.189*** | 0.143*** | 0.169*** |
| | (0.015) | (0.008) | (0.012) | (0.015) | (0.013) |
| Driver Race Unrecorded | -0.028 | 0.001 | 0.033*** | 0.005 | 0.072*** |
| | (0.019) | (0.008) | (0.012) | (0.015) | (0.014) |
| Intercept (Non-minority Drivers) | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| | (0.013) | (0.010) | (0.018) | (0.017) | (0.016) |
| *"Excluded" Comparison Time Category 6AM-12PM. All standard errors are heteroskedasticity robust and clustered by census tract. ***indicates significance at 1% level, **indicates significance at 5% level, *indicates significance at 10% level. | | | | | |

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN EXPERT REPORT**



Fig. 14.2 - Frac. of Tinted Windows Incidents with Multiple Tinted Window Cit. by Driver Race

| Table 14.2 - Difference Between Actual and Expected Likelihood of Multiple Tinted Window Citations within Tinted Window Incidents | | | | | |
|---|---|---|---|---|---|
| | Peff. On Predictors of Multiple Tinted Window Citations for Non-minority Drivers (Prob | | | | |
| | Pre-Strikeforce | Strikeforce | BTVA | Post-Strikeforce | Current |
| Variable | Era | Era | Era | Era | Era |
| Age | 0.012 | -0.002 | -0.005 | 0.011 | -0.006 |
| | (0.014) | (0.004) | (0.003) | (0.009) | (0.008) |
| 12PM-6PM | 3.718*** | 0.247 | 0.962*** | 1.280*** | 1.205*** |
| | (0.358) | (0.188) | (0.117) | (0.382) | (0.398) |
| 6PM-12AM | 4.284*** | -0.037 | 0.916*** | 1.410*** | 1.338*** |
| | (0.167) | (0.220) | (0.140) | (0.396) | (0.402) |
| 12AM-6AM | 4.117*** | -0.107 | -0.258 | 0.638 | 1.638*** |
| | (0.584) | (0.276) | (0.345) | (0.542) | (0.423) |
| Constant | -5.353*** | 0.045 | 0.100 | -1.256*** | -1.160*** |
| | (0.382) | (0.193) | (0.137) | (0.451) | (0.403) |
| | | | | | |
| Observations | 106 | 1,413 | 936 | 278 | 220 |
| | Mean Difference Between Actual and Predicted Likelihood of Multiple Tinted Window Citations w/in Tinted Window Incidents | | | | |
| Minority Drivers | 0.072* | 0.122*** | 0.093*** | 0.102*** | 0.007 |
| | (0.042) | (0.026) | (0.018) | (0.035) | (0.033) |
| Driver Race Unrecorded | 0.037 | 0.064** | 0.039** | 0.115*** | -0.081* |
| | (0.056) | (0.025) | (0.016) | (0.040) | (0.044) |
| Intercept (Non-minority Drivers) | -0.000 | 0.000 | -0.000 | -0.000 | 0.000 |
| | (0.035) | (0.031) | (0.019) | (0.034) | (0.030) |

*"Excluded" Comparison Time Category 6AM-12PM. All standard errors are heteroskedasticity robust and clustered by census tract. ***indicates significance at 1% level, **indicates significance at 5% level, *indicates significance at 10% level.

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN EXPERT REPORT**



Fig. 15.2: Reasons for Stops (by District)

| Table 15.2 - Stop Receipts by District (6/23/2020 - 3/31/2025) | | | | |
|---|---|---|---|---|
| District | Num of Stops | % of stops | % Minority | % of City Pop |
| A | 1,639 | 8% | 17% | 16% |
| D | 4,849 | 24% | 31% | 29% |
| B | 3,768 | 19% | 50% | 17% |
| C | 4,610 | 23% | 59% | 14% |
| E | 5,339 | 26% | 73% | 23% |

