| the_geom | OBJECTID | STATEFP10 | COUNTYFP10 | TRACTCE10 | GEOID10 | NAME10 | NAMELSAD10 | MTFCC10 | FUNCSTAT | ALAND10 | AWATER10 | INTPTLAT10 | INTPTLON10 | SUMLEV | STATE | COUNTY | TRACT | GEOID10_1 | TOTAL_POP | WHITE | BLACK | AMERI_ES | ASIAN | HAWN_PI | OTHER | MULTI_RAC | HISPANIC | NON_HISP | HSE_UNITS | OCCUP | VACANT | PST_CD | CITY | GlobalID | Shape.STArea() | Shape.STLength() |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MULTIPOLY | 23 | 36 | 29 | 200 | 3.6E+10 | 2 | Census Tra | G5020 | S | 1217600 | 0 | 42.85284 | -78.8279 | 140 | 36 | 29 | 200 | 3.6E+10 | 4076 | 3485 | 215 | 39 | 49 | 1 | 168 | 119 | 577 | 3499 | 1922 | 1678 | 244 | | | {07E531ED | 0.000134 | 0.055379 |
| MULTIPOLY | 22 | 36 | 29 | 2502 | 3.6E+10 | 25.02 | Census Tra | G5020 | S | 1101376 | 0 | 42.89283 | -78.8618 | 140 | 36 | 29 | 2502 | 3.6E+10 | 2187 | 204 | 1847 | 8 | 17 | 0 | 59 | 52 | 119 | 2068 | 1092 | 930 | 162 | | | {0A97DD41 | 0.000121 | 0.053916 |
| MULTIPOLY | 45 | 36 | 29 | 2300 | 3.6E+10 | 23 | Census Tra | G5020 | S | 774118 | 0 | 42.88725 | -78.808 | 140 | 36 | 29 | 2300 | 3.6E+10 | 3336 | 2922 | 241 | 18 | 37 | 0 | 52 | 66 | 205 | 3131 | 1716 | 1500 | 216 | | | {F164544E | 8.53E-05 | 0.044454 |
| MULTIPOLY | 60 | 36 | 29 | 3500 | 3.6E+10 | 35 | Census Tra | G5020 | S | 1538861 | 17591 | 42.90882 | -78.8365 | 140 | 36 | 29 | 3500 | 3.6E+10 | 3311 | 101 | 3117 | 5 | 0 | 0 | 20 | 68 | 94 | 3217 | 1983 | 1490 | 493 | | | {205274B3 | 0.000172 | 0.067234 |
| MULTIPOLY | 34 | 36 | 29 | 5802 | 3.6E+10 | 58.02 | Census Tra | G5020 | S | 1052397 | 404521 | 42.95177 | -78.907 | 140 | 36 | 29 | 5802 | 3.6E+10 | 4881 | 3095 | 601 | 128 | 260 | 0 | 541 | 256 | 1132 | 3749 | 2039 | 1782 | 257 | | | {AA66F829 | 0.000115 | 0.065836 |
| MULTIPOLY | 8 | 36 | 29 | 6201 | 3.6E+10 | 62.01 | Census Tra | G5020 | S | 477795 | 0 | 42.93419 | -78.8835 | 140 | 36 | 29 | 6201 | 3.6E+10 | 1549 | 834 | 527 | 8 | 55 | 1 | 70 | 54 | 199 | 1350 | 0 | 0 | 0 | | | {A1F3D562 | 5.27E-05 | 0.032068 |
| MULTIPOLY | 67 | 36 | 29 | 4300 | 3.6E+10 | 43 | Census Tra | G5020 | S | 1199024 | 0 | 42.94476 | -78.8072 | 140 | 36 | 29 | 4300 | 3.6E+10 | 5975 | 922 | 4705 | 12 | 95 | 1 | 65 | 175 | 201 | 5774 | 2615 | 2274 | 341 | | | {29BC4065 | 0.000132 | 0.050041 |
| MULTIPOLY | 72 | 36 | 29 | 4602 | 3.6E+10 | 46.02 | Census Tra | G5020 | S | 1213159 | 0 | 42.95445 | -78.8144 | 140 | 36 | 29 | 4602 | 3.6E+10 | 1374 | 712 | 179 | 1 | 396 | 2 | 36 | 48 | 79 | 1295 | 1 | 1 | 0 | | | {BE8C9813 | 0.000134 | 0.057603 |
