# Exhibit 525

# Filed Under Seal