# Exhibit 526

# Filed Under Seal