# Exhibit 527

# Filed Under Seal