# Exhibit 528

# Intentionally Left Blank