# Exhibit 529

# Filed Under Seal