# Exhibit 530

# Filed Under Seal