# Exhibit 531

# Filed Under Seal