# Exhibit 532

# Filed Under Seal