# Exhibit 533

# Filed Under Seal