# Exhibit 534

# Filed Under Seal