# Exhibit 535

# Filed Under Seal