# Exhibit 536

# Filed Under Seal