# EXHIBIT 538

# ANNUAL STATICTICS
# HOUSING/ STRIKE FORCE

|  | 2013 | 2014 | 2015 | *2016 | 2017 |
|---|---|---|---|---|---|
| ARRESTS | 5,092 | 7,854 | 9,293 | 10,644 |  |
| TRAFFIC SUMMONSES | 20,579 | 25,502 | 39,757 | 42,930 |  |
| VEHICLE IMPOUNDS | 2,864 | 2,668 | 2,813 | 1,873 |  |
| CITY ORDINANCES | 291 | 509 | 717 | 9,916 |  |
| PARKING TAGS | 839 | 1,543 | 1,993 | 8,895 |  |
| GUNS | 70 | 116 | 166 | 131 |  |
| CASH SEIZED | $ 68,401.00 | $ 104,533.00 | $ 112,727.00 | $ 70,320.00 |  |

* unofficial stats compiled by Capt. Serafini

COB042215