# EXHIBIT 539

| | |
|---|---|
| **From:** | Morgera,Danielle S. |
| **Sent:** | 8/6/2018 12:20:37 PM |
| **To:** | jagramaglia@bpdny.org |
| **CC:** | Lockwood,Byron C; Rinaldo,Jeffery D; rvrosenswie@bpdny.org; Helfer,Kevin J |
| **Subject:** | RE: Re: Fwd: RE: RE: RE: |

Dear Sirs:

Attached please find the accumulative lists of officer no-call no-shows for traffic court.

The excel worksheet lists all BPD no-shows at court.

The pdf document lists all agencies indicating both appearances, no-shows and excused appearances. In this document, you will also find the officers scheduled to appear through August 17, 2018.

If you need any further information, please do not hesitate to contact me.

Thank you.


Very truly yours,


Danielle S Morgera

dmorgera@city-buffalo.com

Administrator Traffic Violations Agency

115 City Hall

65 Niagara Square

Buffalo, New York 14202

T: (main)716-851-5883

(direct) 716-851-5410

F: 716-851-9695



*CONFIDENTIALITY NOTICE: This email transmission is confidential and only intended for the person(s) named above. Its contents may also be protected by privilege, and all rights to privilege are expressly claimed and not waived. If you received this email in error, please call us immediately and DESTROY the entire email. If this email is not intended for you, any reading, distribution, copying or disclosure of this email is strictly prohibited.*

Please consider the environment before printing this email.


**From:** Helfer,Kevin J
**Sent:** Sunday, August 5, 2018 8:46 AM
**To:** Morgera,Danielle S. <dmorgera@ch.ci.buffalo.ny.us>

**Subject:** Fwd: Re: Fwd: RE: RE: RE:

Sent from my iPhone

Begin forwarded message:

**From:** < jagramaglia@bpdny.org>
**Date:** August 4, 2018 at 6:25:59 PM EDT
**To:** "Helfer,Kevin J" < khelfer@ch.ci.buffalo.ny.us>
**Cc:** "Lockwood,Byron C" < bclockwood@bpd.ci.buffalo.ny.us>, "Rinaldo,Jeffery D" < jdrinaldo@bpd.ci.buffalo.ny.us>, < rvrosenswie@bpdny.org>
**Subject: Re: Fwd: RE: RE: RE:**

Kevin,
As you had in the past, send me the list of officers who "no show, no call" and we will address. Thanks.

Joseph A. Gramaglia, MPA
Deputy Police Commissioner
Administration and Finance
Buffalo Police Department
74 Franklin St
Buffalo, NY 14202
716.851.4526 Office
716.553.9072 Cell
716.851.5179 Fax
jagramaglia@bpdny.org

|  |  |  |
|---|---|---|
| "Helfer,Kevin J" < khelfer@ch.ci.buffalo.ny.us> | | To |
| 08/03/2018 03:09 PM | | "Lockwood,Byron C" < bclockwood@bpd.ci.buffalo.ny.us>, "Gramaglia,Joseph A" < jagramaglia@bpd.ci.buffalo.ny.us>, "Rinaldo,Jeffery D" < jdrinaldo@bpd.ci.buffalo.ny.us> |
|  | | cc |
|  | | Subject |
|  | | Fwd: RE: RE: RE: |

FYI
Sent from my iPhone

Begin forwarded message:

From: "Morgera,Danielle S." < dmorgera@ch.ci.buffalo.ny.us< mailto:dmorgera@ch.ci.buffalo.ny.us>>
Date: August 3, 2018 at 1:48:28 PM EDT
To: " rvrosenswie@bpdny.org< mailto:rvrosenswie@bpdny.org>" < rvrosenswie@bpdny.org< mailto:rvrosenswie@bpdny.org>>
Cc: "Helfer,Kevin J" < khelfer@ch.ci.buffalo.ny.us< mailto:khelfer@ch.ci.buffalo.ny.us>>
Subject: RE: RE: RE:

Dear Rob:

Commissioner Helfer and I are seeing an increasing trend in officers not appearing. This week in particular has been very discouraging.
Several months ago we were nearing almost 100% attendance. However, unexcused non-appearances have been increasing over the weeks.
We see this as an issue because we are unable to prosecute the case without the witness, causing us to adjourn court cases and sometimes dismissing the cases for failure to prosecute.
We absolutely understand that officers may be called into higher courts and emergency situations, however, more often than not we receive no notice of the absence.

