# PLAINTIFFS' COUNTER-STATEMENT IN RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED FACTS PURSUANT TO LOCAL RULE 56(a)(2) AND ADDITIONAL MATERIAL FACTS

# FILED UNDER SEAL