UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BLACK LOVE RESISTS IN THE RUST        :
by and through MARIELLE SHAVONNE       :
SMITH and CHARIS HUMPHREY on         :
behalf of its members; SHAKETA         :
REDDEN; DORETHEA FRANKLIN;          :
TANIQUA SIMMONS; DE'JON HALL;        :
JOSEPH BONDS; CHARLES PALMER;       :
SHIRLEY SARMIENTO; EBONY           :
YELDON; and JASMINE EVANS,           :
individually and on behalf of a class of all   :     Case No.: 1:18-cv-00719-CCR
others similarly situated,               :
                                      :
              Plaintiffs,               :
                                      :
       v.                              :     ECF Case
                                      :
CITY OF BUFFALO, NY; BYRON B.        :
BROWN, Mayor of the City of Buffalo, in   :
his individual and official capacities;       :
BYRON C. LOCKWOOD, Commissioner     :
of the Buffalo Police Department, in his     :
individual and official capacities; DANIEL   :
DERENDA, former Commissioner of the     :
Buffalo Police Department, in his individual  :
capacity; AARON YOUNG, KEVIN         :
BRINKWORTH, PHILIP SERAFINI,        :
ROBBIN THOMAS, UNKNOWN           :
SUPERVISORY PERSONNEL 1-10,        :
UNKNOWN OFFICERS 1-20, each         :
officers of the Buffalo Police Department, in  :
their individual capacities,              :
                                      :
              Defendants.               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## PLAINTIFFS' APPENDIX TO LOCAL RULE 56 STATEMENT OF MATERIAL FACTS

Plaintiffs Black Love Resists in the Rust, Shaketa Redden, Dorothea Franklin, Taniqua

Simmons, De'Jon Hall, Joseph Bonds, Charles Palmer, Shirley Sarmiento, Ebony Yeldon, and

Jasmine Evans provide the following Appendix to their Local Rule 56 Counter-Statement in

Response to Defendants' Statement of Undisputed Facts and in support of their Opposition to

Defendant's Motion for Summary Judgment:

| APPENDIX OF DOCUMENTS | |
|---|---|
| Declaration | Declaration of Plaintiff Charles Palmer, dated March 21, 2025 |
| Declaration | Declaration of Plaintiff Dorethea Franklin, dated April 24, 2025 |
| Declaration | Declaration of Plaintiff De'Jon Hall, dated April 25, 2025 |
| Declaration | Declaration of Plaintiff Ebony Yeldon, dated May 23, 2025 |
| Declaration | Declaration of Plaintiff Jasmine Evans, dated April 15, 2025 |
| Declaration | Declaration of Plaintiff Joseph Bonds, dated April 24, 2025 |
| Declaration | Declaration of Plaintiff Shaketa Redden, dated May 22, 2025 |
| Declaration | Declaration of Plaintiff Shirley Sarmiento, dated April 15, 2025 |
| Declaration | Declaration of Plaintiff Taniqua Simmons, dated April 4, 2025 |
| Declaration | Declaration of Bianca Bassett, dated April 16, 2025 |
| Declaration | Declaration of Bruce Myree, dated April 11, 2025 |
| Declaration | Declaration of Delwanda Garland, dated April 28, 2025 |
| Declaration | Declaration of Michael Taylor, dated May 27, 2025 |
| Declaration | Declaration of Quentin Suttles, dated May 29, 2025 |
| Declaration | Declaration of Scott Griffin, dated April 28, 2025 |
| Declaration | Declaration of Stanley Clyburn, dated April 25, 2025 |
| Declaration | Declaration of Talisha Davis, dated May 20, 2025 |
| Declaration | Declaration of Tanika Lucas, dated April 25, 2025 |
| Declaration | Declaration of IAD Witness, dated May 6, 2025 |
| Declaration | Declaration of Edward P. Krugman, dated May 30, 2025 |
| Krugman Declaration Exhibit A | Excerpted email correspondence between counsel between June and July 2024 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Krugman Declaration Exhibit B | Excerpted email correspondence between counsel dated November 5, 2024 |
| Krugman Declaration Exhibit C | *Black Love Resists in the Rust, et al., v. City of Buffalo, et al.* 30(b)(6) Deposition Subtopic List |
| Krugman Declaration Exhibit D | Excerpts of the Deposition of Daniel Derenda taken pursuant to Rule 30(b)(6) |
| Krugman Declaration Exhibit E | Excerpted email correspondence between counsel dated April 4, 2024 |
| Krugman Declaration Exhibit F | Excerpted email correspondence between counsel dated April 10, 2024 |
| Krugman Declaration Exhibit G | Excerpts of the Deposition of Michael Palizay taken pursuant to Rule 30(b)(6) |
| Krugman Declaration Exhibit H | Traffic Stop Training Bulletin bearing Bates number COB018701 |
| Krugman Declaration Exhibit I | Excerpts of GIVE Weekly Meetings bearing Bates number COB-Hodgson_0033208 |
| Krugman Declaration Exhibit J | Excerpts of GIVE Weekly Meetings bearing Bates number COB-Hodgson_0033280 |
| Krugman Declaration Exhibit K | Excerpts of GIVE detail car reports bearing Bates number COB-Hodgson_0041587 |
| Krugman Declaration Exhibit L | Excerpts of Supporting Deposition bearing Bates number COB-Hodgson_0051458 |
| Krugman Declaration Exhibit M | Excerpts of Buffalo Police Complaint Summary Report bearing Bates number COB-Hodgson_0051475 |
| Krugman Declaration Exhibit N | Internet Map of Address 302 Kensington Ave., Buffalo NY, 14214 |
| Krugman Declaration Exhibit O | Excerpt from TraCS, Traffic and Criminal Software Database |
| Krugman Declaration Exhibit P | Excerpt from CFS_Memos_2023 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Krugman Declaration Exhibit Q | Excerpt from DISP_UNIT_LOG_2023 |
| Krugman Declaration Exhibit R | United States Census, Selected Characteristics of the Total and Native Populations in the United States |
| Krugman Declaration Exhibit S | Electronic media, manually filed under seal |
| Krugman Declaration Exhibit T | Electronic media, manually filed under seal |
| Krugman Declaration Exhibit U | Electronic media, manually filed under seal |
| Krugman Declaration Exhibit V | Electronic media, manually filed under seal |
| Krugman Declaration Exhibit W | Electronic media, manually filed under seal |
| Declaration | Declaration of Amandi Perera dated May 30, 2025 |
| Perera Declaration Exhibit A | FRE 1006 Racial Bias Complaint Summary |
| Perera Declaration Exhibit B | Complaint file of Complainant 1, COB-Hodgson_0055049 |
| Perera Declaration Exhibit C | Complaint file of Complainant 2, COB405874 |
| Perera Declaration Exhibit D | Complaint file of Complainant 3, IAD S-243640115-1 COB-Hodgson_0054821 |
| Perera Declaration Exhibit E | Complaint file of Complainant 4, EC2024-102 COB-Hodgson_0054158 |
| Perera Declaration Exhibit F | Complaint file of Complainant 5, COB-Hodgson_0053968 |
| Perera Declaration Exhibit G | Complaint file of Complainant 6, EC2024-050, COB-Hodgson_0054983 |
| Declaration | Declaration of Andrew J. Timmick, dated May 30, 2025 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 1 | Excerpted Transcript of September 5, 2023 Deposition of Michael Acquino |
| Exhibit 2 | Excerpted Transcript of September 27, 2024 Deposition of David L. Banks |
| Exhibit 3 | July 25, 2017 email from Byron Brown, bearing Bates number COB086916 |
| Exhibit 4 | Excerpted Transcript of March 16, 2022 Deposition of Kevin Brinkworth |
| Exhibit 5 | September 5, 2017 email from Michael DeGeorge, bearing Bates number COB209694 |
| Exhibit 6 | Excerpted Transcript of November 6, 2023 Deposition of Mayor Byron Brown |
| Exhibit 7 | Excerpted Transcript of November 10, 2021 Deposition of Daniel Derenda |
| Exhibit 8 | Excerpted Transcript of December 23. 2021 Continued Deposition of Daniel Derenda |
| Exhibit 9 | Excerpted Transcript of January 23, 2024 30(b)(6) Deposition of Daniel Derenda |
| Exhibit 10 | Excerpted Transcript of July 18, 2023 Deposition of Jared Domaracki |
