UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

BLACK LOVE RESISTS IN THE RUST by and through MARIELLE SHAVONNE SMITH and CHARIS HUMPHREY on behalf of its members; SHAKETA REDDEN; DORETHEA FRANKLIN; TANIQUA SIMMONS; DE'JON HALL; JOSEPH BONDS; CHARLES PALMER; SHIRLEY SARMIENTO; EBONY YELDON; and JASMINE EVANS, individually and on behalf of a class of all others similarly situated,

     Plaintiffs,

     v.

CITY OF BUFFALO, NY; BYRON B. BROWN, Mayor of the City of Buffalo, in his individual and official capacities; BYRON C. LOCKWOOD, Commissioner of the Buffalo Police Department, in his individual and official capacities; DANIEL DERENDA, former Commissioner of the Buffalo Police Department, in his individual capacity; AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI, ROBBIN THOMAS, UNKNOWN SUPERVISORY PERSONNEL 1-10, UNKNOWN OFFICERS 1-20, each officers of the Buffalo Police Department, in their individual capacities,

     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF MANUAL FILING**

Case No.: 1:18-cv-00719-CCR

ECF Case

**PLEASE TAKE NOTICE** that, pursuant to Rule 2(D)(v) of the Western District of New York Administrative Procedures Guide for Electronic Filing, Plaintiffs, by and through their undersigned attorneys, hereby advise that they are manually filing an external hard drive of video

files from various sources, including law enforcement body-worn cameras and public sources. Due to the size and nature of these files, they must be manually filed and cannot be filed through ECF.

Attached to the Declaration of Edward P. Krugman Pursuant to Fed. R. Civ. P. 56(d) in Opposition to Defendants' Motion for Summary Judgment, the following videos are being manually filed: Exhibit S, bearing Bates number COB_Hodgson_0052348 containing Video X60A7687X; Exhibit T, bearing Bates number COB-Hodgson_0054838 containing Video X60A7221Z; Exhibit U, bearing Bates number COB-Hodgson_0052224 containing Videos X60A80196 and X60A88978; Exhibit V, bearing Bates number COB-Hodgson_0054848 containing Videos X60A80839, X60A88198, and X60A81599; and Exhibit W, bearing Bates number COB-Hodgson_0052307 containing Video X60A88114.

Attached to the Declaration of Andrew J. Timmick in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, the following videos are being manually filed: Exhibit 315, footage of a November 7, 2018 Buffalo Common Council Committee on Finance Meeting; Exhibit 398, video of local news coverage regarding checkpoints on Buffalo's East Side; Exhibit 399, video footage from September 6, 2017 Democratic primary debate for Buffalo's mayor; Exhibit 466, bearing Bates number COB-Hodgson_01159; and Exhibit 519, video footage from August 7, 2017 Democratic mayoral debate.

Dated:  New York, New York
            May 30, 2025


*/s/ Andrew J. Timmick*
Andrew J. Timmick (*admitted pro hac vice*)
Jordan S. Joachim (*admitted pro hac vice*)
Philip Irwin (*admitted pro hac vice*)
Christine A. Nelson (*admitted pro hac vice*)
COVINGTON & BURLING LLP
620 Eighth Avenue, Suite 4029
New York, New York  10018
Telephone:  (212) 841-1000
atimmick@cov.com
jjoachim@cov.com
pirwin@cov.com
cnelson@cov.com

Claudia Wilner
Edward Krugman
Anjana Malhotra
NATIONAL CENTER FOR LAW
AND ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, New York  10001
Telephone:  (212) 633-6967
wilner@nclej.org
krugman@nclej.org
malhotra@ncleg.org


Andrea Chinyere Ezie
Baher Azmy
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York  10012
Telephone:  (212) 614-6475
cezie@ccrjustice.org
bazmy@ccrjustice.org

Matthew Alan Parham
WESTERN NEW YORK LAW CENTER
Cathedral Park Tower
37 Franklin Street, Suite 210
Buffalo, New York  14202
Telephone:  (716) 828-8415
mparham@wnylc.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on May 30, 2025, the above Notice of Manual Filing was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

                                            */s/ Andrew J. Timmick*
                                             Andrew J. Timmick