UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>CITY OF BUFFALO, N.Y., *et al.*,<br><br>      Defendants. | No. 1:18-cv-00719-CCR |

## DECLARATION OF AMANDI PERERA

Amandi Perera declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. My name is Amandi Perera, and I am the Litigation & Outreach Paralegal at the National Center for Law and Economic Justice.

2. The purpose of this declaration is to describe the process by which I created the spreadsheet annexed hereto as Exhibit A. Exhibit A is a summary of certain basic bibliographic data from approximately 52 complaints to the Buffalo Police Department Internal Affairs Department that were produced by Defendants to Plaintiffs in discovery in this action.

3. These complaints are in addition to the 74 racial bias complaints summarized by Plaintiffs' police practices expert Michael Gennaco in Appendix C of his report. The 52 files include eleven files from Black residents complaining about racial bias in traffic enforcement that were either produced after Mr. Gennaco completed his report or were not yet reviewed by the date of completion and 41 files complaining of racial bias other than in traffic enforcement.

4.      At least two of these complaints raised allegations that BPD officers engaged in racially biased traffic enforcement and multiple tinted windows ticketing, attached as Exhibits B and C.

5.      At least four of the complaints raised allegations that BPD officers engaged in racially biased traffic enforcement since 2024, attached as exhibits D, E, F, and G.

6.      The original complaint files were produced by defendants and remain available for inspection.

7.      For each file, I recorded the table the case ID, Bates Number of the relevant complaint, the date the file was opened, the names of the BPD officers named in the complaint, the disposition if it was available, and whether the complaint involved traffic enforcement.

This 30th day of May, 2025 I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

*Amandi Perera*

_____

Amandi Perera