| Case ID | Bates Number | Date Opened | Traffic | Target Officers | Formal discipline racial bias |
|---|---|---|---|---|---|
| IAD S-243640115-1 | COB-Hodgson_0054821 | 12/31/2024 | Yes | HaNover, Bryan; Simonian, John; Coseglia, Devin | No |
| EC2024-101 | Hodgson_0054048 | 10/7/2024 | No | Moore, Michael | No |
| EC2024-102 | COB-Hodgson_0054158 | 10/3/2024 | Yes | Von Eck, Patrick; Von Eck, Alivia; Goretti, Peter; DoNovan, Patrick; Weir, Ryan; Abdallah, Mohammad | No |
| No Case ID | COB-Hodgson_0053968 | 8/26/2024 | Yes | Ayala, Justin; Robinson | No |
| EC2024-050 | COB-Hodgson_0054983 | 3/27/2024 | Yes | Ammerman, Ronald; Crawford, Jonathan | No |
| EF2013-043 | COB-Hodgson_0026175; COB-Hodgson_0030067; COB-Hodgson_0030108; COB-Hodgson_0030182; COB-Hodgson_0030186 | 8/29/2023 | Yes | Fitzpatrick, Paul E.; Shea, Andrew | No |
| EC2023-002 | Hodgson_0046040, COB- | 1/31/2023 | No | Ammerman, Ronald; GiarraNo, Jake; Massicci, Peter | No |
| I/O 2021-055 | COB-Hodgson_01246-04750-60 | 10/27/2021 | No | Baxter, Tyler; Johnson, Kereem | No |
| EC2021-053 | COB-Hodgson_02165-02226 | 9/22/2021 | No | Cyrek, Mark | Unfounded |
| EC2021-037 | COB-Hodgson_0053570 | 7/21/2021 | No | Hy, Richard; Frascatore, Connor | No |
| No Case ID | Hodgson_0031673; COB-Hodgson_0018241 - | 7/8/2021 | No | Ganley, Luke; Witkowski, Carlton | No |
| EC2021-004 | Hodgson_0022589 | 7/7/2021 | No | Gehr, Ryan | No |

| Case ID | Bates Number | Date Opened | Traffic | Target Officers | Formal discipline racial bias |
|---|---|---|---|---|---|
| EC2021-014 | COB664100 | 3/22/2021 | No | Delvaney, Ann | Exonerated |
| EC2020-042 | 76-12417 COB560285 COB560920 | 5/21/2020 | No | Hurst, Marc | Not sustained |
| I/O 2020-024 | COB-Hodgson_03947-03965 | 3/16/2020 | No | EspiNosa, Cory; Harrington, Briana | No resolution |
| EC2020-029 | COB-Hodgson_0024314 | 3/11/2020 | Yes | Davidson, John; Moffett, Andrew | No |
| No Case ID | Hodgson_0055049 | 12/27/2019 | Yes | Ottey, Devon | No |
| N/A | COB559410 - COB559412 | 11/22/2019 | No | Masecchia, Dana | No |
| EF2019-009 | COB-Hodgson_0019053 | 4/10/2019 | Yes | Davidson, John; Garry, Patrick | No |
| EC2013-007 | COB041747; COB421130 | 1/3/2019 | No | Unknown | No |
| I/O 2018-053 | Hodgson_03865-03876 | 7/31/2018 | No | Larke, Jimmie | No |
| EC2018-021 | COB-Hodgson_0013028-13129 | 5/1/2018 | No | Rodriguez, Omar | Not sustained |
| I/O 2018-032 | COB21483 | 3/25/2018 | No | Maloney, Chad | No |
| EC2018-010 | COB-Hodgson_01246-1359 | 2/20/2018 | No | Bindics, James; Holtz, Sherry | No |
| IO2018-011 | Hodgson_03840-03856 | 1/31/2018 | No | Schultz; Karl; Petronella, Joseph | No |
| N/A | COB203270 - COB429819 | 10/13/2017 | No | Badge No. 6321 (name Unknown) | No resolution |
| EC2017-026 | Hodgson_01246-04052-96 | 8/22/2017 | No | Baker, Elizabeth | No |
| EC2017-025 | COB-Hodgson_01246-04013-51 | 8/8/2017 | No | McAndrews, Michael | No |
| N/A | COB256647 - COB263323 | 6/19/2017 | No | Unknown | No resolution |
| IO2017-040 | COB-Hodgson_01214-01224 | 5/22/2017 | No | McCabe, Sean | No |

| Case ID | Bates Number | Date Opened | Traffic | Target Officers | Formal discipline racial bias |
|---|---|---|---|---|---|
| I/O 2016-082 | COB428382 | 10/11/2016 | No | Detective Ferraro, Tina | No |
| EF 2016-021 | COB326496 COB323440-323442 | 7/18/2016 | Yes | Lopez, Richard; Quinn, Michael | Not sustained |
| I/O 2016-043 | COB326559 | 6/10/2016 | No | Lt. Pietrzak, Jonathan | No |
| I/O 2016-036 | COB041202 | 5/25/2016 | No | Stutz; Detective Kiefer, Brendan | No |
| EC2016-027 | Hodgson_01246-03981-4012 | 5/3/2016 | No | Unknown | Not sustained |
| IO2016-028 | COB326553 | 3/21/2016 | No | McDonald, Patrick | Not sustained |
| EC2016-028 | COB326446 | 3/21/2016 | No | Unknown | Exonerated |
| EC 2015-59 | Hodgson_00829 - 00898 | 10/27/2015 | No | Whiteford, Andrew; Miller, Charles | Not sustained |
| I/O 2015-063 | Hodgson_01246-04746-47 | 8/13/2015 | No | Lopez, John; Unknown officer | No |
| IO2015-018 | Hodgson_01246-04748-49 | 4/21/2015 | No | Unknown | No |
| EC2014-118 | COB423665 - COB423673 | 8/30/2014 | No | Vara, Mark | Not sustained |
| N/A | COB054555 - COB423609 | 8/13/2014 | No | Tedesco, Justin; AcquiNo, Joseph | No |
| EC2014-061 | COB668748 | 5/15/2014 | No | Muhammad, Larry; Saleh, Sharese | Not sustained |
| EF2013-058 | COB326480 | 12/23/2013 | No | Detective Herbert, Thomas; Lt. Sullivan, John; Lt. Seridan, Robert | Not sustained |
| EC2013-133 | COB014474 - COB422470 | 10/15/2013 | Yes | Rodriguez, Omar | Not sustained |
| N/A | COB265593 | 6/19/2013 | No | Unknown | No resolution |
| N/A | COB421607 | 6/13/2013 | No | AcquiNo, Michael | No |
| EC2013-057 | Hodgson_00666; COB421277 | 4/17/2013 | No | Unknown - A District officers | No |
| EC2013-024 | COB668519; COB421135 - | 1/16/2013 | No | Unknown | No |
| EC2013-005 | Hodgson_01246-03977-78 | 1/7/2013 | No | Unknown | No |

| Case ID | Bates Number | Date Opened | Traffic | Target Officers | Formal discipline racial bias |
|---|---|---|---|---|---|
| EC2013-006 | COB-Hodgson_01246-03979-80 | 1/2/2013 | No | Unknown | No |
| No Case ID | COB405874 | 11/26/2012 | Yes | O'Donnell, James | No resolution |