UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST by and through MARIELLE SHAVONNE SMITH and CHARIS HUMPHREY on behalf of its members; SHAKETA REDDEN; DORETHEA FRANKLIN; TANIQUA SIMMONS; DE'JON HALL; JOSEPH BONDS; CHARLES PALMER; SHIRLEY SARMIENTO; EBONY YELDON; and JANE DOE, individually and on behalf of a class of all others similarly situated;

        Plaintiffs,

v.              Civil No.: 1:18-cv-00719-CCR

CITY OF BUFFALO, NY; BYRON B. BROWN, Mayor of the City of Buffalo, in his individual and official capacities; BYRON C. LOCKWOOD, Commissioner of the Buffalo Police Department, in his individual and official capacities; DANIEL DERENDA, former Commissioner of the Buffalo Police Department, in his individual capacity; AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI, ROBBIN THOMAS, UNKNOWN SUPERVISORY PERSONNEL 1-10, UNKNOWN OFFICERS 1-20, each officers of the Buffalo Police Department, in their individual capacities.

        Defendants.

---

## CONSENT MOTION TO EXTEND
## <u>SUMMARY JUDGMENT DEADLINES</u>

   Defendants respectfully move to amend the deadline for reply papers for the Parties' respective Motions for Summary Judgment.

1. Under the current scheduling order, the Parties' reply papers in further support of their respective Motions for Summary Judgment are due on June 30, 2025. (Dkt. Nos. 263-264).

2. Due to the length and volume of Plaintiffs' papers in opposition to the Defendants' Motion for Summary Judgment, Defendants require additional time to prepare their reply papers.

3. Accordingly, Defendants respectfully request an extension of the deadline to file the Parties' reply papers through to August 1, 2025. Plaintiffs consent to the requested extension.

4. Defendants thank the Court in advance for its consideration of this request.

Dated: Buffalo, New York
       June 17, 2025

**HODGSON RUSS LLP**

*/s/ Peter A. Sahasrabudhe*
Hugh M. Russ III
Peter A. Sahasrabudhe
Cheyenne N. Freely
The Guaranty Building
140 Pearl Street – Suite 100
Buffalo, New York  14202
Telephone:  (716) 856-4000
hruss@hodgsonruss.com
pshasra@hodgsonruss.com
cfreely@hodgsonruss.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2025, the above Consent Motion to Extend Summary Judgment Deadlines was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

                                         */s/ Peter A. Sahasrabudhe*
                                          Peter A. Sahasrabudhe