UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,

                Plaintiffs,

    v.

CITY OF BUFFALO, N.Y., *et al.*,

                Defendants.

No. 1:18-cv-00719-CCR

### NOTICE OF MOTION TO INTERVENE AS PLAINTIFFS AND REPRESENTATIVES OF THE TRAFFIC ENFORCEMENT CLASS

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 24, Plaintiffs, along with Markel Nance and Thomas Christopher Williams Jr. (together, the "Proposed Intervenors" or the "Intervenors"), by their undersigned attorneys, will move the Court at the United States Courthouse for the Western District of New York, 2 Niagara Square, Buffalo, NY 14202, at a date and time to be determined by the Court, for an Order granting Plaintiffs' and the Proposed Intervenors' Motion to Intervene as Plaintiffs and Representatives of the Traffic Enforcement Class.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiffs and the Proposed Intervenors will rely on the accompanying Memorandum of Law, Declaration of Andrew J. Timmick with exhibits, Declarations of Markel Nance and Thomas Christopher Williams Jr., and all pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule of Civil Procedure 7(a)(1), Plaintiffs hereby state that they intend to file and serve reply papers. Pursuant to Local Rule of Civil Procedure 7(b)(2)(B), if the Court does not set deadlines by

order, any opposition will be due within fourteen days of service of this Motion, and any reply papers will be due within seven days of service of the opposition papers.

Dated: July 11, 2025

Respectfully Submitted,

*/s/ Claudia Wilner*
_____
Claudia Wilner
Anjana Malhotra
NATIONAL CENTER FOR LAW AND
ECONOMIC JUSTICE
50 Broadway, Suite 1500
New York, NY 10004
Tel: 212-633-6967
wilner@nclej.org
malhotra@nclej.org

Matthew Alan Parham
WESTERN NEW YORK LAW CENTER
37 Franklin Street, Suite 210
Buffalo, NY 14202
Tel: 716-828-8415
mparham@wnylc.com

A. Chinyere Ezie
Baher Azmy
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel/Fax: 212-614-6475
cezie@ccrjustice.org
bazmy@ccrjustice.org

Philip Irwin (*admitted pro hac vice*)
Jordan S. Joachim (*admitted pro hac vice*)
Andrew J. Timmick (*admitted pro hac vice*)
Christine Nelson (*admitted pro hac vice*)
COVINGTON & BURLING, LLP
620 Eighth Ave., Suite 4029
New York, NY 10018
Tel: 212-841-1000
Fax: 212-841-1010
pirwin@cov.com
jjoachim@cov.com
atimmick@cov.com
cnelson@cov.com

*Counsel for Plaintiffs and Proposed Intervenors*