# EXHIBIT 2

# APPENDIX C

| Case ID | Bates - Main file | Complainant Name | Date Opened | Field Level | Official Category | Target PO(s) | Summary | Disposition |
|---|---|---|---|---|---|---|---|---|
| N/A | COB239058, COB239056 | | 2/28/19 (Date filed) | Yes | N/A | Alvarez | On February 13, 2019, BPD officers pulled over ▮▮▮▮, a Black woman, based on a false identification that she fit the description. The officers were looking for a shooting suspect who was a Black female in a white hoodie, while she was wearing a long blush pink winter coat at the time and no white hoodie. There were about 15 officers present, who searched her and her mother's car without justification and treated her as a criminal suspect, even though she did not fit the description of the suspect. She filed a complaint alleging that she was racially profiled, and felt humiliated, hurt, and traumatized by the experience. | Intra-file - never investigated |
| N/A | COB041094 | | 1/22/2013 (Incident date) | Yes | N/A | Adam, Burt | ▮▮▮▮ filed a complaint with the Commission on Citizens' Rights and Community Relations alleging that BPD Officer Burt Adam engaged in a racially discriminatory traffic stop and arrest on January 22, 2013. He alleged that BPD Officer Adam stopped him and two other Hispanic males in his car without justification when he was about to leave for a friends house, and asked him and his passengers why they were there, whether they belonged in the area and for their names. The officer then backed his car up to read the license plate, and accused ▮▮▮▮ of having suspended insurance. ▮▮▮▮ denied this, and when he went to reach for his insurance, Adam told him to stop and ordered him out of the vehicle. Adam then searched him, and after ▮▮▮▮ protested, Adam pushed him to the vehicle and said to him "A Spic caouldn't afford a car this nice unless he was selling drugs." Two other officers then put one of the passengers in the back of another patrol car. Adam falsely accused him of having a firearm, detained him with his friend in the patrol car, and searched his car and trunk without justification. The officer then arrested him, accusing him of having drugs, after pulling out a bag with a white substance from the pocket of his pants and saying "this is yours." ▮▮▮▮ denied this. He heard another officer say to Adams "you ran the wrong plate," to which Adams replied "Fuck it, process him anyways." | No resolution |
| EC2013-127 | COB422379, COB422392, COB056416, ACQUINO_01627 | | 10/17/2013 | Yes | Conduct - Discourtesy | Acquino, Michael; Hamilton, Mark | ▮▮▮▮ complained BPD Officers Michael Acquino and Mark Hamilton stopped him multiple times without justification simply because he was in a certain location on the East Side of Buffalo. ▮▮▮▮ stated that these officers frequently stopped and searched people walking by them without basis, and while he hesitated to use the "race card," the overwhelming majority of the people the officers harrassed were Black. | Intra-file |
| N/A | COB219460 | | 8/21/2013 | Yes | N/A | N/A | ▮▮▮▮ emailed Mayor Brown on August 20, 2013 to report that an officer racially profiled her son. The BPD officer pulled ▮▮▮▮ son over for allegedly making a wide turn. He called his mother. When she arrived, she tried to explain to the officer that the truck belonged to her, but the officer did not allow her to speak. The officer towed the truck and told her son that he would not have done so if ▮▮▮▮ didn't get involved. Another woman who spoke to the officer about an unrelated matter after ▮▮▮▮ left reported to ▮▮▮▮ that the officer spoke about her son's business. | Intra-file - never investigated |
| EC2023-010 | COB_Hodgson_0013299-13376, COB-Hodgson_0031291, COB-Hodgson_0031293, COB-Hodgson_0031301-COB-Hodgson_0031306 | | 4/11/2023 | No | Conduct - Racial Profiling, Illegal search | Ammerman, Ronald; Giarrano, Jake | ▮▮▮▮, an Black man, filed a complaint against BPD officers Ammerman and Giarrano alleging that they engaged in a racially biased traffic stop. The BPD officers alleged that they made eye contact with him, and then pulled him over for tinted windows violations, but ▮▮▮▮ stated his windows were down. The BPD officers questioned and detained ▮▮▮▮ and searched him aggressively, allegedly on the basis that he had an outstanding traffic warrant. The officers also questioned, detained and searched the passenger, a Black man, without any justification. The officers aggressively searched the vehicle and all of its compartments without justification, causing about $2,800 damage to ▮▮▮▮ back seat and trunk. While in the patrol car, ▮▮▮▮ stated that he saw the officers' computer screen showing his warrant and record, and he believed that he was stopped, searched and detained because of his race. ▮▮▮▮ had a traffic warrant at the time from Albany but received only a stop receipt from Giarrano and Ammerman. ▮▮▮▮ passenger asked for Officer Ammerman's name and badge number at the end of the interaction, and Officer Ammerman subsequently threatened ▮▮▮▮ with arrest on his warrant. | Conference - Exonerated |

| Case ID | Bates - Main file | Complainant Name | Date Opened | Field Level | Official Category | Target PO(s) | Summary | Disposition |
|---|---|---|---|---|---|---|---|---|
| EC2022-050 | COB-Hodgson_0013130-13265 | | 9/22/2022 | No | Racial Profiling, Procedures | Menza, Frank; Mariato, Michael | ▇▇▇, an Black woman, filed a complaint after multiple police encounters on September 11, 2022 that she alleged were racially biased. First, BPD officers pulled her over twice within 20 minutes and harassed her. When initially pulled over, the officer did not tell ▇▇ the reason for the stop, but eventually told her that her car matched a description of a car involved in a robbery. ▇▇ reported that the officers were "nasty" to her and that she asked for a Lieutenant, but was denied. Following this stop, ▇▇ stated that some officers followed her, and she was pulled over the second time. The officers again told her that her car matched a car involved in a home invasion, and treated her and her husband rudely and held them for an extended period of time-even though some of the officers were present from the first stop, and knew she and her car had been cleared. ▇▇ then went to the stationhouse to file a complaint with against the officers involved in her traffic stops. When she spoke with the Lieutenant, he told her there was no point in filing a complaint and pointed out all the things she could get a ticket for on her car. After an hour wait, he refused to give her a complaint form and told her to go to IAD but later called her at 1:30 A.M., telling her she can come get the form. In her complaint, she alleged that she got pulled over because she is Black. | Conference - Exonerated |
| EC2022-031 | COB-Hodgson_04197 | | 6/29/2022 | No | Racial Profiling | Ammerman, Ronald; Allman, Padriac | ▇▇▇, a Black male, filed a complaint regarding a traffic stop that occurred on June 21, 2022 in which he was a passenger. Before the traffic stop, BPD Officers Padriac Allman and Ronald Ammerman approached ▇▇ at a corner store and asked if he was a Mr. Williams. ▇▇ said he was not Mr. Williams. He got into a car with a white female friend and another Black passenger, and the BPD officers then pulled the car over. The officers claimed that the stop was for not signaling before a turn. ▇▇ claimed the stop and encounter was racially biased, and Officer Allman stated at one point that they pulled him over because they thought he was Mr. Williams. During the encounter, Officer Allman called ▇▇ a "fucking nitwit" and told ▇▇ mother, who arrived on the scene shortly after the stop, that he raped and kidnapped a girl. ▇▇ clarified that the case the officer referenced was his brother's case, and the officer told his mother that she doesn't know how to raise her kids. ▇▇ felt like the officers assumed that he had a record because he is Black. Officers removed the white female driver from the car, and asked her if she felt safe. She responded that she felt uncomfortable, and that she felt like she was removed from the car because the officers wanted to get her away from two Black males and that she was only pulled over because there were two Black males in her car. | Exonerated |
| EC2022-018 | COB668806 | | 5/9/2022 | No | Racial Profiling | Garry, Patrick | ▇▇▇ and his girlfriend, ▇▇▇, alleged that on April 16, 2022, BPD officers pulled them over in a racially discriminatory traffic stop. When officers turned on their lights, ▇▇ believed they were trying to pass him, so he pulled over. ▇▇ then pulled off, not thinking that he was the officers' target, but was then blocked off by officers. The officers told him that it looked like he was speeding and ▇▇ stated that he was only going 35 miles per hour, only 5 mph over the limit and no faster than the other cars around him. The officers asked him if he had anything on him, and ▇▇ gave the officers permission to search the car. The BPD officers then frisked and questioned ▇▇, while detaining him in their vehicle. ▇▇ alleged, and body camera confirmed, that the officers were rude, accused him of driving a stolen vehicle, and told him to "shut up." They issued ▇▇ multiple traffic tickets, including one for obstructed view because of a hanging air freshener, even though the patrol car had the same air freshener hanging. During the this same stop, ▇▇▇ told the officers "this is illegal" and questioned why they stopped and detained ▇▇. BPD Officer Ammerman then patted ▇▇ down and seized her cell phone without any apparent legal justification. | Exonerated |

