UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,

        Plaintiffs,

v.

CITY OF BUFFALO, N.Y., *et al.*,

        Defendants.

No. 1:18-cv-00719-CCR

## DECLARATION OF MARKEL NANCE

Markel Nance declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. My name is Markel Nance. I am a 25-year-old Black man.

2. I make this declaration in support of my Motion to Intervene. I also wish to serve as a representative of the Traffic Enforcement Class.

3. I currently live in Buffalo, New York, where I was born and raised.

4. I have personally experienced racial profiling and discrimination at BPD traffic stops.

5. On May 22, 2021, at around 4 a.m., my girlfriend at the time, who is half Black, and I were on our way home after getting food from McDonald's. Patrick Eck, a white BPD officer, pulled me over near the intersection of Main and Allen Streets.

6. Officer Eck approached the driver's side window and told me that he pulled me over for speeding. I asked Officer Eck how he measured my speed, and he told me that he used his own car's speed to measure that of mine.

7. I was driving a luxury brand car (an Infiniti Q50), which I felt made me stand out to police as a young Black man. I remember seeing another police car following me earlier that night, but they did not pull me over. These same officers also showed up at this traffic stop.

8. During the stop, Officer Eck spoke to me in a demeaning manner, referring to me as "my man" and "my guy." He approached me saying, "My man, give me your license," "my man, shut the car off." I did not like the way he spoke to me.

9. I told Officer Eck that I did not have my license with me. He immediately asked me to step out of the vehicle, frisked me, and detained me in the back of his patrol car. Officer Eck had no reason to believe I presented a safety risk or was involved in any criminal activity. I believe he was suspicious of me because I was a young Black man driving a nice car.

10. Meanwhile, the other officer questioned my girlfriend, who was still in my car and had done nothing to justify the questioning.

11. While detained, I asked Eck how he could pull me over for speeding without a radar to verify my speed, and he stated, "I don't give a fuck." He continued to talk to me in a belittling voice and referred to me as "dog." When I said, "Let's take this to court," he responded "Damn. I'll gladly go to court. You're getting me paid, my guy."

12. I requested a lieutenant, and Eck mockingly told the dispatcher, "This knowledgeable young male that knows everything wants to talk to a supervisor." He called me a "smartass."

13. Officer Eck also accused me of being a racist, and when I told him I couldn't be racist because I am Black, Eck responded "[m]ust be nice." Officer Eck also commented that his supervisor "is Black, so you guys will have a great conversation." I thought he was making condescending, racially biased comments.

14. Officer Eck issued me three tickets for "speed not reasonable and prudent," failing to observe a traffic signal—both of which were unjustified—and unlicensed operation. I believe the officer issued me multiple tickets because he didn't like the way I spoke to him.

15. At the end of the stop, Eck told me, "Peace out, homie" and flashed me a peace sign. I thought this was racially charged behavior and not something that a white person should say to a Black person.

16. Shortly after this encounter, I went to the Internal Affairs Department and alleged that I experienced a racially discriminatory traffic stop. The Department reached out to me to set up an interview, and I met with an investigator to give a statement. However, they never reached out to or interviewed my girlfriend.

17. The investigator later sent me a letter stating that the Police Commissioner would determine what disciplinary action the officer should face, and the case file was closed. Nothing else came of my complaint, and I am not confident that the officer was adequately disciplined.

18. On January 6, 2022, I was driving a rental car down Hagen Street with a friend during a snowstorm. Two officers were conducting a traffic stop with a driver in another vehicle, and my friend stuck his head out the window to see what was happening. One officer saw and asked us, "Did you say something?" The two officers then pulled us over, and I told them that we didn't say anything.

19. I asked the officers for a lieutenant because I did not like the way they spoke to us, but no lieutenant or supervisor ever showed up.

20. While I had a valid driver's license, I only had a permit in my possession at the time. Because of this, officers issued me a ticket for unlicensed operation, along with three

other tickets. One of the other tickets was for failing to stop at a stop sign, but the officers lied about observing that, since that did not happen.

21. The officers also questioned me about whether my name was on the vehicle's rental agreement.

22. I told them that I was going to Internal Affairs ("IA") to file a complaint, and one officer told me something along the lines of, "Go to IA. I don't give a fuck. What are they going to do?"

23. I filed a complaint with IA, but I don't think the Department investigated my complaint after I provided a recorded statement. IA also never reached out to my friend for a statement and did not inform me of the outcome.

24. I was not surprised that my complaint went nowhere because I believe the Department lets officers do whatever they want, and there are no appropriate disciplinary measures in place to prevent discriminatory policing. Officers also know that nothing comes from the complaint process, like the officers said to me during my January 2022 traffic stop.

25. A couple of months later, in March 2022, I experienced yet another BPD traffic stop. I was driving a rental car near Kehr and Fougeron Streets on my way to my grandmother's house when I saw a patrol car driving in the opposite direction on the same road. I committed no traffic infractions, but officers still pulled me over. Once they approached my vehicle, an officer told me that I did not make a complete stop at the stop sign. I denied that that was the case, but the officer still issued me a ticket for failing to stop. I went to court, and my case was eventually dismissed.

26. On November 24, 2023, officers stopped me at the intersection of Walden and Fay while I was on my way home. There was a car that was turning right, so I moved my

vehicle to the left slightly to get around the car. A patrol car nearby saw me do that, and the two white officers made a U-turn to pull me over. Two more officers arrived at the scene along with the lieutenant that I requested.

27. The officers approached me and asked me to exit my car. They then placed me in the back of the patrol car while they searched my car without reason and without my permission. After this, they issued me two tickets for imprudent speed and unsafe lane movement and told me that I was free to go. I must have angered the officers because of how I was speaking and responding to them, which is why I believe they wrote me tickets.

28. Buffalo police officers find any reason to stop Black men, especially those who drive nicer vehicles. I believe they look for certain things like rental cars or out of state license plates before conducting traffic stops, and nicer cars may stand out to them as suspicious.

29. Because I could not pay for the tickets in a timely manner, I got six points added onto my license (three points for each ticket that I received). While I have attended a point reduction course, I still have points on my record from the BPD's excessive ticketing. Having these points on my driving record makes it difficult to find future work opportunities as a truck driver.

30. On March 30, 2024, I was driving down William Street in my own car when police officers pulled me over. I believe they used an automated plate reader. My insurance had lapsed at the time, and my registration was suspended as a result. Officers issued me six separate tickets for this single insurance lapse.

31. I drive in the City of Buffalo regularly to go to and from work, to run errands, and to visit friends and family. I plan to continue to do so in the future.

32. I understand that this case was brought as a class action.

33. I am willing to serve as a representative for the Traffic Enforcement Class on behalf of myself and other people whose facts and circumstances are similar to mine. I understand that the Traffic Enforcement Class is seeking a court order declaring the City of Buffalo's traffic enforcement practices unlawful and ordering the City to change its practices.

34. I understand that as a class representative I have a responsibility to protect the interests of the entire class, not just my own interests, and to ensure that my counsel prosecutes the case vigorously and in the interest of all class members. I understand I have an obligation to communicate with class counsel and participate actively in the litigation. I agree to fulfill my responsibilities as a class representative.

Dated: July 2, 2025

_____
Markel Nance