UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,

               Plaintiffs,

   v.

CITY OF BUFFALO, N.Y., *et al.*,

               Defendants.

No. 1:18-cv-00719-CCR

---

### NOTICE OF MOTION (1) TO RECONSIDER THE DENIAL OF THE MOTION TO CERTIFY THE TRAFFIC ENFORCEMENT CLASS PURSUANT TO RULE 54(B), OR IN THE ALTERNATIVE, (2) TO RENEW THE MOTION TO CERTIFY PURSUANT TO RULE 23(C)(1)(C)

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 23(c)(1)(C) and 54(b), Plaintiffs and Proposed Intervenors, by their undersigned attorneys, will move the Court at the United States Courthouse for the Western District of New York, 2 Niagara Square, Buffalo, NY 14202, at a date and time to be determined by the Court, for an Order granting Plaintiffs' Motion (1) to Reconsider the Denial of the Motion to Certify the Traffic Enforcement Class, or In the Alternative, (2) to Renew the Motion to Certify.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiffs and Proposed Intervenors will rely on the accompanying Memorandum of Law, Declaration of Andrew J. Timmick with exhibits, Declarations of Markel Nance and Thomas Christopher Williams Jr., and all pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule of Civil Procedure 7(a)(1), Plaintiffs hereby state that they intend to file and serve reply papers. Pursuant to Local Rule of Civil Procedure 7(b)(2)(B), if the Court does not set deadlines by

order, any opposition will be due within fourteen days of service of this Motion, and any reply papers will be due within seven days of service of the opposition papers.

Dated: July 11, 2025

Respectfully Submitted,

*/s/ Claudia Wilner*
_____

| | |
|---|---|
| Claudia Wilner<br>Anjana Malhotra<br>NATIONAL CENTER FOR LAW AND<br>ECONOMIC JUSTICE<br>50 Broadway, Suite 1500<br>New York, NY 10004<br>Tel: 212-633-6967<br>wilner@nclej.org<br>malhotra@nclej.org | A. Chinyere Ezie<br>Baher Azmy<br>CENTER FOR CONSTITUTIONAL<br>RIGHTS<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>Tel/Fax: 212-614-6475<br>cezie@ccrjustice.org<br>bazmy@ccrjustice.org |
| Matthew Alan Parham<br>WESTERN NEW YORK LAW CENTER<br>37 Franklin Street, Suite 210<br>Buffalo, NY 14202<br>Tel: 716-828-8415<br>mparham@wnylc.com | Philip Irwin (*admitted pro hac vice*)<br>Jordan S. Joachim (*admitted pro hac vice*)<br>Andrew J. Timmick (*admitted pro hac vice*)<br>Christine Nelson (*admitted pro hac vice*)<br>COVINGTON & BURLING, LLP<br>620 Eighth Ave., Suite 4029<br>New York, NY 10018<br>Tel: 212-841-1000<br>Fax: 212-841-1010<br>pirwin@cov.com<br>jjoachim@cov.com<br>atimmick@cov.com<br>cnelson@cov.com<br><br>*Counsel for Plaintiffs and Proposed Intervenors* |