UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST by and through MARIELLE SHAVONNE SMITH and CHARIS HUMPHREY on behalf of its members; SHAKETA REDDEN; DORETHEA FRANKLIN; TANIQUA SIMMONS; DE'JON HALL; JOSEPH BONDS; CHARLES PALMER; SHIRLEY SARMIENTO; EBONY YELDON; and JANE DOE, individually and on behalf of a class of all others similarly situated;

       Plaintiffs,

  v.              Civil No.: 1:18-cv-00719-CCR

CITY OF BUFFALO, NY; BYRON B. BROWN, Mayor of the City of Buffalo, in his individual and official capacities; BYRON C. LOCKWOOD, Commissioner of the Buffalo Police Department, in his individual and official capacities; DANIEL DERENDA, former Commissioner of the Buffalo Police Department, in his individual capacity; AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI, ROBBIN THOMAS, UNKNOWN SUPERVISORY PERSONNEL 1-10, UNKNOWN OFFICERS 1-20, each officers of the Buffalo Police Department, in their individual capacities.

       Defendants.

---

## CONSENT MOTION TO EXTEND BRIEFING DEADLINES FOR PLAINTIFFS' MOTIONS TO INTERVENE AND RECONSIDER THE CLASS CERTIFICATION DECISION

  The City Defendants respectfully move to extend the briefing deadlines for Plaintiffs' Motions to Intervene and Reconsider and Renew the Class Certification Decision.

  In support of this motion, the City Defendants state as follows:

1. On July 11, 2025, Plaintiffs filed (1) a Motion to Intervene by Markel Nance and Thomas Christopher Williams Jr., and (2) a Motion for Reconsideration of the Denial of the Motion to Certify the Traffic Enforcement Class or, in the Alternative, to Renew the Motion to Certify (collectively referred to herein as the "Motions"). *See* Dkt. Nos. 326-327.

2. Pursuant to W.D.N.Y. Local Rule 7(b)(2)(B) and Federal Rule of Civil Procedure 6, the deadline for the City Defendants' to oppose the Motions is July 25, 2025, and Plaintiffs' deadline to reply is August 1, 2025.

3. The City Defendants request an extension of time due to (1) the fact that the briefing period for the Motions overlaps with the briefing period for the City Defendants' Reply Papers in Further Support of their Motion for Summary Judgment, due on August 1, 2025; (2) an upcoming parental leave for one of the defense counsel; and (3) the press of other business, including the trials of other matters.

4. Accordingly, the City Defendants require more time to properly oppose Plaintiffs' Motions.

5. The City Defendants request that the Court grant an extension of time for the Parties to brief the Motions as follows:

   a. The City Defendants' Opposition to the Motions shall be filed no later than September 26, 2025.

   b. The Plaintiffs' Reply in Further Support of the Motions shall be filed no later than October 10, 2025.

6. Plaintiffs have consented to this request.

The City Defendants respectfully request that the Court so order the aforementioned dates and thank the Court in advance for its consideration.

Dated:  Buffalo, New York
          July 21, 2025

*/s/ Peter A. Sahasrabudhe*
Hugh M. Russ III
Peter A. Sahasrabudhe
Cheyenne N. Freely
HODGSON RUSS LLP
The Guaranty Building
140 Pearl Street – Suite 100
Buffalo, New York 14202
Telephone:  (716) 856-4000
*hruss@hodgsonruss.com*
*pshasra@hodgsonruss.com*
*cfreely@hodgsonruss.com*

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2025, the above Stipulation to Amend Briefing Schedule Deadlines for Plaintiffs' Motions to Intervene and Reconsider the Class Certification Decision was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

                                                   */s/ Peter A. Sahasrabudhe*
                                                      Peter A. Sahasrabudhe

67478473v1