UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST by and through its Co-Directors Natasha Soto and Shaketa Redden and on behalf of its members; DORETHEA FRANKLIN; TANIQUA SIMMONS; DE'JON HALL; JOSEPH BONDS; CHARLES PALMER; SHIRLEY SARMIENTO; EBONY YELDON; and JANE DOE, individually and on behalf of a class of all others similarly situated;

                    Plaintiffs,

    v.                                           Civil No.: 1:18-cv-00719-CCR

CITY OF BUFFALO, NY; BYRON B. BROWN, Mayor of the City of Buffalo, in his individual and official capacities; BYRON C. LOCKWOOD, Commissioner of the Buffalo Police Department, in his individual and official capacities; DANIEL DERENDA, former Commissioner of the Buffalo Police Department, in his individual capacity; AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI, ROBBIN THOMAS, UNKNOWN SUPERVISORY PERSONNEL 1-10, UNKNOWN OFFICERS 1-20, each officers of the Buffalo Police Department, in their individual capacities.

                    Defendants.

---

## REPLY DECLARATION IN FURTHER SUPPORT OF CITY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

      **PETER A. SAHASRABUDHE**, subject to the penalties for perjury and under 28 U.S.C. § 1746, declares the following to be true and correct:

- 2 -

1. I am an attorney at law, duly licensed to practice in New York, and admitted to practice before the Courts for the Western District of New York. I am an attorney employed by Hodgson Russ LLP, the attorneys for Defendants in this action.

2. I submit this reply declaration in further support of the City of Buffalo, former Mayor Byron B. Brown, Byron C. Lockwood, Daniel Derenda, Aaron Young, Kevin Brinkworth, Philip Serafini, and Robbin Thomas' (collectively "the City") Motion for Summary Judgment.

3. I am familiar with this action and the attached exhibits based on the fact that I am one of the attorneys of record, I have reviewed the case file, and I have been involved in this matter for over three years.

4. The purpose of this declaration is to formally place before the Court relevant information, documents, and testimonial evidence necessary for the Court's consideration of the City's Motion for Summary Judgment.

5. Attached as Exhibit A are excerpts from testimony given by the former Mayor of the City of Buffalo, Byron Brown, on November 6, 2023.

6. Attached as Exhibit B are excerpts from deposition testimony given by former BPD Commissioner Daniel Derenda on November 10, 2021.

7. Attached as Exhibit C is the transcript of the oral argument held on October 23, 2024, regarding Plaintiffs' Motion for Class Certification.

- 3 -

8. Attached as Exhibit D are excerpts from deposition testimony given by City Traffic Violations Prosecutor and Parking Commissioner Octavio Villegas on June 8, 2023.

9. Attached as Exhibit E is Exhibit 40 from the deposition of Donna Estritch, conducted on July 12, 2023, entitled "Department Revenue by Source."

10. Attached as Exhibit F are excerpts from deposition testimony given by BPD Officer Justin Tedesco on July 11, 2023.

11. Attached as Exhibit G are excerpts from deposition testimony given by BPD Officer Charles Skipper on March 5, 2021.

12. Attached as Exhibit H is Defendants' First Request for Production of Documents to Plaintiffs, dated July 8, 2022.

13. Attached as Exhibit I are excerpts from deposition testimony given by former Commissioner Daniel Derenda on December 23, 2021.

14. Attached as Exhibit J are excerpts from deposition testimony given by Lieutenant Thomas Whelan on April 26, 2022.

15. Attached as Exhibit K are excerpts from Rule 30(b)(6) deposition testimony given by former Commissioner Joseph Gramaglia on September 22, 2023.

16. Based on this evidence, and based on the legal argument contained in the accompanying Memorandum of Law, the City respectfully requests that the Court grant the City's Motion for Summary Judgment.

- 4 -

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  Buffalo, New York
        August 1, 2025

                                             *s/ Peter A. Sahasrabudhe*
                                             Peter A. Sahasrabudhe