# EXHIBIT A

```
 1      UNITED STATES DISTRICT COURT
 2      WESTERN DISTRICT OF NEW YORK
 3      -------------------------------------------------
 4      BLACK LOVE RESISTS IN THE RUST, ET AL.,
        INDIVIDUALLY AND ON BEHALF OF A CLASS OF
 5      ALL OTHERS SIMILARLY SITUATED,
 6
                    Plaintiffs,
 7
         -vs-                        1:18-cv-00719-CCR
 8
        CITY OF BUFFALO, N.Y., ET AL.,
 9
                    Defendants.
10      -------------------------------------------------
11
12              EXAMINATION BEFORE TRIAL
13                OF MAYOR BYRON BROWN
14              APPEARING REMOTELY FROM
15                ERIE COUNTY, NEW YORK
16
17                  November 6th, 2023
18                  At 9:00 a.m.
19                  Pursuant to notice
20
21
22      REPORTED BY:
23      Rebecca L. DiBello, RPR, CSR(NY)
```

```
 1         R E M O T E   A P P E A R A N C E S

 2

 3   APPEARING FOR THE PLAINTIFFS, BLACK LOVE
     RESISTS IN THE RUST, ET AL., INDIVIDUALLY AND
     ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY
 4   SITUATED:

 5                    CENTER FOR CONSTITUTIONAL RIGHTS
                      BY: A. CHINYERE EZIE, ESQ.
 6                    666 Broadway, 7th Floor
                      New York, New York 10012
 7                    (212) 614-6464

 8   APPEARING FOR THE DEFENDANTS, CITY OF BUFFALO,
     N.Y., et al.:
 9
                      HODGSON RUSS LLP
10                    BY: PETER SAHASRABUDE, ESQ.,
                      140 Pearl Street
11                    Buffalo, New York 14202
                      (716) 848-1508
12

13


14   ALSO PRESENT:

15                    National Center for Law
                      and Economic Justice
16                        CLAUDIA WILNER, ESQ.
                          MAYA GOLDMAN, ESQ.
17                        ANJANA MOLHOTRA, ESQ.
                          SHYENNE MEDINA, ESQ.
18
                      Covington & Burling, LLP
19                        CHRISTINE NELSON, ESQ.

20                    Center for Constitional
                      Rights
21                        MIKAILA HERNANDEZ, ESQ.

22

23
```

1        break?
2             MR. SAHASRABUDHE:  Three minutes.
3             MS. EZIE:  We'll make it five so we can
4        all use the restroom.
5
6                  (Recess taken.)
7             (Discussion held off the record.)
8
9             MR. SAHASRABUDHE:  So we were briefly
10       off the record.  The mayor would like to
11       clarify a portion of his previous testimony
12       from the last line of questioning.
13   Q.  Okay.  Mr. Mayor?
14   A.  Well, I was misinterpreting the purpose of the
15       traffic stops and the Strike Force.  The
16       purpose of the traffic stops were for vehicle
17       and traffic issues.  The Strike Force was a
18       proactive unit that was designed to address
19       crime overall and in general.
20   Q.  Okay.  Thank you, Mr. Mayor.
21            So why don't we quickly turn to a
22       document.  I think we're up to four.  Four.
23       Thank you.

```
 1        STATE OF NEW YORK)

 2        COUNTY OF ERIE    )

 3

 4
             I, Rebecca Lynne DiBello, CSR, RPR, Notary
 5        Public, in and for the County of Erie, State of
          New York, do hereby certify:
 6

 7           That the witness whose testimony appears
          hereinbefore was, before the commencement of
 8        their testimony, duly sworn to testify the
          truth, the whole truth and nothing but the
 9        truth; that said testimony was taken pursuant
          to notice at the time and place as herein set
10        forth; that said testimony was taken down by me
          and thereafter transcribed into typewriting,
11        and I hereby certify the foregoing testimony is
          a full, true and correct transcription of my
12        shorthand notes so taken.

13
             I further certify that I am neither counsel
14        for nor related to any party to said action,
          nor in anyway interested in the outcome
15        thereof.

16
             IN WITNESS WHEREOF, I have hereunto
17        subscribed my name and affixed my seal this
          19th day of November, 2023.
18

19
                    [signature: Rebecca L. DiBello]
20        _____

21        Rebecca Lynne DiBello, CSR (NY)
          Notary Public - State of New York
22        No. 01D14897420
          Qualified in Erie County
23        My commission expires 5/11/2027
```