# EXHIBIT D

```
 1                UNITED STATES DISTRICT COURT

 2            FOR THE WESTERN DISTRICT OF NEW YORK

 3   - - - - - - - - - - - - - - - - - - - - - - - - - - -

 4   BLACK LOVE RESISTS IN THE RUST, et al.,

 5   individually and on behalf of a class of

 6   all others similarly situated,

 7                            Plaintiffs,

 8   vs.                                    1:18-cv-00719-CCR

 9   CITY OF BUFFALO, N.Y.,  et al.,

10                            Defendants.

11   - - - - - - - - - - - - - - - - - - - - - - - - - - -

12           ORAL EXAMINATION OF OCTAVIO VILLEGAS

13                APPEARING REMOTELY FROM

14                  BUFFALO, NEW YORK

15

16                  Thursday, June 8, 2023

17                  10:07 a.m. - 4:16 p.m.

18                  pursuant to notice

19

20

21   REPORTED BY:

22   Luanne K. Howe

23   APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO


             DEPAOLO CROSBY REPORTING SERVICES, INC.
                        716-853-5544
```

2

1                 R E M O T E   A P P E A R A N C E S

2

3    APPEARING FOR THE PLAINTIFFS:

4        **COVINGTON & BURLING LLP**
         **BY:  JORDAN JOACHIM, ESQ.**
5        **BY:  CHRISTINE NELSON, ESQ.**
         The New York Times Building
6        620 Eighth Avenue
         New York, New York  10018
7        212-841-1000

8    APPEARING FOR THE DEFENDANTS:

9        **HODGSON RUSS LLP**
         **BY:  PETER SAHASRABUDHE, ESQ.**
10       140 Pearl Street, Suite 100
         Buffalo, New York  14202
11       716-848-1508

12

13

14

15

16

17

18

19

20

21

22

23

1    mayor's office, if there's anything that the mayor

2    would like to see done with the agency, that's

3    something that I had to explain before to the

4    individuals that are not lawyers in Buffalo traffic

5    why the mayor's office is able to do that.

6         So using constitutional, I guess, law to back it

7    up is just -- you know, it's carved out there and

8    it's not -- it doesn't offend, I guess, the

9    Constitution if the mayor wanted us to do something

10    or asked the agency to do something.

11    Q    Have you ever provided legal advice to the mayor or

12         the mayor's office?

13                   MR. SAHASRABUDHE:  Form.

14    A    I'm not sure specifically what you're referring to.

15    Q    Have you ever been asked to advise on legal matters

16         by the mayor or the mayor's office?

17    A    No.

18    Q    Have you ever been asked to advise on legal matters

19         by BPD or anyone at BPD?

20                   MR. SAHASRABUDHE:  Form.

21    A    No, not that I recall.

22    Q    How is your compensation determined?

23    A    It is determined by the city.  I don't determine it.


                DEPAOLO CROSBY REPORTING SERVICES, INC.
                          716-853-5544

```
 1    Q    And do you receive compensation as both prosecutor
 2         and as an executive director, or do you just receive
 3         one set of compensation?
 4    A    Only one compensation.
 5    Q    Okay.  Is it based on hours, or is it just an annual
 6         salary?
 7    A    It's a salary.
 8    Q    Okay.  Are there any other components to your
 9         compensation besides annual salary?
10    A    Components, can you give me an example?
11    Q    Bonuses or any other form of cash compensation.
12    A    No, not in city hall.  I'm sorry.
13    Q    No problem.  Was it the same thing when you were just
14         a traffic prosecutor?
15    A    Same thing, salary and no bonuses or no added perks,
16         none of that.
17    Q    Okay.  Were you eligible for any compensation for
18         overtime?
19    A    I was -- I was and still am an exempt employee, so
20         unfortunately, I get the benefits like a union
21         employee, meaning I get the health benefits.  You
22         know, they have a pension.  But I do not get
23         overtime.  Let's say if I have perfect attendance, I
```

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

1          don't get the extra check that city employees get.

2          So I'm just an exempt employee on salary.

3      Q   Okay.

4      A   At will also.  Pretty much I have the same rights as

5          someone flipping burgers at Burger King.  If they

6          tell me tomorrow go home, I can't object to it.

7      Q   Do you know if your compensation is included as part

8          of the BTVA budget line?

9      A   I believe it is, yes.

10     Q   Okay.  And was it also as part of the budget line

11         when you were just a traffic prosecutor?

12     A   Everyone would be involved in that budget line, so

13         from the window clerks to the adminstrator, court

14         clerks, prosecutor, executive, judges, we all would

15         be under the same budget of BTVA.

16     Q   Okay.  And the BTVA budget is paid from the city's

17         general fund, right?

18     A   That is my understanding at this point.

19     Q   Okay.  Did you have set hours as a prosecutor?

20     A   Nine to five.

21     Q   Okay.  And is it the same thing now?

22     A   Correct.

23     Q   Did you participate in any training programs as a

DEPAOLO CROSBY REPORTING SERVICES, INC.
716-853-5544

237

```
 1    STATE OF OHIO        )

 2    COUNTY OF CUYAHOGA   )

 3              I, Luanne K. Howe, Notary Public, in and for the

 4    County of Cuyahoga, State of Ohio, do hereby certify:

 5              That the witness whose testimony appears

 6    hereinbefore was, before the commencement of his testimony,

 7    duly sworn to testify the truth, the whole truth and nothing

 8    but the truth; that said testimony was taken remotely

 9    pursuant to notice at the time and place as herein set

10    forth; that said testimony was taken down by me and

11    thereafter transcribed into typewriting, and I hereby

12    certify the foregoing transcript is a full, true and correct

13    transcription of my shorthand notes so taken.

14              I further certify that I am neither counsel for

15    nor related to any party to said action, nor in any way

16    interested in the outcome thereof.

17              IN WITNESS WHEREOF, I have hereunto subscribed my

18    name and affixed my seal this 21st day of June, 2023.

19

20                      Luanne K. Howe
                        Luanne K. Howe
21                      Notary Public - State of Ohio

22                      My commission expires 10-07-24

23
```