# EXHIBIT E

EXHIBIT
**40**
07-12-2023



# REVENUES

• • •

REVENUE BY SOURCE

• • •

DEPARTMENT REVENUE BY SOURCE



**City of Buffalo**
**Adopted Budget 2020-2021**
**General Fund**

| | 2016-2017 Actual Amount | 2017-2018 Actual Amount | 2018-2019 Actual Amount | 2019-2020 Adopted Budget | 2019-2020 Year To Date 6/18/2020 | 2020-2021 Adopted Budget |
|---|---|---|---|---|---|---|
| **01  TAXES** | **(149,796,935)** | **(151,431,074)** | **(156,711,165)** | **(158,651,403)** | **(158,266,858)** | **(157,190,897)** |
| 311100 REAL PROPERTY TAX LEVY | (126,886,432) | (130,539,085) | (137,520,219) | (139,465,000) | (140,526,547) | (139,971,280) |
| 312000 OCCUPANCY TAX | (2,510) | (2,644) | (3,217) | (2,000) | (2,318) | (2,000) |
| 319110 INTEREST & PENALTY TAX CURR | (2,182,378) | (2,107,257) | (975,234) | (2,100,000) | (691,504) | (1,000,000) |
| 319111 INTEREST & PENALTY TAX DELINQ | (1,494,091) | (1,354,903) | (1,522,382) | (1,672,000) | (1,131,715) | (1,200,000) |
| 335101 MORTGAGE TAX | (3,893,050) | (3,471,933) | (3,889,909) | (3,900,000) | (2,010,559) | (3,900,000) |
| 335102 STAR PROGRAM | (11,707,646) | (10,474,626) | (9,455,742) | (8,400,000) | (8,674,414) | (7,893,720) |
| 339001 PAYMENT IN LIEU OF TAXES | (3,142,253) | (3,480,625) | (3,344,460) | (3,112,403) | (5,229,801) | (3,223,897) |
| 339002 REV SHARING NFTA/PEACE BRIDGE | (488,576) | - | - | - | - | - |
| | | | | | | |
| **02  NON-PROPERTY TAX** | **(11,691,265)** | **(11,405,037)** | **(13,262,813)** | **(11,610,000)** | **(8,183,134)** | **(11,630,000)** |
| 316100 CLASS II UTILITY TAX | (9,590) | (9,583) | (1,212) | (10,000) | (256) | - |
| 316200 CLASS I UTILITY TAX | (8,289,705) | (7,738,818) | (9,577,622) | (8,000,000) | (5,990,809) | (8,000,000) |
| 316300 FOREIGN FIRE INSURANCE | (650,392) | (729,318) | (731,222) | (700,000) | - | (730,000) |
| 318200 CABLE FRANCHISE TAX | (2,741,579) | (2,927,318) | (2,952,756) | (2,900,000) | (2,192,068) | (2,900,000) |
| | | | | | | |
| **05  LICENSES & PERMITS** | **(4,959,068)** | **(5,251,955)** | **(5,670,280)** | **(6,189,545)** | **(4,965,824)** | **(5,434,464)** |
| 321201 LODGING HOUSE LICENSE | (16,638) | (18,230) | (18,723) | (19,500) | (22,770) | (19,500) |
| 321202 MARKET GROUP LICENSE | (51,783) | (53,205) | (84,945) | (94,360) | (68,675) | (85,000) |
| 321301 CERTIFICATES OF INSPECTION FEE | (14,602) | (15,716) | (21,600) | (27,000) | (21,631) | (27,000) |
| 321302 FLAMMABLE LIQUID LICENSE | (1,496) | (1,507) | (4,250) | (4,500) | (4,750) | (4,500) |
| 321303 SMOKE ABATEMENT GROUP LICENSE | (125,754) | (147,984) | (142,074) | (155,000) | (127,546) | (145,000) |
| 321304 FRANCHISE FEE EMERGENCY SERV | (456,750) | (463,601) | (470,555) | (490,850) | (358,211) | (492,614) |
| 321601 PLUMBER LICENSE | (56,873) | (55,796) | (59,434) | (60,000) | (55,111) | (60,000) |
| 321602 ELECTRICIAN LICENSE | (1,285) | (40,860) | (4,660) | (46,000) | (39,990) | (5,000) |
| 321603 HEATING CONTRACTOR LICENSE | (20,176) | (35,391) | (46,550) | (39,000) | (46,400) | (45,000) |
| 321604 HOME IMPROVEMENT LICENSE | (579,404) | (608,750) | (757,593) | (850,000) | (736,780) | (850,000) |
| 321605 CONSUMER ELECTRONICS LICENSE | (315) | (263) | (375) | (210) | (225) | (200) |
| 321607 STATIONARY ENGINEER LICENSE | (61,505) | (88,389) | (87,993) | (71,300) | (69,492) | (71,300) |
| 321608 PARKING LOT LICENSE | (26,020) | (43,180) | (34,475) | (48,300) | (44,750) | (50,000) |
| 321609 BAKER & CONFECTIONER LICENSE | (2,163) | (2,541) | (3,830) | (3,500) | (2,670) | (3,500) |
| 321610 RESTAURANT LICENSE | (106,712) | (100,345) | (134,670) | (130,000) | (122,215) | (135,000) |
| 321611 RESTAURANT DANCE LICENSE | (8,689) | (9,056) | (11,909) | (11,000) | (10,350) | (11,000) |
| 321612 VENDING MACHINE LICENSE | (17,488) | (17,777) | (27,175) | (18,400) | (17,650) | (19,000) |
| 321613 BOWLING ALLEY LICENSE | (2,772) | (2,205) | (2,520) | (3,000) | (2,030) | (2,500) |
| 321614 SECOND HAND DEALER LICENSE | (78,441) | (61,065) | (85,286) | (70,000) | (56,295) | (70,000) |
| 321617 LIVERY & TAXICAB LICENSE | (19,195) | (4,424) | (1,676) | (4,500) | (263) | (200) |
| 321618 FIRE PREVENTION EXPLOS LICENSE | (54,528) | (51,436) | (92,579) | (110,000) | (89,865) | (100,000) |
| 321619 ELEVATOR INSPECT/INSTALL LIC | (420) | (5,460) | (840) | (5,500) | (5,040) | (1,000) |
| 321701 AMUSEMENT GROUP LICENSE | (59,245) | (58,436) | (74,500) | (65,000) | (58,853) | (68,000) |
| 321702 BINGO GROUP LICENSE | (34,094) | (31,564) | (25,488) | (28,000) | (21,154) | (28,000) |
| 321703 GAMES OF CHANCE LICENSE | (45) | (9,651) | (10,700) | (11,000) | (11,816) | (9,000) |
| 321800 BUSINESS LICENSE OTHER | (210,556) | (214,611) | (249,945) | (235,750) | (205,875) | (235,750) |
| 322101 STREET PERMIT | (152,121) | (105,651) | (150,566) | (344,000) | (126,886) | (150,000) |
| 322102 SIGN GROUP LICENSE | (12,973) | (15,577) | (14,667) | (14,000) | (10,342) | (14,000) |



