# EXHIBIT F

JUSTIN TEDESCO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------
BLACK LOVE RESISTS IN THE RUST by and through
MARIELLE SHAVONNE SMITH and CHARIS HUMPHREY
on behalf of its members, SHAKETA REDDEN,
DORETHEA FRANKLIN, TANIQUA SIMMONS, DE'JON HALL,
JOSEPH BONDS, CHARLES PALMER, SHIRLEY SARMIENTO,
EBONY YELDON, and JANE DOE,
individually and on behalf of a class of all
others similarly situated,

                              Plaintiffs,

    -vs-


CITY OF BUFFALO, N.Y., BYRON B. BROWN,
Mayor of the City of Buffalo, in his individual and
official capacities,
BYRON C. LOCKWOOD, Commissioner of the
Buffalo Police Department, in his individual
and official capacities,
DANIEL DERENDA, former Commissioner of the
Buffalo Police Department, in his individual capacity,
AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI,
ROBBIN THOMAS,
UNKNOWN SUPERVISORY PERSONNEL 1-10,
UNKNOWN OFFICERS 1-20, each officers of the
Buffalo Police Department,
in their individual capacities,

                              Defendants.
---------------------------------------------------------

Remote Examination Before Trial of JUSTIN TEDESCO, taken pursuant to the Federal Rules of Civil Procedure, at SUE ANN SIMONIN COURT REPORTING, 421 Franklin Street, Buffalo, New York, taken on July 11, 2023, commencing at 9:35 A.M., before NICHOLE WINANS, Notary Public.

188

| | | |
|---|---|---|
| 1 | | biased language out in the field? |
| 2 | A. | I believe that was the racial bias and racial |
| 3 | | profiling trainings we received. |
| 4 | Q. | Were you ever told directly by any of your |
| 5 | | supervisors not to use racial slurs or racially |
| 6 | | biased language in the field? |
| 7 | A. | No. |
| 8 | Q. | I'm sorry, I couldn't hear. |
| 9 | A. | No.  No. |
| 10 | Q. | Outside of these trainings, were there ever any |
| 11 | | incidents where your superiors told you and your |
| 12 | | other fellow officers in the housing unit that |
| 13 | | you should not use racial slurs or racially |
| 14 | | biased language out in the field? |
| 15 | A. | No. |
| 16 | Q. | Were there any specific incidents involving you |
| 17 | | or any other officer that prompted your superiors |
| 18 | | to tell you all not to use racial slurs or |
| 19 | | racially biased language out in the field? |
| 20 | A. | No, not that I can recall. |
| 21 | Q. | Okay.  So now I want to shift gears a bit and |
| 22 | | talk about overtime.  In the housing unit, how |
| 23 | | was overtime allocated among officers? |

189

1  A.  Seniority, everything is by seniority.
2  Q.  And you testified earlier that you worked
3      overtime shifts with the strike force, but did
4      you also work overtime shifts just within the
5      housing unit?
6  A.  Yes.
7  Q.  How often were you working overtime just within
8      the housing unit?
9  A.  I don't remember.  I was lowest in seniority for
10     the majority of my time there, so didn't get to
11     me a lot.
12 Q.  So would you say it was rare or only sometimes
13     that you worked overtime?
14 A.  Sometimes to mid.
15 Q.  Was it every week that you were working overtime
16     with the housing unit?
17 A.  I don't think so, no.
18 Q.  What about with the strike force, how often were
19     you working strike force overtime?
20 A.  Same thing, like I said, I was low on seniority,
21     so I would take some when it was available to me.
22 Q.  Were there any particular periods of time where
23     you were doing more overtime shifts than at other

195

1     see that sentence?
2 A. Yes.
3 Q. Did your supervisor -- your superiors ever stress
4     to you the importance of production in the form
5     of arrests and summonses during your overtime
6     shifts?
7 A. Pretty much that came across as you better not be
8     sitting in the station house watching TV.
9 Q. Is that something that was communicated to you by
10     your superiors?
11 A. That, what I just said, yes.
12 Q. Was that something that they communicated
13     frequently?
14 A. That was something that was kind of spoken
15     because units prior, that was one of the reasons
16     they were disbanded.
17 Q. Can you explain that more, that was one of the
18     reasons that they were disbanded, what do you
19     mean?
20 A. MRU, because they wouldn't work.
21 Q. And MRU stands for what?
22 A. I have no idea. That was before my time.
23 Q. So was it your impression that being proactive

1  about making arrests and writing summonses was
2  important during your overtime shifts?
3  MR. SAHASRABUDHE: Objection to form.
4  THE WITNESS: Working was important.
5  BY MS. TEFFT:
6  Q. Okay. And why was it important?
7  A. Because you're getting paid to do your job, so do
8     your job. Your job is to stop crime. And you
9     serve the public, so that's what we were told to
10    do.
11 Q. During your time in the housing unit, was it your
12    understanding that there would be more overtime
13    shifts scheduled if officers wrote a higher
14    number of tickets on those shifts?
15 A. No.
16 Q. Was it your understanding there would be more
17    overtime shifts scheduled if officers made a high
18    number of arrests on those shifts?
19 A. No.
20 Q. Was it your understanding there would be more
21    overtime shifts scheduled if officers impounded a
22    high number of vehicles on those shifts?
23 A. No.

326

```
 1    STATE OF NEW YORK)
 2                    SS:
 3    COUNTY OF ERIE)
 4
 5        I, Nichole Winans, a Notary Public in and
 6    for the State of New York, County of Erie, DO
 7    HEREBY CERTIFY that the testimony of JUSTIN
 8    TEDESCO was taken down by me in a verbatim manner
 9    by means of Machine Shorthand, on July 11, 2023.
10    That the testimony was then reduced into writing
11    under my direction.  That the testimony was taken
12    to be used in the above-entitled action.  That
13    the said deponent, before examination, was duly
14    sworn by me to testify to the truth, the whole
15    truth and nothing but the truth, relative to said
16    action.
17        I further CERTIFY that the above-described
18    transcript constitutes a true and accurate and
19    complete transcript of the testimony.
20
21                        _____
                              NICHOLE WINANS,
22                            Notary Public.
23
```