# EXHIBIT G

```
             UNITED STATES DISTRICT COURT

         FOR THE WESTERN DISTRICT OF NEW YORK

         -----------------------------------------

         BLACK LOVE RESISTS IN THE RUST, et al.,
         individually and on behalf of a class of
         all others similarly situated,

                                 Plaintiffs,

          -vs-                          1:18-cv-00719-CCR

         CITY OF BUFFALO, N.Y., et al.,

                                 Defendants.

         -----------------------------------------

              ORAL EXAMINATION OF CHARLES SKIPPER

                   APPEARING REMOTELY FROM

                    ERIE COUNTY, NEW YORK




                   Friday, March 5, 2021

                   10:05 a.m. - 2:02 p.m.

                      pursuant to notice




         REPORTED BY:

         Carrie A. Fisher, Notary Public

         APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

```
 1            R E M O T E   A P P E A R A N C E S

 2


 3     APPEARING FOR THE PLAINTIFFS:

 4          CENTER FOR CONSTITUTIONAL RIGHTS
            BY: DARIUS CHARNEY, ESQ.
 5          666 Broadway, 7th Floor
            New York, New York 10012
 6          (212) 614-6475

 7     APPEARING FOR THE DEFENDANTS:

 8          CITY OF BUFFALO LAW DEPARTMENT
            BY: ROBERT E. QUINN,
 9          ASSISTANT CORPORATION COUNSEL
            1100 City Hall
10          65 Niagara Square
            Buffalo, New York 14202
11          (716) 851-4326

12     ALSO PRESENT:

13          KARINA TEFFT, ESQ.
            National Center for Law and Economic
14          Justice

15          RAFAELA URIBE, BERTHA JUSTICE FELLOW
            Center for Constitutional Rights
16

17

18

19

20

21

22

23
```

CHARLES SKIPPER - BY MR. CHARNEY - 03/05/21

1  Q. Okay.
2  A. That was my -- it didn't have to be written
3     out.  When they said results, I understood
4     that as either you're making arrests, you're
5     doing city ordinances, you're doing parking
6     tickets, or you're writing summonses to
7     justify my existence.
8  Q. Got it.
9         But that message "you better come back
10    with results at the end of your shift" was
11    something that Lieutenant Wilcox and the
12    other -- your other supervisors communicated
13    to you?
14 A. Well, they --
15       MR. QUINN:  Object to form.
16 A. I am sure they read this to us and we
17    understood it.  I didn't need to have it -- I
18    understood it as they want results.  They
19    expected me to be doing something.
20 Q. Yeah, I am just trying to understand how you
21    came to understand that.  Was that message
22    ever communicated to you in any way by your
23    superiors in the Strike Force?

CHARLES SKIPPER - BY MR. CHARNEY - 03/05/21

```
 1          MR. QUINN:  Object to form.  You can
 2     answer.
 3  A. Not say, "hey, Charlie, you better go out and
 4     write 50 tickets."  It was "they expect
 5     results, do your job, they're paying you
 6     overtime."
 7  Q. Got it.
 8          And by results, you understood that for
 9     you to mean "I better come back with some
10     traffic summonses"?
11  A. Yeah.
12          MR. QUINN:  Object to form.
13  A. Walters and I were the senior guys on that
14     shift.  We had the nicest car with the LPR so
15     we knew if you want to use the LPR then use
16     what it's made for so we did.
17  Q. And use what it paid for meaning?
18  A. Use what it's made for, for writing -- for
19     traffic.
20  Q. So you understood that to mean that you needed
21     to come back with traffic summonses?
22          MR. QUINN:  Object to form.
23  A. I knew deep down inside I better or I would
```

CHARLES SKIPPER - BY MR. CHARNEY - 03/05/21

1    2014, second half 2014, and so forth.
2         What I want to ask you about is
3    basically looking at everything from the first
4    half of 2015, in other words, January to June
5    2015 going forward, you see that the number --
6    the average number of tickets you wrote per
7    incident increases.  It then flattens out a
8    little bit in 2017 and then increases again.
9         What I wanted to ask you about is
10   whether you have any idea why that is, why it
11   seems to increase going forward after June
12   2015?
13 A. Why it increases?
14 Q. Yeah.
15 A. I don't know.
16 Q. Do you remember at any point after June 2015
17   being -- anybody in the BPD talking to you
18   about the number of traffic tickets you were
19   writing and whether or not that number needed
20   to increase?
21        MR. QUINN:  Object to form.
22 A. I was never talked to about my productivity.
23 Q. Okay.  Did you on your own feel any pressure

CHARLES SKIPPER - BY MR. CHARNEY - 03/05/21

1  after June 2015, do you recall, to write more
2  traffic tickets?
3       MR. QUINN: Object to form.
4  A. No, that was my job and that's what I did.
5  Q. Okay. I am also going to show you a similar
6  exhibit, Skipper Exhibit 20, and this is
7  another bar graph using the TraCS data again
8  for your ticketing activity and for this one
9  we're just looking at the number of tinted
10 window tickets that you wrote in each of these
11 time periods, again, starting with the first
12 half of 2013 going through the end of 2017.
13      Here again you see, you know, there is a
14 jump from the first of 2015 to the second half
15 of 2015 and then there is a decrease and then
16 a huge jump in the second half of 2016 and
17 2017 and I was wondering if you recall or you
18 know why it was such a big jump, particularly
19 from the first of half of 2016 to the second
20 half of 2016 and the number of tinted window
21 tickets you wrote?
22      MR. QUINN: Object to form. You can
23 answer.

```
1      STATE OF NEW YORK)

2      COUNTY OF ERIE    )

3

4
          I, Carrie A. Fisher, Notary Public, in and
5      for the County of Erie, State of New York, do
       hereby certify:
6

7         That the witness whose testimony appears
       hereinbefore was, before the commencement of
8      their testimony, duly sworn to testify the
       truth, the whole truth and nothing but the
9      truth; that said testimony was taken remotely
       pursuant to notice at the time and place as
10     herein set forth; that said testimony was
       taken down by me and thereafter transcribed
11     into typewriting, and I hereby certify the
       foregoing testimony is a full, true and
12     correct transcription of my shorthand notes so
       taken.
13

14        I further certify that I am neither counsel
       for nor related to any party to said action,
15     nor in anyway interested in the outcome
       thereof.
16

17        IN WITNESS WHEREOF, I have hereunto
       subscribed my name and affixed my seal this
18     26th day of March, 2021.

19
                    _____
20

21                  Carrie A. Fisher
                    Notary Public - State of New York
22                  No. 01FI6240227
                    Qualified in Erie County
23                  My commission expires 5/02/23
```