# EXHIBIT J

```
 1                UNITED STATES DISTRICT COURT
 2            FOR THE WESTERN DISTRICT OF NEW YORK
 3   - - - - - - - - - - - - - - - - - - - - - - - - - - - -
 4   BLACK LOVE RESISTS IN THE RUST, et al.,
 5   individually and on behalf of a class of
 6   all others similarly situated,
 7                              Plaintiffs,
 8   vs.                                      1:18-cv-00719-CCR
 9   CITY OF BUFFALO, N.Y.,  et al.,
10                              Defendants.
11   - - - - - - - - - - - - - - - - - - - - - - - - - - - -
12              ORAL EXAMINATION OF THOMAS WHELAN
13                   APPEARING REMOTELY FROM
14                      BUFFALO, NEW YORK
15
16                  Tuesday, April 26, 2022
17                   9:00 a.m. - 5:53 p.m.
18                      pursuant to notice
19
20
21   REPORTED BY:
22   Luanne K. Howe
23   APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO
```

R E M O T E   A P P E A R A N C E S

APPEARING FOR THE PLAINTIFFS:

    **NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
    **BY:  ANJANA MALHOTRA, ESQ.**
    50 Broadway, Suite 1500
    New York, New York  10004
    212-633-6967

APPEARING FOR THE DEFENDANTS:

    **HODGSON ROSS LLP**
    **BY:  DAVID SHORT, ESQ.**
    140 Pearl Street, Suite 100
    Buffalo, New York  14202
    716-848-1609

ALSO PRESENT:

    **KARLI WURPEL, Intern**
    National Center for Law and Economic Justice

    **ANDREW TIMMICK, ESQ.**
    Covington & Burling LLP

```
 1          sometimes, the Internal Affairs would ask the captain
 2          to get a statement from that officer.  And if that
 3          officer was on my platoon, the captain would say,
 4          hey, Lieutenant get so-and-so to fill out a P-73 and
 5          send it to Internal Affairs and CC me.  As far as
 6          investigating inappropriate behavior by officers,
 7          it's not my job.
 8    Q     Okay.  And did you ever hear any officers use any
 9          language that you would consider racially biased?
10                    MR. SHORT:  Form.
11    A     Listen, I was a cop for 22 years.  The only answer to
12          that is yes.  Obviously, I heard people say things
13          they shouldn't have been saying.
14    Q     What kind of things would you hear people say that
15          they shouldn't?
16    A     Come on.
17                    MR. SHORT:  Form.
18    Q     This is a deposition, Mr. Whelan.  You have to answer
19          the question.
20    A     Using the N word, degrading people.  That's it.
21    Q     Okay.
22    A     You know what, I'll just answer your next question.
23          Have I ever said it?  Yes, I have, obviously.  I'm a
```

```
 1              human being.
 2     Q        Okay.  Have you said it towards other individuals --
 3              towards individuals during checkpoints or traffic
 4              stops?
 5     A        Have I, no.  It's beneath me.
 6     Q        In what circumstance -- okay.  In what circumstances
 7              have you heard officers use those terms?
 8     A        I couldn't even tell you.  Situations where there's a
 9              ton of street commotion and there's been a shooting
10              and there's people running, screaming and cops are
11              yelling foul language and we're getting it right back
12              in our faces too.
13     Q        And how would you respond when you heard an officer
14              use that kind of language?
15     A        Probably not strongly enough.
16     Q        What do you mean by that?
17     A        Well, first off, it was mostly when I was a police
18              officer, and you know, I'm not in a position of
19              authority so to speak.  But we all have regrets in
20              life, I guess.
21     Q        What do you mean by that?
22     A        I probably should have spoken up, but I didn't when I
23              heard other officers using this kind of language.
```

|    |   |                                                              |
|----|---|--------------------------------------------------------------|
| 1  |   | But once I became a lieutenant, everybody knows the          |
| 2  |   | standard which I hold my people to.  People flocked          |
| 3  |   | to get on my platoon whether it was A District or the        |
| 4  |   | Strike Force Unit.  I like to say that that was a            |
| 5  |   | credit to myself.                                            |
| 6  | Q | Uh-huh.  Okay.  Okay.  So have you ever heard of             |
| 7  |   | anyone within the BPD being reprimanded for using            |
| 8  |   | that kind of language?                                       |
| 9  | A | Probably.  But I can't name specifics, and it                |
| 10 |   | probably did occur a lot above my pay grade.                 |
| 11 | Q | And did you ever reprimand anyone for using that kind        |
| 12 |   | of language?                                                 |
| 13 | A | No.  Because the people who worked for me knew               |
| 14 |   | better.  First off, half my platoon were                     |
| 15 |   | African-Americans, and they were great police                |
| 16 |   | officers.  So no.  And the rest of my platoon treated        |
| 17 |   | them with the same respect they knew they deserved.          |
| 18 | Q | Okay.  Is it your position that officers who are             |
| 19 |   | African-American can't have racial bias --                   |
| 20 |   |             MR. SHORT:  Form.                                |
| 21 | Q | -- or make racially derogatory --                            |
| 22 | A | We won't drag anybody else into this, but one of my          |
| 23 |   | very good friends, a Black lieutenant, he was really         |

```
1  STATE OF OHIO        )
2  COUNTY OF CUYAHOGA   )
3           I, Luanne K. Howe, Notary Public, in and for the
4  County of Cuyahoga, State of Ohio, do hereby certify:
5           That the witness whose testimony appears
6  hereinbefore was, before the commencement of his testimony,
7  duly sworn to testify the truth, the whole truth and nothing
8  but the truth; that said testimony was taken remotely
9  pursuant to notice at the time and place as herein set
10 forth; that said testimony was taken down by me and
11 thereafter transcribed into typewriting, and I hereby
12 certify the foregoing transcript is a full, true and correct
13 transcription of my shorthand notes so taken.
14          I further certify that I am neither counsel for
15 nor related to any party to said action, nor in any way
16 interested in the outcome thereof.
17          IN WITNESS WHEREOF, I have hereunto subscribed my
18 name and affixed my seal this 2nd day of May, 2022.
19
20                              _____
                                Luanne K. Howe
21                              Notary Public - State of Ohio
22                              My commission expires 10-07-24
23
```