# EXHIBIT K

```
 1    UNITED STATES DISTRICT COURT

 2    FOR THE WESTERN DISTRICT OF NEW YORK

 3    -------------------------------------------

 4    BLACK LOVE RESISTS IN THE RUST, et al.,
      individually and on behalf of a class of
 5    all others similarly situated,

 6                            Plaintiffs,

 7     -vs-                        1:18-cv-00719-CCR

 8    CITY OF BUFFALO, N.Y., et al.,

 9                            Defendants.

10    -------------------------------------------

11       EXAMINATION BEFORE TRIAL OF JOSEPH GRAMAGLIA

12               APPEARING REMOTELY FROM

13                 ERIE COUNTY, NEW YORK

14

15

16                September 22, 2023

17              9:05 a.m. - 5:15 p.m.

18                 pursuant to notice

19

20

21    REPORTED BY:

22    Carrie A. Fisher, Notary Public

23    APPEARING REMOTELY FROM ERIE COUNTY, NEW YORK
```

DEPAOLO CROSBY REPORTING SERVICES, INC.

135 Delaware Avenue, Suite 301, Buffalo, New York  14202
716-853-5544

```
 1           R E M O T E   A P P E A R A N C E S

 2    APPEARING FOR THE PLAINTIFFS:

 3          NATIONAL CENTER FOR LAW
            AND ECONOMIC JUSTICE
 4          BY: CLAUDIA WILNER, ESQ.
            50 Broadway, Suite 500
 5          New York, New York 10004
            (212) 633-6967
 6
      APPEARING FOR THE DEFENDANTS:
 7
            HODGSON RUSS LLP
 8          BY: CHEYENNE N. FREELY, ESQ.,
            PETER SAHASRABUDHE, ESQ.,
 9          and HUGH M. RUSS III, ESQ.,
            140 Pearl Street
10          Buffalo, New York 14202
            (716) 848-1508
11
      ALSO PRESENT:
12
            ANJANA MALHOTRA, ESQ.
13          National Center for Law
            and Economic Justice
14

15

16

17

18

19

20

21

22

23
```

JOSEPH GRAMAGLIA

1   Q.  Okay.  So Mr. Green alleged that Officer
2       Otwell said to him "you fucking monkey, turn
3       around and put your hands behind your back,"
4       right?
5   A.  That's what it says in here, yes.
6   Q.  And he also alleged that the officer said, "we
7       found weed in your vehicle, you fucking
8       animal.  You're in a cage where you belong,"
9       right?
10  A.  That's what is written there.
11  Q.  And also, "I don't give a fuck, faggot,"
12      right?
13  A.  That's what it says there, yes.
14  Q.  Would you agree that these constitute
15      allegations that the officer was using racial
16      and homophobic slurs?
17          MR. SAHASRABUDHE:  Objection to form.
18  A.  That is absolutely the allegation, yes.
19  Q.  And what do you think about the allegations?
20          MR. SAHASRABUDHE:  Objection to form.
21  A.  Well, this is why we have to conduct an
22      investigation.  I don't have -- you'd have to
23      show me the notes.  Did the complainant ever

JOSEPH GRAMAGLIA

1  come forward again?  Did they -- there's
2  initial complaints that come in.  Where did
3  the investigation go?  What proof was brought
4  forward that these things were said?
5        Like any other investigation, and I will
6  go back to the criminal world, complaints are
7  made and then they have to be proven.  So
8  without looking at this file and going through
9  here, just because something is said, does
10 that mean it is true that it was said.  The
11 officer has every expectation of a full
12 investigation and a result to determine if
13 something was in fact done or said.  And
14 absent that, you're never going to get a
15 prosecution which in this case a prosecution
16 would be formal disciplinary charges moving
17 towards significant discipline or termination.
18       If something of that nature, if those
19 egregious -- the things were said and proven
20 to be said, chances are that officer would
21 probably be up for termination.  And I know
22 myself and Commissioner Lockwood particularly
23 would most likely if something like that were

1 proven would move towards termination. An
2 initial review in this case, again, if proven
3 would probably result in immediate suspension
4 and not coming back until it went to a formal
5 disciplinary hearing.
6 So, you know, allegations are made quite
7 frequently. Does that make them true? We
8 have to conduct a full and impartial
9 investigation. I don't know if Mr. Deandre
10 Green came in and provided any follow-up
11 statements, provided any follow-up
12 information, if there was any proof, you know,
13 that something was said. We need evidence.
14 Q. And so what in your mind constitutes adequate
15 proof?
16 A. Something --
17 MR. SAHASRABUDHE: Objection to form.
18 A. Something that I can take to a hearing and an
19 arbitrator just like in a criminal world that
20 provides -- I can't say this, proof of proof.
21 We have to have corroborating evidence that we
22 can actually prove in a disciplinary hearing.
23 A disciplinary hearing is taken under oath

```
 1        STATE OF NEW YORK)

 2        COUNTY OF ERIE    )

 3

 4
            I, Carrie A. Fisher, Notary Public, in and
 5        for the County of Erie, State of New York, do
          hereby certify:
 6

 7          That the witness whose testimony appears
          hereinbefore was, before the commencement of
 8        their testimony, duly sworn to testify the
          truth, the whole truth and nothing but the
 9        truth; that said testimony was taken remotely
          pursuant to notice at the time and place as
10        herein set forth; that said testimony was
          taken down by me and thereafter transcribed
11        into typewriting, and I hereby certify the
          foregoing testimony is a full, true and
12        correct transcription of my shorthand notes so
          taken.
13

14          I further certify that I am neither counsel
          for nor related to any party to said action,
15        nor in anyway interested in the outcome
          thereof.
16

17          IN WITNESS WHEREOF, I have hereunto
          subscribed my name and affixed my seal this
18        11th day of October, 2023.

19

20        _____

21        Carrie A. Fisher
          Notary Public - State of New York
22        No. 01FI6240227
          Qualified in Erie County
23        My commission expires 5/02/27
```