UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>CITY OF BUFFALO, N.Y., *et al.*,<br><br>        Defendants. | No. 1:18-cv-00719-CCR<br><br>**Notice of Withdrawal Pursuant to Local Rule 83.2(c)(3)** |

**Claudia E. Wilner** hereby affirms as follows pursuant to Local Rule 83.2(c)(3):

1. I am the Director of Litigation and Advocacy of the National Center for Law and Economic Justice ("NCLEJ") and have appeared in this action on behalf of Plaintiffs.

2. Anjana Malhotra, who has appeared in this action on behalf of Plaintiffs, is no longer employed at NCLEJ.

3. Ms. Malhotra should be removed from the docket as counsel of record for Plaintiffs.

4. NCLEJ and the other lawyers affiliated with it, including myself, remain counsel of record for Plaintiffs.

Dated: August 5, 2025

*s/ Claudia Wilner*
Claudia Wilner
NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967
wilner@nclej.org

Attorneys for Plaintiffs

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of this Notice of Withdarawal was served upon all counsel of record via CM/ECF system.

Dated: August 5, 2025

*s/ Claudia Wilner*
Claudia Wilner
NATIONAL CENTER FOR LAW AND
ECONOMIC JUSTICE
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967
wilner@nclej.org