UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

BLACK LOVE RESISTS IN THE RUST, *et al.*,
individually and on behalf of a class of all others
similarly situated,

                    Plaintiffs,

    v.

CITY OF BUFFALO, N.Y., *et al.*,

                    Defendants.

No. 1:18-cv-00719-CCR

## CONSENT MOTION TO UNSEAL

Plaintiffs respectfully move to unseal their Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment (ECF 321) and Counterstatement in Response to Defendants' Statement of Undisputed Facts Pursuant to Local Rule 56(a)(2) and Additional Material Facts (ECF 319). Plaintiffs originally filed these documents under seal pursuant to the procedures set forth in the Protective Orders entered in this action (ECF 54, 118, and 173). Plaintiffs have further reviewed these documents and conferred with Defendants, and the parties agree that they do not contain "attorneys' eyes only" material. Accordingly, there is no reason to maintain these documents as sealed filings. Defendants do not object to the requested relief.

WHEREFORE, Plaintiffs respectfully request that the Court unseal ECF 321 and 319 so that these documents may be filed to the public docket.

Dated:   August 21, 2025

  _/s/ Claudia Wilner_____
Claudia Wilner
NATIONAL CENTER FOR LAW AND
ECONOMIC JUSTICE
50 Broadway, Suite 1500
New York, NY  10004
(212) 633-6967
wilner@nclej.org

Baher Azmy
A. Chinyere Ezie
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY  10012
(212) 614-6464
bazmy@ccrjustice.org
cezie@ccrjustice.org

Matthew A. Parham
WESTERN NEW YORK LAW CENTER
37 Franklin Street, 2nd Floor
Buffalo, NY  14202
(716) 828-8422
mparham@wnylc.net

Philip Irwin (*pro hac vice*)
Jordan Scott Joachim (*pro hac vice*)
Christine Nelson (*pro hac vice*)
Andrew Timmick (*pro hac vice*)
COVINGTON & BURLING LLP
620 Eighth Ave., Suite 4029
New York, NY  10018
212-841-1000
pirwin@cov.com
jjoachim@cov.com
cnelson@cov.com
atimmick@cov.com

*Counsel for Plaintiffs*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

 I hereby certify that on August 21, 2025, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

             */s/ Claudia Wilner*