UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST by and through its Co-Directors Natasha Soto and Shaketa Redden and on behalf of its members; DORETHEA FRANKLIN; TANIQUA SIMMONS; DE'JON HALL; JOSEPH BONDS; CHARLES PALMER; SHIRLEY SARMIENTO; EBONY YELDON; and JANE DOE, individually and on behalf of a class of all others similarly situated;

                        Plaintiffs,

v.                                          Civil No.: 1:18-cv-00719-CCR

CITY OF BUFFALO, NY; BYRON B. BROWN, Mayor of the City of Buffalo, in his individual and official capacities; BYRON C. LOCKWOOD, Commissioner of the Buffalo Police Department, in his individual and official capacities; DANIEL DERENDA, former Commissioner of the Buffalo Police Department, in his individual capacity; AARON YOUNG, KEVIN BRINKWORTH, PHILIP SERAFINI, ROBBIN THOMAS, UNKNOWN SUPERVISORY PERSONNEL 1-10, UNKNOWN OFFICERS 1-20, each officers of the Buffalo Police Department, in their individual capacities.

                        Defendants.

---

## NOTICE OF APPEAL

Notice is hereby given that Defendants the City of Buffalo, NY, Byron B. Brown, Byron C. Lockwood, Daniel Derenda, Aaron Young, Kevin Brinkworth, Philip Serafini, Robbin Thomas, Unknown Supervisory Personnel 1-10, and Unknown Officers 1-20 (collectively the "City"), pursuant to Federal Rule of Civil Procedure 23(f), have been granted leave to appeal to the United States Court of Appeals for the Second Circuit the Order dated and filed on

September 15, 2025 (ECF No. 261), which granted, in part, and denied, in part, the motion for class certification by Plaintiffs Black Love Resists in the Rust by and Through its Co-Directors Natasha Soto and Shaketa Redden and on Behalf of its Members; Dorethea Franklin; Taniqua Simmons; De'Jon Hall; Joseph Bonds; Charles Palmer; Shirley Sarmiento; Ebony Yeldon; and Jane Doe, individually and on behalf of a class of all others similarly situated made on May 29, 2024, 2025 (ECF Nos. 202-212), and from each and every part thereof.  The Second Circuit's Order granting leave to appeal is attached herein as **Exhibit A**. The Second Circuit Docket Number for this appeal is 25-2216.

Dated: September 17, 2025
       Buffalo, New York

                                                **HODGSON RUSS LLP**
*Attorneys for Defendants City of Buffalo, NY, Byron B. Brown, Byron C. Lockwood, Daniel Derenda, Aaron Young, Kevin Brinkworth, Philip Serafini, Robbin Thomas, Unknown Supervisory Personnel 1-10, and Unknown Officers 1-20*

By:  /s/ Hugh M. Russ III
      Hugh M. Russ III, Esq.
      Peter Sahasrabudhe, Esq.
      Cheyenne N. Freely, Esq.
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY  14202-4040
716.856.4000
*hruss@hodgsonruss.com*
*psahasra@hodgsonruss.com*
*cfreely@hodgsonruss.com*

# Exhibit A

W.D.N.Y.<br>18-cv-719<br>Reiss, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of September, two thousand twenty-five.

Present:
    José A. Cabranes,
    Steven J. Menashi,
        *Circuit Judges*,
    Lewis J. Liman,
        *Judge*.[*]

---

City of Buffalo, N.Y., et al.,

          *Petitioners*,

      v.                                                                           25-1191

Black Love Resists in the Rust, by and through its Co-Directors Natasha Soto and Shaketa Redden and on behalf of its members, Dorethea Franklin et al.,

          *Respondents*.

---

Pursuant to Federal Rule of Civil Procedure 23(f), Petitioners request leave to appeal the order of the district court granting class certification. Petitioners also move for leave to file a reply. Upon due consideration, it is hereby ORDERED that the motion for leave to file a reply and the Rule 23(f) petition are GRANTED. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139-40 (2d Cir. 2001).

                                                FOR THE COURT:
                                                Catherine O'Hagan Wolfe, Clerk of Court



---

[*] Judge Lewis J. Liman of the United States District Court for the Southern District of New York, sitting by designation.