UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

BLACK LOVE RESISTS IN THE RUST,
        Plaintiff,

      -v-

CITY OF BUFFALO ET AL,
        Defendants.
_____

18-cv-719

**CLERK'S CERTIFICATE / INDEX**

    I, MARY C. LOEWENGUTH, Clerk of the U.S. District Court for the Western District of New York, DO HEREBY CERTIFY that the foregoing docket entries, with the exception of any documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above entitled action.

    **All documents are available electronically.**

MARY C. LOEWENGUTH
Clerk of Court
United States District Court

By: s/ Donna
_____
Deputy Clerk

DATED:    September 26, 2025
                Buffalo, NY