UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACK LOVE RESISTS IN THE RUST, *et al.*, individually and on behalf of a class of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>CITY OF BUFFALO, N.Y., *et al.*,<br><br>      Defendants. | No. 1:18-cv-00719-CCR |

**CONSENT MOTION TO PARTIALLY UNSEAL IAD WITNESS DECLARATION**

  Plaintiffs respectfully move to partially unseal the IAD Witness Declaration (ECF 296) so that a redacted version of the declaration can be filed to the public docket. Plaintiffs originally filed this document under seal pursuant to the procedures set forth in the Protective Orders entered in this action (ECF 54, 118, and 173). Plaintiffs have conferred with Defendants and provided them with a copy of the proposed redactions. Defendants do not object to the requested relief. If this motion is granted, Plaintiffs will provide the redacted declaration to the court for filing.

  WHEREFORE, Plaintiffs respectfully request that this motion be granted in all respects.

Dated:   September 26, 2025

  /s/ Claudia Wilner
Claudia Wilner
NATIONAL CENTER FOR LAW AND
ECONOMIC JUSTICE
50 Broadway, Suite 1500
New York, NY  10004
(212) 633-6967
wilner@nclej.org

Baher Azmy
A. Chinyere Ezie
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY  10012
(212) 614-6464
bazmy@ccrjustice.org
cezie@ccrjustice.org

Matthew A. Parham
WESTERN NEW YORK LAW CENTER
37 Franklin Street, 2nd Floor
Buffalo, NY  14202
(716) 828-8422
mparham@wnylc.net

Philip Irwin (*pro hac vice*)
Jordan Scott Joachim (*pro hac vice*)
Christine Nelson (*pro hac vice*)
Andrew Timmick (*pro hac vice*)
COVINGTON & BURLING LLP
620 Eighth Ave., Suite 4029
New York, NY  10018
212-841-1000
pirwin@cov.com
jjoachim@cov.com
cnelson@cov.com
atimmick@cov.com

*Counsel for Plaintiffs*

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2025, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

*/s/ Claudia Wilner*