# MANDATE

W.D.N.Y.
18-cv-719
Reiss, J.

## United States Court of Appeals
### FOR THE SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of September, two thousand twenty-five.

Present:
    José A. Cabranes,
    Steven J. Menashi,
        *Circuit Judges*,
    Lewis J. Liman,
        *Judge*.[*]

---

City of Buffalo, N.Y., et al.,

        *Petitioners*,

    v.        25-1191

Black Love Resists in the Rust, by and through its Co-Directors Natasha Soto and Shaketa Redden and on behalf of its members, Dorethea Franklin et al.,

        *Respondents*.

---

Pursuant to Federal Rule of Civil Procedure 23(f), Petitioners request leave to appeal the order of the district court granting class certification. Petitioners also move for leave to file a reply. Upon due consideration, it is hereby ORDERED that the motion for leave to file a reply and the Rule 23(f) petition are GRANTED. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139-40 (2d Cir. 2001).

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature: Catherine O'Hagan Wolfe]*

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

*[signature: Catherine O'Hagan Wolfe]*

---

[*] Judge Lewis J. Liman of the United States District Court for the Southern District of New York, sitting by designation.

MANDATE ISSUED ON 09/29/2025