

666 Broadway, 7th Floor
New York, New York 10012
212-614-6464
ccrjustice.org

October 3, 2025

**VIA ECF**

Hon. Christina Reiss
United States District Court for the District of Vermont
P.O. Box 446
Burlington, VT 05402-0446

Re: ***Black Love Resists in the Rust et al. v. City of Buffalo et al.*, No. 1:18-cv-00719-CCR (W.D.N.Y.): Local Rule 7(a)(2)(C) Page Extension Request**

Dear Judge Reiss:

      I write on behalf of the Plaintiffs to request an extension of the page limit for Plaintiffs' reply brief in support of their Motion for Reconsideration and Motion for Intervention ("Motion(s)") pursuant to W.D.N.Y. Local Rule 7(a)(2)(C), currently due October 10, 2025. Specifically, Plaintiffs request Court permission to file a **single** consolidated reply brief in support of both of their Motions that is up to 20 pages in length, in lieu of two reply briefs (one for each Motion) that are up to 10 pages in length.

      The impetus for Plaintiffs' request is a desire to streamline the briefing of these matters and promote judicial efficiency.

      Plaintiffs have consulted counsel for the Defendants and they consent to this request.

Sincerely,

*[signature]*

_____
A. Chinyere Ezie
Senior Staff Attorney
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, Floor 7th
New York, NY 10012
Tel: 212-614-6467
Fax: 212-614-6467
Email: cezie@ccrjustice.org

CC:    All counsel of record (via ECF)