UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BLACK LOVE RESISTS IN THE RUST by and
through MARIELLE SHAVONNE SMITH and
CHARIS HUMPHREY on behalf of its members;
SHAKETA REDDEN; DORETHEA FRANKLIN;
TANIQUA SIMMONS; DE'JON HALL; JOSEPH
BONDS; CHARLES PALMER; SHIRLEY
SARMIENTO; EBONY YELDON; and JANE DOE,
individually and on behalf of a class of all others
similarly situated;

                        Plaintiffs,

        v.                                          Civil No.: 1:18-cv-00719-CCR

CITY OF BUFFALO, NY; BYRON B. BROWN,                    DECLARATION
Mayor of the City of Buffalo, in his individual and
official capacities; BYRON C. LOCKWOOD,
Commissioner of the Buffalo Police Department, in his
individual and official capacities; DANIEL DERENDA,
former Commissioner of the Buffalo Police Department,
in his individual capacity; AARON YOUNG, KEVIN
BRINKWORTH, PHILIP SERAFINI, ROBBIN
THOMAS, UNKNOWN SUPERVISORY
PERSONNEL 1-10, UNKNOWN OFFICERS 1-20,
each officers of the Buffalo Police Department, in their
individual capacities.

                        Defendants.

---

Peter A. Sahasrabudhe, Esq., deposes and says:

1.      I am an attorney at law duly licensed to practice before the United States

District Court for the Western District of New York. I am counsel for defendants in this

proceeding.

2.      As of April 24, 2026, I will no longer be an attorney at the law firm of Hodgson Russ LLP.  Also, my new employment will prohibit me from engaging in the private practice of law.

3.      My co-counsel, Cheyenne Nicole Freely and Hugh M. Russ, III, will continue as counsel for defendants in this case.

4.      Accordingly, I respectfully request that I be relieved as counsel for the defendants in this proceeding.

5.      I thank the Court for its time and attention.


Dated:      Rochester, New York
            April 21, 2026

                          Respectfully submitted,

                          **HODGSON RUSS LLP**

            By:      _s/ Peter A. Sahasrabudhe_
                     Peter A. Sahasrabudhe, Esq.

            *Attorneys for Defendants*
            The Guaranty Building
            140 Pearl Street, Ste 100
            Buffalo, NY 14202
            (716) 848-1508
            E-mail: psahasra@hodgsonruss.com