UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

<table>
<tr><td>
DORETHEA FRANKLIN *et al.*, individually and<br>
on behalf of a class of all others<br>
similarly situated,<br>
<br>
                       Plaintiffs,<br>
<br>
    v.<br>
<br>
CITY OF BUFFALO, N.Y., *et al.*,<br>
<br>
                       Defendants.
</td><td>No. 1:18-cv-00719-CCR</td></tr>
</table>

## NOTICE OF APPEAL

Notice is hereby given that Proposed Plaintiffs and Intervenors Markel Nance and

Christopher Thomas Williams hereby appeal to the United States Court of Appeals for the

Second Circuit from part of the decision of this Court entered on March 31, 2026. Mr. Nance and

Mr. Williams appeal from the denial of their motion to intervene.

Dated: April 27, 2026

Respectfully Submitted,

*s/ Claudia Wilner*
Claudia Wilner
NATIONAL CENTER FOR LAW AND
ECONOMIC JUSTICE
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967
wilner@nclej.org

Matthew A. Parham
WESTERN NEW YORK LAW CENTER
37 Franklin Street, 2nd Floor
Buffalo, NY 14202
(716) 828-8422
mparham@wnylc.net

Baher Azmy
A. Chinyere Ezie
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464
bazmy@ccrjustice.org
cezie@ccrjustice.org

Philip Irwin (*pro hac vice*)
Jordan S. Joachim (*pro hac vice*)
Christine Nelson (*pro hac vice*)
COVINGTON & BURLING, LLP
30 Hudson Yards
New York, NY 10001
212-841-1000
pirwin@cov.com
jjoachim@cov.com
cnelson@cov.com

*Attorneys for Plaintiffs and Proposed Intervenors*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2026, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

*/s/ Claudia Wilner*