AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Western District of New York

| | |
|---|---|
| Dorethea Franklin, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No.  1:18-cv-00719-CCR |
| City of Buffalo, NY, et al. | ) |
| *Defendant* | ) |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Buffalo, Byron B. Brown, Byron C. Lockwood, Daniel Derenda                                        .

Date:     05/05/2026                                     _____
                                                                              *Attorney's signature*

                                                                    Ava J. Horgan
                                                            *Printed name and bar number*
                                                                Hodgson Russ LLP
                                                          140 Pearl Street, Suite 100
                                                            Buffalo, New York 14202

                                                                    *Address*

                                                        AHorgan@hodgsonruss.com
                                                                *E-mail address*

                                                                (716) 838-1401
                                                            *Telephone number*

                                                                (716) 517-9862
                                                                *FAX number*