UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

BLACK LOVE RESISTS IN THE RUST, ET AL,
              Plaintiffs,

              -v-

CITY OF BUFFALO, N.Y., ET AL,
              Defendants.

_____

18-CV-719

**CLERK'S CERTIFICATE / INDEX**

     I, ANDREW W. MOELLER, Clerk of the U.S. District Court for the Western District of New York, DO HEREBY CERTIFY that the foregoing docket entries, with the exception of any documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above entitled action.

     **All documents are available electronically.**

ANDREW W. MOELLER
Clerk of Court
United States District Court


By: s/Colin J.
_____
Deputy Clerk


DATED:     May 11, 2026
             Buffalo, NY