UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK

DOROTHEA FRANKLIN, *et al.*, individually and
on behalf of a class of all others
similarly situated,

                          Plaintiffs,

        v.                                                    No. 1:18-cv-00719-CCR

CITY OF BUFFALO, N.Y., *et al.*,

                          Defendants.

## NOTICE OF PLAINTIFFS'MOTION FOR PARTIAL ENTRY OF JUDGMENT PURSUANT TO RULE 54(b)

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 54(b),

Plaintiffs, by their undersigned attorneys, will move the Court at the United States Courthouse

for the Western District of New York, 2 Niagara Square, Buffalo, NY 14202, at a date and

time to be determined by the Court, for an Order granting Plaintiffs' Motion to Partial Entry

of Judgment Pursuant to Rule 54(b).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiffs will

rely on the accompanying Memorandum of Law and all pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule of Civil

Procedure 7(a)(1), Plaintiffs hereby state that they intend to file and serve reply papers.

Pursuant to Local Rule of Civil Procedure 7(b)(2)(B), if the Court does not set deadlines by

order, any opposition will be due within fourteen days of service of this Motion, and any reply

papers will be due within seven days of service of the opposition papers.

Dated: June 29, 2026

Respectfully submitted,

*/s/ A. Chinyere Ezie*_____

A. Chinyere Ezie
Baher Azmy
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel/Fax: 212-614-6475
cezie@ccrjustice.org
bazmy@ccrjustice.org


Claudia Wilner
NATIONAL CENTER FOR LAW AND
ECONOMIC JUSTICE
50 Broadway, Suite 1500
New York, NY 10004
Tel: 212-633-6967
wilner@nclej.org

Matthew Alan Parham
WESTERN NEW YORK LAW CENTER
37 Franklin Street, Suite 210
Buffalo, NY 14202
Tel: 716-828-8415
mparham@wnylc.com


Philip Irwin (*admitted pro hac vice*)
Jordan S. Joachim (*admitted pro hac vice*)
Christine Nelson (*admitted pro hac vice*)
COVINGTON & BURLING, LLP
30 Hudson Yards
New York, NY 10001
Tel: 212-841-1000
Fax: 212-841-1010
pirwin@cov.com
jjoachim@cov.com
cnelson@cov.com

*Counsel for Plaintiffs*