UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DORETHEA FRANKLIN *et al.*, individually and on behalf of a class of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>CITY OF BUFFALO, N.Y., *et al.*,<br><br>     Defendants. | No. 1:18-cv-00719-CCR |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Plaintiffs hereby appeal to the United States Court of Appeals for the Second Circuit from the part of the Order entered on May 29, 2026 (ECF 364) denying Plaintiffs' claim for injunctive relief.

Dated: June 29, 2026

Respectfully Submitted,

*/s/ A. Chinyere Ezie*
A. Chinyere Ezie
Baher Azmy
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464
bazmy@ccrjustice.org
cezie@ccrjustice.org

Claudia Wilner
NATIONAL CENTER FOR LAW AND
ECONOMIC JUSTICE
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967
wilner@nclej.org

Matthew A. Parham
WESTERN NEW YORK LAW CENTER
37 Franklin Street, 2nd Floor
Buffalo, NY 14202
(716) 828-8422
mparham@wnylc.net

Philip Irwin (*pro hac vice*)
Jordan S. Joachim (*pro hac vice*)
Christine Nelson (*pro hac vice*)
COVINGTON & BURLING, LLP
30 Hudson Yards
New York, NY 10001
212-841-1000
pirwin@cov.com
jjoachim@cov.com
cnelson@cov.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 29, 2026, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Case Filing Rules & Instructions upon all counsel registered through the ECF System.

*/s/ A. Chinyere Ezie*