MANDATE

W.D.N.Y.
18-cv-719
Reiss, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of July, two thousand twenty-six.

Present:
William J. Nardini,
Steven J. Menashi,
Eunice C. Lee,
*Circuit Judges*.

---

Dorethea Franklin, et al.,

*Petitioners*,

v. 26-968

N.Y. City of Buffalo, et al.,

*Respondents*.

---

Petitioners request, pursuant to Federal Rule of Civil Procedure 23(f), leave to immediately appeal the district court's order dismissing certain class allegations. They also move for leave to file a reply. Respondents request sanctions. Upon due consideration, it is hereby ORDERED that the motion for leave to file a reply is GRANTED, but the Rule 23(f) petition is DENIED because an immediate appeal is not warranted. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139–40 (2d Cir. 2001). It is further ORDERED that the request for sanctions is DENIED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe

MANDATE ISSUED ON 08/17/2026