Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

DORETHEA FRANKLIN, ET AL

v.

CITY OF BUFFALO, N.Y., ET AL

**PARTIAL JUDGMENT**
**IN A CIVIL CASE**
CASE NUMBER: 18-CV-719

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that partial judgment is entered in Defendants' favor on Plaintiffs' claims for injunctive relief pursuant to Rule 54(b).

Date: October 2, 2026

ANDREW W. MOELLER
CLERK OF COURT

By: S/Colin J.
Deputy Clerk