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN EXPERT REPORT**



Fig. 16.2: Reasons for Stops (by Driver Race)

| Table 16.2 - Summary of Stop Receipts (6/23/2020 - 3/31/2025) | | |
|---|---|---|
| **Reason For Stop** | **Number of Stops** | **Frac. Missing Race** |
| Equipment | 7,299 | 0.21 |
| Stoplight/Stop Sign Violation | 4,405 | 0.28 |
| Registration/Insurance | 3,160 | 0.20 |
| Speeding | 1,805 | 0.20 |
| Failure to use Turn Signal | 1,542 | 0.21 |
| Erratic/Reckless/Ilegal driving | 1,420 | 0.22 |
| Invest./Stolen/Warrant/Acc. | 228 | 0.13 |
| Illegal Parking/Stopped | 185 | 0.23 |
| Suspicion/Suspected/Drugs | 170 | 0.14 |
| Cell Phone/Texting | 128 | 0.34 |
| Seatbelt/Childseat | 108 | 0.35 |
| Driving during Ban | 43 | 0.35 |
| Littering | 11 | 0.09 |
| Various Other | 48 | 0.21 |
| | | |
| No Reason Given | 565 | 0.29 |
| Total | 21,117 | 0.22 |

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**



**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**

| Table 17 - Mean Checkpoints per Tract, by Tract Type | | | | | |
|---|---|---|---|---|---|
| | High-minority (1) | Mixed-race (2) | Low-minority (3) | Differences (1)-(3) | (2)-(3) |
| All Tracts | 42.5 | 16.1 | 6.3 | 36.2*** | 9.7 |
| | (10.37) | (7.08) | (1.05) | (10.42) | (7.16) |
| | n = 30 | n = 9 | n = 40 | | |
| | | | | | |
| High-Vio. Crime Tracts Only | 61.0 | 29.4 | 8.3 | 52.7*** | 21.1 |
| | (15.78) | (12.33) | (3.26) | (16.11) | (12.75) |
| | n = 18 | n = 4 | n = 5 | | |
| | | | | | |
| High-Vio. Crime Tracts Only (Jul 2012-Jun 2017) | 57.7 | 20.6 | 3.1 | 54.6*** | 17.5* |
| | (14.99) | (9.67) | (1.01) | (15.03) | (9.73) |
| | n = 18 | n = 4 | n = 5 | | |
| | | | | | |
| High-Vio. Crime Tracts Only (Jul 2017 - Dec 2017) | 3.3 | 8.8 | 5.2 | -1.9 | 3.6 |
| | (1.01) | (2.84) | (2.46) | (2.66) | (3.75) |
| | n = 18 | n = 4 | n = 5 | | |
| | | | | | |
| High-Vio. Crime Tracts Only (excluding unexecuted checkpoints) | 50.0 | 22.5 | 6.6 | 43.4*** | 15.9 |
| | (13.24) | (11.28) | (2.56) | (13.48) | (11.57) |
| | n = 18 | n = 4 | n = 5 | | |
| Note: High-Violent Crime tracts are tracts that were in the top third of the violent crime distribution in 12-mo. Leading up to implementation of Strikeforce. There were 373 reported checkpoints in which no tickets appear to have been issued. I refer to these as "unexecuted" checkpoints. | | | | | |