| MULTIPOLY | 5 | 36 | 29 | 5700 | 3.6E+10 | 57 | Census Tra | G5020 | S | 956845 | 0 | 42.94972 | -78.8993 | 140 | 36 | 29 | 5700 | 3.6E+10 | 2923 | 1892 | 504 | 68 | 48 | 1 | 256 | 154 | 791 | 2132 | 1345 | 1168 | 177 | | | {ED4EEB37 | 0.000106 | 0.04878 |
| MULTIPOLY | 30 | 36 | 29 | 1100 | 3.6E+10 | 11 | Census Tra | G5020 | S | 1399717 | 126878 | 42.86263 | -78.8154 | 140 | 36 | 29 | 1100 | 3.6E+10 | 3154 | 2857 | 138 | 30 | 16 | 1 | 30 | 82 | 211 | 2943 | 1575 | 1398 | 177 | | | {B476E761 | 0.000168 | 0.067501 |
| MULTIPOLY | 50 | 36 | 29 | 3000 | 3.6E+10 | 30 | Census Tra | G5020 | S | 1416421 | 0 | 42.90358 | -78.8059 | 140 | 36 | 29 | 3000 | 3.6E+10 | 2654 | 550 | 1870 | 17 | 74 | 0 | 66 | 77 | 178 | 2476 | 1381 | 1107 | 274 | | | {61C3AF49 | 0.000156 | 0.053468 |
| MULTIPOLY | 37 | 36 | 29 | 5801 | 3.6E+10 | 58.01 | Census Tra | G5020 | S | 691272 | 0 | 42.96115 | -78.9005 | 140 | 36 | 29 | 5801 | 3.6E+10 | 3366 | 2543 | 294 | 84 | 117 | 4 | 182 | 142 | 632 | 2734 | 1525 | 1393 | 132 | | | {CBF8CF13 | 7.63E-05 | 0.042276 |
| MULTIPOLY | 16 | 36 | 29 | 6800 | 3.6E+10 | 68 | Census Tra | G5020 | S | 865764 | 0 | 42.89855 | -78.8761 | 140 | 36 | 29 | 6800 | 3.6E+10 | 3380 | 2557 | 488 | 37 | 62 | 0 | 129 | 107 | 364 | 3016 | 2406 | 2039 | 367 | | | {B58F4ECC | 9.54E-05 | 0.042572 |
| MULTIPOLY | 63 | 36 | 29 | 3800 | 3.6E+10 | 38 | Census Tra | G5020 | S | 620221 | 0 | 42.91681 | -78.8018 | 140 | 36 | 29 | 3800 | 3.6E+10 | 3108 | 489 | 2500 | 3 | 7 | 0 | 44 | 65 | 105 | 3003 | 1323 | 1141 | 182 | | | {3B3D33F6 | 6.84E-05 | 0.040082 |
| MULTIPOLY | 62 | 36 | 29 | 3700 | 3.6E+10 | 37 | Census Tra | G5020 | S | 1097721 | 0 | 42.91559 | -78.8091 | 140 | 36 | 29 | 3700 | 3.6E+10 | 4468 | 492 | 3812 | 10 | 24 | 0 | 24 | 106 | 124 | 4344 | 1989 | 1640 | 349 | | | {05C72F83 | 0.000121 | 0.048207 |
| MULTIPOLY | 54 | 36 | 29 | 17000 | 3.6E+10 | 170 | Census Tra | G5020 | S | 1410254 | 0 | 42.92549 | -78.8296 | 140 | 36 | 29 | 17000 | 3.6E+10 | 3072 | 166 | 2816 | 6 | 3 | 0 | 13 | 68 | 74 | 2998 | 1327 | 1151 | 176 | | | {930586D6 | 0.000155 | 0.061086 |
| MULTIPOLY | 35 | 36 | 29 | 6902 | 3.6E+10 | 69.02 | Census Tra | G5020 | S | 646495 | 0 | 42.90363 | -78.8871 | 140 | 36 | 29 | 6902 | 3.6E+10 | 3948 | 2135 | 711 | 75 | 410 | 5 | 414 | 198 | 970 | 2978 | 2219 | 1830 | 389 | | | {9281F4B0 | 7.13E-05 | 0.036255 |
| MULTIPOLY | 61 | 36 | 29 | 3600 | 3.6E+10 | 36 | Census Tra | G5020 | S | 1258779 | 0 | 42.91638 | -78.8191 | 140 | 36 | 29 | 3600 | 3.6E+10 | 2608 | 166 | 2330 | 1 | 45 | 0 | 8 | 58 | 101 | 2507 | 1403 | 1079 | 324 | | | {2FEB1110 | 0.000139 | 0.050887 |
| MULTIPOLY | 43 | 36 | 29 | 4001 | 3.6E+10 | 40.01 | Census Tra | G5020 | S | 1538700 | 0 | 42.93413 | -78.8366 | 140 | 36 | 29 | 4001 | 3.6E+10 | 4013 | 378 | 3352 | 12 | 84 | 0 | 26 | 161 | 129 | 3884 | 2160 | 1696 | 464 | | | {44079B60 | 0.00017 | 0.059819 |