Please let me know what more information you may require. Thank you.
Have a great weekend.

Danielle

-----Original Message-----
From: rvrosenswie@bpdny.org< mailto:rvrosenswie@bpdny.org>
< rvrosenswie@bpdny.org< mailto:rvrosenswie@bpdny.org>>
Sent: Wednesday, August 1, 2018 5:05 PM
To: Morgera,Danielle S. < dmorgera@ch.ci.buffalo.ny.us< mailto:dmorgera@ch.ci.buffalo.ny.us>>
Subject: Re: RE: RE:

That's ok, only if an issue arises thank you

Sent from my iPhone

On Aug 1, 2018, at 4:27 PM, Morgera,Danielle S.
< dmorgera@ch.ci.buffalo.ny.us< mailto:dmorgera@ch.ci.buffalo.ny.us>> wrote:

Thank you again.
Would you like me to include you on my list when I send the reports?

-----Original Message-----
From: rvrosenswie@bpdny.org< mailto:rvrosenswie@bpdny.org>
< rvrosenswie@bpdny.org< mailto:rvrosenswie@bpdny.org>>
Sent: Wednesday, August 1, 2018 3:01 PM
To: Morgera,Danielle S. < dmorgera@ch.ci.buffalo.ny.us< mailto:dmorgera@ch.ci.buffalo.ny.us>>
Subject: RE: RE:

Danielle,
Emails are as follows,

awright@bpdny.org< mailto:awright@bpdny.org>
rsjoyce@bpdny.org< mailto:rsjoyce@bpdny.org>

thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org< mailto:rvrosenswie@bpdny.org>

> "Morgera,Danielle
>
> S."
>
> < dmorgera@ch.ci.b< mailto:dmorgera@ch.ci.b>
To
> uffalo.ny.us< http://uffalo.ny.us>>
" rvrosenswie@bpdny.org< mailto:rvrosenswie@bpdny.org>"
> < rvrosenswie@bpdny.org<
mailto:rvrosenswie@bpdny.org>>
>
> 08/01/2018 10:04                                  cc
>
> AM              "Helfer,Kevin J"
>
> < khelfer@ch.ci.buffalo.ny.us<
mailto:khelfer@ch.ci.buffalo.ny.us>>

Subject

RE: RE:

Dear Rob:
I do have email addresses for most of the chiefs, however, not Chief
Joyce or Chief Wright.
Would you kindly prove their contact information?
Thank you in advance for your anticipated courtesies.

-----Original Message-----
From: rvrosenswie@bpdny.org< mailto:rvrosenswie@bpdny.org>
< rvrosenswie@bpdny.org< mailto:rvrosenswie@bpdny.org>>
Sent: Tuesday, July 31, 2018 1:46 PM
To: Morgera,Danielle S. < dmorgera@ch.ci.buffalo.ny.us<
mailto:dmorgera@ch.ci.buffalo.ny.us>>
Subject: RE: RE:

Danielle,
 Below is the current list of Chiefs:

A Dist  Robert Joyce
B  Dist Barbara Lark
C Dist Alphonzo Wright
D Dist Anthony Barba
E Dist Carmen Menza
Schools Aaron Young

Thank you for the information, please keep me posted.