| Exhibit 11 | Excerpted Transcript of July 12, 2023 Deposition of Donna Estrich |
| Exhibit 12 | Supplemental Expert Report of Professor David Bjerk, dated July 29, 2024 |
| Exhibit 13 | Expert Report of Dr. David Banks, Ph.D., dated July 31, 2024 |
| Exhibit 14 | Excerpted Transcript of October 4, 2024 Deposition of Michael J. Gennaco |
| Exhibit 15 | Excerpted Transcript of September 22, 2023 Deposition of Joseph Gramaglia |
| Exhibit 16 | Excerpted Transcript of January 24, 2024 30(b)(6) Deposition of Joseph Gramaglia |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 17 | Excerpted Transcript of March 14, 2024 Deposition of Joseph Gramaglia |
| Exhibit 18 | Brown 2020 Menino Survey of Mayors Responses |
| Exhibit 19 | Excerpted Transcript of June 22, 2022 Deposition of Kevin Helfer |
| Exhibit 20 | Excerpted Transcript of June 29, 2022 Continued Deposition of Kevin Helfer |
| Exhibit 21 | Excerpted Transcript of July 19, 2023 Deposition of Richard Hy |
| Exhibit 22 | Excerpted Transcript of August 10, 2023 Deposition of Byron Lockwood |
| Exhibit 23 | Excerpted Transcript of August 17, 2023 Continued Deposition of Byron Lockwood |
| Exhibit 24 | Excerpted Transcript of August 16, 2024 Deposition of William Macy |
| Exhibit 25 | Excerpted Transcript of September 8, 2023 Deposition of Harold McLellan |
| Exhibit 26 | Excerpted Transcript of September 11, 2023 Continued Deposition of Harold McLellan |
| Exhibit 27 | Excerpted Transcript of June 2, 2023 Deposition of Charles Miller |
| Exhibit 28 | Excerpted Transcript of May 26, 2022 Deposition of Danielle Morgera |
| Exhibit 29 | Excerpted Transcript of October 11, 2024 Deposition of Steven Anthony Nigrelli |
| Exhibit 30 | Excerpted Transcript of January 24, 2024 30(b)(6) Deposition of Patrick Overdorf |
| Exhibit 31 | Excerpted Transcript of September 6, 2024 Deposition of Michael Palizay |
| Exhibit 32 | Excerpted Transcript of November 8, 2023 Deposition of Charles Miller. |
| Exhibit 33 | Excerpted Transcript of April 1, 2022 Deposition of Michael Quinn |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 34 | Document, bearing Bates number COB_Hodgson_0013506 |
| Exhibit 35 | Excerpted Transcript of April 20, 2022 Deposition of Patrick Roberts |
| Exhibit 36 | Excerpted Transcript of September 24, 2022 Continued Deposition of Patrick Roberts |
| Exhibit 37 | Excerpted Transcript of October 2, 2023 Deposition of Rob Rosenswie |
| Exhibit 38 | Excerpted Transcript of April 29, 2022 Deposition of Lance Russo |
| Exhibit 39 | Document, bearing Bates number COB_Hodgson_01246-4424 |
| Exhibit 40 | Excerpted Transcript of December 27, 2021 Deposition of Philip Serafini |
| Exhibit 41 | A. Lowinger, *The Arthur Jordan Case: Free Speech, Privacy, and the Police* (Dec.13, 2016) |
| Exhibit 42 | Excerpted Transcript of March 5, 2021 Deposition of Charles Skipper |
| Exhibit 43 | Excerpted Transcript of July 11, 2023 Deposition of Justin Tedesco |
| Exhibit 44 | Excerpted Transcript of March 23, 2023 Deposition of Thomas March |
| Exhibit 45 | Excerpted Transcript of April 26, 2022 Deposition of Thomas Whelan |
| Exhibit 46 | Excerpted Transcript of June 8, 2022 Continued Deposition of Thomas Whelan |
| Exhibit 47 | Excerpted Transcript of May 24, 2023 Deposition of Adam Wigdorski |
| Exhibit 48 | Excerpted Transcript of November 4, 2021 Deposition of David Wilcox |
| Exhibit 49 | Gun Involved Violence Elimination "GIVE II", bearing Bates number COB052805 |
| Exhibit 50 | Excerpted Transcript of October 26, 2022 Deposition of Aaron Young |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 51 | Exhibit 8 to the March 16, 2022 deposition of Kevin Brinkworth, bearing Bates number COB591045 |
| Exhibit 52 | Exhibit 9 to the March 16, 2022 deposition of Kevin Brinkworth, bearing Bates number COB039610 |
| Exhibit 53 | Exhibit 12 to the March 16, 2022 deposition of Kevin Brinkworth, bearing Bates number COB590997 |
| Exhibit 54 | Exhibit 13 to the March 16, 2022 deposition of Kevin Brinkworth, bearing Bates number COB591098 |
| Exhibit 55 | Exhibit 16 to the November 6, 2023 deposition of Byron Brown, bearing Bates number COB082897 |
| Exhibit 56 | Exhibit 17 to the November 6, 2023 deposition of Byron Brown |
| Exhibit 57 | Exhibit 2 to the November 10, 2021 deposition of Daniel Derenda, bearing Bates number COB001613 |
| Exhibit 58 | Exhibit 4 to the November 10, 2021 deposition of Daniel Derenda, bearing Bates number COB003842 |
| Exhibit 59 | Exhibit 8 to the November 10, 2021 deposition of Daniel Derenda, bearing Bates number COB279173 |
| Exhibit 60 | Exhibit 10 to the November 10, 2021 deposition of Daniel Derenda |
| Exhibit 61 | Exhibit 13 to the November 10, 2021 deposition of Daniel Derenda, bearing Bates number COB222549 |
| Exhibit 62 | Exhibit 18 to the November 10, 2021 deposition of Daniel Derenda, bearing Bates number COB216566 |
| Exhibit 63 | Exhibit 40 to the December 23, 2021 deposition of Daniel Derenda, bearing Bates number COB042318 |
| Exhibit 64 | Exhibit 47 to the December 23, 2021 deposition of Daniel Derenda, bearing Bates number COB230683 |
| Exhibit 65 | Exhibit 53 to the December 23, 2021 deposition of Daniel Derenda, bearing Bates number COB266951 |
| Exhibit 66 | Exhibit 57 to the December 23, 2021 deposition of Daniel Derenda |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 67 | Exhibit 58 to the December 23, 2021 deposition of Daniel Derenda, bearing Bates number COB060322 |
| Exhibit 68 | Exhibit 59 to the December 23, 2021 deposition of Daniel Derenda, bearing Bates number COB041705 |
| Exhibit 69 | Exhibit 61 to the December 23, 2021 deposition of Daniel Derenda, bearing Bates number COB080149 |
| Exhibit 70 | Exhibit 3 to the January 23, 2024 30(b)(6) deposition of Daniel Derenda, bearing Bates number COB060319 |
| Exhibit 71 | Exhibit 20 to the January 23, 2024 30(b)(6) deposition of Daniel Derenda, bearing Bates number COB041712 |
| Exhibit 72 | Exhibit 24 to the January 23, 2024 30(b)(6) deposition of Daniel Derenda, bearing Bates number COB041731 |
| Exhibit 73 | Exhibit 34 to the July 12, 2023 deposition of Donna Estrich, bearing Bates number COB130304 |
| Exhibit 74 | Exhibit 20 to the September 22, 2023 deposition of Joseph Gramaglia |
| Exhibit 75 | Exhibit 1 to the March 14, 2024 deposition of Joseph Gramaglia, bearing Bates number COB-Hodgson_0008493 |
| Exhibit 76 | Exhibit 2 to the March 14, 2024 deposition of Joseph Gramaglia, bearing Bates number COB461365 |
| Exhibit 77 | Exhibit 4 to the March 14, 2024 deposition of Joseph Gramaglia, bearing Bates number COB434865 |
| Exhibit 78 | Exhibit 53 to the January 24, 2024 30(b)(6) deposition of Joseph Gramaglia |
| Exhibit 79 | Exhibit 21 to the August 10, 2023 deposition of Byron Lockwood, bearing Bates number COB016339 |
| Exhibit 80 | Exhibit 23 to the August 10, 2023 deposition of Byron Lockwood, bearing Bates number COB251775 |
| Exhibit 81 | Exhibit 25 to the August 10, 2023 deposition of Byron Lockwood, bearing Bates number COB003915 |
| Exhibit 82 | Exhibit 32 to the August 10, 2023 deposition of Byron Lockwood |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 83 | Exhibit 1 to the August 16, 2024 deposition of William Macy, bearing Bates number COB-Hodgson_0044553 |
| Exhibit 84 | January 03, 2020 G.I.V.E. Detail Car Report, bearing Bates number COB-Hodgson_0038359 |
| Exhibit 85 | Exhibit 13 to the August 16, 2024 deposition of William Macy, bearing Bates number COB-Hodgson_0043834 |
| Exhibit 86 | Exhibit 14 to the August 16, 2024 deposition of William Macy, bearing Bates number COB-Hodgson_0040123 |
| Exhibit 87 | Exhibit 24 to the August 16, 2024 deposition of Harold McLellan, bearing Bates number COB422405 |