| Case ID | Bates - Main file | Complainant Name | Date Opened | Field Level | Official Category | Target PO(s) | Summary | Disposition |
|---|---|---|---|---|---|---|---|---|
| EC2022-018 | COB668806 | | 5/9/2022 | No | Racial Profiling | Garry, Patrick; Ammerman, Ronald | ▮▮▮ and his girlfriend, ▮▮▮, alleged that on April 16, 2022, BPD officers pulled them over in a racially discriminatory traffic stop. When officers turned on their lights, ▮▮ believed they were trying to pass him, so he pulled over. ▮▮ then pulled off, not thinking that he was the officers' target, but was then blocked off by officers. The officers told him that it looked like he was speeding and ▮▮ stated that he was only going 35 miles per hour, only 5 mph over the limit and no faster than the other cars around him. The officers asked him if he had anything on him, and ▮▮ gave the officers permission to search the car. The BPD officers then frisked and questioned ▮▮, while detaining him in their vehicle. ▮▮ alleged, and body camera confirmed, that the officers were rude, accused him of driving a stolen vehicle, and told him to "shut up." They issued ▮▮ multiple traffic tickets, including one for obstructed view because of a hanging air freshener, even though the patrol car had the same air freshener hanging. During the this same stop, ▮▮ told the officers "this is illegal" and questioned why they stopped and detained ▮▮. BPD Officer Ammerman then patted ▮▮ down and seized her cell phone without any apparent legal justification. | Exonerated |
| EC2022-016 | COB_Hodgson_0012480-12542 | | 4/27/2022 | No | Conduct - Discourtesy | Sierk, Steven | ▮▮▮, a Black woman, filed a complaint alleging a racially discriminatory encounter with Officer Steven Sierk on April 25, 2022. ▮▮ encounter Officer Sierk when he was attempting to tow her car, which was unoccupied and parked at the time, because of an alleged suspension for her insurance not being in effect. ▮▮ showed the officer proof on her phone that her insurance was paid for and active and explained that she was just pulled over for the same reason and those officers told her to contact DMV because it may be a mistake. Sierk repeatedly dismissed her and refused to accept her explanation, and proceeded with the impound. ▮▮ pleaded with the officer to retrieve her children's belongings and her paperwork from her car, and for a long period of time, the officer did not allow her to do so. When he appeared to change his mind, he did not allow her to get her car keys to open the car and impounded her car. While she cried, expressing her need to get her and her children's things from the car, the officer was rude, abrupt, and hostile to her as she tried to explain her situation. Officer Sierk can be heard on body camera footage laughing at ▮▮ towards the end of the encounter. | Unfounded |
| EC2021-061 | COB-Hodgson_02227-02390 | | 11/22/2021 | No | Racial Profiling, Excessive Force | Lenhardt, Christopher; Schroen, Matthew | ▮▮▮ and his brother, ▮▮▮, filed complaints against BPD Officers following a traffic stop and encounter they alleged were racially biased on November 20, 2021. The BPD Officers initially pulled ▮▮ over for a suspended registration, no front plates, and tinted windows. ▮▮ provided proof that he went to the DMV and took care of the registration issue. During the stop, officers noticed that he had a gun in the back seat and asked him to exit the car. ▮▮ told them that the gun was legal and expressed concerns about being shot when he exited the car, which the officers took as him being uncooperative. After he exited the car, ▮▮ explained that his back was injured and he had a medical condition, and that he was going to get into the patrol car without resisting. However, the officers took ▮▮ to the ground, and eventually one officer put his knee on ▮▮ neck. He told them that he could not breathe and that he was going to have a seizure and couldn't feel his legs. An officer told him he was being dramatic. His brother, ▮▮, tried intervene to stop an officer for putting a knee to ▮▮ neck, and an officer used pepper spray on him. ▮▮ repeatedly asked the officers to get his medication from his car and an officer screamed at him to calm down and laughed at him when he asked for something to drink. ▮▮ suffered multiple seizures during this encounter, and was taken to the hospital. | Exonerated |

| Case ID | Bates - Main file | Complainant Name | Date Opened | Field Level | Official Category | Target PO(s) | Summary | Disposition |
|---|---|---|---|---|---|---|---|---|
| EC2021-061 | COB-Hodgson_02227-02390 | | 11/22/2021 | No | Racial Profiling, Excessive Force | Lenhardt, Christopher; Schroen, Matthew | ▇▇▇ and his brother, ▇▇▇, filed complaints against officers following a traffic stop on November 20, 2021. They alleged that the officers were racially biased, used excessive force causing injuries, refused to provide medical attention, engaged in inappropriate touching during the pat down, refused to retrieve his medication, and used profane language towards him and their family throughout the encounter. BPD initially pulled ▇▇▇ over for a suspended registration, no front plates, and tinted windows. He provided proof that he went to the DMV and took care of the registration issue. During the stop, officers noticed that he had a gun in the back seat and asked him to exit the car. ▇▇▇ told them that the gun was legal and then expressed some concerns about being shot when he exited the car which the officers took as him being uncooperative. While out of the car, ▇▇▇ explained that his back was injured and he had a medical condition, and that he was going to get into the patrol car without resisting. However, the officers took ▇▇▇ to the ground, and eventually one officer put his knee on ▇▇▇ neck. He told them that he could not breathe and that he was going to have a seizure and couldn't feel his legs. An officer told him he was being dramatic. During this encounter, a BPD officer also used chemical spray on ▇▇▇ for trying to intervene to stop an officer for putting a knee to ▇▇▇ neck. ▇▇▇ repeatedly asked the officers to get his medication from his car and an officer screamed at him to calm down and laughed at him when he asked for something to drink. ▇▇▇ suffered multiple seizures during this encounter, and was taken to the hospital. | Exonerated |
| EC2021-028 | COB-Hodgson_02108-02164 | | 5/24/2021 | No | Conduct - Poor Service | Eck, Patrick | ▇▇▇, a Black man, filed a complaint on May 22, 2021, alleging BPD Officer Patrick Eck pulled him over in a racially biased traffic stop. ▇▇▇ did not have his driver's license with him. Eck, who is white, asked him to exit the car, patted him down, and detained him in his vehicle for a prolonged period of time. While Eck detained him, he was demeaning, used profanity, and called him names. When ▇▇▇ questioned how the officer could pull him over for speeding without using a radar to track his speed, Eck told him "I don't give a fuck." After ▇▇▇ asked if he would see him in court, he said "yeah, I'll definitely go to court, you're getting me paid, my guy." Eck referred to him as "dog" and called him "my man" throughout the encounter also accused ▇▇▇ of being racist. When ▇▇▇ stated he couldn't be racist because he is Black, Eck responded "[m]ust be nice." When Eck asked about the status of a Lieutenant he requested, Eck responded: "he is black, so you guys will have a great conversation." At the end of the encounter, Eck told ▇▇▇ "Peace out homie," which ▇▇▇ found to be unprofessional and racist. ▇▇▇ reported that Eck treated him unprofessionally, rudely, in a racist manner, and wrote multiple tickets in retaliation to ▇▇▇ protests about the stop. | Conference |
| EC2020-024 | COB_Hodgson_0012108-12375, COB560218, COB-Hodgson_01493-01874 | | 5/10/2020 | No | Excessive Force | Ammerman, Ronald and Scheu, Michael | Lt. Ronald Ammerman and Officer Michael Scheu stopped ▇▇▇, a Black man, after he left a gas station. Before he left the gas station, he observed a police cruiser pass by and the officer inside stared at him, making him feel nervous. The officers did a U-turn and headed back towards him as he exited the gas station. When he saw them, he got worried and made a wrong turn on a one-way street. Once he realized that, he tried to turn around. Ammerman and Scheu approached him before he could fully turn the car around, and asked him if there was any drugs in the car. After he said no, the Officers asked him to exit the vehicle and began aggressively searching him. During the search, ▇▇▇ alleges that PO Scheu fondled him, grabbing his penis while finding no contraband. According to ▇▇▇ and body camera footage, Ammerman punched him in the eye and took him down to the floor while another officer choked him. At this point ▇▇▇ was screaming for help, saying he could not breathe, and asked his girlfriend to record a video. The officers continued to search him and hold him down for a long period of time, yelling at him and asking about and looking for drugs. While on the way to Central Booking, Lt Ammerman continued to ask about drugs, which ▇▇▇ denied having. He was then taken to the hospital for a shoulder injury but given an x-ray from his waist down. ▇▇▇ believed that the officers requested the x-ray to search for drugs, since he was there for shoulder pain. The hospital confirmed that he sustained injuries. An officer told him that if he and his girlfriend remove the video of the encounter from Facebook, they won't bother him again. ▇▇▇ stated in his deposition that he believed that this all happened because he is Black. | Not sustained |