City of Buffalo
Adopted Budget 2020-2021
General Fund

| | 2016-2017 Actual Amount | 2017-2018 Actual Amount | 2018-2019 Actual Amount | 2019-2020 Adopted Budget | 2019-2020 Year To Date 6/18/2020 | 2020-2021 Adopted Budget |
|---|---|---|---|---|---|---|
| **05  LICENSES & PERMITS** | **(4,959,068)** | **(5,251,955)** | **(5,670,280)** | **(6,189,545)** | **(4,965,824)** | **(5,434,464)** |
| 322103 ELEVATR ESCALTR PERMIT HOUSENF | (58,303) | (53,108) | (88,427) | (87,000) | (103,468) | (89,000) |
| 322104 ENCROACHMENT PERMIT | (203,719) | (235,016) | (200,652) | (202,000) | (265,759) | (202,000) |
| 322106 BUILDING PERMIT | (1,736,745) | (1,842,036) | (1,970,706) | (2,137,500) | (1,499,083) | (1,700,000) |
| 322107 ELECTRICAL PERMIT | (312,315) | (303,681) | (286,997) | (310,000) | (298,562) | (310,000) |
| 322108 PLUMBING PERMIT | (182,782) | (274,987) | (283,909) | (250,000) | (312,187) | (250,000) |
| 322110 TENT PERMIT FEE | (2,875) | (11,580) | (12,350) | (8,000) | (4,485) | (8,000) |
| 322111 PROPANE PERMIT FEE | (3,225) | (6,475) | (8,525) | (8,000) | (5,575) | (8,000) |
| 322201 VEHICLE LIMIT PERMIT | (36,851) | (61,817) | (35,072) | (60,000) | (25,396) | (35,000) |
| 322300 TAXICAB DRIVER LICENSE | (46,756) | (38,699) | (23,755) | (16,000) | (10,840) | (8,000) |
| 322301 TAXICAB BUSINESSLICNSE HOUSENF | (86,616) | (40,998) | (23,568) | (28,750) | (5,838) | (5,000) |
| 322500 MARRIAGE LICENSE | (15,233) | (14,760) | (16,298) | (17,000) | (13,298) | (17,000) |
| 322601 DOG LICENSE | (101,207) | (105,704) | (99,895) | (105,000) | (83,178) | (100,000) |
| 322602 CHICKEN LICENSE | (400) | (425) | (550) | (625) | (525) | (400) |
| **10  INTERGOVERNMENTAL** | **(251,658,500)** | **(252,813,282)** | **(262,702,139)** | **(269,010,295)** | **(143,980,481)** | **(285,278,968)** |
| 331000 MISCELLANEOUS FEDERAL REVENUE | (50,431) | (25,083) | (10,000) | (10,000) | (15,000) | (1,500,000) |
| 331003 FEDERAL DISASTER RELIEF | - | - | - | - | - | (65,082,569) |
| 334000 MISCELLANEOUS NYS REVENUE | - | - | - | - | (48,139) | - |
| 335006 SPECIAL STATE AID GNRCTY | (161,285,233) | (161,285,233) | (161,285,233) | (161,285,233) | (62,923,363) | (129,028,186) |
| 335009 NYS AID INCENTIVE TO MUNICIPAL | - | (242,519) | - | - | - | - |
| 335221 TRIBAL COMPACT AGREEMENT | (3,439,330) | - | (7,500,000) | (11,000,000) | - | (11,000,000) |
| 335222 ECHDC RENTAL PMT/CONCESSIONS | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) |
| 335500 PARKING TAG SURCHARGE REFUND | (3,207,741) | (2,641,405) | (2,607,928) | (2,992,500) | (1,964,095) | (2,992,500) |
| 337001 J T P A P I C | (116,606) | (119,256) | (121,724) | (121,000) | (89,679) | (126,000) |
| 337301 CDBG BURA | - | - | - | (128,000) | - | (354,938) |
| 337306 MEDICARE D REIMBURSEMENT | (1,232,080) | (2,434,133) | (2,685,945) | (2,750,000) | (2,914,227) | (2,939,000) |
| 337430 DONATIONS FROM BURA | (19,444) | (206,816) | - | - | (432,787) | - |
| 338001 WESTERN REGION OFFTRACK BETING | (284,695) | (226,125) | (282,295) | (220,000) | (147,161) | (260,000) |
| 338101 ERIE COUNTY SALES TAX | (81,801,331) | (84,897,188) | (87,485,150) | (89,800,000) | (75,135,658) | (71,440,000) |
| 338103 STOP DWI | (82,677) | (76,829) | - | (75,000) | 9,384 | (75,000) |
| 339002 REV SHARING NFTA/PEACE BRIDGE | - | (517,406) | (556,063) | (488,562) | (170,388) | (340,775) |
| 380518 REIMBURSEMENT-UTILITY MGT FEE | (113,932) | (116,289) | (142,800) | (115,000) | (124,368) | (115,000) |
| **15  SERVICE CHARGES** | **(13,149,534)** | **(14,003,822)** | **(15,245,364)** | **(20,012,575)** | **(11,525,310)** | **(15,243,848)** |
| 321305 GM WARRANTY REIMBURSEMENTS | (1,620) | - | - | - | - | - |
| 340000 CHARGES FOR SERVICES | (1,391,436) | (1,782,821) | (1,432,693) | (1,414,939) | (902,307) | (729,938) |
| 341102 GARNISHEE FILING FEE | (14) | (16) | (38) | - | (22) | (20) |
| 341103 SCOFFLAW RELEASE FEE | (82,901) | (70,868) | (73,036) | (85,000) | (42,023) | (72,000) |
| 341104 TOWING AND STORAGE FEE | (1,140,166) | (1,189,732) | (1,347,569) | (1,610,000) | (1,361,291) | (1,600,000) |
| 341105 APPEAL FEE | (1,240) | (1,630) | (1,965) | (2,100) | (1,440) | (1,800) |
| 341106 NON SUFFICIENT FUNDS FEE | (17,503) | (16,746) | (18,023) | (21,000) | (12,329) | (21,000) |
| 341107 COLLECTION PROCESSING CHARGE | (127,641) | (124,137) | (128,227) | (125,500) | (82,422) | (125,500) |
| 341108 FORCLOSURE FEE | (669,240) | (659,292) | (696,645) | (750,000) | (463,665) | (450,000) |
| 341109 PROCESSING FEE | (5) | (5) | - | - | - | - |
| 341110 WEB PAYMENT FEE | (275,076) | (299,983) | (322,316) | - | (99,695) | (100,000) |
| 341111 IN REM SALE ADMINISTATVE CHGS | (3,130) | (3,000) | (121,599) | (125,000) | (20,635) | (10,000) |