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**

| Table 18 - Diff. Between Actual and Predicted Checkpoints per Tract | | | | |
|---|---|---|---|---|
| | **Predictors of Num. of Checkpoints in Low-minority Tracts (OLS)** | | | |
| **Variable** | **Jul 2012-Dec 2017** | **Jul 2012-Jun 2017** | **Jul 2017 - Dec 2017** | **Excl. Unexecuted Chkpts** |
| Total Population (100s) | 0.220** | 0.074 | 0.146*** | 0.125* |
| | (0.096) | (0.095) | (0.040) | (0.066) |
| minor accidents (10s) | -0.855 | -0.671 | -0.184 | -0.486 |
| | (0.721) | (0.690) | (0.365) | (0.434) |
| injury accidents (10s) | 0.866 | 0.715 | 0.151 | 0.338 |
| | (0.930) | (0.757) | (0.512) | (0.659) |
| violent incidents (100s) | 4.962** | 2.510 | 2.453** | 3.795*** |
| | (2.031) | (1.760) | (1.087) | (1.316) |
| property incidents (100s) | -1.816** | -0.639 | -1.177** | -1.204* |
| | (0.786) | (0.624) | (0.550) | (0.594) |
| Constant | -0.854 | 0.488 | -1.342 | 0.026 |
| | (3.235) | (3.031) | (1.497) | (2.174) |
| | | | | |
| Observations | 40 | 40 | 40 | 40 |
| R-squared | 0.284 | 0.132 | 0.299 | 0.265 |
| | **Avg. Diff. Between Actual and Predicted Checkpoints per Tract** | | | |
| High-minority Tracts (N = 30) | 33.154*** | 35.116*** | -1.962** | 27.581*** |
| | (10.314) | (9.882) | (0.860) | (8.677) |
| Mixed-race Tracts (N = 9) | 8.000 | 6.498 | 1.503 | 6.716 |
| | (6.383) | (4.979) | (1.857) | (5.761) |
| Intercept (Low-minority Tracts) | 0 | -0.000 | 0.000 | 0.000 |
| | (0.897) | (0.655) | (0.499) | (0.625) |

Heteroskedastic robust standard errors shown in parentheses. Accidents and criminal incidents correspond to the numbers of such incidents in the year prior to the implementation of the Strikeforce.  ***indicates significance at 1% level, **indicates significance at 5% level, *indicates significance at 10% level. There were 373 reported checkpoints in which no tickets appear to have been issued. I refer to these as "unexecuted" checkpoints.

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**

| Table 19 - Propensity Score Matching Estimates of Checkpoints by Tract type | | | | | | |
|---|---|---|---|---|---|---|
| | Avg. Checkpoints per Tract | | | | | |
| Sample | High Minority | Low Minority | Diff. | S.E. | T-stat | p-val |
| **Full Checkpoint Period (Jul 2012-Dec 2017)** | | | | | | |
| Unmatched | 42.5 | 6.3 | 36.2 | 10.5 | 3.45 | 0.00 |
| Matched | 25.7 | 9.9 | 15.7 | 11.0 | 1.43 | 0.164 |
| **Pre-Comm. Council Resolution (Jul 2012-Jun 2017)** | | | | | | |
| Unmatched | 40.2 | 3.1 | 37.1 | 10.0 | 3.7 | 0.00 |
| Matched | 23.9 | 3.6 | 20.3 | 10.4 | 1.95 | 0.061 |
| **Post-Comm. Council Resolution (Jul 2017-Dec 2017)** | | | | | | |
| Unmatched | 2.4 | 3.3 | -0.9 | 0.9 | -1.0 | 0.32 |
| Matched | 1.8 | 6.4 | -4.6 | 1.9 | -2.48 | 0.020 |
| **Excluding Unexecuted Checkpoints (Jul 2012-Dec 2017)** | | | | | | |
| Unmatched | 34.2 | 4.4 | 29.8 | 8.8 | 3.4 | 0.00 |
| Matched | 20.0 | 7.2 | 12.8 | 9.2 | 1.39 | 0.175 |
| Note: Standard errors are calculated to be robust to heteroskedasticity. There were 373 reported checkpoints in which no tickets appear to have been issued. I refer to these as "unexecuted" checkpoints. | | | | | | |