| MULTIPOLY | 21 | 36 | 29 | 1402 | 3.6E+10 | 14.02 | Census Tra | G5020 | S | 1088611 | 0 | 42.88414 | -78.86 | 140 | 36 | 29 | 1402 | 3.6E+10 | 3253 | 138 | 3016 | 6 | 1 | 1 | 46 | 45 | 136 | 3117 | 1822 | 1607 | 215 | | | {2E0F0DF0 | 0.00012 | 0.04744 |
| MULTIPOLY | 44 | 36 | 29 | 1900 | 3.6E+10 | 19 | Census Tra | G5020 | S | 1220296 | 0 | 42.8686 | -78.8095 | 140 | 36 | 29 | 1900 | 3.6E+10 | 3089 | 2897 | 75 | 12 | 19 | 0 | 41 | 45 | 129 | 2960 | 1625 | 1454 | 171 | | | {23F39E2A | 0.000134 | 0.054923 |
| MULTIPOLY | 29 | 36 | 29 | 1000 | 3.6E+10 | 10 | Census Tra | G5020 | S | 2069109 | 49645 | 42.85092 | -78.8061 | 140 | 36 | 29 | 1000 | 3.6E+10 | 5730 | 5005 | 337 | 46 | 39 | 0 | 125 | 178 | 455 | 5275 | 2738 | 2394 | 344 | | | {C8D35CE7 | 0.000233 | 0.085434 |
| MULTIPOLY | 49 | 36 | 29 | 2900 | 3.6E+10 | 29 | Census Tra | G5020 | S | 777408 | 0 | 42.90663 | -78.8199 | 140 | 36 | 29 | 2900 | 3.6E+10 | 1997 | 204 | 1696 | 10 | 16 | 0 | 31 | 40 | 72 | 1925 | 1260 | 819 | 441 | | | {DF3D203C | 8.57E-05 | 0.043225 |
| MULTIPOLY | 68 | 36 | 29 | 4401 | 3.6E+10 | 44.01 | Census Tra | G5020 | S | 998641 | 0 | 42.93716 | -78.8051 | 140 | 36 | 29 | 4401 | 3.6E+10 | 4165 | 299 | 3695 | 7 | 33 | 1 | 31 | 99 | 92 | 4073 | 2059 | 1790 | 269 | | | {E29B873F | 0.00011 | 0.048028 |
| MULTIPOLY | 52 | 36 | 29 | 16800 | 3.6E+10 | 168 | Census Tra | G5020 | S | 1725516 | 0 | 42.91151 | -78.8597 | 140 | 36 | 29 | 16800 | 3.6E+10 | 3718 | 280 | 3302 | 11 | 13 | 1 | 49 | 62 | 165 | 3553 | 2245 | 1667 | 578 | | | {7876AE7B | 0.00019 | 0.058378 |
| MULTIPOLY | 51 | 36 | 29 | 16600 | 3.6E+10 | 166 | Census Tra | G5020 | S | 1168149 | 0 | 42.89619 | -78.8458 | 140 | 36 | 29 | 16600 | 3.6E+10 | 2451 | 118 | 2271 | 9 | 8 | 0 | 16 | 29 | 60 | 2391 | 1493 | 1081 | 412 | | | {912C2C3C | 0.000129 | 0.051601 |
| MULTIPOLY | 55 | 36 | 29 | 17100 | 3.6E+10 | 171 | Census Tra | G5020 | S | 2008068 | 380015 | 42.92872 | -78.8941 | 140 | 36 | 29 | 17100 | 3.6E+10 | 4577 | 2072 | 1260 | 98 | 350 | 13 | 553 | 231 | 1202 | 3375 | 1951 | 1533 | 418 | | | {CC94ACE5 | 0.000221 | 0.109397 |
| MULTIPOLY | 46 | 36 | 29 | 2400 | 3.6E+10 | 24 | Census Tra | G5020 | S | 1676556 | 0 | 42.89362 | -78.8113 | 140 | 36 | 29 | 2400 | 3.6E+10 | 4257 | 3343 | 687 | 30 | 35 | 3 | 47 | 112 | 266 | 3991 | 2446 | 1881 | 565 | | | {88C264E1 | 0.000185 | 0.07384 |
| MULTIPOLY | 1 | 36 | 29 | 5300 | 3.6E+10 | 53 | Census Tra | G5020 | S | 2312977 | 5623 | 42.92937 | -78.8597 | 140 | 36 | 29 | 5300 | 3.6E+10 | 1458 | 1037 | 336 | 9 | 37 | 2 | 11 | 26 | 44 | 1414 | 540 | 454 | 86 | | | {A2519B16 | 0.000256 | 0.067445 |