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo,  N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org< mailto:rvrosenswie@bpdny.org>

       "Morgera,Danielle
       S."
        < dmorgera@ch.ci.b< mailto:dmorgera@ch.ci.b>
To
        uffalo.ny.us< http://uffalo.ny.us>>
" rvrosenswie@bpdny.org< mailto:rvrosenswie@bpdny.org>"
                    < rvrosenswie@bpdny.org<
mailto:rvrosenswie@bpdny.org>>
       07/31/2018 01:19                          cc
       PM                "Helfer,Kevin J"
                         < khelfer@ch.ci.buffalo.ny.us<
mailto:khelfer@ch.ci.buffalo.ny.us>>
                                       Subject
                     RE: RE:

Dear Insp. Rosenswie:

I hope all is well.

I have been forwarding the list of BPD no-shows to Traffic Court to
the
list of Chiefs you provided to me in February of this year (see below email
dated February 5, 2018).
I am aware there has been some movement within the department and ask
if
you could please provide me with a current list of Chiefs to send this
report to.
We are again, having an increasing problem with officer attendance at
traffic court with little or no communication when they do not appear. I am
hoping that an updated Chiefs list will help resolve this issue.

Lastly, I have attached an accumulative list of officer no-shows for
your

review. I have indicated missed court dates for July 2018 in YELLOW.

Thank you.

Very truly yours,

Danielle S Morgera
dmorgera@city-buffalo.com< mailto:dmorgera@city-buffalo.com>
Administrator Traffic Violations Agency
115 City Hall
65 Niagara Square
Buffalo, New York 14202
T: (main)716-851-5883
(direct) 716-851-5410
F: 716-851-9695
(Embedded image moved to file: pic31286.jpg)City Seal small
CONFIDENTIALITY
NOTICE: This email transmission is confidential and only intended for the
person(s) named above. Its contents may also be protected by privilege,
and all rights to privilege are expressly claimed and not waived. If you
received this email in error, please call us immediately and DESTROY the
entire email. If this email is not intended for you, any reading,
distribution, copying or disclosure of this email is strictly prohibited.
Please consider the environment before printing this email.

-----Original Message-----
From: rvrosenswie@bpdny.org< mailto:rvrosenswie@bpdny.org>
< rvrosenswie@bpdny.org< mailto:rvrosenswie@bpdny.org>>
Sent: Wednesday, March 21, 2018 10:23 AM
To: Morgera,Danielle S. < dmorgera@ch.ci.buffalo.ny.us< mailto:dmorgera@ch.ci.buffalo.ny.us>>
Subject: RE: RE:

Good morning Danielle,
  Thank you for your condolences they are greatly appreciated. There
has not been a new Chief named as of yet, The Captains at A District are
as follows, James Shea and Craig Leone. Thank you

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org< mailto:rvrosenswie@bpdny.org>

         "Morgera,Danielle
         S."
         < dmorgera@ch.ci.b< mailto:dmorgera@ch.ci.b>
To
          uffalo.ny.us< http://uffalo.ny.us>>
" rvrosenswie@bpdny.org< mailto:rvrosenswie@bpdny.org>"
                    < rvrosenswie@bpdny.org<
mailto:rvrosenswie@bpdny.org>>
         03/21/2018 10:19                              cc
         AM
                                       Subject
              RE: RE:


Good morning, Insp. Rosenswie:

I was saddened to hear about the passing of Chief Moran.
Could you please advise whether someone is attending to his email
account?
If not, to whom should I direct District A correspondence? Cpt.
Baranski
or Cpt. Serafini?

I am not aware whether an interim Chief has been named yet.

Thank you in advance for your anticipated courtesies.

-----Original Message-----
From: rvrosenswie@bpdny.org< mailto:rvrosenswie@bpdny.org>
< rvrosenswie@bpdny.org< mailto:rvrosenswie@bpdny.org>>
Sent: Monday, February 5, 2018 3:32 PM
To: Morgera,Danielle S. < dmorgera@ch.ci.buffalo.ny.us< mailto:dmorgera@ch.ci.buffalo.ny.us>>
Subject: RE:

Danielle, below are the emeails for the effected chiefs.

tjmoran@bpdny.org< mailto:tjmoran@bpdny.org>
jagramaglia@bpdny.org< mailto:jagramaglia@bpdny.org>
balark@bpdny.org< mailto:balark@bpdny.org>
ajbarba@bpdny.org< mailto:ajbarba@bpdny.org>
cjmenza@bpdny.org< mailto:cjmenza@bpdny.org>
avyoung@bpdny.org< mailto:avyoung@bpdny.org>