| Exhibit 88 | Exhibit 4 to the May 26, 2022 deposition of Danielle Morgera |
| Exhibit 89 | Exhibit 1 to the September 6, 2024 deposition of Michael Palizay, bearing Bates number COB-Hodgson_0051397 |
| Exhibit 90 | Exhibit 4 to the September 6, 2024 deposition of Michael Palizay, bearing Bates number COB-Hodgson_0031280 |
| Exhibit 91 | Exhibit 6 to the September 6, 2024 deposition of Michael Palizay, bearing Bates number COB-Hodgson_0047692 |
| Exhibit 92 | Exhibit 8 to the September 6, 2024 deposition of Michael Palizay, bearing Bates number COB-Hodgson_0051379 |
| Exhibit 93 | Exhibit 9 to the September 6, 2024 deposition of Michael Palizay, bearing Bates number COB-Hodgson_0050998 |
| Exhibit 94 | Exhibit 43 to the April 1, 2022 deposition of Michael Quinn |
| Exhibit 95 | Exhibit 8 to the April 20, 2022 deposition of Patrick Roberts, bearing Bates number COB027452 |
| Exhibit 96 | Exhibit 11 to the September 23, 2022 deposition of Patrick Roberts |
| Exhibit 97 | Exhibit 42 to the April 20, 2022 deposition of Patrick Roberts, bearing Bates number COB017662 |
| Exhibit 98 | Exhibit 11 to the December 27, 2021 deposition of Philip Serafini, bearing Bates number COB016315 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 99 | Exhibit 12 to the December 27, 2021 deposition of Philip Serafini, bearing Bates number COB016252 |
| Exhibit 100 | Exhibit 5 to the October 26, 2022 deposition of Aaron Young, bearing Bates number COB228535 |
| Exhibit 101 | Expert Report of Professor David Bjerk, dated May 29, 2024 |
| Exhibit 102 | Expert Report of Professor Michael Gennaco, dated May 29, 2024 |
| Exhibit 103 | Amended Expert Report of Professor Robert Silverman, dated May 30, 2024 |
| Exhibit 104 | November 6, 2015 Letter to Daniel Derenda from The Buffalo Common Council, bearing Bates number COB263556 |
| Exhibit 105 | The Buffalo Police Department Manual of Procedures |
| Exhibit 106 | Intentionally Left Blank |
| Exhibit 107 | July 8, 2016 Statistical Review, bearing Bates number PLAINTIFFS_GENERIC-00001309 |
| Exhibit 108 | Questions for Buffalo Police Committee Meeting March 1st, bearing Bates number COB252511 |
| Exhibit 109 | J. Lipsitz and S. Smith, *Another Voice: Buffalo police must address concerns of BMHA residents before agreement is renewed* (Jan. 29, 2015), bearing Bates number COB256275 |
| Exhibit 110 | August 30, 2017 Letter to Attorney General Schneiderman from SUNY Buffalo Law School |
| Exhibit 111 | Rod Watson, *Buffalo Municipal Housing Authority needs to hire its own police force* (Dec. 17, 2014) |
| Exhibit 112 | S. Schulman and M. Gryta, *Kenfield-Langfield residents as for more police presence* (Mar. 14, 2015) |
| Exhibit 113 | Justin Sondel, *Buffalo's public housing tenants bear the brunt of police crackdown* (July 27, 2016) |
| Exhibit 114 | *Another Voice: Buffalo police must address concerns of BMHA residents before agreement is renewed* (Jan. 29, 2015) |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 115 | May 23, 2013 email from Brian Ross, bearing Bates number COB053666 |
| Exhibit 116 | January 23, 2015 City of Buffalo – Department of Police, Police Commissioners Office Memo, bearing bates number COB226142 |
| Exhibit 117 | July 3, 2015 email from Amber Small, bearing Bates number COB276276 |
| Exhibit 118 | April 4, 2017 email from Aaron Young, bearing Bates number COB221057 |
| Exhibit 119 | August 19, 2014 email from Anthony Barba, bearing Bates number COB256354 |
| Exhibit 120 | October 2, 2014 email from Daniel Derenda, bearing Bates number COB263608 |
| Exhibit 121 | July 20, 2015 email from Carmen Menza, bearing Bates number COB022527 |
| Exhibit 122 | March 27, 2017 email from Aaron Young, bearing Bates number COB215219 |
| Exhibit 123 | December 13, 2016 email from Aaron Young, bearing Bates number COB222673 |
| Exhibit 124 | September 13, 2016 email from Aaron Young, bearing Bates number COB224759 |
| Exhibit 125 | April 25, 2017 email from Aaron Young, bearing Bates number COB234488 |
| Exhibit 126 | July 5, 2016 email from Philip Serafini, bearing Bates number COB040949 |
| Exhibit 127 | May 10, 2017 email from Philip Serafini, bearing Bates number COB237180 |
| Exhibit 128 | May 23, 2013 email from Brian Ross, bearing Bates number COB246427 |
| Exhibit 129 | June 20, 2016 City of Buffalo – Department of Police, Police Commissioners Office Memo, bearing bates number COB222550 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 130 | May 10, 2016 email from Thomas Whelan, bearing Bates number COB592436 |
| Exhibit 131 | April 12, 2014 email from Patrick Roberts, bearing Bates number COB634845 |
| Exhibit 132 | September 3, 2015 email from Matthew Wrona, bearing Bates number COB459967 |
| Exhibit 133 | July 2, 2013 email from Patrick Roberts, bearing Bates number COB040392 |
| Exhibit 134 | April 28, 2015 email from Craig Leone, bearing Bates number COB213729 |
| Exhibit 135 | June 24, 2014 email from Patrick Roberts, bearing Bates number COB040616 |
| Exhibit 136 | June 3, 2014 email from Patrick Roberts, bearing Bates number COB056123 |
| Exhibit 137 | June 6, 2017 email from Philip Serafini, bearing Bates number COB041717 |
| Exhibit 138 | November 8, 2016 email from Aaron Young, bearing Bates number COB232166 |
| Exhibit 139 | November 14, 2016 email from Philip Serafini, bearing Bates number COB038698 |
| Exhibit 140 | March 12, 2017 email from Aaron Young, bearing Bates number COB236452 |
| Exhibit 141 | August 24, 2016 email from Philip Serafini, bearing Bates number COB018645 |
| Exhibit 142 | June 27, 2017 email from Aaron Young, bearing Bates number COB235272 |
| Exhibit 143 | July 5, 2016 email from Philip Serafini, bearing Bates number COB018352 |
| Exhibit 144 | May 10, 2016 email from Thomas Whelan, bearing Bates number COB017671 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 145 | February 7, 2017 email from Philip Serafini, bearing Bates number COB041693 |
| Exhibit 146 | July 24, 2017 email from Aaron Young, bearing Bates number COB221203 |
| Exhibit 147 | May 29, 2014 email from Daniel Derenda, bearing Bates number COB053632 |
| Exhibit 148 | February 20, 2017 email from Aaron Young, bearing Bates number COB215625 |
| Exhibit 149 | November 15, 2012 email from Kimberly Beaty, bearing Bates number COB459487 |
| Exhibit 150 | December 12, 2012 email from Kevin Brinkworth, bearing Bates number COB253727 |
| Exhibit 151 | June 15, 2017 email from Philip Serafini, bearing Bates number COB018380 |
| Exhibit 152 | March 7, 2023, Plaintiffs' First Set of Requests for Admission to Defendants |
| Exhibit 153 | March 18, 2024, Defendants' Amended Response to Plaintiff's First Set of Requests for Admission |
| Exhibit 154 | Buffalo Police Department Roadblock Directive, bearing Bates number COB060320 |
| Exhibit 155 | May 30, 2014 email from David Wilcox, bearing Bates number COB027566 |
| Exhibit 156 | *Buffalo Police Strike Force Being Disbanded* (Feb. 9, 2018) |
| Exhibit 157 | Maki Becker, *Buffalo Police to end Strike Force unit, put focus on community policing* (Feb. 9, 2018) |
| Exhibit 158 | City of Buffalo Department of Police – General Order (May 4, 2021), bearing Bates number COB-Hodgson_00093 |
| Exhibit 159 | Exhibit 31 to the December 23, 2021 deposition of Daniel Derenda |
| Exhibit 160 | April 15, 2017 email from Philip Serafini, bearing Bates number COB016282 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 161 | February 14, 2012 email from Brian Patterson, bearing Bates number COB406079 |
| Exhibit 162 | April 12, 2013 email from Patrick Roberts, bearing Bates number COB053652 |