4

| Case ID | Bates - Main file | Complainant Name | Date Opened | Field Level | Official Category | Target PO(s) | Summary | Disposition |
|---|---|---|---|---|---|---|---|---|
| I/O 2020-17 | COB_Hodgson_0012922-12934 COB559954-COB559999 | | 3/3/2020 | No | N/A | Tedesco, Justin; Hy, Richard | ▇▇▇, a Black man, filed a complaint alleging that he experienced discrimination during a traffic stop on February 13, 2020. He reported that Officers Justin Tedesco and Richard Hy pulled him over for no reason while heading to his son's house and proceeded to search his car without cause, looking for drugs. He was placed in the patrol car, where an officer talked about a murder case in front of his son. A relative came outside to figure out what was going on and an officer told her to "shut up." | Intra-file |
| EC2020-009 | Tedesco_00371 - 00469 | | 2/7/2020 | No | Conduct - Racial Profiling, Improper Stop | Tedesco, Justin; Hy, Richard | ▇▇▇ filed a complaint alleging that Officers Justin Tedesco and Richard Hy subjected him to a racially biased traffic stop on January 30, 2020. Officer Hy questioned ▇▇▇, and even though he spoke fluent English, used of Spanish phrases, like "por favor," which ▇▇▇ found to be unnecessary, inappropriate, and racially offensive. When ▇▇▇ asked why he was pulled over, Hy first said "why por favor?" and continued speaking in Spanish even though it was clear he was fluent in English. He and his passenger, who was Black, told Hy that the comments were racist, and Hy got upset, put a hand through window and opened the door. Officer Hy forcefully removed ▇▇▇ from the car causing scratches to his neck and his necklace to break. Hy then forcefully took him to the ground, placed his knee on his neck, and called him an idiot, resulting in pain and bruising to his face. Once ▇▇▇ was on the ground, Tedesco told him "you're a cock" and asked him "how come you can say n*****r and cracker and we can't?" The officers arrested ▇▇▇ for Resisting Arrest and Obstructing Governmental Administration for failure to provide officers with his identification. Even though his passenger was a licensed driver, the officers impounded his car, forcing his passenger to find his way home from an unfamiliar area. ▇▇▇ sought medical attention for his injuries. | Conference |
| EC2019-038 | Tedesco_00260 - 00317 | | 10/31/2019 | No | Racial Profiling | Tedesco, Justin | ▇▇▇ filed a complaint against Officer Justin Tedesco regarding a traffic stop late at night for allegedly not wearing his seatbelt as he was on his way to the airport on October 9, 2019. He reported that Tedesco stopped him without justification, treated him in a racially biased and derogatory manner, detained him for an inordinate amount of time, was overly skeptical of him, and used profane language throughout the stop. During the stop, Officer Tedesco interrogated him on why he had an out of state license, refused to believe his explanation or that he owned businesses in North Carolina and Buffalo, telling him "you are shitting me," and taunted him while repeatedly pulling the ticket away as ▇▇▇ attempted to retrieve it. When Tedesco realized that ▇▇▇ was on the phone with another individual, Officer Brandon Hawkins (who is Black), Tedesco became irate, and said "who the hell is it" and "you bring your ass here and you are going to jail for obstruction." Tedesco detained him for more than 20 minutes and gave him a ticket for not having a NYS license, although he provided Tedesco with a valid North Carolina license, which is his primary residence. ▇▇▇ alleged that Tedesco stopped, questioned, and ticketed him all because of his race, and would never have treated a white person in the same manner. | Not sustained |
| I/O 2019-026 | COB014737 | | 3/19/2019 | Yes | Conduct - Harassment | Murphy, Kevin; Unknown officer | ▇▇▇, a Black woman, filed a complaint against BPD officers after multiple unwarranted encounters with officers. ▇▇▇ son had several active warrants for his arrest. Even after informing the officers that her son did not reside with her, officers continued to harass her by stopping her in her vehicle three times in two weeks to ask about her son, coming to her home, and parking outside her house. On March 10, 2019, BPD Officer Murphy stopped ▇▇▇ allegedly because her tail light was out and issued her a ticket. She asked why the officer did not give her a fix-it ticket, and he responded he did not have to. Just two days later, on March 12, 2019, while she was parking in front of her home, Murphy and another officer pulled up next to her car asking about her son's whereabouts, and she again told them she did not know. She believed that she was being racially profiled and had only been harassed by white officers. | Intra-file |

| Case ID | Bates - Main file | Complainant Name | Date Opened | Field Level | Official Category | Target PO(s) | Summary | Disposition |
|---|---|---|---|---|---|---|---|---|
| I/O 2019-009 | COB557689, COB66408, COB665601, COB326612-COB326613, COB665605 | | 1/28/2019 | Yes | Conduct - Rudeness | Slawek, Mark | ▓ filed a complaint against Officer Mark Slawek because of a traffic stop on January 19, 2019, that she alleged was racially biased. After Officer Slawek pulled her over while driving on the East Side of Buffalo, she asked him about the reason for the stop, and he said that her inspection sticker was expired. ▓ provided proof that her inspection sticker was valid and Slawek responded by saying that "people in this area don't have inspection stickers," while smirking, and gave her a ticket for unlicensed operator. She told Slawek that she would file a complaint against him and he said, "I know you're not going to go to City Hall on Monday [MLK Day]; you can go on Tuesday." ▓ alleged that his comments were racist. | Intra-file |
| I/O 2018-092 | COB326606-COB452061, COB559604-COB559626 | | 12/17/2018 | Yes | Conduct - Harassment | Davidson, John | On December 15, 2018, ▓, a Black male, observed Officer John Davidson looking into his vehicle while he was parked with two passengers in the car, both of whom were Black. After ▓ drove off, Davidson, who is white, stopped him with no apparent justification. ▓ reported that Davidson was rude and asked him to get out of the car, but did not provide a reason for the stop or why he needed to exit the car. After he and the officer exchanged words, ▓ asked to speak with a supervisor twice, and Davidson denied both of his requests. Davidson threatened ▓ with jail if he didn't get out of the car, while grabbing him by his clothes in the sternum area. ▓ got out of the car, and Davidson searched him without justification, and then placed him in the patrol car. ▓, who was frightened, called 911 to speak with a supervisor. He spoke with Lt. Long who advised him how to make a complaint. ▓ reported that the officer's behavior changed after the call, signaling that he overheard the conversation. He believed that Davidson acted unprofessionally and treated him like a criminal or thug, stating that "not all young Black men are criminals and thugs." He received tickets for improper or no signal and moving from lane unsafely. | Intra-file |
| I/O 2018-105 | COB014841 | | 12/17/2018 | Yes | Conduct - Rudeness | Tedesco, Justin | ▓, a Black man, filed a complaint against Officer Justin Tedesco for a wrongful and racially biased traffic stop on December 11, 2018. Tedesco alleged that he stopped ▓ for not using headlights, but ▓ explained to Tedesco that he leaves his head lights in an automatic position, and that it was impossible that they were not on. Tedesco also gave ▓ tickets for not wearing his seatbelt, even though ▓ said that he was wearing a seatbelt while driving and only took it off when the Tedesco asked for his license which was in his back pocket. When ▓ tried to explain this to him, Tedesco cut him off and told him to take his tickets and "have a good day boy." ▓ alleged that Tedesco was rude and demeaning to ▓ throughout the stop, and that his traffic stop and tickets were unlawful. He also stated that it was a usual occurrence in the housing development for officers to be rude, nasty, and mean to residents and harass them. | Intra-file |
| EC2018-043 | COB_Hodgson_0012032-12107 | | 10/26/2018 | No | Procedures | McDonald, Patrick; Mcabe, Shawn; Lt. Pietzrak, Jonathan | ▓ filed a complaint about his traffic stop on June 18, 2018, alleging that BPD Officers Patrick McDonald and Shawn McCabe racially profiled and unlawfully stopped, searched, and detained him. BPD Officers McDonald and McCabe pulled him over for allegedly failing to signal 100 feet before making a turn. As the officers approached him, one of them had his gun unholstered, which caused ▓ to fear for his safety and record the encounter on his phone. After he informed the officers that he was recording them, they ordered him to exit the car, seized his phone, and searched and detained him in the back of the patrol car, while officers searched his vehicle, all without any justification. They arrested ▓ after they found 2 ounces of marijuana and a cup of alcohol in the vehicle during the search. The officers seized two cell phones, his money, and his house keys, but they were never logged on the property slip. When he was released from jail two days later, he went to the station and spoke with Lt. Pietzrak about his missing keys and phone. He attempted to make a complaint, but the Lieutenant refused to take his complaint, and instead said that his house keys would be returned tomorrow but his phone was held for 60 days, impacting his business. A Buffalo City Court eventually dismissed the charges against him, finding the Officers' search to be unconstitutional. | Conference - Exonerated |