City of Buffalo
Adopted Budget 2020-2021
General Fund

| | 2016-2017 Actual Amount | 2017-2018 Actual Amount | 2018-2019 Actual Amount | 2019-2020 Adopted Budget | 2019-2020 Year To Date 6/18/2020 | 2020-2021 Adopted Budget |
|---|---|---|---|---|---|---|
| **15  SERVICE CHARGES** | **(13,149,534)** | **(14,003,822)** | **(15,245,364)** | **(20,012,575)** | **(11,525,310)** | **(15,243,848)** |
| 341120 SERVICES TO BSA | (3,389,990) | (3,389,990) | (3,389,990) | (3,389,990) | (1,694,995) | (3,416,990) |
| 341130 SERVICES TO BMHA | - | (106,498) | - | - | - | - |
| 341140 SERVICES TO BOE | (95,845) | (161,992) | (41,189) | (126,000) | 48,980 | (126,000) |
| 341160 SERVICES TO ERIE COUNTY | (3,825) | (2,475) | (2,775) | (3,000) | (1,950) | (2,800) |
| 341200 COMMISSIONER OF DEEDS FEE | (5,500) | (1,100) | (4,220) | (1,500) | (1,300) | (4,000) |
| 341202 DOMESTIC PARTNERSHIP REGISTRY | (200) | (160) | (200) | (200) | (360) | (200) |
| 341301 ZONING APPEALS FEE | (16,450) | (22,980) | (19,525) | (20,000) | (12,400) | (20,000) |
| 341302 REZONING APPLICATION FEE | (19,865) | (25,350) | (22,700) | (22,000) | (16,950) | (22,000) |
| 341303 MULTIPLE DWELLING REGISTRATION | (2,620) | (2,780) | (4,940) | (3,500) | (5,000) | (3,500) |
| 341304 MULTIPLE DWELL FEE | (50,065) | (65,370) | (257,390) | (75,000) | (154,340) | (75,000) |
| 341305 RENTL DWELLING UNIT REGISTRATN | (525,235) | (912,040) | (1,043,750) | (3,747,000) | (949,862) | (1,800,000) |
| 341401 COPY & PUBLICATION FEE | (89,812) | (68,492) | (64,685) | (70,900) | (53,571) | (65,800) |
| 341404 USE OF ENGINEERING PLANS FEE | (33,563) | (15,347) | (21,416) | (25,000) | (13,282) | (20,000) |
| 341501 EXAMINATION FEE | (18,457) | (87,405) | (69,868) | (15,000) | (12,250) | (15,000) |
| 342101 ALARM SYSTEM FEE | (171,838) | (191,370) | (165,850) | (190,000) | (149,030) | (165,000) |
| 342102 EXCESSIVE CALL BACK FEE | (120) | (9,336) | (5,844) | (4,500) | (2,850) | (4,500) |
| 342103 FUNERAL ESCORT FEE | (2,500) | (2,850) | (3,150) | (4,000) | (2,650) | (3,000) |
| 342203 FIRE APPARATUS SERVICES FEE | (195) | (11,500) | - | (2,500) | - | - |
| 342204 EMS TRAINING & MISC | (3,000) | (14,400) | (49,500) | (40,000) | (28,200) | (18,000) |
| 342300 CRIMINAL PROCESSING CNTY | (975) | - | - | - | - | - |
| 342401 BUILDING APPLICATION FEE | (336,802) | (416,341) | (492,122) | (415,000) | (379,937) | (425,000) |
| 342402 INSPECTION FEE | (6,332) | (3,928) | (6,390) | (5,700) | (1,907) | (5,000) |
| 342403 PUBLIC UTILITY INSPECTION FEE | (668,415) | (468,270) | (536,580) | (930,000) | (415,305) | (525,000) |
| 342405 ELEVATOR INSPECTION FEE | (35,924) | (24,742) | (25,412) | (25,000) | (24,215) | (25,000) |
| 342409 FOSTER HOME INSPECTIONS | (50) | (500) | (425) | (300) | (125) | (300) |
| 342501 ON STREET PARKING METER FEE | (2,288,144) | (2,388,761) | (2,903,682) | (4,009,960) | (2,999,729) | (3,501,760) |
| 342502 SPECIAL EVENT FEE | (243,531) | (214,177) | (309,063) | (393,000) | (228,593) | (337,000) |
| 342503 DEMOLITION CHARGE | (166,751) | (40,007) | (32,794) | (50,000) | (46,940) | (50,000) |
| 342504 ADMIN SURCHARGE | (40,646) | (43,368) | (29,383) | (30,000) | (63,137) | (30,000) |
| 342508 BOARD UP CHARGES | (12,066) | (6,302) | (91,315) | (168,000) | (54,048) | (75,000) |
| 343001 MAINTENANCE ARTERIAL HIGHWAYS | (84,745) | - | (338,978) | (169,489) | (254,234) | (254,230) |
| 343002 STREET REPAIR PERMIT | (65,353) | (73,138) | (49,544) | (65,000) | (58,932) | (65,000) |
| 344301 REMOVING OBSTRUCTION CHARGE | 210 | (12,390) | (17,430) | (10,000) | (6,300) | (10,000) |
| 345101 MARRIAGE CERTIFICATE | (43,830) | (43,280) | (48,750) | (47,000) | (43,240) | (47,000) |
| 345102 BIRTH CERTIFICATE | (311,695) | (303,030) | (324,750) | (310,000) | (263,640) | (310,000) |
| 345103 DEATH CERTIFICATE | (278,920) | (267,410) | (267,690) | (270,000) | (261,720) | (270,000) |
| 345104 VITAL STATISTIC SEARCH FEE | (3,019) | (6,582) | (18,428) | (15,000) | (12,777) | (15,000) |
| 345501 DOG POUND SEIZURE FEE | (16,135) | (13,075) | (14,305) | (14,000) | (13,382) | (14,000) |
| 345502 DOG POUND ANIMAL SALES | (11,470) | (12,840) | (13,150) | (13,000) | (12,960) | (13,000) |
| 345503 ADPT ANIMALS- UNCLAIMED DEP | (54,904) | (63,296) | (69,231) | (73,000) | (65,356) | (70,000) |
| 345504 ANIMAL SHOTS & VACCINES | (54,427) | (60,094) | (64,062) | (60,000) | (66,804) | (60,000) |
| 345601 NUTRITION FOR THE ELDERLY | (3,163) | (4,205) | (3,949) | (4,000) | (4,615) | (5,000) |
| 347200 SWIMMING POOL FEE | (36,191) | (34,832) | (29,776) | (35,000) | (24,619) | (30,000) |
| 347801 ENTERTAINMENT TICKET FEE | (1,965) | (2,626) | (3,117) | (752,000) | - | (3,000) |
| 347805 ICE RINK PERMIT | (50,000) | (62,500) | (55,000) | (55,000) | (55,917) | (54,996) |
| 347806 BALL DIAMOND & FIELD FEE | (96,325) | (102,095) | (80,870) | (100,000) | (32,130) | (55,000) |
| 348015 RENT | (98,916) | (96,370) | (94,016) | (104,364) | (74,664) | (96,514) |
| 351307 FIRE SAFETY INSPECTIONS | - | - | (16,051) | (15,133) | (24,249) | (25,000) |



City of Buffalo
Adopted Budget 2020-2021
General Fund

| | 2016-2017 Actual Amount | 2017-2018 Actual Amount | 2018-2019 Actual Amount | 2019-2020 Adopted Budget | 2019-2020 Year To Date 6/18/2020 | 2020-2021 Adopted Budget |
|---|---|---|---|---|---|---|
| **20  FINES** | **(10,796,047)** | **(10,967,603)** | **(11,035,753)** | **(13,738,200)** | **(8,325,016)** | **(15,481,925)** |
| 351101 TRAFFIC VIOLATION FINES | (3,993,940) | (3,003,992) | (2,883,600) | (3,300,000) | (2,189,927) | (4,500,000) |
| 351103 SCH ZN CAM | - | - | - | (400,000) | (50) | (2,300,000) |
| 351110 COURT REVENUE COURT FINE | (126,797) | (176,689) | (223,715) | (740,000) | (215,352) | (275,000) |
| 351112 COURT REVENUE ESTREATED BAIL | (9,995) | - | (97) | (1,000) | - | (25) |
| 351300 PARKING TAG FINES & PENALTIES | (5,784,082) | (7,044,843) | (7,232,244) | (7,900,000) | (5,329,444) | (7,900,000) |
| 351301 FINES & PENALTIES | (872,953) | (735,184) | (685,139) | (1,386,700) | (578,743) | (489,400) |
| 351302 UNLICENSED DOG FINE | (640) | (550) | (575) | (500) | (2,275) | (5,000) |
| 351303 BOOT REMOVAL PROGRAM | (7,640) | (6,345) | (10,382) | (10,000) | (9,225) | (12,500) |
| | | | | | | |
| **25  INTEREST** | **(622,002)** | **(881,114)** | **(1,890,713)** | **(1,200,000)** | **(1,441,474)** | **(1,000,000)** |
| 361001 INTEREST INVESTMENTS | (621,773) | (880,448) | (1,888,882) | (1,200,000) | (1,416,636) | (1,000,000) |
| 361003 INTEREST DEMAND DEPOSIT ACCT | (254) | (666) | (1,830) | - | (2,040) | - |
| 361005 INT INVEST-BOE SPECIAL RESERVE | 25 | - | - | - | (22,798) | - |
| | | | | | | |
| **30  MISCELLANEOUS REVENUES** | **(6,155,691)** | **(6,631,016)** | **(11,295,678)** | **(15,003,173)** | **(12,073,503)** | **(14,006,882)** |
| 318200 CABLE FRANCHISE TAX | (82,737) | (83,634) | (78,930) | (82,000) | (78,228) | (80,000) |
| 342201 HAZARDOUS MATERIAL CLEANUP FEE | (9,911) | (5,515) | (2,070) | (4,000) | - | (2,000) |
| 363020 NON PUBLIC USE PROPERTY RENT | (660,037) | (578,595) | (634,250) | (639,047) | (557,088) | (533,950) |
| 363021 IN REM PROPERTY RENTAL | (16,797) | (31,591) | (25,700) | (11,100) | (22,200) | (7,500) |
| 363022 PARK & RECREATION RENT | (24,257) | (27,125) | (22,951) | (22,500) | (17,370) | (16,000) |
| 363023 MARINA RENT | (224,399) | (172,618) | (109,408) | (175,000) | (40,432) | - |
| 363024 ARENA GROUND RENT | (500,000) | (566,750) | (767,000) | (782,000) | (767,000) | (779,000) |
| 364000 DEPOSIT OF UNCLAIMED PROPERTY | (200,000) | (100,000) | (100,000) | (100,000) | (100,000) | (200,000) |
| 365003 GIFTS AND DONATIONS | (51,097) | (144,952) | (905,399) | (1,397,726) | (143,158) | (372,500) |
| 379001 LEGAL SETTLEMENTS | (209,597) | (286,237) | (416,411) | (300,000) | (149,006) | (300,000) |
| 379002 INSURANCE RECOVERY | (11,348) | (94,977) | (101,513) | (75,000) | (58,530) | (75,000) |
| 379003 DAMAGE TO PROPERTY | (52,764) | (214,938) | (463,152) | (277,000) | (59,922) | (175,500) |
| 380101 GRANT REIMBURSEMENT | - | - | 257 | (1,117,795) | (266,247) | (4,510,595) |
| 380102 LOCK BOX CHARGE REIMBURSEMT | (73,563) | (77,614) | (103,404) | (70,000) | (5,089) | (21,000) |
| 380103 CASH REFUND OF PRIOR YRS EXPEN | (92,798) | (1,338,503) | (134,975) | (75,000) | (41,042) | (50,000) |
| 380104 NONCASH REFUND OF PRIOR YR EXP | - | (135,551) | - | - | - | - |
| 380502 DISTRICT HEATING CHARGE | (72,943) | (54,398) | (52,031) | (55,000) | - | (55,000) |
| 380503 COURT FACILITY AID | (856,723) | (661,954) | (563,650) | (675,000) | (741,845) | (575,000) |
| 380505 SALT REIMBURSEMENT | (11,669) | (38,200) | (63,674) | (30,000) | (64,879) | (20,000) |
| 380508 GAS & PARTS REIMBURSEMENT | (158,833) | (187,918) | (192,603) | (183,700) | (136,607) | (190,000) |
| 380522 REIMBURSE GRAFFITI REMOVAL | (10) | - | - | - | - | - |
| 380523 PROCEEDS FROM LAND BANK | - | (3,335) | (2,509) | (2,000) | (19,592) | (2,000) |
| 388000 CASH RECEIPTS OVER & SHORT | - | - | - | - | 289,192 | - |
| 389001 MISCELLANEOUS | (1,202,394) | (240,876) | (1,826,698) | (952,805) | (2,402,024) | (1,511,817) |
| 389003 SALE OF LAND BLDG EQUIP | (106,590) | (111,171) | (175,401) | (115,000) | (219,710) | (260,000) |
| 389005 AUCTION SALES PVB | (474,285) | (590,158) | (374,726) | (510,000) | (318,966) | (407,500) |
| 392101 SALE OF LAND BLDG EQUP COMPTRL | (922,492) | (362,350) | (3,964,000) | (6,900,000) | (5,816,761) | (3,515,000) |
| 392102 SALE OF IN REM PROPERTY | (138,345) | (521,348) | (213,247) | (450,000) | (333,839) | (345,000) |
| 399910 COBRA ADMINISTRATIVE FEES | (2,101) | (709) | (2,231) | (1,500) | (3,160) | (2,520) |