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**

**Table A1.2a - Difference Between Actual and Expected Total Citations per Month (Pre-Strikeforce Controls)**

| Variable | Coefficients on Predictors of Total Monthly Citations in Low-minority Tracts (OLS) | | | | |
|---|---|---|---|---|---|
| | Pre-Strikeforce Era | Strikeforce Era | BTVA Era | Post-Strikeforce Era | Current Era |
| Total Population (100s) | 0.06 | 0.05 | -0.12 | -0.34* | -0.35** |
| | (0.10) | (0.11) | (0.20) | (0.20) | (0.14) |
| Pre-Strikeforce minor accidents (10s) | -1.44 | -2.09** | -1.35 | 0.63 | 0.56 |
| | (0.89) | (0.91) | (1.92) | (1.92) | (1.22) |
| Pre-Strikeforce injury accidents (10s) | 2.43 | 3.89*** | 2.20 | 2.62 | 0.74 |
| | (1.48) | (1.25) | (2.06) | (3.43) | (1.92) |
| Pre-Strikeforce vio. incidents (100s) | 6.54** | 10.50*** | 20.47*** | 11.76** | 14.99*** |
| | (2.59) | (2.66) | (5.43) | (5.78) | (4.67) |
| Pre-Strikeforce prop. incidents (100s) | 1.17 | 1.93 | 0.53 | 1.33 | 0.82 |
| | (1.42) | (1.30) | (2.09) | (3.09) | (1.57) |
| Constant | 4.95 | 2.63 | 12.28* | 15.96 | 8.22 |
| | (3.78) | (3.77) | (7.03) | (9.55) | (5.23) |
| | | | | | |
| Observations | 240 | 1,440 | 1,240 | 1,000 | 2,283 |
| R-squared | 0.24 | 0.33 | 0.32 | 0.37 | 0.41 |
| | Avg. Difference Between Actual and Predicted Monthly Citations by Tract Type | | | | |
| High-minority Tracts (N = 30) | -6.82*** | 29.79*** | 51.61*** | 6.62 | -8.30*** |
| | (2.04) | (9.62) | (16.19) | (5.59) | (2.70) |
| Mixed-race Tracts (N = 9) | 2.27 | 11.74* | 13.08 | 2.14 | -1.88 |
| | (5.09) | (6.97) | (12.46) | (5.59) | (3.68) |
| Intercept (Low-Minority Tracts) | 0.00 | 0.00 | -0.00 | 0.00 | 0.00 |
| | (1.30) | (1.19) | (2.19) | (2.61) | (1.57) |

Heteroskedastic robust standard errors clustered by census tract shown in parentheses. Accidents and criminal incidents correspond to the numbers of such incidents in the year prior to the start of Strikeforce.  ***indicates significance at 1% level, **indicates significance at 5% level, *indicates significance at 10% level.

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**

**Table A1.2b - Difference Between Actual and Predicted Monthly Non-moving Citations**

| Variable | Coefficients on Predictors of Non-Moving Cit. per 6-mo. in Low-minority Tracts (OLS) | | | | |
|---|---|---|---|---|---|
| | Pre-Strikeforce Era | Strikeforce Era | BTVA Era | Post-Strikeforce Era | Current Era |
| Total Population (100s) | -0.01 | 0.01 | -0.02 | -0.20* | -0.25*** |
| | (0.07) | (0.10) | (0.18) | (0.10) | (0.08) |
| Pre-Strikeforce minor accidents (10s) | -1.28* | -1.70** | -1.30 | 0.11 | 0.07 |
| | (0.67) | (0.79) | (1.68) | (0.99) | (0.83) |
| Pre-Strikeforce injury accidents (10s) | 1.41 | 2.55** | 1.87 | 0.82 | 0.52 |
| | (1.04) | (1.05) | (1.75) | (1.50) | (1.13) |
| Pre-Strikeforce vio. incidents (100s) | 6.94*** | 9.72*** | 16.24*** | 10.72*** | 11.49*** |
| | (1.79) | (2.26) | (4.84) | (3.32) | (3.24) |
| Pre-Strikeforce prop. incidents (100s) | -0.04 | 0.77 | 0.61 | 0.29 | 0.74 |
| | (0.96) | (1.01) | (1.83) | (1.41) | (0.92) |
| Constant | 4.73* | 2.93 | 5.87 | 8.09* | 3.68 |
| | (2.74) | (3.45) | (5.68) | (4.23) | (2.98) |
| | | | | | |
| Observations | 240 | 1,440 | 1,240 | 1,000 | 2,283 |
| R-squared | 0.27 | 0.29 | 0.31 | 0.42 | 0.42 |

| | Avg. Diff. Between Actual and Predicted Monthly Non-moving Citations | | | | |
|---|---|---|---|---|---|
| High-minority Tracts (N = 30) | -4.36*** | 27.85*** | 47.37*** | 9.09** | -4.65** |
| | (1.40) | (8.15) | (14.23) | (4.28) | (2.07) |
| Mixed-race Tracts (N = 9) | 0.86 | 9.49* | 13.27 | 3.35 | -1.49 |
| | (2.88) | (5.26) | (11.06) | (3.70) | (2.13) |
| Intercept (Low-Minority Tracts) | 0.00 | 0.00 | -0.00 | 0.00 | 0.00 |
| | (0.89) | (1.00) | (1.85) | (1.35) | (1.00) |