| MULTIPOLY | 26 | 36 | 29 | 700 | 3.6E+10 | 7 | Census Tra | G5020 | S | 1068827 | 0 | 42.83715 | -78.8072 | 140 | 36 | 29 | 700 | 3.6E+10 | 3766 | 3611 | 45 | 9 | 27 | 0 | 36 | 38 | 114 | 3652 | 1680 | 1579 | 101 | | | {6212EF95 | 0.000118 | 0.048304 |
| MULTIPOLY | 41 | 36 | 29 | 16400 | 3.6E+10 | 164 | Census Tra | G5020 | S | 2548998 | 21975 | 42.87505 | -78.8597 | 140 | 36 | 29 | 16400 | 3.6E+10 | 3035 | 1235 | 1443 | 28 | 33 | 0 | 195 | 101 | 627 | 2408 | 1807 | 1387 | 420 | | | {DF17DE95 | 0.000283 | 0.083742 |
| MULTIPOLY | 24 | 36 | 29 | 500 | 3.6E+10 | 5 | Census Tra | G5020 | S | 4209552 | 2017407 | 42.86675 | -78.8711 | 140 | 36 | 29 | 500 | 3.6E+10 | 1961 | 1675 | 92 | 12 | 3 | 0 | 126 | 53 | 312 | 1649 | 1072 | 880 | 192 | | | {E6AF269F | 0.000549 | 0.168827 |
| MULTIPOLY | 79 | 36 | 29 | 5202 | 3.6E+10 | 52.02 | Census Tra | G5020 | S | 578728 | 0 | 42.92463 | -78.8488 | 140 | 36 | 29 | 5202 | 3.6E+10 | 2917 | 1270 | 1517 | 5 | 27 | 1 | 26 | 71 | 99 | 2818 | 1081 | 923 | 158 | | | {612608C7 | 6.38E-05 | 0.036966 |
| MULTIPOLY | 32 | 36 | 29 | 1600 | 3.6E+10 | 16 | Census Tra | G5020 | S | 1963677 | 0 | 42.88904 | -78.8308 | 140 | 36 | 29 | 1600 | 3.6E+10 | 2283 | 645 | 1378 | 13 | 129 | 4 | 39 | 75 | 86 | 2197 | 1704 | 1118 | 586 | | | {5C1767CD | 0.000216 | 0.078133 |
| MULTIPOLY | 56 | 36 | 29 | 3100 | 3.6E+10 | 31 | Census Tra | G5020 | S | 1495601 | 0 | 42.90041 | -78.858 | 140 | 36 | 29 | 3100 | 3.6E+10 | 2294 | 112 | 2107 | 3 | 19 | 4 | 14 | 35 | 58 | 2236 | 1309 | 1059 | 250 | | | {BDE7CA3A | 0.000165 | 0.062738 |
| MULTIPOLY | 2 | 36 | 29 | 5400 | 3.6E+10 | 54 | Census Tra | G5020 | S | 1824964 | 105583 | 42.93795 | -78.8682 | 140 | 36 | 29 | 5400 | 3.6E+10 | 3850 | 3108 | 439 | 18 | 114 | 0 | 62 | 109 | 198 | 3652 | 2053 | 1900 | 153 | | | {7E1739BF | 0.000213 | 0.080981 |
| MULTIPOLY | 74 | 36 | 29 | 4800 | 3.6E+10 | 48 | Census Tra | G5020 | S | 987834 | 0 | 42.94872 | -78.8488 | 140 | 36 | 29 | 4800 | 3.6E+10 | 3819 | 3275 | 347 | 24 | 50 | 4 | 47 | 72 | 198 | 3621 | 1914 | 1770 | 144 | | | {14BFBA13 | 0.000109 | 0.04765 |
| MULTIPOLY | 78 | 36 | 29 | 5201 | 3.6E+10 | 52.01 | Census Tra | G5020 | S | 1048076 | 0 | 42.93517 | -78.8469 | 140 | 36 | 29 | 5201 | 3.6E+10 | 3027 | 2219 | 627 | 12 | 68 | 2 | 33 | 66 | 131 | 2896 | 1518 | 1352 | 166 | | | {D15B1DB4 | 0.000116 | 0.049901 |
| MULTIPOLY | 66 | 36 | 29 | 4200 | 3.6E+10 | 42 | Census Tra | G5020 | S | 968242 | 0 | 42.93526 | -78.8186 | 140 | 36 | 29 | 4200 | 3.6E+10 | 3520 | 134 | 3230 | 15 | 51 | 0 | 22 | 68 | 87 | 3433 | 1605 | 1393 | 212 | | | {01351743 | 0.000107 | 0.044864 |