Thank you,

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org< mailto:rvrosenswie@bpdny.org>

|       | "Morgera,Danielle S." < dmorgera@ch.ci.b< mailto:dmorgera@ch.ci.b |         |     |
|-------|---------------------|---------|-----|
| To    | uffalo.ny.us< http://uffalo.ny.us>> |         |     |

" rvrosenswie@bpdny.org< mailto:rvrosenswie@bpdny.org>"
< rvrosenswie@bpdny.org< mailto:rvrosenswie@bpdny.org>>

|            | 02/05/2018 03:26 PM |         | cc  |
|------------|---------------------|---------|-----|
|            |                     | Subject | RE: |

Thank you, Rob.
May I please have their email address?

Very truly yours,

Danielle S Morgera
dmorgera@city-buffalo.com< mailto:dmorgera@city-buffalo.com>
Administrator Traffic Violations Agency
115 City Hall
65 Niagara Square
Buffalo, New York 14202
T: (main)716-851-5883
(direct) 716-851-5410
F: 716-851-9695

CONFIDENTIALITY NOTICE: This email transmission is confidential and only
intended for the person(s) named above. Its contents may also be protected
by privilege, and all rights to privilege are expressly claimed and not
waived. If you received this email in error, please call us immediately
and DESTROY the entire email. If this email is not intended for you, any
reading, distribution, copying or disclosure of this email is strictly
prohibited.
Please consider the environment before printing this email.

-----Original Message-----
From: rvrosenswie@bpdny.org< mailto:rvrosenswie@bpdny.org> [mailto:rvrosenswie@bpdny.org]
Sent: Monday, February 05, 2018 3:23 PM
To: Morgera,Danielle S. < dmorgera@ch.ci.buffalo.ny.us< mailto:dmorgera@ch.ci.buffalo.ny.us>>
Subject: Re:

Danielle,

The following Chiefs should be notified of the TVB hearing attendance log.

A Dist Thomas Moran
B Dist Joseph Gramaglia
C Dist Barbara Lark
D Dist Anthony Barba
E Dist Carmen Menza
SF/H/Schools Aaron Young

Inspector Robert V Rosenswie
Buffalo Police Department
Internal Affairs Division
74 Franklin St
Buffalo, N.Y. 14202
716-851-4558(ofc)
716-851-5229(fax)
Email: rvrosenswie@bpdny.org< mailto:rvrosenswie@bpdny.org>

"Morgera,Danielle
S."
< dmorgera@ch.ci.b< mailto:dmorgera@ch.ci.b>
To
uffalo.ny.us< http://uffalo.ny.us>>
" rvrosenswie@bpdny.org< mailto:rvrosenswie@bpdny.org>"
< rvrosenswie@bpdny.org< mailto:rvrosenswie@bpdny.org>>
02/05/2018 02:48                                  cc
PM

Subject

Very truly yours,

Danielle S Morgera

dmorgera@city-buffalo.com< mailto:dmorgera@city-buffalo.com>

Administrator Traffic Violations Agency

115 City Hall

65 Niagara Square

Buffalo, New York 14202

T: (main)716-851-5883

(direct) 716-851-5410

F: 716-851-9695

(Embedded image moved to file: pic15457.jpg)

CONFIDENTIALITY NOTICE: This email transmission is confidential and only
intended for the person(s) named above. Its contents may also be protected
by privilege, and all rights to privilege are expressly claimed and not
waived. If you received this email in error, please call us immediately
and DESTROY the entire email. If this email is not intended for you, any

reading, distribution, copying or disclosure of this email is strictly prohibited.

Please consider the environment before printing this email.

(See attached file: BPD Accumulative Officer no-show list through 7-27-18.xlsx)



- LIST OF OFFICERS NO SHOWS BTVA.pdf



- Officer NO Show.xlsx