| Exhibit 163 | July 20, 2015 email from Aaron Young, bearing Bates number COB052637 |
| Exhibit 164 | September 18, 2015 email from Aaron Young, bearing Bates number COB052709 |
| Exhibit 165 | March 9, 2017 email from Philip Serafini, bearing Bates number COB058264 |
| Exhibit 166 | May 8, 2013 email from Patrick Roberts, bearing Bates number COB056235 |
| Exhibit 167 | May 1, 2013 email from Patrick Roberts, bearing Bates number COB056243 |
| Exhibit 168 | April 23, 2013 email from Daniel Derenda, bearing Bates number COB056484 |
| Exhibit 169 | December 13, 2016 from Daniel Derenda, bearing Bates number COB275648 |
| Exhibit 170 | July 9, 2013 email from Patrick Roberts, bearing Bates number COB053677 |
| Exhibit 171 | March 10, 2016 email from David Wilcox, bearing Bates number COB041081 |
| Exhibit 172 | March 7, 2017 email from Philip Serafini, bearing Bates number COB042199 |
| Exhibit 173 | June 15, 2018 email from Joseph Gramaglia, bearing Bates number COB051485 |
| Exhibit 174 | November 9, 2018 email from Joseph Gramaglia, bearing Bates number COB052690 |
| Exhibit 175 | November 7, 2018 email from Aaron Young, bearing Bates number COB052661 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 176 | August 6, 2019 email from William Cusella, bearing Bates number COB051545 |
| Exhibit 177 | April 7, 2014 email from Patrick Roberts, bearing Bates number COB056134 |
| Exhibit 178 | June 23, 2014 email from Daniel Derenda, bearing Bates number COB056326 |
| Exhibit 179 | January 30, 2013 email from Patrick Roberts, bearing Bates number COB063330 |
| Exhibit 180 | October 9, 2014 email from Joseph Panus, bearing Bates number COB056535 |
| Exhibit 181 | January 1, 2016 email from Philip Serafini, bearing Bates number COB042029 |
| Exhibit 182 | March 12, 2016 email from Philip Serafini, bearing Bates number COB042046 |
| Exhibit 183 | 2013-2015 Housing/Strike Force Annual Stats, bearing Bates number COB042047 |
| Exhibit 184 | March 30, 2015 email from David Wilcox, bearing Bates number COB018251 |
| Exhibit 185 | November 14, 2016 email from Aaron Young, bearing Bates number COB018355 |
| Exhibit 186 | April 15, 2017 email from Philip Serafini, bearing Bates number COB018361 |
| Exhibit 187 | March 7, 2017 email from Philip Serafini, bearing Bates number COB018565 |
| Exhibit 188 | October 8, 2015 email from Philip Serafini, bearing Bates number COB042018 |
| Exhibit 189 | April 19, 2012 email from Kimberly Beaty, bearing Bates number COB345889 |
| Exhibit 190 | July 10, 2014 email from Aaron Young, bearing Bates number COB052633 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 191 | June 23, 2014 email from Daniel Derenda, bearing Bates number COB0162353 |
| Exhibit 192 | November 10, 2018 email from David Cieply, bearing Bates number COB017429 |
| Exhibit 193 | Division 03-1033, 2016-2016 Work Program Report, bearing Bates number COB095635 |
| Exhibit 194 | Division 03-1033, Traffic Violations Agency, bearing Bates number COB088494 |
| Exhibit 195 | April 18, 2018 email from Danielle Morgera, bearing Bates number COB094962 |
| Exhibit 196 | Division 03-1033, 2018-2019 Work Program Report, bearing Bates number COB094964 |
| Exhibit 197 | Division 03-1033, 2018-2019 Work Program Report, bearing Bates number COB094966 |
| Exhibit 198 | April 2, 2013 email from Kevin Helfer, bearing Bates number COB075236 |
| Exhibit 199 | September 4, 2013 email from Donna Estrich, bearing Bates number COB067689 |
| Exhibit 200 | Report of the City of Buffalo Traffic Violations Agency, bearing Bates number COB095082 |
| Exhibit 201 | City of Buffalo Traffic Violations Agency Annual Report 2018, bearing Bates number COB063519 |
| Exhibit 202 | City of Buffalo Traffic Violations Agency Annual Report 2017, bearing Bates number COB095030 |
| Exhibit 203 | January 27, 2014 email from Kevin Helfer, bearing Bates number COB121555 |
| Exhibit 204 | July 26, 2016 email from Philip Serafini, bearing Bates number COB047699 |
| Exhibit 205 | January 18, 2013 email from Kevin Helfer, bearing Bates number COB123717 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 206 | September 7, 2017 email from Kevin Helfer, bearing Bates number COB120438 |
| Exhibit 207 | August 28, 2018 email from Danielle Morgera, bearing Bates number COB094495 |
| Exhibit 208 | March 3. 2013 email from Daniel Derenda, bearing Bates number COB261063 |
| Exhibit 209 | March 1, 2013 email from Kevin Helfer, bearing Bates number COB067730 |
| Exhibit 210 | January 15, 2013 City of Buffalo Memorandum, bearing Bates number COB223189 |
| Exhibit 211 | March 2, 2018 email from Davis Hough, bearing Bates number COB112220 |
| Exhibit 212 | March 1, 2018 Daily Tickets Written Per Officer, bearing Bates number COB112221 |
| Exhibit 213 | October 11, 2017 email from Kevin Helfer, bearing Bates number COB091732 |
| Exhibit 214 | February 8, 2013 email from Kevin Helfer, bearing Bates number COB067739 |
| Exhibit 215 | January 18, 2013 PVB Strike Force Statistics, bearing Bates number COB067740 |
| Exhibit 216 | October 7, 2019 email from Donna Estrich, bearing Bates number COB098942 |
| Exhibit 217 | March 20, 2019 email from Kevin Helfer, bearing Bates number COB073331 |
| Exhibit 218 | March 20, 2019 Daily LPR Log, bearing Bates number COB073332 |
| Exhibit 219 | Exhibit 11 to the July 12, 2023 deposition of Donna Estrich, bearing Bates number COB114658 |
| Exhibit 220 | December 13, 2018 email from Donna Estrich, bearing Bates number COB231866 |
| Exhibit 221 | May 12, 2017 email from Kevin Helfer, bearing Bates number COB091747 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 222 | May 16, 2018 email from Donna Estrich, bearing Bates number COB239572 |
| Exhibit 223 | Division 03-1033, 2016-2016 Work Program Report, bearing Bates number COB091754 |
| Exhibit 224 | November 16, 2016 GIVE Initiative Monthly Meeting Minutes, bearing Bates number COB640015 |
| Exhibit 225 | May 11, 2017 email from Danielle Morgera, bearing Bates number COB091749 |
| Exhibit 226 | March 23, 2018 email from Donna Estrich, bearing Bates number COB088497 |
| Exhibit 227 | May 3, 2018 email from Danielle Morgera, bearing Bates number COB094904 |
| Exhibit 228 | October 18, 2018 email from Danielle Morgera, bearing Bates number COB094352 |
| Exhibit 229 | June 2019, City of Buffalo Meeting Minutes, bearing Bates number COB091719 |
| Exhibit 230 | December 9, 2019 email from Danielle Morgera, bearing Bates number COB093060 |
| Exhibit 231 | February 1, 2019 email from Danielle Morgera, bearing Bates number COB094070 |
| Exhibit 232 | October 25, 2019 email from Danielle Morgera, bearing Bates number COB093194 |
| Exhibit 233 | 2017 BTVA Annual Report, Exhibit 3 to the deposition of Danielle Morgera |
| Exhibit 234 | Path of a Traffic Violations Agency Case, bearing Bates number COB091753 |
| Exhibit 235 | February 21, 2022 Weekly Intelligence Meeting, bearing Bates number COB-Hodgson_0031967 |
| Exhibit 236 | Erie County Training Materials, bearing Bates number COB287615 |
| Exhibit 237 | February 14, 2024, Defendants' Amended Response to Plaintiff's First Set of Requests for Admission |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 238 | City of Buffalo, 2013 Justice Assistance Award Grant GMS Application Number 2013-H3987-NY-DJ, bearing Bates number COB_INC_00000044 |
| Exhibit 239 | City of Buffalo, 2015 Justice Assistance Award Grant GMS Application Number 2015-H2905-NY-DJ, bearing Bates number COB_INC_00000041 |
| Exhibit 240 | City of Buffalo, 2019 Justice Assistance Award Grant GMS Application Number 2019-H3477-NY-DJ, bearing Bates number COB_INC_00000038 |