6

| Case ID | Bates - Main file | Complainant Name | Date Opened | Field Level | Official Category | Target PO(s) | Summary | Disposition |
|---|---|---|---|---|---|---|---|---|
| EF2018-010 | COB326504 | | 10/4/2018 | No | Racial Profiling, Excessive Force | Otwell, James | On September 16, 2018, BPD Officer James Otwell pulled over ▮▮▮ and, without any apparent justification, detained him in the back of the patrol car and searched his vehicle. Otwell returned to the patrol car and asked ▮▮ to place his hands behind his back. According to ▮▮ he repeatedly asked why he was under arrest, and Otwell responded by saying "You fucking monkey turn around and put your hands behind your back." Once Otwell handcuffed ▮▮, he told ▮▮, "We found weed in your vehicle, you fucking animal, you a▮i▮ a cage where you bel▮g" ▮▮ r▮p▮edly asked for Otwell's name, and he did not provide it. When ▮▮ said that he was going to report him for the racial slurs, Otwell said, "I don't give a fuck faggot." The other officer came to the patrol car and said "come on now you are being a little punk about this reporting stuff." ▮▮ tried to tell Otwell that he was in pain sitting in the patrol car because of a knee surgery. When they got to Central Booking, ▮▮ remained standing because he was in pain, and Otwell told him to sit down. When ▮▮ refused, Otwell slammed him into a wall, causing more pain. | Conference |
| I/O 2018-049 | COB_Hodgson_0012820-12880 | | 7/16/2018 | Yes | Conduct - Harassment | Devaney, Ann | ▮▮ was parked in front of her home with her nephew when BPD Officer Ann Devaney approached them and demanded to search her vehicle without any apparent justification. Officer Devaney took ▮▮ out of her vehicle and detained ▮▮ nephew in the backseat of the police car without justification. The officers searched both of them without cause. When ▮▮ asked why they were being searched, Devaney said, "we had a call, shut up, it's none of your busine▮s." ▮▮ said, "I guess a Black man can't be in a truck," to which PO Devaney nodded and stated, "I agree a Black man can't be in a truck." PO Devaney was rude, unprofessional, and threatened to harass Ms. ▮▮ again. There had been no call made regarding a car near her house, although there was a suspicious vehicle call at the intersection near her house. | Intra-file |
| I/O 2018-047 | COB-Hodgson_03857-03864 | | 7/16/2018 | Yes | Conduct - Harassment | Petronella, Joseph | On July 16, 2017, Officer Joseph Petronella followed ▮▮, a Black man, into his parking lot. ▮▮ alleged Petronella spoke to him rudely and issued him a ticket for being on the phone. He explained that his vehicle has bluetooth, and he was not on the phone. The officer then made a comment about his car saying, "You're looking noticeable in that Cadillac" which led ▮▮ to feel he was being racially stereotyped and singled out because of the car he was driving. When ▮▮ got out of the car to enter his building, Petronella was still standing there. ▮▮ was speaking with his mother as he was going inside and Petronella said "whining to your mom little baby, crying to your mom, go ahead cry to your mom." ▮▮ felt like he was trying to provoke him into an arrest, belittling him, and treating him like a criminal ▮▮ also asked a Lieutenant that was present if he was going to allow the officer to speak to him like that, and the Lieutenant told him to "shut your mouth and go into the building." | Intra-file |
| I/O 2017-078 | COB014326, COB664068-COB664077, COB012327 | | 10/11/2017 | Yes | Conduct - Harassment | McDermott, Lauren | ▮▮, a Black man, asked BPD Officer McDermott if he could park where he was because he was unsure if it was far enough away from the fire hydrant. Officer McDermott said something about getting a ticket and that the car was too close to the hydrant. ▮▮ stated, "Why you so hard on us?" Officer McDermott responded, "You want to make it racist? I'm giving you a ticket." McDermott proceeded to ticket ▮▮. | Intra-file |
| EC2017-027 | COB326460-COB429643, COB012327 | | 8/29/2017 | No | Conduct - Racial Profiling | Calloway, Christopher | ▮▮ alleged that BPD Officer Calloway racially profiled him when he pulled over ▮▮ on his way to a feral cat rescue site. PO Calloway asked ▮▮, "What's a white boy like you from West Seneca doing down here with all the rapist and murderers, why are you down here? What are you doing over here?" ▮▮ was let off with a warning, and in his written statement, he stated he was frustrated with the Officer's actions. IA Investigator Foster told ▮▮ that Towne Gardens, the area he was at, has "a lot of drug activity in the vicinity." | Not sustained |

7

| Case ID | Bates - Main file | Complainant Name | Date Opened | Field Level | Official Category | Target PO(s) | Summary | Disposition |
|---|---|---|---|---|---|---|---|---|
| EC2017-022 | COB32645, COB012178 | | 7/25/2017 | No | Conduct - Racial Profiling | Jerabek, Marc; Casey, Denise; Kurdziel, Melissa | ▇▇▇▇, a Black man, alleged that BPD officers racially profiled him when they approached him after he had stopped to use his phone in a white neighborhood after he had dropped off a friend on July 22, 2017. During this stop, BPD officers interrogated him about why he was in the neighborhood, where he lived, his whereabouts, asked him to exit his vehicle, and impounded his car. BPD Officers claimed that they were responding to a 911 call about a man slumped in a vehicle, and that he appeared to be intoxicated, but they did not arrest ▇▇▇▇. In his complaint to BPD, he alleged the only reason they stopped and questioned him was because he was a Black man in a white neighborhood. | Not sustained |
| EC2017-09 | COB-Hodgson_01104 – 01158, COB475726, COB-Hodgson_01159 | | 7/5/2017 | No | N/A | Swaggard, Mark; Bence, Joelle; Daniels, Ronnie | In 2017, ▇▇▇▇, who was then ▇▇▇▇, was having a July 4th party at his home. Because in the previous three years, BPD Officers blocked some Black guests' access to his apartment complex, he spoke with Chief Gramaglia earlier in the day about it to avoid similar issues. Gramaglia assured him this would not happen again. That night, however, BPD officers set up a checkpoint by his complex, checked individuals' IDs, and denied some of his Black guests access to his apartment complex when they told the officers they were attending ▇▇▇▇ party. The BPD officers also threatened some with arrest. ▇▇▇▇ checked with his white neighbors who were also having parties and their guests were not subject to the same scrutiny, which is why he believes the officers were racially profiling his guests. ▇▇▇▇ also reported that Lieutenant Mark Swaggard spoke to ▇▇▇▇ in a rude and arrogant manner, suggesting ▇▇▇▇ direct traffic. He felt that were he not an elected official, he would probably have been arrested by BPD. | No resolution |
| I/O 2017-040 | COB-Hodgson_01214-01224 | | 5/22/2017 | Yes | Conduct - Harassment | McCabe, Sean | ▇▇▇▇ submitted a complaint reporting that BPD Officer Sean McCabe had harassed him on numerous occasions since 2012 through traffic stops and other encounters. He alleged that during each stop, McCabe held him for excessive amounts of time - one lasting 45 minutes - and gave him traffic summonses. ▇▇▇▇ alleged that McCabe had also frequently called his name when passing him on the street, arrested him, pointed a gun at his dog in 2013, and made comments about ▇▇▇▇ English-speaking skills, which McCabe did not deny. | Intra-file |
| I/O 2017-025 | COB014356 | | 4/26/2017 | Yes | N/A | Augustyn, Eric | On April 24, 2017, BPD Officers approached ▇▇▇▇, a Black man, parked by City Hall and told him to move it. Before ▇▇▇▇ had an opportunity to move his car, BPD Officer Eric Augustyn ticketed and ordered an impound. During this encounter, Augustyn yelled obscenities at him. ▇▇▇▇ felt Augustyn was abusive and harassing towards him. | Intra-file |
| EF2017-005 | COB012178, COB326499-COB665645 | | 4/17/2017 | No | Excessive Force; Racial profiling | Lt. Cyrek, Mark; Perot, Timothy; Sheehan, Trevor | On April 9, 2017, BPD officers pulled a car over, in which ▇▇▇▇ was a passenger, after the car passed the officers. During the stop Lt. Mark Cyrek pulled out his gun. ▇▇▇▇ partner, who was driving the car, was scared, initially pulled off again, and eventually ran out of the car because he thought the police would beat him up. When they pulled over again, the officers approached the car, broke the window, jumped on Ms. ▇▇▇▇ and punched her in the face. They dragged her out of the car, and continued kicking and punching her, called her the n-word, "bitch," "dumb cunt," and other obscenities, and denied her medical treatment for her injuries. She was 6 months pregnant. She alleged that Cyrek continued to harass and retaliate against her after she filed the complaint, using racial slurs. | Not sustained |
| I/O 2017-010 | COB_Hodgson_0012975-76, COB-Hodgson_01191 - 01194 | | 2/6/2017 | Yes | Conduct - Harassment | Unknown | ▇▇▇▇ filed a complaint with BPD, the Mayor and the Commissioner regarding an unknown Black female driver getting pulled over by 4 police officers on November 13, 2016, and the mistreatment the driver received. ▇▇▇▇ believed the BPD treatment was excessive and she filmed the encounter, and one of the officers shined a bright light at her to try and obstruct her recording. | Intra-file |