City of Buffalo
Adopted Budget 2020-2021
General Fund

| | 2016-2017 Actual Amount | 2017-2018 Actual Amount | 2018-2019 Actual Amount | 2019-2020 Adopted Budget | 2019-2020 Year To Date 6/18/2020 | 2020-2021 Adopted Budget |
|---|---|---|---|---|---|---|
| **90  OPERATING TRANSFERS IN** | **(13,134,240)** | **(17,887,298)** | **(13,888,009)** | **(13,267,646)** | **(9,121,156)** | **(14,283,560)** |
| 391052 TRF FROM WATER BOARD | (6,261,162) | (6,574,220) | (6,902,931) | (7,248,078) | (7,248,078) | (7,610,482) |
| 391054 TRF FROM ENT FD PARKING | (6,200,000) | (10,600,000) | (6,312,000) | (5,346,490) | (1,200,000) | (6,000,000) |
| 391055 TRF FROM ENT FUND SOLID WASTE | (673,078) | (673,078) | (673,078) | (673,078) | (673,078) | (673,078) |
| 391060 TRF FROM INTERNAL SERV FUND | - | (40,000) | - | - | - | - |
| **96  OTHER FINANCING SOURCES** | **-** | **-** | **-** | **-** | **-** | **-** |
| **GRAND TOTAL** | **(461,963,283)** | **(471,272,201)** | **(491,701,913)** | **(508,682,837)** | **(357,882,756)** | **(519,550,544)** |



City of Buffalo
Adopted Budget 2020-2021
General Fund

| | 2016-2017 Actual Amount | 2017-2018 Actual Amount | 2018-2019 Actual Amount | 2019-2020 Adopted Budget | 2019-2020 Year To Date 6/18/2020 | 2020-2021 Adopted Budget |
|---|---|---|---|---|---|---|
| **02 TOTAL CITY CLERK** | **(823,090)** | **(806,854)** | **(843,169)** | **(833,325)** | **(734,603)** | **(825,900)** |
| 322500 MARRIAGE LICENSE | (15,233) | (14,760) | (16,298) | (17,000) | (13,298) | (17,000) |
| 322601 DOG LICENSE | (101,207) | (105,704) | (99,895) | (105,000) | (83,178) | (100,000) |
| 322602 CHICKEN LICENSE | (400) | (425) | (550) | (625) | (525) | (400) |
| 341109 PROCESSING FEE | (5) | (5) | - | - | - | - |
| 341200 COMMISSIONER OF DEEDS FEE | (5,500) | (1,100) | (4,220) | (1,500) | (1,300) | (4,000) |
| 341202 DOMESTIC PARTNERSHIP REGISTRY | (200) | (160) | (200) | (200) | (360) | (200) |
| 341302 REZONING APPLICATION FEE | (19,865) | (25,350) | (22,700) | (22,000) | (16,950) | (22,000) |
| 341401 COPY & PUBLICATION FEE | (2,082) | (1,430) | (1,602) | (5,500) | (1,058) | (1,500) |
| 345101 MARRIAGE CERTIFICATE | (43,830) | (43,280) | (48,750) | (47,000) | (43,240) | (47,000) |
| 345102 BIRTH CERTIFICATE | (311,695) | (303,030) | (324,750) | (310,000) | (263,640) | (310,000) |
| 345103 DEATH CERTIFICATE | (278,920) | (267,410) | (267,690) | (270,000) | (261,720) | (270,000) |
| 345104 VITAL STATISTIC SEARCH FEE | (3,019) | (6,582) | (18,428) | (15,000) | (12,777) | (15,000) |
| 345501 DOG POUND SEIZURE FEE | (16,135) | (13,075) | (14,305) | (14,000) | (13,382) | (14,000) |
| 345502 DOG POUND ANIMAL SALES | (11,470) | (12,840) | (13,150) | (13,000) | (12,960) | (13,000) |
| 348015 RENT | (8,625) | (7,075) | (4,225) | (5,500) | (4,300) | (5,500) |
| 389001 MISCELLANEOUS | (4,905) | (4,628) | (6,407) | (7,000) | (5,918) | (6,300) |
| **03 TOTAL MAYOR & EXECUTIVE** | **(2,606,087)** | **(2,390,544)** | **(6,761,043)** | **(10,209,403)** | **(7,928,794)** | **(2,501,777)** |
| 337301 CDBG BURA | - | - | - | - | - | (251,738) |
| 342502 SPECIAL EVENT FEE | (42,382) | (40,150) | (42,890) | (50,000) | (23,928) | (40,000) |
| 348015 RENT | (45,589) | (45,589) | (45,589) | (45,589) | (45,589) | (45,589) |
| 363020 NON PUBLIC USE PROPERTY RENT | (660,037) | (578,595) | (634,250) | (639,047) | (557,088) | (533,950) |
| 363021 IN REM PROPERTY RENTAL | (16,797) | (31,591) | (25,700) | (11,100) | (22,200) | (7,500) |
| 363024 ARENA GROUND RENT | (500,000) | (566,750) | (767,000) | (782,000) | (767,000) | (779,000) |
| 365003 GIFTS AND DONATIONS | - | - | (763,967) | (1,248,667) | (117,500) | (332,000) |
| 380522 REIMBURSE GRAFFITI REMOVAL | (10) | - | - | - | - | - |
| 380523 PROCEEDS FROM LAND BANK | - | (3,335) | (2,509) | (2,000) | (19,592) | (2,000) |
| 389001 MISCELLANEOUS | (280,436) | (240,837) | (301,891) | (81,000) | (225,296) | (150,000) |
| 392101 SALE OF LAND BLDG EQUP COMPTRL | (922,492) | (362,350) | (3,964,000) | (6,900,000) | (5,816,761) | (15,000) |
| 392102 SALE OF IN REM PROPERTY | (138,345) | (521,348) | (213,247) | (450,000) | (333,839) | (345,000) |
| **04 TOTAL AUDIT & CONTROL** | **(929,821)** | **(1,189,484)** | **(2,200,116)** | **(1,751,354)** | **(1,338,436)** | **(1,551,353)** |
| 340000 CHARGES FOR SERVICES | (55,539) | (56,650) | (57,783) | (58,939) | (58,938) | (58,938) |
| 341120 SERVICES TO BSA | (251,620) | (251,620) | (251,620) | (251,620) | (125,810) | (251,620) |
| 361001 INTEREST INVESTMENTS | (621,773) | (880,448) | (1,888,882) | (1,200,000) | (1,416,636) | (1,000,000) |
| 361003 INTEREST DEMAND DEPOSIT ACCT | (254) | (666) | (1,830) | - | (2,040) | - |
| 361005 INT INVEST-BOE SPECIAL RESERVE | 25 | - | - | - | (22,798) | - |
| 380101 GRANT REIMBURSEMENT | - | - | - | (240,795) | - | (240,795) |
| 388000 CASH RECEIPTS OVER & SHORT | - | - | - | - | 289,192 | - |
| 389001 MISCELLANEOUS | (660) | (100) | - | - | (1,406) | - |
| **05 TOTAL LAW** | **(451,049)** | **(541,933)** | **(577,853)** | **(521,770)** | **(201,430)** | **(579,970)** |
| 340000 CHARGES FOR SERVICES | (10,161) | (16,062) | (13,702) | (11,000) | (9,720) | (18,000) |
| 341105 APPEAL FEE | (470) | (740) | (630) | (900) | (360) | (600) |