Heteroskedastic robust standard errors clustered by census tract shown in parentheses. Accidents and criminal incidents correspond to the numbers of such incidents in the year prior to the start of Strikeforce.  ***indicates significance at 1% level, **indicates significance at 5% level, *indicates significance at 10% level. Non-moving violation citations include citations for equipment infractions (e.g., tinted windows, obscured view, seatblelt/childseat infractions, worn tires, broken lights), license/registration infractions, insurance infractions, and inspection infractions.

**UPDATED VERSIONS OF FIGURES AND TABLES USED IN
EXPERT REPORT**

**Table A1.2c - Difference Between Actual and Predicted Monthly Moving Citations**

| Variable | Coeff. on Predictors of Monthly Moving Citations in Low-minority Tracts (OLS) | | | | |
| --- | --- | --- | --- | --- | --- |
| | Pre-Strikeforce Era | Strikeforce Era | BTVA Era | Post-Strikeforce Era | Current Era |
| Total Population (100s) | 0.07 | 0.05 | -0.08 | -0.05 | -0.07 |
| | (0.07) | (0.03) | (0.05) | (0.10) | (0.08) |
| Pre-Strikeforce minor accidents (10s) | -0.17 | -0.39* | -0.28 | 0.04 | 0.33 |
| | (0.44) | (0.23) | (0.32) | (0.98) | (0.48) |
| Pre-Strikeforce injury accidents (10s) | 1.04 | 1.34*** | 0.65 | 2.22 | 0.33 |
| | (0.87) | (0.36) | (0.53) | (1.81) | (0.85) |
| Pre-Strikeforce vio. incidents (100s) | -0.45 | 0.70 | 4.30*** | 1.91 | 3.45* |
| | (1.52) | (0.89) | (1.02) | (2.80) | (1.75) |
| Pre-Strikeforce prop. incidents (100s) | 1.25 | 1.22*** | 0.21 | 1.25 | 0.28 |
| | (0.86) | (0.43) | (0.58) | (2.22) | (0.69) |
| Constant | 0.12 | -0.45 | 4.83** | 2.52 | 2.87 |
| | (2.34) | (0.95) | (1.92) | (4.15) | (3.30) |
| | | | | | |
| Observations | 240 | 1,440 | 1,240 | 1,000 | 2,283 |
| R-squared | 0.13 | 0.27 | 0.15 | 0.23 | 0.22 |
| | | | | | |
| | **Avg. Diff. Between Actual and Predicted Monthly Moving Citations** | | | | |
| High-minority Tracts (N = 30) | -2.41** | 2.09 | 4.29** | -1.49 | -3.13*** |
| | (0.94) | (1.63) | (2.07) | (1.58) | (0.94) |
| Mixed-race Tracts (N = 9) | 1.52 | 2.42 | 0.22 | -0.16 | -0.65 |
| | (2.77) | (1.79) | (1.93) | (2.13) | (1.38) |
| Intercept (Low-Minority Tracts) | 0.00 | 0.00 | -0.00 | 0.00 | -0.00 |
| | (0.68) | (0.35) | (0.52) | (1.15) | (0.74) |

Heteroskedastic robust standard errors clustered by census tract shown in parentheses. Accidents and criminal incidents correspond to the numbers of such incidents in the year prior to the start of Strikeforce. ***indicates significance at 1% level, **indicates significance at 5% level, *indicates significance at 10% level. Moving violation citations include moving violations (e.g., speeding, reckless driving, failure to stop at red light or stop sign), DUIs, and mobile electronics infractions.