| MULTIPOLY | 12 | 36 | 29 | 6601 | 3.6E+10 | 66.01 | Census Tra | G5020 | S | 392016 | 0 | 42.91347 | -78.8823 | 140 | 36 | 29 | 6601 | 3.6E+10 | 2441 | 1545 | 384 | 41 | 203 | 1 | 180 | 87 | 477 | 1964 | 1417 | 1174 | 243 | | | {0C3084F7 | 4.32E-05 | 0.029846 |
| MULTIPOLY | 36 | 36 | 29 | 6901 | 3.6E+10 | 69.01 | Census Tra | G5020 | S | 591287 | 0 | 42.91039 | -78.8918 | 140 | 36 | 29 | 6901 | 3.6E+10 | 3773 | 1487 | 851 | 34 | 612 | 1 | 607 | 181 | 1497 | 2276 | 1729 | 1323 | 406 | | | {FE2D7145 | 6.52E-05 | 0.037912 |
| MULTIPOLY | 33 | 36 | 29 | 1700 | 3.6E+10 | 17 | Census Tra | G5020 | S | 1163831 | 0 | 42.88139 | -78.8352 | 140 | 36 | 29 | 1700 | 3.6E+10 | 1777 | 1301 | 356 | 9 | 45 | 0 | 10 | 56 | 90 | 1687 | 1011 | 822 | 209 | | | {7554C3ED | 0.000128 | 0.054657 |
| MULTIPOLY | 7 | 36 | 29 | 6100 | 3.6E+10 | 61 | Census Tra | G5020 | S | 1077646 | 237517 | 42.91772 | -78.8965 | 140 | 36 | 29 | 6100 | 3.6E+10 | 4986 | 2154 | 1343 | 91 | 568 | 5 | 599 | 226 | 1512 | 3474 | 2281 | 1799 | 482 | | | {0668421A | 0.000119 | 0.06751 |
| MULTIPOLY | 28 | 36 | 29 | 900 | 3.6E+10 | 9 | Census Tra | G5020 | S | 549189 | 0 | 42.85391 | -78.8165 | 140 | 36 | 29 | 900 | 3.6E+10 | 2373 | 2197 | 69 | 27 | 11 | 1 | 24 | 44 | 122 | 2251 | 1141 | 1061 | 80 | | | {809493CB | 6.05E-05 | 0.037524 |
| MULTIPOLY | 64 | 36 | 29 | 3901 | 3.6E+10 | 39.01 | Census Tra | G5020 | S | 524580 | 0 | 42.93333 | -78.8266 | 140 | 36 | 29 | 3901 | 3.6E+10 | 1150 | 67 | 1019 | 3 | 2 | 9 | 5 | 45 | 18 | 1132 | 583 | 519 | 64 | | | {0B476802 | 5.78E-05 | 0.042901 |
| MULTIPOLY | 77 | 36 | 29 | 5100 | 3.6E+10 | 51 | Census Tra | G5020 | S | 1163946 | 0 | 42.95566 | -78.8585 | 140 | 36 | 29 | 5100 | 3.6E+10 | 4416 | 3113 | 931 | 41 | 55 | 4 | 108 | 164 | 364 | 4052 | 2487 | 2255 | 232 | | | {95622382 | 0.000128 | 0.072625 |
| MULTIPOLY | 59 | 36 | 29 | 3400 | 3.6E+10 | 34 | Census Tra | G5020 | S | 1484416 | 0 | 42.9176 | -78.8337 | 140 | 36 | 29 | 3400 | 3.6E+10 | 2757 | 75 | 2591 | 9 | 10 | 0 | 16 | 56 | 58 | 2699 | 1618 | 1195 | 423 | | | {96F10969 | 0.000164 | 0.058577 |
| MULTIPOLY | 19 | 36 | 29 | 7102 | 3.6E+10 | 71.02 | Census Tra | G5020 | S | 873922 | 0 | 42.88897 | -78.8827 | 140 | 36 | 29 | 7102 | 3.6E+10 | 2681 | 1063 | 960 | 35 | 12 | 3 | 508 | 100 | 1034 | 1647 | 1638 | 1217 | 421 | | | {DEB297A1 | 9.63E-05 | 0.052351 |
| MULTIPOLY | 11 | 36 | 29 | 6501 | 3.6E+10 | 65.01 | Census Tra | G5020 | S | 472938 | 0 | 42.9178 | -78.8826 | 140 | 36 | 29 | 6501 | 3.6E+10 | 2883 | 2086 | 347 | 48 | 182 | 0 | 121 | 99 | 337 | 2546 | 1578 | 1357 | 221 | | | {1B09A597 | 5.21E-05 | 0.032587 |