| Exhibit 241 | Memorandum of Understanding Gun Involved Violence Elimination (GIVE) Buffalo/Erie County, bearing Bates number COB463302 |
| Exhibit 242 | Appendix X Amendment of Grant Contract Terms, bearing Bates number COB-Hodgson_0043502 |
| Exhibit 243 | May 23, 2012 email from Daniel Derenda, bearing Bates number COB245089 |
| Exhibit 244 | C-District Shooting Detail Plan, bearing Bates number COB245091 |
| Exhibit 245 | May 21, 2012 email from Charles Tomaszewski, bearing Bates number COB261847 |
| Exhibit 246 | January 8, 2012 email from Patrick Pascall, bearing Bates number COB218966 |
| Exhibit 247 | July 20, 2012 email from Daniel Derenda, bearing Bates number COB254541 |
| Exhibit 248 | February 20, 2013 email from Brian Patterson, bearing Bates number COB217369 |
| Exhibit 249 | March 2, 2013 email from Kimberly Beaty, bearing Bates number COB016038 |
| Exhibit 250 | Lou Michel, *Buffalo's homicide toll down in 2013 – but still 47 too many* (Jan. 2, 2014) |
| Exhibit 251 | Matt Gryta, *Officials praise results of strike force* (Aug. 5, 2012) |
| Exhibit 252 | Lou Michel, *Anti-crime task force back for good* (Apr.1, 2013) |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 253 | February 2, 2013 email from Brian Patterson, bearing Bates number COB016040 |
| Exhibit 254 | September 1, 2015 email from Aaron Young, bearing Bates number COB052638 |
| Exhibit 255 | Compilation of Checkpoint Locations |
| Exhibit 256 | Exhibit 22 to the April 26, 2022 deposition of Thomas Whelan, bearing Bates number COB040275 |
| Exhibit 257 | Exhibit 22 to the April 20, 2022 deposition of Patrick Roberts, bearing Bates number COB053709 |
| Exhibit 258 | November 1, 2017 email from Philip Serafini, bearing Bates number COB041743 |
| Exhibit 259 | A. Lowinger and J. Sondel, *Checkpoint: Buffalo Police Practices Questioned* (July 13, 2016) |
| Exhibit 260 | May 3, 2016 Decision and Order People of the State of New York v. Stephen J. Dzielski |
| Exhibit 261 | November 30, 2015 email from Christopher Scanlon, bearing Bates number COB263554 |
| Exhibit 262 | Exhibit 13 to the Declaration of Edward P. Krugman |
| Exhibit 263 | J. Hill and P. Brown, *Another Voice: Buffalo must return $1.84 million 'mined' from school zone speed camera program*, bearing Bates number BLRR-00000110 |
| Exhibit 264 | May 18, 2020 letter to Mayor Byron Brown, bearing Bates number COB387121 |
| Exhibit 265 | Marsha McLeod, *City Hall cashing in on traffic tickets* (Feb. 27, 2019), bearing Bates number Plaintiffs_Generic-00025799 |
| Exhibit 266 | February 10, 2016 email from Lorey Schultz, bearing Bates number COB278415 |
| Exhibit 267 | October 27, 2015 email from Oswaldo Mestre, bearing Bates number COB237562 |
| Exhibit 268 | Thick Injustices: Buffalo, Baltimore, and Ferguson, bearing Bates number COB237565 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 269 | City of Buffalo 2018 Justice Assistance Award Grant, GMS Application Number 2018-H3477-NY-DJ, bearing Bates number COB_INC_00000043 |
| Exhibit 270 | SUNY Buffalo Law School, Unchecked Authority without Accountability in Buffalo, New York, bearing Bates number PLAINTIFFS_GENERIC-00002698 |
| Exhibit 271 | May 3, 2013 email from Patrick Roberts, bearing Bates number COB018294 |
| Exhibit 272 | January 10, 2013 email from Patrick Roberts, bearing Bates number COB063327 |
| Exhibit 273 | May 30, 2014 email from David Wilcox, bearing Bates number COB040356 |
| Exhibit 274 | July 14, 2014 email from John Stanchak, bearing Bates number COB269541 |
| Exhibit 275 | January 24, 2017 Police Oversight Council Committee Meeting, bearing Bates number COB264703 |
| Exhibit 276 | Buffalo Police Department Budgets |
| Exhibit 277 | August 3, 2015 Housing Statistics Report, bearing Bates number PLAINTIFFS_GENERIC-00000452 |
| Exhibit 278 | July 27, 2013 email from Daniel Derenda, bearing Bates number COB016776 |
| Exhibit 279 | December 5, 2016 Housing Statistics Report, bearing Bates number PLAINTIFFS_GENERIC-00000546 |
| Exhibit 280 | September 19, 2013 email from Daniel Derenda, bearing Bates number COB016796 |
| Exhibit 281 | August 15, 2014 email from Daniel Derenda, bearing Bates number COB039082 |
| Exhibit 282 | August 4, 2017 email from Philip Serafini, bearing Bates number COB041727 |
| Exhibit 283 | March 20, 2017 email from Philip Serafini, bearing Bates number COB042214 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 284 | January 16, 2013 email from Daniel Derenda, bearing Bates number COB230548 |
| Exhibit 285 | June 3, 2014 email from Daniel Derenda, bearing Bates number COB056327 |
| Exhibit 286 | June 23, 2014 email from Patrick Roberts, bearing Bates number COB040614 |
| Exhibit 287 | April 3, 2014 email from Daniel Derenda, bearing Bates number COB056348 |
| Exhibit 288 | June 24, 2014 email from Thomas Whelan, bearing Bates number COB039612 |
| Exhibit 289 | October 17, 2014 email from Patrick Roberts, bearing Bates number COB054503 |
| Exhibit 290 | July 18, 2012 email from Daniel Derenda, bearing Bates number COB264510 |
| Exhibit 291 | Housing/Strike Force Annual Stats, bearing Bates number COB018513 |
| Exhibit 292 | 2017-2018 Fiscal Year & 2018-2021 Four Year Financial Plan Budget Response, bearing Bates number COB114659 |
| Exhibit 293 | 2018-2019 Fiscal Year & 2019-2022 Four Year Financial Plan Budget Response, bearing Bates number COB168947 |
| Exhibit 294 | 2020-2021 Fiscal Year & 2021-2024 Four Year Financial Plan Budget Response, bearing Bates number COB140553 |
| Exhibit 295 | August 22, 2013 Testimony of Donna Estrich before the N.Y. State Senate Committee on Local Government, bearing Bates number COB372293 |
| Exhibit 296 | Exhibit 4 to the July 12, 2023 deposition of Donna Estrich, bearing Bates number COB123536 |
| Exhibit 297 | June 30, 2017 email from Danielle Morgera, bearing Bates number COB112666 |
| Exhibit 298 | June 19, 2017 email from Kevin Helfer, bearing Bates number COB120020 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 299 | January 12, 2018 email from Joseph Gramaglia, bearing Bates number COB461200 |
| Exhibit 300 | April 15, 2016 Judicial Hearing, bearing Bates number COB201049 |
| Exhibit 301 | Spreadsheet bearing Bates number COB201105 |
| Exhibit 302 | Court Date Procedure, bearing Bates number COB665427 |
| Exhibit 303 | BTVA Post-Court Procedure, bearing Bates number COB665511 |
| Exhibit 304 | May 15, 2018 email from Danielle Morgera, bearing Bates number COB094874 |
| Exhibit 305 | June 18, 2019 email from Kevin Helfer, bearing Bates number COB109102 |
| Exhibit 306 | January 4, 2020 email from Danielle Morgera, bearing Bates number COB097507 |
| Exhibit 307 | Exhibit 39 to the June 29, 2022 deposition of Kevin Helfer |
| Exhibit 308 | Ordinance Amendment Chapter 175, Fees, bearing Bates number COB009536 |
| Exhibit 309 | Amendments to Chapter C, Article 6-24: Traffic Violations Agency, bearing Bates number COB094741 |
| Exhibit 310 | Marsha McLeod, *City Hall cashing in on traffic tickets* (Feb. 27, 2019), bearing Bates number PLAINTIFFS_GENERIC-00025966 |
| Exhibit 311 | City of Buffalo Common Council, Wyatt-Failure of COB Speed Violation Monitoring System Program and Rescinding 19-490, bearing Bates number COB354496 |
| Exhibit 312 | City of Buffalo School Zone Safety Program, bearing Bates number COB352060 |
| Exhibit 313 | February 5, 2018 email from Byron Lockwood, bearing Bates number COB223195 |
| Exhibit 314 | February 11, 2019 email from Marsha McLeod, bearing Bates number COB396698 |
| Exhibit 315 | November 2, 2018 Buffalo Council Common Council Committee on Finance Council Committee Meeting |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 316 | April 23, 2018 email from Donna Estrich, bearing Bates number COB221148 |