8

| Case ID | Bates - Main file | Complainant Name | Date Opened | Field Level | Official Category | Target PO(s) | Summary | Disposition |
|---|---|---|---|---|---|---|---|---|
| I/O 2016-105 | COB041906-COB428666, COB-Hodgson_01244-01245, COB047185 | [redacted] | 12/21/2016 | Yes | Conduct - Poor service | Skipper, Charles; Walters, Joseph | After [redacted] daughter was stopped at a traffic stop for a suspended license, he and is wife [redacted], went to pick up the car. When they arrived, a white BPD officer told [redacted], "You are suspended as well, and the car is going to the impound. I don't care what you have to say, you people are driving around here with suspended licenses. Your daughter['s] license was suspended 3 times, and you both are just driving like its okay." Mr. [redacted] let the officer know that his wife was present with a valid license and could take the car but the BPD officer responded by saying "I'm not giving you nothing, I'm taking your car and towing it." When Mr. [redacted] mentioned he knew his councilman and retired officers, the officer stated, "It don't reach that far-we only recognize siblings and children. I'm the Judge and Jury out here. | Intra-file |
| I/O 2016-096 | COB-Hodgson_01242-01243, COB428406-COB428414 | [redacted] | 11/17/2016 | Yes | Conduct - Harassment | James, Andrea | Dr. [redacted], an Arab head and neck surgeon, filed a complaint against BPD officer Andrea James following a traffic stop, in which she was accused of being on her phone. Dr. [redacted] alleged that she did not have a phone but James refused to listen to her, which she considered harassment. Dr. [redacted] told the officer that she lost a patient that day and was having a bad day. In her complaint, she questioned whether the officer pulled her over because she is Arab. | Intra-file |
| N/A | COB214163 - COB427799 | [redacted] | 8/25/2016 | Yes | N/A | N/A | [redacted], a retired disabled veteran, submitted a complaint to the Mayor's office alleging a "racist police officer" who broke the seal on his car hood by stuffing a ticket in there instead of under the windshield wiper, causing damage to his car. He tried calling the BPD to file a complaint, but they told him to call the Mayor's office. [redacted] believes the officer ticketed in this manner because he assumed his race based on the part of the City he was in. | Intra-file - never investigated |
| EC2016-041 | COB-Hodgson_01027-01060 | [redacted] | 7/4/2016 | No | Conduct - Rudeness | Paul, Kathleen | On June 22, 2016 [redacted], a Black woman, called 911 when she was rear-ended in a traffic accident. While she was waiting for the officer, a white male witness was calling [redacted] racial slurs and made her feel threatened. Upon arriving, BPD officer Kathleen Paul initially ignored [redacted] and went to the white woman who caused the accident and did nothing to address the white man's racial statements to her. She alleged that Paul was overly friendly to the white woman driver, but was rude and dismissive of her and did not inquire about her injuries. When she went to the station that evening to get the accident report, Paul rudely asked "What do you want?" and she requested a report and her supervisor. Paul told her that there wasn't a supervisor available and refused [redacted] request that a supervisor call her back. In her complaint, she alleged Paul's conduct was racially motivated. | Not sustained |
| EC2016-040 | COB012116 | [redacted] | 6/29/2016 | No | Conduct - Racial Profiling | Cruz, Richard; Krug, Nicole | [redacted] filed a complaint that on June 20, 2016, two BPD officers racially profiled him during a traffic stop. [redacted], a Black man, was a rear seat passenger in a car with two white people. The officer issued the driver multiple summons, and [redacted] an summons for an open container. However, the officers singled him out by removing him from the car, searching him, and detaining him for an extended amount of time, while allowing the white individuals to leave the scene. He believes he was targeted because of his race since the white passengers were allowed to leave. | Not sustained |
| I/O 2016-42 | COB426989-COB665606, COB326557 | [redacted] | 6/7/2016 | Yes | Conduct - Rudeness | Domaracki, Jared | [redacted] filed a complaint on behalf of her daughter, [redacted], who alleged BPD officer Jared Domaracki pulled over because she was driving a car occupied by men of different ethnicities. Domaracki issued five summonses for unpaid parking tickets. [redacted] and her husband, who were driving behind their daughter and pulled up at the stop, told the officers they paid the summonses the previous month. Domaracki told her to "shut up" and snatched her daughter's housekeys. Domaracki searched the occupants and then impounded the car without justification. | Intra-file |
| I/O 2016-032 | COB326555, COB326555-COB426615 | [redacted] | 4/25/2016 | Yes | Conduct - Discourtesy | Detective Tripp, Brian | [redacted], a Hispanic woman, submitted a complaint that she was racially discriminated against during a car accident investigation. She alleged that the investigating officer, BPD Detective Brian Tripp, only spent time and paid attention to the other driver and vehicle occupants, who were white. She alleged that Detective Tripp didn't take her statement and showed no empathy towards [redacted]. | Intra-file-not investigated |
| EC2016-025 | COB326451 | [redacted] | 4/15/2016 | No | Conduct - Weapon Pointed, Racial Profiling | Acquino, Joseph | [redacted] submitted a complaint against BPD Officer Joseph Acquino, alleging that during a traffic stop on April 11, 2016, Acquino forcibly removed [redacted] from the passenger seat of a car, called him racial slurs, and searched him without permission at gunpoint. [redacted] alleged Acquino stated, "You smart ass motherfuckin' n****r, get out of the car" and while holding [redacted] at gunpoint said, "If you move I will shoot you in the face." | Not sustained - Conference |

| Case ID | Bates - Main file | Complainant Name | Date Opened | Field Level | Official Category | Target PO(s) | Summary | Disposition |
|---|---|---|---|---|---|---|---|---|
| N/A | COB057040-COB056572, COB426243, COB426246 | | 1/13/2016 | Yes | Conduct - Harassment | Fields, Christopher; Strobele, Debora | On January 7, 2016, ▮ was sitting in his parked car when BPD Officers Fields and Strobele pulled up beside him and said, "what's up" and proceeded to yell at ▮ that they smelled marijuana. ▮ replied, "I don't smoke marijuana, that's a lie." ▮ alleges that Strobele then "lost it" and started using profanity in a back-and-forth argument with ▮, using profanity to address ▮ instead of his name. He alleged that Fields said, "Calm down and watch your mouth before something bad happens to you" which ▮ took as a threat. ▮ said he feared for his safety, and Fields replied, "I thought you were a gangster, if you are going to be a gangster act like one, be a gangster." | Unfounded |
| I/O 2015-088 | COB425919-COB425921, COB326548-COB052643 | | 11/25/2015 | Yes | Conduct - Harassment | Hoffstetter, William | ▮ submitted a complaint alleging that BPD officer William Hoffstetter continuously harassed him in different ways by frequently stopping him to conduct searches, calling him names such as "drug dealing punk" and racial slurs/epithets, including the "n-word." He also alleged that Hoffstetter had threatened him by saying "you'd better watch your back out there." During one of the stops, Hoffstetter issued ▮ two traffic summons. | Intra-file |
| N/A | COB084654-COB424822 | | 10/16/2015 | Yes | N/A | Unknown | ▮, who is Black, and her boyfriend, who is white, filed a complaint about ▮ traffic stop that occurred on October 15, 2015. ▮ alleged that two white officers pulled her over in South Buffalo for no apparent reason. She asked why she was being pulled over, and listed things she was not doing and said "Everything is legal, maybe because DWB (Driving While Black)" in a joking manner. The officer took and checked her license and registration, and on returning to ▮ vehicle, called her a "smart ass" and both officers asked her to step out of her car. He then proceeded to search her car without cause, throwing her belongings outside of the car to the ground. She was not provided a reason for the stop or search. The officers then received a call over the radio, returned to the vehicle and told her "We didn't find anything. You have a good day." ▮ was embarrassed and believes that the officers' unjustified stop and search was because she was "driving while Black." | Intra-file |
| EC2015-053 | COB011357, COB012 | | 9/25/2015 | No | Conduct - Harassment | Domaracki, Jared; Hassett, Joseph | ▮ filed a complaint alleging two officers racially profiled and harassed her when they stopped her while parking her car in her mother's driveway without justification on September 18, 2015. Upon stopping her, BPD officers Jared Domaracki and Joseph Hassett alleged that the license plate reader showed that her insurance was expired and the registration was suspended. The officers requested identification from her, as well as from her minor daughter and her daughter's friend who were in the vehicle, for no apparent reason. ▮ showed the officers that her insurance and registration were current. ▮ reported that the officers were very rude when requesting her documents and when instructing her mother to go back inside the home when she came out to find out what was going on. The officers told her that they were letting her go but that she needed to take care of her tickets, even though she did not have any outstanding tickets. The officers' records show that her vehicle did not register with a suspended registration. | Not sustained - Conference |
| I/O 2015-052 | COB019111-COB424192 | | 7/31/2015 | Yes | Conduct - Rudeness | Detective Ferrero, Tina | ▮ filed a complaint regarding a traffic stop on July 31, 2015, when she was being pulled over while dropping off a friend. After BPD Detective Tina Ferrero asked for her license, insurance, and registration, ▮ asked why she was being pulled over and Detective Ferrero refused to answer and yelled at ▮ for the same documents. ▮ asked again why she was being pulled over and Ferraro said it was because ▮ was parked on the wrong side of the street. ▮ asked how that was possible when she was pulled over while her vehicle was still moving, and the officer reached for and fidgeted with her holster. There were other witnesses on the street who observed this and told the officer that they were recording the traffic stop and called her racist, and Ferroro called for back up. The officer gave ▮ a parking ticket. ▮ stated that the officer was very disrespectful during the traffic stop and felt like she would have gone further if onlookers did not tell her that they were recording her. When attempting to make this complaint, ▮ was told to return to the station the next day because the Lieutenant was too busy to take her complaint that day. | Intra-file |