City of Buffalo
Adopted Budget 2020-2021
General Fund

| | 2016-2017 Actual Amount | 2017-2018 Actual Amount | 2018-2019 Actual Amount | 2019-2020 Adopted Budget | 2019-2020 Year To Date 6/18/2020 | 2020-2021 Adopted Budget |
|---|---|---|---|---|---|---|
| **05 TOTAL LAW** | **(451,049)** | **(541,933)** | **(577,853)** | **(521,770)** | **(201,430)** | **(579,970)** |
| 341120 SERVICES TO BSA | (119,370) | (119,370) | (146,370) | (119,370) | (68,685) | (146,370) |
| 341140 SERVICES TO BOE | (87,126) | (118,439) | - | (90,000) | 48,980 | (90,000) |
| 351302 UNLICENSED DOG FINE | (640) | (550) | (575) | (500) | (2,275) | (5,000) |
| 365003 GIFTS AND DONATIONS | - | - | - | - | (20,000) | (20,000) |
| 379001 LEGAL SETTLEMENTS | (209,597) | (286,237) | (416,411) | (300,000) | (149,006) | (300,000) |
| 389001 MISCELLANEOUS | (23,685) | (534) | (165) | | (364) | - |
| **06 TOTAL ASSESSMENT** | **(1,277,525)** | **(1,085,197)** | **(1,477,811)** | **(1,316,350)** | **(835,295)** | **(901,350)** |
| 341108 FORCLOSURE FEE | (669,240) | (659,292) | (696,645) | (750,000) | (463,665) | (450,000) |
| 341111 IN REM SALE ADMINISTATVE CHGS | (3,130) | (3,000) | (121,599) | (125,000) | (20,635) | (10,000) |
| 341120 SERVICES TO BSA | (361,350) | (361,350) | (480,735) | (361,350) | (220,470) | (361,350) |
| 341401 COPY & PUBLICATION FEE | (4,843) | (4,402) | (6,333) | (5,000) | (10,110) | (5,000) |
| 389001 MISCELLANEOUS | (238,962) | (57,154) | (172,499) | (75,000) | (120,416) | (75,000) |
| **08 TOTAL MANAGEMENT INFORMATION SYSTEMS** | **(580,850)** | **(703,909)** | **(703,909)** | **(703,909)** | **(290,425)** | **(580,850)** |
| 341120 SERVICES TO BSA | (580,850) | (580,850) | (580,850) | (580,850) | (290,425) | (580,850) |
| 365003 GIFTS AND DONATIONS | - | (123,059) | (123,059) | (123,059) | - | - |
| **14 TOTAL PARKING ENFORCEMNT** | **(12,958,500)** | **(13,886,420)** | **(14,646,374)** | **(17,086,160)** | **(12,204,154)** | **(16,652,460)** |
| 335500 PARKING TAG SURCHARGE REFUND | (3,205,446) | (2,638,925) | (2,606,038) | (2,990,000) | (1,963,765) | (2,990,000) |
| 340000 CHARGES FOR SERVICES | (75) | - | - | - | - | - |
| 341103 SCOFFLAW RELEASE FEE | (82,901) | (70,868) | (73,036) | (85,000) | (42,023) | (72,000) |
| 341104 TOWING AND STORAGE FEE | (1,140,166) | (1,189,732) | (1,347,569) | (1,610,000) | (1,361,291) | (1,600,000) |
| 341105 APPEAL FEE | (770) | (890) | (1,335) | (1,200) | (1,080) | (1,200) |
| 341401 COPY & PUBLICATION FEE | (20) | - | (20) | - | (10) | - |
| 342501 ON STREET PARKING METER FEE | (2,288,144) | (2,388,761) | (2,903,682) | (4,009,960) | (2,999,729) | (3,501,760) |
| 351300 PARKING TAG FINES & PENALTIES | (5,784,082) | (7,044,843) | (7,232,244) | (7,900,000) | (5,329,444) | (7,900,000) |
| 351303 BOOT REMOVAL PROGRAM | (7,640) | (6,345) | (10,382) | (10,000) | (9,225) | (12,500) |
| 379003 DAMAGE TO PROPERTY | (150) | - | - | - | - | - |
| 389001 MISCELLANEOUS | (150) | (68) | (2,101) | - | (1,920) | - |
| 389003 SALE OF LAND BLDG EQUIP | (69,434) | (81,478) | (128,089) | (80,000) | (205,419) | (225,000) |
| 389005 AUCTION SALES PVB | (379,522) | (464,510) | (341,878) | (400,000) | (290,248) | (350,000) |
| **15 TOTAL ADMIN & FIN TREASURY** | **(711,844)** | **(753,060)** | **(833,708)** | **(441,320)** | **(350,599)** | **(500,540)** |
| 340000 CHARGES FOR SERVICES | (32,634) | (49,658) | (47,048) | (40,000) | (26,754) | (48,000) |
| 341102 GARNISHEE FILING FEE | (14) | (16) | (38) | - | (22) | (20) |
| 341106 NON SUFFICIENT FUNDS FEE | (17,503) | (16,746) | (18,023) | (21,000) | (12,329) | (21,000) |
| 341107 COLLECTION PROCESSING CHARGE | (127,641) | (124,137) | (128,217) | (125,500) | (82,422) | (125,500) |
| 341110 WEB PAYMENT FEE | (275,076) | (299,983) | (322,316) | - | (99,695) | (100,000) |
| 341120 SERVICES TO BSA | (184,170) | (184,170) | (184,170) | (184,170) | (92,085) | (184,170) |
| 341401 COPY & PUBLICATION FEE | (1,243) | (735) | (840) | (650) | (993) | (850) |
| 380102 LOCK BOX CHARGE REIMBURSEMT | (73,563) | (77,614) | (103,404) | (70,000) | (5,089) | (21,000) |
| 389001 MISCELLANEOUS | - | - | (29,651) | - | (31,210) | - |
| **16 TOTAL DIVISION OF COLLECTIONS** | **-** | **-** | **(10)** | **-** | **-** | **-** |
| 341107 COLLECTION PROCESSING CHARGE | - | - | (10) | - | - | - |