| MULTIPOLY | 53 | 36 | 29 | 16900 | 3.6E+10 | 169 | Census Tra | G5020 | S | 901305 | 0 | 42.91888 | -78.8682 | 140 | 36 | 29 | 16900 | 3.6E+10 | 3634 | 2315 | 1089 | 30 | 51 | 0 | 56 | 93 | 233 | 3401 | 1971 | 1675 | 296 | | | {960AE7EE | 9.94E-05 | 0.055637 |
| MULTIPOLY | 75 | 36 | 29 | 4900 | 3.6E+10 | 49 | Census Tra | G5020 | S | 1121605 | 0 | 42.94924 | -78.86 | 140 | 36 | 29 | 4900 | 3.6E+10 | 5983 | 4595 | 936 | 52 | 57 | 0 | 114 | 229 | 400 | 5583 | 3139 | 2876 | 263 | | | {62B7A5C6 | 0.000124 | 0.051871 |
| MULTIPOLY | 15 | 36 | 29 | 6702 | 3.6E+10 | 67.02 | Census Tra | G5020 | S | 791519 | 0 | 42.90698 | -78.8723 | 140 | 36 | 29 | 6702 | 3.6E+10 | 3224 | 2143 | 740 | 26 | 143 | 1 | 64 | 107 | 214 | 3010 | 2516 | 2188 | 328 | | | {1EEE6046 | 8.72E-05 | 0.037914 |
| MULTIPOLY | 40 | 36 | 29 | 16700 | 3.6E+10 | 167 | Census Tra | G5020 | S | 1905845 | 0 | 42.87791 | -78.808 | 140 | 36 | 29 | 16700 | 3.6E+10 | 2460 | 2221 | 132 | 11 | 15 | 0 | 25 | 56 | 92 | 2368 | 1303 | 1141 | 162 | | | {3DEC35D0 | 0.00021 | 0.062328 |
| MULTIPOLY | 10 | 36 | 29 | 6302 | 3.6E+10 | 63.02 | Census Tra | G5020 | S | 1051060 | 0 | 42.92701 | -78.8725 | 140 | 36 | 29 | 6302 | 3.6E+10 | 2589 | 2350 | 104 | 20 | 48 | 0 | 14 | 53 | 109 | 2480 | 1338 | 1212 | 126 | | | {F52D958B | 0.000116 | 0.05159 |
| MULTIPOLY | 18 | 36 | 29 | 7101 | 3.6E+10 | 71.01 | Census Tra | G5020 | S | 687052 | 0 | 42.89568 | -78.8879 | 140 | 36 | 29 | 7101 | 3.6E+10 | 3642 | 1361 | 997 | 57 | 114 | 2 | 953 | 158 | 2170 | 1472 | 1926 | 1560 | 366 | | | {1A3A4668 | 7.57E-05 | 0.04135 |
| MULTIPOLY | 73 | 36 | 29 | 4700 | 3.6E+10 | 47 | Census Tra | G5020 | S | 1481014 | 0 | 42.94576 | -78.8221 | 140 | 36 | 29 | 4700 | 3.6E+10 | 6709 | 1766 | 4314 | 21 | 314 | 5 | 79 | 210 | 301 | 6408 | 2912 | 2580 | 332 | | | {06156495 | 0.000163 | 0.055887 |
| MULTIPOLY | 4 | 36 | 29 | 5600 | 3.6E+10 | 56 | Census Tra | G5020 | S | 2198732 | 0 | 42.95117 | -78.8866 | 140 | 36 | 29 | 5600 | 3.6E+10 | 4182 | 2755 | 1125 | 36 | 111 | 0 | 444 | 195 | 975 | 3207 | 2022 | 1782 | 240 | | | {52E857A2 | 0.000243 | 0.068333 |
| MULTIPOLY | 14 | 36 | 29 | 6701 | 3.6E+10 | 67.01 | Census Tra | G5020 | S | 558476 | 0 | 42.90748 | -78.8808 | 140 | 36 | 29 | 6701 | 3.6E+10 | 3354 | 2273 | 584 | 23 | 188 | 4 | 175 | 107 | 383 | 2971 | 2352 | 2074 | 278 | | | {289FDE4B | 6.16E-05 | 0.035291 |
| MULTIPOLY | 57 | 36 | 29 | 3301 | 3.6E+10 | 33.01 | Census Tra | G5020 | S | 709713 | 0 | 42.91836 | -78.8487 | 140 | 36 | 29 | 3301 | 3.6E+10 | 3565 | 220 | 3236 | 10 | 3 | 0 | 21 | 75 | 66 | 3499 | 1806 | 1469 | 337 | | | {443E9F88 | 7.82E-05 | 0.035796 |