| Exhibit 317 | July 26, 2014 email from Philip Serafini, bearing Bates number COB047751 |
| Exhibit 318 | April 24, 2013 email from Patrick Roberts, bearing Bates number COB056249 |
| Exhibit 319 | January 30, 2013 email from Patrick Roberts, bearing Bates number COB016042 |
| Exhibit 320 | August 18, 2015 Strike Force Daily Report, bearing Bates number COB029724 |
| Exhibit 321 | September 23, 2014 email from Steven Nichols, bearing Bates number COB056309 |
| Exhibit 322 | Daniela Porat, *Buffalo police who cross the line* (Sept. 20, 2017), bearing Bates number BLRR-00000001 |
| Exhibit 323 | December 28, 2023 Letter to Commissioner Joseph A. Gramaglia from Tyler Nims |
| Exhibit 324 | May 25, 2012 email from Brian K. Patterson, bearing Bates number COB459664 |
| Exhibit 325 | September 26, 2012 email from James T. Dee, bearing Bates number COB406111 |
| Exhibit 326 | February 10, 2016 email from Steven J. Nichols, bearing Bates number COB464814 |
| Exhibit 327 | C. Blair, K. Battenfield, E. Carman, & S. Magavern *From Reaction to Interaction: Community Policing in Buffalo* (Feb. 10, 2016), bearing Bates number COB464816 |
| Exhibit 328 | September 9, 2014 email from One Region Forward, bearing Bates number COB371356 |
| Exhibit 329 | June 18, 2014 One Region Forward Fair Housing Equity Assessment, bearing Bates number PLAINTIFFS_GENERIC-00004868 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 330 | December 2014 One Region Forward Fair Housing Equity Assessment, bearing Bates number PLAINTIFFS_GENERIC-00004772 |
| Exhibit 331 | Intentionally Left Blank |
| Exhibit 332 | Document, bearing Bates number COB-Hodgson_0054048 |
| Exhibit 333 | Document, bearing Bates number COB-Hodgson_0054158 |
| Exhibit 334 | Document, bearing Bates number COB-Hodgson_0054815 |
| Exhibit 335 | Document, bearing Bates number COB-Hodgson_0054821 |
| Exhibit 336 | Document, bearing Bates number COB-Hodgson_0052190 |
| Exhibit 337 | Dec. 25, 2023–Dec. 31, 2023 BPD COMPSTAT 2 Dashboard, bearing Bates number COB_Hodgson_0017566 |
| Exhibit 338 | January 16, 2020 email from Robert V. Rosenswie, bearing Bates number COB559604 |
| Exhibit 339 | Intentionally left blank |
| Exhibit 340 | Exhibit 19 to the October 02, 2023 deposition of Robert Rosenswie, bearing Bates number COB-Hodgson_01493 |
| Exhibit 341 | June 29, 2018 Summons and attached Complaint, bearing Bates number COB-Hodgson_0030551 |
| Exhibit 342 | September 21, 2017 Summons to City of Buffalo and attached Complaint, bearing Bates number COB329949 |
| Exhibit 343 | August 24, 2021 Summons to the City of Buffalo and attached Complaint, bearing Bates number COB-Hodgson_0030418 |
| Exhibit 344 | January 10, 2020, Complaint, Ricks v. Brown, bearing Bates number COB-Hodgson_0045010 |
| Exhibit 345 | March 30, 2020, Complaint, Morris v. City of Buffalo, bearing Bates number COB-Hodgson_0051712 |
| Exhibit 346 | July 03, 2019, Notice of Claim, Morris v. City of Buffalo, bearing Bates number COB-Hodgson_0051708 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 347 | December 02, 2024 Summons to City of Buffalo and Amended Complaint, bearing Bates number COB-Hodgson_0052766 |
| Exhibit 348 | May 07, 2024, Notice of Claim, Spencer v. City of Buffalo, bearing Bates number COB-Hodgson_0053135 |
| Exhibit 349 | February 09, 2024 Notice of Claim Williams v. City of Buffalo, bearing Bates number COB-Hodgson_0053039 |
| Exhibit 350 | April 12, 2023, Notice of Claim, Campbell v. City of Buffalo, bearing Bates number COB-Hodgson_0043286 |
| Exhibit 351 | July 6, 2023, Notice of Commencement of Action, Campbell v. City of Buffalo, bearing Bates number COB-Hodgson_0044983 |
| Exhibit 352 | January 25, 2023, Verified Complaint, Suttles v. City of Buffalo, bearing Bates number COB-Hodgson_0053434 |
| Exhibit 353 | January 22, 2025 Proposed Amended Complaint Hawkins v. City of Buffalo |
| Exhibit 354 | July 08, 2021 Ward General Release, bearing Bates number COB-Hodgson_0045080 |
| Exhibit 355 | December 28, 2021 Buffalo Common Council Regular Meeting Public Minutes |
| Exhibit 356 | May 11, 2021 Buffalo Common Council Regular Meeting Public Minutes |
| Exhibit 357 | Phil Gambini, *Police misconduct costing Buffalo millions* (July 20, 2020), bearing Bates number PLAINTIFFS_GENERIC-00025905 |
| Exhibit 358 | G. Figueroa Commission on Citizens' Rights & Community Relations Incident Report, bearing Bates number COB041169 |
| Exhibit 359 | December 4, 2013 Letter to Clay Grego from Lieutenant Barbara Lark, bearing Bates number COB041108 |
| Exhibit 360 | October 27, 2016 email from Richard Morrisroe, bearing Bates number COB041345 |
| Exhibit 361 | Commission on Citizens' Rights & Community Relations Case Review Form, bearing Bates number COB041179 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 362 | Commission on Citizens' Rights & Community Relations Incident Report, bearing Bates number COB041128 |
| Exhibit 363 | December 08, 2022 Letter to Shana Rowe from Jason Whitaker, bearing Bates number COB-Hodgson_0018249 |
| Exhibit 364 | April 25, 2022 Letter to Odessa Hunter from Jason Whitaker, bearing Bates number COB-Hodgson_0018241 |
| Exhibit 365 | November 13, 2013 Letter to Victor Rodriguez from Crystal Rodriguez, bearing Bates number COB041094 |
| Exhibit 366 | Commission on Citizens' Rights & Community Relations Incident Report, bearing Bates number COB041177 |
| Exhibit 367 | Commission on Citizens' Rights & Community Relations Incident Report, bearing Bates number COB041311 |
| Exhibit 368 | Commission on Citizens' Rights & Community Relations Incident Report, bearing Bates number COB041220 |
| Exhibit 369 | Commission on Citizens' Rights & Community Relations Incident Report, bearing Bates number COB041217 |
| Exhibit 370 | 2019-2020 Commission on Citizens' Rights & Community Relations Annual Report, bearing Bates number COB075351 |
| Exhibit 371 | Commission on Citizens' Rights & Community Relations Incident Report, bearing Bates number COB041226 |
| Exhibit 372 | Commission on Citizens' Rights & Community Relations Incident Report, bearing Bates number COB041202 |
| Exhibit 373 | Commission on Citizens' Rights & Community Relations Incident Report, bearing Bates number COB041175 |
| Exhibit 374 | Document, bearing Bates number COB012178 |
| Exhibit 375 | Commission on Citizens' Rights & Community Relations Incident Report, bearing Bates number COB041166 |
| Exhibit 376 | October 18, 2022 Letter to Isaac Yuno from Jason Whitaker, bearing Bates number COB-Hodgson_0018257 |
| Exhibit 377 | J. Barber Commission on Citizens' Rights & Community Relations Incident Report, bearing Bates number COB041136 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 378 | J. Willet Commission on Citizen's Rights & Community Relations Incident Report, bearing Bates number COB041141 |
| Exhibit 379 | Document, bearing Bates number COB012710 |
| Exhibit 380 | S. Simmons-Whitehead Commission on Citizens' Rights & Community Relations Incident Report, bearing Bates number COB429220 |
| Exhibit 381 | May 23, 2024 Chief's Conference, bearing Bates number COB-Hodgson_0054878 |
| Exhibit 382 | Exhibit 54 to the February 08, 2024 deposition of Jason Whitaker, bearing Bates number COB075353 |
| Exhibit 383 | Exhibit 28 to the August 10, 2023 deposition of Byron Lockwood, bearing Bates number COB214284 |
| Exhibit 384 | Kulture Vulturez, *Ruff Buff: History of Buffalo's East Side Gangs*, bearing Bates number PLAINTIFFS_GENERIC-00004583 |