| Case ID | Bates - Main file | Complainant Name | Date Opened | Field Level | Official Category | Target PO(s) | Summary | Disposition |
|---|---|---|---|---|---|---|---|---|
| EC2015-043 | COB323648-COB323649, COB424559, COB0111 | | 7/30/2015 | No | Racial Profiling | Hy, Richard | [REDACTED] filed a complaint alleging that Officer Richard Hy racially profiled him when Hy pulled him over in his mother's driveway on July 6, 2015. [REDACTED] stated that after Hy saw him driving, he made a U-turn and followed him to his mother's home. Hy provided multiple conflicting explanations for the stop, first asking him why he was driving all over the place, which [REDACTED] denied doing. Hy then told [REDACTED] that he would not give him a ticket for the stop sign, even though [REDACTED] reported not passing a stop sign until after Hy started following him and that he came to a full stop when he did. Hy instead issued him a ticket for an obstructed license plate and told him that he could remove the plate surround, take a picture of the license without it, and plead not guilty to get out of the ticket. [REDACTED] believed that Hy harassed and stopped him because of his race, and the ticket was improper and frivolous. | Not sustained - Conference |
| EC2015-038 | COB011125, COB424927-COB425465 | | 6/30/2015 | No | Conduct - Procedures | Tedesco, Justin | [REDACTED] filed a complaint in connection with a June 18, 2015 traffic stop by Officers Justin Tedesco, Charles Miller, Andrew Whiteford and Acquino, in which she was a passenger. [REDACTED] alleged that after they pulled over the car, they asked her to exit the car. She refused to exit, and instead requested a female officer or lieutenant, since she was the only female and there were four male officers. Tedesco denied her request and insisted that she exit the car. One of the other passengers reported hearing [REDACTED] tell the officer "don't touch me" and saw an officer grab her by her hand and pull her out the car. Once she was out of the car, the officers searched it. [REDACTED] attempted to record the interaction but Tedesco snatched the phone out of her hand and detained her in the patrol car. Tedesco then informed her that her registration was expired, and refused to allow [REDACTED] to show him the paperwork to prove she paid the associated fees. [REDACTED] alleged that Tedesco was rude during the interaction and used obscene language towards her. The officers charged her with resisting arrest, and arrested the other people in the car. | Sustained |
| EC2015-031 | COB010902 | | 6/17/2015 | No | Conduct - Racial Profiling | Tedesco, Justin | [REDACTED] filed a complaint alleging that BPD Officer Justin Tedesco racially profiled her and her husband during a traffic stop while they were driving a rental car on June 15, 2015. [REDACTED] believed that they were stopped for no valid reason. Tedesco issued her husband several traffic tickets for a suspended license, and impounded the rental car, leaving them and their three small children on the side of the road. Even though [REDACTED] told Tedesco she was a licensed driver and could drive the rental, the officer told her he was impounding the car "because he could." [REDACTED] reported that the officer was antagonistic, rude, and unprofessional throughout the traffic stop, and made offensive remarks including "having kids with him doesn't make him your husband." [REDACTED] believed that the stop was racially motivated. | Not sustained |
| EC2015-028 | COB424419, COB010902 | | 6/3/2015 | No | Conduct - Rudeness | Pitts, Bradford Hy, Richard | [REDACTED] filed a complaint against BPD officers Richard Hy and Bradford Pitts after a traffic stop on May 28, 2015. Officers Hy and Pitts claimed they stopped [REDACTED] for behaving in a suspicious and evasive manner and failing to signal. [REDACTED] alleged that the officers were rude and unprofessional during the traffic stop, and spoke to and treated him in a demeaning manner. Officer Hy forced him to open his mouth saying "If you didn't open your damn mouth, I know you have crack in it, I will jack you up." Officer Pitts told Hy "He thinks I'm a house ni**er." [REDACTED] was issued six traffic tickets and arrested, and his wife's vehicle was impounded. The officers cuffed him in the back and did not use a seatbelt, which caused him a lot of pain and discomfort since he just had a back surgery before his arrest. He alleged that the officers drove erratically to the station, which caused him to slide from side to side. | Conference |
| EF2015-013 | COB010588 | | 3/30/2015 | No | Excessive Force | Agee, Kenneth | [REDACTED] filed a complaint related to a traffic encounter with Officer Kenneth Agee on March 28, 2015. [REDACTED] alleged that during the stop, Agee struck him in the face with a closed fist and told him "that's for all you little assholes around here and if you have a problem with it too fucking bad." Agee then threatened [REDACTED] with jail time for drugs that Agee had in his own pocket by saying "every officer out here will have my back how about you." Agee told [REDACTED] he could leave by saying "get the fuck out of his face before he changed his mind." When making the complaint, [REDACTED] asked if the person reading his complaint would want to "be dealt with this way because you are white or young or lived in a particular section of the city." | Not sustained |

11

| Case ID | Bates - Main file | Complainant Name | Date Opened | Field Level | Official Category | Target PO(s) | Summary | Disposition |
|---|---|---|---|---|---|---|---|---|
| EC2015-013 | Miller_00042, Miller_00339-00390 | | 3/2/2015 | No | Conduct | Miller, Charles; Whiteford, Andrew | ▇▇▇, a Black man, and his grandmother filed a complaint against BPD Officers Charles Miller and Andrew Whiteford for traffic stop that occurred on December 16, 2014. Officers Miller and Whiteford wrongfully pulled him over, alleging that his car was stolen. When ▇▇▇ attempted to reach for the glove box to retrieve his license, the officer told him to stop, put his hand on his gun, and asked him to exit the vehicle. Officer Miller then placed him against the car, patted him down (without any evidence of contraband), and detained him in the patrol car with no justification. The officers were "nasty" to ▇▇▇ and aggressively accused him of stealing the car, and stated that his license was suspended (which it was not), issued him tickets, and impounded his car, all of which he contested and eventually proved, after the impound. | Not sustained |
| EC2015-007 | COB010539 | | 1/14/2015 | No | Conduct - Racial Profiling | Nigro, Joseph | ▇▇▇, who is Black, filed a complaint alleging that he was racially profiled by BPD officer Joseph Nigro during a traffic stop on January 5, 2015. Officer Nigro, who is white, followed ▇▇▇ as he drove through different streets and multiple lights and stop signs, and pulled him over when he swerved to avoid a pothole. Once Nigro stopped him, he asked ▇▇▇ what he was doing, and eventually more white officers showed up and treated him as if he had committed a crime. When he went to lodge a complaint at the station, the Lieutenant suggested that he put himself in the officer's shoes, and suggested that people are normally looking for a prostitute at that time, which offended ▇▇▇. ▇▇▇ alleged that Nigro was following him because of his race and waited for an opportunity to pull him over, and stopped him without justification. | Not sustained |
| N/A | COB591108-COB665961, COB056532 | | 11/10/2014 | Yes | N/A | Bauer, Michael; Domaracki, Jared | ▇▇▇ filed a complaint with BPD IAD alleging that on October 17, 2014, Officers Michael Bauer and Jared Domaracki gave him an illegal parking ticket and harassed him because of his race. ▇▇▇ was in his car and double parked on a street when an officer asked him to move to an open parking spot. He reported he complied, but after he parked and attempted to exit his vehicle, the officers told him to get back in the car or he would get arrested. ▇▇▇ stated that the officer could possibly be racist, because he was African American and Muslim. | Intra-file |
| EC2014-191 | COB423922-COB665660, COB326410 | | 9/15/2014 | No | Conduct - Harassment | Lt. Vara, Mark; Lt. Craig, Kelly | ▇▇▇, who is Black, filed a complaint alleging that Lieutenants Mark Vara and Kelly Craig, who are white, harassed and disrespected him during a traffic stop for an alleged red light violation on September 14, 2015. When approaching him, Lt. Vara had his hand on his weapon and when ▇▇▇ reached for his wallet to retrieve his license, told ▇▇▇ "keep your hands out of your pocket, don't you know what happened in Missouri" (referencing the recent killing of Michael Brown in Ferguson Missouri). Lt. Vara then ordered ▇▇▇ out of the vehicle, searched, and detained him, saying "I don't trust these two." The officers made inappropriate comments about ▇▇▇ fiancée, stating that her skirt was too short and that she should not wear things like that. ▇▇▇ believed he was targeted because he is Black. ▇▇▇ received a ticket for running a red light. | Intra-file |
| EC2014-131 | COB053881, COB053970 | | 8/9/2014 | Yes | Conduct - Poor service | | ▇▇▇ filed a complaint after her encounter with multiple officers and Lieutenants at a checkpoint on August 9, 2014. ▇▇▇ reported that as she was approaching the checkpoint, she saw her nephew and rolled down her window to tell him to leave the area because of the checkpoint. When she got to the primary stop, an officer knocked on her window and asked her to roll it down. She didn't roll down her window because she did not believe she needed to since everything was in order. She reported she was issued two unjustified tickets--noise violation (when she wasn't playing music) and unsafe starting, and that the supervisor made her sit and wait for the tickets for an excessive amount of time. When taking the complaint, Captain Patrick Roberts told her that her nephew "is heavily involved with the narcotics trafficking that occurs daily." | Not sustained |