City of Buffalo
Adopted Budget 2020-2021
General Fund

| | 2016-2017 Actual Amount | 2017-2018 Actual Amount | 2018-2019 Actual Amount | 2019-2020 Adopted Budget | 2019-2020 Year To Date 6/18/2020 | 2020-2021 Adopted Budget |
|---|---|---|---|---|---|---|
| **17 TOTAL DIVISION OF PURCHASE** | **(325,209)** | **(392,114)** | **(356,049)** | **(395,200)** | **(264,256)** | **(352,000)** |
| 321305 GM WARRANTY REIMBURSEMENTS | (1,620) | - | - | - | - | - |
| 340000 CHARGES FOR SERVICES | (35,644) | (66,920) | (85,378) | (75,000) | (66,135) | (75,000) |
| 380508 GAS & PARTS REIMBURSEMENT | (158,833) | (187,918) | (192,603) | (183,700) | (136,607) | (190,000) |
| 389001 MISCELLANEOUS | (1,687) | (15,945) | (4,683) | (1,500) | (22,866) | (2,000) |
| 389003 SALE OF LAND BLDG EQUIP | (37,156) | (29,616) | (47,225) | (35,000) | (14,231) | (35,000) |
| 389005 AUCTION SALES PVB | (90,269) | (91,716) | (26,160) | (100,000) | (24,417) | (50,000) |
| **20 TOTAL POLICE** | **(2,467,071)** | **(2,329,666)** | **(1,801,555)** | **(3,076,000)** | **(1,491,876)** | **(2,420,500)** |
| 331000 MISCELLANEOUS FEDERAL REVENUE | (46,313) | (7,452) | - | (10,000) | - | - |
| 334000 MISCELLANEOUS NYS REVENUE | - | - | - | - | (48,139) | - |
| 338103 STOP DWI | (82,677) | (76,829) | - | (75,000) | 9,384 | (75,000) |
| 340000 CHARGES FOR SERVICES | (1,187,396) | (1,553,571) | (1,191,669) | (1,140,000) | (733,026) | (500,000) |
| 341401 COPY & PUBLICATION FEE | (58,817) | (55,247) | (52,407) | (55,000) | (38,435) | (55,000) |
| 342103 FUNERAL ESCORT FEE | (2,500) | (2,850) | (3,150) | (4,000) | (2,650) | (3,000) |
| 342300 CRIMINAL PROCESSING CNTY | (975) | - | - | - | - | - |
| 342502 SPECIAL EVENT FEE | (152,978) | (124,535) | (206,354) | (300,000) | (180,505) | (275,000) |
| 351301 FINES & PENALTIES | (545,042) | (371,255) | (238,665) | (500,000) | (201,649) | (300,000) |
| 364000 DEPOSIT OF UNCLAIMED PROPERTY | (200,000) | (100,000) | (100,000) | (100,000) | (100,000) | (200,000) |
| 380101 GRANT REIMBURSEMENT | - | - | 257 | (877,000) | (191,475) | (1,001,000) |
| 389001 MISCELLANEOUS | (185,878) | (3,996) | (2,878) | (5,000) | (1,081) | (4,000) |
| 389005 AUCTION SALES PVB | (4,494) | (33,932) | (6,688) | (10,000) | (4,301) | (7,500) |
| **21 TOTAL FIRE** | **(1,142,208)** | **(1,343,286)** | **(1,362,902)** | **(1,283,358)** | **(453,914)** | **(4,565,964)** |
| 316300 FOREIGN FIRE INSURANCE | (650,392) | (729,318) | (731,222) | (700,000) | - | (730,000) |
| 321304 FRANCHISE FEE EMERGENCY SERV | (451,815) | (463,601) | (470,555) | (475,850) | (358,211) | (477,614) |
| 322110 TENT PERMIT FEE | (2,875) | (11,580) | (12,350) | (8,000) | (4,485) | (8,000) |
| 322111 PROPANE PERMIT FEE | (3,225) | (6,475) | (8,525) | (8,000) | (5,575) | (8,000) |
| 340000 CHARGES FOR SERVICES | - | (27,730) | (500) | - | - | - |
| 341401 COPY & PUBLICATION FEE | (20,085) | (5,904) | (2,622) | (4,000) | (2,560) | (3,000) |
| 342201 HAZARDOUS MATERIAL CLEANUP FEE | (9,911) | (5,515) | (2,070) | (4,000) | - | (2,000) |
| 342203 FIRE APPARATUS SERVICES FEE | (195) | (11,500) | - | (2,500) | - | - |
| 342204 EMS TRAINING & MISC | (3,000) | (14,400) | (49,500) | (40,000) | (28,200) | (18,000) |
| 342409 FOSTER HOME INSPECTIONS | (50) | (500) | (425) | (300) | (125) | (300) |
| 351301 FINES & PENALTIES | (600) | (1,000) | (1,450) | (500) | (200) | (200) |
| 351307 FIRE SAFETY INSPECTIONS | - | - | (16,051) | (15,133) | (24,249) | (25,000) |
| 379003 DAMAGE TO PROPERTY | - | (65,698) | (67,356) | (25,000) | (16,257) | (25,000) |
| 380101 GRANT REIMBURSEMENT | - | - | - | - | (14,032) | (3,268,800) |
| 389001 MISCELLANEOUS | (60) | (65) | (275) | (75) | (20) | (50) |
| **25 TOTAL DEPARTMENT OF HUMAN RESOURCES** | **(1,387,866)** | **(2,663,940)** | **(2,901,423)** | **(2,905,180)** | **(2,985,858)** | **(3,105,850)** |
| 337306 MEDICARE D REIMBURSEMENT | (1,232,080) | (2,434,133) | (2,685,945) | (2,750,000) | (2,914,227) | (2,939,000) |
| 341120 SERVICES TO BSA | (92,630) | (92,630) | (91,745) | (92,630) | (46,020) | (92,630) |
| 341140 SERVICES TO BOE | (8,719) | (43,553) | (41,189) | (36,000) | - | (36,000) |
| 341501 EXAMINATION FEE | (18,457) | (87,405) | (69,868) | (15,000) | (12,250) | (15,000) |



City of Buffalo
Adopted Budget 2020-2021
General Fund

| | 2016-2017 Actual Amount | 2017-2018 Actual Amount | 2018-2019 Actual Amount | 2019-2020 Adopted Budget | 2019-2020 Year To Date 6/18/2020 | 2020-2021 Adopted Budget |
|---|---|---|---|---|---|---|
| **25 TOTAL DEPARTMENT OF HUMAN RESOURCES** | **(1,387,866)** | **(2,663,940)** | **(2,901,423)** | **(2,905,180)** | **(2,985,858)** | **(3,105,850)** |
| 365003 GIFTS AND DONATIONS | (33,843) | (5,175) | (10,333) | (10,000) | - | (10,500) |
| 389001 MISCELLANEOUS | (36) | (335) | (111) | (50) | (10,200) | (10,200) |
| 399910 COBRA ADMINISTRATIVE FEES | (2,101) | (709) | (2,231) | (1,500) | (3,160) | (2,520) |
| **31 TOTAL DIVISION OF ENGINEERING** | **(1,484,358)** | **(1,280,832)** | **(1,483,670)** | **(2,107,700)** | **(967,099)** | **(1,143,150)** |
| 322101 STREET PERMIT | (152,121) | (105,651) | (150,566) | (344,000) | (126,886) | (150,000) |
| 322104 ENCROACHMENT PERMIT | (157,052) | (185,240) | (124,491) | (150,000) | (222,914) | (150,000) |
| 322201 VEHICLE LIMIT PERMIT | (36,851) | (61,817) | (35,072) | (60,000) | (25,396) | (35,000) |
| 340000 CHARGES FOR SERVICES | (69,986) | (12,230) | (36,612) | (90,000) | (7,734) | (30,000) |
| 341401 COPY & PUBLICATION FEE | (2,505) | (630) | (630) | (500) | (75) | (150) |
| 341404 USE OF ENGINEERING PLANS FEE | (33,563) | (15,347) | (21,416) | (25,000) | (13,282) | (20,000) |
| 342402 INSPECTION FEE | (6,332) | (3,928) | (6,390) | (5,700) | (1,907) | (5,000) |
| 342403 PUBLIC UTILITY INSPECTION FEE | (668,415) | (468,270) | (536,580) | (930,000) | (415,305) | (525,000) |
| 342502 SPECIAL EVENT FEE | (15,367) | (19,682) | (15,954) | (12,000) | (9,674) | (12,000) |
| 343002 STREET REPAIR PERMIT | (65,353) | (73,138) | (49,544) | (65,000) | (58,932) | (65,000) |
| 363023 MARINA RENT | (224,399) | (172,618) | (109,408) | (175,000) | (40,432) | - |
| 379003 DAMAGE TO PROPERTY | (52,130) | (147,559) | (395,797) | (250,000) | (43,519) | (150,000) |
| 389001 MISCELLANEOUS | (285) | (14,722) | (1,210) | (500) | (1,043) | (1,000) |
| **32 TOTAL DIVISION OF BUILDINGS** | **(990,858)** | **(767,036)** | **(753,085)** | **(951,875)** | **(821,378)** | **(751,025)** |
| 342508 BOARD UP CHARGES | (12,066) | (6,302) | (91,315) | (168,000) | (54,048) | (75,000) |
| 348015 RENT | (44,702) | (43,706) | (44,202) | (53,275) | (24,775) | (45,425) |
| 380502 DISTRICT HEATING CHARGE | (72,943) | (54,398) | (52,031) | (55,000) | - | (55,000) |
| 380503 COURT FACILITY AID | (856,723) | (661,954) | (563,650) | (675,000) | (741,845) | (575,000) |
| 389001 MISCELLANEOUS | (4,425) | (600) | (1,800) | (600) | (650) | (600) |
| 389003 SALE OF LAND BLDG EQUIP | - | (78) | (87) | - | (60) | - |
| **33 TOTAL TELECOMM UTILITIES/FRANCHISES** | **(84,946)** | **(208,902)** | **(21,999)** | **(102,000)** | **(141,698)** | **(124,000)** |
| 318200 CABLE FRANCHISE TAX | (82,737) | (83,634) | (78,930) | (82,000) | (78,228) | (80,000) |
| 389001 MISCELLANEOUS | (2,208) | (125,269) | 56,932 | (20,000) | (63,470) | (44,000) |
| **41 TOTAL H SERV PARKS & REC PARKS** | **(153,871)** | **(160,711)** | **(147,686)** | **(155,500)** | **(64,131)** | **(298,167)** |
| 342502 SPECIAL EVENT FEE | (32,805) | (29,810) | (43,865) | (31,000) | (14,486) | (10,000) |
| 347806 BALL DIAMOND & FIELD FEE | (96,325) | (102,095) | (80,870) | (100,000) | (32,130) | (55,000) |
| 363022 PARK & RECREATION RENT | (24,257) | (27,125) | (22,951) | (22,500) | (17,370) | (16,000) |
| 379003 DAMAGE TO PROPERTY | (484) | (1,681) | - | (2,000) | (145) | (500) |
| 389001 MISCELLANEOUS | - | - | - | - | - | (216,667) |
| **42 TOTAL H SERV PARKS & REC RECREATION** | **(93,641)** | **(103,982)** | **(87,626)** | **(95,000)** | **(80,536)** | **(85,996)** |
| 347200 SWIMMING POOL FEE | (36,191) | (34,832) | (29,776) | (35,000) | (24,619) | (30,000) |
| 347805 ICE RINK PERMIT | (50,000) | (62,500) | (55,000) | (55,000) | (55,917) | (54,996) |
| 389001 MISCELLANEOUS | (7,450) | (6,650) | (2,850) | (5,000) | - | (1,000) |
| **50 TOTAL STREET SANITATION** | **(184,153)** | **(199,535)** | **(223,655)** | **(41,200)** | **(220,829)** | **(31,200)** |
| 344301 REMOVING OBSTRUCTION CHARGE | 210 | (12,390) | (17,430) | (10,000) | (6,300) | (10,000) |
| 351301 FINES & PENALTIES | (170,794) | (146,246) | (142,551) | (1,200) | (149,650) | (1,200) |
| 380505 SALT REIMBURSEMENT | (11,669) | (38,200) | (63,674) | (30,000) | (64,879) | (20,000) |
| 389001 MISCELLANEOUS | (1,900) | (2,700) | - | - | - | - |