| MULTIPOLY | 31 | 36 | 29 | 1500 | 3.6E+10 | 15 | Census Tra | G5020 | S | 956246 | 0 | 42.88547 | -78.8485 | 140 | 36 | 29 | 1500 | 3.6E+10 | 1485 | 111 | 1304 | 1 | 11 | 0 | 16 | 42 | 63 | 1422 | 934 | 691 | 243 | | | {9CF94535 | 0.000105 | 0.042568 |
| MULTIPOLY | 13 | 36 | 29 | 6602 | 3.6E+10 | 66.02 | Census Tra | G5020 | S | 445799 | 0 | 42.91338 | -78.8711 | 140 | 36 | 29 | 6602 | 3.6E+10 | 2262 | 1771 | 380 | 8 | 40 | 0 | 26 | 37 | 91 | 2171 | 1463 | 1321 | 142 | | | {F5A2EB99 | 4.91E-05 | 0.032251 |
| MULTIPOLY | 47 | 36 | 29 | 2702 | 3.6E+10 | 27.02 | Census Tra | G5020 | S | 905389 | 0 | 42.89879 | -78.8343 | 140 | 36 | 29 | 2702 | 3.6E+10 | 2425 | 429 | 1873 | 11 | 625 | 0 | 12 | 75 | 42 | 2383 | 1473 | 1006 | 467 | | | {AAFAD264 | 9.98E-05 | 0.04029 |
| MULTIPOLY | 69 | 36 | 29 | 4402 | 3.6E+10 | 44.02 | Census Tra | G5020 | S | 588769 | 0 | 42.93083 | -78.8067 | 140 | 36 | 29 | 4402 | 3.6E+10 | 2682 | 58 | 2524 | 9 | 1 | 0 | 45 | 45 | 122 | 2560 | 1275 | 1170 | 105 | | | {B8039C14 | 6.49E-05 | 0.038555 |
| MULTIPOLY | 70 | 36 | 29 | 4500 | 3.6E+10 | 45 | Census Tra | G5020 | S | 2022657 | 0 | 42.94781 | -78.8373 | 140 | 36 | 29 | 4500 | 3.6E+10 | 5469 | 3658 | 1436 | 37 | 90 | 3 | 101 | 144 | 253 | 5216 | 2641 | 2456 | 185 | | | {4EEE4228 | 0.000223 | 0.065222 |
| MULTIPOLY | 58 | 36 | 29 | 3302 | 3.6E+10 | 33.02 | Census Tra | G5020 | S | 1019811 | 0 | 42.90945 | -78.8488 | 140 | 36 | 29 | 3302 | 3.6E+10 | 3119 | 170 | 2849 | 5 | 12 | 0 | 40 | 43 | 70 | 3049 | 1836 | 1373 | 463 | | | {07D8475E | 0.000112 | 0.042057 |
| MULTIPOLY | 48 | 36 | 29 | 2800 | 3.6E+10 | 28 | Census Tra | G5020 | S | 1163185 | 0 | 42.90017 | -78.8209 | 140 | 36 | 29 | 2800 | 3.6E+10 | 2346 | 644 | 1475 | 13 | 62 | 1 | 34 | 117 | 93 | 2253 | 1387 | 907 | 480 | | | {C7D50CA1 | 0.000128 | 0.051484 |
| MULTIPOLY | 20 | 36 | 29 | 7202 | 3.6E+10 | 72.02 | Census Tra | G5020 | S | 1003208 | 999478 | 42.89183 | -78.8953 | 140 | 36 | 29 | 7202 | 3.6E+10 | 1639 | 1015 | 345 | 6 | 33 | 0 | 178 | 62 | 432 | 1207 | 1000 | 908 | 92 | | | {361E7D06 | 0.000212 | 0.103586 |
| MULTIPOLY | 39 | 36 | 29 | 16300 | 3.6E+10 | 163 | Census Tra | G5020 | S | 4103900 | 114676 | 42.8713 | -78.8318 | 140 | 36 | 29 | 16300 | 3.6E+10 | 2466 | 1992 | 254 | 43 | 8 | 1 | 80 | 88 | 268 | 2198 | 1315 | 1030 | 285 | | | {D979B086 | 0.000465 | 0.107915 |
| MULTIPOLY | 17 | 36 | 29 | 7000 | 3.6E+10 | 70 | Census Tra | G5020 | S | 1210767 | 630182 | 42.90168 | -78.8983 | 140 | 36 | 29 | 7000 | 3.6E+10 | 3133 | 1433 | 671 | 32 | 257 | 11 | 603 | 126 | 1276 | 1857 | 1534 | 1220 | 314 | | | {40D6F341 | 0.000132 | 0.058116 |