| Exhibit 385 | June 27, 2013 email from Daniel Derenda, bearing Bates number COB016023 |
| Exhibit 386 | June 27, 2014 email from Daniel Derenda, bearing Bates number COB015968 |
| Exhibit 387 | Emma Sapong, *Community groups look for ways to fill void left by loss of Macker basketball tourney* (June 1, 2015) |
| Exhibit 388 | July 01, 2014 – June 30, 2015 Project GIVE Contract, bearing Bates number COB463230 |
| Exhibit 389 | May 31, 2012 email from Brian K. Patterson, bearing Bates number COB341331 |
| Exhibit 390 | June 5, 2013 email from Brian K. Patterson, bearing Bates number COB344045 |
| Exhibit 391 | June 25, 2014 email from Brian K. Patterson, bearing Bates number COB340458 |
| Exhibit 392 | May 21, 2014 Special Event Application, bearing Bates number COB340459 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 393 | June 23, 2017 email from Aaron C. Fallon, bearing Bates number COB221459 |
| Exhibit 394 | Lamonica Peters, *Are Buffalo Police Check Points Targeting the East Side?* (June 23, 2017) |
| Exhibit 395 | Kelly Dudzik, *Buffalo Mayor answers questions about traffic checkpoints* (July 28, 2017) |
| Exhibit 396 | Kelly Dudzik, *Getting answers about BPD checkpoints* (July 25, 2017) |
| Exhibit 397 | Exhibit 11 to the August 10, 2023 deposition of Byron Lockwood, bearing Bates number COB220445 |
| Exhibit 398 | Video of local news coverage regarding checkpoints on Buffalo's East Side |
| Exhibit 399 | Video footage from September 6, 2017 Democratic primary debate for Buffalo's mayor |
| Exhibit 400 | August 12, 2013 email from Daniel Derenda, bearing Bates number COB060587 |
| Exhibit 401 | August 19, 2014 email from Daniel Derenda, bearing Bates number COB278537 |
| Exhibit 402 | WIVB, *Buffalo Common Council president calling for greater transparency about traffic stops* |
| Exhibit 403 | Class Certification Declaration of Edward P. Krugman, dated May 29, 2024 |
| Exhibit 404 | July 19, 2016 email from Stacey Hengsterman, bearing Bates number COB197376 |
| Exhibit 405 | March 09, 2017 email from Philip M. Serafini, bearing Bates number COB016263 |
| Exhibit 406 | Exhibit 40 to the March 16, 2022 deposition of Kevin Brinkworth, bearing Bates number COB053610 |
| Exhibit 407 | October 01, 2013 email from Patrick A. Roberts, bearing Bates number COB634588 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 408 | Daniel Telvock, *EXCLUSIVE: Critics say Buffalo Police's traffic enforcement targets minorities – and there's data that supports their claims* (March 3, 2022), bearing Bates number PLAINTIFFS_GENERIC-00025469 |
| Exhibit 409 | February 04, 2016 The Constantine Institute, Inc., Joint Legislative Fiscal Committee Hearing, bearing Bates number PLAINTIFFS_GENERIC-00025833 |
| Exhibit 410 | November 24, 2015 email from Bernadette S. Taylor, bearing Bates number COB277649 |
| Exhibit 411 | Gun Involved Violence Elimination "GIVE II" Assessment Moving to "GIVE III", bearing Bates number COB022393 |
| Exhibit 412 | 2018 PSN Buffalo Program Narrative, bearing Bates number COB059976 |
| Exhibit 413 | April 15, 2015 email from Kimberly L. Beaty regarding GIVE II Grant Application and Budget Request, bearing Bates number COB022393 |
| Exhibit 414 | Exhibit 11 to the February 26, 2021 deposition of Masiello, bearing Bates number COB022392 |
| Exhibit 415 | November 29, 2018 email from Joseph A. Gramaglia, bearing Bates number COB443724 |
| Exhibit 416 | J. Klofas, Ph.D., *Interim Report of the Evaluation of the New York State's Gun Involved Violence Elimination (GIVE) Initiative* (December 2014), bearing Bates number COB218784 |
| Exhibit 417 | July 01, 2017 – June 30, 2018 GIVE Initiative Contract, bearing Bates number COB-Hodgson_0043549 |
| Exhibit 418 | July 03, 2012 email from Brian K. Patterson, bearing Bates number COB343327 |
| Exhibit 419 | June 27, 2022 Weekly Intelligence Meeting, bearing Bates number COB-Hodgson_0032900 |
| Exhibit 420 | G.I.V.E. Detail Car Reports, bearing Bates number COB-Hodgson_0038359 |
| Exhibit 421 | July 18, 2016 email from Kathryn M. Billanti, bearing Bates number COB637218 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 422 | January 30, 2017 email from Kathryn M. Billanti, bearing Bates number COB637324 |
| Exhibit 423 | Exhibit 7 to the September 06, 2024 deposition of Michael Palizay, bearing Bates number COB-Hodgson_0050663 |
| Exhibit 424 | June 18, 2018 email from Joseph A. Gramaglia, bearing Bates number COB476483 |
| Exhibit 425 | June 18, 2018 email from Joseph A. Gramaglia, bearing Bates number COB476484 |
| Exhibit 426 | December 14, 2018 email from Joseph A. Gramaglia, bearing Bates number COB667932 |
| Exhibit 427 | September 22, 2016 email from Lindsey M. Hair, bearing Bates number COB346078 |
| Exhibit 428 | September 14, 2016 NYS Division of Criminal Justice Services GIVE Initiative Monthly Meeting Minutes, bearing Bates number COB346083 |
| Exhibit 429 | June 20, 2018 email from Alphonso Wright, bearing Bates number COB455406 |
| Exhibit 430 | February 22, 2017 email from Joseph A. Gramaglia, bearing Bates number COB475317 |
| Exhibit 431 | July 18, 2018 email from Joseph A. Gramaglia, bearing Bates number COB476573 |
| Exhibit 432 | September 9, 2021 email from Karen Kassem, bearing Bates number COB562205 |
| Exhibit 433 | March 5, 2013 email from Patrick A. Roberts, bearing Bates number COB634262 |
| Exhibit 434 | January 13, 2016 email from Lavonne R. Handsor, bearing Bates number COB426093 |
| Exhibit 435 | FBI Buffalo Safe Streets Task Force, *2020 Buffalo Gang Book*, bearing Bates number COB-Hodgson_0044724 |
| Exhibit 436 | Exhibit 11 to the August 16, 2024 deposition of William Macy, bearing Bates number COB-Hodgson_0042023 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 437 | August 01, 2023 Weekly Intelligence Report, bearing Bates number COB-Hodgson_0036646 |
| Exhibit 438 | Exhibit 5 to the March 14, 2024 deposition of Joseph Gramaglia, bearing Bates number COB446798 |
| Exhibit 439 | July 19, 2017 email from Daniel Derenda, bearing Bates number COB020657 |
| Exhibit 440 | Center for Public Safety Initiatives, *June 2017 Bulletin Special Topic: Hot Spots Policing Item Analysis* (July 11, 2017), bearing Bates number COB020660 |
| Exhibit 441 | Report of Common Council's Police Advisor Board Three Community Forms, bearing Bates number COB081231 |
| Exhibit 442 | GIVE IV Grant Strategy General Overview, bearing Bates number COB417162 |
| Exhibit 443 | January 17, 2018 email from Lindsey M. Hair, bearing Bates number COB417160 |
| Exhibit 444 | J. Klofas, Ph.D., *Interim Report of the Evaluation of the New York State's Gun Involved Violence Elimination (GIVE) Initiative* (December 2014), bearing Bates number COB410609 |
| Exhibit 445 | Document, bearing Bates number COB_Hodgson_0013266 |
| Exhibit 446 | Document, bearing Bates number COB-Hodgson_0031531 |
| Exhibit 447 | Document, bearing Bates number COB011125 |
| Exhibit 448 | Complaint 15-1480004 Summary Report, bearing Bates number COB424419 |
| Exhibit 449 | October 13, 2022 email from Patrick O. Overdorf, bearing Bates number COB-Hodgson_0031620 |
| Exhibit 450 | August 14, 2018 email from Robert V. Rosenswie, bearing Bates number COB-Hodgson_03857 |
| Exhibit 451 | Document, bearing Bates number COB010539 |
| Exhibit 452 | June 12, 2024 email from Michael J. Farley, bearing Bates number COB-Hodgson_0054983 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 453 | June 24, 2020, Verified Complaint and Jury Demand, McNeil v. City of Buffalo |
| Exhibit 454 | McNeil v. City of Buffalo, 20-CV-0998V(Sr), 2023 WL 2574954 (W.D.N.Y. February 24, 2023) |