12

| Case ID | Bates - Main file | Complainant Name | Date Opened | Field Level | Official Category | Target PO(s) | Summary | Disposition |
|---|---|---|---|---|---|---|---|---|
| IC2013-203 | COB012327 | | 10/23/2013 | Yes | Conduct - Harassment | Acquino, Michael | ▇ filed a complaint against Officer Michael Acquino alleging that he was harassing him and had pulled him over at least twice, and issued him multiple tickets. In the first stop, Acquino issued multiple tickets for tinted windows and accused him of not wearing a seatbelt, even though he reported removing his seatbelt after being stopped, and for watching TV, which he explained was his GPS dashboard. Acquino also accused ▇ of smoking marijuana. When he denied that he was smoking, the Captain taking the complaint told ▇ that he would check his arrest history to see if marijuana "played a role in his life." In the second stop, Acquino stopped him after he was waived through a checkpoint, and issued him tickets for tinted windows even though his windows were rolled down. ▇ alleged that he was stopped solely because he is Black. | Intra-file |
| EF2013-050 | COB326477 | | 10/9/2013 | No | Excessive Force; Racial profiling | Lt. Barczak, David | ▇ filed a complaint against Lieutenant David Barczak alleging that the officer pushed him to the ground, punched him in the stomach, and used a number of gay and racial slurs for no lawful reason. | Not sustained |
| EC2013-057 | COB421276-COB421277, COB-Hodgson_00666 | | 4/17/2013 | Yes | Excessive Force; Racial Profiling | Unknown - A District officers | ▇ filed a complaint alleging that BPD officers have been harassing him, which the BPD classified as a racial profiling complaint. He alleged that the BPD improperly impounded his vehicle, which was parked at the time at his friend ▇ place in the predominantly white neighborhood of South Buffalo, because of an obstructed/obscured VIN plate. ▇ reported that this was not the first time his vehicle had been impounded. ▇, who accompanied him to make his complaint and who lives at the address where ▇ car was parked and had his wallet in ▇ car at the time it was impounded, stated that a BPD Officer lives across from him and frequently harasses and insults his girlfriend and believes that the Officer is motivated by racial bias. | Intra-file |
| N/A | COB053777, COB054565 | | 2/19/2013 | Yes | Conduct - Harassment | Beyer, John | ▇ filed a complaint regarding BPD Officer John Beyer's traffic stops of her teenage sons. ▇ 17-year-old son was driving and her 14-year-old son was a passenger in the vehicle as they were driving near the Langfield BMHA unit. ▇ 14-year-old son told her that this was the second time Beyer pulled them over, so when he saw Beyer approaching the car, he said "Man, you again? What do you want?" The officer responded by saying "Shut the fuck up before I come pull you out of this car and fuck you up." Knowing that ▇ sons were from the Fruitbelt area, he said "You guys got beef with these boys don't you? Let's see how you make it home from here." The officer impounded the car and the teenage boys were left on the sidewalk. ▇ believed that this was harassment and that they were intentionally placed in a dangerous situation alone. | Intra-file |
| N/A | COB634200 | | 10/9/2012 | Yes | N/A | Sharpe; Beyers, Amber | ▇ filed a complaint against BPD Officers Amber Beyer and Sharpe alleging racial profiling and unprofessional conduct. He reported that when Officers Beyer and Sharpe pulled ▇ over, Beyer was very nasty and treated him like a child. He was given two tickets during this stop. He then went to visit a friend, and the same officers stopped him again. During the second stop, Beyer questioned him, used racial slurs, accused him of selling drugs, and threatened to pull him out of his car, impound him, or arrest him. They issued him ten tickets, including tickets for violations that would have prevented his car from passing inspection such as for his muffler or unsafe tires--even though ▇ had just had his car inspected the day before and had a receipt to prove it. | Intra-file |
| IA 2012-219 | COB405825-COB635378 | | 9/13/2012 | No | Conduct - Illegal search | Roberts, Patrick | ▇ filed a complaint against Strike Force Captain Patrick Roberts after he stopped him at a checkpoint on September 13, 2012. ▇ alleged that Roberts asked ▇ to step out of the vehicle, and once he did, another officer proceeded to search the vehicle, all without justification. The officer ripped ▇ temporary inspection sticker off, even though it had not expired, and ripped his stereo out of the dashboard. ▇ reported that Roberts and the other officer were very "unprofessional and unethical" and made "little racial comments." Roberts cut his thumb at some point during this interaction, and when ▇ called Roberts' attention to the injury, Robert cursed at him and said he didn't care. ▇ also alleged that he was threatened with arrest if he didn't remain quiet. | Not sustained |

| Case ID | Bates - Main file | Complainant Name | Date Opened | Field Level | Official Category | Target PO(s) | Summary | Disposition |
|---|---|---|---|---|---|---|---|---|
| N/A | COB591779-COB405874-5 | | 7/19/2012 | Unknown | N/A | O'Donnell, James | , a Black man, filed a complaint against Lieutenant James O'Donnell regarding a traffic stop on July 16, 2012. ▇ alleged Lt. O'Donnell violated his rights, abused his authority and treated him in a "very rude, unprofessional and threatening manner." Lt. O'Donnell told ▇ that his rear tints were too dark and questioned him repeatedly about his occupation. ▇ did not feel comfortable answering the questions, and O'Donnell got "hostile and belligerent" stating to ▇, "I'll show you what I can do." The officer then said, "Now I'll have to search your vehicle." ▇ was issued two tickets for the tinted windows. | No resolution |
| IA2012-165 | COB405577, COB-Hodgson_00477-00521 | | /6/2012 | No | Excessive Force | Lopez, John | ▇ filed a complaint against Officer Lopez alleging ongoing harassment, excessive force, and racial discrimination. ▇ alleged that Officer Lopez and other officers "stopped him every time he came to [South Buffalo] and arrested [him]." During one of these stops, ▇ was limping and stated that when Officer Lopez observed this, he kicked him in his injured leg and threw him on the ground. Lopez then called ▇ a "n***er." | Not sustained |
| N/A | COB405435-COB405449 | | 2/14/2012 | Yes | N/A | Moore, M. | ▇ and ▇, a married Black couple, filed a report against Officer Moore alleging he subjected them racial profiling while driving in South Buffalo. Officer Moore pulled then over on January 20, 2012, although they believed they had done nothing wrong and were only being targeted because they are Black. When they asked why they were being pulled over, Moore said he would tell them when he returned to their vehicle and came back with a summons for a dirty license plate. | Intra-file |
| Case No. 004 | COB-Hodgson_0018249-18256, COB-Hodgson_0031620 | | 10/4/2022 | Yes | N/A | Tran, Hao | ▇ submitted a complaint to the Commission on Citizens' Rights and Community Relations regarding a traffic stop involving BPD Officer Hao Trann. She alleges Officer Trann made eye contact with her while she was waiting at a red light, and that he made a U-turn and began following her and "instantly knew he was looking for trouble." She began recording him while Trann followed her for a while until he eventually pulled her over. He stated that the reason for the stop was that her back window tints were too dark. ▇ agreed with the officer and asked to get her fix-it ticket for the violation. Trann became argumentative with ▇ while she "exercised [her] 5th amendment." Trann called more units to the scene and ▇ requested a supervisor because Trann was getting aggressive. At sone point, ▇ car was surrounded by 6-7 officers, one of whom kept banging on her window, so she called 911 to request a supervisor because she feared for her life. Trann then told her to step out of the car and even though ▇ was complying, Trann swung a baton at ▇ which frightened her and caused her to close her door and roll the windows up. ▇ called 911 again and reported that Trann tried to hit her with the baton. While on the phone, Trann broke the passenger window and snatched ▇ out of the vehicle and arrested her. ▇ car was searched and impounded, and ▇ spent a night in jail. ▇ believed she was discriminated against because of her race and sex. | Exonerated |
| EC2023-040 | COB-Hodgson_0030836 | | 11/27/2023 (date reported) | No | Racial Profiling; Excessive Force | Brown, Ian Cacciatore, Ryan | ▇ filed a complaint against BPD Officers Ian Brown and Ryan Cacciatore for a traffic stop he alleged was racially discriminatory on November 24, 2023. Although the officers claimed that he didn't pull over immediately, ▇ alleged he pulled over in a safe location as soon as he noticed the officers. Upon approaching him, he alleged that Officer Cacciatore opened his door and ordered him to exit the vehicle, and before he had a chance to comply, Officer Brown pulled him from the car and slammed him to the ground. He sustained a chipped tooth as a result and was subsequently arrested, even though he did nothing wrong. The Officers claimed he was inebriated, but did not perform any sobriety tests and was never charged with a DWI. ▇ asked to speak with a sergeant, but was denied and told him to go downtown. ▇ alleged that the officers' intensity and use of force was racist. | Exonerated |
| EC2023-037 | COB-Hodgson_0030809, COB-Hodgson_0031309, COB-Hodgson_0031431 | | 11/21/2023 | No | Conduct - Poor Service; Racial Profiling | McDonald, Patrick | ▇, who is deaf and Black, filed a complaint regarding a traffic stop by Lieutenant Patrick McDonald while he was borrowing his sister's vehicle. He informed McDonald he is deaf and needs pen and paper to communicate, but he alleged that McDonald did not believe he was deaf. McDonald never explained why he was pulled over, but gave him three tickets for improper or unsafe turn/turning without signal, operating out of class, and distorted visibility due to broken glass. When ▇ asked for a pen and paper a second time, Lt. McDonald told him no and laughed at him after giving him the ticket. Neither officer attempted to communicate with ▇. | No resolution |