City of Buffalo
Adopted Budget 2020-2021
General Fund

| | 2016-2017 Actual Amount | 2017-2018 Actual Amount | 2018-2019 Actual Amount | 2019-2020 Adopted Budget | 2019-2020 Year To Date 6/18/2020 | 2020-2021 Adopted Budget |
|---|---|---|---|---|---|---|
| **52 TOTAL ANIMAL SHELTER** | **(130,410)** | **(142,582)** | **(144,108)** | **(152,000)** | **(139,767)** | **(142,800)** |
| 341160 SERVICES TO ERIE COUNTY | (3,825) | (2,475) | (2,775) | (3,000) | (1,950) | (2,800) |
| 345503 ADPT ANIMALS- UNCLAIMED DEP | (54,904) | (63,296) | (69,231) | (73,000) | (65,356) | (70,000) |
| 345504 ANIMAL SHOTS & VACCINES | (54,427) | (60,094) | (64,062) | (60,000) | (66,804) | (60,000) |
| 365003 GIFTS AND DONATIONS | (17,255) | (16,718) | (8,041) | (16,000) | (5,658) | (10,000) |
| **55 TOTAL DEPT OF COMMUNITY SERVICES** | **(123,886)** | **(141,091)** | **(135,674)** | **(125,000)** | **(170,034)** | **(131,000)** |
| 331000 MISCELLANEOUS FEDERAL REVENUE | (4,118) | (17,631) | (10,000) | - | (15,000) | - |
| 337001 J T P A P I C | (116,606) | (119,256) | (121,724) | (121,000) | (89,679) | (126,000) |
| 345601 NUTRITION FOR THE ELDERLY | (3,163) | (4,205) | (3,949) | (4,000) | (4,615) | (5,000) |
| 380101 GRANT REIMBURSEMENT | - | - | - | - | (60,740) | - |
| **65 TOTAL PERMIT & INSPECTION SERVICES** | **(5,575,111)** | **(6,241,863)** | **(7,132,288)** | **(10,596,400)** | **(6,140,642)** | **(7,378,950)** |
| 321201 LODGING HOUSE LICENSE | (16,638) | (18,230) | (18,723) | (19,500) | (22,770) | (19,500) |
| 321202 MARKET GROUP LICENSE | (51,783) | (53,205) | (84,945) | (94,360) | (68,675) | (85,000) |
| 321301 CERTIFICATES OF INSPECTION FEE | (14,602) | (15,716) | (21,600) | (27,000) | (21,631) | (27,000) |
| 321302 FLAMMABLE LIQUID LICENSE | (1,496) | (1,507) | (4,250) | (4,500) | (4,750) | (4,500) |
| 321303 SMOKE ABATEMENT GROUP LICENSE | (125,754) | (147,984) | (142,074) | (155,000) | (127,546) | (145,000) |
| 321304 FRANCHISE FEE EMERGENCY SERV | (4,935) | - | - | (15,000) | - | (15,000) |
| 321601 PLUMBER LICENSE | (56,873) | (55,796) | (59,434) | (60,000) | (55,111) | (60,000) |
| 321602 ELECTRICIAN LICENSE | (1,285) | (40,860) | (4,660) | (46,000) | (39,990) | (5,000) |
| 321603 HEATING CONTRACTOR LICENSE | (20,176) | (35,391) | (46,550) | (39,000) | (46,400) | (45,000) |
| 321604 HOME IMPROVEMENT LICENSE | (579,404) | (608,750) | (757,593) | (850,000) | (736,780) | (850,000) |
| 321605 CONSUMER ELECTRONICS LICENSE | (315) | (263) | (375) | (210) | (225) | (200) |
| 321607 STATIONARY ENGINEER LICENSE | (61,505) | (88,389) | (87,993) | (71,300) | (69,492) | (71,300) |
| 321608 PARKING LOT LICENSE | (26,020) | (43,180) | (34,475) | (48,300) | (44,750) | (50,000) |
| 321609 BAKER & CONFECTIONER LICENSE | (2,163) | (2,541) | (3,830) | (3,500) | (2,670) | (3,500) |
| 321610 RESTAURANT LICENSE | (106,712) | (100,345) | (134,670) | (130,000) | (122,215) | (135,000) |
| 321611 RESTAURANT DANCE LICENSE | (8,689) | (9,056) | (11,909) | (11,000) | (10,350) | (11,000) |
| 321612 VENDING MACHINE LICENSE | (17,488) | (17,777) | (27,175) | (18,400) | (17,650) | (19,000) |
| 321613 BOWLING ALLEY LICENSE | (2,772) | (2,205) | (2,520) | (3,000) | (2,030) | (2,500) |
| 321614 SECOND HAND DEALER LICENSE | (78,441) | (61,065) | (85,286) | (70,000) | (56,295) | (70,000) |
| 321617 LIVERY & TAXICAB LICENSE | (19,195) | (4,424) | (1,676) | (4,500) | (263) | (200) |
| 321618 FIRE PREVENTION EXPLOS LICENSE | (54,528) | (51,436) | (92,579) | (110,000) | (89,865) | (100,000) |
| 321619 ELEVATOR INSPECT/INSTALL LIC | (420) | (5,460) | (840) | (5,500) | (5,040) | (1,000) |
| 321701 AMUSEMENT GROUP LICENSE | (59,245) | (58,436) | (74,500) | (65,000) | (58,853) | (68,000) |
| 321702 BINGO GROUP LICENSE | (34,094) | (31,564) | (25,488) | (28,000) | (21,154) | (28,000) |
| 321703 GAMES OF CHANCE LICENSE | (45) | (9,651) | (10,700) | (11,000) | (11,816) | (9,000) |
| 321800 BUSINESS LICENSE OTHER | (210,556) | (214,611) | (249,945) | (235,750) | (205,875) | (235,750) |
| 322102 SIGN GROUP LICENSE | (12,973) | (15,577) | (14,667) | (14,000) | (10,342) | (14,000) |