| MULTIPOLY | 76 | 36 | 29 | 5000 | 3.6E+10 | 50 | Census Tra | G5020 | S | 1296215 | 0 | 42.95113 | -78.8734 | 140 | 36 | 29 | 5000 | 3.6E+10 | 2409 | 1737 | 445 | 18 | 82 | 2 | 78 | 96 | 195 | 2214 | 1247 | 1151 | 96 | | | {3B6DBF52 | 0.000143 | 0.051163 |
| MULTIPOLY | 27 | 36 | 29 | 800 | 3.6E+10 | 8 | Census Tra | G5020 | S | 1090392 | 0 | 42.84763 | -78.8171 | 140 | 36 | 29 | 800 | 3.6E+10 | 4704 | 4320 | 98 | 27 | 33 | 0 | 121 | 104 | 349 | 4355 | 2114 | 1949 | 165 | | | {3829B38B | 0.00012 | 0.055048 |
| MULTIPOLY | 6 | 36 | 29 | 5900 | 3.6E+10 | 59 | Census Tra | G5020 | S | 1218299 | 298165 | 42.93791 | -78.9031 | 140 | 36 | 29 | 5900 | 3.6E+10 | 3957 | 2483 | 635 | 49 | 273 | 0 | 314 | 203 | 801 | 3156 | 1908 | 1666 | 262 | | | {F1DF0B18 | 0.000137 | 0.06439 |
| MULTIPOLY | 71 | 36 | 29 | 4601 | 3.6E+10 | 46.01 | Census Tra | G5020 | S | 820456 | 0 | 42.9555 | -78.8287 | 140 | 36 | 29 | 4601 | 3.6E+10 | 3514 | 2030 | 514 | 0 | 807 | 0 | 42 | 115 | 140 | 3374 | 1515 | 1414 | 101 | | | {163ADB04 | 9.05E-05 | 0.047013 |
| MULTIPOLY | 25 | 36 | 29 | 600 | 3.6E+10 | 6 | Census Tra | G5020 | S | 1163904 | 0 | 42.83772 | -78.8184 | 140 | 36 | 29 | 600 | 3.6E+10 | 4752 | 4392 | 145 | 37 | 35 | 0 | 52 | 91 | 217 | 4535 | 2227 | 2061 | 166 | | | {A1D6CEC7 | 0.000128 | 0.047709 |
| MULTIPOLY | 65 | 36 | 29 | 4100 | 3.6E+10 | 41 | Census Tra | G5020 | S | 1085550 | 0 | 42.92592 | -78.8092 | 140 | 36 | 29 | 4100 | 3.6E+10 | 4497 | 290 | 4034 | 18 | 29 | 1 | 24 | 101 | 115 | 4382 | 2215 | 1901 | 314 | | | {4C6A8FBD | 0.00014 | 0.046022 |
| MULTIPOLY | 9 | 36 | 29 | 6301 | 3.6E+10 | 63.01 | Census Tra | G5020 | S | 731410 | 0 | 42.92396 | -78.8822 | 140 | 36 | 29 | 6301 | 3.6E+10 | 4709 | 3610 | 553 | 32 | 157 | 6 | 183 | 168 | 434 | 4275 | 2451 | 2212 | 239 | | | {5E94C843 | 8.06E-05 | 0.037015 |
| MULTIPOLY | 42 | 36 | 29 | 16500 | 3.6E+10 | 165 | Census Tra | G5020 | S | 1889028 | 12723 | 42.88459 | -78.873 | 140 | 36 | 29 | 16500 | 3.6E+10 | 1798 | 1000 | 678 | 9 | 28 | 3 | 27 | 53 | 212 | 1586 | 822 | 629 | 193 | | | {59FE8A31 | 0.00021 | 0.063169 |
| MULTIPOLY | 3 | 36 | 29 | 5500 | 3.6E+10 | 55 | Census Tra | G5020 | S | 1551922 | 0 | 42.93891 | -78.8889 | 140 | 36 | 29 | 5500 | 3.6E+10 | 4054 | 2515 | 750 | 61 | 248 | 1 | 247 | 232 | 637 | 3417 | 2083 | 1759 | 324 | | | {FED37615 | 0.000171 | 0.072156 |

| MULTIPOLY | 38 | 36 | 29 | 110 | 3.6E+10 | 1.1 Census Tra G5020 | S | 8386054 | 1313259 | 42.8475 | -78.8467 | 140 | 36 | 29 | 110 | 3.6E+10 | 2761 | 2314 | 156 | 24 | 13 | 1 | 148 | 105 | 441 | 2320 | 1253 | 1095 | 158 | {2C61AB66 | 0.000966 | 0.223203 |