| Exhibit 455 | September 16, 2022 Letter to Dakota Eldridge from Lieutenant Louis Kelly, bearing Bates number COB668874 |
| Exhibit 456 | October 21, 2021 G.I.V.E. Detail Car Report, bearing Bates number COB-Hodgson_0041097 |
| Exhibit 457 | October 20, 2021 G.I.V.E. Detail Car Report, bearing Bates number COB-Hodgson_0041094 |
| Exhibit 458 | Document, bearing Bates number COB668806 |
| Exhibit 459 | March 07, 2020 email from Robert V. Rosenswie, bearing Bates number COB_Hodgson_012922 |
| Exhibit 460 | Excerpts of transcript from October 8, 2024 deposition of David Bjerk |
| Exhibit 461 | March 03, 2020 email from Gaisha B. Wilson, bearing Bates number COB559954 |
| Exhibit 462 | Citizens Complaint Form, bearing Bates number COB559957 |
| Exhibit 463 | February 19, 2020 Justin Tedesco Disciplinary Card, bearing Bates number Tedesco_00260 |
| Exhibit 464 | Document, bearing Bates number COB326451 |
| Exhibit 465 | July 6, 2017 Letter to Daniel Derenda from Catherine Creighton, bearing Bates number COB-Hodgson_01104 |
| Exhibit 466 | Video, bearing Bates number COB-Hodgson_01159 |
| Exhibit 467 | June 13, 2017 email from Harold M. McLellan, bearing Bates number COB-Hodgson_01214 |
| Exhibit 468 | Document, bearing Bates number COB010539 |
| Exhibit 469 | Data points, bearing Bates number COB525080 |
| Exhibit 470 | Data points, bearing Bates number COB525081 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 471 | September 16, 2022 Letter to Dakota Eldridge from Lieutenant Louis Kelly, bearing Bates number COB-Hodgson_01246-04197 |
| Exhibit 472 | November 12, 2012 email from Patrick A. Roberts, bearing Bates number COB634200 |
| Exhibit 473 | February 18, 2016 email from Harold M. McLellan, bearing Bates number COB426243 |
| Exhibit 474 | Document, bearing Bates number COB326548 |
| Exhibit 475 | November 30, 2015 email from Harold M. McLellan, bearing Bates number COB425919 |
| Exhibit 476 | January 17, 2017 email from Lavonne R. Handsor, bearing Bates number COB047185 |
| Exhibit 477 | Document, bearing Bates number COB-Hodgson_0053570 |
| Exhibit 478 | June 28, 2013 Letter to John Lopez from Daniel Derenda, bearing Bates number COB-Hodgson_00477 |
| Exhibit 479 | Document, bearing Bates number COB010902 |
| Exhibit 480 | Document, bearing Bates number COB326608 |
| Exhibit 481 | March 04, 2019 email from Robert V. Rosenswie, bearing Bates number COB014838 |
| Exhibit 482 | Document, bearing Bates number COB_Hodgson_012418 |
| Exhibit 483 | Document, bearing Bates number COB326480 |
| Exhibit 484 | December 13, 2018 email from Robert V. Rosenswie, bearing Bates number COB-Hodgson_03865 |
| Exhibit 485 | Document, bearing Bates number COB668748 |
| Exhibit 486 | Document, bearing Bates number COB_Hodgson_0013028 |
| Exhibit 487 | Document, bearing Bates number COB-Hodgson_02227 |
| Exhibit 488 | Document, bearing Bates number Tedesco_00371 |
| Exhibit 489 | Document, bearing Bates number COB010588 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 490 | Document, bearing Bates number COB326606 |
| Exhibit 491 | Document, bearing Bates number COB452061 |
| Exhibit 492 | Document, bearing Bates number COB326477 |
| Exhibit 493 | Document, bearing Bates number COB-Hodgson_0030836 |
| Exhibit 494 | Document, bearing Bates number COB326504 |
| Exhibit 495 | Document, bearing Bates number COB-Hodgson_0031696 |
| Exhibit 496 | Document, bearing Bates number COB-Hodgson_01493 |
| Exhibit 497 | August 22, 2013 email from Daniel Derenda, bearing Bates number COB219460 |
| Exhibit 498 | February 04, 2019 email from Andre M. Lloyd, bearing Bates number COB_Hodgson_012032 |
| Exhibit 499 | January 09, 2019 email from Robert V. Rosenswie, bearing Bates number COB_Hodgson_012820 |
| Exhibit 500 | Document, bearing Bates number COB-Hodgson_00966 |
| Exhibit 501 | February 26, 2015 Letter to Commissioner Daniel Derenda from Byron C. Lockwood, bearing Bates number Miller_00339 |
| Exhibit 502 | April 08, 2013 email from IAD witness, bearing Bates number COB421276 |
| Exhibit 503 | Document, bearing Bates number COB-Hodgson_00666 |
| Exhibit 504 | March 12, 2017 email from BPD Administrator, bearing Bates number COB042866 |
| Exhibit 505 | September 19, 2024 Affidavit Suttles v. City of Buffalo |
| Exhibit 506 | Letter to Byron Brown from T. Rutherford, bearing Bates number COB239059 |
| Exhibit 507 | December 19, 2018 email from Robert V. Rosenswie, bearing Bates number COB452059 |
| Exhibit 508 | December 02, 2014 email from Harold M. McLellan, bearing Bates number COB423922 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 509 | Document, bearing Bates number COB326410 |
| Exhibit 510 | September 16, 2022 Letter to Dakota Eldridge from Lieutenant Louis Kelly, bearing Bates number COB-Hodgson_01246-04197 |
| Exhibit 511 | WGRZ, *Buffalo Council President says his party guests were unfairly treated by police* (July 5, 2017) |
| Exhibit 512 | Al Vaughters, *Pridgen sets off fireworks over police handling his July 4th visitors*, (July 5, 2017) |
| Exhibit 513 | July 6, 2017 Letter to Daniel Derenda from Catherine Creighton, bearing Bates number COB-Hodgson_01104 |
| Exhibit 514 | Document, bearing Bates number COB012083 |
| Exhibit 515 | June 25, 2020 Traffic Stop Receipt Training Bulletin, bearing Bates number COB018701 |
| Exhibit 516 | Exhibit 15 to the July 18, 2023 deposition of Jared Domaracki |
| Exhibit 517 | 2013-2018 Annual Statistics Strike Force and Housing, bearing Bates number COB042317 |
| Exhibit 518 | March 30, 2015 email from Patrick A. Roberts, bearing Bates number COB039785 |
| Exhibit 519 | Video footage from August 07, 2017 Democratic Mayoral Debate |
| Exhibit 520 | Intentionally Left Blank |
| Exhibit 521 | Bjerk 2025 Supplemental Report, dated April 24, 2025 |
| Exhibit 522 | Exhibit 68 from the December 23, 2021 deposition of Daniel Derenda |
| Exhibit 523 | Buffalo Census Tract data, Professor Bjerk Report Supporting Documentation |
| Exhibit 524 | Aaron Besecker, *Buffalo's most issued traffic ticket is for tinted windows* (May 13, 2019) |
| Exhibit 525 | July 01, 2023 – June 30, 2024 GIVE Initiative Contract, bearing Bates number COB-Hodgson_0031280 |

| APPENDIX OF DOCUMENTS | |
|---|---|
| Exhibit 526 | BPD – Hotspot Patrol: E District, bearing Bates number COB-Hodgson_0044552 |
| Exhibit 527 | FBI Buffalo Safe Streets Task Force, 2020 Buffalo Gang Book, bearing Bates number COB-Hodgson_0044725 |
| Exhibit 528 | Intentionally Left Blank |
| Exhibit 529 | November 10, 2018 email from Anthony McHugh, bearing Bates number COB443353 |
| Exhibit 530 | November 11, 2018 email from Alphonso Wright, bearing Bates number COB443364 |
| Exhibit 531 | Exhibit 5 from the September 06, 2024 deposition of Michael Palizay |
| Exhibit 532 | February 26, 2015 Letter from Byron Lockwood to Daniel Derenda, bearing Bates number Miller_00042 |
| Exhibit 533 | Document, bearing Bates number COB-Hodgson_02108 |
| Exhibit 534 | Document, bearing Bates number COB012710 |
| Exhibit 535 | January 20, 2017 Letter from Byron Lockwood to Daniel Derenda, bearing Bates number COB-Hodgson_00911 |
| Exhibit 536 | June 28, 2013 Letter from Daniel Derenda to John Lopez, bearing Bates number COB-Hodgson_00491 |
| Exhibit 537 | Document, bearing Bates number COB-Hodgson_012428 |
| Exhibit 538 | 2013 – 2017 Annual Statistics Housing/ Strike Force, bearing Bates number COB042215 |
| Exhibit 539 | August 6, 2018 email from Danielle Morgera, bearing Bates number COB201041 |

Dated:   May 30, 2025

*s/ Andrew J. Timmick*
Andrew Timmick (*pro hac vice*)
COVINGTON & BURLING, LLP
620 Eighth Ave., Suite 4029
New York, NY  10018
212-841-1000
atimmick@cov.com

*Counsel for Plaintiffs*