14

| Case ID | Bates - Main file | Complainant Name | Date Opened | Field Level | Official Category | Target PO(s) | Summary | Disposition |
|---|---|---|---|---|---|---|---|---|
| EC2024-002 | COB-Hodgson_0030993 | | 01/09/2024 | No | Conduct - Poor Service; Racial Profiling | Urbanski, Ryan | ▇ filed a complaint against BPD Officer Ryan Urbanski related to a traffic stop on May 6, 2023. ▇, who is Black, dropped his wife off at Wegmans and then went to get gas. As he was waiting at the light there was a car in front of him that did not move for two rotations so he proceeded around the vehicle and made a right turn. BPD Officers pulled him over, and upon approaching him Officer Urbanski began yelling at him aggressively when ▇ tried to explain what happened. ▇ believed the officer did this in order to get a reaction out of him, and he became concerned for his safety and was worried that the officer would shoot and kill him. ▇ took a prolonged amount of time to check his information. At the end of the stop, he received three tickets. ▇ alleged that he received these tickets because there's an agenda in the city to ticket people of color in order to gain money from them and this situation would not have happened if he was white. He stated that he doesn't believe the officer knows how to talk to people of color and stressed the officer needs to be taken off of the streets. | Exonerated |
| EC2023-036 | COB-Hodgson_0030821, COB-Hodgson_0031696, COB-Hodgson_0046227 | | 10/26/2023 | No | Conduct - Rudeness; Racial bias | Tran, Hao; Michunzi, Jake | ▇, a Black man and teacher in Buffalo Public Schools, filed a complaint against BPD officers Hao Tran and Jake Michunzi for an unjustified traffic stop and arrest on October 26, 2023, alleging the officers violated his civil rights. ▇ alleged he pulled over in a safe location after he saw the officers turn on their sirens. During the stop, the officers refused to tell him why they pulled him over, and instead aggressively asked him for his ID and for him to step out of his vehicle. ▇ became fearful and told Tran that he was being recorded. The officers yanked him from the vehicle and threw him to the ground face first and handcuffed him. The officers then detained him in the back of the patrol car and searched his vehicle without his consent or justification and found nothing. ▇ kept asking why he was arrested, but the officers refused to answer his questions. The officers then drove him to the precinct and issued him an appearance ticket for resisting arrest and obstructing governmental administration. ▇ alleged the officers manufactured the reasons for the stop, and falsely accused him of refusing to pull over and throwing objects of out of his car window. In his complaint, he alleged that the officers were unprofessional, incompetent, overly aggressive, dishonest and that BPD officers "come to black communities to practice on us." | No resolution |
| EC2024-014 | COB-Hodgson_0031070, COB-Hodgson_0031531 | | 1/30/2024 | No | Conduct - Harassment; Racial Profiling | Kludge, Joshua; Norwood, Michael | ▇, a Black man, filed a complaint against BPD Officers Joshua Kludge and Michael Norwood regarding a traffic stop on December 29, 2023. ▇ was driving down Bailey Ave on the East Side and noticed a BPD vehicle ahead of him. He got into the right-hand lane to make a right turn and made eye contact with the officers in the truck and looked at them for a few seconds. The officers immediately got behind him and turned on their lights. When Officers Kludge and Norwood approached him, Mr. ▇ asked why he was being pulled over. Kludge told him that he passed them on the right, but Mr. ▇ believed it was because he looked at him for a few seconds. When the officer provided the reason for the stop, ▇ accused him of improperly pulling him over and Kluge responded "that's correct" and "maybe," and eventually said "I waited for you to do something vehicular and traffic-wise, and that's why I pulled you over." Norwood eventually told him he is free to leave, but when ▇ asked for the officer's name and badge number, the officer wanted his license back to presumably write a ticket. ▇ alleged that the officer then said "motherfucker" as he got a gun call and gave him a stop receipt instead. ▇ alleged he then confronted him, asking, "Why are you calling me a motherfucker for?" Kludge responded, "Motherfucker, I have a fucking gun call to go to." ▇ went straight to the precinct to file a complaint, but the BPD lieutenant spent over an hour and a half trying to convince ▇ that he did not have a valid complaint, saying that IA won't "give a damn" and that he was antagonizing the officer. While ▇ was in the station, Officers Kludge saw his car parked outside the station and issued him three tickets. | No resolution |

15

| Case ID | Bates - Main file | Complainant Name | Date Opened | Field Level | Official Category | Target PO(s) | Summary | Disposition |
|---|---|---|---|---|---|---|---|---|
| IC2022-0 | COB-Hodgson_01246-04422-4745 | | 9/29/2022 | No | Conduct - Racial Profiling, Inapprop. Comments | Beyer, Amber | BPD Officer ▮ filed a complaint against his supervisor, Behavioral Health Team Captain Amber Beyer, in May 2022, alleging she went on a 20-minute racist rant. He alleged she stated that Black officers cheat on their wives more than white officers do, that Black officers are more used to violent crimes than white officers, that she would be suspicious if she saw a Black man in her neighborhood, and that the "criminality of Black people" justifies racism. After ▮ filed his complaint, she responded to him in a hostile manner and told him nothing would come of the investigation. The BPD took no disciplinary action against her, and she continued to escalate her confrontations with and retaliation against ▮. Then, on September 29, 2022, she yelled n****s twice during a briefing with the Behavioral Health Team (BHT). She was reading a social media post/email replete with slurs in front of Black officers and clinicians, which made them uncomfortable, upset, and angry. Another officer asked her to say "n-word" instead of the actual word, and she laughed and said she was just reading an email. One of the employees walked away crying. Later, Beyer pulled two clinicians aside and apologized to them, saying that she didn't think they would be offended and that she "has colored people in her family." | Sustained |
| EC2020-019 | COB-Hodgson_0023921 | | 6/21/2019 | No | Conduct | Garry, Patrick Davidson, John Boice, Patrick Velez, Jenny Burvid, Anthony Vaughn, Matthew McHugh, Anthony | ▮, a Black male, first filed a complaint against Officers Gary and Davidson in May 2019, alleging that they wrongfully stopped him and damaged his car while searching his car in May 2019. When he went to the station house to complain, the BPD officers arrested him, alleging that he left crack cocaine in their police vehicle while they detained him during the search of his vehicle. The BPD initially closed his case because ▮ could not initially speak to them because an attorney advised him that he couldn't speak to the officers while his criminal case was pending. After a jury acquitted him on all charges, he contacted the BPD to reopen his case. The BPD told him they closed his complaint. Just less than a year later, he alleged that Officer Garry targeted him on the street and then again for another unjustified traffic stop, when the officer crossed a meridian after seeing him, stopped him, ordered him and his passenger out of the car, and searched him and his car, and handcuffed and detained him in the police vehicle. ▮ filed another complaint and a lawsuit against the City and officers, alleging among other things that the officers were motivated by racial bias. All officers were exonerated, and one received an informal conference on an unspecified charge. In September 2023, a court rejected the City's motion to dismiss on all of his claims, finding ▮ had adequately alleged his stop "was the result of a policy and/or custom to target minorities for traffic infractions and reward officers for writing as many tickets as possible in low income areas." | Conference - Exonerated |
| I/O 2023-018 | COB-Hodgson_0031132 | | 8/29/2023 | Yes | Racial Profiling | Campbell, Megan | ▮ filed a complaint against Officer Campbell alleging that the officer unlawfully ticketed him on August 14, 2023. He parked his mother's vehicle on the street that day while visiting family and found a parking ticket for blocking a driveway the following day. ▮ also received a charge for a mini tow and claimed that the vehicle was not blocking the driveway. ▮ alleged that the officer's actions were racially motivated. | Unfounded |