City of Buffalo
Adopted Budget 2020-2021
General Fund

| | 2016-2017 Actual Amount | 2017-2018 Actual Amount | 2018-2019 Actual Amount | 2019-2020 Adopted Budget | 2019-2020 Year To Date 6/18/2020 | 2020-2021 Adopted Budget |
|---|---|---|---|---|---|---|
| **65 TOTAL PERMIT & INSPECTION SERVICES** | **(5,575,111)** | **(6,241,863)** | **(7,132,288)** | **(10,596,400)** | **(6,140,642)** | **(7,378,950)** |
| 322103 ELEVATR ESCALTR PERMIT HOUSENF | (58,303) | (53,108) | (88,427) | (87,000) | (103,468) | (89,000) |
| 322104 ENCROACHMENT PERMIT | (46,667) | (49,777) | (76,161) | (52,000) | (42,845) | (52,000) |
| 322106 BUILDING PERMIT | (1,736,745) | (1,842,036) | (1,970,706) | (2,137,500) | (1,499,083) | (1,700,000) |
| 322107 ELECTRICAL PERMIT | (312,315) | (303,681) | (286,997) | (310,000) | (298,562) | (310,000) |
| 322108 PLUMBING PERMIT | (182,782) | (274,987) | (283,909) | (250,000) | (312,187) | (250,000) |
| 322300 TAXICAB DRIVER LICENSE | (46,756) | (38,699) | (23,755) | (16,000) | (10,840) | (8,000) |
| 322301 TAXICAB BUSINESSLICNSE HOUSENF | (86,616) | (40,998) | (23,568) | (28,750) | (5,838) | (5,000) |
| 337301 CDBG BURA | - | - | - | (128,000) | | (103,200) |
| 341301 ZONING APPEALS FEE | (16,450) | (22,980) | (19,525) | (20,000) | (12,400) | (20,000) |
| 341303 MULTIPLE DWELLING REGISTRATION | (2,620) | (2,780) | (4,940) | (3,500) | (5,000) | (3,500) |
| 341304 MULTIPLE DWELL FEE | (50,065) | (65,370) | (257,390) | (75,000) | (154,340) | (75,000) |
| 341305 RENTL DWELLING UNIT REGISTRATN | (525,235) | (912,040) | (1,043,750) | (3,747,000) | (949,862) | (1,800,000) |
| 341401 COPY & PUBLICATION FEE | (216) | (144) | (231) | (250) | (330) | (300) |
| 342101 ALARM SYSTEM FEE | (171,838) | (191,370) | (165,850) | (190,000) | (149,030) | (165,000) |
| 342102 EXCESSIVE CALL BACK FEE | (120) | (9,336) | (5,844) | (4,500) | (2,850) | (4,500) |
| 342401 BUILDING APPLICATION FEE | (336,802) | (416,341) | (492,122) | (415,000) | (379,937) | (425,000) |
| 342405 ELEVATOR INSPECTION FEE | (35,924) | (24,742) | (25,412) | (25,000) | (24,215) | (25,000) |
| 342503 DEMOLITION CHARGE | (166,751) | (40,007) | (32,794) | (50,000) | (46,940) | (50,000) |
| 342504 ADMIN SURCHARGE | (40,646) | (43,368) | (29,383) | (30,000) | (63,137) | (30,000) |
| 351301 FINES & PENALTIES | (156,517) | (216,683) | (302,473) | (885,000) | (227,244) | (188,000) |
| 389001 MISCELLANEOUS | (33,636) | - | (596) | (2,080) | - | (1,000) |
| **70 TOTAL GENERAL CITY REVENUES** | **(427,480,928)** | **(433,939,258)** | **(447,106,203)** | **(453,832,833)** | **(320,057,002)** | **(474,925,742)** |
| 311100 REAL PROPERTY TAX LEVY | (126,886,432) | (130,539,085) | (137,520,219) | (139,465,000) | (140,526,547) | (139,971,280) |
| 312000 OCCUPANCY TAX | (2,510) | (2,644) | (3,217) | (2,000) | (2,318) | (2,000) |
| 316100 CLASS II UTILITY TAX | (9,590) | (9,583) | (1,212) | (10,000) | (256) | - |
| 316200 CLASS I UTILITY TAX | (8,289,705) | (7,738,818) | (9,577,622) | (8,000,000) | (5,990,809) | (8,000,000) |
| 318200 CABLE FRANCHISE TAX | (2,741,579) | (2,927,318) | (2,952,756) | (2,900,000) | (2,192,068) | (2,900,000) |
| 319110 INTEREST & PENALTY TAX CURR | (2,182,378) | (2,107,257) | (975,234) | (2,100,000) | (691,504) | (1,000,000) |
| 319111 INTEREST & PENALTY TAX DELINQ | (1,494,091) | (1,354,903) | (1,522,382) | (1,672,000) | (1,131,715) | (1,200,000) |
| 331000 MISCELLANEOUS FEDERAL REVENUE | - | - | - | - | - | (1,500,000) |
| 331003 FEDERAL DISASTER RELIEF | - | - | - | - | - | (65,082,569) |
| 335006 SPECIAL STATE AID GNRCTY | (161,285,233) | (161,285,233) | (161,285,233) | (161,285,233) | (62,923,363) | (129,028,186) |
| 335009 NYS AID INCENTIVE TO MUNICIPAL | - | (242,519) | | - | - | - |
| 335101 MORTGAGE TAX | (3,893,050) | (3,471,933) | (3,889,909) | (3,900,000) | (2,010,559) | (3,900,000) |
| 335102 STAR PROGRAM | (11,707,646) | (10,474,626) | (9,455,742) | (8,400,000) | (8,674,414) | (7,893,720) |
| 335221 TRIBAL COMPACT AGREEMENT | (3,439,330) | - | (7,500,000) | (11,000,000) | - | (11,000,000) |
| 335222 ECHDC RENTAL PMT/CONCESSIONS | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) |
| 335500 PARKING TAG SURCHARGE REFUND | (2,295) | (2,480) | (1,890) | (2,500) | (330) | (2,500) |
| 337430 DONATIONS FROM BURA | (19,444) | (206,816) | - | - | (432,787) | - |
| 338001 WESTERN REGION OFFTRACK BETING | (284,695) | (226,125) | (282,295) | (220,000) | (147,161) | (260,000) |
| 338101 ERIE COUNTY SALES TAX | (81,801,331) | (84,897,188) | (87,485,150) | (89,800,000) | (75,135,658) | (71,440,000) |
| 339001 PAYMENT IN LIEU OF TAXES | (3,142,253) | (3,480,625) | (3,344,460) | (3,112,403) | (5,229,801) | (3,223,897) |



City of Buffalo
Adopted Budget 2020-2021
General Fund

| | 2016-2017 Actual Amount | 2017-2018 Actual Amount | 2018-2019 Actual Amount | 2019-2020 Adopted Budget | 2019-2020 Year To Date 6/18/2020 | 2020-2021 Adopted Budget |
|---|---|---|---|---|---|---|
| **70 TOTAL GENERAL CITY REVENUES** | **(427,480,928)** | **(433,939,258)** | **(447,106,203)** | **(453,832,833)** | **(320,057,002)** | **(474,925,742)** |
| 339002 REV SHARING NFTA/PEACE BRIDGE | (488,576) | (517,406) | (556,063) | (488,562) | (170,388) | (340,775) |
| 341120 SERVICES TO BSA | (1,800,000) | (1,800,000) | (1,654,500) | (1,800,000) | (851,500) | (1,800,000) |
| 341130 SERVICES TO BMHA | - | (106,498) | - | - | - | - |
| 343001 MAINTENANCE ARTERIAL HIGHWAYS | (84,745) | - | (338,978) | (169,489) | (254,234) | (254,230) |
| 347801 ENTERTAINMENT TICKET FEE | (1,965) | (2,626) | (3,117) | (752,000) | - | (3,000) |
| 351101 TRAFFIC VIOLATION FINES | (3,993,940) | (3,003,992) | (2,883,600) | (3,300,000) | (2,189,927) | (4,500,000) |
| 351103 SCH ZN CAM | - | - | - | (400,000) | (50) | (2,300,000) |
| 351110 COURT REVENUE COURT FINE | (126,797) | (176,689) | (223,715) | (740,000) | (215,352) | (275,000) |
| 351112 COURT REVENUE ESTREATED BAIL | (9,995) | - | (97) | (1,000) | - | (25) |
| 379002 INSURANCE RECOVERY | (11,348) | (94,977) | (101,513) | (75,000) | (58,530) | (75,000) |
| 380103 CASH REFUND OF PRIOR YRS EXPEN | (92,798) | (1,338,503) | (134,975) | (75,000) | (41,042) | (50,000) |
| 380104 NONCASH REFUND OF PRIOR YR EXP | - | (135,551) | - | - | - | - |
| 380518 REIMBURSEMENT-UTILITY MGT FEE | (113,932) | (116,289) | (142,800) | (115,000) | (124,368) | (115,000) |
| 389001 MISCELLANEOUS | (416,031) | 232,727 | (1,356,512) | (755,000) | (1,916,165) | (1,000,000) |
| 391052 TRF FROM WATER BOARD | (6,261,162) | (6,574,220) | (6,902,931) | (7,248,078) | (7,248,078) | (7,610,482) |
| 391054 TRF FROM ENT FD PARKING | (6,200,000) | (10,600,000) | (6,312,000) | (5,346,490) | (1,200,000) | (6,000,000) |
| 391055 TRF FROM ENT FUND SOLID WASTE | (673,078) | (673,078) | (673,078) | (673,078) | (673,078) | (673,078) |
| 391060 TRF FROM INTERNAL SERV FUND | - | (40,000) | - | - | - | - |
| 392101 SALE OF LAND BLDG EQUP COMPTRL | - | - | - | - | - | (3,500,000) |
| **GRAND TOTAL** | **(461,963,283)** | **(471,272,201)** | **(491,701,913)** | **(508,682,837)** | **(357,882,756)** | **(519,550,544)** |